IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION

FILED
JUN 2 2 2012
CLERK
US BANKRUPTCY COURT

In re:                                    Chapter 11

CIRCUIT CITY STORES, INC., et al.,        Case No. 08-35653-KRH

Debtors.                                  (Jointly Administered)

### CLAIMANT'S RESPONSE TO OBJECTION TO CLAIMS

NOW COMES the Claimant, **ROBERT E. MARSHALL**, by and through his attorney,

**GEORGE J. COSENZA**, and presents this **RESPONSE TO OBJECTION TO CLAIMS** filed

by the Debtor, **CIRCUIT CITY STORES, INC. LIQUIDATING TRUST.**

### I.   STATEMENT OF FACTS

Robert E. Marshall was a patron at the Circuit City store on Grand Central Avenue, in

Vienna, Wood County, West Virginia on February 23, 2009 when he tripped over a display

which was sticking out into the aisle. Mr. Marshall fell to the ground sustaining lacerations to

his face and bruising and strain/sprain to his back and hips. Circuit City refused to render any

aid to Mr. Marshall and Mr. Marshall was subsequently taken to the hospital by the EMT squad

contacted by his daughter. As a result of Circuit City's negligence in making its store safe for

patrons, Mr. Marshall suffered injuries as a result of the fall.

As a result of the above-referenced fall, Mr. Marshall received injuries and has incurred

over $6,467.04 in special damages (attached hereto as Exhibit A) and seeks compensation for

said damages.

Robert E. Marshall presented to Camden Clark Memorial Hospital on February 23,

2009, complaining of hip and back pain, and a 2.5cm laceration of the middle aspect of his left

eyebrow and outer aspect of left eyebrow. He underwent a wound repair of the laceration to his

left eyebrow and was diagnosed with a sprain/strain injury for which he was treated at Mountain River Physical Therapy (attached hereto as Exhibit B).

Although Mr. Marshall has made some recovery given the nature of his injuries, he continues to suffer intermittent pain in his back and neck.

For the reasons set forth herein, it is the position of the Claimant that the Debtor's objection to claim should be **DENIED**.

George J. Cosenza, #833
**GEORGE J. COSENZA, PLLC**
**515 Market Street - P.O. Box 4**
**Parkersburg, WV 26102**
**(304) 485-0990**
**Attorney for Claimant**

## CERTIFICATE OF SERVICE

The undersigned counsel for Claimant, **ROBERT E. MARSHALL,** hereby certifies that he

served the **CLAIMANT'S RESPONSE TO OBJECTION TO CLAIMS,** upon the Debtor,

**CIRCUIT CITY STORES, INC.,** by depositing a true copy thereof in the United States mail,

postage prepaid, on this __15__ day of June, 2012, addressed to the following:

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Robert J. Reinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

George J. Cosenza, #833
GEORGE J. COSENZA, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
**Attorney for Claimant**

# EXHIBIT A

**ROBERT E. MARSHALL**                    **DATE OF ACCIDENT: 2/23/09**

## LIST OF SPECIAL DAMAGES
**(as of 11/16/09)**

| | |
|---|---:|
| Camden Clark Memorial Hospital | $1,127.54 |
| (cost of medical records) | 13.75 |
| | |
| Mid-Ohio Valley Medical Group | $1,393.00 |
| (cost of medical records) | 22.75 |
| | |
| Parkersburg Radiology | $2,509.00 |
| (cost of medical records) | 8.00 |
| | |
| Johnson Chiropractic Center | $100.00 |
| | |
| Mountain River Physical Therapy | $1,265.00 |
| (cost of medical records) | 28.00 |
| | |
| TOTAL | $6,467.04 |

**EXHIBIT B**

CAMDEN CLARK MEM HOSP
PO BOX 718
PARKERSBURG WV 26102
3044242111

CAMDEN CLARK MEM HOSP
PO BOX 11345
CHARLESTON WV25339

| | 3a PAT.<br>CNTL # | 34359224-1 | | 0131 |
|---|---|---|---|---|
| | b MED.<br>REC. # | 00099473 | | |
| 5 FED TAX NO | 001W | | | |
| | | STATEMENT COVERS PERIOD<br>FROM THROUGH | | 7 |
| 311524546 | 022309 | 022309 | | |

| 8 PATIENT NAME | | 9 PATIENT ADDRESS | a | 77 LITTLE ADDITION RD | | | |
|---|---|---|---|---|---|---|---|
| b MARSHALL, ROBERT E | | b DAVISVILLE | | | c WV | d 26142 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION<br>13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES<br>22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT<br>STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05081929 | M | | | 1 13 | 01 | 09 | | | | | | | | | | | | | | |

| 31 OCCURRENCE<br>CODE DATE | 32 OCCURRENCE<br>CODE DATE | 33 OCCURRENCE<br>CODE DATE | 34 OCCURRENCE<br>CODE DATE | 35 CODE | OCCURRENCE SPAN<br>FROM THROUGH | 36 CODE | OCCURRENCE SPAN<br>FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| 03 022309 | | | | | | | | |

| 38 | | | | | 39 CODE | VALUE CODES<br>AMOUNT | 40 CODE | VALUE CODES<br>AMOUNT | 41 CODE | VALUE CODES<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| MARSHALL, ROBERT E<br>77 LITTLE ADDITION RD<br><br>DAVISVILLE WV 26142 | | | | a | 80 | 0 | 81 | 0 | | |
| | | | | b | | | | | | |
| | | | | c | | | | | | |
| | | | | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0250 | PHARMACY | | 022309 | 1 | 647 | | |
| 0450 | EMERGENCY ROOM | 12011 | 022309 | 1 | 27100 | | |
| 0450 | EMERGENCY ROOM | 9928325 | 022309 | 1 | 27100 | | |
| 0636 | DRUGS/DETAIL | 90718 | 022309 | 1 | 8007 | | |

| 0001 | PAGE ___ 1 OF ___ 1 | | CREATION DATE | 030209 | TOTALS ➡ | 62854 | 0 |
|---|---|---|---|---|---|---|---|

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL<br>INFO | 53 ASG<br>BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1699704254 |
|---|---|---|---|---|---|---|---|
| Advantage Freedom | | Y | Y | 14676 | 0 | 57 OTHER<br>PRV ID | |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| MARSHALL, ROBERT E | 18 | 80127599301 | | 7604300440 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

| 66<br>DX | 87342 V1588 | | | | | | | | 68 |
|---|---|---|---|---|---|---|---|---|---|

| 69 ADMIT<br>DX | 70 PATIENT<br>REASON DX | 95909 | | 71 PPS<br>CODE | 72<br>ECI | | 73 |
|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE<br>CODE DATE | a OTHER PROCEDURE<br>CODE DATE | b OTHER PROCEDURE<br>CODE DATE | 75 |
|---|---|---|---|
| c OTHER PROCEDURE<br>CODE DATE | d OTHER PROCEDURE<br>CODE DATE | e OTHER PROCEDURE<br>CODE DATE | |

| | | | 76 ATTENDING NPI | 1841390341 | QUAL |
|---|---|---|---|---|---|
| | | | LAST BAKER | FIRST DONALD | |
| | | | 77 OPERATING NPI | 1841390341 | QUAL |
| | | | LAST BAKER | FIRST DONALD | |

| 80 REMARKS | 81CC | a | | |
|---|---|---|---|---|
| TRIPPED ON BROKEN S<br>CIRCUIT CITY IN PARKERSB | | b | | |
| | | c | | |
| | | d | | |

| | 78 OTHER NPI | QUAL |
|---|---|---|
| | LAST | FIRST |
| | 79 OTHER NPI | QUAL |
| | LAST | FIRST |

B-04 CMS-1450    APPROVED OMB NO 0938-0997    UB04L    NUBC    TFP24394485    THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF

| | | | |
|---|---|---|---|
| AMDEN CLARK MEM HOSP | CAMDEN CLARK MEM HOSP | REC. # 00099473 | 0131 |
| ) BOX 718 | PO BOX 11345 | 5 FED. TAX NO  001W | 7 |
| ARKERSBURG  WV 26102 | CHARLESTON  WV25339 | 311524546 | STATEMENT FROM 022309  COVERS PERIOD THROUGH 022309 |
| 3044242111 | | | |

| 8 PATIENT NAME a | 9 PATIENT ADDRESS a  77 LITTLE ADDITION RD | | |
|---|---|---|---|
| 80127599301 | | | |
| b  MARSHALL, ROBERT E | b  DAVISVILLE | c WV | d 26142 | e |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05081929 | M | | | | | | 01 | 09 | | | | | | | | | | | | |

| 31 OCCURRENCE CODE  DATE | 32 OCCURRENCE CODE  DATE | 33 OCCURRENCE CODE  DATE | 34 OCCURRENCE CODE  DATE | 35 OCCURRENCE SPAN CODE  FROM  THROUGH | 36 OCCURRENCE SPAN CODE  FROM  THROUGH | 37 |
|---|---|---|---|---|---|---|
| 05  022309 | A1  050829 | | | | | |

| 38 | | 39 CODE  VALUE CODES AMOUNT | 40 CODE  VALUE CODES AMOUNT | 41 CODE  VALUE CODES AMOUNT |
|---|---|---|---|---|
| MARSHALL, ROBERT E | a | 80  0 | 81  0 | A0  26105 |
| 77 LITTLE ADDITION RD | b | | | |
| | c | | | |
| DAVISVILLE WV 26142 | d | | | |

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0540 | AMBULANCE MEDICAL TRANS | A0425QNSH | 022309 | 3 | 3600 | | |
| 0540 | AMBULANCE MEDICAL TRANS | A0429QNSH | 022309 | 1 | 46300 | | |

| 0001 | PAGE __ OF __ 1 | CREATION DATE  030209 | TOTALS ➤ | 49900 | 0 |
|---|---|---|---|---|---|

| ) PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI  1699704254 |
|---|---|---|---|---|---|---|
| Advantage Freedom | | Y | Y | 32132 | 0 | 57 OTHER PRV ID |

| ) INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| MARSHALL, ROBERT E | 18 | 80127599301 | | 7604300440 |

| TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|
| | | |

35901

| ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE | 72 ECI | 75 | 73 | 68 |
|---|---|---|---|---|---|---|

| PRINCIPAL PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | b. OTHER PROCEDURE CODE  DATE | 76 ATTENDING  NPI 1790788545  QUAL | |
|---|---|---|---|---|
| | | | LAST  BRAHAM | FIRST  JEFFREY |
| OTHER PROCEDURE CODE  DATE | d. OTHER PROCEDURE CODE  DATE | OTHER PROCEDURE CODE  DATE | 77 OPERATING  NPI  QUAL | |
| | | | LAST | FIRST |

| REMARKS  CAUGHT FOOT ON SHEL | 81CC a | 78 OTHER  NPI  QUAL | |
|---|---|---|---|
| IOME | b | LAST | FIRST |
| | c | 79 OTHER  NPI  QUAL | |
| | d | LAST | FIRST |

| 4 CMS-1450 | APPROVED OMB NO. 0938-0997 | UB04L | NUBC TFP24394485 | THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF. |
|---|---|---|---|---|

CAMDEN-CLARK MEMORIAL HOSPITAL

800 Garfield Avenue
P.O. Box 718
Parkersburg, WV  26102
(304) 424-2214

Medical Record Services

08/21/09

ATTN:  GEORGE J. COSENZA
GOLDENBERG, GOLDENBERG &STEALEY
200 STAR AVE, STE 222
PARKERSBURG, WV 26101

===========================================================================

*RECORD COPY SERVICE CHARGES*                FEDERAL TAX #: 31-152-4546

Date of Request: 07/22/09

Patient: ROBERT E MARSHALL

Clerical Fees:                    $10.00

_15_ Pages @ $.25 each            $ _3.75_

_____ Radiographs @ $5.00 each    $_____

          TOTAL CHARGES   $ _13.75_

Request #: 131648    ** PLEASE INCLUDE REQUEST NUMBER ON YOUR CHECK **
===========================================================================
HOSPITAL USE ONLY

8351_____                      7011_____

7041_____                      _____

```
MID OHIO VALLEY MEDICAL GROUP INC                           [CQFMA
PO BOX 1669                                                 Date
                                                            Time
PARKERSBURG, WV 26102                                       User
304 485 4439                                                Page
=========================================================================
```

```
Patient #: 80652                    | Patient Name:   ROBERT E MARSHALL
Bill To #: 80652                    | Resp Party:     ROBERT E MARSHALL
DOB:         05/08/1929             | Dr #:       32 JEFFERY T BRAHAM DO
Age:       80  Sex: M               | RDr #:      32 JEFFERY T BRAHAM
SSN:                                | Patient Type:    2  MEDICARE
H/Ph #:      304-422-2891           | Bill Cycle:      3  M-R
W/Ph #:      555-555-5555           | Credit Status:   0
                                    | Date Registered:  07/12/2000
-------------------------------------------------------------------------
Patient E-mail:
Responsible Party E-mail:
-------------------------------------------------------------------------
Balances
   0 -  30:                  .00    | Responsible Party Address:
  31 -  60:                  .00    |    77 LITTLE ADDITION RD
  61 -  90:                  .00    |
  91 - 120:                  .00    |    DAVISVILLE, WV 26142
 121 - 150:                  .00    |
 151+    :                   .00    | Patient Address:
                                    |    77 LITTLE ADDITION RD
Total Balance:               .00    |
- Pending:                   .00    |    DAVISVILLE, WV 26142
= Patient Balance:           .00    |-------------------------------------
                                    | Last Transactions:
Budget Due:                  .00    |   Charge:      03/03/2009        .00
Non-budget Due:              .00    |   Personal:    04/01/2009      10.00
Total Due:                   .00    |   Insurance:   03/12/2009      38.47
Budget Balance:              .00    |
Budget Payment:              .00    | Location:        8  MID OHIO VALLEY
                                    | Diagnosis:    VOID  VOID FEE TICKET
                                    | Billing History: 03/16/2009  12/16/2007
                                    |                  09/16/2007  03/19/2006
-------------------------------------------------------------------------
                          Current Coverages
-------------------------------------------------------------------------
Cov#   Insurance Company    Insurance Plan      Subscriber
 1     3567 ADVANTRA FREEDO                      ROBERT E MARSHALL
          Subscriber ID:  80127599301      7604300440
          Patient ID:
 3     9910 $10 COPAY                            ROBERT E MARSHALL
          Subscriber ID
          Patient ID:
```

```
*************************************************************************
                       No details requested
*************************************************************************
```

Appt  Wed 5/22  8:45AM  Before appt

AMT  10 —
PD BY: CASH
CHECK #
CREDIT CARD
INITIALS

```
MID OHIO VALLEY MEDICAL GROUP INC                    [CQFMAIN]        Inquiry
PO BOX 1669                                          Date         05/12/2009
                                                     Time              1:09p
PARKERSBURG, WV 26102                                User          emrjm3
304 485 4439                                          Page               1
====================================================================================

Patient #: 80652                        | Patient Name:  ROBERT E MARSHALL
Bill To #: 80652                        | Resp Party:    ROBERT E MARSHALL
DOB:        05/08/1929                  | Dr #:        32 JEFFERY T BRAHAM DO
Age:        80  Sex: M                  | RDr #:       32 JEFFERY T BRAHAM
SSN:                                    | Patient Type:  2  MEDICARE
H/Ph #:    304-422-2891                 | Bill Cycle:    3   M-R
W/Ph #:    555-555-5555                 | Credit Status:  0
                                        | Date Registered: 07/12/2000
-----------------------------------------------------------------------------------
Patient E-mail:
Responsible Party E-mail:
-----------------------------------------------------------------------------------
Balances                                |
   0 -  30:              .00            | Responsible Party Address:
  31 -  60:              .00            |      77 LITTLE ADDITION RD
  61 -  90:              .00            |
  91 - 120:              .00            |      DAVISVILLE, WV 26142
 121 - 150:              .00            |
 151+     :              .00            | Patient Address:
                                        |      77 LITTLE ADDITION RD
Total Balance:          .00             |
- Pending:              .00             |      DAVISVILLE, WV 26142
= Patient Balance:      .00             |--------------------------------------------
                                        | Last Transactions:
Budget Due:             .00             |   Charge:    03/03/2009            .00
Non-budget Due:         .00             |   Personal:  04/01/2009         10.00
Total Due:              .00             |   Insurance: 03/12/2009         38.47
Budget Balance:         .00             |
Budget Payment:         .00             | Location:          8  MID OHIO VALLEY
                                        | Diagnosis:      VOID  VOID FEE TICKET
                                        | Billing History: 03/16/2009   12/16/2007
                                        |                  09/16/2007   03/19/2006
-----------------------------------------------------------------------------------
                              Current Coverages
-----------------------------------------------------------------------------------
Cov#   Insurance Company    Insurance Plan       Subscriber
  1    3567 ADVANTRA FREEDO                    ROBERT E MARSHALL
         Subscriber ID:  80127599301   7604300440
         Patient ID:
  3    9910 $10 COPAY                          ROBERT E MARSHALL
         Subscriber ID:
         Patient ID:

***********************************************************************************
                         No details requested
***********************************************************************************
```

Wed

3rd Appt 5/27 8:45AM Belpre 8/4...

AMT _____10-_____
PD BY: CASH _____
        CHECK # _____
        CREDIT CARD _____
INITIALS _____

```
MID OHIO VALLEY MEDICAL GROUP INC                              [CQFMAIN]    Inquiry
PO BOX 1669                                                    Date      07/24/2009
                                                              Time           2:57p
PARKERSBURG, WV 26102                                          User         emrsm
304 485 4439                                                   Page             1
==============================================================================
```

| | |
|---|---|
| Patient #: 80652 | Patient Name:  ROBERT E MARSHALL |
| Bill To #: 80652 | Resp Party:   ROBERT E MARSHALL |
| DOB:      05/08/1929 | Dr #:      32 JEFFERY T BRAHAM DO |
| Age:      80  Sex:  M | RDr #:     32 JEFFERY T BRAHAM |
| SSN:      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 | Patient Type:   2  MEDICARE |
| H/Ph #:   304-422-2891 | Bill Cycle:   3   M-R |
| W/Ph #:   555-555-5555 | Credit Status:   0 |
| | Date Registered:  07/12/2000 |

```
-----------------------------------------------------------------------------
Patient E-mail:
Responsible Party E-mail:
-----------------------------------------------------------------------------
```

| Balances | | |
|---|---|---|
|  0 -  30: | .00 | Responsible Party Address: |
| 31 -  60: | .00 |     77 LITTLE ADDITION RD |
| 61 -  90: | .00 | |
| 91 - 120: | .00 |     DAVISVILLE, WV 26142 |
| 121 - 150: | .00 | |
| 151+    : | .00 | Patient Address: |
| | |     77 LITTLE ADDITION RD |
| Total Balance: | .00 | |
| - Pending: | .00 |     DAVISVILLE, WV 26142 |
| = Patient Balance: | .00 | |

```
                                    ---------------------------------------
```

