# EXHIBIT "B"

{KLC/PRINT//KLC1625.DOC}

MENTER, RUDIN & TRIVELPIECE, P.C.
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Kevin M. Newman
Adam F. Kinney

and

Augustus C. Epps, Jr. (VSB 13254)
Michael D. Mueller (VSB 38216)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Carousel Center Company, L.P.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

### DECLARATION OF WILLIAM F. BAKER IN SUPPORT OF CAROUSEL CENTER COMPANY, L.P.'S RESPONSE TO THE LIQUIDATING TRUST'S THIRTY-NINTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)

William F. Baker, being duly sworn, deposes and says:

1. I am Assistant General Counsel of Pyramid Management Group, LLC (the Management Company"). The Management Company is the managing agent for Carousel Center Company, L.P. (the "Landlord"), which is the owner of a shopping center located at Carousel Center, Syracuse, New York (the "Center").

{22375/22755/AFK/00507282.DOCX}

2. I have personal knowledge of the facts set forth in this Declaration and I may be contacted at: Pyramid Management Group, LLC, 4 Clinton Square, Syracuse, New York 13202, (315) 422-7000.

3. Landlord was a party to a lease (the "Lease") with Circuit City Stores, Inc. (the "Debtor") of premises (the "Premises") at the Center.

4. In the regular course of my employment by the Management Company, I review rent and other charges billed to the Landlords' tenants. I also have access to records regarding the Landlord's efforts to relet the Premises.

5. The Landlord diligently and efficiently sought to relet the Premises following the termination of the Lease. In particular, the Landlord met with various prospective tenants, showed the Premises to prospective tenants, provided lease plans to prospective tenants, conducted lease negotiations with prospective tenants, and entered into a Lease for the Premises.

6. The total amount of rent reserved under the Lease from November 10, 2008 to the end of the Lease term is $6,826,922.52. An itemization of this calculation is attached to this Declaration as Schedule 1.

7. Fifteen percent of this rent reserved is $1,024,038.38, less ten percent pursuant to the Lease Termination Agreement entered into between the Landlord and the Debtor on March 20, 2009 is $921,634.54.

8. The Landlord's claim for $921,634.54 plus attorneys' fees remains due.

9. Subsequent to termination of the Lease, the Landlord relet the Premises to CC Retail, LLC, which did business as Ultimate Electronics. Ultimate Electronics filed for bankruptcy protection and is now being liquidated pursuant to chapter 7 of the Bankruptcy Code. The Landlord has received no net rent and has, in fact, incurred significant costs in reletting

{22375/22755/AFK/00507282.DOCX}                    2

Premises. As a result, its state law claim taking into account mitigation is significantly higher than its claim filed pursuant to 11 U.S.C. § 502(b)(6).

_____
William F. Baker

Sworn to before me this
25 day of June, 2012

_____
Notary Public

SALLY A. O'DONNELL
Notary Public, State of New York
Qualified in Onondaga County
Commission Expires March 30, 2014

# SCHEDULE "1"

NET PRESENT VALUE
OF FUTURE PAYMENTS
11/10/2008

TENANT: CIRCUIT CITY - MERCHANT #610104
MALL: CAROUSEL CENTER CO LP

TERM: 10 YEARS 3 MONTHS
TCD: 11/10/04
SQ. FT.: 34,999
EXPIRATION: 01/31/15
NPV DATE: 11/10/08

| YEAR | RATE RENT | 0.00% MALL CHG | TOTAL | RATE RENT | 8.00% MALL CHG | TOTAL | RATE RENT | 4.00% MALL CHG | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| NPV | $3,404,300.86 | $3,422,621.65 | $6,826,922.51 | $2,657,342.43 | $2,659,917.84 | $5,317,260.27 | $2,999,574.74 | $3,008,907.87 | $6,008,482.61 |

MONTHLY CHARGES EFFECTIVE: 11/10/08

| | MINIMUM RENT | 4% TAXES | INSURANCE | | ENERGY | COMPACTOR | 5% CAE | WATER | MKT FUND | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 41,590.48 | 26,095.54 | 1,525.85 | | 0.00 | 0.00 | 12,907.45 | 0.00 | 0.00 | 82,119.32 |
| 2009 | 41,590.48 | 27,139.36 | 1,525.85 | | 0.00 | 0.00 | 13,294.67 | 0.00 | 0.00 | 83,550.36 |
| 2010 | 41,590.48 | 28,224.93 | 1,525.85 | | 0.00 | 0.00 | 13,693.51 | 0.00 | 0.00 | 85,034.77 |
| 2011 | 46,548.68 | 29,353.93 | 1,525.85 | | 0.00 | 0.00 | 14,104.32 | 0.00 | 0.00 | 91,532.78 |
| 2012 | 46,548.68 | 30,528.09 | 1,525.85 | | 0.00 | 0.00 | 14,527.45 | 0.00 | 0.00 | 93,130.07 |
| 2013 | 46,548.68 | 31,749.21 | 1,525.85 | | 0.00 | 0.00 | 14,963.27 | 0.00 | 0.00 | 94,787.01 |
| 2014 | 46,548.68 | 33,019.18 | 1,525.85 | | 0.00 | 0.00 | 15,412.17 | 0.00 | 0.00 | 96,505.88 |
| 2015 | 46,548.68 | 34,339.95 | 1,525.85 | | 0.00 | 0.00 | 15,874.54 | 0.00 | 0.00 | 98,289.02 |

ANNUAL CHARGES (EFFECTIVE 11/10/2008)

| | MINIMUM RENT | 4% TAXES | INSURANCE | | ENERGY | COMPACTOR | 5% CAE | WATER | MKT FUND | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 70,703.82 | 44,362.42 | 2,593.95 | | 0.00 | 0.00 | 21,942.67 | 0.00 | 0.00 | 139,602.86 |
| 2009 | 499,085.76 | 325,672.32 | 18,310.20 | | 0.00 | 0.00 | 159,536.04 | 0.00 | 0.00 | 1,002,604.32 |
| 2010 | 553,625.96 | 338,699.16 | 18,310.20 | | 0.00 | 0.00 | 164,322.12 | 0.00 | 0.00 | 1,074,957.44 |
| 2011 | 558,584.16 | 352,247.16 | 18,310.20 | | 0.00 | 0.00 | 169,251.84 | 0.00 | 0.00 | 1,098,393.36 |
| 2012 | 558,584.16 | 366,337.08 | 18,310.20 | | 0.00 | 0.00 | 174,329.40 | 0.00 | 0.00 | 1,117,560.84 |
| 2013 | 558,584.16 | 380,990.52 | 18,310.20 | | 0.00 | 0.00 | 179,559.24 | 0.00 | 0.00 | 1,137,444.12 |
| 2014 | 558,584.16 | 396,230.16 | 18,310.20 | | 0.00 | 0.00 | 184,946.04 | 0.00 | 0.00 | 1,158,070.56 |
| 2015 | 46,548.68 | 34,339.95 | 1,525.85 | | 0.00 | 0.00 | 15,874.54 | 0.00 | 0.00 | 98,289.02 |

NPV AS OF 11/10/08 (DISCOUNTED @ 0.00%) $6,826,922.52
NPV AS OF 11/10/08 (DISCOUNTED @ 4.00%) $6,008,482.61
NPV AS OF 11/10/08 (DISCOUNTED @ 8.00%) $5,317,260.27