

EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Chapter 11 |
| ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtors. ) | |
| ) | (Jointly Administered) |

### AFFIDAVIT OF ANTHONY GUIDA

STATE OF OHIO

COUNTY OF JEFFERSON

Anthony Guida, being duly sworn, deposes and says:

1. I am an adult individual over 18 years of age with personal knowledge of the matters stated here.

2. I am the principal in Guida Realty which serves the Steubenville, Wintersville and Jefferson County area in Ohio. I have been a licensed real estate agent and broker in Ohio for over 40 years. I have been doing business as Guida Realty during that period.

3. I have served as president for the Steubenville Board of Realtors. I have also been the chairman of the Tri-State Multi List. Among the recognitions for my accomplishment as a real estate broker, I have been named Realtor of the Year and have been a Multimillion Dollar Producer.

4. After Circuit City moved out of its leased space, in Steubenville, Ohio, I was asked by The Landmann Schwartz Group (the original landlord and owner of the property leased

282444.1

by Circuit City) and then National Western (the lienholder as subsequent owner of the property leased by Circuit City) to undertake the responsibility of marketing this property.

5. I have marketed both large and small commercial properties in the past. The type of property formerly occupied by Circuit City is the type of property I have marketed in the past and which I currently market. I am familiar with the accepted and recognized methods of real estate professionals in marketing similar properties. I utilized those methods in marketing the property after Circuit City left.

6. I have advertised and promoted this property on both local and nationally accessible forums including Loopnet.com, costar.com and realtor.com. I have also marketed this property in newsletter and other advertising forums which I used to target prospects who are interested in securing commercial space such as the Circuit City space.

7. For various reasons, this property has not been easily marketable. The reasons include:

   a. The Circuit City space is not a convenient site for many retail tenants. It is too small for big box retailers and too large for smaller merchants.

   b. The regional and national economic factors have not been favorable to merchants who can utilize this location.

8. Landmann Schwartz Group and National Western have not required any prospective tenant to pay rents higher than or equal to that which Circuit City was paying.

9. Based on my experience and the unfavorable economic and market conditions, I believe that while the efforts to market have been unsuccessful, Landman Schwartz, National Western Life and I have taken reasonable efforts to market this property.

282444.1

"Further Affiant sayeth not."

**EXECUTED** this 22nd day of June, 2012.

_____
Anthony Guida

**SUBSCRIBED AND SWORN** to by **ANTHONY GUIDA**, before me, the undersigned authority on this 22nd day of June, 2012.

_____
Notary Public, in for the       My Commission expires
Jefferson County Ohio           3/30/13

282444.1