John K. Roche
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 2005-3960
Telephone: (202) 654-6200
Fax: (202) 654-6211
JRoche@perkinscoie.com

Of counsel:

John S. Kaplan
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
JKaplan@perkinscoie.com

Counsel for Bank of America, N.A., as Trustee for the Registered Certificate Holders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-Pwr16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Case No. 08-35653-KRH<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, JOHN S. KAPLAN, declare as follows:

AFFIDAVIT OF SERVICE – 1

38935-0052/LEGAL24019033.1

**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654-6211

1. I am a citizen of the United States and of the State of Washington, residing in King County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On the 26th day of June, 2012, I caused the *Reply to Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims* [docket no. 12106] to be filed electronically through the CM/ECF system which caused the Registered Participants to be served by electronic means.

3. Also, on the 26th day of June, 2012, I caused the *Reply to Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims* [docket no. 12106] to be delivered to the following parties via electronic mail and overnight delivery:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>jpomerantz@pszjlaw.com<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>acaine@pszjlaw.com<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard<br>Los Angeles CA  90067-4100 | Lynn L. Tavenner, Esq.<br>LTavenner@tb-lawfirm.com<br>Paula S. Beran, Esq.<br>PBeran@tb-lawfirm.com<br>TAVENNER & BERAN PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond VA  23219 |

**I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.**

EXECUTED this 26th day of June, 2012.

/s/  John S. Kaplan
John S. Kaplan, WSBA #23788

AFFIDAVIT OF SERVICE – 2

**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Fax:  202.654-6211

38935-0052/LEGAL24019033.1