| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | X | |

**ORDER AUTHORIZING WITHDRAWAL OF THE
LIQUIDATING TRUST'S MOTION TO FILE UNDER SEAL
CERTAIN AGREEMENTS WITH PNY TECHNOLOGIES, INC.**

THIS MATTER having come before the Court[1] on the *Motion to File Under Seal Certain Agreements with PNY Technologies, Inc.* (the "Motion") filed by the Circuit City Stores,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust, pursuant to the *Second Amended Joint Plan of Liquidating of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") in the above-captioned cases, seeking an order, pursuant to section 107(b)(1) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, wherein the Liquidating Trust requested authority to file certain documents under seal; and PNY Technologies, Inc.'s Objection To The Liquidating Trust's Motion To File Under Seal Certain Agreements With PNY Technologies, Inc. (the "PNY Objection"); and the Court having reviewed the Motion and the PNY Objection; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Capitalized terms not defined herein shall have the same definition assigned in the Motion.

2. Based upon the representation of PNY Technologies, Inc. ("PNY"), as confirmed by its counsel's signature hereto, that (i) PNY waives the confidentiality agreement contained in the Master Dealer Agreement and (ii) PNY agrees that the Trust has no obligation to file the exhibits referenced in the Motion and Objection under seal and has no objection to the Trustee filing the exhibits as part of the public docket in this case, the Motion is WITHDRAWN from the docket.

3. Further, neither the Trust nor PNY has any obligation to file any documents under seal and/or otherwise treat the same as confidential. The parties may file all exhibits in this matter to the docket.

4. This Court shall retain jurisdiction to hear and determine all matters

2

Case 08-35653-KRH    Doc 12128    Filed 06/27/12    Entered 06/27/12 15:27:03    Desc
                        Main Document      Page 3 of 4

arising from or relating to this Order.

Dated: Richmond, Virginia
       June __, 2012

                                _____
                                HONORABLE KEVIN R. HUENNEKENS
                                UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*
Seen and Agreed To:


*/s/ Neil E. McCullagh*_____

Michael J. Reynolds
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

       -and-

Neil E. McCullagh
Spotts Fain PC
411 East Franklin Street
Suite 600
Richmond, VA 23218-1555

*Counsel for PNY Technologies, Inc.*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                         */s/ Lynn L. Tavenner*
                                         Lynn L. Tavenner