210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

### NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 06/25/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Meridian Village LLC, c/o Charles Royce, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104 | BANK OF AMERICA, NATIONAL ASSOCIATION<br>c/o John S. Kaplan & Perkins Coie LLP<br>1201 3rd Avenue, Suite 4900<br>Seattle, WA 98101 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/28/12                                William C. Redden
                                                **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                         Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7      User: frenchs        Page 1 of 11         Date Rcvd: Jun 26, 2012
                          Form ID: trc         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2012.
11235828     +Meridian Village LLC,    c/o Charles Royce,   K&L Gates, LLP,   925 Fourth Avenue,   Suite 2900,
               Seattle, WA 98104-1158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11              Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2012 at the address(es) listed below:

              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com,  tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com,  hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com,
               lane.katie@arentfox.com;dowd.mary@arentfox.com;rothleder.jeffrey@arentfox.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com,  wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

```
District/off: 0422-7           User: frenchs              Page 3 of 11              Date Rcvd: Jun 26, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7          User: frenchs              Page 4 of 11              Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Denyse   Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas   Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene   Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German   Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co, a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale   Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com

```
District/off: 0422-7          User: frenchs              Page 5 of 11            Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,    rbailey@atlanticlawgrp.com
          James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
           ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
           jvlombardi@rossbanks.com
          James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,    kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           krussell@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com
          Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com

                        Imaged Certificate of Notice    Page 7 of 12

```
District/off: 0422-7          User: frenchs              Page 6 of 11              Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
         jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
         jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes     on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
         swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
         jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
         jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
         sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
         jmcintyre@wmlawgroup.com,    wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
        John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
         pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
         lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
         sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor   Amore Construction Company
         jlamoureux@carltonfields.com,    lmccullough@carltonfields.com;tpaecf@cfdom.net
        John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
         jroche@perkinscoie.com,
         ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
        John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
         russj4478@aol.com
        John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
         awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
         rours@wileyrein.com
        John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,    nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper     on behalf of Creditor   IGate Global Solutions, Limited
         jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
        Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan     on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
         Cross Blue Shield bankruptcy@morrisoncohen.com
        Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
         Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
         Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
        Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano     on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
         harvell@sfmlawfirm.com
        Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
         cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
         kmiller@wileyrein.com,    rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley     on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
         jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips     on behalf of Mediator Keith Phillips Keith@pf-law.com,
         beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
         Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
         bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
        Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
         wdw@mccarthywhite.com;clm@mccarthywhite.com
        Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley     on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
         sprescott@idalaw.com
        Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
         kimberly.pierro@kutakrock.com,
         sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
         @kutakrock.com

```
District/off: 0422-7           User: frenchs              Page 7 of 11              Date Rcvd: Jun 26, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
      Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, april@rlglegal.com
      Leonard E. Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan   on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell   on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com

```
District/off: 0422-7          User: frenchs              Page 8 of 11           Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
    Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
    Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com
    Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
    Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,   kzeldman@omm.com
    Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
    Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
    Michael L. Wilhelm    on behalf of Creditor  Harry Hallaian ECF@w2lg.com
    Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
    Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
    Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
    Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
    Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
    Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
    Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
    Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
    Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
    Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
    Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
    Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
    Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com,   mcsmith@millermartin.com
    Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
    P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
    Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
    Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
    Paul K. Campsen    on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
    Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
    Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
    Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
    Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com,   marbury@bwst-law.com
    Paula S. Beran (CC-A)    on behalf of Plaintiff  Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
    Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
    Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
    Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
    Peter J. Carney    on behalf of Creditor  c/o William S. Coats  Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
    Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
    Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
    Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com,   john.leininger@bryancave.com
    R. Chase Palmer    on behalf of Creditor  Dennis Morgan cpalmerplf@gmail.com
    Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
    Raymond Pring    on behalf of Creditor  Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;cingle@grossspringlaw.com
    Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com

```
District/off: 0422-7                  User: frenchs                Page 9 of 11                  Date Rcvd: Jun 26, 2012
                                      Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
      Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott    on behalf of Defendant    Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
      Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein    on behalf of Creditor    Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
      Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
      Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
      Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
      Robert L. Lehane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
      Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
      Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
      Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
      Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
      Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Russell R. Johnson    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
      S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda  Mims    smims21@hotmail.com
      Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
      Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
      Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11              Date Rcvd: Jun 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com,
       crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
       hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
      Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
       nwalsh@wilsav.com
      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com, giaimo.christopher@arentfox.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss    on behalf of Creditor    Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com

```
District/off: 0422-7         User: frenchs              Page 11 of 11          Date Rcvd: Jun 26, 2012
                             Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com

                                                              TOTAL: 412