**Helen J. Owens- Claim #7940**

June 16, 2012

*Response to the Objection submitted to:*

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 E. Broad Street-Room 4000
Richmond, Virginia 23219



Jeffery N. Pomerantz, Esg.
Andrew W. Caine, Esq.
(admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA. 90067-4100
Telephone: 310.277.6910
Telecopy:  310.201.0760

Lynn L. Tavenner, Esq, (VA Bar No. 30083
Paula S. Beran, Esq. (VA bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth St., 2nd Flr.
Richmond, Virginia 23219
Telephone: 804. 783.8300
Telecopy:  804. 783.0178

*Submitted by:*
Helen J. Owens

Claim # 7940
Date Filed:1/29/09
Amount of Claim: $48,280

Helen J. Owens
Electronic mail:  hjowens8@gmail.com

**Service address:**
27935 N. Sandstone Way
Queen Creek, Az. 85242

Helen J. Owens -Claim # 7948


Helen J. Owens
Electronic mail:  hjowens8@gmail.com

Notice Address:
1841 S. Cabrillo Ave.
San Pedro, CA.  90731


In Re:
Chapter 11 Case #08-35653-KRH (Jointly Administered)
Circuit City Stores, Inc., et,...Debtors

 In accordance to the letter I received, stating my claim is subject to a disallowance, my written "Response to the Objection" is hereby submitted to the courts and above named Liquidating Trust's Attorney's.

***TITLE OF CLAIM OBJECTING:*** NOTICE OF LIQUIDATING TRUST'S THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN MISCELLANEOUS HUMAN RESOURCES CLAIMS)

IN PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, I, HELEN J. OWENS IS HEREBY FILING A WRITTEN RESPONSE TO THE OBJECTION.

I, Helen Owens, (the claimant) am in opposition of the relief requested by the above mentioned debtor because the claim that I filed three years ago is valid and true and should be paid in its full entirety or an agreed upon reduced amount. Please read my concise statement:

Supporting documents; explanation for amount of claim and statement (letter labeled 1a) were submitted as part of the original claim filing in regards to Circuit City's failure to pay me for services performed:  overtime pay, vacation pay owing, and severance pay.  Timesheets were previously submitted.  As a manager with Circuit City,  I was scheduled to work 9 to 10 hour shifts as part of my standard

**Helen J. Owens-Claim #7940**

schedule (daily) and 48 to 50 hours (weekly). During holidays we were often scheduled 60 hours per week. I was never compensated for overtime. Per state law I was violated (daily) and (weekly). For 8 years, I was required to wear a uniform shirt with Circuit City's name on it and was never reimbursed for cleaning fees.

Upon the District Mgr. telling me that my position had been eliminated, I was terminated and not offered severance pay which caused me great hardship at the time.

My fellow co-worker and previous Operations Manager Chanea Dennis, telephone number 310 644-7930, has personal knowledge of relevant facts supporting this response. (letter labeled 1b). Also submitted is proof of 17 years of employment as indicated on (letter labeled 1c).

Presiding Judge, because of all of the reasons set forth, I beg your honor to overrule the Objection to my claim. I dedicated my life to this company. The labor laws set forth by the State of California were violated in turn violating my rights to be paid wages for working overtime and reimbursement for uniform cleaning expenses. Because the company was down-sizing, instead of offering me a severance package after 17 years of service, they made up a reason to terminate me with no compensation. Because of these reasons, I am more than justified in asking for compensation for injustices. Please accept my "Objection."

*[signature: Helen Owens]*

(310) 577-5953

17 June 2012

My name is Chanea Dennis. I know the relevant facts surrounding part of Helen Owens time spent at Circuit City as a Manager. We worked many shifts together for a number of years where we did not receive compensation for overtime and for cleaning our uniforms. My telephone number is 310 644-7930. Thank you.

Chanea Dennis
*(signature)*

Helen Owens Claim#7940

CLAIM # 7940

January 20, 2009

Circuit City Stores, INC., Et Al
**Claims Processing Dept.**
Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA. 90245

**RE: Helen J. Owens**
    **Name ID- 4660987**
    335 E. Albertoni St. #200637
    Carson, CA. 90746

To Whom It may concern,

This letter is to inform you that I spent 17 years of my life working for Circuit City. I started off part-time, then moved up to full time and later became a Sales Manager. I worked as a Sales manager for 8 years and during that time my regular everyday schedule was between 48 to 50 hrs. per week. During holidays it was bumped up to 60 hrs. per week. During these periods I was never compensated for the hours that I worked **over 40 hours**. I later learned these hours should have been considered *overtime. Based on my calculations(Not including holidays like the 2-weeks of Christmas, the two weeks of Thanksgiving x 8 yrs)., I was never compensated for the overtime I worked. As follows:*

