# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **TO:**<br>William T. Niemier<br>10689 N. Pennsylvania St.<br>Suite 100<br>Indianapolis, IN 46280 | **In re:**  Circuit City Stores, Inc.<br><br>**Case Number**   08–35653–KRH<br>**Chapter**   11 |

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12143* – Response to statement of mitigation and dispute of proposed rejection of claim (claim number 7885) (Re: related document(s)3678 Objection to Claim filed by Circuit City Stores, Inc., 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Eastland Development Company, LLC. (French, Suzanne)

*12144* – Response to statement of mitigation and dispute of proposed rejection of claim (claim number 7888) (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by By–Pass Development Company, LLC. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

- __ Not in compliance with LBR 5005–1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo–reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre–punched with two holes at the top; multi–page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.
- __ Caption. If joint case, both debtors' names must be listed in caption.
- __ Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090–1]
- __ Proof of Service not in compliance with LBR 5005–1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.
- __ Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.
- __ Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.
- __ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- **_X_** Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090–1(F)]
- __ All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005–(C)(5) and LBR 9022–1]
- __ All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002–1(F)]
- **_X_** RE: Eastland Plaza LLC
  RE: By–Pass Development Company LLC

*\*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

| | |
|---|---|
| Date:  June 29, 2012 | CLERK, UNITED STATES BANKRUPTCY COURT |
| [igformvOct2010.jsp] | By /s/ Suzanne French, Deputy Clerk<br>Direct Dial Telephone No. 804–916–2419 |

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
```

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs            Page 1 of 11            Date Rcvd: Jun 29, 2012
                              Form ID: igform          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
cr           +By-Pass Development Company, LLC,   c/o William T. Niemier,   10689 N. Pennsylvania St.,
               Suite 100,    Indianapolis, IN 46280-1099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                          **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11               Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2012 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
              Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.sullivan@troutmansanders.com
              Andrew  Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
```

```
District/off: 0422-7          User: frenchs              Page 3 of 11                  Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
      similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
      rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
      nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
      ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
      cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
      cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
      cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
      cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited Partnership
      craig.young@kutakrock.com,
      lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
      cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc.
      cmanchester@reedsmith.com,
      shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
      sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
      individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
      kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
      dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com,
      cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
      bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor    Century plaza development corporation
      dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
      Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
      scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
      phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age,
      Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com,
      rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
      David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@mcsweeneycrump.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
      tleonard@gfrlaw.com
      David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
      drichards@vanblk.com;kmcgwin@vanblk.com
      Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7           User: frenchs              Page 4 of 11                  Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services denise.mondell@ct.gov
    Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
    Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
    Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
    Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
    Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
    Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
    Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley    on behalf of Creditor    IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
    Erica S. Zaron    on behalf of Creditor    Miami-Dade County Tax Collector cao.bkc@miamidade.gov
    Erick Frank Seamster    on behalf of Creditor    Unical Enterprises, Inc eseamster@wallacepledger.com
    Erika L. Morabito    on behalf of Defendant COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
    Eugene Chang    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com
    Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
    Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
    Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy    on behalf of Attorney    Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
    H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
    Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com

