# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Wagern & Finn  
153 Lakemont Park Blvd.  
Altoona, PA 16602

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12152* – Response to liquidating trust's forty–fourth omnibus objection to claims (disallowance of certain invalid personal injury claims) filed by Carole Kaylor (Re: related document(s)11992 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Carole Kaylor. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

_ Not in compliance with LBR 5005–1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo–reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre–punched with two holes at the top; multi–page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.

_ Caption. If joint case, both debtors' names must be listed in caption.

_ Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090–1]

_ Proof of Service not in compliance with LBR 5005–1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.

_ Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.

_ Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.

_ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

**X** Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090–1(F)]

_ All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005–(C)(5) and LBR 9022–1]

_ All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002–1(F)]

_

*\*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  June 29, 2012    CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk  
Direct Dial Telephone No. 804–916–2419

[igformvOct2010.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs            Page 1 of 11              Date Rcvd: Jun 29, 2012
                              Form ID: igform          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2012.
cr           +Carole Kaylor,   c/o Thomas P. Finn,   153 Lakemont Park Blvd,   Altonna, PA 16602-5943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7           User: frenchs              Page 2 of 11             Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2012 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
        mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
        Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
        akeith@honigman.com,   tsable@honigman.com
        Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
        ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
        dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
        amy.williams@klgates.com,   hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
        davison.andrea@arentfox.com,   lane.katie@arentfox.com;dowd.mary@arentfox.com
        Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
        andrea.sullivan@troutmansanders.com
        Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
        Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
        jaturner@kaufcan.com;nlferguson@kaufcan.com
        Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
        rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
        anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
        raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
        murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
        Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
        drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
        annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
        Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
        Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
        ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
        lthompson@cblaw.com
        Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
        Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
        cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
        bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
        benglander@wtplaw.com,   wbatres@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
        lsansbury@mrrlaw.net
        Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
        carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
        enlaw.com
        Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
        Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
        bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
        tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11              Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership clynch@goulstonstorrs.com
        Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
        Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
        Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
        Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
        Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com, ristj@foster.com
        Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
        Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
        Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
        Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
        Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
        Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
        David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
        David A. Greer    on behalf of Creditor    Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
        David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
        David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
        David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro    on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
        David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
        David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
        David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
        Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7          User: frenchs              Page 4 of 11              Date Rcvd: Jun 29, 2012
                              Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

