# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
Keitha M. Wright
2200 Ross Avenue, Suite 3300
Dallas, TX 75201

**In re:**  Circuit City Stores, Inc.

**Case Number**   08–35653–KRH
**Chapter**   11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12156* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reduction of certain invalid claims mitigation) CLAIM NUMBER 9449 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12157* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reduction of certain invalid claims–mitigation) CLAIM NUMBER 9916 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12158* – Response to liquidating trust's forty–third omnibus objection to landlord and contractor claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) CLAIM NUMBER 9707 (Re: related document(s)11854 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12159* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reduction of certain invalid claims mitigation) CLAIM NUMBER 9704 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12160* – Response to liquidatng trust's thirty ninth omnibus objection to landlord claims (reduction of certain invalid claims mitigation) CLAIM NUMBER 9740 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12161* – Response to liquidating trust's forty–second omnibus objection to landlord claims (reduction of certain invalid claims–mitigation) CLAIM NUMBER 9438 (Re: related document(s)11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12162* – Response to liquidating trust's forty–second omnibus objection to landlord claims (reduction of certain invalid claims–mitigation) CLAIM NUMBER 10034 (Re: related document(s)11853 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12163* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reduction of certain invalid claims–mitigation) CLAIM NUMBER 9488 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12164* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reduction of certain invalid claims–mitigation) CLAIM NUMBER 14859 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

*12165* – Response to liquidating trust's thirty–ninth omnibus objection to landlord claims (reducation of certain invalid claims–mitigation) CLAIM NUMBER 10030 (Re: related document(s)11850 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Berkadia Commercial Mortgage LLC. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

_ Not in compliance with LBR 5005−1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo−reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre−punched with two holes at the top; multi−page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.

_ Caption. If joint case, both debtors' names must be listed in caption.

_ Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090−1]

_ Proof of Service not in compliance with LBR 5005−1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.

_ Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.

_ Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.

_ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

 **X** Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090−1(F)]

_ All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005−(C)(5) and LBR 9022−1]

_ All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002−1(F)]

_

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   June 29, 2012                          CLERK, UNITED STATES BANKRUPTCY COURT

                                               By /s/ Suzanne French, Deputy Clerk
[igformvOct2010.jsp]                           Direct Dial Telephone No. 804−916−2419

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                         Case No. 08-35653-KRH
Circuit City Stores, Inc.                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 11          Date Rcvd: Jun 29, 2012
                              Form ID: igform         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
aty           +B. Keith Poston,   PO Box 11070(29211-1070,   Columbia, SC 29211-1070
11243299      +Berkadia Commerical Mortgage, LLC,   c/o Keitha M. Wright,   2200 Ross Avenue, Suite 3300,
               Dallas, TX 75201-7965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0422-7            User: frenchs            Page 2 of 11            Date Rcvd: Jun 29, 2012
                               Form ID: igform           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2012 at the address(es) listed below:

