**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO
CLAIM NUMBER 9591**

**PLEASE TAKE NOTICE** that DDR Corp. (f/k/a Developers Diversified Realty Corp.), on behalf of its affiliate DDR Southeast Vero Beach, LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 9591 and requests that services of any pleadings, distributions, notices or correspondence in this matter related to the Claim should be sent to the new address noted below, effective immediately.

| **Old Address** | **New Address** |
|---|---|
| DDR Southeast Vero Beach, LLC<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 | DDR Southeast Vero Beach, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| DDR Southeast Vero Beach, LLC<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>Attn:    James S. Carr, Esq.<br>           Robert L. LeHane, Esq.<br><br>DDR Southeast Vero Beach, LLC<br>c/o Developers Diversified Realty Corp.<br>3300 Enterprise Parkway<br>Beachwood, OH  44122 | Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

**[signature page follows]**

Dated: June 29, 2012
      New York, New York

                KELLEY DRYE & WARREN LLP

                By: /s/ *Robert L. LeHane*_____
                James S. Carr (*pro hac vice*)
                Robert L. LeHane (*pro hac vice*)
                101 Park Avenue
                New York, NY 10178-0002
                Tel: (212) 808-7800
                Fax: (212) 808-7897

                -and-

                KELLEY DRYE & WARREN LLP

                By: */s/ David J. Ervin*_____
                David J. Ervin (VSB No. 34719)
                Washington Harbour, Suite 400
                3050 K Street, NW
                Washington, DC 20007-5108
                Tel: (202) 342-8436
                Fax: (202) 342-8451

                Counsel to DDR Corp. and its affiliate DDR
                Southeast Vero Beach, LLC