### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### MOTION PURSUANT TO LOCAL BANKRUPTCY
### RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Richard E. Hagerty ("Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, hereby moves this Court for the entry of an Order permitting William E. Schonberg, a partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, to appear and practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on behalf of Cosmo Eastgate, Ltd., a creditor and interested party in the above-referenced bankruptcy proceeding, pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support of this Motion, Movant states as follows:

1.    William E. Schonberg is a member in good standing of the Ohio State Bar and the U.S. District Court for the Northern District of Ohio, and is admitted to practice before the

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Cosmo Eastgate, Ltd.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

United States District Court for the Northern District of Ohio.  There are no disciplinary proceedings pending in any court against William E. Schonberg.

  2. Movant requests that this Court grant this Motion so that William E. Schonberg may participate, appear and be heard in matters involving Cosmo Eastgate, Ltd. in this case.

  3. Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative nature of the relief requested herein, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

  WHEREFORE, Movant respectfully requests that the Court enter an Order permitting William E. Schonberg to appear *pro hac vice* in association with Movant as counsel for Cosmo Eastgate, Ltd. in these cases; and granting such other and further relief as the Court deems just and proper.

Dated: July 3, 2012

| | |
|---|---|
| /s/ Richard E. Hagerty<br>Richard E. Hagerty (VSB #47673)<br>TROUTMAN SANDERS LLP<br>1660 International Drive, Suite 600<br>McLean, VA 22102<br>(703) 734-4326<br>(703) 448-6520 (facsimile)<br>richard.hagerty@troutmansanders.com | /s/ William E. Schonberg<br>William E. Schonberg (OBR #0025140)<br>BENESCH, FRIEDLANDER,<br>  COPLAN & ARONOFF LLP<br>200 Public Square<br>Suite 2300<br>Cleveland, OH  44114-2378<br>(216) 363-4500<br>(216) 363-4588 (Facsimile)<br>wschonberg@beneschlaw.com<br><br>*Attorneys for Cosmo Eastgate Ltd* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2012, I caused a copy of the foregoing to be served on the following registered persons via the Court's CM/ECF System, and on all other persons who have requested notice in these proceedings:

>Lynn L. Tavenner, Esq.
>Paula S. Beran, Esq.
>TAVENNER & BERAN, PLC
>20 North Eighth Street, 2nd Floor
>Richmond, Virginia 23219
>
>Jeffrey N. Pomerantz, Esq.
>Andrew W. Caine, Esq.
>(admitted *pro hac vice*)
>PACHULSKI STANG ZIEHL & JONES LLP
>10100 Santa Monica Boulevard
>Los Angeles, California 90067-4100
>
>*Counsel to the Liquidating Trustee*

 /s/ Richard E. Hagerty
Richard E. Hagerty

20008912v1

3