## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION PURSUANT TO LOCAL BANKRUPTCY
## RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Richard E. Hagerty ("Movant"), a member in good standing of the Bar of the

Commonwealth of Virginia, an attorney admitted to practice before the United States District

Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern

District of Virginia, hereby moves this Court for the entry of an Order permitting Matthew J.

Samsa of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite

2300, Cleveland, Ohio 44114-2378, to appear and practice *pro hac vice* before the United States

Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on behalf of Cosmo

Eastgate, Ltd., a creditor and interested party in the above-referenced bankruptcy proceeding,

pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In support of this Motion, Movant states as

follows:

1.      Matthew J. Samsa is a member in good standing of the Ohio State Bar and the

U.S. District Court for the Northern District of Ohio, and is admitted to practice before the

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Cosmo Eastgate, Ltd.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

United States Bankruptcy Court for the Northern District of Ohio.  There are no disciplinary

proceedings pending in any court against Matthew J. Samsa.

2.      Movant requests that this Court grant this Motion so that Matthew J. Samsa may

participate, appear and be heard in matters involving Cosmo Eastgate, Ltd. in this case.

3.      Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative

nature of the relief requested herein, Movant requests that the requirement that all motions be

accompanied by a written memorandum of law be waived.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting

Matthew J. Samsa to appear *pro hac vice* in association with Movant as counsel for Cosmo

Eastgate, Ltd. in these cases; and granting such other and further relief as the Court deems just

and proper.

Dated: July 3, 2012


 /s/ Richard E. Hagerty                         /s/ Matthew J. Samsa
Richard E. Hagerty (VSB #47673)           Matthew J. Samsa (OBR #0084256)
TROUTMAN SANDERS LLP                     BENESCH, FRIEDLANDER,
1660 International Drive, Suite 600          COPLAN & ARONOFF LLP
McLean, VA 22102                          200 Public Square
(703) 734-4326                           Suite 2300
(703) 448-6520 (facsimile)                Cleveland, OH  44114-2378
richard.hagerty@troutmansanders.com       (216) 363-4500
                                        (216) 363-4588 (Facsimile)
                                        msamsa@beneschlaw.com

                                        *Attorneys for Cosmo Eastgate Ltd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2012, I caused a copy of the foregoing to be served on the following registered persons via the Court's CM/ECF System, and on all other persons who have requested notice in these proceedings:

> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
>
> Jeffrey N. Pomerantz, Esq.
> Andrew W. Caine, Esq.
> (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Boulevard
> Los Angeles, California 90067-4100
>
> *Counsel to the Liquidating Trustee*
>
>  /s/ Richard E. Hagerty
> Richard E. Hagerty

20008944v1