**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of Richard E. Hagerty, a member in good standing of the Bar of this Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), for an order granting the admission *pro hac vice* of Matthew J. Samsa of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP for the purposes of representing Cosmo Eastgate, Ltd. in the above-styled action.  Upon consideration of the motion, for good cause shown, it is hereby

ORDERED, that the *pro hac vice* motion is GRANTED and that Matthew J. Samsa of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP may appear as counsel for Cosmo Eastgate, Ltd. in all proceedings in this matter.

Entered this _____ day of _____, 2012.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

/s/ Matthew J. Samsa
Matthew J. Samsa (OBR #0084256)
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square
Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500
(216) 363-4588 (Facsimile)
msamsa@beneschlaw.com

*Counsel for Cosmo Eastgate, Ltd.*

COPIES TO:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel to the Liquidating Trustee*