**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al.,  Debtors | Chapter 11  Case No. 08-35653 (KRH)  Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO
CLAIM NO. 13475**

**PLEASE TAKE NOTICE** that DDR Corp. (f/k/a Developers Diversified Realty Corp.), on behalf of its affiliate DDRTC McFarland Plaza, LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 13475 and requests that services of any pleadings, distributions, notices or correspondence in this matter related to the Claim should be sent to the new address noted below, effective immediately.

| **Old Address** | **New Address** |
|---|---|
| DDRTC McFarland Plaza, LLC  c/o Jefferies Leveraged Credit Products, LLC  One Station Place  Three North  Stamford, CT 06902 | DDRTC McFarland Plaza, LLC  c/o Midtown Acquisitions L.P.  Attn: Jennifer Donovan  65 East 55th Street  New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| DDRTC McFarland Plaza, LLC  Kelley Drye & Warren LLP  101 Park Avenue  New York, NY 10178  Attn:   James S. Carr, Esq.  Robert L. LeHane, Esq.  Developers Diversified Realty Corporation  3300 Enterprise Parkway  Beachwood, Ohio 44122  Attn: Eric C. Cotton, Associate General Counsel | Midtown Acquisitions L.P.  Attn: Jennifer Donovan  65 East 55th Street  New York, New York 10022 |

**[signature page follows]**

Dated: June 29, 2012
      New York, New York

By: /s/ *Robert L. LeHane*_____
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
KELLEY DRYE & WARREN LLP

By: */s/ David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

Counsel to DDR Corp. and its affiliate DDRTC McFarland Plaza, LLC