**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO
CLAIM NO. 13469**

**PLEASE TAKE NOTICE that DDR Corp. (f/k/a Developers Diversified Realty Corp.), on behalf of
its affiliate DDR Southeast Loisdale, L.L.C., creditor in the above-referenced bankruptcy
proceeding, has changed its address with respect to Claim No. 13469 and requests that services of
any pleadings, distributions, notices or correspondence in this matter related to the Claim should be
sent to the new address noted below, effective immediately.**

| **Old Address** | **New Address** |
|---|---|
| DDR Southeast Loisdale, L.L.C.<br>c/o Jefferies Leveraged Credit Products, LLC<br>One Station Place<br>Three North<br>Stamford, CT  06902 | DDR Southeast Loisdale, L.L.C.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| DDR Southeast Loisdale, L.L.C.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178<br>Attn:    James S. Carr, Esq.<br>            Robert L. LeHane, Esq.<br><br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>Beachwood, Ohio 44122<br>Attn:  Eric C. Cotton, Associate General Counsel | Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

**[signature page follows]**

Dated:  June 29, 2012
         New York, New York

By: /s/ *Robert L. LeHane*_____
James S. Carr (*pro hac vice)*
Robert L. LeHane (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
KELLEY DRYE & WARREN LLP

By: */s/ David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

Counsel to DDR Corp. and its affiliate DDR
Southeast Loisdale, L.L.C.