# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE
## OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Cosmo Eastgate, Ltd., and it appearing that the motion has been served upon counsel for the Liquidating Trust and all others who have requested notice; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Cosmo Eastgate, Ltd.'s Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and that William E. Schonberg and Matthew J. Samsa, or either of them, are permitted to appear and be heard by telephone at the hearing on July 10, 2012 on behalf of Cosmo Eastgate, Ltd.

Entered this _____ day of _____, 2012.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

COPIES TO:

Richard E. Hagerty
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102

William E. Schonberg
Matthew J. Samsa
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square
Suite 2300
Cleveland, OH  44114-2378

*Counsel for Cosmo Eastgate, Ltd.*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel to the Liquidating Trustee*