# WALLACEPLEDGER, PLLC
Attorneys At Law

**Thomas J. Moran**
Attorney

The Capstone Center
7100 Forest Avenue, Suite 302
Richmond, Virginia 23226
Telephone:  (804) 282-8300
Facsimile:   (804) 282-2555

e-mail:  tmoran@wallacepledger.com

July 5, 2012

William C. Redden, Clerk
U.S. Bankruptcy Court
701 East Broad Street
Suite 4000
Richmond, VA  23219

IN RE:  CIRCUIT CITY STORES, INC., ET AL.
CASE NO:  08-35653 (KRH)
CHAPTER 11

Dear Mr. Redden:

   Please take notice that Erick F. Seamster, former counsel for Unical Enterprises, Inc., is no longer employed at the firm of WallacePledger, PLLC. WallacePledger, PLLC is no longer involved as counsel for Unical Enterprises, Inc. Accordingly, please discontinue all Notices of Electronic Filings for this matter and remove Erick F. Seamster and WallacePledger, PLLC from the mailing list.

   Your cooperation in this is appreciated. Should you have any questions, please feel free to contact me.

Very truly yours,

Thomas J. Moran

TJM:sw