IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | Chapter 11 Proceeding |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE OF COURT
TO ATTEND STATUS HEARING ON JULY 10, 2012 BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing on July 10, 2012 by Telephone, and it appearing that the motion has been served upon counsel for the Debtors, the Office of the United States Trustee for the Eastern District of Virginia, and all other necessary parties, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that PNY Technologies, Inc.'s Motion for Leave of Court to Attend Status Hearing on July 10, 2012 by Telephone is GRANTED, and Michael Reynolds, Esquire is permitted to appear and be heard by telephone at the July 10, 2012 Status Hearing on the Liquidating Trust's Objection to Claim No. 1723 Filed by PNY Technologies, Inc. [Docket No. 11864] and PNY's Response to the Liquidating Trust's Objection to Claim No. 1723 Filed by PNY Technologies, Inc. [Docket No. 12090], on behalf of PNY Technologies, Inc.

ENTERED:      /      /

_____

| | |
|---|---|
| Michael Reynolds, Esquire (admitted *pto hac vice*) | Neil E. McCullagh, Esquire (VSB #39027) |
| McCARTER & ENGLISH, LLP | Jennifer J. West, Esquire (VSB #47522) |
| Four Gateway Center | Erin E. Kessel, Esquire (VSB #65360) |
| | |
| 109 Mulberry Street | SPOTTS FAIN PC |
| Newark, NJ 07102 | P.O. Box 1555 |
| Phone: (973) 849-4188 | Richmond, VA 23218 |
| Facsimile: (973) 624-7070 | Phone: (804) 697-2000 |
| | Facsimile: (804) 697-2194 |
| | |
| *Co-Counsel for PNY Technologies, Inc.* | *Co-Counsel for PNY Technologies, Inc.* |

                United States Bankruptcy Judge

WE ASK FOR THIS:

 /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
P.O. Box 1555
Richmond, Virginia 23218
Phone: (804) 697-2000
Facsimile:  (804) 697-2194
*Co-Counsel for PNY Technologies, Inc.*

and

Michael Reynolds, Esquire (admitted *pro hac vice*)
McCARTER & ENGLISH, LLP
Four Gateway Center
109 Mulberry Street
Newark, NJ 07102
Phone: (973) 849-4188
Facsimile: (973) 624-7070
*Co-Counsel for PNY Technologies, Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 5, 2012, a true copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid and/or electronic means on the following, constituting all necessary parties:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Andrew Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100

                                  /s/ Neil E. McCullagh

**PARTIES TO RECEIVE COPIES:**

Neil E. McCullagh, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Andrew Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100