**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | |
| **Circuit City Stores, Inc., et al.,** | ) ) | Case No. 08-35653 (KRH) |
| | ) | **(Chapter 11)** |
| **Debtors.** | ) ) | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman LLP ("PWSP") and the undersigned attorney, having appeared in the above-referenced case on behalf of NAMCO BANDAI Games America Inc. ("Namco"), have withdrawn as counsel for Namco.

Please remove PWSP and the undersigned counsel from all notice lists and the mailing matrices in the above-referenced case.

Dated: July 9, 2012            Respectfully submitted,

                                       PILLSBURY WINTHROP SHAW PITTMAN, LLP

                                       By:   /s/ Jerry Hall
                                                Jerry Hall
                                                jerry.hall@pillsburylaw.com
                                                2300 N Street, N.W.
                                                Washington, D.C. 20037-1128
                                                Tel:  (202) 663-8000
                                                Fax:  (202) 663-8007

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 9, 2012, a true and correct copy of the Notice of Withdrawal was properly served electronically via CM/ECF on all parties having registered with the Court's ECF program in this case and by regular U.S. Mail, postage pre-paid to:

>NAMCO BANDAI Games America Inc.
>c/o Martin Nguyen
>1740 Technology Drive
>San Jose CA 95110

>/s/ Jerry Hall
>Jerry Hall
>jerry.hall@pillsburylaw.com
>2300 N Street, N.W.
>Washington, D.C. 20037-1128
>Tel:  (202) 663-8000
>Fax:  (202) 663-8007