David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com
ccolby@vanblk.com

*Local Counsel for County of Alameda Treasurer-Tax Collector*

John Thomas Seyman
Admitted *Pro Hac Vice*
California State Bar No. 122508
**Office of the County Counsel**
**County of Alameda**
1221 Oak St., Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

*Counsel for County of Alameda Treasurer-Tax Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   CIRCUIT CITY STORES, INC., et al.        Case No. 08-35653-KRH
                                                  Jointly Administered
                                                  Chapter 11 Proceedings

                Debtor(s).

### REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**NOW COMES** Anne G. Bibeau, pursuant to Rule 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670

dlannetti@vanblk.com
abibeau@vanblk.com

Jerrell E. Williams (VSB #75570)
Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
jwilliams@vanblk.com
ccolby@vanblk.com

and

John Thomas Seyman
Admitted *Pro Hac Vice*
California State Bar No. 122508
**Office of the County Counsel**
**County of Alameda**
1221 Oak St., Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telefax or otherwise, which affects the Debtors or property of the Debtors in the above captioned cases or their estates.

This Request for Service of all pleadings and orders shall not be deemed or construed to be a waiver of the right of County of Alameda Treasurer-Tax Collector (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, (3) to have the District Court withdraw the

2

reference in any mater subject to mandatory or discretionary withdraw, or (4) or any other rights, claims, actions, setoffs, or recoupments to which the County of Alameda Treasurer-Tax Collector is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments County of Alameda Treasurer-Tax Collector expressly reserves.

          Respectfully submitted,

          /s/ Anne G. Bibeau
          David W. Lannetti, Esq. (VSB #44273)
          Anne G. Bibeau, Esq. (VSB #41488)
          **VANDEVENTER BLACK LLP**
          101 W. Main Street, Suite 500
          Norfolk, Virginia 23510
          Telephone:  757-446-8517
          Facsimile:  757-446-8670
          abibeau@vanblk.com
          dlannetti@vanblk.com

          Jerrell E. Williams (VSB #75570)
          Christopher S. Colby (VSB #76613)
          **VANDEVENTER BLACK LLP**
          707 East Main Street, Suite 1700
          P. O. Box 1558
          Richmond, VA  23218
          Tel. 804-237-8800
          Fax 804-237-8801
          jwilliams@vanblk.com
          ccolby@vanblk.com

          John Thomas Seyman
          Admitted *Pro Hac Vice*
          California State Bar No. 122508
          **Office of the County Counsel**
          **County of Alameda**
          1221 Oak St., Suite 450
          Oakland, CA 94612
          Tel. 510-272-6700
          Fax 510-272-5020
          john.seyman@acgov.org

          *Counsel for County of Alameda Treasurer-Tax Collector*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all entities/individuals on the Court's database.

/s/ Anne G. Bibeau
Anne G. Bibeau, Esq. (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone:  757-446-8517
Facsimile:  757-446-8670
abibeau@vanblk.com

4822-7380-4304, v.  1