**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.,** | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that GRI EQY Sparkleberry Square LLC, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Circuit City Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed in proof of claim numbered 12759 and in the schedules), and hereby requests that service of any pleadings, notices, correspondence and distribution related to such claim be sent to the New Address as set forth below, effective as of the date hereof:

| **Former Address** | **New Address** |
|---|---|
| GRI-EQY (Sparkleberry Square) LLC<br>c/o Brianna Haggard<br>1600 NE Miami Gardens Drive<br>N. Miami Beach, FL 33179 | GRI EQY Sparkleberry Square LLC<br>c/o Aaron Kitlowski, Esquire<br>Vice President and General Counsel<br>Equity One Inc.<br>410 Park Avenue, Suite 1220<br>New York, NY 10022 |
| GRI EQY Sparkleberry Square LLC<br>Mary Smith Property Manager<br>1600 NE Miami Gardens Drive<br>North Miami Beach, FL 33179 | |

_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for GRI EQY Sparkleberry Square LLC

GRI EQY Sparkleberry Square LLC
PO Box 536419
Atlanta, GA 30353-6419


Dated: July 12, 2012            /s/ Jennifer M. McLemore
                                Jennifer M. McLemore
                                Counsel for GRI EQY Sparkleberry Square, LLC


# CERTIFICATE OF SERVICE

I, Jennifer M. McLemore, hereby certify that on the 12th day of July 2012, a true and correct copy of the foregoing has been served electronically using the ECF system on all registered users of the CM/ECF system and mailed to the following:

**Claims Agent**
Circuit City Stores, Inc., et al.
Claims Processing Department
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245


                                /s/ Jennifer M. McLemore
                                Jennifer M. McLemore

1291190

2