UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc.

Chapter 11

Case No. 08-35653

Debtors

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Cables Unlimited, Inc., a creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor, debtor in possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering claim number 259 (as listed on the Debtor's schedules or on proofs of claim filed in the cases or otherwise on a claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to claims number 259 or any distribution or payment thereon shall be accepted by the Debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

Former Address

Cables Unlimited, Inc.
3 Old Dock Road
Yahank, NY 11980

New Address

Cables Unlimited, Inc.
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

Cables Unlimited, Inc.

By: _____

Date: 7/10/12