MINNESOTA PERSONAL INJURY ATTORNEY



July 12, 2012

Krister D. Johnson
Attorney at Law

United States Bankruptcy Court
Attn: William C. Redden
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219



RE:   Your Case No: 08-35653-KRH
      Chapter: 11
      Judge:  Kevin R. Huennekens

Dear Mr. Redden:

Please take notice that I Audrey Soltis in the above captioned matter. Please send all future correspondence and filling information to my attention at the address listed above.

If you have any questions or concerns, please let me know.

Best regards,

Krister D. Johnson
Attorney at Law

CT/ct

14 North Seventh Avenue, St. Cloud, Minnesota 56303   •   tel: 320-255-5000   •   fax: 320-255-5300   •   www.mymnpro.com