IN THE JOHNSON COUNTY DISTRICT COURT

GREGORY LEE MCCALL
_____,
            Plaintiff/Petitioner

v.                                              Case No. 04-CV-2240

CIRCUIT CITY STORES, INC.
_____,
            Defendant/Respondent.

NOTICE OF CHANGE OF ADDRESS

```
RICHMOND DIVISION
F                    F
I                    I
L   JUL 2 3 2012     L
E                    E
D      CLERK         D
   US BANKRUPTCY COURT
```

COMES NOW, Gregory Lee McCall, pro se, and hereby gives his "Notice of Address Change from P.O. Box 5300, Adelanto, California 92301, to P.O. Box 3850, Adelanto, California 92301. Effective immediately, please mail all correspondance to him directly at the above cited new address.

                                    Respectfully,

                                    By: _____
                                        Gregory Lee McCall