Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 26, 2012 AT 2:00 P.M. (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 26, 2012 beginning at 2:00 p.m. Eastern.

1.    Motion to Vacate *[Motion of iProspect.com, Inc. to Vacate Default Judgment and Memorandum of Points and Authorities in Support]* (Re: related document(s)9 Judgment) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. (Docket No. 11)

        Related
        Documents:

        a.    Judgment for Plaintiff in the amount of $ 190,391.77 (Re: related document(s)1 Complaint filed by Alfred H. Siegel) (Docket No. 9)

        b.    Notice of Hearing (Re: related document(s)11 Motion to Vacate filed by iProspect.com Inc.) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 14)

        Objection
        Deadline:              Continued generally by agreement

        Objections/
        Responses            None
        Filed:

        Status:              The parties have agreed to mediate all issues in this adversary proceeding. The parties, therefore, desire that a status hearing on this matter be conducted on September 19, 2012 at 2:00 p.m.

2.    *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657; Motion to Compel *(Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 8)

        Related
        Documents:

        a.    Notice of Hearing (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 9)

        b.    Docket Entry - Hearing continued; (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 4/12/2012 at 02:00 PM at

Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Plantiff. (Docket No. 22)

c.   Docket Entry - Hearing continued; (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 23)

d.   Docket Entry - Hearing continued; (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 6/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 24)

e.   Hearing continued by agreement of partes (no one need appear at hearing set for 6/7/12); (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 25)

f.   Hearing continued; (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 26)

g.   Notice of Hearing (*Notice of Substantive Hearing on Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions*) [18] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 7/26/2012 at 2:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 27)

h.   Plaintiff's Reply to - *PLAINTIFF/TRUSTEES REPLY TO DEFENDANTS RESPONSE TO MOTION FOR ORDER PURSUANT TO RULE 7037 AGAINST SYNNEX CORPORATION FOR FAILURE TO RESPOND TO DISCOVERY AND FOR SANCTIONS* (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 32)

Objection
Deadline:                    February 14, 2012, continued to July 19, 2012

Objections/
Responses
Filed:                       Defendant's Response to *Plaintiff's* (Re: related document(s)[18]
                             Motion to Compel filed by Alfred H. Siegel) filed by David H.
                             Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX
                             Corporation, a/k/a New Age Electronics, a division of SYNNEX

Corporation. (Attachments: # (1) Exhibit(s) 1 - Email Trail)
(Docket No. 30)

| | |
|---|---|
| Status: | While the parties are working diligently to try to settle all outstanding issues, given the upcoming trial, the Trust intends to go forward with its Motion absent a documented settlement. |

3.  *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657Motion to Shorten Time *and Amend Discovery Response to Change Status of Expert Witness* filed by David H. Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation. (Attachments: # 1 Exhibit(s) 1 - Dorman Wood Report# 2 Exhibit(s) 2 - Response to Production of Documents) (Docket No. 28)

| | |
|---|---|
| Related Documents: | |
| a. | Notice of Hearing (Re: related document(s)28 Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation) filed by David H. Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation. Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 29) |
| Objection Deadline: | July 26, 2012 |
| Objections/ Responses Filed: | Plaintiff's Objection to - *PLAINTIFF/TRUSTEES OPPOSITION TO DEFENDANTS MOTION TO AMEND DISCOVERY RESPONSE TO CHANGE STATUS OF EXPERT WITNESS AND SHORTEN NOTICE TIME; AND AFFIDAVIT OF JASON S. POMERANTZ* (Re: related document(s)28 Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # 1 Exhibit(s) A through G) (Docket No. 31) |
| Status: | While the parties are working diligently to try to settle all outstanding issues, given the upcoming trial, the Trust intends on opposing the relief requested in the Motion. |

Dated: Richmond, Virginia
July 24, 2012

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust