UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that 13630 Victory Boulevard LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XI L.P. and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim 13691, filed 6/8/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**FORMER ADDRESS**
13630 Victory Boulevard LLC
Attn Gail B Price SBN 185968
Bronwen Price
2600 Mission St Ste 206
San Marino, CA 91108

**NEW ADDRESS**
13630 Victory Boulevard LLC
c/o United States Debt Recovery, XI, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

13630 Victory Boulevard LLC
Print Name: Enrique Gonzalez Jr    Title: President

Signature: _____    Date: 7/17/12