# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| ) | Chapter 11 |
| ) |  |
| ) | Case No.: 08-35653 |
| In re: ) |  |
| ) | Judge Kevin R. Huennekens |
| CIRCUIT CITY STORES, INC., ) |  |
| ) | Jointly Administered |
| Debtors. ) |  |
| ) | TRANSFER OF CLAIM / BILL OF SALE |
| ) | BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the claim(s) of 13630 Victory Boulevard LLC (underlying creditor or "Transferor"), against the above captioned Debtor as set forth in proof of claim number 13691 filed 6/8/2009 for $753,292.80 as unsecured, subsequently reduced and allowed as $333,752.18 unsecured by settlement agreement and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery XI LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR: 13630 Victory Boulevard LLC

Print Name _Enrique Gonzalez, Jr._   Title: _President_

Signature: _____   Date: _7/17/12_

Corrected Address (if req.) _____

Phone: _____   E-Mail: _____

TRANSFEREE:
United States Debt Recovery XI LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____

Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
| | ) |
| Debtor. | ) Judge Kevin R. Hennekens |
| | ) |
| | ) |
| | ) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
13630 Victory Boulevard LLC
Attn Gail B Price SBN 185968
Bronwen Price
2600 Mission St Ste 206
San Marino, CA 91108

**Name of Transferee:**
United States Debt Recovery XI, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO. _____
Copy  (check)   Claims Agent_____     Transferee_____    Debtor's
Attorney_____

_____
Deputy Clerk