# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

In re:                              :

                                    :   Chapter 11

                                    :

                                    :   Case No. 08-35653

Circuit City Stores, Inc.

RICHMOND DIVISION

FILED

JUL 3 0 2012

CLERK
US BANKRUPTCY COURT

Debtors

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that James H. Wimmer Jr. , a creditor in the case of the above captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim ( as listed on the Debtors schedules and claims register), and hereby requests that service of any pleadings, notices correspondence and all distributions relating solely to claim numbers 9584 and 13959 or any distribution or payment thereon shall be accepted by the Debtor Party without the expressed written consent of James H. Wimmer Jr. and be sent to the new address set forth below, effective as of the date hereof.

**Former Address:**                          **New Address**

**James H. Wimmer Jr.**                      **James H Wimmer**

**12928 Church Rd.**                         **2205 Sara Ann Ct.**

**Richmond, Va. 23233**                      **Aylett, Va. 23009**

*I declare that the foregoing is true and correct*

James H Wimmer Jr

By: _____

Date: 07/25/2012

*CC : Michael Mueller*

*mmuelle@cblaw.com*

*909 East Main St. Suite 1200*

*Richmond, Virginia 23219-4112*