# EXHIBIT A

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

CIRCUIT CITY STORES, INC., et al.

Debtors.

_____ /

Case No.: 08-35653
Chapter 11
Jointly Administered

### AFFIDAVIT OF RACHELLE BOCKSCH

STATE OF FLORIDA      :
                      :  SS
COUNTY OF DADE        :

I, **RACHELLE BOCKSCH**, first having been duly sworn upon oath, deposes and says as follows:

1. My name is Rachelle Bocksch and I was the attorney assigned to handle the claim of Karl Engelke vs. Circuit City, et. al.

2. A proof of claim was filed in this case on January 26, 2009 and then again on June 8, 2009. See attached.

3. The Defendant filed an objection to the proof of claim on August 20, 2009 and scheduled a hearing for same on September 22, 2009.

4. My understanding was that the Plaintiff, Karl Engelke, could pursue still any insurance coverage that was in effect on the date of the subject incident as said insurance coverage was not a part of the bankruptcy proceedings and thus any applicable insurance would not be "discharged" in bankruptcy.

Respectfully submitted,

By: /s/ Rachelle Bocksch
Rachelle Bocksch, Esq
Fla. Bar No.: 151823

Sworn to and Subscribed before me this 24th day of January, 2011.

_____
NOTARY PUBLIC
State of Florida at Large

SEAL: 
JENNIFER LOVING
MY COMMISSION # EE022774
EXPIRES September 14, 2014
(407) 398-0153  FloridaNotaryService.com

The Debtor has listed your claim as Contingent, Unliquidated, and/or Disputed on Schedule F as a General Unsecured claim. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

# 5276

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted: (Check only one box below:)

☑ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)
☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)
☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
ENGELKE, KARL

Name and address where notices should be sent:    NameID: 4973889    PackID: 366312

ENGELKE, KARL
1001 BICKELLY BAY DR SUITE 1200
MIAMI FL 33131

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):
Ronald M. Simon, P.A and Karl Engelke
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Telephone number: 305-375-6500

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Personal Injury
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6027

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____
Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

Date: 1-17-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Ronald M. Simon, Esq.*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED
JAN 26 2009
KURTZMANCARSONCONSULTANTS

MasterCode: 10137763



0835653081218074105169970

#13287

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 |
| et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

RECEIVED
JUN 08 2009
KURTZMAN CARSON CONSULTANTS

## ADMINISTRATIVE EXPENSE REQUEST

Claimant, KARL ENGELKE, by and through the undersigned counsel, files this Administrative Expense Request pursuant to the United States Banruptcy Court for the Eastern District of Virginia's Administrative Bar Date Order in the above captioned chapter 11 cases, and would state as follows:

1. Claimant, KARL ENGELKE, was involved in a slip and fall accident that occurred on May 8, 2008 at a Circuit City Store number 4201.

2. As a result of the incident, KARL ENGELKE, sustained personal injuries.

3. Claimant, KARL ENGELKE, filed a Proof of Claim, which was received on January 26, 2009, prior to the deadline. A copy of the receipt of Proof of Claim is attached hereto.

4. The Debtor against which this claim is being filed is CIRCUIT CITY STORES, INC. (Case no. 08-35653).

5. The amount claimant, KARL ENGELKE, is seeking in his claim is $450,000 (Four Hundred Fifty Thousand Dollars and no/100).

6. The legal and factual basis for the filing of the Administrative Expense are as follows:

On May 8, 2008 KARL ENGELKE was seriously injured when he slipped and fell in the bathroom of the CIRCUIT CITY STORES bathroom. During the fall, he struck his head, rendering him unconscious. He was treated in the Emergency Room at Holmes Hospital where he had complaints of head and neck pain, nausea, erythema and swelling to the frontal aspect of his head. He sought subsequent medical treatment and was later diagnosed with a post traumatic seizure disorder, migraine headaches, and anosmia. The medical records are attached.

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return


0835653090608000000000024

KARL ENGELKE's claim against CIRCUIT CITY STORES is for negligently maintaining the store in an unreasonably safe condition, for failing to have a reasonable mode of operation and proper policies and procedures in place to detect dangerous conditions, for failing to warn KARL ENGELKE of the aforementioned condition and the risks involved, and by failing to properly train and supervise its employees concerning safeguarding the premises from foreseeable and known hazards.

I HEREBY CERTIFY a true and correct copy of this Administrative Expense Request was filed on this ____ day of June, 2009 to: Circuit City Stores, Inc. Claims Processing Dept., Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245.

          SIMON & BOCKSCH
          Attorneys for Plaintiffs
          1001 Brickell Bay Drive, Suite 1200
          Miami, Florida 33131
          Telephone  :  (305) 375-9575
          Facsimile     (305) 375-0388

By: _____
    RACHELLE R. BOCKSCH
    Florida Bar No.: 151823

RECEIVED
JUN 08 2009
KURTZMAN CARSON CONSULTANTS