# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**  **In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12290* – Notice of Motion and Notice of Hearing (Re: related document(s)12289 Motion to Reconsider filed by Karl Engelke) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Karl Engelke. Hearing scheduled 8/22/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Nelson, Brittany)

**REQUIREMENTS OF FORM/PROCESS:**

- ▁ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- ▁ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- ▁

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

- ▁ Not accompanied by Certification Regarding Request for Expedited Hearing*.
- ▁

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- ▁ Not accompanied by proof of service indicating service of motion upon parties required to be served.
- ▁ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.
- ▁ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- ▁

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- ▁ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- ▁ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- **X** Date, time and/or location omitted or incorrect in Notice of Hearing.
- ▁ Notice of Hearing/Response not properly linked to Motion/Application/Objection
- **X** Hearing Date Is Incorrect

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov

Date:  August 1, 2012         CLERK, UNITED STATES BANKRUPTCY COURT

                              By /s/ Suzanne French, Deputy Clerk
[igmotionvDec2009.jsp]        Direct Dial Telephone No. 804–916–2419