Michael J. Lockerby (VSB No. 24003)
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
202-672-5300

Stephenie Biernacki Anthony
(*pro hac vice* motion pending)
Allison C. Doucette
(*pro hac vice* motion pending)
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  (813) 273-5613
Facsimile:  (813) 221-4113

*Counsel for Karl Engelke*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et. al. | ) Case No. 08-35653 |
|       Debtors. | ) |
| | ) Jointly Administered |

---

**AMENDED NOTICE OF MOTION AND NOTICE OF HEARING**

     PLEASE TAKE NOTICE that on July 31, 2012, Karl Engelke, by counsel, filed with the Court his *Motion for Reconsideration of Order Disallowing Claim and Memorandum in Support* (the "Motion").

     **Your rights might be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

4844-0615-0416.1

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures w [Docket No. 6208] (the "Case Management Order') was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** on **August 23, 2012 at 2:00 pm** (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia, 23219, and will move the Court for an entry of an order approving the Motion.

If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 16, 20012,** you or your attorney must:

☒ File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

Clerk of the Court
United States Bankruptcy Court
701 E. Broad Street, Suite 4000
Richmond, VA  23219

You must also serve your objection in accordance with the Case Management Order and on the undersigned.

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Date: August 1, 2012

Respectfully submitted,

/s/   *Brittany J. Nelson*
Michael J. Lockerby (VSB No. 24003)
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-295-4732
Telecopier: 202-672-5399

and

Stephenie Biernacki Anthony
(*pro hac vice* motion pending)
Allison C. Doucette
(*pro hac vice* motion pending)
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  (813) 273-5613
Facsimile:   (813) 221-4113

*Counsel for Karl Engelke*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of August, 2012, I will file the foregoing

**NOTICE OF MOTION AND NOTICE OF HEARING** with the Court using the CM/ECF

system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: August 1, 2012

/s/ *Brittany J. Nelson* _____
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-945-6079
Telecopier: 202-672-5399

4844-0615-0416.1