UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No.: 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**PLEASE TAKE NOTICE** that **Erica S. Zaron, Assistant County Attorney,** hereby withdraws as counsel for creditor Miami-Dade County Tax Collector ("Tax Collector") in this bankruptcy case and requests that her name be removed from the Court's mailing matrix and service list for this case. Undersigned counsel certifies that as of the date of this Notice there are no pending contested matters or adversary proceedings in this case involving Tax Collector. Tax Collector's contact information is as follows:

**MIAMI-DADE COUNTY TAX COLLECTOR
PARALEGAL UNIT
140 West Flagler Street
Suite 1403
Miami, FL 33130-1569
Telephone: (305) 375-4234**

This Notice is with respect to Erica S. Zaron only, and is not intended to affect service independently requested by Tax Collector, any other department of Miami-Dade County, or counsel therefore, or their continued listing in the mailing matrix and service list for this case.

Respectfully submitted,

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL  33128


By:    /s/  Erica S. Zaron
      Erica S. Zaron
      Assistant County Attorney
      Florida Bar No. 0514489
      Telephone:    (305) 375-5151
      Facsimile:     (305) 375-5611
      E-Mail:          cao.bkc@miamidade.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. Mail to:  **MIAMI-DADE COUNTY TAX COLLECTOR PARALEGAL UNIT**, 140 West Flagler Street, Suite 1403, Miami, FL  33130-1569; **CIRCUIT CITY STORES, INC.,** *Debtor*, 9950 Mayland Drive, Richmond, VA  23233;; **U.S. TRUSTEE, W. Clarkson McDow, Jr.**, 701 E. Broad Street, Suite 4304, Richmond, VA  23219; and **DANIEL F. BLANKS, ESQ.**, McGuire Woods LLP, *Counsel to Debtor* , 9000 World Trade Center, 101 W. Main St., Norfolk, VA 23510;, on this __27th__ day of _____July_____, 2012.


By:    /s/    Erica S. Zaron
      Erica S. Zaron

**COUNTY ATTORNEY**
**MIAMI-DADE COUNTY, FLORIDA**



111 N.W. FIRST STREET
SUITE 2810
MIAMI, FLORIDA 33128-1993
TEL (305) 375-5151
FAX (305) 375-5634

July 27, 2012

Clerk of Court
U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Suite 4000
Richmond, VA 23219

    In re:  **Circuit City Stores, Inc., et al.**
           **Case No. 08-35653 (KRH)**

To Whom It May Concern:

    Enclosed please find original of Notice of Withdrawal of Appearance as Counsel and Request for Removal from Court Matrix and Service list for filing with the Court. The undersigned counsel is a limited ECF user; therefore, we are not able to docket the attached Notice electronically.

    Also, please date stamp the enclosed copy of the Notice and return to my attention in the self-addressed stamped envelope provided herein for your convenience.

    If you have any questions, please do not hesitate to contact me at (305) 375-5151. Thank you for your assistance.

Sincerely,

Erica S. Zaron
Assistant County Attorney

ESZ;ej

Enclosures