IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                          Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.,**            Chapter 11 (Jointly administered)

**Debtors.**

## AMENDED APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Kaufman & Canoles P.C. and Clark Hill PLC enter their respective appearances on behalf of Ramco West Oaks I, LLC, a Delaware limited liability company, Ramco JW, LLC, a Delaware limited liability company, RLV Village Plaza, LP, a Delaware limited partnership, RLV Vista Plaza, LP, a Delaware limited partnership, Agree Limited Partnership, a Delaware limited partnership, Rebs Muskegon, LLC, a Delaware limited liability company, Pelkar Muskegon, LLC, a Delaware limited liability company, and Faram Muskegon, LLC, a Delaware limited liability company, as Tenants in Common (collectively, the "Landlords").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), the Landlords request that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application,

| | |
|---|---|
| Paul K. Campsen, Esq. | David M. Blau, Esq. |
|  VSB No. 18133 |  Michigan Bar No. P52542 |
| Kaufman & Canoles | Clark Hill PLC |
| 150 West Main Street (23510) | 151 South Old Woodward Avenue, Suite 200 |
| Post Office Box 3037 | Birmingham, MI 48009 |
| Norfolk, VA 23514 | Tele:    (248) 642-9692 |
| Tele:    (757) 624-3000 | Fax:    (248) 642-2174 |
| Fax:    (757) 624-3169 | Email:  dblau@clarkhill.com |
| Email:  pkcampsen@kaufcan.com | |

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, Agree Limited Partnership, Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common*

8350577.1 09999/09999-030006

motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

>Paul K. Campsen, Esq.
>Kaufman & Canoles
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Tele: (757) 624-3000
>Fax: (757) 624-3169
>E-mail: pkcampsen@kaufcan.com
>
>David M. Blau, Esq.
>Clark Hill PLC
>151 South Old Woodward Avenue, Suite 200
>Birmingham, MI 48009
>Tele: (248) 642-9692
>Fax: (248) 642-2174
>E-mail: dblau@clarkhill.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, the Landlords further request that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as set forth above.

Respectfully submitted,

| | |
|---|---|
| **Kaufman & Canoles, a professional corporation** | **Clark Hill PLC** |
| By: /s/ Paul K. Campsen | By: /s/ David M. Blau |
| Paul K. Campsen, Esq. | David M. Blau Esq. |
| VSB No. 18133 | Michigan Bar No. P52542 |
| 150 West Main Street, Suite 2100 | 151 S. Old Woodard Ave., Suite 200 |
| Norfolk, VA 23510 | Birmingham, MI 48009 |
| Tele: (757) 624-3000 | Tele: (248) 642-9692 |
| Fax: (747) 624-3169 | Fax: (248) 642-2174 |
| Email: pkcampsen@kaufcan.com | Email: dblau@clarkhill.com |

Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, Agree Limited Partnership, Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common

8350577.1 09999/09999-030006

## CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of August, 2012, the foregoing was sent to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

_/s/ Paul K. Campsen_

11852584_2.DOC

3

8350577.1 09999/09999-030006