IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                   Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.,**        Chapter 11 (Jointly administered)

**Debtors.**

## AMENDED APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Kaufman & Canoles, a professional corporation, and Clark Hill PLC enter their respective appearances on behalf of Geenen DeKock Properties, L.L.C. ("GDP").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), GDP requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

> Paul K. Campsen, Esq.
> Kaufman & Canoles
> 150 West Main Street, Suite 2100
> Norfolk, VA  23510
> Tele:  (757) 624-3000
> Fax:   (757) 624-3169
> E-mail: pkcampsen@kaufcan.com

| | |
|---|---|
| Paul K. Campsen, Esq.<br> VSB No. 18133<br>Kaufman & Canoles, a<br> professional corporation<br>150 West Main Street (23510)<br>Post Office Box 3037<br>Norfolk, VA  23514<br>Tele:   (757) 624-3000<br>Fax:    (757) 624-3169<br>Email:  pkcampsen@kaufcan.com | David M. Blau, Esq.<br> Michigan Bar No. P52542<br>Clark Hill PLC<br>151 South Old Woodward Avenue, Suite 200<br>Birmingham, MI 48009<br>Tele:   (248) 642-9692<br>Fax:    (248) 642-2174<br>Email:  dblau@clarkhill.com |

*Co-Counsel for Geenen DeKock Properties, L.L.C.*

>David M. Blau, Esq.
>Clark Hill PLC
>151 South Old Woodward Avenue, Suite 200
>Birmingham, MI 48009
>Tele: (248) 642-9692
>Fax: (248) 642-2174
>E-mail: dblau@clarkhill.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, GDP further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to it as set forth above.

Respectfully submitted,

| **Kaufman & Canoles, a professional corporation** | **Clark Hill PLC** |
|---|---|
| By: /s/ Paul K. Campsen<br>Paul K. Campsen, Esq.<br>  VSB No. 18133<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tele: (757) 624-3000<br>Fax: (747) 624-3169<br>Email: pkcampsen@kaufcan.com | By: /s/ David M. Blau<br>David M. Blau Esq.<br>  Michigan Bar No. P52542<br>151 S. Old Woodard Ave., Suite 200<br>Birmingham, MI 48009<br>Tele: (248) 642-9692<br>Fax: (248) 642-2174<br>Email: dblau@clarkhill.com |

Co-Counsel for Geenen DeKock Properties, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that, on the 7th day of August, 2012, the foregoing was sent to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

11853346_1.DOC