IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 5145**

PLEASE TAKE NOTICE that OSPREY AUDIT SPECIALISTS, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address<br><br>Osprey Audit Specialists<br>2235 Oakengate Ln<br>Midlothian, VA 23113 | New Address<br><br>Osprey Audit Specialists<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
|---|---|
| Notice Party(ies)<br><br>Osprey Audit Specialists<br>2235 Oakengate Ln<br>Midlothian, VA 23113 | New Notice Party(ies)<br><br>Osprey Audit Specialists<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: August 3, 2012

Osprey Audit Specialists, LLC

By: /s/ Timothy J. Morris, Sr.
Name: Timothy J. Morris, SR
Title: MANAGER

                    OSPREY AUDIT SPECIALISTS, LLC

                    /s/ Christopher L. Perkins

Christopher L. Perkins
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Ilan Markus
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3212

*Counsel for Osprey Audit Specialists, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of August 2012 a true and correct copy of the foregoing Notice was served on all persons receiving electronic notice in this case.

                    /s/ Christopher L. Perkins
                    Counsel