Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -     x
In re:                          :     Chapter 11
                                :
CIRCUIT CITY STORES, INC., <u>et al</u>.,  :     Case No. 08-35653 (KRH)
                                :
            Debtors.            :
- - - - - - - - - - - - - -     :     Jointly Administered
                                x

**FIRST ORDER REGARDING LIQUIDATING TRUST'S FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS
<u>(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is SUSTAINED, as set forth herein.

2.  The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3.  The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4.  The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

law permits, are not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
        _____, 2012


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                 - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              */s/ Lynn L. Tavenner*
                              Lynn L. Tavenner

In re Circuit City Stores, et al., Case No. 08-35653 (KRH)
Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims
EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor | |
| 1/20/2009 | 5198 | IRISH HILLS PLAZA WEST II LLC 284 HIGUERA ST SAN LUIS OBISPO, CA 93401 | $785,935.15 General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $51,034.75 General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | |
| 1/30/2009 | 10066 | M I A Brookhaven LLC Allison Fridy Arbuckle Esq Wise DelCutto PLLC 200 North Upper St Lexington, KY 40507 | $118,098.76 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 4/30/2009 | 13003 | Marco Portland General Partnership Peter Jazayeri Ervin Cohen & Jessup LLP 9401 Wilshire Blvd Beverly Hills, CA 90212 | $800,206.68 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 4/7/2009 | 12141 | Market Pointe I LLC Attn Robert J Boyle 15807 E Indiana Ave Spokane, WA 99216 | $645,584.87 General Unsecured | CIRCUIT CITY STORES, INC. | $20,873.26 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 1/21/2009 | 5089 | MFR Properties Attn FBR c o Robinson Brog Leinwand et al 875 3rd Ave Fl 9 New York, NY 10022-0123 | $226,136.55 General Unsecured | CIRCUIT CITY STORES, INC. | $27,586.59 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 5/21/2010 | 15036 | Monte Vista Crossings LLC c o Hall Equities Group 1855 Olympic Blvd No 250 Walnut Creek, CA 94596 | $442,365.38 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 4/21/2009 | 12379 | Pacific Harbor Equities LLC c o Hope Properties 3000 Pablo Kisel Blvd Ste 300C Brownsville, TX 78526 | $5,241,606.83 General Unsecured | CIRCUIT CITY STORES, INC. | $85,298.69 General Unsecured | CIRCUIT CITY STORES, INC. | |
| 1/20/2010 | 14803 | Ray Fogg Corporate Properties LLC c o Weltman Weinberg & Reis Co LPA 323 W Lakeside Ave 2nd Fl Cleveland, OH 44113 | $410,431.14 General Unsecured | CIRCUIT CITY STORES, INC. | $0.00 General Unsecured | CIRCUIT CITY STORES, INC. | |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12760 | International Speedway Square<br>Attn Mark A Bogdanowicz c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |
| 14511 | Janaf Shops LLC<br>Attn Adam K Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave<br>2290 First National Bldg<br>Detroit, MI 48226-3506 |
| 13927 | Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 12574 | Jefferies Leveraged Credit Products LLC<br>Jefferies & Co Inc<br>Attn Mark Sahler<br>Harborside Financial Ctr<br>34 Exchange Pl Plz 111 Ste 705<br>Jersey City, NJ 07311 |
| 14477 | Jefferson Mall Company II LLC<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |
| 12564 | Johnson City Crossing LP<br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP 999 Peachtree St NE<br>Atlanta, GA 30309-3996 |

