Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**FIRST ORDER REGARDING LIQUIDATING TRUST'S THIRTY-NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Thirty-Ninth

Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on

Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further notice or service of the Objection need

be given; and it further appearing that no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing that the relief requested on the

Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and

other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is sustained in part, as set forth herein.

2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are

forever reduced and/or disallowed for all purposes in these bankruptcy cases in the manner stated

in Exhibit A.

3.      The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all

of the Claims identified on Exhibit B attached hereto.

4.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

5.      The Liquidating Trust shall serve a copy of this Order on the claimants included

on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from

or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*

Lynn L. Tavenner

**In re Circuit City Stores, Inc. et al. Case No. 08-35653 (KRH)**
**Exhibit A to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claim**

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor |
| 4/29/2009 | 12415 | Alameda Associates<br><br>John Bedrosian<br><br>2934 1/2 Beverly Glen Cir No 419<br><br>Los Angeles, CA 90077 | $693,750.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. |
| 4/30/2009 | 12675 | Bainbridge Shopping Center II LLC<br><br>Matt McGill Proj Mgr<br><br>McGill Property Group<br>4425 MILITARY TRL STE 202<br>Jupiter, FL 33458-4817 | $998,138.61<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 5/27/2009 | 13077 | BPP Redding LLC<br><br>John C La Liberte Esq<br><br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | $810,101.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $69,029.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 5/27/2009 | 13075 | BPP SC LLC<br><br>John C La Liberte Esq<br><br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | $761,237.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $53,439.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

In re Circuit City Stores, Inc. et al. Case No. 08-35653 (KRH)
Exhibit A to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claim

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor |
| 5/27/2009 | 13046 | BPP WB LLC<br><br>John C La Liberte Esq<br><br>Sherin and Lodgen LLP<br>101 Federal St<br>Boston, MA 02110 | $802,236.19<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. | $52,156.00<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 6579 | Carriage Crossing Market Place LLC<br><br>Eric T Ray<br><br>Balch & Bingham LLP<br>PO Box 306<br>Birmingham, AL 35201 | $705,970.55<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. |
| 3/17/2009 | 11591 | CC BRANDYWINE INVESTORS 1998 LLC<br><br>c o CAPITAL DEVELOPMENT COMPANY<br><br>3709 GRIFFIN LN SE<br>Olympia, WA 98501-2192 | $2,177,891.60<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. | $123,907.25<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 6909 | CC COLONIAL TRUST<br><br>STUART GROSS<br><br>C O PARAGON AFFILIATES INC<br>ONE PARAGON DR STE 145<br>MONTVALE , NJ 7645 | Unliquidated, but not less than<br><br>$341,010.63<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. | $39,442.88<br><br>General<br>Unsecured | CIRCUIT CITY STORES, INC. |

In re Circuit City Stores, Inc. et al. Case No. 08-35653 (KRH)
Exhibit A to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claim

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Name  Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor |
| 7/29/2009 | 14528 | CC Frederick 98 LLC<br><br>Attn Simon Marciano Esq<br><br>Neuberger Quinn Gielen Rubin & Gibber P<br>One South St 27th Fl<br>Baltimore, MD 21202 | $757,172.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 12/17/2008 | 1665 | CC Investors 1995 3<br><br>Ronald G Cameron Administrative Trustee<br><br>1004 Commercial Ave No 353<br>Anacortes, WA 98221 | $387,758.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 3/30/2009 | 11985 | CC Investors 1996 12<br><br>Rick Donald<br><br>CB Richard Ellis Boulos Property Manage<br>One Canal Plz Ste 500<br>Portland, ME 04112 | $688,609.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $10,993.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/30/2009 | 12712 | CC Investors Trust 1995 1<br><br>Attn Arina Meeuwsen<br><br>5500 Interstate N Pkwy Ste 600<br>Atlanta, GA 30328 | Unliquidated, but not less than<br><br>$644,731.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $102,767.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

**In re Circuit City Stores, Inc. et al. Case No. 08-35653 (KRH)**
**Exhibit A to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claim**

