| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS
OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
<u>DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-Eighth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is sustained in part, as set forth herein.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claims identified on Exhibit B as attached hereto and incorporated herein are forever fixed in the amount specified on Exhibit B for all purposes in these bankruptcy cases.

4. The Claims identified on Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5. The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit D attached hereto.

6. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

       7.       The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       8.       This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2012

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                         */s/ Lynn L. Tavenner*
                                         Lynn L. Tavenner

4

| Claim No. | Name & Address | Date Filed | Docketed Amt | Modified Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 851 | BOARD OF WATER AND LIGHT, ATTN SCOTT HERZBERG BANKRUPTCY SPECIALIST PO BOX 13007 LANSING, MI 48901-3007 | 12/08/08 | $4,350.83 | $3,797.04 | CIRCUIT CITY STORES, INC. | U |
| 831 | BRINKS INC PO BOX 101 031 ATLANTA, GA 30392 | 12/15/08 | $27,059.59 | $26,351.61 | CIRCUIT CITY STORES, INC. | U |
| 3785 | CITY OF PEORIA, Revenue Recovery 8401 W Monroe St Peoria, AZ 85345 | 01/15/09 | $837.32 | $271.08 | CIRCUIT CITY STORES, INC. | U |
| 2396 | COLUMBIA GAS OF PENNSYLVANIA INC 200 Civic Center Dr 11th Fl Columbus, OH 43215 | 01/05/09 | $2,177.63 | $1,190.80 | CIRCUIT CITY STORES, INC. | U |
| 1274 | COMMUNICATION AMERICA INC 4214 CANONGATE CT SPRINGHILL, FL 34609 | 12/18/08 | $8,691.00 | $8,327.00 | CIRCUIT CITY STORES, INC. | U |
| 203 | INTEGRATED LABEL CORPORATION 3138 ANDOVER DR ROCKFORD, IL 61114 | 12/05/08 | $11,951.56 | $10,181.25 | CIRCUIT CITY PURCHASING COMPANY, LLC | U |
| 9071 | JACKSON WALKER LLP, Attn Rick Herlan PO BOX 130989 DALLAS, TX 75313-0989 | 01/30/09 | $2,158.00 | $1,701.50 | CIRCUIT CITY STORES, INC. | U |
| 8767 | MAJESCO ENTERTAINMENT COMPANY, Attn Bridget Greiber and Kyle J Lunde, co US Bank Corporate Trust Services 60 Livingston Ave St Paul, MN 55107-2292 | 01/30/09 | $104,832.00 | $104,016.96 | CIRCUIT CITY STORES, INC. | U |
| 4864 | UGI UTILITIES INC 225 Morgantown Rd Reading, PA 19612-1949 | 01/26/09 | $4,743.54 | $3,828.40 | CIRCUIT CITY STORES, INC. | U |
| 2828 | WISCONSIN PUBLIC SERVICE CORP PO BOX 19003 GREEN BAY, WI 54307-9003 | 01/06/09 | $7,777.82 | $7,453.17 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B

FIXED AMOUNT CLAIMS

| Claim No. | Name & Address | Date Filed | Fixed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 6348 | BYRD, CAROLYN H, GLOBALTECH FINANCIAL LLC 2839 PACES FERRY RD, STE ATLANTA, GA 30339 | 1/27/09 | $321,372.91 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C
DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2918 | AMERENCILCO<br>Credit & Collections<br>2105 E State Route 104<br>Pawnee, IL 62558 | 01/08/09 | $2,813.00 | CIRCUIT CITY STORES, INC. | U |
| 3134 | ATMOS ENERGY MID STATES DIVISIONS A DIVISION OF ATMOS ENERGY CORPORATION<br>Attn Bankruptcy Group<br>Atmos Energy Corporation<br>PO Box 650205<br>Dallas, TX 75265-0205 | 01/10/09 | $1,138.39 | CIRCUIT CITY STORES, INC. | U |
| 6943 | ATMOS ENERGY MID TEX DIVISION A DIVISION OF ATMOS ENERGY CORPORATION<br>Attn Bankruptcy Group<br>Atmos Energy Corporation<br>PO Box 650205<br>Dallas, TX 75265-0205 | 01/25/09 | $1,556.00 | CIRCUIT CITY STORES, INC. | U |
| 9769 | CALIFORNIA AMERICAN WATER<br>PO BOX 578<br>ALTON, IL 62002 | 01/30/09 | $1,410.13 | CIRCUIT CITY STORES, INC. | U |
| 9795 | CITIZENS ENERGY GROUP<br>Risk Mgmt Dept<br>2020 N Meridian St<br>Indianapolis, IN 46202 | 01/26/09 | $1,032.50 | CIRCUIT CITY STORES, INC. | U |
| 9888 | CITIZENS ENERGY GROUP<br>Risk Mgmt Dept<br>2020 N Meridian St<br>Indianapolis, IN 46202 | 01/26/09 | $1,335.76 | CIRCUIT CITY STORES, INC. | U |
| 7476 | CITY OF LIVERMORE, CA<br>1052 SOUTH LIVERMORE AVE<br>LIVERMORE, CA 94550-4899 | 01/29/09 | $1,044.22 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 5259 | CITY OF PORT ARTHUR, TX<br>P O Box 1089<br>Port Arthur, TX 77641-1089 | 01/26/09 | $1,057.59 | CIRCUIT CITY STORES, INC. | U |
| 2398 | COLUMBIA GAS OF OHIO INC<br>200 Civic Center Dr 11th Fl<br>Columbus, OH 43215 | 01/05/09 | $4,849.30 | CIRCUIT CITY STORES, INC. | U |
| 276 | CONNECTICUT NATURAL GAS CORPORATION<br>Attn Juliette Morle<br>76 Meadow St<br>Est Hartford, CT 06108 | 11/17/08 | $543.17 | CIRCUIT CITY STORES, INC. | U |
| 4046 | EDLEN ELECTRICAL EXH SERVICES<br>3010 BUILDERS AVE<br>LAS VEGAS, NV 89101 | 01/20/09 | $511.00 | CIRCUIT CITY STORES, INC. | U |
| 2501 | ELECTRIC POWER BOARD OF CHATTANOOGA<br>Attn Legal Services Division<br>PO Box 182255<br>Chattanooga, TN 37422-7255 | 01/05/09 | $6,840.65 | CIRCUIT CITY STORES PR, LLC | U |

