IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| IN RE: ) ) ) CIRCUIT CITY STORES, INC., *et al.*, ) ) Debtors. ) ) | Chapter 11 Case No. 08-35653-KRH Jointly Administered |

## MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL

DurretteCrump, PLC, pursuant to Local Bankruptcy Rule 2090-1(G) files this Motion for an Order allowing the withdrawal of Philip C. Baxa as counsel of record herein for Joanne and Roy Eisner ("Eisners"), creditors and parties-in-interest, and the substitution of Bruce E. Arkema and Kevin J. Funk as counsel therefore, and states the following in support thereof:

1. Philip C. Baxa appeared in this case on behalf of the Eisners at which time Mr. Baxa was employed by MercerTrigiani. Subsequent to Mr. Baxa's last appearance in this case on behalf of the Eisners, Mr. Baxa left MercerTrigiani and became employed by SandsAnderson. While employed by SandsAnderson, Mr. Baxa passed away.

2. The Eisners have retained Bruce E. Arkema and Kevin J. Funk with DurretteCrump, PLC to represent them in the bankruptcy. Counsel for the Eisners have consulted with Mr. Baxa's colleagues at SandsAnderson regarding the withdrawal and substitution requested herein and consent to it.

WHEREFORE, DurretteCrump, PLC requests that the Court enter an order approving the withdrawal of Philip C. Baxa as counsel for the Eisners and substituting DurretteCtump, PLC as counsel for the Eisners and granting any further relief the Court deems proper.

DURRETTECRUMP, PLC


_____/s/ Kevin J. Funk_____
Bruce E. Arkema (VSB No. 18625)
Kevin J. Funk (VSB No. 65465)
DurretteCrump, PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
(804) 775-6900
(804) 775-6911
kfunk@durrettecrump.com