Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN EQUITY CLAIMS)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-Seventh Omnibus Objection to Claims (Disallowance of Certain Equity Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Equity Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

  1. The Objection is SUSTAINED.

  2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

  3. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

  4. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

  5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:


TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

> */s/ Lynn L. Tavenner*
> Lynn L. Tavenner

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2409 | JM MUTTER & CA MUTTER CO TTEE MUTTER FAMILY REVOCABLE LIVING TRUST U A 45 Timber Ln Brownsburg, IN 46112 | 1/2/2009 | $2,952.44 | CIRCUIT CITY STORES, INC. | U |
| 2580 | KANG, MICHAEL D 395 Brown St Unit 10 Attleboro, MA 02703-7476 | 1/6/2009 | $14,990.00 | CIRCUIT CITY STORES, INC. | U |
| 4004 | FEIGIN, BARBARA S 535 EAST 86TH ST, APT #7H NEW YORK, NY 10028 | 1/19/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 4143 | JAMES T GRIFFITH & JANICE P GRIFFITH 209 Forest Hills Dr Louisiana, MO 63353 | 1/20/2009 | $1,252.02 | CIRCUIT CITY STORES, INC. | U |
| 4366 | FALCONER, CARIN ELAINE 5350 OLD DOWLEN RD APT 313 BEAUMONT, TX 77706 | 1/22/2009 | $75,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4670 | TURNER, RONALD L 24 DUNES ROW FERNANDINA, FL 32034 | 1/23/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 4764 | TURNER, RONALD L 24 DUNES ROW FERNANDINA, FL 32034 | 1/23/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 5028 | KORNSTEIN, DON K, Alpine Advisors LLC 825 LAKESHORE BLVD INCLINE VILLAGE, NV 89451-9507 | 1/20/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 5224 | ZACHARIAH CHERIAN AND PRIYA CHERIAN 625 Oakfield Ln Philadelphia, PA 19115 | 1/26/2009 | $2,607.00 | CIRCUIT CITY STORES, INC. | U |
| 5358 | BRILL, RONALD M 225 N CHAMBORD DR ATLANTA, GA 30327 | 1/26/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 5700 | MICHAEL P STOLL 121 Cross Creek Dr Chapel Hill, NC 27514-1498 | 1/27/2009 | $1,950.00 | CIRCUIT CITY STORES, INC. | U |
| 5943 | REYES, FERNANDO 15027 PEPPERDINE DR FONTANA, CA 92336 | 1/27/2009 | $0.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6017 | CRAIG & JODI GOLEY 5586 Wanda Way Hamilton, OH 45011-5094 | 1/27/2009 | $500.00 | CIRCUIT CITY STORES, INC. | P |

| | | | | | |
|---|---|---|---|---|---|
| 6017 | CRAIG & JODI GOLEY<br>5586 Wanda Way<br>Hamilton, OH 45011-5094 | 1/27/2009 | $2.99 | CIRCUIT CITY STORES, INC. | U |
| 6213 | CRAIG, KAREN L<br>4409 PLAYER RD<br>CORONA, CA 92883 | 1/27/2009 | $0.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6274 | BRILL, RONALD M<br>225 N CHAMBORD DR<br>ATLANTA, GA 30327 | 1/26/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 6407 | WOO, CAROLYN Y<br>204 A MENDOZA COLLEGE OF BUSINESS, University of Notre Dame<br>NOTRE DAME, IN 46556 | 1/27/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 6410 | WOO, CAROLYN Y<br>204 A MENDOZA COLLEGE OF BUSINESS, University of Notre Dame<br>NOTRE DAME, IN 46556 | 1/27/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 6712 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | 1/28/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 6827 | KANE ALAN<br>35 Talbot Ct<br>Short Hills, NJ 07078 | 1/28/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 7006 | KANE ALAN<br>35 Talbot Ct<br>Short Hills, NJ 07078 | 1/28/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 7413 | PAUL STULIK<br>9639 E Paseo San Rosendo<br>Tucson, AZ 85747-5043 | 1/29/2009 | $5,103.00 | CIRCUIT CITY STORES, INC. | U |
| 8469 | GARZA, SHEILA S<br>7312 WHITE FLAG TRL<br>LITHIA SPRINGS, GA 30122 | 1/29/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 14699 | LINDA CASALE/RALPH CASALE<br>5 Voeker Rd<br>Fairfield, NJ 07004 | 10/26/2009 | $17,804.75 | CIRCUIT CITY STORES, INC. | U |
| 14865 | DAN N NGUYEN<br>463 Creek Ridge<br>Martinez, GA 30907 | 3/16/2010 | $16,016.62 | CIRCUIT CITY STORES, INC. | U |
| 15128 | Richard D Ruppert<br>3314 Pelham Rd<br>Toledo , OH 43606 | 11/15/2010 | $987.00 | Circuit City Stores, Inc. | U |
| 15132 | Marian Robinson<br>3836 Easton Ave<br>Norfolk, VA 23502-4306 | 11/18/2010 | $0.00 | Circuit City Stores, Inc. | U |

DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| 15148 | Robert E Kole & Ruthan Kole Trust UA Dtd 4 12 94 Amd 9 22 05 2510 Lake Michigan Dr Apt A 109 Grand Rapids, MI 49504-8038 | 11/26/2010 | $4,939.00 | Circuit City Stores, Inc. | U |
| 15229 | Christopher Antoniou 10625 W Mariposa St Phoenix, AZ 85037 | 4/8/2011 | $448.61 | Circuit City Stores, Inc. | U |
| 15234 | Patricia A Bevelhimer 3207 W 8th St Anderson, IN 46011 | 4/19/2011 | $20,630.65 | Circuit City Stores, Inc. | A |
| 15240 | Timothy G Mayer 10625 W Mariposa St Phoenix, AZ 85037 | 5/16/2011 | $199.22 | Circuit City Stores, Inc. | U |
| 15242 | Bhanu Desai PO Box 4198 Wayne, NJ 07470 | 5/27/2011 | $14,045.95 | Circuit City Stores, Inc. | P |