Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - -   x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS <u>APPLICABLE (SPECIAL CASH RETENTION PROGRAM)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-*

*Sixth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable (Special Cash Retention Program)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is sustained in part, as set forth herein.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

    3.    The Claims identified on Exhibit B as attached hereto and incorporated herein are forever fixed in the amount specified on Exhibit B for all purposes in these bankruptcy cases.

    4.    The Claims identified on Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit D attached hereto.

6. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

              */s/ Lynn L. Tavenner*
              Lynn L. Tavenner

| Claim No. | Name & Address | Date Filed | Docketed Amt | Modified Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 7185 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | 1/28/2009 | $80,000.00 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7126 | SCHNEIDER, DEJAY J<br>29933 MOUND DR<br>BURLINGTON, WI 53105 | 1/28/2009 | $30,000.00 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7886 | FRANCIS, SHEILA Y<br>20936 ATHENS CT<br>HAYWARD, CA 94541 | 1/29/2009 | $20,000.00 | $15,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6789 | OREILLY, PATRICK S<br>9067 LITTLE JOSELYN DR<br>MECHANICSVILLE, VA 23116 | 1/28/2009 | $80,000.00 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8806 | NICHOLS, MICHAEL ROBERT<br>96 Park Pl Dr<br>Garner, NC 27529 | 1/30/2009 | $30,000.00 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5479 | JENSEN, ADAM EUGENE<br>224 E LAUREL RD<br>BELLINGHAM, WA 98226 | 1/26/2009 | $30,000.00 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 10164 | THRASHER, JOHN<br>4679 TORREY CIR NO 102<br>SAN DIEGO, CA 92130 | 1/30/2009 | $80,000.00 | $40,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 7201 | LATINI, LEE DANIEL<br>102 CALDERWOOD LANE<br>MOUNT LAUREL, NJ 08054 | 1/28/2009 | $30,000.00 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4719 | VIENER, CYNTHIA R<br>3109 CHESTNUT GROVE CT<br>RICHMOND, VA 23233 | 1/23/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6237 | OLIVER, MARK E<br>523 HAROLDS DR<br>MANAKIN SABOT, VA 23103 | 1/26/2009 | $125,000.00 | $62,500.00 | CIRCUIT CITY STORES, INC. | U |
| 7517 | BROOKS, COLETTE M<br>13913 GREYLEDGE MEWS<br>CHESTER, VA 23836 | 1/29/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8996 | JOSEPH V REILLY<br>1712 E Lake Woodlands Pkwy<br>Oldsmar, FL 34677 | 1/30/2009 | $125,000.00 | $62,500.00 | CIRCUIT CITY STORES, INC. | U |
| 4522 | BIGGS, DENNIS M<br>6125 AMERSHIRE WAY<br>GLEN ALLEN, VA 23059 | 1/20/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3135 | YOST, DOUG A<br>8406 WINTER BERRY DRIVE<br>CASTLE ROCK, CO 80108 | 1/12/2009 | $125,000.00 | $62,500.00 | CIRCUIT CITY STORES, INC. | U |
| 6669 | HENDERSON, AARON L<br>100 PINEHURST DR<br>AURORA, OH 44102 | 1/28/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4418 | CUSHENBERRY, ADRIAN<br>1229 WOOD IRIS LANE<br>LAWRENCEVILLE, GA 30045 | 1/21/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9976 | JENNIFER G LINTON<br>5232 Wheat Ridge Pl<br>Glen Allen, VA 23059 | 1/30/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8754 | LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720 | 1/30/2009 | $125,000.00 | $62,500.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6541 | LANE, DARICK<br>3413 ANDOVER HILLS PL<br>RICHMOND, VA 23294 | 1/23/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5493 | STERIJEVSKI, STEVEN W<br>2951 MAJESTIC ISLE DR<br>CLERMONT, FL 34711 | 1/26/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3807 | OLSZAK, JOHN<br>412 PRIMROSE LANE<br>BOLINGBROOK, IL 60490 | 1/15/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |

