Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - -   x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - -   x | : | Jointly Administered |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS
<u>APPLICABLE (SHORT TERM INCENTIVE PROGRAM)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-*

*Fifth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims or*

*Disallowance of Certain Invalid Claims, as Applicable (Short Term Incentive Program)* (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is sustained in part, as set forth herein.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claims identified on Exhibit B as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit C attached hereto.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this

3

Order.

      7.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                            _____
                            HONORABLE KEVIN R. HUENNEKENS
                            UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

         - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                          */s/ Lynn L. Tavenner*
                                          Lynn L. Tavenner

EXHIBIT A

REDUCED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Modified Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 4367 | FALCONER, CARIN ELAINE<br>5350 OLD DOWLEN RD STE 313<br>BEAUMONT, TX 77706 | 1/22/2009 | $100,000.00 | $50,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8802 | ANDREWS, KIRK A<br>328 N LEE ST<br>WOODSTOCK, VA 22664-1310 | 1/30/2009 | $11,820.00 | $5,910.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B

DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 4077 | NICHOLS, JOHN M<br>4417 HICKORY LAKE COURT<br>RICHMOND, VA 23059 | 1/20/2009 | $52,500.00 | CIRCUIT CITY STORES, INC. | U |
| 4378 | WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | 1/22/2009 | $17,466.00 | CIRCUIT CITY STORES, INC. | U |
| 4794 | EATON, ANDREW R<br>910 WHITE PINE DR<br>CARY, IL 60013 | 1/22/2009 | $42,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4811 | GEITH, JON C<br>2975 LUSITANA CT<br>LIVERMORE, CA 94550-9686 | 1/22/2009 | $93,120.00 | CIRCUIT CITY STORES, INC. | U |
| 4817 | DOLORES J GARCIA<br>12630 Eagle Ct<br>Grand Terrace, CA 92313 | 1/23/2009 | $6,634.50 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 9092 | DAVIS, TONY V<br>26310 WOODED HOLLOW LN<br>KATY, TX 77494-5011 | 1/23/2009 | $42,400.00 | CIRCUIT CITY STORES, INC. | U |
| 6214 | CRAIG, KAREN L<br>4409 PLAYER RD<br>CORONA, CA 92883 | 1/27/2009 | $37,500.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 8003 | TROXELL, LESLIE J<br>5004 PARK MEADOWS WAY<br>GLEN ALLEN, VA 23059 | 1/29/2009 | $78,800.00 | CIRCUIT CITY STORES, INC. | U |
| 8027 | ROSIER, NATHAN<br>307 N HUNTINGTON RD<br>ANDALE, KS 67001 | 1/29/2009 | $80,000.00 | CIRCUIT CITY STORES, INC. | U |
| 9070 | LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720 | 1/30/2009 | $106,827.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 9440 | MASCOLA, DENISE<br>6201 WINDWARD DR<br>BURKE, VA 22015-3834 | 1/30/2009 | $31,250.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 6022 | BEAM, MICHAEL W<br>5227 SCOTSGLEN DR<br>GLEN ALLEN, VA 23059 | 1/27/2009 | $19,186.23 | CIRCUIT CITY STORES, INC. | U |