Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

- and –

Robert J. Feinstein, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (PHANTOM STOCK PROGRAM)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-Fourth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable (Phantom Stock Program)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

    3.    The Claims identified on Exhibit B as attached hereto and incorporated herein are forever fixed in the amount specified on Exhibit B for all purposes in these bankruptcy cases.

    4.    The Claims identified on Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

3

not waived and are expressly reserved.

      6.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      7.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

4

| Claim No. | Name & Address | Date Filed | Docketed Amt | Modified Amount | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 4387 | LALONDE, MAUREEN A<br>2107 RAYMOND AVE<br>RICHMOND, VA 23228 | 1/22/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 4798 | EATON, ANDREW R<br>910 WHITE PINE DR<br>CARY, IL 60013 | 1/22/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 4897 | BRADLEY, THOMAS C<br>88 AMBERWOOD CT<br>DOVER, DE 19901 | 1/22/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 5743 | URSO, FRANK<br>3070 FOULK RD<br>BOOTHWYN, PA 19061 | 1/26/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6062 | CLEVENGER DAVID W<br>2506 Linwood Ln<br>Duncan, OK 73533 | 1/26/2009 | $952.50 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6140 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | 1/26/2009 | $3,143.25 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6023 | BEAM, MICHAEL W<br>5227 SCOTSGLEN DR<br>GLEN ALLEN, VA 23059 | 1/27/2009 | $2,381.25 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6182 | MCNEESE, MICHAEL<br>17814 WEST WOOD DR<br>SURPRISE, AZ 85388 | 1/27/2009 | $47,815.50 | $476.25 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 7361 | WATSON, SETH<br>20905 PHEASANT TRL<br>DEER PARK, IL 60010 | 1/28/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 7739 | SAMITT, JEFFREY M<br>105 N BELMONT AVE<br>RICHMOND, VA 23221 | 1/29/2009 | $40,000.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
FIXED AMOUNT CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Modified Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|---|
| 6540 | LANE, DARICK<br>3413 ANDOVER HILLS PL<br>RICHMOND, VA 23294 | 1/23/2009 | $0.00 | $412.75 | CIRCUIT CITY STORES, INC. | U |
| 6593 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | 1/27/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6587 | BURCHFIELD, FRANKLIN J<br>6028 MAYBROOK WAY<br>GLEN ALLEN, VA 23060 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6714 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 6950 | CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 7021 | CURRIER, MICHAEL J<br>4305 HURT BRIDGE LN<br>CUMMING, GA 30028 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 7040 | STINDE, MARK S<br>8704 PONDEROSA DR<br>MCKINNEY, TX 75070 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 7050 | ERIC C SINDELAR<br>2696 E 132nd Pl<br>Thornton, CO 80241 | 1/28/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 8111 | MCDONALD, LAURA<br>109 FAIRWAYS DR<br>HENDERSONVLLE, TN 37075 | 1/29/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 8524 | MCCOLLUM, JOHN P<br>2117 Lake Surrey Dr<br>Richmond, VA 23235 | 1/29/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 8658 | FATH ANNE<br>9608 Gaslight Pl<br>Richmond, VA 23229 | 1/29/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 9447 | MASCOLA, DENISE<br>6201 WINDWARD DR<br>BURKE, VA 22015-3834 | 1/30/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |
| 13804 | LINDA H CASTLE<br>5601 Hunters Glen Dr<br>Glen Allen, VA 23059 | 6/26/2009 | $0.00 | $476.25 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT C
DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2445 | YEUNG, PETER<br>362 W BURGUNDY ST UNIT 434<br>HIGHLANDS RANCH, CO 80129 | 1/5/2009 | $5,440.00 | CIRCUIT CITY STORES, INC. | U |
| 2521 | MITCHELL, EUGENE O<br>808 LAKECREST AVE APT 103<br>HIGH POINT, NC 27265 | 1/5/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 5146 | HANKINS, PAXTON W<br>3840 S 98TH E AVE<br>TULSA, OK 74146 | 1/23/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 6966 | HOUSTON, VERONICA S<br>11621 PEAVEY ST<br>GLEN ALLEN, VA 23059 | 1/28/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 8340 | AVENDANO, GABRIEL<br>2527 WILTON AVE<br>DALLAS, TX 75211 | 1/29/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 8390 | RAAB, DAVID T<br>5 MACGREGOR RD<br>PUEBLO, CO 81001 | 1/29/2009 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 9652 | ROSS, ANGELA P<br>4413 WYTHE AVE<br>RICHMOND, VA 23221 | 1/30/2009 | $13,333.00 | CIRCUIT CITY STORES, INC. | U |