Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-THIRD OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
<u>MISCELLANEOUS HUMAN RESOURCES CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-Third Omnibus Objection to Claims (Disallowance of Certain Miscellaneous Human Resources Claims)* (the "Objection"), which requested, among other things, that the claims specifically

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Books and Records Expunge Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is sustained in part, as set forth herein.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

    6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                */s/ Lynn L. Tavenner*
                                                Lynn L. Tavenner

EXHIBIT A
DISALLOW

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 13297 | BROWNE, AUVILL V<br>50 SUMMIT ST<br>WHITE PLAINS, NY 10607-1209 | 06/08/09 | $3,700.00 | CIRCUIT CITY STORES, INC. | U |
| 15238 | CAROL J ROTGERS<br>35174 MESA GRANDE DR<br>CALIMESA, CA 92320-1944 | 05/11/11 | $60,334.68 | Circuit City Stores, Inc. | P |
| 5885 | CINDY KIMI NAKANISHI<br>PO Box 36182<br>San Jose, CA 95158 | 01/26/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 2900 | COTE, JASON<br>17 CAMELOT COURT<br>NOTTINGHAM, NH 03290 | 12/31/08 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3786 | CURRAN, JOHN M<br>114 OAKMONT<br>SPRINGFIELD, IL 62704 | 01/15/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3453 | DANIELS, GORDIE L<br>7532 Tamarind Ave<br>Tampa, FL 33625 | 01/13/09 | $2,668.50 | CIRCUIT CITY STORES, INC. | U |
| 6374 | DANNY BENNETT<br>7551 Stony Creek Dr<br>Highland, CA 92346-6544 | 01/27/09 | $10,720.09 | CIRCUIT CITY STORES, INC. | U |
| 7587 | EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA<br>Joshua J Klepacki<br>Sacramento Adjudication Center<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 01/26/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 7588 | EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA<br>Willie T Tapscott<br>Sacramento Adjudication Center<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 01/26/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 8902 | FAULKNER, LORI LYN<br>PO BOX 602<br>MADILL, OK 73446 | 01/30/09 | $0.00 | CIRCUIT CITY STORES, INC. | P |
| 3658 | FISH & SONS<br>1323 LACEBARK ST<br>TREVOSE, PA 19053-4517 | 01/13/09 | $875.00 | CIRCUIT CITY STORES, INC. | U |
| 3645 | FISH, JOHN C<br>1323 LACEBARK ST<br>TREVOSE, PA 19053-4517 | 01/13/09 | $1,150.00 | CIRCUIT CITY STORES, INC. | U |
| 3027 | GARBUTT, BRANDON MICHEAL<br>15087 CHUPAROSA<br>VICTORVILLE, CA 92394 | 01/08/09 | $8,000.00 | CIRCUIT CITY STORES, INC. | U |
| 3498 | GARCIA, BOONLERT<br>319 Sumach St<br>Browns Mills, NJ 08015 | 01/13/09 | $2,984.57 | CIRCUIT CITY STORES, INC. | U |
| 14735 | HEALTHCARE RECOVERIES AS AGENT FOR THE HEALTH PLAN<br>Attn Tyoato Betters<br>PO Box 36380<br>Louisville, KY 40233 | 11/09/09 | $846.41 | CIRCUIT CITY STORES, INC. | U |
| 13241 | HELEN RIVERA<br>Employment Development Department, Sacramento Adjudication Center<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 05/22/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |

