| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
<u>INVALID INDEMNIFICATION CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Thirty-*

*Second Omnibus Objection to Claims (Disallowance of Certain Invalid Indemnification Claims)*

(the "Objection"), which requested, among other things, that the claims specifically identified on

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Exhibit B attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is sustained in part, as set forth herein.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

    6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                                  _____
                                  HONORABLE KEVIN R. HUENNEKENS
                                  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

EXHIBIT A
DISALLOWED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 15068 | DON R KORNSTEIN<br>825 Lakeshore Blvd<br>Incline Village, NV 89451 | 8/5/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15069 | RONALD M BRILL<br><br>225 N Chambord Dr<br>Atlanta, GA 30327 | 8/6/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15075 | ALLEN B KING<br>310 Wickham Glen Dr<br>Richmond, VA 23238 | 8/23/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15079 | ALAN T KANE<br>35 Talbot Ct<br>Short Hills, NJ 07078 | 8/31/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15085 | BARBARA S FEIGIN<br>535 E 86th St Apt 7H<br>New York, NY 10028 | 8/27/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15086 | REGINALD D HEDGEBETH<br>PO Box 6768<br>Houston, TX 77265-6768 | 8/26/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |
| 15087 | REGINALD D HEDGEBETH<br>PO Box 6768<br>Houston, TX 77265-6768 | 8/26/2010 | Unliquidated | INTERTAN, INC. | U |
| 15090 | REGINALD D HEDGEBETH<br>PO Box 6768<br>Houston, TX 77265-6768 | 8/26/2010 | Unliquidated | VENTOUX INTERNATIONAL, IN | U |
| 15164 | Phillip Schoonover<br>c o Spotts Fain PC<br>PO Box 1555<br>Richmond, VA 23218-1555 | 12/7/2010 | Unliquidated | Circuit City Stores, Inc. | U |
| 15165 | Peter Weedfald<br>c o Spotts Fain PC<br>PO Box 1555<br>Richmond, VA 23218-1555 | 12/7/2010 | Unliquidated | Circuit City Stores, Inc. | U |
| 15167 | George D Clark Jr<br>c o Spotts Fain PC<br>PO Box 1555<br>Richmond, VA 23218-1555 | 12/7/2010 | Unliquidated | Circuit City Stores, Inc. | U |

EXHIBIT B
CONTINUED

| Claim No. | Name & Address | Date Filed | Docketed Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 15094 | BRUCE H BESANKO<br>191 Farmington Rd<br>Longmeadow, MA 01106 | 9/17/2010 | Unliquidated | INTERTAN, INC. | U |
| 15095 | BRUCE H BESANKO<br>191 Farmington Rd<br>Longmeadow, MA 01106 | 9/17/2010 | Unliquidated | VENTOUX INTERNATIONAL, INC. | U |
| 15096 | BRUCE H BESANKO<br>191 Farmington Rd<br>Longmeadow, MA 01106 | 9/17/2010 | Unliquidated | CIRCUIT CITY STORES, INC. | U |