Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -   x
In re:                                    :        Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,        :        Case No. 08-35653 (KRH)
                                          :
            Debtors.                      :
- - - - - - - - - - - - - -               :        Jointly Administered
                                          x

**SECOND ORDER SUSTAINING LIQUIDATING TRUST'S THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Thirty-First Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit B</u> attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objection is sustained in part, as set forth herein.

2.     The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.     The Court will conduct a status conference on October 9, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit B</u> attached hereto.

4.     The Liquidating Trust hereby withdraws its objection solely to Claims identified on <u>Exhibit C</u> attached hereto.

5.     The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

6.      The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

EXHIBIT A
DISALLOWED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 3300 | SAWNEE EMC<br>P O  Box 100002<br>Cumming, GA 30028-8302 | 01/12/09 | 5,397.41 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 348 | MERCER<br>Attn Alisa Mumola<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 11/24/08 | 217,830.00 | CIRCUIT CITY STORES, INC. | U |
| 3109 | MISHAWAKA UTILITIES<br>P O BOX 363<br>MISHAWAKA, IN 46546-0363 | 01/09/09 | 4,653.68 | CIRCUIT CITY STORES, INC. | U |
| 6457 | MISSISSIPPI POWER<br>ATTN JAN STUART<br>401 W MAIN AVE<br>LUMBERTON, MS 39455-2436 | 01/14/09 | 5,945.70 | CIRCUIT CITY STORES, INC. | U |
| 4253 | NASHVILLE ELECTRIC SERVICE<br>1214 CHURCH ST<br>NASHVILLE, TN 37246-0003 | 01/15/09 | 16,895.03 | CIRCUIT CITY STORES, INC. | U |
| 1081 | NEW YORK CITY DEPT OF FINANCE<br>59 MAIDEN LN<br>NEW YORK, NY 10038 | 12/19/08 | 940.31 | CIRCUIT CITY STORES, INC. | U |
| 3988 | NSTAR ELECTRIC COMPANY<br>800 Boylston St 17th Fl<br>Boston, MA 02119 | 01/13/09 | 27,824.03 | CIRCUIT CITY STORES, INC. | U |
| 15178 | Patrick J Manzi Jr and Kimberly Manzi<br>Rob Levine & Associates LTD<br>544 Douglas Ave<br>Providence, RI 02908 | 12/13/10 | 8,000.00 | Circuit City Stores, Inc. | U |
| 6755 | PATRIOT DISPOSAL CO INC<br>2208 Plainfield Pike<br>Johnston, RI 02919-5717 | 01/28/09 | 1,810.08 | CIRCUIT CITY STORES, INC. | U |
| 126 | PENNSYLVANIA ELECTRIC<br>COMPANY A FIRSTENERGY<br>COMPANY<br>331 Newman Spgs Rd Bldg 3<br>Red Bank, NJ 07701 | 11/17/08 | 9,929.13 | CIRCUIT CITY STORES, INC. | U |
| 3911 | PREMIER MOUNTS<br>PROGRESSIVE MARKETING<br>PRODUCTS<br>PO BOX 894441<br>LOS ANGELES, CA 90189-4441 | 01/13/09 | 9,716.56 | CIRCUIT CITY STORES, INC. | U |
| 10893 | RENDE, RYAN & DOWNES<br>202 Mamaroneck Ave<br>White Plains, NY 10601-0000 | 02/03/09 | 27,779.88 | CIRCUIT CITY STORES, INC. | U |
| 6039 | ROBERT GENTRY AND ALL THOSE<br>SIMILARLY SITUATED<br>c o Righetti Glugoski PC Matthew<br>Righetti<br>456 Montgomery St Ste 1400<br>San Francisco, CA 94104 | 01/13/09 | 73,365.60 | CIRCUIT CITY STORES, INC. | U |
| 5412 | ROCHESTER GAS AND ELECTRIC<br>89 EAST AVENUE<br>ROCHESTER, NY 146490001 | 01/26/09 | 10,103.07 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 2495 | SA COMUNALE CO<br>PO BOX 150<br>BARBERTON, OH 44203-0150 | 01/05/09 | 8,358.00 | CIRCUIT CITY STORES, INC. | U |
| 5667 | SAN RAFAEL FINANCE DEPT CITY OF SAN RAFAEL<br>PO BOX 151560<br>1400 5TH AVE RM 204<br>SAN RAFAEL, CA 94915-5160 | 01/16/09 | 3,247.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 6633 | SATELLITE EXPRESS INC<br>426 W 46TH ST<br>ATTN GARY KABROSKY<br>NEW YORK, NY 10036 | 01/27/09 | 1,015.00 | CIRCUIT CITY STORES, INC. | U |
| 8244 | SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 232271666 | 01/29/09 | 36,000.00 | CIRCUIT CITY STORES, INC. | U |
| 8244 | SCOTT, PATRICIA<br>8224 PILGRIM TERRACE<br>RICHMOND, VA 232271666 | 01/29/09 | 124,000.00 | CIRCUIT CITY STORES, INC. | U |
| 12155 | SCRIPPS NETWORKS LLC DBA DIYNETWORK COM<br>PO Box 602031<br>Charlotte, NC 28260-2031 | 03/30/09 | 3,571.43 | CIRCUIT CITY STORES, INC. | U |
| 8619 | SOUTH CAROLINA ELECTRIC & GAS<br>1426 Main St<br>Mail Code 130<br>Columbia, SC 29201 | 01/29/09 | 22,706.87 | CIRCUIT CITY STORES, INC. | U |
| 3041 | SUN BUILDERS CO<br>5870 HWY 6 NORTH STE 206<br>HOUSTON, TX 77084 | 01/08/09 | 154,616.00 | CIRCUIT CITY STORES, INC. | U |
| 105 | THE CONNECTICUT LIGHT AND POWER COMPANY<br>Northeast Utilities Credit and Collection Ctr<br>PO Box 2899<br>Hartford, CT 06101-8307 | 11/28/08 | 90,257.63 | CIRCUIT CITY STORES, INC. | U |
| 2931 | THURMAN, PATRICE<br>Jacob M Weisburg<br>844 N Van Ness Ave<br>Fresno, CA 93728 | 01/08/09 | 241,326.00 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1040 | TUCSON ELECTRIC POWER COMPANY<br>c o Marc Jerden<br>Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 5,058.91 | CIRCUIT CITY STORES WEST COAST, INC. | U |
| 1691 | TUCSON ELECTRIC POWER COMPANY<br>Marc Jerden Senior Legal Counsel<br>One South Church Ave Ste 100<br>Tucson, AZ 85701 | 12/19/08 | 5,950.47 | CIRCUIT CITY STORES, INC. | U |

