| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN <u>INVALID PERSONAL INJURY CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

*Forty-Fourth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance*

*of Certain Invalid Personal Injury Claims)* (the "Objection"), which requested, among

other things, that the claims specifically identified on Exhibit C attached to the Objection

be disallowed for those reasons set forth in the Objection; and it appearing that due and

proper notice and service of the Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection need be given; and it further

appearing that no response was timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief requested on the Objection is in the

best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-

in-interest; and after due deliberation thereon good and sufficient cause exists for the

granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is sustained in part, as set forth herein.

2.    The Claims identified on Exhibit A attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The Court will conduct a status conference on October 9, 2012 at

2:00 p.m. for all Claims identified Exhibit B attached hereto.

4.    The Liquidating Trust's rights to object to any claim including

(without limitation) the Claims subject to the Objection, on any grounds that applicable

law permits, are not waived and are expressly reserved.

5.    The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from

_____
*(cont'd from previous page)*
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

the entry of this Order.

         6.     This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        */s/ Lynn L. Tavenner*
                        Lynn L. Tavenner

## EXHIBIT A
## DISALLOWED CLAIMS

| Claim No. | Date Filed | Claimant | Docketed Amount | Priority | Debtor |
|---|---|---|---|---|---|
| 15264 | 2/28/12 | Aisha Maze<br>1473 9th Street<br>Oakland, CA 94607 | $100,000.00 | General Unsecured | Circuit City Stores, Inc. 08-35653 |
| 15269 | 5/16/12 | Karen Clinton<br>c/o Menefee & Lepore<br>Robert Lepore, Esq.<br>43825 10th St. W.<br>Lancaster, CA 93534 | Blank | General Unsecured | Circuit City West Coast Stores, Inc. |

**EXHIBIT B**
**CONTINUED CLAIMS**

| Claim No. | Date Filed | Claimant | Docketed Amount | Priority | Debtor |
|---|---|---|---|---|---|
| 15268 | 5/16/12 | Mary Restivo<br>1109 Britolwood St.<br>Brandon, FL 33510 | Unliquidated | Admin Priority | Circuit City Stores, Inc. 08-35653 |
| 15270 | 5/16/12 | Robert E. Marshall<br>c/o George J. Cosenza, Esq.<br>PO Box 4<br>515 Market St.<br>Parkersburg, WV 26102<br><br>Robert E. Marshall<br>77 Little Addition Road<br>Davisville, WV 26142 | $25,000.00 | General Unsecured | Circuit City Stores, Inc. 08-35653 |
| Docket No. 11774 | 3/5/12 | Carole Kaylor<br>c/o Thomas P. Finn, Esq.<br>153 Lakemont Park Blvd.<br>Altoona, PA 16602<br><br>Carole Kaylor<br>2701 Fairway Dr. #1C<br>Altoona, PA 16602 | $35,000.00 | Admin Priority | Circuit City Stores, Inc. 08-35653 |

2