IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Cosmi Corporation, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Cosmi Corporation
18600 Crenshaw BLVD
Torrance, CA 90504

**New Address**
Cosmi Corporation
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

Dated: 7/30/2012

Respectfully submitted,

By:
Signature: *[signature]*
Print Name: Brian W. Johnson
Title: Chief Financial Officer