IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>　　　　　　Debtors. | **Chapter 11 (Jointly administered)**<br><br>**Case No. 08-35653-KRH** |

## NOTICE OF DISINTEREST

Lisa P. Sumner of Poyner Spruill LLP, having appeared on behalf of Compass Group USA, Inc., a creditor and party in interest in the above-captioned bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request that they be removed from the list of persons to receive notice in the above-referenced bankruptcy case.

This the 14th day of August, 2012.

　　　　　　　　　　　　　　　POYNER SPRUILL LLP

　　　　　　　　　　　　　　　/s/ Lisa P. Sumner
　　　　　　　　　　　　　　　Lisa P. Sumner
　　　　　　　　　　　　　　　VA Bar No. 43654
　　　　　　　　　　　　　　　Post Office Box 1801
　　　　　　　　　　　　　　　Raleigh, NC 27602-1801
　　　　　　　　　　　　　　　Phone: (919) 783-2869
　　　　　　　　　　　　　　　Fax: (919) 783-1075
　　　　　　　　　　　　　　　E-mail: lsumner@poyners.com
　　　　　　　　　　　　　　　Attorneys for Compass Group USA, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of August, 2012, I will file the foregoing Notice of Disinterest with the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

This the 14th day of August, 2012.

                                  POYNER SPRUILL LLP

                                  /s/ Lisa P. Sumner
                                  Lisa P. Sumner
                                  VA Bar No. 43654
                                  Post Office Box 1801
                                  Raleigh, NC 27602-1801
                                  Phone: (919) 783-2869
                                  Fax: (919) 783-1075
                                  E-mail: lsumner@poyners.com
                                  Attorneys for Compass Group USA, Inc.