IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that KB Columbus I-CC LLC, a creditor (**Claim Nos. 12331 and 13351**) in the cases of the above-captioned debtors ("Debtors"), directs the Liquidating Trustee and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the above-referenced claims (as listed on the Debtors' claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
KB Columbus I-CC LLC
c/o Kenneth Miller, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., Ninth Floor
Beverly Hills, CA 90212

New Address
KB Columbus I-CC LLC
c/o Seaport V LLC
360 Madison Avenue
22nd Floor
New York, NY 10017
Attn: Scott Friedberg

I declare that the foregoing is true and correct.

KB COLUMBUS I-CC LLC

By: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-PNC1 under limited power of attorney

By: SEAPORT V LLC under limited power of attorney

By: _Jonathan Silverman_
Its: _General Counsel_
Date: August __, 2012

NY01\KaneD\1576298.2