UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                              Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                           Case No. 08-35653

           Debtors.                                (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Miner Fleet Management Group, LLC fka Miner Fleet Management Group, Ltd. a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to the general unsecured portion of claim numbers 1094 and 3477 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Miner Fleet Management Group, Ltd.
11827 Tech Com Rd – Suite 115
San Antonio, TX 78233

New Address
Miner Fleet Management, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug 10, 2012

MINER FLEET MANAGEMENT, LLC

By: _Jeff Felmreck_
Title: President, CEO