# EXHIBIT B

Michael J. Lockerby (VSB No. 24003)
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
202-672-5300

*Counsel for Karl Engelke*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et. al. | ) Case No. 08-35653 |
| Debtors. | ) |
| | ) Jointly Administered |

**ORDER GRANTING MOTION TO APPEAR, PRO HAC VICE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the *Motion to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2)* (the "Motion") of Brittany Nelson, an attorney with the law firm of Foley & Lardner LLP, for admission *pro hac vice* of Allison Doucette, the Court finds that good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. THE Motion is GRANTED

2. Allison Doucette is permitted to appear pro hac vice as counsel for Karl Engelke in accordance with Local Bankruptcy Rule Rule 2090-1(E)(2).

Dated: August _____, 2012

4850-8493-8768.1

                                                                                     United States Bankruptcy Court Judge

I ask for this:

/s/  *Brittany J. Nelson*
Brittany J. Nelson (VSB No. 81734)
Michael J. Lockerby (VSB No. 24003)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-295-4732
Telecopier: 202-672-5399

*Counsel for Karl Engelke*