Michael J. Lockerby (VSB No. 24003)
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
202-672-5300

Stephenie Biernacki Anthony
(*pro hac vice* motion pending)
Allison C. Doucette
(*pro hac vice* motion pending)
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  (813) 273-5613
Facsimile:  (813) 221-4113


*Counsel for Karl Engelke*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et. al. | ) | Case No. 08-35653 |
| Debtors. | ) | |
| | ) | Jointly Administered |

## MOTION FOR LEAVE OF COURT TO ATTEND
## HEARING BY TELEPHONE

KARL ENGELKE, a Creditor of the Debtor, Circuit City Stores, Inc. ("Mr. Engelke" or

"Movant"), in the above-captioned proceedings, by and through its undersigned counsel, and

pursuant to the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105,

Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing

Certain Amended Notice, Case Management, and Administrative Procedures [Dkt. No. 6208]

4819-9766-9904

(the "Procedures Order"), hereby moves for leave of Court for certain of its counsel to attend the August 23, 2012 hearing by telephone.  In support thereof, Mr. Engelke states as follows:

1.      This matter is currently scheduled for an omnibus hearing before this Court on August 23, 2012 at 2:00 p.m. to consider, among other things, Mr. Engelke's Motion for Reconsideration of Order Disallowing Claim [Dkt. No. 12289] (the "Motion").

2.      Prior to the filing of this motion, Brittany J. Nelson, counsel for Mr. Engelke, has filed Motions for Admission *Pro Hac Vice* of Stephenie Anthony and Allison Doucette of the law firm of Anthony & Partners LLP, located in Tampa, Florida.

3.      Neither Ms. Doucette nor Ms. Anthony are able to appear in person on August 23, 2012, and Mr. Engelke respectfully asks for leave of Court pursuant to the Procedures Order so that either or both of them may appear and participate by telephone with local Virginia counsel in the courtroom.  Ms. Anthony and Ms. Doucette are Mr. Engelke's primary counsel and have unique knowledge regarding the Motion.

4.      Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative nature of the relief requested herein, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

WHEREFORE, Mr. Engelke respectfully requests that this Court grant this motion and enter an Order substantially in the form annexed hereto permitting Stephenie Anthony and/or Allison Doucette to appear and be heard by telephone at the hearing on August 23, 2012 on behalf of Mr. Engelke; and granting such other relief as necessary and appropriate.

4819-9766-9904                                          2

Dated: August 17, 2012

Respectfully submitted,

/s/    *Brittany J. Nelson*_____
Brittany J. Nelson (VSB No. 81734)
Michael J. Lockerby (VSB No. 24003)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-295-4732
Telecopier: 202-672-5399

and

Stephenie Biernacki Anthony
(*pro hac vice* motion pending)
Allison C. Doucette
(*pro hac vice* motion pending)
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  (813) 273-5613
Facsimile:   (813) 221-4113

*Counsel for Karl Engelke*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of August, 2012, I will file the foregoing

**MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE** with the

Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of

record.


Dated: August 17, 2012


/s/ *Brittany J. Nelson* _____
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-945-6079
Telecopier: 202-672-5399

4819-9766-9904