Michael J. Lockerby (VSB No. 24003)
Brittany J. Nelson (VSB No. 81734)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
202-672-5300

Stephenie Biernacki Anthony
(*pro hac vice* motion pending)
Allison C. Doucette
(*pro hac vice* motion pending)
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  (813) 273-5613
Facsimile:  (813) 221-4113


*Counsel for Karl Engelke*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et. al. | ) | Case No. 08-35653 |
| Debtors. | ) | |
| | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR LEAVE
OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Karl Engelke, and it appearing that the motion has been served upon counsel for the Liquidating Trust and all others who have requested notice; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Karl Engelke's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and that Stephenie Anthony and Allison Doucette, or either of them, are permitted to appear and be heard by telephone at the hearing on August 23, 2012 on behalf of Karl Engelke.

Entered this _____ day of _____, 2012.

                                                          United States Bankruptcy Judge

I ask for this:

/s/ *Brittany J. Nelson*
Brittany J. Nelson (VSB No. 81734)
Michael J. Lockerby (VSB No. 24003)
Foley & Lardner LLP
Washington Harbour
3000 K. Street NW, Suite 600
Washington, DC 20007
Telephone: 202-295-4732
Telecopier: 202-672-5399

*Counsel for Karl Engelke*

4823-0057-7296