# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**
Richard E. Hagerty

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH
**Chapter** 11

## YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*12343* – Motion to Appear Pro Hac Vice –Stuart A. Laven, Jr. filed by Richard E. Hagerty of Troutman Sanders LLP on behalf of Northcliff Residual Parcel 4 LLC. (Attachments: # (1) Proposed Order) (Hagerty, Richard)

### REQUIREMENTS OF FORM/PROCESS:

__ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X** Not accompanied by an Application to qualify as a foreign attorney

### MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:

__ Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

### MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:

__ Not accompanied by proof of service indicating service of motion upon parties required to be served.

__ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

### NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:

__ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__ Date, time and/or location omitted or incorrect in Notice of Hearing.

__ Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  August 20, 2012             CLERK, UNITED STATES BANKRUPTCY COURT

[igmotionvDec2009.jsp]              By /s/ Suzan Ramirez–Lowe, Deputy Clerk
                                    Direct Dial Telephone No. 804–916–2421