**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION PURSUANT TO LOCAL BANKRUPTCY**
**RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Richard E. Hagerty ("Movant"), a member in good standing of the Bar of the

Commonwealth of Virginia, and an attorney admitted to practice before the United States

District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the

Eastern District of Virginia, hereby moves this Court for the entry of an Order permitting Stuart

A. Laven, Jr., a partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, 200

Public Square, Suite 2300, Cleveland, Ohio 44114-2378, to appear and practice *pro hac vice*

before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond

Division, on behalf of Northcliff Residual Parcel 4 LLC, a creditor and interested party in the

above-referenced bankruptcy proceeding, pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In

support of this Motion, Movant states as follows:

1.       Stuart A. Laven is a member in good standing of the Ohio State Bar and the New

York State Bar, and is admitted to practice before the United States District Courts and the

_____
Richard E. Hagerty
VSB No. 47673
*Attorney for Northcliff Residual Parcel 4 LLC*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

United States Bankruptcy Courts for the Northern District of Ohio, the Southern District of Ohio,

the Southern District of New York, the Eastern District of New York, the Western District of

New York and the Northern District of New York.  There are no disciplinary proceedings

pending in any court against Stuart A. Laven.

      2.     Mr. Laven's Application to Qualify as a Foreign Attorney Under Local

Bankruptcy Rule 2090-1(E)(2) is attached hereto as Exhibit A and incorporated herein by

reference.

      3.     Movant requests that this Court grant this Motion so that Stuart A. Laven, Jr. may

participate, appear and be heard in matters involving Northcliff Residual Parcel 4 LLC in this

case.

      4.     Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative

nature of the relief requested herein, Movant requests that the requirement that all motions be

accompanied by a written memorandum of law be waived.

      WHEREFORE, Movant respectfully requests that the Court enter an Order permitting

Stuart A. Laven, Jr. to appear *pro hac vice* in association with Movant as counsel for Northcliff

Residual Parcel 4 LLC in these cases; and granting such other and further relief as the Court

deems just and proper.

Dated: August 21, 2012

/s/ Richard E. Hagerty                    /s/ Stuart A. Laven, Jr.
Richard E. Hagerty (VSB #47673)          Stuart A. Laven, Jr. (OBR #0071110)
TROUTMAN SANDERS LLP                      BENESCH, FRIEDLANDER,
1660 International Drive, Suite 600         COPLAN & ARONOFF LLP
McLean, VA 22102                          200 Public Square
(703) 734-4326                            Suite 2300
(703) 448-6520 (facsimile)                Cleveland, OH  44114-2378
richard.hagerty@troutmansanders.com       (216) 363-4500
                                          (216) 363-4588 (Facsimile)
                                          slaven@beneschlaw.com

                                          *Attorneys for Northcliff Residual Parcel 4 LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2012, I caused a copy of the

foregoing to be served on the following registered persons via the Court's CM/ECF System, and

on all other persons who have requested notice in these proceedings:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel to the Liquidating Trustee*

 /s/ Richard E. Hagerty
Richard E. Hagerty

20076552v1