IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

### NOTICE OF CHANGE OF ADDRESS

TO:   THE CLERK

Kindly change your records to reflect the new address of counsel for the claimants listed below. The claimants and their respective claim nos. are as follows:

| **Claimant** | **Claim No.** |
|---|---|
| Almonesson Associates | 43 |
| Parkside Realty | 1862 |
| Blank Aschkenasy Properties | 11934 |
| Boulevard North | 11904 |
| Goodmill, LLC | 1845 |
| PRGL Paxton, LP | 11890 |
| PR Beaver Valley Limited Partnership | 12119 |
| PR Christiana, LLC | 12120 |

The new mailing address is as follows:

> Jeffrey Kurtzman, Esquire
> KLEHR | HARRISON | HARVEY | BRANZBURG LLP
> 1835 Market Street, Suite 1400
> Philadelphia, PA  19103
> Phone: (215) 569-4493
> Fax: (215) 568-6603
> Email: jkurtzma@klehr.com

Dated: August 15, 2012

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By:_____
Jeffrey Kurtzman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 549-4493

Attorneys for Almonesson Associates, Parkside Realty, Blank Aschkenasy Properties, Boulevard North, Goodmill, LLC, PRGL Paxton LP, PR Beaver Valley Limited Partnership and PR Christiana, LLC

2

PHIL1 2304248-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH) (Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

## CERTIFICATE OF SERVICE

I hereby certify, that on this August 15, 2012, a true and correct copy of Notice of Change of Address was caused to be served on the following via first-class mail, postage prepaid:

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Beth Levine, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

*/s/ Jeffrey Kurtzman*
JEFFREY KURTZMAN

PHIL1 2304248-1

# KLEHR ı HARRISON ı HARVEY ı BRANZBURG LLP

Jeffrey Kurtzman
Direct Dial: (215) 569-4493
Email: jkurtzma@klehr.com

August 15, 2012

Clerk,
United States Bankruptcy Court
Eastern District of Virginia
Spottswood W. Robinson III &
Robert R. Mehige, Jr. U.S. Courthouse
701 East Broad Street, Suite 4000
Richmond, VA  23219
Attn:  Suzanne

> Re: **Circuit City Stores, Inc.**
> **Case No. 08-5653 (KRH) (Chapter 11)**

Dear Suzanne:

Enclosed herewith is an original and one copy of Notice of Change of Address in the above-referenced Chapter 11 case.  Please return a time-stamped copy in the pre-addressed stamped envelope which has been enclosed for your convenience.

Thank you for your assistance.

Sincerely,

Jeffrey Kurtzman

JK/ap
Enclosures