| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel for the Circuit City Stores, Inc.
Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 23, 2012 AT 2:00 P.M. (EASTERN)**

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on August 23, 2012 beginning at 2:00 p.m. Eastern.

1. *Siegel v. B.R. Fries*; Adv. Pro. 10-3382 - Motion to Dismiss Adversary Proceeding (Re: related document(s)1 Complaint filed by Alfred H. Siegel) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: 1 Notice of Motion) (Docket No. 5)

   Related Documents:

   a. Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6)

   b. Notice of Hearing *(Notice of (A) Filing of Motion and (B) Hearing Thereon)* (Re: related document(s)6 Motion to Continue filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 2/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 7)

   c. Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9)

   d. Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 10)

   e. Docket Entry - Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for

|   |   |
|---|---|
|   | Pltf. (Docket No. 11) |
| f. | Docket Entry - Hearing continued; (related document(s): [5] Motion to Dismiss Adversary Proceeding) Hearing to be held on 02/07/2012 at 02:00 PM at Judge Huennekens Court Room #5000, 701 E. Broad St., Richmond, VA. (Docket No. 12) |
| g. | Order Denying Defendant B.R. Fries' Motion To Schedule Mediation and Conduct Mediation In New York City (Related Doc # [13]) (Docket No. 20) |
| h. | Docket Entry - Hearing continued; (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 22) |
| i. | Docket Entry - Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Plaintiff. (Docket No. 23) |
| j. | Docket Entry - Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 24) |
| k. | Hearing continued by agreement (no parties need appear at hearing set for 6/7/12); (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 25) |
| l. | Hearing continued; (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 26) |

Objection
Deadline:

Objections/
Responses
Filed:

      Status:      The parties conducted an initial mediation but continued the same for an additional exchange of information. Accordingly, the Trust respectfully requests that the matter be continued until September 19, 2012.

2. *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657; Motion to Compel *(Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel (Docket No. 18)

   Related Documents:

   a. Notice of Hearing (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 9)

   b. Docket Entry - Hearing continued; (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Plaintiff. (Docket No. 22)

   c. Docket Entry - Hearing continued; (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 23)

   d. Docket Entry - Hearing continued; (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 6/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 24)

   e. Hearing continued by agreement of parties (no one need appear at hearing set for 6/7/12); (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 25)

   f. Hearing continued; (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 26)

   g. Notice of Hearing (*Notice of Substantive Hearing on Motion for Order Pursuant to Rule 7037 Against Synnex Corporation, a/k/a New Age Electronics, a Division*

4

   *of Synnex Corporation and New Age Electronics, Inc. for Failure to Respond to Discovery and for Sanctions*) (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled 7/26/2012 at 2:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 27)

h. Plaintiff's Reply to - *PLAINTIFF/TRUSTEES REPLY TO DEFENDANTS RESPONSE TO MOTION FOR ORDER PURSUANT TO RULE 7037 AGAINST SYNNEX CORPORATION FOR FAILURE TO RESPOND TO DISCOVERY AND FOR SANCTIONS* (Re: related document(s)18 Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 32)

i. Continued for Status Hearing; (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 33)

j. Stipulation *And Order Withdrawing Certain Pleadings And Dismissing Complaint* By Alfred H. Siegel and Between Defendant (Re: related document(s)[1] Complaint filed by Alfred H. Siegel, [18] Motion to Compel filed by Alfred H. Siegel, [28] Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation, [30] Response to Motion/Application filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation, [31] Objection to Motion/Application filed by Alfred H. Siegel, [32] Reply to Motion/Application filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 37)

Objection Deadline: February 14, 2012, continued to July 19, 2012

Objections/Responses Filed: Defendant's Response to *Plaintiff's* (Re: related document(s)[18] Motion to Compel filed by Alfred H. Siegel) filed by David H. Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation. (Attachments: # (1) Exhibit(s) 1 - Email Trail) (Docket No. 30)

Status: The underlying adversary proceeding has settled, and an order address this matter (as well as all others) has been tendered to the Court.

3. *Siegel v. SYNNEX Corporation, a/k/a New Age Electronics*, Case No. 10-03657 Motion to Shorten Time *and Amend Discovery Response to Change Status of Expert Witness* filed by David H. Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation. (Attachments: # 1 Exhibit(s) 1 - Dorman Wood Report# 2 Exhibit(s) 2 - Response to Production of Documents) (Docket No. 28)

   Related Documents:

   a. Notice of Hearing (Re: related document(s)28 Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation) filed by David H. Dickieson of Schertler & Onorato, LLP on behalf of SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation. Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 29)

   b. Continued for Status Hearing; (Re: related document(s)[28] Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation) Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 34)

   Objection Deadline: July 26, 2012

   Objections/ Responses Filed: Plaintiff's Objection to - *PLAINTIFF/TRUSTEES OPPOSITION TO DEFENDANTS MOTION TO AMEND DISCOVERY RESPONSE TO CHANGE STATUS OF EXPERT WITNESS AND SHORTEN NOTICE TIME; AND AFFIDAVIT OF JASON S. POMERANTZ* (Re: related document(s)28 Motion to Shorten Time filed by SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # 1 Exhibit(s) A through G) (Docket No. 31)

   Status: The underlying adversary proceeding has settled, and an order address this matter (as well as all others) has been tendered to the Court.

4. Motion to Approve *styled as Motion of Gateway Woodside, Inc. to Allow the Filing of an Amended Proof of Claim* filed by William A. Gray of Sands Anderson PC on behalf of Gateway Woodside, Inc.. (Docket No. 12054)

Related
Documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[12054] Motion to Approve filed by Gateway Woodside, Inc.) filed by William A. Gray of Sands Anderson PC on behalf of Gateway Woodside, Inc.. Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12055)

Objection
Deadline:    August 16, 2012

Objections/
Responses
Filed:

Status:    The matter has settled.

5.   Motion to Reconsider *Order Disallowing Claim* (Related Document(s)[8199] Order Re: Objection) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Karl Engelke. (Attachments: # (1) Exhibit A) (Docket No. 12289)

Related
Documents:

a. Notice of Motion and Notice of Hearing (Re: related document(s)[12289] Motion to Reconsider filed by Karl Engelke) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Karl Engelke. Hearing scheduled 8/22/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12290)
b. Amended Notice of Motion and Notice of Hearing (Re: related document(s)[12289] Motion to Reconsider filed by Karl Engelke) filed by Brittany Jane Nelson of Foley & Lardner LLP on behalf of Karl Engelke. Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia

Objection
Deadline:    August 16, 2012

Objections/
Responses
Filed:    Response to *the Motion of Karl Engelke for Reconsideration of Order Disallowing Claim* (Re: related document(s)[12289] Motion to Reconsider filed by Karl Engelke) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No.

7

12339)

Status:     The Trust will request that the Court deny the requested relief.

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
August 21, 2012

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust