William H. Schwarzschild, III - VSB No. 15274
WILLIAMS MULLEN
200 South 10th Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.420.6489
FAX: 804.420.6507
Email: tschwarz@williamsmullen.com

*Counsel for Dick's Sporting Goods, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS
### WITH RESPECT TO CLAIM NO. 8936

Dick's Sporting Goods, Inc., by counsel, files the attached Notice of Creditor's Change of Address with Respect to Claim No. 8936, effective immediately.

**DICK'S SPORTING GOODS, INC.**

By /s/ *William H. Schwarzschild, III*
Counsel

William H. Schwarzschild, III - VSB No. 15274
WILLIAMS MULLEN
200 South 10th Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:      804.420.6489
FAX:   804.420.6507
Email: tschwarz@williamsmullen.com

*Counsel for Dick's Sporting Goods, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 8936

PLEASE TAKE NOTICE that Dick's Sporting Goods, Inc., creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| DICKS SPORTING GOODS INC<br>345 Court Street<br>Coraopolis, PA 15108 | Dick's Sporting Goods, Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| Old Notice Party(ies) | New Notice Party(ies) |
| DICKS SPORTING GOODS INC<br>345 Court Street<br>Coraopolis, PA 15108 | Dick's Sporting Goods, Inc.<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: August 17, 2012

Respectfully submitted,

Dick's Sporting Goods, Inc.

By: _____
Name: Joseph Oliver
Title: SVP-CAO & Controller

737505v.1 9999/00999

## CERTIFICATE OF SERVICE

I do hereby certify that on this 23rd day of August 2012, a true copy of the foregoing Notice of Change of Address with Respect to Claim No. 8936 was served electronically upon the parties receiving notice via the Court's ECF system and by first class mail, postage prepaid, upon the following:

>Lynn L. Tavenner, Esq.
>Paula S. Beran, Esq.
>Tavenner & Beran, PLC
>20 North Eighth Street
>Second Floor
>Richmond, VA 23219

>Robert J. Feinstein, Esq.
>John Morris, Esq.
>Pachulski Stang Ziehl & Jones LLP
>780 Third Avenue
>36th Floor
>New York, NY 10017-2024

>Richard M. Pachulski, Esq.
>Jeffrey N. Pomerantz, Esq.
>Andrew W. Caine, Esq.
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Boulevard
>11th Floor
>Los Angeles, CA 90067-4100

>Robert B. Van Arsdale
>Office of the United States Trustee
>Richmond, Virginia Office
>701 East Broad Street, Suite 4304
>Richmond, VA 23219-1888

/s/ *William H. Schwarzschild, III*