# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE TO WITHDRAW MOTION FOR ADMISSION
## *PRO HAC VICE* OF MATTHEW J. SAMSA

Pursuant to Local Rule 2090-1(G) and 9013-1, Richard E. Hagerty hereby serves notice of his withdrawal of the Motion Pursuant to Local Bankruptcy Rule 2090-1(E)(2) for Admission *Pro Hac Vice* of Matthew J. Samsa filed on July 3, 2012 [Dkt. 12201]. There is no longer any need to admit Mr. Samsa *pro hac vice* as co-counsel for Cosmo-Eastgate, Ltd., because Mr. Samsa has left the law firm Benesch, Friedlander, Coplan & Aronoff LLP, and is no longer representing Cosmo Eastgate, Ltd. in connection with the above-referenced bankruptcy proceeding. An Order permitting Mr. Samsa to appear *pro hac vice* in association with Movant as counsel for Cosmo Eastgate, Ltd. has not been entered in this case, and proper notice has been sent to the party on whose behalf Mr. Samsa intended to appear.

[SIGNATURE APPEARS ON NEXT PAGE]

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Cosmo Eastgate, Ltd.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

Dated: August 29, 2012  /s/ Richard E. Hagerty
Richard E. Hagerty (VSB #47673)
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

*Attorney for Cosmo Eastgate Ltd*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2012, I caused a copy of the foregoing to be served on the following registered persons via the Court's CM/ECF System, and on all other persons who have requested notice in these proceedings:

> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
>
> Jeffrey N. Pomerantz, Esq.
> Andrew W. Caine, Esq.
> (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Boulevard
> Los Angeles, California 90067-4100
>
> *Counsel to the Liquidating Trustee*

　　/s/ Richard E. Hagerty
　　Richard E. Hagerty

20090843v1