# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **DOLLINGER LOST HILLS ASSOCIATES** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | DOLLINGER LOST HILLS ASSOCIATES<br>JAMES A TIEMSTRA<br>LAW OFFICES OF JAMES A TIEMSTRA<br>TRIBUNE TOWER<br>1111 BROADWAY STE 1501<br>OAKLAND, CA 94607-4173<br><br>DOLLINGER LOST HILLS ASSOCIATES LP<br>555 TWIN DOLPHIN DR STE 600<br>REDWOOD CITY, CA  94065 |

**Claim No. 8145**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____August 30, 2012_____
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

01/22/2009 18:48 FAX                                                                                    ☑004

## EVIDENCE OF TRANSFER OF CLAIM

**DOLLINGER LOST HILLS ASSOCIATES**, a _CA LP_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated August _20_ 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 8145 (the "Claim"), against Circuit City Stores West Coast, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35654 (jointly administered under 08-35653) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _20_ day of August 2012

(Assignor)                                          (Assignee)
DOLLINGER LOST HILLS ASSOCIATES                     CONTRARIAN FUNDS, LLC
                                                    By: Contrarian Capital Management, L.L.C.,
                                                    as manager

By: _____                         By: _____
Name: D. D. Ul___                                   Name: JANICE M. STANTON
Title: G.P.                                                MEMBER
                                                    Title: _____

(Assignor)
WITNESS:

By: _Andrea Rudolph_
Name: ANDREA RUDOLPH
Title: ASST.