01/22/2009 19:15 FAX                                                                      ☑001

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re                                              Chapter 11
CIRCUIT CITY STORES, INC, et al.
                                                   Case No. 08-35653

        Debtors.                                   (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Dollinger Lost Hills Associates a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to the general unsecured portion of claim numbers 8145 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Dollinger Lost Hills Associates
James A Tiemstra
Law Offices of James A Tiemstra
Tribune Tower
1111 Broadway Ste 1501
Oakland, CA 94607-4173

New Address
Dollinger Lost Hills Associates
C/O Contrarian Funds, LLC
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-17-12

**DOLLINGER LOST HILLS ASSOCIATES**
By: _____
Title: GP