UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) ) ) CIRCUIT CITY STORES, INC. et al ) ) ) ) Debtor ) ) ) | Case No. 08-35653 Chapter 11 Court ID (court use only) _____ |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| MSCI 2007-IQ13 Retail 5555<br>Name of Transferee | ST. LOUIS MILLS<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Name and Current Address of Transferor: |
| c/o LNR Partners, LLC<br>Attn: Juan Mira<br>1601 Washington Avenue, Suite 700<br>Miami Beach, Florida 33139 | Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204 |

**Claim No. 12350**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Respectfully submitted,

/s/Ronald M. Tucker, Esq.
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. solely on behalf of
St. Louis Mills Limited Partnership
Indiana Bar #11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

Date:  September 4, 2012

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which is hereby acknowledged, St. Louis Mills Limited Partnership, ("Assignor") hereby unconditionally and irrevocably sells, transfers, and assigns to **MSCI 2007-IQ13 Retail 5555** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured claim **No. 12350** (as such term is defined in 11 U.S.C. § 101(5)) in the amount of $1,040,897.20 against **CIRCUIT CITY STORES, INC., et al** (the "Debtor"), chapter 11 case number 08-35653, United States Bankruptcy Court for the Eastern District of Virgina (the "Bankruptcy Court"), as set forth on "Exhibit A" (attached hereto and incorporated herein by reference). Any claims not listed on "Exhibit A" are expressly not transferred to Assignee and are hereby retained by Assignor.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to Assignee. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this **Claim as an unconditional assignment and Assignee as the valid owner of the Claim.**

In witness whereof, this Evidence of Transfer of Claim is executed as of this ___ day of August, 2012.

By: _____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. solely on behalf of
St. Louis Mills Limited Partnership

# Creditor Data for Claim Number 12350

Help

| Creditor: | Date Claim Filed: 4/23/2009 |
|---|---|
| St Louis Mills<br>Ronald M Tucker<br>Vice President Bankruptcy Counsel<br>Simon Property Group<br>225 W Washington St<br>Indianapolis, IN 46204-3435 | Claim #: 12350 |

**Notice Party(ies):**
St Louis Mills Limited Partnership
PO Box 409887
Atlanta, GA 30384-9887

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|        | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|--------|-----------------|----|----|----|--------------------|----------------------|
| GU     |                 |    |    |    | $2,215,706.19      | $1,040,897.20        |
| PRI    |                 |    |    |    | $169,747.14        |                      |
| SEC    |                 |    |    |    |                    |                      |
| AP     |                 |    |    |    |                    | $43,730.15           |
| AS     |                 |    |    |    |                    |                      |
| TOTALS |                 |    |    |    | $2,385,453.33      | $1,084,627.35        |

*C=Contingent, U=Unliquidated, D=Disputed

## Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

## Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

## Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

## Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|

| 7/1/2010 | 7960 | Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Simon Property Group, Inc. Resolving Certain Claims | 105 k |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".