IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Caparra Center Associates, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Caparra Center Associates, LLC
Penny R. Stark
Attorney for Claimant
9861 Sunrise Lakes Blvd Ste 308
Sunrise, FL 33322

**New Address [Creditor]**
Caparra Center Associates, LLC
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

**Notice Party(ies)**
Caparra Center Associates, LLC
PO Box 9506
San Juan, PR 00908

**New Address [Notice Party(ies)]**
Caparra Center Associates, LLC
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

Dated: 8/31/2012

Respectfully submitted,

By: Adolfo Gonzalez
Signature:
Print Name:
Title: President & CEO