UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA

```
RICHMOND DIVISION
   F I L E D
   SEP X 5 2012
   CLERK
   US BANKRUPTCY COURT
```

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ) | |
| Circuit City Stores, Inc. ) | |
| ) | |
| ) | Case No. 08-35653-KRH |
| Debtors(s) ) | |
| ) | |

## NOTICE TO WITHDRAW CLAIM

Comes the Louisville/Jefferson County Metro Government, Jefferson County Attorneys Office, Delinquent Property Tax Division, by counsel, filing on behalf of Jefferson County Attorney's Office, Delinquent Property Tax Division. To petition the Court to withdraw their proof of claim filed on November 18, 2008 for the amount of $45,818.62. The property taxes have been paid in full and are no longer outstanding.

MICHAEL J. O'CONNELL
Jefferson County Attorney

BY: _____
John M. Schardein
Assistant County Attorney
Fiscal Court Building
531 Court Place, Suite 900
Louisville, KY 40202
Phone: (502) 574-6333
Email: JSchardein@jeffersoncountyclerk.org

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that a copy of the attached Notice was mailed on this 31th day of August, 2012 to:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
CLERK'S OFFICE
701 East Broad Street
Richmond, VA  23219

HON. GREGG M. GALARDI
HON. IAN S. FREDERICKS
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

HON. CHRIS L. DICKERSON
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL  60606

HON. DION W. HAYES
HON. DOUGLAS M. FOLEY
MCGUIREWOODS, LLP
One James Center
901 East Cary Street
Richmond, VA  23219

MICHAEL J. O'CONNELL
Jefferson County Attorney

BY: _____
John M. Schardein
Assistant County Attorney
Fiscal Court Building
531 Court Place, Suite 900
Louisville, KY  40202
Phone: (502) 574-6333
Email: JSchardein@jeffersoncountyclerk.org