

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

In re:
CIRCUIT CITY STORES, INC, et al
Debtors – Chapter 11
Case No. 08-35653-KRH
(Jointly Administered)


MARTIN, JAMES HARVEY    Claim Number – 2020    Claim Amount - $834.11
Claimant left the employee of the Debtor prior to the approval for Bankruptcy Protection and had rightfully earned said Paid Time Off.

My date of hire of 12/08/2008 at my current position can be confirmed at;
OTOW COMMUNITIES DBA – "THE RANCH FITNESS CENTER & SPA"
HUMAN RESOURSE DEPARTMENT – ATTN: LISSETH FIGUEROA – (352) 387-7443 direct line

This form is in response to;
NOTICE OF LIQUIDATING TRUSTS FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (PAID TIME OFF)

My Manager at the time of my voluntary resignation was;

BRUCE DOTTEN
5491 SW 83rd Street
Ocala, Florida    34476
(352) 854-2513


My request for my earned Paid Time Off was accepted prior to the finalization of Circuit City's Bankruptcy Approval from the honorable United States Bankruptcy Court. The request was approved at the time of submission. All known supporting evidence has been submitted to the Bankruptcy Court at the time of initial filing of this claim.


(1)

The current information for the Claimant in this case is;

JAMES HARVEY MARTIN
7545 N Ring Terrace
Citrus Springs, Florida    34434
(352) 489-2211 home phone
(352) 445-1813 cell phone
(352) 854-3697 business facsimile number – please contact prior to sending any sensitive information
Jmartin721@tampabay.rr.com


CC:
Jeffery N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California    90067-4100
Telephone (310) 277-6910
Telecopy (310) 201-0760

CC:
Lynn L Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beren, Esq. (VA Bar No. 34679)
TAVENNER & BEREN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia   23219
Telephone (804) 783-8300
Telecopy (804) 783-0178

(2)