**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 08/31/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : MSCI 2007-IO13 Retail 5555, c/o LNR Partners, LLC, Attn: Juan Mira, 1601 Washington Avenue, Suite 700, Miami Beach, FL 33139 | Simon Property Group, Inc. Attn: Ronald M. Tucker 225 W. Washington St. Indianapolis, IN 46204 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/08/12

William C. Redden
**CLERK OF THE COURT**

```
                           United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 11        Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11358415      +E-mail/Text: mkramer@lnrproperty.com Sep 07 2012 02:43:11      MSCI 2007-IO13 Retail 5555,
               c/o LNR Partners, LLC,   Attn: Juan Mira,   1601 Washington Avenue, Suite 700,
               Miami Beach, FL 33139-3165
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11                  Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2012 at the address(es) listed below:

      Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
      mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
      Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
      akeith@honigman.com,   tsable@honigman.com
      Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
      Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
      Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
      Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
      ajackins@seyfarth.com
      Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
      dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
      Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
      Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
      amy.williams@klgates.com,   hailey.andresen@klgates.com
      Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
      davison.andrea@arentfox.com,   lane.katie@arentfox.com;dowd.mary@arentfox.com
      Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
      andrea.sullivan@troutmansanders.com
      Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
      Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
      Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
      Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
      jaturner@kaufcan.com;nlferguson@kaufcan.com
      Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
      Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
      rhicks@shutts-law.com
      Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
      Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
      Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
      anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
      raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
      Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
      Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
      Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
      murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
      Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
      Management Services, LLC abraucher@mcmillanmetro.com
      Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
      drichards@vanblk.com;pfaggert@vanblk.com
      Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
      annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
      Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
      Companies, Ltd. acichello@kb-law.com
      Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
      Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
      Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
      ecffilings@hangley.com
      Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
      lthompson@cblaw.com
      Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
      Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
      Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
      cloving@hunton.com
      Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
      Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
      Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
      bgodshall@pszjlaw.com
      Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
      benglander@wtplaw.com,   wbatres@wtplaw.com
      Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
      Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
      lsansbury@mrrlaw.com
      Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
      Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
      Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
      Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
      bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
      C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
      Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
      Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
      Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
      Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11               Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
           rredfield@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
           cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
           cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
           cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman
           @mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
           kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
           tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
           drichards@vanblk.com;kmcgwin@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7           User: frenchs              Page 4 of 11              Date Rcvd: Sep 06, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
    Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
    Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello   on behalf of Creditor   Donovan Dunwell dc@chiariello.com
    Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com
    Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
    Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
    Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
    Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
    Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
    Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
    Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
    Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
    Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
    H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
    Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com;nclayborn@kkgpc.com
    Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us

```
District/off: 0422-7          User: frenchs              Page 5 of 11             Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Henry Buswell Roberts    on behalf of Creditor    Suemar hbroberts@live.com, droberts1949@live.com
        Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
        Henry Pollard Long    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
        Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
        Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
        J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
        Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc. toof.jackson@arentfox.com
        Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
        James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
        James Edward Bowman    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
        James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
        James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
        James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
        James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
        Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation admin@meiburgerlaw.com
        Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
        Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
        Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board jharbour@hunton.com
        Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
        Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
        Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
        Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
        Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
        Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7          User: frenchs              Page 6 of 11            Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
    Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
    Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
    Jerry Lane Hall    on behalf of Defendant    NAMCO BANDAI Games America Inc. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
    Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
    Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
    Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
    Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
    John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
    John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
    John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jfiero@pszjlaw.com
    John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
    John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
    John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
    John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
    John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
    John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
    John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
    John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
    John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
    John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
    Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
    Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited jstorper@hansonbridgett.com
    Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
    Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
    Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
    Joshua D. McKarcher    on behalf of Defendant    Broadridge Financial Solutions, Inc., aka Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
    Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
    Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com, harvell@seeger-law.com
    Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
    Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
    Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
    Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
    Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
    Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
    Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
    Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
    Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
    Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
    Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
    Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
    Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
    Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
    Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

```
District/off: 0422-7               User: frenchs               Page 7 of 11                Date Rcvd: Sep 06, 2012
                                   Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, april@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com

```
District/off: 0422-7          User: frenchs              Page 8 of 11           Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
        Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
        Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com
        Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
        Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,   kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor   Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
        Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com,   mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com,   marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. jlerner@whitecase.com,jrubalcava@whitecase.com
        Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com,   john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
        Raymond Pring    on behalf of Creditor Laura Scannell rpring@pringlaw.com,   cingle@pringlaw.com
        Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com

```
District/off: 0422-7           User: frenchs              Page 9 of 11                   Date Rcvd: Sep 06, 2012
                               Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com, rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
               m
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
               kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com, pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com, robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com, mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com, rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com, dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
```

```
District/off: 0422-7          User: frenchs              Page 10 of 11              Date Rcvd: Sep 06, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila L. Shadmand   on behalf of Creditor  Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant  Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor  BISSELL Homecare, Inc. smilo@wawlaw.com,
           hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
          Stephanie N. Gilbert   on behalf of Creditor  Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephen A. Metz   on behalf of Creditor  Saul Holdings Limited Partnership
           smetz@shulmanrogers.com, nanderson@shulmanrogers.com
          Stephen E. Leach   on behalf of Creditor  Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
          Stephen G. Murphy   on behalf of Creditor  Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher   on behalf of Creditor  CWCapital Asset Management LLC
           sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt   on behalf of Creditor  3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld   on behalf of Creditor  Becker Trust LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Newman   on behalf of Creditor  502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown   on behalf of Creditor  Construct Inc., a Michigan corporation brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor  American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Creditor  Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Defendant  Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor  EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor  Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant  NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee   on behalf of Defendant  Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor  Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Creditor  Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor  Graphic Communications, Inc.
           trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor  AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Creditor  13630 Victory Boulevard, LLC brownt@arentfox.com
          Tracey Michelle Ohm   on behalf of Creditor  Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis A. Knobbe   on behalf of Defendant  Bulldog Rack Company tknobbe@spilmanlaw.com,
           trjohnson@spilmanlaw.com
          Travis Aaron Sabalewski   on behalf of Creditor  IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko   on behalf of Creditor  Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor  Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor  State of Michigan, Department of Treasury
           reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor  Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky   on behalf of Creditor  Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
          Walter Laurence Williams   on behalf of Creditor  Wayne VF LLC walter.williams@wilsonelser.com
          Wanda Borges   on behalf of Creditor  Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee  Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Attorney  Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor  Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray   on behalf of Attorney  Sands Anderson PC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood   on behalf of Creditor  Panattoni Development Company, Inc. as Agent for Charles
           L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor  P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor  Gould Livermore LLC bill.crenshaw@bryancave.com
          William D. Bayliss   on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince   on behalf of Defendant  IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild   on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com

```
District/off: 0422-7            User: frenchs              Page 11 of 11               Date Rcvd: Sep 06, 2012
                                Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Wm. Joseph A. Charboneau   on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zmarak  Khan   on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com,  Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                                        TOTAL: 412