IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 9280**

**PLEASE TAKE NOTICE** that MDS Realty II, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| MDS Realty II LLC<br>c/o Zachary J Eskau<br>Dawda Mann Mulcahy & Sadler Plc<br>39533 Woodward Ave Ste 200<br>Bloomfield Hills, MI 48304-5103 | MDS Realty II LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| Old Notice Party | New Notice Party |
| MDS Realty II LLC<br>122 S Michigan Ave Ste 1000<br>c/o Klaff Realty, LP<br>Chicago, IL 60603 | MDS Realty II LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: August 31, 2012
MDS Realty II, LLC

By: _[signature]_
Name: __Martha Amesbury__
Title: __Authorized Signer__

15

736958v.5 445/01644