| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178 |
| - and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York  10017<br>Telephone:  212-561-7700<br>Telecopy:  212-561-7777 | *Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S TWENTY-NINTH**
**OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN**
**PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF**
**CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT**
**TO THE CLAIM OF HAWAIIAN ELECTRIC**
**COMPANY, INC. (CLAIM NO. 1645)**

On March 30, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Twenty-Ninth Omnibus Objection To Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* ("Twenty-Ninth Omnibus Objection") [Docket No. 11807] in these cases.  The Thirtieth Omnibus Objection contained an objection to Claim No. 1645 filed by Hawaiian Electric Company, Inc.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010. Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Twenty-Ninth Omnibus Objection solely with respect to Claim No. 1645 filed by Hawaiian Electric Company, Inc.

TAVENNER & BERAN, PLC.

    */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail:rfeinstein@pszjlaw.com
      jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*