**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP ("CBL&H") hereby withdraws its appearance and Connolly Gallagher LLP ("CG") hereby enters its appearance, as counsel to RPAI Southwest Management LLC (f/k/a Inland Southwest Management LLC), Inland American Retail Management LLC, RPAI US Management LLC (f/k/a Inland US Management LLC), RPAI Pacific Property Services LLC (f/k/a Inland Pacific Property Services LLC), Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., IMCC Sunland, LLC and Inland Mortgage Capital Corporation (collectively, "Client") in the above-captioned bankruptcy case.

| | |
|---|---|
| _____ | _____ |
| Augustus C. Epps, Jr., Esquire (VSB No. 13254) | Karen C. Bifferato, Esquire (No. 3279) |
| Michael D. Mueller, Esquire (VSB No. 38216) | Christina M. Thompson, Esquire (No. 3976) |
| Jennifer M. McLemore, Esquire (VSB No. 47164) | Kelly M. Conlan, Esquire (No. 4786) |
| CHRISTIAN & BARTON, LLP | CONNOLLY GALLAGHER LLP |
| 909 East Main Street, Suite 1200 | The Brandywine Building |
| Richmond, Virginia 23219 | 1000 West Street, 14th Floor |
| Telephone:  (804) 697-4100 | Wilmington, Delaware 19801 |
| Facsimile:  (804) 697-4112 | Telephone: (302) 757-7300 |
| | Facsimile: (302) 757-7299 |
| | |
| Counsel to RPAI Southwest Management LLC (f/k/a Inland Southwest Management LLC), Inland American Retail Management LLC, RPAI US Management LLC (f/k/a Inland US Management LLC), RPAI Pacific Property Services LLC (f/k/a Inland Pacific Property Services LLC), Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., IMCC Sunland, LLC and Inland Mortgage Capital Corporation | Counsel to RPAI Southwest Management LLC (f/k/a Inland Southwest Management LLC), Inland American Retail Management LLC, RPAI US Management LLC (f/k/a Inland US Management LLC), RPAI Pacific Property Services LLC (f/k/a Inland Pacific Property Services LLC), Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., IMCC Sunland, LLC and Inland Mortgage Capital Corporation |

PLEASE TAKE FURTHER NOTICE that all pleadings and notices required to be sent to Client should still be sent to Client, but that any pleadings and notices required to be sent to CBL&H as counsel to Client (and not in any other capacity) should now be instead sent to CG at The Brandywine Building, 1000 West Street, 14th Floor, Wilmington, Delaware 19801.

Dated:  September 14, 2012                    **CHRISTIAN & BARTON, LLP**


/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

**-and-**

Karen C. Bifferato, Esquire (No, 3279)
Christina M. Thompson, Esquire (No. 3976)
Kelly M. Conlan, Esquire (No. 4786)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, 14th Floor
Wilimington, Delaware 19801
Telephone:  (302) 757-7300
Facsimile:  (302) 757-7299
Email:  kbifferato@connollygallagher.com
Email:  cthompson@connollygallagher.com
Email:  kconlan@connollygallagher.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer M. McLemore, hereby certify that on the 14th day of September 2012, a true and correct copy of the foregoing Notice of Substitution of Counsel has been served electronically using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter.


/s/ Jennifer M. McLemore
Jennifer M. McLemore

1309783

3