**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | 1 |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter came before the Court on the motion of Richard E. Hagerty, a member in good standing of the Bar of this Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), for an order granting the admission *pro hac vice* of Stuart A. Laven, Jr. of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP for the purposes of representing Northcliff Residual Parcel 4 LLC in the above-styled action. Upon consideration of the motion, for good cause shown, it is hereby

ORDERED, that the *pro hac vice* motion is GRANTED and that Stuart A. Laven, Jr. of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP may appear as counsel for Northcliff Residual Parcel 4 LLC in all proceedings in this matter.

Entered this _____ day of _____, 2012.
Sep 13 2012

/s/ Kevin R Huennekens
_____
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on docket: Sep 14 2012

20076565v1

WE ASK FOR THIS:

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

/s/ Stuart A. Laven, Jr.
Stuart A. Laven, Jr. (OBR #0071110)
BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP
200 Public Square
Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500
(216) 363-4588 (Facsimile)
slaven@beneschlaw.com

*Counsel for Northcliff Residual Parcel 4 LLC*

COPIES TO:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

*Counsel to the Liquidating Trustee*

### **Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Richard E. Hagerty
Movant

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0422-7 | User: frenchs | Page 1 of 11 | Date Rcvd: Sep 14, 2012 |
| | Form ID: pdforder | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2012.
        Stuart A. Laven, Jr.,   200 Public Sq.,   Suite 3000,   Cleveland, OH  44114-2378

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2012**        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7                 User: frenchs               Page 2 of 11               Date Rcvd: Sep 14, 2012
                                     Form ID: pdforder           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2012 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
              Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.sullivan@troutmansanders.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.com
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
```

```
District/off: 0422-7          User: frenchs              Page 3 of 11              Date Rcvd: Sep 14, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
        Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
        Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
        Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
        Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
        Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
        Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
        Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia     jdurant@nngov.com
        Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
        Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
        Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
        Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
        Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
        David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
        David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
        David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
        David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
        David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
        David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
        David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
        David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;kmcgwin@vanblk.com
        Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7           User: frenchs              Page 4 of 11              Date Rcvd: Sep 14, 2012
                               Form ID: pdforder          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov
              Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor  John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,
               jwest@kkgpc.com;nclayborn@kkgpc.com
```

