Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel for the Circuit City Stores, Inc.
Liquidating Trust

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 19, 2012 AT 2:00 P.M. (EASTERN)

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on September 19, 2012 beginning at 2:00 p.m. Eastern.

## I.  MOTIONS

1.  Motion to Vacate *[Motion of iProspect.com, Inc. to Vacate Default Judgment and Memorandum of Points and Authorities in Support]* (Re: related document(s)9 Judgment) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. (Docket No. 11)

    Related Documents:

    a.  Judgment for Plaintiff in the amount of $ 190,391.77 (Re: related document(s)1 Complaint filed by Alfred H. Siegel) (Docket No. 9)

    b.  Notice of Hearing (Re: related document(s)11 Motion to Vacate filed by iProspect.com Inc.) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 14)

    | | |
    |---|---|
    | Objection Deadline: | Continued generally by agreement |
    | Objections/ Responses Filed: | None |
    | Status: | The parties have agreed to mediate all issues in this adversary proceeding. The parties, therefore, desire that a status hearing on this matter be conducted on October 9, 2012 at 2:00 p.m. |

2.  Notice and Motion for Default Judgment filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 9/19/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 6)

    Related Documents:

    a.  Motion for Entry of Default filed by Paula S. Beran of Tavenner & Beran,

PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Docket No. 5)

b. Entry of Default against Zoom Holdings, A California General Partnership (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust) (Docket No. 7)

c. Entry of Default against Zoom Television, Inc., A California Corporation (Re: related document(s)[5] Motion for Entry of Default filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust) (Docket No. 8)

| | |
|---|---|
| Objection Deadline: | September 12, 2012 |
| Objections/ Responses Filed: | None |
| Status: | The Trustee will request that the Court grant the relief requested in the Motion. |

3. Motion to Dismiss Adversary Proceeding (Re: related document(s)1 Complaint filed by Alfred H. Siegel) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: 1 Notice of Motion) (Docket No. 5)

Related Documents:

a. Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6)

b. Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9)

c. Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,

Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 10)

d.  Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 11)

e.  Hearing continued; (related document(s): 5 Motion to Dismiss Adversary
    Proceeding) Hearing to be held on 02/07/2012 at 02:00 PM at Judge
    Huennekens Court Room #5000, 701 E. Broad St., Richmond, VA. (Docket
    No. 12)

f.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 22)

g.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. P. Beran for Plaintiff. (Docket No. 23)

h.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    6/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 24)

i.  Hearing continued by agreement (no parties need appear at hearing set for
    6/7/12); (Re: related document(s)5 Motion to Dismiss Adversary Proceeding
    filed by B.R. Fries & Associates, LLC) Hearing scheduled 7/10/2012 at 02:00
    PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
    Richmond, Virginia. (Docket No. 25)

j.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 26)

k.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary
    Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled
    9/19/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St.,
    Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 27)

Objection
Deadline:          Continued by agreement

Objections/
Responses
Filed:

Status:            The parties conducted an initial mediation but continued
                   the same for an additional exchange of information.
                   Accordingly, the Trust respectfully requests that the matter
                   be continued until October 9, 2012.

## II.    CLAIM OBJECTIONS

4.     Objection to Claim *NO. 14787 FILED BY Chase Bank USA, National Association* filed
       by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
       Liquidating Trust. (Docket No. 11868)

       Related
       Documents:

       a.   Notice of Objection to Claim (Re: related document(s)[11868] Objection to Claim
            filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by
            6/26/2012.Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
            Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L.
            Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
            Liquidating Trust. (Docket No. 11869)

       b.   Continued for Status Hearing (Re: related document(s)[11868] Objection to Claim
            filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/19/2012 at
            02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
            Virginia (Docket No. 12275)

       Objection
       Deadline:          November 27, 2012

       Objections/
       Responses
       Filed:

       Status:            A status hearing is going forward with respect to this matter.
                          During the hearing the Liquidating Trust will advise the Court that
                          the status hearing will be adjourned to December 6, 2012 at 2:00
                          p.m.  **The claimant does not need to appear at the hearing.
                          Such parties' rights will not be affected at this hearing.**

Dated: Richmond, Virginia
      September 18, 2012

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust