IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| **Debtors.** ) | Jointly Administered |
| ) | |

### NOTICE OF WITHDRAWAL, WITH PREJUDICE, OF GATEWAY WOODSIDE, INC.'S MOTION TO ALLOW THE FILING OF AN AMENDED PROOF OF CLAIM

On June 21, 2012, Gateway Woodside, Inc. ("Gateway Woodside") filed the its *Motion of Gateway Woodside, Inc. to Allow the Filing of an Amended Proof of Claim* (the "Motion") [Docket No. 12054] in these cases. Gateway Woodside hereby withdraws, with prejudice, the Motion.

Date: September 18, 2012

Respectfully submitted by,

**GATEWAY WOODSIDE, INC.**

/s/ *William A. Gray*
William A. Gray, Esquire (VSB No. 46911)
John C. Smith, Esquire (VSB No. 44556)
SANDS ANDERSON PC
1111 East Main Street (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291

---

William A. Gray, Esquire (VSB No. 46911)
John C. Smith, Esquire (VSB No. 44556)
SANDS ANDERSON PC
1111 East Main Street (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291

And

Vincent J. Pisegna, Esquire
Anthony J. Cichello, Esquire
Krokidas & Bluestein LLP
600 Atlantic Avenue
Boston, MA 02210

    and

    Vincent J. Pisegna
    Anthony J. Cichello
    Krokidas & Bluestein LLP
    600 Atlantic Avenue
    Boston, MA 02210
    *Counsel for Gateway Woodside, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2012, a true and complete copy of the foregoing Motion was filed and served electronically using the Bankruptcy Court's CM/ECF System on all registered users of the CM/ECF system who have filed notices of appearance in this matter.

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Richard M. Pachulski, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
John Morris, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

    /s/ *William A. Gray*