# United States Bankruptcy Court

## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.　　　　Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., STE. 425
GREENWICH, CT 06830
ATTN: ALISA MUMOLA
PHONE 203-862-8211

**TRANE US INC**
Name of Transferor

Name and Current Address of Transferor

TRANE US INC
C O WAGNER FALCONER & JUDD LTD
MARK O ANDERSON
1700 IDS CTR
MINNEAPOLIS, MN 55402

**Claim Nos. 9207, 8373 and 8829**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____　　　　Date: _____September 20, 2012_____
　　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TRANE US, INC., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 13, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claims assigned claim no. 9207, 8373 and 8829 (the "Claims"), against Circuit City Stores, Inc., in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 13 day of September 2012.

(Assignor)
TRANE US, INC.

By: _Robert Roers_

Name: Robert Roers

Title: Financial Services
Legal Case Manager

(Assignor)
WITNESS:

By: _Mark O. Anderson_

Name: Mark O. Anderson

Title: Attorney, Wagner, Falconer & Judd, Ltd.
Minneapolis, MN

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: JANICE M. STANTON
MEMBER

Title: _____