UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                          Chapter 11
   CIRCUIT CITY STORES, INC. et al.
                                              Case No. 08-35653

         Debtors.                         (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Trane US, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim numbers 8373, 8829, and 9207, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Trane US, Inc.
c/o Wagner, Falconer & Judd Ltd.
1700 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

New Address
Trane US, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Trane US, Inc.

By: _____
    Robert Roers
Title: Financial Services Legal Case Manager

Date: September 13, 2012