# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **WRI CAMP CREEK MARKETPLACE II LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | WRI CAMP CREEK MARKETPLACE II LLC<br>ATTN JENNY J HYUN ESQ<br>C O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON, TX 77008 |

**Claim No. 9718**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____September 20, 2012_____
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

WRI Camp Creek Marketplace II, LLC, a Delaware LLC, ~~corporation~~, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September__, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 9718 (the "Claim"), in the filed amount of $1,351,782.77, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 19 day of September 2012.

(Assignor)
WRI Camp Creek Marketplace II, LLC

By: _[signature]_
Name: Jenny J. Hyun
Title: Vice President/ Associate General Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: _____

(Assignor)
WITNESS:

By: _[signature]_
Name: Kristi J. Sofka
Title: Admin. Assistant

NY01\KaneD\1582484.4

## EVIDENCE OF TRANSFER OF CLAIM

**WRI Camp Creek Marketplace II, LLC**, a ___Texas___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 19, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 9718 (the "Claim"), in the filed amount of $1,351,782.77, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 19 day of September 2012.

**(Assignor)**
WRI Camp Creek Marketplace II, LLC

By: _____

Name: _____

Title: _____

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: JANICE M STANTON

Title: ME___

**(Assignor)**
**WITNESS:**

By: _____

Name: _____

Title: _____

NY01\KaneD\1582484.4