UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                    Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                                                Case No. 08-35653

~~Debtors.~~                                              ~~(Jointly Administered)~~

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that WRI Camp Creek Marketplace II, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 9718, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
WRI Camp Creek Marketplace II, LLC
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008

New Address
WRI Camp Creek Marketplace II, LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

WRI Camp Creek Marketplace II, LLC

By: _____
      Jenny J. Hyun
Title:   Vice President/
        Associate General Counsel
Date:   9/19/12