210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/20/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : TRANE US INC, C O WAGNER FALCONER & JUDD LTD, MARK O ANDERSON, 1700 IDS CTR, MINNEAPOLIS, MN 55402 | Contrarian Funds, LLC<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/23/12                               William C. Redden
                                              **CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7         User: frenchs              Page 1 of 11                  Date Rcvd: Sep 21, 2012
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2012.
11388334      +TRANE US INC,    C O WAGNER FALCONER & JUDD LTD,    MARK O ANDERSON,    1700 IDS CTR,
               MINNEAPOLIS, MN 55402-8664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7            User: frenchs                Page 2 of 11                  Date Rcvd: Sep 21, 2012
                                Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2012 at the address(es) listed below:

    Aaron L. Hammer  on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com,
     mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
    Aaron R. Cahn  on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
    Adam K. Keith  on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
     akeith@honigman.com, tsable@honigman.com
    Alan Michael Noskow  on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
    Albert F. Quintrall  on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
    Alexander W. Stiles  on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
    Alexander Xavier Jackins  on behalf of Creditor  Engineered Structures, Inc.
     ajackins@seyfarth.com
    Alison Ross Wickizer Toepp  on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
     dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
    Ambika Joline Biggs  on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
    Amy Pritchard Williams  on behalf of Creditor  Cobb Corners II, Limited Partnership
     amy.williams@klgates.com, hailey.andresen@klgates.com
    Andrea Campbell Davison  on behalf of Creditor  Discovery Communications, Inc.
     davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
    Andrea M. Sullivan  on behalf of Creditor  Craig-Clarksville Tennessee LLC
     andrea.sullivan@troutmansanders.com
    Andrew Rapp  on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
    Andrew Edward Macfarlane  on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
    Andrew H. Herrick  on behalf of Creditor  County of Albemarle aherrick@albemarle.org
    Andrew Kelly Rudiger  on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
     jaturner@kaufcan.com;nlferguson@kaufcan.com
    Andrew Lynch Cole  on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
    Andrew M. Brumby  on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
     rhicks@shutts-law.com
    Andrew S. Conway  on behalf of Creditor  Taubman Landlords aconway@taubman.com
    Angela Sheffler Abreu  on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
    Anitra D. Goodman Royster  on behalf of Creditor  Connexion Technologies
     anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
     raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
    Ann E. Schmitt  on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
    Anne C. Lahren  on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
    Anne C. Murphy  on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
     murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
    Anne Elizabeth Braucher  on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
     Management Services, LLC abraucher@mcmillanmetro.com
    Anne G. Bibeau  on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
     drichards@vanblk.com;pfaggert@vanblk.com
    Annemarie G. McGavin  on behalf of Creditor  Dick's Sporting Goods, Inc.
     annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
    Anthony J. Cichello  on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
     Companies, Ltd. acichello@kb-law.com
    Arthur S. Weitzner  on behalf of Transferee Donald Emerick arthur@weitzner.com
    Aryeh E. Stein  on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
    Ashley M. Chan  on behalf of Creditor  City of Philadelphia achan@hangley.com,
     ecffilings@hangley.com
    Augustus C. Epps  on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
     lthompson@cblaw.com
    Belkys Escobar  on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
     Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
    Benjamin C. Ackerly  on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com,
     cloving@hunton.com
    Benjamin Joseph Lambiotte  on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
    Bhavik Dalpat Patel  on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
    Brad R. Godshall  on behalf of Creditor Committee  Official Committee of Unsecured Creditors
     bgodshall@pszjlaw.com
    Bradford F. Englander  on behalf of Creditor  Alliance Entertainment Corporation
     benglander@wtplaw.com, wbatres@wtplaw.com
    Brenda M. Whinery  on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
    Brett Christopher Beehler  on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
     lsansbury@mrrlaw.com
    Brian D. Huben  on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
     enlaw.com
    Brian F. Kenney  on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
    Brittany Jane Nelson  on behalf of Creditor Karl Engelke bnelson@foley.com
    Bruce H. Matson  on behalf of Creditor  Bank of America, N.A., as Agent
     bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
    Byron Z. Moldo  on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
     tmelendez@ecjlaw.com
    C. Christopher Meyer  on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
    Carl A. Eason  on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
    Catherine Elizabeth Creely  on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
    Charles Gideon Korrell  on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
    Charles W. Chotvacs  on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
     aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11              Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

      Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com

      Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com

      Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com

      Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com

      Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

      Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com

      Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com

      Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

      City of Newport News, Virginia   jdurant@nngov.com

      Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com

      Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

      Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com

      Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com

      Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

      D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com

      Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com

      Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com

      Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com

      Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com

      Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com

      Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com

      Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com

      David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

      David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

      David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com

      David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com

      David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com

      David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com

      David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com

      David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

      David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com

      David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com

      David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

      David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

      David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com

      David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org

      David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com

      David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com

      Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com

      Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7                  User: frenchs                    Page 4 of 11                  Date Rcvd: Sep 21, 2012
                                      Form ID: trc                     Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
    Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
    Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
    Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
    Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello   on behalf of Creditor   Donovan Dunwell dc@chiariello.com
    Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
    Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
    Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
    Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
    Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
    Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
    Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
    Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
    Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
    Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
    Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
    Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
    Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
    Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
    Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
    Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
    F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
    Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
    Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
    Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
    Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
    Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
    Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
    Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
    Gary E. Mason   on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
    Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
    Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
    Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
    German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
    Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
    Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
    Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
    Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
    Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
    Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
    Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
    Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
    H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
    Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
    Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com;nclayborn@kkgpc.com

```
District/off: 0422-7           User: frenchs              Page 5 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com
          Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
          James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com,   acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey   Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com
          Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7          User: frenchs              Page 6 of 11          Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
         jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
        Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
         lynda.wood@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
         jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
         Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
         swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
         jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
         jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
         sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
         jmcintyre@wmlawgroup.com,
         wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
        John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
         pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
         lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
         sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor   Amore Construction Company
         jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
        John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
         jroche@perkinscoie.com,
         ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
        John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
         russj4478@aol.com
        John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
         awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
         rours@wileyrein.com
        John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
         jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
        Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
         Cross Blue Shield bankruptcy@morrisoncohen.com
        Joshua D. McKarcher    on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
         Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
         Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
        Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
         harvell@seeger-law.com
        Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
         cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
         kmiller@wileyrein.com, rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
         jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
         beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
         Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
         bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
        Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
         wdw@mccarthywhite.com;clm@mccarthywhite.com
        Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
         sprescott@idalaw.com

```
District/off: 0422-7           User: frenchs              Page 7 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kimberly A. Pierro   on behalf of Creditor  Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor  LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer   on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers   on behalf of Creditor  CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak   on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
           margaret@rlglegal.com
          Leonard E. Starr   on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor  Washington Real Estate Investment Trust
           lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant  Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;mkoeniger@garylaw.us
          Linda Sharon Broyhill   on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
          Lisa P. Sumner   on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer   on behalf of Creditor  Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,
           lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
          Louis E. Dolan   on behalf of Creditor  California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           rstein@gustlaw.com
          Malcolm M. Mitchell   on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Creditor  Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor  BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor  Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor  Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7          User: frenchs              Page 8 of 11              Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
         sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
        Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
        Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
         Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
         mcrowley@asm-law.com
        Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
         avaughn@cblaw.com
        Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
         michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
        Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
        Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,    kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
         mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
         ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
         mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
         Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
         Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
         swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
         crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
         lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
         eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
         msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
        Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
         nwhittenburg@millermartin.com,    mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov,
         jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
         jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor    Agree Limited Partnership pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
         pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
         tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
         hall@bwst-law.com,    marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
         dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
         om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
         lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
         Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor    Schimenti Construction Company LLC pstrniste@rc.com,
         kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
         pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
         jlerner@whitecase.com,jrubalcava@whitecase.com
        Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
         pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor    Berkadia Commercial Mortgage LLC
         pj.meitl@bryancave.com,    john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7           User: frenchs              Page 9 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Raymond Pring   on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
      Raymond William Battaglia   on behalf of Creditor Miner Corporation rbattaglia@obht.com
      Rebecca L. Saitta   on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
      Reid Steven Whitten   on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
      Rhett E. Petcher   on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com
      Richard C. Maxwell   on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com
      Richard D. Scott   on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
      Richard E. Hagerty   on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
      Richard E. Lear   on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
      Richard F. Stein   on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
      Richard Iain Hutson   on behalf of Creditor Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
      Richard M. Maseles   on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov
      Richard S. Yarow   on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
      Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
      Robert B. Hill   on behalf of Creditor Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
      Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
      Robert C. Edmundson   on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
      Robert D. Albergotti   on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
      Robert D. Clark   on behalf of Creditor Douglas County, CO rclark@douglas.co.us
      Robert D. Tepper   on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
      Robert Field Moorman   on behalf of Defendant Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
      Robert J. Brown   on behalf of Creditor CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
      Robert J. Feinstein   on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
      Robert K. Coulter   on behalf of Creditor United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
      Robert Kenneth Minkoff   on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
      Robert L. LeHane   on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
      Robert M. Marino   on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
      Robert P. McIntosh   on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
      Robert R. Vieth   on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
      Robert Ryland Musick   on behalf of Creditor IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
      Robert S. Westermann   on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
      Robin S. Abramowitz   on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
      Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
      Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
      Ronald M. Tucker   on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
      Roy M. Terry   on behalf of Creditor Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Russell R. Johnson   on behalf of Creditor Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day   on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
      S. Sadiq Gill   on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
      Sara B. Eagle   on behalf of Creditor Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
      Sara L. Chenetz   on behalf of Creditor Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm   on behalf of Debtor Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
      Satchidananda Mims   smims21@hotmail.com
      Scott D. Fink   on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com
      Seth A. Drucker   on behalf of Creditor McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7           User: frenchs                Page 10 of 11            Date Rcvd: Sep 21, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
      Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
      Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bglp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zmarak  Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               zmarak.khan@dlapiper.com,  Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                            TOTAL: 412
```