210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/20/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : WRI CAMP CREEK MARKETPLACE II LLC, ATTN JENNY J HYUN ESQ, C O WEINGARTEN REALTY INVESTORS, 2600 CITADEL PLAZA DR STE 125, HOUSTON, TX 77008 | Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/23/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                               Case No. 08-35653-KRH
Circuit City Stores, Inc.                                            Chapter 11
       Debtor
## CERTIFICATE OF NOTICE

District/off: 0422-7            User: frenchs            Page 1 of 11            Date Rcvd: Sep 21, 2012
                                Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2012.
11388335     +WRI CAMP CREEK MARKETPLACE II LLC,    ATTN JENNY J HYUN ESQ,   C O WEINGARTEN REALTY INVESTORS,
               2600 CITADEL PLAZA DR STE 125,   HOUSTON, TX 77008-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0422-7              User: frenchs                  Page 2 of 11                  Date Rcvd: Sep 21, 2012
                                  Form ID: trc                   Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2012 at the address(es) listed below:

          Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,   tsable@honigman.com
          Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
          Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
          amy.williams@klgates.com,   hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
          davison.andrea@arentfox.com,   lane.katie@arentfox.com;dowd.mary@arentfox.com
          Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
          andrea.sullivan@troutmansanders.com
          Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
          jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          rhicks@shutts-law.com
          Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          lthompson@cblaw.com
          Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,   wbatres@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.com
          Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
          Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
          Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
          bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
          Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11                   Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
        Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
        Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
        Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
        Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
        Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
        Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
        Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
        Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
        Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
        Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
        Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
        Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
        David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
        David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
        David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
        David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
        David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
        David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
        David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
        David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com
        Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7          User: frenchs              Page 4 of 11                  Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com;nclayborn@kkgpc.com

```
District/off: 0422-7           User: frenchs              Page 5 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
        Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
        Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
        Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
        Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
        J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
        Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
        Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
        James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
        James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
        James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
        James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
        James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
        James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
        Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
        Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
        Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
        Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
        Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
        Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
        Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
        Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
        Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
        Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11                  Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
           Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
           Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com

