Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | **:** Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., et al.,. | **:** Case No. 08-35653-KRH |
| | **:** |
| Debtors. | **:** (Jointly Administered) |
| | **:** |
| | **:** |

### NOTICE OF LIQUIDATING TRUST'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS, AS APPLICABLE (LONG TERM INCENTIVE PLAN)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims: Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously Expunged Claims, As Applicable (Long Term Incentive Plan) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to fix certain unliquidated claims, reduce certain partially invalid claims, disallow certain invalid claims and restore previously expunged claims, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and

Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION.  YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON NOVEMBER 29, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**<u>Critical Information for Claimants</u>
<u>Choosing to File a Response to the Objection</u>**

<u>Who Needs to File a Response</u>:  If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>:  The Response Deadline is **<u>4:00 p.m. (Eastern Time) on November 29, 2012 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **actually received** on or before the Response Deadline by the Bankruptcy Court at the following address:

> Clerk of the Bankruptcy Court
> United States Bankruptcy Court
> 701 East Broad Street – Room 4000
> Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **<u>2:00 p.m. (Eastern Time) on December 6, 2012 at:</u>**

> United States Bankruptcy Court
> 701 East Broad Street – Courtroom 5000
> Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

<u>**Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection**</u>

**<u>Contents</u>**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

> a.     a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

> b.     the claimant's name and an explanation for the amount of the Claim;

3

c.      a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d.      a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e.      a declaration of a person with personal knowledge of the relevant facts that support the Response;

f.      the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g.      to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the

Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection <u>without further notice</u> to you.

**<u>Each Objection Is a Contested Matter</u>**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

## <u>Additional Information</u>

**<u>Requests for Information</u>**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of <u>www.kccllc.net/circuitcity</u>.

**<u>Reservation of Rights</u>**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.

Dated:    September 24, 2012

*/s/ Lynn L. Tavenner*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
           acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**EXHIBIT 1**

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC.[1], et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## LIQUIDATING TRUST'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS, AS APPLICABLE (LONG TERM INCENTIVE PLAN)

---

[1] The Debtors in these cases include: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp, Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred H. Siegel, the duly appointed trustee of the Liquidating Trust, pursuant to the *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") in the above-captioned cases, hereby files this *Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims:  Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously Expunged Claims, as Applicable (Long Term Incentive Program)* (the "Objection"), and hereby moves this court (the "Court"), pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for entry of an order in the form attached hereto as **Exhibit A**, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

### A.     General Background

2.     On November 10, 2008 (the "Petition Date"), the debtors in the above-captioned cases (the "Debtors") filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain *Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof* (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009.  The deadline for governmental units to file claims that arose before November 10, 2008 was 5:00 p.m. (Pacific) on May 11, 2009.  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.      On April 1, 2009, this Court entered an *Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections* (Docket No. 2881) (the "Omnibus Objection Procedures Order").

9.      On August 9, 2010, the Debtors and the Creditors' Committee filed the Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.

10.     On September 10, 2010, the United States Bankruptcy Court, Eastern District of Virginia, signed an Order confirming the Plan.

11.     The Plan became effective on November 1, 2010 (the "<u>Effective Date</u>"), and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility to liquidate the Debtors' remaining assets, evaluate and administer asserted claims, including prosecution of objections to claims, and to distribute the assets to creditors.

**B.      <u>Long Term Incentive Plan and Disallowance of Claims Thereon</u>**

12.     Prior to the Petition Date, on or about October 9, 2008, Circuit City implemented a long-term incentive program (the "<u>Long Term Incentive Program</u>") pursuant to which certain employees (the "<u>Long Term Incentive Program Participants</u>") were eligible to receive cash incentive awards payable on three vesting dates: July 1, 2009; January 1, 2010; and July 1, 2010. The Long Term Incentive Program intended to reward certain employees provided that Circuit City achieved two financial benchmarks: (1) credit availability and (2) stock value on specified vesting dates (the "<u>Vesting Date Conditions</u>"). A sample letter setting out the terms of the Long Term Incentive Program (the "<u>Long Term Incentive Program Sample Letter</u>") is attached hereto as **Exhibit H**.

13.     Payment on the first vesting date of July 1, 2009 was conditioned on "maintaining excess availability under all of the Company's existing or future credit facilities in effect as of February 28, 2009." *See* Long Term Incentive Program Sample Letter, **Exh. H**, at p. 1. Payment on the second vesting date of January 1, 2010 was conditioned on the Debtors' stock price exceeding $2.99 a share on that date. Payment on the third vesting date of July 1, 2010 was conditioned on the Debtor's stock price exceeding $3.99 a share on that date.

14.     On the basis that none of the Vesting Date Conditions had been met, the Liquidating Trust sought disallowance of certain claims asserting liability of the Debtors on account of the Long Term Incentive Program in the *Liquidating Trust's Twelfth Omnibus Objection to Disallow Certain Claims (Long-Term Incentive Program)* [Docket No. 10050].  The Court entered an order sustaining the objection [Docket No. 10782].

15.     However, the Long Term Incentive Letter further provided that if a Long Term Incentive Plan Participant "remained continuously employed on a full-time active basis with the Company through and including the date on which a Change of Control of the Company occurs, then any unvested portion of your outstanding Target Cash Inventive Award will vest as of such date."  *See* Long Term Incentive Program Sample Letter, **Exh. H**, at p. 3.

16.     A "Change of Control" included the sale of all or substantially all of Circuit City's assets.  *See* Long Term Incentive Program Sample Letter, **Exh. H**, p. 3.  Circuit City had completed its going out of business sales and closed its remaining stores by March 8, 2009.

## OBJECTION

17.     By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as **Exhibit A**, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) fixing each of the claims identified on **Exhibit C** attached hereto in the amount specified therein, (ii) reducing each of the claims identified on **Exhibit D** attached hereto in the amount specified therein, (iii) disallowing each of the claims identified on **Exhibits E and F** attached hereto, and (iv) restoring each of the claims identified on **Exhibit G** attached hereto in the amount and classification specified therein.

18.     For ease of reference, attached hereto as **Exhibit B** is an alphabetical listing of all Claimants whose Claims are included in this Objection, with a cross-reference by claim number.

A.      **Fixing of Certain Unliquidated Claims.**

19.     The basis for fixing each of the Claims in the amount listed on **Exhibit C** attached hereto (the "Unliquidated Claims") is that each Unliquidated Claim was filed in an unliquidated amount, but asserts a liability under the Long Term Incentive Program, in whole or in part, for which the Liquidating Trust believes there is liability on the part of the Debtors. Specifically, after a review of each of the Unliquidated Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that the Claimant is entitled to a claim based on the Long Term Incentive Program.  The Liquidating Trust has determined the amount of the Debtors' liability on each Unliquidated Claim under the Long Term Incentive Program, and seeks to allow the Unliquidated Claim in that amount, as set forth on **Exhibit C**.  Accordingly, the Liquidating Trust requests that the Unliquidated Claims identified on **Exhibit C** be fixed in the amounts stated in **Exhibit C**.

B.      **Reduction of Certain Partially Invalid Claims.**

20.     The basis for reduction of the Claims listed on **Exhibit D** attached hereto (the "Partially Invalid Claims") is that each of the Partially Invalid Claims asserts, in part, an amount for which the Debtors are not liable.

21.     Specifically, after a review of each of the Partially Invalid Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that for each Claimant listed on **Exhibit D**, the Partially Invalid Claim is overstated as it seeks an award based on the Vesting Date Conditions, none of which were met.  The Liquidating Trust has determined, however, that the Claimant met the criteria required for the Change of Control award, and the Partially Invalid Claim must be reduced to reflect a claim only on account of the Change of Control award.  Accordingly, the Partially Invalid Claims identified on **Exhibit D** should be reduced in the manner stated in **Exhibit D** to correspond to the applicable award provided by the Long Term Incentive Plan.

