UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re	Chapter 11
    CIRCUIT CITY STORES, INC. et al.
    	Case No. 08-35653
    Debtors.	(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Dover Master Fund II, L.P., as assignee of Optoma Tech, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to the general unsecured portion of claim number 7214 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Dover Master Fund II, L.P.
c/o Longacre Management LLC
810 Seventh Ave 33rd Fl
New York, NY 10019

New Address
Dover Master Fund II, L.P.
c/o Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2012

**DOVER MASTER FUND II, L.P.**
By: Bowery Investment Management, LLC,
its Investment Manager

By: _____

Name: Vladimir Jelisavcic

Title: Manager