UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | ) Case No.: 08-35653 (KRH)<br>)<br>) Jointly Administered<br>)<br>) Chapter 11<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that American Systems Corporation, a creditor in the cases of the above-captioned debtors

("DEBTORS"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the

cases) to United States Debt Recovery, XI L.P. and in connection with such transfer, herby directs the DEBTORS, debtors in

Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in

these cases), to change its address for the purposes of administering its claim (Claim # 1902, filed 12/23/2008), and hereby

requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the

New Address set forth below, effective as of the date hereof.

FORMER ADDRESS

American Systems Corporation
Jennifer Hadley
14151 Park Meadow Dr
Chantilly, VA 20151

NEW ADDRESS

American Systems Corporation
c/o United States Debt Recovery, XI, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

American Systems Corporation

Print Name _Joseph Kopfman_      Title: _Vice President, Contracts + Admin._

Signature: _____      Date: _21 September 2012_