IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 12574

**PLEASE TAKE NOTICE** that Jefferies Leveraged Credit Products, creditor in the above-referenced bankruptcy proceeding, has changed its address with respect to Claim No. 12574 and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Jefferies Leveraged Credit Products LLC<br>One Station Pl Three N<br>Stamford, CT 06902 | Jefferies Leveraged Credit Products, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |
| **Old Notice Party(ies)**<br><br>Jefferies & Co Inc<br>Attn Mark Sahler<br>Harborside Financial Ctr<br>34 Exchange Pl Plz 111 Ste 705<br>Jersey City, NJ 07311 | **New Notice Party(ies)**<br><br>Jefferies Leveraged Credit Products, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, New York 10022 |

**[signature page follows]**

724436v.1 445/01627

NYC:239691 3

Dated: September 21, 2012

                                        Respectfully submitted,

                                        Jefferies Leveraged Credit Products, LLC

                                        By: _____
                                        Name: Robert Minkoff
                                        Title: Managing Director

724436v.1 445/01627

NYC:239691.3