UNITED STATES BANKRUPTCY COURT — Eastern District of Virginia

In re: Chapter 11
Robert A. Koenig__vs. Circuit City_Case 06-35653-KRH

| Debtor/Plaintiff | Defendant |
|---|---|
| Robert A. Koenig | Circuit City |
| P.O. Box 41 | 9950 Maryland Drive |
| Manchester, NH 03105 | Richmond, VA 23233 |



RICHMOND DIVISION
FILED
SEP 26 2012
CLERK
US BANKRUPTCY COURT

MOTION TO COMPEL IMMEDIATE PYMENT OF MONEY OWED

HERE comes the Plaintiff and Debtor, Robert A. Koenig, and files this motion for the Court's consideration in the pursuit of justice, and to move the process along as per Bankruptcy regulations..

1. The Defendant has intentionally delayed justice with countless transcripts and other legal maneuvers.

2. Defendant has FAILED to inform defendants of all required information.

3. The plaintiff has suffered from this unreasonable delay, including the loss of his vehicle due to inability to make payments.

4. U.S. Bankruptcy regulations FORBID the delay of JUSTICE.

Wherefore for the reasons stated above, Plaintiff respectfully requests that the Court grant this motion to compel Defendant to fully pay $950.00 which includes the value of his personal computer ruined by Circuit City, and interest for the extraordinary delays. within fourteen days, sent to Dr. Robert Koenig, P.O. Box 41, Manchester, NH 03105.

Respectfully Submitted,

Robert A. Koenig    Date: 9/20/12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON September 12, 2010 a copy of this <u>MOTION TO COMPEL</u> was mailed to Circuit City          9950 Maryland Drive
Richmond, VA 23233

Signed: /s/ Robert A. Koenig

Robert A. Koenig, Plaintiff      Date 9/20/12