IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 11269**

PLEASE TAKE NOTICE that Evergreen-McDowell & Pebble Creek, L.L.C., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address [Creditor] |
|---|---|
| Evergreen-McDowell & Pebble Creek, L.L.C. c/o William Novotny Mariscal Weeks McIntyre & Friedlander PA 2901 North Central Avenue, Suite 200 Phoenix AZ 85012 | Evergreen-McDowell & Pebble Creek, L.L.C. c/o Midtown Acquisitions L.P. Attn: Jennifer Donovan 65 East 55th Street New York, NY 10022 |
| Notice Party(ies) NONE | New Address [Notice Party(ies)] Evergreen-McDowell & Pebble Creek, L.L.C. c/o Midtown Acquisitions L.P. Attn: Jennifer Donovan 65 East 55th Street New York, NY 10022 |

Dated: September 21, 2012

Evergreen–McDowell & Pebble Creek, L.L.C.,
an Arizona limited liability company

By: Evergreen Development Company–2006,
L.L.C., an Arizona limited liability company
Its: Manager

By: Evergreen Devco, Inc., a California corporation
Its: Manager

By: *(signature)*
Name: Jason Donkersley
Its: Vice President – General Counsel