David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

Christopher S. Colby  (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
ccolby@vanblk.com

*Local Counsel for County of Alameda Treasurer-Tax Collector*

John T. Seyman, CA State Bar No. 122508
(Admitted *pro hac vice*)
**Office of County Counsel**
**County of Alameda**
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

*Counsel for County of Alameda Treasurer-Tax Collector*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., *et al.*, | Jointly Administered |
| Debtors. | |

### MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

John T. Seyman, Esq. ("Seyman"), Deputy County Counsel of the County of Alameda and counsel for the County of Alameda Treasurer-Tax Collector (the "County"), a creditor and party-in-interest in these jointly-administered chapter 11 cases, respectfully requests that Seyman be permitted to appear telephonically for the hearing set for 2 p.m. on Tuesday, October 9, 2012 regarding the Liquidating Trust's Omnibus Objections to Claims (Dkt. No.12272).

1. On June 21, 2012, the Court admitted Mr. Seyman *pro hac vice* in the above-captioned case (Dkt. No. 12053).

2. Mr. Seyman works in the County's office located in Oakland, California and seeks to minimize the cost associated with appearing for the October 9, 2012 hearing.

3. Seyman will be responsible for making arrangements with the Courtroom Deputy to dial into the Court from a single landline phone.

4. Notice of this Motion will be given to all persons receiving electronic notice via ECF in the above-captioned bankruptcy proceeding.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form attached as Exhibit A, permitting Mr. Seyman to appear telephonically for the hearing set for 2:00 p.m. on October 9, 2012.

Dated: September 27, 2012

Respectfully submitted,

/s/ Timothy Boykin
David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA 23218
Tel. 804-237-8800
Fax 804-237-8801
ccolby@vanblk.com
*Local Counsel for Alameda County Treasurer - Tax Collector*

2

John T. Seyman, CA State Bar No. 122508
(Admitted *pro hac vice*)
**Office of County Counsel**
**County of Alameda**
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org
*Counsel for County of Alameda Treasurer -*
*Tax Collector*


**CERTIFICATE OF SERVICE**

    I certify that on September 27, 2012, I will file the preceding with the Court's CM/ECF system which will cause a copy of it to be electronically served on all users registered to receive electronic notice in this case.

/s/ Timothy Boykin
David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

4816-3095-9121, v. 1

3