UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC. *et al.*,

                    Debtors.

Chapter 11

Case No.: 08-35653 (KRH)

**DECLARATION OF CHERYL PERKINS IN SUPPORT OF OPPOSITION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION AND THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES**

I, CHERYL PERKINS, do hereby declare as follows:

1.      I am over the age of twenty-one and of sound mind. I have been employed by the County of Alameda since July 29, 1979. I am currently employed in the Office of the Clerk of the Board of Supervisors of the County of Alameda. I have been the Assistant Clerk of the Board of Supervisors since May 14, 2012. From January 20, 2008, to May 13, 2012, my position was Clerk of the Board of Supervisors Services Manager. I could and would testify to the following of my own personal knowledge if called to do so in a court of law.

2.      One of my job duties is to supervise and maintain the filings of applications for changed assessment with the Alameda County Assessment Appeals Board. Another of my job duties is to supervise and maintain the filings of property tax claims for refund with the County of Alameda.

3.      I have attached hereto and incorporate herein by reference Exhibit A, which comprises the two certified copies of the decisions of the Alameda County Assessment Appeals Board on the applications for changed assessment filed by Circuit City Stores, Inc. for tax year 2009 for the taxpayer's stores in Emeryville, California, and Hayward, California, respectively. There were no other applications filed with the

1    Alameda County Assessment Appeals Board by Circuit City Stores, Inc. for the tax year

2    2009.

3

4       I declare under penalty of perjury under the laws of the United States of America

5    that the foregoing is true and correct.

6

7    Dated: *September 26*, 2012

8    In the City of Oakland, County of Alameda, State of California

9

10

11    CHERYL PERKINS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHERYL PERKINS
Case No. 08-35653 (KRH)                                       2



# CLERK, BOARD OF SUPERVISORS
## ASSESSMENT APPEALS BOARD

## NOTICE OF AAB DECISION

December 1, 2011

TO:    **ERNST & YOUNG LLP**
       **CHARLES LONG**
       2100 E. CARY ST, STE.201
       RICHMOND, VA 232237270

RE:    **CIRCUIT CITY STORES, INC.**
       PO BOX 42304
       RICHMOND, VA 232422304

| | |
|---|---|
| **AAB NO:** | **2009-5280** |
| **Assr. Ref. No:** | **00-79496-00-003-09-00-00** |
| **Tax Year:** | **2009** |
| **Issue:** | **Regular** |
| **Property Address:** | **5795 CHRISTIE AVE.** Emeryville |
| **Hearing Date:** | **10/12/2011** |

This is to notify you that the Alameda County Assessment Appeals Board took the following action on your application:

    **Board Action:**    Denied for Non Appearance.

**Crystal Hishida Graff, Clerk of the Board**
**ASSESSMENT APPEALS BOARD**

By:  _____
    **Deputy Clerk**

I CERTIFY THAT THE FOREGOING IS A TRUE
AND CORRECT COPY OF A DOCUMENT ON
FILE THE OFFICE OF THE CLERK OF THE
BOARD OF SUPERVISORS, ALAMEDA
COUNTY.

ATTEST: _____
    HISHIDA CLERK
    OF SUPERVISOR

p:\prod\cbs\specs\aab\mail_mrg\deci\AGNT.doc

SUSAN S. MURANISHI Alameda County Administrator    CRYSTAL HISHIDA GRAFF, Clerk of the Board
1221 Oak Street, Suite 536, Oakland, California 94612  (510) 272-6352, Fax (510) 208-9660

**EXHIBIT**
**A**



# CLERK, BOARD OF SUPERVISORS
## ASSESSMENT APPEALS BOARD

## NOTICE OF AAB DECISION

December 1, 2011

TO:    **ERNST & YOUNG LLP**
       **CHARLES LONG**
       2100 E. CARY ST, STE.20
       RICHMOND, VA 232237270

RE:    **CIRCUIT CITY STORES, INC.**
       PO BOX 42304
       RICHMOND, VA 232422304

| | |
|---|---|
| **AAB NO:** | **2009-5279** |
| **Assr. Ref. No:** | **00-079496-00-001-09-00-00** |
| **Tax Year:** | **2009** |
| **Issue:** | **Regular** |
| **Property Address:** | **2480 WHIPPLE RD** <br> **Hayward** |
| **Hearing Date:** | **10/12/2011** |

This is to notify you that the Alameda County Assessment Appeals Board took the following action on your application:

**Board Action:**    Denied for Non Appearance.

**Crystal Hishida Graff, Clerk of the Board**
**ASSESSMENT APPEALS BOARD**

By:_____
       Deputy Clerk

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF A DOCUMENT ON FILE THE OFFICE OF THE CLERK OF THE BOARD OF SUPERVISORS, ALAMEDA COUNTY, CALIFORNIA.

ATTEST:_____

CRYSTAL R. HISHIDA, CLERK
BOARD OF SUPERVISOR

By _____

p:\prod\cbs\specs\aab\mail_mrg\deciAGNT.doc

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC. *et al.*,

Debtors.

Chapter 11

Case No.: 08-35653 (KRH)

**DECLARATION OF NIDA WARD IN SUPPORT OF OPPOSITION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION AND DEBTOR'S THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES**

I, NIDA WARD, do hereby declare as follows:

1.      My name is NIDA WARD. I am over the age of twenty-one and of sound mind. I could and would testify to the following of my own personal knowledge if called to do so in a court of law.

2.      I am employed in the Office of the Assessor of the County of Alameda. My position is Principal Auditor Appraiser. I have been employed in that capacity since 2006. Among my job duties is the supervision of the personal property appraisal division, which includes the appraisal and assessment of the taxable personal property and fixtures of Circuit City Stores, Inc. for the tax years 2005 through 2011 in Alameda County. In that capacity, I was personally involved in the appraisal, assessment, and auditing of the taxable personal property and fixtures of Circuit City Stores, Inc. for tax year 2009.

3.      I have examined the records of the Assessor as they pertain to the assessment and audit of Circuit City Stores, Inc. for tax year 2009. According to those records and my own personal involvement in the assessment and audit process, for tax year 2009, the Assessor found taxable personal property and fixtures of Circuit City Stores, Inc. at four locations in Alameda County. These four locations were the following: (a) 7153 Amador Plaza Road, Dublin, CA Assessor Parcel Number ("APN") 00-07946-00-000-09-00-00 ("Dublin Store"); (b) 2480 Whipple Road, Hayward, CA APN

1   00-079496-00-001-09-00-00 ("Hayward Store"); (c) 5795 Christie Avenue, Emeryville,

2   CA APN 00-079496-00-003-09-00-00 ("Emeryville Store"); and 400 Longfellow Court,

3   Livermore, CA APN 00-079496-00-002-09-00-00 ("Livermore Warehouse").

4       4.    The assessed values enrolled for each of these properties for tax year

5   2009 were based on the cost approach authorized by and in accordance with California

6   Property Tax Rule 6 and the business property statements filed under penalty of perjury

7   by Circuit City Stores, Inc., statements 571 L pursuant to Revenue and Taxation Code

8   section 441.  For tax year 2009, those assessed values were the following:  Dublin

9   Store - $200,118.00; Hayward Store  -  $703,753.00; Emeryville Store  -  $659,418.00;

10   and Livermore Warehouse  -  $2,812,810.00.

