Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,. | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

### NOTICE OF LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)

**PLEASE TAKE NOTICE** that the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust" and/or "Trust"), through Alfred H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims in the above-captioned cases of the above referenced estates of Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed the Liquidating Trust's Sixty-Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims) (the "Objection") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").  A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.  By the Objection, the Liquidating Trust is seeking to reduce certain partially invalid landlord claims.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of the Notice of Omnibus Objections (Docket No. 2881) (the "Order"), by which the Bankruptcy Court approved procedures for filing omnibus objections to proofs of claim and requests for allowance and payment of administrative expenses and/or cure claims (collectively, the "Claims") in connection with the above-captioned chapter 11 cases (the "Omnibus Objection Procedures").

Specifically, the Objection seeks to reduce, disallow, or reclassify certain claims, including your claim(s), listed below, all as set forth in the Objection.

| TO: | Claim Number | Claim Amount | Reference Objection |

SPECIFIC INFORMATION PROVIDED ON INDIVIDUALIZED NOTICE

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE SUBJECT TO THE OBJECTION. YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION. THEREFORE, YOU SHOULD READ THIS NOTICE (INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY 4:00 P.M. (EASTERN TIME) ON NOVEMBER 29, 2012, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A HEARING.**

**<u>Critical Information for Claimants
Choosing to File a Response to the Objection</u>**

<u>Who Needs to File a Response</u>: If you oppose the relief requested in the Objection and if you are unable to resolve the Objection with the Liquidating Trust before the deadline to respond, then you must file and serve a written response (the "Response") to the Objection in accordance with this Notice.

If you do not oppose the relief requested in the Objection, then you do not need to file a written Response to the Objection and you do not need to appear at the hearing.

<u>Response Deadline</u>: The Response Deadline is **<u>4:00 p.m. (Eastern Time) on November 29, 2012 (the "Response Deadline")</u>**.

**THE BANKRUPTCY COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED, SERVED <u>AND</u> RECEIVED BY THE RESPONSE DEADLINE.**

Your Response will be deemed timely filed only if the Response is **<u>actually</u> <u>received</u>** on or before the Response Deadline by the Bankruptcy Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219

Your Response will be deemed timely served only if a copy of the Response is actually received on or before the Response Deadline by the Liquidating Trust's attorneys:

| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083 |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

The status hearing on the Objection will be held at **2:00 p.m. (Eastern Time) on December 6, 2012 at:**

United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

If you file a timely Response, in accordance with the Objection Procedures, you do <u>not</u> need to appear at the status hearing on the Objection.

**<u>Procedures for Filing a Timely Response and
Information Regarding the Hearing on the Objection</u>**

**<u>Contents</u>**.  To facilitate a speedy and non-judicial resolution of a Claim subject to the Objection, any claimant filing a Response shall use its best efforts to include the following (at a minimum) in its filed Response, to the extent such materials are not attached to its proof of claim:

  a.    a caption setting forth the name of the Bankruptcy Court, the name of the Debtors, the case number and the title of the Objection to which the Response is directed;

  b.    the claimant's name and an explanation for the amount of the Claim;

  c.    a concise statement, executed by (or identifying by name, address and telephone number) a person with personal knowledge of the relevant facts that support the Response, setting forth the reasons why the Bankruptcy Court should overrule the Objection as to the claimant's claim, including, without limitation (to the extent not set forth in its proof of claim), the

specific factual and legal bases upon which the claimant intends to rely in support of its Response and its underlying Claim;

d. a copy of or identification of any other documentation or other evidence of the Claim, to the extent not already included with the Claim that the claimant presently intends to introduce into evidence in support of its Claim at the hearing; provided, however, that for a Response filed in support of a Claim arising out of a lease of real property, the Response need not attach such lease if the claimant indicates its willingness to provide such documentation upon request;

e. a declaration of a person with personal knowledge of the relevant facts that support the Response;

f. the claimant's address, telephone number and facsimile number and/or the name, address, telephone number and facsimile number of the claimant's attorney and/or designated representative to whom the attorneys for the Debtors should serve a reply to the Response, if any (collectively, the "Notice Address").  If a Response contains Notice Address that is different from the name and/or address listed on the Claim, the Notice Address will control and will become the service address for future service of papers with respect to all of the claimant's Claims listed in the Objection (including all Claims to be reduced or disallowed) and only for those Claims in the Objection; and

g. to the extent such person differs from the person identified pursuant to subjection e, above, the name, address, telephone number, facsimile number, and electronic mail address of the representative of the claimant (which representative may be the claimant's counsel) party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf (collectively, the "Additional Addresses").  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Address will not become the service address for future service of papers.

**Additional Information**.  To facilitate a resolution of the Objection, your Response should also include the name, address, telephone number and facsimile number of the party with authority to reconcile, settle or otherwise resolve the Objection on the claimant's behalf.  Unless the Additional Addresses are the same as the Notice Addresses, the Additional Addresses will not become the service address for future service of papers.

**Failure to File Your Timely Response**.  If you fail to file and serve your Response on or before the Response Deadline in compliance with the procedures set forth in this Notice, the Liquidating Trust will present to the Bankruptcy Court an appropriate order granting the relief requested in the Objection without further notice to you.

**Each Objection Is a Contested Matter**. Each Claim subject to the Objection and the Response thereto shall constitute a separate contested matter as contemplated by Bankruptcy

4

Rule 9014, and any order entered by the Bankruptcy Court will be deemed a separate order with respect to such claim.

### Additional Information

**Requests for Information**.  You may also obtain a copy of the Objection or related documents on the internet, by accessing the website of www.kccllc.net/circuitcity.

