210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/25/2012 (date).

Name and Address of Alleged Transferor:

Claim No. : American Systems Corporation, c/o United States Debt Recovery, XI, LP, 940 Southwood Blvd, # 101, Incline Village, NV 89451

Name and Address of Transferee:

US Debt Recovery XI, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/28/12                                                William C. Redden
                                                                **CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 11          Date Rcvd: Sep 26, 2012
                     Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2012.
11396605      +American Systems Corporation,   c/o United States Debt Recovery, XI, LP,   940 Southwood Blvd,
        # 101,   Incline Village, NV 89451-7401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2012**                     **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11              Date Rcvd: Sep 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:

              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
              Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.sullivan@troutmansanders.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt     on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, wbatres@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.com
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7           User: frenchs              Page 3 of 11              Date Rcvd: Sep 26, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
      Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
      Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com
      Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
      Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
      Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
      Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com, cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com, kcornnell@dowlohnes.com
      Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press   on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
      Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
      Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
      David A. Greer   on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
      David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
      David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro   on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
      David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
      David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com
      Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7          User: frenchs              Page 4 of 11                  Date Rcvd: Sep 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
           caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
           dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com;lmares@toase.com
          Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
           ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
           echarley@hansonbridgett.com
          Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
           klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
           fpepler@peplermastromonaco.com
          Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
          Gary E. Mason    on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com,    mdicocco@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,    calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
          German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
          Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,    khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,    lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,
           jwest@kkgpc.com;nclayborn@kkgpc.com

```
District/off: 0422-7          User: frenchs              Page 5 of 11          Date Rcvd: Sep 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Heather Lynn Anderson on behalf of Creditor State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
 Henry Buswell Roberts on behalf of Creditor Suemar hbroberts@live.com, droberts1949@live.com
 Henry P. Baer on behalf of Creditor Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
 Henry Pollard Long on behalf of Creditor Cypress/CC Marion I, L.P. hlong@hunton.com
 Howard J. Grossman on behalf of Creditor J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
 Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
 J. Christian Word on behalf of Liquidator Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
 J. David Folds on behalf of Defendant Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
 Jackson David Toof on behalf of Creditor Discovery Communications, Inc. toof.jackson@arentfox.com
 Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
 James D. Newbold on behalf of Counter-Claimant State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
 James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
 James Edward Bowman on behalf of Defendant Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
 James H. Rollins on behalf of Creditor Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
 James J. Briody on behalf of Creditor Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
 James K. Donaldson on behalf of Defendant Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
 James R. Schroll on behalf of Defendant CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
 James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
 James W. Reynolds on behalf of Defendant Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
 James Winston Burke on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
 Jamie M. Konn on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
 Janet M. Meiburger, Esq. on behalf of Creditor Ricmac Equities Corporation admin@meiburgerlaw.com
 Jason B. Binford on behalf of Creditor BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
 Jason M. Krumbein on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
 Jason William Harbour on behalf of Creditor Public Company Accounting Oversight Board jharbour@hunton.com
 Jeffrey Scharf on behalf of Creditor City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
 Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
 Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
 Jeffrey L. Tarkenton on behalf of Creditor Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
 Jeffrey M. Sherman on behalf of Creditor Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
 Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
 Jenelle Marie Dennis on behalf of Creditor Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
 Jennifer Langan on behalf of Creditor Pennsylvania State Treasurer jlangan@patreasury.org
 Jennifer Ellis Lattimore on behalf of Creditor Vizio, Inc. jlattimore@eckertseamans.com
 Jennifer J. West on behalf of Creditor Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
 Jennifer Larkin Kneeland on behalf of Defendant AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
 Jennifer McLain McLemore on behalf of Attorney Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
 Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
 Jeremy Brian Root on behalf of Defendant Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com;mhowes@bklawva.com
 Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc. jkleinman@fgllp.com
 Jeremy L. Pryor on behalf of Defendant Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs                Page 6 of 11                  Date Rcvd: Sep 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
        Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
        John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
        John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
        John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
        John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
        John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
        Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
        Joshua D. McKarcher    on behalf of Defendant    Broadridge Financial Solutions, Inc., aka Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
        Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com, harvell@seeger-law.com
        Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
        Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
        Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com

```
District/off: 0422-7          User: frenchs              Page 7 of 11              Date Rcvd: Sep 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, margaret@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7           User: frenchs                Page 8 of 11                  Date Rcvd: Sep 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor   Eastern Security Corp.
          michael.hastings@leclairryan.com,   tonya.whitt@leclairryan.com
          Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,   kzeldman@omm.com
          Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
          Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com,   mcsmith@millermartin.com
          Oscar Baldwin Fears   on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
          jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          jcarrion@rc.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,   vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
          hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
          om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
          Administration peter.roth@doj.nh.gov
          Peter E. Strniste   on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
          kcooper@rc.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
          pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
          jlerner@whitecase.com,jrubalcava@whitecase.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Creditor   Berkadia Commercial Mortgage LLC
          pj.meitl@bryancave.com,   john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11            Date Rcvd: Sep 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Raymond Pring    on behalf of Creditor   Laura Scannell rpring@pringlaw.com,   cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,    rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
               m
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,    USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor   Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
               kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee   W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,    kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,    pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,    robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,    rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,    mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,    rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
               rwestermann@hf-law.com,    rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor   c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,    dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,    rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,    kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7          User: frenchs               Page 10 of 11                  Date Rcvd: Sep 26, 2012
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,    msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor   CWCapital Asset Management LLC
               sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,    pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,    cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,    jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
```

```
District/off: 0422-7           User: frenchs              Page 11 of 11             Date Rcvd: Sep 26, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
      William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
      Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

                                                                                              TOTAL: 412