**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division

**TO:**                                              **In re:**  Circuit City Stores, Inc.

                                                     **Case Number**   08−35653−KRH
                                                     **Chapter**   11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*12436* − Motion to Compel filed by Robert A. Koenig. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

__    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__    Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

__

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

__    Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__    Not accompanied by proof of service indicating service of motion upon parties required to be served.

__    Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

__    Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

_X_   Official Form 20A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__    Official Form 20B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__    Date, time and/or location omitted or incorrect in Notice of Hearing.

__    Notice of Hearing/Response not properly linked to Motion/Application/Objection

_X_   Also missing is a Notice Of Hearing. Obtain hearing date and time from Courtroom Deputy

***A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov***

Date:   September 27, 2012                          CLERK, UNITED STATES BANKRUPTCY COURT

                                                    By /s/ Suzanne French, Deputy Clerk
[igmotionvDec2009.jsp]                              Direct Dial Telephone No. 804−916−2419

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs            Page 1 of 11            Date Rcvd: Sep 27, 2012
                              Form ID: igmotion        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2012.
cr              +Robert A. Koenig,    PO Box 41,    Manchester, NH 03105-0041
10168307         R.J. Ventures, LLC,    c/o Contrarian Capital Management,    411 West Putman Ave. # 425,
                  Greenwich, CT 06830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2012**                      **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs             Page 2 of 11              Date Rcvd: Sep 27, 2012
                              Form ID: igmotion         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2012 at the address(es) listed below:

      Aaron L. Hammer   on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
      Aaron R. Cahn   on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
      Adam K. Keith   on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
      Alan Michael Noskow   on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
      Albert F. Quintrall   on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
      Alexander W. Stiles   on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
      Alexander Xavier Jackins   on behalf of Creditor  Engineered Structures, Inc. ajackins@seyfarth.com
      Alison Ross Wickizer Toepp   on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
      Ambika Joline Biggs   on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
      Amy Pritchard Williams   on behalf of Creditor  Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
      Andrea Campbell Davison   on behalf of Creditor  Discovery Communications, Inc. davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
      Andrea M. Sullivan   on behalf of Creditor  Craig-Clarksville Tennessee LLC andrea.sullivan@troutmansanders.com
      Andrew Rapp   on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
      Andrew Edward Macfarlane   on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
      Andrew H. Herrick   on behalf of Creditor  County of Albemarle aherrick@albemarle.org
      Andrew Kelly Rudiger   on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com, jaturner@kaufcan.com;nlferguson@kaufcan.com
      Andrew Lynch Cole   on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
      Andrew M. Brumby   on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
      Andrew S. Conway   on behalf of Creditor  Taubman Landlords aconway@taubman.com
      Angela Sheffler Abreu   on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
      Anitra D. Goodman Royster   on behalf of Creditor  Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
      Ann E. Schmitt   on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
      Anne C. Lahren   on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
      Anne C. Murphy   on behalf of Creditor  State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
      Anne Elizabeth Braucher   on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
      Anne G. Bibeau   on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
      Annemarie G. McGavin   on behalf of Creditor  Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
      Anthony J. Cichello   on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
      Arthur S. Weitzner   on behalf of Transferee Donald Emerick arthur@weitzner.com
      Aryeh E. Stein   on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
      Ashley M. Chan   on behalf of Creditor  City of Philadelphia achan@hangley.com, ecffilings@hangley.com
      Augustus C. Epps   on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
      Belkys Escobar   on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
      Benjamin C. Ackerly   on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com, cloving@hunton.com
      Benjamin Joseph Lambiotte   on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
      Bhavik Dalpat Patel   on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
      Brad R. Godshall   on behalf of Creditor Committee  Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
      Bradford F. Englander   on behalf of Creditor  Alliance Entertainment Corporation benglander@wtplaw.com, wbatres@wtplaw.com
      Brenda M. Whinery   on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
      Brett Christopher Beehler   on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.com
      Brian D. Huben   on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
      Brian F. Kenney   on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
      Brittany Jane Nelson   on behalf of Creditor Karl Engelke bnelson@foley.com
      Bruce H. Matson   on behalf of Creditor  Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Byron Z. Moldo   on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
      C. Christopher Meyer   on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
      Carl A. Eason   on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
      Catherine Elizabeth Creely   on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
      Charles Gideon Korrell   on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
      Charles W. Chotvacs   on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11               Date Rcvd: Sep 27, 2012
                              Form ID: igmotion         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
      similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
      rredfield@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
      nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
      ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
      cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
      cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
      cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
      cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
      craig.young@kutakrock.com,
      lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@yahoo.com,
      cpalik@mhlawyers.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;jmackie@mhlawyers.com;dtayman@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
      cmanchester@reedsmith.com,
      shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
      sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
      individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
      kcornnell@dowlohnes.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
      dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
      cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
      bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation
      dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
      Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
      scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
      phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
      Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
      rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
      tleonard@gfrlaw.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
      drichards@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

```
District/off: 0422-7           User: frenchs               Page 4 of 11                   Date Rcvd: Sep 27, 2012
                               Form ID: igmotion          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
       denise.mondell@ct.gov
      Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
       America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
      Denyse  Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
      Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
       caaustin@comcast.net
      Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
      Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
       dludman@brownconnery.com
      Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
       dkappler@rdwlawcorp.com
      Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
       dfoley@mcguirewoods.com,
       pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
      Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
       rours@wileyrein.com;khertz@wileyrein.com
      Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
       mayle@hooverslovacek.com
      Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
       wenditaylor@toase.com;lmares@toase.com
      Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
       ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
       echarley@hansonbridgett.com
      Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
       klgatesbankruptcy@klgates.com
      Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
       ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
      Eugene  Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
       ffm@bostonbusinesslaw.com
      Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
       fpepler@peplermastromonaco.com
      Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
       rudzikf@dor.state.fl.us
      Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
       mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
      Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
      Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
      Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
       jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German  Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
       alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
       notices@becket-lee.com
      Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
      Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
       gbrown@pszjlaw.com
      Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
       agbankcal@ag.tn.gov
      Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
       gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
       christine@virginia-lawyers.net
      Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
       ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
      H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale  Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,
       jwest@kkgpc.com;nclayborn@kkgpc.com

