David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
ccolby@vanblk.com

*Local Counsel for County of Alameda Treasurer - Tax Collector*

John T. Seyman, CA State Bar No. 122508
(Admitted *pro hac vice*)
**Office of County Counsel**
**County of Alameda**
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

*Counsel for County of Alameda Treasurer - Tax Collector*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

### **ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**

THIS MATTER came before the Court upon the Motion for Leave to Appear Telephonically (the "Motion") seeking permission for John T. Seyman, Esq. to appear telephonically at the hearing set for 2:00 p.m. on Tuesday, October 9, 2012, regarding the Liquidating Trust's Omnibus Objections to Claims (Dkt. No.12272).  After review of the Motion, the Court finds that adequate notice of the Motion has been provided, no other further notice is necessary or required, and it is appropriate that the Motion be granted.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

2. John T. Seyman may appear telephonically at the hearing scheduled for 2:00 p.m. on Tuesday, October 9, 2012. John T. Seyman shall make appropriate arrangements with the Courtroom Deputy for such appearance.

ENTERED:

United States Bankruptcy Judge

I ask for this:

/s/ Timothy Boykin
David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA 23218
Tel. 804-237-8800
Fax 804-237-8801
ccolby@vanblk.com
*Local Counsel for County of Alameda Treasurer-Tax Collector*

John T. Seyman, CA State Bar No. 122508
(Admitted *pro hac vice*)
**Office of County Counsel**
**County of Alameda**
1221 Oak Street, Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org
*Counsel for County of Alameda Treasurer-Tax Collector*

## CERTIFICATE OF SERVICE

I certify that the foregoing Order has been endorsed by all appropriate counsel.

/s/ Timothy Boykin
David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41477)
Timothy Boykin (VSB #81886)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com
tboykin@vanblk.com

4832-2479-4641, v. 1