# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Fonegear, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Fonegear
2139 Austin Ave
Rochester Hills, MI 48309

**New Address [Creditor]**
Fonegear
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: 10/3/12

Respectfully submitted,

By:
Signature: [signed]
Print Name: Jay Strindman
Title: President