IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-35653 |
| Circuit City Stores, Inc., | : |  |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

## AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 7, 2012, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 12363]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 7, 2012

_____
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this September 7, 2012, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| Contration Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | | Greenwich | CT | 06830 | 12363 | Transferee |
| Dollinger Lost Hills Associates | James A Tiemstra | Law Offices of James A Tiemstra | Tribune Tower | 1111 Broadway Ste 1501 | Oakland | CA | 94607-4173 | 12363 | Transferor |
| Dollinger Lost Hills Associates LP | | 555 Twin Dolphin Dr Ste 600 | | | Redwood City | CA | 94065 | 12363 | Notice Party |