IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------------------- x
In re:                                               :  Chapter 11
                                                     :
                                                     :  Case No. 08-35653
Circuit City Stores, Inc.,                           :
                                                     :
                                                     :  Jointly Administered
            Debtors.                                 :
                                                     :
----------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 21, 2012, I caused copies of the
- Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 12369]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 21, 2012

_____
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this September 21, 2012, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MSCI 2007-IQ13 Retail 5555 | Attn Juan Mira | c/o LNR Partners, LLC | 1601 Washington Ave, Ste 700 | Miami Beach | FL | 33139 | 12350 | $ 2,385,453.33 | $ 2,385,453.33 | 12369 | Transferee |
| St Louis Mills | Ronald M Tucker | Simon Property Group | 225 W Washington St | Indianapolis | IN | 46204-3435 | 12350 | $ 2,385,453.33 | $ 2,385,453.33 | 12369 | Transferor |
| St Louis Mills Limited Partnership | | PO Box 409887 | | Altanta | GA | 30384-9887 | 12350 | $ 2,385,453.33 | $ 2,385,453.33 | 12369 | Notice Party |

In re: Circuit City Stores, Inc. et al.
USBC Case No. 08-35653 (KRH)

Page 1 of 1

9/21/2012