IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------- x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
                                                           :   Case No. 08-35653
Circuit City Stores, Inc.,                                 :
                                                           :
                                                           :   Jointly Administered
              Debtors.                                     :
                                                           :
---------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 28, 2012, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 12412, 12414, 12416, 12429 and 12430]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: September 28, 2012

/s/ Jennifer Goldman
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this September 28, 2012, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| American Systems Corporation | Jennifer Hadley | 14151 Park Meadow Dr | | Chantilly | VA | 20151 | 12431 | Transferor |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | Greenwich | CT | 06830 | 12412 | Transferee |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | Greenwich | CT | 06830 | 12414 | Transferee |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | Greenwich | CT | 06830 | 12416 | Transferee |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | Greenwich | CT | 06830 | 12429 | Transferee |
| Dover Master Fund II LP | Attn Vladimir Jelisavcic | c o Longacre Management LLC | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 12429 | Transferor |
| Trane Us Inc | C O Wagner Falconer & Judd Ltd | Mark O Anderson | 1700 IDS CTR | Minneapolis | MN | 55402 | 12412 | Transferor |
| United States Debt Recovery XI LP | | 940 Southwood Blvd Ste 101 | | Incline Village | NV | 89451 | 12431 | Transferee |
| WRI Camp Creek Marketplace II LLC | Attn Jenny J Hyun Esq | c o Weingarten Realty Investors | 2600 Citadel Plaza Dr Ste 125 | Houston | TX | 77008 | 12416 | Transferor |
| WRI Overton Plaza LP | Attn Jenny J Hyun Esq | c o Weingarten Realty Investors | 2600 Citadel Plz Dr Ste 125 | Houston | TX | 77008 | 12414 | Transferor |