# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al ) | Chapter 11 |
| ) | |
| **Debtors** ) | Jointly Administered |
| ) | |

## WITHDRAWAL OF APPEARANCE

Alan M. Noskow, Esq. hereby withdraws his notice of appearance and request for notice as filed on behalf of Cokem International, Inc., Navarre Corporation, and CC Plaza Joint Venture, LLP.

Dated:  October 11, 2012                      Respectfully submitted,

/s/ Alan M. Noskow
Alan M. Noskow (VSB # 51094)
PATTON BOGGS LLP
2550 M St NW
Washington, DC 20037
Phone:  (202) 457-5331
Fax:  (202) 457-6315
E-mail:  anoskow@pattonboggs.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Withdrawal of Appearance to be served via electronic service this 11th day of October, 2012, to the Core Group service list and the 2002 list in accordance with the Order Establishing Notice, Core Management, and Administrative Procedures.

/s/ Alan M. Noskow