*Muriel To Yang*

Mercy Ridge,  Apt. L-404

2525 Pot Spring Road

Timonium, MD  21093

October 3, 2012

U. S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA  23219



In reference to

Circuit City Stores, Inc.

Effective immediately, please change my mailing address to the following:

    Mercy Ridge,  Apt. L-404

    2525 Pot Spring Road

    Timonium,  MD  21093

Thank you for your kind assistance

_Muriel To Yang_ (signature)
Muriel To Yang