CASE # 08-35653-KRH
DOC # 12428

A. UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF VIRGINIA RICHMOND DIVISION

B CLAIMANT: Ken J Young
2836 Bayhill Woods Cove
Collierville, TN 38017



#5162
EXPLANATION OF CLAIM: LUMP SUM SEVERANCE

EQUAL TO THE PRODUCT of 1 TIMES BOTH THE EXECUTIVE'S

BASE SALARY AND TARGET ANNUAL BONUS per 9.3

of my EMPLOYMENT AGREEMENT AND 1 YEAR PAYMENT

EQUAL TO PERQUISITES - CAR ALLOWANCE.

c. Per attachment (A) of my employment agreement
due to a change-in-control severance benefits are
payable. The claim is for base pay (annual) of $285,200
+ Target Bonus of $114,080. (x1.20 for maximum bonus payout)
40%
+ perquisites of $6396 - car allowance
    The Court sent me a notice of liquidating trust's
59 Omnibus Objection to Claims: Fixing of Certain Unliquidated
Claims, Reduction of Certain Partially Invalid Claims, or Disallowance

of Certain Invalid Claims, as applicable (severance)
that reduced the claim to $312,811.00 with no
explanation other than : Books and Records: Reduce

I have no idea why the amount is reduced. I was
employed and paid through the end of March, 2009 as
per attachment (B) my W-2 showing I was paid $73,408.28
or roughly 25% of my annual salary of $285,200 (attachment C).

If the maximum bonus payout of 1.2 times the target bonus is
not applicable then the claim amount per my agreement
should be $285,200 base salary + $114,080 bonus + $6396 car
allowance or a total of $405,476. This is the
amount I am requesting the Court restore my claim
#5162 to as per my employment agreement.

I did not receive or submit a termination letter and I
was paid through the end of March 2009.

Ⓐ

Ken J. Young
Employment Agreement
Page 11 of 15

For purposes of this Article 9, "Affiliate" shall mean with reference to a specified Person, any Person that directly or indirectly through one (1) or more intermediaries controls or is controlled by or is under common control with the specified Person. For purposes of this definition, "control" (including, with correlative meaning, the terms "controlled by" and "under common control with"), as used in respect to any Person, shall mean the possession, directly or indirectly, of the power to direct or cause the direction of management and policies of such Person, whether through ownership of voting securities or by contract or otherwise.

**9.3. Change-in-Control Severance Benefits.** If at any time during the Term of this Agreement there is a Change in Control of the Company and the Executive's employment is terminated for any reason other than death, Disability, Retirement, Voluntary Termination, or Involuntary Termination for Cause within the one (1) year period following the Change in Control, the Company shall provide to the Executive the following:

(a) Base Salary and all other benefits due him as if he had remained an employee pursuant to Articles 5 through the remainder of the month in which the termination occurs, less applicable withholding taxes and other authorized payroll deductions;

*185,200 Salary*

(b) A lump-sum severance allowance in an amount that is equal to the product of one (1) times both the Executive's Base Salary at the rate in effect immediately prior to the termination and the Executive's target Annual Bonus established for the fiscal year in which the Executive's termination of employment occurs;

*114 080 bonus*

*22 876 Max bonus additional*

(c) Continuation at the same cost to the Executive as existed as of the Effective Date of Termination of Agreement of all health, welfare, and benefit plan participation for one (1) full year following employment termination;

*6 396 Car allowance*

(d) Provision of outplacement services for a period of three (3) months for the Executive;

(e) A lump-sum payment equal to the one (1) year cost of perquisites outlined in Article 5.6 above; and

*428,492*

*533 Car Allowance × 12 = $6396.*

(f) Any unvested stock options or any outstanding restricted stock, excluding restricted stock grants issued under a performance based plan, that would become vested (that is, transferable and non-forfeitable) if the Executive remained an employee through the Initial Term or the then current Renewal Period of this Agreement will become vested as of the date of the Executive's termination of employment. The Executive must satisfy the tax withholding requirements.

