# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
—
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
302-651-3273
DIRECT FAX
302-651-3001
EMAIL ADDRESS
CHRISTOPHER.HEANEY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 10, 2012

Suzanne French
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

RE:   In re Circuit City Stores, Inc.
      (Case No. 08-35653 (KRH))

Dear Ms. French:

Per our conversation, please remove attorneys Gregg M. Galardi and Ian S. Fredericks from the electronic case filing (ECF) notifications for the above referenced cases. Messrs. Galardi and Fredericks are no longer with Skadden, Arps, Slate, Meagher and Flom LLP and as such no further notifications should be sent to their attention.

Please feel free to contact me should you have any questions.

Respectfully,

Christopher M. Heaney
Legal Assistant