UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                               :
                                                     :     Chapter 11
Circuit City Stores, Inc., et al.                    :
                                                     :     Case No. 08-35653
                                                     :
                                        Debtors.     :     (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS  (and 13063)

**PLEASE TAKE NOTICE** that Gary Schmidt, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, including claim numbers 5306, 8208, 13062 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Gary Schmidt | Gary Schmidt |
| 830 Carnellian Lane | c/o Liquidity Solutions, Inc |
| Peachtree City, GA 30269 | One University Plaza, Suite 312 |
|  | Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Gary Schmidt

By: _____

Its: _____

Date: August 26, 2011

_____
Pat Nichelson
Notary Public

