UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:

Circuit City Stores, Inc., et al.

                         Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

---

## NOTICE OF CHANGE OF ADDRESS

*(and 6686)*

**PLEASE TAKE NOTICE** that James M. Freeman, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims (as listed on the Debtors' schedules or on proofs of claim filed in the cases), including claim number 6683 (with respect solely to the general unsecured claim of $52,373) and the full amount of claim number 6684, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| James M. Freeman<br>10307 Sageglow<br>Houston, TX 77089 | James M. Freeman<br>c/o Liquidity Solutions, Inc.<br>One University Plaza, Ste 312<br>Hackensack, NJ 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

James M. Freeman

By: _____
Its: PAYEE
Date: July 1ST, 2011

KIM HUYNH TRAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-24-15

Notary Public