

October 11, 2012



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, Virginia 23219

Dear Sir or Madam:

On January 26, 2009 Wisconsin Power & Light Company filed a proof of claim in the
amount of $6045.04. This claim was in regard to the bankruptcy filing for Circuit City
Stores Inc, Case#08-35653, Eastern District of Virginia. Wisconsin Power & Light Co.
would like to withdraw this claim.

Attached you will find the original proof of claim. If you have any questions concerning
this matter, please contact Alliant Energy at 800-255-4268.

Sincerely

Alliant Energy Credit & Collections

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT   EASTERN   DISTRICT OF   VIRGINIA | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor   Circuit City Stores Inc | Case Number   08-35653 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Wisconsin Power & Light | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br><br>300 Sheridan Avenue<br>Centerville, IA 52544<br><br>Telephone number: (800) 255-4268 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☑ Check box if the address differs from the address on the envelope sent to you by the court. | **COPY**<br><br>THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____ |
|---|---|

| **1. Basis for Claim** | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
|---|---|
| ☑ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Wages, salaries, and compensation (fill out below)<br><br>Your SS #: ____  ____  ____<br><br>Unpaid compensation for services performed<br><br>from _____ to _____<br>     (date)        (date) |

| **2. Date debt was incurred:** | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:**   $ _6045.04_

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **5. Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate   ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral:   $_____<br><br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | **6. Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| **7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>**RECEIVED**<br>**JAN 2 6 2009**<br>**KURTZMAN CARSON CONSULTANTS** |
|---|---|

| Date<br>01/15/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>*Paul Koestner* |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*