Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NINTH ORDER REGARDING LIQUIDATING TRUST'S FIFTEENTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE
OF CERTAIN DUPLICATE CLAIMS
<u>AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a further status conference on December 6, 2012 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                                                  HONORABLE KEVIN R. HUENNEKENS
                                                  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      */s/ Lynn L. Tavenner*
                                      Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
Liquidating Trust's Fifteenth Omnibus Objection to Landlord Claims
**EXHIBIT A**
**OBJECTIONS ADJOURNED TO DECEMBER 6, 2012**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 44 North Properties LLC<br>Patricia A Borenstein Esq<br>Miles & Stockbridge PC<br>10 Light St<br>Baltimore, MD 21202 | 8777 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Acadia Realty Limited Partnership fka Mark Centers Limited Partnership<br>Attn Daniel J Ansell<br>Greenberg Traurig LLp<br>200 Park Ave<br>New York, NY 10166 | 13802 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America, N.A., as trustee for the registered holders of<br>GMAC Commercial Mortgage Securities, Inc., Mortgage PassThrough<br>Certificates, Series 1998-C2<br>c/o Capmark Finance Inc.<br>Attn: Peyton Inge<br>700 N. Pearl Street<br>Dallas, TX 75201 | 9721 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9488 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Registered Holders of the Morgan Stanley Capital Inc Commercial Mortgage Pass Through Certificates Series 1997 C1 c/o Capmark Finance Inc. Peyton Inge<br>700 N. Pearl Street, Suite 2200<br>Dallas, TX  75201 | 9899 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br>Creditor Notice Name: Peyton Inge<br>Address:<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 10030 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9050 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9704 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9734 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9707 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Bank of America, N.A., as successor-by-merger to laSalle Bank National Association, as Trustee for the Registered holders of GMAC Commercial Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 1997-C1<br>c/o Capmark Finance Inc.<br>Peyton Inge<br>700 N. Pearl Street, Suite 2200<br>Dallas, TX  75201 | 9449 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Bond Circuit I Delaware Business Trust<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13448 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Bond Circuit I Delaware Business Trust<br>Creditor Notice Name: Attn James S Carr & Robert L LeHane<br>Address:<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 14935 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Bond Circuit IV Delaware Business Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ  07102-5310 | 8796 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC<br>325 Ridgeview Drive<br>Palm Beach, FL 33480 | 9477 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Brighton Commercial LLC<br>Christian & Barton LLP<br>909 E Main St ASte 1200<br>Richmond, VA 23219 | 14345 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Capmark Finance Inc<br>Keith M Aurzada & John C Leininger<br>Bryan Cave LLP<br>2200 Ross Ave Ste 3300<br>Dallas, TX  75201 | 14363 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Investors 1996 17<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 7162 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Properties LLC<br>Atten:  Michelle Ingle<br>c/o FBL Financial Group, Inc.<br>5400 University Ave.<br>West Des Moines, IA 50266 | 14005 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8102 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group t a Parkway Plaza Vestal NY<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8104 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Centro Properties Group ta Valley Crossing Hickory NC<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1604 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Circuit IL Corp<br>Sigmond Sommer Properties<br>280 Park Avenue, 4th Floor, West Building<br>New York, NY 10017 | 5027 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Circuit Investors Fairfield Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT  06511 | 14548 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CMAT 1999 C1 Kelly Road LLC<br>c/o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 5005 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CMAT 1999 C2 Moller Road LLC<br>c/o Mindy A. Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, FL 33131 | 4994 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CW Capital Asset Management LLC as Special Servicer<br>on Behalf of Wells Fargo Bank NA<br>Brent Procida<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 7233 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Daniel G Kamin Flint LLC<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA  15232-0234 | 11573 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| FW CA Brea Marketplace LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 13446 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| FW CA Brea Marketplace LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY  10178 | 12796 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| FW CA Brea Marketplace, LLC<br>Attn Randy Shoemaker<br>c o Regency Centers LP<br>One Independent Dr Ste 114<br>Jacksonville, FL  32202-5019 | 14382 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Inland Southwest Management LLC<br>Attn: Karen C. Bifferato & Kelly M. Conlan<br>Connolly Bove Ldge & Hutz LLP<br>The Nemours Bldg 1007 N. Orange St.<br>PO Box 2207<br>Wilmington, DE 19807 | 14928 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Inland Western Avondale McDowell LLC<br>c/o Bert Bittouma Esq.<br>Inland Real Estate Group<br>2901 Butterfield Rd., 3rd Fl.<br>Oak Brook, IL 60523 | 8943 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company as Trustee<br>c o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | 8613 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St Ste 1700<br>Chicago, IL  60602 | 8561 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M Miller Esq<br>Neal Gerber & Eisenberg LLP<br>Two N. LaSalle St., Ste. 1700<br>Chicago, IL  60602 | 8611 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| OLP CCFERGUSON LLC<br>c/o Michelle McMahon, Esq.<br>1290 Avenue of the Americas<br>NewYork,NY 10104 | 14418 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14245 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| ORIX Capital Markets LLC<br>c/o Lawrence A Katz Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14245 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24038-4125 | 8947 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates, LP<br>c o Scott M. Shaw, Esq.<br>763 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402 | 14965 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12792 | EXHIBIT H<br>DUPLICATE CLAIMS TO BE EXPUNGED |
| RC CA Santa Barbara LLC<br>Attn James S Carr Esq &<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12797 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 9178 | EXHIBIT D<br>CLAIMS TO BE RECLASSIFIED |
| The Hutensky Group LLC agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1897 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| The Woodmont Company<br>Attn Carol Ware Bracken Pres Investment Services<br>2100 W 7th St<br>Fort Worth, TX 76107 | 14440 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Trader Joe's East, Inc.<br>Eugene M. Magier, Esq.<br>687 Highland Avenue<br>Suite 1<br>Needham, MA 02494 | 4983 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| U.S. Bank National Association, as purchaser of assets of Park National Bank Attn: Richard C Maxwell, Esq.<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Suite 1400<br>Roanoke, VA 24011 | 14793 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| UBS Realty Investors LLC agent for Wayside Commons Investors LLC ta Wayside Commons Burlington MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 1898 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery III LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 6025 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 7735 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | 14519 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Vestar OCM LLC<br>c o William Novotny<br>Mariscal Weeks McIntye & Friedlander PA<br>2901 N Central Ave Ste 200<br>Phoenix, AZ  85012 | 8227 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| WEC 96D Niles Investment Trust<br>Neil D Goldman Esq<br>Young Goldman & Van Beek PC<br>510 King St Ste 416<br>Alexandria, VA 22314 | 9647 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9441 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas , TX  75201 | 9741 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX  75201 | 9450 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Woodmont Sherman LP<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 11526 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Woodmont Sherman LP<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13421 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |