Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**SECOND ORDER REGARDING LIQUIDATING TRUST'S FORTY-SECOND
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-Second

Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the

---
[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on

Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further notice or service of the Objection need

be given; and it further appearing that no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing that the relief requested on the

Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and

other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Court will conduct a status conference on December 6, 2012 at 2:00

p.m. for all Claims identified on Exhibit A attached hereto.

2.     The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

3.     The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

4.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 13445 | 700 Jefferson Road II LLC<br>Attn James S Carr<br>Robert L LeHane<br>Kelley Dyre & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12465 | Benderson Properties Inc and<br>Donald E Robinson<br>Attn James S Carr Robert L<br>LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| 12089 | Berkshire Management Corp<br>Agent for Berkshire Amherst<br>LLC ta Amherst Crossing<br>Amherst NH<br>c o David L Pollack<br>Ballard   Spahr   Andrews   &<br>Ingersoll LLP 1735 Market St<br>51st Fl<br>Philadelphia, PA 19103-7599 |
| 13462 | DDR MDT Fairfax Town Center<br>LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12840 | DDR Norte LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 11782 | Shoppes At River Crossing LLC<br>c o Stephen Warsh<br>General Growth<br>Properties Inc 110 N<br>Wacker Dr BSC 1 26<br>Chicago, IL 60606 |

1

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
| --- | --- |
| 12770 | Shoppes of Beavercreek Ltd<br>Attn Kimberly A<br>Pierro Esq Kutak Rock<br>LLP<br>1111 E Main St Ste 800<br>Richmond, VA 23219 |
| 9366 | SJ Collins Enterprises LLC<br>Goodman Enterprises LLC DeHart<br>Holdings LLC and Weeks Properties<br>GC Holdings LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12193 | SOUTHAVEN TOWNE CENTER<br>II LLC<br>C O SCOTT M SHAW ESQ<br>HUSCH BLACKWELL<br>SANDERS LLP 2030<br>HAMILTON PL BLVD STE<br>150<br>CHATTANOOGA, TN 37421 |
| 12676 | Southland Center Investors LLC<br>C O NIFONG<br>REALTY INC 2181 S<br>ONEIDA ST STE 1<br>GREEN BAY, WI 54304 |
| 11581 | SOUTHROADS LLC<br>DEBBIE PATE<br>C O MD<br>MANAGEMENT INC<br>5201 JOHNSON DR<br>STE 450<br>MISSION, KS 66205 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 5559 | Southwinds Ltd<br>Aaron Gafni Esq<br>Greenberg Glusker Fields Claman<br>& Macht 1900 Avenue of the<br>Stars Ste 2100<br>Los Angeles, CA 90067 |
| 12855 | Starpoint Properties LLC<br>c o LNR Partners LLC<br>2005 C1 Shoopes of Plantation<br>Acres LLC 1601 Washington Ave<br>Ste 700<br>Miami Beach, FL 33139 |
| 2901 | Station Landing LLC<br>John C La Liberte<br>Esq Sherin and<br>Lodgen LLP 101<br>Federal St<br>Boston, MA 02110 |
| 12684 | SVSC II LP c o Midland Loan<br>Services Inc a Delaware<br>Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox<br>974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12729 | Sweetwater Associates<br>Limited Partnership<br>Attn Kerrie L Ozarski Real Estate<br>Manager c o StepStone Real<br>Estate Services 2750 Womble Rd<br>Ste 101<br>San Diego, CA 92106-6114 |
| 12730 | Sweetwater Associates<br>Limited Partnership<br>Attn Kerrie L Ozarski Real Estate<br>Manager c o StepStone Real<br>Estate Services 2750 Womble Rd<br>Ste 101<br>San Diego, CA 92106-6114 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 12656 | Tanurb Burnsville LP<br>c o Tanurb<br>Developments Inc 56<br>Temperance St 7th Fl<br>Toronto, Ontario M5H 3V5 |
| 8939 | TEAM RETAIL WESTBANK LTD<br>ATTN WORTH R<br>WILLIAMS 9362<br>HOLLOW WAY RD<br>DALLAS, TX 75220 |
| 11000 | The City Portfolio LLC, et al.<br>Red Mountain as Successor in Interest to T c/o Contrarian Capital Management, L.L.C. 411 West Putnam Ave Ste 425<br>Greenwich, CT 06830 |
| 1897 | The Hutensky Group LLC<br>agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 12071 | The Irvine Company Fashion Island Shopping Center<br>c o Liquidity Solutions Inc One University Plz Ste 312<br>Hackensack, NJ 07601 |
| 12070 | The Irvine Company The Market Place<br>c o Liquidity Solutions Inc One University Plz Ste 312<br>Hackensack, NJ 07601 |

