Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**NINTH ORDER REGARDING LIQUIDATING TRUST'S EIGHTH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,
AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference December 6, 2012 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                                  _____
                                  HONORABLE KEVIN R. HUENNEKENS
                                  UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

                      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

                      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Ninth Order Regarding Liquidating Trust's Eighth Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on December 6, 2012 at 2:00 p.m.**

| **Claim Holder** | **Claim** | **Exhibit** |
|---|---|---|
| Alexander H Bobinski as Trustee under Trust No 001<br>c o Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14248 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Alexander H Bobinski as Trustee under Trust No 1001<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219-3095 | 12498 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| AmCap Northpoint LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 9373 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| BEV CON I LLC<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 8786 | Exhibit F<br>Late Filed Claims to be Expunged |
| Centro Properties Group t a County Line Plaza Jackson MS<br>c o David L Pollock Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 8100 | Exhibit E<br>Invalid Claims to be Expunged |
| Centro Properties Group t a Midway Market Square Elyria OH<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 8486 | Exhibit G<br>Amended Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12533 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Chamberlain Plaza Meriden CT<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12538 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12532 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Midway Market Square Elyria OH<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA  19103 | 12531 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CMAT 1999 C2 Lawence Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | 12077 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CMAT 1999 C2 Ridgeland Retail LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL  33131 | 11958 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CWCapital Asset Management LLC, as Special Servicer for Bank of America N A<br>Demetrios Morakis<br>Capmark Finance, Inc.<br>701 13th St. NW, Ste. 1000<br>Washington, DC 20005 | 12832 | Exhibit E<br>Invalid Claims to be Expunged |
| CWCapital Asset Management LLC, as Special Servicer for Bank of America NA, Successor by Merger to LaSalle Bank NA, as Trustee<br>for the Holders of Nomura Asset Securities Corporation Commercial Mortgage Pass Through Certificates Series 1998 D6<br>Attn: Lawrence A. Katz and Kristen E. Burgers<br>8010 Towers Crescent Dr., Ste. 300<br>Vienna, VA 22182-2707 | 13950 | Exhibit E<br>Invalid Claims to be Expunged |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood BI, Suite 101,<br>Incline Village NV 89451 | 7984 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Dentici Family Limited Partnership<br>United States Debt Recovery V LP<br>940 Southwood BI, Suite 101,<br>Incline Village NV 89451 | 13732 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Dollar Tree Stores Inc<br>Hofheimer Gartlir & Gross LLP<br>530 5th Ave<br>New York, NY 10036-5101 | 9102 | Exhibit E<br>Invalid Claims to be Expunged |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 3733 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| EklecCo NewCo LLC<br>Attn: Kevin M. Newman, Esq.<br>Menter Rudin & Trivelpiece PC<br>308 Maltbie St., Ste. 200<br>Syracuse, NY 13204-1498 | 4251 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14901 | Exhibit D<br>Claims to be Reclassified |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13441 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| First Berkshire Properties LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13444 | Exhibit G<br>Amended Claims to be Expunged |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14511 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Janaf Shops LLC<br>Attn: Adam K. Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave.<br>2290 First National Bldg.<br>Detroit, MI 48226-3506 | 14284 | Exhibit E<br>Invalid Claims to be Expunged |
| JUBILEE-SPRINGDALE, LLC<br>Attention: Kimberly A. Pierro, ESQ.<br>Kutak Rock LLP<br>1111 E. Main Street, STE 800<br>Richmond, VA 23219 | 12771 | Exhibit G<br>Amended Claims to be Expunged |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12421 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 | 12614 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Morgan Hill Retail Venture LP<br>Pepler Mastromonaco LLP<br>Attn Frank T Pepler<br>100 First St 25th Fl<br>San Fransisco, CA 94105 | 10265 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NAP Northpoint LLC<br>Augustus C. Epps Jr., Esq.<br>Christian & Barton LLP<br>909 E Main St., Ste. 1200<br>Richmond, VA 23219-3095 | 12497 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST<br>210 RTE 4 E<br>PARAMUS, NJ 07652 | 8723 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| North Plainfield VF LLC<br>Vornado Realty Trust<br>PO Box 31594<br>Hartford, CT 06150-1594 | 13928 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| P A ACADIA PELHAM MANOR LLC<br>ATTN DANIEL J ANSELL<br>GREENBERG TRAURIG LLP<br>200 PARK AVE<br>NEW YORK, NY 10166 | 9086 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| PA Acadia Pelham Manor LLC<br>Daniel J Ansell and Howard J Berman and Heath B Kushnick<br>Greenberg Traurig LLP<br>200 Park Ave<br>New York, NY 10166 | 13777 | Exhibit E<br>Invalid Claims to be Expunged |
| Pacific Harbor Equities LLC<br>c o Hope Properties<br>3000 Pablo Kisel Blvd Ste 300C<br>Brownsville, TX 78526 | 12379 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8985 | Exhibit E<br>Invalid Claims to be Expunged |
| Raymond & Main Retail LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 | 8988 | Exhibit E<br>Invalid Claims to be Expunged |
| Ronus Meyerland Plaza LP<br>attn: Laurance J Warco<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree St NE<br>Atlanta, Georgia  30309-3996 | 12424 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit D<br>Claims to be Reclassified |
| Schiffman Circuit Props<br>Matthew W Grimshaw<br>Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 | 2623 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA  23219-3500 | 13166 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Schottenstein Property Group Inc<br>Peter J Barrett and Loc Pfeiffer<br>Kutak Rock LLP<br>Bank of America Center<br>1111 E Main St Ste 800<br>Richmond , VA  23219-3500 | 13166 | Exhibit E<br>Invalid Claims to be Expunged |
| Southland Center Investors LLC<br>Attorney Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI  54115 | 13887 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Southland Center Investors LLC<br>Atty Mark A Bartels<br>Stellpflug Law SC<br>PO Box 5637<br>De Pere, WI  54115-5637 | 12676 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12685 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 1 LLC<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 14249 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WEC 99A 3 LLC Acting by and through Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>Dallas, TX 75201 | 14135 | Exhibit E<br>Invalid Claims to be Expunged |
| WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12851 | Exhibit E<br>Invalid Claims to be Expunged |