UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that David Zargari, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, including claim numbers 7958, 7675, 7956, 7703, and 7959 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to claim numbers 7958, 7675, 7956, 7703, and 7959 or any distribution or payment thereon shall be accepted by the debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

| Former Address | New Address |
|---|---|
| David Zargari<br>2771 Farmstead Lane<br>Fort Mill, SC 29708 | David Zargari<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Ste 312<br>Hackensack, NJ 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

David Zargari

By: _[signature]_

Its: _____

Date: 10/26/12

_[Notary signature]_
Notary Public
10/26/12
Comm Ex 4/1/2020

_[Notary seal: KATHLEEN M DATZ, NOTARY PUBLIC, SOUTH CAROLINA]_