IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | } | Case No. 08-35653-KRH |
| | } | |
| CIRCUIT CITY STORES, INC., et al., | } | Chapter 11 |
| Debtors. | } | |
| _____ | } | |

### RESPONSE OF ROBERT S. KUNA TO LIQUIDATING TRUST'S OBJECTION AND REQUEST FOR REDUCTION OF ROBERT S. KUNA PROOF OF CLAIM

| Claimant Name: | Explanation of Claim | |
|---|---|---|
| KUNA, ROBERT S. | Three (3) weeks of separation | $2701.20 |
| 1041 SACKETTSFORD RD | 120 hours @ $22.51/hr as severance | |
| IVYLAND, PA 18974 | | |
| 215-598-7853 | Retention Agreement of 3/6/2008 | $3000 |
| CLAIM # 5557 | PTO 56.8 (Paid 2011) | $1278.88 |
| | | $6979.88 |
| | Credit PTO Paid | (-$1278.68) |
| | Balance Unpaid | $5701.20 |

Claimant Robert S. Kuna relies on the mathematics of agreed three (3) weeks severance pay of 120 hours at $22.51 per hour for total of $2701.20 to overrule objection of liquidation trust.

Attached hereto and marked Exhibits A and B are documents dated January 13, 2009 entitled Proof of Claim indicating corroborating total amount of $6979.88 and document indicating payment in 2011 for PTO of $1278.68, thereby leaving a balance owed of $5,701.20 in accordance with Proof of Claim filed by Robert S. Kuna.

I, Robert S. Kuna, hereby aver and verify that the facts stated heretofore are true and correct to the best of my knowledge and that all notices and responses are to be sent in care of myself as follows:

ROBERT S. KUNA

1041 SACKETTSFORD ROAD

IVYLAND, PA  18974

Phone: (h) 215-598-7853

(c) 215-570-8509

Email: kunarsk@aol.com

_____                    Oct. 27, 2012
Robert S. Kuna                                                                      Date

January 13, 2009

# Proof of Claim

**Monetary claims**

May 7, 2007– 3 weeks Separation pay.

March 6, 2008 – Retention Agreement

As of January 30, 2009

56.8 hours PTO.

ROBERT S KUNA Employee number 10311719 - Location: Philadelphia Service Center 0045

CASE NO. 08-35653

## Summary of Monies Owed.

The Service center was scheduled to close on July 1, 2008. A workforce reduction notification was given and a separation package in the form of 3 weeks pay was offered. The terms were fulfilled and payment is still due.

Amount of claim: $2701.20

On March6 ,2008 A Retention Letter Agreement was received. The letter is open ended and applies only if the service center closes or the company releases me for reasons other than poor performance. The amount due is $3000.00

## Unused PTO

The amount of unused PTO on January 30, 2009 will be approximately 56.8 hours at $22.51 @ HR. The total is $1278.68

Sum of all monies owed:

$2701.20 SEVERENCE

$3000.00 RETENTION

$1278.68 PTO

TOTAL $6979.88

EXHIBIT A



**2011 W-2 and EARNINGS SUMMARY**

**W-2 Wage and Tax Statement 2011**

Safe, accurate, FAST! Use *e-file* — Visit the IRS Web Site at *www.irs.gov/efile*

Copy C for employee's records.

| Box | Description | Amount |
|---|---|---|
| d | Control number | 000310 BALT/R9B |
| | Dept. | Corp. A | Employer use only 116 |
| c | Employer's name, address, and ZIP code | CIRCUIT CITY STORES INC LIQUIDATING TRUST, 200 WESTGATE PKWY STE100, RICHMOND VA 23233 |
| | Batch #03149 | |
| e/f | Employee's name, address, and ZIP code | ROBERT KUNA, 1041 SACKETTSFORD RD, IVYLAND PA 18974 |
| b | Employer's FED ID number | 32-0318491 |
| a | Employee's SSA number | 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 |
| 1 | Wages, tips, other comp. | 1278.68 |
| 2 | Federal income tax withheld | 398.95 |
| 3 | Social security wages | 1278.68 |
| 4 | Social security tax withheld | 53.70 |
| 5 | Medicare wages and tips | 1278.68 |
| 6 | Medicare tax withheld | 18.54 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 12b | | |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | |
| 12c | | |
| 14 | Other | 1.02 SUI |
| 12d | | |
| 15 | State PA | Employer's state ID no. 9470 1827 |
| 16 | State wages, tips, etc. | 1278.68 |
| 17 | State income tax | 39.26 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

**2011 W-2 and EARNINGS SUMMARY**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2011 pay stub plus any adjustments submitted by your employer.

| Gross Pay | 1278.68 | Social Security Tax Withheld Box 4 of W-2 | 53.70 | PA State Income Tax Box 17 of W-2 | 39.26 |
| Fed. Income Tax Withheld Box 2 of W-2 | 398.95 | Medicare Tax Withheld Box 6 of W-2 | 18.54 | SUI/SDI Box 14 of W-2 | 1.02 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 1,278.68 | 1,278.68 | 1,278.68 | 1,278.68 |
| Reported W-2 Wages | 1,278.68 | 1,278.68 | 1,278.68 | 1,278.68 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ROBERT KUNA
1041 SACKETTSFORD RD
IVYLAND PA 18974

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE:

© 2011 ADP, INC.

EXHIBIT B