| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| | |
| - and – | *Counsel for the Circuit City Stores, Inc. Liquidating Trust* |
| Robert J. Feinstein, Esq. | |
| John A. Morris, Esq. | |
| (admitted *pro hac vice*) | |
| PACHULSKI STANG ZIEHL & JONES LLP | |
| 780 Third Avenue, 36th Floor | |
| New York, New York  10017 | |
| Telephone: 212-561-7700 | |
| Telecopy: 212-561-7777 | |

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIMS OF TUCSON ELECTRIC POWER COMPANY (CLAIM NOS. 1040 AND 1691)**

On March 30, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Thirty-First Omnibus Objection To Claims (Disallowance of Certain Invalid Claims)* ("Thirty-First Omnibus Objection") [Docket No. 11809] in these cases.  The Thirty-First Omnibus Objection contained an objection to Claim Nos. 1040 and 1691 filed by Tucson Electric Power Company.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Thirty-First Omnibus Objection solely with respect to Claim Nos. 1040 and 1691 filed by Tucson Electric Power Company.

                    TAVENNER & BERAN, P.L.C.

                    */s/ Paula S. Beran*
                  Lynn L. Tavenner (VA Bar No. 30083)
                  Paula S. Beran (VA Bar No. 34679)
                  20 North Seventieth Street, 2nd Floor
                  Richmond, Virginia 23219
                  Telephone: 804-783-8300
                  Facsimile: 804-783-0178
                  Email: ltavenner@tb-lawfirm.com
                         pberan@tb-lawfirm.com

                  -and-

                  Richard M. Pachulski (CA Bar No. 90073)
                  Robert J. Feinstein (NY Bar No. RF-2836)
                  Jeffrey N. Pomerantz (CA Bar No. 143717)
                  Andrew W. Caine (CA Bar No. 110345)
                  PACHULSKI STANG ZIEHL & JONES LLP
                  10100 Santa Monica Blvd., 13th Floor
                  Los Angeles, California 90067-4100
                  Telephone: 310-277-6910
                  Facsimile:  310-201-0760
                  E-mail:rfeinstein@pszjlaw.com
                          jpomerantz@pszjlaw.com
                          acaine@pszjlaw.com

                  *Counsel to the Circuit City Stores, Inc.*
                   *Liquidating Trust*

2