| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  212-561-7700
Telecopy:  212-561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE SOLELY WITH RESPECT TO THE CLAIMS OF TUCSON ELECTRIC POWER COMPANY AND PUBLIC SERVICE OF NEW HAMPSHIRE (CLAIM NOS. 1039, 1694 AND 5164)**

On April 20, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the *Liquidating Trust's Thirty-Eighth Omnibus Objection To Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, As Applicable* ("Thirty-Eighth Omnibus Objection") [Docket No. 11849] in these cases.  The Thirty-Eighth Omnibus Objection contained an objection to Claim Nos. 1039 and 1694 filed by Tucson Electric Power Company and an objection to Claim No. 5164 filed by Public Service of

New Hampshire.

The *Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* (the "Plan") was confirmed on September 10, 2010 became effective on November 1, 2010.  Pursuant to the Plan and Liquidating Trust Agreement approved therewith, the Liquidating Trust assumed the right and responsibility of claims resolution in these cases.

The Liquidating Trust hereby withdraws the Thirty-Eighth Omnibus Objection solely with respect to Claim Nos. 1039 and 1694 filed by Tucson Electric Power Company and Claim No. 5164 filed by Public Service of New Hampshire.

                TAVENNER & BERAN, P.L.C.

                    /s/ Paula S. Beran
                Lynn L. Tavenner (VA Bar No. 30083)
                Paula S. Beran (VA Bar No. 34679)
                20 North Seventieth Street, 2nd Floor
                Richmond, Virginia 23219
                Telephone: 804-783-8300
                Facsimile: 804-783-0178
                Email: ltavenner@tb-lawfirm.com
                        pberan@tb-lawfirm.com

                -and-

                Richard M. Pachulski (CA Bar No. 90073)
                Robert J. Feinstein (NY Bar No. RF-2836)
                Jeffrey N. Pomerantz (CA Bar No. 143717)
                Andrew W. Caine (CA Bar No. 110345)
                PACHULSKI STANG ZIEHL & JONES LLP
                10100 Santa Monica Blvd., 13th Floor
                Los Angeles, California 90067-4100
                Telephone: 310-277-6910
                Facsimile:  310-201-0760
                E-mail:rfeinstein@pszjlaw.com
                        jpomerantz@pszjlaw.com
                        acaine@pszjlaw.com

                *Counsel to the Circuit City Stores, Inc.*
                 *Liquidating Trust*