# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY'S APPEARANCE
## AND REQUEST FOR TERMINATION OF ELECTRONIC SERVICE

PLEASE TAKE NOTICE that James R. Schroll hereby withdraws his appearance in the above proceedings as counsel for Madison Waldorf, LLC and requests that electronic service of pleadings be terminated. This withdrawal of appearance does not withdraw the appearance of any other attorney of the Madison Waldorf, LLC who has appeared herein.

WHERFORE, James R. Schroll respectfully requests that he be removed from the list of persons receiving electronic notice of filings in this case.

Dated: November 5, 2012

                                              Respectfully submitted,

                By:    /s/   James R. Schroll
                       James R. Schroll
                       Virginia State Bar No. 19646
                       Bean, Kinney & Korman, P.C.
                       2300 Wilson Boulevard, 7th Floor
                       Arlington, Virginia  22201
                       (703) 525-4000; (703) 525-2207 fax
                       *Attorney for Madison Waldorf, LLC*

00241419-1

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2012, a true and correct copy of the foregoing response has been served electronically using the ECF system to all registered users of the CM/ECF system who have filed notices of appearance in this matter.

Lynn L. Tavenner, Esq. (VSB # 30083)
Paula S. Beran, Esq. (VSB # 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300: (804) 783-0178 fax
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com


Jeffrey N. Pomerantz
Andrew W. Caine
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
(805) 123-4567; (310) 201-0760 fax
jpomerantz@pszjlaw.com
acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

                                        /s/ James R Schroll
                                        James R. Schroll