# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., et al. ) | Case No. 08-35653 (KRH) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE effective September 1, 2012, the firm Fox, Hefter, Swibel, Levin & Carroll, LLP, has changed its name to Fox, Swibel, Levin & Carroll, LLP. The mailing address and telephone and fax numbers remain the same; however, the website and email domains are now fslc.com.

Respectfully submitted,

Dated: November 5, 2012        OLD REPUBLIC INSURANCE COMPANY

By: /s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Fax: (804) 644-0957
E-mail: rwestermann@hf-law.com
sdelacruz@hf-law.com

*and*

Margaret M. Anderson, Esq.
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
Phone: (312) 224-1200
Fax: (312) 224-1201
E-Mail: manderson@fslc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Firm Name Change was filed and served electronically using the Court's ECF System which caused a copy to be e-mailed to all parties in interest and registered to receive ECF notice in these cases.

By: /s/ Robert S. Westermann
Robert S. Westermann, Esq.