Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 14, 2012 AT 1:00 P.M. (EASTERN)

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 14, 2012 beginning at 1:00 p.m. Eastern.

1.      (*Siegel v. iProspect.com Inc. – 10-03278-*KRH)
        Continued for Status Hearing (mediation being conducted) ; (related document(s): [11] Motion to Vacate Default Judgment) Hearing to be held on 10/09/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Pltf. (Docket No. 16)

        Related
        Documents:

        a.   Judgment for Plaintiff in the amount of $ 190,391.77 (Re: related document(s)1 Complaint filed by Alfred H. Siegel) (Docket No. 9)

        b.   Motion to Vacate *[Motion of iProspect.com, Inc. to Vacate Default Judgment and Memorandum of Points and Authorities in Support]* (Re: related document(s)9 Judgment) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. (Docket No. 11)

        c.   Notice of Hearing (Re: related document(s)11 Motion to Vacate filed by iProspect.com Inc.) filed by Dennis T. Lewandowski of Kaufman & Canoles, P. C. on behalf of iProspect.com Inc.. Hearing scheduled 7/26/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 14)

        d.   Continued to finalize settlement; (Re: related document(s)[11] Motion to Vacate filed by iProspect.com Inc.) Hearing scheduled for 11/14/2012 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 17)

        Objection
        Deadline:       Continued generally by agreement.

        Objections/
        Responses
        Filed:          None

        Status:         The matter has been settled and may be taken off the Court's docket.

2.      (*Siegel v. B.R. Fries & Associates, LLC – 10-03382-KRH*)
        Hearing continued; (related document(s): [5] Motion to Dismiss Adversary Proceeding)

Hearing to be held on 10/09/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  L. Tavenner for Pltf. (Docket No. 28)

Related
Documents:

a.  Motion to Dismiss Adversary Proceeding (Re: related document(s)1 Complaint filed by Alfred H. Siegel) filed by Daniel M. Press of Chung & Press, P.C. on behalf of B.R. Fries & Associates, LLC. Hearing scheduled 2/24/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: 1 Notice of Motion) (Docket No. 5)

b.  Motion to Continue *(THE LIQUIDATING TRUSTEES MOTION TO CONTINUE FEBRUARY 24, 2011 HEARING ON DEFENDANTS MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM)* (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 6)

c.  Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/9/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 9)

d.  Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/7/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 10)

e.  Hearing continued (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 11)

f.  Hearing continued; (related document(s): 5 Motion to Dismiss Adversary Proceeding) Hearing to be held on 02/07/2012 at 02:00 PM at Judge Huennekens Court Room #5000, 701 E. Broad St., Richmond, VA. (Docket No. 12)

g.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 4/12/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 22)

h.  Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 5/10/2012

at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Plaintiff. (Docket No. 23)

i.   Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 6/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 24)

j.   Hearing continued by agreement (no parties need appear at hearing set for 6/7/12); (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 25)

k.   Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 8/23/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Pltf. (Docket No. 26)

l.   Hearing continued; (Re: related document(s)5 Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled 9/19/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 27)

m.   Hearing continued; (Re: related document(s)[5] Motion to Dismiss Adversary Proceeding filed by B.R. Fries & Associates, LLC) Hearing scheduled for 11/14/2012 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 29)

Objection
Deadline:        Continued by agreement

Objections/
Responses
Filed:           None

Status:          The parties conducted an initial mediation but continued the same for an additional exchange of information.  Accordingly, the Trust respectfully requests that the matter be continued until December 6, 2012.

3.   (*Siegel v. Interactive Toy Concepts, Inc – 10-03241-KRH*)
Motion to Strike – *MOTION TO STRIKE ANSWER AND ENTER DEFAULT JUDGMENT MEMORANDUM OF POINTS AND AUTHORITIES* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel.  Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Attachments: # (1) Exhibit(s)) (Docket No. 7)

Related
Documents:

    a.   Adversary case 10-03241. Complaint against Interactive Toy Concepts, Inc filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. Nature of Suit: (11 (Recovery of money/property - 542 turnover of property)), (12 (Recovery of money/property - 547 preference)), (14 (Recovery of money/property - other)) Associated Bankruptcy Case Number: 3:08-bk-35653 (Docket No. 1)

    b.   Answer to Complaint (Related Doc #1) filed by Douglas Scott of Douglas A. Scott, PLC on behalf of Interactive Toy Concepts, Inc. (Docket No. 4)

    c.   Stipulation and Consent Order For Mediation (Docket No. 6)

    d.   Hearing continued; order to be submitted requiring mediation within 30 days (Re: related document(s)[7] Motion to Strike filed by Alfred H. Siegel) Hearing scheduled for 11/14/2012 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Pltf. (Docket No. 9)

Objection
Deadline:    October 6, 2012

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    The matter has settled in concept.  Accordingly, the Trust requests that the Court continue the matter until December 6, 2012 at 2:00 p.m. for documentation and consummation of the Settlement.

4.    Motion for Approval of Agreement (*Motion For Entry Of An Order Approving Settlement Between Circuit City Stores, Inc. Liquidating Trust and Chi Mei Entities*) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12544)

Related
Documents:

    a.   Notice of Motion and Notice of Hearing (Re: related document(s)[12544] Motion for Approval of Agreement filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 11/14/2012 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12545)

Objection
Deadline:          November 7, 2012

Objections/
Responses
Filed:             None

Status:            The Trust will request that the Court grant the Motion.

5.      Motion to Approve *(Motion For Entry Of An Order (I) Requiring That Certain Documents Be Filed Under Seal And (II) Providing For Procedures Protecting Confidential Information And Memorandum In Support Thereof)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12567)

Related
Documents:

a.      Notice of Motion and Notice of Hearing (Re: related document(s)[12567] Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 11/14/2012 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12568)

Objection
Deadline:          November 11, 2012

Objections/
Responses
Filed:             None

Status:            The Trust will request that the Court grant the Motion.

Dated: Richmond, Virginia
   November 12, 2012

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*