Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIRD ORDER REGARDING LIQUIDATING TRUST'S SIXTH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID UNLIQUIDATED CLAIMS AND
<u>FIXING OF CERTAIN UNLIQUIDATED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibits C through E</u> attached to the Objection be disallowed or fixed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that, except as extended by agreement with certain Claimants, no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases

2.      The Court will conduct a status conference on December 6, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit B</u> attached hereto.

3.      The Liquidating Trust's rights to object to any claim identified on Exhibit B on any grounds that applicable law permits are not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the

2

claimants included on the exhibits to this Order on or before five (5) business days from

the entry of this Order.

     5.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH

## EXHIBIT A

| | | CLAIMS TO BE DISALLOWED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 30-Jan-09 | 10202 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc.<br>08-35653 |
| 30-Jan-09 | 10203 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | InterTAN, Inc.<br>08-35655 |
| 30-Jan-09 | 10204 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores West Coast, Inc.<br>08-35654 |
| 30-Jan-09 | 10205 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC<br>08-35661 |
| 30-Jan-09 | 10206 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Purchasing Company, LLC<br>08-35657 |
| 30-Jan-09 | 10207 | American Home Assurance Company<br>American Home Assurance Company Canada et al<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY 10270 | | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC<br>08-35660 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH

## EXHIBIT A

| | | CLAIMS TO BE DISALLOWED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 30-Jun-09 | 14124 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Properties, LLC 08-35661 |
| 30-Jun-09 | 14125 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC 08-35657 |
| 30-Jun-09 | 14126 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | InterTAN, Inc. 08-35655 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH

**EXHIBIT A**

| | | CLAIMS TO BE DISALLOWED | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 30-Jun-09 | 14127 | American Home Assurance Company American Home Assurance Company Canada American International Specialty Lines Insurance Company AIU Insurance Company Granite State Insurance Company Lexington Insurance Company National Union Fire Insurance Company of Pittsburgh PA New Hampshire Insurance Company Canada The Insuran Attn Michelle A Levitt 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jun-09 | 14151 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc Attn Michelle A Levitt Esq Law Dept 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 30-Jun-09 | 14152 | American Home Assurance Company et al and Certain Other Affiliates of the AIU Holdings Inc Attn Michelle A Levitt Esq Law Dept 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores PR, LLC 08-35660 |
| 31-Mar-10 | 14898 | American Home Assurance Company American Home Assurance Company Canada Chartis Specialty Lines Insurance Company et al Michelle A Levitt Authorized Representative 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14899 | American Home Assurance Company American Home Assurance Company Canada Chartis Specialty Lines Insurance Company et al Michelle A Levitt Authorized Representative 175 Water St 18th Fl New York, NY 10038 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KR

**EXHIBIT B**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE HEARD AT DECEMBER 6, 2012 STATUS CONFERENCE** | | | | | |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 28-Jan-09 | 7368 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | PRAHS, INC. 08-35670 |
| 28-Jan-09 | 7369 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Patapsco Designs, Inc. 08-35667 |
| 28-Jan-09 | 7370 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Sky Venture Corp. 08-35668 |
| 28-Jan-09 | 7372 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Properties, LLC 08-35661 |
| 28-Jan-09 | 7373 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores PR, LLC 08-35660 |
| 28-Jan-09 | 7374 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Courchevel, LLC 08-35664 |
| 28-Jan-09 | 7375 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | CC Aviation, LLC 08-35658 |
| 28-Jan-09 | 7377 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Orbyx Electronics, LLC 08-35662 |
| 28-Jan-09 | 7378 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Purchasing Company, LLC 08-35657 |
| 28-Jan-09 | 7379 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Mayland MN, LLC 08-35666 |

