UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Circuit City Stores, Inc., et al. | : |
| | : Case No. 08-35653 |
| | : |
| Debtors. | : (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, THE NEWS-GAZETTE, INC. a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 1809 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

THE NEWS-GAZETTE, INC.
Amy L Twohey Esq
Webber & Thies PC
PO Box 189
Urbana, IL 61803-0189

New Address

THE NEWS-GAZETTE, INC.
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

By: _John L Reed_
Its: _CFO_
Date: _10/23/2012_