**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES INC.,** | § | |
| | § | **Case No. 08-35653-KRH** |
| Debtor. | § | |
| | § | **Jointly administered** |

<u>**NOTICE OF CHANGE OF ADDRESS**</u>


PLEASE TAKE NOTICE that effective November 26, 2012, the law firm of Sutherland Asbill & Brennan LLP ("Sutherland") will relocate its Washington, DC offices.  The new physical address for Sutherland is as follows:

Sutherland Asbill & Brennan LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980


PLEASE TAKE FURTHER NOTICE that all future correspondence, notices, pleadings and other documents should be directed to Sutherland at the address noted above; all telephone numbers, facsimile numbers and e-mail addresses for Sutherland will remain unchanged.

Dated:   November 16, 2012
Washington, DC


SUTHERLAND ASBILL & BRENNAN LLP


By:    /s/ Mark Sherrill
Mark D. Sherrill (*pro hac vice*)
700 Sixth Street, NW
Suite 700
Washington, DC  20001-3980
Tel:    (202) 383-0100
Fax:    (202) 637-3593