Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**SECOND ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID UNLIQUIDATED CLAIMS AND FIXING OF <u>CERTAIN UNLIQUIDATED CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Twenty-Third Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C and D attached to the Objection be disallowed or fixed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on December 6, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

         - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

         - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                         */s/ Lynn L. Tavenner*
                                         Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

| | | CLAIMS TO BE DISALLOWED | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Claim Number** | **Name & Address** | **Additional Notice Address** | **Claim Amount** | **Debtor** |
| 30-Jan-09 | 10202 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | CIRCUIT CITY STORES, INC. |
| 30-Jan-09 | 10203 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | INTERTAN, INC. |
| 30-Jan-09 | 10204 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | CIRCUIT CITY STORES WEST COAST, INC. |
| 30-Jan-09 | 10205 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | CIRCUIT CITY PROPERTIES, LLC |
| 30-Jan-09 | 10206 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | CIRCUIT CITY PURCHASING COMPANY, LLC |
| 30-Jan-09 | 10207 | AMERICAN HOME ASSURANCE COMPANY<br>AMERICAN HOME ASSURANCE COMPANY CANADA ET AL<br>David A Levin Authorized Representative<br>AIG Bankruptcy Collections<br>70 Pine St 28th Fl<br>New York, NY  10270 | | 0.00 | CIRCUIT CITY STORES PR, LLC |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**

| | | CLAIMS TO BE CONTINUED | | |
|---|---|---|---|---|
| Date Filed | Claim No. | Name & Address | Proposed Amount | Debtor(s) |
| 28-Jan-09 | 7368 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | PRAHS, INC. |
| 28-Jan-09 | 7369 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | PATAPSCO DESIGNS, INC. |
| 28-Jan-09 | 7370 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | SKY VENTURE CORP. |
| 28-Jan-09 | 7372 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CIRCUIT CITY PROPERTIES, LLC |
| 28-Jan-09 | 7373 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CIRCUIT CITY STORES PR, LLC |
| 28-Jan-09 | 7374 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | COURCHEVEL, LLC |
| 28-Jan-09 | 7375 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CC AVIATION, LLC |
| 28-Jan-09 | 7377 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | ORBYX ELECTRONICS, LLC |

| CLAIMS TO BE CONTINUED ||||
|---|---|---|---|---|
| Date Filed | Claim No. | Name & Address | Proposed Amount | Debtor(s) |
| 28-Jan-09 | 7378 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CIRCUIT CITY PURCHASING COMPANY, LLC |
| 28-Jan-09 | 7379 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | MAYLAND MN, LLC |
| 28-Jan-09 | 7380 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | XSSTUFF, LLC |
| 28-Jan-09 | 7381 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. |
| 28-Jan-09 | 7382 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CIRCUIT CITY STORES WEST COAST, INC. |
| 28-Jan-09 | 7383 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | KINZER TECHNOLOGY, LLC |
| 28-Jan-09 | 7384 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | CIRCUIT CITY STORES, INC. |
| 28-Jan-09 | 7385 | OLD REPUBLIC INSURANCE COMPANY<br>Old Republic Risk Management Inc<br>Lawrence J Francione<br>445 S Moorland Rd Ste 300<br>Brookfield, WI  53005 | 0.00 | ABBOTT ADVERTISING AGENCY, INC. |

| CLAIMS TO BE CONTINUED | | | | |
|---|---|---|---|---|
| Date Filed | Claim No. | Name & Address | Proposed Amount | Debtor(s) |
| 28-Jan-09 | 7386 | OLD REPUBLIC INSURANCE COMPANY OF CANADA<br>Paul M Field<br>Old Republic Insurance Company of Canada<br>100 King St West<br>Box 557<br>Hamilton, ON  L8N 3K9<br>CANADA | 0.00 | CIRCUIT CITY STORES, INC. |
| 30-Jan-09 | 9249 | VERIZON COMMUNICATIONS INC SUBSIDIARIES<br>Darrl S Laddin Esq<br>Arnall Golden Gregory LLP<br>171 17th St NW Ste 2100<br>Atlanta, GA  30363-1031 | 0.00 | CIRCUIT CITY STORES, INC. |