Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS <u>APPLICABLE (PAID TIME OFF)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-Fifth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable (Paid Time Off)* (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit B</u> attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit A</u>.

    3.    The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever fixed in the amount specified on <u>Exhibit B</u> for all purposes in these bankruptcy cases.

    4.    The Claims identified on <u>Exhibit C</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Court will conduct a status conference on December 6, 2012 at 2:00 p.m. for all Claims identified on <u>Exhibit D</u> attached hereto.

    6.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              */s/ Lynn L. Tavenner*_____
                                              Lynn L. Tavenner

**EXHIBIT A**
**REDUCED CLAIMS**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Proposed Modified Claim Amount | Proposed Modified Claim Class | Debtor(s) | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/7/2009 | 2885 | Deckler, David A.<br>1501 Alvarado St. No. 324<br>Oceanside, CA 92054 | $ 2,156.00 | U | $ 1,089.49 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/23/2009 | 5368 | Catron, Jacob<br>2180 Davis Oaks Ct.<br>Stone Mountain, GA 30087 | $ 1,678.74 | U | $ 1,683.86 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/26/2009 | 5707 | Lukasz Maczka<br>9346 Landings Ln. Unit 202<br>Des Plaines, IL 60016-5225 | $ 2,225.75 | U | $ 79.56 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/28/2009 | 6897 | Thomas Fox<br>47 Bridgewater Rd.<br>New Milford, CT 06776 | $ 1,268.42 | U | $ 288.22 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/28/2009 | 7200 | Fronduto, Nicholas James<br>2 Sycamore Ave.<br>Middleton, MA 01949-2344 | $ 1,289.74 | U | $ 331.89 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/28/2009 | 7294 | Charles R. Spillner<br>1922 Oaktree Trl<br>Lake Villa, IL 60046 | $ 9,601.19 | U | $ 57.04 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 1/29/2009 | 7868 | Dan Erickson<br>7737 Brunswick Rd.<br>Darien, IL 60561 | $ 1,510.68 | U | $ 90.72 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |
| 6/30/2009 | 14227 | Infantino, Sarah<br>927 Union Street<br>Leominster, MA 01453-5180 | $ 874.83 | U | $ 384.43 | General Unsecured | Circuit City Stores, Inc. | The Trust's books and records reflect a lesser amount of forfeited paid time off than was claimed. |

EXHIBIT B
CLAIMS TO BE FIXED

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Comments |
|---|---|---|---|---|---|---|---|---|
| 1/13/2009 | 3466 | Talavera, William Rene<br>10535 Black Iron Rd.<br>Louisville, KY 40291-4002 | $482.98 | U | Circuit City Stores, Inc. | $ 482.99 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/23/2009 | 4746 | Meck, Jonathan Arthur<br>4409 Primrose Ct. Apt P20<br>Sheboygan, WI 53081 | $0.00 | U | Circuit City Stores, Inc. | $ 219.53 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/26/2009 | 5283 | Rudd, Thomas A.<br>619 West 33rd Street<br>Richmond, VA 23225 | $0.00 | U | Circuit City Stores, Inc. | $ 2,360.72 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/26/2009 | 5854 | Ronald Evans<br>6811 Carnation St. Apt H<br>Richmond, VA 23225 | $0.00 | U | Circuit City Stores, Inc. | $ 798.74 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/27/2009 | 5896 | William Mallory<br>107 Hawk Nest Ct.<br>Richmond, VA 23227-1271 | $0.00 | U | Circuit City Stores, Inc. | $ 500.04 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/27/2009 | 6032 | Pannell Jr., George E.<br>2108 Coolbrook Dr.<br>Richmond, VA 23229 | $0.00 | U | Circuit City Stores, Inc. | $ 562.34 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/27/2009 | 6285 | James P. Morgan<br>54 Twin Oaks<br>New Millford, CT 06776-1047 | $0.00 | P | Circuit City Stores, Inc. | $ 3,838.77 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/27/2009 | 6375 | Sanchez, Ernesto<br>524 Peach Way<br>San Marcos, CA 92069 | $0.00 | U | Circuit City Stores, Inc. | $ 744.81 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/29/2009 | 8416 | Percy alisia Guillory<br>23469 Preston Rd.<br>Kinder, LA 70648 | $0.00 | U | Circuit City Stores, Inc. | $ 773.48 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 1/30/2009 | 9390 | Lawrence, Harold<br>4019 Gregory<br>Zion, IL 60099 | $0.00 | U | Circuit City Stores, Inc. | $ 370.67 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 6/1/2009 | 13221 | Joesph L. Webb<br>621 W. South Street<br>Clinton, IL 61727-2124 | $0.00 | U | Circuit City Stores, Inc. | $ 1,595.99 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |
| 6/26/2009 | 13775 | Angela Jane Incollingo<br>670 Bel Air Dr. W<br>Vista, CA 92084 | $0.00 | U | Circuit City Stores, Inc. | $ 263.43 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |

**EXHIBIT C**
**CLAIMS TO BE EXPUNGED**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Comments |
|---|---|---|---|---|---|---|---|
| 1/27/2009 | 5695 | Sam, Roeun<br>820 Bristlecone Way<br>Modesto, CA 95351 | $ 951.70 | U | Circuit City Stores West Coast, Inc. | $0.00 | The claimant was paid for all forfeited paid time off on a priority basis and, thus, is not entitled to any additional amounts on an unsecured basis. |
| 1/29/2009 | 8519 | Neil III, AJ<br>3207 Martha St. Apt. 301<br>Honolulu, HI 96815 | $ 1,790.55 | U | Circuit City Stores, Inc. | $0.00 | The Trust's books and records do not reflect any forfeited paid time off for this claimant. |

LA 260118                                                                 Page 1 of 1

**EXHIBIT D**
**CONTINUED CLAIMS**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Proposed Modified Claim Class | Comments |
|---|---|---|---|---|---|---|---|---|
| 12/29/2008 | 2020 | Martin, James Harvey<br>7545 N. Ring Ter.<br>Citrus Springs, FL 34434 | $834.11 | U | Circuit City Stores, Inc. | $ 834.11 | General Unsecured | Claim was filed for an unliquidated amount and must be fixed at a specified amount. |