November 15, 2012



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street, Room 4000
Richmond, Virginia 23219

RE:   United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division
      Circuit City Stores, Inc., et al; Chapter 11 Case No. <u>08-35653-</u>KRH
      <u>OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN
      PARTIALLY INVALID CLAIMS... (LONG TERM INCENTIVE PLAN)</u>

**Claimant's Name:**   Laura McDonald
**Claim Number:**      8101
**Claim Amount:**      $40,000

Dear Sir:

I am writing to file a request to overrule the <u>Objection to the Reduction of Certain Partially Invalid Claims</u> related to the Long Term Incentive Plan (LTIP) offered to certain associates in the Circuit City Stores, Inc. Store Support Center on January 7, 2008. As a Director of Financial Planning and Analysis, I participated in the LTIP via the enclosed Award Letter and Total Direct Compensation Table which explicitly shows a Target Long-Term Incentive Award of $40,000.

In order to be eligible for the plan payout, an associate was required to remain employed through the payout date which in past years occurred during the month of May. I was no longer employed by the company in May, 2009 due to the company's bankruptcy declaration and subsequent massive layoff of Store Support Center personnel. However, the Change in Control clause on Outstanding Awards states that as long as one is employed on a full time basis with the company through and including the date on which a Change of Control of the company occurs, then any restrictions on one's outstanding awards shall lapse as of such date. I was employed in good faith on a full time basis through the November 10, 2008 bankruptcy declaration date, and I am therefore entitled to the full amount of the award.

Sincerely,

*Laura McDonald*

Laura McDonald
109 Fairways Drive
Hendersonville, TN 37075
(615) 788-9493
klmmcdonald@me.com