UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                              :
                                                    :   Chapter 11
Circuit City Stores, Inc., et al.                   :
                                                    :   Case No. 08-35653
                                                    :
                          Debtors.                  :   (Jointly Administered)
---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that WILLIAM P. CIMINO, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 13665 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

WILLIAM P. CIMINO
15 ALBERMARLE AVENUE    ALBEMARLE
Richmond, VA 23226

New Address

WILLIAM P. CIMINO
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

William P. Cimino

By: _WPC_____

Date: November 21, 2012