Chad A. Kubica
24126 Matthew Pl.
Santa Clarita, CA 91321
661 287 0066
November 16, 2012



To:
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street Room 4000
Richmond, VA 23219

Copy:
Jeffrey N. Pomerantz Esq.
Andrew W. Caine Esq.
Pachulski Stang Ziehl and Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

Lynn L. Tavenner Esq.
Paula S. Beran Esq.
Tavenner and Beran PLC
20 North 8th Street, 2nd floor
Richmond, VA 23219

**Response to the Objection**

**Bankruptcy Court:** United States Bankruptcy Court for the Eastern District of Virginia Richmond Division

**Debtors:** Circuit City Stores, Inc., et al

**Case Number:** 08-35653 (KRH)

**Title of Objection:** Response to the Objection Liquidating Trusts Forty Seventh Omnibus objection to Claims: LIQUIDATING TRUST'S FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS (MULTIPLE HR PROGRAMS CLAIMED)

**Claim:**
Claimant: Chad A. Kubica, 24126 Matthew Pl, CA 91321
Amount of Claim: $40,000.00
Claim number: 7086
Explanation: Short Term Incentive Award program from Circuit Stores Inc. awarded to claimant on October 9, 2008.

I am writing in response to the Objection expunging the claim relative to the Short Term Incentive program. This claim represents wages that are due under the terms of the agreement as an employee of the organization meeting the requirements set forth under the terms of the award and should not be expunged.

Details of the agreement can be found in the award letter (On File with Court) from Eric A. Jonas, Senior Vice President of Human Resources. Mr. Jonas has personal knowledge of the revenant facts of this program as well as the spirit and intent of the terms of the award.

The Bankruptcy Court should overrule expunging the award amount based on the terms of the agreement item 2) Change of Control "If you remain continuously employed on a full-time active basis with the Company through and including the date on which a Change of Control of the Company occurs, then any unvested portion of your outstanding Target Cash Incentive Award will vest as of such date and will be paid to you in a lump sum cash payment within 75 days thereafter. For this purpose, "Change of Control" has the meaning set forth in the Circuit City Stores, Inc. 2003 Stock Incentive Plan, as amended and restated, effective December 14, 2006, and that definition is incorporated by reference and made part of the Award letter".

The summary of Change of Control specifically states in section (iii) a reorganization, merger or consolidation of the Company or sale or disposition of all or substantially all of the assets of the Company; or (iv) the consummation of a plan of complete liquidation or dissolution of the Company.

I was continuously employed through the liquidation of the company and disposition and sale of all or substantially all of the assets of the Company. A Plan of Liquidation of the assets of the company was executed as part of the liquidation which took place in the stores.

I satisfied the requirement as outlined in the award document. I was actively employed on the date the company started and completed the liquidation sales as part of the liquidation team.

I request that the award of $40,000.00 not be expunged for which I qualified under the terms of the award.

Thank you for considering this request.

Respectfully,

*Chad A. Kubica*

Chad A. Kubica
24126 Matthew Pl
Santa Clarita, CA 91321
661-287-0066