November 25, 2012

Mark S. Stinde
8704 Ponderosa Drive
McKinney, TX 75070

TO:    Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street- Room 4000
Richmond, VA 23219



CC:    Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

CC:    Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

**Response to the objection**

| | |
|---|---|
| **Bankruptcy Court:** | United States Bankruptcy Court for the Eastern District of Virginia Richmond Division |
| **Debtors:** | Circuit City Stores, Inc., et al |
| **Case Number:** | 08-35653-KRH |
| **Title of Objection:** | LIQUIDATING TRUST'S FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (SEVERANCE) |

| | | |
|---|---|---|
| **Claim:** | Claimant: | Mark S. Stinde<br>8704 Ponderosa Drive<br>McKinney, TX 75070<br>Mobile: 804-627-2000<br>Fax: 972-828-8970 |
| | Amount of Claim: | $88,000 |
| | Claim #: | 7038<br>2000703801 |
| | Explanation: | Annual Targeted Bonus Payout as outlined in my employment contact. |

I am writing this letter in response to the liquidating trust's objection to the claim I filed for $88,000, which represents my targeted annual bonus. The objection reduces the amount to $25,824. As outlined in my employment contract, under Section 9.3, Change of Control Severance Benefits, include the full targeted annual bonus to be paid upon change of control. Change of Control as outlined in Section 9.2, Paragraph (d), includes, full liquidation of the company's assets which did in fact occur.

I remained with Circuit City until all stores were liquidated as my team was instrumental in the close down of the stores and the protection of the inventory. I remained with the company continuously until my services were no longer needed.

The comments in the objection letter, identify the reason for the reduction as, "The claim is being reduced to the amount of severance due according to the debtors' books and records." I would request that the court re-examine the books and records, as my base salary was $220.000 and my targeted bonus was 40% of my base pay. This equates to $88,000.

I would ask that you reconsider this claim and restore the claim amount to $88,000.

Respectfully,

*[signature]*

Mark S. Stinde