IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that GCCFC 2007 GG9 Abercorn Street Limited Partnership, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim number 15253, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim number 15253 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| **Former Address** | **New Address** |
|---|---|
| GCCFC 2007-GG9 Abercorn Street Limited Partnership<br>c/o Catherine Harrison King<br>Miller & Martin PLLC<br>1170 Peachtree Street N.E.<br>Suite 800<br>Atlanta, GA 30309-7706 | Abercorn Common, LLLP<br>c/o Jeffrey I. Snyder, Esq.<br>1450 Brickell Avenue<br>23rd Floor<br>Miami, FL 33131 |

Dated: November 29, 2012
Washington, DC

Respectfully submitted,

**SUTHERLAND ASBILL & BRENNAN LLP**

By:    /s/ Mark D. Sherrill
Mark D. Sherrill (VSB No. 44543)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 383-0100
Fax: (202) 637-3593

-- and --

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

Jeffrey I. Snyder (admitted *pro hac vice*)
1450 Brickell Avenue.
Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

*Counsel for GCCFC 2007-GG9 Abercorn Street Limited Partnership*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via first class U.S. Mail, postage prepaid, on this 29th day of November, 2012 upon all parties as set forth on the attached service list.

By: ___/s/ Mark Sherrill_____
     Mark D. Sherrill

## SERVICE LIST

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Liquidating Trust*

Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Liquidating Trust*

Miller & Martin PLLC
1170 Peachtree Street N.E.
Suite 800
Atlanta, GA 30309-7706