Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
**CHRISTIAN & BARTON LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Phone: (804) 697-4100
Fax: (804) 697-6112

- and -

Dustin P. Branch, Esquire
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, 26th Floor
Los Angeles, California 90067
Phone: (310) 788-4400
Fax: (310) 788-4471

*Attorneys for Jordan Landing, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
-------------------------------------------------------------x

In re:

    CIRCUIT CITY STORES, INC., et al.,

                Debtors.

Chapter 11
Case No. 08-35653
Jointly Administered

Hon. Kevin R. Heunnekens, U.S.B.J.

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 14110

**PLEASE TAKE NOTICE,** that, pursuant to Rule 3006, Jordan Landing, LLC, by and through its attorneys, Katten Muchin Rosenman, LLP and Christian & Barton, LLP, represents to the Court as follows:

1. On or about June 30, 2009, Katten Muchin Rosenman LLP filed a claim in the amount of $109,620.21 for amounts due under that certain lease agreement and related agreements for the property located at Jordan Landing Plaza, West Jordan, UT (the "Center"), which claim was assigned to be claim number 14110 ("Claim No. 14110").

2.  The correct landlord entity for the Center is Plaza at Jordan Landing, L.L.C., and the parties have agreed to resolve all claims related to the Center under surviving claim number 14103 filed by Plaza at Jordan Landing L.L.C, pursuant to a Settlement Agreement and Mutual Release between the Circuit City Stores, Inc. Liquidating Trust and Plaza at Jordon Landing, L.L.C.

3.  Accordingly, in connection with the execution of the Settlement Agreement and Mutual Release providing for the allowance of the administrative and unsecured claim amounts in favor of Plaza at Jordan Landing, LLC as set forth in that agreement, Katten Muchin Rosenman, LLP hereby withdraws Claim No. 14110 on behalf of Jordan Landing, LLC.

Dated:  November 29, 2012                **CHRISTIAN & BARTON LLP**

By:   /s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-6112

-and-

Dustin P. Branch, Esquire
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

*Attorneys for Jordan Landing, LLC*

## **CERTIFICATE OF SERVICE**

I, Jennifer M. McLemore, hereby certify that on the 29th day of November 2012, a true and correct copy of the foregoing pleading has been served electronically using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1335127