# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
|  | ) |
| Debtors. | ) Judge Kevin R. Huennekens |
|  | ) |
|  | ) Jointly Administered |
|  | ) |
|  | ) **TRANSFER OF CLAIM / BILL OF SALE** |
|  | ) **BANKRUPTCY RULE 3001(E)(2)** |

PLEASE TAKE NOTICE that the claim(s) of FM Facility Maintenance LLC f/k/a IPT LLC (underlying creditor or "Transferor"), against the above captioned Debtor in the filed amount of $211,793.61, as set forth in proof of claim number 8221 filed on 1/29/2009 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery XI LP ("BUYER"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to BUYER upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, BUYER below.

**TRANSFEROR:** FM Facility Maintenance LLC f/k/a IPT LLC

Print Name: John P. Pavia    Title: Sr V.P Corp Dev & General Counsel

Signature: /s/ John P. Pavia    Date: 11/28/12

Corrected Address (if req.) _____

Phone: (860) 466-7428    E-Mail: John.Pavia@fmfacilitymaintenance.com

**TRANSFEREE:**
United States Debt Recovery XI LP
5575 Kietzke Lane, Suite A
Reno, NV 894511

Signature: /s/ Nathan E. Jones
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

        Debtor.

)  Chapter 11
)
)  Case No.: 08-35653
)
)  Judge Kevin R. Hennekens
)
)
)
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
John Pavia Sr VP & Chief Counsel
FM Facility Maintenance LLC
10 Columbus Blvd 4th Fl
Hartford, CT  06106

**Name of Transferee:**
United States Debt Recovery X, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex
    1100 East Main St.
    Richmond, VA 23219-3538

    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____     Transferee_____     Debtor's Attorney_____

Deputy Clerk