**EXHIBIT A**

Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel for THQ, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| Circuit City Stores, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(G) TO WITHDRAW AS COUNSEL FOR THQ, INC.**

THIS MATTER came before the Court upon the *Motion Pursuant to Local Bankruptcy Rule 2090-1(G) to Withdraw as Counsel for THQ, Inc.* (the "**Motion**") filed by Covington & Burling LLP ("**Covington**") and Michael St. Patrick Baxter, Dennis Auerbach, and Joshua D. McKarcher.  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Covington and Messrs. Baxter, Auerbach, and McKarcher be authorized to withdraw as counsel for THQ, Inc. in this case.  Therefore, it is hereby

ORDERED as follows:

1

1. The Motion is granted.

2. The appearance of Covington & Burling LLP, Michael St. Patrick Baxter, Dennis Auerbach, Joshua D. McKarcher is withdrawn.

Date:_____

United States Bankruptcy Judge

ENTERED ON DOCKET:_____

WE ASK FOR THIS:

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel for THQ, Inc.*

2

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

      I hereby certify that the foregoing was served upon THQ, Inc. by electronic mail and first-class mail at the below address on November 30, 2012.

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)

Sheryl Kinlaw
THQ, Inc.
29903 Agoura Road
Agoura Hills, CA 91301-2513

3