Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

      - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - x | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
|           Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**THIRD ORDER SUSTAINING LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Twenty-Ninth Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibits C through E attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Liquidating Trust hereby withdraws its objection solely to Claims identified on Exhibit A attached hereto.

    3.    The Court will conduct a status conference on December 6, 2012 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                */s/ Lynn L. Tavenner*
                                Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

## EXHIBIT A

**OBJECTIONS WITHDRAWN**

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 1645 | HAWAIIAN ELECTRIC COMPANY INC<br>PO Box 2750 WA1 CH<br>Honolulu, HI 96803-9989 | 12/16/08 | 49,230.52 | CIRCUIT CITY STORES, INC. | U |
| 13150 | OBSERVER DISPATCH, THE<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 06/08/09 | 11,952.63 | CIRCUIT CITY STORES, INC. | U |
| 5164 | PUBLIC SERVICE OF NEW HAMPSHIRE<br>PO BOX 330<br>MANCHESTER, NH 03105 | 01/21/09 | 43,955.58 | CIRCUIT CITY STORES, INC. | U |

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

EXHIBIT B

CLAIMS TO BE CONTINUED

| Claim No. | Name & Address | Date Filed | Docket Amt | Debtor(s) | Classification |
|---|---|---|---|---|---|
| 762 | AMERICAN ELECTRIC POWER<br>PO Box 2021<br>Roanoke, VA 24022-2121 | 12/05/08 | 90,110.57 | CIRCUIT CITY STORES, INC. | U |
| 925 | AQUENT<br>711 Boylston St<br>Boston, MA 02116 | 12/19/08 | 22,969.30 | CIRCUIT CITY STORES, INC. | U |
| 1381 | ERIE TIMES NEWS<br>205 WEST 12TH ST<br>ATTN FINANCE<br>ERIE, PA 16534-0001 | 12/17/08 | 8,195.13 | CIRCUIT CITY STORES, INC. | U |
| 3998 | NSTAR GAS<br>800 Boylston St 17th Fl<br>Boston, MA 02119-7050 | 01/13/09 | 783.23 | CIRCUIT CITY STORES, INC. | U |
| 14883 | OHIO BUREAU OF WORKERS COMPENSATION<br>Legal Division Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | 03/22/10 | 4,740.00 | CIRCUIT CITY STORES, INC. | A |
| 168 | OHIO EDISON<br>Bankruptcy Dept Rm 204<br>6896 Miller Rd<br>Brecksville, OH 44141 | 12/01/08 | 13,821.94 | CIRCUIT CITY STORES, INC. | U |
| 2267 | PECO<br>Attn Michael P Murphy S222 1<br>PECO Energy Company<br>2301 Market St<br>Philadelphia, PA 19103 | 12/23/08 | 88,945.06 | CIRCUIT CITY STORES, INC. | U |
| 15230 | Turner Broadcasting System Inc<br>Tiffany Sterlow Cobb<br>Vorys Sater Seymour and Pease LLP<br>52 E Gay St<br>Columbus, OH 43215 | 04/12/11 | 764,429.68 | Circuit City Stores, Inc. | U |

LA25446    Page 1 of 1