Jeffrey N. Pomerantz, Esq.  
Andrew W. Caine, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Boulevard  
Los Angeles, California 90067-4100  
Telephone: (310) 277-6910  
Telecopy:   (310) 201-0760  

- and –

Robert J. Feinstein, Esq.  
(admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
780 Third Avenue, 36th Floor  
New York, New York 10017  
Telephone: (212) 561-7700  
Telecopy: (212) 561-7777  

Lynn L. Tavenner, Esq. (VA Bar No. 30083)  
Paula S. Beran, Esq. (VA Bar No. 34679)  
TAVENNER & BERAN, PLC  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: (804) 783-8300  
Telecopy:   (804) 783-0178  

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (DPS PROJECT INCENTIVE PLAN)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-Sixth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims or Disallowance of Certain Invalid Claims, as Applicable (DPS Project Incentive Plan)* (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in Exhibit A.

3. The Claim identified on Exhibit B as attached hereto and incorporated herein is forever disallowed in its entirety for all purposes in these bankruptcy cases.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


                                                      HONORABLE KEVIN R. HUENNEKENS
                                                      UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              */s/ Lynn L. Tavenner*
                                              Lynn L. Tavenner

**EXHIBIT A**
**REDUCED CLAIMS**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Claim Amount | Comments |
|---|---|---|---|---|---|---|---|
| 1/26/2009 | 5382 | Wenlei Shi<br>3824 Danewood Dr.<br>Henrico, VA 23233 | $ 4,475.63 | U | Circuit City Stores, Inc. | $ 2,237.82 | The claimant terminated employment on 3/21/09. Thus, the claim is being reduced to the tranche that vested on 2/1/09, the only vesting date prior to termination. |
| 1/30/2009 | 8997 | Threatt, Melissa A.<br>6117 Almond Creek Lane<br>Richmond, VA 23231-4832 | $ 6,500.00 | U | Circuit City Stores, Inc. | $ 3,261.96 | The claimant terminated employment on 3/21/09. Thus, the claim is being reduced to the tranche that vested on 2/1/09, the only vesting date prior to termination. |
| 1/30/2009 | 9285 | Bhalle, Srinath K<br>5031 Willows Green Rd.<br>Glen Allen, VA 23059 | $ 3,750.00 | U | Circuit City Stores, Inc. | $ 3,731.00 | The claimant terminated employment on 3/21/09. Thus, the claim is being reduced to the tranche that vested on 2/1/09, the only vesting date prior to termination. |

**EXHIBIT B**
**DISALLOWED CLAIMS**

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Claim Amount | Comments |
|---|---|---|---|---|---|---|---|
| 1/21/2009 | 4239 | Chester, Walter<br>8200 Babbler Lane<br>Richmond, VA 23235 | $ 1,317.43 | U | Circuit City Stores, Inc. | $0.00 | The claimant already received the full amount due under this bonus program on a priority basis. There are no additional amounts due. |