210B (12/09)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____   was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/29/2012 (date).

**Name and Address of Alleged Transferor:**

Claim No. : FM Facility Maintenance LLC fka IPT LLC, c o Saiber LLC, Nancy A Washington Esq, One Gateway Center 13th Fl, Newark, NJ 07102-3955

**Name and Address of Transferee:**

US Debt Recovery XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/02/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 11          Date Rcvd: Nov 30, 2012
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2012.
11501996      +FM Facility Maintenance LLC fka IPT LLC,    c o Saiber LLC,    Nancy A Washington Esq,
               One Gateway Center 13th Fl,    Newark, NJ 07102-5323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2012**                    **Signature:**      *Joseph Speetjens*

District/off: 0422-7          User: frenchs          Page 2 of 11          Date Rcvd: Nov 30, 2012
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2012 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
            akeith@honigman.com,  tsable@honigman.com
          Alan Michael Noskow   on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
          Albert F. Quintrall   on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Creditor  Engineered Structures, Inc.
            ajackins@seyfarkin.com
          Alison Ross Wickizer Toepp   on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs   on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor  Cobb Corners II, Limited Partnership
            amy.williams@klgates.com,  hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Creditor  Discovery Communications, Inc.
            davison.andrea@arentfox.com,  lane.katie@arentfox.com;dowd.mary@arentfox.com
          Andrea M. Sullivan   on behalf of Creditor  Craig-Clarksville Tennessee LLC
            andrea.sullivan@troutmansanders.com
          Andrew  Rapp   on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane   on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor  County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
            jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby   on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
            rhicks@shutts-law.com
          Andrew S. Conway   on behalf of Creditor  Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor  Connexion Technologies
            anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com;
            raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
            murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
            Management Services, LLC abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
            drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor  Dick's Sporting Goods, Inc.
            annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald Emerick arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor  City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Augustus C. Epps   on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
            lthompson@cblaw.com
          Belkys  Escobar   on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com,
            cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
            bgodshall@pszjlaw.com
          Bradford F. Englander   on behalf of Creditor  Alliance Entertainment Corporation
            benglander@wtplaw.com,  rredfield@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
            lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian F. Kenney   on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
          Brittany Jane Nelson   on behalf of Creditor Karl Engelke bnelson@foley.com
          Bruce H. Matson   on behalf of Creditor  Bank of America, N.A., as Agent
            bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo   on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
            tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
          Charles Gideon Korrell   on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
          Charles W. Chotvacs   on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: frenchs          Page 3 of 11          Date Rcvd: Nov 30, 2012
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christian K. Vogel    on behalf of Creditor  Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor  E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor  Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor  Annapolis Plaza LLC cajones@wtplaw.com,
           rredfield@wtplaw.com,dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant  Moran Brown PC choctor@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Attorney  LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor  507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor  Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor  International Business Machines Corporation
           cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor  Battlefield FE Limited Partners
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor  Paramount Home Entertainment
           cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor  Cedar Development Ltd., a Florida Limited Partnership
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant  Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant  Bush Industries Inc. msarata@ltblaw.com,
           sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant  Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman dprichard@dowlohnes.com,
           kcornnell@dowlohnes.com
          Daniel F. Blanks    on behalf of Debtor  Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney  Daniel Press dpress@chung-press.com, pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant  ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor  Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor  Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor  Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor  City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor  Century plaza development corporation
           dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor  South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor  Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor  Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor  610 & San Felipe, Inc. dcox@jackscamp.com,
           phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant  New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Defendant  Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor  US Debt Recovery III, LP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party  THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Creditor  Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor  SanDisk Corporation druby@mcsweeneycrump.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant  Toymax International, Inc. dmusgrave@gfrlaw.com,
           tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor  City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant  Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant  Belkin International, Inc. dlannetti@vanblk.com,
           drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor  Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor  Buffalo Technology (USA), Inc. dkessler@bakerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
  denise.mondell@ct.gov
Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
  America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
  caaustin@comcast.net
Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
  dludman@brownconnery.com
Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
  dkappler@rdwlawcorp.com
Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
  dfoley@mcguirewoods.com,
  pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
  rours@wileyrein.com;khertz@wileyrein.com
Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
  mayle@hooverslovacek.com
Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
  wenditaylor@toase.com;lmares@toase.com
Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
  sryan@sandsanderson.com;dbbankruptcy@gmail.com
Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
  ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
  echarley@hansonbridgett.com
Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
  klgatesbankruptcy@klgates.com
Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
  ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Eugene Chang   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
  ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
  fpepler@peplermastromonaco.com
Franklin R. Cragle   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
  rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com
Gary E. Mason   on behalf of Creditor   Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
  jschmeltz@sblsg.com;jrapp@sblsg.com
Gerald P. Kennedy   on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
  alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
  notices@becket-lee.com
Gilbert D. Sigala   on behalf of Creditor   John Batioff sigalaw1@aol.com
Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
  gbrown@pszjlaw.com
Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
  agbankcal@ag.tn.gov
Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
  gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
  christine@virginia-lawyers.net
Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
  ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
  Heather.Anderson@dol.lps.state.nj.us

District/off: 0422-7          User: frenchs          Page 5 of 11          Date Rcvd: Nov 30, 2012
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Henry Buswell Roberts   on behalf of Creditor  Suemar hbroberts@live.com,  droberts1949@live.com
Henry P. Baer   on behalf of Creditor  Bell'O International Corp. CSommer@fdh.com,
   csommer@fdh.com
Henry Pollard Long   on behalf of Creditor  Cypress/CC Marion I, L.P. hlong@hunton.com
Howard J. Grossman   on behalf of Creditor  J.P. Morgan Chase Bank, N.A.
   howard.j.grossman@chase.com
Ian S. Landsberg   on behalf of Creditor  Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
J. Christian Word   on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
   chefiling@lw.com;robert.klyman@lw.com
J. David Folds   on behalf of Defendant  Fabrik, Inc. dfolds@mckennalong.com,
   sparson@mckennalong.com
Jackson David Toof   on behalf of Creditor  Discovery Communications, Inc.
   toof.jackson@arentfox.com
Jaime Sue Dibble   on behalf of Interested Party  Garmin International, Inc. jdibble@stinson.com,
   lbigus@stinson.com
James D. Newbold   on behalf of Counter-Claimant  State of Illinois Department of Revenue,
   through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke   on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
   vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
James Edward Bowman   on behalf of Defendant  Elite Screens Inc. Jim@jebowman.com,
   bethf@jebowman.com;ecf@jebowman.com;court@jebowman.com
James H. Rollins   on behalf of Creditor  Plaza Las Americas, Inc. jim.rollins@hklaw.com,
   avis.francis@hklaw.com
James J. Briody   on behalf of Creditor  Johnson City Crossing, L.P. jim.briody@sablaw.com,
   kim.smith@sablaw.com
James K. Donaldson   on behalf of Defendant  Solutions 2 Go, Inc. jdonaldson@cblaw.com,
   eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
   ell@spottsfain.com;tmoore@spottsfain.com
James R. Schroll   on behalf of Creditor  Madison Waldorf, LLC jschroll@beankinney.com,
   ncoton@beankinney.com
James V. Lombardi   on behalf of Creditor  AmREIT, a Texas real estate investment trust
   jlombardi@rossbanks.com,  acole@rossbanks.com
James W. Reynolds   on behalf of Defendant  Leggett & Platt, Inc., dba Beeline Group, a division
   of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke   on behalf of Attorney  Mio Technology USA Ltd. also known as MiTAC USA Inc.
