11-20-12.

To The U.S. Bankruptcy Court for the Eastern District of Virginia Richmond Division.

This is against Circuit City Stores Inc. case No. 08-35653-KRH.

My name is James Eric Burgess. I cannot afford an attorney so I am writing this myself and I hope you can understand what I am trying to convey in this letter.

One page that I received looks like I am being denied my claim for $325.74, lost PTO. Then another page seems to say I am getting that amount, I don't know which way it is but I am owed money for PTO time.

The other issue is being denied for travel expenses of $73.87 for mileage to Asheville, NC. I was asked to drive there to help clean up the warehouse in 2007. When I returned, my Operations manager, Tahiya Kettles was to turn in my mileage paperwork as per Circuit City procedures. I never got it and when I was fired (when they fired 3,900 of it's employees) I brought up the issue in front of Tahiya and my store manager Tony Smith. There was another person there but I don't remember who it was. Tahiya said she would get it sent in and take care of it. I called her on 4-19-07 →

and she said it would take 2 to 4 weeks to get paid. To say the least I got the run around from her. I was called in November of 2007 by Tony Keller who was manager at the Woodruff Rd location in Greenville, SC. He wanted me to come to work at his store. I went to talk with him & told him about the mileage pay and he said he would send in paperwork for it when I started working. So I took the job & the operations manager, Mark, sent paperwork in although for more than originally since mileage pay per mile had increased at the time. It came back saying they denied it since it wasn't sent in within 10 days of originally being done. So that shows that either Tahiya never sent it in originally and she kept lying to cover her own self or the payroll department lost it and now I am still without my money that they owe me. Tahiya Kettles, the last I knew of lives in Washington, DC. and Tony Keller moved to Charleston, SC. Tony Keller's last known phone number was 864-884-7326.
Thank you,
  James Eric Burgess
  232 Cross Roads Church Rd.
  Easley, SC 29640.