United States Bankruptcy Court
701 East Broad Street – Courtroom 5000
Richmond, Virginia 23219

In re:  
Circuit City Stores, Inc.,et al.,.  
Debtors  
23/11/12

Chapter 11  
Case No. 08-35653-KRH  
(Jointly Administered)

**Objection to Disallowance of Claim against Circuit City Stores for payment of wages.**

Re Claim: 15232

William F. Harmon

Claim Amount: $1,437.93 for unpaid wages

RICHMOND DIVISION
FILED
NOV 3 0 2012
CLERK
US BANKRUPTCY COURT

Dear Sirs,

    I am writing to object to the plans outlined for disallowing my claim against Circuit City Stores, Inc. for unpaid wages due to me from the period: 11/24/2005 – 12/07/2005. Previous to the time of the said payment I was just released from U.S. military basic and MOS training and was just getting back into my civilian life and taking care of my personal obligations. I was at the no point, to my knowledge aware that I had not cashed my check from my employer. I have already paid my taxes to the IRS on the said claim against said employer and do not understand why I should not be allowed to receive payment due to me for services rendered.

All knowledge of this payment can be accessed from my former employer at Circuit City Payroll, PO Box 31666, Charlotte, NC 28231-1666, 1-800-288-6353. They will have record of non-payment of the wages check in question.

    I am enclosing a copy of my un-cashed check from Circuit City Stores, Inc. for the amount due to me and hope that you see fit to overrule the objection to the disallowance, and allow my claim to be processed.

I urge the United States Bankruptcy Court to fuse any plans or proposals, either now or in the future, to permit the disallowance of my claim against my former employer for wages owed to me.

Yours sincerely,

William F. Harmon

*William F. Harmon*

2425 Sage Rd

#26

Houston, Tx 77056

832-496-7857

| CIRCUIT CITY PAYROLL | Pay Group: | HLF | EC Hourly | | Pay Begin Date: | 11/24/2005 | Check #: | 6016262 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PO BOX 31666 | Business Unit: | USANA | | | Pay End Date: | 12/07/2005 | Check Date: | 12/15/2005 |
| CHARLOTTE, NC 28231-1666 | Employee ID: | 10156921 | | | TAX DATA: | | | |
| 1-800-288-6353 | Department: | 323300 Houston Galleria Superstore | | | | Federal | | TX State |
| WILLIAM F HARMON | Location: | Galleria SS | | | Marital Status | Married | | Single |
| 2425 Sage Rd., Apt. 26 | | | | | Allowances: | 0 | | 0 |
| Houston, TX 77056 | | | | | Addl. Pct: | | | |
| | | | | | Addl. Amt: | | | |

### HOURS AND EARNINGS / TAXES

| | ...........Current............ | | | .........YTD......... | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Average Overtime | 6.175000 | 47.00 | 290.22 | 185.00 | 1,134.39 | Fed Withholdng | 194.78 | 1,258.65 |
| Regular Hourly | 12.350000 | 127.00 | 1,568.45 | 1,129.50 | 13,813.48 | Fed MED/EE | 26.00 | 226.85 |
| Prize Award | | | 0.00 | | 165.47 | Fed OASDI/EE | 111.19 | 969.98 |
| Prior Year PTO | | | 0.00 | 109.80 | 1,398.09 | | | |
| Year End Bonus - Salary | | | 0.00 | | 120.80 | | | |
| Inventory | | | 0.00 | 6.00 | 72.60 | | | |
| Total: | | 174.00 | 1,858.67 | 1,430.30 | 16,593.39 | Total: | 331.97 | 2,455.48 |

### BEFORE TAX DEDUCTIONS / AFTER TAX DEDUCTIONS / PTO Plan

| Description | Current | YTD | Description | Current | YTD | PY PTO | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Empire BS/BS Plan PreTax | 45.23 | 814.14 | SUPPLEMENTAL LIFE INSURANCE | 2.45 | 35.75 | Earned | 0.00 |
| AETNA EC PL NOT CA/HI PRE-TAX | 13.59 | 187.86 | Accidental Death/Dismem. Life | 1.18 | 16.38 | Taken | 0.00 |
| Vision Plan Before Tax | 6.44 | 57.96 | Supplemental Spouse Life | 2.45 | 33.40 | Balance | 0.00 |
| | | | LONG TERM DISABILITY | 2.43 | 33.26 | Current PTO Earned | 80.74 |
| | | | | | | Taken | 0.00 |
| | | | | | | Balance | 80.74 |
| | | | | | | IMPUTED INCOME | |
| | | | | | | Current: | 0.00 |
| Total: | 65.26 | 1,059.96 | Total: | 8.51 | 118.79 | YTD: | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 1,858.67 | 1,793.41 | 331.97 | 73.77 | 1,452.93 |
| YTD: | 16,593.39 | 15,644.87 | 2,455.48 | 1,178.75 | 12,959.16 |

MESSAGE  New Paystub!  Visit ccity.com or call 800-288-6353   ▼ FOLD AND TEAR HERE ▼

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER-THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE WHEN CHECKING THE ENDORSEMENT

CIRCUIT CITY PAYROLL
PO BOX 31666
CHARLOTTE, NC 28231-1666
1-800-288-6353

SUNTRUST
ATLANTA, GEORGIA

64-79
611

**Check No. 6016262**

Check Date: 12/15/2005    Pay Amount: $******1,437.93

Pay: One Thousand Four Hundred Thirty-Seven and 93/100 Dollars

To The Order Of
WILLIAM F HARMON
2425 Sage Rd., Apt. 26
Houston, TX 77056

P Dunn
VOID IF OVER $10,000.00

⑈000601626⑈ ⑆061100790⑆ 880060665 2⑈