# JONATHAN PEARSON

891 Charlton Blvd White Lake Mi 48383    469-426-4795

November 1, 2012
Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219



To the United States Bankruptcy Court

This response to case number 08-35653-KRH in regards to Circuit City Stores and claim number 5443 on behalf of Jonathan M Pearson is to inform all parties listed below that I reject and oppose the relief/objection filed.

Jeffrey N. Pomerantz

Andrew W. Caine

Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Boulevard

Los Angeles, California 90067-4100

Lynn L. Tavenner

Paula S. Beran

Tavenner & Beran, PLC

20 North Eighth Street, 2nd Floor

Richmond, Virginia 23219

Claimant Name:

Jonathan M Pearson

891 Charlton Blvd

White Lake, Mi 48383

469-426-4795

Explanation for the amount of claim: The claim #5443 of $40,000 was for a guaranteed retention bonus to be paid for remaining employed with Circuit City. The contract (copies are in the possession of the court) states the retention bonus would be paid in FULL in the event of transfer of ownership or liquidation of the company, which has occurred.

Declaration of person with personal knowledge of the relevant facts that support this response : Keith Allen (330) 245 6020.



Sincerely yours,


Jonathan M Pearson