# EXHIBIT D

## NOTICE OF CHANGE OF ADDRESS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 9456

**PLEASE TAKE NOTICE** that United States Debt Recovery III LP, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| United States Debt Recovery III LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | United States Debt Recovery III LP<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| United States Debt Recovery III LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 | United States Debt Recovery III LP<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: December 4, 2012

Respectfully submitted,

**United States Debt Recovery III LP**

By: *Nathan E. Jones*
Name: NATHAN E. JONES
Title: MANAGING DIRECTOR

755531v.5 445/01669