

# LAFAYETTE
## CONSOLIDATED
## GOVERNMENT

_____ POLICE DEPARTMENT _____

TEL: (337) 291-8600
900 E. UNIVERSITY AVE.
P. O. BOX 4308
LAFAYETTE, LOUISIANA 70502

December 05, 2012

```
RICHMOND DIVISION
    F                    F
    I                    I
    L   DEC 1 0 2012     L
    E                    E
    D       CLERK        D
        US BANKRUPTCY COURT
```

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad St.
Richmond, VA 23219

RE:  CIRCUIT CITY STORES, INC.
     CASE # 08-35653-KRH
     CHAPTER 11
     JUDGE  KEVIN R HUENNEKENS

THIS LETTER IS A REQUEST TO CEASE ALL CORRESPONDENCE TO THE LAFAYETTE CITY POLICE

Please accept this correspondence as official notification that you may cease all communication with the Lafayette City Police Department – 900 E University Av (P. O. Box 4308) –Lafayette, LA  70502, regarding the above reference –Circuit City.

Our Department no longer has an interest or is still involved with this case.

Thank you for all your past notifications regarding this case.

Cordially,

*Aleeta Harding*

Ms. Aleeta Harding
False Alarm Administrator