# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**                      **WEINGARTEN REALTY INVESTORS**
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Name and Current Address of Transferor
should be sent

CONTRARIAN FUNDS, LLC                           WEINGARTEN REALTY INVESTORS
411 WEST PUTNAM AVE., STE. 425                  ATTN JENNY J HYUN ESQ
GREENWICH, CT 06830                             2600 CITADEL PLZ DR STE 125
ATTN: ALISA MUMOLA                              HOUSTON, TX 77008
PHONE 203-862-8211

**Claim No. 12738**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____            Date: _____December 12, 2012_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**Weingarten Realty Investors**, a Texas corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 6, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 12738 (the "Claim"), in the filed amount of $507,009.88, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 6 day of December 2012.

(Assignor)
Weingarten Realty Investors

By: _____
Name: Jenny J. Hyun
Title: Vice President/ Associate General Counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Kristi Sofka
Title: Administrative Assistant

NY01\KaneD\1582484.4