# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>    CIRCUIT CITY STORES, INC. et al.<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Weingarten Realty Investors., creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 12738, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008

New Address
Weingarten Realty Investors
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Weingarten Realty Investors

By: _____
      Jenny J. Hyun
Title: Vice President/
      Associate General Counsel
Date: 12-06-12