UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                                    Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                                   Case No. 08-35653

                       Debtors.                              (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Weingarten Nostat, Inc., creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 12741, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Weingarten Nostat, Inc.
c/o Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008

New Address
Weingarten Nostat, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Weingarten Nostat, Inc.

By: _____
       Jenny J. Hyun
Title:   Vice President/
      Associate General Counsel
Date: 12-06-12