Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel for THQ, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| Circuit City Stores, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G) TO WITHDRAW AS COUNSEL FOR THQ, INC.

THIS MATTER came before the Court upon the *Motion Pursuant to Local Bankruptcy Rule 2090-1(G) to Withdraw as Counsel for THQ, Inc.* (the "**Motion**") filed by Covington & Burling LLP ("**Covington**") and Michael St. Patrick Baxter, Dennis Auerbach, and Joshua D. McKarcher.  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Covington and Messrs. Baxter, Auerbach, and McKarcher be authorized to withdraw as counsel for THQ, Inc. in this case.  Therefore, it is hereby

ORDERED as follows:

1. The Motion is granted.

2. The appearance of Covington & Burling LLP, Michael St. Patrick Baxter, Dennis Auerbach, Joshua D. McKarcher is withdrawn.

Date: Dec 12 2012

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

ENTERED ON DOCKET: Dec 13 2012

WE ASK FOR THIS:

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel for THQ, Inc.*

## **LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that the foregoing was served upon THQ, Inc. by electronic mail and first-class mail at the below address on November 30, 2012.

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)

Sheryl Kinlaw
THQ, Inc.
29903 Agoura Road
Agoura Hills, CA 91301-2513

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Circuit City Stores, Inc.  
    Debtor

Case No. 08-35653-KRH  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: frenchs     Page 1 of 2     Date Rcvd: Dec 13, 2012  
                  Form ID: pdforder     Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2012.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           THQ, Inc.  
                                                                                                                            TOTALS: 1, * 0, ## 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 2                    Date Rcvd: Dec 13, 2012
                              Form ID: pdforder          Total Noticed: 0
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2012 at the address(es) listed below:
NONE.                                                                                                 TOTAL: 0