210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 12/12/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : WEINGARTEN REALTY INVESTORS, ATTN JENNY J HYUN ESQ, 2600 CITADEL PLZ DR STE 125, HOUSTON, TX 77008 | Contrarian Funds, LLC<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/15/12                                William C. Redden
                                               **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                           Eastern District of Virginia
In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs            Page 1 of 11            Date Rcvd: Dec 13, 2012
                              Form ID: trc             Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2012.
11524610     +WEINGARTEN REALTY INVESTORS,   ATTN JENNY J HYUN ESQ,   2600 CITADEL PLZ DR STE 125,
              HOUSTON, TX 77008-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**                                **Signature:** _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11             Date Rcvd: Dec 13, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2012 at the address(es) listed below:

              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               davison.andrea@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
              Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.sullivan@troutmansanders.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, rredfield@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.com
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs            Page 3 of 11            Date Rcvd: Dec 13, 2012
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
     Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
    Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
    Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
    Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
    Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
    Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
    Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
    Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
    Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
    City of Newport News, Virginia    jdurant@nngov.com
    Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
    Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
    Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
    Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
    Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
    D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
    Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
    Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
    Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
    Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
    Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
    Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
    Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
    David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
    David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
    David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
    David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
    David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
    David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
    David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
    David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
    David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
    David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
    David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
    David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
    David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
    David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
    David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
    Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
    Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
    Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7          User: frenchs              Page 4 of 11              Date Rcvd: Dec 13, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
       Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
       Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
       Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
       Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
       Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
       Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
       Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
       Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
       Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
       Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
       Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
       Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
       Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
       Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
       Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
       Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
       Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
       Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
       Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
       Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
       Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
       F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
       Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
       Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
       Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
       Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
       Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
       Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
       Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
       Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
       Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
       Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
       Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
       German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
       Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
       Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
       Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
       Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
       Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
       Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
       Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
       Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
       H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
       Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
       Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
       Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
       Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com

```
District/off: 0422-7                  User: frenchs                 Page 5 of 11                  Date Rcvd: Dec 13, 2012
                                      Form ID: trc                  Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
          J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
          James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
           ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com,   acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
           msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com
          Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11              Date Rcvd: Dec 13, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
      Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
      Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
      Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
      John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jfiero@pszjlaw.com
      John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
      John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
      John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
      John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
      John J. Lamoureux    on behalf of Creditor   Amore Construction Company jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
      John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
      John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
      John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
      John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
      Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited jstorper@hansonbridgett.com
      Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
      Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
      Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
      Joshua D. McKarcher    on behalf of Interested Party   THQ, Inc. jmckarcher@cov.com
      Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com, harvell@seeger-law.com
      Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
      Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc. kmiller@wileyrein.com,   rours@wileyrein.com
      Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
      Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
      Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
      Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
      Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
      Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles @kutakrock.com

