James A. Pardo, Jr.
Thaddeus D. Wilson
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Phone:  (404) 572-4600
Fax:  (404) 572-5131
Email:    jpardo@kslaw.com
              twilson@kslaw.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------X
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------X

**NOTICE OF RETIREMENT AND WITHDRAWAL**

**NOW COMES** JAMES A. PARDO, JR., of the firm KING & SPALDING LLP, having previously been admitted *pro hac vice* by this Court to represent Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") in these Chapter 11 bankruptcy cases, and gives notice of his retirement from the practice of law, his withdrawal as a partner from King & Spalding LLP, and his withdrawal from the representation of the Mitsubishi in these Chapter 11 bankruptcy cases, all effective as of December 31, 2012.  Mitsubishi will continue to be represented by the remaining lawyers who previously have appeared on its behalf in these bankruptcy cases.

2

Dated:  December 17, 2012

        KING & SPALDING LLP

        /s/ James A. Pardo, Jr.
        James A. Pardo, Jr.
        Thaddeus D. Wilson
        1180 Peachtree Street
        Atlanta, Georgia  30309
        Phone:  (404) 572-4600
        Fax:  (404) 572-5131
        Email:      jpardo@kslaw.com
                      twilson@kslaw.com

        Counsel for Mitsubishi Digital Electronics America, Inc.