IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                                 Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.,**       Chapter 11 (Jointly administered)

Debtors.

## NOTICE OF WITHDRAWAL OF ATTORNEY'S APPEARANCE

PLEASE TAKE NOTICE THAT Paul K. Campsen and the firm of Kaufman & Canoles, P.C. hereby withdraws his appearance in the above proceedings as counsel for the following entities:

Agree Limited Partnership
Faram Muskegon, LLC
Geenen DeKock Properties, L.L.C.
Ramco West Oaks I, LLC
Ramco JW, LLC
RLV Village Plaza, LP
RLV Vista Plaza, LP
Rebs Muskegon, LLC
Pelkar Muskegon, LLC

This withdrawal of appearance does not withdraw the appearance of any other attorney for these entities, nor does it withdraw Mr. Campsen's or Kaufman & Canoles, P.C.'s appearance on behalf of any other parties.

Dated: December 21, 2012

**Kaufman & Canoles, a professional corporation**

By:  /s/ Paul K. Campsen
Paul K. Campsen, Esq. (VSB No. 18133)
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele:  (757) 624-3000
Fax:  (747) 624-3169
Email:  pkcampsen@kaufcan.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of December, 2012, the foregoing was sent to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

12121033v1