IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Gravois Bluffs III, L.L.C., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Gravois Bluffs III, L.L.C
John E Hilton
Carmody MacDonald PC
120 S Central Ste 1800
Clayton, MO 63105

**New Address**
Gravois Bluffs III, L.L.C
HSBC Bank USA NA
VonWin
Dept CH 163554
Palatine, IL 60055-6354

Dated: December 18, 2012

Respectfully submitted

By: _____

Signature: Gravois Bluffs III, LLC

Print Name: Gerard Grewe

Title: Manager