UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.: 08-35653 <br> ) <br> ) Judge Kevin R. Huennekens <br> ) <br> ) Jointly Administered. <br> ) <br> ) TRANSFER OF CLAIM / BILL OF SALE <br> ) BANKRUPTCY RULE 3001(E)(2) |
| CIRCUIT CITY STORES, INC., | |
| Debtors. | |

PLEASE TAKE NOTICE that the claim(s) of Crossways Financial Associates LLC (underlying creditor or "TRANSFEROR"), against the above captioned Debtor, in the filed amount of $705,267.54, as set forth in proof of claim number 12030 filed 3/27/2009 subsequently allowed as a $ 692,234.63 general unsecured claim against the Debtor pursuant to a Settlement Agreement and Mutual Release which was entered into between CROSSWAYS and the liquidating trustee on or about 8/01/2012 and all claims of TRANSFEROR associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery XI LP, ("USDR" or "TRANSFEREE"). The signature of the TRANSFEROR on this document is evidence of the transfer of the claims and all rights associated with the claim. TRANSFEROR hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned TRANSFEROR of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the TRANSFEREE, USDR below.

TRANSFEROR: Crossways Financial Associates LLC

By: CRGA, INC., a Virginia corporation, its Managing Member

Print Name: Robert S. Friedman   Title: Vice President
Signature: _____   Date: 12/21/12
Corrected Address (if req.) _____
Phone: 757-961-2057   E-Mail: rfriedman@harborg.com

TRANSFEREE:
United States Debt Recovery XI LP
5575 Kietzke Lane,
Suite A
Reno, NV 89511

Signature: _____
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Hennekens<br>)<br>)<br>) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)

**Name of Proposed Transferor:**
Crossways Financial Associates LLC
Paul K Campsen Esq
Kaufman & Canoles
150 W Main St Ste 2100
Norfolk, VA 23510

**Name of Transferee:**
United States Debt Recovery XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)  Claims Agent_____  Transferee_____  Debtor's Attorney_____

_____
Deputy Clerk