**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 12/21/2012 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Crossways Financial Associates LLC, Paul K Campsen Esq, Kaufman & Canoles, 150 W Main St Ste 2100, Norfolk, VA 23510 | US Debt Recovery XI, LP<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/28/12

William C. Redden
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                       Case No. 08-35653-KRH
Circuit City Stores, Inc.                                    Chapter 11
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket        Page 1 of 11          Date Rcvd: Dec 26, 2012
                              Form ID: trc           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2012.
11542175      +Crossways Financial Associates LLC,    Paul K Campsen Esq,    Kaufman & Canoles,
                150 W Main St Ste 2100,   Norfolk, VA 23510-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 28, 2012**        **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7           User: luedecket              Page 2 of 11            Date Rcvd: Dec 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2012 at the address(es) listed below:

    Aaron L. Hammer  on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com,
    mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
    Aaron R. Cahn  on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
    Adam K. Keith  on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
    akeith@honigman.com, tsable@honigman.com
    Alan Michael Noskow  on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
    Albert F. Quintrall  on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
    Alexander W. Stiles  on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
    Alexander Xavier Jackins  on behalf of Creditor  Engineered Structures, Inc.
    ajackins@seyfarth.com
    Alison Ross Wickizer Toepp  on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
    dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
    Ambika Joline Biggs  on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
    Amy Pritchard Williams  on behalf of Creditor  Cobb Corners II, Limited Partnership
    amy.williams@klgates.com, hailey.andresen@klgates.com
    Andrea Campbell Davison  on behalf of Creditor  Discovery Communications, Inc.
    andrea.davison@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
    Andrea M. Sullivan  on behalf of Creditor  Craig-Clarksville Tennessee LLC
    andrea.sullivan@troutmansanders.com
    Andrew Rapp  on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
    Andrew Edward Macfarlane  on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
    Andrew H. Herrick  on behalf of Creditor  County of Albemarle aherrick@albemarle.org
    Andrew Kelly Rudiger  on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
    jaturner@kaufcan.com;nlferguson@kaufcan.com
    Andrew Lynch Cole  on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
    Andrew M. Brumby  on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
    rhicks@shutts-law.com
    Andrew S. Conway  on behalf of Creditor  Taubman Landlords aconway@taubman.com
    Angela Sheffler Abreu  on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
    Anitra D. Goodman Royster  on behalf of Creditor  Connexion Technologies
    anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
    raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
    Ann E. Schmitt  on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
    Anne C. Lahren  on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
    Anne C. Murphy  on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
    murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
    Anne Elizabeth Braucher  on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
    Management Services, LLC abraucher@mcmillanmetro.com
    Anne G. Bibeau  on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
    drichards@vanblk.com;pfaggert@vanblk.com
    Annemarie G. McGavin  on behalf of Creditor  Dick's Sporting Goods, Inc.
    annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
    Anthony J. Cichello  on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
    Companies, Ltd. acichello@kb-law.com
    Arthur S. Weitzner  on behalf of Transferee Donald Emerick arthur@weitzner.com
    Aryeh E. Stein  on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
    Ashley M. Chan  on behalf of Creditor  City of Philadelphia achan@hangley.com,
    ecffilings@hangley.com
    Augustus C. Epps  on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
    lthompson@cblaw.com
    Belkys Escobar  on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
    Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
    Benjamin C. Ackerly  on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com,
    cloving@hunton.com
    Benjamin Joseph Lambiotte  on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
    Bhavik Dalpat Patel  on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
    Brad R. Godshall  on behalf of Creditor Committee  Official Committee of Unsecured Creditors
    bgodshall@pszjlaw.com
    Bradford F. Englander  on behalf of Creditor  Alliance Entertainment Corporation
    benglander@wtplaw.com, rredfield@wtplaw.com
    Brenda M. Whinery  on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
    Brett Christopher Beehler  on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
    lsansbury@mrrlaw.com
    Brian D. Huben  on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
    carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
    Brian F. Kenney  on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
    Brittany Jane Nelson  on behalf of Creditor Karl Engelke bnelson@foley.com
    Bruce H. Matson  on behalf of Creditor  Bank of America, N.A., as Agent
    bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
    Byron Z. Moldo  on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
    tmelendez@ecjlaw.com
    C. Christopher Meyer  on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
    Carl A. Eason  on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
    Catherine Elizabeth Creely  on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
    Charles Gideon Korrell  on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
    Charles W. Chotvacs  on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
    aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7           User: luedecket             Page 3 of 11                  Date Rcvd: Dec 26, 2012
                               Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
      Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
      Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
      clynch@goulstonstorrs.com
      Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
      similarly situated cford@mdpcelaw.com
      Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
      rredfield@wtplaw.com,dgaffey@wtplaw.com
      Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
      nferenbach@kaplanfrank.com
      Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
      Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
      ristj@foster.com
      Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
      cdesiderio@nixonpeabody.com
      Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
      cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
      City of Newport News, Virginia    jdurant@nngov.com
      Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
      cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
      Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
      cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
      Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
      craig.young@kutakrock.com,
      lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
      Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
