```
                     UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF VIRGINIA


IN RE:                         .    Case No. 08-35653 (KRH)
                               .
                               .
                               .    Chapter 11
                               .    Jointly Administered
CIRCUIT CITY STORES,           .
INC., et al.,                  .    701 East Broad Street
                               .    Richmond, VA 23219
                               .
       Debtors.                .
                               .    December 20, 2012
. . . . . . . . . . . . . ..        2:09 p.m.


                         TRANSCRIPT OF HEARING
                 BEFORE HONORABLE KEVIN R. HUENNEKENS
                 UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:          Tavenner & Beran, PLC
                         By:   LYNN L. TAVENNER, ESQ.
                               PAULA S. BERAN, ESQ.
                         20 North Eighth Street, 2nd Floor
                         Richmond, VA 23219

                         Pachulski Stang Ziehl & Jones LLP
                         By:   ANDREW W. CAINE, ESQ.
                         10100 Santa Monica Boulevard
                         Los Angeles, CA 90067

For Toshiba Entities:    Leitess Friedberg PC
                         By:   GORDON S. YOUNG, ESQ.
                         One Corporate Center
                         10451 Mill Run Circle
                         Suite 1000
                         Baltimore, MD 21117



Proceedings recorded by electronic sound recording, transcript
               produced by transcription service
```
___

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@jjcourt.com**

**(609) 586-2311    Fax No. (609) 587-3599**

1           COURTROOM DEPUTY:  All rise.  The court is now in
2  session.  Please be seated and come to order.
3           COURT CLERK:  In the matter of Circuit City Stores,
4  Incorporated, hearings on Items 4 and 5.
5           MS. TAVENNER:  Good afternoon, Your Honor.  Lynn
6  Tavenner of the law firm of Tavenner & Beran appearing here
7  today on behalf of the trust.  Also in the courtroom is my
8  partner, Paula Beran, as well as Ms. Catherine Bradshaw from
9  the trust.
10          Your Honor, just to show you how seriously Ms.
11 Bradshaw takes her job, her son is in St. Mary's right now with
12 a broken arm and so she rushed down here --
13          THE COURT:  What's she doing here?
14                    (Laughter)
15          MS. TAVENNER:  That's what I asked her. She took her
16 job seriously.  I promised her that we would try and get her
17 out quickly though.  But I wanted to let you know --
18          THE COURT:  All right. If you'd like to be excused,
19 you can be excused now.
20          MS. BRADSHAW:  He's with his father so he'll be all
21 right.
22          THE COURT:  All right.
23          MS. TAVENNER:  Also on the phone, Your Honor --
24          THE COURT:  It's even worse.
25                    (Laughter)

1                MS. BRADSHAW:  Poor kid.

2                MS. TAVENNER:  Yes.  No comment on the record.  Also
3    on the phone is Mr. Andy Caine from the Pachulski firm in
4    California.  There are just two matters on the agenda, Your
5    Honor.

6                The first one relates to a pretrial conference in
7    Adversary 12-03161.  That is an adversary that the trust filed
8    against the State of Tennessee Department of Revenue.  It is
9    not one of the 560 adversaries that we filed with respect to
10   avoidance actions and deals with -- we're seeking resolution
11   with regard to sales taxes.  And we are happy to report that
12   our counsel that is involved with the tax matters is in
13   constant contact and has scheduled another meeting in early
14   January with counsel for the Department of Revenue in
15   Tennessee.

16               We're very hopeful that we're going to be able to
17   completely resolve this matter without having to bother the
18   Court.  As a result, we would request that the pretrial itself
19   be continued.  We would respectfully request that it be
20   continued until the last omni in February which is February
21   26th at 2 p.m. and are hopeful that at that point we can tell
22   you it's all resolved.

23               THE COURT:  All right.  This matter will be continued
24   to February 26th at 2 p.m.

25               MS. TAVENNER:  Thank you, Your Honor.  The second and

1  last matter that's on the docket with respect to Circuit City
2  is a motion for authorization to file certain agreements under
3  seal.
4          Your Honor, this relates to matters with regard to
5  entities that we'll refer to as Toshiba.  They have -- it's
6  more than one entity that have been defined in the motion
7  itself.  And counsel for Toshiba from the Leitess law firm,
8  Gordon Young is here today as well.
9          Your Honor, this is an instance where there actually
10 has not been an adversary filed to date.  There has been
11 tolling agreements that have been entered into while the
12 parties attempted to work out their issues.
13         Happy to report that there has been a resolution that
14 has been reached.  Did want to point out that the resolution is
15 with respect to claims, avoidance actions only.  It does not
16 relate to anything related to the LCD litigation so that is
17 different than some other matters that have been before you
18 where we've requested pleadings to be filed under seal.
19         In this instance, we're seeking to actually have the
20 settlement agreements themselves placed under seal.  We believe
21 that we have reached a very good resolution for the trust with
22 respect to these entities and part of the agreement, however,
23 is that they be placed under seal and Toshiba has maintained
24 that throughout.
25         As a result, we would respectfully request that Your

1  Honor allow us to file the settlement agreements themselves
2  under seal such that Your Honor can certainly take a look at
3  them in advance of the hearing on the substantive motion which
4  is scheduled for January.
5          THE COURT:  And this contains a procedure similar to
6  what we've done in the past where if a party in interest wants
7  to weigh in on the settlement, they would have the ability to
8  be able to do that provided they entered into appropriate
9  confidentiality agreements?
10         MS. TAVENNER:  Actually, Your Honor, this one does
11 not, in that it was different from the others related to the
12 LCD litigation.  We didn't think that that would be appropriate
13 in this instance or that anybody would really be interested.
14         And because it does just relate to information
15 between the Toshiba parties and the trust parties and is
16 proprietary and confidential, we did not ask the Court to, on
17 the front end, approve any such procedure.  Certainly, if
18 someone inquired and made further inquiry of us, we would
19 consider something of that nature.
20         THE COURT:  All right.  Well, having not seen the
21 settlement agreement itself, I can't weigh in on that but does
22 counsel wish to be heard?
23         MR. YOUNG:  Your Honor, again for the record, Gordon
24 Young appearing on behalf of the Toshiba entities.  Toshiba
25 fully supports the trust's motion and we're prepared for the

1  order to be entered as the trust -- in the form that the trust
2  admitted.
3             THE COURT: All right, very good. All right. Does
4  any party wish to be heard in connection with the motion to
5  file under seal certain agreements with Toshiba entities?
6             (No audible response)
7             THE COURT: All right. There being no objection, the
8  Court will enter that order authorizing the trust to file those
9  documents under seal.
10            MS. TAVENNER: Thank you, Your Honor.
11            THE COURT: All right.
12            MS. TAVENNER: That concludes the matters that are on
13  the docket for Circuit City today.
14            THE COURT: Okay, very good, thank you.
15            MS. TAVENNER: Thank you.
16                            * * * * *
17                      **C E R T I F I C A T I O N**
18       I, STEPHANIE SCHMITTER, court approved transcriber,
19  certify that the foregoing is a correct transcript from the
20  official electronic sound recording of the proceedings in the
21  above-entitled matter, and to the best of my ability.
22
23  /s/ Stephanie Schmitter
24  STEPHANIE SCHMITTER
25  J&J COURT TRANSCRIBERS, INC.           DATE: January 2, 2013