# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.         Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **MK KONA COMMONS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | MK KONA COMMONS LLC<br>THEODORE DC YOUNG ESQ<br>CADES SHUTTE LLP<br>1000 BISHOP ST STE 1200<br>HONOLULU, HI 96813<br><br>MK KONA COMMONS LLC<br>RUSSELL K. KAUPU<br>THE MACNAUGHTON GROUP<br>1288 ALA MOANA, SUITE 208<br>HONOLULU, HI 96814 |

**Claim No. 8041**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alisa Mumola_____          Date: _____January 3, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**MK Kona Commons LLC**, a Hawaii limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 27, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the claim assigned claim no. 8041 (the "Claim"), in the principal amount of $5,796,631.00, against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27th day of December 2012.

| (Assignor) | (Assignee) |
|---|---|
| MK KONA COMMONS LLC | CONTRARIAN FUNDS, LLC |
| By: TMG KONA COMMONS LLC, its Member | By: Contrarian Capital Management, L.L.C., |
| By: PUNANAHUI, INC. its Manager | as manager |
| By: /s/ | By: /s/ |
| Name: Russell K. Kaupu | Name: MICHAEL J. RESTIFO |
| Title: Secretary | Title: CFO/MEMBER |

(Assignor)
WITNESS:

By: _____

Name: _____

Title: _____