UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                               Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                    Case No. 08-35653

         Debtors.                                   (Jointly Administered)


## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that MK Kona Commons LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 8041, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
MK Kona Commons LLC
Theodore DC Young Esq.
Cades Shutte LLP
1000 Bishop Street Suite 1200
Honolulu, HI 96813

New Address
MK Kona Commons LLC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**MK KONA COMMONS LLC**

By: TMG KONA COMMONS LLC, its Member

By: PUNANAHUI, INC., its Manager

By: _____
     Russell K. Kaupu

Title: Secretary

Date: December 27, 2012