# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., STE. 425
GREENWICH, CT 06830
ATTN: ALISA MUMOLA
PHONE 203-862-8211

**Claim No. 14752**

**GELCO CORPORATION**
**DBA GE FLEET SERVICES**

Name of Transferor

Name and Current Address of Transferor

GELCO CORPORATION
DBA GE FLEET SERVICES
ATTN KEITH BERGQUIST
BANKRUPTCY LITIGATION MGR
THREE CAPITAL DR
EDEN PRAIRIE, MN 55344

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____January 3, 2013_____
   Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**GELCO CORPORATION dba GE FLEET SERVICES**, a _____ company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 20, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the claim assigned claim no. 14752 (the "Claim"), in the allowed amount of $3,217,661.44, against Circuit City Stores, Inc., in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 20 day of December 2012

**(Assignor)**
GELCO CORPORATION
dba GE FLEET SERVICES

By: _____

Name: Aditya Narain

Title: Chief Financial Officer

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: JANICE M. STANTON
       MEMBER

Title: _____

**(Assignor)**
**WITNESS:**

By: _____

Name: Keith Bergquist

Title: Bankruptcy/Litigation Mgr