UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                              Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                   Case No. 08-35653

    Debtors.                                       (Jointly Administered)


NOTICE OF CHANGE OF ADDRESS


PLEASE TAKE NOTICE that Gelco Corporation dba GE Fleet Services, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 14752, be sent to the New Address set forth below, effective as of the date hereof.


Former Address
Gelco Corporation dba GE Fleet Services
Three Capital Drive
Eden Prarie, MN 55344
Attn; Keith Bergquist

New Address
Gelco Corporation dba GE Fleet Services
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

GELCO CORPORATION
dba GE FLEET SERVICES

By: _____

Title: Chief Financial Officer

Date: 12/18/12