# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **POTOMAC FESTIVAL II LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | POTOMAC FESTIVAL II LLC<br>C O WENDY D PULLANO<br>BREGMAN BERBERT SCHWARTZ<br>  & GILDAY LLC<br>7315 WISCONSIN AVE STE 800 W<br>BETHESDA, MD 20814 |

**Claim No. 12956**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____January 3, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

POTOMAC FESTIVAL II, LLC, a limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated November 12, 2012, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the claim assigned claim no. 12956 (the "Claim"), in the allowed amount of $592,188.53, against Circuit City Stores, Inc., exclusive of the distribution in the amount of $59,218.85 paid to Assignor on or about July 25, 2012, in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12 day of November 2012.

(Assignor)
POTOMAC FESTIVAL II, LLC
a Delaware limited liability company

By:   PF II Holdings, LLC
      a Delaware limited liability company
      Its Managing Member

      By: _____          Witness: _____
          Gary D. Rappaport, Manager        Name: Kristin A. Bulstrup


(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
    as manager

By: _____
Name:  JANICE M. STANTON
Title: MEMBER