UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                                          Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                                              Case No. 08-35653

                Debtors.                                   (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Potomac Festival II, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 12956, be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Potomac Festival II, LLC | Potomac Festival II, LLC |
| c/o Wendy D. Pullano | c/o Contrarian Capital Management, L.L.C. |
| Bregman Berbert Schwartz & Gilday LLC | 411 West Putnam Avenue – Suite 425 |
| 7315 Wisconsin Avenue – Suite 800 W | Greenwich, CT 06830 |
| Bethesda, MD 20814 | |

I declare under penalty of perjury that the foregoing is true and correct.

                                          **POTOMAC FESTIVAL II, LLC**
                                          a Delaware limited liability company

                                          By:   PF II Holdings, LLC
                                                     a Delaware limited liability company
                                                     Its Managing Member

                                                     By: _____
                                                            Gary D. Rappaport, Manager

                                          Date:   November 9, 2012