Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

    - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS <u>APPLICABLE (UNPAID WAGES)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-*

*Eighth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable (Unpaid Wages)* (the "Objection"), which requested, among other things, that the claims specifically identified on <u>Exhibit B</u> attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in <u>Exhibit A</u>.

    3.    The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever fixed in the amount specified on <u>Exhibit B</u> for all purposes in these bankruptcy cases.

    4.    The Claims identified on <u>Exhibit C</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Claims identified on <u>Exhibit D</u> attached hereto.

    6.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

       7.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

       8.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2012

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

　　　Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

　　　　　　　　　　　　　　　　　*/s/ Lynn L. Tavenner*　　　　
　　　　　　　　　　　　　　　　　Lynn L. Tavenner

4

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Debtor(s) | Docketed Claim Class | Reduced Claim Amount |
|---|---|---|---|---|---|---|
| 13649 | VENTANILLA, MANUEL GUTLAY<br>1808 Plz Del Amo Apt 4<br>Torrance, CA 90501-4520 | 6/26/2009 | $550.00 | CIRCUIT CITY STORES WEST COAST, INC. | U | $234.42 |
| 2099 | TAPIA, ADRIAN<br>405 RANCHO ARROYO PKWY APT NO 46<br>FREMONT, CA 94536 | 1/2/2009 | $715.96 | CIRCUIT CITY STORES WEST COAST, INC. | U | $357.98 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 13668 | ABDEL K NDIAYE<br>18404 Broken Timber Way<br>Boyds, MD 20841 | 5/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $351.49 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 13843 | OLIVIA GELLER<br>5750 W Centinela Ave No 424<br>Los Angeles, CA 90045 | 6/29/2009 | $2,240.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13761 | MELANIE FINCH<br>22056 Gilmore St<br>Woodland Hills, CA 91303 | 6/19/2009 | $4,565.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13310 | RANDALL PADEK<br>3701 S Harvard Ave No 216<br>Tulsa, OK 74135 | 6/11/2009 | $6,800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8289 | CLARK, ASHLEY ROCHELLE<br>6490 US HIGHWAY 49 N 32<br>HATTIESBURG, MS 39401 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8797 | HAVENS, DIANA LYNN<br>1408 LAKEWOOD DR<br>GARLAND, TX 75042 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8952 | GERARDO SEPULVEDA<br>927 Brentwood Dr<br>Round Lake Bch, IL 60073 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8123 | NAY, KENT N<br>4108 B FAIRLAKE LANE<br>GLEN ALLEN, VA 23060 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8304 | HEALY, WILLIAM M<br>9707 ROYCE DR<br>TAMPA, FL 33626 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8511 | MCGINNIS, ROBERT C<br>11712 COOL WIND LN<br>RICHMOND, VA 23233 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8525 | HEFFELFINGER, JASON L<br>5204 AVERY GREEN DR<br>GLEN ALLEN, VA 23059 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6666 | TERRY BRUNEAU<br>58 Colony Wy<br>Aliso Viejo, CA 92656 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT C
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 7574 | THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124 | 1/28/2009 | $17,600.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 10266 | WATSON, SETH<br>20905 PHEASANT TRL<br>DEER PARK, IL 60010 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5935 | ESPINOZA, ESMERALDA<br>222 WEST RENWICK RD<br>AZUSA, CA 91702 | 1/27/2009 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6006 | PARKS, JARROD COLE<br>5230 WINDSOR LN<br>LUMBERTON, TX 77657 | 1/27/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 4682 | KEITH ALAN SANDERS<br>4811 N Winery Cir No 118<br>Fresno, CA 93726 | 1/23/2009 | $10,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 4413 | SMITH, JAMES A<br>22550 MCPHILLIPS RD<br>LOXLEY, AL 36551 | 1/21/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 4803 | KITUSKY, JOANNE S<br>5908 MAYBROOK DR<br>GLEN ALLEN, VA 23059 | 1/21/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 3507 | JOSEPH, JEAN L<br>PO BOX NO 61<br>SPRING VALLEY, NY 10977 | 1/13/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

Case 08-35653-KRH    Doc 12702    Filed 01/04/13    Entered 01/04/13 11:48:05    Desc Main Document    Page 9 of 9

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT D
CONTINUED CLAIMS

| Claim Number | Name & Address | Name | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Objection Exhibit |
|---|---|---|---|---|---|---|---|---|
| 8497 | MCGINNIS, HOLLY C<br>11712 COOLWIND LN<br>RICHMOND, VA 23233 | MCGINNIS | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | D |
| 5673 | TELEGADAS, FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | TELEGADAS | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | D |