Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTIETH OMNIBUS OBJECTION
TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS
<u>APPLICABLE (BENEFIT RESTORATION PLAN)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

*Fiftieth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims or*

*Disallowance of Certain Invalid Claims, as Applicable (Benefit Restoration Plan)* (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

DOCS_LA:257815.1 12304-003

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in its entirety for all purposes in these bankruptcy cases.

3. The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Claims identified on Exhibit B attached hereto.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                                      HONORABLE KEVIN R. HUENNEKENS
                                      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        */s/ Lynn L. Tavenner*
                                        Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIXBIT A  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 6525 | JONAS JR, ERIC A<br>2 ANNETT AVE<br>EDGEWATER, NJ 07020 | 01/23/09 | $217,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6250 | OLIVER, MARK E<br>523 HAROLDS DR<br>MANAKIN SABOT, VA 23103 | 01/26/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1761 | DOUGLAS, PETER A<br>5792 Fairwood Trace NW<br>Acworth, GA 30101 | 12/18/08 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5186 | LIVERMAN, GEORGE A<br>5026 SW 39TH DR<br>PORTLAND, OR 97221 | 01/26/09 | $193,035.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 9538 | ARENSMEYER, MARK A<br>2004 W CAVENDISH CT<br>ALPHARETTA, GA 30022 | 01/30/09 | $266,748.54 | U | CIRCUIT CITY STORES, INC. | $91,750.00 | C |
| 4499 | CECIL, DAVID W<br>2700 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113-3901 | 01/23/09 | $346,607.00 | U | CIRCUIT CITY STORES, INC. | $120,626.00 | C |
| 11878 | CHALIFOUX MICHAEL T<br>C O LAUREL CHALIFOUX<br>10801 WHITAKER WOODS RD<br>RICHMOND, VA 23233 | 03/20/09 | $2,823,915.00 | U | CIRCUIT CITY STORES, INC. | $1,187,621.00 | C |
| 1533 | CIRCO, MILES M<br>9400 Tilghman Island Rd<br>Wittman, MD 21676-1206 | 12/10/08 | $473,151.00 | U | CIRCUIT CITY STORES, INC. | $382,332.00 | C |
| 4494 | CUMMINGS BENJAMIN<br>11117 BOTHWELL ST<br>RICHMOND, VA 23233 | 01/23/09 | $810,345.16 | U | CIRCUIT CITY STORES, INC. | $319,208.00 | C |
| 5703 | DENNEY, WILLIAM C<br>2904 NORTHLAKE DR<br>RICHMOND, VA 23233 | 01/27/09 | $1,796,704.00 | U | CIRCUIT CITY STORES, INC. | $241,676.00 | C |
| 4503 | DOUGLAS, PETER<br>5792 FAIRWOOD TRACE<br>ACWORTH, GA 30101 | 01/23/09 | $288,222.72 | U | CIRCUIT CITY STORES, INC. | $44,566.00 | C |
| 4496 | FITZSIMMONS JOHN A<br>5233 MONUMENT AVE STE 4B<br>RICHMOND, VA 23226-1426 | 01/23/09 | $1,036,262.00 | U | CIRCUIT CITY STORES, INC. | $620,705.00 | C |
| 4491 | GOLDEN, KENNETH S<br>10821 STANTON WAY<br>RICHMOND, VA 23238 | 01/23/09 | $145,853.00 | U | CIRCUIT CITY STORES, INC. | $58,233.00 | C |
| 4495 | LAWSON JERRY L<br>3021 NORTH LAKE DRIVE<br>RICHMOND, VA 23233 | 01/23/09 | $1,281,794.00 | U | CIRCUIT CITY STORES, INC. | $573,238.00 | C |
| 5184 | LIVERMAN GEORGE<br>5026 SW 39TH DRIVE<br>PORTLAND, OR 97221 | 01/26/09 | $193,035.00 | U | CIRCUIT CITY STORES, INC. | $75,667.00 | C |

Case 08-35653-KRH    Doc 12704    Filed 01/04/13    Entered 01/04/13 11:59:30    Desc
Main Document    Page 6 of 8

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 8312 | LUCAS RICHARD B<br>315 VICTORIA WAY<br>RICHMOND, VA 23238 | 01/23/09 | $904,789.00 | U | CIRCUIT CITY STORES, INC. | $338,837.00 | C |
| 4498 | MIERENFELD GARY M<br>2724 STONEGATE COURT<br>MIDLOTHIAN, VA 23113 | 01/23/09 | $904,288.10 | U | CIRCUIT CITY STORES, INC. | $343,621.00 | C |
| 6309 | PHILIP J DUNN<br>11465 Barrington Bridge Ct<br>Richmond, VA 23233 | 01/27/09 | $1,723,951.00 | U | CIRCUIT CITY STORES, INC. | $728,831.00 | C |
| 4501 | RAMIREZ MARIO<br>4633 Village Dr<br>Dunwoody, GA 30338-5742 | 01/23/09 | $1,776,803.03 | U | CIRCUIT CITY STORES, INC. | $700,144.00 | C |
| 9163 | RICHARD L SHARP<br>PO Box 42333<br>Richmond, VA 23242 | 01/30/09 | $5,657,262.00 | U | CIRCUIT CITY STORES, INC. | $2,430,927.00 | C |
| 9324 | RICHARD S BIMBAUM<br>10480 Cherokee Rd<br>Richmond, VA 23235-1007 | 01/30/09 | $4,880,159.00 | U | CIRCUIT CITY STORES, INC. | $1,775,699.00 | C |
| 4497 | WELLS JEFFREY S<br>504 HUNT FIELD RD<br>MANAKIN SABOT, VA 23103-2912 | 01/23/09 | $939,258.00 | U | CIRCUIT CITY STORES, INC. | $401,063.00 | C |

Page2 of 4

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
CONTINUED CLAIMS

In re Circuit City Stores, Inc., et al.  EXHIBIT B
Case No. 08-35653 (KRH)  CONTINUED CLAIMS