Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-SECOND OMNIBUS
OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID CLAIMS OR
FIXING OF CERTAIN UNLIQUIDATED CLAIMS, AS APPLICABLE
<u>(SHORT TERM INCENTIVE PROGRAM)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Fifty-Second Omnibus Objection to Claims: Disallowance of Certain Invalid Claims or Fixing of Certain Unliquidated Claims, as Applicable (Short Term Incentive Program)* (the "Objection"),

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

which requested, among other things, that the claims specifically identified on <u>Exhibit B</u> attached to the Objection be reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are forever fixed for all purposes in these bankruptcy cases in the manner and amount stated in <u>Exhibit B</u>.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

    6.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012

                                                      HONORABLE KEVIN R. HUENNEKENS
                                                      UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 13823 | CALABREE, LEONARD<br>176 William Feather Dr<br>Voorhees, NJ 08043 | 6/29/2009 | $22,195.87 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 9596 | LUBARY JAMES<br>3161 Druid Ln<br>Los Alamitos, CA 90720 | 1/30/2009 | $106,827.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8067 | MAYNARD, JEFFREY<br>2325 WOODED OAK PLACE<br>MIDLOTHIAN, VA 23113 | 1/29/2009 | $98,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8135 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | 1/29/2009 | $162,500.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 7067 | THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124 | 1/28/2009 | $26,394.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 7239 | APPLEBY, ROBERT J<br>14320 WINTER RIDGE LANE<br>MIDLOTHIAN, VA 23113 | 1/28/2009 | $78,346.80 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 7349 | SIFFORD, MICHELLE A<br>6324 HAMLET TRL<br>ROANOKE, VA 24018 | 1/28/2009 | $82,400.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6460 | JOLY, RUSSELL N<br>5318 WOODSTONE COURT<br>LOUISA, VA 23093 | 1/26/2009 | $94,800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 4785 | STRAUSS, DAVID ROBERT<br>5204 DAVENPORT PL<br>ROSWELL, GA 30075 | 1/15/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $55,620.00 |