Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS
<u>APPLICABLE (PHANTOM STOCK PROGRAM)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Fifty-*

*Fifth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable*

*(Phantom Stock Program*) (the "Objection"), which requested, among other things, that the

claims specifically identified on Exhibit B attached to the Objection be reduced, fixed or

disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due

and proper notice and service of the Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection need be given; and it further appearing

that no response was timely filed or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the Objection is in the best interest of the

Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due

deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

Exhibit A.

3.    The Claims identified on Exhibit B as attached hereto and incorporated

herein are forever fixed in the amount specified on Exhibit B for all purposes in these bankruptcy

cases.

4.    The Claims identified on Exhibit C as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

5.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

6.    The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

7.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    */s/ Lynn L. Tavenner*_____
                                    Lynn L. Tavenner


4

In re Circuit City Stores, Inc., et al.                                        EXHIBIT A
Case No. 08-35653 (KRH)                                                   REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 7342 | MATTILA, DEREK A<br>908 LIVINGSTON DR<br>DOWNINGTOWN, PA 19335 | 1/28/2009 | $1,351.56 | U | CIRCUIT CITY STORES, INC. | $476.25 |
| 6027 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | 1/27/2009 | $952.50 | U | CIRCUIT CITY STORES, INC. | $476.25 |
| 5753 | MILLER, RANDALL W<br>15630 MOSS LIGHT PLACE<br>MOSELEY, VA 23120 | 1/26/2009 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $476.25 |

In re Circuit City Stores, Inc., et al.                                    EXHIBIT B
Case No. 08-35653 (KRH)                                              FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 6635 | FARMER, CHARLES E<br>528 SILTSTONE PL<br>CARY, NC 27519 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $476.25 |
| 13988 | RAMSEY, DANIEL W<br>7405 Three Chopt Rd<br>Richmond, VA 23226 | 6/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $476.25 |
| 14655 | JESSE LEHMAN<br>217 Canyon Lake Dr<br>Southlake, TX 76092 | 9/14/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $476.25 |

In re Circuit City Stores, Inc., et al.                              EXHIBIT C
Case No. 08-35653 (KRH)                              EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 6955 | STEVEN F DRAXLER<br>6128 County Road JJ<br>Luxemburg, WI 54217-9359 | 1/28/2009 | $5,440.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |