Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS, AS APPLICABLE (LONG TERM INCENTIVE PLAN)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims: Fixing of Certain Unliquidated Claims, Reduction of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously Expunged Claims, as Applicable (Long Term Incentive Plan)* (the "Objection"), which requested, among other things, that the claims specifically identified on **Exhibit B** attached to the Objection be fixed, reduced, disallowed or restored, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever fixed in the amount specified on **Exhibit A** for all purposes in these bankruptcy cases.

    3.    The Claims identified on **Exhibit B** as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in **Exhibit B**.

    4.    The Claims identified on **Exhibit C** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Claims identified on **Exhibit D** as attached hereto and incorporated herein are forever restored and allowed in the amount and classification specified on **Exhibit D**

for all purposes in these bankruptcy cases.

      6.      The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Claims identified on **Exhibit E** attached hereto.

      7.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

      8.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      9.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2012

       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                */s/ Lynn L. Tavenner*
                                Lynn L. Tavenner

Case 08-35653-KRH    Doc 12711    Filed 01/04/13    Entered 01/04/13 12:27:45    Desc
Main Document    Page 4 of 15

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                            */s/ Lynn L. Tavenner*
                            Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 4784 | STRAUSS, DAVID ROBERT<br>5204 DAVENPORT PL<br>ROSWELL, GA 30075 | 1/15/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |
| 5206 | CAGWIN, DANIEL<br>305 KINGSCOTE LN<br>GLEN ALLEN, VA 23059 | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 5664 | TELEGADAS, FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 5940 | REYES, FERNANDO<br>15027 PEPPERDINE DR<br>FONTANA, CA 92336 | 1/27/2009 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $40,000.00 |
| 6898 | BRIAN ROBERT PERLEBERG<br>15N848 Meadow Ct<br>Hampshire, IL 60140 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 6995 | SCHAUER, JUSTIN C<br>2602 E FRANKLIN ST APT 2<br>RICHMOND, VA 23223 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8119 | NAY, KENT N<br>4108 B FAIRLAKE LANE<br>GLEN ALLEN, VA 23060 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8301 | HEALY, WILLIAM M<br>9707 ROYCE DR<br>TAMPA, FL 33626 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8507 | MCGINNIS, ROBERT C<br>11712 COOL WIND LN<br>RICHMOND, VA 23233 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 9220 | GILMOUR, CATHERINE M<br>10801 SNOWMASS CT<br>GLEN ALLEN, VA 23060 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 9446 | MASCOLA, DENISE<br>6201 WINDWARD DR<br>BURKE, VA 22015-3834 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 4696 | CHRIS KALAFATIS<br>8326 Hawk Nest Dr<br>Richmond, VA 23227 | 1/23/2009 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 5131 | KEN J YOUNG<br>2836 Bayhill Woods Cove<br>Collierville, TN 38017 | 1/23/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |
| 6787 | OREILLY, PATRICK S<br>9067 LITTLE JOSELYN DR<br>MECHANICSVILLE, VA 23116 | 1/28/2009 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 6843 | SAUNDERS, STEPHEN T<br>2931 ROYAL VIRGINIA COURT<br>LOUISA, VA 23093 | 1/28/2009 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 6935 | THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124 | 1/28/2009 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $40,000.00 |
| 7099 | FAY, LAWRENCE W<br>9785 SPRINGSTONE RD<br>MC CORDSVILLE, IN 46055 | 1/28/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |
| 7864 | VILES, BRETT W<br>2680 SHADOW PINE DR NO 54<br>FRUITPORT, MI 49415 | 1/29/2009 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8101 | MCDONALD, LAURA<br>109 FAIRWAYS DR<br>HENDERSONVLLE, TN 37075 | 1/29/2009 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8217 | ENGIN, OGUZHAN<br>35 BUTTERFLY LN<br>W HENRIETTA, NY 14586 | 1/29/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |
| 10172 | HENDRICKS, EDWARD M<br>1286 89TH ST<br>NEW RICHMND, WI 54017 | 1/30/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 13885 | GEITH, JON C<br>c o Robert A Canfield<br>Canfield Baer LLP<br>2201 Libbie Ave Ste 200<br>Richmond, VA 23230 | 6/29/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |
| 14008 | LAMBERT GAFFNEY, LAURIE<br>c o Robert A Canfield<br>2201 Libbie Ave Ste 200<br>Richmond , VA 23230 | 6/29/2009 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $135,000.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 5495 | STERIJEVSKI, STEVEN W<br>2951 MAJESTIC ISLE DR<br>CLERMONT, FL 34711 | 01/26/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5655 | DAVID PATRICK LEDLIE<br>4750 Shagbark Ct<br>Brookfield, WI 53005-1029 | 01/26/09 | $5,565.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6233 | OLIVER, MARK E<br>523 HAROLDS DR<br>MANAKIN SABOT, VA 23103 | 01/26/09 | $135,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6539 | LANE, DARICK<br>3413 ANDOVER HILLS PL<br>RICHMOND, VA 23294 | 01/23/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6656 | BOGLE, GERRY RAYMOND<br>3408 22ND AVE N W<br>GIG HARBOR, WA 98335-7990 | 01/27/09 | $20,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6747 | HENDERSON, AARON L<br>100 PINEHURST DR<br>AURORA, OH 44202 | 01/28/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 7147 | THORNE, SHERRI L<br>4412 STUDLEY RD<br>MECHANICSVILLE, VA 23116 | 01/26/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8845 | ROBINSON, RICHARD R<br>6505 78TH ST<br>CABIN JOHN, MD 20818 | 01/30/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8992 | LIKENS, KAREN<br>2801 SUNRISE CT<br>RICHMOND, VA 23233 | 01/30/09 | $16,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 9532 | DAVID LEE CHARLES<br>David Lee Charles<br>3957 E El Sendero Rd<br>Cave Creek, AZ 85331 | 01/30/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT C
EXPUNGED CLAIMS

