| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-EIGHTH OMNIBUS
OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID
CLAIMS OR DISALLOWANCE OF CERTAIN DUPLICATE
<u>CLAIMS, AS APPLICABLE (PENNSYLVANIA SERVICE CENTER)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Fifty-Eighth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims or*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Disallowance of Certain Duplicate Claims, as Applicable (Pennsylvania Service Center)* (the "Objection"), which requested, among other things, that the claims specifically identified on **Exhibit B** attached to the Objection be reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in **Exhibit A**.

3. The Claims identified on **Exhibit B** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4. The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Claims identified on **Exhibit C** attached hereto.

5. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6. The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

   7.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
   _____, 2012

   _____
   HONORABLE KEVIN R. HUENNEKENS
   UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
   - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
   - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
REDUCED CLAIMS

| Claim | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 4651 | SHARON HAINES<br>3257 Wellington St<br>Philadelphia, PA 19149 | 1/23/2009 | $17,983.92 | U | CIRCUIT CITY STORES, INC. | $17,861.54 |
| 4747 | TATARU, MARIUS SORIN<br>3530 DECATUR ST<br>PHILADELPHIA, PA 19136 | 1/23/2009 | $3,214.50 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 4826 | MCVEIGH, ROBERT M<br>5506 GAUMER AVE<br>MERCHANTVILLE, NJ 08109 | 1/23/2009 | $5,008.00 | U | CIRCUIT CITY STORES, INC. | $4,372.20 |
| 4921 | MEE, DONNA T<br>66 WINDHAM DRIVE<br>LANGHORNE, PA 19047 | 1/21/2009 | $8,507.77 | U | CIRCUIT CITY STORES, INC. | $8,117.37 |
| 5074 | FOX JR, LEON JETHRO<br>2715 GARDEN LANE<br>BENSALEM, PA 19020 | 1/22/2009 | $4,040.00 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 5152 | PERKINS, EDWARD J<br>2894 ANGUS RD<br>PHILADELPHIA, PA 19114 | 1/23/2009 | $3,120.72 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 5238 | PEED, DANIEL GEORGE<br>7 ASTER COURT<br>DELRAN, NJ 08075 | 1/26/2009 | $4,231.20 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 5350 | OAKES, TODD A<br>7373 RIDGE AVEAPT 205<br>PHILADELPHIA, PA 19128 | 1/26/2009 | $3,099.68 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 5420 | NG, YINGF<br>46 10A 88TH ST<br>ELMHURST, NY 11373 | 1/26/2009 | $3,422.10 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 5629 | GLEN POST<br>956 Browning Pl<br>Warminster, PA 18974 | 1/27/2009 | $3,475.60 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 6601 | HO, KUEN T<br>23 37 120 ST<br>COLLEGE POINT, NY 11356 | 1/27/2009 | $3,227.40 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |
| 9453 | ROSENBERG, IRVING D<br>39 GLENOLDEN LN<br>WILLINGBORO, NJ 08046 | 1/30/2009 | $4,298.18 | U | CIRCUIT CITY STORES, INC. | $3,000.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
DISALLOWED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 6422 | JUREC, DANIEL S<br>6405 HAWTHORNE ST<br>PHILADELPHIA, PA 19149 | 1/26/2009 | $5,513.28 | U | CIRCUIT CITY STORES, INC. | $0.00 |

Page 1 of 1

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT C  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|
| 5557 | KUNA, ROBERT S<br>1041 SACKETTSFORD RD<br>IVYLAND, PA 18974 | 1/26/2009 | $5,701.20 | U | CIRCUIT CITY STORES, INC. | $5,503.20 |