Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - -    x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FIFTY-NINTH OMNIBUS
OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS,
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
OR DISALLOWANCE OF CERTAIN INVALID CLAIMS,
<u>AS APPLICABLE (SEVERANCE)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Fifty-Ninth Omnibus Objection to Claims:  Fixing of Certain Unliquidated Claims, Reduction of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Case 08-35653-KRH    Doc 12713    Filed 01/04/13    Entered 01/04/13 12:33:36    Desc
Main Document    Page 2 of 10

*Certain Partially Invalid Claims, or Disallowance of Certain Invalid Claims, as Applicable (Severance)* (the "Objection"), which requested, among other things, that the claims specifically identified on **Exhibit B** attached to the Objection be fixed, reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever fixed in the amount specified on **Exhibit A** for all purposes in these bankruptcy cases.

    3.    The Claims identified on **Exhibit B** as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in **Exhibit B**.

    4.    The Claims identified on **Exhibit C** as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    5.    The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Claims identified on **Exhibit D** attached hereto.

    6.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      */s/ Lynn L. Tavenner*_____
                                      Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 4809 | GEITH, JON C<br>13663 PINEFIELD CT<br>MOORPARK, CA 93021 | 1/22/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $262,776.00 |
| 5941 | REYES, FERNANDO<br>15027 PEPPERDINE DR<br>FONTANA, CA 92336 | 1/27/2009 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $162,657.00 |
| 6877 | ERRION, VICKI FELTON<br>1360 WOODLAWN DR<br>ORANGE PARK, FL 32065 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $6,396.00 |
| 6879 | ERRION, VICKI FELTON<br>1360 WOODLAWN DR<br>ORANGE PARK, FL 32065 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $9,600.00 |
| 7252 | APPLEBY, ROBERT J<br>14320 WINTER RIDGE LANE<br>MIDLOTHIAN, VA 23113-6709 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $219,420.00 |
| 8069 | MAYNARD JEFFREY<br>2325 Wooded Oak Pl<br>Midlothian, VA 23113-3105 | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $264,797.00 |
| 10269 | HARLOW, JOHN<br>1024 DODGE ST NO 509<br>OMAHA, NE 68102 | 1/28/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $1,099,896.00 |
| 4763 | STRAUSS, DAVID ROBERT<br>5204 DAVENPORT PL<br>ROSWELL, GA 30075 | 1/15/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $297,897.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15169 | MOSIER, MICHELLE O<br>4503 W FRANKLIN ST<br>RICHMOND, VA 23221 | 12/7/2010 | $1,115.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 369 | GROSSE, ANDREW<br>, | 11/24/2008 | $110,352.23 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5740 | SISE, BRAD A<br>1020 108TH AVE NE APT NO 1408<br>BELLEVUE, WA 98004 | 1/27/2009 | $205,463.70 | U | CIRCUIT CITY STORES, INC. | $182,176.00 |
| 6038 | BADE, BRIAN M<br>11200 PRESCOTT PL<br>GLEN ALLEN, VA 23059 | 1/27/2009 | $323,200.00 | U | CIRCUIT CITY STORES, INC. | $250,961.00 |
| 6303 | PHILIP J DUNN<br>11465 Barrington Bridge Ct<br>Richmond, VA 23233 | 1/27/2009 | $1,226,667.00 | U | CIRCUIT CITY STORES, INC. | $959,896.00 |
| 6465 | JOLY, RUSSELL N<br>5318 WOODSTONE COURT<br>LOUISA, VA 23093 | 1/26/2009 | $355,500.00 | U | CIRCUIT CITY STORES, INC. | $263,290.00 |
| 6526 | JONAS JR, ERIC A<br>2 ANNETT AVE<br>EDGEWATER, NJ 07020 | 1/23/2009 | $1,304,080.00 | U | CIRCUIT CITY STORES, INC. | $884,329.00 |
| 6697 | SIDDONS, DEREK J<br>1689 LENOX DR<br>WACONIA, MN 55387 | 1/28/2009 | $146,571.50 | U | CIRCUIT CITY STORES, INC. | $130,687.00 |
| 6718 | PHILLIP SCHOONOVER<br>c o Spotts Fain PC<br>PO Box 1555<br>Richmond, VA 23218-1555 | 1/28/2009 | $1,845,000.00 | U | CIRCUIT CITY STORES, INC. | $1,819,896.00 |
| 7585 | HOUSTON, JASON E<br>11621 PEAVEY ST<br>GLEN ALLEN, VA 23059-3435 | 1/28/2009 | $172,946.00 | U | CIRCUIT CITY STORES, INC. | $140,619.00 |
| 8131 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | 1/29/2009 | $2,670,000.00 | U | CIRCUIT CITY STORES, INC. | $706,298.00 |

