Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICMOND DIVISION

| - - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S SIXTIETH OMNIBUS <u>OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's*

*Sixtieth Omnibus Objection to Claims Omnibus Objection to Claims (Disallowance of Certain*

*Late Claims)* (the "Objection"), which requested, among other things, that the claims specifically

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

identified on Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Late Claims identified on Exhibit A as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The Court will conduct a status conference on February 7, 2013 at 2:00 p.m. for all Late Claims identified on Exhibit B attached hereto.

    4.    The Liquidating Trust's rights to object to any claim including (without limitation) the Late Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

    5.    The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

    6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

                                 _____
                                 HONORABLE KEVIN R. HUENNEKENS
                                 UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              */s/ Lynn L. Tavenner*
                                              Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 13065 | STEVEN P PAPPAS<br>4413 Chartwell Rd<br>Midlothian, VA 23113 | 5/28/2009 | $251,999.98 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13221 | JOSEPH L WEBB<br>621 W South St<br>Clinton, IL 61727-2124 | 6/1/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13215 | CHRISTOPHER RAMON EVERAGE<br>7373 Ardmore St No 1129<br>Houston, TX 77054-4214 | 6/1/2009 | $800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13239 | LINDA WHITE<br>172 Helen St<br>Hamden, CT 06514 | 6/1/2009 | $614.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14013 | KAPLAN, ALAN<br>4324 Fallbrook Blvd<br>Palm Harbor, FL 34685 | 6/22/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14394 | CHRISTOPHER BILLAND<br>92 993 Puanihi St<br>Kapolei, HI 96707 | 6/23/2009 | $3,725.65 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13649 | VENTANILLA, MANUEL GUTLAY<br>Manuel Gutlay Ventanilla<br>1808 Plz Del Amo Apt 4<br>Torrance, CA 90501-4520 | 6/26/2009 | $550.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 13843 | OLIVIA GELLER<br>5750 W Centinela Ave No 424<br>Los Angeles, CA 90045 | 6/29/2009 | $2,240.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14155 | KOPINSKI, AARON<br>1870 Wicker Woods Dr<br>Maidens, VA 23102 | 6/30/2009 | $79,999.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14187 | PERRY, ROBERT<br>1808 Canyon Dr<br>Los Angeles, CA 90028 | 6/30/2009 | $2,320.08 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14398 | BRENDALY GARZA<br>505 Musket Dr<br>Laredo, TX 78046-5159 | 6/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 14329 | SEVERN M DEMOTT<br>7702 Sunderland Rd<br>Richmond, VA 23229 | 7/1/2009 | $135,710.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14404 | DANIEL M POOLE<br>200 E Holly Oak Rd<br>Wilmington , DE 19809 | 7/1/2009 | $15,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14407 | MARK CUSTODIO<br>15 Popular St<br>Port Jefferson Station, NY 11776 | 7/1/2009 | $15,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14451 | GREG HARRIS JR<br>5622 Gatewood St<br>Houston, TX 77053 | 7/1/2009 | $13,011.84 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14327 | MICHAEL S PAYNE<br>J Robert Cowan<br>2401 Regency Rd Ste 302<br>Lexington, KY 40503-2914 | 7/1/2009 | $17,600.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14531 | JACQUELINE HARRIS<br>1581 Oakland Chase Pkwy<br>Richmond, VA 23231-5745 | 7/23/2009 | $6,307.20 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14665 | MARGARET SHEEHAN<br>23099 Barwood Ln N Bldg 3<br>Boca Raton, FL 33428-6727 | 9/30/2009 | $715.05 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14701 | TABAKOVIC, ELVIR<br>700 SUNBROOK<br>GRAND RAPIDS, MI 49508 | 10/26/2009 | $15,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14888 | MARCOS SAWICKI<br>590 BLADEN<br>LAVAL, QC H7W 4S1 | 3/25/2010 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14891 | LINDA WHITE<br>172 Helen St<br>Hamden, CT 06514 | 3/25/2010 | $600.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 15160 | Corey R Telfair<br>1322 Carson Dr<br>Prattville, AL 36067 | 12/6/2010 | $4,995.00 | U | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15173 | Tammy C Goode<br>4537 Mockingbird Ln<br>Maiden, NC 828-446-8572 | 12/8/2010 | $0.00 | P | Circuit City Stores, Inc. | $0.00 |
| 15208 | Anthony W Givens Jr<br>6008 Hope Dr<br>Temple Hills, MD 20748 | 2/8/2011 | $0.00 | U | Circuit City Stores, Inc. | $0.00 |
| 15225 | Jessica Bruntz<br>101 Corona Ct<br>Corralitos, CA 95076 | 4/4/2011 | $76.00 | P | Circuit City Stores, Inc. | $0.00 |
| 13748 | DENNIS JASON HUGHES<br>2581 County Rd 12<br>Headland, AL 36345-6318 | 6/22/2009 | $75,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

Case 08-35653-KRH Doc 12714 Filed 01/04/13 Entered 01/04/13 12:40:36 Desc
Main Document Page 8 of 8

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT B
CONTINUED CLAIMS

| Claim | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Objection Exhibit | Proposed Modified Claim Amount |
|---|---|---|---|---|---|---|---|
| 14227 | INFANTINO, SARAH<br>927 Union St<br>Leominster, MA 01453-5180 | 6/30/2009 | $1,268.42 | U | CIRCUIT CITY STORES, INC. | C | $0.00 |
| 14182 | LAMAR, JAIME LYNN<br>605 Colony Drive<br>Edmond, OK 73003 | 6/30/2009 | $10,954.88 | U | CIRCUIT CITY STORES, INC. | C | $0.00 |
| 13958 | RICHARDSON, SUSAN<br>4720 Sadler Green Pl<br>Glen Allen, VA 23060 | 6/30/2009 | $20,000.00 | U | CIRCUIT CITY STORES, INC. | C | $0.00 |
| 15231 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | P | Circuit City Stores, Inc. | C | $0.00 |
| 15232 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | P | Circuit City Stores, Inc. | C | $0.00 |
| 15233 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | A | Circuit City Stores, Inc. | C | $0.00 |