Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID SCHEDULED CLAIMS AND REDUCTION OF CERTAIN PARTIALLY INVALID SCHEDULED CLAIMS**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Sixty-Second Omnibus Objection to Claims:  Disallowance of Certain Invalid Scheduled Claims and Reduction of Certain Partially Invalid Scheduled Claims* (the "Objection"), which requested,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

among other things, that the claims specifically identified on Exhibit B attached to the Objection

be disallowed or reduced for those reasons set forth in the Objection; and it appearing that due

and proper notice and service of the Objection as set forth therein was good and sufficient and

that no other further notice or service of the Objection need be given; and it further appearing

that no response was timely filed or properly served by the Claimants being affected by this

Order; and it appearing that the relief requested on the Objection is in the best interest of the

Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due

deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on Exhibit A as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.      The Claims identified on Exhibit B as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

Exhibit B.

4.      The Court will conduct a status conference on February 7, 2013 at 2:00

p.m. for all Claims identified on Exhibit C attached hereto.

5.      The Liquidating Trust hereby withdraws its objection solely to Claims

identified on Exhibit D attached hereto.

6.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

7.      The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

8.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2012


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    */s/ Lynn L. Tavenner*
                    Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15129076 | AEC ONE STOP GROUP<br>4250 CORAL RIDGE DR<br>CORAL SPRINGS, FL  33065 | $85,000.74 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129134 | ALBUQUERQUE, CITY OF<br>PO BOX 1313<br>ALBUQUERQUE , NM  87103 | $525.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129166 | ALLEGHENY POWER ACCT NUMBERS 1<br>800 CABIN HILL DR<br>GREENSBURG , PA  15606 | $7,578.69 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129167 | ALLEGHENY POWER ACCT NUMBERS 2<br>800 CABIN HILL DR<br>GREENSBURG , PA  15606 | $13,367.06 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129168 | ALLEGHENY POWER ACCT NUMBERS 3<br>800 CABIN HILL DR<br>GREENSBURG , PA  15606 | $3,342.38 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110538 | ALLEN, PHILIP<br>4054 REGATTA DR<br>DISCOVERY BAY, CA  94505 | $2,512.41 | F | General Unsecured | Circuit City Stores West Coast, Inc. | $0.00 |
| 15128893 | ALLTEL<br>PO BOX 96019<br>CHARLOTTE, NC  28296-0064 | $12,897.16 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15128900 | ALMO E COMMERCE, LLC<br>BOX 510783<br>PHILADELPHIA, PA  19175-0783 | $1,978.50 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110566 | APS/ARIZONA PUBLIC SERVICE<br>P O BOX 2906<br>PHOENIX , AZ  85062-2906 | $58,798.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129430 | BANGOR GAS, ME<br>21 MAIN ST<br>BANGOR , ME  04401 | $677.34 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129449 | BARBERIO, JANET<br>430 RT 211 E<br>MIDDLETOWN, NY  10940 | $2,205.