## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08−35653−KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 54−0493875


### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on January 3, 2013 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 12/20/2012, Remote electronic access to the transcript is restricted until 04/2/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber ] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [12684] Hearing held; MOTION GRANTED). Notice of Intent to Request Redaction Deadline Due By 01/9/2013. Redaction Request Due By 01/23/2013. Redacted Transcript Submission Due By 02/4/2013. Transcript access will be restricted through 04/2/2013. (Bowen, James)


     The parties have [until January 10, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [January 24, 2013] [21 days from the date of filing of the transcript].

     If a request for redaction is filed, the redacted transcript is due [February 4, 2013] [31 days from the date of filing of the transcript].

     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [April 3, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

     To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden
Clerk, United States Bankruptcy Court**

Date:   January 3, 2013

[ntctranredact.jsp 3/2009]

```
                        United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0422-7          User: smithla              Page 1 of 11          Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2013.
```
db          #+Circuit City Stores, Inc.,    9950 Mayland Drive,    Richmond, VA 23233-1463
cr           +Toshiba America Consumer Products, L.L.C.,    Leitess Leitess Friedberg + Fedder PC,
               One Corporate Center,    10451 Mill Run Circle, Suite 1000,    Owings Mills, MD 21117-5519
cr           +Toshiba America Information Systems, Inc.,    Leitess Leitess Friedberg + Fedder PC,
               One Corporate Center,    10451 Mill Run Circle, Suite 1000,    Owings Mills, MD 21117-5519
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2013**               **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: smithla              Page 2 of 11                Date Rcvd: Jan 03, 2013
                               Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2013 at the address(es) listed below:

        Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
        mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
        Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
        Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
        akeith@honigman.com, tsable@honigman.com
        Alan Michael Noskow    on behalf of Defendant    COKeM International Ltd. anoskow@pattonboggs.com
        Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
        Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
        Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
        ajackins@seyfarth.com
        Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC atoepp@reedsmith.com,
        dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
        Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
        Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
        amy.williams@klgates.com, hailey.andresen@klgates.com
        Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
        andrea.davison@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
        Andrea M. Sullivan    on behalf of Creditor    Craig-Clarksville Tennessee LLC
        andrea.sullivan@troutmansanders.com
        Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
        Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
        Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
        Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
        jaturner@kaufcan.com;nlferguson@kaufcan.com
        Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
        Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
        rhicks@shutts-law.com
        Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
        Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
        Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
        anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
        raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
        Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
        Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
        Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
        murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
        Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
        Management Services, LLC abraucher@mcmillanmetro.com
        Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
        drichards@vanblk.com;pfaggert@vanblk.com
        Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
        annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
        Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
        Companies, Ltd. acichello@kb-law.com
        Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
        Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
        Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
        ecffilings@hangley.com
        Augustus C. Epps    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
        lthompson@cblaw.com
        Belkys Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
        Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
        cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
        Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
        bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
        benglander@wtplaw.com, rredfield@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
        Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
        lsansbury@mrrlaw.com
        Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated brian.huben@kattenlaw.com,
        carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
        enlaw.com
        Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
        Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
        Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
        bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
        tmelendez@ecjlaw.com
        C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
        Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
        Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
        Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC gkorrell@dl.com
        Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: smithla              Page 3 of 11              Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com, ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7           User: smithla              Page 4 of 11                  Date Rcvd: Jan 03, 2013
                               Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Dennis T. Lewandowski   on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Eugene Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
German Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,  droberts1949@live.com

```
District/off: 0422-7                User: smithla               Page 5 of 11                 Date Rcvd: Jan 03, 2013
                                    Form ID: redacttr           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
         csommer@fdh.com
        Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
        Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
         howard.j.grossman@chase.com
        Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
        J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
         chefiling@lw.com;robert.klyman@lw.com
        J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
         sparson@mckennalong.com
        Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
         toof.jackson@arentfox.com
        Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
         lbigus@stinson.com
        James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
         through Brian Hamer, its Director James.Newbold@illinois.gov
        James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
         vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
        James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
         bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
        James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
         avis.francis@hklaw.com
        James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
         kim.smith@sablaw.com
        James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
         eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
         ell@spottsfain.com;tmoore@spottsfain.com
        James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
         ncoton@beankinney.com
        James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
         jlombardi@rossbanks.com,   acole@rossbanks.com
        James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
         of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
        James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
         jburke@orrick.com
        Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
         jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
        Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
         admin@meiburgerlaw.com
        Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
         ecf@krcl.com
        Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
         a30156@yahoo.com;tcarper@krumbeinlaw.com
        Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
         jharbour@hunton.com
        Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
         tacspc@gmail.com;amanda@taxva.com
        Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
         Jeff.Klusmeier@ago.mo.gov
        Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
         dwineinger@taftlaw.com;ecfclerk@taftlaw.com
        Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
         kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
        Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
         elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
        Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jpomerantz@pszjlaw.com
        Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
         dennisj@ballardspahr.com,   pollack@ballardspahr.com
        Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
        Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
        Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
         jwest@spottsfain.com,
         rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
         msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
         klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
         avaughn@cblaw.com
        Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
         calirm@haslaw.com
        Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
         tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
        Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
        Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
        Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
         jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7          User: smithla              Page 6 of 11              Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
      Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
      Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
      Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
      Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
      Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
      Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
      Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
      John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
      John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jfiero@pszjlaw.com
      John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
      John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
      John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
      John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
      John J. Lamoureux    on behalf of Creditor   Amore Construction Company jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
      John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
      John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
      John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
      John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
      John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
      Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
      Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited jstorper@hansonbridgett.com
      Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
      Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
      Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
      Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
      Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
      Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com, harvell@seeger-law.com
      Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
      Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc. kmiller@wileyrein.com,   rours@wileyrein.com
      Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
      Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
      Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
      Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
      Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
      Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
      Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
      Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
      Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
      Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
      Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
      Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
      Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

