UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that of Pioneer Electronics (USA) Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XI, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 9528, filed 1/30/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Pioneer Electronics (USA) Inc.
c o Max J Newman
Butzel Long A Professional Corporation
41000 Woodward Ave
Bloomfield, MI 48304

NEW ADDRESS
Pioneer Electronics (USA) Inc.
c/o United States Debt Recovery, XI, LP
5575 Kietzke Lane, Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

Pioneer Electronics (USA) Inc.

Print Name: _Naoki Horie_    Title: _Treasurer & Senior Vice President_

Signature: _N. Horie_    Date: _Jan 4, 2013_