# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., STE. 425
GREENWICH, CT 06830
ATTN: ALISA MUMOLA
PHONE 203-862-8211

**SJ COLLINS ENTERPRISES LLC GOODMAN ENTERPRISES LLC DEHART HOLDINGS LLC AND WEEKS PROPERTIES GC HOLDINGS LLC**
Name of Transferor

Name and Current Address of Transferor

SJ COLLINS ENTERPRISES LLC
GOODMAN ENTERPRISES LLC
DEHART HOLDINGS LLC
  AND WEEKS PROPERTIES GC HOLDINGS LLC
ATTN JAMES S CARR ESQ
KELLEY DRYE & WARREN LLP
101 PARK AVE
NEW YORK, NY 10178

SJ COLLINS ENTERPRISES LLC ET AL
VICTOR W NEWMARK ESQ
WILES AND WILES LLP
800 KENNESAW AVE STE 400
MARIETTA, GA  30060

**Claim No. 9366**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____    Date: _____January 15, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, their successors and assigns (collectively, "Assignors"), pursuant to that certain Transfer of Claim Agreement dated January 4, 2013, have hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 9366 (the "Claim"), in the filed amount of $646,554.39 and in the reduced and allowed amount of $475,000.00 against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignors hereby waive any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulate that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignors have duly executed this Evidence of Transfer of Claim by their respective duly authorized representatives this ___ day of January 2013.

(Assignors)
S.J. COLLINS ENTERPRISES, LLC

By: _____
Name: Stephen J. Collins
Title: Manager

GOODMAN ENTERPRISES, LLC

By: _____
Name: _____
Title: _____

DEHART HOLDINGS, LLC

By: _____
Name: _____
Title: _____

WEEKS PROPERTIES CG HOLDINGS, LLC

By: _____
Name: _____
Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: JANICE M. STANTON
Name: MEMBER
Title: _____

NY01\KaneD\1683265.2

## EVIDENCE OF TRANSFER OF CLAIM

S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, their successors and assigns (collectively, "Assignors"), pursuant to that certain Transfer of Claim Agreement dated January 11, 2013, have hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 9366 (the "Claim"), in the filed amount of $646,554.39 and in the reduced and allowed amount of $475,000.00 against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignors hereby waive any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulate that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignors have duly executed this Evidence of Transfer of Claim by their respective duly authorized representatives this __11__ day of January 2013.

(Assignors)
S.J. COLLINS ENTERPRISES, LLC

By: _____
Name: _____
Title: _____

GOODMAN ENTERPRISES, LLC

By: _/s/ Scott C. Goodman_
Name: _Scott C. Goodman_
Title: _Member_

DEHART HOLDINGS, LLC

By: _____
Name: _____
Title: _____

WEEKS PROPERTIES CG HOLDINGS, LLC

By: _____
Name: _____
Title: _____

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: _____
Title: _____

## EVIDENCE OF TRANSFER OF CLAIM

S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, their successors and assigns (collectively, "Assignors"), pursuant to that certain Transfer of Claim Agreement dated January 11, 2013, have hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim no. 9366 (the "Claim"), in the filed amount of $646,554.39 and in the reduced and allowed amount of $475,000.00 against Circuit City Stores, Inc. in the bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Virginia, case no. 08-35653 (jointly administered) or any other court with jurisdiction.

Assignors hereby waive any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulate that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignors have duly executed this Evidence of Transfer of Claim by their respective duly authorized representatives this __11__ day of January 2013.

**(Assignors)**
S.J. COLLINS ENTERPRISES, LLC

By: _____
Name: _____
Title: _____

GOODMAN ENTERPRISES, LLC

By: _____
Name: _____
Title: _____

DEHART HOLDINGS, LLC

By: _____
Name: _____
Title: _____

WEEKS PROPERTIES CG HOLDINGS, LLC

By: _[signature]_
Name: A. Ray Weeks, Jr
Title: Manager

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: _____

NY01\KaneD\1683265.2