**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al. | |
| | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 9366, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
S.J .Collins Enterprises, LLC, Goodman
Enterprises, LLC, DeHart Holdings, LLC
and Weeks Properties CG Holdings, LLC
c/o Kelley Drye & Warren LLP.
101 Park Avenue
New York, NY 10178
Attn: James S Carr, Esq.
    Robert L. LeHane, Esq.

-- and --

Victor W. Newmark, Esq.
Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060

New Address
S.J. Collins Enterprises LLC, et al.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**S.J. COLLINS ENTERPRISES, LLC**

By: _[signature]_
Title: Manager
Date: 1-10-13

**DEHART HOLDINGS, LLC**

By: _[signature]_
Title: Manager
Date: 1-10-13

**GOODMAN ENTERPRISES, LLC**

By: _____
Title: _____
Date: _____

**WEEKS PROPERTIES CG HOLDINGS, LLC**

By: _____
Title: _____
Date: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

CIRCUIT CITY STORES, INC. et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 9366, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
S.J. Collins Enterprises, LLC, Goodman
Enterprises, LLC, DeHart Holdings, LLC
and Weeks Properties CG Holdings, LLC
c/o Kelley Drye & Warren LLP.
101 Park Avenue
New York, NY 10178
Attn: James S Carr, Esq.
       Robert L. LeHane, Esq.

– and –

Victor W. Newmark, Esq.
Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060

New Address
S.J. Collins Enterprises LLC, et al.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**S.J. COLLINS ENTERPRISES, LLC**

By:_____
Title:_____
Date:_____

**DEHART HOLDINGS, LLC**

By:_____
Title:_____
Date:_____

**GOODMAN ENTERPRISES, LLC**

By: *Scott C. Goodman*
Title: Member
Date: 1/10/13

**WEEKS PROPERTIES CG HOLDINGS, LLC**

By:_____
Title:_____
Date:_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re                                                    Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                                   Case No. 08-35653

           Debtors.                      (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that S.J. Collins Enterprises, LLC, Goodman Enterprises, LLC, DeHart Holdings, LLC and Weeks Properties CG Holdings, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number 9366, be sent to the New Address set forth below, effective as of the date hereof.

Former Address
S.J. Collins Enterprises, LLC, Goodman
Enterprises, LLC, DeHart Holdings, LLC
and Weeks Properties CG Holdings, LLC
c/o Kelley Drye & Warren LLP.
101 Park Avenue
New York, NY 10178
Attn: James S Carr, Esq.
      Robert L. LeHane, Esq.

– and –

Victor W. Newmark, Esq.
Wiles and Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060

New Address
S.J. Collins Enterprises LLC, et al.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

**S.J. COLLINS ENTERPRISES, LLC**

By:_____
Title:_____
Date:_____

**GOODMAN ENTERPRISES, LLC**

By:_____
Title:_____
Date:_____

**DEHART HOLDINGS, LLC**

By:_____
Title:_____
Date:_____

**WEEKS PROPERTIES CG HOLDINGS, LLC**

By: _/s/_____
Title: Manager
Date: 1/10/13