VIA: Certified/Return Receipt Requested
7011 3500 0000 8825 1364

Clerk, US Bankruptcy Court
701 East Broad St
Richmond VA 23219



PO Box 113524
Pittsburgh PA 15241

January 7, 2013

RE:  Notice of new address

Dear Ms French,

    I am a member of the class action suit against Circuit City Stores, Inc Case No 08-35653-KRH Chapter 11.

    I have been trying to obtain the phone number of your office since August 2, 2012 to provide my new address. I called several numbers and left messages but it seems my messages were not received since I continued to get court notices at my old address which was:
3567 Mountain View Dr #119 West Mifflin PA 15122.

    My new address is PO Box 113524 Pittsburgh PA 15241. It has been changed since August 2, 2012. Please make note of it.

    Thank you for your time in this matter.

Sincerely

Miss Gloria E Scarnati

GES