IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 12526

PLEASE TAKE NOTICE that Valley Corners Shopping Center, LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Valley Corners Shopping Center, LLC<br>Amy Pritchard Williams, Esquire<br>K&L GATES LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, North Carolina 28202<br><br>-and-<br><br>Valley Corners Shopping Center, LLC<br>c/o Charles E. Ellis Jr.<br>1111 Metropolitan Ave.<br>Suite 700<br>Charlotte NC 28236-6799 | Valley Corners Shopping Center, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| Valley Corners Shopping Center, LLC<br>Amy Pritchard Williams, Esquire<br>K&L GATES LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, North Carolina 28202 | Valley Corners Shopping Center, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

CH-3147359 v2 2809153-00256

Dated: January 10, 2013

Respectfully submitted,

Valley Corners Shopping Center, LLC

By: *John Collett*
Name: John Collett
Title: Manager

CH-3147359 v2 2809153-00256