IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 9633

PLEASE TAKE NOTICE that UTC I, LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| UTC I, LLC<br>Amy Pritchard Williams, Esquire<br>K&L GATES LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, North Carolina 28202 | UTC I, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| UTC I, LLC<br>Amy Pritchard Williams, Esquire<br>K&L GATES LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, North Carolina 28202 | UTC I, LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

CH-3146792 v2 2809153-00254

Dated: January 10, 2013

Respectfully submitted,

UTC I, LLC

By: _____
Name: Robert C. Collett
Title: Manager