Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.*
 *Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| _____ | ) |

**ORDER APPROVING AGREEMENTS BETWEEN THE CIRCUIT CITY
STORES, INC. LIQUIDATING TRUST AND TOSHIBA ENTITIES**

This matter coming before the Court on the Motion For Entry of An Order Approving Settlement Agreements Between The Circuit City Stores, Inc. Liquidating Trust (the "<u>Trust</u>" and./or the "<u>Liquidating Trust</u>") and Toshiba Entities (the "<u>Motion</u>") filed by Alfred H. Siegel (the "<u>Trustee</u>"), the duly appointed trustee of the Circuit City Stores, Inc. Liquidating Trust; the Court (a) having reviewed the Motion and all pleadings relating thereto and (b) having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "<u>Hearing</u>"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the Settlement Agreements between the Trust and Toshiba are (i) fair and reasonable, (ii) a reasonable exercise of the Trust's sound business judgment, and (iii) in the best interests of the Trust, its estate

and creditors; (d) notice of the Motion and the Hearing was proper and adequate under the circumstances and no other or further notice is necessary; and (e) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

1. The Motion is **GRANTED**.

2. All capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

3. Pursuant to Bankruptcy Code section 105 and Bankruptcy Rule 9019, the Settlement Agreements are APPROVED in all respects.

4. The Trust and the Trustee are authorized to take all actions necessary to effectuate the Settlement Agreements and the relief granted pursuant to this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____   _____
      Richmond, Virginia                             The Honorable Kevin R. Huennekens
                                                                United States Bankruptcy Judge

**WE ASK FOR THIS:**

By:   */s/ Lynn L. Tavenner*
       Lynn L. Tavenner, Esq. (VSB No. 30083)
       Tavenner & Beran, PLC
       20 North Eighth Street, Second Floor
       Richmond, VA  23219
       (804) 783-8300

   -and-

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

                                        */s/ Lynn L. Tavenner*
                                  Lynn L. Tavenner, Esq. (VSB No. 30083)
                                  Tavenner & Beran, PLC
                                  20 North Eighth Street, Second Floor
                                  Richmond, VA  23219
                                  (804) 783-8300