Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS (MULTIPLE HR PROGRAMS CLAIMED)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-*

*Seventh Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (Multiple HR*

*Programs Claimed)* (the "Objection"), which requested, among other things, that the claims

specifically identified on **Exhibit B** attached to the Objection be reduced, fixed or disallowed, as

applicable, for those reasons set forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was good and sufficient and that no other

further notice or service of the Objection need be given; and it further appearing that no response

was timely filed or properly served by the Claimants being affected by this Order; and it

appearing that the relief requested on the Objection is in the best interest of the Liquidating

Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation

thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is SUSTAINED.

2.      The Claims identified on **Exhibit A** as attached hereto and incorporated

herein are forever reduced for all purposes in these bankruptcy cases in the manner stated in

**Exhibit A**.

3.      The Claims identified on **Exhibit B** as attached hereto and incorporated

herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

4.      The Claims identified on **Exhibit C** as attached hereto and incorporated

herein are forever fixed in the amount specified on **Exhibit C** for all purposes in these

bankruptcy cases.

5.      The Court will conduct a status conference on February 7, 2013 at 2:00

p.m. for all Claims identified on **Exhibit D** attached hereto.

6.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

7.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2012

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                              - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                              - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              */s/ Lynn L. Tavenner*_____
                              Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**
**REDUCED CLAIMS**

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Reduced Claim Amount |
|---|---|---|---|---|---|---|
| 12/16/2008 | 1743 | ENGESSER, VICTOR M | $326,424.81 | U | CIRCUIT CITY STORES, INC. | $324,619.18 |
| 1/22/2009 | 5110 | POWELL, PETER D<br>1912 PRAIRIE SQUARE UNIT 312<br>SCHAUMBURG, IL  60173 | $2,707.02 | U | CIRCUIT CITY STORES, INC. | $1,444.40 |
| 1/22/2009 | 5113 | TIMOTHY D LOWE<br>3546 Fawn View Dr<br>Zeeland, MI  49464 | $339,920.00 | U | CIRCUIT CITY STORES, INC. | $288,000.00 |
| 1/23/2009 | 5157 | LEACH, BRIAN R<br>9060 COTTLESTON CIRCLE<br>MECHANICSVILLE, VA  23116 | $491,300.00 | U | CIRCUIT CITY STORES, INC. | $452,300.00 |
| 1/16/2009 | 5639 | APPLEBAUM, MICHAEL SCOTT<br>505 KINGS RD<br>YARDLEY, PA  19067 | $15,692.00 | U | CIRCUIT CITY STORES, INC. | $15,000.00 |
| 1/26/2009 | 6417 | HUTCHINSON, HOPETON<br>13900 ARDATH AVE<br>GARDENA, CA  90249 | $65,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $4,053.59 |
| 1/26/2009 | 7151 | THORNE, SHERRI L<br>4412 STUDLEY RD<br>MECHANICSVILLE, VA  23116 | $40,952.50 | U | CIRCUIT CITY STORES, INC. | $20,412.75 |
| 1/28/2009 | 7169 | DOMSTER, DAVID J<br>7300 LOOKOUT DR<br>RICHMOND, VA  23225-1212 | $218,542.66 | U | CIRCUIT CITY STORES, INC. | $182,022.00 |
| 1/28/2009 | 7202 | STORY, DAVID<br>32 ZUMWALT PASS<br>OFALLON, MO  63366 | $80,000.00 | U | CIRCUIT CITY STORES, INC. | $40,476.25 |
| 1/28/2009 | 7398 | FOSTER, MICHAEL L<br>1927 WINDINGRIDGE DR<br>RICHMOND, VA  23238 | $179,634.00 | U | CIRCUIT CITY STORES, INC. | $40,000.00 |
| 1/28/2009 | 7600 | RYAN, PAUL<br>13 N STONINGTON RD<br>MYSTIC, CT  06355 | $426,830.00 | U | CIRCUIT CITY STORES, INC. | $247,214.00 |
| 1/29/2009 | 7823 | WOOLRIDGE, VELVIA B<br>909 WYNFIELD TERRACE<br>RICHMOND, VA  23223 | $6,812.00 | U | CIRCUIT CITY STORES, INC. | $1,336.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**
**REDUCED CLAIMS**

