210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

### NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 01/11/2013 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Pioneer Electronics USA Inc, c/o United States Debt Recovery, XI LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511 | US Debt Recovery XI, LP<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/16/13            William C. Redden
                           **CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: frenchs            Page 1 of 11            Date Rcvd: Jan 14, 2013
                               Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2013.
11567998     +Pioneer Electronics USA Inc,    c/o United States Debt Recovery, XI LP,
               5575 Kietzke Lane, Suite A,    Reno, NV 89511-2085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2013**                **Signature:** *Joseph Speetjens*

```
District/off: 0422-7           User: frenchs              Page 2 of 11              Date Rcvd: Jan 14, 2013
                               Form ID: trc               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2013 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               andrea.davison@arentfox.com, lane.katie@arentfox.com;dowd.mary@arentfox.com
              Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.sullivan@troutmansanders.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, rredfield@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.com
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
              Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
```

Case 08-35653-KRH    Doc 12747    Filed 01/16/13    Entered 01/17/13 01:04:45    Desc
Imaged Certificate of Notice    Page 4 of 12

```
District/off: 0422-7          User: frenchs              Page 3 of 11             Date Rcvd: Jan 14, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership clynch@goulstonstorrs.com
        Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
        Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
        Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
        Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com, ristj@foster.com
        Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
        Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
        Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
        Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
        Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
        Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
        Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
        David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
        David A. Greer    on behalf of Creditor    Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
        David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
        David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com, phaynes@jackscamp.com
        David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro    on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
        David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
        David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@mcsweeneycrump.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
        David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
        Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
        Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
        Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services denise.mondell@ct.gov

```
District/off: 0422-7          User: frenchs              Page 4 of 11               Date Rcvd: Jan 14, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,  droberts1949@live.com

```
District/off: 0422-7          User: frenchs              Page 5 of 11               Date Rcvd: Jan 14, 2013
                              Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
              Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
              Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
               howard.j.grossman@chase.com
              Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
              J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
               chefiling@lw.com;robert.klyman@lw.com
              J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
               sparson@mckennalong.com
              Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc.
               toof.jackson@arentfox.com
              Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
               lbigus@stinson.com
              James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
               through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
               vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
              James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
               bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
              James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
               avis.francis@hklaw.com
              James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
              James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
               eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
               ell@spottsfain.com;tmoore@spottsfain.com
              James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
               ncoton@beankinney.com
              James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
               jlombardi@rossbanks.com,   acole@rossbanks.com
              James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
               of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
               jburke@orrick.com
              Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
               jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
              Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
               admin@meiburgerlaw.com
              Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
               ecf@krcl.com
              Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
              Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
               jharbour@hunton.com
              Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
               tacspc@gmail.com;amanda@taxva.com
              Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
               Jeff.Klusmeier@ago.mo.gov
              Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
               dwineinger@taftlaw.com;ecfclerk@taftlaw.com
              Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;MDesgrosseitis@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
              Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
               elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
              Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jpomerantz@pszjlaw.com
              Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jennifer Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
               klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
               avaughn@cblaw.com
              Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
               calirm@haslaw.com
              Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
               tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
              Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
              Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
              Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
               jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
```

```
District/off: 0422-7          User: frenchs               Page 6 of 11                  Date Rcvd: Jan 14, 2013
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
        John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor    Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
        John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
        John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
        John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
        John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
        John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com, nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
        Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
        Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
        Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com, harvell@seeger-law.com
        Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com
        Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
        Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
        Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

```
District/off: 0422-7          User: frenchs               Page 7 of 11                  Date Rcvd: Jan 14, 2013
                              Form ID: trc                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
               Carla@KDBLawFirm.com
              Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
              Kristin  Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura  Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
               eappelstein@ltblaw.com
              Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
               margaret@rlglegal.com
              Leonard E. Starr    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
              Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
               lkouts@magruderpc.com, mcook@magruderpc.com
              Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
              Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
               cmarchant@garylaw.us;ivasyuchkina@garylaw.us
              Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
              Loc  Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com
              Louis E. Dolan    on behalf of Creditor   California Self-Insurers' Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
               ixonpeabody.com;DPrivott@nixonpeabody.com
              Lucy L. Thomson    lthomson2@csc.com
              Luder F. Milton    on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel A. Mason    on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
               chps.ecfnotices@gmail.com
              Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
               com;vstreet@tb-lawfirm.com
              Madeleine C. Wanslee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
               slonon@gustlaw.com
              Malcolm M. Mitchell    on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman    on behalf of Creditor  Marlon Mondragon mbusman@busmanandbusman.com
              Margaret M. Anderson    on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark D. Sherrill    on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Taylor    on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
               mark@taxva.com,  amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
               mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown    on behalf of Creditor   Express Personnel Services, Inc
               martin.brown@lawokc.com
              Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
               molden@mhalaw.com,  akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor   Scripps Networks Interactive, Inc.
               lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
              Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
               lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
               sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
               Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
```

```
District/off: 0422-7                  User: frenchs                Page 8 of 11                  Date Rcvd: Jan 14, 2013
                                      Form ID: trc                 Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
               mcrowley@asm-law.com
              Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
               avaughn@cblaw.com
              Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
               michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
              Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               ebeaumont@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               bruce.wells@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
               msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com, mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com, marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
               pcarney@whitecase.com, hletourneau@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com, john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com, rours@wileyrein.com
```

```
District/off: 0422-7           User: frenchs              Page 9 of 11              Date Rcvd: Jan 14, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard D. Scott    on behalf of Defendant    Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
          Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor    Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
          Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor    Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
          Satchidananda Mims    smims21@hotmail.com
          Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7          User: frenchs               Page 10 of 11            Date Rcvd: Jan 14, 2013
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com, slawson@hf-law.com
      Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
      Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
      Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue Murphys@dor.state.ma.us
      Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc. trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com, bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
      Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com, croyes@vanblk.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com

```
District/off: 0422-7           User: frenchs              Page 11 of 11                 Date Rcvd: Jan 14, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                                                                                     TOTAL: 413