**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. §  1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 01/11/2013 (date).

Name and Address of Alleged Transferor:

Claim No. : Pioneer Electronics USA Inc, c/o United States Debt
Recovery, XI LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511

Name and Address of Transferee:

US Debt Recovery XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/16/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 08-35653-KRH
Circuit City Stores, Inc.                                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 11          Date Rcvd: Jan 14, 2013
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2013.
11567998      +Pioneer Electronics USA Inc,    c/o United States Debt Recovery, XI LP,
               5575 Kietzke Lane, Suite A,    Reno, NV 89511-2085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 0422-7          User: frenchs          Page 2 of 11          Date Rcvd: Jan 14, 2013
                             Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2013 at the address(es) listed below:
            Aaron L. Hammer    on behalf of Creditor  National Product Care Company ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
            Aaron R. Cahn    on behalf of Unknown  Reliance Figueroa Associates, L.P. cahn@clm.com
            Adam K. Keith    on behalf of Creditor  The Marketplace of Rochester Hills Parcel B, LLC
             akeith@honigman.com,  tsable@honigman.com
            Alan Michael Noskow    on behalf of Defendant  COKeM International Ltd. anoskow@pattonboggs.com
            Albert F. Quintrall    on behalf of Creditor  Wayne-Dalton Corp. a.quintrall@quintrall.com
            Alexander W. Stiles    on behalf of Creditor  City of Virginia Beach astiles@vbgov.com
            Alexander Xavier Jackins    on behalf of Creditor  Engineered Structures, Inc.
             ajackins@seyfarth.com
            Alison Ross Wickizer Toepp    on behalf of Creditor  GRE Grove Street One LLC atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
            Ambika Joline Biggs    on behalf of Creditor  Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
            Amy Pritchard Williams    on behalf of Creditor  Cobb Corners II, Limited Partnership
             amy.williams@klgates.com,  hailey.andresen@klgates.com
            Andrea Campbell Davison    on behalf of Creditor  Discovery Communications, Inc.
             andrea.davison@arentfox.com,  lane.katie@arentfox.com;dowd.mary@arentfox.com
            Andrea M. Sullivan    on behalf of Creditor  Craig-Clarksville Tennessee LLC
             andrea.sullivan@troutmansanders.com
            Andrew  Rapp    on behalf of Creditor  Terranomics Crossroads Associates arapp@wpblaw.com
            Andrew Edward Macfarlane    on behalf of Creditor  Sherwood America, Inc. aem@aemlegal.com
            Andrew H. Herrick    on behalf of Creditor  County of Albemarle aherrick@albemarle.org
            Andrew Kelly Rudiger    on behalf of Creditor  TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
             jaturner@kaufcan.com;nlferguson@kaufcan.com
            Andrew Lynch Cole    on behalf of Interested Party  Faber Bros., Inc. acole@fandpnet.com
            Andrew M. Brumby    on behalf of Creditor  Cameron Group Associates LLP abrumby@shutts-law.com,
             rhicks@shutts-law.com
            Andrew S. Conway    on behalf of Creditor  Taubman Landlords aconway@taubman.com
            Angela Sheffler Abreu    on behalf of Creditor  PNY Technologies, Inc. aabreu@formanlaw.com
            Anitra D. Goodman Royster    on behalf of Creditor  Connexion Technologies
             anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
             raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
            Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
            Anne C. Lahren    on behalf of Defendant  KLAS, LLC alahren@pendercoward.com
            Anne C. Murphy    on behalf of Creditor  State of Wisconsin - Office of the State Treasurer
             murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
            Anne Elizabeth Braucher    on behalf of Creditor  DL Peterson Trust, as Assignee of PHH Vehicle
             Management Services, LLC abraucher@mcmillanmetro.com
            Anne G. Bibeau    on behalf of Creditor  Alameda County Treasurer ABibeau@vanblk.com,
             drichards@vanblk.com;pfaggert@vanblk.com
            Annemarie G. McGavin    on behalf of Creditor  Dick's Sporting Goods, Inc.
             annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
            Anthony J. Cichello    on behalf of Creditor  Loop West, LLC, by its Managing Agent The Wilder
             Companies, Ltd. acichello@kb-law.com
            Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
            Aryeh E. Stein    on behalf of Creditor  Annapolis Plaza LLC astein@wtplaw.com
            Ashley M. Chan    on behalf of Creditor  City of Philadelphia achan@hangley.com,
             ecffilings@hangley.com
            Augustus C. Epps    on behalf of Attorney  Christian & Barton, L.L.P. aepps@cblaw.com,
             lthompson@cblaw.com
            Belkys  Escobar    on behalf of Creditor  County of Loudoun, VA Belkys.Escobar@loudoun.gov,
             Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
            Benjamin C. Ackerly    on behalf of Creditor  Cypress/CC Marion I, L.P. backerly@hunton.com,
             cloving@hunton.com
            Benjamin Joseph Lambiotte    on behalf of Defendant  InFocus Corporation blambiotte@gsblaw.com
            Bhavik Dalpat Patel    on behalf of Defendant  MCM Electronics, Inc. bdp@macdowelllaw.com
            Brad R. Godshall    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
             bgodshall@pszjlaw.com
            Bradford F. Englander    on behalf of Creditor  Alliance Entertainment Corporation
             benglander@wtplaw.com,  rredfield@wtplaw.com
            Brenda M. Whinery    on behalf of Creditor  Windsail Properties bwhinery@mcrazlaw.com
            Brett Christopher Beehler    on behalf of Creditor  Charles County, Maryland bbeehler@mrrlaw.net,
             lsansbury@mrrlaw.net
            Brian D. Huben    on behalf of Creditor  Cousins Properties Incorporated brian.huben@kattenlaw.com,
             carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
             enlaw.com
            Brian F. Kenney    on behalf of Creditor  44 North Properties, LLC bkenney@milesstockbridge.com
            Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
            Bruce H. Matson    on behalf of Creditor  Bank of America, N.A., as Agent
             bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
            Byron Z. Moldo    on behalf of Creditor  Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
             tmelendez@ecjlaw.com
            C. Christopher Meyer    on behalf of Creditor  Photoco, Inc. cmeyer@ssd.com
            Carl A. Eason    on behalf of Creditor  The Columbus Dispatch bankruptcy@wolriv.com
            Catherine Elizabeth Creely    on behalf of Creditor  CIM/Birch St., Inc. ccreely@akingump.com
            Charles Gideon Korrell    on behalf of Creditor  Hoprock Limonite, LLC gkorrell@dl.com
            Charles W. Chotvacs    on behalf of Creditor  Bear Valley Road Partners LLC cwchotvacs@gmail.com,
             aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7           User: frenchs           Page 3 of 11           Date Rcvd: Jan 14, 2013
                              Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
               Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
              Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
               similarly situated cford@mdpcelaw.com
              Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
               rredfield@wtplaw.com,dgaffey@wtplaw.com
              Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
               nferenbach@kaplanfrank.com
              Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
               ristj@foster.com
              Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
               cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
              City of Newport News, Virginia    jdurant@nngov.com
              Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
               cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
              Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
               cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
              Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
               craig.young@kutakrock.com,
               lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
              Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
              Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
               cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
               sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
              Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
              Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
               cscott@stinson.com
              Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer    on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
              David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               scilino@chlhf.com
              David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               phaynes@jackscamp.com
              David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
               Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
              David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
               rmcburney@hf-law.com
              David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
              David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
               tleonard@gfrlaw.com
              David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
              Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov

District/off: 0422-7          User: frenchs          Page 4 of 11          Date Rcvd: Jan 14, 2013
                             Form ID: trc            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Dennis T. Lewandowski    on behalf of Counter-Claimant  JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
