# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) Jointly Administered
)
) TRANSFER OF CLAIM / BILL OF SALE
) BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of Electrical Management Group, Inc. (underlying creditor or "TRANSFEROR"), against the above captioned Debtor in the filed amount of $109,730.95, as set forth in proof of claim number 47 filed 11/28/2008 as a general unsecured claim and all claims of TRANSFEROR associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery XI LP, ("USDR" or "TRANSFEREE"). The signature of the TRANSFEROR on this document is evidence of the transfer of the claims and all rights associated with the claim. TRANSFEROR hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned TRANSFEROR of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the TRANSFEREE, USDR below.

**TRANSFEROR:** Electrical Management Group, Inc.

Print Name: CHAD BARTLING    Title: PRESIDENT
Signature: [signed]    Date: 1-17-13
Corrected Address (if req.):
Phone: (512) 608.8247    E-Mail: chad.bartling@yahoo.com

**TRANSFEREE:**
United States Debt Recovery XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

Signature: [signed]
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

        Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Hennekens
)
)
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Electrical Management Group Inc
Chad Bartling
PO Box 324
Manchaca, TX 78652

**Name of Transferee:**
United States Debt Recovery XI, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____   Debtor's Attorney_____

_____
Deputy Clerk