UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al.

Debtors.

) Case No.: 08-35653 (KRH)
)
) Jointly Administered
)
) Chapter 11
)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that of Electrical Management Group, Inc., a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery XI, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 47, filed 11/25/2008), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Electrical Management Group, Inc.
Chad Bartling
PO Box 324
Manchaca, TX 78652

NEW ADDRESS
Electrical Management Group, Inc.
c/o United States Debt Recovery XI, LP
5575 Kietzke Lane, Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

Electrical Management Group, Inc,

Print Name: **CHAD BARTLING**    Title: **PRESIDENT**

Signature: [signed]    Date: 1-17-13