

# CHATHAM COUNTY TAX COMMISSIONER

Delinquent Tax Collection Department
Post Office Box 8092
Savannah, GA 31412
(912) 652-7247

January 15, 2013

United States Bankruptcy Court
Eastern District of Virginia
701 Broad Street
Richmond, VA.  23219

       Case No. 08-35653
       Circuit City Stores, INC.
       Claim # 326

Dear Clerk:

    We respectfully request that our claim in the above referenced case be withdrawn as the taxes for which our claim covered were satisfied outside of the bankruptcy estate. At this point our claim has been satisfied in full.

    If this does not meet with your approval or if you have any questions, please give me at call at (912) 652-7247.

Sincerely,

Cassandra L. McKenna
Revenue Collector

cc:    Daniel F. Blanks
       Pachulski Stang Ziehl & Jones LLP
       Tavenner & Beran, PLC