210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 01/22/2013 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : Electrical Management Group Inc, c/o United States Debt Recovery XI, 5575 Kietzke Lane # A, Reno, NV 89511 | US Debt Recovery XI, LP<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/26/13                                           William C. Redden
                                                           **CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                         Eastern District of Virginia
In re:                                                       Case No. 08-35653-KRH
Circuit City Stores, Inc.                                    Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 11              Date Rcvd: Jan 24, 2013
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2013.
11581628     +Electrical Management Group Inc,   c/o United States Debt Recovery XI,   5575 Kietzke Lane # A,
               Reno, NV 89511-2085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11              Date Rcvd: Jan 24, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2013 at the address(es) listed below:

         Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
         mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
         Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
         akeith@honigman.com,   tsable@honigman.com
         Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
         Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
         Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
         Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
         ajackins@seyfarth.com
         Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
         dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
         Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
         Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
         amy.williams@klgates.com,   hailey.andresen@klgates.com
         Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
         andrea.davison@arentfox.com,   lane.katie@arentfox.com;dowd.mary@arentfox.com
         Andrea M. Sullivan    on behalf of Creditor   Craig-Clarksville Tennessee LLC
         andrea.sullivan@troutmansanders.com
         Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
         Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
         Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
         Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
         jaturner@kaufcan.com;nlferguson@kaufcan.com
         Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
         Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
         rhicks@shutts-law.com
         Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
         Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
         Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
         anitra.royster@nelsonmullins.com,   betsy.burn@nelsonmullins.com,
         raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
         Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
         Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
         Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
         murphyac@doj.state.wi.us,   gurholtks@doj.state.wi.us
         Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
         Management Services, LLC abraucher@mcmillanmetro.com
         Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
         drichards@vanblk.com;pfaggert@vanblk.com
         Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
         annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
         Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
         Companies, Ltd. acichello@kb-law.com
         Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
         Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
         Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
         ecffilings@hangley.com
         Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
         lthompson@cblaw.com
         Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
         Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
         Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
         cloving@hunton.com
         Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
         Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
         Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         bgodshall@pszjlaw.com
         Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
         benglander@wtplaw.com,   rredfield@wtplaw.com
         Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
         Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
         lsansbury@mrrlaw.com
         Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
         carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
         enlaw.com
         Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
         Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
         Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
         bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
         Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
         tmelendez@ecjlaw.com
         C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
         Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
         Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
         Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gkorrell@dl.com
         Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com

```
District/off: 0422-7          User: frenchs              Page 3 of 11              Date Rcvd: Jan 24, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
          rredfield@wtplaw.com,dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
          nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
          cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
          cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
          craig.young@kutakrock.com,
          lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
          sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com,  pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
          cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor   Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
          phaynes@jackscamp.com
          David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
          Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov

```
District/off: 0422-7           User: frenchs              Page 4 of 11                  Date Rcvd: Jan 24, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Denyse  Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
              Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com;lmares@toase.com
              Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
               ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited
               echarley@hansonbridgett.com
              Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Eugene  Chang    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon Mondragon gmason@wbmllp.com,    mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,    calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
              German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John Batioff sigalaw1@aol.com
              Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,    lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,    jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor   State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts    on behalf of Creditor   Suemar hbroberts@live.com,    droberts1949@live.com
```

```
District/off: 0422-7           User: frenchs              Page 5 of 11             Date Rcvd: Jan 24, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Henry P. Baer    on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
          Henry Pollard Long    on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word    on behalf of Liquidator   Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
          Jackson David Toof    on behalf of Creditor   Discovery Communications, Inc. toof.jackson@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
          James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
          James Edward Bowman    on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com, ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com,   acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com,   kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham    on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee   Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor   Bear Valley Road Partners LLC dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer  Langan    on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor   Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer V. Doran    on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com, tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com

```
District/off: 0422-7           User: frenchs                Page 6 of 11                  Date Rcvd: Jan 24, 2013
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
           jlamoureux@carltonfields.com,   lmccullough@carltonfields.com;tpaecf@cfdom.net
          John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;mfaulkner@goldmanvanbeek.com
          John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
           rours@wileyrein.com
          John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
           jstorper@hansonbridgett.com
          Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
           Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
          Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
          Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
          Ken  Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com

