IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | x | |
| | . | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | . | |
| | . | Case No 08-35653 (KRH) |
| Debtors. | . | |
| | x | Jointly Administered |

**NOTICE OF APPEARANCE**

Please note the appearance of Nikki A. Ott of Bryan Cave, LLP as co-counsel for Berkadia Commercial Mortgage, LLC and Capmark Finance, Inc. in this matter. Please also take note of the withdrawal of the appearance of Philip James Meitl of Bryan Cave LLP as co-counsel for Berkadia Commercial Mortgage, LLC and Capmark Finance, Inc. Mr. Meitl is leaving the private practice of law.

Dated: January 30, 2013

                                              BRYAN CAVE LLP

                                              By:/s/ *Nikki Ott*_____
                                              Nikki Ott  (VA Bar No. 68505)
                                              Bryan Cave LLP
                                              1155 F Street NW, Suite 700
                                              Washington DC 20004
                                              (202) 508-6152 (phone)

                                              AND

                                              By:/s/ *Keitha M. Wright* _____
                                              Keith M. Aurzada (TX Bar. No. 24009880)
                                              Keitha M. Wright (TX Bar No.  24075310)
                                              2200 Ross Avenue, Suite 3300
                                              Dallas, Texas 75201
                                              (214) 468-3800 (Phone)
                                              (214) 468-3888 (Fax)
                                              Attorneys for Claimholder

403804.1

# **CERTIFICATE OF SERVICE**

       The undersigned hereby states that on the 29th day of January, 2013, a true and correct copy of the above foregoing instrument was sent to:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, VA 23219

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone (310) 277-6910
Telecopy (310) 201-0760

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
Telephone (804) 783-8300
Telecopy: 804-7830-0178

                                                            */s/ Nikki Ott*

403804.1