| | |
|---|---|
| Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy:   (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy:   (804) 783-0178 |
| - and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York  10017<br>Telephone:  212-561-7700<br>Telecopy:  212-561-7777<br><br>*Counsel for the Circuit City Stores, Inc.<br>Liquidating Trust* | *Counsel for the Circuit City Stores, Inc.<br>Liquidating Trust* |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S LIQUIDATING
TRUST'S SIXTIETH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN LATE CLAIM) SOLELY WITH
RESPECT TO THE CLAIM OF SUSAN RICHARDSON (CLAIM NO. 13958)**

On September 27, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the

*Liquidating Trust's Sixtieth Omnibus Objection to Claims (Disallowance of Certain Late*

*Claims)* (the "Objection") in these cases.  The Seventh Omnibus Objection contained an

objection to Claim No. 13958 filed by Susan Richardson.

The Liquidating Trust hereby withdraws the Objection solely with respect to Claim No.

13958 filed by Susan Richardson.

TAVENNER & BERAN, P.L.C.

*/s/Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Seventieth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
    pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
    jpomerantz@pszjlaw.com
    acaine@pszjlaw.com

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*