**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In Re | ) | Chapter 11 |
|  | ) |  |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

**NOTICE OF WITHDRAWAL OF
MOTION TO VACATE ORDER AUTOMATICALLY EXPUNGING CLAIMS
AS TO CREDITOR COSMO EASTGATE, LTD.**

Cosmo Eastgate, Ltd. ("Eastgate"), by and through its undersigned counsel, and pursuant to Local Rule 9013-1(O), hereby withdraws its Motion to Vacate Order Automatically Expunging Claims filed January 9, 2013 [Docket #12726]. The hearing on this matter scheduled for February 26, 2013 at 2:00 p.m. per Notice filed January 9, 2013 [Docket #12767] is hereby canceled.

Dated: February 1, 2013.                    Respectfully submitted,

*/s/ Stuart A. Laven, Jr.*
Stuart A. Laven, Jr. (*pro hac vice* pending)
BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP
200 Public Square
Suite 2300
Cleveland, OH  44114-2378
(216) 363-4500
(216) 363-4588 (Facsimile)
slaven@beneschlaw.com

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Cosmo Eastgate, Ltd.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

       /s/ Richard E. Hagerty
       Richard E. Hagerty (VA Bar 47673)
       TROUTMAN SANDERS LLP
       1660 International Drive, Suite 600
       McLean, VA 22102
       (703) 734-4326
       (703) 448-6520 (facsimile)
       richard.hagerty@troutmansanders.com

       *Counsel for Cosmo Eastgate, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2013, I caused a copy of the foregoing to be served on the following registered persons via the Court's CM/ECF System, on all other persons who have registered and requested CM/ECF notice in these proceedings, and on the attached persons identified on the "2002 List" filed herein:

       Lynn L. Tavenner, Esq.
       Paula S. Beran, Esq.
       TAVENNER & BERAN, PLC
       20 North Eighth Street, 2nd Floor
       Richmond, Virginia 23219

       Jeffrey N. Pomerantz, Esq.
       Andrew W. Caine, Esq.
       (admitted *pro hac vice*)
       PACHULSKI STANG ZIEHL & JONES LLP
       10100 Santa Monica Boulevard
       Los Angeles, California 90067-4100

       *Counsel to the Liquidating Trustee*

       Robert B. Van Arsdale, Esq.
       Office of the United States Trustee
       701 East Broad Street, Suite 4304
       Richmond, VA 23219

