# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.  If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐ Debtor
      ☐ Attorney [If Applicable:]  Name: _____
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:  ☐ Husband <u>and</u> Wife
                            ☐ Husband <u>Only</u>
                            ☐ Wife <u>Only</u>

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____
*[If applicable]* Creditor Name: _____

☐ Street Address   ☐ Mailing Address
New Address: _____
                  No. and Street, Apt., P. O. Box or R. D. No.

City: _____ State: _____ Zip: _____

☐ Street Address   ☐ Mailing Address
Old Address: _____
                  No. and Street, Apt., P. O. Box or R. D. No.

City: _____ State: _____ Zip: _____

Telephone Number: (_____) _____
**Please include area code**

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date: _____
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]