David W. Lannetti (VSB #44273)
Anne G. Bibeau (VSB #41488)
**VANDEVENTER BLACK LLP**
101 W. Main Street, Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
dlannetti@vanblk.com
abibeau@vanblk.com

Christopher S. Colby (VSB #76613)
**VANDEVENTER BLACK LLP**
707 East Main Street, Suite 1700
P. O. Box 1558
Richmond, VA  23218
Tel. 804-237-8800
Fax 804-237-8801
ccolby@vanblk.com

*Local Counsel for County of Alameda Treasurer –
Tax Collector*

John Thomas Seyman
Admitted *Pro Hac Vice*
California State Bar No. 122508
**Office of the County Counsel
County of Alameda**
1221 Oak St., Suite 450
Oakland, CA 94612
Tel. 510-272-6700
Fax 510-272-5020
john.seyman@acgov.org

*Counsel for County of Alameda Treasurer-Tax
Collector*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   CIRCUIT CITY STORES, INC., *et al.*                Case No. 08-35653-KRH

                                                            Chapter 11
                    Debtors.

### REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

NOW COMES Christopher S. Colby of the law firm of Vandeventer Black LLP, co-counsel for County of Alameda Treasurer-Tax Collector in the above-captioned case, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and hereby requests that all matters which must be noticed to creditors, any creditors' committee, and any other parties-in-interest, and all other notices in this case, whether sent by the Court, the Debtor, the Liquidating Trust, or any other party-in-interest in this case, be sent to the undersigned at the following address and, pursuant to Rule 2002(g), requests that the following be added to the Court's master mailing list:

>Christopher S. Colby
>VANDEVENTER BLACK LLP
>707 East Main Street, Suite 1700
>P. O. Box 1558
>Richmond, VA  23218
>Telephone: 804.237.8800
>Facsimile: 804.237.8801
>ccolby@vanblk.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telefax or otherwise, which affects the Debtors or property of the Debtors in the above captioned cases or their estates.

This Request for Service of all pleadings and orders shall not be deemed or construed to be a waiver of the right of County of Alameda Treasurer-Tax Collector (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, (3) to have the District Court withdraw the reference in any mater subject to mandatory or discretionary withdraw, or (4) or any other rights, claims, actions, setoffs, or recoupments to which the County of Alameda Treasurer-Tax Collector is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments County of Alameda Treasurer-Tax Collector expressly reserves.

Dated: February 4, 2013                         Respectfully submitted,


                                           /s/ Christopher S. Colby

        David W. Lannetti, Esq. (VSB 44273)
        Anne G. Bibeau, Esq. (VSB 41488)
        **VANDEVENTER BLACK LLP**
        101 W. Main Street, Suite 500
        Norfolk, Virginia 23510
        Telephone: 757.446.8517
        Facsimile: 757.446.8670
        abibeau@vanblk.com
        dlannetti@vanblk.com

        Christopher S. Colby (VSB #76613)
        **VANDEVENTER BLACK LLP**
        707 East Main Street, Suite 1700
        P. O. Box 1558
        Richmond, VA 23218
        Telephone: 804.237.8800
        Facsimile: 804.237.8801
        ccolby@vanblk.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all entities/individuals on the court's database.

        /s/ Christopher S. Colby
        Christopher S. Colby (VSB #76613)
        **VANDEVENTER BLACK LLP**
        707 East Main Street, Suite 1700
        P. O. Box 1558
        Richmond, VA 23218
        Tel. 804-237-8800
        Fax 804-237-8801
        ccolby@vanblk.com

4848-6454-1970, v. 1