Gregory Lee McCall
U.S.M. # 15064-045
U.S.P. ~~R.R.~~ LOMPOC
3901 Klein Blvd.
Lompoc, CA 93436



08-35653

January 24, 2013

NOTICE OF ADDRESS CHANGE

To Whom It May Concern:

Notice is given that my current address is that cited above. Future correspondance should be mailed to that address until further notice. Thank you.

Respectfully,
by: /s/ Gregory Lee McCall
Gregory Lee McCall, AUTH. REP.