IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
:
In re:                                                           :    Chapter 11
                                                                 :
                                                                 :    Case No. 08-35653
Circuit City Stores, Inc.,                                       :
                                                                 :
                                                                 :    Jointly Administered
                    Debtors.                                     :
                                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before February 4, 2013, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket Nos. 12731, 12733, 12759 and 12760]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: February 4, 2013

/s/ Jennifer Goldman
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this February 4, 2013, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | | Greenwich | CT | 06830 | 12733 | Transferee |
| DeHart Holdings LLC | | PO Box 214 | | | Fairburn | GA | 30213 | 12733 | Notice Party |
| Electrical Management Group Inc | Chad Bartling | PO Box 324 | | | Manchaca | TX | 78652 | 12759 | Transferor |
| Electrical Management Group Inc | Chad Bartling | PO Box 324 | | | Manchaca | TX | 78652 | 12760 | Transferor |
| Goodman Enterprises LLC | | 2870 Peachtree Rd No 889 | | | Atlanta | GA | 30305 | 12733 | Notice Party |
| Pioneer Electronics USA Inc | c o Max J Newman | Butzel Long A Professional Corporation | 41000 Woodward Ave | | Bloomfield | MI | 48304 | 12731 | Transferor |
| SJ Collins Enterprises | | PO Box 214 | | | Fairburn | GA | 30213 | 12733 | Notice Party |
| SJ Collins Enterprises LLC et al | Victor W Newmark Esq | Wiles and Wiles LLP | 800 Kennesaw Ave Ste 400 | | Marietta | GA | 30060 | 12733 | Notice Party |
| SJ Collins Enterprises LLC Goodman Enterprises LLC DeHart Holdings LLC and Weeks Properties GC Holdings LLC | Attn James S Carr Esq | Robert L LeHane Esq | Kelley Drye & Warren LLP | 101 Park Ave | New York | NY | 10178 | 12733 | Transferor |
| United States Debt Recovery XI LP | | 5575 Kietzke Lane, Ste A | | | Reno | NV | 894511 | 12731 | Transferee |
| United States Debt Recovery XI, LP | | 5575 Kietzke Lane, Ste A | | | Reno | NV | 894511 | 12759 | Transferee |
| United States Debt Recovery XI, LP | | 5575 Kietzke Lane, Ste A | | | Reno | NV | 894511 | 12760 | Transferee |
| Weeks Properties CG Holdings LLC | | 3350 Riverwood Pkwy Ste 700 | | | Atlanta | GA | 30339 | 12733 | Notice Party |