INVOTEX, INC. (D/B/A INVOTEX GROUP)
1637 Thames St.
Baltimore, MD 21231-3430

NOTICE OF CHANGE OF ADDRESS

February 20, 2013

Circuit City Stores, Inc.
Liquidating Trust
P.O. Box 5695
Glen Allen, VA 23058
Attn: Alfred H. Siegel

RE: Invotex, Inc. (D/B/A Invotex Group) Proof of Claim No. 2003000087 and the Claim Scheduled in the name of Invotex, Inc. (D/B/A Invotex Group)

Dear Mr. Siegel:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Invotex, Inc. (D/B/A Invotex Group)
c/o Longacre Opportunity Fund, L.P.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305
(212) 259-4345 (fax)

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Kurtzman Carson Consultants, LLC.

Very truly yours,

*[signature: Jim Larkin]*
Name: Jim Larkin
Title: Authorized Signatory

Cc: Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245