IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Flintlock Northridge LLC., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Flintlock Northridge LLC
C/O Block & CO Inc. Realtors
605 W 47th Street Suite 200
64112

**New Address**
Flintlock Northridge LLC
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

Dated: _Feb 14 2013_

Respectfully submitted, *Flintlock Northridge LLC*
*% Block Asset Manager, Agent*

By: _[signature]_

Signature: _Steven E. Caffey_

Print Name: _____

Title: _Exec. V.P._