| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**FOURTH ORDER REGARDING LIQUIDATING TRUST'S FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS
<u>(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)</u>**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-First

Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference on April 11, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2013

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                       */s/ Lynn L. Tavenner*
                                       Lynn L. Tavenner

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 12760 | International Speedway Square<br>Attn Mark A Bogdanowicz c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |
| 14511 | Janaf Shops LLC<br>Attn Adam K Keith<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Ave<br>2290 First National Bldg<br>Detroit, MI 48226-3506 |
| 13927 | Jaren Associates No 4 Macerich Scottsdale Store No 3341<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 14477 | Jefferson Mall Company II LLC<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |
| 12564 | Johnson City Crossing LP<br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP 999 Peachtree St NE<br>Atlanta, GA 30309-3996 |
| 12771 | Jubilee Springdale LLC<br>Attn Kimberly A Pierro Esq Kutak Rock LLP<br>1111 E Main St Ste 800<br>Richmond, VA 23219 |

1

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 7891 | KC BENJAMIN REALTY LLC<br>10689 N PENNSYLVANIA ST<br>C/O SANDOR DEVELOPMENT CO<br>INDIANAPOLIS, IN 46280-1070 |
| 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12423 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA<br>Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12161 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA<br>merger to LaSalle Bank NA as Trustee for<br>Gregory A Cross<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12873 | Kite Coral Springs LLC<br>Attention Mark A Bogdanowicz c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
| --- | --- |
| 12707 | KRG Market Street Village LP<br>c o Ice Miller LLP<br>Attn Mark A Bogdanowicz One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 |
| 12448 | La Habra Imperial LLC<br>METRO POINTE RETAIL ASSOC 949 S COAST DR STE 600<br>COSTA MESA, CA 92626 |
| 12917 | Laguna Gateway Phase 2 LP<br>Attn John L Pappas c o Pappas Investments 2020 L St 5th Fl<br>Sacramento, CA 95814 |
| 12918 | Laguna Gateway Phase 2 LP<br>Attn John L Pappas c o Pappas Investments 2020 L St 5th Fl<br>Sacramento, CA 95814 |
| 13940 | Lakewood Mall Shopping Center Company<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 14102 | Macerich Vintage Faire<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 12693 | Macerich Vintage Faire Limited Partnership<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 12673 | MAGNA TRUST COMPANY TRUSTEE<br>C/O CIRCUIT CITY PARTNERSHIP 2144 S MACARTHUR BLVD<br>SPRINGFIELD, IL 62704 |
| 12421 | MAIN STREET AT EXTON LP<br>120 W GERMANTOWN PIKE STE 120<br>PLYMOUTH MEETING, PA 19462 |
| 14006 | Mall Del Norte LLC<br>c o Scott M Shaw<br>Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |
| 6964 | Mallview Plaza Company Ltd<br>Attn Kathleen J Baginski<br>c o Carnegie Management and Developme 27500 Detroit Rd Ste 300<br>Westlake, OH 44145 |
| 8611 | Manufacturers & Traders Trust Company as Trustee<br>c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |

4

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 8622 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8613 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8564 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8561 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |
| 8620 | Manufacturers & Traders Trust Company as Trustee c o Nancy George VP Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |
| 12053 | Manufacturers and Traders Trust Co as Trustee c o Nancy George Vice President Corporate Trust Dept 1 M&T Plaza 7th Fl<br>Buffalo, NY 14203 |

5

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 11990 | Marlton VF LLC<br>c o Vornado Realty Trust 210 Rte 4 E<br>Paramus, NJ 07652 |
| 12309 | Mayfair MDCC Business Trust<br>Thomas J Kelly Pedersen & Houpt PC 161 N Clark St Ste 3100<br>Chicago , IL 60601-3242 |
| 10023 | MB Fabyan Randall Plaza Batavia<br>c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12744 | MB Keene Monadnock LLC<br>c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 11775 | Meridian Village LLC<br>c o Suhrco Management Inc PO Box 34960<br>Seattle, WA 98124 |
| 12258 | Midland Loan Services Inc<br>c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500<br>Dallas, TX 75201 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 8362 | Midland Loan Services Inc<br>Attn Josh Azinger 10851 Mastin Ste 300<br>Overland Park, KS 66210 |
| 12311 | Midland Loan Services Inc<br>c o Katharine Battaia Thompson and Knight LLP 1722 Routh St Ste 1500<br>Dallas, TX 75201 |
| 10265 | Morgan Hill Retail Venture LP<br>c o Browman Development Company 1556 Parkside Dr 2nd Fl<br>Walnut Creek, CA 94596 |
| 12090 | Morris Bethlehem Associates LP ta Southmont Center Bethleham PA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 |
| 12494 | Morse Sembler Villages Partnership No 4<br>c o Heather D Dawson Esq Kitchens Kelley Gaynes PC Eleven Piedmont Ctr Ste 900 3495 Piedmont Rd NE<br>Atlanta, GA 30305 |
| 12497 | NAP Northpoint LLC<br>Mr Greg Browne NAP Southeast Inc 7500 College Pkwy<br>Ft Myers, FL 33907 |

