Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                                   :        Chapter 11
                                         :
CIRCUIT CITY STORES, INC., et al.,       :        Case No. 08-35653 (KRH)
                                         :
              Debtors.                   :
- - - - - - - - - - - - - - :            Jointly Administered
                                         x

**FOURTH ORDER REGARDING LIQUIDATING TRUST'S FORTIETH
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Fortieth

Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the

"Objection"), which requested, among other things, that the claims specifically identified on

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Exhibit B  attached to the Objection be reduced or disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further notice or service of the Objection need

be given; and it further appearing that no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing that the relief requested on the

Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and

other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Objection is sustained in part, as set forth herein.

2.      The Court will conduct a status conference on April 11, 2013 for all of the Claims

identified on Exhibit A attached hereto.

3.      The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

4.      The Liquidating Trust shall serve a copy of this Order on the claimants included

on the exhibits to this Order on or before five (5) business days from the entry of this Order.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

or relating to this Order.


Dated: Richmond, Virginia
        _____, 2013


                    _____
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

2

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing
proposed order has been endorsed by or served upon all necessary parties.


                                   */s/ Lynn L. Tavenner*_____
                                   Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 8990 | Chino South Retail PG LLC<br>c o William A Trey Wood III<br>Bracewell & Giuliani LLP<br>711 Louisiana St Ste 2300<br>Houston, TX 77002 |
| 5027 | Circuit IL Corp<br>Sigmond Sommer Properties<br>279 Birchwood Park Dr<br>Jericho, NY 11753-2306 |
| 14548 | Circuit Investors Fairfield Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 8587 | Circuit Investors No 2 Ltd<br>A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 9037 | Circuit Investors No 2 Ltd<br>A Texas Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 12164 | Circuit Investors No 3 Ltd<br>A Virginia Partnership<br>c o Nicolas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 8163 | Circuit Investors No 4 Thousand Oaks Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 7155 | Circuit Investors Vernon Hills Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 12338 | Circuit Investors Yorktown Limited Partnership<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 |
| 13411 | Circuit Sports LP<br>Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC 11 Greenway Plz Ste 1400<br>Houston, TX 77046 |
| 8151 | CK Richmond Business Services No 2 Limited Liability Company<br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation 545 Long Wharf Dr 9th Fl<br>New Haven, CT 06511 |
| 15243 | CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services 10851 Mastin Ste 3000<br>Overland Park, KS 66210 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 15245 | CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services 10851 Mastin Ste 3000<br>Overland Park, KS 66210 |
| 5002 | CMAT 1999 C1 Grand River Avenue LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 5005 | CMAT 1999 C1 Kelly Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12078 | CMAT 1999 C2 Bustleton Avenue Limited Partnership<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 4991 | CMAT 1999 C2 Emporium Drive LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12167 | CMAT 1999 C2 Idle Hour Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |

