# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **SWEETWATER ASSOCIATES LIMITED PARTNERSHIP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | SWEETWATER ASSOCIATES LIMITED PARTNERSHIP<br>C/O REEF REAL ESTATE SERVICES, INC.<br>ATTN KERRIE L. OZARSKI<br>517 FOURTH AVENUE, STE 301<br>SAN DIEGO, CA 92101<br><br>IVAN M GOLD ESQ<br>ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP<br>THREE EMBARCADERO CENTER 12TH FL<br>SAN FRANCISCO, CA  94111-0000 |

**Claim No. 12729**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____        Date: _____March 11, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Sweetwater Associates Limited Partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March 1, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim assigned claim number 12729 (the "Claim"), against Circuit City Stores, Inc., et al., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, Case No. 08-35653-KRH (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 1st day of March, 2013.

(Assignor)

SWEETWATER ASSOCIATES LIMITED PARTNERSHIP,
a Nevada limited partnership

By:  Reef Real Estate Services, Inc.,
     a California corporation,
     its authorized agent

By: _____
    Kerrie L. Ozarski,
    President and Director of
    Real Estate Management

(Assignee)

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Michelle Ramsey
Title: CFO - Reef Real Estate

872476.01/SF
298790-00006/1-18-13/img/jr