UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                                    Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                         Case No. 08-35653
             Debtors.                          (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Sweetwater Associates Limited Partnership, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim numbers 12729, be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
| --- | --- |
| Sweetwater Associates Limited Partnership | Sweetwater Associates Limited Partnership |
| c/o Reef Real Estate Services, Inc. | c/o Contrarian Capital Management, L.L.C. |
| 517 Fourth Avenue, Suite 301 | 411 West Putnam Avenue – Suite 425 |
| San Diego, CA 92101 | Greenwich, CT 06830 |
| Attn: Kerrie L. Ozarski, Real Estate Manager | Attn: Alpa Jimenez |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2013

SWEETWATER ASSOCIATES LIMITED PARTNERSHIP,
a Nevada limited partnership
By: Reef Real Estate Services, Inc.,
a California corporation,
its authorized agent

By: _____
Kerrie L. Ozarski,
President and Director of
Real Estate Management