IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al*., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF CREDITOR'S NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that on or about December 17, 2008, creditor OmniMount Systems, Inc. ("OmniMount") filed a proof of claim in the above-captioned cases, which has been designated as Claim No. 1391 (the "Claim").  The Claim requested that all notices, pleadings and payments regarding the Claim be sent to the attention of Ray Nakano, Executive Vice President at OmniMount, at 8201 S. 48th Street, Phoenix, AZ  85044 (the "Old Address").

PLEASE TAKE FURTHER NOTICE that in 2012, OmniMount was merged into an entity named Ergotron, Inc. ("Ergotron"), who now owns the Claim.  Attached hereto as Exhibit A is a copy of Ergotron's W-9.

PLEASE TAKE FURTHER NOTICE that all notices, pleadings and payments regarding the Claim should hereafter be addressed to Ergotron and sent to Ergotron, to the attention of Chuck Ernston, Director of Finance Credit and Contract Management, Ergotron, Inc.,

| | |
|---|---|
| _____ | _____ |
| Michael D. Mueller, Esquire (VSB 38216) | Karen C. Bifferato, Esquire (DE Bar No. 3279) |
| Jennifer M. McLemore, Esquire (VSB 47164) | CONNNOLLY GALLAGHER LLP |
| CHRISTIAN & BARTON, LLP | The Brandywine Building |
| 909 East Main Street, Suite 1200 | 1000 West Street, Suite 1400 |
| Richmond, Virginia 23219 | Wilmington, Delaware 19801 |
| Telephone: (804) 697-4100 | Telephone:  (302) 757-7300 |
| Facsimile:  (804) 697-6112 | Facsimile:  (302) 757-7299 |
| | |
| Counsel for Ergotron, Inc. | Counsel for Ergotron, Inc. |
| f/k/a OmniMount Systems, Inc. | f/k/a OmniMount Systems, Inc. |

1181 Trapp Road, Eagan, MN 55121. Should you have any questions regarding this Notice, please contact undersigned counsel to Ergotron.

Dated: March 14, 2013					CHRISTIAN & BARTON, LLP


					By:	/s/ Michael D. Mueller
						Michael D. Mueller, Esquire (VSB 38216)
						Jennifer M. McLemore, Esquire (VSB 47164)
						909 East Main Street, Suite 1200
						Richmond, Virginia 23219-3095
						Telephone: (804) 697-4100
						Facsimile: (804) 697-6112

						-and-

						Karen C. Bifferato, Esquire (DE Bar No. 3279)
						CONNOLLY GALLAGHER LLP
						The Brandywine Building
						1000 West Street, Suite 1400
						Wilmington, Delaware 19801
						Telephone: (302) 757-7300
						Facsimile: (302) 757-7299
						Email: kbifferato@connollygallagher.com


						*Attorneys for Ergotron, Inc., f/k/a OmniMount Systems, Inc.*

# CERTIFICATE OF SERVICE

I, Michael D. Mueller, hereby certify that on the 14th day of March 2013, I caused a true and correct copy of the foregoing to be served upon the persons indicated below by first class mail, postage prepaid.

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Alfred H. Siegel
Liquidating Trustee
P.O. Box 5695
Glen Allen, Virginia 23058

/s/ Michael D. Mueller
Michael D. Mueller

1381328