IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Toshiba America Information Systems Inc, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Toshiba America Information Systems, Inc
Attn Steven N Leitess
c o Leitess Leitess Freidberg & Feder PC
1 Corporate Ctr
10451 Mill Run Cir Ste 1000
Owing Mills, MD 21117

**New Address [Notice Party(ies)]**
Toshiba America Information Systems, Inc
9740 Irvine Blvd
Irvine, CA 92618

**New Address [Creditor]**
Toshiba America Information Systems Inc.
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

**New Address [Notice Party(ies)]**
Toshiba America Information Systems Inc
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated:  3-20-13

Respectfully submitted,

By: Toshiba America Information Systems, Inc

Signature:

Print Name: Ted Flati

Title: Vice President Corporate Controller