UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that of Cleveland Towne Center LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XI, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12140, filed April 7, 2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Cleveland Towne Center LLC
Attn Nicholas W Whittenburg
Miller & Martin PLLC
832 Georgia Ave Ste 1000
Chattanooga, TN 37402

NEW ADDRESS
Cleveland Towne Center LLC
c/o United States Debt Recovery, XI, LP
5575 Kietzke Lane, Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

Cleveland Towne Center LLC
Print Name: MIKE G. HOOD    Title: MANAGER

Signature: _____    Date: 3/20/13