**Change of Address**

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Circuit City Stores, Inc. et al | ) | Chapter 11 |
| Debtors. | ) | Case No. 08-35653 |
| _____ | ) | (Jointly Administered) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that United States Debt Recovery V, L.P., a creditor in the cases of the above captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating solely to claim number **12515, 15046, 15073, 15072 and 15099**, be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

United States Debt Recovery V LP

940 Southwood Bl Ste 101

Incline Village, NV 89451

**New Address**

United States Debt Recovery V LP

c/o CRT Special Investments LLC

262 Harbor Drive

Stamford, CT 06902

**United States Debt Recovery V LP**

By: _/s/ Nate E. Jones_  Managing Director
Title: Authorized Signatory
Date: March 21, 2013