IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Amreit a Texas Real Estate Investment Trust., creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address, with respect to Claim No. 12367, and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Amreit a Texas Real Estate Investment Trust
C o James V Lombardi III
Ross Banks May Cron & Cavin PC
2 Riverway Ste 700
Houston, TX 77056

**New Address**
Amreit a Texas Real Estate Investment Trust
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: 3/25/13

Respectfully submitted,

By: AmREIT, Inc.
Signature: [signature]
Print Name: Brett Treadwell
Title: MVP - Finance & Chief Acctg Officer