IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
                                                :   Case No. 08-35653
Circuit City Stores, Inc.,                      :
                                                :
                                                :   Jointly Administered
            Debtors.                            :
                                                :
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before March 25, 2013, 2013, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 12843]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: March 26, 2013

_____
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this March 26, 2013, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Ivan M Gold Esq | Three Embarcadero Center 12th Fl | | San Francisco | CA | 94111 | 12843 | Notice Party |
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | | Greenwich | CT | 06830 | 12843 | Transferee |
| Sweetwater Associates Limited Partnership | c/o Reef Real Estate Services, Inc. | Attn Kerrie L. Ozarski | 517 Fourth Avenue, Ste 301 | San Diego | CA | 92101 | 12843 | Transferor |

In re: Circuit City Stores, Inc. et al.
USBC Case No. 08-35653 (KRH)

Page 1 of 1

3/26/2013