IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Platform A Inc fka Advertisingcom an AOL LLC Company, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Platform A Inc fka Advertisingcom an AOL LLC Company
Tiffany Strelow Cobb Esq
52 East Gay St
PO Box 1008
Columbus, OH 43215-3108

**New Address**
Platform A Inc fka Advertisingcom an AOL LLC Company
HSBC Bank USA NA
VonWin
Dept CH 1635. 4
Palatine, IL 60055-6354

Dated: March 27, 2013

Respectfully submitted,

By:
Signature: _____
Print Name: Cynthia Gallagher
Title:       VP & Deputy Controller