IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, AOL LLC, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
AOL LLC
Tiffany Strelow Cobb Esq
Vorys Sater Seymour and Pease LLP
52 East Gay St
Columbus, OH 43215-3108

**New Address**
AOL LLC
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

**Old Address [Notice Party(ies)]**
AOL Holdings LLC
22000 AOL Way
Dulles, VA 20166

**New Address [Notice Party(ies)]**
AOL Holdings LLC
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: _____

Respectfully submitted,

By:
Signature: _____
Print Name: Cynthia Gallagher
Title: VP & Deputy Controller