IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Platform A Inc fka Advertisingcom an AOL LLC Company, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Platform A Inc fka Advertisingcom an AOL LLC Company
Tiffany Strelow Cobb Esq
52 East Gay St
PO Box 1008
Columbus, OH 43215-3108

**Old Address [Notice Party(ies)]**

Platform A Inc fka Advertising com Inc
22000 AOL Way
Dulles, VA 20166

**New Address**

Platform A Inc fka Advertisingcom an AOL LLC Company
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

**New Address [Notice Party(ies)]**

Platform A Inc fka Advertising com Inc
HSBC Bank USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: _____

Respectfully submitted,

By:
Signature: _____
Print Name: Cynthia Gallagher
Title: VP & Deputy Controller

March 28, 2013