IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 5098

**PLEASE TAKE NOTICE** that United States Debt Recovery LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| United States Debt Recovery LLC<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451-7401 | United States Debt Recovery LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| United States Debt Recovery LLC<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451-7401 | United States Debt Recovery LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: March 26, 2013

Respectfully submitted,

**United States Debt Recovery LLC**

By: _/s/ Nathan E. Jones_
Name: NATHAN E. JONES
Title: MANAGING DIRECTOR

773073v.2 445/01706