IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 7278

PLEASE TAKE NOTICE that United States Debt Recovery LLC, creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| United States Debt Recovery LLC<br>940 Southwood, Suite 101<br>Incline Village NV 89451 | United States Debt Recovery LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| United States Debt Recovery LLC<br>940 Southwood, Suite 101<br>Incline Village NV 89451 | United States Debt Recovery LLC<br>c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: _March 26_, 2013

United States Debt Recovery LLC

Respectfully submitted,

By: _[signature]_
Name: _NATHAN E. JONES_
Title: _Managing Director_

772807v.3 445/01705