IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, EBC Marketing Inc., a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
EBC Marketing Inc.
45 Sterling St
West Boylston, MA 01583-1200

**New Address**
EBC Marketing Inc.
HSBC Bank USA NA
VonWin
Dept CH 163 54
Palatine, IL 60055-6354

Dated: 3/27/13

Respectfully submitted, EBC MARKETING INC

By: EDWIN B. CARLSON

Signature: [signed]

Print Name:

Title: PRESIDENT