# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **UNITED STATES DEBT RECOVERY V LP** |
|---|---|
| Name of Transferee | **C/O CRT SPECIAL INVESTMENTS LLC** |
|  | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC | UNITED STATES DEBT RECOVERY V LP |
| 411 WEST PUTNAM AVE., STE. 425 | C/O CRT SPECIAL INVESTMENTS LLC |
| GREENWICH, CT 06830 | 262 HARBOR DR |
| ATTN: ALISA MUMOLA | STAMFORD, CT 06902 |
| PHONE 203-862-8211 | |

**Claim Nos.**    12515
15046
15073
15072
15099

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____        Date: _____April 2, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CRT Special Investments. LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Contrarian Funds, LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Circuit City Stores, Inc. et al (the "Debtor"), the debtor in Case No. 08-35653-KRH (Case") pending in the United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division) (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim numbered 12515, 15046, 15073, 15072 and 15099 filed with the Bankruptcy Court in respect of the foregoing claims.

Assignor hereby waives any objection to the transfer of the claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claims, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 21st day of March 2013.

CRT SPECIAL INVESTMENTS LLC

By: _____

Name: John D. Nielsen

Title: Authorized Signatory


CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name:
Title:    MICHAEL J. RESTIFO
         CFO/MEMBER

9

NYC01_84706093v4_339414-00063 3/20/2013 12:58 PM