**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) ) | Chapter 11<br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtors | ) ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW Craig-Clarksville Tennessee LLC, a creditor ("Craig-Clarksville") [claim no. 7816 and 11517], by its attorney, and pursuant to Local Rule 2090-1(G), and moves this honorable court to permit the withdrawal of Andrea Sullivan Gould as counsel for Craig-Clarksville in this matter, and as grounds states as follows:

1.  Ms. Sullivan is no longer associated with Troutman Sanders LLP and should no longer receive pleadings in this matter.  Richard E. Hagerty of Troutman Sanders LLP has previously entered his appearance in this matter and should receive notice of all matters and service of all papers, reports, pleadings and other documents therein, including but not limited to all pleadings relating to the Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims [Doc. No. 11851], to Craig-Clarksville Tennessee LLC's counsel, Richard E. Hagerty, at the following address, effective immediately:

Richard E. Hagerty
VSB No. 47673
*Counsel for Craig-Clarksville Tennessee LLC*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

           Richard E. Hagerty
           Troutman Sanders LLP
           1660 International Drive
           Suite 600
           McLean, Virginia  22102
           (703) 734-4326
           (703) 448-6520 (fax)
           richard.hagerty@troutmansanders.com

2.  For the foregoing reasons, this Court should strike the appearance of Andrea Sullivan Gould and permit her to withdraw as counsel for Craig-Clarksville.

WHEREFORE, Craig-Clarksville Tennessee LLC respectfully requests that this Court grant this Motion and strike the appearance of Andrea Sullivan Gould as counsel for Craig-Clarksville Tennessee LLC, and permit her to withdraw her appearance; and for such other and further relief as may be proper.

April 3, 2013         Respectfully submitted,

          /s/ Richard E. Hagerty
          Richard E. Hagerty
          VSB No. 47673
          Troutman Sanders LLP
          *Counsel for Craig-Clarksville Tennessee LLC*
          1660 International Drive, Suite 600
          McLean, VA  22102
          (703) 734-4326
          (703) 448-6520 (facsimile)
          richard.hagerty@troutmansanders.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2013, I caused a copy of the foregoing to be served on the following registered persons via the Court's CM/ECF System, on all other persons who have registered and requested CM/ECF notice in these proceedings, and on the attached persons identified on the "2002 List" filed herein:

> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219
>
> Jeffrey N. Pomerantz, Esq.
> Andrew W. Caine, Esq.
> (admitted *pro hac vice*)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Boulevard
> Los Angeles, California 90067-4100
>
> *Counsel to the Liquidating Trustee*
>
> /s/ Richard E. Hagerty
> Richard E. Hagerty

20376506v1

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 | |
| Akerman Senterfitt | William C Crenshaw | 801 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 | |
| Akerman Senterfitt LLP | Mona M Murphy Esq | 8100 Boone Blvd Ste 700 | | Vienna | VA | 22182 | |
| Akerman Senterfitt LLP | William C Crenshaw | 750 9th St NW Ste 750 | | Washington | DC | 20001 | |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs Sarah Link Schultz | 1700 Pacific Ave Ste 4100 | | Dallas | TX | 75201 | |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | |
| Arent Fox LLP | Jackson D Toof | 1050 Connecticut Ave NW | | Washington | DC | 20036 | |
| Arent Fox LLP | Katie A Lane | 1050 Connecticut Ave NW | | Washington | DC | 20036 | |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | PO Box 1758 | | Eugene | OR | 97440-1758 | |
| Asmar Schor & McKenna PLLC | Michael C Crowley Esq | 5335 Wisconsin Ave NW Ste 400 | | Washington | DC | 20015 | |
| Attorney for the Montgomery County Trustee | Austin Peay VII | 121 S Third St | | Clarksville | TN | 37040 | |
| Attorney General of Indiana | Gregory F Zoeller LeGrand L Clark | 302 W Washington St | Indiana Government Ctr S 5th Fl | Indianapolis | IN | 46204-2770 | |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | |
| Attorney General of the US | Richard F Stein Dana J Boente | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | |
| Baker & Hostetler LLP | Donald A Workman Esq Christopher J Giaimo Esq Dena S Kessler | 1050 Connecticut Ave NW Ste 1100 | | Washington | DC | 20036 | |
| Baker & McKenzie LLP | Junghye June Yeum Esq | 1114 Avenue of the Americas | | New York | NY | 10036 | |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | |
| Ballard Spahr LLP | Jenelle M Dennis | 4800 Montgomery Ln 7th Fl | | Bethesda | MA | 20814-3401 | |
