# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Chapter 11 |
| ) | Case No. 08-35653 (KRH) |
| ) | (Jointly Administered) |
| Debtors ) | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This matter came before the Court on Creditor, Craig-Clarksville Tennessee LLC's Motion for Substitution of Counsel. It is hereby

**ORDERED**, that the Motion is GRANTED, and that Richard E. Hagerty, be substituted in the place of Andrea Sullivan Gould as counsel for Craig-Clarksville Tennessee LLC, and that Ms. Gould's appearance is hereby stricken and withdrawn.

Entered this _____ day of _____, 2013.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

20385047v1

I ASK FOR THIS:

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

*Counsel for Craig-Clarksville Tennessee LLC*

20385047v1