Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone: 212-561-7700
Telecopy: 212-561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S FIFTIETH
OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN
INVALID CLAIMS, AS APPLICABLE (BENEFIT RESTORATION PLAN)
<u>SOLELY WITH RESPECT TO THE CLAIM OF MILES CIRCO (CLAIM NO. 1533)</u>**

On September 13, 2012, the Circuit City Stores, Inc. Liquidating Trust filed the

*Liquidating Trust's Fiftieth Omnibus Objection to Claims: Reduction of Certain Partially

Invalid Claims or Disallowance of Certain Invalid Claims, as Applicable (Benefit Restoration

Plan)* (the "Objection") in these cases.  The Objection contained an objection to Claim No. 1533

filed by Miles Circo.

The Liquidating Trust hereby withdraws the Objection solely with respect to Claim No. 1533 filed by Miles Circo.

> TAVENNER & BERAN, P.L.C.
>
> /s/Paula S. Beran
> Lynn L. Tavenner (VA Bar No. 30083)
> Paula S. Beran (VA Bar No. 34679)
> 20 North Seventieth Street, 2nd Floor
> Richmond, Virginia 23219
> Telephone: 804-783-8300
> Facsimile: 804-783-0178
> Email: ltavenner@tb-lawfirm.com
>         pberan@tb-lawfirm.com
>
> -and-
>
> Richard M. Pachulski (CA Bar No. 90073)
> Robert J. Feinstein (NY Bar No. RF-2836)
> Jeffrey N. Pomerantz (CA Bar No. 143717)
> Andrew W. Caine (CA Bar No. 110345)
> PACHULSKI STANG ZIEHL & JONES LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, California 90067-4100
> Telephone: 310-277-6910
> Facsimile:  310-201-0760
> E-mail:rfeinstein@pszjlaw.com
>         jpomerantz@pszjlaw.com
>         acaine@pszjlaw.com
>
> *Counsel to the Circuit City Stores, Inc.*
> *Liquidating Trust*

2