UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No.: 08-35653 <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC, a creditor in the cases of the above-captioned debtors ("Debtors, herby directs the Debtors and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| FORMER ADDRESS | NEW ADDRESS |
|---|---|
| United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>940 Southwood Blvd<br>Suite 101<br>Incline Village, NV 89451 | United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery V LP Assignee of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC

Print Name _Nathan Jones_    Title: _Managing Director_

Signature: _/s/ Nate E. Jones_    Date: _4-2-13_