UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

)
)  Case No.: 08-35653 (KRH)
)
)  Jointly Administered
)
)  Chapter 11
)
)
)
)

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, VIII, L.P. assignee of Amargosa Palmdale Investments LLC (Claim # 13962 , filed 6/29/2009), a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors, and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS

Amargosa Palmdale Investments LLC
 c/o United States Debt Recovery, VIII, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS

Amargosa Palmdale Investments LLC
c/o United States Debt Recovery, VIII, L.P.
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, VIII, L.P. assignee of Amargosa Palmdale Investments LLC

Print Name: __Nathan E. Jones__   Title:__Managing Director__

Signature:__/s/ Nathan E. Jones__   Date: __4-3-13__