# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
|  | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** United States Debt Recovery V LP Assignee of CC Properties LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims listed herein, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Claim # 15117, | Filed 10/18/2010, | Amount $1,094,104.39 |
| Claim # 15116, | Filed 10/18/2010, | Amount $815,185.77 |
| Claim # 15115, | Filed 10/18/2010, | Amount $880,847.31 |
| Claim # 15113, | Filed 10/18/2010, | Amount $415,069.08 |
| Claim # 15112, | Filed 10/18/2010, | Amount $996,033.35 |
| Claim # 15110, | Filed 10/18/2010, | Amount $996,033.35 |

| FORMER ADDRESS | NEW ADDRESS |
|---|---|
| United States Debt Recovery V LP Assignee of CC Properties LLC<br>940 Southwood Blvd<br>Suite 101<br>Incline Village, NV 89451 | United States Debt Recovery V LP Assignee of CC Properties LLC<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery V LP Assignee of CC Properties LLC

Print Name: Nathan E. Jones    Title: Managing Director

Signature: /s/ Nathan E. Jones    Date: 4-2-13