## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No.: 08-35653<br>) |
| CIRCUIT CITY STORES, INC., | ) Jointly Administered |
| Debtors. | ) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, III, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims listed herein, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Claim #   974,        Filed 12/19/2008,        Amount  $ 59,026.67

FORMER ADDRESS
United States Debt Recovery, III, LP.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS
United States Debt Recovery, III, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, III, LLC.

Print Name: Nathan Jones        Title: Managing Director

Signature: /s/ Nathan Jones        Date: 4-2-13