UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery V, LP assignee of Johnstown Shopping Center LLC (Claim #12576, filed 4/28/2009), a creditor in the cases of the above-captioned debtors ("Debtorsherby directs the Debtors, and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| FORMER ADDRESS | NEW ADDRESS |
|---|---|
| JOHNSTOWN SHOPPING CENTER LLC<br>c/o United States Debt Recovery V, LP<br>940 Southwood Blvd<br>4425 Military Trail Unit 202<br>CLEVELAND, OH 44124 | JOHNSTOWN SHOPPING CENTER LLC<br>c/o United States Debt Recovery V, LP<br>5575 Kietzke Lane<br>Suite A<br>Reno, NV 89511 |

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery V, LP assignee of Johnstown Shopping Center LLC

Print Name: __Nathan E. Jones__        Title: __Managing Director__

Signature: __/s/ Nath E Jones__        Date: __4-3-13__