## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| | ) |
| | ) Chapter 11 |
| | ) |
| In re: | ) |
| | ) Case No.: 08-35653 |
| CIRCUIT CITY STORES, INC., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, III, LP, a creditor in the cases of the above-captioned debtors

("Debtors"), herby directs the Debtors and/or liquidating trustee, and any representatives thereof (including the claims and

distribution agent appointed in these cases), to change its address for the purposes of administering its claims  listed herein, and

hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be

sent to the New Address set forth below, effective as of the date hereof.

Claim #    974,          Filed 12/19/2008,          Amount  $ 59,026.67

FORMER ADDRESS

United States Debt Recovery, III, LP.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS

United States Debt Recovery, III, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, III,  LLC.

Print Name _Nathan  Jones_____    Title:_Managing   Director_____

Signature:_Nathan E Jones_____    Date:_4-2-13_____