## UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that United States Debt Recovery, X, L.P. assignee of Specific Media LLC f/k/a Specific Media, Inc, (Claim # 13072 , filed 5/27/2009), a creditor in the cases of the above-captioned debtors ("Debtors"), herby directs the Debtors, and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
SPECIFIC MEDIA LLC f/k/a SPECIFIC
c/o United States Debt Recovery, X, L.P.
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS
Specific Media LLC f/k/a Specific Media, Inc.
c/o United States Debt Recovery, X, L.P.
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

United States Debt Recovery, X, L.P. assignee of Specific Media LLC f/k/a Specific Media, Inc

Print Name: __Nathan E. Jones__    Title:__Managing Director__

Signature: _/s/ Nathan E. Jones_    Date: _4-3-13_