UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC. et al.**<br><br>Debtors. | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Dentici Family Limited Partnership, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery V LP, and in connection with such transfer, herby directs the Debtors and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12576, filed 4/28/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Dentici Family Limited Partnership
c/o United States Debt Recovery V, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

NEW ADDRESS
Dentici Family Limited Partnership
c/o United States Debt Recovery V, LP
5575 Kietzke Lane
Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

Dentici Family Limited Partnership
Print Name: Nathan E. Jones    Title: Managing Director
Signature: /s/ Nathan E. Jones    Date: 4-2-13