| | | Last Transactions: | | |
|---|---|---|---|---|
| Budget Due: | .00 | Charge:    | 06/22/2009 | 925.00 |
| Non-budget Due: | .00 | Personal:  | 07/02/2009 | 77.00 |
| Total Due: | .00 | Insurance: | 07/06/2009 | 253.46 |
| Budget Balance: | .00 | | | |
| Budget Payment: | .00 | Location:       9  MID OHIO VALLEY | | |
| | | Diagnosis:    724.2  LUMBAGO | | |
| | | Billing History:  06/14/2009 | | 03/16/2009 |
| | |                   12/16/2007 | | 09/16/2007 |

```
-----------------------------------------------------------------------------
                            Current Coverages
-----------------------------------------------------------------------------
Cov#   Insurance Company     Insurance Plan        Subscriber
1    3567 ADVANTRA FREEDO                        ROBERT E MARSHALL
        Subscriber ID:  80127599301       7604300440
        Patient ID:
3    9910 $10 COPAY                              ROBERT E MARSHALL
        Subscriber ID:  233446849
        Patient ID:

*******************************************************************************
                            Debit mode details
*******************************************************************************

Patient#/Name: 80652        ROBERT E MARSHALL
Post Date      Debit#  Batch#/User     Dr# Name          Loc# Name    Orig Pend      Total
03/02/2009   1540118U  169/WH001        84 T CROOKSHANKS FN   8 MID OHIO    95.00      95.00
  Cov#    Claim# Ins Co# Name              Filed     Refiled   BA  PB Status
  1    15401181    3567 ADVANTRA FREEDOM MED  03/02/2009        Y   N  Paid
Dates of Service    Proc      Desc     Mod Diag    PRT  Units  Unit Chg   Line Chg
03/02/2009-03/02/2009 99213  OFFICE/OUTPA  922.1   YYY  1.00   95.00      95.00
  Post Date    Receipt#  Cov# Transaction Type              Amount       Applied
  03/12/2009   3986592U  1  2003567 PMT ADVANTRA FREEDOM      38.47       38.47-
  03/12/2009   3986593U  1  4003567 W/O ADVANTRA FREEDOM      46.53       46.53-
  03/12/2009   3986594U  1  9000101 Co-ins       10.00         .00         .00
  04/01/2009   4022296U     1000102 #1016 CHECK PYMT          10.00       10.00-
              Paid    Write-off
Primary:      38.47       46.53    Personal Paid:     10.00    Total Balance:      .00
Secondary:      .00         .00    Other Paid:          .00    Pending:            .00
Tertiary:       .00         .00    Pat Paid On Form:    .00    Patient Balance:    .00
```

```
MID OHIO VALLEY MEDICAL GROUP INC                        [CQFMAIN]      Inquiry
PO BOX 1669                                               Date      07/24/2009
                                                          Time           2:57p
PARKERSBURG, WV 26102                                     User          emrsm
304 485 4439                                              Page               2
===============================================================================

Ins Total:      38.47        46.53
-------------------------------------------------------------------------------
Patient#/Name: 80652        ROBERT E MARSHALL
Post Date    Debit#   Batch#/User    Dr# Name           Loc# Name     Orig Pend    Total
03/03/2009   1540064U  161/emrkdm     32 J BRAHAM DO     8 MID OHIO        .00      .00
Dates of Service       Proc     Desc         Mod Diag    PRT  Units   Unit Chg   Line Chg
03/02/2009-03/02/2009           VOID FEE TIC             NNN  1.00        .00       .00
             Paid    Write-off
Primary:        .00        .00    Personal Paid:      .00   Total Balance:      .00
Secondary:      .00        .00    Other Paid:         .00   Pending:            .00
Tertiary:       .00        .00    Pat Paid On Form:   .00   Patient Balance:    .00
Ins Total:      .00        .00
-------------------------------------------------------------------------------
Patient#/Name: 80652        ROBERT E MARSHALL
Post Date    Debit#   Batch#/User    Dr# Name           Loc# Name     Orig Pend    Total
05/14/2009   1595812U  168/KDM001    323 J BRAHAM DO     8 MID OHIO      67.00     67.00
  Cov#   Claim# Ins Co# Name              Filed    Refiled  BA  PB Status
   1   15958121  3567 ADVANTRA FREEDOM MED 05/14/2009       Y   N  Paid
Dates of Service       Proc     Desc         Mod Diag    PRT  Units   Unit Chg   Line Chg
05/12/2009-05/12/2009  90718    TETANUS AND      959.09   YYY  1.00      32.00     32.00
05/12/2009-05/12/2009  90471    IMMUNIZATION     959.09   YYY  1.00      35.00     35.00
  Post Date   Receipt#  Cov# Transaction Type                      Amount    Applied
  06/01/2009  4144286U  1   2003567 DENIED  ADVANTRA FREEDOM          .00        .00
  07/02/2009  4206165U      1000102 1046# CHECK PYMT                77.00     67.00-
             Paid    Write-off
Primary:        .00        .00    Personal Paid:    67.00   Total Balance:      .00
Secondary:      .00        .00    Other Paid:         .00   Pending:            .00
Tertiary:       .00        .00    Pat Paid On Form:   .00   Patient Balance:    .00
Ins Total:      .00        .00
-------------------------------------------------------------------------------
Patient#/Name: 80652        ROBERT E MARSHALL
Post Date    Debit#   Batch#/User    Dr# Name           Loc# Name     Orig Pend    Total
05/19/2009   1601268U  168/KDM001     50 L UNDERWOOD FNPB 8 MID OHIO    95.00     95.00
  Cov#   Claim# Ins Co# Name              Filed    Refiled  BA  PB Status
   1   16012681  3567 ADVANTRA FREEDOM MED 05/19/2009       Y   N  Paid
Dates of Service       Proc     Desc         Mod Diag    PRT  Units   Unit Chg   Line Chg
05/12/2009-05/12/2009  99213    OFFICE/OUTPA     726.5    YYY  1.00      95.00     95.00
05/12/2009-05/12/2009  DX       ADDITIONAL D     959.09   YYY  1.00        .00       .00
  Post Date   Receipt#  Cov# Transaction Type                      Amount    Applied
  05/19/2009  4121546U      1000001 CASH AT APPT                   10.00     10.00-
  06/04/2009  4154174U  1   2003567 PMT ADVANTRA FREEDOM           38.47     38.47-
  06/04/2009  4154175U  1   4003567 W/O ADVANTRA FREEDOM           46.53     46.53-
  06/04/2009  4154176U  1   9000101 Co-ins        10.00              .00       .00
             Paid    Write-off
Primary:      38.47      46.53    Personal Paid:    10.00   Total Balance:      .00
Secondary:      .00        .00    Other Paid:         .00   Pending:            .00
Tertiary:       .00        .00    Pat Paid On Form:   .00   Patient Balance:    .00
Ins Total:    38.47      46.53
-------------------------------------------------------------------------------
Patient#/Name: 80652        ROBERT E MARSHALL
Post Date    Debit#   Batch#/User    Dr# Name           Loc# Name     Orig Pend    Total
05/27/2009   1471139U  169/WH001     32 J BRAHAM DO      9 MID OHIO     95.00     95.00
  Cov#   Claim# Ins Co# Name              Filed    Refiled  BA  PB Status
   1   14711391  3567 ADVANTRA FREEDOM MED 05/28/2009       Y   N  Paid
Dates of Service       Proc     Desc         Mod Diag    PRT  Units   Unit Chg   Line Chg
05/27/2009-05/27/2009  99213    OFFICE/OUTPA     250.00   YYY  1.00      95.00     95.00
05/27/2009-05/27/2009  DX       ADDITIONAL D     272.2    YYY  1.00        .00       .00
05/27/2009-05/27/2009  DX       ADDITIONAL D     401.1    YYY  1.00        .00       .00
  Post Date   Receipt#  Cov# Transaction Type                      Amount    Applied
  06/09/2009  4159697U  1   2003567 PMT ADVANTRA FREEDOM           49.59     49.59-
  06/09/2009  4159698U  1   4003567 W/O ADVANTRA FREEDOM           35.41     35.41-
  06/09/2009  4159699U  1   9000101 Co-ins        10.00              .00       .00
  07/02/2009  4206165U      1000102 1046# CHECK PYMT                77.00     10.00-
             Paid    Write-off
```

MID OHIO VALLEY MEDICAL GROUP INC
PO BOX 1669

PARKERSBURG, WV 26102
304 485 4439

```
                                                                [CQFMAIN]        Inquiry
                                                                Date          07/24/2009
                                                                Time               2:57p
                                                                User              emrsm
                                                                Page                   3
```

===========================================================================

| Primary: | 49.59 | 35.41 | Personal Paid: | 10.00 | Total Balance: | .00 |
|---|---|---|---|---|---|---|
| Secondary: | .00 | .00 | Other Paid: | .00 | Pending: | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | .00 | Patient Balance: | .00 |
| Ins Total: | 49.59 | 35.41 | | | | |

-----------------------------------------------------------------------

**Patient#/Name: 80652    ROBERT E MARSHALL**

| Post Date | Debit# | Batch#/User | Dr# Name | Loc# Name | | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 05/28/2009 | 1608014U | 0/KDM001 | 32 J BRAHAM DO | 8 MID OHIO | | 116.00 | 116.00 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 16080141 | 3567 ADVANTRA FREEDOM MED | 05/28/2009 | | Y | N | Paid |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 05/27/2009-05/27/2009 | 80061 | LIPID PROFIL | 272.2 | YYY | 1.00 | 51.00 | 51.00 |
| 05/27/2009-05/27/2009 | 80053 | METABOLIC PA | 250.00 | YYY | 1.00 | 30.00 | 30.00 |
| 05/27/2009-05/27/2009 | 83036 | GLYCOSYLATED | 250.00 | YYY | 1.00 | 35.00 | 35.00 |
| 05/27/2009-05/27/2009 | DX | ADDITIONAL D | 401.1 | YYY | 1.00 | .00 | .00 |

| Post Date | Receipt# | Cov# | Transaction Type | | | Amount | Applied |
|---|---|---|---|---|---|---|---|
| 06/09/2009 | 4159701U | 1 | 2003567 PMT ADVANTRA FREEDOM | | | 29.61 | 29.61- |
| 06/09/2009 | 4159702U | 1 | 4003567 W/O ADVANTRA FREEDOM | | | 86.39 | 86.39- |
| | | Paid | Write-off | | | | |

| Primary: | 29.61 | 86.39 | Personal Paid: | .00 | Total Balance: | .00 |
|---|---|---|---|---|---|---|
| Secondary: | .00 | .00 | Other Paid: | .00 | Pending: | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | .00 | Patient Balance: | .00 |
| Ins Total: | 29.61 | 86.39 | | | | |

-----------------------------------------------------------------------

**Patient#/Name: 80652    ROBERT E MARSHALL**

| Post Date | Debit# | Batch#/User | Dr# Name | Loc# Name | | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 05/28/2009 | 1608015U | 168/KDM001 | 32 J BRAHAM DO | 9 MID OHIO | | 15.00 | 15.00 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 16080151 | 3567 ADVANTRA FREEDOM MED | 05/28/2009 | | Y | N | Paid |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 05/27/2009-05/27/2009 | 36415 | DRAWING BLOO | 401.1 | YYY | 1.00 | 15.00 | 15.00 |

| Post Date | Receipt# | Cov# | Transaction Type | | | Amount | Applied |
|---|---|---|---|---|---|---|---|
| 06/09/2009 | 4159704U | 1 | 2003567 PMT ADVANTRA FREEDOM | | | 3.00 | 3.00- |
| 06/09/2009 | 4159705U | 1 | 4003567 W/O ADVANTRA FREEDOM | | | 12.00 | 12.00- |
| | | Paid | Write-off | | | | |

| Primary: | 3.00 | 12.00 | Personal Paid: | .00 | Total Balance: | .00 |
|---|---|---|---|---|---|---|
| Secondary: | .00 | .00 | Other Paid: | .00 | Pending: | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | .00 | Patient Balance: | .00 |
| Ins Total: | 3.00 | 12.00 | | | | |

-----------------------------------------------------------------------

**Patient#/Name: 80652    ROBERT E MARSHALL**

| Post Date | Debit# | Batch#/User | Dr# Name | Loc# Name | | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 06/12/2009 | 1613113U | 5022/emrdr | 32 J BRAHAM DO | 9 MID OHIO | | .00 | .00 |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 06/11/2009-06/11/2009 | | VOID FEE TIC | | NNN | 1.00 | .00 | .00 |
| | Paid | Write-off | | | | | |

| Primary: | .00 | .00 | Personal Paid: | .00 | Total Balance: | .00 |
|---|---|---|---|---|---|---|
| Secondary: | .00 | .00 | Other Paid: | .00 | Pending: | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | .00 | Patient Balance: | .00 |
| Ins Total: | .00 | .00 | | | | |

-----------------------------------------------------------------------

**Patient#/Name: 80652    ROBERT E MARSHALL**

| Post Date | Debit# | Batch#/User | Dr# Name | Loc# Name | | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 06/22/2009 | 1620333U | 9944/emrth | 32 J BRAHAM DO | 9 MID OHIO | | 925.00 | 925.00 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 16203331 | 3567 ADVANTRA FREEDOM MED | 06/22/2009 | | Y | N | Paid |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 06/19/2009-06/19/2009 | 72131 | CT LUMBAR SP | 111 724.2 | YYY | 1.00 | 565.00 | 565.00 |
| 06/19/2009-06/19/2009 | 76377 | REFORMAT CT | 111 724.2 | YYY | 1.00 | 360.00 | 360.00 |

| Post Date | Receipt# | Cov# | Transaction Type | | | Amount | Applied |
|---|---|---|---|---|---|---|---|
| 07/06/2009 | 4210268U | 1 | 2003567 PMT ADVANTRA FREEDOM | | | 253.46 | 253.46- |
| 07/06/2009 | 4210269U | 1 | 4003567 W/O ADVANTRA FREEDOM | | | 671.54 | 671.54- |
| | | Paid | Write-off | | | | |

| Primary: | 253.46 | 671.54 | Personal Paid: | .00 | Total Balance: | .00 |
|---|---|---|---|---|---|---|

```
MID OHIO VALLEY MEDICAL GROUP INC                            [CQFMAIN]    Inquiry
PO BOX 1669                                                  Date     07/24/2009
                                                             Time        2:57p
PARKERSBURG, WV 26102                                        User        emrsm
304 485 4439                                                 Page            4
=================================================================================

Secondary:        .00         .00   Other Paid:         .00   Pending:          .00
Tertiary:         .00         .00   Pat Paid On Form:   .00   Patient Balance:  .00
Ins Total:     253.46      671.54
---------------------------------------------------------------------------------
*********************************************************************************
---------------------------------------------------------------------------------
```



# MID-OHIO VALLEY
# MEDICAL
## GROUP

## FAX COVER SHEET

Please deliver transmitted pages

TO: *George Cosenza*

FROM: *Dr Braham*

Mid Ohio Valley Medical Group, Inc.
800 Grand Central Mall *Ste 4*
Vienna, WV 26105

DATE: ___JUL 2 4 2009___

TOTAL NUMBER OF PAGES: ___1___ (Including this Fax Cover Sheet)

IF ALL PAGES ARE NOT RECEIVED, OR IF YOU NEED CLARIFICATION,
PLEASE CALL ___Sandy S___,
at ___304·435-4439___ as soon as possible.
___ext 230___

MESSAGE/COMMENTS:

*RE: Robert Marshall 5-8-29  233446849*

*medical records cost $22.75*

*# pgp 17*          **PAID**

*TAX ID# 55-0771901*

The information contained in this fax transmission is confidential, proprietary
or privileged and may be subject to protection under the law, including the
Health Insurance Portability and Accountability Act (HIPAA).  This information
is legally privileged and confidential information intended only for the use of
the individual or entity named above.  If the reader of this message is not the
intended recipient, you are hereby notified that any use, disclosure, copying
or distribution of this fax is strictly prohibited, and may subject you to
criminal or civil penalties.  If you received this fax in error, please notify
the sender immediately, by telephone at the above number, to arrange for return
of the documents.  Thank you.

Mid Ohio Valley Medical Group, Inc.
800 Grand Central Mall, Suite 4
Vienna, WV 26105

• P.O. Box 1669 • Parkersburg, WV 26102 • (304) 485-3300 • Fax: (304) 485-3317

09/24/09

PATIENT PROCEDURE HISTORY BY DT SERVICE

Page   1

PARKERSBURG RADIOLOGY

Accounts 44812 - 44812   All Dates

File : a:prohist.dat

| Acct | Date | Dep # | Name | Dr # | Procedure | | Diag | Units | Charge |
|------|------|-------|------|------|-----------|---|------|-------|--------|
| 44812 | MARSHALL,ROBERT | | | | | | | | |
| | 12/10/99 | 0 | MARSHALL,ROBERT | 3 | 74270 | COLON; BARIUM ENEMA | 569.3 | 1.00 | 84.00 |
| | 08/24/01 | 0 | MARSHALL,ROBERT | 4 | 74160 | CT, ABDOMEN WITH CON | 789.09 | 1.00 | 180.00 |
| | 08/24/01 | 0 | MARSHALL,ROBERT | 4 | 72193 | CT,PELVIS WITH CONTR | 789.07 | 1.00 | 25.00 |
| | 05/02/03 | 0 | MARSHALL,ROBERT | 3 | 73520,1 | HIPS BILATERAL W/1 V | 719.45 | 1.00 | 83.00 |
| | 10/09/04 | 0 | MARSHALL,ROBERT | 10 | 71010 | CHEST 1 VIEW POSTERO | 518.3 | 1.00 | 21.00 |
| | 10/09/04 | 0 | MARSHALL,ROBERT | 10 | 71260 | CT,THORAX WITH CONTR | 518.3 | 1.00 | 180.00 |
| | 03/07/05 | 0 | MARSHALL,ROBERT | 5 | 74170 | CT, ABDOMEN WITH/WO | 789.09 | 1.00 | 206.00 |
| | 03/07/05 | 0 | MARSHALL,ROBERT | 5 | 72194 | CT,PELVIS WITH & W/O | 562.11 | 1.00 | 206.00 |
| | 07/31/05 | 0 | MARSHALL,ROBERT | 2 | 70450 | CT HEAD W/O CONTRAST | 435.9 | 1.00 | 142.00 |
| | 08/01/05 | 0 | MARSHALL,ROBERT | 11 | 70551 | MRI BRAIN W/O CONTRA | 780.4 | 1.00 | 160.00 |
| | 08/01/05 | 0 | MARSHALL,ROBERT | 11 | 70544 | MRA HEAD W/O CONTRAS | 780.4 | 1.00 | 160.00 |
| | 02/09/06 | 0 | MARSHALL,ROBERT | 11 | 93880 | ULTRASOUND CAROTID I | 785.9 | 1.00 | 109.00 |
| | 08/14/06 | 0 | MARSHALL,ROBERT | 5 | 93880 | ULTRASOUND CAROTID I | 785.9 | 1.00 | 109.00 |
| | 08/30/06 | 0 | MARSHALL,ROBERT | 5 | 70548 | MRA, NECK WITH CONTR | 433.10 | 1.00 | 191.00 |
| | 03/02/09 | 0 | MARSHALL,ROBERT | 11 | 71100,1 | RIBS UNILATERAL 2 VI | 518.89 | 1.00 | 89.00 |
| | 05/12/09 | 0 | MARSHALL,ROBERT | 2 | 73550,1 | FEMUR 2 VIEWS | 729.5 | 1.00 | 77.00 |
| | 05/12/09 | 0 | MARSHALL,ROBERT | 2 | 73510,1 | HIP TWO VIEWS | 719.45 | 1.00 | 103.00 |
| | 05/28/09 | 0 | MARSHALL,ROBERT | 4 | 72100,1 | LUMBOSACRAL SPINE | 722.93 | 1.00 | 108.00 |
| | 06/19/09 | 0 | MARSHALL,ROBERT | 2 | 72131 | CT,LUMBAR SP. W/O CO | 737.20 | 1.00 | 161.00 |
| | 06/19/09 | 0 | MARSHALL,ROBERT | 2 | 76377 | 3D RECONSTRUCT INDEP | 737.20 | 1.00 | 115.00 |

TOTAL FOR ACCOUNT 44812     20.00     2509.00



**CORPORATION**      1107 Garfield Ave. * P. O. Box 779 * Parkersburg, WV 26102 * Phone: 304.422.1133 * Fax 304.422.2499

SEPTEMBER 24, 2009

GEORGE J COZENZA, PLLC
515 MARKET STREET
P.O. BOX 4
PARKERSBURG, WV 26102

ACCOUNT# 44812
PATIENT: ROBERT E MARSHALL

RE: CHARGE FOR COPIES PROVIDED AS PER YOUR REQUEST

We are enclosing herewith the copies of documents as per your request. Also, to offset our
costs to provide this service to you we request that you reimburse us in the amount of:

$ *8.00*

Please make your payment payable to:      MFC Corporation
                       And mail it to:      PO Box 779
                                Parkersburg, WV  26102

Should you need to contact us again concerning these documents, Please direct such inquiry to
my attention.

Thank you,

Stephanie Holland
Parkersburg Radiology
304-422-6573 telephone
304-422-2499 fax

550522573 tax identification number

Please return the second page along with your payment to the aforementioned address.

## PATIENT RECORD

Robert Marshall                    "duplicate"

### ACCOUNT

| Date | Spinal Manipulation | | | Therapy | | | Treatment | Chg. | Paid | Bal. |
|---|---|---|---|---|---|---|---|---|---|---|
| MAY | ☑ Cervical ☐ Thoracic ☑ Lumbar | | | ☐ Heat ☐ Ice ☑ LV | | | ☐ out | 25 | mc | 25 |
| MAY 20 02 | ☑ Cervical ☐ Thoracic ☑ Lumbar | | | ☐ Heat ☐ Ice ☑ LV | | | ☐ | 25 | mc | 50 |
| 9/02 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☑ LV | | | ☐ mc pd 5/15/02 - 5/20/02 | (50) | 38 20 | Ø |
| 8 25 02 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☑ LV | | | ☐ ins pd 5/15/02 - 5/20/02 | | 9.56 | Ø |
| FEB | ☑ Cervical ☐ Thoracic ☑ Lumbar | | | ☐ Heat ☐ Ice ☑ LV | | | ☐ | 15 | 15 | |
| APR 17 2009 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | 35 | 20 | 15 |
| 5/10/09 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ billed 4/17/09 | | | 15 |
| 8/09 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ ins pd 4/17/09 | (35) | 32 28 | +2 |
| 6/8/9 | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ pt refund | | 20 | Ø |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |
| | ☐ Cervical ☐ Thoracic ☐ Lumbar | | | ☐ Heat ☐ Ice ☐ LV | | | ☐ | | | |

**MARK AREA OF PAIN**
(by patient)

| Date | Subsequent Complaints |
|---|---|
| | X-ray @ rem Ht |
| | will call c Nati |
| | MC # 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A. |
| | re - 8/24/01 |
| 1/03 | ent into new MC program |
| | |
| | |
| | |

OCC · Occiput
C - Cervical Vertebrae
D - Dorsal Vertebrae
L - Lumbar Vertebrae
SAC - Sacrum

OCC
1C 2C 3C 4C 5C 6C 7C
1D 2D 3D 4D 5D 6D 7D 8D 9D 10D 11D 12D
1L 2L 3L 4L 5L
SAC

**SPINAL ANALYSIS**



# Patient Statement Inquiry

### Patient : 10266 - Marshall,Robert

| | | | | |
|---|---|---|---|---|
| 05-19-2009 | 97001 | PT Eval | 1.00 | 100.00 |
| | 97014 | Electrical Stim- Unattended | 1.00 | 25.00 |
| 05-20-2009 | 97014 | E-stim Unat | 1.00 | 25.00 |
| | 97140 | Manual Therapy | 1.00 | 50.00 |
| | 97110 | Therapeutic Exercises | 2.00 | 80.00 |
| 05-22-2009 | 97014 | E-stim Unat | 1.00 | 25.00 |
| | 97110 | Therapeutic Exercises | 2.00 | 80.00 |
| 05-27-2009 | 97014 | E-stim Unat | 1.00 | 25.00 |
| | 97110 | Therapeutic Exercises | 2.00 | 80.00 |
| 05-29-2009 | 97110 | Ther. Ex. | 2.00 | 80.00 |
| 05-29-2009 | Payment | ADVANTRA FREEDOM paid 165.27 for DOS 05/20/09 - 05/20/09 via check # 14465365, Batch # | | -165.27 |
| 05-29-2009 | Discount | Discount of $114.73 for DOS 05/20/09 - 05/20/09. | | -114.73 |
| 06-02-2009 | 97140 | Manual.Ther | 1.00 | 50.00 |
| | 97110 | Therapeutic Exercises | 3.00 | 120.00 |
| 06-04-2009 | 97140 | Manual.Ther | 1.00 | 50.00 |
| | 97110 | Therapeutic Exercises | 3.00 | 120.00 |
| 06-04-2009 | Payment | ADVANTRA FREEDOM paid 63.76 for DOS 05/27/09 - 05/27/09 via check # 14466432, Batch # 06042009era. | | -63.76 |
| 06-04-2009 | Payment | ADVANTRA FREEDOM paid 63.76 for DOS 05/22/09 - 05/22/09 via check # 14465892, Batch # 06042009era. | | -63.76 |
| 06-04-2009 | Discount | Discount of $41.24 for DOS 05/27/09 - 05/27/09. | | -41.24 |
| 06-04-2009 | Discount | Discount of $41.24 for DOS 05/22/09 - 05/22/09. | | -41.24 |
| 06-08-2009 | Payment | ADVANTRA FREEDOM paid 52.90 for DOS 05/29/09 - 05/29/09 via check # 14467023, Batch # 06082009era. | | -52.90 |
| 06-08-2009 | Discount | Discount of $27.10 for DOS 05/29/09 - 05/29/09. | | -27.10 |
| 06-09-2009 | 97140 | Manual.Ther | 1.00 | 50.00 |
| | 97110 | Therapeutic Exercises | 3.00 | 120.00 |
| 06-11-2009 | Payment | ADVANTRA FREEDOM paid 103.70 for DOS 06/02/09 - 06/02/09 via check # 14467641, Batch # | | -103.70 |
| 06-11-2009 | Discount | Discount of $66.30 for DOS 06/02/09 - 06/02/09. | | -66.30 |
| 06-12-2009 | 97002.59 | PT Re-Eval Mod. | 1.00 | 65.00 |
| | 97110 | Therapeutic Exercises | 3.00 | 120.00 |
| 06-15-2009 | Payment | ADVANTRA FREEDOM paid 103.70 for DOS 06/04/09 - 06/04/09 via check # 14468240, Batch # | | -103.70 |
| 06-15-2009 | Discount | Discount of $66.30 for DOS 06/04/09 - 06/04/09. | | -66.30 |
| 06-19-2009 | Payment | ADVANTRA FREEDOM paid 103.70 for DOS 06/09/09 - 06/09/09 via check # 14468837, Batch # | | -103.70 |
| 06-19-2009 | Discount | Discount of $66.30 for DOS 06/09/09 - 06/09/09. | | -66.30 |
| 06-23-2009 | Payment | ADVANTRA FREEDOM paid 114.49 for DOS 06/12/09 - 06/12/09 via check # 14469422, Batch # | | -114.49 |
| 06-23-2009 | Discount | Discount of $70.51 for DOS 06/12/09 - 06/12/09. | | -70.51 |
| | | **Total Charges on Account:** | | **1265.00** |
| | | **Total Payments on Account:** | | **-771.28** |

# Patient Statement Inquiry

### Patient : 10266 - Marshall,Robert

| | | | | |
|---|---|---|---|---|
| | | Total Discounts on Account: | | -493.72 |
| | | Total Account Adjustments: | | 0.00 |
| | | Total Account Charge Reversals: | | 0.00 |
| | | Account Balance Due: | | 0.00 |

# MOUNTAIN RIVER PHYSICAL THERAPY

1212 Garfield Avenue, Suite 200
Parkersburg, WV 26101
Phone: 304-865-6778
Fax: 304-865-7400

August 4, 2009

George J. Cosenza, PLLC
515 Market Street
P O Box 4
Parkersburg, WV 26102

RE:   Robert E. Marshall
DOB:  5-8-29
SSN:  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

**PAID**

Dear George:

We have received your request for copies of Robert's medical records. In accordance
with WV Code 16-29-2 our fee for this service is $10.00 plus $0.75 per page.