*10 hrs. O/T Per/Wk x 4 wks= 40hrs o/t per mth x 96 mths (8) yrs*
*96 mths x 40 extra hrs. per week =3,840 x approx $22 per/hr. = $84,480 owed to me*
*Minus $35,200 for 1600 hrs. (2 wks. vac. a yr. x 8 yrs) of vacation time taken during that period. The balance owed me by Circuit City for Services Performed is $49,280. At this time I am requesting payment.* (Time-sheets enclosed)

*Also after being out ill under doctors care for shy of a year, my job was terminated and I did not receive any kind of severance pay for all the years of service I rendered. The District Manager called me in for a meeting and told me he would try to place me in a store since I was now able to work and released from the doctor. Four days later I called him and he said he could not find a position for me, but all along I had been terminated because the termination letter I received was dated during the date of my meeting with the DM. I feel I should have received minimum $8k to $10k severance pay to get back on my feet after 17 years of loyal service. The only other time that I had taken off was 11 years earlier while out on maternity leave. A thousand dollars for each year served as a Sales Manager. Total compensation requested is $49,280 plus $8,000=$57,280. I feel that my rights have been violated and that the labor laws in the State of California were designed to protect workers against these adverse working conditions. Thank you for your time. Your prompt reply is requested regarding this serious matter.*

Sincerely,

Helen J. Owens

*Pg 6*

*CLAIM # 7940*

Circuit City Benefits
P.O. Box 563986
Charlotte, NC 28256-3986
T 800.288.6353

CONFIDENTIAL

December 27, 2007

Ms. Helen Owens
27935 N. Sandstore Way
Queen Creek, AZ 85242

RE: Vested Benefit from the Retirement Plan of Circuit City Stores, Inc. (the Plan)

Dear Ms. Owens:

The following information addresses your vested benefits under the Retirement Plan of Circuit City Stores, Inc. We encourage you to review it thoroughly and, if you are married, share it with your spouse.

According to our records, you are 100% vested in your accrued benefit under the Plan. Your monthly accrued benefit payable for your lifetime only and commencing on your Normal Retirement Date will be $597.91.

Your accrued benefit was calculated based on the following information. If any of this information is not accurate, please contact us immediately as your monthly benefits may change based on the correct information.

| | |
|---|---|
| Date of Birth: | 10/21/1960 |
| Date of Hire: | 8/25/1988 |
| Date of Termination of Employment: | 10/20/2006 |
| Normal Retirement Date: | 11/1/2025 |
| Benefit Service at Termination of Employment: | 17 |
| Vesting Service at Termination of Employment: | 17 |

Generally, the earliest a distribution can be made from the Plan is after a participant reaches Normal or Early Retirement. Early Retirement is at least ten years of Vesting Service at termination of employment and age 55, or at least seven years of Vesting Service at termination of employment and age 62. Benefits can start on the first of any month after meeting these requirements. If benefit payments commence prior to Normal Retirement, they will be reduced to reflect the longer payout period.

If you are eligible for Early Retirement and wish to start your benefits, please send a written request to the Retirement Plan Administrative Committee at the address shown above, or call the Associate Service Center at (800) 288-6353. *Please note, benefits do not automatically start when you reach Early or Normal Retirement age. You must complete and sign required election forms before payments can begin; therefore, you must notify the Committee at least 60 days prior to the date you wish to start your benefits.*

If you die before your benefits begin and are survived by a spouse, your spouse will be eligible to receive a monthly benefit for his or her lifetime. If you are not married at the time of your death, no benefits will be paid from this Plan.

Benefits are only paid in accordance with Plan provisions, regardless of any written or oral statements you may have received. If any discrepancies exist between this information and the Plan document, the provisions of the Plan document will govern in all instances.

Please keep us informed of your current address. If you have any questions, please contact the Associate Service Center at (800) 288-6353.