```
District/off: 0422-7            User: frenchs              Page 5 of 11              Date Rcvd: Jun 29, 2012
                                Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
          Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
          Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
     jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
    Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com
    Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
     jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
    Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
    Jerry Lane Hall   on behalf of Defendant   NAMCO BANDAI Games America Inc.
     jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
    Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
    Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
     swells@seyfarth.com;wdcdocketing@seyfarth.com
    Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
     jsaronson@ridberglaw.com
    Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
    John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
     jraftery@offitkurman.com
    John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
     sryan@sandsanderson.com;dbbankruptcy@gmail.com
    John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
     jfiero@pszjlaw.com
    John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
     jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
    John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
     pjf@carmodymacdonald.com
    John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
     lucian@blankrome.com
    John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
     sparson@mckennalong.com
    John J. Lamoureux   on behalf of Creditor   Amore Construction Company
     jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
    John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
     jroche@perkinscoie.com,
     ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
    John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
     russj4478@aol.com
    John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
     awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
    John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
     rours@wileyrein.com
    John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
    Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
    Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
     jstorper@hansonbridgett.com
    Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
    Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
    Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
     Cross Blue Shield bankruptcy@morrisoncohen.com
    Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
     Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
     Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
    Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
    Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
     harvell@sfmlawfirm.com
    Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
     cloving@hunton.com
    Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
     kmiller@wileyrein.com, rours@wileyrein.com
    Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
    Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
     jbrockett@clrbfirm.com;tturner@clrbfirm.com
    Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
     beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
    Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
     Ken.Coleman@allenovery.com
    Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
    Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
    Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
     bmcmillen@durrettecrump.com
    Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
    Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
    Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
     wdw@mccarthywhite.com;clm@mccarthywhite.com
    Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
    Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
     sprescott@idalaw.com

```
District/off: 0422-7          User: frenchs              Page 7 of 11              Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
          Kimberly Sullivan Walker     on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
          Kristin  Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura  Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
           april@rlglegal.com
          Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
           lkouts@magruderpc.com,   mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,    nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson     lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,    sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,   amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,    dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,   akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7           User: frenchs              Page 8 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
      Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc. mcrowley@asm-law.com
      Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
      Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
      Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
      Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,    kzeldman@omm.com
      Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
      Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
      Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
      Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
      Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
      Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
      Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
      Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
      Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
      Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
      Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
      Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
      Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
      Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
      Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC nwhittenburg@millermartin.com,    mcsmith@millermartin.com
      Oscar Baldwin Fears    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
      P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
      Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
      Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
      Paul K. Campsen    on behalf of Creditor    Agree Limited Partnership pkcampsen@kaufcan.com
      Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
      Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
      Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
      Paul S. Bliley    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
      Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com,    marbury@bwst-law.com
      Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Peter Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
      Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
      Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
      Peter E. Strniste    on behalf of Creditor    Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
      Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al. pete@zemanianlaw.com
      Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
      Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@sandsanderson.com
      Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
      Philip James Meitl    on behalf of Creditor    Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com,    john.leininger@bryancave.com
      R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
      Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11              Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Raymond Pring    on behalf of Creditor Laura Scannell rpring@grosspringlaw.com, rahurley@grosspringlaw.com;cingle@grosspringlaw.com
      Raymond William Battaglia    on behalf of Creditor  Miner Corporation rbattaglia@obht.com
      Rebecca L. Saitta    on behalf of Creditor  Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten    on behalf of Creditor  LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher    on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
      Richard C. Maxwell    on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott    on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty    on behalf of Attorney  Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
      Richard E. Lear    on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein    on behalf of Creditor  Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson    on behalf of Creditor  Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles    on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow    on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill    on behalf of Creditor  Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
      Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson    on behalf of Creditor  Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti    on behalf of Creditor  Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark    on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper    on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
      Robert Field Moorman    on behalf of Defendant  Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
      Robert J. Brown    on behalf of Creditor  CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein    on behalf of Creditor Committee  Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter    on behalf of Creditor  United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff    on behalf of Creditor  Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
      Robert L. Lehane    on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino    on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
      Robert P. McIntosh    on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert R. Vieth    on behalf of Defendant  D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
      Robert Ryland Musick    on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
      Robert S. Westermann    on behalf of Counter-Claimant  Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
      Robin S. Abramowitz    on behalf of Creditor  Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
      Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker    on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry    on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Russell R. Johnson    on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day    on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
      S. Sadiq Gill    on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle    on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz    on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm    on behalf of Debtor  Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda Mims    smims21@hotmail.com
      Scott D. Fink    on behalf of Creditor  The Plain Dealer Bronationalecf@weltman.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11                  Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,    msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor   CWCapital Asset Management LLC
               sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,    pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor  Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,    cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,    jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
```

```
District/off: 0422-7          User: frenchs           Page 11 of 11           Date Rcvd: Jun 29, 2012
                              Form ID: igform         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
         William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
         William Daniel Sullivan     on behalf of Attorney William Sullivan dsullivan@butzeltp.com
         William H. Schwarzschild     on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
         Wm. Joseph A. Charboneau     on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zmarak    Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com

                                                                                                             TOTAL: 413