   Denise S. Mondell  on behalf of Creditor  State of Connecticut Department of Revenue Services denise.mondell@ct.gov
   Dennis T. Lewandowski  on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
   Denyse Sabagh  on behalf of Creditor  Audiovox Corporation dsabagh@duanemorris.com
   Dexter D. Joyner  on behalf of Creditor  Pasadena Independent School District caaustin@comcast.net
   Dion W. Hayes  on behalf of Debtor  Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
   Dominic L. Chiariello  on behalf of Creditor Donovan Dunwell dc@chiariello.com
   Donald K. Ludman  on behalf of Creditor  SAP Retail Inc. and Business Objects dludman@brownconnery.com
   Douglas Scott  on behalf of Creditor  Centon Electronics, Inc. BankruptcyCounsel@gmail.com
   Douglas D. Kappler  on behalf of Creditor  Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
   Douglas M. Foley  on behalf of Counter-Defendant  Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
   Douglas R. Gonzales  on behalf of Creditor  City of Homestead, Florida dgonzales@wsh-law.com
   Dylan G. Trache  on behalf of Counter-Claimant  Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
   Edward L. Rothberg  on behalf of Creditor  Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
   Elizabeth A. Elam  on behalf of Creditor  City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
   Elizabeth L. Gunn  on behalf of Creditor  CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
   Ellen A. Friedman  on behalf of Creditor  Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
   Emily M. Charley  on behalf of Creditor  IGate Global Solutions, Limited echarley@hansonbridgett.com
   Eric C. Cotton  on behalf of Creditor  Developers Diversified Realty Corporation hsmith@ddr.com
   Eric Christopher Rusnak  on behalf of Creditor  Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
   Eric J. Snyder  on behalf of Creditor  Condan Enterprises LLC esnyder@sillerwilk.com
   Erica S. Zaron  on behalf of Creditor  Miami-Dade County Tax Collector cao.bkc@miamidade.gov
   Erick Frank Seamster  on behalf of Creditor  Unical Enterprises, Inc eseamster@wallacepledger.com
   Erika L. Morabito  on behalf of Defendant  COKeM International Ltd. emorabito@pattonboggs.com
   Erin Elizabeth Kessel  on behalf of Creditor  Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
   Eugene Chang  on behalf of Creditor  TKG Coffee Tree, L.P. echang@steinlubin.com
   F. Marion Hughes  on behalf of Creditor  CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
   Frank F. McGinn  on behalf of Creditor  Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
   Frank T. Pepler  on behalf of Creditor  Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
   Franklin R. Cragle  on behalf of Creditor  Ubisoft, Inc. fcragle@hf-law.com
   Fred B. Ringel  on behalf of Creditor  F&M Properties, Inc. fbr@robinsonbrog.com
   Frederick Francis Rudzik  on behalf of Defendant  State of Florida, Department of Revenue rudzikf@dor.state.fl.us
   Fredrick J. Levy  on behalf of Creditor  Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
   Garren Robert Laymon  on behalf of Creditor  Arlington ISD glaymon@mglspc.com
   Gary E. Mason  on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
   Gary M. Kaplan  on behalf of Creditor  ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
   Gary V. Fulghum  on behalf of Creditor  Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
   Gerald P. Kennedy  on behalf of Attorney  Plaza Las Palmas, LLC gerald.kennedy@procopio.com
   German Yusufov  on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
   Gilbert Barnett Weisman  on behalf of Creditor  American Express Travel Related Services Co Inc notices@becket-lee.com
   Gilbert D. Sigala  on behalf of Creditor John Batioff sigalaw1@aol.com
   Gillian N. Brown  on behalf of Creditor Committee  Official Committee of Unsecured Creditors gbrown@pszjlaw.com
   Gina Baker Hantel  on behalf of Creditor  Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
   Gina M Fornario  on behalf of Creditor  California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
   Glenn H. Silver  on behalf of Creditor  CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
   Gordon S. Woodward  on behalf of Creditor  Commerce Technologies, Inc. gwoodward@schnader.com
   Gregory D. Grant  on behalf of Defendant  S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
   H. Elizabeth Weller  on behalf of Creditor  Longview ISD Dallas.Bankruptcy@publicans.com
   Hale Yazicioglu  on behalf of Creditor  AVR CPC Associates, LLC hyazicioglu@jshllp.com
   Heather D. Brown  on behalf of Creditor  Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com

```
District/off: 0422-7           User: frenchs              Page 5 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
        Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
        Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
        Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
        Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
        J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
        Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
        Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
        James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
        James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
        James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
        James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
        James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
        James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
        Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
        Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
        Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
        Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
        Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, krussell@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
        Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
        Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
        Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
        Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
        Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com;mhowes@bklawva.com
        Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs               Page 6 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com