          Aaron L. Hammer    on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;ccoleman@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
           akeith@honigman.com,  tsable@honigman.com
          Alan Michael Noskow    on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
          Albert F. Quintrall    on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Creditor  Engineered Structures, Inc.
           ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs    on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor  Cobb Corners II, Limited Partnership
           amy.williams@klgates.com,  hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Creditor  Discovery Communications, Inc.
           davison.andrea@arentfox.com,  lane.katie@arentfox.com;dowd.mary@arentfox.com
          Andrea M. Sullivan    on behalf of Creditor  Craig-Clarksville Tennessee LLC
           andrea.sullivan@troutmansanders.com
          Andrew Rapp    on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor  County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
           jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
           rhicks@shutts-law.com
          Andrew S. Conway    on behalf of Creditor  Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor  Connexion Technologies
           anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor  Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor  City of Philadelphia achan@hangley.com,
           ecffilings@hangley.com
          Augustus C. Epps    on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
           lthompson@cblaw.com
          Belkys Escobar    on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
           Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com,
           cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor  Alliance Entertainment Corporation
           benglander@wtplaw.com,  wbatres@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian F. Kenney    on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
          Bruce H. Matson    on behalf of Creditor  Bank of America, N.A., as Agent
           bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
          Charles Gideon Korrell    on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
          Charles W. Chotvacs    on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: frenchs          Page 3 of 11          Date Rcvd: Jun 29, 2012
                             Form ID: igform         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Christian K. Vogel   on behalf of Creditor  Schimenti Construction Company LLC
  Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch   on behalf of Creditor  E&A Northeast Limited Partnership
  clynch@goulstonstorrs.com
        Christine McAteer Ford   on behalf of Creditor  Ada Alicea, on behalf of herself and all others
  similarly situated cford@mdpcelaw.com
        Christopher A. Jones   on behalf of Creditor  Annapolis Plaza LLC cajones@wtplaw.com,
  rredfield@wtplaw.com
        Christopher Julian Hoctor   on behalf of Defendant  Moran Brown PC choctor@kaplanfrank.com,
  nferenbach@kaplanfrank.com
        Christopher L. Perkins   on behalf of Attorney  LeClair Ryan, A Professional Corporation
  christopher.perkins@leclairryan.com,
  stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
  ah.dip@leclairryan.com
        Christopher M. Alston   on behalf of Creditor  507 Northgate LLC alstc@foster.com,
  ristj@foster.com
        Christopher M. Desiderio   on behalf of Creditor  Greystone Data Systems, Inc.
  cdesiderio@nixonpeabody.com
        Christopher R. Belmonte   on behalf of Creditor  International Business Machines Corporation
  cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia   jdurant@nngov.com
        Constantinos G. Panagopoulos   on behalf of Creditor  Battlefield FE Limited Partners
  cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier   on behalf of Creditor  Paramount Home Entertainment
  cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
        Craig Benson Young   on behalf of Creditor  Cedar Development Ltd., a Florida Limited Partnership
  craig.young@kutakrock.com,
  lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik   on behalf of Creditor  Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
  cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman
  @mhlawyers.com
        Curtis Gilbert Manchester   on behalf of Defendant  Energizer Battery, Inc.
  cmanchester@reedsmith.com,
  shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata   on behalf of Defendant  Bush Industries Inc. msarata@ltblaw.com,
  sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Daniel D. Prichard   on behalf of Defendant  Cox Enterprises, Inc. and Cox Media Group, Inc.
  individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
  kcornnell@dowlohnes.com
        Daniel F. Blanks   on behalf of Debtor  Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
        Darek S. Bushnaq   on behalf of Defendant  ServicePower, Inc., aka ServicePower Inc.
  dsbushnaq@venable.com
        Darlene M. Nowak   on behalf of Creditor  Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark   on behalf of Creditor  Waste Management, Inc. dclark@stinson.com,
  cscott@stinson.com
        Darryl S. Laddin   on behalf of Creditor  Verizon Communications Inc. bkrfilings@agg.com
        David McCall   on behalf of Creditor  City of Garland Tax Assessor/Collector
  bankruptcy@ntexas-attorneys.com
        David A. Greer   on behalf of Creditor  Century plaza development corporation
  dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
        David B. Wheeler   on behalf of Creditor  South Carolina Electric & Gas Company and Public
  Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper   on behalf of Creditor  Rio Associates Limited Partnership ddhopper@chlhf.com,
  scilino@chlhf.com
        David Emmett Hawkins   on behalf of Creditor  Archon Group, L.P. dhawkins@velaw.com
        David H. Cox   on behalf of Creditor  610 & San Felipe, Inc. dcox@jackscamp.com,
  phaynes@jackscamp.com
        David H. Dickieson   on behalf of Defendant  New Age Electronics, Inc., also known as New Age,
  Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
        David J. Ervin   on behalf of Creditor  Ashkenazy Management Corp. dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro   on behalf of Creditor  US Debt Recovery III, LP dspiro@hf-law.com,
  rmcburney@hf-law.com
        David M. Poitras   on behalf of Interested Party  THQ, Inc. dmp@jmbm.com
        David R. Ruby   on behalf of Creditor  Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby   on behalf of Creditor  SanDisk Corporation druby@mcsweeneycrump.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave   on behalf of Defendant  Toymax International, Inc. dmusgrave@gfrlaw.com,
  tleonard@gfrlaw.com
        David V. Cooke   on behalf of Creditor  City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman   on behalf of Defendant  Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti   on behalf of Defendant  Belkin International Inc. dlannetti@vanblk.com,
  drichards@vanblk.com;kmcgwin@vanblk.com
        Dawn C. Stewart   on behalf of Creditor  Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler   on behalf of Creditor  Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

District/off: 0422-7          User: frenchs          Page 4 of 11          Date Rcvd: Jun 29, 2012
                             Form ID: igform          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
           caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
           dfoley@mcguirewoods.com,  pferris@mcguirewoods.com;lneilson@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com;lmares@toase.com
          Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
           ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
           echarley@hansonbridgett.com
          Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
           klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
          Erica S. Zaron    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Erick Frank Seamster    on behalf of Creditor   Unical Enterprises, Inc eseamster@wallacepledger.com
          Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
           fpepler@peplermastromonaco.com
          Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
          Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
          German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor   John Batioff sigalaw1@aol.com
          Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com

District/off: 0422-7          User: frenchs              Page 5 of 11              Date Rcvd: Jun 29, 2012
                             Form ID: igform             Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Heather Lynn Anderson    on behalf of Creditor  State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts    on behalf of Creditor  Suemar hbroberts@live.com,  droberts1949@live.com
          Henry P. Baer    on behalf of Creditor  Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long    on behalf of Creditor  Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor  J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor  Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word    on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant  Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor  Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party  Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant  State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James Edward Bowman    on behalf of Defendant  Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor  Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor  Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant  Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
           ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Defendant  CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor  AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant  Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney  Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor  Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor  BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com;dtabakin@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor  Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor  City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor  Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor  Greenwood Point, LP jgraham@taftlaw.com,
           krussell@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor  Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor  Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor  Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer  Langan    on behalf of Creditor  Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor  Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor  Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant  AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney  Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com
          Jennifer V. Doran    on behalf of Creditor  DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant  Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor  PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant  Kelley Enterprises Inc. jeremypryor@carrellrice.com