1

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12771 | Jubilee Springdale LLC<br>Attn Kimberly A Pierro Esq Kutak Rock LLP<br>1111 E Main St Ste 800<br>Richmond, VA 23219 |
| 7891 | KC BENJAMIN REALTY LLC<br>10689 N PENNSYLVANIA ST<br>C/O SANDOR DEVELOPMENT CO<br>INDIANAPOLIS, IN 46280-1070 |
| 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12423 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12161 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA<br>merger to LaSalle Bank NA as Trustee for<br>Gregory A Cross<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 11948 | Kimco Arbor Lakes SC LLC<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 11923 | Kimco North Rivers 692 Inc<br>c o Morgan Lewis & Bockius LLP Attn Neil E<br>Herman Esq 101 Park Ave<br>NY, NY 10178 |
| 11949 | KIR Amarillo LP<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 904 | KIR Arboretum Crossing LP<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 12099 | KIR Augusta I 044 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 11951 | KIR Piers LP<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12873 | Kite Coral Springs LLC<br>Attention Mark A Bogdanowicz c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |
| 12521 | KNOXVILLE LEVCAL LLC<br>ATTN DONISUE RUPP<br>C O PRINCIPAL REAL ESTATE INVESTO 801<br>GRAND AVE G 022 E30<br>DES MOINES, IA 50392 |
| 1727 | KOLO ENTERPRISES NKA KOLO<br>ENTERPRISES LLP<br>ATTN BOB LONDON<br>2931 PIEDMONT RD STE E<br>ATLANTA, GA 30305 |
| 12707 | KRG Market Street Village LP<br>c o Ice Miller LLP<br>Attn Mark A Bogdanowicz One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |
| 12448 | La Habra Imperial LLC<br>METRO POINTE RETAIL ASSOC 949 S COAST DR STE 600<br>COSTA MESA, CA 92626 |
| 12917 | Laguna Gateway Phase 2 LP<br>Attn John L Pappas c o Pappas Investments 2020 L St 5th Fl<br>Sacramento, CA 95814 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 12918 | Laguna Gateway Phase 2 LP<br>Attn John L Pappas c o Pappas Investments 2020 L St 5th Fl<br>Sacramento, CA 95814 |
| 13940 | Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 14961 | Landlord Van Ness Post Center LLC<br>23 Geary St<br>San Francisco, CA 94108 |
| 14664 | Landover Landover Crossing LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 3266 | Landover Landover Crossing LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 5993 | M & M BERMAN ENTERPRISES<br>Wayne R Terry<br>Hemar Rousso & Heald LLP 15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 5992 | M&M Berman Enterprises<br>Wayne R Terry<br>Hemar Rousso & Heald LLP 15910 Ventura Blvd 12th Fl<br>Encino, CA 90210 |
| 14102 | Macerich Vintage Faire<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 12693 | Macerich Vintage Faire Limited Partnership<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 12673 | MAGNA TRUST COMPANY TRUSTEE<br>C/O CIRCUIT CITY PARTNERSHIP 2144 S MACARTHUR BLVD<br>SPRINGFIELD, IL 62704 |
| 12421 | MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 |
| 14006 | Mall Del Norte LLC<br>c o Scott M Shaw<br>Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 6964 | Mallview Plaza Company Ltd<br>Attn Kathleen J Baginski<br>c o Carnegie Management and Developme 27500<br>Detroit Rd Ste 300<br>Westlake, OH 44145 |
| 8611 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T<br>Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8622 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T<br>Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8613 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T<br>Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8564 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T<br>Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8561 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T<br>Plaza 7th Fl<br>Buffalo, NY 14203 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 8620 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl Buffalo, NY 14203 |