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | |
|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name Address | Claim Amount | Debtor | Modified Claim Amount, Subject to Any Other Objections | Debtor |
| 1/28/2009 | 7532 | CC Joliet Trust<br><br>c o Paragon Affiliates Inc<br><br>1 Paragon Dr Ste No 145<br>Montvale, NJ 07645 | $399,876.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $60,045.73<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |
| 4/6/2009 | 12116 | CENTRAL INVESTMENTS, LLC<br><br>c o MARK ORDOWER<br><br>333 S DESPLAINES NO 207<br>CHICAGO, IL 60661 | $624,199.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 14515 | 1003 College Station LLC<br>Attn Michael Mason President<br>c o Fairfield Finanical Group Inc Managing 8 Greenway Plz Ste 1100<br>Houston, TX 77046 |
| 6334 | 1890 Ranch Ltd<br>c o Michael Deitch<br>Law Offices of Michael Deitch 800 Rio Grande<br>Austin, TX 78701-0000 |
| 12708 | 4110 Midland LLC<br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Me 8 Greenway Plz Ste 1100<br>Houston, TX 77046 |
| 12568 | 412 South Broadway Realty LLC<br>Robert Somma Esq<br>Posternark Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston St<br>Boston, MA 02199 |
| 13397 | 412 South Broadway Realty LLC<br>c o The MEG Company 25 Orchard View Dr<br>Londonderry, NH 03053-3324 |
| 12710 | 4905 Waco LLC<br>Attn Michael Mason President<br>c o Fairfield Financial Group Inc Managing 8 Greenway Plz Ste 1100<br>Houston, TX 77046 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 11702 | 9121 East 71st Street Holdings LLC<br>c o Lawrence A Katz Kristen E Burgers Venable LLP<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182 |
| 12682 | Abercorn Common LLLP<br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br>Miami Beach, FL 33139 |
| 12241 | Abilene Ridgemont LLC<br>c o Douglas C Noble<br>McCraney Montagnet & Quin 602 Steed Rd<br>Ste 200<br>Ridgeland, MS 39157 |
| 14599 | Abiline Ridgemont LLC<br>Douglas C Noble Phelps Dunbar LLP PO Box<br>23066<br>Jackson, MS 39225 |
| 12789 | Acadia Realty Limited Partnership fka Mark Centers<br>Limited Partnership<br>Attn Daniel J Ansell Greenberg Traurig<br>LLp 200 Park Ave<br>New York, NY 10166 |
| 5268 | AGREE LIMITED PARTNERSHIP<br>C/O AGREE REALTY CORP 31850<br>NORTHWESTERN HWY<br>FARMINGTON HILLS, MI 48334-1628 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12836 | AIG BAKER DEPTFORD LLC<br>ATTN LEGAL DEPARTMENT NICK C WHITEHEAD ESQ<br>700 MONTGOMERY HWY STE 186<br>VESTAVIA, AL 35216-1868 |
| 12869 | AIG BAKER HOOVER LLC<br>NICK C WHITEHEAD ESQ LEGAL DEPARTMENT<br>700 MONTGOMERY HWY STE 186<br>VESTAVIA, AL 35216-1868 |
| 12498 | Alexander H Bobinski as Trustee under Trust No 1001<br>Alexander Bobinski<br>1351 N Courtenay Pkwy Ste AA<br>Merritt Island, FL 32953 |
| 12695 | Alexanders Rego Shopping Center Inc<br>Attn Mei Cheng<br>c o Vornado Realty Trust 210 Rte 4 E<br>Paramus, NJ 07652 |
| 8621 | Alliance Rocky Mount LLC a North Carolina Limited Liability Company<br>Core Properties Inc Attn James Donaldson<br>831 E Morehead St Ste 445<br>Charlotte, NC 28202 |
| 12314 | Altamonte Springs Real Estate Associates LLC<br>c o Yale Realty Services Corp 10 New King St Ste 102<br>West Harrison, NY 10604-1208 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12514 | AmCap Arborland LLC<br>Robert W Dremluk Esq Seyfarth Shaw<br>LLP 620 Eighth Ave<br>New York, NY 10018 |
| 9373 | AmCap Northpoint LLC<br>Robert W Dremluk Esq Seyfarth Shaw<br>LLP 620 Eighth Ave<br>New York, NY 10018 |
| 12697 | AMHERST VF LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST 210 RTE 4<br>E<br>PARAMUS, NJ 07652 |
| 11937 | Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman<br>Attn Mencahem O Zelmanovitz Morgan Lewis<br>& Bockius LLP 101 Park Ave<br>New York, NY 10178-0060 |
| 5575 | Argyle Forest Retail I LLC<br>c o Heather D Dawson Esq Kitchens Kelley<br>Gaynes PC<br>3495 Piedmont Rd NE Bldg 11 Ste 900<br>Atlanta, GA 30305 |
| 12801 | Atlantic Center Fort Greene Associates LP<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC 1 Metrotech Center N<br>Brooklyn, NY 11201 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 9506 | Ave Forsyth LLC Cousins Store No 4252<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029<br>Century Pk E 26th Fl<br>Los Angeles, CA 90067 |
| 12513 | Baker Natick Promenade LLC<br>John C La Liberte Esq Sherin and Lodgen<br>LLP 101 Federal St<br>Boston, MA 02110 |
| 9488 | Bank of America NA as successor by merger to LaSalle<br>Bank National Association as Trustee for the Registered<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9449 | Bank of America NA as successors by merger to<br>LaSalle Bank National Association as Trustee for the<br>Registered<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 11929 | Bank of America National Association as Successor by<br>Merger to LaSalle Bank National Association as Trustee<br>for the<br>Registered Holders of CDC Commercial M<br>c o Capmark Finance Inc<br>Peyton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 |
| 9721 | Bank of America National Association as successor by<br>merger to LaSalle Bank National Association fka<br>LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 9734 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9724 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 14859 | Bank of America National Association as Successor by Merger to LaSalle Bank National Association fka LaSalle National<br>c o Berkadia Commercial Mortgage LLC Geraldine Kohut<br>1 Park Plz Ste 1200<br>Irvine, CA 92614 |
| 9051 | Bank of America National Association As Sucsessor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 12663 | Bank of America National Association Successor by Merger to LaSalle Bank National Association<br>Attn Diane Schapiro<br>c o Berkadia Commercial Mortgage LLC 700 N Pearl St Ste 2200<br>Dallas, TX 75201 |
| 9740 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |

**In re Circuit City Stores,**
**Inc, et al. Case No. 08-35653 (KRH)**

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 9707 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9454 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9704 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 10028 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 10030 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9050 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 9916 | Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as<br>c o Capmark Finance Inc Payton Inge<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 |
| 12692 | Basile Limited Liability Company c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 8678 | Basser Kaufman 222 LLC<br>Attn James S Carr Esq Robert L LeHane E Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12507 | Basser Kaufman 312 LLC<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12756 | BB Fonds International 1 USA LP<br>Eric Horan<br>Pheonix Property Co 5950 Sherry Ln Ste 320<br>Dallas, TX 75225 |
| 12653 | Bear Valley Road Partners LLC<br>Attn Brad Becker<br>c o Becker Development Investments 12730 High Bluff Dr<br>San Diego, CA 92130 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12651 | Bear Valley Road Partners LLC<br>Attn Brad Becker<br>c o Becker Development Investments 12730 High Bluff Dr<br>San Diego, CA 92130 |
| 13013 | BECKER TRUST LLC<br>50 S JONES BLVD STE 100<br>LAS VEGAS, NV 89107 |
| 14259 | Bedford Park Properties LLC<br>c o Ron L Estes Center Management<br>300 Park St Ste 410<br>Birmingham, MI 48009 |
| 12713 | Bel Air Square LLC<br>c o Bert Bittourna Esq Inland US Management LLC Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12163 | Benenson Columbus OH Trust<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 10814 | Berkshire Management Corp Agent for Berkshire Hyannis LLC Premises Located at 624 640 Iyanough Road Barnstable MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103-0000 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 8786 | BEV CON I LLC<br>c o Vornado Realty Trust 210 Rte 4 E<br>Paramus, NJ 07652 |
| 9952 | BFLO Waterford Associates LLC<br>Attn James S Carr Esq Robert L LeHane<br>Esq Kelley Drye & Warren 101 Park Ave<br>New York, NY 10178 |
| 13440 | Bond Circuit I Delaware Business Trust<br>Attn James S Carr Esq Robert L LeHane<br>Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12765 | Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 |
| 15019 | Bond Circuit IV Delaware Trust<br>Mark B Conlan Esq Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 |
| 13426 | Bond Circuit VI Delaware Business Trust<br>Attn James S Carr Esq & Robert L LeHane Kelley<br>Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12517 | BOYER LAKE POINTE LC<br>90 S 400 W STE 200<br>LAKE POINTE SHOPPING CENTER<br>SALT LAKE CITY, UT 84101 |
| 12168 | Brandywine Grande C LP<br>c o Jefferies Leveraged Credit Products LL One<br>Station Pl Three N<br>Stamford, CT 06902 |
| 13961 | Breevast Reno Inc<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029<br>Centruy park E 26th Fl<br>Los Angeles, CA 90067 |
| 12493 | Brighton Commercial LLC<br>325 Ridgeview Dr<br>Palm Beach, FL 33480 |
| 10534 | Buckhead Triangle LP<br>c o Liquidity Solutions Inc One University<br>Plz Ste 312<br>Hackensack, NJ 07601 |
| 7888 | BY PASS DEVELOPMENT CO LLC<br>10689 N PENNSYLVANIA ST<br>INDIANAPOLIS, IN 46280 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 5060 | C1 West Mason Street LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 5814 | Cameron Bayonne LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece Esq 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 11893 | CAP Brunswick LLC<br>F Marion Hughes & M Kevin McCarrell Smith Moore Leatherwood LLP PO Box 87<br>Greenville, SC 29602-0087 |
| 12743 | CAPITAL CENTRE LLC<br>C O BERT BITTOURNA ESQ INLAND REAL ESTATE GROUP 2901 BUTTERFIELD RRD 3RD FL<br>OAK BROOK, IL 60523 |
| 12169 | Cardinal Capital Partners Inc & 680 S Lemon Ave Co LLC<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 |