EXHIBIT C
DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1655 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND<br>Elisa M Pugliese Esq<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | 12/17/08 | $1,141.53 | CIRCUIT CITY STORES, INC. | U |
| 1654 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND<br>Elisa M Pugliese Esq<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | 12/17/08 | $624.31 | CIRCUIT CITY STORES, INC. | U |
| 1656 | ENERGYNORTH NATURAL GAS INC DBA KEYSPAN ENERGY DELIVERY NEW ENGLAND<br>Elisa M Pugliese Esq<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | 12/17/08 | $506.12 | CIRCUIT CITY STORES, INC. | U |
| 2263 | INTERMOUNTAIN GAS CO<br>PO BOX 64<br>BOISE, ID 83732 | 12/30/08 | $974.22 | CIRCUIT CITY STORES, INC. | U |
| 3816 | KANSAS CITY POWER & LIGHT<br>PO BOX 419330<br>KANSAS CITY, MO 641416330 | 01/15/09 | $2,100.16 | CIRCUIT CITY STORES, INC. | U |
| 3815 | KANSAS CITY POWER & LIGHT<br>PO BOX 219330<br>KANSAS CITY, MO 64121-9330 | 01/15/09 | $3,432.88 | CIRCUIT CITY STORES, INC. | U |
| 3813 | KANSAS CITY POWER & LIGHT CO KCPL<br>P O BOX 219330<br>KANSAS CITY, MO 64121-9330 | 01/15/09 | $4,710.10 | CIRCUIT CITY STORES, INC. | U |
| 3817 | KANSAS CITY POWER & LIGHT CO KCPL<br>P O BOX 219330<br>KANSAS CITY, MO 64121-9330 | 01/15/09 | $3,164.13 | CIRCUIT CITY STORES, INC. | U |
| 3819 | KANSAS CITY POWER & LIGHT CO KCPL<br>P O Box 219330<br>Kansas City, MO 64121-9330 | 01/15/09 | $3,057.56 | CIRCUIT CITY STORES, INC. | U |
| 1799 | KEYSPAN GAS EAST CORP DBA NATIONAL GRID<br>175 E Old Country Rd<br>Hicksville, NY 11801-4257 | 12/17/08 | $1,186.63 | CIRCUIT CITY STORES, INC. | U |
| 4237 | LACLEDE GAS COMPANY<br>c o Bankruptcy<br>720 Olive ST Rm 1215<br>St Louis, MO 63101 | 01/21/09 | $2,227.45 | CIRCUIT CITY STORES, INC. | U |
| 886 | LCEC LEE COUNTY ELECTRIC COOPERATIVE<br>PO BOX 31477<br>TAMPA, FL 33631-3477 | 12/10/08 | $5,600.17 | CIRCUIT CITY STORES, INC. | U |
| 528 | MIDDLE TENNESSEE ELECTRIC MEMBERSHIP CORPORATION<br>555 New Salem Rd<br>Murfreesboro, TN 37129 | 11/25/08 | $6,261.14 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C
DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 10157 | NATIONAL FUEL GAS DISTRIBUTION CORPORATION<br>6363 Main St Legal Dept<br>Williamsville, NY 14221 | 01/30/09 | $501.33 | CIRCUIT CITY STORES, INC. | U |
| 10142 | NEW JERSEY AMERICAN WATER/371476<br>PO BOX 578<br>ALTON, IL 62002 | 01/30/09 | $506.25 | CIRCUIT CITY STORES, INC. | U |
| 10141 | NEW JERSEY AMERICAN WATER/371476<br>PO BOX 578<br>ALTON, IL 62002 | 01/30/09 | $818.25 | CIRCUIT CITY STORES, INC. | U |
| 10145 | PENNSYLVANIA AMERICAN WATER COMPANY<br>PO BOX 578<br>ALTON, IL 62002 | 01/30/09 | $628.09 | CIRCUIT CITY STORES, INC. | U |
| 1432 | PIEDMONT NATURAL GAS<br>PIEDMONT NATURAL GAS<br>NASHVILLE GAS<br>PO BOX 533500<br>ATLANTA, GA 30353-3500 | 12/09/08 | $1,069.79 | CIRCUIT CITY STORES, INC. | U |
| 8623 | PUBLIC SERVICE COMPANY OF NORTH CAROLINA INCOPORATED PSNC<br>1426 Main St<br>Mail Code 130<br>Columbia , SC 29201 | 01/29/09 | $1,457.20 | CIRCUIT CITY STORES, INC. | U |
| 263 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/05/08 | $3,652.70 | CIRCUIT CITY STORES, INC. | U |
| 262 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/05/08 | $8,862.48 | CIRCUIT CITY STORES, INC. | U |
| 264 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/05/08 | $3,496.08 | CIRCUIT CITY STORES, INC. | U |
| 261 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/05/08 | $1,509.42 | CIRCUIT CITY STORES, INC. | U |
| 266 | PUGET SOUND ENERGY<br>PO Box 90868<br>Closed Accts Dept BOT 01G<br>Bellevue, WA 98009-0868 | 12/05/08 | $3,720.85 | CIRCUIT CITY STORES, INC. | U |
| 14580 | ROANOKE GAS COMPANY<br>WootenHart PLC<br>PO Box 12247<br>Roanoke, VA 24024 | 07/14/09 | $1,337.86 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C

DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 7652 | SOUTHERN CALIFORNIA GAS COMPANY<br>Mass Markets Credit & Collections<br>The Gas Company<br>PO Box 30337<br>Los Angeles, CA 90030-0337 | 01/27/09 | $1,027.46 | CIRCUIT CITY STORES, INC. | U |
| 5342 | TRUSSVILLE UTILITIES BOARD, AL<br>P O Box 836<br>Trussville, AL 35173 | 01/26/09 | $1,620.91 | CIRCUIT CITY STORES, INC. | U |
| 1708 | TURLOCK IRRIGATION DISTRICT<br>P O BOX 819007<br>TURLOCK, CA 95381-9007 | 12/19/08 | $6,557.91 | CIRCUIT CITY STORES, INC. | U |
| 7698 | UGI ENERGY SERVICES, INC<br>1 MERIDIAN BLVD STE 2C01<br>WYOMISSING, PA 19610 | 01/29/09 | $6,786.43 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT P
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 762 | AMERICAN ELECTRIC POWER<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 12/05/08 | 90,110.57 | CIRCUIT CITY STORES, INC. | U |
| 4333 | BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX 75603 | 01/20/09 | 9,857.39 | CIRCUIT CITY STORES, INC. | U |
| 5164 | PUBLIC SERVICE OF NEW HAMPSHIRE<br>PO BOX 330<br>MANCHESTER, NH 03105 | 01/21/09 | 43,955.58 | CIRCUIT CITY STORES, INC. | U |
| 166 | TOLEDO EDISON<br>Bankruptcy Dept Rm 204<br>6896 Miller Rd<br>Brecksville, OH 44141 | 12/01/08 | 4,645.57 | CIRCUIT CITY STORES, INC. | U |
| 1319 | TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>Attn Steven N Leitess co Leitess<br>Leitess Friedberg & Fedder PC<br>1 Corporate Ctr<br>10451 Mill Run Cir Ste 1000<br>Owings Mills, MD 21117 | 12/19/08 | 257,427.72 | CIRCUIT CITY STORES, INC. | U |
| 1694 | TUCSON ELECTRIC POWER COMPANY<br>Marc Jerden Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 2,956.17 | CIRCUIT CITY STORES, INC. | U |
| 1039 | TUCSON ELECTRIC POWER COMPANY<br>c o Marc Jerden<br>Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 3,258.69 | CIRCUIT CITY STORES, INC. | U |
| 387 | WESTERN MASSACHUSETTS ELECTRIC COMPANY<br>Northeast Utilities Credit and Collection Center<br>PO Box 2899<br>Hartford, CT 06101-8307 | 11/28/08 | 4,802.21 | CIRCUIT CITY STORES, INC. | U |
| 6490 | WISCONSIN POWER & LIGHT<br>300 Sheridan Ave<br>Centerville, IA 52544 | 01/26/09 | 6,045.04 | CIRCUIT CITY STORES, INC. | U |
| 562 | YANKEE GAS<br>Northeast Utilities Credit and Collection Center<br>PO Box 2899<br>Hartford, CT 06101-8307 | 11/28/08 | 2,840.38 | CIRCUIT CITY STORES, INC. | U |
| 1520 | DIRECTED ELECTRONICS INC<br>One Viper Way<br>Vista, CA 92081 | 12/08/08 | $720,958.36 | CIRCUIT CITY STORES, INC. | U |