**EXHIBIT A**
**REDUCED CLAIMS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4203 | COBBS JR , MICHAEL W<br>4036 SHINAULT COVE<br>OLIVE BRANCH, MS 38654 | 1/20/2009 | $40,000.00 | $20,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6336 | COLEMAN, HOWARD I<br>1141 HARTFORD AVE 4A<br>JOHNSTON, RI 02919 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5305 | MARTHERS, WILLIAM J<br>12 ST FRANCIS LANE<br>SCHENCTADEY, NY 12304-4500 | 1/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9770 | MCGRATH, JAMES J<br>4208 SHELTER CREEK LN<br>SAN BRUNO, CA 94066-3816 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5291 | HANSEN, ROBERT<br>3 COBURN WOODS<br>NASHUA, NH 03063 | 1/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9987 | MCCUE, JOSEPH E<br>589 NW CORNELL AVE<br>PORT SAINT LUCIE, FL 34983 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8744 | ADKINS, MARK A<br>14324 SPRING GATE CT<br>MIDLOTHIAN, VA 23112 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6836 | FRALEY KEVIN T<br>2720 Juniper Rd<br>Florence, SC 29501 | 1/28/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5603 | COOK, KEVIN G<br>21819 BELLA TERRA BLVD<br>ESTERO, FL 33928 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4158 | KISS, ALEX M<br>493 MCDONALD AVE<br>GALION, OH 44833 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7710 | HUNT, PETER E<br>5533 WOODLAWN DR<br>NEWBURGH, IN 47630-1928 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6607 | TEUFEL, GERI L<br>5449 E CAMPO BELLO DR<br>SCOTTSDALE, AZ 85254 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 5468 | KIEBA, MYRON A<br>1937 DORN DR<br>ADDISON TWP, MI 48367 | 1/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8918 | JASON WALDROP<br>9847 BELMONT LN<br>TUSCALOOSA, AL 35405-8548 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4292 | JOHNSON, DONALD R<br>3790 CENTER ST APT 2430<br>HOUSTON, TX 77007 | 1/22/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6419 | SMITH BRANDON M<br>500 Hillstone Dr<br>Pell City, AL 35125 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7897 | STRICKLIN, CHRISTOPHER SHANE<br>2121 W CAMPBELL RD APT 918<br>GARLAND, TX 75044 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8962 | MICHAEL MUNIZ<br>3436 Red Sails Dr<br>El Paso, TX 79936 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5147 | HANKINS, PAXTON W<br>3840 S 98TH E AVE<br>TULSA, OK 74146 | 1/23/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5062 | GEE NEDEDOG<br>6910 Husky Way SE<br>Lacey, WA 98503 | 1/21/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5140 | REED, DAVID A<br>10524 NW 13TH LANE<br>GAINESVILLE, FL 32606 | 1/23/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5339 | SABER, JACK T<br>1392 E CANYON CREEK DR<br>GILBERT, AZ 85295 | 1/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4699 | HENSIEK, JONATHAN B<br>17610 N 17TH PLACE UNIT NO 2<br>PHOENIX, AZ 85022 | 1/23/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 4105 | JORGENSEN, RACHEL MAE<br>14006 23RD AVE SE<br>MILL CREEK, WA 98012 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4455 | BELANGER, JAMEY ARTHER<br>683 NEWBRIDGE LN<br>LINCOLN, CA 95648 | 1/21/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 9335 | BOWEN, RANDALL A<br>13035 REINDEER CT<br>RIVERSIDE, CA 92503 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6727 | BURNS, JOE E<br>1021 SAN ANTONIO DR<br>FORNEY, TX 75126 | 1/28/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7692 | VO, VY XUAN<br>5617 NATOMA CIRCLE<br>STOCKTON, CA 95219-7119 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7210 | KIMBLE, JOHN<br>15224 Jenell St<br>Poway, CA 92064 | 1/28/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14701 | TABAKOVIC, ELVIR<br>700 SUNBROOK<br>GRAND RAPIDS, MI 49508 | 10/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5822 | RESENDEZ, SUSAN MARIE<br>515 EAST EVERGREEN AVE<br>SANTA MARIA, CA 93454-3109 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8347 | CRAGUE, JAMES EDWARD<br>1604 Comanche Run<br>Madison, TN 37115-5633 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5260 | KASSAB, PAUL<br>29118 SPOON<br>MADISON HEIGHTS, MI 48071 | 1/26/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9853 | GARY STEVEN CARLTON<br>PO Box 262<br>Fox Island, WA 98333 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3492 | ELKINS, MONTY DOUGLAS<br>353 MEADOW ASH DR<br>LEWIS CENTER, OH 43035 | 1/13/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4104 | WININGER, BRIANA D<br>219 STONE EDGE CIRCLE<br>KINGSPORT, TN 37660 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4254 | MINTZ, JIMMY C<br>4027 RIVER FALLS DR<br>LOWELL, NC 28098 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5985 | LYNCH JR, MICHEAL P<br>112 ELLINGTON COURT<br>CAMILLUS, NY 13031 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9906 | ROGERS, JASON<br>21014 Bright Lake Bend<br>Richmond, TX 77407 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5171 | ARUN RAMCHANDANI<br>12118 5th Pl W<br>Everett, WA 98204 | 1/23/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8218 | MAYFIELD, MICAH J<br>14 CLAIRE DR<br>FLORISSANT, MO 63031 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8342 | AVENDANO, GABRIEL<br>2527 WILTON AVE<br>DALLAS, TX 75211-5450 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
REDUCED CLAIMS