| | | | | | |
|---|---|---|---|---|---|
| 14881 | JEAN ABDALLAH<br>4855 Gouin Blvd W<br>Montreal, Quebec H4J 189 | 03/23/10 | $1,850.00 | CIRCUIT CITY STORES, INC. | U |
| 6234 | JOHNSON, GARRIS<br>300 MEADOWVIEW LANE<br>FARMVILLE, VA 23901 | 01/27/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3773 | KELLY, JAMES<br>10307 REDBRIDGE RD<br>RICHMOND, VA 23236 | 01/15/09 | $72,000.00 | CIRCUIT CITY STORES, INC. | U |
| 4694 | KIND, JOHN W<br>2318 CAVALRY LANE<br>MECHANICSVILLE, VA 23111 | 01/23/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 2426 | MEDELLIN, GABRIEL A<br>8445 Broadmead Rd<br>Amity, OR 97101 | 01/02/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 4457 | MOZO, JOSELITO FARAON<br>313 WILLIS AVE<br>HOHENWALD, TN 38462 | 01/21/09 | $652.05 | CIRCUIT CITY STORES, INC. | U |
| 3030 | NAKAMOTO, CLIFFORD K<br>PO Box 971597<br>Waipahu, HI 96797 | 01/09/09 | $6,156.30 | CIRCUIT CITY STORES, INC. | U |
| 14783 | NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>PO Box 900012<br>Raleigh, NC 27675-9012 | 12/28/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 15001 | RA ELLIOTT JOHNSON WALLACE<br>216 Marin St Apt 306<br>San Rafael, CA 94901 | 04/02/10 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3641 | RICHARDSON, DIANE LYNN<br>14174 Whitney Rd<br>Strongsville, OH 44136 | 01/13/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3699 | ROBINSON, JOHN<br>8355 Station Village Ln Unit 4108<br>San Diego, CA 92108 | 01/14/09 | $756.95 | CIRCUIT CITY STORES, INC. | U |
| 15239 | ROTGERS, CAROL J<br>35174 MESA GRANDE DR<br>CALIMESA, CA 92320 | 05/11/11 | $60,334.68 | Circuit City Stores, Inc. | P |
| 3344 | SC DEPT OF LABOR LICENSING &<br>REGULATION WAGES AND CHILD<br>LABOR<br>SC Dept of Labor Licensing &<br>Regulation Wages and Child Labor<br>Section<br>110 Centerview Dr<br>Columbia, SC 29211 | 01/12/09 | $200.00 | CIRCUIT CITY STORES, INC. | P |
| 1962 | SEGOVIA, MAC<br>15204 S MARKS AVE<br>CARUTHERS, CA 93609-9621 | 12/29/08 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 3369 | SIMONELLI, CHERYL<br>3131 S Jacob St<br>Visalia, CA 93277-7423 | 01/12/09 | $1,000.00 | CIRCUIT CITY STORES, INC. | U |
| 13837 | THAYER MONTAGUE<br>8918 Norwick Rd<br>Richmond, VA 23229 | 06/29/09 | $858.54 | CIRCUIT CITY STORES, INC. | U |
| 2964 | THOMAS, MARIO TERRELL<br>1808 ST CHARLES AVE SW<br>BIRMINGHAM, AL 35211 | 01/08/09 | $500.00 | CIRCUIT CITY STORES, INC. | U |
| 12289 | THOMPSON, TASHA N<br>Employment Development<br>Department<br>PO Box 937<br>Elk Grove, CA 95759-0937 | 04/13/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT A
DISALLOW

| | | | | | |
|---|---|---|---|---|---|
| 1029 | TRIMBLE & JEWELL<br>PO BOX 1107<br>EVANSVILLE, IN 47706 | 12/16/08 | $0.00 | CIRCUIT CITY STORES, INC. | U |
| 5681 | TRIVANTAGE<br>TRIVANTAGE PHARMACY STRATEGIES LLC, Matthew Zirpoli, President<br>10700 W RESEARCH DR STE 120<br>MILWAUKEE, WI 53226 | 01/27/09 | $31,048.71 | CIRCUIT CITY STORES, INC. | U |
| 5071 | WINSTON, DESHAWN DENISE<br>Henrico Doctors Hospital Forest<br>PO Box 99400<br>Louisville, KY 40269 | 01/22/09 | $594.50 | CIRCUIT CITY STORES, INC. | U |
| 3633 | WOOTEN, VERLINDA<br>15015 PARTHENIA ST NO 21<br>NORTH HILLS, CA 91343 | 01/13/09 | $0.00 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 7940 | OWENS, HELEN J<br>335 E Albertoni St No 200637<br>Carson , CA 90746 | 1/29/09 | $49,280.00 | CIRCUIT CITY STORES, INC. | U |