EXHIBIT B
CONTINUED CLAIMS

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 4518 | TXU ENERGY RETAIL COMPANY LLC CO Bankruptcy Department PO Box 650393 Dallas, TX 75265-0393 | 01/20/09 | 45,488.08 | CIRCUIT CITY STORES, INC. | U |
| 15023 | VADIM RYLOV c o Righetti Glugoski PC 456 Montgomery St Ste 1400 San Francisco, CA 94104 | 05/05/10 | 53,365.00 | CIRCUIT CITY STORES, INC. | U |
| 15022 | VADIM RYLOV c o Righetti Glugoski PC 456 Montgomery St Ste 1400 San Francisco, CA 94104 | 05/05/10 | 53,365.00 | CIRCUIT CITY STORES, INC. | U |
| 13220 | MARRIOTT INTL INC ON BEHALF OF THE FORT MYERS CAPE CORAL COURTYARD BY MARRIOTT Androniki Alahouzos Collections Administrator Marriott International Inc Marriott Dr Dept 52 923 21 Washington, DC 20058 | 06/09/09 | 5,676.12 | CIRCUIT CITY STORES, INC. | U |
| 11481 | SCARNATI, MISS GLORIA E 3567 MOUNTAIN VIEW DR NO 119 PITTSBURGH, PA 15122-2447 | 02/26/09 | 1,439.09 | CIRCUIT CITY STORES, INC. | U |
| 13035 | PATRICIA JOHNSON 2680 Bell Hurst Dr Dunedin, FL 34698 | 05/13/09 | 550.00 | CIRCUIT CITY STORES, INC. | U |
| 5999 | OHIO BUREAU OF WORKERS COMPENSATION Legal Division Bankruptcy Unit PO Box 15567 Columbus, OH 43215-0567 | 01/13/09 | 383,596.82 | CIRCUIT CITY STORES, INC. | U |

OBJECTION WITHDRAWN

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|-----------|----------------|------------|-----------|-----------|----------------|
| 3363 | MODESTO IRRIGATION DISTRICT<br>PO Box 5355<br>Modesto, CA 95352-5355 | 01/12/09 | 9,536.58 | CIRCUIT CITY STORES, INC. | U |