```
District/off: 0422-7          User: frenchs               Page 5 of 11                  Date Rcvd: Sep 14, 2012
                              Form ID: pdforder           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
       Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
      Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
       csommer@fdh.com
      Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
      Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
       howard.j.grossman@chase.com
      Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
       chefiling@lw.com;robert.klyman@lw.com
      J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
       sparson@mckennalong.com
      Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
       toof.jackson@arentfox.com
      Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
       lbigus@stinson.com
      James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
       through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
       vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
      James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
       bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
       avis.francis@hklaw.com
      James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
       kim.smith@sablaw.com
      James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
       eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
       ell@spottsfain.com;tmoore@spottsfain.com
      James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
       ncoton@beankinney.com
      James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
       jlombardi@rossbanks.com, acole@rossbanks.com
      James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
       of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
       jburke@orrick.com
      Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
       jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
       admin@meiburgerlaw.com
      Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
       ecf@krcl.com
      Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
       a30156@yahoo.com;tcarper@krumbeinlaw.com
      Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
       jharbour@hunton.com
      Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
       tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
       Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
       dwineinger@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
       kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
       elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
      Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
       jpomerantz@pszjlaw.com
      Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
       dennisj@ballardspahr.com, pollack@ballardspahr.com
      Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
       jwest@spottsfain.com,
       rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
       msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
      Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
       klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
       avaughn@cblaw.com
      Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
       calirm@haslaw.com
      Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
       tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11              Date Rcvd: Sep 14, 2012
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
       jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
      Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
       lynda.wood@kutakrock.com
      Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
       jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
      Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall    on behalf of Defendant   NAMCO BANDAI Games America Inc.
       jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
       swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
       jsaronson@ridberglaw.com
      Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
       jraftery@offitkurman.com
      John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
      John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
       jfiero@pszjlaw.com
      John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
       jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
      John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
       pjf@carmodymacdonald.com
      John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
       lucian@blankrome.com
      John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
       sparson@mckennalong.com
      John J. Lamoureux    on behalf of Creditor   Amore Construction Company
       jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
      John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
       jroche@perkinscoie.com,
      ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
      John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
       russj4478@aol.com
      John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
       awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
       rours@wileyrein.com
      John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
      Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
       jstorper@hansonbridgett.com
      Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
      Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
       Cross Blue Shield bankruptcy@morrisoncohen.com
      Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
       Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
       Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
      Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
       harvell@seeger-law.com
      Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
       cloving@hunton.com
      Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
       kmiller@wileyrein.com, rours@wileyrein.com
      Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
       jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
       beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
      Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
       Ken.Coleman@allenovery.com
      Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
       bmcmillen@durrettecrump.com
      Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
       wdw@mccarthywhite.com;clm@mccarthywhite.com
      Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
       sprescott@idalaw.com

```
District/off: 0422-7          User: frenchs              Page 7 of 11              Date Rcvd: Sep 14, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com,
      sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin   Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura  Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, april@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com,  mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc   Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com,
      lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com,
      was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson     lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com,   amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com,  akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7          User: frenchs              Page 8 of 11             Date Rcvd: Sep 14, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Meredith Linn Yoder  on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
     sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
    Michael Reed  on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
    Michael A. Condyles  on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase
     Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
    Michael Callahan Crowley  on behalf of Creditor  White-Spunner Construction, Inc.
     mcrowley@asm-law.com
    Michael D. Mueller  on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com,
     avaughn@cblaw.com
    Michael E. Hastings  on behalf of Creditor  Eastern Security Corp.
     michael.hastings@leclairryan.com,  tonya.whitt@leclairryan.com
    Michael F. Ruggio  on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com
    Michael J. Sage  on behalf of Creditor  Pan Am Equities msage@omm.com,  kzeldman@omm.com
    Michael John O'Grady  on behalf of Creditor  Convergys Customer Management Group Inc.
     mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
    Michael Keith McCrory  on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
    Michael L. Wilhelm  on behalf of Creditor Harry Hallaian ECF@w2lg.com
    Michael P. Falzone  on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
     ebeaumont@hf-law.com
    Michael S. Kogan  on behalf of Creditor  Ditan Distribution LLC mkogan@koganlawfirm.com,
     mkogan@koganlawfirm.com
    Min Park  on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
     Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
     Continental Property Management Corp., and Inland Commerc mpark@cblh.com
    Mindy A. Mora  on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
     eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
    Mindy D. Cohn  on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
    Mitchell B. Weitzman  on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
     swatson@jackscamp.com;iluaces@jackscamp.com
    Mona M. Murphy  on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
     crystal.gaymon@akerman.com
    Nancy F. Loftus  on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
    Nancy R. Schlichting  on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
     lginsberg@lolawfirm.com
    Nathan Jones  on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
    Neil E. McCullagh  on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
     eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
     msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
    Nicholas B Malito  on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
    Nicholas W. Whittenburg  on behalf of Creditor  Cleveland Towne Center, LLC
     nwhittenburg@millermartin.com,  mcsmith@millermartin.com
    Oscar Baldwin Fears  on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
     jjacobs@law.ga.gov
    P. Matthew Roberts  on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
    Patrick M. Birney  on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
     jcarrion@rc.com
    Paul J. Pascuzzi  on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
    Paul K. Campsen  on behalf of Creditor  Agree Limited Partnership pkcampsen@kaufcan.com
    Paul M. Black  on behalf of Creditor  Sony Pictures Home Entertainment Inc.
     pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
    Paul McCourt Curley  on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
     tchilders@canfieldbaer.com
    Paul Michael Schrader  on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
    Paul S. Bliley  on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
    Paula A. Hall  on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
     hall@bwst-law.com,  marbury@bwst-law.com
    Paula S. Beran (CC-A)  on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
     dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
     om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Peter Barrett  on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
     lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
    Peter A. Greenburg  on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
    Peter C.L. Roth  on behalf of Creditor  State of New Hampshire Department of Revenue
     Administration peter.roth@doj.nh.gov
    Peter E. Strniste  on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
     kcooper@rc.com
    Peter G. Zemanian  on behalf of Creditor  Disney Interactive Distribution, et al.
     pete@zemanianlaw.com
    Peter J. Carney  on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
     jlerner@whitecase.com,jrubalcava@whitecase.com
    Peter M. Pearl  on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
    Philip C. Baxa  on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
     pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
    Philip James Meitl  on behalf of Creditor  Berkadia Commercial Mortgage LLC
     pj.meitl@bryancave.com,  john.leininger@bryancave.com
    R. Chase Palmer  on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
    Rand L. Gelber  on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11              Date Rcvd: Sep 14, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Raymond   Pring    on behalf of Creditor  Laura Scannell rpring@pringlaw.com,  cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,  rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
               m
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor  Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
               kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,  mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,  rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
               rwestermann@hf-law.com,  rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor  c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,  dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
```

```
District/off: 0422-7           User: frenchs              Page 10 of 11              Date Rcvd: Sep 14, 2012
                               Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
    Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
    Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
    Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
    Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
    Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
    Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
    Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
    Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
    Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
    Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
    Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
    Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
    Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
    Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
    Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
    Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
    Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
    Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
    Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
    Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
    Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
    Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
    Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
    Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
    Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
    Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
    Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
    Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
    Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
    Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
    Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
    Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
    Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
    Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
    W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
    Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
    Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
    Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
    William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
    William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
    William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
    William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
    William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
    William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
    William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
    William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
    William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com

```
District/off: 0422-7          User: frenchs              Page 11 of 11              Date Rcvd: Sep 14, 2012
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Schwarzschild   on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau   on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

                                                                                          TOTAL: 412