```
Case 08-35653-KRH    Doc 12424    Filed 09/23/12    Entered 09/24/12 00:33:55    Desc
                     Imaged Certificate of Notice    Page 8 of 12
```

District/off: 0422-7          User: frenchs              Page 7 of 11              Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Kimberly A. Pierro   on behalf of Creditor  Cole CC Groveland FL, LLC
     kimberly.pierro@kutakrock.com,
     sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
    Kimberly Sullivan Walker   on behalf of Creditor  LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
     kimsullywalker@aol.com
    Kirk David Berkhimer   on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
     Carla@KDBLawFirm.com
    Kristen E. Burgers   on behalf of Creditor  CWCapital Asset Management LLC kburgers@ltblaw.com
    Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
     KDWBankruptcyDepartment@kelleydrye.com
    Kurt M. Kobiljak   on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
    Laura Otenti   on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
    Lawrence Allen Katz   on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
     eappelstein@ltblaw.com
    Lawrence H. Glanzer   on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
     margaret@rlglegal.com
    Leonard E. Starr   on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
     gadams@Starr-Law.com
    Leonidas Koutsouftikis   on behalf of Creditor  Washington Real Estate Investment Trust lkouts@magruderpc.com,  mcook@magruderpc.com
    Leslie A. Skiba   on behalf of Defendant  Network Engineering Technologies, Inc.
     lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
    Linda Dianne Regenhardt   on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
     cmarchant@garylaw.us;mkoeniger@garylaw.us
    Linda Sharon Broyhill   on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
     nkatzen@reedsmith.com
    Lisa Hudson Kim   on behalf of Creditor  A.D.D. Holdings, L.P. lhudson@sandsanderson.com
    Lisa P. Sumner   on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
    Loc Pfeiffer   on behalf of Creditor  Schottenstein Property Group, Inc.
     loc.pfeiffer@kutakrock.com,
     lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
    Louis E. Dolan   on behalf of Creditor  California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com,
     was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
    Lucy L. Thomson   lthomson2@csc.com
    Luder F. Milton   on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
    Lyndel A. Mason   on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
     chps.ecfnotices@gmail.com
    Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
     dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
    Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
     rstein@gustlaw.com
    Malcolm M. Mitchell   on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
     sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
    Margaret M. Anderson   on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
    Mark B. Conlan   on behalf of Creditor  Bond Circuit IV Delaware Business Trust
     mconlan@gibbonslaw.com
    Mark D. Sherrill   on behalf of Creditor  LNR Partners, Inc. mark.sherrill@sutherland.com
    Mark D. Taylor   on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
    Mark E. Browning   on behalf of Creditor  Texas Comptroller of Public Accounts
     bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
    Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
    Mark K. Ames   on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
     mark@taxva.com,  amanda@taxva.com
    Mark X. Mullin   on behalf of Creditor  BB Fonds International 1 USA, L.P.
     mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
    Martha E. Hulley   on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
    Martha E. Romero   on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
    Martin A. Brown   on behalf of Creditor  Creditor Express Personnel Services, Inc
     martin.brown@lawokc.com
    Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
    Mary E. Olden   on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
     molden@mhalaw.com,  akauba@mhalaw.com
    Mary Louise Fullington   on behalf of Creditor  Scripps Networks Interactive, Inc.
     lexbankruptcy@wyattfirm.com
    Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
    Matthew A. Gold   on behalf of Creditor  Argo Partners courts@argopartners.net
    Matthew E. Hoffman   on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
     lltaylor@duanemorris.com;lstopol@levystopol.com
    Matthew J. Ellis   on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
    Matthew V. Spero   on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
    Melissa S. Hayward   on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7           User: frenchs              Page 8 of 11             Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
      sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
     Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
     Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
      Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
     Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
      mcrowley@asm-law.com
     Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
      avaughn@cblaw.com
     Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
      michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
     Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
     Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,    kzeldman@omm.com
     Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
      mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
     Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
     Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
     Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
      ebeaumont@hf-law.com
     Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
      mkogan@koganlawfirm.com
     Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
      Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
      Continental Property Management Corp., and Inland Commerc mpark@cblh.com
     Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
      eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
     Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
     Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
      swatson@jackscamp.com;iluaces@jackscamp.com
     Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
      crystal.gaymon@akerman.com
     Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
     Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
      lginsberg@lolawfirm.com
     Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
     Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
     Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
     Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
      nwhittenburg@millermartin.com,    mcsmith@millermartin.com
     Oscar Baldwin Fears    on behalf of Creditor    Georgia Department of Revenue bfears@law.ga.gov,
      jjacobs@law.ga.gov
     P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
     Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
      jcarrion@rc.com
     Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
     Paul K. Campsen    on behalf of Creditor    Agree Limited Partnership pkcampsen@kaufcan.com
     Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
      pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
     Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
      tchilders@canfieldbaer.com
     Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
     Paul S. Bliley    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
      hall@bwst-law.com,    marbury@bwst-law.com
     Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
      dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
      om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
     Peter Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
      lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
     Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
     Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
      Administration peter.roth@doj.nh.gov
     Peter E. Strniste    on behalf of Creditor    Schimenti Construction Company LLC pstrniste@rc.com,
      kcooper@rc.com
     Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
      pete@zemanianlaw.com
     Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
      jlerner@whitecase.com,jrubalcava@whitecase.com
     Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@sandsanderson.com
     Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
      pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
     Philip James Meitl    on behalf of Creditor    Berkadia Commercial Mortgage LLC
      pj.meitl@bryancave.com,    john.leininger@bryancave.com
     R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
     Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7           User: frenchs              Page 9 of 11              Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Raymond Pring   on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com
          Richard D. Scott   on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
          Richard E. Lear   on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
          Robert Ryland Musick   on behalf of Creditor IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry   on behalf of Creditor Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson   on behalf of Creditor Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com
          Satchidananda Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11             Date Rcvd: Sep 21, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
      Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
      Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
      Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler   on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
      Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer   on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bglp.com, chris.tillmanns@bglp.com
      William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss   on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11             Date Rcvd: Sep 21, 2012
                               Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild   on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau   on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zmarak  Khan   on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               zmarak.khan@dlapiper.com,  Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                         TOTAL: 412
```