C.      **Disallowance of Certain Invalid Claims.**

22.    The basis for disallowance of the Claims listed on **Exhibit E** attached

hereto (the "Books and Records Invalid Claims") is that each of the Books and Records Invalid

Claims asserts amounts for which the Debtors' books and records show no liability to the

Claimant on account of the Long Term Incentive Program.  After a review of each Books and

Records Invalid Claim and the bases upon which it is asserted, and a review of the Debtors'

books and records, the Liquidating Trust has determined that the Debtors have no liability on any

of the Books and Records Invalid Claims because, *inter alia*, (i) the Claimant was terminated

prior to the Change of Control, or (ii) the Claimant was never Long Term Incentive Plan

Participant.  Accordingly, the Liquidating Trust requests that the Books and Records Invalid

Claims identified on **Exhibit E** be disallowed in their entirety for the reasons stated therein.

23.    The basis for disallowance of the Claims listed on **Exhibit F** attached

hereto (the "Duplicate Claims") is that each of the Duplicate Claims asserts liabilities already

asserted in their entirety by the Claimant in another claim; the claim number of the allowed,

surviving claim is listed on **Exhibit F** hereto.  Accordingly, the Liquidating Trust requests that

the Duplicate Claims identified on **Exhibit F** be disallowed.

D.      **Restoration of Previously Expunged Claims.**

24.    As set forth above, certain claims (the "Previously Expunged Claims")

were disallowed on the basis that none of the Vesting Date Conditions had been met.  However,

the Liquidating Trust believes certain of those Previously Expunged Claims should be restored

where the Claimant is eligible for a Change of Control award under the Long Term Incentive

Plan and allowed in an the amount and priority set forth on **Exhibit G** for the reasons stated

therein.  The Liquidating Trust has determined the amount of the Debtors' liability on each

Previously Expunged Claim under the Long Term Incentive Program, and seeks to allow the

Previously Expunged Claim in that amount, as set forth on **Exhibit G**.

25.     Accordingly, the Liquidating Trust requests that the Previously Expunged Claims identified on **Exhibit G** be restored and allowed at the amount and classification set forth therein.

## RESERVATION OF RIGHTS

26.     At this time, the Liquidating Trust has not completed its review of the validity of all claims/expenses filed against the Debtors' estates, and reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds, including the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

## NOTICE AND PROCEDURE

27.     Notice of this Objection has been provided to the Claimants identified on **Exhibit B**, and to parties-in-interest in accordance with the Court's *Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures* (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order").  The Liquidating Trust submits that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service of this Objection:  (a) service in accordance with Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4; (b) to the extent counsel for the Claimants is not known to the Liquidating Trust, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this Objection and the exhibit on which the Claimant's Claim is listed.

28.      To the extent any Claimant timely files and properly serves a response to this Objection by 4:00 P.M. (Eastern) on November 29, 2012, as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Liquidating Trust requests that the Court conduct a status conference with respect to any such responding claimant at 2:00 P.M. (Eastern) on December 6, 2012, and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Liquidating Trust requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) fixing each of the claims identified on **Exhibit C** attached hereto in the amount specified therein, (ii) reducing each of the claims identified on **Exhibit D** attached hereto in the amount specified therein, (iii) disallowing each of the claims identified on **Exhibits E and F** attached hereto, and (iv) restoring each of the claims identified on **Exhibit G** attached hereto in the amount and classification specified therein.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

29.      This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

30.      Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

31.      No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an

Order sustaining this Objection and granting such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia                TAVENNER & BERAN, PLC
      September 24, 2012

                                */s/ Lynn L. Tavenner*
                                Lynn L. Tavenner (VA Bar No. 30083)
                                Paula S. Beran (VA Bar No. 34679)
                                20 North Eighth Street, 2nd Floor
                                Richmond, Virginia 23219
                                (804) 783-8300

                                  - and -

                                PACHULSKI STANG ZIEHL & JONES LLP
                                Jeffrey N. Pomerantz, Esq.
                                Andrew W. Caine, Esq.
                                10100 Santa Monica Boulevard
                                Los Angeles, California 90067-4100
                                (310) 277-6910

                                  - and –

                                PACHULSKI STANG ZIEHL & JONES LLP
                                Robert J. Feinstein, Esq.
                                780 Third Avenue, 36th Floor
                                New York, New York 10017
                                (212) 561-7700

                                *Counsel to the Circuit City Stores, Inc.*
                                *Liquidating Trust*

## EXHIBIT A

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED
CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS,
OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS,
AS APPLICABLE (LONG TERM INCENTIVE PLAN)**

THIS MATTER having come before the Court[2] on the *Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims:  Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously Expunged Claims, as Applicable (Long Term Incentive Plan)* (the "Objection"), which requested, among other things, that the claims specifically identified on **Exhibit B** attached to the Objection be fixed, reduced, disallowed or restored, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever fixed in the amount specified on **Exhibit A** for all purposes in these bankruptcy cases.

3.      The Claims identified on **Exhibit B** as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in **Exhibit B**.

4.      The Claims identified on **Exhibit C** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

5.      The Claims identified on **Exhibit D** as attached hereto and incorporated herein are forever restored and allowed in the amount and classification specified on **Exhibit D** for all purposes in these bankruptcy cases.

6.      The Court will conduct a status conference on _____, 2012 at 2:00 p.m. for all Claims identified on **Exhibit E** attached hereto.