11       5.    I have attached hereto as Exhibit A and incorporate herein by reference a

12   certified copy of the business property statement of Circuit City Stores, Inc. for the 2009

13   tax year for the Livermore Warehouse.

14

15       I declare under penalty of perjury under the laws of the United States of America

16   that the foregoing is true and correct.

17

18   Dated: _Sept 26_____, 2012

19   In the City of Oakland, County of Alameda, State of California

20

21

22   NIDA WARD

23

24

25

26

27

28

BOE-571-L (S1F) REV. 13 (9-08)  **FORM**
# BUSINESS PROPERTY **571L**
## STATEMENT FOR 2009

*(Declaration of costs and other related property information as of 12:01 A.M., January 1, 2009) (optional)*

**RON THOMSEN, ASSESSOR**
Mail to: 1221 Oak Street
Located at: 125 12th Street, Room 320
Oakland, Ca. 94612-4288
(510) 272-3836 / FAX (510) 891-5542
South County Toll Free (800) 660-7725
www.acgov.org/assessor

ASSESSEE: 00-079496-00-002-00-09 SEC: U
TRA: 16025 PARCEL: 99B-5752-4

**RETURN THIS ORIGINAL FORM. COPIES WILL NOT BE ACCEPTED.**
*(Make necessary corrections to the printed name and mailing address.)*

| Assessor's Use Only | |
|---|---|
| Received | 1 ☐ |
| Computed | 2 ☐ |
| Proofed | 3 ☐ |
| | 4 ☐ |
| Reviewed | 5 ☐ |

Dang    Input MAY 08 2009

SIC  SP AY
573

CIRCUIT CITY STORES INC #587
DBA: CIRCUIT CITY SERVICE WHSE
C/O ATTN: TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

☐ FILE RETURN BY APRIL 1, 2009

LOCATION OF THE BUSINESS PROPERTY      2,427,386
STREET :  400 LONGFELLOW CT RM: B
CITY :     LIVERMORE CA

*(File a separate statement for each location.)*

## PART I:  GENERAL INFORMATION
COMPLETE (a) THRU (g)

a. Enter type of business: _____
b. Enter local telephone number (    ) _____ FAX number (    ) _____
   E-Mail Address *(optional)* _____
c. Do you own the land at this business location?  ☐ Yes ☐ No
   **If yes,** is the name on your deed recorded
   as shown on this statement?  ☐ Yes ☐ No
d. When did you start business at this location? DATE: _____
   If your business name or location has changed from last year, enter the former name and/or location _____
e. Enter location of general ledger and all related accounting records (include zip code): _____

f. Enter name and telephone number of authorized person to contact at location of accounting records: _____
g. During the period of January 1, 2008 through December 31, 2008:
   (1) Has all or part of this real property been subject to a change in ownership?  ☐ Yes ☐ No
   (2) Are any related entities conducting business in the county?  ☐ Yes ☐ No
      **If yes,** provide name, mailing address, and locations: _____
   (3) If you leased this real property, has it been the subject of a lease agreement for a period of 35 years or more (including options)?  ☐ Yes ☐ No
   (4) Did you acquire "control" through acquisition of stock or otherwise of a legal entity which owns real property in this county?  ☐ Yes ☐ No
   (5) Did another person or entity acquire "control" through acquisition of stock or otherwise of this corporation or entity?  ☐ Yes ☐ No

## PART II:  DECLARATION OF PROPERTY BELONGING TO YOU
*(attach schedule for any adjustment to cost)*

| | | COST (Omit Cents) (See Instructions) | ASSESSOR'S USE ONLY |
|---|---|---|---|
| 1. Supplies | | 291 | 291 |
| 2. Equipment | *(From Line 35)* | 6186 14X | |
| 3. Equipment out on lease, rent, or conditional sale to others | *(Attach Schedule)* | | |
| 4. Bldgs., Bldg. Impr., and/or Leasehold Impr., Land Impr., Land | *(From Line 71)* | 1068679 | |
| 5. Construction in Progress | *(Attach Schedule)* | | |
| 6. Alternate Schedule A | *(See Instructions)* | | |
| 7. | | | |
| 8. | | | |

*I certify that the information is from a record on file in the office of Assessor, County of Alameda, as of 07/11/12*
Attest
RON THOMSEN, ASSESSOR
COUNTY OF ALAMEDA

## PART III:  DECLARATION OF PROPERTY BELONGING TO OTHERS – IF NONE WRITE "NONE"

(SPECIFY TYPE BY CODE NUMBER)
*Report conditional sales contracts that are not leases on Schedule A*
1. Leased equipment   4. Vending equipment
2. Leased-purchase option equipment   5. Other businesses
3. Capitalized leased equipment   6. Government-owned property

| | Tax Obligation:  A. Lessor  B. Lessee | BY: | Year of Acq. | Year of Mfr. | Description and Lease or Identification Number | Cost to Purchase New | Annual Rent |
|---|---|---|---|---|---|---|---|
| 9. | Lessor's name Mailing address | | | | | | |
| 10. | Lessor's name Mailing address | | | | | | |

EXHIBIT A

## DECLARATION BY ASSESSEE

| OWNERSHIP TYPE (✓) | |
|---|---|
| Proprietorship | ☐ |
| Partnership | ☐ |
| Corporation | ☐ |
| Other _____ | ☐ |

**Note: The following declaration must be completed and signed. If you do not do so, it may result in penalties.**

*I declare under penalty of perjury under the laws of the State of California that I have examined this property statement, including accompanying schedules, statements or other attachments, and to the best of my knowledge and belief it is true, correct, and complete and includes all property required to be reported which is owned, claimed, possessed, controlled, or managed by the person named as the assessee in this statement at 12:01 a.m. on January 1, 2009.*

| BUSINESS DESCRIPTION (✓) | |
|---|---|
| Retail | ☐ |
| Wholesale | ☐ |
| Manufacturer | ☐ |
| Service/Professional | ☐ |

SIGNATURE OF ASSESSEE OR AUTHORIZED AGENT*  *Sarah Harris*   DATE 3/31/09
NAME OF ASSESSEE OR AUTHORIZED AGENT* *(typed or printed)*  Sarah Harris   TITLE Tax Supervisor
NAME OF LEGAL ENTITY *(other than DBA)(typed or printed)*  Circuit City Stores West Coast, Inc   FEDERAL EMPLOYER ID NUMBER 95-4460785
PREPARER'S NAME AND ADDRESS *(typed or printed)*   TELEPHONE NUMBER (    )   TITLE