**Reservation of Rights**.  Nothing in this Notice or the Objection constitutes a waiver of the Debtors' and/or the Trust's right to assert any claims, counterclaims, rights of offset or recoupment, preference actions, fraudulent-transfer actions or any other claims against you by the Liquidating Trust.  Unless the Bankruptcy Court allows your Claims or specifically orders otherwise, the Liquidating Trust has the right to object on any grounds to the Claims (or to any other Claims or causes of action you may have filed or that have been scheduled by the Debtors) at a later date on any grounds or bases.  In such event, you will receive a separate notice of any such objections.


Dated:    September 28, 2012

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
         pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -    x
In re:                                           :      Chapter 11
                                                 :
CIRCUIT CITY STORES, INC., et al.,    :      Case No. 08-35653 (KRH)
                                                 :
                    Debtors.                :
- - - - - - - - - - - - - -    :      Jointly Administered
                                                 X


**LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION
TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS)**


The Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"), through Alfred

H. Siegel, the duly appointed trustee of the Trust (the "Trustee"), pursuant to the Second

Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and

Debtors in Possession and its Official Committee of Creditors Holding General Unsecured

Claims (the "Plan") in the above-captioned cases, hereby files this Sixty-Fourth Omnibus

Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"),

and hereby moves this court (the "Court"), pursuant to sections 105, 502 and 503 of title 11 of

the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule

3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local

Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit

A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Objection under 28 U.S.C. §§

157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and

this Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and

legal predicates for the relief requested herein are Bankruptcy Code sections 105, 502 and 503,

Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.      On November 10, 2008 (the "Petition Date"), the debtors in the above-

captioned cases (the "Debtors")[1] filed voluntary petitions in this Court for relief under chapter 11

of the Bankruptcy Code.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City
Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of
Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
Stores PR, LLC (5512).

3.      On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").

4.      On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing, and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

5.      On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

6.      Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date"). The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

7.      On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314).  In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

8.      On November 12, 2008, this Court entered that certain Order Establishing

3

Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy

Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the

Bar Date Pursuant to Bankruptcy Rule 9007 (Docket No. 107)(the "503(b)(9) Bar Date Order").

9.      Pursuant to the 503(b)(9) Bar Date Order, this Court approved the form

and manner of the 503(b)(9) bar date notice, which was attached as Exhibit A to the 503(b)(9)

Bar Date Order (the "503(b)(9) Bar Date Notice").  Pursuant to the 503(b)(9) Bar Date Order and

503(b)(9) Bar Date Notice, the bar date for filing proofs of claim asserting administrative priority

claims pursuant to section 503(b)(9) of the Bankruptcy Code was on December 19, 2008 (the

"503(b)(9) Bar Date").

10.     On November 19, 2008, KCC served a copy of the 503(b)(9) Bar Date

Notice on the 2002 Service List, all of the Debtors' scheduled creditors in these cases, the

Debtors' equity holders, and certain other parties (Docket No. 358).  In addition, the Debtors

published the 503(b)(9) Bar Date Notice in The New York Times (Docket No. 549), The Wall

Street Journal (Docket No. 548), and The Richmond Times-Dispatch (Docket No. 547).

11.     On January 16, 2009, the Court authorized the Debtors, among other

things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an

agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent

(the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant

to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of

business sales at the Debtors' remaining stores had been completed.

12.     On April 1, 2009, this Court entered an Order Establishing Omnibus

Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections

(Docket No. 2881) (the "Omnibus Objection Procedures Order").

13.     On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "First Administrative Claims Bar Date Order").

14.     Pursuant to the First Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the First Administrative Claims Bar Date Order) incurred in the period between November 10, 2008 and April 30, 2009 was 5:00 p.m. (Pacific) on June 30, 2009.  Pursuant to the First Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

15.     On or before May 22, 2009, KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket Nos. 3397 and 4609).  In addition, the Debtors published the Administrative Claims Bar Date Notice in The Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969) and The Wall Street Journal (Docket No. 3968).

16.     On February 18, 2010, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Second Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 6555) (the "Second Administrative Claims Bar Date Order").

17.     Pursuant to the Second Administrative Claims Bar Date Order, the

deadline for filing all Administrative Expense Requests for the period May 1, 2009 through

December 31, 2009 (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m.

(Pacific) on March 31, 2010.  Pursuant to the Second Administrative Claims Bar Date Order, this

Court approved the form and manner of the claims bar date notice, which was attached as

Exhibit A to the Second Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

18.     On or before February 25, 2010, KCC served a copy of the Second

Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to

Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity

holders, and certain other parties (Docket No. 6705).  Supplemental service of the Second

Administrative Bar Date Notice was provided by overnight mail to one party, Brockton Superior

Court, on March 26, 2010 (Docket Nos. 7089 and 7535).  In addition, the Debtors published the

Administrative Claims Bar Date Notice in The Financial Times (Docket No. 6719), The

Richmond Times-Dispatch (Docket No. 6717) and The Wall Street Journal (Docket No. 6718).

19.     On August 9, 2010, the Debtors and the Creditors' Committee filed the

Plan, which provides for the liquidation of the Debtors' assets and distribution of the proceeds

thereof under chapter 11 of the Bankruptcy Code.

20.     On September 10, 2010, the United States Bankruptcy Court, Eastern

District of Virginia, signed an Order confirming the Plan.

21.     The Plan became effective on November 1, 2010 (the "Effective Date"),

and pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidation

Trust assumed the right and responsibility to liquidate the Debtors' remaining assets and

distribute the proceeds to creditors, including the prosecution of Causes of Action and objections

to claims.