```
District/off: 0422-7          User: frenchs              Page 5 of 11              Date Rcvd: Sep 27, 2012
                              Form ID: igmotion          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
         Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,   droberts1949@live.com
         Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
         Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
         Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
         Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
         J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
         J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
          sparson@mckennalong.com
         Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
          toof.jackson@arentfox.com
         Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
         James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
         James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
         James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
          bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
         James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
         James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
         James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
          ell@spottsfain.com;tmoore@spottsfain.com
         James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
         James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com,   acole@rossbanks.com
         James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
         James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
          jburke@orrick.com
         Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
         Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
          admin@meiburgerlaw.com
         Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
          ecf@krcl.com
         Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
         Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
          jharbour@hunton.com
         Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
         Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
          Jeff.Klusmeier@ago.mo.gov
         Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
         Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
         Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
          elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
         Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          jpomerantz@pszjlaw.com
         Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
         Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
         Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
         Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
         Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
         Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com
         Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
         Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          tmartin@bklawva.com,;wcasterlinejr@bklawva.com;mhowes@bklawva.com
         Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
         Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11              Date Rcvd: Sep 27, 2012
                               Form ID: igmotion          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
               jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
              Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com
              Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
               jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
              Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
               Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
              Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
              Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
              John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
              John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;ktaylor@wmlawgroup.com
              John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
              John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
              John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
              John J. Lamoureux   on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
              John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
               jroche@perkinscoie.com,
               ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
              John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
              John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
              John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
               rours@wileyrein.com
              John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
              Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
               jstorper@hansonbridgett.com
              Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
              Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
               Cross Blue Shield bankruptcy@morrisoncohen.com
              Joshua D. McKarcher   on behalf of Defendant   Broadridge Financial Solutions, Inc., aka
               Broadridge Investor Communication Solutions, Inc., aka Broadridge Output Solutions, Inc., aka
               Broadridge Securities Processing Solutions, Inc. jmckarcher@cov.com
              Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
               harvell@seeger-law.com
              Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
               cloving@hunton.com
              Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com, rours@wileyrein.com
              Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com,
               beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
              Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
              Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
              Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
              Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
              Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com
              Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
```

```
District/off: 0422-7          User: frenchs              Page 7 of 11               Date Rcvd: Sep 27, 2012
                              Form ID: igmotion          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
      kimberly.pierro@kutakrock.com,
      sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com, margaret@rlglegal.com
      Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;mkoeniger@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lhudson@sandsanderson.com
      Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com,
      lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
      Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com,
      was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, rstein@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us,   sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation mark@taxva.com,   amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com,   dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com,   akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7          User: frenchs               Page 8 of 11                  Date Rcvd: Sep 27, 2012
                              Form ID: igmotion           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
        sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
        Michael Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
        Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
        Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
        mcrowley@asm-law.com
        Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
        michael.hastings@leclairryan.com,    tonya.whitt@leclairryan.com
        Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
        Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,    kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
        mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
        ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
        mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
        Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
        Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
        eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
        swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
        crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
        lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
        eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
        msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
        Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
        nwhittenburg@millermartin.com,    mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
        jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
        jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
        pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
        tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
        rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
        hall@bwst-law.com,    marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
        dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
        om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
        lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
        Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
        kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
        pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
        jlerner@whitecase.com,jrubalcava@whitecase.com
        Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
        pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
        pj.meitl@bryancave.com,    john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11           Date Rcvd: Sep 27, 2012
                              Form ID: igmotion          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Raymond  Pring   on behalf of Creditor Laura Scannell rpring@pringlaw.com,   cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor  Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor  Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,   rours@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor  LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com
              Richard D. Scott    on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney  Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
               m
              Richard E. Lear    on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor  Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,   USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor  Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor  Columbia Plaza Joint Venture cjensen@hillrainey.com,
               kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor  Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor  Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,   pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant  Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,   robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor  CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor  United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor  Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,   mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,   rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant  D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant  Eastman Kodak Company
               rwestermann@hf-law.com,   rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor  Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,   dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,   rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor  Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,   kcain@mcguirewoods.com;lneilson@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor  The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor  McKinley, Inc. sdrucker@honigman.com
```

```
District/off: 0422-7           User: frenchs              Page 10 of 11              Date Rcvd: Sep 27, 2012
                               Form ID: igmotion          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
      Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
      Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
      Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;cgreene@ltblaw.com
      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler   on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com, cdixon@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
      Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.   USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer   on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
      William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com
      William D. Bayliss   on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
      William Daniel Prince   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11              Date Rcvd: Sep 27, 2012
                               Form ID: igmotion          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zmarak  Khan   on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               zmarak.khan@dlapiper.com,  Jason.Karaffa@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                          TOTAL: 412
```