**9.4. Excise Tax Equalization Payment.** In the event that the Executive becomes entitled to severance benefits under this Agreement or any other agreement with or plan of the Company (in the aggregate, the "Total Payments"), if any of the Total Payments will [be subject to the tax (the "Excise Tax") imposed by Section 4999 of the Code] or any similar excise tax that may hereafter be imposed), the Company shall pay to the Executive in cash an additional amount (the "Gross-Up Payment"), such that the net amount retained by the Executive after deduction of any Excise Tax upon the Total Payments and any federal, state, and local income tax and Excise Tax upon the Gross-Up Payment provided for by this Article 9.4 (including FICA and FUTA), shall be equal to the Total Payments. The Company shall

Initials

**Form W-2 — Copy 1**

| Field | Value |
|---|---|
| b Employer identification number (EIN) | 54-0493875 |
| c Employer's name, address, and ZIP code | CIRCUIT CITY STORES, INC / PO BOX 5695 / GLEN ALLEN, VA 23058 |
| 12a See instructions for Box 12 | (C) |
| 12b D | 1658.16 |
| 1 Wages, tips, other compensation | 71750.12 |
| 2 Federal income tax withheld | 9452.91 |
| 3 Social security wages | 73408.28 |
| 4 Social security tax withheld | 4551.31 |
| 5 Medicare wages and tips | 73408.28 |
| 6 Medicare tax withheld | 1064.42 |
| 13 Retirement plan | X |

e/f Employee's name, address, and ZIP code

KEN J YOUNG
14478 ST ANDREWS LN
ASHLAND, VA 23005-3175

**REISSUED STATEMENT**

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

Employee's social security number
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

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| VA | 30540493875F001 | 71750.12 | 5031.06 | | | |

Form W-2 Wage and Tax Statement 2009    Department of the Treasury-Internal Revenue Service    OMB # 1545-0008    Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return

---

**Form W-2 — Copy 2**

| Field | Value |
|---|---|
| b Employer identification number (EIN) | 54-0493875 |
| c Employer's name, address, and ZIP code | CIRCUIT CITY STORES, INC / PO BOX 5695 / GLEN ALLEN, VA 23058 |
| 12a See instructions for Box 12 C | 309.14 |
| 12b D | 1658.16 |
| 1 Wages, tips, other compensation | 71750.12 |
| 2 Federal income tax withheld | 9452.91 |
| 3 Social security wages | 73408.28 |
| 4 Social security tax withheld | 4551.31 |
| 5 Medicare wages and tips | 73408.28 |
| 6 Medicare tax withheld | 1064.42 |
| 13 Retirement plan | X |

e/f Employee's name, address, and ZIP code

JATCIR
KEN J YOUNG
14478 ST ANDREWS LN
ASHLAND, VA 23005-3175

**REISSUED STATEMENT**

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return

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

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| VA | 30540493875F001 | 71750.12 | 5031.06 | | | |

Form W-2 Wage and Tax Statement 2009    Department of the Treasury-Internal Revenue Service    OMB # 1545-0008    Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return

---

**Form W-2 — Copy B**

| Field | Value |
|---|---|
| b Employer identification number (EIN) | 54-0493875 |
| c Employer's name, address, and ZIP code | CIRCUIT CITY STORES, INC / PO BOX 5695 / GLEN ALLEN, VA 23058 |
| 12a See instructions for Box 12 C | 309.14 |
| 12b D | 1658.16 |
| 1 Wages, tips, other compensation | 71750.12 |
| 2 Federal income tax withheld | 9452.91 |
| 3 Social security wages | 73408.28 |
| 4 Social security tax withheld | 4551.31 |
| 5 Medicare wages and tips | 73408.28 |
| 6 Medicare tax withheld | 1064.42 |
| 13 Retirement plan | X |

e/f Employee's name, address, and ZIP code

KEN J YOUNG
14478 ST ANDREWS LN
ASHLAND, VA 23005-3175

**REISSUED STATEMENT**

This information is being furnished to the Internal Revenue Service

Copy B—To Be Filed With Employee's FEDERAL Tax Return

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

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| VA | 30540493875F001 | 71750.12 | 5031.06 | | | |

Form W-2 Wage and Tax Statement 2009    Department of the Treasury-Internal Revenue Service    OMB # 1545-0008    Copy B — To Be Filed With Employee's FEDERAL Tax Return

---

**Form W-2 — Copy C**

| Field | Value |
|---|---|
| b Employer identification number (EIN) | 54-0493875 |
| c Employer's name, address, and ZIP code | CIRCUIT CITY STORES, INC / PO BOX 5695 / GLEN ALLEN, VA 23058 |
| 12a See instructions for Box 12 C | 309.14 |
| 12b D | 1658.16 |
| 1 Wages, tips, other compensation | 71750.12 |
| 2 Federal income tax withheld | 9452.91 |
| 3 Social security wages | 73408.28 |
| 4 Social security tax withheld | 4551.31 |
| 5 Medicare wages and tips | 73408.28 |
| 6 Medicare tax withheld | 1064.42 |
| 13 Retirement plan | X |

e/f Employee's name, address, and ZIP code

KEN J YOUNG
14478 ST ANDREWS LN
ASHLAND, VA 23005-3175

**REISSUED STATEMENT**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Copy C—For EMPLOYEE'S RECORDS

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

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| VA | 30540493875F001 | 71750.12 | 5031.06 | | | |