4

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 7024 | The Marvin L Oates Trust<br>c o Trainor<br>Fairbrook Attn<br>Nancy Hotchkiss<br>980 Fulton Ave<br>Sacramento, CA 95825 |
| 12472 | The Randall Benderson 1993 1<br>Trust and WR 1 Associates LTD<br>Attn James S Carr<br>Esq Robert L<br>LeHane<br>Kelley Dyre & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 14476 | The Village at Rivergate<br>Limited Partnership<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders<br>LLP 2030 Hamilton Pl<br>Blvd Ste 150<br>Chattanooga, TN 37421 |
| 9028 | THE WEST CAMPUS SQUARE<br>CO LLC<br>C O DOLMAR INC<br>433 N CAMDEN DR STE 500<br>BEVERLY HILLS, CA 90210 |
| 7526 | The West Campus Square Company<br>LLC<br>J Bennett Friedman<br>Esq Friedman Law<br>Group<br>1900 Avenue of the Stars Ste 1800<br>Los Angeles, CA 90067-4409 |
| 8953 | Thoroughbred Village<br>Austin L McMullen<br>Bradley Arant Boult<br>Cummings LLP 1600<br>Division St Ste 700<br>Nashville, TN 37203 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 8932 | TI PT TexasLLC Dudley Mitcell Properties TX LLC Shelby Properties TX LLC and Pintar Investment Properties TX LLC c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300 Houston , TX 77002 |
| 13010 | TKG Coffee Tree LP c o Eugene Chang Stein & Lubin LLP 600 Montgomery St 14th Fl San Francisco, CA 94111 |
| 12733 | Torrance Towne Center Associates LLC c o Ian S Landsberg Landsberg Margulies LLP 16030 Ventura Blvd Ste 470 Encino, CA 91436 |
| 12808 | Torrington Triplets LLC Attn Gerald Morganstern Hofheimer Gartlir & Gross LLP 530 5th Ave 9th Fl New York, NY 10036-5115 |
| 12699 | TOWSON VF LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 |
| 12159 | Trumbull Shopping Center No 2 LLC c o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven , CT 06511 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
| --- | --- |
| 9643 | Tutwiler Properties Ltd<br>c o Heather A Lee<br>Burr & Forman LLP<br>420 N 20th St Ste<br>3400<br>Birmingham, AL 35203 |
| 9537 | Tysons Corner Holdings LLC<br>Macerich Tysons Corner<br>Superstore<br>Thomas J Leanse Esq<br>c o Katten Muchin<br>Rosenman LLP 2029<br>Century Pk E 26th Fl<br>Los Angeles, CA 310-788-4400 |
| 8107 | UBS Realty Investors LLC<br>Agent for Happy Valley Town<br>Center Phoenix AZ<br>c o David L Pollack<br>Ballard   Spahr   Andrews   &<br>Ingersoll LLP 1735 Market St<br>51st Fl<br>Philadelphia, PA 19103 |
| 1898 | UBS Realty Investors LLC<br>agent for Wayside Commons<br>Investors LLC ta Wayside<br>Commons Burlington MA<br>c o David L Pollack<br>Ballard Spahr Andrews &<br>Ingersoll LLP 1735 Market St<br>51st Fl<br>Philadelphia, PA 19103 |
| 6025 | United States Debt Recovery III LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 12115 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12121 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 5809 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 7550 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12735 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 14519 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 7735 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12819 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12588 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12589 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 8614 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 14520 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 15116 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15115 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15117 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15113 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15112 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15110 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 15118 | United States Debt Recovery V LP Assignee of Enid Two LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15109 | United States Debt Recovery V LP Assignee of Faber Brothers Inc United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15111 | United States Debt Recovery V LP Assignee of FRO LLC IX United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15099 | United States Debt Recovery V LP Assignee of Johnstown Shopping Center LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15072 | United States Debt Recovery V LP Assignee of Rancon Realty Fund IV United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 12992 | Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partners t a Fort Evans Plaza II Leesburg c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 14798 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14796 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14802 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14801 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14793 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 14797 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14794 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 9633 | UTC I LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tryon St Charlotte, NC 28202 |
| 12526 | Valley Corners Shopping Center LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tyron St Charlotte, NC 28202 |
| 9746 | Ventura in Manhattan Inc Attn Pamela Griffin Esq 3424 Peachtree Rd NE 9th Fl Atlanta, GA 30326 |
| 8227 | Vestar OCM LLC c o William Novotny Mariscal Weeks McIntye & Friedlander PA 2901 N Central Ave Ste 200 Phoenix, AZ 85012 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 9953 | Victoria Estates LTD Magpond LLC Magpond A LLC and Magpond B LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 |