| | | CLAIMS TO BE HEARD AT DECEMBER 6, 2012 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 28-Jan-09 | 7380 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | XSStuff, LLC 08-35669 |
| 28-Jan-09 | 7381 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 28-Jan-09 | 7382 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 28-Jan-09 | 7383 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Kinzer Technology, LLC 08-35663 |
| 28-Jan-09 | 7384 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc. 08-35653 |
| 28-Jan-09 | 7385 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Old Republic Risk Management Inc Lawrence J Francione 445 S Moorland Rd Ste 300 Brookfield, WI 53005 | unliquidated (unsecured); unliquidated (secured) | Abbott Advertising Agency, Inc. 08-35665 |
| 28-Jan-09 | 7386 | Old Republic Insurance Company of Canada c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | Paul M Field Old Republic Insurance Company of Canada 100 King St West Box 557 Hamilton, ON  L8N 3K9 Canada | unliquidated (unsecured); unliquidated (secured) | Circuit City Stores, Inc. 08-35653 |
| 06-Mar-09 | 11721 | California Self Insurers Security Fund Louise J Cisz Esq Gina Fornario Esq Nixon Peabody LLP One Embarcadero Ctr 18th Fl San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores, Inc. 08-35653 |
| 06-Mar-09 | 11811 | California Self Insurers Security Fund Louise J Cisz Esq Gina Fornario Esq Nixon Peabody LLP One Embarcadero Ctr 18th Fl San Francisco, CA 94111 | | unliquidated (priority); unliquidated (secured) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jun-09 | 13899 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

| | | CLAIMS TO BE HEARD AT DECEMBER 6, 2012 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 30-Jun-09 | 13901 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 30-Jun-09 | 14089 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Purchasing Company, LLC 08-35657 |
| 30-Jun-09 | 14090 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Properties, LLC 08-35661 |
| 30-Jun-09 | 14091 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Courchevel, LLC 08-35664 |
| 30-Jun-09 | 14094 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores PR, LLC 08-35660 |
| 30-Jun-09 | 14144 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Patapsco Designs, Inc. 08-35667 |
| 30-Jun-09 | 14214 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Kinzer Technology, LLC 08-35663 |
| 30-Jun-09 | 14215 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | PRAHS, INC. 08-35670 |
| 30-Jun-09 | 14350 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Mayland MN, LLC 08-35666 |
| 30-Jun-09 | 14367 | Old Republic Insurance Company of Canada c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

| | | CLAIMS TO BE HEARD AT DECEMBER 6, 2012 STATUS CONFERENCE | | | |
|---|---|---|---|---|---|
| Date Filed | Claim Number | Name & Address | Additional Notice Address | Claim Amount | Debtor |
| 30-Jun-09 | 14368 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Orbyx Electronics, LLC 08-35662 |
| 30-Jun-09 | 14369 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Sky Venture Corp. 08-35668 |
| 30-Jun-09 | 14370 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | Abbott Advertising Agency, Inc. 08-35665 |
| 30-Jun-09 | 14371 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | XSStuff, LLC 08-35669 |
| 30-Jun-09 | 14373 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | CC Aviation, LLC 08-35658 |
| 30-Jun-09 | 14374 | Old Republic Insurance Company c o Margaret Anderson Fox Hefter Swibel Levin & Carroll LLP 200 W Madison St Ste 3000 Chicago, IL 60606 | | unliquidated (administrative) | CC Distribution Company of Virginia, Inc. 08-35659 |
| 01-Jul-09 | 14405 | Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company Attn Toni Price Jackson Walker LLP 112 E Pecan St Ste 2400 San Antonio, TX 78205 | | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14971 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | California Self Insurers Security Fund Louis J Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 31-Mar-10 | 14973 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | California Self Insurers Security Fund Louis J Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 07-Apr-10 | 15004 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | California Self Insurers Security Fund Louis J Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA  94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |

| CLAIMS TO BE HEARD AT DECEMBER 6, 2012 STATUS CONFERENCE | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 13-May-10 | 15030 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | California Self Insurers Security Fund Louis J Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores West Coast, Inc. 08-35654 |
| 13-May-10 | 15031 | California Self Insurers Security Fund PO Box 22510 Sacramento, CA 95822 | California Self Insurers Security Fund Louis J Cisz III Nixon Peabody LLP One Embarcadero Ctr 18th Fl Ste 1800 San Francisco, CA 94111 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |
| 01-Jul-09 | 14487 | Walter Lee Swain Jr 756 Granite Ridge Dr Ft Worth, TX 76179 | Swain Jr, Walter Lee 756 Granite Ridge Drive Fort Worth, TX 76179 | unliquidated (administrative) | Circuit City Stores, Inc. 08-35653 |