   jburke@orrick.com
Jamie M. Konn   on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
   jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq.   on behalf of Creditor  Ricmac Equities Corporation
   admin@meiburgerlaw.com
Jason B. Binford   on behalf of Creditor  BB Fonds International 1 USA, L.P. jbinford@krcl.com,
   ecf@krcl.com
Jason M. Krumbein   on behalf of Creditor  Jack Hernandez jkrumbein@krumbeinlaw.com,
   a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason William Harbour   on behalf of Creditor  Public Company Accounting Oversight Board
   jharbour@hunton.com
Jeffrey  Scharf   on behalf of Creditor  City of Fredericksburg, VA jeff@taxva.com,
   tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier   on behalf of Creditor  Missouri Attorney General's Office
   Jeff.Klusmeier@ago.mo.gov
Jeffrey J. Graham   on behalf of Creditor  Greenwood Point, LP jgraham@taftlaw.com,
   dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton   on behalf of Creditor  Acer American Holdings Corp. jtarkenton@wcsr.com,
   kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey M. Sherman   on behalf of Creditor  Central Investments, LLC jmsherman@lerchearly.com,
   elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
Jeffrey N. Pomerantz   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
   jpomerantz@pszjlaw.com
Jenelle Marie Dennis   on behalf of Creditor  Bear Valley Road Partners LLC
   dennisj@ballardspahr.com,  pollack@ballardspahr.com
Jennifer  Langan   on behalf of Creditor  Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore   on behalf of Creditor  Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West   on behalf of Creditor  Coca-Cola Bottling Company Consolidated
   jwest@spottsfain.com,
   rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
   msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer Larkin Kneeland   on behalf of Defendant  AMC jkneeland@linowes-law.com,
   klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer McLain McLemore   on behalf of Attorney  Hodgson Russ LLP jmclemore@cblaw.com,
   avaughn@cblaw.com
Jennifer V. Doran   on behalf of Creditor  DeMatteo Management, Inc. jdoran@haslaw.com,
   calirm@haslaw.com
Jeremy Brian Root   on behalf of Defendant  Credit Suisse Loan Funding, LLC jroot@bklwva.com,
   tmartin@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
Jeremy C. Kleinman   on behalf of Creditor  PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor   on behalf of Defendant  Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg   on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
   jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Joshua D. McKarcher    on behalf of Interested Party   THQ, Inc. jmckarcher@cov.com
          Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com
          Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
            Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
            eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
            margaret@rlglegal.com
          Leonard E. Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
            gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
            lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
            lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us,
            cmarchant@garylaw.us;ivayuchkina@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com, alison.feehan@kutakrock.com
          Louis E. Dolan    on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            waa.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
            ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
            rstein@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
            mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor    Cl West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
            bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
            mark@taxva.com, amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
            mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
            martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
            molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Pullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
            lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
            lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
            Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Callahan Crowley   on behalf of Creditor  White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor  Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor  Eastern Security Corp.
           michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio   on behalf of Creditor  MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor  Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady   on behalf of Creditor  Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory   on behalf of Creditor  Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm   on behalf of Creditor Harry Hallaian ECF@w2lg.com
          Michael P. Falzone   on behalf of Creditor  502-12 86th Street LLC mfalzone@hf-law.com,
           ebeaumont@hf-law.com
          Michael S. Kogan   on behalf of Creditor  Ditan Distribution LLC mkogan@koganlawfirm.com,
           mkogan@koganlawfirm.com
          Min  Park   on behalf of Creditor  Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora   on behalf of Creditor  Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn   on behalf of Creditor  Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor  Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy   on behalf of Creditor  Bush Industries, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com
          Nancy F. Loftus   on behalf of Creditor  Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor  Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan  Jones   on behalf of Creditor  US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor  Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor  Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor  Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears   on behalf of Creditor  Georgia Department of Revenue bfears@law.ga.gov,
           jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor  CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor  Schimenti Construction Company LLC pbirney@rc.com,
           jcarrion@rc.com
          Paul J. Pascuzzi   on behalf of Creditor  Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Creditor  Agree Limited Partnership pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor  Sony Pictures Home Entertainment Inc.
           pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor  Carrollton Arms, LLC pcurley@canfieldbaer.com,
           tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Creditor  ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley   on behalf of Creditor  1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant  Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter  Barrett   on behalf of Creditor  Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Creditor  Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor  State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste   on behalf of Creditor  Schimenti Construction Company LLC pstrniste@rc.com,
           kcooper@rc.com
          Peter G. Zemanian   on behalf of Creditor  Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor  c/o William S. Coats Pinnacle Systems, Inc.
           pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Creditor  PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant  Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Creditor  Berkadia Commercial Mortgage LLC
           pj.meitl@bryancave.com,  john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor  Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring   on behalf of Creditor  Laura Scannell rpring@pringlaw.com,  cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor  Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor  Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Reid Steven Whitten   on behalf of Creditor  LaSalle Bank National Association, as trustee for Cl
           Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com,
           hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Attorney  Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
           m
          Richard E. Lear   on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor  Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor  Caribbean Display & Construction, Inc.
           rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor  Columbia Plaza Joint Venture cjensen@hillrainey.com,
           kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor  Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor  Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center,
           L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant  Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor  CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor  United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor  Jefferies Leveraged Credit Products, LLC
           rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant  D&H Distributing Co. rvieth@ltblaw.com,
           ndysart@ltblaw.com
          Robert Ryland Musick   on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Counter-Claimant  Eastman Kodak Company
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor  Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
           rbingham@stites.com, dclayton@stites.com
          Ronald A. Page   on behalf of Attorney  Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn   on behalf of Creditor  Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry   on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson   on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor  Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com, kcain@mcguirewoods.com;lneilson@mcguirewoods.com;
           carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
           Manoj.ramia@kirkland.com
          Satchidananda Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor  The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor  McKinley, Inc. sdrucker@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Sheila G. de la Cruz    on behalf of Creditor  502-12 86th Street LLC sdelacruz@hf-law.com,
                ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor  Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant  Imperial Sales Corp. d/b/a Imperial Sales Company
                stan.salus@akerman.com,
                crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor  BISSELL Homecare, Inc. smilo@wawlaw.com,
                hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;ps
                illing@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor  Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
                nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor  Saul Holdings Limited Partnership
                smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor  Children's Discovery Centers of America, Inc.
                sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor  Massachusetts Department of Revenue
                Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor  CWCapital Asset Management LLC
                sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor  3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor  Becker Trust LLC steveng@cohenbaldinger.com,
                cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor  502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor  Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor  American National Insurance Company
                tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor  Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant  Mitsubishi Electronics America, Inc.
                thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor  EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
                tmurphy@dclawfirm.com,
                rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor  Southland Acquisitions, LLC tking@KreisEnderle.com,
                dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant  NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant  Avnet, Inc. mckee@gtlaw.com,  hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor  Galleria Plaza, Ltd. tjamerson@hunton.com,
                tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor  Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor  Graphic Communications, Inc.
                trepczynski@offitkurman.com,  cdixon@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor  AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor  13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin    on behalf of Creditor  Alameda County Treasurer tboykin@vanblk.com,
                croyes@vanblk.com
              Tracey Michelle Ohm    on behalf of Creditor  Waste Management, Inc. tohm@stinson.com,
                tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant  Bulldog Rack Company tknobbe@spilmanlaw.com,
                trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor  IKON Office Solutions, Inc.
                tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor  Ada Alicea, on behalf of herself and all others similarly
                situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor  Daly City Partners I, L.P vmorrison@wileyrein.com,
                rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor  State of Michigan, Department of Treasury
                reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor  Ohio Bureau of Workers' Compensation
                victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor  Nevada Department of Taxation vrakowsky@ag.nv.gov,
                dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor  Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges    on behalf of Creditor  Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor  Treasurer City of Chesapeake
                wroenker@cityofchesapeake.net
              William  Heuer    on behalf of Transferee  Korea Export Insurance Corporation
                wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney  Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor  Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney  Sands Anderson PC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor  Panattoni Development Company, Inc. as Agent for Charles
                L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
                chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor  P.R. Mechanical, Inc. wcave@hophabcave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
               julie.alber@akerman.com
              William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
              William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
              William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
               aford@mglspc.com
              Zmarak  Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               zmarak.khan@dlapiper.com,
               George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                        TOTAL: 414