```
District/off: 0422-7           User: frenchs              Page 7 of 11              Date Rcvd: Dec 13, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
       for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
       kimsullywalker@aol.com
      Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
       Carla@KDBLawFirm.com
      Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
       eappelstein@ltblaw.com
      Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
       margaret@rlglegal.com
      Leonard E. Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
       gadams@Starr-Law.com
      Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
       lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
       lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
       cmarchant@garylaw.us;ivasyuchkina@garylaw.us
      Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
       nkatzen@reedsmith.com
      Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
      Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
       loc.pfeiffer@kutakrock.com, alison.feehan@kutakrock.com
      Louis E. Dolan   on behalf of Creditor   California Self-Insurers' Security Fund
       LDOLAN@nixonpeabody.com,
       was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
       chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
       dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
       rstein@gustlaw.com
      Malcolm M. Mitchell   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
       sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
       mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
      Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
       bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
       mark@taxva.com, amanda@taxva.com
      Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
       mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
       erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
       martin.brown@lawokc.com
      Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
       molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
       lexbankruptcy@wyattfirm.com
      Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
       lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
       sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
       Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

```
District/off: 0422-7          User: frenchs              Page 8 of 11              Date Rcvd: Dec 13, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
         mcrowley@asm-law.com
        Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
         avaughn@cblaw.com
        Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
         michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
        Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
        Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
        Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
         mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
        Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
        Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
        Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
         ebeaumont@hf-law.com
        Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
         mkogan@koganlawfirm.com
        Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
         Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
         Continental Property Management Corp., and Inland Commerc mpark@cblh.com
        Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
         eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
        Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
        Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
         swatson@jackscamp.com;iluaces@jackscamp.com
        Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
         crystal.gaymon@akerman.com
        Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
        Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
         lginsberg@lolawfirm.com
        Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
        Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
         eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
         msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
        Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
        Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
         nwhittenburg@millermartin.com, mcsmith@millermartin.com
        Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
         jjacobs@law.ga.gov
        P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
        Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
         jcarrion@rc.com
        Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
        Paul K. Campsen    on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
        Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
         pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
        Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
         tchilders@canfieldbaer.com
        Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
        Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
        Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
         hall@bwst-law.com, marbury@bwst-law.com
        Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
         dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
         om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
        Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
         lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
         Administration peter.roth@doj.nh.gov
        Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
         kcooper@rc.com
        Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
         pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
         pcarney@whitecase.com, hletourneau@whitecase.com
        Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
         pbaxa@sandsanderson.com, rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
         pj.meitl@bryancave.com, john.leininger@bryancave.com
        R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
        Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
        Raymond Pring    on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
        Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
        Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
         rsaitta@wileyrein.com, rours@wileyrein.com

```
District/off: 0422-7           User: frenchs             Page 9 of 11              Date Rcvd: Dec 13, 2012
                               Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
          Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com,  rpage@rpagelaw.com
          Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
          Satchidananda Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11              Date Rcvd: Dec 13, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
      ebeaumont@hf-law.com
        Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
        Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
      stan.salus@akerman.com,
      crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
        Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
      hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
        Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
      nwalsh@wilsav.com
        Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
      smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
        Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
      sleach@ltblaw.com,    msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
        Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
      Murphys@dor.state.ma.us
        Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
      sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
        Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
        Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
      cbglawbethesda@gmail.com
        Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
        Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
        Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
      tannweiler@greerherz.com
        Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
        Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
        Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
      thadwilson@kslaw.com,    pwhite@kslaw.com
        Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
        Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
      tmurphy@dclawfirm.com,
      rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
        Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
      dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
        Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
        Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
        Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
      tomjam2003@yahoo.com
        Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
        Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
      trepczynski@offitkurman.com,    gmonteith@offitkurman.com;lschock@offitkurman.com
        Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
        Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
        Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
      croyes@vanblk.com
        Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com,
      tmackey@stinson.com
        Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com,
      trjohnson@spilmanlaw.com
        Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
      tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
        Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
      situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
        Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
      rours@wileyrein.com
        Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
      reardonv@michigan.gov,    jacksonst@michigan.gov
        Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation
      victoria.garry@ohioattorneygeneral.gov
        Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
      dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
        W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
        Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
        Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
        Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
      wroenker@cityofchesapeake.net
        William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
      wheuer@duanemorris.com
        William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
        William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
        William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
        William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles
      L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
      chris.tillmanns@bgllp.com
        William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11              Date Rcvd: Dec 13, 2012
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William C. Crenshaw    on behalf of Creditor  Gould Livermore LLC bill.crenshaw@bryancave.com, julie.alber@akerman.com
         William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
         William Daniel Prince    on behalf of Defendant  IBM Credit, LLC wprince@t-mlaw.com
         William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
         William H. Schwarzschild    on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com
         Wm. Joseph A. Charboneau    on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                                                                                                                                TOTAL: 414