      cpalik@mhlawyers.com,
      cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
      Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
      cmanchester@reedsmith.com,
      shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
      D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
      sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
      Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
      individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
      Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
      Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
      Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
      dsbushnaq@venable.com
      Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
      Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
      cscott@stinson.com
      Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
      David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
      bankruptcy@ntexas-attorneys.com
      David A. Greer    on behalf of Creditor   Century plaza development corporation
      dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
      David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
      Service of North Carolina davidwheeler@mvalaw.com
      David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
      scilino@chlhf.com
      David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
      David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
      phaynes@jackscamp.com
      David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
      Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
      David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
      rmcburney@hf-law.com
      David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
      David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
      bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
      David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
      tleonard@gfrlaw.com
      David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
      David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
      David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
      drichards@vanblk.com;mdowns@vanblk.com
      Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
      denise.mondell@ct.gov

```
District/off: 0422-7           User: luedecket           Page 4 of 11           Date Rcvd: Dec 26, 2012
                               Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Dennis T. Lewandowski   on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of
       America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
      Denyse Sabagh   on behalf of Creditor  Audiovox Corporation dsabagh@duanemorris.com
      Dexter D. Joyner   on behalf of Creditor  Pasadena Independent School District
       caaustin@comcast.net
      Dion W. Hayes   on behalf of Debtor  Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello   on behalf of Creditor Donovan Dunwell dc@chiariello.com
      Donald K. Ludman   on behalf of Creditor  SAP Retail Inc. and Business Objects
       dludman@brownconnery.com
      Douglas Scott   on behalf of Creditor  Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler   on behalf of Creditor  Watercress Associates, LP, LLP dba Pearlridge Center
       dkappler@rdwlawcorp.com
      Douglas M. Foley   on behalf of Counter-Defendant  Circuit City Stores, Inc.
       dfoley@mcguirewoods.com,
       pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
      Douglas R. Gonzales   on behalf of Creditor  City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache   on behalf of Counter-Claimant  Envision Peripherals, Inc. dtrache@wileyrein.com,
       rours@wileyrein.com;khertz@wileyrein.com
      Edward L. Rothberg   on behalf of Creditor  Circuit Sports, L.P. rothberg@hooverslovacek.com,
       mayle@hooverslovacek.com
      Elizabeth A. Elam   on behalf of Creditor  City of Southlake, Texas betsyelam@toase.com,
       wenditaylor@toase.com;lmares@toase.com
      Elizabeth L. Gunn   on behalf of Creditor  CC-Investors Trust 1995-1 egunn@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Ellen A. Friedman   on behalf of Creditor  Hewlett Packard Company efriedman@friedumspring.com,
       ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley   on behalf of Creditor  IGate Global Solutions, Limited
       echarley@hansonbridgett.com
      Eric C. Cotton   on behalf of Creditor  Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak   on behalf of Creditor  Microsoft Corporation eric.rusnak@klgates.com,
       klgatesbankruptcy@klgates.com
      Eric J. Snyder   on behalf of Creditor  Condan Enterprises LLC esnyder@sillerwilk.com
      Erika L. Morabito   on behalf of Defendant  COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel   on behalf of Creditor  Cleveland Construction, Inc.
       ekessel@spottsfain.com,
       kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
       on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
      Eugene Chang   on behalf of Creditor  TKG Coffee Tree, L.P. echang@steinlubin.com
      F. Marion Hughes   on behalf of Creditor  CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn   on behalf of Creditor  Iron Mountain Information Management, Inc.
       ffm@bostonbusinesslaw.com
      Frank T. Pepler   on behalf of Creditor  Morgan Hill Retail Venture, LP
       fpepler@peplermastromonaco.com
      Franklin R. Cragle   on behalf of Creditor  Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel   on behalf of Creditor  F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik   on behalf of Defendant  State of Florida, Department of Revenue
       rudzikf@dor.state.fl.us
      Fredrick J. Levy   on behalf of Creditor  Bush Industries, Inc. fjlevy@olshanlaw.com,
       mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon   on behalf of Creditor  Arlington ISD glaymon@mglspc.com
      Gary E. Mason   on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
      Gary M. Kaplan   on behalf of Creditor  ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
      Gary V. Fulghum   on behalf of Creditor  Hillson Electric Incorporated gfulghum@sblsg.com,
       jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy   on behalf of Attorney  Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German Yusufov   on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov,
       alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman   on behalf of Creditor  American Express Travel Related Services Co Inc
       notices@becket-lee.com
      Gilbert D. Sigala   on behalf of Creditor John Batioff sigalaw1@aol.com
      Gillian N. Brown   on behalf of Creditor Committee  Official Committee of Unsecured Creditors
       gbrown@pszjlaw.com
      Gina Baker Hantel   on behalf of Creditor  Tennessee Department of Treasury-Unclaimed Property
       agbankcal@ag.tn.gov
      Gina M Fornario   on behalf of Creditor  California Self-Insurers' Security Fund
       gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver   on behalf of Creditor  CC Joilet Trust ctbghs@aol.com,
       christine@virginia-lawyers.net
      Gordon S. Woodward   on behalf of Creditor  Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant   on behalf of Defendant  S.M. Wilson & Co., a/k/a S.M. Wilson & Company
       ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
      H. Elizabeth Weller   on behalf of Creditor  Longview ISD Dallas.Bankruptcy@publicans.com
      Hale Yazicioglu   on behalf of Creditor  AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown   on behalf of Creditor  Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
      Heather Lynn Anderson   on behalf of Creditor  State of New Jersey - Dept. of Treasury
       Heather.Anderson@dol.lps.state.nj.us
      Henry Buswell Roberts   on behalf of Creditor  Suemar hbroberts@live.com,  droberts1949@live.com