| | | | | | | |
|---|---|---|---|---|---|---|
| 9977 | JENNIFER G LINTON<br>5232 Wheat Ridge Pl<br>Glen Allen, VA 23059 | 01/30/09 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5306 | SCHMIDT, GARY<br>C O LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 01/26/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5680 | TELEGADAS, FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | 01/26/09 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6210 | CRAIG, KAREN L<br>4409 PLAYER RD<br>CORONA, CA 92883 | 01/27/09 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6216 | CRAIG, KAREN L<br>4409 PLAYER RD<br>CORONA, CA 92883 | 01/27/09 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6296 | SMITH, JAMES B<br>15444 E Peakview Ct<br>Fountain Hls, AZ 85268 | 01/27/09 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6596 | CIMINO, WILLIAM P<br>15 ALBEMARLE AVE<br>RICHMOND, VA 23226-1611 | 01/28/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6840 | SAUNDERS, STEPHEN T<br>2931 ROYAL VIRGINIA COURT<br>LOUISA, VA 23093-2242 | 01/28/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6991 | OAKEY, JOHN<br>11 ROSLYN RD<br>RICHMOND, VA 23226 | 01/28/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 7094 | CIMINO, WILLIAM P<br>15 ALBEMARLE AVE<br>RICHMOND, VA 23226-1611 | 01/28/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 7357 | SMITH, JAMES B<br>15444 E Peakview Ct<br>Fountain Hls, AZ 85268 | 01/28/09 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 7604 | KEN J YOUNG<br>2836 Bayhill Woods Cove<br>Collierville, TN 38017 | 01/28/09 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT C
EXPUNGED CLAIMS