In re Circuit City Stores, Inc., et al.                                                                                                    EXHIBIT B
Case No. 08-35653 (KRH)                                                                                                                 REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 8652 | DAWN VONBECHMANN<br>1225 Vancouver Ave<br>Burlingame, CA 94010 | 1/29/2009 | $409,004.00 | U | CIRCUIT CITY STORES, INC. | $292,439.00 |
| 9122 | DAVIS, TONY V<br>26310 Wooded Hollow Ln<br>Katy, TX 77494-5011 | 1/29/2009 | $303,196.00 | U | CIRCUIT CITY STORES, INC. | $237,605.00 |
| 9598 | LUBARY JAMES<br>3161 Druid Ln<br>Los Alamitos, CA 90720 | 1/30/2009 | $401,333.00 | U | CIRCUIT CITY STORES, INC. | $265,751.00 |
| 10044 | OLDANI, MARK<br>303 HAMLETS END WAY<br>FRANKLIN, TN 37067-6471 | 1/30/2009 | $424,156.00 | U | CIRCUIT CITY STORES, INC. | $318,197.00 |
| 10174 | HENDRICKS, EDWARD M<br>1286 89TH ST<br>NEW RICHMND, WI 54017 | 1/30/2009 | $20,000.00 | U | CIRCUIT CITY STORES, INC. | $13,401.00 |
| 10842 | FAY, LAWRENCE W<br>9785 SPRINGSTONE RD<br>MC CORDSVILLE, IN 46055 | 2/12/2009 | $641,722.00 | U | CIRCUIT CITY STORES, INC. | $234,120.00 |
| 11391 | RALEIGH, JOHN P<br>3621 MEADOW POND COURT<br>GLEN ALLEN, VA 23060 | 2/2/2009 | $138,527.92 | U | CIRCUIT CITY STORES, INC. | $133,324.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBTI C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 4468 | EDWARDS, GENEVA<br>7526 MEDIA PARK RD<br>HENRICO, VA 23231 | 1/21/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8994 | JOSEPH V REILLY<br>1712 E Lake Woodlands Pkwy<br>Oldsmar, FL 34677 | 1/30/2009 | $307,239.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 2615 | MOORE, LEIGH ANN<br>13808 Long Cove Ct<br>Midlothian, VA 23112 | 1/9/2009 | $7,563.46 | P | CIRCUIT CITY STORES, INC. | $0.00 |
| 2615 | MOORE, LEIGH ANN<br>13808 Long Cove Ct<br>Midlothian, VA 23112 | 1/9/2009 | $51,431.53 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 538 | CHARLES, DAVID LEE<br>3957 E El Sendero Rd<br>Cave Creek, AZ 85331 | 11/25/2008 | $260,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1329 | SCHOONOVER, PHILIP J<br>PO Box 28<br>Fryeburg, ME 04037-0028 | 12/19/2008 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6288 | SMITH, JAMES B<br>15444 E Peakview Ct<br>Fountain Hls, AZ 85268 | 1/27/2009 | $6,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6292 | SMITH, JAMES B<br>15444 E Peakview Ct<br>Fountain Hls, AZ 85268 | 1/27/2009 | $6,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 6290 | SMITH, JAMES B<br>15444 E Peakview Ct<br>Fountain Hls, AZ 85268 | 1/27/2009 | $165,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 2304 | SCHOONOVER, PHILIP J<br>PO Box 28<br>Fryeburg, ME 04037-0028 | 12/19/2008 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14999 | DAWN VONBECHMANN<br>1225 Vancouver Ave<br>Burlingame, CA 94010 | 4/2/2010 | $0.00 | P | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBTI C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 14999 | DAWN VONBECHMANN<br>1225 Vancouver Ave<br>Burlingame, CA 94010 | 4/2/2010 | $418,896.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT D  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Objection Exhibit | Proposed Modified Amount |
|---|---|---|---|---|---|---|---|
| 5162 | KEN J YOUNG<br>2836 Bayhill Woods Cove<br>Collierville, TN 38017 | 1/23/2009 | $422,096.00 | U | CIRCUIT CITY STORES, INC. | D | $312,811.00 |
| 7038 | STINDE, MARK S<br>8704 PONDEROSA DR<br>MCKINNEY, TX 75070 | 1/28/2009 | $88,000.00 | U | CIRCUIT CITY STORES, INC. | D | $25,824.00 |
| 7354 | SIFFORD, MICHELLE A<br>6324 HAMLET TRL<br>ROANOKE, VA 24018 | 1/28/2009 | $294,796.00 | U | CIRCUIT CITY STORES, INC. | D | $231,441.00 |
| 10175 | HENDRICKS, EDWARD M<br>1286 89TH ST<br>NEW RICHMND, WI 54017 | 1/30/2009 | $530,000.00 | U | CIRCUIT CITY STORES, INC. | D | $273,519.00 |
| 3352 | JACKSON, STEVEN<br>60 PALATINE NO 101<br>IRVINE, CA 92612-5640 | 1/12/2009 | $10,000.00 | U | CIRCUIT CITY STORES, INC. | E | $0.00 |
| 10173 | HENDRICKS, EDWARD M<br>1286 89TH ST<br>NEW RICHMND, WI 54017 | 1/30/2009 | $198,000.00 | U | CIRCUIT CITY STORES, INC. | E | $0.00 |