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110615 | BARRAZA, GILBERTO<br>14318 ORANGE AVE<br>PARAMOUNT, CA  90723-3102 | $717.58 | F | General Unsecured | Circuit City Stores West Coast, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15129689 | BGE BALTIMORE GAS & ELECTRIC<br>P O BOX 13070<br>PHILADELPHIA , PA   19101-3070 | $9,243.66 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129715 | BIRNBAUM, RICHARD S<br>10480 CHEROKEE RD<br>RICHMOND, VA  23235-1007 | $18,883.47 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129727 | BLACK HILLS ENERGY<br>PO BOX 4660<br>CAROL STREAM, IL  60197-4660 | $3,314.40 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15129935 | BRATHWAITE, CARL<br>117 MEMORIAL DR<br>WILLIMANTIC, CT  06226 | $2,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130280 | CARBONITE, INC<br>LISA MOODY<br>177 HUNTINGTON AVE STE 1500<br>BOSTON, MA  02115 | $6,581.11 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130493 | CCRT PROPERTIES<br>3914 MURPHY CANYON RD STE A107<br>C/O GATEWAY PROPERTY MGNT<br>SAN DIEGO, CA  92123 | $36,423.08 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130591 | CHARLOTTE, CITY OF<br>PO BOX 26028<br>CHARLOTTE ALARM MGMT SVCS<br>RALEIGH , NC   27611 | $2,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130724 | CITY OF ALCOA UTILITIES, TN<br>P O BOX 9610<br>ALCOA , TN   37701 | $4,380.54 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130728 | CITY OF ARDMORE, OK<br>P O BOX 249<br>ARDMORE , OK   73402 | $705.67 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130733 | CITY OF BATAVIA, IL<br>100 NORTH ISLAND AVE<br>BATAVIA , IL   60510 | $8,128.97 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130736 | CITY OF BETHLEHEM, PA<br>10 EAST CHURCH ST<br>BETHLEHEM , PA   18016-6025 | $902.68 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15130741 | CITY OF BRIDGEPORT, WV<br>515 WEST MAIN ST<br>BRIDGEPORT , WV   26330 | $626.01 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130752 | CITY OF COCOA, FL<br>P O BOX 850001<br>ORLANDO , FL   32885-0020 | $918.62 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130754 | CITY OF COLUMBIA, MO<br>P O BOX 1676<br>COLUMBIA , MO   65205 | $7,392.23 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130755 | CITY OF COLUMBIA, SC WATER<br>P O BOX 7997<br>COLUMBIA , SC   29202-7997 | $595.69 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110765 | CITY OF COVINA, CA<br>125 EAST COLLEGE ST<br>COVINA , CA   91723 | $774.02 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130763 | CITY OF CUYAHOGA FALLS, OH<br>P O BOX 361<br>CUYAHOGA FALLS , OH   44222-0361 | $1,275.19 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130764 | CITY OF DALLAS, TX<br>1500 MARILLA ST ROOM 1AN<br>DALLAS , TX   75201 | $2,727.03 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130767 | CITY OF DAYTONA BEACH, FL<br>P O BOX 2455<br>DAYTONA BEACH , FL   32115-2455 | $1,624.80 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130772 | CITY OF EAST POINT, GA<br>2777 EAST POINT ST<br>EAST POINT , GA   30344 | $9,176.63 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130773 | CITY OF FAYETTEVILLE, AR<br>113 WEST MOUNTAIN ST<br>FAYETTEVILLE , AR   72701 | $615.98 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110768 | CITY OF FOLSOM,CA<br>PO BOX 7463<br>SAN FRANCISCO , CA   94120-7463 | $1,139.30 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130781 | CITY OF GASTONIA, NC<br>P O BOX 8600<br>GASTONIA , NC   28053-1748 | $4,866.73 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15110770 | CITY OF GLENDALE, CA WATER & POWER<br>P O BOX 51462<br>LOS ANGELES , CA  90051-5762 | $10,963.68 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130807 | CITY OF LYNNWOOD, WA<br>P O BOX 5008<br>LYNNWOOD , WA  98046 | $511.14 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130808 | CITY OF MADISON HEIGHTS, MI<br>300 WEST THIRTEEN MILE RD<br>MADISON HEIGHTS , MI  48071 | $781.07 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130817 | CITY OF MINNETONKA, MN<br>14600 MINNETONKA BLVD<br>MINNETONKA , MN  55345 | $534.26 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130824 | CITY OF NILES, OH<br>34 WEST STATE ST<br>NILES , OH  44446-5036 | $7,312.57 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110798 | CITY OF ROSEVILLE, CA<br>PO BOX 45807<br>SAN FRANCISCO , CA  94145-0807 | $5,023.35 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15110801 | CITY OF SAN DIEGO, CA<br>WATER DEPARTMENT<br>SAN DIEGO , CA  92187-0001 | $669.98 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130856 | CITY OF TALLAHASSEE, FL UTIL DEPT/C<br>600 N MONROE ST<br>TALLAHASSEE , FL  32301-1262 | $14,163.95 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130857 | CITY OF TAMPA, FL<br>PO BOX 30191<br>TAMPA, FL 33630-3191 | $1,347.76 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130870 | CITY OF WEST PALM BEACH/UTILITIES<br>P O BOX 30000<br>TAMPA , FL  33630-3000 | $893.30 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130875 | CITY OF WINSTON SALEM, NC<br>PO BOX 580055<br>CHARLOTTE , NC  28258-0055 | $939.52 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15130878 | CITY UTILITIES OF SPRINGFIELD, MO<br>P O BOX 551<br>SPRINGFIELD , MO  65801-0551 | $5,572.43 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15131119 | CONCORD FINANCE DEPT, CITY OF<br>1950 PARKSIDE DR<br>MS/09<br>CONCORD , CA  94519 | $937.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131837 | DIRECT ENERGY 643249<br>PNC BANK LOCKBOX 643249<br>PITTSBURGH, PA  15219 | $232,875.61 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131838 | DIRECT ENERGY, NY/1659<br>PO BOX 1659<br>NEW YORK, NY  10008-1659 | $1,504.90 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131856 | DIXIE ELECTRIC COOPERATIVE<br>P O BOX 30<br>UNION SPRINGS , AL  36089 | $6,605.07 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131898 | DOMINION VIRGINIA/NC POWER/26543<br>P O BOX 26543<br>RICHMOND , VA  23290-0001 | $225,402.34 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131938 | DOUGLASVILLE DOUGLAS COUNTY GA<br>PO BOX 23062<br>COLUMBUS, GA  31902-3062 | $1,122.87 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15131975 | DTE ENERGY/2859/67 069A<br>PO BOX 630795<br>CINCINNATI , OH  45263-0795 | $50,705.02 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132135 | EL PASO WATER UTILITIES<br>P O BOX 511<br>EL PASO , TX  79961-0001 | $713.60 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132380 | FAYETTEVILLE DEVELOPERS LLC<br>C/CORP CTR W C/O DEV RLTY CORP<br>1224 MILLS ST STE D103<br>EAST BERLIN , CT  06023 | $61,916.25 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132474 | FIRST DATA CORP<br>PO BOX 2021<br>IPS VALUELINK<br>ENGLEWOOD, CO  80150-2021 | $10,080.60 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132475 | FIRST DATA VALUE LINK<br>VALUELINK LLC<br>PO BOX 2021<br>ENGLEWOOD, CO  80150-2021 | $46,301.80 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15132533 | FLORIDA POWER & LIGHT COMPANY FPL GENERAL MAIL FACILITY MIAMI , FL  33188-0001 | $205,638.08 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132539 | FLOYD COUNTY WATER DEPARTMENT P O BOX 1199 ROME , GA  30162 | $555.51 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15111087 | FORT COLLINS UTILITIES P O BOX 1580 FORT COLLINS , CO  80522-0580 | $4,240.24 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132773 | GAINESVILLE OUTDOOR ADVERTISING INC 9417 NW 43RD ST GAINESVILLE, FL 32653 | $543.78 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132862 | GAS SOUTH P O BOX 530552 ATLANTA , GA  30353-0552 | $4,679.06 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15132938 | GGMC PARKING LLC 1651 THIRD AVE NEW YORK , NY  10124 | $2,130.76 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15133036 | GOMES, ELIZABETH 331 GEORGETOWN DR HYDE PARK, MA  02316 | $2,058.41 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15133388 | HARDYMON, JAMES F C/O DEBT ACQUISITION COMPANY OF AMERICA V LLC 1565 HOTEL CIRCLE SOUTH SUITE 310 SAN DIEGO, CA  92108 | $1,500.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15133478 | HAWAIIAN TELECOM PO BOX 30770 HONOLULU, HI  96820-0770 | $1,614.56 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15133531 | HEIDEMANN, LYLE G 4009 OAK RIDGE RD CRYSTAL LAKE, IL  60012 | $582.33 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15133901 | HUNTSVILLE UTILITIES, AL HUNTSVILLE UTILITIES HUNTSVILLE , AL  35895 | $8,513.07 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15133938 | IDAHO POWER<br>PO BOX 34966<br>SEATTLE , WA   98124-1966 | $2,604.58 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134051 | INTERWOVEN INC<br>PO BOX 39000<br>DEPT 33271<br>SAN FRANCISCO, CA  94139-3271 | $2,667.60 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134063 | IROBOT CORPORATION<br>8 CROSBY DR<br>ACCT RECEIVABLE DEPT<br>BEDFORD, MA  01730 | $399,369.40 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134099 | JACKSON ELECTRIC MEMBERSHIP CORP, GA<br>P O BOX 100<br>JEFFERSON , GA   30549 | $7,845.06 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134687 | KING, SIERRA<br>LOC NO 0034 PETTY CASH<br>3737B DUNCANVILLE RD<br>DALLAS, TX  75236 | $1,384.92 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134721 | KISTLER OBRIEN FIRE PROTECTION<br>2210 CITY LINE RD<br>BETHLEHEM, PA  18017 | $1,281.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134819 | KPMG LLP<br>PO BOX 120001<br>Dallas, TX 75312-0566 | $14,500.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134878 | KTXL FOX 40<br>FILE 51150<br>LOS ANGELES, CA  90074-1150 | $8,712.50 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15134879 | KU KENTUCKY UTILITIES COMPANY<br>PO BOX 536200<br>ATLANTA , GA   30353-6200 | $7,193.23 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135175 | LG&E LOUISVILLE GAS & ELECTRIC<br>PO BOX 537108<br>ATLANTA , GA   30353-7108 | $14,693.70 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135305 | LOUISVILLE WATER COMPANY<br>550 SOUTH 3RD ST<br>LOUISVILLE , KY   40202-1839 | $15,145.81 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.                    EXHIBIT A
Case No. 08-35653 (KRH)                               DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15135384 | MACHADO, ERNEST<br>6690 MISSION GORGE RD<br>SAN DIEGO, CA  92120 | $3,750.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135667 | MCALLEN PUBLIC UTILITIES TX<br>P O BOX 280<br>MCALLEN , TX  78505-0280 | $828.47 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135678 | MCCALL, LINDA<br>LOC NO 0567 PETTY CASH<br>ARDMORE, OK  73401 | $951.42 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135719 | MCCRAW, STACEY<br>LOC NO 0591 PETTY CASH<br>LIVERMORE, CA  94550 | $588.94 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15135752 | MCI<br>PO BOX 371355<br>PITTSBURGH, PA  15250-7355 | $665.64 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15111645 | MEDFORD WATER COMMISSION, OR<br>200 SOUTH IVY ST<br>MEDFORD , OR  97501-3189 | $924.58 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136373 | NATIONAL GRID 1048<br>PO BOX 1048<br>WOBURN, MA  01807-1048 | $632.14 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136376 | NATIONAL GRID MASSACHUSETTS/1005<br>PO BOX 1005<br>WOBURN , MA  01807-0005 | $20,984.32 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136377 | NATIONAL GRID NEW HAMPSHIRE/1041<br>PO BOX 1041<br>WOBURN , MA  01807-0041 | $8,663.48 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136378 | NATIONAL GRID NEW YORK/13252<br>300 ERIE BLVD WEST<br>SYRACUSE , NY  13252-0001 | $16,959.04 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136379 | NATIONAL GRID RHODE ISLAND/1049<br>PROCESSING CENTER<br>WOBURN , MA  01807-0049 | $12,121.35 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136380 | NATIONAL GRID WOBURN/4300<br>P O BOX 4300<br>WOBURN, MA  01888-4300 | $1,715.37 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15136398 | NAVIA, ALBERTO<br>5322 SAN MARTIN DR<br>BAKERSFIELD, CA  93307 | $5,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15111766 | NAVIA, ALBERTO<br>5322 SAN MARTIN DR<br>BAKERSFIELD, CA  93307 | $5,000.00 | F | General Unsecured | Circuit City Stores West Coast, Inc. | $0.00 |