```
District/off: 0422-7           User: smithla               Page 7 of 11                Date Rcvd: Jan 03, 2013
                               Form ID: redacttr           Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
      for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
      kimsullywalker@aol.com
      Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
      Carla@KDBLawFirm.com
      Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
      KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
      Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
      eappelstein@ltblaw.com
      Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
      margaret@rlglegal.com
      Leonard E. Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
      gadams@Starr-Law.com
      Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
      lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
      lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
      cmarchant@garylaw.us;ivasyuchkina@garylaw.us
      Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
      nkatzen@reedsmith.com
      Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
      Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
      loc.pfeiffer@kutakrock.com
      Louis E. Dolan   on behalf of Creditor   California Self-Insurers' Security Fund
      LDOLAN@nixonpeabody.com,
      was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
      ixonpeabody.com;DPrivott@nixonpeabody.com
      Lucy L. Thomson   lthomson2@csc.com
      Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
      chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
      dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
      com;vstreet@tb-lawfirm.com
      Madeleine C. Wanslee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
      slonon@gustlaw.com
      Malcolm M. Mitchell   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman   on behalf of Creditor   Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
      mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
      Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
      bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
      Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
      mark@taxva.com, amanda@taxva.com
      Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
      mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
      Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
      erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
      martin.brown@lawokc.com
      Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
      molden@mhalaw.com, akauba@mhalaw.com
      Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
      lexbankruptcy@wyattfirm.com
      Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
      Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
      lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
      sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
      Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
      Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
      Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

```
District/off: 0422-7          User: smithla              Page 8 of 11              Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc. mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor  Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
          Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
          Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
          Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff  Alfred Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al. pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor  c/o William S. Coats Pinnacle Systems, Inc. pcarney@whitecase.com, hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor  Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond Pring    on behalf of Creditor  Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
          Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com

```
District/off: 0422-7           User: smithla                Page 9 of 11                   Date Rcvd: Jan 03, 2013
                               Form ID: redacttr            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
           Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
           hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,   USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc.
           rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
           jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
           kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
           of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
           robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
           L.L.C. rtepper@sabt.com,   pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
           rmoorman@moormanlaw.com,   robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
           Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
           USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
           rminkoff@jefferies.com,   mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,   rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
           ndysart@ltblaw.com
          Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
           rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
           rbingham@stites.com,   dclayton@stites.com
          Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,   kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
           carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
           Manoj.ramia@kirkland.com
          Satchidananda  Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7          User: smithla              Page 10 of 11             Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               ebeaumont@hf-law.com
              Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
               stan.salus@akerman.com,
               crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
               hvanlear@wawlaw.com;jjohnson@wawlaw.com;wlevin@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;ps
               illing@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
               nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
               smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
               sleach@ltblaw.com,    msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
               Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor   CWCapital Asset Management LLC
               sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
               cbglawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
               tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
               thadwilson@kslaw.com,    pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
               tmurphy@dclawfirm.com,
               rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
               dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
               tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
               trepczynski@offitkurman.com,    gmonteith@offitkurman.com;lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin    on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
               croyes@vanblk.com
              Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
              Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,    jacksonst@michigan.gov
              Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
              Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
               wroenker@cityofchesapeake.net
              William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
              William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Wood    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles
               L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
               chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
```

```
District/off: 0422-7          User: smithla              Page 11 of 11             Date Rcvd: Jan 03, 2013
                              Form ID: redacttr          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com, julie.alber@akerman.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

                                                                                                                            TOTAL: 413