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Reduced Claim Amount |
|---|---|---|---|---|---|---|
| 1/29/2009 | 8192 | NINO, MICHAEL A<br>7100 Lakeshore Dr<br>Quinton, VA  23141 | $20,670.00 | U | CIRCUIT CITY STORES, INC. | $1,470.00 |
| 1/30/2009 | 9365 | SCHROGIE, JOHN J<br>15718 Fox Marsh Dr<br>Moseley, VA  23120 | $172,952.50 | U | CIRCUIT CITY STORES, INC. | $172,476.25 |
| 1/30/2009 | 9487 | CZERWONKA, DAVID JOHN<br>12108 COUNTRY HILLS WY<br>GLEN ALLEN, VA  23059-5361 | $685,800.00 | U | CIRCUIT CITY STORES, INC. | $223,401.00 |
| 1/30/2009 | 9978 | JENNIFER G LINTON<br>5232 Wheat Ridge Pl<br>Glen Allen, VA  23059 | $85,013.10 | U | CIRCUIT CITY STORES, INC. | $412.75 |
| 1/30/2009 | 10029 | WAITE, JILL F<br>5013 QUEENSBURY WAY<br>SAN RAMON, CA  94582 | $100,884.50 | U | CIRCUIT CITY STORES, INC. | $80,000.00 |
| 6/26/2009 | 13665 | WILLIAM P CIMINO<br>15 Albemarle Ave<br>Richmond, VA  23226 | $146,200.00 | U | CIRCUIT CITY STORES, INC. | $80,000.00 |
| 6/29/2009 | 13879 | JEFF MCDONALD<br>5540 Quail Ridge Ter<br>Chesterfield, VA  23832 | $657,814.00 | U | CIRCUIT CITY STORES, INC. | $488,797.00 |
| 7/1/2009 | 14329 | SEVERN M DEMOTT<br>7702 Sunderland Rd<br>Richmond, VA  23229 | $135,710.00 | U | CIRCUIT CITY STORES, INC. | $80,476.25 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**EXPUNGED CLAIMS**

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Class Claim | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 12/17/2008 | 1215 | WEBB, SUSANNA<br>2929 N MACARTHUR DR NO 160<br>TRACY, CA  95376 | $0.00 | U | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. | $0.00 |
| 1/23/2009 | 4228 | HARMON, EMIKO L<br>1901 MOUNTAIN RD<br>GLEN ALLEN, VA  23060 | $4,712.18 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/22/2009 | 4940 | CARRILLO, CHRISTOPHER M<br>7973 W CARON DR<br>PEORIA, AZ  85345 | $2,018.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/16/2009 | 5499 | CLARKE, RALPH<br>P O BOX 1447<br>PLYMOUTH, MA  02362 | $16.30 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/26/2009 | 6014 | WHITE, ELIZABETH H<br>9029 RUSSET LANE<br>MECHANICSVILLE, VA  23116 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/27/2009 | 6481 | CRAWLEY, LINDA B<br>2504 GAY AVE<br>RICHMOND, VA  23231 | $23,839.96 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/28/2009 | 7180 | PEREZ, JOSE L<br>3816 W 105 ST<br>INGLEWOOD, CA  90303 | $548.86 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/28/2009 | 7394 | LOOHN PATRICIA M<br>9705 Snowberry Ct<br>Glenn Allen, VA  23060 | $1,694.59 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/28/2009 | 7396 | RICKARD, DOROTHY B<br>8303 GWINNETT RD<br>RICHMOND, VA  23229 | $4,561.24 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/29/2009 | 7530 | DAVID KNOWLTON<br>525 ESCAMBIA ST<br>INDN HBR BCH, FL  32937-3625 | $10,668.80 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/26/2009 | 7643 | JAMES R WRAGE<br>12730 MENGIBAR AVE<br>SAN DIEGO, CA  92129-3055 | $0.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 1/29/2009 | 7795 | SHEAKLEY, JOHN ALEXANDER<br>1951 OFARRELL ST NO 116<br>SAN MATEO, CA  94403-7303 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**
**EXPUNGED CLAIMS**

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Docketed Class Claim | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 1/29/2009 | 8331 | GONZALEZ, CARLOS M<br>315 HAWKRIDGE DR<br>SAN PABLO, CA  94806 | $3,404.19 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/30/2009 | 9592 | JAMES A COLE<br>4927 56TH PL<br>BLADENSBURG, MD  20710-1601 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6/23/2009 | 14394 | CHRISTOPHER BILLAND<br>92 993 Puanihi St<br>Kapolei, HI  96707 | $3,725.65 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 3/29/2010 | 14905 | JOHN SHEAKLEY<br>1951 OFarrell St No 116<br>San Mateo, CA  94403-7303 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 12/8/2008 | 1553 | NAKANISHI, CINDY KIMI<br>PO Box 36182<br>San Jose, CA  95158 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/23/2009 | 6537 | LANE, DARICK<br>3413 ANDOVER HILLS PL<br>RICHMOND, VA  23294 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/23/2009 | 5193 | ENGEN, WILLIAM M<br>12029 STONEWICK PLACE<br>GLEN ALLEN, VA  23059 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 1/27/2009 | 6366 | PETER POWELL<br>1912 Prairie Sq<br>Schaumburg, IL  60173-4140 | $2,707.17 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6/29/2009 | 14396 | MICHELLE MOSIER<br>4503 W Franklin St<br>Richmond, VA  23221 | $470,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 11/29/2010 | 15151 | Jeffrey A Mcdonald<br>5540 Quail Ridge Ter<br>Chesterfield, VA  23832 | $0.00 | U | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT C
FIXED CLAIMS