         Denyse  Sabagh    on behalf of Creditor  Audiovox Corporation dsabagh@duanemorris.com
         Dexter D. Joyner    on behalf of Creditor  Pasadena Independent School District
          caaustin@comcast.net
         Dion W. Hayes    on behalf of Debtor  Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
         Dominic L. Chiariello    on behalf of Creditor  Donovan Dunwell dc@chiariello.com
         Donald K. Ludman    on behalf of Creditor  SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
         Douglas  Scott    on behalf of Creditor  Centon Electronics, Inc. BankruptcyCounsel@gmail.com
         Douglas D. Kappler    on behalf of Creditor  Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
         Douglas M. Foley    on behalf of Counter-Defendant  Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
         Douglas R. Gonzales    on behalf of Creditor  City of Homestead, Florida dgonzales@wsh-law.com
         Dylan G. Trache    on behalf of Counter-Claimant  Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
         Edward L. Rothberg    on behalf of Creditor  Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
         Elizabeth A. Elam    on behalf of Creditor  City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com;lmares@toase.com
         Elizabeth L. Gunn    on behalf of Creditor  CC-Investors Trust 1995-1 egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
         Ellen A. Friedman    on behalf of Creditor  Hewlett Packard Company efriedman@friedumspring.com,
          ramona.neal@hp.com;ken.higman@hp.com
         Emily M. Charley    on behalf of Creditor  IGate Global Solutions, Limited
          echarley@hansonbridgett.com
         Eric C. Cotton    on behalf of Creditor  Developers Diversified Realty Corporation hsmith@ddr.com
         Eric Christopher Rusnak    on behalf of Creditor  Microsoft Corporation eric.rusnak@klgates.com,
          klgatesbankruptcy@klgates.com
         Eric J. Snyder    on behalf of Creditor  Condan Enterprises LLC esnyder@sillerwilk.com
         Erika L. Morabito    on behalf of Defendant  COKeM International Ltd. emorabito@pattonboggs.com
         Erin Elizabeth Kessel    on behalf of Creditor  Cleveland Construction, Inc.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
         Eugene  Chang    on behalf of Creditor  TKG Coffee Tree, L.P. echang@steinlubin.com
         F. Marion Hughes    on behalf of Creditor  CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
         Frank F. McGinn    on behalf of Creditor  Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
         Frank T. Pepler    on behalf of Creditor  Morgan Hill Retail Venture, LP
          fpepler@peplermastromonaco.com
         Franklin R. Cragle    on behalf of Creditor  Ubisoft, Inc. fcragle@hf-law.com
         Fred B. Ringel    on behalf of Creditor  F&M Properties, Inc. fbr@robinsonbrog.com
         Frederick Francis Rudzik    on behalf of Defendant  State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
         Fredrick J. Levy    on behalf of Creditor  Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
         Garren Robert Laymon    on behalf of Creditor  Arlington ISD glaymon@mglspc.com
         Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
         Gary M. Kaplan    on behalf of Creditor  ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
         Gary V. Fulghum    on behalf of Creditor  Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
         Gerald P. Kennedy    on behalf of Attorney  Plaza Las Palmas, LLC gerald.kennedy@procopio.com
         German  Yusufov    on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
         Gilbert Barnett Weisman    on behalf of Creditor  American Express Travel Related Services Co Inc
          notices@becket-lee.com
         Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
         Gillian N. Brown    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
         Gina Baker Hantel    on behalf of Creditor  Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
         Gina M Fornario    on behalf of Creditor  California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
         Glenn H. Silver    on behalf of Creditor  CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
         Gordon S. Woodward    on behalf of Creditor  Commerce Technologies, Inc. gwoodward@schnader.com
         Gregory D. Grant    on behalf of Defendant  S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
         H. Elizabeth Weller    on behalf of Creditor  Longview ISD Dallas.Bankruptcy@publicans.com
         Hale  Yazicioglu    on behalf of Creditor  AVR CPC Associates, LLC hyazicioglu@jshllp.com
         Heather D. Brown    on behalf of Creditor  Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
         Heather Lynn Anderson    on behalf of Creditor  State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
         Henry Buswell Roberts    on behalf of Creditor  Suemar hbroberts@live.com,  droberts1949@live.com

District/off: 0422-7          User: frenchs          Page 5 of 11          Date Rcvd: Jan 14, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Henry P. Baer    on behalf of Creditor  Bell'O International Corp. CSommer@fdh.com,
     csommer@fdh.com
         Henry Pollard Long    on behalf of Creditor  Cypress/CC Marion I, L.P. hlong@hunton.com
         Howard J. Grossman    on behalf of Creditor  J.P. Morgan Chase Bank, N.A.
     howard.j.grossman@chase.com
         Ian S. Landsberg    on behalf of Creditor  Eagleridge Associates, LLC ilandsberg@lm-lawyers.com
         J. Christian Word    on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
     chefiling@lw.com;robert.klyman@lw.com
         J. David Folds    on behalf of Defendant  Fabrik, Inc. dfolds@mckennalong.com,
     sparson@mckennalong.com
         Jackson David Toof    on behalf of Creditor  Discovery Communications, Inc.