```
District/off: 0422-7          User: frenchs              Page 7 of 11              Date Rcvd: Jan 24, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com, margaret@rlglegal.com
          Leonard E. Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;ssunny@garylaw.us
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com
          Louis E. Dolan    on behalf of Creditor    California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dvilmenay@nixonpeabody.com;DSKLAR@nixonpeabody.com;DPrivott@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Madeleine C. Wanslee    on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com, slonon@gustlaw.com
          Malcolm M. Mitchell    on behalf of Creditor    AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor    Marlon Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation mark@taxva.com,  amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
          Matthew Righetti    on behalf of Creditor Jack Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

```
District/off: 0422-7           User: frenchs               Page 8 of 11              Date Rcvd: Jan 24, 2013
                               Form ID: trc                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
               mcrowley@asm-law.com
              Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
               avaughn@cblaw.com
              Michael E. Hastings    on behalf of Creditor   Eastern Security Corp.
               michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
              Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm    on behalf of Creditor  Harry Hallaian ECF@w2lg.com
              Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
               ebeaumont@hf-law.com
              Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
              Min Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               bruce.wells@akerman.com
              Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
               msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
              Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
               nwhittenburg@millermartin.com, mcsmith@millermartin.com
              Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
               jjacobs@law.ga.gov
              P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
              Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
               jcarrion@rc.com
              Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
              Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
               pkcampsen@kaufcan.com
              Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
               pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
              Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
               tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
              Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com, marbury@bwst-law.com
              Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
              Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
               kcooper@rc.com
              Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
              Peter J. Carney    on behalf of Creditor  c/o William S. Coats Pinnacle Systems, Inc.
               pcarney@whitecase.com, hletourneau@whitecase.com
              Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip James Meitl    on behalf of Creditor   Berkadia Commercial Mortgage LLC
               pj.meitl@bryancave.com, john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor  Dennis Morgan cpalmerplf@gmail.com
              Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond Pring    on behalf of Creditor  Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
              Raymond William Battaglia    on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor   Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com, rours@wileyrein.com
```

```
District/off: 0422-7          User: frenchs              Page 9 of 11            Date Rcvd: Jan 24, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee W. McDow, Jr. Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com, ndysart@ltblaw.com
          Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
          Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
          Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
          Roy M. Terry   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
          Satchidananda  Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com

```
District/off: 0422-7           User: frenchs              Page 10 of 11                  Date Rcvd: Jan 24, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
      slawson@hf-law.com
      Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
      Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
      stan.salus@akerman.com,
      crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
      Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
      jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
      Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
      nwalsh@wilsav.com
      Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
      smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
      Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
      sleach@ltblaw.com,    msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
      Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
      Murphys@dor.state.ma.us
      Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
      sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
      Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
      Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
      cbglawbethesda@gmail.com
      Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
      Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
      Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
      tannweiler@greerherz.com
      Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
      Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
      Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
      thadwilson@kslaw.com,    pwhite@kslaw.com
      Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
      Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
      tmurphy@dclawfirm.com,
      rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
      Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
      dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
      Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
      Thomas John McKee    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
      Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
      tomjam2003@yahoo.com
      Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
      Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
      trepczynski@offitkurman.com,    gmonteith@offitkurman.com;lschock@offitkurman.com
      Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,    bjtobin@vorys.com
      Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
      Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
      croyes@vanblk.com
      Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tohm@stinson.com,
      tmackey@stinson.com
      Travis A. Knobbe    on behalf of Defendant    Bulldog Rack Company tknobbe@spilmanlaw.com,
      trjohnson@spilmanlaw.com
      Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
      tsabalewski@reedsmith.com,    shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
      Troy Savenko    on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
      situated tsavenko@kv-legal.com,    nferenbach@kv-legal.com
      Valerie P. Morrison    on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
      rours@wileyrein.com
      Victoria A. Reardon    on behalf of Creditor    State of Michigan, Department of Treasury
      reardonv@michigan.gov,    jacksonst@michigan.gov
      Victoria D. Garry    on behalf of Creditor    Ohio Bureau of Workers' Compensation
      victoria.garry@ohioattorneygeneral.gov
      Vivienne Rakowsky    on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
      dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
      W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
      Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
      Wanda Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
      Wendy Michele Roenker    on behalf of Creditor Treasurer City of Chesapeake
      wroenker@cityofchesapeake.net
      William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
      wheuer@duanemorris.com
      William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
      William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
      William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Wood    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for Charles
      L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
      chris.tillmanns@bgllp.com
      William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com

```
District/off: 0422-7          User: frenchs            Page 11 of 11            Date Rcvd: Jan 24, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
        William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
        William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
        William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
        William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
        Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
        Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                         TOTAL: 413