       /s/ Richard E. Hagerty
       Richard E. Hagerty

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 | |
| Akerman Senterfitt | William C Crenshaw | 801 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 | |
| Akerman Senterfitt LLP | Mona M Murphy Esq | 8100 Boone Blvd Ste 700 | | Vienna | VA | 22182 | |
| Akerman Senterfitt LLP | William C Crenshaw | 750 9th St NW Ste 750 | | Washington | DC | 20001 | |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 | |
| Allen & Overy LLP | Sarah Link Schultz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Andrew S Conway Esq | Ken Coleman | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | |
| Arent Fox LLP | Jackson D Toof | 1050 Connecticut Ave NW | | Washington | DC | 20036 | |
| Arent Fox LLP | Katie A Lane | 1050 Connecticut Ave NW | | Washington | DC | 20036 | |
| Arnall Golden Gregory LLP | Darryl S Laddin | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Frank N White | | | | | | |
| Asmar Schor & McKenna PLLC | Bradley S Copeland | PO Box 1758 | | Eugene | OR | 97440-1758 | |
| | Michael C Crowley Esq | 5335 Wisconsin Ave NW Ste 400 | | Washington | DC | 20015 | |
| Attorney for the Montgomery County Trustee | Austin Peay VII | 121 S Third St | | Clarksville | TN | 37040 | |
| Attorney General of Indiana | Gregory F Zoeller LeGrand L Clark | 302 W Washington St | Indiana Government Ctr S 5th Fl | Indianapolis | IN | 46204-2770 | |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | |
| Attorney General of the US | Richard F Stein Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | |
| Baker & Hostetler LLP | Donald A Workman Esq Christopher J Giaimo Esq Dena S Kessler | 1050 Connecticut Ave NW Ste 1100 | | Washington | DC | 20036 | |
| Baker & McKenzie LLP | Junghye June Yeum Esq | 1114 Avenue of the Americas | | New York | NY | 10036 | |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | |
| Ballard Spahr LLP | Jenelle M Dennis | 4800 Montgomery Ln 7th Fl | | Bethesda | MD | 20814-3401 | |
| Barnes & Thornburg LLP | Michael K McCrory Esq | 11 S Meridian St | | Indianapolis | IN | 46204 | |
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | |
| Bean Kinney & Korman PC | Thomas W Repczynski & Martin J Yeager | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | |
| Becket & Lee LLP | Gilbert B Weisman | PO Box 3001 | American Express Travel Related Services Co Inc Corp Card | Malvern | PA | 19355-0701 | |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore Sarah Davis | 1700 Pacific Ave Ste 4400 | | Dallas | TX | 75201 | |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn Stacey Suncine | 666 Walnut St Ste 2000 | | Des Moines | IA | 50309-3989 | |
| Bernstein Law Firm PC | Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 | |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park Lawrence M Schwab Esq | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | |
| Bialson Bergen & Schwab | Gay Nell Heck Esq Michael W Malter Esq | 2600 El Camino Real Ste 300 | The Financial Center | Palo Alto | CA | 94306 | |
| Binder & Malter LLP | Julie H Rome Banks Esq Regina Stango Kelbon Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Blank Rome LLP | John Lucian Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 | |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | |
| Bradley Arant Boult Cummings LLP | Thomas R Lynch | 1615 L St NW Ste 1350 | | Washington | DC | 20036 | |
| Brian T Hanlon | | PO Box 3715 | | West Palm Beach | FL | 33402 | |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 | |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | |
| Brooks Wilkins Sharkey & Turco PLC | Paula A Hall | 401 S Old Woodward Ave Ste 460 | | Birmingham | MI | 48009 | |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | |
| Brown Conney LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | |
| Bryan Cave LLP | PJ Meitl | 1155 F St NW | | Washington | DC | 20004 | |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq Shawn M Christianson Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | |
| Buckner Alani & Mirkovich | William D Buckner Catherine J Weinberg | 3146 Redhill Ave Ste 200 | | Costa Mesa | CA | 92626 | |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | |
| Cantor Arkema PC | David K Spiro Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 | |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 | |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 | |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | |
| Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Christian & Barton LLP | Augustus C Epps<br>Michael D Mueller<br>Jennifer M McLemore | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | |
| Christian & Barton LLP | Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | One Commerce Sq Ste 1930 | | Philadelphia | PA | 19103 | |
| City & County of Denver | David V Cooke | 201 W Colfax Ave Dept 1207 | Municipal Operations | Denver | CO | 80202-5332 | |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 | |
| City of Newport News VA City Attorney | Joseph M Durant | 2400 Washington Ave 9th Fl | | Newport | VA | 23607 | |