7

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 7951 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 8136 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 12497 | NAP Northpoint LLC<br>Mr Greg Browne NAP Southeast Inc 7500 College Pkwy<br>Ft Myers, FL 33907 |
| 7951 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 8136 | National Western Life Insurance Company<br>Frederick Black & Tara B Annweller One Moody Plz 18th Fl<br>Galveston, TX 77550 |
| 12418 | New River Properties LLC<br>ATTN WOODROW W MARLOWE PO BOX 36<br>CLARKTON, NC 28433 |

8

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 8723 | NORTH PLAINFIELD VF LLC<br>C O VORNADO REALTY TRUST 210 RTE 4 E<br>PARAMUS, NJ 07652 |
| 8978 | Northglenn Retail LLC<br>c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300<br>Houston, TX 77002 |
| 12495 | ORIX Capital Markets LLC<br>c o Gregory A Cross Esq Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12649 | OTR Clairemont Square<br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of 44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 |
| 12650 | OTR Clairemont Square<br>Attn Julia A Viskanta<br>c o State Teachers Retirement System of 44 Montgomery St Ste 2388<br>San Francisco, CA 94104-4704 |
| 12757 | Palmetto Investors LLC<br>C O NIFONG REALTY INC 2181 S ONEIDA ST STE 1<br>GREEN BAY, WI 54304 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 7999 | Pan Am Equities Inc<br>DAVID IWANIER 18 EAST 50TH ST 10TH FLOOR<br>NEW YORK, NY 10022 |
| 8618 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 11752 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 8079 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 12615 | Park National Bank<br>50 N 3rd St PO Box 3500<br>Newark, OH 43058-3500 |
| 11753 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 11749 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 11750 | Park National Bank<br>Attn Richard C Maxwell c o Woods Rogers PLC 10 S Jefferson St Ste 1400 PO Box 14125<br>Roanoke, VA 24011 |
| 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business<br>Attn Richard C Maxwell Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038 Roanoke, VA 24011 |
| 8947 | Park National Bank as Assignee of Rents Under the Columbus Georgia Lease with Circuit Investors No 2 Ltd<br>Attn Richard C Maxwell c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400 PO Box 14125 24038<br>Roanoke, VA 24038-4125 |
| 12201 | Parkdale Mall Associates LP<br>c o Scott M Shaw Esq Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 |
| 5958 | Parkway Center East LLC<br>Parkway Centre East LLC c o Continental Real Estate Co 35 N 4th St Ste 400<br>Columbus, OH 43215 |

11

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 12704 | Pembroke Crossing Ltd<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 8988 | Raymond & Main Retail LLC<br>c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300<br>Houston, TX 77002 |
| 8985 | Raymond & Main Retail LLC<br>c o William A Trey Wood III Bracewell & Giuliani LLP 711 Louisiana St Ste 2300<br>Houston, TX 77002 |
| 12797 | RC CA Santa Barbara LLC<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12794 | Regency Centers LP<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 7828 | Rio Associates Limited Partnership<br>c o David D Hopper Esq 4551 Cox Rd Ste 210<br>Glen Allen, VA 23060 |

12

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 12671 | Rockwall Crossings Ltd<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 9951 | Ronald Benderson Randall Benderson and David H Baldauf<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren 101 Park Ave<br>New York, NY 10178 |
| 12469 | Ronald Benderson Trust 1995<br>Attn James S Carr Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12424 | Ronus Meyerland Plaza LP<br>Laurance J Warco<br>Sutherland Asbill & Brennan LLP 999 Peachtree St NE<br>Atlanta, GA 30309-3996 |
| 12339 | Rossmoor Shops LLC<br>c o Capital Sources, LLC<br>One University Plaza, Ste 312<br>Hackensack, NJ 07601 |
| 14104 | RREEF America REIT II Corp Crossroads<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |

13

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 8635 | Safeway Inc<br>c o David Newby Johnson & Newby LLC 39 S LaSalle St Ste 820<br>Chicago, IL 60603 |
| 12212 | Sangertown Square LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 12510 | Saugus Plaza Associates<br>Attn James S Carr Esq Robert L LeHane Esq Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 14704 | Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP 101 Park Ave<br>New York, NY 10178 |
| 12353 | Save Mart Supermarkets a California Corporation<br>c o Paul S Bliley Jr<br>Save Mart Supermarkets<br>Williams Mullen Clark & Dobbins PC<br>PO Box 1320<br>Richmond, VA 23218-1320 |
| 12751 | Sawmill Plaza Place Associates<br>Thomas J leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |

14

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**
**LIQUIDATING TRUST'S FORTY-FIRST OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO APRIL 11, 2013**

| Claim Number | Name Address |
|---|---|
| 9180 | Schiffman Circuit Props<br>Matthew W Grimshaw Rutan & Tucker LLP<br>611 Anton Blvd Ste 1400<br>Costa Mesa, CA 92626 |

15