**In re Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
| --- | --- |
| 12077 | CMAT 1999 C2 Lawence Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 4994 | CMAT 1999 C2 Moller Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 11958 | CMAT 1999 C2 Ridgeland Retail LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 7593 | Coldwater Development Co LLC<br>10689 N Pennsylvania St<br>Indianapolis, In 46280 |
| 12468 | Colonial Square Associates<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| 3252 | Condan Enterprises Llc<br>Paul Bregman<br>255 Executive Dr Ste 302<br>Plainview, NY 11803 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 9641 | Cp Nord Du Lac JV LLC<br>C O Heather A Lee Burr & Forman LLP<br>420 N 20th St Ste 3400<br>Birmingham, Al 35203 |
| 11517 | Craig Clarksville Tennessee LLC<br>James S Craig<br>Craig Realty Company LLC 5890 Kalamazoo Ave SE<br>Grand Rapids, MI 49508 |
| 13020 | Crossgates Commons NewCo LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |
| 12496 | Crossroads Associates LTD<br>c o Heather D Dawson Esq Kitchens Kelley Gaynes PC 3495 Piedmont Rd NE<br>Bldg 11 Ste 900<br>Atlanta , GA 30305 |
| 12356 | Crown CCI LLC<br>Paul S Bliley Jr Esq Williams Mullen<br>PO Box 1320<br>Richmond, VA 23218-1320 |
| 15244 | CTL Trust<br>Kristin Bonczyski<br>c o Midland Loan Services 10851 Mastin Ste 300<br>Overland Park, KS 66210 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 7233 | CW Capital Asset Management LLC as Special Servicer on Behalf of Wells Fargo Bank NA<br>Brent Procida Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 |
| 12631 | CW Investors 1997 12 By Its Receiver CW Capital Asset Management LLC as Special Servicer for Bank of America NA<br>Trustee for Nomura Asset Securities Corpo c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLp<br>1735 Market St 51st Fl Philadelphia, PA 19103 |
| 12832 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br>Demetrios Morakis Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br>Bethesda, MD 20814 |
| 12846 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br>Demetrios Morakis Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br>Bethesda, MD 20814 |
| 12728 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br>CWCapital Asset Management LLC c o Michael J McGregor Capmark Finance Inc 7501 Wisconsin Ave Ste 500W Bethesda, MD 20814-6581 |
| 11573 | Daniel G Kamin Flint LLC<br>Kamin Realty Company 490 S Highland Ave<br>Pittsburgh, PA 15206 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12576 | Dentici Family Limited Partnership<br>c o United States Debt Recovery V LP 940<br>Southwood Blvd Ste 101<br>Incline Village, NV 89451 |
| 12419 | DEV Limited Partnership<br>c o William A Gray Esq<br>Sands Anderson Marks & Miller PC PO Box 1998<br>Richmond, VA 23218-1998 |
| 13076 | DMARC 2006 CD2 Davidson Place, LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12417 | DMARC 2006 CD2 Poughkeepsie LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 9102 | Dollar Tree Stores Inc<br>Attn Scott R Kipnis<br>Hofheimer Gartlir & Gross LLP 530 5th Ave<br>New York, NY 10036-5101 |
| 12859 | Donahue Schriber Realty Group LP<br>Attn Nancy Hotchkiss c o Trainor<br>Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12647 | Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12769 | Eagleridge Associates<br>c o Ian S Landsberg Landsberg Marguiles LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 |
| 12825 | Eagleridge Associates<br>c o Ian S Landsberg Landsberg Marguiles LLP<br>16030 Ventura Blvd Ste 470<br>Encino, CA 91436 |
| 12687 | EEL MCKEE LLC<br>ATTN GARY M KAPLAN FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 |
| 12849 | EEL MCKEE LLC<br>ATTN GARY M KAPLAN FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br>SAN FRANCISCO, CA 94104 |
| 4251 | EklecCo NewCo LLC<br>Attn Kevin M Newman Esq Menter Rudin & Trivelpiece PC 308 Maltbie St Ste 200<br>Syracuse, NY 13204-1498 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12719 | Estate of Juda Nadler Regina Nadler Jacob Kasirer Rose Kasirer Michael Peters<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park East 26th Fl<br>Los Angeles, CA 90067 |
| 12810 | Fairway Centre Associates LP<br>Attn Craig Cheney<br>c o Trammell Crow Company 2800 Post Oak Blvd Ste 2300<br>Houston, TX 77056 |
| 12816 | FC Richmond Associates LP<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 |
| 12802 | FC Treeco Columbia Park LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 |
| 12817 | FC Woodbridge Crossing LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 |
| 12545 | Federal Realty Investment Trust ta Quince Orchard Shopping Center Gaithersburg MD<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12085 | Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 |
| 13441 | First Berkshire Properties LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| 12033 | Forest City Commercial Management Inc<br>Agent for Stapleton North Town LLC 50 Public Sq Ste 1360<br>Cleveland, OH 44113 |
| 11967 | Forest City Commercial Management Inc<br>Agent for Laburnum Investment LLC 50 Public Sq Ste 1360<br>Cleveland, OH 44113 |
| 11964 | Forest City Commercial Management Inc<br>Agent for FC Janes Park LLC<br>50 Public Sq Ste 1360<br>Cleveland, OH 44113 |
| 12796 | FW CA Brea Marketplace LLC<br>Attn James S Carr Esq & Robert L LeHane Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |

In re Circuit City Stores, Inc, et al.
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 15253 | GCCFC 2007 GG9 Abercorn Street Limited Partnership<br>5900 N Andrews Ave Ste 625<br>Fort Lauderdale, FL 33309 |
| 8667 | GECMC 2005 C2 Eastex Fwy LLC<br>c o LNR Partners Inc<br>1601 Washington Ave Ste 700<br>Miami Beach, FL 33139 |
| 12186 | GECMC 2005 C2 Hickory Hollow LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12179 | GECMC 2005 C2 Mall Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12267 | GECMC 2005 C2 Mall Road LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12190 | GECMC 2005 C2 Parent LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12180 | GECMC 2005 C2 South Lindbergh LLC<br>c o Mindy A Mora<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 12537 | Generation H One and Two Limited Partnership<br>3509 S Mason St<br>Fort Collins, CO 80525-2685 |
| 13017 | Giant Eagle Inc<br>c o Darlene M Nowak Esq Marcus & Shapira<br>LLP 35th Fl 1 Oxford Ctr<br>Pittsburgh, PA 15219 |
| 12387 | Glenmoor Limited Partnership<br>c o Kevin L Sink<br>PO Box 18237<br>Raleigh, NC 27619 |
| 12266 | Gould Livermore LLC<br>Michelle McMahon Esq<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| 12622 | GREECE RIDGE LLC<br>c o THOMAS W DANIELS ESQ<br>WILMORITE MANAGEMENT GROUP LLC<br>1265 SCOTTSVILLE RD<br>ROCHESTER , NY 14624 |