| Barnes & Thornburg LLP | Michael K McCrory Esq | 11 S Meridian St | | Indianapolis | IN | 46204 | |
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal St 9th Fl | | Boston | MA | 02110 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | |
| Bean Kinney & Korman PC | Thomas W Repczynski & Martin J Yeager | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | |
| Becket & Lee LLP | Gilbert B Weisman | PO Box 3001 | American Express Travel Related Services Co Inc Corp Card | Malvern | PA | 19355-0701 | |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore Sarah Davis | 1700 Pacific Ave Ste 4400 | | Dallas | TX | 75201 | |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | 666 Walnut St Ste 2000 | The Financial Center | Des Moines | IA | 50309-3989 | |
| Bernstein Law Firm PC | Stacey Suncine Kirk B Burkley | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 | |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | |
| Bialson Bergen & Schwab | Lawrence M Schwab Esq Gay Nell Heck Esq | 2600 El Camino Real Ste 300 | | Palo Alto | CA | 94306 | |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | 130 N 18th St | Philadelphia | PA | 19103 | |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | |
| Bradley Arant Boult Cummings LLP | Thomas R Lynch | 1615 L St NW Ste 1350 | | Washington | DC | 20036 | |
| Brian T Hanlon | | PO Box 3715 | | West Palm Beach | FL | 33402 | |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 | |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | |
| Brooks Wilkins Sharkey & Turco PLC | Paula A Hall | 401 S Old Woodward Ave Ste 460 | | Birmingham | MI | 48009 | |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | |
| Bryan Cave LLP | PJ Meitl | 1155 F St NW | | Washington | DC | 20004 | |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq Shawn M Christianson Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | |
| Buckner Alani & Mirkovich | William D Buckner Catherine J Weinberg | 3146 Redhill Ave Ste 200 | | Costa Mesa | CA | 92626 | |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | |
| Cantor Arkema PC | David K Spiro Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 | |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 17 Bon Pinck Way | | East Hampton | NY | 11937 | |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 | |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | |
| Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Christian & Barton LLP | Augustus C Epps<br>Michael D Mueller<br>Jennifer M McLemore | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | |
| Christian & Barton LLP | Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | |
| City & County of Denver | David V Cooke | 201 W Colfax Ave Dept 1207 | Municipal Operations | Denver | CO | 80202-5332 | |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 | |
| City of Newport News VA City Attorney | Joseph M Durant | 2400 Washington Ave 9th Fl | | Newport | VA | 23607 | |
| Clement & Wheatley | Darren W Bentley Esq | 549 Main St | PO Box 8200 | Danville | VA | 24543-8200 | |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | |
| Contrarian Capital Management LLC | Kimberly Gianis | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 | |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | |
| Diamond McCarthy LLP | Christopher A Provost<br>Stephen T Loden<br>Jason B Porter | 620 Eighth Ave 39th Fl | | New York | NY | 10018 | |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | |
| DLA Piper LLP | Mark J Friedman | 6225 Smith Ave | | Baltimore | MD | 21209-3600 | |
| DLA Piper LLP | Timothy W Brink Esq<br>Forrest Lammiman<br>Ann Marie Bredin Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | |
| Douglas A Scott PLC | Douglas Scott | 1805 Monument Ave Ste 311 | | Richmond | VA | 23220 | |
| Draper & Goldberg PLLC | Adam Hiller | 1500 N French St 2nd Fl | | Wilmington | DE | 19801 | |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 | |
| Duane Morris LLP | Denyse Sabagh | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | 30 S17th St | | Philadelphia | PA | 19103 | |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq<br>Matthew E Hoffman Esq<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | 1111 E Main St 16th Fl | | Richmond | VA | 23219 | |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 | |
| Elliott Greenleaf | Rafael X Zahralddin Aravena<br>Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 | |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | |
| Ervin Cohen & Jessup LLP | Byron Z Moldo<br>Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212-2974 | |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 | |
| Ewing Anderson PS | David E Eash | 221 N Wall Ste 500 | | Spokane | WA | 99201 | |
| Farella Braun & Martel LLP | Gary Kaplan | 235 Montgomery St | Russ Bldg | San Francisco | CA | 94104 | |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | |
| Four Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 | |
| Frank Gecker LLP | Joseph D Frank<br>Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 | |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | |
| Freeborn & Peters LLP | Aaron L Hammer Esq | 311 S Wacker Dr Ste 3000 | | Chicago | IL | 60606 | |
| Friedlander Misler PLLC | Robert E Greenberg Esq<br>Thomas F Murphy Esq | 1101 Seventeenth St NW Ste 700 | | Washington | DC | 20036-4704 | |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 33 New Montgomery St Ste 290 | | San Francisco | CA | 94105-4520 | |
| Frost Brown Todd LLC | Michael J O Grady Esq | 201 E Fifth St Ste 2200 | | Cincinnati | OH | 45202 | |
| Fulbright & Jaworski LLP | Travis Torrence | 1301 McKinney Ste 5100 | | Houston | TX | 77010-3095 | |
| Fullerton & Knowles PC | Paul Schrader Esq | 12642 Chapel Rd | | Clifton | VA | 20124 | |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | |
| G&W Service Co LP | Georgette Treece | 2503 Capitol Ave | | Houston | TX | 77003-3203 | |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 | |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 777 E 15th St | | Plano | TX | 75074 | |
| Gibbons PC | Mark B Conlan Esq | One Gateway Ctr | | Newark | NJ | 07102-5310 | |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | |
| Glass & Reynolds | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | |
| Greenberg Traurig LLP | Annapoorni R Sankaran Esq | 1000 Louisiana St Ste 1700 | | Houston | TX | 77002 | |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | |
| Greenberg Traurig LLP | John T Farnum Esq | 1750 Tysons Blvd Ste 1200 | | McLean | VA | 22102 | |
| Greer Herz & Adams LLP | Frederick Black<br>Tara B Annweiler | One Moody Plaza 18th Fl | | Galveston | TX | 77550 | |
| Gregory Kaplan PLC | Troy Savenko Esq | 7 E 2nd St | PO Box 2470 | Richmond | VA | 23218-2470 | |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 | |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 | |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 | |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | |
| Hanson Bridgett LLP | Jonathan S Storper & Emily M Charley | 425 Market St 26th Fl | | San Francisco | CA | 94105 | |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | PO Box 94750 | | Albuquerque | NM | 87199-4750 | |
| Haynes and Boone LLP | Jason Binford & Mark Mullin | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | |
| Haynes and Boone LLP | Robert D Albergotti & John Middleton | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | |
| Hemar Rousso & Heald LLP | Wayne R Terry | 15910 Ventura Blvd 12th Fl | | Encino | CA | 91436-2829 | |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | |
| Hirschler Fleischer PC | David K Spiro Esq<br>Sheila deLa Cruz Esq<br>Franklin R Cragle III Esq | PO Box 500 | | Richmond | VA | 23218-0500 | |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq<br>Robert S Westermann | PO Box 500 | | Richmond | VA | 23218-0500 | |
| Hirschler Fleischer PC | Sheila deLa Cruz Esq | 2100 E Cary St | PO Box 500 | Richmond | VA | 23218-0500 | |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq | 530 Fifth Ave | | New York | NY | 10036 | |
| Holland & Knight LLP | Nicholas B Malito Esq<br>James H Rollins | One Atlantic Ctr | 1201 W Peachtree St Ste 2000 | Atlanta | GA | 30309-3400 | |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | |
| Holme Roberts & Owen LLP | Sharon Z Weiss | 800 W Olympic Blvd | 4th Fl | Los Angeles | CA | 90015 | |
| Hong Kong Export Credit Insurance Corporation | Ada So | | | | | | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | |
| Hunton & Williams LLP | Benjamin C Ackerly<br>Henry Toby P Long III<br>Thomas N Jamerson<br>Jason W Harbour | 951 E Byrd St | Riverfront Plz E Tower | Richmond | VA | 23219-4074 | |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | 4801 Main St Ste 1000 | | Kansas City | MO | 64112 | |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | |
| Internal Revenue Service | Attn Linda Lorello | 400 N 8th Street Box 76 | | Richmond | VA | 23219 | |
| J Scott Douglass | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | |
| Jackson & Campbell PC | John J Matteo Esq | One Lafayette Centre South Tower | 1120 20th St NW | Washington | DC | 20036 | |
| Jackson Kelly PLLC | Jeffrey M Sherman | 175 E Main St Ste 500 | | Lexington | KY | 40507 | |
| Jaspan Schlesinger LLP | Mary Elisabeth Naumann | 300 Garden City Plz | | Garden City | NY | 11530 | |
| Jay T Blount | Hale Yazicioglu Esq | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC<br>Caroline R Djang | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | |
| Jones Day | Pedro A Jimenez Esq<br>Nicholas C Kamphaus Esq | 222 E 41st St | | New York | NY | 10017 | |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | |
| Jorden Burt LLP | Raul A Cuervo | 1025 Thomas Jefferson St NW Ste 400 E | | Washington | DC | 20007 | |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | |
| Kaufman & Canoles | Ann K Crenshaw Esq<br>Paul K Campsen Esq | 2101 Parks Ave Ste 700 | | Virginia | VA | 23415 | |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 | |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | Bankruptcy Division | PO Box 579 | Bakersfield | CA | 93302-0579 | |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 | |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | 607 14th St NW Ste 900 | | Washington | DC | 20005-2018 | |
| Kilpatrick Stockton LLP | Shane G Ramsey | 1100 Peachtree St NE Ste 2800 | | Atlanta | GA | 30309 | |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson<br>John F Isbell | 1180 Peachtree St | | Atlanta | GA | 30309-3521 | |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin<br>David M Stern Esq | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | 1650 Willow Lawn Dr Ste 300 | | Richmond | VA | 23230 | |
| Kupelian Ormond & Magy PC | David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | |
| Kutak Rock LLP | Michael A Condyles Esq<br>Jeremy S Williams Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq<br>Kimberly A Pierro<br>Jeremy S Williams | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | |
| Landau Gottfried & Berger LLP | Peter J Gurfein | 1801 Century Park E Ste 1460 | | Los Angeles | CA | 90067 | |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | |
| Langley Weinstein LLP | Keith A Langley<br>Rudy A Dominguez | 901 Main St Ste 600 | | Dallas | TX | 75202 | |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | 105 W Madison St | Ste 810 | Chicago | IL | 60602 | |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | 737 Bishop St No 2060 | | Honolulu | HI | 96813 | |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz<br>Stephen E Leach Esq | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | |
| Leach Travell Britt PC | D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | 1800 Wachovia Tower Drawer 120 | | Roanoke | VA | 24006 | |
| Lehnhardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | |
| Lieber & Lieber LLP | Barbie D Lieber | 60 E 42nd St Ste 2102 | | New York | NY | 10165 | |
| Linda J Brame | | PO Box 700 | | Marion | IL | 62959 | |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | 950 S Cherry St Ste 710 | | Denver | CO | 80246 | |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | |
| Loudoun County Attorney | John R Roberts Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | |
| Luce Forward | Jess R Bressi Esq | 2050 Main St Ste 600 | | Irvine | CA | 92614 | |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | |
| Mageee Goldstein Lasky & Sayers PC | Garren R Laymon Esq | PO Box 404 | | Roanoke | VA | 24003-0404 | |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | |
| McCarter & English LLP | Michael J Reynolds Esq | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102 | |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | |
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 | |
| McKay Burton & Thurman | Joel T Marker | 170 S Main Ste 800 | | Salt Lake City | UT | 84101 | |
| McKenna Long & Aldridge LLP | John G McJunkin Esq J David Folds Esq | 1900 K St NW | | Washington | DC | 20006 | |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 | |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | PO Box 1463 | 11 S 12th St | Richmond | VA | 23219 | |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | 2222 M Street | | Merced | CA | 95340 | |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 | |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | |
| Miami Dade County Paralegal Unity | Alberto Burnstein | 140 W Flagler St Ste 1403 | | Miami | FL | 33130-1575 | |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | 4119 Leap Rd | | Hilliard | OH | 43026 | |
| Miller & Martin PLLC | Nicholas W Whittenburg | Volunteer Building Ste 1000 | 832 Georgia Ave | Chattanooga | TN | 37402-2289 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 | |
| Missouri Attorney General Office | Chris Koster Jeff Klusmeier | PO Box 899 | | Jefferson City | MO | 65102 | |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 | |
| Morris Manning & Martin LLP | David W Cranshaw Esq | 1600 Atlanta Financial Ctr | 3343 Peachtree Rd NE | Atlanta | GA | 30326 | |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq Martin A Brown Esq | 210 Park Ave Ste 3030 | | Oklahoma City | OK | 73102 | |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 | |