# of pages:   24
Total Cost:  $ 28.00

We will be happy to forward a copy of her/his records once we receive payment.

Sincerely,

Janet Beeson
Office Assistant
Mountain River Physical Therapy
FEIN# 550764678



PHYSICAL THERAPY

Parkersburg • Vienna • Mineral Wells • Ellenboro • New Martinsville • Wellsburg • Wheeling
www.mountainriverpt.com

CAMDEN-CLARK MEMORIAL HOSPITAL
Parkersburg. WV 26102




REGISTRATION FORM

| PATIENT NAME/ADDRESS | ACCOUNT NO. | ROOM/BED | TYPE | LOCATION/SERVICE | UNIT NO./MR# |
|---|---|---|---|---|---|
| MARSHALL,ROBERT E | 34359224 | | ER | ER | 00099473 |
| 77 LITTLE ADDITION RD | | | | | |
| DAVISVILLE.WV 26142 | DATE OF BIRTH | AGE | SEX | MAR. STAT. | RELIGION | RACE |
| PHONE: 304-422-2891 | 05/08/29 | 79 | M | U | |
| SOCIAL SECURITY NO.: 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 | | | | | |
| EMPLOYER: RETIRED | PERSON TO NOTIFY/ADDRESS | | RELATIONSHIP: |

| GUARANTOR/ADDRESS | |
|---|---|
| MARSHALL,ROBERT E | |
| 77 LITTLE ADDITION RD | |
| DAVISVILLE,WV 26142 | HOME PHONE:              WORK PHONE: |
| PHONE: 304-422-2891 | NEXT OF KIN/ADDRESS                    RELATIONSHIP: |
| RELATIONSHIP: SAME AS PATIENT (SELF) | |
| GUAR. EMPLOYER: RETIRED | |

| FINANCIAL CLASS: MC | HOME PHONE:              WORK PHONE: |
|---|---|

| INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | SUBSCRIBER/INSURED NAME |
|---|---|---|---|
| ADVANTRA FREEDOM - MEDICARE | 80127599301 | 7604300440 | MARSHALL,ROBERT E |

| ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|
| | FALL INJURY |

| ACCIDENT DATE/TIME | COMMENTS PER PT | | HEIGHT/WEIGHT | ARRIVAL MODE | USER |
|---|---|---|---|---|---|
| / | | | 5/7   210 | COMM AMB | CR--CLH |

| ADMIT DATE/TIME | ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|---|---|
| 02/23/09 1136 | | BRAHAM,JEFFREY, DO. | |

| HOSP.DAYS | H  CMI  SNF  ICF  HH  DIED  AUT | SURGEON: | CONSULT: | DISCH DATE/TIME |
|---|---|---|---|---|
| | | ANESTHESIOLOGIST: | CONSULT: | |

| ADMITTING DIAGNOSIS | DIAGNOSIS AND PROCEDURE CODE |
|---|---|

PRINCIPAL DIAGNOSIS

SECONDARY DIAGNOSIS

PROCEDURES

I certify that the narrative descriptions of the principal and secondary diagnoses and
the major procedures performed are accurate and complete to the best of my knowledge.

---------------------------------------------------------   ------------------------
                        Attending Physician                            Date

MEDICAL RECORD SUMMARY SHEET





CAMDEN-CLARK MEMORIAL HOSPITAL
PARKERSBURG, WEST VIRGINIA 26101

### CONSENT TO DIAGNOSIS AND/OR TREATMENT

I, MARSHALL.ROBERT E:34359224           hereby authorize the staff of CAMDEN-CLARK MEMORIAL HOSPITAL to perform any and/or all procedures and treatments ordered in the diagnosis and treatment of my disorder. In the event any of my physicians deem it necessary that I be administered an anesthetic. other than a local anesthetic. or that I undergo a surgical or other hazardous diagnostic or therapeutic procedure. a separate consent will be required. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of the examination. diagnostic procedure or treatment. In accordance with the policy of the Hospital. CAMDEN-CLARK MEMORIAL HOSPTIAL. is hereby authorized to furnish such professional information from my medical record to any physician and/or health care facility engaged in my subsequent medical care. *INITIALS*

### STUDENT EDUCATION

Camden-Clark Memorial Hospital maintains educational affiliations with area and regional schools for the purpose of providing clinical experiences to their students. I understand and agree that students may participate in or be present at various times during my care at Camden-Clark Memorial Hospital. *INITIALS*

### PAYMENT GUARANTEE/ASSIGNMENT OF INSURANCE BENEFITS/AUTHORIZATION TO BILL THIRD PARTY PAYORS

I. hereby authorize direct payment to Camden-Clark Memorial Hospital the benefits herein specified and otherwise payable to me. I also authorize direct payment to the physicians responsible for my care for charges for their services. I understand I am financially responsible to the Hospital and physicians for all charges.
I further authorize the release of medical information to any third party payor or agent thereof.
Where applicable. I authorize the Hospital to apply for payment under Title XVIII of the Social Security Act. I authorize release of any information given by me in applying for such payment and certify that such information is true and correct. I request that payment of authorized benefits be made on my behalf. I understand I am responsible for any applicable health insurance deductibles and coinsurance. *INITIALS*

### RELEASE OF LIABILITY FOR PERSONAL PROPERTY

I have been told that I should send all valuables and money home. If I do not. I hereby agree and acknowledge that I alone will be solely responsible for the safekeeping of personal property including. but not limited to. cash. visual aids. hearing aids. dentures and jewelry which I have by choice/retained in my possession while I am a patient in Camden-Clark. Memorial Hospital. I do hereby release Camden-Clark Memorial Hospital. its agents and employees from any and all liability for loss. theft or damage to such property. *INITIALS*

### PHYSICIAN AND ALLIED HEALTH SERVICES

The undersigned recognizes that all physicians. medical associates and allied health professionals furnishing services to the patient. including but not limited to. emergency department physicians. dentists. radiologists. pathologists. radiation oncologists. anesthesiologists. psychologists. podiatrists. optometrists. certified registered nurse anesthesists and the like (except Daniel McGraw. MD: Shane Parmer. MD: David Farris. DO: Lisa Casalenuovo. DO: Joseph Boggs. MD: Gabor Altdorfer. MD: and Joseph Darrow. MD) are licensed independent practitioners and are not employees or agents of Camden-Clark Memorial Hospital. *INITIALS*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IF PATIENT IS INCOMPETENT TO GIVE CONSENT BECAUSE OF PHYSICAL CONDITION. AGE OR INCAPACITY COMPLETE THE FOLLOWING

1.  Patient is unable to give consent because _____

Minor _____ year of age was _____ was not _____ accompanied by parent or guardian.

IF TELEPHONE CONSENT IS REQUIRED COMPLETE SECTION 2 IN ADDITION TO SECTION 1

2.  (Name) _____ (Relationship to the minor) _____ was contacted by telephone on

(Date and Time) _____ and the consent to Diagnosis and/or Treatment statement was fully explained. She/He

stated understanding and gave verbal consent to provide necessary care.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This form has been fully explained to me and I acknowledge that I understand its contents.

_____          _____
Signature of Patient or Legally Authorized Representative          Relationship / daughter

_____          _____  _____
Signature of Witness or Witnesses          Date 02-38   Time 1148

# Camden-Clark Memorial Hospital

*For Your Lifetime*

## ACKNOWLEDGMENT OF RECEIPT OF
## NOTICE OF PRIVACY PRACTICES

MARSHALL,ROBERT E
A: 34359224        U:00099473

I have received a copy of the Notice of Privacy Practices. The Notice describes how my
health information may be used or disclosed. I understand that I should read it carefully.
I am aware that the Notice may be changed at any time. I may obtain a revised copy of the
Notice by calling the Health Information Management Office at 304-424-2214. on this
Organization's website at www.ccmh.org or by requesting one at this Organization's offices.

2-23-05
(Date)

*Robert Marshall*
(Signature*)

Robert Marshall
(Print or Type Name)

* As the representative of the above individual, I acknowledge receipt of the Notice on
  his or her behalf.

_____
(Signature)

_____
(Relationship)

_____
(Date)

Camden-Clark Memorial Hospital
Physician Emergency Department Report

Name:  MARSHALL,ROBERT E                    Account Number:  34359224
E.D. Clinician:  BAKER,DONALD J,MD          Date:  02/23/09
Family Doctor:  BRAHAM,JEFFREY, DO.         Age:  79
Unit Number:  00099473                      DOB:  05/08/29
Location:  ER

HPI:
02/23 This 79 years old White Male presents to ER via EMS-Ground with complaints    db
12:48 of Fall Injury.
12:48 The patient fell from an upright position. The symptoms began just prior to    db
arrival. The patient sustained injury to the head, laceration, 2.5 cm(s), of
the left eye. The patient has no apparent associated signs or symptoms, The
patient experienced no loss of consciousness. patient also abraded and
contused his left hand; patient is not on anticoagulants.

Historical:
- Allergies: No known drug Allergies; Denies latex allergy;
- Home Meds:
1. Glucerna Oral;
2. Glyburide Oral;
3. Glucophage Oral;
4. Actos Oral;
- PMHx: Diabetes - IDDM; CAD; CHF;
- Family history:: Not pertinent.
- Social history:: The patient lives with family The patient denies using
tobacco, alcohol, street drugs, IV drugs, over the counter diet medications,
No barriers to communication noted. The patient speaks fluent English.
Speaks appropriately for age.
- Code Status:: Full code.
- Immunization history:: Last tetanus immunization: unknown Pneumococcal
vaccine is up to date. Flu vaccine is up to date.


ROS:
12:49 Skin: Positive for hematoma, laceration(s).                                    db
All other systems are negative.

Exam:
12:49 Constitutional:  This is a well developed, well nourished patient who is       db
awake, alert, and in no acute distress.
Neck:  Trachea midline, no thyromegaly or masses palpated, and no cervical
lymphadenopathy.  Supple, full range of motion without nuchal rigidity, or
vertebral point tenderness.  No Meningismus.
Respiratory:  Lungs have equal breath sounds bilaterally, clear to
auscultation and percussion.  No rales, rhonchi or wheezes noted.  No
increased work of breathing, no retractions or nasal flaring.
Cardiovascular:  Regular rate and rhythm with a normal S1 and S2.  No
gallops, murmurs, or rubs.  Normal PMI, no JVD.  No pulse deficits.
Abdomen/GI:  Soft, non-tender, with normal bowel sounds.  No distension or
tympany.  No guarding or rebound.  No evidence of tenderness throughout.
Back:  No spinal tenderness.  No costovertebral tenderness.  Full range of
motion.
12:49 Neuro:  Awake and alert, GCS 15, oriented to person, place, time, and         db
situation.  Cranial nerves II-XII grossly intact.  Motor strength 5/5 in all
extremities.  Sensory grossly intact.  Cerebellar exam normal.  Normal gait.
Head/face: Noted is a laceration(s),  2.5cm(s), of the middle aspect of left


PATIENT CARE INQUIRY (PCI: OE Database CAC)

Camden-Clark Memorial Hospital
Physician Emergency Department Report

Name: MARSHALL,ROBERT E                          Account Number:   34359224
E.D. Clinician: BAKER,DONALD J,MD                Date:  02/23/09
Family Doctor: BRAHAM,JEFFREY, DO.               Age: 79
Unit Number: 00099473                            DOB:  05/08/29
Location: ER

eyebrow and outer aspect of left eyebrow.

Vital Signs:
11:30 BP 144 / 65 RA Sitting (auto/reg); Pulse 66 MON; Resp 18; Temp 98.1; Pulse      pst
Ox 99% on R/A; Weight 95.24Kg / 210.00Lbs(R); Height 5 ft. 9 in. (175.26 cm)
(R); Pain 5/10;
13:01 BP 140 / 66; Pulse 72; Resp 18; Pulse Ox 99% on R/A; Pain 0/10;                  ab

Laceration:
12:50 Wound Repair of 2.5cm ( 1.0in ) full thickness laceration to middle aspect      db
of left eyebrow and outer aspect of left eyebrow. Distal
neuro/vascular/tendon intact. Anesthesia: Wound infiltrated with 1%
lidocaine w/ Epi. Wound prep: Simple cleansing with betadine. Skin closed
with 6-0 Nylon using Running sutures.

MDM:
12:21 Patient medically screened.                                                     db
12:51 The history from nurses notes was reviewed and I agree with what is             db
documented. Data reviewed: vital signs, nurses notes. Counseling: I had a
discussion with the patient regarding: the historical points, exam findings,
and any diagnostic results supporting the discharge/admit diagnosis.

Signatures:
TORNES, PAM, RN                      RN   pst
BAKER, DONALD, MD                    MD   db

*********************************************************************************

        BAKER,DONALD J,MD

Disclaimer: This report has been electronically signed in the Medhost EDMS application.

cc:

PATIENT CARE INQUIRY (PCI: OE Database CAC)

Camden-Clark Memorial Hospital
Nurse Emergency Department Report

**Name: MARSHALL,ROBERT E**                          **Account Number:** 34359224
**E.D. Clinician: BAKER,DONALD J,MD**                **Date:** 02/23/09
**Family Doctor: BRAHAM,JEFFREY, DO.**               **Age:** 79
**Unit Number:** 00099473                            **DOB:** 05/08/29
**Location: ER**

Presentation:
02/23 EMS-Ground                                                              pst
11:21
11:21 Less-Urgent                                                            pst
11:21 Presenting complaint: Patient states: fall-tripped over loose display in   pst
Circuit City and face planted. Acuity: Less-Urgent. Method of arrival:
Ambulance. Care prior to arrival: None. See EMS report. Bleeding of injury
controlled. Injury dressed. Activity prior to arrival: None. Mechanism of
Injury: Fall from standing position.

Triage Assessment:
11:30 General: Patient is, in no apparent distress, Behavior is appropriate for   pst
age, cooperative. Pain: patient complains of generalized pain, Complains of
pain in left eye.

Historical:
- Allergies: No known drug Allergies; Denies latex allergy;
- Home Meds:
1. Glucerna Oral;
2. Glyburide Oral;
3. Glucophage Oral;
4. Actos Oral;
- PMHx: Diabetes - IDDM; CAD; CHF;
- Family history:: Not pertinent.
- Social history:: The patient lives with family The patient denies using
tobacco, alcohol, street drugs, IV drugs, over the counter diet medications,
No barriers to communication noted. The patient speaks fluent English.
Speaks appropriately for age.
- Code Status:: Full code.
- Immunization history:: Last tetanus immunization: unknown Pneumococcal
vaccine is up to date. Flu vaccine is up to date.

Screening:
11:32 Abuse screen: Do you feel safe where you live? Yes. Are you afraid of anyone pst
you love? No. Has anyone hit, kicked, shoved or bit you in the last year? No
Has anyone made you do anything sexual you did not want to do? No.
Nutritional screening: No deficits noted. Fall risk None identified.
Tuberculosis screening: No symptoms or risk factors identified. Never had
TB. Exposure risk/Travel Screening: None identified.

Assessment:
11:31 Neuro: Level of Consciousness is awake, alert, obeys commands, Oriented to   pst
person, place, time, Grips are equal bilaterally Moves all extremities.
Reports headache. Derm: Reports pain.

Vital Signs:
11:30 BP 144 / 65 RA Sitting (auto/reg); Pulse 66 MON; Resp 18; Temp 98.1; Pulse   pst
Ox 99% on R/A; Weight 95.24Kg / 210.00Lbs(R); Height 5 ft. 9 in. (175.26 cm)
(R); Pain 5/10;

PATIENT CARE INQUIRY (PCI: OE Database CAC)

**Camden-Clark Memorial Hospital**
**Nurse Emergency Department Report**

Name:  MARSHALL,ROBERT E                          Account Number:   34359224
E.D. Clinician:  BAKER,DONALD J,MD                Date:  02/23/09
Family Doctor:  BRAHAM,JEFFREY, DO.               Age:  79
Unit Number:  00099473                            DOB:  05/08/29
Location:  ER

13:01 BP 140 / 66; Pulse 72; Resp 18; Pulse Ox 99% on R/A; Pain 0/10;          ab

ED Course:
11:21 Patient moved to 11                                                       pst
11:31 Arm band placed on right wrist. Patient placed in exam room Patient notified pst
of wait time. Family accompanied patient.
11:33 Patient has correct armband on for positive identification. Placed in gown.  pst
Bed in low position. Call light in reach. Side rails up X2.

Outcome:
12:52 Discharge ordered by MD.                                                  db
13:01 Discharged to home ambulatory, with family, discharge instructions provided. ab
Condition: good. Discharge instructions given to patient, family, Instructed
on discharge instructions, follow up and referral plans. wound care, The
patient verbalizes understnding of discharge instructions, wound care,
Demonstrated understanding of instructions, their wound care. Additional
hours of infusion: Not applicable.
13:01 Patient left the ED.                                                      ab

Signatures:
TORNES, PAM, RN                      RN    pst
BAKER, DONALD, MD                    MD    db
Barry, Angie, RN                     RN    ab

*****************************************************************************

Disclaimer: This report has been electronically signed in the Medhost EDMS application.

PATIENT CARE INQUIRY (PCI: OE Database CAC)

Run: 08/20/09-13:32 by COX,ALMA R                              Page 2 of 2

Discharge Instrucor: Robert Marshall  

# Camden-Clark Memorial Hospital

**Department of Emergency Services**
800 Garfield Avenue
Parkersburg, WV 26101
(304) 424-2355

**DISCHARGE INSTRUCTIONS FOR:**    **Robert Marshall**
**FOR TODAY'S VISIT ON:**    **Monday 2/23/2009**

Thank you for using Camden-Clark Memorial Hospital for your care today. It is important for you to know that the examination, treatment and x-ray reading you have received in the Emergency Care Center today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If there is any discrepancy, you will be contacted for appropriate follow-up. If your x-rays were negative, follow up x-rays or more sophisticated tests like CT or MRI may show a fracture or other abnormality. If you had a culture done it will take 24 to 72 hours to get results. If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)**

**MEDICATIONS:**
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Care provided by BAKER, DONALD, MD with the diagnosis of Facial Laceration.**

**Thanks again for using Camden-Clark Memorial Hospital for your treatment today. The discharge instructions for today's visit are outlined below.**

---

- Head Injury
- Laceration Care
1. YOUR PHYSICIAN (GENERAL MD STAFF)
- Suture Removal 5-6 days

---

**Special Notes:**

---

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any). I acknowledge that failure to follow-up with the above doctors as directed will release the emergency department physicians of any responsibility for any adverse outcome or worsening of any condition. I also understand that my signature authorizes Camden-Clark Memorial Hospital to release all or any part of my medical record (including, if applicable, information pertaining to AIDS/HIV testing, mental health records, and drug/alcohol treatment) to the referred physician(s) listed above.