Circuit City Stores, Inc.
Retirement Plan Administrative Committee

*597.80    504.r.) $358/500*
*X 12*
*7170*
*X 53 yrs lifetime*
*380,010*

```
MANAGEMENT SUMMARY SCHEDULE
STORE NAME: COMPTON   STORE # 0422                              09/05/04 10:06
Starting Date: Thursday - September 23, 2004                         P.   1
```

| EMPLOYEE | Thu 09/23/04 | Fri 09/24/04 | Sat 09/25/04 | Sun 09/26/04 | Mon 09/27/04 | Tue 09/28/04 | Wed 09/29/04 | WEEK TOT |
|---|---|---|---|---|---|---|---|---|
| RIBEIRO EDDIE | 12:00pm 10:00pm FM 3-5 | 10:00am 8:00pm | | | 9:00am 7:00pm | 7:00am 5:00pm FM 10-1 | 7:00am 3:00pm | 48.0 |
| DENNIS CHANEA | 7:00am 5:00pm FM 10-1 | 1:00pm 11:00pm FM BAL | 7:00am 5:00pm FM 10-12 | 10:00am 8:00pm FM 4-9 | 7:00am 3:00pm FM 2-5 | | | 48.0 |
| OWENS HELEN | | | 10:00am 8:00pm FM BAL | 7:00am 3:00pm | 12:00pm 10:00pm FM BAL | 12:00pm 10:00pm FM BAL | 10:00am 8:00pm | 48.0 |
| RAMON MATT | 10:00am 8:00pm | 7:00am 3:00pm FM 10-1 | 1:00pm 11:00pm FM 8-10 | 9:00am 7:00pm | | | 12:00pm 10:00pm FM 2-9 | 48.0 |
| MORALES RS JOSE | 10:00am 8:00pm | 11:00am 9:00pm FM 1-4 | 11:00am 9:00pm | 9:30am 7:30pm | | 10:00am 6:00pm FM 4-6 | | 48.0 |
| Brown Trk | 0 | 300 | 0 | 0 | 0 | 300 | 0 | 600 |
| White Trk | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CSR Trk | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

COMMENTS:
Lunch shown as # of Hrs / Start Time.  Product Specialists Icons are in brackets

```
MANAGEMENT SUMMARY SCHEDULE
STORE NAME: COMPTON   STORE # 0422                              09/05/04 10:06
Starting Date: Thursday - September 30, 2004                              P. 1
```

| EMPLOYEE | Thu 09/30/04 | Fri 10/01/04 | Sat 10/02/04 | Sun 10/03/04 | Mon 10/04/04 | Tue 10/05/04 | Wed 10/06/04 | WEEK TOT |
|---|---|---|---|---|---|---|---|---|
| RIBEIRO EDDIE | 12:00pm 10:00pm FM 3-5 | 10:00am 8:00pm | 7:00am 3:00pm FM 10-12 | 10:00am 8:00pm FM 4-9 | 9:00am 7:00pm | | | 48.0 |
| DENNIS CHANEA | 7:00am 5:00pm FM 10-1 | 1:00pm 11:00pm FM BAL | | | 7:00am 3:00pm FM 2-5 | 7:00am 5:00pm FM 10-1 | 7:00am 5:00pm | 48.0 |
| OWENS HELEN | | | 10:00am 8:00pm FM BAL | 7:00am 3:00pm | 12:00pm 10:00pm FM BAL | 12:00pm 10:00pm FM BAL | 10:00am 8:00pm | 48.0 |
| RAMON MATT | 10:00am 8:00pm | 7:00am 3:00pm FM 10-1 | 1:00pm 11:00pm FM 8-10 | 9:00am 7:00pm | | | 12:00pm 10:00pm FM 2-9 | 48.0 |
| MORALES RS JOSE | 10:00am 8:00pm | 11:00am 9:00pm FM 1-4 | 11:00am 9:00pm | 9:30am 7:30pm | | 10:00am 6:00pm FM 4-6 | | 48.0 |
| Brown Trk | 0 | 300 | 0 | 0 | 0 | 300 | 0 | 600 |
| White Trk | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CSR TrK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

COMMENTS:
Lunch shown as # of Hrs / Start Time.   Product Specialists Icons are in brackets

```
MANAGEMENT SUMMARY SCHEDULE
STORE NAME: COMPTON   STORE # 0422                                        01/04/05   5:06
Starting Date: Thursday - January  6, 2005                                          P.  1
```