```
District/off: 0422-7          User: frenchs            Page 7 of 11          Date Rcvd: Jun 29, 2012
                              Form ID: igform          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
      kimberly.pierro@kutakrock.com,
      sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
      @kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
      for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
      kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
      Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC keburgers@venable.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
      eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
      april@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
      gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
      lkouts@magruderpc.com,   mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
      lskiba@kaplanfrank.com,   nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
      cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
      nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
      loc.pfeiffer@kutakrock.com,
      lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund
      LDOLAN@nixonpeabody.com,
      was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
      ixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
      chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
      dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
      com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
      rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
      mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
      bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
      mark@taxva.com,   amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
      mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
      erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc
      martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
      molden@mhalaw.com,   akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc.
      lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
      lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7           User: frenchs              Page 8 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
         sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
        Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
        Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
         Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
         mcrowley@asm-law.com
        Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
         avaughn@cblaw.com
        Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
         michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
        Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
        Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,    kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
         mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
         ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
         mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
         Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
         Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
         swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
         crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
         lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
         eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
         msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
        Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
         nwhittenburg@millermartin.com,    mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov,
         jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
         jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor    Agree Limited Partnership pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
         pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
         tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
         hall@bwst-law.com,    marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
         dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
         om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
         lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
         Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor    Schimenti Construction Company LLC pstrniste@rc.com,
         kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
         pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
         jlerner@whitecase.com,jrubalcava@whitecase.com
        Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
         pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor    Berkadia Commercial Mortgage LLC
         pj.meitl@bryancave.com,    john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7           User: frenchs              Page 9 of 11              Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Raymond Pring   on behalf of Creditor Laura Scannell rpring@grossspringlaw.com, rahurley@grossspringlaw.com;cingle@grossspringlaw.com
      Raymond William Battaglia   on behalf of Creditor Miner Corporation rbattaglia@obht.com
      Rebecca L. Saitta   on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten   on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher   on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com
      Richard C. Maxwell   on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott   on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty   on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
      Richard E. Lear   on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein   on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson   on behalf of Creditor Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles   on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow   on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill   on behalf of Creditor Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
      Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson   on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti   on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark   on behalf of Creditor Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper   on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
      Robert Field Moorman   on behalf of Defendant Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
      Robert J. Brown   on behalf of Creditor CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein   on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter   on behalf of Creditor United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff   on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
      Robert L. Lehane   on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino   on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
      Robert P. McIntosh   on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert R. Vieth   on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
      Robert Ryland Musick   on behalf of Creditor IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
      Robert S. Westermann   on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
      Robin S. Abramowitz   on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
      Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker   on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry   on behalf of Creditor Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Russell R. Johnson   on behalf of Creditor Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day   on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
      S. Sadiq Gill   on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle   on behalf of Creditor Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz   on behalf of Creditor Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm   on behalf of Debtor Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda Mims   smims21@hotmail.com
      Scott D. Fink   on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com

```
District/off: 0422-7           User: frenchs              Page 10 of 11           Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
        Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
         ebeaumont@hf-law.com
        Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
        Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
         stan.salus@akerman.com,
         crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
        Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
         hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
        Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
         nwalsh@wilsav.com
        Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
         smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
        Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
         sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
         Murphys@dor.state.ma.us
        Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
         sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
        Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
        Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
         cbglawbethesda@gmail.com
        Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
        Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
        Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
         tannweiler@greerherz.com
        Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
        Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
        Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
         thadwilson@kslaw.com,  pwhite@kslaw.com
        Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
        Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
         tmurphy@dclawfirm.com,
         rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
        Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
         dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
        Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
        Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
        Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
         tomjam2003@yahoo.com
        Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
        Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
         trepczynski@offitkurman.com,  cdixon@offitkurman.com;lschock@offitkurman.com
        Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
        Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com,
         giaimo.christopher@arentfox.com
        Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
         tmackey@stinson.com
        Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
         trjohnson@spilmanlaw.com
        Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
         tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
        Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
         situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
        Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
         rours@wileyrein.com
        Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
         reardonv@michigan.gov,  jacksonst@michigan.gov
        Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
         victoria.garry@ohioattorneygeneral.gov
        Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
         dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
        W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
        Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
        Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
        Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake
         wroenker@cityofchesapeake.net
        William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
         wheuer@duanemorris.com
        William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
        William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
        William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
         rarrington@sandsanderson.com
        William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
         L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
         chris.tillmanns@bgllp.com
        William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
        William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11                  Date Rcvd: Jun 29, 2012
                               Form ID: igform            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
         William Daniel Prince    on behalf of Defendant  IBM Credit, LLC wprince@t-mlaw.com
         William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
         William H. Schwarzschild    on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com
         Wm. Joseph A. Charboneau    on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com

                                                                                                                           TOTAL: 413