District/off: 0422-7          User: frenchs          Page 6 of 11          Date Rcvd: Jun 29, 2012
                             Form ID: igform         Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Friedberg   on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor  Jubilee-Springdale, LLC jeremy.williams@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor  Escambia County Tax Collector
           jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor  FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant  NAMCO BANDAI Games America Inc.
           jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor  Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Defendant  Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor  Ammon Properties, LC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant  Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor  Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor  Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,   wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton   on behalf of Creditor  Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor  Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor  120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor  Amore Construction Company
           jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche   on behalf of Creditor  Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Counter-Claimant  Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Creditor  Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum   on behalf of Creditor  Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk   on behalf of Defendant  Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor  ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor  IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant  InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Joseph M. DuRant   on behalf of Creditor  City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor  Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher   on behalf of Defendant  Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton   on behalf of Defendant  DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor  AT&T quagliano@sfmlawfirm.com,
           harvell@sfmlawfirm.com
          Justin F. Paget   on behalf of Defendant  Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor  First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor  Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman   on behalf of Interested Party  Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor  ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor  Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor  Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor  Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor  Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor  Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com
          Khang V. Tran   on behalf of Creditor  Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor  Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com

District/off: 0422-7          User: frenchs          Page 7 of 11              Date Rcvd: Jun 29, 2012
                             Form ID: igform          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kimberly A. Pierro    on behalf of Creditor  Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor  LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor  CWCapital Asset Management LLC keburgers@venable.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
           april@rlglegal.com
          Leonard E. Starr    on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor  Washington Real Estate Investment Trust
           lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant  Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Lisa P. Sumner    on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer    on behalf of Creditor  Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan    on behalf of Creditor  California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor  Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor  BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor  Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor  Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com

District/off: 0422-7          User: frenchs          Page 8 of 11          Date Rcvd: Jun 29, 2012
                              Form ID: igform         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Meredith Linn Yoder    on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor  White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor  Eastern Security Corp.
           michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor  Pan Am Equities msage@omm.com,   kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor  Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
           ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor  Ditan Distribution LLC mkogan@koganlawfirm.com,
           mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito    on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor  Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com,   mcsmith@millermartin.com
          Oscar Baldwin Fears    on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
           jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
           jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor  Agree Limited Partnership pkcampsen@kaufcan.com
          Paul M. Black    on behalf of Creditor  Sony Pictures Home Entertainment Inc.
           pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
           tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter  Barrett    on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor  State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
           kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor  Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
           jlerner@whitecase.com,jrubalcava@whitecase.com
          Peter M. Pearl    on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor  Berkadia Commercial Mortgage LLC
           pj.meitl@bryancave.com,   john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com

District/off: 0422-7          User: frenchs          Page 9 of 11          Date Rcvd: Jun 29, 2012
                             Form ID: igform          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Raymond  Pring    on behalf of Creditor Laura Scannell rpring@grossspringlaw.com,
           rahurley@grossspringlaw.com;cingle@grossspringlaw.com
          Raymond William Battaglia    on behalf of Creditor  Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor  Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor  LaSalle Bank National Association, as trustee for C1
           Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher    on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
          Richard D. Scott    on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty    on behalf of Attorney  Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
           m
          Richard E. Lear    on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor  Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor  Caribbean Display & Construction, Inc.
           rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor  Columbia Plaza Joint Venture cjensen@hillrainey.com,
           kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor  Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor  Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center,
           L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant  Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor  CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor  United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor  Jefferies Leveraged Credit Products, LLC
           rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. Lehane    on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant  D&H Distributing Co. rvieth@ltblaw.com,
           ndysart@ltblaw.com
          Robert Ryland Musick    on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant  Eastman Kodak Company
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor  Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
           rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor  Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda  Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor  The Plain Dealer Bronationalecf@weltman.com

District/off: 0422-7          User: frenchs              Page 10 of 11              Date Rcvd: Jun 29, 2012
                             Form ID: igform             Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Seth A. Drucker    on behalf of Creditor  McKinley, Inc. sdrucker@honigman.com
              Sheila G. de la Cruz    on behalf of Creditor  502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor  Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant  Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor  BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor  Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor  Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor  Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor  Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor  CWCapital Asset Management LLC
               sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor  3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor  Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor  502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor  Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor  American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor  Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant  Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor  EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor  Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant  NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant  Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor  Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor  Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor  Graphic Communications, Inc.
               trepczynski@offitkurman.com,  cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor  AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor  13630 Victory Boulevard, LLC brownt@arentfox.com,
               giaimo.christopher@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor  Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant  Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor  IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor  Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor  Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor  State of Michigan, Department of Treasury
               reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor  Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor  Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor  Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor  Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee  Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney  Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor  Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney  Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor  Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor  P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor  Gould Livermore LLC bill.crenshaw@bryancave.com

District/off: 0422-7              User: frenchs              Page 11 of 11              Date Rcvd: Jun 29, 2012
                                 Form ID: igform            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant  IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           zmarak.khan@dlapiper.com
                                                                                    TOTAL: 413