| 12053 | Manufacturers and Traders Trust Co as Trustee c o Nancy George Vice President Corporate Trust Dept 1 M&T Plaza 7th Fl Buffalo, NY 14203 |
| 12257 | Market Heights Ltd Jonathan L Howell Munch Hardt Kopf & Harr PC 500 N Akard St No 3800 Dallas, TX 75201 |
| 11990 | Marlton VF LLC c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 |
| 12309 | Mayfair MDCC Business Trust Thomas J Kelly Pedersen & Houpt PC 161 N Clark St Ste 3100 Chicago , IL 60601-3242 |
| 10023 | MB Fabyan Randall Plaza Batavia c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12744 | MB Keene Monadnock LLC<br>c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 4891 | McAlister Square Partners Ltd a Texas Limited Partnership<br>c o Jefferies Leveraged Credit One Station Pl Three N<br>Stamford, CT 06902 |
| 9630 | MD GSI ASSOCIATES LLC<br>PO BOX 129<br>SHAWNEE MISSION, KS 66201 |
| 9280 | MDS Realty II LLC<br>c o Zachary J Eskau<br>Dawda Mann Mulcahy & Sadler PLC 39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304-5103 |
| 11775 | Meridian Village LLC<br>c o Suhrco Management Inc PO Box 34960<br>Seattle, WA 98124 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12258 | Midland Loan Services Inc<br>c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500<br>Dallas, TX 75201 |
| 8362 | Midland Loan Services Inc<br>Attn Josh Azinger 10851 Mastin Ste 300<br>Overland Park, KS 66210 |
| 12311 | Midland Loan Services Inc<br>c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500<br>Dallas, TX 75201 |
| 12123 | Millman 2000 Charitable Trust<br>C O DAVID BENNETT<br>2400 CHERRY CREEK DR SOUTH SUITE 702<br>LUBA RODMAN SECRETARY DENVER, CO 80209-3261 |
| 8041 | MK Kona Commons LLC<br>Theodore DC Young Esq Cades Shutte LLP<br>1000 Bishop St Ste 1200<br>Honolulu, HI 96813 |
| 10265 | Morgan Hill Retail Venture LP<br>c o Browman Development Company 1556 Parkside Dr 2nd Fl<br>Walnut Creek, CA 94596 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 12090 | Morris Bethlehem Associates LP ta Southmont Center Bethleham PA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 |
| 12494 | Morse Sembler Villages Partnership No 4<br>c o Heather D Dawson Esq Kitchens Kelley Gaynes PC Eleven Piedmont Ctr Ste 900 3495 Piedmont Rd NE<br>Atlanta, GA 30305 |
| 7537 | MR KEENE MILL 1 LLC<br>C O JEFFERIES LEVERAGED CREDIT P ONE STATION PLACE THREE NORTH<br>STAMFORD, CT 06902 |
| 12497 | NAP Northpoint LLC<br>Mr Greg Browne NAP Southeast Inc 7500 College Pkwy<br>Ft Myers, FL 33907 |
| 7951 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 8136 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 7537 | MR KEENE MILL 1 LLC<br>C O JEFFERIES LEVERAGED CREDIT P ONE STATION PLACE THREE NORTH<br>STAMFORD, CT 06902 |
| 12497 | NAP Northpoint LLC<br>Mr Greg Browne NAP Southeast Inc 7500 College Pkwy<br>Ft Myers, FL 33907 |
| 7951 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 8136 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 12418 | New River Properties LLC<br>ATTN WOODROW W MARLOWE PO BOX 36<br>CLARKTON, NC 28433 |
| 8723 | NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST 210 RTE 4 E<br>PARAMUS, NJ 07652 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12247 | Northbrook Sub LLC Northbrook PLIC LLC and Northbrook VNBP LLC as Tenants in Common Lauren Lonergan Taylor Esq Matthew E Hoffman Esq Duane Morris LLP 30 S 17th St Philadelphia, PA 19103 |
| 6619 | Northcliff Residual Parcel 4 LLC Attn David M Neumann Benesch Friedlander Coplan & Aronoff LLP 200 Public Sq Ste 2300 Cleveland, OH 44114-2378 |