| 7730 | Carlyle Cypress Tuscaloosa I LLC<br>Cypress c o Lyndel Anne Mason Cavazos Hendricks Poirot & Smitham PC 900 Jackson St Ste 570<br>Dallas, TX 75202 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12915 | Carolina Pavilion Company<br>c o Amy Pritchard Williams Esq K&L Gates LLP<br>214 N Tryon St<br>Hearst Tower 47th Fl Charlotte, NC 28202 |
| 12294 | Carousel Center Company LP<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 7933 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br>Catellus Operating Limited Partnership Attn Greg Moore<br>66 Franklin St Ste 200<br>Oakland, CA 94607 |
| 7957 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br>Catellus Operating Limited Partnership Attn Greg Moore<br>66 Franklin St Ste 200<br>Oakland, CA 94607 |
| 12328 | Catellus Operating Limited Partnership a Delaware LP ProLogis<br>Attn Elizabeth Bouton Property Manager 841 Apollo St Ste 350<br>El Segundo, CA 90245 |
| 12706 | CC 223 Andover Park East Tukwila LLC<br>Attn David J LaSota<br>c o Chapman and Cutler LLP 111 W Monroe St<br>Chicago, IL 60603 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 14522 | CC Acquisitions LP<br>Attn Vivian Dubin Associate General Coun c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |
| 14518 | CC Acquisitions LP<br>Attn Vivian Dubin Associate General Coun c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |
| 12721 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |
| 12718 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |
| 12722 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |
| 14521 | CC Acquisitions LP<br>Attn Vivian Dubin Associate General Coun c o NYLIFE Real Estate Holdings LLC Gen 51 Madison Ave<br>New York, NY 10010 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 14523 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51<br>Madison Ave<br>New York, NY 10010 |
| 14574 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51<br>Madison Ave<br>New York, NY 10010 |
| 14577 | CC Acquisitions LP<br>Attn Deborah J Piazza Esq c o Hodgson<br>Russ LLP 60 E 42nd St 37th Fl<br>New York, NY 10165 |
| 12725 | CC Acquisitions LP<br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC Gen 51<br>Madison Ave<br>New York, NY 10010 |
| 12818 | CC Hamburg NY Partners LLC<br>Mark B Conlan Esq Gibbons PC<br>1 Gateway Ctr<br>Newark, NJ 07102-5310 |
| 9413 | CC Independence LLC<br>Attn Eric J Rietz Esq c/o Priscilla Rietz<br>1355 Lemond Road<br>Owatonna, MN 55060 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)


**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 11572 | CC Investors 1996 14<br>Kamin Realty Company 490 S Highland Ave<br>Pittsburgh, PA 15206 |
| 7162 | CC Investors 1996 17<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 11829 | CC Investors 1996 9<br>Kamin Realty Company 490 S Highland Ave<br>Pittsburgh, PA 15206 |
| 9955 | CC Investors 1997 11<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave<br>New York, NY 10178 |
| 9407 | CC Lafayette LLC<br>Attn Eric J Rietz Esq c/o Priscilla Rietz<br>1355 Lemond Road<br>Owatonna, MN 55060 |
| 9416 | CC Madison PJR LLC CC Madison EJR LLC CC Madison TFR LLC & CC Madison JLR LLC<br>Attn Eric J Rietz Esq c/o Priscilla Rietz<br>1355 Lemond Road<br>Owatonna, MN 55060 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
| --- | --- |
| 9424 | CC Minnetonka LLC<br>Attn Eric J Rietz Esq c/o Priscilla Rietz<br>1355 Lemond Road<br>Owatonna, MN 55060 |
| 12413 | CC Plaza Joint Venture LLP<br>Ann Hartman<br>Welsh Companies LLC 4350 Baker Rd<br>Ste 400<br>Minnetonka, MN 55343-8695 |
| 9417 | CC Roseville LLC<br>Attn Eric J Rietz Jr c/o Priscilla Rietz<br>1355 Lemond Road<br>Owatonna, MN 55060 |
| 12233 | CCDC Marion Portfolio LP<br>Attn Michael S Held Hunton & Williams<br>LLP 1445 Ross Ave Ste 3700<br>Dallas, TX 75202-2755 |
| 12937 | CCMS 2005 CD1 Hale Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP 200 S<br>Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 7165 | CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Alexrod LLP 200 S<br>Biscyane Blvd Ste 2500<br>Miami, FL 33131 |