| | | | | | | |
|---|---|---|---|---|---|---|
| 3695 | YATES, ELIZABETH<br>3105 CANTERA COURT<br>ROUND ROCK, TX 78681-2298 | 1/13/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14844 | MIKE DOHRMANN<br>34945 N Karan Swiss Cir<br>San Tan Valley, AZ 85143 | 3/8/2010 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5129 | ERNEST TIMOTHY WILLIAMS<br>16000 Hardwick Rd<br>Edmond, OK 73013 | 1/21/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6495 | ARCE JR, NELSON<br>1110 HUGHES LN<br>GRANITE FALLS, WA 98252 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3877 | HILTON, JEAN MARIE<br>257 EAST HARVARD CR<br>SOUTH ELGIN, IL 60177-2726 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6031 | CASTILLO, BO L<br>2822 GLENCULLEN LN<br>PEARLAND, TX 77584 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4613 | LANGE, STEVEN B<br>1721 COUNTRY ACERS DR<br>ST PETERS, MO 63376 | 1/16/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4963 | FRANTZ, BRIAN<br>3825 SUMMIT GATE DR<br>SUWANEE, GA 30024 | 1/21/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8183 | MCCOLLAM, SCOTT LEE<br>2375 DOGWOOD CIR<br>ERIE, CO 80516 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8830 | ROSSO, TERRY ALAN<br>29910 Rancho California Rd No 307<br>Temecula, CA 92591 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3310 | SCHOPPE, PETER MATTHEW<br>53321 JACLYN DR<br>SHELBY TOWNSHIP, MI 48315 | 1/12/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7796 | KENNEDY, STEPHEN J<br>471 S MAIN ST NO 1<br>MOAB, UT 84532 | 1/29/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 2942 | KAREL, DAVID MICHAEL<br>28336 N DESERT NATIVE ST<br>QUEEN CREEK, AZ 85143-6847 | 1/6/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6120 | INGRAM, DAWAYNE LEON<br>4018 RED CEDAR DR<br>COLORADO SPRINGS, CO 80906 | 1/27/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7314 | JENNIFER MYERS<br>22310 W Niagara Ct<br>Plainfield, IL 60544 | 1/28/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8957 | VICARO WESTON<br>20010 87th Ave E<br>Spanaway, WA 98387 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3946 | SICHENEDER, DAVE ALAN<br>3570 FENTON RD<br>HARTLAND, MI 48353 | 1/15/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7122 | RONALD ONEIL FERGUSON JR<br>420 Kings Pkwy<br>Raleigh, NC 27610 | 1/28/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9382 | BETTS, KIMBERLY A c/o Liquidity Solutions<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 | 1/30/2009 | $15,525.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4184 | COLEY, RICHARD ALLEN<br>2905 SE JENNIFER DR<br>LEES SUMMIT, MO 64063 | 1/20/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
REDUCED CLAIMS

| | | | | | | |
|---|---|---|---|---|---|---|
| 9789 | POTTER, JAMES WALTER<br>EMPLOYEE NO 10393492<br>7427 Yellow Wood<br>Lansing, MI 48917 | 1/30/2009 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14970 | JASON HORST<br>4861 Lago Dr No 203<br>Huntington Beach, CA 92649 | 3/30/2010 | $15,000.00 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
FIXED AMOUNT CLAIMS