7.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

8.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

9.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
            _____, 2012

            _____
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

13

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| ANDERSON, LEE ANN<br><br>2022 GROVE AVE<br><br><br>RICHMOND, VA 23220 | 7097<br><br>2000709702 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ANDERSON, LEE ANN<br><br>2022 GROVE AVE<br><br><br>RICHMOND, VA 23220 | 7097<br><br>2000709701 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ARINGTON, MICHAEL SCOTT<br><br>15033 W BOTTLE TREE AVE<br><br>SURPRISE, AZ 85374-3425 | 6293<br><br>2000629301 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ARINGTON, MICHAEL SCOTT<br><br>15033 W BOTTLE TREE AVE<br><br>SURPRISE, AZ 85374-3425 | 6293<br><br>2000629302 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BALL, DIRLEY L<br><br>14029 ROCKBASKET PLACE<br><br><br>CHESTER, VA 23836 | 11105<br><br>2001110501 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BALL, DIRLEY L<br><br>14029 ROCKBASKET PLACE<br><br><br>CHESTER, VA 23836 | 11105<br><br>2001110502 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BECKER, ELLIOT<br><br>3019 Hanover Ave<br><br><br>Richmond, VA 23221 | 9368<br><br>2000936802 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BECKER, ELLIOT<br><br>3019 Hanover Ave<br><br><br>Richmond, VA 23221 | 9368<br><br>2000936801 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| BERGER, CYNDA ANN<br><br>3607 PENCADER RD<br><br><br>MIDLOTHIAN, VA 23112-4488 | 5475<br><br>2000547502 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BERGER, CYNDA ANN<br><br>3607 PENCADER RD<br><br><br>MIDLOTHIAN, VA 23112-4488 | 5475<br><br>2000547501 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| BOGLE, GERRY RAYMOND<br><br>3408 22ND AVE N W<br><br><br>GIG HARBOR, WA 98335-7990 | 6656<br><br>2000665601 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |
| BRIAN ROBERT PERLEBERG<br><br>15N848 Meadow Ct<br><br><br>Hampshire, IL 60140 | 6898<br><br>2000689801 | Exhibit E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| CAGWIN, DANIEL<br><br>305 KINGSCOTE LN<br><br><br>GLEN ALLEN, VA 23059 | 5206<br><br>2000520601 | Exhibit E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| CALABREE, LEONARD<br><br>176 WILLIAM FEATHER DR<br><br><br>VOORHEES, NJ 08043 | 7140<br><br>2000714002 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| CALABREE, LEONARD<br><br>176 WILLIAM FEATHER DR<br><br><br>VOORHEES, NJ 08043 | 7140<br><br>2000714001 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| CASTLE, LINDA H<br><br>5601 HUNTERS GLEN DR<br><br><br>GLEN ALLEN, VA 23059 | 5485<br><br>2000548501 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| CASTLE, LINDA H<br><br>5601 HUNTERS GLEN DR<br><br>GLEN ALLEN, VA 23059 | 5485<br><br>2000548502 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| CHRIS KALAFATIS<br><br>8326 Hawk Nest Dr<br><br>Richmond, VA 23227 | 4696<br><br>2000469601 | Exhibit C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CIMINO, WILLIAM P<br><br>15 ALBEMARLE AVE<br><br>RICHMOND, VA 23226-1611 | 7094<br><br>2000709401 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CIMINO, WILLIAM P<br><br>15 ALBEMARLE AVE<br><br>RICHMOND, VA 23226-1611 | 6596<br><br>2000659601 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CORMIER, RICHARD F<br><br>3047 WINDMILL CANYON DR<br><br>CLAYTON, CA 94517-1908 | 8406<br><br>2000840601 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CRAIG, KAREN L<br><br>4409 PLAYER RD<br><br>CORONA, CA 92883 | 6210<br><br>2000621001 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| CRAIG, KAREN L<br><br>4409 PLAYER RD<br><br>CORONA, CA 92883 | 6216<br><br>2000621601 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| DAVID LEE CHARLES<br><br>3957 E El Sendero Rd<br><br>Cave Creek, AZ 85331 | 8222<br><br>2000822201 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| DAVID LEE CHARLES<br><br>3957 E El Sendero Rd<br><br><br>Cave Creek, AZ 85331 | 9532<br><br>2000953201 | Exhibit D<br><br>INVALID CLAIMS TO BE EXPUNGED |
| DAVID PATRICK LEDLIE<br><br>4750 Shagbark Ct<br><br><br>Brookfield, WI 53005-1029 | 5655<br><br>2000565501 | Exhibit D<br><br>INVALID CLAIMS TO BE EXPUNGED |
| DAWN VONBECHMANN<br><br>1225 Vancouver Ave<br><br><br>Burlingame, CA 94010 | 8655<br><br>2000865501 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| DAWN VONBECHMANN<br><br>1225 Vancouver Ave<br><br><br>Burlingame, CA 94010 | 8655<br><br>2000865502 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| DING, JENNIFER S<br><br>5507 OLDE HARTLEY WAY<br><br><br>GLEN ALLEN, VA 23060 | 6028<br><br>2000602801 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| DING, JENNIFER S<br><br>5507 OLDE HARTLEY WAY<br><br><br>GLEN ALLEN, VA 23060 | 6028<br><br>2000602802 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ENGIN, OGUZHAN<br><br>35 BUTTERFLY LN<br><br><br>W HENRIETTA, NY 14586 | 8217<br><br>2000821701 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FATH ANNE<br><br>9608 Gaslight Pl<br><br><br>Richmond, VA 23229 | 8664<br><br>2000866401 | Exhibit F<br><br>DUPLICATE CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| FAY, LAWRENCE W<br><br>9785 SPRINGSTONE RD<br><br><br>MC CORDSVILLE, IN 46055 | 7099<br><br>2000709901 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FREEMAN, JAMES M<br><br>10307 SAGEGLOW<br><br><br>HOUSTON, TX 77089 | 6686<br><br>2000668602 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| FREEMAN, JAMES M<br><br>10307 SAGEGLOW<br><br><br>HOUSTON, TX 77089 | 6686<br><br>2000668601 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| GEITH, JON C<br><br>Canfield Baer LLP<br>2201 Libbie Ave Ste 200<br><br>Richmond, VA 23230 | 13885<br><br>2001388501 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| GILMOUR, CATHERINE M<br><br>10801 SNOWMASS CT<br><br><br>GLEN ALLEN, VA 23060 | 9220<br><br>2000922001 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| GUTMAN, J THOMAS<br><br>205 W 95TH ST 2D<br><br><br>NEW YORK, NY 10025 | 5689<br><br>2000568902 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| GUTMAN, J THOMAS<br><br>205 W 95TH ST 2D<br><br><br>NEW YORK, NY 10025 | 5689<br><br>2000568901 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| HAGUE, TIMOTHY<br><br>4613 BROOKEMERE DR<br><br><br>GLEN ALLEN, VA 23060-6504 | 11161<br><br>2001116102 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| HAGUE, TIMOTHY<br><br>4613 BROOKEMERE DR<br><br><br>GLEN ALLEN, VA 23060-6504 | 11161<br><br>2001116101 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| HEALY, WILLIAM M<br><br>9707 ROYCE DR<br><br><br>TAMPA, FL 33626 | 8301<br><br>2000830101 | Exhibit E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| HENDERSON, AARON L<br><br>100 PINEHURST DR<br><br><br>AURORA, OH 44202 | 6747<br><br>2000674701 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |
| HENDRICKS, EDWARD M<br><br>1286 89TH ST<br><br><br>NEW RICHMND, WI 54017 | 10172<br><br>2001017201 | Exhibit C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| HERTER, JOSEPH R<br><br>32540 YAHNKE RD<br><br><br>BURLINGTON, WI 53105 | 6691<br><br>2000669101 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| HERTER, JOSEPH R<br><br>32540 YAHNKE RD<br><br><br>BURLINGTON, WI 53105 | 6691<br><br>2000669102 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| JENNIFER G LINTON<br><br>5232 Wheat Ridge Pl<br><br><br>Glen Allen, VA 23059 | 9977<br><br>2000997701 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |
| KEN J YOUNG<br><br>2836 Bayhill Woods Cove<br><br><br>Collierville, TN 38017 | 7604<br><br>2000760401 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| KEN J YOUNG<br><br>2836 Bayhill Woods Cove<br><br><br>Collierville, TN 38017 | 5131<br><br>2000513101 | Exhibit C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| LAMAR, RONALD WADE<br><br>PO BOX 674<br><br><br>MORTON, TX 79346 | 7250<br><br>2000725002 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| LAMAR, RONALD WADE<br><br>PO BOX 674<br><br><br>MORTON, TX 79346 | 7250<br><br>2000725001 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| LAMBERT GAFFNEY, LAURIE<br><br>2201 Libbie Ave Ste 200<br><br><br>Richmond , VA 23230 | 14008<br><br>2001400801 | Exhibit C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| LANE, DARICK<br><br>3413 ANDOVER HILLS PL<br><br><br>RICHMOND, VA 23294 | 6539<br><br>2000653901 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |
| LATTA, DONNA<br><br>298 GREENFIELD RD<br><br><br>BRIDGEWATER, NJ 08807 | 8008<br><br>2000800802 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| LATTA, DONNA<br><br>298 GREENFIELD RD<br><br><br>BRIDGEWATER, NJ 08807 | 8008<br><br>2000800801 | Exhibit G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| LIKENS, KAREN<br><br>2801 SUNRISE CT<br><br><br>RICHMOND, VA 23233 | 8992<br><br>2000899201 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| MASCOLA, DENISE<br><br>6201 WINDWARD DR<br><br><br>BURKE, VA 22015-3834 | 9446<br><br>2000944601 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| MCDONALD, LAURA<br><br>109 FAIRWAYS DR<br><br><br>HENDERSONVLLE, TN 37075 | 8101<br><br>2000810101 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| MCGINNIS, HOLLY C<br><br>11712 COOLWIND LN<br><br><br>RICHMOND, VA 23233 | 8499<br><br>2000849901 | Exhibit D<br><br>INVALID CLAIMS TO BE EXPUNGED |
| MCGINNIS, ROBERT C<br><br>11712 COOL WIND LN<br><br><br>RICHMOND, VA 23233 | 8507<br><br>2000850701 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| MERCADO, STEVE<br><br>2100 E KATELLA AVE APT 52<br><br>ANAHEIM, CA 92806 | 4943<br><br>2000494302 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| MERCADO, STEVE<br><br>2100 E KATELLA AVE APT 52<br><br>ANAHEIM, CA 92806 | 4943<br><br>2000494301 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| MONTELEONE, JACK T<br><br>39W374 GRAND AVE<br><br>ELGIN, IL 60124 | 8537<br><br>2000853702 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| MONTELEONE, JACK T<br><br>39W374 GRAND AVE<br><br><br>ELGIN, IL 60124 | 8537<br><br>2000853701 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| MORROW, BRADLEY J<br><br>711 STUBBS VINSON RD<br><br><br>MONROE, LA 71203-8568 | 9573<br><br>2000957301 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| MORROW, BRADLEY J<br><br>711 STUBBS VINSON RD<br><br><br>MONROE, LA 71203-8568 | 9573<br><br>2000957302 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| NAY, KENT N<br><br>4108 B FAIRLAKE LANE<br><br><br>GLEN ALLEN, VA 23060 | 8122<br><br>2000812201 | Exhibit  F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| NAY, KENT N<br><br>4108 B FAIRLAKE LANE<br><br><br>GLEN ALLEN, VA 23060 | 8119<br><br>2000811901 | Exhibit  E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| OAKEY, JOHN<br><br>11 ROSLYN RD<br><br><br>RICHMOND, VA 23226 | 6991<br><br>2000699101 | Exhibit  F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| OLDANI, MARK<br><br>303 HAMLETS END WAY<br><br><br>FRANKLIN, TN 37067-6471 | 10042<br><br>2001004201 | Exhibit  F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| OLIVER, MARK E<br><br>523 HAROLDS DR<br><br><br>MANAKIN SABOT, VA 23103 | 6233<br><br>2000623301 | Exhibit  D<br>INVALID CLAIMS TO BE EXPUNGED |
| OREILLY, PATRICK S<br><br>9067 LITTLE JOSELYN DR<br><br><br>MECHANICSVILLE, VA 23116 | 6787<br><br>2000678701 | Exhibit  C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| PEARSON, JONATHAN<br><br>891 CHARLTON<br><br><br>WHITE LAKE, MI 48323-2919 | 5443<br><br>2000544301 | Exhibit E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| REYES, FERNANDO<br><br>15027 PEPPERDINE DR<br><br><br>FONTANA, CA 92336 | 5940<br><br>2000594001 | Exhibit E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| ROBINSON, RICHARD R<br><br>6505 78TH ST<br><br><br>CABIN JOHN, MD 20818 | 8853<br><br>2000885301 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| ROBINSON, RICHARD R<br><br>6505 78TH ST<br><br><br>CABIN JOHN, MD 20818 | 8845<br><br>2000884501 | Exhibit D<br>INVALID CLAIMS TO BE EXPUNGED |
| SANFORD, DAVID W<br><br>23 Birch Lane<br><br><br>Hendersonville, NC 28791 | 7865<br><br>2000786501 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| SANFORD, DAVID W<br><br>23 Birch Lane<br><br><br>Hendersonville, NC 28791 | 8534<br><br>2000853401 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| SAUNDERS, STEPHEN T<br><br>2931 ROYAL VIRGINIA COUR<br><br><br>LOUISA, VA 23093-2242 | 6840<br><br>2000684001 | Exhibit F<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| SAUNDERS, STEPHEN T<br><br>2931 ROYAL VIRGINIA COUR<br><br><br>LOUISA, VA 23093 | 6843<br><br>2000684301 | Exhibit C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| SCHAUER, JUSTIN C<br><br>2602 E FRANKLIN ST<br>APT 2<br><br>RICHMOND, VA 23223 | 6995<br><br>2000699501 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| SCHMIDT, GARY<br><br>ONE UNIVERSITY PLAZA ST<br><br><br>HACKENSACK, NJ 07601 | 5306<br><br>2000530601 | Exhibit F<br><br>DUPLICATE CLAIMS TO BE EXPUNGED |
| SCHMIDT, GARY<br><br>830 CARNELLIAN LANE<br><br>PEACHTREE CITY, GA 30269 | 13063<br><br>2001306301 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| SCHMIDT, GARY<br><br>830 CARNELLIAN LANE<br><br>PEACHTREE CITY, GA 30269 | 13063<br><br>2001306302 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| SESSOMS, JOHN D<br><br>7307 SADDLE OAKS DR<br><br>CARY, IL 60013 | 6144<br><br>2000614402 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| SESSOMS, JOHN D<br><br>7307 SADDLE OAKS DR<br><br>CARY, IL 60013 | 6144<br><br>2000614401 | Exhibit G<br><br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| SMITH, JAMES B<br><br>15444 E Peakview Ct<br><br><br>Fountain Hls, AZ 85268 | 7357<br><br>2000735701 | Exhibit F<br><br>DUPLICATE CLAIMS TO BE EXPUNGED |
| SMITH, JAMES B<br><br>15444 E Peakview Ct<br><br><br>Fountain Hls, AZ 85268 | 6296<br><br>2000629601 | Exhibit F<br><br>DUPLICATE CLAIMS TO BE EXPUNGED |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| STERIJEVSKI, STEVEN W<br><br>2951 MAJESTIC ISLE DR<br><br><br>CLERMONT, FL 34711 | 5495<br><br>2000549501 | Exhibit D<br><br>INVALID CLAIMS TO BE EXPUNGED |
| STRAUSS, DAVID ROBERT<br><br>5204 DAVENPORT PL<br><br><br>ROSWELL, GA 30075 | 4784<br><br>2000478401 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| TELEGADAS, FRANCIS E<br><br>8204 YOLANDA RD<br><br><br>RICHMOND, VA 23229 | 5680<br><br>2000568001 | Exhibit F<br><br>DUPLICATE CLAIMS TO BE EXPUNGED |
| TELEGADAS, FRANCIS E<br><br>8204 YOLANDA RD<br><br><br>RICHMOND, VA 23229 | 5664<br><br>2000566401 | Exhibit E<br><br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| THORNE, SHERRI L<br><br>4412 STUDLEY RD<br><br><br>MECHANICSVILLE, VA 23116 | 7147<br><br>2000714701 | Exhibit D<br><br>INVALID CLAIMS TO BE EXPUNGED |
| THUMANN, ANNE L<br><br>7086 LIONSHEAD PKWY<br><br><br>LITTLETON, CO 80124 | 6935<br><br>2000693501 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VAHOUA, GEORGIA<br><br>2730 INTERLAKEN DR<br><br><br>MARIETTA, GA 30062 | 9545<br><br>2000954501 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| VILES, BRETT W<br><br>2680 SHADOW PINE DR NO 5<br><br><br>FRUITPORT, MI 49415 | 7864<br><br>2000786401 | Exhibit C<br><br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**ALPHABETICAL LISTING OF CLAIMANTS**