*Agent: See page S4B for Declaration by Assessee instructions.   **THIS STATEMENT SUBJECT TO AUDIT**

**INFORMATION PROVIDED ON A PROPERTY STATEMENT MAY BE SHARED WITH THE STATE BOARD OF EQUALIZATION** SEQ: 736

03/31/2009
02:39:48PM

# Summary by State Class and Acquisition Year

Reporting for 2009 - California - Circuit City Stores, Inc. - Location=Livermore Distribution (00344)

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Computers, General Purpose | 2008 | 4,833.68 | 0.6600 | 3,190.22 | 1.00 | 3,190.00 |
| | 2007 | 70,301.41 | 0.3900 | 27,417.56 | 1.00 | 27,417.00 |
| | 2006 | 49,237.62 | 0.2400 | 11,817.03 | 1.00 | 11,817.00 |
| | 2005 | 3,720.34 | 0.1500 | 558.06 | 1.00 | 558.00 |
| | 2004 | 3,975.62 | 0.1000 | 397.57 | 1.01 | 400.00 |
| | 2003 | 97,426.44 | 0.0600 | 5,845.58 | 1.00 | 5,845.00 |
| | 2002 | 3,306.88 | 0.0400 | 132.27 | 1.00 | 132.00 |
| | 2000 | 16,856.74 | 0.0200 | 337.13 | 1.00 | 337.00 |
| | 1999 | 23,630.49 | 0.0200 | 472.61 | 1.00 | 473.00 |
| | 1998 | 11,515.72 | 0.0200 | 230.31 | 1.00 | 230.00 |
| | 1997 | 21,730.92 | 0.0200 | 434.64 | 1.00 | 434.00 |
| | 1994 | 1,024.27 | 0.0200 | 20.49 | 0.98 | 20.00 |
| | 1990 | 32,060.00 | 0.0200 | 641.20 | 1.00 | 641.00 |
| | | 339,620.68 | 0.1516 | 51,494.67 | 1.0000 | 51,494.00 |

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Leasehold Improvements- Fixtures (C2901) | 2008 | 95,606.37 | 0.9300 | 88,913.92 | 1.00 | 88,914.00 |
| | 2007 | 11,261.27 | 0.9400 | 10,585.59 | 1.00 | 10,586.00 |
| | | 106,867.64 | 0.9311 | 99,499.51 | 1.0000 | 99,500.00 |

Circuit City Stores, Inc.

HARRISS

PTMS 4.0

03/31/2009
02:39:48PM

Page.

# Summary by State Class and Acquisition Year

Reporting for 2009 - California - Circuit City Stores, Inc. - Location=Livermore Distribution (00344)

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Machinery & Equipment | 2008 | 105,290.72 | 0.9300 | 97,920.37 | 1.00 | 97,921.00 |
| | 2007 | 422,993.00 | 0.9400 | 397,613.91 | 1.00 | 397,613.00 |
| | 2006 | 213,258.67 | 0.8900 | 189,800.23 | 1.00 | 189,801.00 |
| | 2005 | 30,114.89 | 0.8100 | 24,393.06 | 1.00 | 24,393.00 |
| | 2004 | 2,351.72 | 0.7400 | 1,740.28 | 1.00 | 1,740.00 |
| | 2003 | 168,440.54 | 0.6700 | 112,855.16 | 1.00 | 112,855.00 |
| | 2002 | 37,102.85 | 0.6000 | 22,261.71 | 1.00 | 22,263.00 |
| | 2001 | 53,059.64 | 0.5100 | 27,060.39 | 1.00 | 27,061.00 |
| | 2000 | 11,455.53 | 0.4500 | 5,154.99 | 1.00 | 5,156.00 |
| | 1999 | 607,064.98 | 0.3700 | 224,614.04 | 1.00 | 224,614.00 |
| | 1998 | 1,921,576.15 | 0.3100 | 595,688.62 | 1.00 | 595,691.00 |
| | 1997 | 270,205.27 | 0.2600 | 70,253.36 | 1.00 | 70,255.00 |
| | 1995 | 94,395.62 | 0.1700 | 16,047.24 | 1.00 | 16,048.00 |
| | 1994 | 135,529.97 | 0.1500 | 20,329.49 | 1.00 | 20,328.00 |
| | 1993 | 48,558.49 | 0.1500 | 7,283.77 | 1.00 | 7,284.00 |
| | 1992 | 9,935.00 | 0.1500 | 1,490.25 | 1.00 | 1,491.00 |
| | 1991 | 107,545.09 | 0.1500 | 16,131.76 | 1.00 | 16,136.00 |
| | | 4,238,878.65 | 0.4319 | 1,830,638.63 | 1.0000 | 1,830,650.00 |

4,238,869

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Office Furniture & Equipment (C1801) | 2007 | 118,534.90 | 0.9400 | 111,422.80 | 1.00 | 111,421.00 |
| | 2006 | 62,023.93 | 0.8900 | 55,201.29 | 1.00 | 55,201.00 |
| | 2005 | 3,167.88 | 0.8100 | 2,565.98 | 1.00 | 2,566.00 |
| | 2002 | 15,791.46 | 0.6000 | 9,474.88 | 1.00 | 9,475.00 |
| | 2001 | 11,951.00 | 0.5100 | 6,095.01 | 1.00 | 6,095.00 |
| | 2000 | 15,310.25 | 0.4500 | 6,889.61 | 1.00 | 6,890.00 |
| | 1999 | 691,927.66 | 0.3700 | 256,013.25 | 1.00 | 256,013.00 |
| | 1998 | 657,813.41 | 0.3100 | 203,922.15 | 1.00 | 203,922.00 |
| | 1997 | 546.12 | 0.2600 | 141.99 | 1.00 | 142.00 |
| | | 1,577,066.61 | 0.4133 | 651,726.96 | 1.0000 | 651,725.00 |

1,577,062

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Other Property | 1996 | 23,926.27 | 0.2200 | 5,263.78 | 1.00 | 5,264.00 |
| | 1992 | 6,671.08 | 0.1500 | 1,000.66 | 1.00 | 1,001.00 |
| | | 30,597.35 | 0.2047 | 6,264.44 | 1.0001 | 6,265.00 |

03/31/2009
02:39:48PM

**Summary by State Class and Acquisition Year**

Reporting for 2009 - California - Circuit City Stores, Inc. - Location=Livermore Distribution (00344)

Page ,

| State Class | Year | Reported Cost | Current Value Factor | Current Value | Assessment Rate | Rendered Value |
|---|---|---|---|---|---|---|
| Supplies(I) | | 291.17 | 1.0000 | 291.17 | 1.00 | 291.00 |
| | | 291.17 | 1.0000 | 291.17 | 0.9994 | 291.00 |
| **Total** | | 6,293,321.43 | 0.4195 | 2,639,915.38 | 1.0000 | 2,639,925.00 |

Circuit City Stores, Inc.