## OBJECTIONS TO CLAIMS

22.    By this Objection, the Liquidating Trust seeks entry of an order, in substantially the form attached hereto as Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, (i) reducing each of the claims identified on Exhibit B attached hereto (collectively, the "Claims") for the reasons set forth below.

23.    For ease of reference, Exhibit B contains an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

**A.    Reduction of The Partially Invalid Claims**

24.    The basis for reduction of the claims listed on Exhibit B attached hereto (the "Partially Invalid Claims") is that all of the Partially Invalid Claims assert, in part, amounts for which the Debtors are not liable.

25.    Specifically, after a review of the Partially Invalid Claims and the bases upon which each is asserted, and a review of the Debtors' books and records, the Liquidating Trust has determined that certain portions of the Partially Invalid Claims are (i) liabilities already asserted by the Claimants in other claims; (ii) liabilities that have already been satisfied by the Debtors; or (iii) liabilities for which the Debtors dispute liability.  Accordingly, the Liquidating Trust requests that the Partially Invalid Claims identified on Exhibit B be reduced in the manner stated in Exhibit B for the reasons stated therein.

## RESERVATION OF RIGHTS

26.    At this time, the Liquidating Trust has not completed its review of the validity of all claims/expenses filed against the Debtors' estates, and reserves the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or

7

distribution purposes, and on any other grounds, including the right to modify, supplement

and/or amend this Objection as it pertains to any of the Claims objected to herein.

## NOTICE AND PROCEDURE

27.     Notice of this Objection has been provided to all Claimants with Claims

that are the subject to this Objection as identified on Exhibit B, and to parties-in-interest in

accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and

105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1

Establishing Certain Notice, Case Management and Administrative Procedures (entered on

December 30, 2009 at Docket No. 6208) (the "Case Management Order").  The Liquidating

Trust submits that the following methods of service upon the Claimants should be deemed by the

Court to constitute due and sufficient service of this Objection: (a) service in accordance with

Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of

Civil Procedure 4; (b) to the extent counsel for a Claimant is not known to the Liquidating Trust,

by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or

other representative identified in the proof of claim form or any attachment thereto; or (c) by first

class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the

Debtors' bankruptcy cases.  The Liquidating Trust is serving the Claimant with this Objection

and the exhibit on which the Claimant's claim is listed.

28.     To the extent any Claimant timely files and properly serves a response to

this Objection by **4:00 P.M. (Eastern) on November 29, 2012** as required by the Case

Management Order and under applicable law, and the parties are unable to otherwise resolve the

Objection, the Liquidating Trust requests that the Court conduct a status conference[2] with respect

to any such responding claimant at **2:00 P.M. (Eastern) on December 6, 2012** and thereafter

schedule the matter for a future hearing as to the merits of such claim.  However, to the extent

any Claimant fails to timely file and properly serve a response to this Objection as required by

the Case Management Order and applicable law, the Liquidating Trust requests that the Court

enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, reducing the Invalid

Claims set forth on <u>Exhibit B</u> and attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND<br>THE OMNIBUS OBJECTION PROCEDURES ORDER

29.    This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the

Liquidating Trust submits that this Objection is filed in accordance with the Omnibus Objection

Procedures Order.

## <u>WAIVER OF MEMORANDUM OF LAW</u>

30.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no

novel issues of law presented in the Motion, the Liquidating Trust requests that the requirement

that all motions be accompanied by a written memorandum of law be waived.

## <u>NO PRIOR RELIEF</u>

31.    No previous request for the relief sought herein has been made to this

Court or any other court.

WHEREFORE, the Liquidating Trust respectfully requests that the Court enter an Order

sustaining this Objection and granting such other and further relief as the Court deems

appropriate.

---

[2] In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Dated: Richmond, Virginia            TAVENNER & BERAN, PLC
       September 28, 2012


                                     */s/ Lynn L. Tavenner*_____
                                     Lynn L. Tavenner (VA Bar No. 30083)
                                     Paula S. Beran (VA Bar No. 34679)
                                     20 North Eighth Street, 2nd Floor
                                     Richmond, Virginia 23219
                                     (804) 783-8300

                                              - and -

                                     PACHULSKI STANG ZIEHL & JONES LLP
                                     Jeffrey N. Pomerantz, Esq.
                                     Andrew W. Caine, Esq.
                                     10100 Santa Monica Boulevard
                                     Los Angeles, California 90067-4100
                                     (310) 277-6910

                                              - and –

                                     PACHULSKI STANG ZIEHL & JONES LLP
                                     Robert J. Feinstein, Esq.
                                     780 Third Avenue, 36th Floor
                                     New York, New York 10017
                                     (212) 561-7700

                                     *Counsel to the Circuit City Stores, Inc.
                                     Liquidating Trust*

<u>**EXHIBIT A**</u>

Jeffrey N. Pomerantz, Esq.                     Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Andrew W. Caine, Esq.                          Paula S. Beran, Esq. (VA Bar No. 34679)
(admitted *pro hac vice*)                      TAVENNER & BERAN, PLC
PACHULSKI STANG ZIEHL & JONES LLP              20 North Eighth Street, 2nd Floor
10100 Santa Monica Boulevard                   Richmond, Virginia 23219
Los Angeles, California 90067-4100             Telephone: (804) 783-8300
Telephone: (310) 277-6910                      Telecopy:   (804) 783-0178
Telecopy:   (310) 201-0760

            - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*


                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
                                 RICHMOND DIVISION