Form W-2 Wage and Tax Statement 2009    Department of the Treasury-Internal Revenue Service    OMB # 1545-0008    Copy C — For EMPLOYEE'S RECORDS (see Notice to Employee on back)



Ken Young - Circuit City - 01-15-2009



## your total rewards

# Ken Young

Our investment in you doesn't end with your paycheck. It includes compensation, retirement plans, health and insurance benefits, and even career development benefits.

This is a "snapshot in time" of our investment in you for your contribution to our success. This table summarizes the total value of the pay and benefits you've received from us. The amounts are based on certain assumptions. For example, we've assumed you'll work with us through the end of the year to show annual amounts. This doesn't represent a promise of employment, benefit, or salary.

| Your Total Rewards | Circuit City's Contributions | |
|---|---:|---:|
| ■ Compensation | $709,433 | 96% |
| ▓ Retirement | $22,355 | 3% |
| ■ Health & Wellness | $3,485 | 0% |
| Other Rewards* | + | |
| Circuit City's Total Annual Investment | $735,273 | 100% |



\* The value of other rewards depends on how you use them.

The above snapshot is a representation of the total rewards you have received from Circuit City over a 12-month period. Equity portions of these total rewards reflect awards granted during the 12-month period ending November 30, 2008. Your equity portfolio of Circuit City-provided plans has a current value of **$513 (vested and nonvested)**. This does not include any transactions completed after November 30, 2008. This is based on a current stock price as of 4:51 ET on Nov 12 of $0.02 per share.

25,650 shares

| Circuit City's Compensation Investment | $709,433 |
|---|---:|

### Cash Compensation
as of December 31, 2008

**Annual Base Salary**
Your projected annual base pay
$285,200

**Performance Bonuses**
Paid during the last 12 months
$62,744
Current annual bonus target: 40% of base pay

**Other Cash Compensation**
Paid during the last 12 months
$27,093

**Total Cash Compensation**
$375,037

### Perquisites
as of November 30, 2008

**Car (or Car Allowance)**
Annual Value
$6,396

**Total Perquisites**
$6,396

### Long-Term Incentives

**Stock Options**
$37,800
You have received the following during the last 12-month period ending November 30, 2008:

- Total stock options: **15,000**
- Total value: **$37,800**



Case 08-35653-KRH   Doc 12428   Filed 09/24/12   Entered 09/24/12 20:23:04   Desc
Main Document     Page 28 of 52

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT D**
**REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS**

| Date Filed | Claim Number | Name Address | Notice Name | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24/2008 | 369<br>2000036902 | GROSSE, ANDREW | | $110,352.23 | U | CIRCUIT CITY STORES, INC. | $0.00 | General Unsecured | CIRCUIT CITY STORES, INC. | Claimant's severance is being allowed on claim 8223. |
| 1/23/2009 | 5162<br>2000516201 | KEN J YOUNG<br>2836 Bayhill Woods Cove<br>Collierville, TN 38017 | | $422,096.00 | U | CIRCUIT CITY STORES, INC. | $312,811.00 | General Unsecured | CIRCUIT CITY STORES, INC. | The claim is being reduced to the amount of severance due according to the debtors' books and records |
| 1/27/2009 | 5740<br>2000574001 | SISE, BRAD A<br>1020 108TH AVE NE APT NO<br>BELLEVUE, WA 98004 | | $205,463.70 | U | CIRCUIT CITY STORES, INC. | $182,176.00 | General Unsecured | CIRCUIT CITY STORES, INC. | The claim is being reduced to the amount of severance due according to the debtors' books and records. |
| 1/27/2009 | 6038<br>2000603801 | BADE, BRIAN M<br>11200 PRESCOTT PL<br>GLEN ALLEN, VA 23059 | | $323,200.00 | U | CIRCUIT CITY STORES, INC. | $250,961.00 | General Unsecured | CIRCUIT CITY STORES, INC | The claim is being reduced to the amount of severance due according to the debtors' books and records. |

severance