| 12705 | VNO MUNDY STREET LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARMUS, NJ 07652 |
| 12629 | VNO TRU DALE MABRY LLC C/O VORNADO REALTY TRUST 210 ROUTE 4 EAST PARAMUS, NJ 07652 |
| 8496 | VORNADO GUN HILL ROAD LLC ATTN MEI CHENG C O VORNADO REALTY TRUST 210 RTE 4 E PARAMUS, NJ 07652 |
| 8489 | Vornado North Bergen Tonnelle Plaza LLC Attn Mei Cheng c o Vornado Realty Trust 210 Rte 4 E Paramus, NJ 07652 |
| 12665 | Walton Hanover Investors V LLC Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 13503 | Washington Real Estate Investment Trust<br>c o Magruder Cook Carmody & Koutsouftik 1889 Preston White Dr Ste 200<br>Reston, VA 20191 |
| 12703 | Wayne VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty<br>Trust 210 Rte 4 E<br>Paramus, NJ 07652-0910 |
| 13480 | WCC Properties LLC<br>ADI Properties<br>1660 Union St Ste 400<br>San Diego, CA 92101 |
| 15261 | WCC Properties, LLC<br>Douglas A. Scott, PLC<br>1805 Monument Avenue, Suite 311<br>Richmond, VA 23220 |
| 12162 | WEA Gateway LLC<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 12911 | WEC 96 D Appleton 2 Investment Trust<br>Attn Jason Blumberg<br>Esq Loeb & Loeb<br>LLP 345 Park Ave<br>New York, NY 10154 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 9647 | WEC 96D Niles Investment Trust<br>Neil D Goldman Esq<br>Young Goldman & Van<br>Beek PC 510 King St Ste 416<br>Alexandria, VA 22314 |
| 12572 | WEC 96D Springfield 1 Investment Trust<br>Attn Jason Blumberg<br>Esq Loeb & Loeb<br>LLP 345 Park Ave<br>New York, NY 10154 |
| 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 11158 | Weingarten Miller Sheridan LLC<br>Attn Jenny J Hyun Esq<br>co Weingarten Realty<br>Investors 2600 Citadel<br>Plaza Dr Ste 125<br>Houston, TX 77008 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
| --- | --- |
| 12635 | Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty<br>Investors 2600 Citadel Plz<br>Dr Ste 125<br>Houston, TX 77008 |
| 12632 | Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty<br>Investors 2600 Citadel Plz<br>Dr Ste 125<br>Houston, TX 77008 |
| 9452 | Well Fargo Bank NA successor<br>by merger to Wells Fargo Bank<br>Minnesota NA formerly known as<br>Norwest Bank<br>Peyton Inge<br>c o Capmark Finance<br>Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 2310 | Wells Fargo Bank NA<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price &<br>Axelrod LLP 200 S Biscayne<br>Blvd Ste 2500<br>Miami, FL 33131 |
| 9438 | Wells Fargo Bank NA<br>successor by merger to Wells<br>Fargo Bank Minnesota NA fka<br>Norwest Bank Minnesota NA<br>as<br>Peyton Inge<br>c o Capmark Finance<br>Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
| --- | --- |
| 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas , TX 75201 |
| 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 10034 | Wells Fargo Bank NA Sucessor By Merger To Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA As Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 12023 | Wells Fargo Bank Northwest NA Krystal Bagshaw VP Wells Fargo Bank Northwest NA 299 S Main St MAC U1228 120 Salt Lake City, UT 84111 |
| 12416 | Wells Fargo Bank Northwest NA Attn Krystal Bagshaw 299 S Main St 12th Fl Salt Lake City, UT 86111 |
| 12004 | Wells Fargo Bank Northwest NA Krystal Bagshaw VP Wells Fargo Bank Northwest NA 299 S Main St MAC U1228 120 Salt Lake City, UT 84111 |
| 12009 | Wells Fargo Bank Northwest NA c o Woods Rogers PLC Attn Richard C Maxwell 10 S Jefferson St Ste 1400 PO Box 14125 24038 Roanoke, VA 24011 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 12011 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers<br>PLC Attn Richard C<br>Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>24038 Roanoke,<br>VA 24011 |
| 12012 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12013 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12014 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 13079 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers<br>PLC Attn Richard C<br>Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>24038 Roanoke,<br>VA 24011 |
| 15220 | Westgate Village LLC<br>c o Heather D Dawson<br>Esq Kitchens Kelley<br>Gaynes PC Eleven<br>Piedmont Ctr Ste 900<br>3495 Piedmont Rd NE<br>Atlanta, GA 30305 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 12160 | Wheaton Plaza Regional Shopping Center LLP c o Niclas A Ferland Esq LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl New Haven, CT 06511 |
| 12096 | William A Broscious Esq Attn Kelly Serenko Dir Lease Adm Kamin Realty Company PO Box 10234 Pittsburgh, PA 15232 |
| 8367 | Windsail Properties LLC Brenda Moody Whinery Esq Mesch Clark & Rothschild PC 259 N Meyer Ave Tucson, AZ 85701 |
| 12313 | Woodlawn Trustees Incorporated Attn Sheila deLa Cruz c o Hirschler Fleischer PC PO Box 500 Richmond, VA 23218-0500 |
| 11526 | Woodmont Sherman LP Attn James S Carr Esq Robert L LeHane E Kelley Drye & Warren LLP 101 Park Ave New York, NY 10178 |
| 13438 | WR I Associates LTD Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave New York, NY 10178 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO DECEMBER 6, 2012

| Claim Number | Name Address |
|---|---|
| 9372 | WRI Lakeside Marketplace LLC Attn Jenny J Hyun Esq c o Weingarten Realty Investors 2600 Citadel Plaza Dr Ste 125 Houston, TX 77008 |
| 12826 | WRI Seminole Marketplace LLC Attn Jenny J Hyun Esq c o Weingarten Realty Investors 2600 Citadel Plz Dr Ste 125 Houston, TX 77008 |