```
District/off: 0422-7          User: luedecket            Page 5 of 11              Date Rcvd: Dec 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
      Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
      Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
      Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
      J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
      J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
      Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
      Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
      James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
      James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
      James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
      James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
      James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
      James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
      James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com, ncoton@beankinney.com
      James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
      James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
      James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
      Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
      Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
      Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
      Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
      Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
      Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
      Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
      Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
      Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
      Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
      Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
      Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
      Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
      Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
      Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
      Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
      Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com
      Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
      Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
      Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
      Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
      Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7           User: luedecket              Page 6 of 11                 Date Rcvd: Dec 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
      Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
      Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
      Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
      John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors jfiero@pszjlaw.com
      John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
      John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
      John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
      John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
      John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
      John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
      John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
      John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
      John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
      Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited jstorper@hansonbridgett.com
      Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
      Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
      Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
      Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com, harvell@seeger-law.com
      Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
      Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
      Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley   on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips   on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
      Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
      Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
      Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
      Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
      Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

```
District/off: 0422-7           User: luedecket              Page 7 of 11               Date Rcvd: Dec 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com, margaret@rlglegal.com
      Leonard E. Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;ivasyuchkina@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
      Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com
      Louis E. Dolan    on behalf of Creditor    California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson    lthomson2@csc.com
      Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
      Madeleine C. Wanslee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, slonon@gustlaw.com
      Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
      Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
      Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
      Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc martin.brown@lawokc.com
      Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
      Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
      Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

```
District/off: 0422-7          User: luedecket            Page 8 of 11           Date Rcvd: Dec 26, 2012
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
               mcrowley@asm-law.com
              Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
               avaughn@cblaw.com
              Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
               michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
              Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               ebeaumont@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
               msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com, mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   Agree Limited Partnership pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com, marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               pcarney@whitecase.com, hletourneau@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com, john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor   Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com, rours@wileyrein.com

```
District/off: 0422-7          User: luedecket              Page 9 of 11              Date Rcvd: Dec 26, 2012
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
               Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
               hhale@woodsrogers.com
              Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
               m
              Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor   Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,    USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
               rhutson@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
               jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
               kcummins@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
               of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
               robert.albergotti@haynesboone.com,    kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
               L.L.C. rtepper@sabt.com,    pcoover@sabt.com
              Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
               rmoorman@moormanlaw.com,    robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
               Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               rfeinstein@pszjlaw.com,    rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
               USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
               rminkoff@jefferies.com,    mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
               KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
               rmmarino@rpb-law.com,    rmmarino1@aol.com
              Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
               DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
               ndysart@ltblaw.com
              Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
               karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
               rwestermann@hf-law.com,    rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
               rbingham@stites.com,    dclayton@stites.com
              Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,    rpage@rpagelaw.com
              Ronald G. Dunn    on behalf of Creditor   Savitri Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,psummers@simon.com,antimm@simon.com
              Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,    kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
               carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
              Satchidananda  Mims     smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7           User: luedecket              Page 10 of 11                 Date Rcvd: Dec 26, 2012
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com, ebeaumont@hf-law.com
      Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com, hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
      Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
      Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
      Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc. sleach@ltblaw.com,   msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
      Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC sgallagher@venable.com,   lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler   on behalf of Creditor   American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc. thadwilson@kslaw.com,   pwhite@kslaw.com
      Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
      Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc. trepczynski@offitkurman.com,   gmonteith@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
      Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
      Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com, croyes@vanblk.com
      Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc. tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com,   nferenbach@kv-legal.com
      Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury reardonv@michigan.gov,   jacksonst@michigan.gov
      Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker   on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer   on behalf of Transferee   Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com

```
District/off: 0422-7          User: luedecket           Page 11 of 11              Date Rcvd: Dec 26, 2012
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com, julie.alber@akerman.com
         William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
         William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
         William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
         William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
         Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
         Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                          TOTAL: 413