| 7865 | SANFORD, DAVID W<br>23 Birch Lane<br>Hendersonville, NC 28791 | 01/29/09 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
|---|---|---|---|---|---|---|
| 8122 | NAY, KENT N<br>4108 B FAIRLAKE LANE<br>GLEN ALLEN, VA 23060 | 01/29/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8222 | DAVID LEE CHARLES<br>David Lee Charles<br>3957 E El Sendero Rd<br>Cave Creek, AZ 85331 | 01/29/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8406 | CORMIER, RICHARD F<br>3047 WINDMILL CANYON DR<br>CLAYTON, CA 94517-1908 | 01/29/09 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 8534 | SANFORD, DAVID W<br>23 Birch Lane<br>Hendersonville, NC 28791 | 01/29/09 | $80,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 8664 | FATH ANNE<br>9608 Gaslight Pl<br>Richmond, VA 23229 | 01/29/09 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8853 | ROBINSON, RICHARD R<br>6505 78TH ST<br>CABIN JOHN, MD 20818 | 01/30/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 10042 | OLDANI, MARK<br>303 HAMLETS END WAY<br>FRANKLIN, TN 37067-6471 | 01/30/09 | $270,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT D  
RESORED MODIFIED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Class | Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 5689 | GUTMAN, J THOMAS<br>205 W 95TH ST 2D<br>NEW YORK, NY 10025 | 01/27/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $37,000.00 |
| 5689 | GUTMAN, J THOMAS<br>205 W 95TH ST 2D<br>NEW YORK, NY 10025 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $3,000.00 |
| 4943 | MERCADO, STEVE<br>2100 E KATELLA AVE APT 525<br>ANAHEIM, CA 92806 | 01/22/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $4,027.46 |
| 4943 | MERCADO, STEVE<br>2100 E KATELLA AVE APT 525<br>ANAHEIM, CA 92806 | 01/22/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $35,971.54 |
| 5475 | BERGER, CYNDA ANN<br>3607 PENCADER RD<br>MIDLOTHIAN, VA 23112-4488 | 01/26/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $3,759.81 |
| 5475 | BERGER, CYNDA ANN<br>3607 PENCADER RD<br>MIDLOTHIAN, VA 23112-4488 | 01/26/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $36,240.19 |
| 5485 | CASTLE, LINDA H<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | 01/26/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $5,067.11 |
| 5485 | CASTLE, LINDA H<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | 01/26/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $34,932.89 |
| 6028 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $5,424.12 |
| 6028 | DING, JENNIFER S<br>5507 OLDE HARTLEY WAY<br>GLEN ALLEN, VA 23060 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $34,575.88 |
| 6144 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | 01/26/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $33,386.54 |
| 6144 | SESSOMS, JOHN D<br>7307 SADDLE OAKS DR<br>CARY, IL 60013 | 01/26/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,613.46 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT D
RESORED MODIFIED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Class | Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 6293 | ARINGTON, MICHAEL SCOTT<br>15033 W BOTTLE TREE AVE<br>SURPRISE, AZ 85374-3425 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES WEST COAST, INC. | Priority | $6,394.83 |
| 6293 | ARINGTON, MICHAEL SCOTT<br>15033 W BOTTLE TREE AVE<br>SURPRISE, AZ 85374-3425 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES WEST COAST, INC. | General Unsecured | $33,605.17 |
| 6686 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | | $0.00 |
| 6686 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089 | 01/27/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $40,000.00 |
| 6691 | HERTER, JOSEPH R<br>32540 YAHNKE RD<br>BURLINGTON, WI 53105 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,592.31 |
| 6691 | HERTER, JOSEPH R<br>32540 YAHNKE RD<br>BURLINGTON, WI 53105 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $33,407.69 |
| 7097 | ANDERSON, LEE ANN<br>2022 GROVE AVE<br>RICHMOND, VA 23220 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $5,047.13 |
| 7097 | ANDERSON, LEE ANN<br>2022 GROVE AVE<br>RICHMOND, VA 23220 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $34,952.88 |
| 7140 | CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,326.92 |