| 15136443 | NEW BRAUNFELS UTILITIES, TX<br>P O BOX 310289<br>NEW BRAUNFELS , TX   78131 | $6,735.84 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136491 | NEXTAG<br>FILE 30862<br>PO BOX 60000<br>SAN FRANCISCO , CA   94160 | $362,362.49 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136532 | NILES, VILLAGE OF<br>1000 CIVIC CENTER DR<br>NILES, IL  60714 | $1,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136649 | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION<br>RON WELLS  INSPECTOR  NC  DOL<br>1101 MAIL SERVICE CENTER<br>RALEIGH, NC  27699-1100 | $2,860.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136731 | ORANGE AND ROCKLAND UTILITIES O&R<br>390 WEST ROUTE 59<br>SPRING VALLEY , NY   10977-5300 | $4,606.69 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136735 | ORANGE COUNTY REGISTER<br>FILE 56017<br>LOS ANGELES , CA   90074-6017 | $102,552.36 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136752 | ORLANDO UTILITIES COMMISSION<br>P O BOX 4901<br>ORLANDO , FL   32802-4901 | $12,672.24 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136797 | OZARKS ELECTRIC COOPERATIVE CORPORATION<br>P O BOX 848<br>FAYETTEVILLE , AR   72702-0848 | $7,725.74 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15136883 | PARK PAVILLION SPE ASSOC LP<br>CO A&N MANAGEMENT INC<br>902 CLINT MOORE RD STE 10<br>BOCA RATON , FL   33487 | $2,500.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15109518 | PARKWAY ENTERPRISES LLC<br>PO BOX 1913<br>MORRISTOWN, TN  37816 | $82,652.90 | F | General Unsecured | Circuit City Purchasing Company, LLC | $0.00 |
| 15137029 | PENELEC/3687<br>P O BOX 3687<br>AKRON , OH  44309-3687 | $5,056.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137043 | PEOPLES ENERGY/PEOPLES GAS<br>BILL PAYMENT CENTER<br>CHICAGO , IL  60687-0001 | $1,398.50 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137063 | PERFORMICS INC<br>DEPARTMENT CH 10858<br>PALATINE , IL  60055-0858 | $558,438.16 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137375 | PRICE, LEIGH<br>LOC NO 0335 PETTYCASH<br>BRANDYWINE, MD  20613 | $591.72 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137414 | PROMVENTURE LP<br>PO BOX 951559<br>C/O GUMBERG ASSET MGMT<br>CLEVELAND , OH  44193 | $37,895.79 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137431 | PSNC ENERGY PUBLIC SERVICE CO OF NC<br>P O BOX 100256<br>COLUMBIA , SC  29202-3256 | $1,455.58 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137441 | PUERTO RICO TELEPHONE<br>PO BOX 71535<br>SAN JUAN , PR  00936 8635 | $5,102.68 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137644 | RELATED RETAL MANAGEMENT CORP<br>PO BOX 33119<br>HARTFORD , CT  06150-3119 | $132,152.27 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137665 | RESEARCH IN MOTION<br>122 WEST JOHN CARPENTER PKWY<br>SUITE 430<br>IRVINGTON, TX  75039 | $1,300.90 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137671 | RETAIL MAINTENANCE SERVICES LLC<br>124 DARROW RD<br>AKRON , OH  44305 | $167,857.92 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15137868 | ROCKY MOUNT PUBLIC UTILITIES<br>P O BOX 1180<br>ROCKY MOUNT , NC  27802-1180 | $6,288.28 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137875 | RODGERS, BRETT<br>PO BOX 3538<br>CHAPTER 13 TRUST ACCOUNT<br>GRAND RAPIDS, MI  49501 | $1,274.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15137887 | RODRIGUEZ, LORENA AND CHRISTOPHER<br>25785 VIA LOMAS<br>NO 178<br>LAGUNA HILLS, CA  92653 | $1,203.59 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15112046 | RODRIGUEZ, LORENA AND CHRISTOPHER<br>25785 VIA LOMAS<br>NO 178<br>LAGUNA HILLS, CA  92653 | $1,203.59 | F | General Unsecured | Circuit City Stores West Coast, Inc. | $0.00 |
| 15137978 | RR DONNELLEY RECEIVABLES, INC<br>P O BOX 905151<br>CHARLOTTE, NC  28290 | $3,545.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15112089 | SACRAMENTO COUNTY UTILITIES<br>P O BOX 1804<br>SACRAMENTO , CA  95812 | $690.49 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138046 | SADDLEBACK COMMUNICATIONS<br>PO BOX 171230<br>SAN ANTONIO, TX  78265-9720 | $993.44 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138435 | SEMPRA ENERGY SOLUTIONS<br>24220 NETWORK PLACE<br>CHICAGO, IL  60673-1242 | $4,136.09 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138698 | SLASH SUPPORT, INC<br>ROSE LEE<br>3031 TISCH WAY STE 300<br>SAN JOSE, CA  95128 | $1,309.90 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138844 | SOUTH CENTRAL POWER CO, OH<br>PO BOX 2001<br>LANCASTER , OH  43130-6201 | $3,454.43 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15138846 | SOUTH JERSEY GAS COMPANY<br>PO BOX 3121<br>SOUTHEASTERN , PA   19398-3121 | $1,332.33 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138849 | SOUTH LOUISIANA ELECTRIC COOPERATIVE<br>P O BOX 4037<br>HOUMA , LA   70361-4037 | $3,247.56 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138857 | SOUTHERN CONNECTICUT GAS SCG<br>P O BOX 1999<br>AUGUSTA , ME   04332-1999 | $1,463.38 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138877 | SPAINHOUR, PATRICK<br>6175 CHAPELLE CR E<br>MEMPHIS, TN  38120 | $1,500.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15138932 | SQUIRE, CASEY<br>22 JORDAN RD<br>WILLIMANTIC, CT  06226-3841 | $2,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15112232 | SRP SALT RIVER PROJECT<br>P O BOX 2950<br>PHOENIX , AZ  85062-2950 | $34,527.62 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15109548 | ST LOUIS RAMS<br>ONE RAMS WY<br>ST LOUIS, MO  63045 | $20,000.00 | F | General Unsecured | Circuit City Purchasing Company, LLC | $0.00 |
| 15138968 | STANDARD CHARTERED BANK<br>GARY BUSH<br>101 WEST 103RD ST<br>INDIANAPOLIS, IN  46290 | $38,651.30 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139177 | SUREWEST<br>PO BOX 30697<br>LOS ANGELES, CA  90030-0697 | $786.88 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139229 | TACOMA PUBLIC UTILITIES<br>P O BOX 11007<br>TACOMA , WA  98411-0007 | $1,991.13 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15109559 | TARGET MARKETING<br>9962 BROOK RD<br>GLEN ALLEN, VA  23059 | $179,260.55 | F | General Unsecured | Circuit City Purchasing Company, LLC | $0.00 |
| 15139325 | TECO TAMPA ELECTRIC COMPANY<br>P O BOX 31318<br>TAMPA , FL  33631-3318 | $41,687.58 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15139332 | TELETECH<br>12720 COLLECTIONS CTR DR<br>BANK OF AMERICA 86663 09944<br>CHICAGO , IL  60693 | $204,279.44 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139469 | TIME INC<br>2109 PAYSPHERE CR<br>CHICAGO, IL  60674 | $150,000.00 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139654 | TRINSIC SPECTRUM BUSINESS<br>PO BOX 60091<br>NEW ORLEANS, LA  70160-0091 | $53,269.01 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139939 | VERIZON WIRELESS<br>PO BOX 25505<br>LEHIGH, PA  18002 5505 | $252,242.83 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15139948 | VERTEX SYSTEMS INC<br>W510248<br>PO BOX 7777<br>PHILADELPHIA, PA  19175-0248 | $4,308.75 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140323 | WFLX TV<br>PO BOX 11407 DRAWER 372<br>C/O AM SOUTH BANK<br>BIRMINGHAM, AL  35246-0372 | $5,733.25 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140348 | WHETZEL, DAVID<br>LOC NO 0775<br>PETTY CASH | $1,016.23 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140375 | WHITESTONE DEVELOPMENT PARNER<br>60 COLUMBUS CIRCLE 19TH FL<br>NEW YORK , NY  10022-1801 | $104,235.82 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140415 | WILKINSBURG PENN JOINT WATER<br>AUTHORITY<br>2200 ROBINSON BLVD<br>WILKINSBURG , PA  15221-1112 | $617.05 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140513 | WINDSTREAM<br>PO BOX 9001908<br>LOUISVILLE, KY  40290-1908 | $873.92 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
DISALLOWED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15140648 | WRAZ<br>PO BOX 60928<br>ACCOUNTING DEPT<br>CHARLOTTE, NC  28260 | $5,907.50 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140664 | WRIGHT HENNEPIN COOP ELECTRIC<br>P O BOX 330<br>ROCKFORD , MN   55373-0330 | $4,149.61 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140681 | WTIC TV<br>3562 COLLECTIONS CTR DR<br>BANK OF AMERICA<br>CHICAGO, IL  60693 | $6,736.25 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140723 | XCEL ENERGY PUBLIC SERVICE COMPANY OF CO<br>P O BOX 9477 2200<br>MINNEAPOLIS , MN   55484-9477 | $55,147.29 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |
| 15140724 | XCEL ENERGY SOUTHWESTERN PUBLIC SERVICE<br>P O BOX 9477<br>MINNEAPOLIS , MN   55484-9477 | $6,431.70 | F | General Unsecured | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT B
REDUCED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Class | Debtor(s) | Reduced Amount |
|---|---|---|---|---|---|---|
| 15109404 | AGENCY SPORTS MANAGEMENT, THE<br>230 PARK AVE<br>STE 851<br>NEW YORK, NY  10169 | $50,361.00 | F | General Unsecured | Circuit City Purchasing Company, LLC | $30,361.00 |
| 15129206 | AQUA PENNSYLVANIA/1229<br>P O BOX 1229<br>NEWARK, NJ  07101 | $1,726.47 | F | General Unsecured | Circuit City Stores, Inc. | $1,075.20 |
| 15131422 | Hain Capital Holdings LLC<br>attn Ganna Liberchuk<br>301 Rte 17 7th Fl<br>Rutherford, NJ  07070 | $133,500.00 | F | General Unsecured | Circuit City Stores, Inc. | $89,000.00 |
| 15133586 | HERITAGE LAKE CROSSING LLC<br>5000 HAKES DR SUITE 300<br>NORTON SHORES , MI  49441 | $45,861.41 | F | General Unsecured | Circuit City Stores, Inc. | $35,545.65 |
| 15177015 | KING, ALLEN B<br>1501 NORTH HAMILTON ST<br>RICHMOND , VA  23230 | $3,750.00 | F | General Unsecured | Circuit City Stores, Inc. | $3,000.00 |
| 15138422 | SELECT PERSONNEL SERVICES<br>3820 STATE ST<br>SANTA BARBARA, CA  93105-3182 | $14,798.58 | F | General Unsecured | Circuit City Stores, Inc. | $10,623.00 |
| 15109555 | SUN INDUSTRIAL SUPPLY CO<br>700 SAVAGE RD<br>NORTHAMPTON, PA  18067 | $7,480.42 | F | General Unsecured | Circuit City Purchasing Company, LLC | $5,427.79 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT
CONTINUED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Claim Class | Debtor(s) |
|---|---|---|---|---|---|
| 15134968 | LANCASTER PROPANE GAS INC c/o CONTRARIAN CAPITAL MANAGEMENT, L.L.C. 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH , CT  06830 | $16,195.52 | F | General Unsecured | Circuit City Stores, Inc. |
| 15134969 | LANCASTER PROPANE, PA C/O CONTRARIAN CAPITAL MANAGEMENT, L.L.C. 411 WEST PUTNAM AVENUE - SUITE 425 GREENWICH , CT  06830 | $35,022.39 | F | General Unsecured | Circuit City Stores, Inc. |
| 15135133 | LESLY, SUE 2819 TIMBER BRIAR CIRCLE HOUSTON, TX  77059 | $10,000.00 | F | General Unsecured | Circuit City Stores, Inc. |
| 15135495 | MARCINISZYN, DAVID 633 WILLOW ST WATERBURY, CT  06710 | $2,232.11 | F | General Unsecured | Circuit City Stores, Inc. |
| 15135944 | MID CAROLINA ELECTRIC COOPERATIVE P O BOX 669 LEXINGTON , SC  29071-0669 | $10,313.63 | F | General Unsecured | Circuit City Stores, Inc. |
| 15138381 | SCRANTON TIMES 149 PENN AVE SCRANTON , PA  18503 | $14,587.50 | F | General Unsecured | Circuit City Stores, Inc. |
| 15129100 | AHOLD FINANCIAL SERVICES LLC 1149 HARRISBURG PIKE BOX 249 CO TOPS HOLDING LLC ATTN GENERAL ACCTG CARLISLE, PA  17013-0249 | $7,239.21 | F | General Unsecured | Circuit City Stores, Inc. |
| 15128955 | Contrarian Funds LLC 411 W Putnam Ave Ste 425 Greenwich , CT  06830 | $25,380.00 | F | General Unsecured | Circuit City Stores, Inc. |
| 15132093 | EDISON PARKING MANAGEMENT 214 W 80TH ST NEW YORK, NY  10024 | $1,700.00 | F | General Unsecured | Circuit City Stores, Inc. |
| 15133334 | HAMILTON CROSSING I LLC 3812 KENILWORTH DR KNOXVILLE, TN  37919-6637 | $34,268.83 | F | General Unsecured | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

CONTINUED CLAIMS

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Claim Class | Debtor(s) |
|---|---|---|---|---|---|
| 15133915 | HWR KENNESAW LLC<br>2911 TURTLE CREEK BLVD 1240<br>C/O BRIARWOOD CAPITAL CORP<br>DALLAS , TX  75219 | $45,970.98 | F | General Unsecured | Circuit City Stores, Inc. |
| 15136400 | NAZARIO FAMILY LLC<br>11405 MARYLAND AVE<br>BELTSVILLE, MD  20705-1628 | $42,671.28 | F | General Unsecured | Circuit City Stores, Inc. |
| 15137281 | POND ROAD ASSOCIATES<br>620 TINTON AVE<br>BLDG B STE 200<br>TINTON FALLS , NJ  07724 | $40,245.69 | F | General Unsecured | Circuit City Stores, Inc. |
| 15139980 | VILLAGE WALK RETAIL LP<br>PO BOX 51377<br>LOS ANGELES, CA  90051-5677 | $39,727.10 | F | General Unsecured | Circuit City Stores, Inc. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
CLAIM OBJECTIONS WITHDRAWN

| Scheduled Claim Number | Name & Address | Scheduled Amount | Schedule | Scheduled Claim Class | Debtor(s) |
|---|---|---|---|---|---|
| 15131679 | DELOITTE FINANCIAL ADVISORY SERVICES LLP<br>PO BOX 2062<br>CAROL STREAM , IL  60132-2062 | $58,211.37 | F | General Unsecured | Circuit City Stores, Inc. |