| Date Filed | Claim Number | Name & Address | Docketed Claim Amount | Modified Claim Class | Fixed Claim Amount | Debtor(s) |
|---|---|---|---|---|---|---|
| 1/13/2009 | 3408 | MARY LOUISE ROBERTS<br>24800 Pear Orchard Rd<br>Moseley, VA 23120 | $0.00 | U | $40,000.00 | CIRCUIT CITY STORES, INC. |
| 1/23/2009 | 5189 | ENGEN, WILLIAM M<br>12029 STONEWICK PLACE<br>GLEN ALLEN, VA 23059 | $0.00 | U | $420,824.40 | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 6610 | ELLEN DISISTO MITCHELL<br>11101 Park Ridge Rd<br>Fredencksburg, VA 22408 | $125,000.00 | U | $484,797.00 | CIRCUIT CITY STORES, INC. |
| 1/27/2009 | 6634 | PAMELA R MUNSTER<br>340 S Westwood Blvd<br>Nampa, ID 83686 | $0.00 | U | $388.63 | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 6659 | LOPEZ, DAVID P<br>8030 OAK ST<br>ARVADA, CO 80005 | $80,649.53 | U | $80,476.25 | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 7400 | BRADSHAW, CATHERINE W<br>3617 BUCHANAN COURT<br>RICHMOND, VA 23233 | $0.00 | U | $80,476.25 | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 7419 | MOSIER, MICHELLE O<br>4503 W FRANKLIN ST<br>RICHMOND, VA 23221 | $0.00 | U | $747,049.16 | CIRCUIT CITY STORES, INC. |
| 1/28/2009 | 7432 | ANN PAIGE PIETRANTONI<br>13628 Sovereign Ct<br>Henrico, VA 23233 | $0.00 | U | $40,476.25 | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 8141 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | $0.00 | U | $1,354,636.59 | CIRCUIT CITY STORES, INC. |
| 1/29/2009 | 9504 | CANCEL, MARCOS G<br>135 GIJON<br>CIUDAD JARDIN DE BAIROA<br>CAGUAS, PR 00727 | $0.00 | U | $80,476.25 | CIRCUIT CITY STORES PR, LLC |
| 1/30/2009 | 10041 | OLDANI, MARK<br>303 HAMLETS END WAY<br>FRANKLIN, TN 37067-6471 | $0.00 | U | $578,197.00 | CIRCUIT CITY STORES, INC. |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT D
CONTINUED CLAIMS

| Claim Number | Date Filed | Name & Address | Docketed Claim Amount | Docketed Claim Class | Proposed Modified Claim Amount | Debtor(s) | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 13936 | 6/29/2009 | BREITENBECHER, KELLY<br>William A Gray & Peter M Pearl & C<br>Thomas Ebel Esqs<br>Sands Anderson Marks & Miller PC<br>801 E Main St Ste 1800<br>PO Box 1998<br>Richmond, VA 23218-1998 | $1,502,166.00 | U | $1,237,723.00 | CIRCUIT CITY STORES, INC. | C |
| 14174 | 6/30/2009 | KAREN L CRAIG<br>4409 Player Rd<br>Corona, CA 92883 | $141,897.50 | U | $80,476.25 | CIRCUIT CITY STORES, INC. | C |
| 14436 | 7/1/2009 | CHAD KUBICA<br>24126 Matthew Pl<br>Santa Clarita, CA 91321-4690 | $117,147.50 | U | $80,476.25 | CIRCUIT CITY STORES, INC. | C |
| 9584 | 1/30/2009 | JAMES H WIMMER JR<br>12928 Church Rd<br>Richmond, VA 23233 | $1,642,207.14 | U | $895,754.09 | CIRCUIT CITY STORES, INC. | C |
| 8646 | 1/29/2009 | BURGESS, JAMES E<br>232 CROSS RDS CHURCH RD<br>EASLEY, SC 29640 | $0.00 | U | $325.74 | CIRCUIT CITY STORES, INC. | E |
| 13486 | 6/24/2009 | ELIZABETH R WARREN<br>1824 Hanover Ave<br>Richmond, VA 23220 | $0.00 | U | $40,476.25 | CIRCUIT CITY STORES, INC. | E |
| 13529 | 6/19/2009 | ELIZABETH R WARREN<br>1824 Hanover Ave<br>Richmond, VA 23220 | $0.00 | U | $40,000.00 | CIRCUIT CITY STORES, INC. | E |
| 6503 | 1/27/2009 | SUBETTO, ROBERT GLEN<br>1063 MOSSER RD APT N205<br>BREINIGSVILLE, PA 18031 | $0.00 | U | $40,476.25 | CIRCUIT CITY STORES, INC. | E |