     toof.jackson@arentfox.com
         Jaime Sue Dibble    on behalf of Interested Party  Garmin International, Inc. jdibble@stinson.com,
     lbigus@stinson.com
         James D. Newbold    on behalf of Counter-Claimant  State of Illinois Department of Revenue,
     through Brian Hamer, its Director James.Newbold@illinois.gov
         James E. Clarke    on behalf of Interested Party  Bond-Circuit IX Delaware Business Trust
     vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
         James Edward Bowman    on behalf of Defendant  Elite Screens Inc. Jim@jebowman.com,
     bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
         James H. Rollins    on behalf of Creditor  Plaza Las Americas, Inc. jim.rollins@hklaw.com,
     avis.francis@hklaw.com
         James J. Briody    on behalf of Creditor  Johnson City Crossing, L.P. jim.briody@sablaw.com,
     kim.smith@sablaw.com
         James K. Donaldson    on behalf of Defendant  Solutions 2 Go, Inc. jdonaldson@cblaw.com,
     eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
     ell@spottsfain.com;tmoore@spottsfain.com
         James R. Schroll    on behalf of Creditor  Madison Waldorf, LLC jschroll@beankinney.com,
     ncoton@beankinney.com
         James V. Lombardi    on behalf of Creditor  AmREIT, a Texas real estate investment trust
     jlombardi@rossbanks.com,  acole@rossbanks.com
         James W. Reynolds    on behalf of Defendant  Leggett & Platt, Inc., dba Beeline Group, a division
     of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
         James Winston Burke    on behalf of Attorney  Mio Technology USA Ltd. also known as MiTAC USA Inc.
     jburke@orrick.com
         Jamie M. Konn    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
     jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
         Janet M. Meiburger, Esq.    on behalf of Creditor  Ricmac Equities Corporation
     admin@meiburgerlaw.com
         Jason B. Binford    on behalf of Creditor  BB Fonds International 1 USA, L.P. jbinford@krcl.com,
     ecf@krcl.com
         Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
     a30156@yahoo.com;tcarper@krumbeinlaw.com
         Jason William Harbour    on behalf of Creditor  Public Company Accounting Oversight Board
     jharbour@hunton.com
         Jeffrey Scharf    on behalf of Creditor  City of Fredericksburg, VA jeff@taxva.com,
     tacspc@gmail.com;amanda@taxva.com
         Jeffrey E. Klusmeier    on behalf of Creditor  Missouri Attorney General's Office
     Jeff.Klusmeier@ago.mo.gov
         Jeffrey J. Graham    on behalf of Creditor  Greenwood Point, LP jgraham@taftlaw.com,
     dwineinger@taftlaw.com;ecfclerk@taftlaw.com
         Jeffrey L. Tarkenton    on behalf of Creditor  Acer American Holdings Corp. jtarkenton@wcsr.com,
     kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
         Jeffrey M. Sherman    on behalf of Creditor  Central Investments, LLC jmsherman@lerchearly.com,
     elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
         Jeffrey N. Pomerantz    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
     jpomerantz@pszjlaw.com
         Jenelle Marie Dennis    on behalf of Creditor  Bear Valley Road Partners LLC
     dennisj@ballardspahr.com,  pollack@ballardspahr.com
         Jennifer Langan    on behalf of Creditor  Pennsylvania State Treasurer jlangan@patreasury.org
         Jennifer Ellis Lattimore    on behalf of Creditor  Vizio, Inc. jlattimore@eckertseamans.com
         Jennifer J. West    on behalf of Creditor  Coca-Cola Bottling Company Consolidated
     jwest@spottsfain.com,
     rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
     msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
         Jennifer Larkin Kneeland    on behalf of Defendant  AMC jkneeland@linowes-law.com,
     klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
         Jennifer McLain McLemore    on behalf of Attorney  Hodgson Russ LLP jmclemore@cblaw.com,
     avaughn@cblaw.com
         Jennifer V. Doran    on behalf of Creditor  DeMatteo Management, Inc. jdoran@haslaw.com,
     calirm@haslaw.com
         Jeremy Brian Root    on behalf of Defendant  Credit Suisse Loan Funding, LLC jroot@bklawva.com,
     tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
         Jeremy C. Kleinman    on behalf of Creditor  PriceGrabber.com, Inc. jkleinman@fgllp.com
         Jeremy L. Pryor    on behalf of Defendant  Kelley Enterprises Inc. jeremypryor@carrellrice.com
         Jeremy S. Friedberg    on behalf of Creditor  Toshiba America Consumer Products, L.L.C.
     jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7          User: frenchs           Page 6 of 11              Date Rcvd: Jan 14, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeremy S. Williams    on behalf of Creditor  Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor  Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor  FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant  Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor  Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant  Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor  Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant  Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor  Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee  Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor  Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John E. Hilton    on behalf of Creditor  Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor  Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor  120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor  Amore Construction Company
           jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche    on behalf of Creditor  Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Counter-Claimant  Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek    on behalf of Creditor  Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum    on behalf of Creditor  Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk    on behalf of Defendant  Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor  ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor  IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant  InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz    on behalf of Defendant  Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant    on behalf of Creditor  City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor  Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy Bamberger Calton    on behalf of Defendant  DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor  AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Justin F. Paget    on behalf of Defendant  Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor  First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor  Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken Coleman    on behalf of Interested Party  Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor  ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor  Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor  Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor  Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor  Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor  Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Creditor  Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor  Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor  Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com

District/off: 0422-7          User: frenchs          Page 7 of 11          Date Rcvd: Jan 14, 2013
                             Form ID: trc             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
           Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
           eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
           margaret@rlglegal.com
          Leonard E. Starr    on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor  Washington Real Estate Investment Trust
           lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant  Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
           cmarchant@garylaw.us;ivasyuchkina@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor  A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer    on behalf of Creditor  Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com
          Louis E. Dolan    on behalf of Creditor  California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@n
           ixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
           slonon@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor  Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor  C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor  Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor  BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor  Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor  Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor  Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed    on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor  Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7         User: frenchs           Page 8 of 11          Date Rcvd: Jan 14, 2013
                            Form ID: trc             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
             mcrowley@asm-law.com
            Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
            Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
             michael.hastings@leclairryan.com,  tonya.whitt@leclairryan.com
            Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
            Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
            Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
             mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
            Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
            Michael L. Wilhelm    on behalf of Creditor Harry Hallaian ECF@w2lg.com
            Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
             ebeaumont@hf-law.com
            Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
            Min  Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
            Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
            Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
            Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
            Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
             bruce.wells@akerman.com
            Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
            Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
             lginsberg@lolawfirm.com
            Nathan  Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
            Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
            Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
            Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
             nwhittenburg@millermartin.com,  mcsmith@millermartin.com
            Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
             jjacobs@law.ga.gov
            P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
            Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
             jcarrion@rc.com
            Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
            Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
             pkcampsen@kaufcan.com
            Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
             pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
            Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
             tchilders@canfieldbaer.com
            Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
            Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
             hall@bwst-law.com,  marbury@bwst-law.com
            Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
             dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
             om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
            Peter  Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
            Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
            Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
            Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
             kcooper@rc.com
            Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
            Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
             pcarney@whitecase.com,  hletourneau@whitecase.com
            Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
            Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
            Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
             pj.meitl@bryancave.com,  john.leininger@bryancave.com
            R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
            Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
            Raymond  Pring    on behalf of Creditor Laura Scannell rpring@pringlaw.com,  cingle@pringlaw.com
            Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
            Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
             rsaitta@wileyrein.com,  rours@wileyrein.com

District/off: 0422-7          User: frenchs           Page 9 of 11               Date Rcvd: Jan 14, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Reid Steven Whitten    on behalf of Creditor   LaSalle Bank National Association, as trustee for C1
             Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
            Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
            Richard C. Maxwell    on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
             hhale@woodsrogers.com
            Richard D. Scott    on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
            Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
            Richard E. Lear    on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard F. Stein    on behalf of Creditor   Internal Revenue Service
             richard.f.stein@irscounsel.treas.gov,   USAVAE.RIC.ECF.BANK@usdoj.gov
            Richard Iain Hutson    on behalf of Creditor   Caribbean Display & Construction, Inc.
             rhutson@weinstocklegal.com
            Richard M. Maseles    on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
            Richard S. Yarow    on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
            Robert A. Canfield    on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com,
             jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
            Robert B. Hill    on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
             kcummins@hillrainey.com
            Robert B. Van Arsdale    on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
            Robert C. Edmundson    on behalf of Creditor   Office of Attorney General, Pennsylvania Department
             of Revenue redmundson@attorneygeneral.gov
            Robert D. Albergotti    on behalf of Creditor   Universal Display and Fixtures Company
             robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
            Robert D. Clark    on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
            Robert D. Tepper    on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
             L.L.C. rtepper@sabt.com,   pcoover@sabt.com
            Robert Field Moorman    on behalf of Defendant   Forsythe Solutions Group, Inc.
             rmoorman@moormanlaw.com,   robmoorman@comcast.net
            Robert J. Brown    on behalf of Creditor   CB Richard Ellis / Louisville, LLC
             Lexbankruptcy@wyattfirm.com
            Robert J. Feinstein    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
            Robert K. Coulter    on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
             USAVAE.ALX.ECF.BANK@usdoj.gov
            Robert Kenneth Minkoff    on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
             rminkoff@jefferies.com,   mrichards@jefferies.com
            Robert L. LeHane    on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
             KDWBankruptcyDepartment@KelleyDrye.com
            Robert M. Marino    on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
             rmmarino@rpb-law.com,   rmmarino1@aol.com
            Robert P. McIntosh    on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
             DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
            Robert R. Vieth    on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
             ndysart@ltblaw.com
            Robert Ryland Musick    on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
             karnett@t-mlaw.com
            Robert S. Westermann    on behalf of Counter-Claimant   Eastman Kodak Company
             rwestermann@hf-law.com,   rmcburney@hf-law.com
            Robin S. Abramowitz    on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
             abramowitz@larypc.com
            Ron C. Bingham    on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc.
             rbingham@stites.com,   dclayton@stites.com
            Ronald A. Page    on behalf of Attorney Ronald Page rpage@rpagelaw.com,   rpage@rpagelaw.com
            Ronald G. Dunn    on behalf of Creditor   Savitri Cohen bstasiak@gdwo.net
            Ronald M. Tucker    on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
             cmartin@simon.com,psummers@simon.com,antimm@simon.com
            Roy M. Terry    on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Russell R. Johnson    on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
            Ryan C. Day    on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
             sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
            S. Sadiq Gill    on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
             Company sgill@vanblk.com
            Sara B. Eagle    on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
             efile@pbgc.gov
            Sara L. Chenetz    on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
            Sarah Beckett Boehm    on behalf of Debtor   Abbott Advertising Agency, Inc.
             sboehm@mcguirewoods.com,   kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
             carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
             Manoj.ramia@kirkland.com
            Satchidananda Mims    smims21@hotmail.com
            Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
            Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

District/off: 0422-7          User: frenchs          Page 10 of 11          Date Rcvd: Jan 14, 2013
                             Form ID: trc            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz    on behalf of Creditor  502-12 86th Street LLC sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila L. Shadmand    on behalf of Creditor  Aiptek, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor  BISSELL Homecare, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor  Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor  Saul Holdings Limited Partnership
           smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor  Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor  Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor  CWCapital Asset Management LLC
           sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor  3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor  Becker Trust LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor  502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor  Construct Inc., a Michigan corporation brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor  American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Creditor  Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor  Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant  Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor  EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor  Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant  NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee    on behalf of Defendant  Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor  Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Creditor  Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor  Graphic Communications, Inc.
           trepczynski@offitkurman.com,  gmonteith@offitkurman.com;lschock@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor  AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Creditor  13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin    on behalf of Creditor  Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Creditor  Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis A. Knobbe    on behalf of Defendant  Bulldog Rack Company tknobbe@spilmanlaw.com,
           trjohnson@spilmanlaw.com
          Travis Aaron Sabalewski    on behalf of Creditor  IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko    on behalf of Creditor  Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Valerie P. Morrison    on behalf of Creditor  Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon    on behalf of Creditor  State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry    on behalf of Creditor  Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky    on behalf of Creditor  Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
          Walter Laurence Williams    on behalf of Creditor  Wayne VF LLC walter.williams@wilsonelser.com
          Wanda Borges    on behalf of Creditor  Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee  Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious    on behalf of Attorney  Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor  Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray    on behalf of Attorney  Sands Anderson PC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood    on behalf of Creditor  Panattoni Development Company, Inc. as Agent for Charles
           L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor  P.R. Mechanical, Inc. wcave@hophabcave.com

District/off: 0422-7            User: frenchs            Page 11 of 11            Date Rcvd: Jan 14, 2013
                               Form ID: trc              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William C. Crenshaw   on behalf of Creditor  Gould Livermore LLC bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant  IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor  DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor  McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant  DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           zmarak.khan@dlapiper.com,
           George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                              TOTAL: 413