| Clement & Wheatley | Darren W Bentley Esq | 549 Main St | | Danville | VA | 24543-8200 | |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | |
| Contrarian Capital Management LLC | Kimberly Gianis | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | | Glen Allen | VA | 23058-3059 | |
| Cooley Godward Kronish LLP | Gregg S Kleiner Esq | 101 California St 5th Fl | PO Box 3059 | San Francisco | CA | 94111-5800 | |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 | |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | |
| Diamond McCarthy LLP | Christopher A Provost<br>Stephen T Loden<br>Jason B Porter | 620 Eighth Ave 39th Fl | | New York | NY | 10018 | |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | |
| DLA Piper LLP | Mark J Friedman | 6225 Smith Ave | | Baltimore | MD | 21209-3600 | |
| DLA Piper LLP | Timothy W Brink Esq<br>Forrest Lammiman<br>Ann Marie Bredin Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | |
| Douglas A Scott PLC | Douglas Scott | 1805 Monument Ave Ste 311 | | Richmond | VA | 23220 | |
| Draper & Goldberg PLLC | Adam Hiller | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 | |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 | |
| Duane Morris LLP | Denyse Sabagh | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | 30 S 17th St | | Philadelphia | PA | 19103 | |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq<br>Matthew E Hoffman Esq<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq | 1111 E Main St 16th Fl | | Richmond | VA | 23219 | |
| Eaton Corporation | Elizabeth L Gunn Esq David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Elliott Greenleaf | Rafael X Zahralddin Aravena Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 | |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | |
| Ervin Cohen & Jessup LLP | Byron Z Moldo Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212-2974 | |
| Ervin Cohen & Jessup LLP | Michael S Kogan Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | |
| Ewing Anderson PS | David E Eash | 221 N Wall Ste 500 | | Spokane | WA | 99201 | |
| Farella Braun & Martel LLP | Gary Kaplan | 235 Montgomery St | Russ Bldg | San Francisco | CA | 94104 | |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | |
| Four Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 | |
| Frank Gecker LLP | Joseph D Frank Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 | |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | |
| Freeborn & Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 | |
| Friedlander Misler PLLC | Robert E Greenberg Esq Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 | |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 33 New Montgomery St Ste 290 | | San Francisco | CA | 94105-4520 | |
| Frost Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 | |
| Fulbright & Jaworski LLP | Travis Torrence | 1301 McKinney Ste 5100 | | Houston | TX | 77010-3095 | |
| Fullerton & Knowles PC | Paul Schrader Esq | 12642 Chapel Rd | | Clifton | VA | 20124 | |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | |
| G&W Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 | |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 | |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 777 E 15th St | | Plano | TX | 75074 | |
| Gibbons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 | |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | |
| Glass & Reynolds | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | |
| Greenberg Traurig LLP | Annapoorni R Sankaran Esq | 1000 Louisiana St Ste 1700 | | Houston | TX | 77002 | |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | |
| Greenberg Traurig LLP | John T Farnum Esq | 1750 Tysons Blvd Ste 1200 | | McLean | VA | 22102 | |
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 | |
| Gregory Kaplan PLC | Troy Savenko Esq | 7 E 2nd St | PO Box 2470 | Richmond | VA | 23218-2470 | |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 | |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 | |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 | |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | |
| Hanson Bridgett LLP | Jonathan S Storper & Emily M Charley | 425 Market St 26th Fl | | San Francisco | CA | 94105 | |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | PO Box 94750 | | Albuquerque | NM | 87199-4750 | |
| Haynes and Boone LLP | Jason Binford & Mark Mullin | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | |
| Haynes and Boone LLP | Robert D Albergotti & John Middleton | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | |
| Hemar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | Encino | CA | 91436-2829 | |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | |
| Hirschler Fleischer PC | David K Spiro Esq<br>Sheila deLa Cruz Esq<br>Franklin R Cragle III Esq | PO Box 500 | | Richmond | VA | 23218-0500 | |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | PO Box 500 | | Richmond | VA | 23218-0500 | |
| Hirschler Fleischer PC | Sheila deLa Cruz Esq | 2100 E Cary St | PO Box 500 | Richmond | VA | 23218-0500 | |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq | 530 Fifth Ave | | New York | NY | 10036 | |
| Holland & Knight LLP | Nicholas B Malito Esq<br>James H Rollins | One Atlantic Ctr | 1201 W Peachtree St Ste 2000 | Atlanta | GA | 30309-3400 | |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | |
| Holme Roberts & Owen LLP | Sharon Z Weiss | 800 W Olympic Blvd | 4th Fl | Los Angeles | CA | 90015 | |
| Hong Kong Export Credit Insurance Corporation | Ada So | | | | | | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | |
| Hunton & Williams LLP | Benjamin C Ackerly<br>Henry Toby P Long III<br>Thomas N Jamerson<br>Jason W Harbour | 951 E Byrd St | Riverfront Plz E Tower | Richmond | VA | 23219-4074 | |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112 | |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | |
| Internal Revenue Service | Attn Linda Lorello | 400 N 8th Street Box 76 | | Richmond | VA | 23219 | |
| J Scott Douglass | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | |
| Jackson & Campbell PC | John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | |
| Jackson Kelly PLLC | Jeffrey M Sherman | 1445 Ross Ave Ste 3700 | | | | | |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | 175 E Main St Ste 500 | | Lexington | KY | 40507 | |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC<br>Caroline R Djang | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | |
| Jones Day | Pedro A Jimenez Esq<br>Nicholas C Kamphaus Esq | 222 E 41st St | | New York | NY | 10017 | |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | |
| Jorden Burt LLP | Raul A Cuervo | 1025 Thomas Jefferson St NW Ste 400 E | | Washington | DC | 20007 | |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 | |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 | |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 | |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 | |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | 607 14th St NW Ste 900 | | Washington | DC | 20005-2018 | |
| Kilpatrick Stockton LLP | Shane G Ramsey | 1100 Peachtree St NE Ste 2800 | | Atlanta | GA | 30309 | |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson<br>John F Isbell | 1180 Peachtree St | | Atlanta | GA | 30309-3521 | |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | | Atlanta | GA | 30305 | |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin<br>David M Stern Esq | 1999 Avenue of the Stars 39th Fl | 3495 Piedmont Rd NE | Los Angeles | CA | 90067-6049 | |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | 1650 Willow Lawn Dr Ste 300 | | Richmond | VA | 23230 | |
| Kupelian Ormond & Magy PC | David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | |
| Kutak Rock LLP | Michael A Condyles Esq<br>Jeremy S Williams Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro<br>Jeremy S Williams | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | |
| Landau Gottfried & Berger LLP | Peter J Gurfein | 1801 Century Park E Ste 1460 | | Los Angeles | CA | 90067 | |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | |
| Langley Weinstein LLP | Keith A Langley<br>Rudy A Dominguez | 901 Main St Ste 600 | | Dallas | TX | 75202 | |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 105 W Madison St | Ste 810 | Chicago | IL | 60602 | |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | 737 Bishop St No 2060 | | Honolulu | HI | 96813 | |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | 1800 Wachovia Tower Drawer 120 | | Roanoke | VA | 24006 | |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | |
| Lieber & Lieber LLP | Barbie D Lieber | 60 E 42nd St Ste 2102 | | New York | NY | 10165 | |
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 | |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 | |
| Lineberger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward John R Roberts | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Luce Forward | Jess R Bressi Esq | 2050 Main St Ste 600 | | Irvine | CA | 92614 | |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | |
| Magee Goldstein Lasky & Sayers PC | Garren R Laymon Esq | PO Box 404 | | Roanoke | VA | 24003-0404 | |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | |
| McCarter & English LLP | Michael J Reynolds Esq | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102 | |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | |
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 | |
| McKay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 | |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds Esq | 1900 K St NW | | Washington | DC | 20006 | |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 | |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 | |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | 2222 M Street | | Merced | CA | 95340 | |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 | |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 | |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | 4119 Leap Rd | | Hilliard | OH | 43026 | |
| Miller & Martin PLLC | Nicholas W Whittenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 | |
| Missouri Attorney General Office | Chris Koster | PO Box 899 | | Jefferson City | MO | 65102 | |
| Missouri Department of Revenue | Jeff Klusmeier Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 | |
| Morrison Cohen LLP | Michael R Dal Lago Esq Richard C Ogden Esq | 909 Third Ave | | New York | NY | 10022 | |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | 210 Park Ave Ste 3030 | | Oklahoma City | OK | 73102 | |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 | |
| Munger Tolles & Olsen LLP | Seth Goldman | 355 S Grand Ave 35th Fl | | Los Angeles | CA | 90071 | |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 | |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 | |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 | |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner Greg Taube | 4140 Parklake Ave | | Raleigh | NC | 27612 | |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 | |
| Nixon Peabody LLP | Daniel R Sovocool Louis J Cisz III Gina M Fornario Louis E Dolan | One Embarcadero Ctr 18th Fl | | San Francisco | CA | 94111-3600 | |
| Nixon Peabody LLP | Dennis J Drebsky Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 | |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | |
| Office of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 | |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 | |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | |
| Orange Grove Properties | Linda Taylor Sylvia M Ornelas | | | | | | |
| Ornelas Castillo & Ornelas PLLC | Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 | |
| Orrick Herrington & Sutcliffe LLP | James W Burke | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada |
| Pachulski Stang Ziehl & Jones | Marc S Wasserman | | | | | | |
| Palmer Law Firm Inc | Stanley E Goldich | | | | | | |
| | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 | |
| Panattoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | |
| Patton Boggs LLP | Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | |
| Pennsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 | |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 | |
| Pepper Hamilton LLP | Evelyn J Meltzer | Hercules Plaza Ste 5100 1313 Market St | PO Box 1709 | Wilmington | DE | 19801 | |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Calvo Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | |
| Perdue Brandon Fielder Collins & Mott LLP | Owen M Sonik Stephen W Spence Esq Scott L Adkins Esq German Yusufov | 1235 N Loop W Ste 600 | | Houston | TX | 77008 | |
| Phillips Goldman & Spence PA | Terri A Roberts | 1200 N Broom St | | Wilmington | DE | 19806 | |
| Pima County Attorney Civil Division | James E Bird Amy E Hatch | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | |
| Polsinelli Shalton Flanigan Suelthaus PC | Robert Somma Esq Laura A Otenti Esq | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | |
| Posternak Blankstein & Lund LLP | Shannon E Hoff Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | |
| Poyner Spruill LLP | Katerina Canyon | 301 S College St Ste 2300 | | Charlotte | NC | 28202 | |
| PriceGrabber com Inc | Attn Rayaan Hashmi | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 | |
| Primeshares | Gerald P Kennedy | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | |
| Procopio Cory Hargreaves & Savitch LLP | Brian Sirower Esq | 530 B St Ste 2100 | | San Diego | CA | 92101 | |
| Quarles & Brady LLP | Lori L Winkelman Esq Faye B Feinstein Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | |
| Quarles & Brady LLP | Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | |
| Quintrall & Associates LLP | Albert F Quintrall Esq | 1550 Hotel Cir N Ste 120 | | San Diego | CA | 92108 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Rappaport Glass Greene & Levine LLP | James L Forde | 733 Third Ave 12th Fl | | New York | NY | 10017 | |
| Ravich Meyer Kirkman McGrath Nauman & Sue Reyes | | | | | | | |
| Tansey PA | | | | | | | |
| Receivable Management Services | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | |
| Recovery Management Systems Corp | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 | |
| Reed Smith LLP | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 | |
| Reed Smith LLP | Kathleen A Murphy Esq | | | | | | |
| Reed Smith LLP | Linda S Broyhill | 3110 Fairview Park Dr Ste 1400 | | Falls Church | VA | 22042 | |
| Regency Centers | Travis A Sabalewski Esq | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 | |
| Riemer & Braunstein LLP | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | |
| | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | |
| Righetti Glugoski PC | Matthew Righetti | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 | |
| | Michael Righetti | | | | | | |
| Rivkin Radler LLP | Matthew V Spero Esq | 926 RXR Plaza | | Uniondale | NY | 11556-0926 | |
| | Stuart I Gordon Esq | | | | | | |
| Robinson & Cole | Peter E Strniste | 280 Trumbull St | | Hartford | CT | 06103 | |
| | Patrick M Birney | | | | | | |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | |
| Romero Law Firm | Martha E Romero | MNR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | 228 S Washington St Ste 300 | PO Box 320039 | Alexandria | VA | 22320 | |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 | |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | 1901 Ave of the Stars Ste 1700 | | Los Angeles | CA | 90067 | |
| | Vincent Papalia Esq | | | | | | |
| Saiber LLC | Una Young Kang Esq | 18 Columbia Turnpike Ste 200 | | Florham Park | NJ | 07932 | |
| | C Thomas Ebel Esq | | | | | | |
| | William A Gray Esq | | | | | | |
| | Peter M Pearl Esq | | | | | | |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | | Richmond | VA | 23218-1998 | |
| | Philip C Baxa Esq | | | | | | |
| | Christopher R Belmonte Esq | | | | | | |
| Sands Anderson PC | Pamela A Bosswick Esq | 1111 E Main St | PO Box 1998 | Richmond | VA | 23218-1998 | |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 | |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 | |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | |
| Seyfarth Shaw LLP | David C Christian II | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | |
| Seyfarth Shaw LLP | Rhett Petcher Esq<br>Alexander Jackins | 975 F St NW | | Washington | DC | 20004 | |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 | |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 | |
| Siller Wilk LP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 | |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | | Atlanta | GA | 30309 | |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 | |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 | |
| Spotts Fain PC | Neil E McCullagh Esq | PO Box 1555 | | Richmond | VA | 23218-1555 | |
| Spotts Fain PC | Neil E McCullagh Esq<br>Jennifer J West Esq | 411 E Franklin St Ste 600 | | Richmond | VA | 23219 | |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | |
| State of Michigan Department of Treasury | Michael A Cox<br>Victoria A Reardon | Cadillac Place Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 | |
| State of Washington | Zachary Mosner Asst Attorney General | 800 Fifth Ave Ste 2000 | | Seattle | WA | 98104-3188 | |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen<br>Anne C. Murphy | PO Box 7857 | Wisconsin Dept of Justice | Madison | WI | 53707 | |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | 600 Montgomery St 14th Fl | San Francisco | CA | 94111 | |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | |
| Stinson Morrison Hecker LLP | Jaime S Dibble<br>Katherine M Sutcliffe Becker<br>Darrell W Clark Esq<br>Tracey M Ohm Esq | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | |
| Stites & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 | |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham<br>Mark K Ames | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | |
| Taxing Authority Consulting Services PC | Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | |
| Tennessee Department of Revenue | TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 | |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | |
| Thomas G King | | PO Box 4010 | | Kalamazoo | MI | 49003-4010 | |
| Thomas W Daniels | | 1265 Scottsville Rd | One Moorsbridge Road | Rochester | NY | 14624 | |
| Thompson and Knight LLP | Cassandra Sepanik Katharine Battaia | 1722 Routh St Ste 1500 | | Dallas | TX | 75201 | |
| ThompsonMcMullan PC | William D Prince IV Esq | 100 Shockoe Slip | | Richmond | VA | 23219 | |
| TomTom Inc | Kerry Reddington Esq | 150 Baker Ave Ext | | Concord | MA | 01742 | |
| Trainor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 | |
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 | |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | 225 N 9th St Ste 820 PO Box 1097 | | Boise | ID | 83701 | |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 | |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 | |
| Troutman Sanders LLP | Michael E Lacy | 1001 Haxall Point | | Richmond | VA | 23219 | |
| Troutman Sanders LLP | Richard Hagerty | 1660 International Dr Ste 600 | | McLean | VA | 22102 | |
| United States Equal Employment Opportunity Commission | Thomas D Rethage | Philadelphia District Office | 801 Market St Ste 1300 | Philadelphia | PA | 19107-3127 | |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | |
| US Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 | |
| Vandeventer Black LLP | Ann G Bibeau & David W Lannetti | 101 W Main St Ste 500 | | Norfolk | VA | 23510 | |
| Vandeventer Black LLP | Jerrell E Williams | 707 E Main St Ste 1700 | PO Box 1558 | Richmond | VA | 23218 | |
| Venable LLP | Lawrence A Katz Kristen E Burgers | 8010 Towers Crescent Dr Ste 300 | | Vienna | VA | 22182-2707 | |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 | |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq Gary T Holtzer Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 | |
| Weil Gotshal & Manges LLP | Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 | |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 | |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 | |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | 125 S Augusta St Ste 2000 | The American Hotel | Staunton | VA | 24401 | |
| White & Case LLP | Peter J Carney  William Sloan Coats  Julieta L Lerner | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 | |