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12492 | GREEN 521 5TH AVENUE LLC<br>ATTN NEIL KESSNER<br>C O SL GREEN REALTY CORP<br>420 LEXINGTON AVE 18TH FLOOR<br>NEW YORK, NY 10170 |
| 12701 | GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST 210 ROUTE 4 E<br>PARAMUS, NJ 07652 |
| 13941 | Green Tree Mall Associates<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 |
| 13378 | Greenback Associates<br>Attn Nancy Hotchkiss Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento, CA 95825 |
| 12327 | Iannucci Development Corporation<br>c/o Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 |
| 12720 | Inland American Chesapeake Crossroads LLC<br>c o Bert Bittourna Esq<br>Inland American Retail Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |

In re Circuit City Stores, Inc, et al.
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
| --- | --- |
| 12092 | Inland American Oklahoma City Penn LLC<br>Inland American Retail Management LLC<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12827 | Inland Commercial Property Management Inc<br>c o Beth Brooks Esq<br>Inland Real Estate Corporation 2901 Butterfield<br>Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12079 | Inland Continental Property Management Corp<br>c o Bert Bittourna Esq Inland Real Estate<br>Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 10024 | Inland Southeast Darien LLC<br>c o Bert Bittourna Esq Inland Real Estate<br>Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 9719 | Inland Traverse City LLC<br>c o Beth Brooks Esq Inland Real Estate<br>Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12830 | Inland Western Austin Southpark Meadows II<br>Limited Partnership<br>c o Bert Bittourna Esq Inland Real Estate<br>Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |

In re Circuit City Stores, Inc, et al.
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims
Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 9725 | Inland Western Avondale McDowell LLC c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 8943 | Inland Western Avondale McDowell LLC Karen C Bifferato Esq Connolly Bove Lodge & Hutz LLP 1007 N Orange St PO Box 2207 Wilmington , DE 19899-0000 |
| 12644 | Inland Western Cedar Hill Pleasant Run Limited Partnership c o Bert Bittourna Esq Inland Real Estate Group Inland Southwest Management LLC 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12082 | Inland Western College Station Gateway Limited Partnership Inland Southwest Management LLC c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12642 | Inland Western Columbia Clifty LLC c o Bert Bittourna Esq Inland US Management LLC Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12643 | Inland Western Houma Magnolia LLC c o Bert Bittourna Esq Inland Southwest Management LLC Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |

In re Circuit City Stores, Inc, et al.
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12829 | Inland Western Lake Worth Towne Crossing Limited Partnership c o Bert Bittourna Esq Inland Real Estate Group 2901Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12645 | Inland Western Lewisville Lakepointe Limited Partnership c o Bert Bittourna Esq Inland Southwest Management LLC Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 9722 | Inland Western Oswego Gerry Centennial LLC c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12742 | Inland Western Phillipsburg Greenwich LLC c o Bert Bittourna Esq Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 13083 | Inland Western Richmond Maryland LLC c o Bert Bittourna Esq The Inland Real Estate Group Inc 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |
| 12646 | Inland Western San Antonio HQ Limited Partnership c o Bert Bittourna Esq Inland Southwest Management LLC Inland Real Estate Group 2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |

In re Circuit City Stores, Inc, et al.
**Case No. 08-35653 (KRH)**

**Exhibit A to Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on April 11, 2013 at 2:00 p.m.**

| Claim Number | Name Address |
|---|---|
| 12828 | Inland Western Southlake Corners Limited Partnership<br>c o Bert Bittourna Esq Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12831 | Inland Western Sugar Land Colony Limited Partnership<br>c o Bert Bittourna Esq Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 |
| 12803 | Inland Western Temecula Commons LLC<br>c o Bert Bittourna Esq<br>Inland Pacific Property Services LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook , IL 60523-0000 |
| 12640 | Inland Western West Mifflin Century III LP<br>c o Bert Bittourna Esq Inland US Management LLC Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl Oak Brook, IL 60523 |