| Munger Tolles & Olsen LLP | Seth Goldman | 355 S Grand Ave 35th Fl | | Los Angeles | CA | 90071 | |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 | |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 | |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | Two N LaSalle St Ste 1700 | | Chicago | IL | 60602-3801 | |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner Greg Taube | 4140 Parklake Ave | | Raleigh | NC | 27612 | |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 | |
| Nixon Peabody LLP | Daniel R Sovocool Louis J Cisz III Gina M Fornario Louis E Dolan | One Embarcadero Ctr 18th Fl | | San Francisco | CA | 94111-3600 | |
| Nixon Peabody LLP | Dennis J Drebsky Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 | |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | |
| Office of the Attorney General | Denise Mondell | PO Box 120 | 55 Elm St 4th Fl | Hartford | CT | 06141-0120 | |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 | |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | |
| Orange Grove Properties | Linda Taylor | | | | | | |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 | |
| Orrick Herrington & Sutcliffe LLP | James W Burke | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada |
| Pachulski Stang Ziehl & Jones | Marc S Wasserman Stanley E Goldich | | | | | | |
| Palmer Law Firm Inc | R Chase Palmer | PO Box Drawer M | | Marshall | TX | 75671 | |
| Panattoni Law Firm | Fredric Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | |
| Patton Boggs LLP | Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | |
| Pennsylvania Dept of Revenue | Robert C Edmundson | 5th Fl Manor Complex | 564 Forbes Ave | Pittsburgh | PA | 15219 | |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 | |
| Pepper Hamilton LLP | Evelyn J Meltzer | Hercules Plaza Ste 5100 1313 Market St | PO Box 1709 | Wilmington | DE | 19801 | |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Calvo Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | |
| Perdue Brandon Fielder Collins & Mott LLP | Owen M Sonik | 1235 N Loop W Ste 600 | | Houston | TX | 77008 | |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | |
| Pima County Attorney Civil Division | German Yusufov Terri A Roberts | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | |
| Posternak Blankstein & Lund LLP | Robert Somma Esq Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | |
| Poyner Spruill LLP | Shannon E Hoff Esq | 301 S College St Ste 2300 | | Charlotte | NC | 28202 | |
| PriceGrabber com Inc | Katerina Canyon | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 | |
| Primeshares | Attn Rayaan Hashmi | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | |
| Quintrall & Associates LLP | Albert F Quintrall Esq | 1550 Hotel Cir N Ste 120 | | San Diego | CA | 92108 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Rappaport Glass Greene & Levine LLP | James L Forde | 733 Third Ave 12th Fl | | New York | NY | 10017 | |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Sue Reyes | | | | | | |
| Receivable Management Services | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | |
| Recovery Management Systems Corp | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 | |
| | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | |
| Reed Smith LLP | Kurt F Gwynne Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 | |
| Reed Smith LLP | Kathleen A Murphy Esq | 3110 Fairview Park Dr Ste 1400 | | Falls Church | VA | 22042 | |
| Reed Smith LLP | Linda S Broyhill | 901 E Byrd St Ste 1700 | | Richmond | VA | 23219 | |
| Regency Centers | Travis A Sabalewski Esq | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | |
| Riemer & Braunstein LLP | Catherine L Strauss | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | |
| | David S Berman | | | | | | |
| Righetti Glugoski PC | Matthew Righetti | 456 Montgomery St Ste 1400 | | San Francisco | CA | 94104 | |
| | Michael Righetti | | | | | | |
| Rivkin Radler LLP | Matthew V Spero Esq | 926 RXR Plaza | | Uniondale | NY | 11556-0926 | |
| | Stuart I Gordon Esq | | | | | | |
| Robinson & Cole | Peter E Strniste | 280 Trumbull St | | Hartford | CT | 06103 | |
| | Patrick M Birney | | | | | | |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | |
| Romero Law Firm | Martha E Romero | MNR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | 228 S Washington St Ste 300 | PO Box 320039 | Alexandria | VA | 22320 | |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | 580 E Main St Ste 300 | | Norfolk | VA | 23510 | |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | 1901 Ave of the Stars Ste 1700 | | Los Angeles | CA | 90067 | |
| Saiber LLC | Vincent Papalia Esq | 18 Columbia Turnpike Ste 200 | | Florham Park | NJ | 07932 | |
| | Una Young Kang Esq | | | | | | |
| | Christopher R Belmonte Esq | | | | | | |
| | Pamela A Bosswick Esq | | | | | | |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 | |
| | C Thomas Ebel Esq | | | | | | |
| | William A Gray Esq | | | | | | |
| | Peter M Pearl Esq | | | | | | |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | |
| Sands Anderson PC | Philip C Baxa Esq | 1111 E Main St | PO Box 1998 | Richmond | VA | 23218-1998 | |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | 311 S Wacker Dr Ste 5125 | | Chicago | IL | 60606-6657 | |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | 750 9th St NW | Ste 550 | Washington | DC | 20001-4534 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | |
| Seyfarth Shaw LLP | David C Christian II | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | |
| Seyfarth Shaw LLP | Rhett Petcher Esq Alexander Jackins | 975 F St NW | | Washington | DC | 20004 | |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | 30 Rockefeller Plaza Ste 2400 | | New York | NY | 10112 | |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | 2800 Commerce Tower 911 Main | | Kansas City | MO | 64105 | |
| Siller Wilk LP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 | |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | 601 S Figueroa St Ste 2500 | | Los Angeles | CA | 90017-5704 | |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | PO Box 90 | | Roanoke | VA | 24002 | |
| Spotts Fain PC | Neil E McCullagh Esq | PO Box 1555 | | Richmond | VA | 23218-1555 | |
| Spotts Fain PC | Neil E McCullagh Esq Jennifer J West Esq | 411 E Franklin St Ste 600 | | Richmond | VA | 23219 | |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | |
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | Cadillac Place Ste 10 200 | 3030 W Grand Blvd | Detroit | MI | 48202 | |
| State of Washington | Zachary Mosner Asst Attorney General | 800 Fifth Ave Ste 2000 | | Seattle | WA | 98104-3188 | |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen Anne C. Murphy | PO Box 7857 | Wisconsin Dept of Justice | Madison | WI | 53707 | |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | 600 Montgomery St 14th Fl | San Francisco | CA | 94111 | |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | |
| Stinson Morrison Hecker LLP | Jaime S Dibble Katherine M Sutcliffe Becker Darrell W Clark Esq Tracey M Ohm Esq | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | |
| Stites & Harbison PLLC | Ron C Bingham II | 303 Peachtree St NE | 2800 SunTrust Plz | Atlanta | GA | 30308 | |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | |
| Tennessee Department of Revenue | TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 | |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | |
| Thomas G King | | PO Box 4010 | One Moorsbridge Road | Kalamazoo | MI | 49003-4010 | |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 | |
| Thompson and Knight LLP | Cassandra Sepanik Katharine Battaia | 1722 Routh St Ste 1500 | | Dallas | TX | 75201 | |
| ThompsonMcMullan PC | William D Prince IV Esq | 100 Shockoe Slip | | Richmond | VA | 23219 | |
| TomTom Inc | Kerry Reddington Esq | 150 Baker Ave Ext | | Concord | MA | 01742 | |
| Trainor Fairbrook | Nancy Hotchkiss Esq | 980 Fulton Ave | | Sacramento | CA | 95825 | |
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 | |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | 225 N 9th St Ste 820 PO Box 1097 | | Boise | ID | 83701 | |
| Troutman Sanders LLP | Bradfute W Davenport Jr | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 | |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 | |
| Troutman Sanders LLP | Michael E Lacy | 1001 Haxall Point | | Richmond | VA | 23219 | |
| Troutman Sanders LLP | Richard Hagerty | 1660 International Dr Ste 600 | | McLean | VA | 22102 | |
| United States Equal Employment Opportunity Commission | Thomas D Rethage | Philadelphia District Office | 801 Market St Ste 1300 | Philadelphia | PA | 19107-3127 | |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | |
| US Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 | |
| Vandeventer Black LLP | Ann G Bibeau & David W Lannetti | 101 W Main St Ste 500 | | Norfolk | VA | 23510 | |
| Vandeventer Black LLP | Jerrell E Williams | 707 E Main St Ste 1700 | PO Box 1558 | Richmond | VA | 23218 | |
| Venable LLP | Lawrence A Katz Kristen E Burgers | 8010 Towers Crescent Dr Ste 300 | | Vienna | VA | 22182-2707 | |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 | |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 | |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 | |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 | |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | 11 E Greenway Plz Ste 1400 | | Houston | TX | 77046 | |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | 125 S Augusta St Ste 2000 | The American Hotel | Staunton | VA | 24401 | |
| White & Case LLP | Peter J Carney William Sloan Coats Julieta L Lerner | 3000 El Camino Real | 5 Palo Alto Sq 9th Fl | Palo Alto | CA | 94306 | |