X _Rut Mkshall_    X_____
Robert Marshall    ED Physician or Nurse
MRN # 00099473

Discharge Instruc ⬤ or: Robert Marshall ⬤    .   ,  ⬤        ⬤            ⬤

Date __2 - 23-09__

**Chart Copy**

SQUAD NAME: CMH Aml. Service

WV OEMS PATIENT CARE RECORD   U **324497**

Patient Name: Marshall, Robert

Patient's Mailing Address

City: _____  State: WV  ZC 71

| | HR | MIN | | MILEAGE |
|---|---|---|---|---|
| CALL RECEIVED | 10 | 50 | AT ONSET | 24177 |
| CALL DISPATCHED | 10 | 49 | AT SCENE | 24172 |
| ENROUTE | 10 | 49 | AT DESTINATION | 24175 |
| ARRIVAL SCENE | | | AT RETURN | 24175 |
| ARRIVAL PATIENT | 10 | 55 | TOTAL MILEAGE | 11 |
| LEFT SCENE | 11 | 00 | | |
| ARRIVAL DEST. | 11 | 11 | TOTAL BILLING | 3 |
| BACK IN SERVICE | 11 | 15 | | |

INCIDENT CAUSE | NATURE OF CALL: C1

MEDICAL | TRAUMA | MOI

TO: CMH

MARSHALL, ROBERT E
U00099473   ER   DOS 02/23/09
05/08/1929   79   M
A34359224
BRAHAM, JEFFREY, DO.

- ☐ AED
- ☐ BLS ASSISTED MEDS.
- ☑ BLEEDING CONTROL
- ☐ CPR
- ☐ COLD/HOTPACKS
- ☐ DRESSING/WOUND CARE
- ☐ EXTRICATION ___ MINUTES
- ☐ OB DELIVERY
- ☐ ORAL/NASAL AIRWAY
- ☐ O² ___ lpm
- ☐ NRB ☐ CANNULA ☐ OTHER
- ☐ PASG APPLIED ☐ INFLATED
- ☐ VENTILATION
  - ☐ BAG VALVE MASK ☐ MOUTH TO MASK
  - ☐ DEMAND VALVE ☐ AUTO VENT
- ☐ SPLINT EXTREMITY
- ☐ SPINAL IMMOBILIZATION
- ☐ SUCTION
- ☐ GLUCOMETER
- ☑ PULSE OXIMETER
- ☑ CARDIAC MONITOR
  - ☐ 3 LEAD ☐ 4 LEAD ☑ 12 LEAD
- ☐ CARDIOVERSION
- ☐ DEFIBRILLATION
- ☐ TC PACING
- ☐ CPAP
- ☐ CHEST DECOMPRESSION
- ☐ DC RESUSCITATION
- ☐ END TIDAL CO²
- ☐ FLUID BOLUS ___ ml
- ☐ BLOOD DRAWN
- ☐ NG/OG TUBE

AGE **79**  SEX **M**  CHIEF COMPLAINT: ___

Patient Condition on Arrival @ ED: ☑ Improved ☐ Unchanged ☐ Worse
Patient's Physician: Braham

Past Hx: Seizures, Diabetes, Heart Disease, Hypertension, Stroke, COPD, Other:

Pt. Meds: ___  Allergies: ☑ NKA

| NAME | CERTIFICATE | SIGNATURE | DATE |
|---|---|---|---|
| 1. Buck | E0 38491 | Angela Buck | 7/23/09 |
| 2. Webb | PO 28966 | | |
| 3. | | | |
| 4. | | | |

#ATT. | ✓ SUCC. | CREW #
- ☐ CRICOTHYROTOMY
- ☐ COMBITUBE
- ☐ E T TUBE
- ☐ INTRAOSSESOUS
- ☐ IV START

PROTOCOL #

HOSPITAL

SCENE GPS COORDS.   N ☐☐ ☐☐ . ☐☐ W ☐☐ ☐☐ . ☐☐

## RECEIPT OF PATIENT

Patient's Name _____ List of patient belongings and valuables: _____

was received at _____ on _____ at _____
Facility Name     Date     Time

Signed _____
Receiving Facility Representative

## RELEASE FROM RESPONSIBILITY WHEN PATIENT REFUSES TREATMENT AND/OR SERVICES

THIS IS TO CERTIFY THAT I, _____ AM REFUSING RECOMMENDED TREATMENT, AND/OR SER-
VICES OFFERED BY THE EMS PERSONNEL, THE PHYSICIAN CONSULTANT, AND THE CONSULTING HOSPITAL. I ACKNOW-
LEDGE THAT I HAVE BEEN INFORMED OF THE RISK INVOLVED, AND HEREBY RELEASE THE ABOVE FROM ALL
RESPONSIBILITY FOR ANY ILL EFFECTS WHICH MAY RESULT FROM THIS ACTION.

WITNESS _____
SIGNED _____
PATIENT'S NAME OR NEAREST RELATIVE
WITNESS _____
RELATIONSHIP

## RELEASE OF LIABILITY FOR ALTERNATE DESTINATION

This is to certify that the patient, legal guardian, parent, or Attorney-In-Fact, pursuant to the provisions of Section 22, Article 4C, Chapter
16 of the Code of West Virginia, has directed the emergency medical service personnel to transport this patient to a facility other than
that directed by medical command and emergency medical service personnel and medical command shall be released from all liability
from occurrences arising as a result of such directive.

_____
Patient, Parent, Guardian or Attorney-In-Fact

## BILLING AUTHORIZATION, RESPONSIBILITY FOR PAYMENT AND RECEIPT OF
## NOTICE OF PRIVACY RIGHTS

I understand that I am financially responsible for the services provided to me by: _____ (EMS Provider)
regardless of insurance coverage. I request that payment of authorized Medicare or other insurance benefits be made on my behalf to
the EMS Provider for any service rendered to me by the EMS Provider. I authorize and direct any holder of medical information or docu-
mentation about me to release to the Centers for Medicare and Medicaid Services (CMS) and its carriers and agents, as well as to the
EMS Provider and its billing agents and any other payers or insurers, any information or documentation needed to determine these
benefits or benefits payable for any services rendered to me by the EMS Provider now, or in the future. I agree to immediately remit
to the EMS Provider any payments that I receive directly from any source for the services rendered to me and I assign all rights to
such payments to the EMS Provider. CMS carriers and agents only authorize payment for services determined as reasonable and
medically necessary. CMS carriers & agents will deny payment for non-emergency and/or elective ambulance services. I agree to pay
for any such services rendered to me if payment is denied.

I also acknowledge that I have received a copy of the EMS Provider's Notice of Privacy Practices.
A copy of this form is as valid as the original.

Patient's Signature _____ Date _____
or _____

Patient Representative's Signature _____ Relationship to Patient _____ Date _____

Patient unable to sign because: _____

CAMDEN-CLARK MEMORIAL HOSPITAL
Parkersburg, WV 26102

REGISTRATION FORM

| PATIENT NAME/ADDRESS | | ACCOUNT NO. | ROOM/BED | TYPE | LOCATION/SERVICE | | UNIT NO./MR# |
|---|---|---|---|---|---|---|---|
| MARSHALL,ROBERT E | | 34359950 | | CLI | CCMHAMB | | 00099473 |
| 77 LITTLE ADDITION RD | | | | | | | |
| DAVISVILLE,WV 26142 | | DATE OF BIRTH | AGE | SEX | MAR. STAT. | RELIGION | RACE |
| PHONE: 304-422-2891 | | 05/08/29 | 79 | M | D | PRO | |
| SOCIAL SECURITY NO.: 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 | | | | | | | |
| EMPLOYER: RETIRED | | PERSON TO NOTIFY/ADDRESS | | | | RELATIONSHIP: DAU | |
| | | MARSHALL,BRENDA | | | | | |
| GUARANTOR/ADDRESS | | 1308 W VIRGINIA AVE | | | | | |
| MARSHALL,ROBERT E | | PARKERSBURG,WV 26104 | | | | | |
| 77 LITTLE ADDITION RD | | HOME PHONE: 304-428-4753 | | | WORK PHONE: | | |
| DAVISVILLE,WV 26142 | | | | | | | |
| PHONE: 304-422-2891 | | NEXT OF KIN/ADDRESS | | | | RELATIONSHIP: DAU | |
| RELATIONSHIP: SAME AS PATIENT (SELF) | | GARD,TERRI | | | | | |
| GUAR. EMPLOYER: RETIRED | | 624 HOMEWOOD RD | | | | | |
| | | PARKERSBURG,WV 26101 | | | | | |
| FINANCIAL CLASS: MC | | HOME PHONE: 304-488-8993 | | | WORK PHONE: | | |

| INSURANCE NAME | POLICY NUMBER | GROUP NUMBER | SUBSCRIBER/INSURED NAME |
|---|---|---|---|
| ADVANTRA FREEDOM - MEDICARE | 80127599301 | 7604300440 | MARSHALL,ROBERT E |

| ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|
| -OTHER ACCIDENT- | FALL INJURY |

| ACCIDENT DATE/TIME | COMMENTS TRANSPORTED TO CCMH | | HEIGHT/WEIGHT | ARRIVAL MODE | USER |
|---|---|---|---|---|---|
| 02/23/09  / | | | U    U | CCMH AMB | CR-WLN |

| ADMIT DATE/TIME | ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | OTHER PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|---|---|---|
| 02/23/09 1049 | | BRAHAM,JEFFREY, DO. | | |

| HOSP.DAYS | H | OMI | SNF | ICF | HH | DIED | AUT | SURGEON: | CONSULT: | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ANESTHESIOLOGIST: | CONSULT: | |

ADMITTING DIAGNOSIS                                                          DIAGNOSIS AND
                                                                            PROCEDURE CODE

PRINCIPAL DIAGNOSIS

SECONDARY DIAGNOSIS

PROCEDURES

I certify that the narrative descriptions of the principal and secondary diagnoses and
the major procedures performed are accurate and complete to the best of my knowledge.

MEDICAL RECORD SUMMARY SHEET                         Attending Physician

CAMDEN-CLARK MEMORIAL HOSPITAL
PARKERSBURG, WEST VIRGINIA 26101

## CONSENT TO DIAGNOSIS AND/OR TREATMENT

I, MARSHALL,ROBERT E:34359950                    hereby authorize the staff of CAMDEN-CLARK MEMORIAL _____ to perform any and/or all procedures and treatments ordered in the diagnosis and treatment of my disorder. _____ any of my physicians deem it necessary that I be administered an anesthetic, other than a local anesthetic _____ undergo a surgical or other hazardous diagnostic or therapeutic procedure, a separate consent will be req_____ aware that my- - the practice of medicine and surgery is not an exact science and I acknowledge that no guarantee _____ de to me as to the results of the examination, diagnostic procedure or treatment. In accordance with the _____ Hospital, CAMDEN-CLARK MEMORIAL HOSPTIAL, is hereby authorized to furnish such professional information f_____ record to any physician and/or health care facility engaged in my subsequent medical care. *INITIALS*_____

## STUDENT EDUCATION

Camden-Clark Memorial Hospital maintains educational affiliations with area and regional schools _____ purpose of providing clinical experiences to their students. I understand and agree that students may part_____ or be present at various times during my care at Camden-Clark Memorial Hospital. *INITIALS*_____

## PAYMENT GUARANTEE/ASSIGNMENT OF INSURANCE BENEFITS/AUTHORIZATION TO BILL THIRD _____

I, hereby authorize direct payment to Camden-Clark Memorial Hospital the benefits herein specif_____ ise payable to me. I also authorize direct payment to the physicians responsible for my care for charges for _____ I understand I am financially responsible to the Hospital and physicians for all charges.
I further authorize the release of medical information to any third party payor or agent thereof _____ where applicable. I authorize the Hospital to apply for payment under Title XVIII of the Social _____ I authorize release of any information given by me in applying for such payment and certify that such infor_____ and correct. I request that payment of authorized benefits be made in my behalf. I understand I am responsi_____ licable health insurance deductibles and coinsurance. *INITIALS*_____

## RELEASE OF LIABILITY FOR PERSONAL PROPERTY

I have been told that I should send all valuables and money home. If I do not, I hereby agree _____ that I alone will be solely responsible for the safekeeping of personal property including, but not limited _____ aids, hearing aids, dentures and jewelry which I have by choice retained in my possession while I am _____ Camden-Clark Memorial Hospital. I do hereby release Camden-Clark Memorial Hospital, its agents and employees _____ all liability for loss, theft or damage to such property. *INITIALS*_____

## PHYSICIAN AND ALLIED HEALTH SERVICES

The undersigned recognizes that all physicians, medical associates and allied health profession_____ services to the patient, including but not limited to, emergency department physicians, dentists, radiologi_____ ists, radiation oncologists, anesthesiologists, psychologists, podiatrists, optometrists, certified registered _____ ists and the like (except Daniel McGraw, MD; Shane Parmer, MD; David Farris, DO; Lisa Casalenuovo, DO; Josep_____ Gabor Altdorfer, MD; and Joseph Darrow, MD) are licensed independent practitioners and are not employees or agents o_____ Memorial Hospital. *INITIALS*_____
***************************************************************************

IF PATIENT IS INCOMPETENT TO GIVE CONSENT BECAUSE OF PHYSICAL CONDITION, AGE OR INCAPACITY COMP_____ ING

1. Patient is unable to give consent because _____

Minor _____ year of age was _____ was not _____ accompanied by parent or guard_____

IF TELEPHONE CONSENT IS REQUIRED COMPLETE SECTION 2 IN ADDITION TO SECTION_____

2. (Name) _____ (Relationship to the minor) _____ telephone on

(Date and Time) _____ and the consent to Diagnosis and/or Treatment statement_____ ained. She/He stated understanding and gave verbal consent to provide necessary care.

***************************************************************************

This form has been fully explained to me and I acknowledge that I understand its contents.


_____          Relationshi_____
Signature of Patient or Legally Authorized Representative


_____          Date          Time_____
Signature of Witness or Witnesses

34359950

**WV DEMS PATIENT CARE RECORD**   U 324497

CCMH Amb. Service

Marshall, Robert
11 Little Addition Rd
Daireville, WV 26142   304-422-2891

ADVANTRA
2790 8012759930

☐ ANT  ☐ BLS  ☒ ALS Assessment  ☐ ALS  ☐ ALS 2  ☐ Specialty Care Transport

| | HR | MIN | MILEAGE | |
|---|---|---|---|---|
| CALL RECEIVED | 10 | 46 | AT ONSET | 24171 |
| CALL DISPATCHED | 10 | 49 | AT SCENE | 24172 |
| ENROUTE | 10 | 49 | AT DESTINATION | 24175 |
| ARRIVAL SCENE | 10 | 53 | AT RETURN | 24175 |
| ARRIVAL PATIENT | 10 | 53 | TOTAL MILEAGE | 4 |
| LEFT SCENE | 11 | 08 | TOTAL BILLING | 3 |
| ARRIVAL DEST. | 11 | 15 | | |
| BACK IN SERVICE | 11 | 15 | | 02 |
| WAITING TIME | | | | 02 |

**INCIDENT CAUSE**   **NATURE OF CALL** 01   10:40   01

TO: CCMH

| TIME | | | | | | | | | CARDIAC RHYTHM | SpO2 | BLOOD GL. | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1110 | 18 | 12 | 140/90 | 4 | 5 | 4 | 2 | 1 | 110 w/old Place | | 99 | |

Checklist:
- ☐ AED
- ☒ BLS ASSISTED MEDS.
- ☒ BLEEDING CONTROL
- ☐ CPR
- ☐ COLD/HOTPACKS
- ☐ DRESSING/WOUND CARE
- ☐ EXTRICATION ___ MINUTES
- ☐ OB DELIVERY
- ☐ ORAL/NASAL AIRWAY
- ☐ O₂ ___ lpm
  - ☐ NRB ☐ CANNULA ☐ OTHER
- ☐ PASG APPLIED ☐ INFLATED
- ☐ VENTILATION
  - ☐ BAG VALVE MASK ☐ MOUTH TO MASK
  - ☐ DEMAND VALVE ☐ AUTO VENT
- ☐ SPLINT EXTREMITY
- ☐ SPINAL IMMOBILIZATION
- ☐ SUCTION
- ☐ GLUCOMETER
- ☒ PULSE OXIMETER
- ☒ CARDIAC MONITOR
  - ☐ 3 LEAD ☐ 4 LEAD ☐ 12 LEAD
- ☐ CARDIOVERSION
- ☐ DEFIBRILLATION
- ☐ TC PACING
- ☐ CPAP
- ☐ CHEST DECOMPRESSION
- ☐ DC RESUSCITATION
- ☐ END TIDAL CO²
- ☐ FLUID BOLUS ___ ml
- ☐ BLOOD DRAWN
- ☐ NG/OG TUBE

AGE **79**  SEX **M**  CHIEF COMPLAINT: 911 Call / Immediate
Response 79 M to fall (H) Upon arrival, pt
found lying on floor. Pt apparently got his
foot caught on a shell & fell, landing on
his face & hand. Pt hx: DM (IDA) Pt A 003.
Vitals stable 1-7 cm lac above L eye. 1-2 cm lac to
L hand (H) Bleeding control (E) Pt rested in
Monite (H) Pt transported to CCMH. Staff assumed
Care.

Angela
Buck

| #ATT. | ✓ SUCC. | CREW # |
|---|---|---|
| ☐ CRICOTHYROTOMY | ☐ | ☐ |
| ☐ COMBITUBE | ☐ | ☐ |
| ☐ E T TUBE | ☐ | ☐ |
| ☐ INTRAOSSESOUS | ☐ | ☐ |
| ☐ IV START | ☐ | ☐ |
| PROTOCOL # | | |

**SQUAD**

Patient Condition on Arrival @ ED: ☒ Improved ☐ Unchanged ☐ Worse  Patient's Physician: Braham

Past Hx: Seizures, Diabetes, Heart Disease, Hypertension, Stroke, COPD, Other:

Pt. Meds: list not pt w/ staff    Allergies: ☒ NKA

| | NAME | CERTIFICATE | SIGNATURE | DATE |
|---|---|---|---|---|
| 1. | Buck | B 0 5 8 4 9 1 | Angela Buck | 7-2/09 |
| 2. | Weber | P 0 2 8 9 6 6 | | |
| 3. | | | | |
| 4. | | | | |

SCENE GPS COORDS.  N ☐☐☐ . ☐☐☐  W ☐☐☐ . ☐☐☐

**RECEIPT OF PATIENT**

| Patient's Name | | | | |
|---|---|---|---|---|
| was received at | on | | | |
| | Facility Name | Date | at | Time |

List of patient belongings and valuables:

Signed _____ Receiving Facility Representative

---

**RELEASE FROM RESPONSIBILITY WHEN PATIENT REFUSES TREATMENT AND/OR SERVICES**

THIS IS TO CERTIFY THAT I, _____ AM REFUSING RECOMMENDED TREATMENT, AND/OR SER-VICES OFFERED BY THE EMS PERSONNEL, THE PHYSICIAN CONSULTANT, AND THE CONSULTING HOSPITAL. I ACKNOW-LEDGE THAT I HAVE BEEN INFORMED OF THE RISK INVOLVED, AND HEREBY RELEASE THE ABOVE FROM ALL RESPONSIBILITY FOR ANY ILL EFFECTS WHICH MAY RESULT FROM THIS ACTION.

WITNESS _____   SIGNED _____

WITNESS _____   PATIENT'S NAME OR NEAREST RELATIVE

RELATIONSHIP _____

---

**RELEASE OF LIABILITY FOR ALTERNATE DESTINATION**

This is to certify that the patient, legal guardian, parent, or Attorney-In-Fact, pursuant to the provisions of Section 22, Article 4C, Chapter 16 of the Code of West Virginia, has directed the emergency medical service personnel to transport this patient to a facility other than that directed by medical command and emergency medical service personnel and medical command shall be released from all liability from occurrences arising as a result of such directive.

_____
Patient, Parent, Guardian or Attorney-In-Fact

---

**BILLING AUTHORIZATION, RESPONSIBILITY FOR PAYMENT AND RECEIPT OF NOTICE OF PRIVACY RIGHTS**

I understand that I am financially responsible for the services provided to me by: _____ (EMS Provider) regardless of insurance coverage. I request that payment of authorized Medicare or other insurance benefits be made on my behalf to the EMS Provider for any service rendered to me by the EMS Provider. I authorize and direct any holder of medical information or docu-mentation about me to release to the Centers for Medicare and Medicaid Services (CMS) and its carriers and agents, as well as to the EMS Provider and its billing agents and any other payers or insurers, any information or documentation needed to determine these benefits or benefits payable for any service rendered to me by the EMS Provider. I agree to immediately remit to the EMS Provider any payments that I receive directly from any source for the services rendered to me and I assign all rights to such payments to the EMS Provider. CMS carriers & agents will deny payment for non-emergency and/or elective ambulance services. I agree to pay medically necessary, CMS carriers & agents only authorize payment for services determined as reasonable and for any such services rendered to me if payment is denied.

A copy of this form is as valid as the original.

I also acknowledge that I have received a copy of the EMS Provider's Notice of Privacy Practices.

Patient's Signature  X _Robert E. McCaskey_  or  2/22/09
                                                              Date

Patient Representative's Signature _____   Relationship to Patient _____   Date _____

Patient unable to sign because: _____

✓      34359950                                    00699473

**AMBULANCE SERVICES REPORT**      Dr. D. Baker

**IDENTIFICATION DATA.**
Patient's Name: _Marshall, Robert_

Medicare HIC#: _80127599301_

Name of Provider: CAMDEN CLARK MEMORIAL HOSP

Provider Number:   510058

Date of Service: _2/23/09_

**BILLING DATA.**
Base Transport Charge: _463ºº_

Milage Rate: _12ºº_ x _3_  Mile = _36ºº_

Other Charges: (Explain)

_____

TOTAL: _499ºº_

---

**TRANSPORTATION DATA.**
Point of Pickup: _Circuit City_
_1605 Grand Central Ave_
_Vienna, W 26105_

Destination: []Home  []SNF/ICF []Dr.Office
[X]Acute Care Hosp./ER  []Other (Explain)
_CCMH ER, 800 Garfield Ave_
_Parkersburg, WV 26102_

Was patient admitted to your facility?
[]YES  [X]NO
Mode of Transport  []Wheelchair [X]Stretcher
[]Other_____

_____

**CERTIFICATION DATA.**
I certify that the patient's condition of ___
_____
_____
_____
_____
definitely contraindicated the use of other
means transportation/ regardless of its
availability.

_____     _____
Physician Signature                Date

---

**PURPOSE OF TRANSPORT**
The patient was suffering from an illness or injury which contradicted transportation by
other means.  Specifically, the need(s) of the patient included the following:
_X_ Was transported in an emergency situation.(Describe the emergency.) _fall & head_
_injury_

___ Needed to be restrained. (Describe the need.) _____

___ Required (ALS/BLS) emergency treatment on the way to his distination.  (Describe the
specific needs.) _____

___ Had to remain immobile, because of a fracture:(Describe immobilizing needs or situation)
_____

___ Was bed confined before and after the ambulance trip. (Report the length of confinement,
and record specifics of the patient's bedridden status.) _____

___ Patient/Family Request.

___ Patient's attending physician at another facility.

_X_ Other: _Pt fell, injuring his head & L hand. Bleeding_
_Control necessary_
_____
_____

_Angela Buck NREMTB_      _2/23/09_
Signature & Title               Date

# GEORGE J. COSENZA, PLLC

Admitted In West Virginia
and Ohio

**ATTORNEY AT LAW**

515 Market Street  ·  Post Office Box 4
Parkersburg, West Virginia 26102
e-mail: cosenza@wvdsl.net

(304) 485-0990
Fax (304) 485-1090

July 17, 2009

Jeffrey T. Braham, D.O.
Mid-Ohio Valley Medical Group, Inc.
800 Grand Central Mall, Suite 4
Vienna, WV  26105

      Re:   Robert E. Marshall
           DOB:  5/08/29
           SSN:  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

Dear Dr. Braham:

I represent the interests of Robert E. Marshall.  Mr. Marshall has requested that I obtain copies of all of his medical records currently in your possession concerning your treatment of him for injuries suffered in a fall on February 23, 2009.  I have enclosed the appropriate authorization forms for same.  In addition, I would appreciate you providing me with **AN ITEMIZED STATEMENT INDICATING ALL CHARGES FOR SERVICES RENDERED**.  Please provide this information to my office as soon as possible.  If there are any costs for these documents, please contact me or include a statement for the amount due with the records, and I will reimburse you for same upon receipt of the package.

Thank you for your cooperation in this matter.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

George J. Cosenza

GJC/tap
Enclosure

cc:   Robert E. Marshall

RECEIVED
JUL 2 2 2009

**MID OHIO VALLEY MEDICAL GROUP**
**800 GRAND CENTRAL MALL**
**VIENNA, WV 26105-4131**
**(304) 485-3300**

| | |
|---|---|
| Print Date:    07/24/2009 2:58 pm | Order Status: **All Results Signed** |
| | 05/19/2009 1:00 pm |

**MARSHALL, ROBERT E**

77 LITTLE ADDITION RD
DAVISVILLE, WV 26142

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient ID/# | 80652 | **DOB** | 05/08/1929 | **Age** 80 years | **Gender** | Male |
| **SSN:** | 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 | | | | | |
| **Home Phone** | (304) 422-2891 | | | | | |
| **Work Phone** | (555) 555-5555 | | | | **Fasting** | No |

| Ordering  LILIA A UNDERWOOD FNPBC | Referring JEFFERY T BRAHAM<br>BRAHAM<br>800 GRAND CENTRAL MALL<br>VIENNA, WV 26105 | Copy To |
|---|---|---|

| | | |
|---|---|---|
| **Order #**    217805 | **Order Service Date**    05/12/2009 1:36 pm | **LIS Order Accession #** |
| **Specimen Collection Date** 05/12/2009 10:41 am | | **Order Sent To LIS** 05/19/2009 10:41 am |

| **Order Comments** |
|---|
| **Tests Ordered**    X-RAY FEMUR LEFT; X-RAY HIP LEFT |

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

---

### X-RAY FEMUR LEFT

Test Ordered Date: 05/12/2009 1:36 pm                                                    Test Status:  Complete
Performing Lab: 3        Verified By:
OTHER XRAY
See attached image (#1) .
Result Date/Status:  05/19/2009 10:42 am        F

FINAL: Electronically signed by Lilia A. Underwood, FNP-BC on 05/19/2009 1:00 pm

---

### X-RAY HIP LEFT

Test Ordered Date: 05/12/2009 1:36 pm                                                    Test Status:  Complete
Performing Lab: 3        Verified By:
OTHER XRAY
See attached image (#1) .
Result Date/Status:  05/19/2009 10:42 am        F
FINAL: Electronically signed by Lilia A. Underwood, FNP-BC on 05/19/2009 1:00 pm

---

| Tests Performed At | 3 | RADIOLOGICAL TESTS<br>800 GRAND CENTRAL MALL<br>VIENNA, WV 26105 | Ph:  (304) 485-3300    CLIA: |
|---|---|---|---|

P

### ~ PARKERSBURG RADIOLOGY SERVICES, INC.
### ~ 800 Grand Central Mall Suite 7
### ~ Vienna, WV  26105

W. Michael Hensley, MD      Terry C. Shank, MD  Kenneth T Miller, MD
Bernard O. Garrett, DO                  ~ Craig A. Chambers, DO

### ~ DATE 5/12/09

Jeffery T Braham DO
Mid-Ohio Valley Medical Group        ~ Lilia Underwood FNPBC
800 Grand Central Ave
Vienna, WV  26105

NAME Marshall, Robert E                    ~ AGE 5/8/29

ADDRESS 77 Little Add Rd Davisville WV    ~ X-RAY C2896

REASON FOR EXAM: Fell. Pain.

PELVIS AND LEFT HIP:
Examination of the pelvic structures fails to show a fracture or definite
abnormality. No definite fractures are seen about the pubic ramii.
Examination of the hip fails to show a fracture, dislocation or definite
abnormality.

IMPRESSION:
1.  Negative examination of the pelvis and left hip.

LEFT FEMUR - TWO VIEWS:
AP and lateral views were obtained and demonstrate no acute or healing
fracture or other abnormality.

CONCLUSION:
1.  No fracture identified.

Thank you for allowing us to examine your patient in our office.

WMH/tw
dict/trans 05/13/09 ~ W. Michael Hensley, MD, Radiologist

~ 1

5/13/09
N note

| From: | emrjr |
| To: | emrjr |

Action Date: 06/03/2009            Created Date: 06/03/2009

PT NOTIFIED. DECLINES DIABETIC ED AT PRESENT. STATES HE WILL THINK
ABOUT IT AND GET BACK WITH US LATER. DR BRAHAM NOTIFIED.
COMPLETE AND FINALIZED

| From: | emrjr |
| To: | emrjr |

Action Date: 06/03/2009            Created Date: 06/03/2009

Left message on answering machine for patient to call back.

| From: | emrjr |
| To: | emrjr |

Action Date: 06/03/2009            Created Date: 06/03/2009

ALSO HAS XRAY

| From: | emrjtb |
| To: | emrjr |

Action Date: 06/03/2009            Created Date: 06/03/2009

SUGARS TOO HIGH
D.E.  WILL PROBABLY NEED INSULIN

---

## MID OHIO VALLEY MEDICAL GROUP
### 610 WASHINGTON BLVD, STE 1
### BELPRE, OH 45714
### (304) 485-3300

Order Status: **All Results Signed**
06/03/2009 8:12 am

Print Date:      07/24/2009 2:58 pm

**MARSHALL, ROBERT E**

77 LITTLE ADDITION RD
DAVISVILLE, WV 26142

| | |
|---|---|
| Patient ID/# | 80652 |
| SSN: | 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 |
| Home Phone | (304) 422-2891 |
| Work Phone | (555) 555-5555 |

DOB  05/08/1929    Age  80 years    Gender  Male

Fasting  No

Ordering   JEFFERY T BRAHAM DO

Referring  JEFFERY T BRAHAM
BRAHAM
800 GRAND CENTRAL MALL
VIENNA, WV 26105

Copy To

Order #   221912
**Specimen Collection Date**  05/27/2009 8:57 am

Order Service Date    05/27/2009 8:51 am

LIS Order Accession #  09147200
Order Sent To LIS  05/27/2009 8:57 am

Order Comments

**Tests Ordered**   COMPREHENSIVE METABOLIC PROF; HEMOGLOBIN A1C; LIPID PROFILE

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

### COMPREHENSIVE METABOLIC PROF

Test Ordered Date: 05/27/2009 8:51 am
Performing Lab: 1          Verified By:  05/27/2009 3:46 pm

Test Status:  Complete
Test Accession #:    09147200

| TEST DESCRIPTION | RESULTS | | REFERENCE RANGE | UNITS | |
|---|---|---|---|---|---|
| ALBUMIN | 4.0 | | 3.5 - 5.0 | g/dL | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| ALK. PHOS | 92 | | 38 - 126 | U/L | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| **ALT (SGPT)** | **16** | L | **21 - 72** | **U/L** | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| AST (SGOT) | 22 | | 17 - 59 | U/L | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| **BUN** | **24** | H | **9 - 20** | **mg/dL** | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| CALCIUM | 9.3 | | 8.4 - 10.2 | mg/dL | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| CHLORIDE | 103 | | 98 - 107 | mmol/L | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| CREATININE | 1.19 | | 0.66 - 1.25 | mg/dL | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| CARBON DIOXIDE | 25 | | 22 - 30 | mmol/L | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |
| **GLUCOSE** | **168** | H | **74 - 106** | **mg/dL** | |
| | | | Result Date/Status:  05/27/2009 3:46 pm | | F |

Result Status:
P = Preliminary     F = Final              CF = Corrected/Final
C = Corrected       EIE = Entered In Error  CP = Corrected/Preliminary

Page    1 of 3

**MID OHIO VALLEY MEDICAL GROUP**
**610 WASHINGTON BLVD, STE 1**
**BELPRE, OH 45714**
**(304) 485-3300**

| Print Date:   07/24/2009 2:58 pm | | Order Status: **All Results Signed**<br>06/03/2009 8:12 am |
|---|---|---|

| **MARSHALL, ROBERT E** | Patient ID/# 80652 | DOB 05/08/1929 | Age 80 years | Gender Male |
|---|---|---|---|---|

77 LITTLE ADDITION RD
DAVISVILLE, WV 26142

SSN:  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
Home Phone  (304) 422-2891
Work Phone  (555) 555-5555

Fasting  No

| Ordering  JEFFERY T BRAHAM DO | Referring  JEFFERY T BRAHAM<br>BRAHAM<br>800 GRAND CENTRAL MALL<br>VIENNA, WV 26105 | Copy To |
|---|---|---|

| Order #   221912 | Order Service Date   05/27/2009 8:51 am | LIS Order Accession #  09147200 |
|---|---|---|
| **Specimen Collection Date**  05/27/2009 8:57 am | | Order Sent To LIS  05/27/2009 8:57 am |

**Order Comments**

**Tests Ordered**   COMPREHENSIVE METABOLIC PROF; HEMOGLOBIN A1C; LIPID PROFILE

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

---

## COMPREHENSIVE METABOLIC PROF

Test Ordered Date: 05/27/2009 8:51 am
Performing Lab: 1        Verified By:  05/27/2009 3:46 pm

Test Status:  Complete
Test Accession #:  09147200

| | | | | |
|---|---|---|---|---|
| SODIUM | 141 | | 137 - 145 | mmol/L |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| TOTAL BILIRUBIN | 0.21 | | 0.00 - 1.30 | mg/dL |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| TOTAL PROTEIN | 7.7 | | 6.3 - 8.2 | g/dL |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| POTASSIUM | 5.2 | H | 3.5 - 5.1 | mmol/L |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| GFR | 58.82 | L | > 60.00 | mL/min |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |

```
***NO HEMOLYSIS PRESENT***
*  If the patient is African American multiply the GFR
result by 1.21.
*  Results calculated greater than 60 should not be interpreted
as an exact number.
```

FINAL: Electronically signed by Jeffery Braham DO on 06/03/2009 8:12 am

---

## HEMOGLOBIN A1C

Test Ordered Date: 05/27/2009 8:51 am
Performing Lab: 1        Verified By:  05/27/2009 4:10 pm

Test Status:  Complete
Test Accession #:  09147200

| | | | | |
|---|---|---|---|---|
| HEMOGLOBIN A1C | 9.3 | H | 4.3 - 6.1 | % |
| | | | Result Date/Status: 05/27/2009 4:10 pm | F |

FINAL: Electronically signed by Jeffery Braham DO on 06/03/2009 8:12 am

---

## LIPID PROFILE

Test Ordered Date: 05/27/2009 8:51 am
Performing Lab: 1        Verified By:  05/27/2009 3:46 pm

Test Status:  Complete
Test Accession #:  09147200

| | | | | |
|---|---|---|---|---|
| CHOLESTEROL | 180 | | 0 - 199 | mg/dL |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| TRIGLYCERIDES | 336 | H | 0 - 149 | mg/dL |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| DHDL | 38 | L | 40 - 60 | mg/dl |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| LDL (CALCULATED) | 76 | | 0 - 130 | CALC |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |
| VLDL (CALCULATED) | 67 | H | 0 - 39 | mg/dl |
| | | | Result Date/Status: 05/27/2009 3:46 pm | F |

FINAL: Electronically signed by Jeffery Braham DO on 06/03/2009 8:12 am

Result Status:
P = Preliminary      F = Final                CF = Corrected/Final
C = Corrected        EIE = Entered In Error   CP = Corrected/Preliminary

Page   2 of 3

**MID OHIO VALLEY MEDICAL GROUP**
610 WASHINGTON BLVD, STE 1
BELPRE, OH 45714
(304) 485-3300

Print Date:    07/24/2009 2:58 pm

Order Status: **All Results Signed**
06/03/2009 8:12 am

| | | | |
|---|---|---|---|
| **MARSHALL, ROBERT E** | Patient ID/# 80652 | DOB 05/08/1929 | Age 80 years | Gender Male |

77 LITTLE ADDITION RD
DAVISVILLE, WV 26142

SSN: 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
Home Phone (304) 422-2891
Work Phone (555) 555-5555

Fasting No

| Ordering  JEFFERY T BRAHAM DO | Referring JEFFERY T BRAHAM BRAHAM 800 GRAND CENTRAL MALL VIENNA, WV 26105 | Copy To |
|---|---|---|

Order #  221912
Specimen Collection Date 05/27/2009 8:57 am

Order Service Date  05/27/2009 8:51 am

LIS Order Accession # 09147200
Order Sent To LIS  05/27/2009 8:57 am

Order Comments

Tests Ordered    COMPREHENSIVE METABOLIC PROF; HEMOGLOBIN A1C; LIPID PROFILE

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

| Tests Performed At | 1 | MID OHIO VALLEY MEDICAL GROUP 800 GRAND CENTRAL MALL PARKERSBURG, WV 26105 | Ph:  (304) 485-3300 Lab Director | CLIA: 51D0236031 |
|---|---|---|---|---|

Result Status:
P = Preliminary    F = Final          CF = Corrected/Final
C = Corrected      EIE = Entered In Error    CP = Corrected/Preliminary

Page   3 of 3

**MID OHIO VALLEY MEDICAL GROUP**
**610 WASHINGTON BLVD, STE 1**
**BELPRE, OH 45714**
**(304) 485-3300**

Print Date:    07/24/2009 2:58 pm

Order Status: **All Results Signed**
06/05/2009 2:57 pm

| **MARSHALL, ROBERT E** | Patient ID/# 80652 | DOB 05/08/1929 | Age 80 years | Gender Male |
|---|---|---|---|---|
| 77 LITTLE ADDITION RD | SSN: 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 | | | |
| DAVISVILLE, WV 26142 | Home Phone  (304) 422-2891 | | | |
| | Work Phone  (555) 555-5555 | | | Fasting No |

| Ordering  JEFFERY T BRAHAM DO | Referring  JEFFERY T BRAHAM<br>BRAHAM<br>800 GRAND CENTRAL MALL<br>VIENNA, WV 26105 | Copy To |
|---|---|---|

| Order #    221911 | Order Service Date    05/27/2009 8:51 am | LIS Order Accession # |
|---|---|---|
| Specimen Collection Date  05/28/2009 2:40 pm | | Order Sent To LIS  06/05/2009 2:40 pm |

**Order Comments**

**Test Ordered**    X-RAY LUMBAR SPINE

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

**X-RAY LUMBAR SPINE**

Test Ordered Date: 05/27/2009 8:51 am
Performing Lab: 3        Verified By:
    OTHER XRAY
     See attached image (#1) .

Test Status:   Complete

Result Date/Status:  06/05/2009 2:40 pm        F

FINAL: Electronically signed by Jeffery Braham DO on 06/05/2009 2:57 pm

| Tests Performed At | 3 | RADIOLOGICAL TESTS<br>800 GRAND CENTRAL MALL<br>VIENNA, WV 26105 | Ph:  (304) 485-3300    CLIA: |
|---|---|---|---|

Result Status:
P = Preliminary    F = Final              CF = Corrected/Final
C = Corrected      EIE = Entered In Error   CP = Corrected/Preliminary

Page    1 of 1

PatientID:      80652
Patient Name:   ROBERT E MARSHALL
MRC Description: OTHER XRAY

Date of Birth:   05/08/1929
Date of Service: 05/28/2009



### PARKERSBURG RADIOLOGY SERVICES, INC
800 Grand Central Mall Suite 7
Vienna, West Virginia 26105

W. Michael Hensley, MD    Terry C. Shank, MD    Kenneth T. Miller, MD
Bernard O. Garrett, DO                          Craig A. Chambers, DO

DATE: 5/28/09

Mid Ohio Valley Medical Group                   Jeffery Braham DO
800 Grand Central Mall
Vienna, WV 26105

NAME: Marshall, Robert E 422 - 2891         AGE: 5/8/29
ADDRESS: 77 Little Add Rd Davisville WV     X-RAY: C-3279

REASON FOR EXAM: Pain left hip and down leg. Fell in February.

LUMBAR SPINE –THREE VIEWS:
AP, lateral and spot projection of the lumbosacral junction were obtained.

The lumbar vertebral body heights are well maintained.

There is marked thinning of the L4-5 intervertebral disc space level indicating
degenerative disc disease. Some mild spurring projects from the anterior end-
plates of L3 and L4 vertebral bodies indicating some mild degenerative disc
disease. Some sclerotic change is present within the posterior articulating facets at
the L4-5 and L5-S1 levels.

IMPRESSION:
1.  At least a moderate degree of degenerative disc disease is noted at the L4-5
    intervertebral disc level with mild degenerative disc changes noted at the
    L2-3 and L3-4 levels.
2.  Some moderate degenerative change is present within the posterior
    articulating facets at the L4-5 and L5-S1 levels.

*MRI B*

Thank you for allowing us to examine your patient in our office.

TCS/tw
dict/trans 5/29/09

Terry C Shank, MD Radiologist

6-3-09 LMOM /gR
6-3-09 Notified /gR

Final: Electronically signed by Jeffery Braham DO on 06/05/2009 at 2:57:40 pm

**MID OHIO VALLEY MEDICAL GROUP**
**800 GRAND CENTRAL MALL**
**VIENNA, WV 26105-4131**
**(304) 485-3300**

Print Date:      07/24/2009 2:58 pm

Order Status: **All Results Signed**
                        **06/30/2009 9:54 pm**

| **MARSHALL, ROBERT E** | **Patient ID/#** 80652 | **DOB** 05/08/1929 | **Age** 80 years | **Gender** Male |
|---|---|---|---|---|

77 LITTLE ADDITION RD
DAVISVILLE, WV 26142

**SSN:** 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
**Home Phone** (304) 422-2891
**Work Phone** (555) 555-5555

**Fasting** No

| **Ordering** JEFFERY T BRAHAM DO | **Referring** | **Copy To** |
|---|---|---|
| **Order #** 226904 | **Order Service Date** 06/12/2009 8:36 am | **LIS Order Accession #** |
| **Specimen Collection Date** 06/19/2009 2:42 pm | | **Order Sent To LIS** 06/30/2009 2:42 pm |
| **Order Comments** | | |
| **Test Ordered** CT LUMBAR SPINE WITHOUT CONTRAST | | |

| **TEST DESCRIPTION** | **RESULTS** | **REFERENCE RANGE** | **UNITS** |
|---|---|---|---|

**CT LUMBAR SPINE WITHOUT CONTRAST**

Test Ordered Date: 06/12/2009 8:36 am                              Test Status:   Complete
Performing Lab: 3          Verified By:
  CT SCAN
  📷 See attached image (#1) .                                    Result Date/Status:  06/30/2009 2:42 pm          F

FINAL: Electronically signed by Jeffery Braham DO on 06/30/2009 9:54 pm

| Tests Performed At | 3 | RADIOLOGICAL TESTS | Ph: (304) 485-3300 | CLIA: |
|---|---|---|---|---|
| | | 800 GRAND CENTRAL MALL | | |
| | | VIENNA, WV 26105 | | |

Result Status:
P = Preliminary    F = Final              CF = Corrected/Final
C = Corrected       EIE = Entered In Error   CP = Corrected/Preliminary

Page   1 of 1

PatientID:        80652
Patient Name:     ROBERT E MARSHALL
MRC Description:  CT SCAN

Date of Birth:    05/08/1929
Date of Service:  06/19/2009



## PARKERSBURG RADIOLOGY SERVICES, INC
### 800 Grand Central Mall Suite 7
### Vienna, West Virginia 26105

W. Michael Hensley, MD      Terry C. Shank, MD    Kenneth T. Miller, MD
Bernard O. Garrett, DO                    Craig A. Chambers, DO

**DATE: 6/19/09**

Mid-Ohio Valley Medial Group                     Jeffery T. Braham DO
800 Grand Central Mall
Vienna, WV 26105

NAME: Marshall, Robert E. 422·2891               AGE: 5/8/29
ADDRESS: 77 Little Addition Road Davisville, WV  X-RAY: 5829

REASON FOR EXAM: LOW BACK PAIN GOING INTO LEFT LEG

**CT LUMBAR SPINE WITHOUT CONTRAST TO INCLUDE REFROMATS:**
Multisliced scan was performed and 2 mm sagittal, 2 mm coronal and 3 mm axial
images created. Mild-moderate convex left lower lumbar scoliosis is seen and no
fracture, spondylolysis or spondylolisthesis is evident. The upper lumbar discs
appear normal. There is moderate diffuse bulging of the L3-4 and L4-5 discs. The
L5-S1 disc contour is normal, but there is a broad spur, which mildly narrows the
left L5-S1 neural foramen. Facet degeneration is mild-moderate.

**CONCLUSION:**
  1. Rotatory scoliosis is seen with moderate disc degenerative changes in the
     mid and lower lumbar spine, as described. No fracture, subluxation or focal
     disc protrusion is apparent.

Thank you for allowing us to review and interpret this study.

WMH/js
dict/trans  6/22/09                      W. Michael Hensley, MD Radiologist

6-26-09 Notified /GR He will call
back if he wants P.T. set up/gr

PT
N

Final: Electronically signed by Jeffery Braham DO on 06/30/2009 at 9:54:18 pm

# MID-OHIO VALLEY MEDICAL GROUP, INC.
## 800 GRAND CENTRAL MALL, SUITE 4
### VIENNA, WV 26105
**FAMILY PRACTICE 304/485-3300 PHONE   304/485-3317 FAX**
**UROLOGY DIVISION 304/485-7700 PHONE   304/485-5141 FAX**

PatientID: 80652
Patient Name: ROBERT E MARSHALL
Date of Birth: 05/08/1929
Patient Age: 80 y

Date of Service: 05/12/2009

CHIEF COMPLAINT: Requested evaluation for the problem listed below.

HISTORY OF PRESENT ILLNESS:

HIP: Symptoms are localized to the left hip, pain radiates from the thigh to the knee, pain radiates into the lower leg and foot.states he fell in February 28th was seen at CCMH for fall lacerated head and hurt ribs. He did not know he had hurt his hip. He states pain has recently increased has difficulty lifting leg, tying shoes. Has been taking alieve and aspirin which upset his stomach.  Was supposed to get tetanus shot did not get in ER.

PAST MEDICAL HISTORY:

MEDICAL:  Type II Diabetes, hypertension, hypercholesterolemia.

CURRENT MEDICATION LIST:

STARLIX ORAL TABLET 120 MG, 1 po qac
ACTOS ORAL TABLET 45 MG, 1 Every Day
UNIVASC ORAL TABLET 15 MG, 1/2 Every Day
LIPITOR ORAL TABLET 20 MG, 1 Every Day
ATENOLOL ORAL TABLET 50 MG, 1 Every Day
METAGLIP ORAL TABLET 5-500 MG, 2 TWICE DAILY
ATROVENT NASAL SOLUTION 0.06 %, 2 SPRAYS Q 6H PRN
XANAX ORAL TABLET 0.5 MG, 1/2 TO 1  Q8H  PRN

CURRENT ALLERGY LIST:

NKDA

SOCIAL HISTORY:

DIET:  Follows no specific diet.

FAMILY HISTORY:

Not obtained.

REVIEW OF SYSTEMS:

GENERAL:  Normal activity and energy level, no change in appetite.  No major weight gain or loss.  No malaise, chills, fever, diaphoresis.

CARDIAC:  No chest pain, palpitations, tachyarrhythmia, orthopnea, dyspnea on exertion, or paroxysmal nocturnal dyspnea.

GI:  No food intolerance, abdominal pain, nausea, vomiting, bloating, reflux, diarrhea, constipation, melena, or hematochezia. No change in caliber of stools.

GU:  No penile discharge, lower tract obstructive symptoms, dysuria, or hematuria.

MUSCULOSKELETAL:  See HISTORY OF PRESENT ILLNESS.

RESPIRATORY:  No recent upper respiratory infections, dyspnea, cough, hemoptysis or wheezing.

PHYSICAL EXAMINATION:

CONSTITUTIONAL:

VITALS:

WEIGHT:220lbs

# MID-OHIO VALLEY MEDICAL GROUP, INC.

### 800 GRAND CENTRAL MALL, SUITE 4
### VIENNA, WV 26105
### FAMILY PRACTICE 304/485-3300 PHONE   304/485-3317 FAX
### UROLOGY DIVISION 304/485-7700 PHONE   304/485-5141 FAX

PatientID: 80652
Patient Name:  ROBERT E MARSHALL
Date of Birth:  05/08/1929
Patient Age:  80 y

Date of Service:  05/12/2009

BLOOD PRESSURE:138/72 Left Arm Sitting

NECK AND THYROID:   Symmetrical with no elevation of the jugular venous pulsation.  Trachea
    midline. No thyroid enlargement, tenderness, or mass.
RESPIRATORY:  Clear to auscultation.  Normal respiratory effort.
CARDIOVASCULAR:
    CARDIAC:   Regular rate and rhythm.
    ARTERIAL:  Normal carotids.
MUSCULOSKELETAL EXAM:
    EXTREMITIES:
        LEFT LOWER:   TENDER SCIATIC NOTCH, TROCHANTERIC BURSA
            TENDERNESS NOTED, REDUCED EXTERNAL ROTATION OF THE HIP,
            normal hip stability. has difficulty raising leg
ASSESSMENT/PLAN:
    726.5-ENTHESOPATHY HIP REG    left
        MEDICATIONS:
            ULTRAM ORAL TABLET 50 MG, 1 Every Six Hours, As Needed, 20 Dispensed,
            status: NEW PRESCRIPTION, 05/12/2009.
        LAB ORDERS:
            Order number: 217805  Test Ordered:   X-RAY HIP LEFT
            Order number: 217805  Test Ordered:   X-RAY FEMUR LEFT
        REFERRALS: Physical Therapist.
    959.09-INJURY OF FACE AND NECK   s/p suturing in March needs Td booster was not given in Er.
RETURN VISIT: Patient instructed to return in 2 weeks. The patient has a previous appointment.

Electronically Signed by: Lilia A. Underwood, FNP-BC on Monday, May 18, 2009 5:22 pm
Electronically Signed by: Jeffery Braham DO on Tuesday, May 19, 2009 8:18 pm



PLEASE SIGN AND FAX
BACK TO 304-865-7400

1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101

**PHYSICAL THERAPY**

304-865-6778
Fax: 304-865-7400

# EVALUATION

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-19-09 |
| **Patient ID #:** | 10266 | **Time In:** | |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | |
| **Diagnosis:** | 719.45 Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

## SUBJECTIVE:

**Past Medical / Social History:** Patient is an 80 year old male. Retired
PMH: diabetes, HTN, right knee arthroscopy, left shoulder RTC repair, hx of inguinal hernia sx.

**Related Diagnostics / Medications:** X-rays of hip, pelvis, and femur all negative.

**History of Present Illness:** Patient referred to physical therapy for left hip pain. Patient states he fell at the mall in February of this year. He has had left hip pain since. X-rays were negative. Patient c/o pain with bending of his left hip and left knee. He states having a limited walking tolerance due to fatigue, weakness, and pain. WB oin the left hip does not increase his pain as per patient although he primarily is WB right in standing. He states pain does not wake him at night. He c/o pain in his groin area and lateral hip area.  He denies numbness/tingling or other radicular symptoms.

## OBJECTIVE:

**General Observations:** Observation:
Posture is slightly flexed at the trunk and patient tends to stand with greater WB on the right side. He performs sit to stand and vice versa with decreased weight bearing left side.

Palpation:
Tenderness of the trochanteric area, glute med, anterior hip - hip flexor mm
and quadriceps mid portion.

*RECEIVED*

*MAY 29 2009*

AROM Left knee:
-3 degrees extension to 111 degrees flexion and 118 degrees passive flexion

Hip Mobility:
left hip has pain with KTC and to approx 90-95 degrees with pain. Scours is positive for the left hip and FABER for anterior hip pain. ER is limited left and IR to some degree.  Patient appears to be guarding with left hip ROM assessment. R hip ROM WNL.

LQ:
DTRs are 1= and symmetrical
No clonus observed
Sensory is intact

Strength:

left hip is 4/5 for flex/extension and 4-/5 abduction
left knee is 4/5 for flex/ext with pain in resited knee flexion
R hip and LE is 5/5 with MMT

Gait:
antalgic with note hip weakness in the abductors, left hip lacks extension.during gait.

| Tests | Description | Results | Comments |
|-------|-------------|---------|----------|
|       |             |         |          |
|       |             |         |          |

## ASSESSMENT:

**Impression / Differentials:** Left hip strain/injury from fall. Limited hip mobility and weakness. Left hip with signs of OA. X-rays negative. Bone scan may be appropriate if limite dprogress in therapy.

| Therapy Problems |
|------------------|
| 1.  left hip pain with ambulaation and ADL function |
| 2.  left hip weakness |
| 3.  limited mobility of the left hip |
| 4.  STR/tenderness of the left hip |

**Goals:**

| Goal Term | Goal Description |
|-----------|------------------|
| 1.  Short-term | Decrease Pain |
| 2. | Improve Soft Tissue Mobility |
| 3. | Improve Joint Mobility - left hip and knee |
| 4. | Improve Flexibility |
| 5. | Tolerate Initiation of Strengthening Program |
| 6.  Long-term | AROM WFL without pain left hip |
| 7. | LE MMT = 4+/5 for left hip and knee |
| 8. | Zero to Trace Palpable Tenderness |
| 9. | Zero to Trace Soft Tissue Restrictions |
| 10. | ambulate for ADLs without pain. |

**TREATMENT PLAN:** MT, TE, gait training, and modalities as needed

Consult with MD if minimal progress.

**FREQUENCY & DURATION:** 2 to 3 time(s) per week for 6 week(s).

**Thank you for your referral!**

Sincerely,

*Ed Weber MPT*

Edward G Weber MPT

RECEIVE

MAY 2 9 2009

**Patient Name:** Robert Marshall
**Referring Physician:** Lila Underwood NP

**Dear Doctor,**

**Medicare guidelines require a physician signature approving the treatment plan every 30 days. Please sign and date the plan and return to our office. Thank you.**

_Nlii Underwood FNP BC_    6/1/09

Physician Signature                  Date

RECEIVED

MAY 29 2009

**MID-OHIO MEDICAL GROUP, INC.**
**610 WASHINGTON BOULEVARD STE 1**
**BELPRE, OH  45714**
**740/423-5055**
**740/423-5058 FAX**

PatientID:  80652
Patient Name:  ROBERT E MARSHALL
Date of Birth:  05/08/1929
Patient Age:  @80 y

Date of Service:  05/27/2009

CHIEF COMPLAINT: *Requested evaluation for the problem listed below.*
PT C/O LEFT HIP PAIN THAT RADIATES INTO HIS LEFT LEG-HAS BEEN GOING ON FOR A WHILE
HAS WENT TO PHYSICAL THERAPY X 3 TIMES
HISTORY:

    250.00-DIABETES MELLITUS W/O COMPLIC TYP II The diabetes remains stable. The patient denies
        polyuria, polyphagia, polydipsia, change in vision, foot ulcerations, or hypoglycemic episodes.
        No complications noted from the medication presently being used.

    272.2-HYPERLIPIDEMIA MIXED The patient's most recent LDL was not at goal. The patient is
        attempting to follow a low saturated fat diet.  No complications noted from the medication
        presently being used.LAST LAB 12-18-08

    401.1-ESSENTIAL HYPERTENSION BENIG The blood pressure readings taken outside the office
        since the last visit have been in the target range. The patient denies chest pain, shortness of
        breath, dyspnea on exertion, pedal edema, or headache. No complications noted from the
        medication presently being used.

PAST MEDICAL HISTORY:
    MEDICAL:  Type II Diabetes, hypertension, hypercholesterolemia.
CURRENT MEDICATION LIST:
    STARLIX ORAL TABLET 120 MG, 1 po qac
    ACTOS ORAL TABLET 45 MG, 1 Every Day
    UNIVASC ORAL TABLET 15 MG, 1/2 Every Day
    LIPITOR ORAL TABLET 20 MG, 1 Every Day
    ATENOLOL ORAL TABLET 50 MG, 1 Every Day
    METAGLIP ORAL TABLET 5-500 MG, 2 TWICE DAILY
    ATROVENT NASAL SOLUTION 0.06 %, 2 SPRAYS Q 6H PRN
    XANAX ORAL TABLET 0.5 MG, 1/2 TO 1  Q8H PRN
    ULTRAM ORAL TABLET 50 MG, 1 Every Six Hours, As Needed
CURRENT ALLERGY LIST:
    NKDA
SOCIAL HISTORY:
    DIET: Follows no specific diet.
FAMILY HISTORY:
    *Not obtained.*
REVIEW OF SYSTEMS:
    GENERAL:  Normal activity and energy level, no change in appetite. No major weight gain or loss. No
    malaise, chills, fever, diaphoresis.
    CARDIAC:  No chest pain, palpitations, tachyarrhythmia, orthopnea, dyspnea on exertion, or
    paroxysmal nocturnal dyspnea.
    RESPIRATORY:  No recent upper respiratory infections, dyspnea, cough, hemoptysis or wheezing.
PHYSICAL EXAMINATION:

**MID-OHIO MEDICAL GROUP, INC.**
**610 WASHINGTON BOULEVARD STE 1**
**BELPRE, OH 45714**
**740/423-5055**
**740/423-5058 FAX**

PatientID: 80652
Patient Name: ROBERT E MARSHALL
Date of Birth: 05/08/1929
Patient Age: @80 y

Date of Service: 05/27/2009

CONSTITUTIONAL:
VITALS:
WEIGHT:217lbs
BLOOD PRESSURE:126/87 Left Arm Sitting
PULSE:60 Right Radial, Regular

GENERAL APPEARANCE: Healthy appearing individual in no distress.
RESPIRATORY: Clear to auscultation. Normal respiratory effort.
CARDIOVASCULAR:
CARDIAC: Regular rate and rhythm.
ARTERIAL: Normal carotids.
ASSESSMENT/PLAN:
250.00-DIABETES MELLITUS W/O COMPLIC TYP II
ASSESSMENT: The diabetes remains satisfactory. Will check laboratory. Will not change medication, continue to monitor for complications.
272.2-HYPERLIPIDEMIA MIXED
ASSESSMENT: The patient's elevated cholesterol is stabilizing. Will not change medication, continue to monitor for complications. The patient is attempting to follow a low saturated fat diet. Will check laboratory.
401.1-ESSENTIAL HYPERTENSION BENIG
ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue to monitor for complications. Patient is attempting to follow a low sodium diet. No laboratory work is necessary at this time.
847.1-THORACIC SPRAIN
STATUS: Unchanged.
LAB ORDERS:
Order number: 221911  Test Ordered:  X-RAY LUMBAR SPINE

Electronically Signed by: Jeffery Braham DO on Wednesday, May 27, 2009 8:53 am

JUL-07-2009 11:15 From:MOUNTAIN RIVER PT    3044898191        To:13044856276        Page:1/1

# MOUNTAIN RIVER PHYSICAL THERAPY



63 Hospitality Lane, Suite 1
Mineral Wells, WV 26150
Phone: 304-489-8100
Fax: 304-489-8191

June 24, 2009

RE: *Robert Marshall*
DOB: 5/8/29

Lil Underwood, FNP, BC:

　We have followed Robert Marshall in physical therapy for left
hip pain.

　Robert made good progress in therapy. Improvements made
included increasing left hip strength to 4+/5 throughout. Improving
left hip mobility for ADSL function, trace soft tissue restriction
and tenderness. Mr. Marshall stated at d/c that he was pain free
with his ADLs. He did c/o occasional feeling of stiffness.

　Mr. Marshall was d/c on 6/12/09. He was instructed to continue
with his home program. Thank you for this referral.

Sincerely,

*Ed Weber, MPT*

Ed Weber, MPT



**www.mountainriverpt.com**

### PARKERSBURG RADIOLOGY SERVICES, INC.
#### 800 Grand Central Mall Suite 7
#### Vienna, West Virginia 26105

W. Michael Hensley, MD      Terry C. Shank, MD    Kenneth T. Miller, MD
Bernard O. Garrett, DO                      Craig A. Chambers, DO

DATE: 3/2/09

Jeffery T. Braham DO                        Tammy Crookshanks FNP-BC
Mid-Ohio Valley Medical
800 Grand Central Mall
Vienna, WV 26105

NAME: Marshall, Robert E.                   AGE: 5/8/29
ADDRESS: 77 Little Addition Road Davisville, WV      X-RAY: C1188

REASON FOR EXAM: PAIN LOW LEFT LATERAL AND ANTERIOR RIBS

### PA CHEST AND LEFT RIBS:
A total of five views of the chest and left ribs are submitted for interpretation. The chest radiograph shows the heart to be enlarged. There are some linear densities in each base. This is greater on the left, suggestive of some atelectasis and/or scarring. The images of the ribs demonstrate no evidence of a displaced fracture.

### IMPRESSION:
1. Mild cardiomegaly and some chronic appearing interstitial changes are seen. There is also some patchy density in the bases, some underlying atelectasis or faint infiltrate cannot be excluded.
2. No evidence of a displaced rib fracture is identified.

Thank you for allowing us to examine your patient in our office.

CAC/jw
dict/trans 3/3/09                        Craig A. Chambers, D.O., Radiologist

PARKERSBURG RADIOLOGY SERVICES, INC
800 Grand Central Mall Suite 7
Vienna, West Virginia 26105

W. Michael Hensley, MD       Terry C. Shank, MD     Kenneth T. Miller, MD
Bernard O. Garrett, DO                             Craig A. Chambers, DO

DATE: 6/19/09

Mid-Ohio Valley Medial Group                              Jeffery T. Braham DO
800 Grand Central Mall
Vienna, WV 26105

NAME: Marshall, Robert E.                              AGE: 5/8/29
ADDRESS: 77 Little Addition Road Davisville, WV         X-RAY: 5829

REASON FOR EXAM: LOW BACK PAIN GOING INTO LEFT LEG

CT LUMBAR SPINE WITHOUT CONTRAST TO INCLUDE REFROMATS:
Multisliced scan was performed and 2 mm sagittal, 2 mm coronal and 3 mm axial
images created. Mild-moderate convex left lower lumbar scoliosis is seen and no
fracture, spondylolysis or spondylolisthesis is evident. The upper lumbar discs
appear normal. There is moderate diffuse bulging of the L3-4 and L4-5 discs. The
L5-S1 disc contour is normal, but there is a broad spur, which mildly narrows the
left L5-S1 neural foramen. Facet degeneration is mild-moderate.

CONCLUSION:
1. Rotatory scoliosis is seen with moderate disc degenerative changes in the
   mid and lower lumbar spine, as described. No fracture, subluxation or focal
   disc protrusion is apparent.

Thank you for allowing us to review and interpret this study.

WMH/js
dict/trans  6/22/09                            W. Michael Hensley, MD  Radiologist

~ PARKERSBURG RADIOLOGY SERVICES, INC.
~ 800 Grand Central Mall Suite 7
~ Vienna, WV  26105

W. Michael Hensley, MD     Terry C. Shank, MD   Kenneth T Miller, MD
Bernard O. Garrett, DC                     ~ Craig A. Chambers, DO

~ DATE 5/12/09

Jeffery T Braham DO
Mid-Ohio Valley Medical Group        ~ Lilia Underwood FNPBC
800 Grand Central Ave
Vienna, WV  26105

NAME Marshall, Robert E                    ~ AGE 5/8/29

ADDRESS 77 Little Add Rd Davisville WV    ~ X-RAY C2896

REASON FOR EXAM: Fell. Pain.

PELVIS AND LEFT HIP:
Examination  of the pelvic structures fails to show a fracture or definite
abnormality. No  definite  fractures are seen about the pubic ramii.
Examination of the hip fails to show a fracture, dislocation or definite
abnormality.

IMPRESSION:
1.   Negative examination of the pelvis and left hip.

LEFT FEMUR - TWO VIEWS:
AP and lateral views were obtained and demonstrate no acute or healing
fracture or other abnormality.

CONCLUSION:
1.   No fracture identified.

Thank you for allowing us to examine your patient in our office.

WMH/tw
dict/trans 05/13/09 ~ W. Michael Hensley, MD  Radiologist

PARKERSBURG RADIOLOGY SERVICES, INC
800 Grand Central Mall Suite 7
Vienna, West Virginia 26105

W. Michael Hensley, MD      Terry C. Shank, MD      Kenneth T. Miller, MD
Bernard O. Garrett, DO                              Craig A. Chambers, DO

DATE: 5/28/09

Mid Ohio Valley Medical Group                       Jeffery Braham DO
800 Grand Central Mall
Vienna, WV  26105

NAME: Marshall, Robert E                            AGE: 5/8/29
ADDRESS: 77 Little Add Rd Davisville WV             X-RAY: C-3279

REASON FOR EXAM:  Pain left hip and down leg. Fell in February.

LUMBAR SPINE – THREE VIEWS:
AP, lateral and spot projection of the lumbosacral junction were obtained.

The lumbar vertebral body heights are well maintained.

There is marked thinning of the L4-5 intervertebral disc space level indicating
degenerative disc disease.  Some mild spurring projects from the anterior end-
plates of L3 and L4 vertebral bodies indicating some mild degenerative disc
disease.  Some sclerotic change is present within the posterior articulating facets at
the L4-5 and L5-S1 levels.

IMPRESSION:
1. At least a moderate degree of degenerative disc disease is noted at the L4-5
   intervertebral disc level with mild degenerative disc changes noted at the
   L2-3 and L3-4 levels.
2. Some moderate degenerative change is present within the posterior
   articulating facets at the L4-5 and L5-S1 levels.

Thank you for allowing us to examine your patient in our office.

TCS/tw
dict/trans 5/29/09

_____
Terry C. Shank, MD  Radiologist

JUL-31-2009 01:20P FROM:                                                                    P.2/3

Date **APR 1 7 2009**     Name _H. Marshall_     ☐ New Injury  ☐ Reoccurrence

Chief Complaint: (Acute)  Chronic  Cervical  Dorsal  Lumbar  (Pelvic)  Pain
w/ rad pain  L B R  Shoulder  Arm  Hand  Hip  Leg  Foot  Head  Ribs  Other
Numbness  L B R  Shoulder  Arm  Hand  Hip  Leg  Foot  Head  Ribs  Other
DOI _2 days_  DOC _____  DWMY Worse _____  DWM _____
MOI: (Lifting)  Fall  ADL's  A/A  Work _____ Other _____
Pain is:  Sharp  Dull  Ache  Stabbing  Burning  (Constant)  Intermediate
Better with: Rest  Activity  Ice  Heat  Rx _____
Worse with:  Activity  Sitting  Standing  Bending  Raising  Laying
Prior TX:  Chiro _yes_  P.T. _____  Rx _____  MD _____
Notes/ secondary complaint: _____

Pain 1 2 3 4 5 6 7 8 9 10

|  | | | | | | | | | | | | | | | | | | | | | ALL | AC | RI | LI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pain | | | | | | | | | | | | | | | | | | | | | | | | |
| Tenderness | | | | | | | | | | | | | | | | | | | | | | | | |
| Muscle Sp | | | | | | | | | | | | | | | | | | | | | | | | |
| Fixation | | | | | | | | | | | | | | | | | | | | | | | | |
| Inflammation | | | | | | | | | | | | | | | | | | | | | | | | |
| Asymmetry | | | | | | | | | | | | | | | | | | | | | | | | |
| Subluxation | | | | | | | | | | | | | | | | | | | | | | | | |
| ☐ See other exam | | | | | | | | | | | | | | | | | | | | | | | | |

Neuro:        Unremarkable _____
Ortho:        Unremarkable _____
Notes:        _____
              _____

Diagnosis     847.0  847.1  847.2  847.3  846.0  846.1  723.4  cer rad  724.4  thor rad  724.3  sciatica
              739.1  739.2  739.3  739.4  739.5  840.9  843.9  844.9  other _____
Initial prog.  Good  Fair  Poor  Guarded  ☐ pt  Off work _____
TX Plan        ___ tx for ___ wks  ☐ pt  Light Duty _____
               ___ tx for ___ wks  ☐ pt  Restricted ADS's _____
Chiro manipulation to (Cervical)  Dorsal  Lumbar  Pelvic
               EMS- 15 mins  Heat- 15 mins  Cold- 15 mins  U/S- 15 mins
Treatment Goal    ☐↓ Pain   ☐↓ Numbness   ☐↓ ADL's   ☐↓ ROM
Objective Measure ☐↓ Tenderness  ☐↓ Muscle spasm  ☐↓ Fixation  ☐↓ Inflammation  ☐↓ ASY

Date _____    ☐ PT Reports_____% in CC      ☐ PT Reports temp relief
                 ☐ PT Reports no change   ☐ PT Reports Slight ↑ in C.C.   ☐ PT is worse
                 ☐ PT Reports new complaint_____    ☐ PT Reports exacerbation_____
Notes:           _____
                 _____
                 _____

| Tenderness | | | Muscle Sp | | | Fixation | | | Inflammation | | | Asymmetry | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C ☐↓ | ☐S | ☐↑ | C ☐↓ | ☐S | ☐↑ | C ☐↓ | ☐S | ☐↑ | C ☐↓ | ☐S | ☐↑ | C ☐↓ | ☐S | ☐↑ |
| D ☐↓ | ☐S | ☐↑ | D ☐↓ | ☐S | ☐↑ | D ☐↓ | ☐S | ☐↑ | D ☐↓ | ☐S | ☐↑ | D ☐↓ | ☐S | ☐↑ |
| L ☐↓ | ☐S | ☐↑ | L ☐↓ | ☐S | ☐↑ | L ☐↓ | ☐S | ☐↑ | L ☐↓ | ☐S | ☐↑ | L ☐↓ | ☐S | ☐↑ |
| P ☐↓ | ☐S | ☐↑ | P ☐↓ | ☐S | ☐↑ | P ☐↓ | ☐S | ☐↑ | P ☐↓ | ☐S | ☐↑ | P ☐↓ | ☐S | ☐↑ |
| Other | | | Other | | | Other | | | Other | | | Other | | |

☐ Pt is responding to care      ☐ PT is responding slow   ☐ PT is responding fast   ☐ no responce
☐ Continue as planned    ☐ change plan   ☐ ↑ visit #   ☐ ↓ visit #   ☐ ↑ duration   ☐ ↓ duration
☐ X Ray _____      ☐ MRI _____      ☐ Refer Pt _____      ☐ Home Exercise
☐ Release from care    ☐ Return as needed   ☐ Discontinue Treatment
☐ Re-examine Patient    ☐ Return _____ for follow-up

Chiro manipulation to:  Cervical    Dorsal    Lumbar    Pelvic
                        EMS- 15 mins    Heat- 15 mins    Cold- 15 mins    U/S- 15 mins

Notes:          _____
                _____
                _____

3/05  #003

JUL-31-2009 01:21P FROM:

Robert Marshall

**PATIENT RECORD**   "duplicate"   **ACCOUNT**

| Date | Spinal Manipulation | | | Therapy | | | | Treatment | Chg. | Paid | Bal. |
|------|------|------|------|------|------|------|------|------|------|------|------|
| MAY 1 | ☑Cervical | ☐Thoracic | ☑Lumbar | ☐Heat | ☐Ice | ☑LV | ☐ | | 25 | mc | 25 |
| MAY 2 0 2002 | ☑Cervical | ☐Thoracic | ☑Lumbar | ☐Heat | ☐Ice | ☑LV | ☐ | | 25 | mc | 50 |
| 7/9/02 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐mc pd 5/15/02 - 5/20/02 | | (50) | 38 20 | 0 |
| 8 28-02 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ins pd 8/15/02 - 8/20/02 | | | 9.56 | 0 |
| FEB 1 | ☑Cervical | ☐Thoracic | ☑Lumbar | ☐Heat | ☐Ice | ☑LV | ☐ | | 15 | 15 | |
| APR 1 7 2009 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | ×35 | 20 | 15 |
| 5/20/09 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐billed 4/17/09 | | | | 15 |
| 6/3/09 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ins pd 4/17/09 | | (35) | 3428 | +20 |
| 6/8/09 | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ p+ refund | | | 20 | 0 |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |
| | ☐Cervical | ☐Thoracic | ☐Lumbar | ☐Heat | ☐Ice | ☐LV | ☐ | | | | |

**MARK AREA OF PAIN**
(by patient)

| Date | Subsequent Complaints |
|------|------|
| | X-rays @ CCMH |
| | will call c date |
| | MC# 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A. |
| | XR - 8/24/01 |
| 12/03 | ent. into new MC program |

OCC

1C
2C
3C
4C
5C
6C
7C
1D
2D
3D
4D
5D
6D
7D
8D
9D
10D
11D
12D
1L
2L
3L
4L
5L
SAC

**OCC** - Occiput
**C** - Cervical Vertebrae
**D** - Dorsal Vertebrae
**L** - Lumbar Vertebrae
**SAC** - Sacrum

**SPINAL ANALYSIS**

# GEORGE J. COSENZA, PLLC

Admitted In West Virginia
and Ohio

**ATTORNEY AT LAW**

515 Market Street    Post Office Box 4
Parkersburg, West Virginia 26102
e-mail: cosenza@wvdsl.net

(304) 485-0990
Fax (304) 485-1090

July 17, 2009

Mountain River Physical Therapy
63 Hospitality Lane, Suite 1
Mineral Wells, WV  26150

     Re:  Robert E. Marshall
          DOB:  5/08/29
          SSN:  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

Dear Sir or Madam:

     I represent the interests of Robert E. Marshall.  Mr. Marshall has requested that I obtain copies of all of his medical records currently in your possession concerning your treatment of him for injuries suffered in a fall on February 23, 2009.  I have enclosed the appropriate authorization forms for same.  In addition, I would appreciate you providing me with **AN ITEMIZED STATEMENT INDICATING ALL CHARGES FOR SERVICES RENDERED**. Please provide this information to my office as soon as possible.  If there are any costs for these documents, please contact me or include a statement for the amount due with the records, and I will reimburse you for same upon receipt of the package.

     Thank you for your cooperation in this matter.  If you have any questions, please do not hesitate to contact me.

          Very truly yours,

          George J. Cosenza

GJC/tap
Enclosure

cc:   Robert E. Marshall

Month. Stat

## MOUNTAIN RIVER PHYSICAL THERAPY

Auth # _____     _____   _____   _____

# Visits Auth _____     _____   _____   _____

Exp. Date_____     _____   _____   _____

Advantra Freedom
20 MT tx

| Signature | Date | Signature | Date |
|---|---|---|---|
| 1. Robert E. Marshall | 5-19-09 | 26. | |
| 2. Robert Marshall | 5.20-09 | 27. | |
| 3. Robt Marshall | 5.22.09 | 28. | |
| 4. Robt Marshall | 5.27.09 | 29. | |
| 5. Robt Marshall | 5-29-09 | 30. | |
| 6. Robert Marshall | 6.2.09 | 31. | |
| 7. Robert Marshall | 6.4.09 | 32. | |
| 8. Robert Marshall | 6.9.09 | 33. | |
| 9. Robert Marshall | 6-12-09 | 34. | |
| 10. | | 35. | |
| 11. | | 36. | |
| 12. | | 37. | |
| 13. | | 38. | |
| 14. | | 39. | |
| 15. | | 40. | |
| 16. | | 41. | |
| 17. | | 42. | |
| 18. | | 43. | |
| 19. | | 44. | |
| 20. | | 45. | |
| 21. | | 46. | |
| 22. | | 47. | |
| 23. | | 48. | |
| 24. | | 49. | |
| 25. | | 50. | |

Parkersburg
1212 Garfield Ave., Suite 200
Parkersburg, WV 26101
Ph: 304-865-6778
Fx: 304-865-7400

Mineral Wells
63 Hospitality Lane, Suite 1
Mineral Wells, WV 26150
Ph: 304-489-8100
Fx: 304-489-8191

Vienna
800 Grand Central Mall
Suite 1
Vienna, WV 26105
Ph: 304-865-6777
Fx: 304-865-6780

**Mountain RIVER**
PHYSICAL THERAPY

PATIENT: _Robert Minehart_

DIAGNOSIS: _Lt hip pain_ - _Strengthing training_

TYPE/DATE OF SURGERY: _____

[X] *EVALUATE AND TREAT*

_____ Daily for ___ days    _____ 1xWK    _____ 2xWK    _____ 3xWK    for ____ Weeks.

☐ *MANUAL THERAPY*
☐ Joint Mobilization
☐ Soft Tissue Mobilization
☐ Spinal Stabilization
☐ Myofascial Release

☐ *MODALITIES*
☐ Electrical Stimulation
☐ Phonophoresis / Iontophoresis
☐ Ultrasound

☐ THERAPEUTIC EXERCISE
☐ TRACTION
☐ GAIT TRAINING
☐ TENS APPLICATION
☐ WORK CONDITIONING
☐ WORK HARDENING
☐ FUNCTIONAL CAPACITY EVALUATION
☐ HOME PROGRAM INSTRUCTIONS

☐ *ORTHOTICS*
☐ Temporary
☐ Permanent

Other: _____

Referring Physician: _____ Date: _____

left hip is 4/5 for flex/extension and 4-/5 abduction
left knee is 4/5 for flex/ext with pain in resited knee flexion
R hip and LE is 5/5 with MMT

Gait:
antalgic with note hip weakness in the abductors, left hip lacks extension.during gait.

| Tests | Description | Results | Comments |
|-------|-------------|---------|----------|
|       |             |         |          |

## ASSESSMENT:

**Impression / Differentials:** Left hip strain/injury from fall. Limited hip mobility and weakness. Left hip with signs of OA. X-rays negative. Bone scan may be appropriate if limite dprogress in therapy.

| Therapy Problems |
|------------------|
| 1.  left hip pain with ambulaation and ADL function |
| 2.  left hip weakness |
| 3.  limited mobility of the left hip |
| 4.  STR/tenderness of the left hip |

## Goals:

| Goal Term | Goal Description |
|-----------|------------------|
| 1.  Short-term | Decrease Pain |
| 2. | Improve Soft Tissue Mobility |
| 3. | Improve Joint Mobility - left hip and knee |
| 4. | Improve Flexibility |
| 5. | Tolerate Initiation of Strengthening Program |
| 6.  Long-term | AROM WFL without pain left hip |
| 7. | LE MMT = 4+/5 for left hip and knee |
| 8. | Zero to Trace Palpable Tenderness |
| 9. | Zero to Trace Soft Tissue Restrictions |
| 10. | ambulate for ADLs without pain. |

## TREATMENT PLAN: MT, TE, gait training, and modalities as needed

Consult with MD if minimal progress.

## FREQUENCY & DURATION:  2 to 3 time(s) per week for 6 week(s).

**Thank you for your referral!**

Sincerely,

*Ed Weber MPT*

Edward G Weber MPT

RECEIVE

MAY 2 8 2020

**Patient Name:** Robert Marshall
**Referring Physician:** Lila Underwood NP

**Dear Doctor,**

**Medicare guidelines require a physician signature approving the treatment plan every 30 days.  Please sign and date the plan and return to our office.  Thank you.**

_____ _____ 6/1/09 _____

Physician Signature                                            Date

RECEIVED

MAY 2 9 2009

## MOU᷍ AIN RIVER PHYSICAL THE ᷍PY
### Patient Information Form (please print neatly)

Today's Date: 5 - 19 - 09 _____ P.T.: _____

Referring Dr __Lil Underwood / Braham__ Dr Ph#: _____

Date of onset/injury: _____ Diag: _____

Work related: [ ] Yes [✓] No if yes; State_____ Claim# _____ DOI_____

MVA or Personal Injury: [ ] Yes [✓] No If yes; Attorney's Name: _____

Are you currently receiving Home Health Care? __NO__

### PATIENT INFORMATION

Patient's Full Name: __Robert E. Marshall__ Home Ph# __304-422-2891__

Street Address: __77 LITTLE ADD. RD.__ Work Ph# _____

City, State, Zip __DAVISVILLE, W.V. 26142__

Birth date: __5-8, 29__ SS#: __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__ [✓] Male [ ] Female

Employer & Address: __RET.__

### HEALTH INSURANCE INFORMATION

Insurance Company Name: __Advantra Freedom__

Address: _____ Phone# _____

Policy Holder's Name: _____ Policy Holder Birth date: _____

Policy holder's SS#: _____ Relationship to patient: _____

Policy/ID# _____ Group# _____

### If there is a secondary insurance, complete the following:

Insurance Company Name: _____

Address: _____ Phone# _____

Policy Holder's Name: _____ Policy Holder Birth date: _____

Policy holder's SS#: _____ Relationship to patient: _____

Policy/ID# _____ Group# _____

__Robert E. Marshall__
**Signature of Patient or authorized person's signature (parent, legal guardian, etc)**

Revised July 2008
Reviewed Nov 2008

PATIENT MEDICAL HISTORY            MOUNTAIN RIVER PHYSICAL THERAPY

LAST NAME: _MARSHAL_____         FIRST NAME: _ROBERT_____
AGE: _80_  HEIGHT:_5.7_ WEIGHT: _215_   REFERRING PHYSICIAN: _BRAHAM__
EMPLOYER: _RET_____            OCCUPATION: _____
ARE YOU CURRENTLY WORKING?  YES   NO    IF NO, SINCE WHEN? _____

NEXT APPOINTMENT WITH PHYSICIAN? _5-27-09_____

PLEASE MARK THE FOLLOWING IF YOU HAVE HAD:

____ ANGINA                 ____ HEART ATTACKS
____ STROKES                ____ HEART SURGERY
____ TUMORS                 _✓_ DIABETES
____ EPILEPSY               ____ GASTROINTESTINAL PROBLEMS
____ ALLERGIES              ____ CIRCULATORY PROBLEMS
____ OSTEOPOROSIS           ____ NERVOUS OR EMOTIONAL PROBLEMS
____ KIDNEY DISEASE         ____ GOUT
____ NECK INJURIES          _✓_ FRACTURES (BROKEN BONES)
____ BACK INJURIES          ____ DISLOCATIONS (JOINTS)
____ WHIPLASH               ____ HEART DISEASE
____ CANCER                 _✓_ HIGH BLOOD PRESSURE
____ LUNG DISEASE           ____ ALCOHOL ABUSE PROBLEMS
____ ARTHRITIS              ____ JAW INJURIES/TMJ
_✓_ JOINT SPRAINS           _✓_ MUSCLE STRAINS

CHECK THE FOLLOWING BOXES IF YOU HAVE RECENTLY EXPERIENCED:

____ HEADACHES              _✓_ MUSCULAR PAIN WITH EXERTION
_✓_ FALLS                   ____ MUSCULAR PAIN AT REST
____ DIFFICULTY SLEEPING    ____ CONSTANT PAIN UNRELIEVED BY REST OR MOVEMENT
____ TREMORS                ____ CHANGE IN BOWEL OR BLADDER HABITS
____ BALANCE PROBLEMS       ____ UNUSUAL FATIGUE OR WEAKNESS
_✓_ BLURRED/DOUBLE VISION   ____ UNUSUAL SKIN COLORATION
____ DIZZINESS              ____ UNEXPLAINED WEIGHT LOSS
____ SHORTNESS OF BREATH    ____ TINGLING, NUMBNESS, OR LOSS OF FEELING
_✓_ HOARSENESS              _✓_ PAIN WITH COUGHING OR SNEEZING

PLEASE LIST ANY MAJOR SURGERIES AND HOSPITALIZATIONS

_RIGHT KNEE_____     DATE: _?_____
_LEFT SHOULDER_____     DATE: _?_____
_____      DATE: _?_____

DO YOU SMOKE?   YES   NO    IF YES, HOW MANY PACKS PER DAY?

ARE YOU PREGNANT?  YES   NO

ARE YOU ALLERGIC TO ANY MEDICATION?     YES     NO    IF YES, PLEASE LIST MEDICATIONS.

PLEASE LIST ALL MEDICATIONS YOU ARE PRESENTLY TAKING:

**PLEASE MARK THE FOLLOWING IF ANY OF THESE DIAGNOSTIC TESTS HAVE BEEN PERFORMED?**

| | | | | |
|---|---|---|---|---|
| ✓ | X-RAYS | DATE:_____ | RESULTS: | _GOOD_ |
| ___ | MRI | DATE:_____ | RESULTS: | _____ |
| ___ | CAT SCAN | DATE:_____ | RESULTS: | _____ |
| ___ | EMG/NCV | DATE:_____ | RESULTS: | _____ |

**DATE OF ONSET OF PAIN?** _FEB - 27-28-09_      **WAS IT DUE TO AN INJURY?** (YES) NO

**IS THIS PROBLEM WORK RELATED?** YES N(O)✓      **MOTOR VEHICLE ACCIDENT?** YES NO

**PLEASE DESCRIBE YOUR PROBLEM**

_LEFT HIP._

_RIGHT SHOULDER_

_____

**PLEASE CHECK THE FOLLOWING WHICH BEST DESCRIBE YOUR PAIN**

| | | | |
|---|---|---|---|
| ___ CONSTANT | ___ INCREASING | ___ NIGHT PAIN | ___ DULL/ACHY PAIN |
| ___ INTERMITTENT | ___ DECREASING | ✓ STIFFNESS | ___ PAIN UPON WAKING |
| ✓ OCCASIONAL | ___ STATIC | ___ SHARP PAIN | |

**PAIN IS AGGRAVATED BY:** _BENDING = LEFT LEG-HIP_

**PAIN IS EASED BY:**_____

**HAVE YOU BEEN TREATED BY A PHYSICAL THERAPIST?** YES NO      **CHIROPRACTOR** (YES)✓ NO

IF YES, APPROXIMATE DATE: _APRIL 09?_

**WHAT WERE YOU TREATED FOR?**_____

**PLEASE CIRCLE THE AREA THAT HURTS**



I, THE UNDERSIGNED, STATE THAT I HAVE
ANSWERED THIS QUESTIONAIRE TO THE BEST
OF MY KNOWLEDGE.

_Robert E. Marshall_ · _5-19,09_

SIGNATURE                    DATE

## ~MOUNTAIN RIVER PHYSICAL THERAPY FINANCIAL POLICY~

We are committed to provide you with the best possible care and we are pleased to discuss our professional fees with you at any time. Your clear understanding of our *Financial Policy* is important to our professional relationship. Please ask if you have any questions about our fees, financial policy, or your responsibility.

All patients must complete our *Patient Information, Medical History, and Financial Policy* forms before being treated.

*REGARDING INSURANCE:* Insurance is a contract between you and your insurance carrier. **We strongly encourage you to contact your insurance carrier to determine what coverage they provide for physical therapy.** We cannot guarantee what your insurance carrier will pay. We file insurance claims as a courtesy to our patients. You must provide all necessary information for us to assist you with your billing. We will not become involved in disputes between you and your insurance carrier regarding deductibles, co-payments, covered charges, secondary insurance, "usual and customary" charges, etc., other than to supply factual information as necessary. You are responsible for the timely payment of your account.

*HMO/PPO/POS:* If you are covered by any of these, your co-payment is due at the time of service.

*MEDICARE:* We are providers for Medicare, and we will take the responsibility of submitting your claim for you. We will bill your secondary insurance if applicable. However, you are responsible for the deductible if it is has not been met at the time of service, and the co-insurance if there is no secondary insurance.

*AUTO ACCIDENTS AND PERSONAL INJURY:* If you have been injured due to a motor vehicle accident or from personal injury, please inform us upon registration. Arrangements must be made with the billing department regarding your account.

We accept payment by **cash, check, Visa, or MasterCard**.

*I understand and accept the conditions of this financial policy.*


Signature: *Robert E. Marshall*        Date: 5-19-09

# General Office Information

Welcome to Mountain River Physical Therapy.  We look forward to serving your physical therapy needs and wish you a speedy recovery.

**Cancellation Policy:**  Appointment times are reserved exclusively for you. If you are unable to keep your appointment, we request twenty-four hours notice to allow us time to offer that appointment to someone else.

We do understand that extenuating circumstances sometimes occur for missing appointments and should be discussed with the office manager.

**Authorization For Release:**  I hereby authorize Mountain River Physical Therapy to release any information concerning my care to the appropriate individuals of insurance companies and physicians.   I accept full responsibility for any deductibles and co-insurance, or any amount not covered by my insurance company for service rendered to me by this facility.  I authorize payment of medical benefits to Mountain River Physical Therapy.

**Treatment Consent Authorization:**   I am fully aware of my medical diagnosis and I give my consent to Mountain River Physical Therapy to provide treatment for my condition.

**Medicare Signature on File:**  I authorize payment of my Medicare Benefits to Mountain River Physical Therapy for services rendered.

**Primary/Secondary Insurance Signature on File:**  I authorize payments of my medical benefits to Mountain River Physical Therapy for services rendered.

**Notice of Privacy Practices:**  I have received a copy of Mountain River Physical Therapy's Notice of Privacy Practices.

**Signature:** *Robert E. Marshall* _____   **Date:** *5-19-09*

5-A
1.00
Ed.

 **PHYSICAL THERAPY**

### New Patient Verification Form

Today's Date __5.14.09__

Patient's Name __Robert Marshall__   Date of Appointment __5.19.09__

Referring Physician: __Underwood__   Therapist Name: __Ed__

Diagnosis: __hip pain__   Surgery Date: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Insurance Name: __Advantra Freedom    801275A9301    DOB: 5-8-29__

Insurance Representative's Name __Amenka__

Ask for the address to send claims to: __P O Box 7154__

__London, KY  40742-7154__

Limit on Units/Modalities Per Day? __—__

Limit on CPT Codes? __—__

Co-Pay Apply to Eval/Re-Eval Every DOS? __—__

Do you show us being an in-network provider? __yes__

Authorization Needed? __—__   Authorization # __—__

Pre-Cert Needed __—__   Expiration Date: __Jan - Dec__

PCP Referral Needed? __—__   Co-Pay/Percent __100%__  (120.00)

Effective Date __7-1-07__   Deductible/Out of Pocket __— / 500.00__

Did this pt have prior PT visit? _____

Additional Instructions: __80tx MT / MCare guidelines - No Cap.
Cannot tell about home health.__

### THIS IS NOT A GUARANTEE OF COVERAGE, BENEFITS or PAYMENT
#### You should also check your benefits with your insurance company

Patient Signature: __Robert Marshall__ Date: __5-19-09__ Verified By: __J. Beeson__

Revised Nov 2008

011 301-7330





Plan Type: Medicare Advantage Private Fee For Service
Name: ROBERT E MARSHALL
ID#: 80127599301
Issuer: 80840
Group#: 7604300440
Group: PEIA

RxBIN: 610014
RxPCN: MEDDPRIME
RxGrp: CVTYMED

Primary Care Office Visit Co-payment: OUT$10  ER: $50
Specialist Office Visit Co-payment: $20
Providers may call for terms and
conditions or to confirm enrollment.
See back of card.    CMS-H5227-802

MedicareRX
Prescription Drug Coverage

*medco*
Part B RxGrp: CVTYMEB

Customer Service: 1-877-337-4178, TDD: 1-866-386-2335,
M-F, 8:00 a.m. – 10:00 p.m., Eastern Standard Time
Nurse Information Line: Call 1-800-765-7197
TDD: Call your state relay number.
Hours of operation: 24 hours/ 7 days a week.
Provider Services: 1-800-713-5095, TDD: 1-866-386-2335
Submit claims to: P.O. Box 7154 , London, KY 40742
Electronic Payer ID: 25152
DO NOT bill Original Medicare.
Medicare limiting charges apply.
Send Pharmacy Claims to:
Medco  PO Box 14724, Lexington, KY  40512
Pharmacy Customer Service: 1-888-816-7671
TDD: 1-800-716-3231, 24 hours/7 days a week
Pharmacy Provider Line: 1-800-922-1557
www.advantrafreedom.com
This card is for both medical and prescription benefits.

# MOUNTAIN RIVER PHYSICAL THERAPY

63 Hospitality Lane, Suite 1
Mineral Wells, WV 26150
Phone: 304-489-8100
Fax: 304-489-8191

June 24, 2009

RE: Robert Marshall
DOB: 5/8/29

Lil Underwood, FNP, BC:

We have followed Robert Marshall in physical therapy for left hip pain.

Robert made good progress in therapy. Improvements made included increasing left hip strength to 4+/5 throughout. Improving left hip mobility for ADSL function, trace soft tissue restriction and tenderness. Mr. Marshall stated at d/c that he was pain free with his ADLs. He did c/o occasional feeling of stiffness.

Mr. Marshall was d/c on 6/12/09. He was instructed to continue with his home program. Thank you for this referral.

Sincerely,

*Ed Weber, MPT*

Ed Weber, MPT



**PHYSICAL THERAPY**

**www.mountainriverpt.com**

# MID-OHIO VALLEY MEDICAL GROUP, INC.

**800 GRAND CENTRAL MALL, SUITE 4**
**VIENNA, WV 26105**
**FAMILY PRACTICE 304/485-3300 PHONE   304/485-3317 FAX**
**UROLOGY DIVISION 304/485-7700 PHONE   304/485-5141 FAX**

PatientID:  80652
Patient Name:  ROBERT E MARSHALL
Date of Birth:  05/08/1929
Patient Age:  80 y

Date of Service:  05/13/2009

May 13, 2009

Robert Marshall
77 Little Addition Rd
Davisville, WV 26142

Dear Mr. Marshall:

This is a brief letter to relay the results of your recent tests.

The x-ray of your pelvis, left hip and femur report as negative results.
If pain persist will need to follow up with your doctor.

Sincerely,

Lilia Underwood, CFNP.



1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101

**PHYSICAL THERAPY**

304-865-6778
Fax: 304-865-7400

# EVALUATION

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-19-09 |
| **Patient ID #:** | 10266 | **Time In:** | |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | |
| **Diagnosis:** | 719.45  Pain joint (arthralgia):  pelvic region/thigh | **Referred By:** | Lila Underwood NP |

## SUBJECTIVE:

**Past Medical / Social History:**  Patient is an 80 year old male. Retired
PMH: diabetes, HTN, right knee arthroscopy, left shoulder RTC repair, hx of inguinal hernia sx.

**Related Diagnostics / Medications:**  X-rays of hip, pelvis, and femur all negative.

**History of Present Illness:**  Patient referred to physical therapy for left hip pain. Patient states he fell at the mall in February of this year. He has had left hip pain since. X-rays were negative. Patient c/o pain with bending of his left hip and left knee. He states having a limited walking tolerance due to fatigue, weakness, and pain. WB oin the left hip does not increase his pain as per patient although he primarily is WB right in standing. He states pain does not wake him at night. He c/o pain in his groin area and lateral hip area.  He denies numbness/tingling or other radicular symptoms.

## OBJECTIVE:

**General Observations:** Observation:
Posture is slightly flexed at the trunk and patient tends to stand with greater WB on the right side. He performs sit to stand and vice versa with decreased weight bearing left side.

Palpation:
Tenderness of the trochanteric area, glute med, anterior hip - hip flexor mm
and quadriceps mid portion.

AROM Left knee:
-3 degrees extension to 111 degrees flexion and 118 degrees passive flexion

Hip Mobility:
left hip has pain with KTC and to approx 90-95 degrees with pain. Scours is positive for the left hip and FABER for anterior hip pain. ER is limited left and IR to some degree.  Patient appears to be guarding with left hip ROM assessment. R hip ROM WNL.

LQ:
DTRs are 1= and symmetrical
No clonus observed
Sensory is intact

Strength:

left hip is 4/5 for flex/extension and 4-/5 abduction
left knee is 4/5 for flex/ext with pain in resited knee flexion
R hip and LE is 5/5 with MMT

Gait:
antalgic with note hip weakness in the abductors, left hip lacks extension.during gait.

| Tests | Description | Results | Comments |
|-------|-------------|---------|----------|
|       |             |         |          |

## ASSESSMENT:

**Impression / Differentials:**  Left hip strain/injury from fall. Limited hip mobility and weakness. Left hip with signs of OA. X-rays negative. Bone scan may be appropriate if limite dprogress in therapy.

| Therapy Problems |
|------------------|
| 1.  left hip pain with ambulaation and ADL function |
| 2.  left hip weakness |
| 3.  limited mobility of the left hip |
| 4.  STR/tenderness of the left hip |

## Goals:

| Goal Term | Goal Description |
|-----------|------------------|
| 1.  Short-term | Decrease Pain |
| 2. | Improve Soft Tissue Mobility |
| 3. | Improve Joint Mobility - left hip and knee |
| 4. | Improve Flexibility |
| 5. | Tolerate Initiation of Strengthening Program |
| 6.  Long-term | AROM WFL without pain left hip |
| 7. | LE MMT = 4+/5 for left hip and knee |
| 8. | Zero to Trace Palpable Tenderness |
| 9. | Zero to Trace Soft Tissue Restrictions |
| 10. | ambulate for ADLs without pain. |

## TREATMENT PLAN:  MT, TE, gait training, and modalities as needed

Consult with MD if minimal progress.

## FREQUENCY & DURATION:   2 to 3 time(s) per week for 6 week(s).

## Thank you for your referral!

Sincerely,

*Ed Weber MPT*

The Aug 2007 Graigger VA 5546
Edward G Weber MPT

**Patient Name:**  Robert Marshall
**Referring Physician:**  Lila Underwood NP

## Dear Doctor,

**1212 Garfield Avenue**
**Suite 200**
**Parkersburg, WV  26101**

# Mountain RIVER
## PHYSICAL THERAPY

**304-865-6778**
**Fax: 304-865-7400**

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-19-09 |
| **Patient ID #:** | 10266 | **Time In:** | |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | |
| **Diagnosis:** | 719.45  Pain joint (arthralgia):  pelvic region/thigh | **Referred By:** | Lila Underwood NP |

## SUBJECTIVE:

## OBJECTIVE:

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1.  Evaluation- Physical Therapy | 1/ | |
| 2.  Evaluation- Re Eval  PT | | |
| 3.  Electrical Stim- Unattended | 1/ IFC lateral hip with MH | 15 |
| 4.  Manual Therapy | | |
| 5.  Gait Training | | |
| 6.  Therapeutic Exercises | | |

## ASSESSMENT:

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. | |

## PLAN:

Sincerely,



1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-20-09 |
| **Patient ID #:** | 10266 | **Time In:** | 02:35PM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 03:50PM |
| **Diagnosis:** | 719.45  Pain joint (arthralgia):  pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** No new changes since eval.

**OBJECTIVE:**

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| **1.** Evaluation- Physical Therapy | | |
| **2.** Evaluation- Re Eval  PT | | |
| **3.** Electrical Stim- Unattended | 1/ IFC lateral hip with MH | 15 |
| **4.** Manual Therapy | 1/ Gentle PROM left hip in abduction, flexion, ER/IR, side-lying quad/hip flexor stretch and STM lateral hip mm | 20 |
| **5.** Gait Training | | |
| **6.** Therapeutic Exercises | 2/ | 25 |
| **7.** Nustep | 8 min L1 | |
| **8.** SAQ | 3/10 bilaterally | |
| **9.** Active Heel Slide | 3/10 | |
| **10.** Hip abduction - hook lying | 3/10 | |
| **11.** GS | 2/10 hold 5 sec | |

**ASSESSMENT:** Initiated exercises as noted for strengthneing and mobility. Patient tolerated TE without c/o. Continues to be restricted in left hip mobility especially in IR.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| **1.** | |

**PLAN:** Continue treatment plan.

Sincerely,

*Ed Weber MPT*

Edward G Weber MPT



**1212 Garfield Avenue
Suite 200
Parkersburg, WV 26101**

**PHYSICAL THERAPY**

**304-865-6778
Fax: 304-865-7400**

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-22-09 |
| **Patient ID #:** | 10266 | **Time In:** | 11:00AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 12:00PM |
| **Diagnosis:** | 719.45 Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient reports doing fine after initiating exercises last treatment. He states he believes therapy is beginning to help his hip pain. No new c/o today.

**OBJECTIVE:**

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1. Evaluation- Physical Therapy | | |
| 2. Evaluation- Re Eval PT | | |
| 3. Electrical Stim- Unattended | 1/ IFC lateral hip with MH | 15 |
| 4. Manual Therapy | | 0 |
| 5. Gait Training | | |
| 6. Therapeutic Exercises | 2/ | 30 |
| 7. Nustep | 10 min L1 | |
| 8. SAQ | 3/10 bilaterally | |
| 9. Active Heel Slide | 3/10 bilaterally | |
| 10. Hip abduction - hook lying | 3/10 | |
| 11. GS | 3/10 hold 5 sec | |

**ASSESSMENT:** Patient completed increased exercises without complaints. Patient reports feeling good after the ESTIM and MH today.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. | |

**PLAN:** Continue treatment plan.

Sincerely,

*Ed Weber MPT*

Edward G Weber MPT

---

**Parkersburg ● Mineral Wells ● Ellenboro ● Vienna ● New Martinsville ● Wellsburg ● Wheeling ● Leesport, PA**



1212 Garfield Avenue
Suite 200
Parkersburg, WV 26101

**PHYSICAL THERAPY**

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-27-09 |
| **Patient ID #:** | 10266 | **Time In:** | 11:35AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 12:35PM |
| **Diagnosis:** | 719.45 Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient states noticing less pain at rest and less pain with walking. He still has pain in left hip when climbing into his truck.

**OBJECTIVE:**

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1. Evaluation- Physical Therapy | | |
| 2. Evaluation- Re Eval PT | | |
| 3. Electrical Stim- Unattended | 1/ IFC lateral hip with MH | 15 |
| 4. Manual Therapy | side-lying hip flexor/quad stretch - left | 5 |
| 5. Gait Training | | |
| 6. Therapeutic Exercises | 2/ | 30 |
| 7. Nustep | 10 min L1 | |
| 8. SAQ | 3/10 bilaterally | |
| 9. Active Heel Slide | 3/10 bilaterally | |
| 10. Hip abduction - hook lying | 3/10 | |
| 11. GS | 3/10 hold 5 sec | |

**ASSESSMENT:** TE as noted without difficulty. Patient continues to have tightness in the hip flexors.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. | |

**PLAN:** Continue treatment plan and progress TE for hip/lumbar strengthening.

Sincerely,

*Ed Weber MPT*

Edward G Weber MPT



**1212 Garfield Avenue**
**Suite 200**
**Parkersburg, WV 26101**

# PHYSICAL THERAPY

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 05-29-09 |
| **Patient ID #:** | 10266 | **Time In:** | 08:30AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 09:27AM |
| **Diagnosis:** | 719.45 Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient reports having minimal soreness in his hip today. He also reports doing good after last treatment.

**OBJECTIVE:** Patient refused the need for ESTIM today but he did want the MH. MH x 10 min left hip.

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1.  Evaluation- Physical Therapy | | |
| 2.  Evaluation- Re Eval  PT | | |
| 3.  Electrical Stim- Unattended | | 0 |
| 4.  Manual Therapy | side-lying hip flexor/quad stretch - left | 5 |
| 5.  Gait Training | | |
| 6.  Therapeutic Exercises | 2/ | 37 |
| 7.  Nustep | 10 min L1 | |
| 8.  SAQ | 3/10 bilaterally | |
| 9.  Active Heel Slide | 3/10 bilaterally | |
| 10. Hip abduction - hook lying | 3/10 | |
| 11. GS | 3/10 hold 5 sec | |

**ASSESSMENT:** Patient completed increased exercises without complaints, please see chart for details. Patient continues to have tightness in the hip flexors.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. | |

**PLAN:** Continue treatment plan and progress TE for hip/lumbar strengthening.

Sincerely,

*Stacy R Callow, MPT*

Stacy R Callow MPT



1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101

**PHYSICAL THERAPY**

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 06-02-09 |
| **Patient ID #:** | 10266 | **Time In:** | 08:01AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 09:10AM |
| **Diagnosis:** | 719.45  Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Pt reported minimal soreness today. He states being able to get into his truck without pain.

**OBJECTIVE:** Treatment ended with MH x 10 min to L hip.

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| **1.** Evaluation- Physical Therapy | | |
| **2.** Evaluation- Re Eval  PT | | |
| **3.** Electrical Stim- Unattended | | 0 |
| **4.** Manual Therapy | 1/ left ROM, side-lying hip flexor /quad stretches | 10 |
| **5.** Gait Training | | |
| **6.** Therapeutic Exercises | 3/ | 45 |
| **7.** Nustep | 10 min L1 | |
| **8.** SAQ | 3/10 bilaterally | |
| **9.** Active Heel Slide | 3/10 bilaterally | |
| **10.** Hip abduction - hook lying | 3/10 yellow | |
| **11.** GS | 3/10 hold 5 sec | |
| **12.** Shuttle extension | 2/10 bilateral, 1 red/1black | |
| **13.** Bridge | 3/10 | |
| **14.** Leg Press | 2/10, 30 # | |

**ASSESSMENT:** Patient completed increased exercises without discomfort. Patient continues to have tightness in the hip flexors.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| **1.** | |

**PLAN:** Continue exercises and modalities as needed next visit.

Sincerely,



1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101

**PHYSICAL THERAPY**

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 06-04-09 |
| **Patient ID #:** | 10266 | **Time In:** | 08:30AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 09:50AM |
| **Diagnosis:** | 719.45  Pain joint (arthralgia):  pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient reports feeling better after last treatment. He states he continues to improve

**OBJECTIVE:**

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| **1.** Evaluation- Physical Therapy | | |
| **2.** Evaluation- Re Eval  PT | | |
| **3.** Electrical Stim- Unattended | | 0 |
| **4.** Manual Therapy | 1/ left hip PROM,in IR/ER, flexion,  side-lying hip flexor /quad stretches | 15 |
| **5.** Gait Training | | |
| **6.** Therapeutic Exercises | 3/ | 45 |
| **7.** Nustep | 10 min L2 | |
| **8.** SAQ | 3/10 bilaterally 2# | |
| **9.** Active Heel Slide | 3/10 bilaterally | |
| **10.** Hip abduction machine | 2/10 30# | |
| **11.** GS | 3/10 hold 5 sec | |
| **12.** Shuttle extension | 2/10 bilateral, 1 red/1black | |
| **13.** Bridge | 3/10 | |
| **14.** Leg Press | 3/10 30# | |

**ASSESSMENT:** Patient completed increased exercises without complaints.  Increased sets on the leg press and increased weight on SAQ.  Patient reports feeling better after getting stretched.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| **1.** | |

**PLAN:** Continue treatment next week.

Sincerely,



**1212 Garfield Avenue
Suite 200
Parkersburg, WV  26101**

**PHYSICAL THERAPY**

**304-865-6778
Fax: 304-865-7400**

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 06-09-09 |
| **Patient ID #:** | 10266 | **Time In:** | 08:30AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 09:40AM |
| **Diagnosis:** | 719.45  Pain joint (arthralgia):  pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient reports feeling good. He sttaes his hip continues to improve.

**OBJECTIVE:**

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1.  Evaluation- Physical Therapy | | |
| 2.  Evaluation- Re Eval  PT | | |
| 3.  Electrical Stim- Unattended | | 0 |
| 4.  Manual Therapy | 1/ left hip PROM,in IR/ER, flexion,  side-lying hip flexor /quad stretches | 15 |
| 5.  Gait Training | | |
| 6.  Therapeutic Exercises | 3/ | 45 |
| 7.  Nustep | 10 min L3 | |
| 8.  SAQ | 3/10 bilaterally 2# | |
| 9.  Active Heel Slide | 3/10 bilaterally | |
| 10. Hip abduction machine | 3/10 30# | |
| 11. GS | 3/10 hold 5 sec | |
| 12. Shuttle extension | 3/10 bilateral, 1 red/1black | |
| 13. Bridge | 3/10 | |
| 14. Leg Press | 3/10 30# | |

**ASSESSMENT:** Patient completed increased exercises without complaints.  Increased sets on the leg press and increased weight on SAQ.  Patient reports feeling better after getting stretched.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. | |

**PLAN:** Re-assess next visit and likely plan for d/c.

Sincerely,

**Mountain River**
## PHYSICAL THERAPY

1212 Garfield Avenue
Suite 200
Parkersburg, WV 26101

304-865-6778
Fax: 304-865-7400

# DAILY TREATMENT NOTE

| | | | |
|---|---|---|---|
| **Patient Name:** | Robert Marshall | **Date:** | 06-12-09 |
| **Patient ID #:** | 10266 | **Time In:** | 08:29AM |
| **Patient DOB:** | 05-08-1929 | **Time Out:** | 09:25AM |
| **Diagnosis:** | 719.45 Pain joint (arthralgia): pelvic region/thigh | **Referred By:** | Lila Underwood NP |

**SUBJECTIVE:** Patient states no c/o. He reports that he no longer has hip pain with daily activitites. He does c/o occasional stiffness.

**OBJECTIVE:** HEP review. Assessment: strength is 4+/5 for flexion and abduction of the left hip and 4+/5 for knee extension. Hip mobility has improved for daily activities He continues to have some restriction in IR of the left hip but mobility appears equal to that of the right hip.

| Treatments/Exercises | Results/Measurements | Minutes |
|---|---|---|
| 1. Evaluation- Physical Therapy | | |
| 2. Evaluation- Re Eval PT | 1/ | |
| 3. Electrical Stim- Unattended | | 0 |
| 4. Manual Therapy | | |
| 5. Gait Training | | |
| 6. Therapeutic Exercises | 3/ | 45 |
| 7. Nustep | 10 min L3 | |
| 8. SAQ | 3/10 bilaterally 2# | |
| 9. Active Heel Slide | 3/10 bilaterally | |
| 10. Hip abduction machine | 3/10 30# | |
| 11. GS | 3/10 hold 5 sec | |
| 12. Shuttle extension | 3/10 bilateral, 1 red/1black | |
| 13. Bridge | 3/10 | |
| 14. Leg Press | 3/10 30# | |

**ASSESSMENT:** TE a snoted. Goals of treatment achieved at this time.

**Goals:**

| Goal Term | Goal Description |
|---|---|
| 1. Short-term | Decrease Pain |
| 2. | Improve Soft Tissue Mobility |
| 3. | Improve Joint Mobility - left hip and knee |
| 4. | Improve Flexibility |
| 5. | Tolerate Initiation of Strengthening Program |
| 6. Long-term | AROM WFL without pain left hip |
| 7. | LE MMT = 4+/5 for left hip and knee |
| 8. | Zero to Trace Palpable Tenderness |
| 9. | Zero to Trace Soft Tissue Restrictions |
| 10. | 1 |