| EMPLOYEE | Thu 01/06/05 | Fri 01/07/05 | Sat 01/08/05 | Sun 01/09/05 | Mon 01/10/05 | Tue 01/11/05 | Wed 01/12/05 | WEEK TOT |
|---|---|---|---|---|---|---|---|---|
| RIBEIRO EDDIE | 10:00am 8:00pm | 10:00am 8:00pm | 9:00am 7:00pm | 10:00am 8:00pm | 10:00am 8:00pm | | | 50.0 |
| DENNIS CHANEA | 8:00am 6:00pm | 6:00am 4:00pm MEET @ 1 | 8:00am 6:00pm | | 7:00am 5:00pm | 6:00am 4:00pm | | 50.0 |
| OWENS HELEN | | 11:00am 9:00pm | 10:00am 8:00pm | 7:00am 5:00pm | | 12:00pm 10:00pm | 7:00am 5:00pm | 50.0 |
| MARCUS RUSS | | 1:00pm 11:00pm | 1:00pm 11:00pm | 9:00am 7:00pm | 12:00pm 10:00pm | | 12:00pm 10:00pm | 50.0 |
| MORALES RS JOSE | 12:00pm 10:00pm | 10:00am 8:00pm | 11:00am 9:00pm | 9:00am 7:00pm | | | 10:00am 8:00pm | 50.0 |
| Brown Trk | | | | | | | | 0 |
| White Trk | | | | | | | | 0 |
| CSR   TrK | | | | | | | | 0 |

COMMENTS:
Lunch shown as # of Hrs / Start Time.  Product Specialists Icons are in brackets

```
MANAGEMENT SUMMARY SCHEDULE
STORE NAME: COMPTON   STORE # 0422                                    01/25/05  7:55
Starting Date: Thursday - January 27, 2005                                  P.  1
```

| EMPLOYEE | Thu 01/27/05 | Fri 01/28/05 | Sat 01/29/05 | Sun 01/30/05 | Mon 01/31/05 | Tue 02/01/05 | Wed 02/02/05 | WEEK TOT |
|---|---|---|---|---|---|---|---|---|
| RIBEIRO EDDIE | RSM open | RSM Open | RSM Open | RSM Open | RSM Open | RSM Open | RSM Open | 0.0 |
| DENNIS CHANEA | 8:00am 6:00pm | 8:00am 6:00pm MEET @ 1 | 8:00am 6:00pm | | 7:00am 5:00pm | 8:00am 6:00pm | | 50.0 |
| OWENS HELEN | | 11:00am 9:00pm | 10:00am 8:00pm | 8:00am 6:00pm | | 12:00pm 10:00pm | 8:00am 6:00pm | 50.0 |
| MARCUS RUSS | 4:00pm 9:00pm | 6:00pm 11:00pm | 1:00pm 11:00pm | 10:00am 8:00pm | 12:00pm 10:00pm | | 12:00pm 10:00pm | 50.0 |
| MORALES RS JOSE | 12:00pm 10:00pm | 10:00am 8:00pm | 11:00am 9:00pm | 9:00am 7:00pm | | | 10:00am 8:00pm | 50.0 |
| Brown Trk | 0 | 450 | 0 | 0 | 0 | 450 | 0 | 900 |
| White Trk | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CSR   TrK | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

COMMENTS:
Lunch shown as # of Hrs / Start Time.   Product Specialists Icons are in brackets

```
MANAGEMENT SUMMARY SCHEDULE
STORE NAME: COMPTON   STORE # 0422                              05/24/05  4:01
Starting Date: Thursday - May 26, 2005                                    P.  1
```

| EMPLOYEE | Thu 05/26/05 | Fri 05/27/05 | Sat 05/28/05 | Sun 05/29/05 | Mon 05/30/05 | Tue 05/31/05 | Wed 06/01/05 | WEEK TOT |
|---|---|---|---|---|---|---|---|---|
| RIBEIRO EDDIE Lunch | 11:00am 9:00pm | 11:00am 9:00pm | 11:00am 9:00pm | 9:00am 7:00pm | 7:00am 3:00pm | | | 48.0 |
| DENNIS CHANEA Lunch | 11:00am 10:00pm ops mtg | 3:00pm 11:00pm | | | 8:00am 5:00pm | 8:00am 6:00pm | 8:00am 6:00pm | 48.0 |
| OWENS HELEN Lunch | 8:00am 6:00pm | | 8:00am 6:00pm | 8:00am 4:00pm | | 12:00pm 10:00pm | 12:00pm 10:00pm | 48.0 |
| MARCUS RUSS Lunch | | 8:00am 6:00pm | 1:00pm 11:00pm | 10:00am 8:00pm | 12:00pm 10:00pm | 8:00am 4:00pm court | | 48.0 |
| MORALES RS JOSE Lunch | 10:00am 8:00pm | 9:00am 5:00pm training | 10:00am 8:00pm | 10:00am 8:00pm | | 8:00am 6:00pm | | 48.0 |
| Brown Trk | | | | | | | | 0 |
| White Trk | | | | | | | | 0 |
| CSR TrK | | | | | | | | 0 |

COMMENTS:
Lunch shown as # of Hrs / Start Time.   Product Specialists Icons are in brackets