| 8978 | Northglenn Retail LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston, TX 77002 |
| 12750 | Norwalk Plaza Partners Thomas J Leanse Esq c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 |
| 14105 | Norwalk Plaza Partners Watt Store No 427 Thomas J Leanse Esq c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl Los Angeles, CA 90067 |
| 12256 | NP Huntsville Limited Liability Company c o Ralph E Dill 37 W Broad St Ste 950 Columbus, OH 43215 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 13085 | Orangefair Marketplace LLC A California Limited Liability Company<br>Tanya Nielsen<br>Columbus Pacific Properties 429 Santa Monica Blvd Ste 600<br>Santa Monica, CA 90401 |
| 12495 | ORIX Capital Markets LLC<br>c o Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12649 | OTR Clairemont Square<br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of 44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 |
| 12650 | OTR Clairemont Square<br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of 44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 |
| 9086 | P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL GREENBERG TRAURIG LLP 200 PARK AVE<br>NEW YORK, NY 10166 |
| 8425 | Pacific Castle Groves LLC<br>Ronald K Brown Jr<br>Law Offices of Ronald K Brown Jr APC 901 Dove St Ste 120<br>Newport Beach, CA 92660 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
| --- | --- |
| 12962 | Pacific Youngman Woodland Hills a California General Partnership<br>Dennis M Berryman<br>Pacific Youngman Woodland Hill<br>PO Box 3060<br>1 Corporate Plz<br>Newport Beach, CA 92658-9023 |
| 12667 | Palm Springs Mile Associates Ltd<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12757 | Palmetto Investors LLC<br>C O NIFONG REALTY INC 2181 S ONEIDA ST STE 1<br>GREEN BAY, WI 54304 |
| 7999 | Pan Am Equities Inc<br>DAVID IWANIER 18 EAST 50TH ST 10TH FLOOR<br>NEW YORK, NY 10022 |
| 8618 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 11752 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 8079 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 12615 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 11753 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 11749 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 11750 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business<br>Attn Richard C Maxwell Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038 Roanoke, VA 24011 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 8947 | Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400 PO Box 14125 24038<br>Roanoke, VA 24038-4125 |
| 9000 | Park National Bank as assignee of rents under the Duncanville Texas Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038 Roanoke, VA 24011 |
| 12201 | Parkdale Mall Associates LP<br>c o Scott M Shaw Esq Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |
| 12761 | Parker Central Plaza Ltd<br>2001 PRESTON RD<br>PLANO, TX 75093 |
| 5958 | Parkway Center East LLC<br>Parkway Centre East LLC c o Continental Real Estate Co 35 N 4th St Ste 400<br>Columbus, OH 43215 |
| 12704 | Pembroke Crossing Ltd<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 903 | PK Sale LLC<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 11953 | PK Sale LLC<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 9058 | PL Mesa Pavilions LLC<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York , NY 10178 |
| 7728 | Plantation Point Development LLC<br>Cypress c o Lyndel Anne Mason Cavazos<br>Hendricks Poirot & Smitham PC 900 Jackson St Ste 570<br>Dallas, TX 75202 |
| 14103 | Plaza at Jordan Landing LLC Macerich Store No 3353<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 11956 | Potomac Run LLC<br>Attn Neil E Herman Esq c o Morgan Lewis &<br>Bockius LLP 101 Park Ave<br>New York, NY 10178 |

18

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12524 | PrattCenter LLC<br>Amy Pritchard Williams Esq<br>K&L Gates LLP<br>Hearst Tower 47th Fl<br>214 N Tryon St<br>Charlotte, NC 28202 |
| 12382 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br>Dennis D Ballard Esq<br>Principal Life Insurance Company 801 Grand<br>Des Moines, IA 50392 |
| 6081 | Ramco JW LLC<br>David M Blau Esq<br>Kupelian Ormond & Magy PC 25800 Northwestern Hwy Ste 950<br>Southfield, MI 48075 |
| 12137 | Ramco West Oaks I LLC<br>David M Blau Esq<br>Kupelian Ormond & Magy PC 25800 Northwestern Hwy Ste 950<br>Southfield, MI 48075 |
| 8988 | Raymond & Main Retail LLC<br>c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300<br>Houston, TX 77002 |
| 8985 | Raymond & Main Retail LLC<br>c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300<br>Houston, TX 77002 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12797 | RC CA Santa Barbara LLC<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 8749 | RD Bloomfield Associates Limited Partnership<br>Attn David J Ansell Greenberg Traurig LLP 200 Park Ave<br>New York, NY 10166 |
| 5262 | Rebs Muskegon LLC Pelkar Muskegon LLC and Faram Muskegon LLC as Tenants in Common<br>David M Blau Esq<br>Kupelian Ormond & Magy PC 25800 Northwestern Hwy Ste 950<br>Southfield, MI 48075 |
| 12404 | REDTREE PROPERTIES LP<br>PO BOX 1041<br>SANTA CRUZ, CA 95061 |
| 12794 | Regency Centers LP<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 8597 | Remount Road Associates Limited Partnership<br>c o Jefferies Leveraged Credit Products, LL One Station Place<br>Three North<br>Stamford, CT 06902 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12821 | Ricmac Equities Corporation c/o Contrarian Capital Management, L.L.C. 411 West Putnam Avenue - Suite 425 Greenwich, CT 06830 |
| 7828 | Rio Associates Limited Partnership c o David D Hopper Esq 4551 Cox Rd Ste 210 Glen Allen, VA 23060 |
| 902 | Rivergate Station Shopping Center LP Attn Neil E Herman Esq c o Morgan Lewis & Bockius LLP 101 Park Ave New York, NY 10178 |
| 9511 | Riverside Towne Center No 1 Watt Store No 426 Thomas J Leanse Esq c o Katten Muchin Rosenman LLP 2029 Century Pk E 26th Fl Los Angeles, CA 90067 |
| 12593 | RLV Village Plaza LP David M Blau Esq Kupelian Ormond & Magy PC 25800 Northwestern Hwy Ste 950 Southfield, MI 48075 |
| 12499 | RLV Vista Plaza LP Davis M Blau Esq Kupelian Ormond & Magy PC 25800 Northwestern Hwy Ste 950 Southfield, MI 48075 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 12671 | Rockwall Crossings Ltd<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 9951 | Ronald Benderson Randall Benderson and David H Baldauf<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave<br>New York, NY 10178 |
| 12469 | Ronald Benderson Trust 1995<br>Attn James S Carr Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12424 | Ronus Meyerland Plaza LP<br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP 999 Peachtree St NE<br>Atlanta, GA 30309-3996 |
| 12339 | Rossmoor Shops LLC<br>c o Capital Sources, LLC<br>One University Plaza, Ste 312<br>Hackensack, NJ 07601 |
| 14104 | RREEF America REIT II Corp Crossroads<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B
OBJECTIONS ADJOURNED TO OCTOBER 9, 2012

| Claim Number | Name Address |
|---|---|
| 12739 | S W Albuquerque LP<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors 2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 |
| 12740 | S W Albuquerque LP<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors 2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 |
| 12315 | Sacco of Maine LLC<br>c o Angelo Petraglia 158 11 Riverside Dr<br>Whitestone, NY 11357 |
| 8635 | Safeway Inc<br>c o David Newby Johnson & Newby LLC 39 S LaSalle St Ste 820<br>Chicago, IL 60603 |
| 12212 | Sangertown Square LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 12510 | Saugus Plaza Associates<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT B**
**OBJECTIONS ADJOURNED TO OCTOBER 9, 2012**

| Claim Number | Name Address |
|---|---|
| 14704 | Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Kelley<br>Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12353 | Save Mart Supermarkets a California Corporation<br>c o Paul S Bliley Jr<br>Save Mart Supermarkets<br>Williams Mullen Clark & Dobbins PC<br>PO Box 1320<br>Richmond, VA 23218-1320 |
| 12751 | Sawmill Plaza Place Associates<br>Thomas J leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century<br>Park E 26th Fl<br>Los Angeles, CA 90067 |
| 9178 | Schiffman Circuit Props<br>Matthew W Grimshaw Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 |
| 9180 | Schiffman Circuit Props<br>Matthew W Grimshaw Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 |