**In re Circuit City Stores,**
**Inc, et al. Case No. 08-35653 (KRH)**

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12787 | CEDAR DEVELOPMENT LTD<br>2200 BUTTS RD STE 300<br>BOCA RATON, FL 33431 |
| 12541 | Cencor Realty Services Inc Agent for SWQ 35<br>Forum LTD Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP 1735<br>Market St 51st Fl<br>Philadelphia, PA 19103 |
| 11962 | Central Park 1226 LLC<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP 101 Park<br>Ave<br>New York, NY 10178 |
| 12677 | Centro Properties Group t a Coastal Way Brooksville<br>FL<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735<br>Market St 51st Fl<br>Philadelphia, PA 19103 |
| 8096 | Centro Properties Group t a Commons at Chancellor<br>Charlotte NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735<br>Market St 51st Fl<br>Philadelphia, PA 19103 |
| 8487 | Centro Properties Group t a Northridge Plaza<br>Milwaukee WI<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735<br>Market St 51st Fl<br>Philadelphia, PA 19103 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12625 | Centro Properties Group t a Pensacola Square Pensacola FL c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 8488 | Centro Properties Group t a Sharpstown Plaza Houston TX c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 12678 | Centro Properties Group t a Sun Plaza Walton Beach FL c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 8490 | Centro Properties Group t a Venture Point Duluth GA c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 12555 | Centro Properties Group ta Bakersfield Commons Bakersfield CA c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 12616 | Centro Properties Group ta Baybrook Gateway Webster TX c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12538 | Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 8093 | Centro Properties Group ta Conyers Crossroads Conyers GA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12528 | Centro Properties Group ta Dickson City Crossing Dickson City PA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12639 | Centro Properties Group ta Esplanade Shopping Center Oxnard CA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12628 | Centro Properties Group ta Freshwater Stateline Plaza Enfield CT<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12637 | Centro Properties Group ta Heritage Square Naperville IL<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12582 | Centro Properties Group ta Innes Market Salisbury NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12560 | Centro Properties Group ta Memphis Commons Memphis TN<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12531 | Centro Properties Group ta Midway Market Square Elyria OH<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12638 | Centro Properties Group ta Montebello Plaza Montebello CA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Markert St 51st Fl<br>Philadelphia, PA 215-864-8325 |
| 12626 | Centro Properties Group ta Northridge Plaza Milwaukee WI<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12618 | Centro Properties Group ta Springbrook Plaza Clanton OH<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 12558 | Centro Properties Group ta University Commons Greenville Greenville NC c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 1604 | Centro Properties Group ta Valley Crossing Hickory NC c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 12542 | Centro Properties Group ta Westminster City Center Westminster CO c o David L Pollack Esq Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 11238 | CENTURY PLAZA DEVELOPMENT CORPORATION John C Willsie Corporate Counsel The Seeno Companies 4021 Port Chicago Hwy Concord, CA 94520-0000 |
| 11669 | CENTURY PLAZA DEVELOPMENT CORPORATION John C Willsie Corporate Counsel The Seeno Companies 4021 Port Chicago Hwy Concord, CA 94520 |
| 12981 | CGCMT 2006 C5 Glenway Avenue LLC c o Mindy Mora Esq Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500 Miami, FL 33131 |

In re Circuit City Stores,
Inc, et al. Case No. 08-35653 (KRH)

**Exhibit B to First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 9, 2012 at 2:00 p.m.**

| Claim Number | Claim Holder Name and Address |
|---|---|
| 11970 | Chambersburg Crossing LLP<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP 101 Park Ave<br>New York, NY 10178 |
| 13939 | Chandler Gateway Partners LLC<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 3258 | Charlotte Archdale UY LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 11969 | Chico Crossroads LP<br>Attn Neil E Herman<br>c o Morgan Lewis & Bockius LLP 101 Park Ave<br>New York, NY 10178 |