| Claim No. | Name & Address | Date Filed | Fixed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 10058 | DANIEL J EDWARDS<br>413 McClendon Walker Rd<br>Aledo, TX 76008 | 1/30/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7849 | PEDREGON, ROBERT<br>5217 DUNSTER DR<br>MCKINNEY, TX 75070 | 1/29/2009 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4071 | RANDALL BRECKENRIDGE<br>1971 Morgan Rd<br>Reno, NV 89521 | 1/20/2009 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14895 | CRAIG BENDER<br>457 E Water St<br>Hughesville, PA 17737 | 3/26/2010 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT P

DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 11429 | BENDER, CRAIG P<br>457 EAST WATER ST<br>HUGHESVILLE, PA 17737 | 2/2/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7601 | TOLLIVER, DAVID W<br>55 BROOKMONT DR<br>CLAYTON, NC 27527-8809 | 1/28/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 14108 | TAMMY C GOODE<br>4537 Mockingbird Ln<br>Maiden, NC 828-446-8572 | 6/30/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8206 | GOODE, MICHAEL DAVID<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | 1/29/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7092 | CIMINO, WILLIAM P<br>15 ALBEMARLE AVE<br>RICHMOND, VA 23226-1611 | 1/28/2009 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5949 | LYNCH JR, MICHEAL P<br>3610 WILDFLOWER CIRCLE<br>SYRACUSE, NY 13215 | 1/27/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 2795 | KNOWLES, JEFFREY TODD<br>3555 S MARION WAY<br>CHANDLER, AZ 85286 | 1/6/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3886 | JOE D HARRIS<br>1914 PIERCE WAY<br>BUFORD, GA 30519 | 1/13/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4942 | BROWN JR , JAMES<br>5201 BILTMORE DR<br>FREEHOLD, NJ 07728 | 1/21/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 5583 | DOLEHANTY, AIMEE D<br>12729 W 89TH ST<br>LENEXA, KS 66215 | 1/27/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6922 | GIDCUMB, MICHAEL SHANE<br>609 SW 34TH TERRACE<br>LEES SUMMIT, MO 64082 | 1/28/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9173 | MCCLARY, STEVEN<br>260 REGENCY DR<br>NASHVILLE, NC 27856 | 1/30/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT P
DISALLOWED

| | | | | | |
|---|---|---|---|---|---|
| 9571 | HARTBAUER, JASON ALLEN<br>277 HOLLY LANE<br>GRAND JUNCTION, CO 81503-2021 | 1/30/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9879 | WATKINS, DERRICK<br>200 Sweetwater Dr Apt B29<br>Dothan, AL 36305 | 1/27/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 10074 | PATEL, PANTHI P<br>1338 SAFARI CT<br>PALMDALE, CA 93551 | 1/30/2009 | $15,000.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 11058 | HILTON, NATALIA<br>3525 Wheat Dr<br>Beaumont, TX 77706-0000 | 2/2/2009 | $5,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3463 | TIDWELL, GEORGE MICHAEL<br>3006 CAMROSE CROSSING LANE<br>MATTHEWS, NC 28104 | 1/13/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 7926 | GEORGE MICHAEL TIDWELL JR<br>3006 Camrose Crossing Ln<br>Matthews, NC 28104 | 1/29/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4106 | LETTS JR DENNIS R<br>30 Shoreline Dr<br>Columbia, SC 29229 | 1/20/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 6890 | DAVIS, JONATHAN K<br>4221 BAY RUM LN<br>RALEIGH, NC 27610 | 1/27/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8115 | MCDONALD, LAURA<br>109 FAIRWAYS DR<br>HENDERSONVLLE, TN 37075 | 1/29/2009 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8636 | EVAN JOSEPH MELSHEIMER<br>3056 Salmon St<br>Philadelphia, PA 19134 | 1/29/2009 | $15,000.00 | CIRCUIT CITY STORES, INC. | U |
| 10070 | OGUIN, TYSON<br>106 CANTRELLE DR APT 13<br>RACELAND, LA 70394-2000 | 1/30/2009 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT D
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 5480 | CASTLE, LINDA H<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | 1/26/2009 | $40,000.00 | CIRCUIT CITY STORES, INC. | U |