| Claim Holder | Claim Number | Exhibit |
|---|---|---|
| WARREN, ELIZABETH R<br><br>1824 HANOVER AVE<br><br><br>RICHMOND, VA 23220 | 4380<br>2000438001 | Exhibit  E<br>UNLIQUIDATED CLAIMS AMOUNT TO BE FIXED |
| ZARGARI, DAVID<br><br>2771 FARMSTEAD LN<br><br><br>FORT MILL, SC 29708 | 7675<br>2000767501 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ZARGARI, DAVID<br><br>2771 FARMSTEAD LN<br><br><br>FORT MILL, SC 29708 | 7675<br>2000767502 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ZENDEJAS, GENARO<br><br>11620 MANTOVA AVE<br><br><br>BAKERSFIELD, CA 93312 | 7746<br>2000774602 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |
| ZENDEJAS, GENARO<br><br>11620 MANTOVA AVE<br><br><br>BAKERSFIELD, CA 93312 | 7746<br>2000774601 | Exhibit  G<br>CLAIMS PREVIOUSLY EXPUNGED, TO BE RESTORED |

101

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/2009 | 4696 2000469601 | CHRIS KALAFATIS<br><br>8326 Hawk Nest Dr<br><br>Richmond, VA 23227 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/23/2009 | 5131 2000513101 | KEN J YOUNG<br><br>2836 Bayhill Woods Cove<br><br>Collierville, TN 38017 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/28/2009 | 6787 2000678701 | OREILLY, PATRICK S<br><br>9067 LITTLE JOSELYN DR<br><br>MECHANICSVILLE, VA 23116 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6843 2000684301 | SAUNDERS, STEPHEN T 2931 ROYAL VIRGINIA COUR LOUISA, VA 23093 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/28/2009 | 6935 2000693501 | THUMANN, ANNE L 7086 LIONSHEAD PKWY LITTLETON, CO 80124 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/28/2009 | 7099 2000709901 | FAY, LAWRENCE W 9785 SPRINGSTONE RD MC CORDSVILLE, IN 46055 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7864 2000786401 | VILES, BRETT W<br><br>2680 SHADOW PINE DR NO<br><br>FRUITPORT, MI 49415 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/29/2009 | 8101 2000810101 | MCDONALD, LAURA<br><br>109 FAIRWAYS DR<br><br>HENDERSONVLLE, TN 37075 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/29/2009 | 8217 2000821701 | ENGIN, OGUZHAN<br><br>35 BUTTERFLY LN<br><br>W HENRIETTA, NY 14586 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9545 2000954501 | VAHOUA, GEORGIA<br><br>2730 INTERLAKEN DR<br><br>MARIETTA, GA 30062 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 1/30/2009 | 10172 2001017201 | HENDRICKS, EDWARD M<br><br>1286 89TH ST<br><br>NEW RICHMND, WI 54017 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |
| 6/29/2009 | 13885 2001388501 | GEITH, JON C<br><br>Canfield Baer LLP<br>2201 Libbie Ave Ste 200<br><br>Richmond, VA 23230 | c o Robert A Canfield | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT C**

**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/29/2009 | 14008<br><br>2001400801 | LAMBERT GAFFNEY, LAURIE<br><br>2201 Libbie Ave Ste 200<br><br>Richmond , VA 23230 | c o Robert A Canfield | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant is eligible for the target award amount only; therefore, the claim will be reduced accordingly. |

13

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5495 2000549501 | STERIJEVSKI, STEVEN W<br><br>2951 MAJESTIC ISLE DR<br><br>CLERMONT, FL 34711 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/26/2009 | 5655 2000565501 | DAVID PATRICK LEDLIE<br><br>4750 Shagbark Ct<br><br>Brookfield, WI 53005-1029 | | $5,565.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | The Debtor's books and records show no award granted to this claimant. Thus, the claim should be expunged in its entirety. |
| 1/26/2009 | 6233 2000623301 | OLIVER, MARK E<br><br>523 HAROLDS DR<br><br>MANAKIN SABOT, VA 23103 | | $135,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/23/2009 | 6539 2000653901 | LANE, DARICK<br><br>3413 ANDOVER HILLS PL<br><br>RICHMOND, VA 23294 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6656 2000665601 | BOGLE, GERRY RAYMOND 3408 22ND AVE N W GIG HARBOR, WA 98335-7990 | | $20,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/28/2009 | 6747 2000674701 | HENDERSON, AARON L 100 PINEHURST DR AURORA, OH 44202 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/26/2009 | 7147 2000714701 | THORNE, SHERRI L 4412 STUDLEY RD MECHANICSVILLE, VA 23116 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/29/2009 | 8499 2000849901 | MCGINNIS, HOLLY C 11712 COOLWIND LN RICHMOND, VA 23233 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**

**INVALID CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 8845 2000884501 | ROBINSON, RICHARD R<br><br>6505 78TH ST<br><br>CABIN JOHN, MD 20818 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/30/2009 | 8992 2000899201 | LIKENS, KAREN<br><br>2801 SUNRISE CT<br><br>RICHMOND, VA 23233 | | $16,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | The Debtor's books and records show no award granted to this claimant. Thus, the claim should be expunged in its entirety. |
| 1/30/2009 | 9532 2000953201 | DAVID LEE CHARLES<br><br>3957 E El Sendero Rd<br><br>Cave Creek, AZ 85331 | David Lee Charles | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |
| 1/30/2009 | 9977 2000997701 | JENNIFER G LINTON<br><br>5232 Wheat Ridge Pl<br><br>Glen Allen, VA 23059 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | Claimant was terminated prior to the change of control date (3/8/09); therefore, the claim should be expunged in its entirety. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**
**CLAIMS TO BE FIXED**

| Date Filed | Claim Number | Name  Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2009 | 4380  2000438001 | WARREN, ELIZABETH R  1824 HANOVER AVE  RICHMOND, VA 23220 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/15/2009 | 4784  2000478401 | STRAUSS, DAVID ROBERT  5204 DAVENPORT PL  ROSWELL, GA 30075 | $0.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $135,000 for amounts due under the long-term incentive program. |
| 1/26/2009 | 5206  2000520601 | CAGWIN, DANIEL  305 KINGSCOTE LN  GLEN ALLEN, VA 23059 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT E**
**CLAIMS TO BE FIXED**

| Date Filed | Claim Number | Name  Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5443 2000544301 | PEARSON, JONATHAN 891 CHARLTON WHITE LAKE, MI 48323-2919 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/26/2009 | 5664 2000566401 | TELEGADAS, FRANCIS E 8204 YOLANDA RD RICHMOND, VA 23229 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/27/2009 | 5940 2000594001 | REYES, FERNANDO 15027 PEPPERDINE DR FONTANA, CA 92336 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**
**CLAIMS TO BE FIXED**

| Date Filed | Claim Number | Name Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6898 2000689801 | BRIAN ROBERT PERLEBERG 15N848 Meadow Ct Hampshire, IL 60140 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/28/2009 | 6995 2000699501 | SCHAUER, JUSTIN C 2602 E FRANKLIN ST APT 2 RICHMOND, VA 23223 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/29/2009 | 8119 2000811901 | NAY, KENT N 4108 B FAIRLAKE LANE GLEN ALLEN, VA 23060 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**
**CLAIMS TO BE FIXED**

| Date Filed | Claim Number | Name  Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8301 2000830101 | HEALY, WILLIAM M 9707 ROYCE DR TAMPA, FL 33626 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/29/2009 | 8507 2000850701 | MCGINNIS, ROBERT C 11712 COOL WIND LN RICHMOND, VA 23233 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |
| 1/30/2009 | 9220 2000922001 | GILMOUR, CATHERINE M 10801 SNOWMASS CT GLEN ALLEN, VA 23060 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT E**
**CLAIMS TO BE FIXED**

| Date Filed | Claim Number | Name  Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9446  2000944601 | MASCOLA, DENISE  6201 WINDWARD DR  BURKE, VA 22015-3834 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim will be fixed at $40,000 for amounts due under the long-term incentive program. |

13

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Surviving Claim Number | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5306<br><br>2000530601 | SCHMIDT, GARY<br><br>ONE UNIVERSITY PLAZA ST<br><br>HACKENSACK, NJ 07601 | C O LIQUIDITY SOLUTIONS INC | $40,000.00 | U | CIRCUIT CITY STORES, INC. | 13063 | Amounts included in this claim are duplicative of claim #13063; thus this claim should be expunged in its entirety. |
| 1/26/2009 | 5680<br><br>2000568001 | TELEGADAS, FRANCIS E<br><br>8204 YOLANDA RD<br><br>RICHMOND, VA 23229 | | $80,000.00 | U | CIRCUIT CITY STORES, INC. | 5664 | Amounts included in this claim are duplicative of claim #5664; thus this claim should be expunged in its entirety. |
| 1/27/2009 | 6210<br><br>2000621001 | CRAIG, KAREN L<br><br>4409 PLAYER RD<br><br>CORONA, CA 92883 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 14174 | Amounts included in this claim are duplicative of claim #14174; thus this claim should be expunged in its entirety. |
| 1/27/2009 | 6216<br><br>2000621601 | CRAIG, KAREN L<br><br>4409 PLAYER RD<br><br>CORONA, CA 92883 | | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 14174 | Amounts included in this claim are duplicative of claim #14174; thus this claim should be expunged in its entirety. |
| 1/27/2009 | 6296<br><br>2000629601 | SMITH, JAMES B<br><br>15444 E Peakview Ct<br><br>Fountain Hls, AZ 85268 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 7356 | Amounts included in this claim are duplicative of claim #7356; thus this claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Surviving Claim Number | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6596 2000659601 | CIMINO, WILLIAM P 15 ALBEMARLE AVE RICHMOND, VA 23226-1611 | | $0.00 | U | CIRCUIT CITY STORES, INC. | 13665 | Amounts included in this claim are duplicative of claim #13665; thus this claim should be expunged in its entirety. |
| 1/28/2009 | 6840 2000684001 | SAUNDERS, STEPHEN T 2931 ROYAL VIRGINIA COUR LOUISA, VA 23093-2242 | | $0.00 | U | CIRCUIT CITY STORES, INC. | 6843 | Amounts included in this claim are duplicative of claim #6843; thus this claim should be expunged in its entirety. |
| 1/28/2009 | 6991 2000699101 | OAKEY, JOHN 11 ROSLYN RD RICHMOND, VA 23226 | | $0.00 | U | CIRCUIT CITY STORES, INC. | 6993 | Amounts included in this claim are duplicative of claim #6993; thus this claim should be expunged in its entirety. |
| 1/28/2009 | 7094 2000709401 | CIMINO, WILLIAM P 15 ALBEMARLE AVE RICHMOND, VA 23226-1611 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | 13665 | Amounts included in this claim are duplicative of claim #13665; thus this claim should be expunged in its entirety. |
| 1/28/2009 | 7357 2000735701 | SMITH, JAMES B 15444 E Peakview Ct Fountain Hls, AZ 85268 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 7356 | Amounts included in this claim are duplicative of claim #7356; thus this claim should be expunged in its entirety. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Surviving Claim Number | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7604<br><br>2000760401 | KEN J YOUNG<br><br>2836 Bayhill Woods Cove<br><br><br>Collierville, TN 38017 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | 5131 | Amounts included in this claim are duplicative of claim #5131; thus this claim should be expunged in its entirety. |
| 1/29/2009 | 7865<br><br>2000786501 | SANFORD, DAVID W<br><br>23 Birch Lane<br><br><br>Hendersonville, NC 28791 | | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 8535 | Amounts included in this claim are duplicative of claim #8535; thus this claim should be expunged in its entirety. |
| 1/29/2009 | 8122<br><br>2000812201 | NAY, KENT N<br><br>4108 B FAIRLAKE LANE<br><br><br>GLEN ALLEN, VA 23060 | | $0.00 | U | CIRCUIT CITY STORES, INC. | 8119 | Amounts included in this claim are duplicative of claim #8119; thus this claim should be expunged in its entirety. |
| 1/29/2009 | 8222<br><br>2000822201 | DAVID LEE CHARLES<br><br>3957 E El Sendero Rd<br><br>Cave Creek, AZ 85331 | David Lee Charles | $0.00 | U | CIRCUIT CITY STORES, INC. | 9532 | Amounts included in this claim are duplicative of claim #9532; thus this claim should be expunged in its entirety. |
| 1/29/2009 | 8406<br><br>2000840601 | CORMIER, RICHARD F<br><br>3047 WINDMILL CANYON DR<br><br><br>CLAYTON, CA 94517-1908 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 8408 | Amounts included in this claim are duplicative of claim #8408; thus this claim should be expunged in its entirety. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT F**
**DUPLICATE CLAIMS TO BE EXPUNGED**

| Date Filed | Claim Number | Name  Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Surviving Claim Number | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8534  2000853401 | SANFORD, DAVID W  23 Birch Lane  Hendersonville, NC 28791 | | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | 8535 | Amounts included in this claim are duplicative of claim #8535; thus this claim should be expunged in its entirety. |
| 1/29/2009 | 8664  2000866401 | FATH ANNE  9608 Gaslight Pl  Richmond, VA 23229 | | $40,000.00 | U | CIRCUIT CITY STORES, INC. | 8656 | Amounts included in this claim are duplicative of claim #8656; thus this claim should be expunged in its entirety. |
| 1/30/2009 | 8853  2000885301 | ROBINSON, RICHARD R  6505 78TH ST  CABIN JOHN, MD 20818 | | $0.00 | U | CIRCUIT CITY STORES, INC. | 8845 | Amounts included in this claim are duplicative of claim #8845; thus this claim should be expunged in its entirety. |
| 1/30/2009 | 10042  2001004201 | OLDANI, MARK  303 HAMLETS END WAY  FRANKLIN, TN 37067-6471 | | $270,000.00 | U | CIRCUIT CITY STORES, INC. | 10041 | Amounts included in this claim are duplicative of claim #10041; thus this claim should be expunged in its entirety. |

19

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2009 | 4943<br><br>2000494301 | MERCADO, STEVE<br><br>2100 E KATELLA AVE APT 52<br><br>ANAHEIM, CA 92806 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $4,027.46 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $39,999 for amounts due under the long-term incentive program, as asserted.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $6,922.54 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $4,027.46, and the remaining $35,971.54 reclassed to general unsecured. |
| 1/22/2009 | 4943<br><br>2000494302 | MERCADO, STEVE<br><br>2100 E KATELLA AVE APT 52<br><br>ANAHEIM, CA 92806 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $35,971.54 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $39,999 under the long-term incentive program, as asserted. The general unsecured portion of the claim should be fixed at $35,971.54. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5475 2000547501 | BERGER, CYNDA ANN 3607 PENCADER RD MIDLOTHIAN, VA 23112-4488 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $3,759.81 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $7,190.19 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $3,759.81, and the remaining $36,240.19 reclassed to general unsecured. |
| 1/26/2009 | 5475 2000547502 | BERGER, CYNDA ANN 3607 PENCADER RD MIDLOTHIAN, VA 23112-4488 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $36,240.19 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $36,240.19. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5485 2000548501 | CASTLE, LINDA H<br><br>5601 HUNTERS GLEN DR<br><br>GLEN ALLEN, VA 23059 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $5,067.11 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $5,882.89 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $5,067.11, and the remaining $34,932.89 reclassed to general unsecured. |
| 1/26/2009 | 5485 2000548502 | CASTLE, LINDA H<br><br>5601 HUNTERS GLEN DR<br><br>GLEN ALLEN, VA 23059 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $34,932.89 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $34,932.89. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 5689 2000568902 | GUTMAN, J THOMAS<br><br>205 W 95TH ST 2D<br><br>NEW YORK, NY 10025 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $3,000.00 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  The priority portion of the claim will be allowed at $3,000 as asserted. |
| 1/27/2009 | 5689 2000568901 | GUTMAN, J THOMAS<br><br>205 W 95TH ST 2D<br><br>NEW YORK, NY 10025 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $37,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be allowed at $37,000 as asserted. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
**EXHIBIT G**
**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6028 2000602801 | DING, JENNIFER S<br><br>5507 OLDE HARTLEY WAY<br><br>GLEN ALLEN, VA 23060 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $5,424.12 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $5,525.88 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $5,424.12, and the remaining $34,575.88 reclassed to general unsecured. |
| 1/27/2009 | 6028 2000602802 | DING, JENNIFER S<br><br>5507 OLDE HARTLEY WAY<br><br>GLEN ALLEN, VA 23060 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $34,575.88 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $34,575.88. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | 6144<br><br>2000614401 | SESSOMS, JOHN D<br><br>7307 SADDLE OAKS DR<br><br>CARY, IL 60013 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $33,386.54 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $33,386.54. |
| 1/26/2009 | 6144<br><br>2000614402 | SESSOMS, JOHN D<br><br>7307 SADDLE OAKS DR<br><br>CARY, IL 60013 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,613.46 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,336.54 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $6,613.46. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6293 2000629302 | ARINGTON, MICHAEL SCOTT 15033 W BOTTLE TREE AVE SURPRISE, AZ 85374-3425 | | $0.00 | P | CIRCUIT CITY STORES WEST COAST, INC. | $33,605.17 | General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $33,605.17. |
| 1/27/2009 | 6293 2000629301 | ARINGTON, MICHAEL SCOTT 15033 W BOTTLE TREE AVE SURPRISE, AZ 85374-3425 | | $0.00 | P | CIRCUIT CITY STORES WEST COAST, INC. | $6,394.83 | Priority | CIRCUIT CITY STORES WEST COAST, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,555.17 in fourth priority wages. Therefore, the priority portion of the claim will be reduced to $6,394.83, and the remaining $33,605.17 reclassed to general unsecured. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2009 | 6686 2000668601 | FREEMAN, JAMES M 10307 SAGEGLOW HOUSTON, TX 77089 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant has already been paid $10,950 in fourth priority wages.  Therefore, the priority portion of the claim will be disallowed and $40,000 will be reclassed to general unsecured. |
| 1/27/2009 | 6686 2000668602 | FREEMAN, JAMES M 10307 SAGEGLOW HOUSTON, TX 77089 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $40,000. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 6691 2000669101 | HERTER, JOSEPH R 32540 YAHNKE RD BURLINGTON, WI 53105 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,592.31 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,357.69 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $6,592.31, and the remaining $33,407.69 reclassed to general unsecured. |
| 1/28/2009 | 6691 2000669102 | HERTER, JOSEPH R 32540 YAHNKE RD BURLINGTON, WI 53105 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $33,407.69 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $33,407.69. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name_Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7097 2000709701 | ANDERSON, LEE ANN 2022 GROVE AVE RICHMOND, VA 23220 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $5,047.13 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $5,902.88 in fourth priority wages. Therefore, the priority portion of the claim will be reduced to $5,047.13, and the remaining $34,952.88 reclassed to general unsecured. |
| 1/28/2009 | 7097 2000709702 | ANDERSON, LEE ANN 2022 GROVE AVE RICHMOND, VA 23220 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $34,952.88 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $34,952.88. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7140 2000714001 | CALABREE, LEONARD<br><br>176 WILLIAM FEATHER DR<br><br>VOORHEES, NJ 08043 | | $0.00 | P | CIRCUIT STORES, INC. | $6,326.92 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,623.08 in fourth priority wages. Therefore, the priority portion of the claim will be reduced to $6,326.92. |
| 1/28/2009 | 7140 2000714002 | CALABREE, LEONARD<br><br>176 WILLIAM FEATHER DR<br><br>VOORHEES, NJ 08043 | | $0.00 | U | CIRCUIT STORES, INC. | $33,673.08 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be reduced to $33,673.08. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2009 | 7250 2000725002 | LAMAR, RONALD WADE PO BOX 674 MORTON, TX 79346 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $33,625.58 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $33,625.58. |
| 1/28/2009 | 7250 2000725001 | LAMAR, RONALD WADE PO BOX 674 MORTON, TX 79346 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,374.42 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,575.58 in fourth priority wages. Therefore, the priority portion of the claim will be reduced to $6,374.42, and the remaining $33,625.58 reclassed to general unsecured. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7675 2000767501 | ZARGARI, DAVID 2771 FARMSTEAD LN FORT MILL, SC 29708 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,332.54 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program (LTIP).  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,617.46 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $6,332.54, and the remaining LTIP eligible amount of $33,667.46 reclassed to general unsecured. |
| 1/29/2009 | 7675 2000767502 | ZARGARI, DAVID 2771 FARMSTEAD LN FORT MILL, SC 29708 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $33,667.46 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $33,667.46. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 7746 2000774601 | ZENDEJAS, GENARO 11620 MANTOVA AVE BAKERSFIELD, CA 93312 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $4,598.89 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $5,000 for amounts due under the long-term incentive program, as asserted.  Claimant is entitled to priority status up to $10,950 for eligible programs, but has already been paid $6,351.11 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $4,598.89, and the remaining $401.11 reclassed to general unsecured. |
| 1/29/2009 | 7746 2000774602 | ZENDEJAS, GENARO 11620 MANTOVA AVE BAKERSFIELD, CA 93312 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $401.11 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $5,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $401.11. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8008 2000800801 | LATTA, DONNA 298 GREENFIELD RD BRIDGEWATER, NJ 08807 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $2,403.85 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $8,546.15 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $2,403.85, and the remaining $37,596.15 reclassed to general unsecured. |
| 1/29/2009 | 8008 2000800802 | LATTA, DONNA 298 GREENFIELD RD BRIDGEWATER, NJ 08807 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $37,596.15 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $37,596.15. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8537<br><br>2000853701 | MONTELEONE, JACK T<br><br>39W374 GRAND AVE<br><br>ELGIN, IL 60124 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $10,950 in fourth priority wages. Therefore, the priority portion of the claim will be disallowed, and the remaining $40,000 reclassed to general unsecured. |
| 1/29/2009 | 8537<br><br>2000853702 | MONTELEONE, JACK T<br><br>39W374 GRAND AVE<br><br>ELGIN, IL 60124 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $40,000. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2009 | 8655 2000865501 | DAWN VONBECHMANN 1225 Vancouver Ave Burlingame, CA 94010 | Dawn vonBechmann | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $10,950 in fourth priority wages. Therefore, the priority portion of the claim will be disallowed, and $8,743 reclassed to general unsecured. |
| 1/29/2009 | 8655 2000865502 | DAWN VONBECHMANN 1225 Vancouver Ave Burlingame, CA 94010 | Dawn vonBechmann | $0.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $135,000. |

LTIP

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9368<br><br>2000936802 | BECKER, ELLIOT<br><br>3019 Hanover Ave<br><br>Richmond, VA 23221 | Elliot Becker | $0.00 | P | CIRCUIT CITY STORES, INC. | $9,796.15 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #19, docket #10786; however, the claim should be restored. The claimant is eligible to receive $135,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $1,153.85 in fourth priority wages. Therefore, the priority portion of the claim will be reduced to $9,796.15. |
| 1/30/2009 | 9368<br><br>2000936801 | BECKER, ELLIOT<br><br>3019 Hanover Ave<br><br>Richmond, VA 23221 | Elliot Becker | $0.00 | U | CIRCUIT CITY STORES, INC. | $125,203.85 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #19, docket #10786; however, the claim should be restored. The claimant is entitled to $135,000 under the long-term incentive program. The general unsecured portion of the claim should be reduced to $125,203.85. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2009 | 9573 2000957301 | MORROW, BRADLEY J<br><br>711 STUBBS VINSON RD<br><br>MONROE, LA 71203-8568 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $33,511.81 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $33,511.81. |
| 1/30/2009 | 9573 2000957302 | MORROW, BRADLEY J<br><br>711 STUBBS VINSON RD<br><br>MONROE, LA 71203-8568 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,488.19 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,461.81 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $6,488.19. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/2/2009 | 11105 2001110501 | BALL, DIRLEY L 14029 ROCKBASKET PLACE CHESTER, VA 23836 | | $10,950.00 | P | CIRCUIT CITY STORES, INC. | $4,773.08 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on docket #10673; however, the claim should be restored. The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program. Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $6,176.92 in fourth priority wages. Therefore, the priority portion of the claim will be fixed at $4,773.08, and the remaining $35,226.92 reclassed to general unsecured. |
| 2/2/2009 | 11105 2001110502 | BALL, DIRLEY L 14029 ROCKBASKET PLACE CHESTER, VA 23836 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $35,226.92 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on docket #10673; however, the claim should be restored. The claimant is entitled to $40,000 under the long-term incentive program. The general unsecured portion of the claim should be fixed at $35,226.92. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2009 | 11161 2001116101 | HAGUE, TIMOTHY 4613 BROOKEMERE DR GLEN ALLEN, VA 23060-6504 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $6,148.08 | Priority | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $4,801.92 in fourth priority wages.  Therefore, the priority portion of the claim will be reduced to $6,148.08. |
| 2/17/2009 | 11161 2001116102 | HAGUE, TIMOTHY 4613 BROOKEMERE DR GLEN ALLEN, VA 23060-6504 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $33,851.92 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be reduced to $33,851.92. |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT G**

**PREVIOUSLY EXPUNGED CLAIMS TO BE RESTORED**

| Date Filed | Claim Number | Name _Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/2009 | 13063 2001306302 | SCHMIDT, GARY<br><br>830 CARNELLIAN LANE<br><br>PEACHTREE CITY, GA 30269 | | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 | | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is eligible to receive $40,000 for amounts due under the long-term incentive program.  Claimant is entitled to priority status up to $10,950 for the long-term incentive program, but has already been paid $10,950 in fourth priority wages.  Therefore, the priority portion of the claim will be disallowed. |
| 5/28/2009 | 13063 2001306301 | SCHMIDT, GARY<br><br>830 CARNELLIAN LANE<br><br>PEACHTREE CITY, GA 30269 | | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claim was previously expunged on Omni #12, docket #10782; however, the claim should be restored.  The claimant is entitled to $40,000 under the long-term incentive program.  The general unsecured portion of the claim should be fixed at $40,000. |

44

10237254 , Mosier , Michelle O.
N/A, 9/29/2008, CASII

EXHIBIT H



October 9, 2008

Michelle O. Mosier
4503 W Franklin St
Richmond, VA  23221

Dear Michelle O.:

Congratulations!  The Compensation and Personnel Committee of the Board of
Directors (the "Committee") has awarded you a long-term cash incentive award (the "Award")
subject to the terms of this Award letter.  The purpose of this Award is to reward, motivate
and retain associates who are key to our turnaround efforts and long term success of Circuit
City Stores, Inc. (the "Company").  To accept this Award, please sign this letter, and fax it as
instructed in Section 6 below.

Subject to the requirements and limitations set forth in this Award letter, your Target
Cash Incentive Award, Maximum Cash Incentive Award, and Award Date are as follows:

| | |
|---|---|
| Target Cash Incentive Award: | $200,000 |
| Maximum Cash Incentive Award: | $400,000 |
| Award Date: | September 29, 2008 |

This Award is based on performance of the Company over time and the amount that
you can earn at each Vest Date under the Award is subject to meeting the Performance
Conditions as outlined below. For purposes of the Performance Conditions, the following
definitions apply:

Minimum Availability:  maintaining excess availability under all of the Company's
existing or future credit facilities in effect as of February 28, 2009, as such existing or
future credit facilities may be amended, modified, superseded or supplemented,
through February 28, 2009; and

Closing Stock Price:  closing stock price as reported by the exchange or market on
which the Company's common stock generally has the greatest trading volume.

The schedule of Vest Dates, the corresponding target amounts and Performance
Conditions for each date are as follows:

| | |
|---|---|
| 1st Vest Date: | July 1, 2009 |
| Targeted Amount Vesting: | $66,667 |
| Performance Condition: | Minimum Availability |

- 1 -

2nd Vest Date:                          January 1, 2010
Targeted Amount Vesting:                $66,667
Performance Condition:                  Total shareholder return based on the following
                                        stock prices:

| Closing Stock Price on Dec. 31, 2009 | % Payout of Targeted Amount Vesting |
|---|---|
| less than $3.00 | 0% |
| $3.00–$3.99 | 75% |
| $4.00–$4.99 | 100% |
| $5.00–$5.99 | 125% |
| $6.00–$6.99 | 175% |
| $7.00–$7.99 | 200% |
| $8.00–$8.99 | 225% |
| $9.00 or greater | 250% |

3rd Vest Date:                          July 1, 2010
Targeted Amount Vesting:                $66,667
Performance Condition:                  Total shareholder return based on the following
                                        stock prices:

| Closing Stock Price on Vest Date | % Payout of Targeted Amount Vesting |
|---|---|
| less than $4.00 | 0% |
| $4.00–$4.99 | 75% |
| $5.00–$5.99 | 100% |
| $6.00–$6.99 | 125% |
| $7.00–$7.99 | 175% |
| $8.00–$8.99 | 200% |
| $9.00–$9.99 | 225% |
| $10.00 or greater | 250% |

If on the specified Vest Date no amount is earned or an amount less than the Targeted Amount is earned, the unearned portion of the Targeted Cash Incentive Amount for that Vest Date will roll-forward to the next Vest Date and may be earned if the minimum Performance Condition for the next Vest Date is achieved.  Any amounts that are rolled forward to the next Vest Date are not eligible for more than a Target (100%) payout.

For purposes of the vesting and forfeiture requirements that follow, your employment with the "Company" includes your employment with Circuit City Stores, Inc. or with a parent or subsidiary of Circuit City Stores, Inc. within the meaning of section 424(e) and (f) of the Internal Revenue Code of 1986, as amended.

Your right to receive the portion of your Award corresponding to each of the above Vest Dates is contingent on (i) your agreeing to the terms of this Award by signing and faxing this letter, and (ii) your remaining continuously employed on a full-time active basis with the Company through and including the corresponding Vest Date.  If you satisfy these

- 2 -

requirements, the portion of your Award that becomes vested will be paid to you in a single lump sum cash payment within 75 days following the Vest Date. In the event that you are on a leave of absence on the Vest Date, the portion of your Award that would have vested on that date will not vest until you return to active full-time employment with the Company and will then be paid within 75 days after your return.

Forfeiture. If prior to becoming fully vested in your Award, (i) your employment with the Company terminates for any reason other than your death or permanent disability, or (ii) your employment status with the Company changes to part-time, or (iii) you retire from the Company, then the unvested portion of your Award will be forfeited as of the date of your termination, change in status, or retirement, as the case may be

If your employment with the Company terminates on or before a Vest Date because of death or permanent disability, then the portion of your Target Cash Incentive Award that is scheduled to vest on a future Vest Date will vest as of the date of your death or termination for disability (assuming you otherwise meet the requirements under this Award letter), and will be paid out in a lump sum cash payment within 75 days after your death or disability.

The Committee will determine whether a permanent disability exists for purposes of the foregoing, and such determination will be conclusive and binding.

Other terms relevant to this Award letter are set forth below.

1. **Modification.**  The Committee may unilaterally modify the terms of this Award letter after the Award Date provided that your consent is obtained with respect to any modification that would be detrimental to your rights hereunder, except that your consent will not be required to the extent any such modification is to comply with applicable law.

2. **Change of Control**. If you remain continuously employed on a full-time active basis with the Company through and including the date on which a Change of Control of the Company occurs, then any unvested portion of your outstanding Target Cash Incentive Award will vest as of such date and will be paid to you in a lump sum cash payment within 75 days thereafter. For this purpose, "Change of Control" has the meaning set forth in the Circuit City Stores, Inc. 2003 Stock Incentive Plan, as amended and restated, effective December 14, 2006, and that definition is incorporated by reference, and made a part of this Award letter.

The following provides a brief summary of the definition of Change of Control under the 2003 Stock Plan. This is intended only as a summary, and any determination of whether a Change of Control has actually occurred will be subject to the full definition set forth in the 2003 Stock Plan. In general, a Change of Control will occur upon any of the following events: (i) a third party acquires 35% of the Company's outstanding stock; (ii) the incumbent members of the Company's Board of Directors cease to be a majority of the Board (for this purpose, "incumbent members" includes directors whose election was approved by a majority of the Board); (iii) a reorganization, merger or consolidation of the Company or sale or other disposition of all or substantially all of the assets of the Company; or (iv) the consummation of a plan of complete liquidation or dissolution of the Company.

- 3 -

3. **Withholding Taxes**. On the Vest Date, you will have taxable income equal to the amount of your vested Award, and the Company will withhold the amount of taxes required to be withheld or paid.

4. **Interpretation**. The interpretation and construction of any provision or term of this Award letter by the Committee will be final and conclusive. The terms of this Award letter and all actions taken hereunder will be governed by the laws of the Commonwealth of Virginia, without regard to the conflict of law provisions of any jurisdiction.

5. **Miscellaneous**.

a. This Award letter is the entire agreement between you and the Company concerning the Award granted hereunder.

b. Nothing in this Award letter confers any right to continued employment with the Company, or affects the Company's right to terminate an associate's employment at any time, with or without notice, and with or without cause.

c. The Company has no obligation to contribute any assets to a trust or other entity or otherwise to segregate any assets, or maintain separate accounts, for the purpose of satisfying the Award obligation hereunder.

6. **Acceptance of this Award**. In order for your Award to become effective, you must accept it by signing this letter and faxing the entire letter as soon as possible, but in no event later than November 1, 2008 to **757-299-8412**.

Your signature will also constitute your agreement to the terms and conditions contained in this letter.

Sincerely,

Eric A. Jonas, Jr.
Senior Vice President
Human Resources

ACCEPTED:

_Michelle Mosier_
Associate Signature

Michelle O. Mosier

Printed Name

10/13/08
Date

- 4 -