HARRISS

>TMS 4.0

# CIRCUIT CITY STORES, INC
# PROPERTY TAX DEPARTMENT

**DATE:**     **02/18/2009**
**TO:**        **THE COUNTY ASSESSOR**
**CC:**        **FILE**
**FROM:**    **SCOTT ASH**
**RE:**        **BUSINESS PROPERTY TAX RETURNS**

Enclosed please find the 2009 Business Property Tax Statement for the
Circuit City store located in your taxing jurisdiction.

Please send a completed copy of the 2009 Business Property Statement
showing all assessors' calculations, including factors, extensions and full
historical value for the location.

If you have any questions, please contact me at (804)486-3366 or scott
_ash@circuitcity.com.  You can also contact Sarah Harris at (804) 486-2081
or sarah_harris@circuitcity.com.

# Memorandum

To:     Tax Assessor

cc:     File

From:  Scott Ash

Date:  January 1, 2009

Re:     Property Tax Returns

_____

On November 10, 2008, Circuit City Stores, Inc. and seventeen of its direct and indirect subsidiaries (the "Debtors") filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division. The commencement of this proceeding created a wide variety of added filing, reporting, recordkeeping and other administrative responsibilities for the Debtors' corporate staff, which continue to occupy the Debtors' staff as the bankruptcy proceeding continues.

Attached is the Debtors' 2009 Business Personal Property Return for assets located in your jurisdiction. Although the original cost figures in the return(s) are, to the best of the Debtors' knowledge, accurate, the Debtors' personnel together with outside appraisers and consultants are conducting a detailed critical analysis and considering the potential need for additional adjustments. In particular, no additional adjustments for functional, economic, or other forms of external obsolescence, or other adjustments based on indicated value by application of an income or market-sales-derived analysis, were made. The value from the return is merely the value estimate derived by applying standardized schedule adjustments for physical depreciation to the original cost, and input the mathematical result without consideration of the overall market conditions for such assets.

As a result, the rendered value numbers reflect only original cost adjusted for physical depreciation by standardized state schedules, and exceed the Debtors' opinion of the actual value of the assets after inclusion of all appropriate adjustments of a cost-derived valuation formula for applicable forms of depreciation and obsolescence. The basis of this assessment by the Debtors is the ongoing sales activity of similar assets of the Debtors' estates, all of which indicate that the values on the tax rolls are excessive.

Once the appropriate valuation work has been conducted, the Debtors will provide their estimates of value. At this point in time, it is the Debtors' opinion that the figure reflected in the attached return may be excessive. It is NOT the Debtors' opinion of value of the assets in the attached return.

Accordingly, the Debtors reserve any and all of their rights to challenge the values on the returns, and to challenge and/or object to any and all taxes asserted against them in the Bankruptcy Court or otherwise.

*I* certify that the information is from a
record on file in the office of Assessor,
County of Alameda, as of 05/11/12
Attest:

RON THOMSEN, ASSESSOR
COUNTY OF ALAMEDA
BY:                          NIDA WARD

## 2009
## OFFICE OF ASSESSOR  ALAMEDA COUNTY

| DESCRIPTION OF TANGIBLE PROPERTY | | INDEX | COST PER STATEMENT | FULL VALUE PER TX ROLL | PER AUDIT COST | PER AUDIT FULL VALUE | DIFFERENCE FULL VALUE |
|---|---|---|---|---|---|---|---|
| Supplies | | Ln 1 | 291 | 291 | 291 | 291 | - |
| Machinery and Equipment | PP | A1 | 4,238,869 | 486,951 | 4,238,869 | 486,951 | - |
| | FX | | | 1,460,853 | | 1,460,853 | - |
| Office Furniture and Equipment | | A2 | 1,577,062 | 709,245 | 1,577,062 | 709,245 | - |
| Other Equipment | | A3 | 30,597 | 3,977 | 30,597 | 3,977 | - |
| Tools, Molds and Dies | | A4 | | - | - | - | - |
| Computer Equipment | | A5 | 339,620 | 51,490 | 339,620 | 51,489 | (1) |
| Other Equipment | | OT | | - | | - | - |
| Leased Equipment | | Ln 3 | | - | - | - | - |
| Bldg/Leasehold Improvements | | B2 | 106,867 | 100,003 | 106,867 | 100,003 | - |
| Construction In Progress | PP | Ln 5 | | | | - | - |
| | FX | | | | | - | - |
| Alternate Schedule | | Ln 6 | | - | - | - | - |
| Blank1 | | Ln 7 | | - | - | - | - |
| Blank2 | PP | Ln 8 | | - | - | - | - |
| | FX | | | | | - | - |
| Blank3 | PP | Ln 9 | | - | - | - | - |
| | FX | | | | | - | - |
| Corrections | PP | | | | | 1 | 1 |
| Corrections | FX | | | | | | - |
| FULL VALUE TOTALS | | | 6,293,306 | 2,812,810 | 6,293,306 | 2,812,810 | - |
| 10%PENALTY SEC.463 | | | | | | | |
| TOTAL | | | | 2,812,810 | | 2,812,810 | - |
| PERSONAL PROPERTY | | Penalty not included | | 1,251,954 | | 1,251,954 | - |
| TRADE FIXTURES | | Penalty not included | | 1,560,856 | | 1,560,856 | - |

[  ] INPUT MADE VIA SAUCR 16 OR 17

| CATEGORY | INDEX | REASONS FOR AUDIT DIFFERENCES (X) |
|---|---|---|
| Supplies | Ln 1 | |
| Machinery and Equipment | A1 | |
| Office Furniture and Equipment | A2 | |
| Other Equipment | A3 | |
| Tools, Molds and Dies | A4 | |
| Computer Equipment | A5 | |
| Other Equipment | OT | |
| Leased Equipment | Ln 3 | |
| Bldg/Leasehold Improvements | B2 | |
| Construction In Progress | Ln 5 | |
| Alternate Schedule | Ln 6 | |
| Blank1 | Ln 7 | |
| Blank2 | Ln 8 | |
| Blank3 | Ln 9 | |

**ASSESSEE #:  00-079496-00-002-00-09**        **SITUS :  400 Longfellow Ct., Livermore**

**ASSESSEE :  Circuit City Stores West Coast Inc**

**UNSECURED**
Auditor's Name:  Mary Ann Enriquez
**SUMMARY OF AUDIT FINDINGS FOR YEAR  2009**

**2008**

## OFFICE OF ASSESSOR ALAMEDA COUNTY

| DESCRIPTION OF TANGIBLE PROPERTY | | INDEX | COST PER STATEMENT | FULL VALUE PER TX ROLL | PER AUDIT COST | FULL VALUE | DIFFERENCE FULL VALUE |
|---|---|---|---|---|---|---|---|
| Supplies | | Ln 1 | 5,499 | 5,499 | 5,499 | 5,499 | - |
| Machinery and Equipment | PP | A1 | 3,710,586 | 416,509 | 3,710,586 | 416,509 | - |
| | FX | | | 1,249,527 | | 1,249,527 | - |
| Office Furniture and Equipment | | A2 | 1,458,528 | 689,602 | 1,458,528 | 689,602 | - |
| Other Equipment | | A3 | 30,597 | 4,695 | 30,597 | 4,695 | - |
| Tools, Molds and Dies | | A4 | | - | - | - | - |
| Computer Equipment | | A5 | 312,017 | 61,554 | 312,017 | 61,555 | 1 |
| Other Equipment | | OT | | - | - | - | - |
| Leased Equipment | | Ln 3 | | | - | - | - |
| Bldg/Leasehold Improvements | | B2 | - | - | - | - | - |
| Construction In Progress | PP | Ln 5 | | | - | - | - |
| | FX | | | | | - | - |
| Alternate Schedule | | Ln 6 | | | - | - | - |
| Blank1 | | Ln 7 | | | - | - | - |
| Blank2 | PP | Ln 8 | | | - | - | - |
| | FX | | | | | - | - |
| Blank3 | PP | Ln 9 | | | - | - | - |
| | FX | | | | | - | - |
| Corrections | PP | | | | | (1) | (1) |
| Corrections | FX | | | | | - | - |
| FULL VALUE TOTALS | | | 5,517,227 | 2,427,386 | 5,517,227 | 2,427,386 | - |
| 10%PENALTY SEC.463 | | | | | | | |
| TOTAL | | | | 2,427,386 | | 2,427,386 | - |
| PERSONAL PROPERTY | | Penalty not included | | 1,177,859 | | 1,177,859 | - |
| TRADE FIXTURES | | Penalty not included | | 1,249,527 | | 1,249,527 | - |

[  ] INPUT MADE VIA SAUCR 16 OR 17

| CATEGORY | INDEX | REASONS FOR AUDIT DIFFERENCES (X) |
|---|---|---|
| Supplies | Ln 1 | |
| Machinery and Equipment | A1 | |
| Office Furniture and Equipment | A2 | |
| Other Equipment | A3 | |
| Tools, Molds and Dies | A4 | |
| Computer Equipment | A5 | |
| Other Equipment | OT | |
| Leased Equipment | Ln 3 | |
| Bldg/Leasehold Improvements | B2 | *Unreported - escape based on 2009 reported cost.* |
| Construction In Progress | Ln 5 | |
| Alternate Schedule | Ln 6 | |
| Blank1 | Ln 7 | |
| Blank2 | Ln 8 | |
| Blank3 | Ln 9 | |

ASSESSEE #:  00-079496-00-002-00-09          SITUS : 400 Longfellow Ct., Livermore

ASSESSEE :  Circuit City Stores West Coast Inc

**UNSECURED**

Auditor's Name: Mary Ann Enriquez

## SUMMARY OF AUDIT FINDINGS FOR YEAR 2008

**2007**
## OFFICE OF ASSESSOR  ALAMEDA  COUNTY

| DESCRIPTION OF TANGIBLE PROPERTY | | INDEX | COST PER STATEMENT | FULL VALUE PER TX ROLL | PER AUDIT COST | PER AUDIT FULL VALUE | DIFFERENCE FULL VALUE |
|---|---|---|---|---|---|---|---|
| Supplies | | Ln 1 | 15,020 | 15,020 | 15,020 | 15,020 | - |
| Machinery and Equipment | PP | A1 | 3,671,389 | 447,971 | 3,671,389 | 447,971 | - |
| | FX | | | 1,343,913 | | 1,343,912 | (1) |
| Office Furniture and Equipment | | A2 | 1,458,528 | 759,365 | 1,458,528 | 759,365 | - |
| Other Equipment | | A3 | 30,597 | 26,480 | 30,597 | 26,480 | - |
| Tools, Molds and Dies | | A4 | | | - | - | - |
| Computer Equipment | | A5 | 181,660 | 36,190 | 181,660 | 36,190 | - |
| Other Equipment | | OT | | | - | - | - |
| Leased Equipment | | Ln 3 | | | - | - | - |
| Bldg/Leasehold Improvements | | B2 | | | - | - | - |
| Construction In Progress | PP | Ln 5 | | | - | - | - |
| | FX | | | | | - | - |
| Alternate Schedule | | Ln 6 | | | - | - | - |
| Blank1 | | Ln 7 | | | - | - | - |
| Blank2 | PP | Ln 8 | | | - | - | - |
| | FX | | | | | - | - |
| Blank3 | PP | Ln 9 | | | - | - | - |
| | FX | | | | | - | - |
| Corrections | PP | | | | | 1 | 1 |
| Corrections | FX | | | | | - | - |
| FULL VALUE TOTALS | | | 5,357,194 | 2,628,939 | 5,357,194 | 2,628,939 | - |
| 10%PENALTY SEC.463 | | | | | | | |
| TOTAL | | | | 2,628,939 | | 2,628,939 | - |
| PERSONAL PROPERTY | | Penalty not included | | 1,285,026 | | 1,285,027 | 1 |
| TRADE FIXTURES | | Penalty not included | | 1,343,913 | | 1,343,912 | (1) |

[  ] INPUT MADE VIA SAUCR 16 OR 17

| CATEGORY | INDEX | REASONS FOR AUDIT DIFFERENCES (X) |
|---|---|---|
| Supplies | Ln 1 | |
| Machinery and Equipment | A1 | |
| Office Furniture and Equipment | A2 | |
| Other Equipment | A3 | *Processing error - input incorrect acquisition year.* |
| Tools, Molds and Dies | A4 | |
| Computer Equipment | A5 | |
| Other Equipment | OT | |
| Leased Equipment | Ln 3 | |
| Bldg/Leasehold Improvements | B2 | |
| Construction In Progress | Ln 5 | |
| Alternate Schedule | Ln 6 | |
| Blank1 | Ln 7 | |
| Blank2 | Ln 8 | |
| Blank3 | Ln 9 | |

**ASSESSEE #:  00-079496-00-002-00-09      SITUS :  400 Longfellow Ct., Livermore**

**ASSESSEE :  Circuit City Stores West Coast Inc**

**UNSECURED**

Auditor's Name:  Mary Ann Enriquez

## SUMMARY OF AUDIT FINDINGS FOR YEAR  2007

# 2006
## OFFICE OF ASSESSOR ALAMEDA COUNTY

| DESCRIPTION OF TANGIBLE PROPERTY | | INDEX | COST PER STATEMENT | FULL VALUE PER TX ROLL | PER AUDIT COST | FULL VALUE | DIFFERENCE FULL VALUE |
|---|---|---|---|---|---|---|---|
| Supplies | | Ln 1 | 250 | 250 | 250 | 250 | - |
| Machinery and Equipment | PP | A1 | 3,467,306 | 447,243 | 3,467,306 | 447,243 | - |
| | FX | | | 1,341,727 | | 1,341,727 | - |
| Office Furniture and Equipment | | A2 | 1,396,505 | 785,720 | 1,396,505 | 785,720 | - |
| Other Equipment | | A3 | 30,597 | 6,542 | 30,597 | 6,542 | - |
| Tools, Molds and Dies | | A4 | | | | | - |
| Computer Equipment | | A5 | 140,993 | 10,745 | 140,993 | 10,747 | 2 |
| Other Equipment | | OT | | | - | - | - |
| Leased Equipment | | Ln 3 | | | - | - | - |
| Bldg/Leasehold Improvements | | B2 | | | - | - | - |
| Construction In Progress | PP | Ln 5 | | | - | - | - |
| | FX | | | | | - | - |
| Alternate Schedule | | Ln 6 | | | - | - | - |
| Blank1 | | Ln 7 | | | - | - | - |
| Blank2 | PP | Ln 8 | | | - | - | - |
| | FX | | | | | - | - |
| Blank3 | PP | Ln 9 | | | - | - | - |
| | FX | | | | | - | - |
| Corrections | PP | | | | | (2) | (2) |
| Corrections | FX | | | | | | - |
| FULL VALUE TOTALS | | | 5,035,651 | 2,592,227 | 5,035,651 | 2,592,227 | - |
| 10%PENALTY SEC.463 | | | | | | | |
| TOTAL | | | | 2,592,227 | | 2,592,227 | - |
| PERSONAL PROPERTY | | Penalty not included | | 1,250,500 | | 1,250,500 | - |
| TRADE FIXTURES | | Penalty not included | | 1,341,727 | | 1,341,727 | - |

[ ] INPUT MADE VIA SAUCR 16 OR 17

| CATEGORY | INDEX | REASONS FOR AUDIT DIFFERENCES (X) |
|---|---|---|
| Supplies | Ln 1 | |
| Machinery and Equipment | A1 | |
| Office Furniture and Equipment | A2 | |
| Other Equipment | A3 | |
| Tools, Molds and Dies | A4 | |
| Computer Equipment | A5 | |
| Other Equipment | OT | |
| Leased Equipment | Ln 3 | |
| Bldg/Leasehold Improvements | B2 | *Unreported exterior building sign & fixtures.* |
| Construction In Progress | Ln 5 | |
| Alternate Schedule | Ln 6 | |
| Blank1 | Ln 7 | |
| Blank2 | Ln 8 | |
| Blank3 | Ln 9 | |

ASSESSEE #:  00-079496-00-002-00-09        SITUS :  400 Longfellow Ct., Livermore
ASSESSEE :  Circuit City Stores West Coast Inc

**UNSECURED**
Auditor's Name:  Mary Ann Enriquez
## SUMMARY OF AUDIT FINDINGS FOR YEAR  2006

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re: CIRCUIT CITY STORES, INC. *et al.*,

Chapter 11

Case No.: 08-35653 (KRH)

Debtors.

**DECLARATION OF JACK WONG IN SUPPORT OF OPPOSITION OF CREDITOR ALAMEDA COUNTY TREASURER-TAX COLLECTOR TO LIQUIDATING TRUST'S EIGHTEENTH OMNIBUS OBJECTION AND DEBTOR'S THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS FILED BY TAXING AUTHORITIES**

I, JACK WONG, do hereby declare as follows:

1.      My name is JACK WONG. I am over the age of twenty-one and of sound mind. I could and would testify to the following of my own personal knowledge if called to do so in a court of law.

2.      I am employed in the Office of the Treasurer-Tax Collector of the County of Alameda ("Treasurer"). My position is Treasurer Tax Collector Specialist III. My main job duty is to administer the collection of property taxes subject to the jurisdiction of the bankruptcy court.

3.      I have examined the records of the Treasurer as they pertain to the property taxes of Circuit City Stores, Inc. for tax year 2009. According to those records and my own personal involvement in the tax collection process, for tax year 2009, there was taxable personal property and fixtures of Circuit City Stores, Inc. at four locations in Alameda County. These four locations were the following: (a) 7153 Amador Plaza Road, Dublin, CA Assessor Parcel Number ("APN") 00-07946-00-000-09-00-00 ("Dublin Store"); (b) 2480 Whipple Road, Hayward, CA APN 00-079496-00-001-09-00-00 ("Hayward Store"); (c) 5795 Christie Avenue, Emeryville, CA APN 00-079496-00-003-09-00-00 ("Emeryville Store"); and 400 Longfellow Court, Livermore, CA APN 00-079496-00-002-09-00-00 ("Livermore Warehouse").

4.    I filed Claim No. 13294 using the estimated taxes based on the assessed valuation performed by the Alameda County Assessor because the actual tax bills had not yet issued prior to the bar date.  I followed up with a separate claim when the tax bills were issued, Claim No. 14595, but the Court expunged that claim as late filed.  I have attached hereto and incorporate herein by reference as Exhibit A the actual tax bills for each of the four locations of Circuit City Stores, Inc. for tax year 2009.  I have attached hereto and incorporate herein by reference Exhibit B, which is the current amount owing on the 2009 tax bills as of October 1, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _September 26,_, 2012

In the City of Oakland, County of Alameda, State of California

_Jack Wong_

JACK WONG

# EXHIBIT A

# 2009-10

For Fiscal Year Beginning July 1, 2009 and Ending June 30, 2010

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT

Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4288
**(510) 272-6800**

DUPLICATE

| Assessee Account Number | Parcel number | Tax Rate Area |
|---|---|---|
| 00-079496-00-000-09-00-00 | 941-305-36 | 26-001 |

Location of Property
7153 AMADOR PLAZA RD DUBLIN CA
Assessed to on January 1, 2009
CIRCUIT CITY STORES WEST COAST INC

CIRCUIT CITY STORES WEST COAST INC
C/O ATTN: TAX DEPT #236
PO BOX 42304
RICHMOND VA 23242-2304

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 2,001.18 |
| SCHOOL UNIFIED | .0732% | 146.50 |
| SCHOOL COMM COLL | .0183% | 36.62 |
| FLD ZN 7 STATE WTR | .0169% | 33.81 |
| BAY AREA RAPID TRANSIT | .0090% | 18.01 |
| EAST BAY REGIONAL PARK | .0100% | 20.01 |
| **TOTAL** | **1.1274%** | **2,256.13** |

### PLEASE READ IMPORTANT MESSAGES

TAX BILL IS FOR PERSONAL PROPERTY AND/OR TRADE FIXTURES.

$ FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $205.09 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

ECHECK ACCEPTED ONLINE @www.acgov.org.

CREDIT CARD (AMEX, VISA/MASTERCARD, DISCOVER) ACCEPTED BY PHONE (510) 272-6800 OR ONLINE @ www.acgov.org. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

PLEASE SEE REVERSE FOR MORE INFORMATION

Business Property Valuation
(510) 272-3836

Tax Rates
(510) 272-6564

Possessory Interest / ILL
(510) 272-3787

Boats and Aircraft
(510) 272-3838

Homeowner/Other Exemptions
(510) 272-6587

Payments
(510) 272-6800

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

Total Fixed Charges and Special Assessments

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | 53,905 | | |
| TOTAL REAL PROPERTY | 53,905 | | |
| PERSONAL PROPERTY | 146,213 | | |
| GROSS ASSESSMENT & TAX | 200,118 | 1.1274% | 2,256.13 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 200,118 | 1.1274% | 2,256.13 |
| | | | 2,256.13 |
| SUBTOTAL | | | 2,256.13 |
| **TOTAL AMOUNT DUE** | | | **$2,256.13** |

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $40.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash. A service charge of $25-$35 will be imposed on all returned checks.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2009-10

| | |
|---|---|
| ASSESSEE ACCOUNT NUMBER | 00-079496-00-000-09-00-00 |
| PARCEL NUMBER | 941-305-36 |
| PAY THIS AMOUNT BY AUG 31, 2009 | $2,256.13 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

40908 60794960000 1000090000 90000225613 4

SEND THIS STUB WITH YOUR PAYMENT

Form 114-USTB (rev.11/05)

## 2009-10
For Fiscal Year Beginning July 1, 2009 and Ending June 30, 2010

**$C ALAMEDA COUNTY**
**$C UNSECURED PROPERTY TAX STATEMENT**
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4286
(510) 272-6800

DUPLICATE

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-079496-00-001-09-00-00 | 475-170-2-8 | 25-059 |

Location of Property
2480 WHIPPLE RD HAYWARD CA
Assessed to on January 1, 2009
CIRCUIT CITY STORES WEST COAST INC

CIRCUIT CITY STORES WEST COAST INC
DBA CIRCUIT CITY #234
C/O TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 7,057.53 |
| SCHOOL UNIFIED | .1197% | 842.41 |
| SCHOOL COMM COLL | .0183% | 128.78 |
| WASHINGTON TWP HOSP | .0188% | 132.30 |
| BAY AREA RAPID TRANSIT | .0090% | 63.33 |
| EAST BAY REGIONAL PARK | .0100% | 70.37 |
| | | |
| TOTAL | 1.1758% | 8,274.72 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |
| Total Fixed Charges and Special Assessments | | |

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | 72,503 | | |
| TOTAL REAL PROPERTY | 72,503 | | |
| PERSONAL PROPERTY | 631,250 | | |
| GROSS ASSESSMENT & TAX | 703,753 | 1.1758% | 8,274.72 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 703,753 | 1.1758% | 8,274.72 |
| | | | |
| | | | 8,274.72 |
| SUBTOTAL | | | 8,274.72 |
| TOTAL AMOUNT DUE | | | $8,274.72 |

### PLEASE READ IMPORTANT MESSAGES

TAX BILL IS FOR PERSONAL PROPERTY AND/OR TRADE FIXTURES.

FULL VALUE INCLUDES 10% PENALTY ASSESSMENT, $752.24 OF THE TOTAL TAX ATTRIBUTABLE TO THE PENALTY ASSESSMENT.

ECHECK ACCEPTED ONLINE @www.acgov.org.

CREDIT CARD (AMEX, VISA/MASTERCARD, DISCOVER) ACCEPTED BY PHONE (510) 272-6800 OR ONLINE @ www.acgov.org. A CONVENIENCE FEE EQUAL TO 2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

**PLEASE SEE REVERSE FOR MORE INFORMATION**

☎ **Business Property Valuation**
(510) 272-3836

☎ **Tax Rates**
(510) 272-6564

☎ **Possessory Interest / ILL**
(510) 272-3787

☎ **Boats and Aircraft**
(510) 272-3836

☎ **Homeowner/Other Exemptions**
(510) 272-6587

☎ **Payments**
(510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $40.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash. A service charge of $25-$35 will be imposed on all returned checks.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

### UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2009-10

| | |
|---|---|
| ASSESSEE ACCOUNT NUMBER | 00-079496-00-001-09-00-00 |
| PARCEL NUMBER | 475-170-2-8 |
| PAY THIS AMOUNT BY AUG 31, 2009 | $8,274.72 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

40908  60794960000  9001090000  20000827472  4

Form 114-USTB (rev.11/05)

SEND THIS STUB WITH YOUR PAYMENT

## 2009-10
For Fiscal Year Beginning July 1, 2009 and Ending June 30, 2010

### ALAMEDA COUNTY
### UNSECURED PROPERTY TAX STATEMENT
Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4286
**(510) 272-6800**

DUPLICATE

| Assessee Account Number | Parcel number | Tax-Rate Area |
|---|---|---|
| 00-079496-00-002-09-00-00 | 99B-5752-4 | 16-025 |

Location of Property
400 LONGFELLOW CT LIVERMORE CA
Assessed to on January 1, 2009
CIRCUIT CITY STORES INC #587

CIRCUIT CITY STORES INC #587
DBA CIRCUIT CITY SERVICE WHSE
C/O ATTN: TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 28,128.10 |
| SCHOOL UNIFIED | .0616% | 1,732.70 |
| SCHOOL COMM COLL | .0183% | 514.74 |
| FLD ZN 7 STATE WTR | .0169% | 475.36 |
| BAY AREA RAPID TRANSIT | .0090% | 253.15 |
| | | |
| TOTAL | 1.1058% | 31,104.05 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |

Total Fixed Charges and Special Assessments

### Other Charges

| Description | Amount |
|---|---|
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | 1,560,856 | | |
| TOTAL REAL PROPERTY | 1,560,856 | | |
| PERSONAL PROPERTY | 1,251,954 | | |
| GROSS ASSESSMENT & TAX | 2,812,810 | 1.1058% | 31,104.05 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 2,812,810 | 1.1058% | 31,104.05 |
| | | | 31,104.05 |

| SUBTOTAL | 31,104.05 |
|---|---|
| TOTAL AMOUNT DUE | $31,104.05 |

### PLEASE READ IMPORTANT MESSAGES

TAX BILL IS FOR PERSONAL PROPERTY AND/OR TRADE FIXTURES.

ECHECK ACCEPTED ONLINE @www.acgov.org.

CREDIT CARD (AMEX, VISA/MASTERCARD, DISCOVER) ACCEPTED BY PHONE (510) 272-6800 OR ONLINE @ www.acgov.org. A CONVENIENCE FEE EQUAL TO 2.3% OF THE TAX AMOUNT DUE WILL BE ADDED TO YOUR TOTAL PAYMENT.

PLEASE SEE REVERSE FOR MORE INFORMATION

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes; the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $40.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash. A service charge of $25-$35 will be imposed on all returned checks.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

Business Property Valuation
(510) 272-3836

Tax Rates
(510) 272-6564

Possessory Interest / ILL
(510) 272-3787

Boats and Aircraft
(510) 272-3838

Homeowner/Other Exemptions
(510) 272-6587

Payments
(510) 272-6800

UNSECURED ROLL TAX PAYMENT STUB
### FISCAL YEAR 2009-10

| | |
|---|---|
| ASSESSEE ACCOUNT NUMBER | 00-079496-00-002-09-00-00 |
| PARCEL NUMBER | 99B-5752-4 |
| PAY THIS AMOUNT BY AUG 31, 2009 | $31,104.05 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

40908 60794960000 7002090000 20003110405 4

Form 114-USTB (rev.11/05)

SEND THIS STUB WITH YOUR PAYMENT

# 2009-10

For Fiscal Year Beginning July 1, 2009 and Ending June 30, 2010

## ALAMEDA COUNTY
## UNSECURED PROPERTY TAX STATEMENT

Donald R. White, Treasurer and Tax Collector
1221 Oak Street
Oakland, California 94612-4286
(510) 272-6800

DUPLICATE

| Assessee Account Number | Parcel Number | Tax-Rate Area |
|---|---|---|
| 00-079496-00-003-09-00-00 | 49-1515-11-14 | 14-003 |

Location of Property
5795 CHRISTIE AV EMERYVILLE CA
Assessed to on January 1, 2009
CIRCUIT CITY STORES WEST COAST INC

CIRCUIT CITY STORES WEST COAST INC
DBA CIRCUIT CITY #240
C/O ATTN: TX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

### Tax-Rate Breakdown

| Taxing Agency | Tax Rate | Tax Amount |
|---|---|---|
| COUNTYWIDE TAX | 1.0000% | 6,594.18 |
| SCHOOL UNIFIED | .0133% | 87.72 |
| SCHOOL COMM COLL | .0362% | 238.70 |
| BAY AREA RAPID TRANSIT | .0090% | 59.34 |
| EAST BAY REGIONAL PARK | .0100% | 65.94 |
| EBMUD SPEC DIST 1 | .0064% | 42.20 |
| | | |
| | | |
| TOTAL | 1.0749% | 7,088.08 |

### Fixed Charges and/or Special Assessments

| Description | Phone | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| Total Fixed Charges and Special Assessments | | |

### Other Charges

| Description | Amount |
|---|---|
| | |
| | |

### Tax Computation Worksheet

| Description | Full Valuation | x Tax Rate | = Tax Amount |
|---|---|---|---|
| LAND | | | |
| IMPROVEMENTS | | | |
| FIXTURES | 213,946 | | |
| TOTAL REAL PROPERTY | 213,946 | | |
| PERSONAL PROPERTY | 445,472 | | |
| GROSS ASSESSMENT & TAX | 659,418 | 1.0749% | 7,088.08 |
| HOMEOWNERS EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| NET ASSESSMENT & TAX | 659,418 | 1.0749% | 7,088.08 |
| | | | 7,088.08 |
| SUBTOTAL | | | 7,088.08 |
| TOTAL AMOUNT DUE | | | $7,088.08 |

### PLEASE READ IMPORTANT MESSAGES

TAX BILL IS FOR PERSONAL PROPERTY
AND/OR TRADE FIXTURES.

ECHECK ACCEPTED ONLINE @ www.acgov.org.

CREDIT CARD (AMEX, VISA/MASTERCARD, DISCOVER)
ACCEPTED BY PHONE (510) 272-6800 OR ONLINE
@ www.acgov.org. A CONVENIENCE FEE EQUAL TO
2.5% OF THE TAX AMOUNT DUE WILL BE ADDED TO
YOUR TOTAL PAYMENT.

PLEASE SEE REVERSE FOR MORE INFORMATION

☎ Business Property Valuation
(510) 272-3836

☎ Tax Rates
(510) 272-6564

☎ Possessory Interest / ILL
(510) 272-3787

☎ Boats and Aircraft
(510) 272-3836

☎ Homeowner/Other Exemptions
(510) 272-8587

☎ Payments
(510) 272-6800

### General Information

Ownership of property on the January 1 lien date preceding the fiscal year for which the property is taxed determines the obligation to pay taxes, the disposal of property after the lien date does not relieve the assessee from the liability for payment of taxes.

The TOTAL AMOUNT DUE must be paid by the date indicated on the payment remittance stub attached to this bill. If the taxes are not paid, a 10% delinquent penalty and a $40.00 delinquent fee attaches at 5 p.m. on the date indicated on the stub. If the taxes are unpaid by 5 p.m. on the last day of the second succeeding month after the 10% attaches, an additional penalty of 1.5% attaches to them on the first day of each month thereafter to the time of payment or until a court judgment is entered for the amount of unpaid taxes penalties and costs whichever comes first. **In addition to the penalties, the actual costs of collection incurred by the County up to the time the delinquency is paid may be collected by the Tax Collector.**

When submitting payment, detach the UNSECURED ROLL TAX PAYMENT STUB and send it with your payment to assure proper credit. Do not mail cash. A service charge of $25-$35 will be imposed on all returned checks.

Delinquent tax bills will automatically have a CERTIFICATE OF LIEN FOR UNSECURED PROPERTY TAXES recorded against the assessee at the County Recorder's Office immediately after delinquency occurs. The certificate constitutes a lien upon all personal and real property owned or that may subsequently be acquired before the date on which the lien expires, by the assessee named. The lien has the force, effect and priority of a judgment lien for a period of ten years from the date of recordation, or any extension thereof.

PLEASE SEE BACK FOR MORE INFORMATION

---

## UNSECURED ROLL TAX PAYMENT STUB
## FISCAL YEAR 2009-10

| | |
|---|---|
| ASSESSEE ACCOUNT NUMBER | 00-079496-00-003-09-00-00 |
| PARCEL NUMBER | 49-1515-11-14 |
| PAY THIS AMOUNT BY AUG 31, 2009 | $7,088.08 |

If payment is submitted after this date, telephone the payments number provided to the left for the correct amount due.

DUPLICATE

Make checks payable to: Donald R. White, Tax Collector, Alameda County

40908 60794960000 5003090000 10000708808 4

SEND THIS STUB WITH YOUR PAYMENT

Form 114-USTB (rev.11/08)

# EXHIBIT B

CIRCUIT CITY STORES INC ET AL
CHAPTER 11,  CASE# 08-35653
PETITION DATE: 11/10/08
POSTPETITION 2009-10 TAX DUE BY OCTOBER 31, 2012

2009-10    POSTPETITION TAXES

| ACCOUNT # | BASE AMT | PENALTY | TAX FEES | LESS PRIOR PAYMENT | TOTAL 10/31/2012 |
|---|---|---|---|---|---|
| 00-079496-00-000-09-00-00 | 2256.13 | 1443.85 | 40.00 | | 3739.98 |
| 00-079496-00-001-09-00-00 | 8274.72 | 5295.79 | 40.00 | | 13610.51 |
| 00-079496-00-002-09-00-00 | 31104.05 | 19906.56 | 40.00 | | 51050.61 |
| 00-079496-00-003-09-00-00 | 7088.08 | 4359.28 | 40.00 | -276.39 | 11210.97 |
| | | | | | |
| TOTAL TAX DUE BY 10/31/12 | 48722.98 | 31005.48 | 160.00 | -276.39 | 79,612.07 |