- - - - - - - - - - - - - -          x
In re:                               :       Chapter 11
                                     :
CIRCUIT CITY STORES, INC., <u>et al</u>.,    :       Case No. 08-35653 (KRH)
                                     :
              Debtors.               :
- - - - - - - - - - - - - -          :       Jointly Administered
                                     x


        **ORDER REGARDING LIQUIDATING TRUST'S SIXTY-FOURTH
           OMNIBUS OBJECTION TO LANDLORD CLAIMS
           <u>(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Sixty-Fourth

Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims), (the

"Objection"), which requested, among other things, that the claims specifically identified on

Exhibit B  attached to the Objection be reduced for those reasons set forth in the Objection; and

it appearing that due and proper notice and service of the Objection as set forth therein was good

and sufficient and that no other further notice or service of the Objection need be given; and it

further appearing that no response was timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief requested on the Objection is in the best

interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest;

and after due deliberation thereon good and sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever reduced and/or disallowed for all purposes in these bankruptcy cases in the

manner stated in Exhibit A.

3.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

       5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2012

      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
             - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
             - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
EXHIBIT B

REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 07/24/2009 | 14515 | 1003 College Station LLC<br><br>Attn Michael Mason President<br>c o Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than $467,372.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $414,302.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $22,279.07 for rejection damages and $30,791.31 for misc fees |
| 04/30/2009 | 12708 | 4110 Midland LLC<br><br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than $657,287.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $547,281.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $54,664.58 for rejection damages, $4,653.11 for real estate taxes, $24,620.28 for attorney fees, $20,258.05 for insurance charges and $5,810.73 for misc fees not supported by debtor's books and records. |
| 04/30/2009 | 12710 | 4905 Waco LLC<br><br>Attn Michael Mason President<br>c o Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 | Unliquidated, but not less than $738,355.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $586,155.02<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $93,610.08 for rejection damages, $8,485.08 for real estate taxes, $24,558.31 for attorney fees, $1,993.00 for misc damages, $19,610.42 for insurance and $3,943.73 for trustee fees not supported by debtor's books and records. |
| 04/29/2009 | 12682 | Abercorn Common LLLP<br><br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br><br><br>MIAMI BEACH, FL 33139 | $1,448,786.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,292,495.12<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $1,131.74 for prepetition rent, $154,997.85 for rejection damages and $162.22 for real estate taxes not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/10/2009 | 12241 | Abilene Ridgemont LLC<br><br>c o Douglas C Noble<br>McCraney Montagnet & Quin<br>602 Steed Rd Ste 200<br><br>Ridgeland, MS 39157 | $1,098,291.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $997,838.67<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $100,452.85 for rejection damages not supported by debtor's books and records. |
| 01/30/2009 | 9488 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $514,620.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $514,620.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9721 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $256,520.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $256,520.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9724 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $457,440.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $457,440.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9734 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $489,877.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $489,877.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 9704 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br><br>Peyton Inge<br><br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $968,160.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $968,160.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9707 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br><br>Peyton Inge<br><br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $471,794.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $471,794.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9740 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br><br>Peyton Inge<br><br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $771,930.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $771,930.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9050 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br><br>Peyton Inge<br><br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $786,847.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $786,847.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 10030 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br><br>Peyton Inge<br><br>c o Capmark Finance Inc<br><br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $618,051.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $618,051.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 9916 | Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for<br>c o Capmark Finance Inc<br>Payton Inge<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $476,499.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $467,607.28<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $8,892.68 for a real estate tax credit owed to the debtors. |
| 01/30/2009 | 9899 | Bank of American National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Register<br>c o Capmark Finance Inc<br>Peyton Inge<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $50,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $50,000.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/21/2009 | 3973 | BASILE LIMITED LIABILITY CO<br><br>c o Hirschler Fleischer PC<br>Attn Sheila deLa Cruz<br>PO Box 500<br><br>Richmond, VA 23218-0500 | Unliquidated, but not less than $46,838.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $46,838.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 04/30/2009 | 12653 | Bear Valley Road Partners LLC<br><br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br><br>San Diego, CA 92130 | $968,611.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $958,223.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $5,126.01 for real estate taxes and $5,262.04 for CAM charges not supported by debtor's books and records. |
| 01/30/2009 | 9952 | BFLO Waterford Associates LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $2,393,924.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,489,614.82<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $903,309.87 for rejection damages and $1,000.00 for attorney fees not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 8796 | Bond Circuit IV Delaware Business Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 | Unliquidated, but not less than $116,367.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $73,817.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $87.50 for prepetition rent, $10,000.00 for attorney fees and $32,462.05 for lender fees not supported by debtor's books and records. |
| 04/29/2010 | 15019 | Bond Circuit IV Delaware Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 | Unliquidated, but not less than $1,589,299.95<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,524,178.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $87.50 for prepetition rent and $65,034.20 for rejection damages not supported by debtor's books and records. |
| 01/26/2009 | 5814 | Cameron Bayonne LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece Esq<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than $674,889.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $674,889.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 04/16/2009 | 12294 | Carousel Center Company LP<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | $921,634.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $898,874.71<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $22,759.83 for rejection damages not supported by debtor's books and records. |
| 01/29/2009 | 7933 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br><br>Catellus Operating Limited Partnership<br>Attn Greg Moore<br>66 Franklin St Ste 200<br><br>Oakland, CA 94607 | $1,903,434.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,850,958.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $2,303.84 for prepetition rent, $25,171.84 for rejection damages and $25,000.00 for misc damages not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12718 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $620,334.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $528,279.53<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $35,359.85 for rejection damages, $61.26 for real estate fees, $34,978.77 for attorney fees, $10,505.47 for insurance charges and $11,150.00 for misc fees not supported by debtor's books and records. |
| 04/30/2009 | 12721 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $721,052.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $606,196.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $49,479.40 for rejection damages, $34,978.77 for attorney fees, $19,181.24 for insurance charges, $11,150.00 for misc fees and $66.53 for real estate taxes not supported by debtor's books and records. |
| 04/30/2009 | 12722 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $804,474.43<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $636,528.40<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $99,801.38 for rejection damages, $140.39 for real estate taxes, $32,617.46 for attorney fees, $3,943.73 for trustee fees, $11,150.00 for professional fees and $20,293.07 for insurance charges not supported by debtor's books and |
| 04/30/2009 | 12725 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $974,171.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $724,869.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $15,915.86 for rejection damages, $128,868.74 for real estate taxes, $33,962.54 for attorney fees, $3,943.73 for trustee fees, $11,150.00 for misc damages and $19,461.39 for insurance charges not supported by debtor's books and records. |
| 07/23/2009 | 14518 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $933,748.17<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $500,401.30<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $46,985.76 for rejection damages, $346,000.00 for misc damages and $40,361.11 for misc fees |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 07/23/2009 | 14521 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $715,734.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $591,632.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $26,165.98 for rejection damages, $21,924.89 for real estate taxes, $28,500.00 for misc damages and $47,511.11 for misc fees not supported by debtor's books and records. |
| 07/23/2009 | 14522 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $826,028.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $673,886.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $88,512.58 for rejection damages, $5,118.72 for real estate taxes, $20,000.00 for attorney fees, $13,861.11 for trustee fees and $24,650.00 for misc damages not supported by debtor's books and records. |
| 07/23/2009 | 14523 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $831,584.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $679,800.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $26,000.00 for CAM charges, $8,726.92 for real estate taxes, $52,696.34 for rejection damages, $18,500.00 for misc damages and $45,861.11 for misc fees not supported by debtor's books and records. |
| 09/02/2009 | 14574 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 | Unliquidated, but not less than $831,584.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $679,800.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $26,000.00 for CAM charges, $8,726.92 for real estate taxes, $52,696.34 for rejection damages, $18,500.00 for misc damages and $45,861.11 for misc fees not supported by debtor's books and records. |
| 09/02/2009 | 14577 | CC Acquisitions LP<br><br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br><br>New York, NY 10165 | Unliquidated, but not less than $831,584.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $679,800.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $26,000.00 for CAM charges, $8,726.92 for real estate taxes, $52,696.34 for rejection damages, $18,500.00 for misc damages and $45,861.11 for misc fees not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/28/2009 | 6909 | CC COLONIAL TRUST<br><br>STUART GROSS<br>C O PARAGON AFFILIATES INC<br>ONE PARAGON DR STE 145<br><br>MONTVALE , NJ 7645 | Unliquidated, but not less than $341,010.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $341,010.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 02/24/2009 | 11572 | CC Investors 1996 14<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br>Pittsburgh, PA 15206 | $863,858.59<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $734,336.90<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $51,623.69 for prepetition rent, $5,000.00 for attorney fees and $15,879.37 for real estate taxes not reflected on debtor's books and records. Further reduce by $57,018.63 for real estate tax credits owed to the debtor. |
| 04/17/2009 | 12233 | CCDC Marion Portfolio LP<br><br>Attn Michael S Held<br>Hunton & Williams LLP<br>1445 Ross Ave Ste 3700<br><br>Dallas, TX 75202-2755 | $3,087,099.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $3,051,569.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $35,530.35 for attorney fees not supported by debtor's books and records. |
| 04/06/2009 | 12116 | CENTRAL INVESTMENTS, LLC<br><br>c o MARK ORDOWER<br>333 S DESPLAINES NO 207<br><br>CHICAGO, IL 60661 | $624,199.41<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $613,432.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $10,767.28 for rejection damages not supported by debtor's books and records. |
| 02/27/2009 | 11238 | CENTURY PLAZA DEVELOPMENT CORPORATION<br><br>John C Willsie Corporate Counsel<br>The Seeno Companies<br>4021 Port Chicago Hwy<br><br>Concord, CA 94520-0000 | $1,959,982.56<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $1,763,071.00<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $26,094.40 for prepetition rent and $170,817.16 for rejection damages not supported by debtor's books and records. |

EXHIBIT B: Reduction of Certain Partially Invalid Claims

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/29/2009 | 8070 | Circsan Limited Partnership<br><br>Attn Allen P Lev<br>c o Kin Properties Inc<br>185 NW Spanish River Blvd Ste 100<br><br>Boca Raton, FL 33431-4230 | Unliquidated, but not less than $779,136.94<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $765,001.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $10,424.76 for attorney fees and $3,710.63 for trustee fees not supported by debtor's books and records. |
| 01/21/2009 | 5027 | Circuit IL Corp<br><br>Sigmond Sommer Properties<br>279 Birchwood Park Dr<br><br>Jericho, NY 11753-2306 | Unliquidated, but not less than $433,839.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $433,839.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9037 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Dr 9th Fl<br><br>New Haven, CT 06511 | $386,652.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $358,933.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $27,718.73 for overpaid prepetition real estate taxes. |
| 05/31/2011 | 15243 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 | $691,477.60<br><br>General Unsecured | Circuit City Stores, Inc. | $673,796.41<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by $934.00 for prepetition rent and $16.747.19 for rejection damages not supported by debtor's books and records. |
| 05/31/2011 | 15245 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 | $470,903.91<br><br>General Unsecured | Circuit City Stores, Inc. | $463,802.02<br><br>General Unsecured | Circuit City Stores, Inc. | Reduce by $999.09 for prepetition rent and $6,102.80 paving charges not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12728 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>CWCapital Asset Management LLC<br>c o Michael J McGregor<br>Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br>Bethesda, MD 20814-6581 | $645,203.96<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $615,067.52<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $25,124.48 for rejection damages, $4998.09 for real estate taxes and $13.87 for penalties/interest not supported by debtor's books and records. |
| 04/30/2009 | 12832 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>Demetrios Morakis<br>Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br><br>Bethesda, MD 20814 | $794,308.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $734,850.33<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $286.47 for prepetition rent, $50,000.00 for real estate taxes claimed and $17.66 for penalties/interest not reflected on debtor's books and records. Further reduce by $9,154.53 for real estate tax credits owed to debtor. |
| 04/30/2009 | 12846 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>Demetrios Morakis<br>Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br><br>Bethesda, MD 20814 | $819,066.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $770,555.79<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $1,126.89 for prepetition rent, $2,930.82 for rejection damages, $44,433.72 for real estate taxes and $18.78 for interest charges not supported by debtor's books and records. |
| 02/24/2009 | 11573 | Daniel G Kamin Flint LLC<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br><br>Pittsburgh, PA 15206 | $953,700.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $921,385.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,853.06 for prepetition rent, $22,461.39 for real estate taxes and $5,000.00 for attorney fees not supported by debtor's books and records. |
| 04/30/2009 | 12647 | Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | Unliquidated, but not less than $719,462.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $719,462.07<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12687 | EEL MCKEE LLC<br><br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br><br>SAN FRANCISCO, CA 94104 | $1,146,835.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $910,587.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $39,247.64 for rejection damages, $190,000.00 for misc fees and $7,000.00 for misc damages not supported by debtor's books and records. |
| 04/28/2009 | 12425 | GA Montgomeryville LLC<br><br>Lauren Lonergan Taylor Esq and Matthew E Hoffman Es<br>Duane Morris LLP<br>30 S 17th St<br><br>Philadelphia, PA 19103 | $694,618.05<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $596,736.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $97,882.05 for rejection damages not supported by debtor's books and records. |
| 01/30/2009 | 8943 | Inland Western Avondale McDowell LLC<br><br>Karen C Bifferato Esq<br>Connolly Bove Lodge & Hutz LLP<br>1007 N Orange St<br>PO Box 2207<br>Wilmington , DE 19899-0000 | Unliquidated, but not less than $1,046,126.63<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $892,686.49<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $136,257.22 for prepetition rents and $17,182.92 for rejection damages not supported by debtor's books and records. |
| 04/30/2009 | 12642 | Inland Western Columbia Clifty LLC<br><br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | Unliquidated, but not less than $877,968.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $871,073.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $3,051.62 for prepetition rent and $3,843.09 for rejection damages not supported by debtor's books and records. |
| 04/29/2009 | 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br><br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $976,108.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $888,014.64<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $1,075.61 for prepetition rent, $85,730.16 for rejection damages and $1,287.68 for penalties/interest not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/29/2009 | 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by<br><br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 | $832,363.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $822,031.83<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $578.49 for prepetition rent and $1,287.68 for penalties/interest. Reduce further by $8,465.97 for a real estate tax credit owed to the debtor. |
| 04/30/2009 | 12917 | Laguna Gateway Phase 2 LP<br><br>Attn John L Pappas<br>c o Pappas Investments<br>2020 L St 5th Fl<br><br>Sacramento, CA 95814 | $1,201,356.10<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,123,352.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $19,094.90 for prepetition rent and $58,908.69 for other rents not supported by debtor's books and records. |
| 01/12/2009 | 3266 | Landover Landover Crossing LLC<br><br>Attn Kevin M Newman Esq<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St Ste 200<br><br>Syracuse, NY 13204-1498 | Unliquidated, but not less than $99,597.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $99,597.55<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/29/2009 | 9517 | Macerich Store No 6286<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 90067 | $14,823.87<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $8,053.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $6,684.07 for prepetition rent and $86.04 for interest not supported by debtor's books and records. |
| 04/30/2009 | 12693 | Macerich Vintage Faire Limited Partnership<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 | $999,551.26<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $995,464.36<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $1,894.77 for prepetition rent, $1,537.10 for interest and $655.03 for CAM not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 8561 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than $738,806.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $669,767.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $52,556.60 for rejection damages, $13,035.35 for attorney fees and $3,447.88 trustee expenses not supported by debtor's books and records. |
| 01/30/2009 | 8611 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than $410,851.24<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $394,368.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $13,035.35 for attorney fees and $3,447.89 for trustee fees not supported by debtor's books and records. |
| 01/30/2009 | 8613 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than $717,643.63<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $641,150.89<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $49,123.09 for prepetition rent, $10,886.42 for real estate taxes, $13,035.35 for attorney fees and $3,447.88 for trustee fees not supported by debtor's books and records. |
| 01/30/2009 | 8622 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than $705,487.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $663,284.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $19,278.89 for rejection damages, $6,440.48 for real estate taxes and $16,483.24 for attorney & trustee fees not supported by debtor's books and records. |
| 04/09/2009 | 12053 | Manufacturers and Traders Trust Co as Trustee<br><br>c o Nancy George Vice President<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 | Unliquidated, but not less than $914,241.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $817,407.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $74,788.36 for rejection damages, $525.27 for real estate taxes, $18,237.60 for attorney fees and $3,283.57 for trustee fees not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/08/2009 | 12258 | Midland Loan Services Inc<br><br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br><br>Dallas, TX 75201 | $890,379.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $763,954.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $24,762.47 for prepetition rent and $101,662.49 for rejection damages not supported by debtor's books and records. |
| 05/29/2009 | 13085 | Orangefair Marketplace LLC A California Limited Liability Company<br><br>Tanya Nielsen<br>Columbus Pacific Properties<br>429 Santa Monica Blvd Ste 600<br><br>Santa Monica, CA 90401 | $640,198.46<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $628,751.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $1,276.26 for prepetition rent, $1,489.44 for CAM charges and $8,681.73 for real estate taxes not supported by debtor's books and records. |
| 01/29/2009 | 8079 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than $353,043.19<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $332,086.81<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $6,302.31 for real estate taxes, $10,424.76 for attorney fees and $3,436.35 for trustee fees not reflected on debtor's books and records. Further reduce by $792.96 for CAM credits owed to the debtor. |
| 01/29/2009 | 8618 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than $381,457.56<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $367,596.45<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $10,424.76 for attorney fees and $3,436.35 for trustee fees not supported by debtor's books and records. |
| 03/05/2009 | 11749 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than $341,119.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $313,400.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $27,718.73 for overpaid prepetition real estate taxes. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 03/05/2009 | 11750 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than $690,065.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $14,560.00 for prepetition rent, $582,400.00 for rejection damages and $93,105.44 for real estate taxes not supported by debtor's books and records. |
| 03/05/2009 | 11752 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than $468,700.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $468,700.80<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 03/05/2009 | 11753 | Park National Bank<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | Unliquidated, but not less than $352,911.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $348,072.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,838.59 for real estate taxes not supported by debtor's books and records. |
| 04/30/2009 | 12615 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 | Unliquidated, but not less than $688,156.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $613,492.51<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $41,553.28 for rejection damages, $18,463.37 for insurance charges, $10,703.25 for attorney fees and $3,943.73 for trustee fees not supported by debtor's books and records. |
| 01/30/2009 | 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business Services No 2<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than $145,632.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $145,632.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |

EXHIBIT B: Reduction of Certain Partially Invalid Claims

Page 15

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 8947 | Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br><br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | Unliquidated, but not less than $303,611.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $299,246.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,364.70 for real estate taxes not supported by debtor's books and records. |
| 01/30/2009 | 9000 | Park National Bank as assignee of rents under the Duncanville Texas Lease with Circuit Investors No 2 Ltd<br><br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than $421,719.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $368,852.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $52,866.92 for real estate taxes not supported by debtor's books and records. |
| 04/24/2009 | 12382 | Principal Life Insurance Company fka Principal Mutual Life Insurance Company<br><br>Dennis D Ballard Esq<br>Principal Life Insurance Company<br>801 Grand<br><br>Des Moines, IA 50392 | $1,492,901.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,314,480.03<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $178,420.97 for rejection damages not supported by debtor's books and records. |
| 01/30/2009 | 9156 | REDTREE PROPERTIES LP<br><br>PO BOX 1041<br><br>SANTA CRUZ, CA 95061 | $36,953.01<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $35,297.48<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $1,489.69 for prepetition rent and $165.84 for real estate taxes not supported by debtor's books and records. |
| 01/30/2009 | 9951 | Ronald Benderson Randall Benderson and David H Baldauf<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 | $1,152,235.37<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $738,278.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $412,957.37 for rejection damages and $1,000.00 for attorney fees not supported by debtor's books and records. |

EXHIBIT B: Reduction of Certain Partially Invalid Claims

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12510 | Saugus Plaza Associates<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | $555,883.54<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $549,007.04<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $1,876.50 for real estate taxes and $5,000.00 for attorney fees not supported by debtor's books and records. |
| 04/30/2009 | 12729 | Sweetwater Associates Limited Partnership<br><br>Attn Kerrie L Ozarski Real Estate Manager<br>c o StepStone Real Estate Services<br>2750 Womble Rd Ste 101<br><br>San Diego, CA 92106-6114 | $668,523.70<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $577,667.72<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $29,256.07 for stub rent and $11,672.47 for postpetition taxes superseded by claim 14074. Further reduce by $49,927.44 for rejection damages not supported by debtor's books and records. |
| 01/28/2009 | 7526 | The West Campus Square Company LLC<br><br>J Bennett Friedman Esq<br>Friedman Law Group<br>1900 Avenue of the Stars Ste 1800<br><br>Los Angeles, CA 90067-4409 | $801,079.31<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $761,514.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $8,564.45 for real estate taxes, by $18,000.00 for attorney fees and by $13,000.00 for misc damages not supported by debtor's books and records. |
| 01/30/2009 | 9646 | Torrance Towne Center Associates LLC<br><br>c o Ian S Landsberg<br>Landsberg Margulies LLP<br>16030 Ventura Blvd Ste 470<br><br>Encino, CA 91436 | $43,746.09<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $21,193.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $22,552.43 for prepetition rents not supported by debtor's books and records. |
| 01/27/2009 | 6025 | United States Debt Recovery III LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $2,758,565.13<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $2,332,819.48<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $300,000 for misc repairs, $12,681.47 for real estate taxes and $113,064.18 for rent not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/29/2009 | 7550 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $962,727.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $824,496.86<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $138,230.49 for rejection damages not supported by debtor's books and records. |
| 01/29/2009 | 8614 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $1,396,114.76<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $858,034.99<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $444,930.70 for rejection damages and $93,149.07 for attorney fees not supported by debtor's books and records. |
| 04/02/2009 | 12115 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $2,639,854.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $2,631,322.42<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $6,499.42 for CAM charges and $2,033.00 for sign removal charges not supported by debtor's books and records. |
| 03/27/2009 | 12121 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | $1,112,594.70<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $1,056,861.36<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $1,997.36 for prepetition rent, $39,947.20 for stub rent, $13,106.65 for real estate taxes and $682.13 for CAM charges not supported by debtor's books and records. |
| 04/30/2009 | 12588 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $932,005.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $846,504.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $43,428.73 for rejection damages, $10,703.25 for attorney fees, $4,218.02 for trustee fees, $26,316.21 for insurance chages and $835.00 for misc repairs not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12589 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $1,069,909.97<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $975,779.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $49,598.40 for rejection damages, $10,703.25 for attorney fees, $4,218.02 for trustee fees, $28,776.24 for insurance charges and $835.00 for misc repairs not supported by debtor's books and records. |
| 04/30/2009 | 12735 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $866,003.93<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $574,537.78<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $154,249.64 for rejection damages, $102,864.56 for real estate taxes, $10,703.25 for attorney fees, $4,218.02 for trustee fees, $18,095.68 for insurance charges and $1,335.00 for misc repairs not supported by debtor's books and records. |
| 07/23/2009 | 14519 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $462,768.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $359,530.68<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $20,903.95 for prepetition rent, $27,464.40 for rejection damages, $4,126.85 for real estate taxes and $50,742.48 for misc fees not supported by debtor's books and records. |
| 07/23/2009 | 14520 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 | Unliquidated, but not less than $1,168,493.14<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $947,051.75<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $79,436.28 for prepetition rent, $90,306.66 for rejection damages and $51,698.45 for misc fees not supported by debtor's books and records. |
| 10/18/2010 | 15112 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 | $996,033.35<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $975,779.06<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,438.02 for prepetition rent, $10,703.25 for attorney fees, $4,218.02 for trustee fees and $895.00 for misc repairs not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/19/2010 | 14793 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $303,611.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $299,246.74<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,364.70 for real estate taxes not supported by debtor's books and records. |
| 01/19/2010 | 14794 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $352,911.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $348,072.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $4,838.59 for real estate taxes not supported by debtor's books and records. |
| 01/19/2010 | 14796 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $690,065.44<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $14,560.00 for prepetition rent, $582,400.00 for rejection damages and $93,105.44 for real estate taxes not supported by debtor's books and records. |
| 01/19/2010 | 14801 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 | $421,719.58<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $368,852.66<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $52,866.92 for real estate taxes not supported by debtor's books and records. |
| 06/23/2009 | 13480 | WCC Properties LLC<br><br>ADI Properties<br>2750 Womble Rd Ste 101<br><br>San Diego, CA 92106-6114 | $5,117,498.04<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | $445,361.58<br><br>General Unsecured | CIRCUIT CITY STORES WEST COAST, INC. | Reduce by $159.12 for prepetition rent and $4,671,977.34 for rejection damages not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | $327,946.27<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $327,334.38<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $611.89 for prepetition rent not supported by debtor's books and records. |
| 04/30/2009 | 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 | Unliquidated, but not less than $442,917.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $442,917.84<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 04/30/2009 | 12635 | Weingarten Nostat Inc<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,620,858.57<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,447,190.08<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $132,014.93 for rejection damages and $41,653.56 for misc repairs not supported by debtor's books and records. |
| 01/30/2009 | 8282 | Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort<br>Jubilee Springdale LLC<br>c o Schottenstein Property Group<br>4300 E 5th Ave<br><br>Columbus, OH 43219-1816 | $53,460.36<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $0.00<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $53,460.36 for amounts claimed by the landlord's lender for which they are not entitled. |
| 01/30/2009 | 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas , TX 75201 | Unliquidated, but not less than $1,229,478.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,229,478.60<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |

EXHIBIT B: Reduction of Certain Partially Invalid Claims

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 01/30/2009 | 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $497,646.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $497,646.16<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $1,419,755.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,419,755.11<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 01/30/2009 | 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 | Unliquidated, but not less than $812,334.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $812,334.91<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 03/30/2009 | 12004 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $691,488.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $612,571.65<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $5,985.44 for prepetition rent and $15,912.60 for real estate taxes not reflected on debtor's books and records. Further reduce by $57,018.63 for real estate tax credits owed to the debtor. |
| 03/30/2009 | 12011 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | Unliquidated, but not less than $1,218,701.20<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,172,183.32<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $38,851.56 for real estate taxes and $7,666.32 for late charges not supported by debtor's books and records. |

| | | BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 03/30/2009 | 12012 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $759,368.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $759,368.25<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 03/30/2009 | 12013 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $664,554.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $664,554.88<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 03/30/2009 | 12014 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $834,561.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $834,561.69<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 03/30/2009 | 12023 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 | Unliquidated, but not less than $649,951.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $649,951.50<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Fix Unliquidated claim to a set amount. |
| 05/26/2009 | 13079 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | $709,411.98<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $695,103.85<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $5,003.03 of attorney fees and $9,305.10 of real estate taxes not supported by debtor's books and records. |

| BOOKS AND RECORDS CLAIMS TO BE REDUCED | | | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| Date Filed | Claim Number | Name and Address | Claim Amount | Debtor | Modified Claim Amount | Debtor | Comments |
| 04/30/2009 | 12826 | WRI Seminole Marketplace LLC<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 | $1,575,200.22<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | $1,422,341.18<br><br>General Unsecured | CIRCUIT CITY STORES, INC. | Reduce by $3,660.70 for prepetition rent and $149,198.34 for rejection damages not supported by debtor's books and records. |