| 7140 | CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | 01/28/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $33,673.08 |
| 7250 | LAMAR, RONALD WADE<br>PO BOX 674<br>MORTON, TX 79346 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,374.42 |
| 7250 | LAMAR, RONALD WADE<br>PO BOX 674<br>MORTON, TX 79346 | 01/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $33,625.58 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT D
RESORED MODIFIED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Class | Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 7675 | ZARGARI, DAVID<br>2771 FARMSTEAD LN<br>FORT MILL, SC 29708 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,332.54 |
| 7675 | ZARGARI, DAVID<br>2771 FARMSTEAD LN<br>FORT MILL, SC 29708 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $33,667.46 |
| 7746 | ZENDEJAS, GENARO<br>11620 MANTOVA AVE<br>BAKERSFIELD, CA 93312 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $4,598.89 |
| 7746 | ZENDEJAS, GENARO<br>11620 MANTOVA AVE<br>BAKERSFIELD, CA 93312 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $401.11 |
| 8008 | LATTA, DONNA<br>298 GREENFIELD RD<br>BRIDGEWATER, NJ 08807 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $2,403.85 |
| 8008 | LATTA, DONNA<br>298 GREENFIELD RD<br>BRIDGEWATER, NJ 08807 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $37,596.15 |
| 8537 | MONTELEONE, JACK T<br>39W374 GRAND AVE<br>ELGIN, IL 60124 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | | $0.00 |
| 8537 | MONTELEONE, JACK T<br>39W374 GRAND AVE<br>ELGIN, IL 60124 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $40,000.00 |
| 8655 | DAWN VONBECHMANN<br>1225 Vancouver Ave<br>Burlingame, CA 94010 | 01/29/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | | $0.00 |
| 8655 | DAWN VONBECHMANN<br>1225 Vancouver Ave<br>Burlingame, CA 94010 | 01/29/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $135,000.00 |
| 9368 | BECKER, ELLIOT<br>3019 Hanover Ave<br>Richmond, VA 23221 | 01/30/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $125,203.85 |
| 9368 | BECKER, ELLIOT<br>3019 Hanover Ave<br>Richmond, VA 23221 | 01/30/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $9,796.15 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT D  
RESORED MODIFIED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Class | Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 9573 | MORROW, BRADLEY J<br>711 STUBBS VINSON RD<br>MONROE, LA 71203-8568 | 01/30/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $33,511.81 |
| 9573 | MORROW, BRADLEY J<br>711 STUBBS VINSON RD<br>MONROE, LA 71203-8568 | 01/30/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,488.19 |
| 11105 | BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | 02/02/09 | $10,950.00 | P | CIRCUIT CITY STORES, INC. | Priority | $4,773.08 |
| 11105 | BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | 02/02/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | General Unsecured | $35,226.92 |
| 11161 | HAGUE, TIMOTHY<br>4613 BROOKEMERE DR<br>GLEN ALLEN, VA 23060-6504 | 02/17/09 | $0.00 | P | CIRCUIT CITY STORES, INC. | Priority | $6,148.08 |
| 11161 | HAGUE, TIMOTHY<br>4613 BROOKEMERE DR<br>GLEN ALLEN, VA 23060-6504 | 02/17/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $33,851.92 |
| 13063 | SCHMIDT, GARY<br>830 CARNELLIAN LANE<br>PEACHTREE CITY, GA 30269 | 05/28/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | General Unsecured | $40,000.00 |
| 13063 | SCHMIDT, GARY<br>830 CARNELLIAN LANE<br>PEACHTREE CITY, GA 30269 | 05/28/09 | $0.00 | P | CIRCUIT CITY STORES, INC. |  | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT E  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|
| 4380 | WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | 01/22/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 5443 | PEARSON, JONATHAN<br>891 CHARLTON<br>WHITE LAKE, MI 48323-2919 | 01/26/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 9545 | VAHOUA, GEORGIA<br>2730 INTERLAKEN DR<br>MARIETTA, GA 30062 | 01/30/09 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 8499 | MCGINNIS, HOLLY C<br>11712 COOLWIND LN<br>RICHMOND, VA 23233 | 01/29/09 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |