**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 04/02/2013 (date).

| | |
|---|---|
| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
| Claim No. : CRT Special Investments LLC, 262 Harbor Dr, Stamford, CT 06902 | Contrarian Funds, LLC<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/05/13                                  William C. Redden
                                                   **CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs           Page 1 of 11           Date Rcvd: Apr 03, 2013
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2013.
11709089     +CRT Special Investments LLC,    262 Harbor Dr,    Stamford, CT 06902-7438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 11              Date Rcvd: Apr 03, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2013 at the address(es) listed below:

              Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com, tsable@honigman.com
              Alan Michael Noskow    on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
               amy.williams@klgates.com, hailey.andresen@klgates.com
              Andrea Campbell Davison    on behalf of Creditor   Discovery Communications, Inc.
               andrea.davison@arentfox.com
              Andrea Sullivan Gould    on behalf of Creditor   Craig-Clarksville Tennessee LLC
               andrea.gould@troutmansanders.com
              Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
               jaturner@kaufcan.com;nlferguson@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
              Andrew M. Brumby    on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
               rhicks@shutts-law.com
              Andrew S. Conway    on behalf of Creditor   Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
              Anitra D. Goodman Royster    on behalf of Creditor   Connexion Technologies
               anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
               raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Attorney Ann Schmitt aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
               murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
               Management Services, LLC abraucher@mcmillanmetro.com
              Anne G. Bibeau    on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
               drichards@vanblk.com;pfaggert@vanblk.com
              Annemarie G. McGavin    on behalf of Creditor   Dick's Sporting Goods, Inc.
               annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
              Anthony J. Cichello    on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
               Companies, Ltd. acichello@kb-law.com
              Arthur S. Weitzner    on behalf of Transferee Donald Emerick arthur@weitzner.com
              Aryeh E. Stein    on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
              Ashley M. Chan    on behalf of Creditor   City of Philadelphia achan@hangley.com,
               ecffilings@hangley.com
              Augustus C. Epps    on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
               lthompson@cblaw.com
              Belkys Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, rredfield@wtplaw.com
              Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler    on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben    on behalf of Creditor   Cousins Properties Incorporated brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney    on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson    on behalf of Creditor Karl Engelke bnelson@foley.com
              Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com,
               kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
              Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Chang Eugene    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC gideon.korrell@snrdenton.com

```
District/off: 0422-7           User: frenchs              Page 3 of 11              Date Rcvd: Apr 03, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
         aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
         Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
         clynch@goulstonstorrs.com
        Christine McAteer Ford    on behalf of Creditor   Ada Alicea, on behalf of herself and all others
         similarly situated cford@mdpcelaw.com
        Christopher A. Jones    on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
         rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher Julian Hoctor    on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
         nferenbach@kaplanfrank.com
        Christopher L. Perkins    on behalf of Attorney   LeClair Ryan, A Professional Corporation
         christopher.perkins@leclairryan.com,
         stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
         ah.dip@leclairryan.com
        Christopher M. Alston    on behalf of Creditor   507 Northgate LLC alstc@foster.com,
         ristj@foster.com
        Christopher M. Desiderio    on behalf of Creditor   Greystone Data Systems, Inc.
         cdesiderio@nixonpeabody.com
        Christopher R. Belmonte    on behalf of Creditor   International Business Machines Corporation
         cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
        Christopher S. Colby    on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
        City of Newport News, Virginia    jdurant@nngov.com
        Constantinos G. Panagopoulos    on behalf of Creditor   Battlefield FE Limited Partners
         cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
        Courtney E. Pozmantier    on behalf of Creditor   Paramount Home Entertainment
         cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
        Craig Benson Young    on behalf of Creditor   Cedar Development Ltd., a Florida Limited Partnership
         craig.young@kutakrock.com,
         lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
        Craig M. Palik    on behalf of Creditor   Bond Circuit IV Delaware Business Trust
         cpalik@mhlawyers.com,
         cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
        Curtis Gilbert Manchester    on behalf of Defendant   Energizer Battery, Inc.
         cmanchester@reedsmith.com,
         shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
        D. Marc Sarata    on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
         sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
        Daniel D. Prichard    on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
         individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
        Daniel F. Blanks    on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
        Daniel M. Press    on behalf of Attorney Daniel Press dpress@chung-press.com, pressdm@gmail.com
        Darek S. Bushnaq    on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
         dsbushnaq@venable.com
        Darlene M. Nowak    on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
        Darrell William Clark    on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
         cscott@stinson.com
        Darryl S. Laddin    on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
        David McCall    on behalf of Creditor   City of Garland Tax Assessor/Collector
         bankruptcy@ntexas-attorneys.com
        David A. Greer    on behalf of Creditor   Century plaza development corporation
         dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
        David B. Wheeler    on behalf of Creditor   South Carolina Electric & Gas Company and Public
         Service of North Carolina davidwheeler@mvalaw.com
        David D. Hopper    on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
         scilino@chlhf.com
        David Emmett Hawkins    on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
        David H. Cox    on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
         pdyson@jackscamp.com
        David H. Dickieson    on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
         Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
        David J. Ervin    on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
         KDWBankruptcyDepartment@kelleydrye.com
        David K. Spiro    on behalf of Creditor   US Debt Recovery III, LP dspiro@hf-law.com,
         rmcburney@hf-law.com
        David M. Poitras    on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
        David R. Ruby    on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
         bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David R. Ruby    on behalf of Creditor   SanDisk Corporation druby@mcsweeneycrump.com,
         bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
        David S. Musgrave    on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
         tleonard@gfrlaw.com
        David V. Cooke    on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
        David W. Earman    on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
        David Wayne Lannetti    on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
         drichards@vanblk.com;mdowns@vanblk.com
        Dawn C. Stewart    on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com

```
District/off: 0422-7          User: frenchs              Page 4 of 11          Date Rcvd: Apr 03, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Dena Sloan Kessler    on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
      Denise S. Mondell    on behalf of Creditor   State of Connecticut Department of Revenue Services denise.mondell@ct.gov
      Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
      Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
      Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District caaustin@comcast.net
      Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
      Dominic L. Chiariello    on behalf of Creditor   Donovan Dunwell dc@chiariello.com
      Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects dludman@brownconnery.com
      Douglas  Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
      Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
      Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
      Douglas R. Gonzales    on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
      Dylan G. Trache    on behalf of Counter-Claimant   Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
      Edward L. Rothberg    on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
      Elizabeth A. Elam    on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
      Elizabeth L. Gunn    on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
      Ellen A. Friedman    on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
      Emily M. Charley    on behalf of Creditor   IGate Global Solutions, Limited echarley@hansonbridgett.com
      Eric C. Cotton    on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
      Eric Christopher Rusnak    on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
      Eric J. Snyder    on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
      Erika L. Morabito    on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
      Erin Elizabeth Kessel    on behalf of Creditor   Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
      F. Marion Hughes    on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
      Frank F. McGinn    on behalf of Creditor   Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
      Frank T. Pepler    on behalf of Creditor   Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
      Franklin R. Cragle    on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
      Fred B. Ringel    on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
      Frederick Francis Rudzik    on behalf of Defendant   State of Florida, Department of Revenue rudzikf@dor.state.fl.us
      Fredrick J. Levy    on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
      Garren Robert Laymon    on behalf of Creditor   Arlington ISD glaymon@mglspc.com, ameador@mglspc.com
      Gary E. Mason    on behalf of Creditor  Marlon Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
      Gary M. Kaplan    on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
      Gary V. Fulghum    on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
      Gerald P. Kennedy    on behalf of Attorney   Plaza Las Palmas, LLC gerald.kennedy@procopio.com
      German  Yusufov    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
      Gilbert Barnett Weisman    on behalf of Creditor   American Express Travel Related Services Co Inc notices@becket-lee.com
      Gilbert D. Sigala    on behalf of Creditor  John Batioff sigalaw1@aol.com
      Gillian N. Brown    on behalf of Creditor Committee   Official Committee of Unsecured Creditors gbrown@pszjlaw.com
      Gina Baker Hantel    on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
      Gina M Fornario    on behalf of Creditor   California Self-Insurers' Security Fund gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
      Glenn H. Silver    on behalf of Creditor   CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
      Gordon S. Woodward    on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
      Gregory D. Grant    on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
      H. Elizabeth Weller    on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
      Hale  Yazicioglu    on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
      Heather D. Brown    on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com

```
District/off: 0422-7           User: frenchs                Page 5 of 11                   Date Rcvd: Apr 03, 2013
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts   on behalf of Creditor   Suemar hbroberts@live.com, droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
           toof.jackson@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James Edward Bowman   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com, acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA Inc.
           jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com, pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
           klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
           calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com

```
District/off: 0422-7           User: frenchs              Page 6 of 11              Date Rcvd: Apr 03, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jeremy S. Friedberg    on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
         jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
        Jeremy S. Williams    on behalf of Creditor   Jubilee-Springdale, LLC jeremy.williams@kutakrock.com,
         lynda.wood@kutakrock.com
        Jeremy W. Martin    on behalf of Creditor   Escambia County Tax Collector
         jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
        Jeremy W. Ryan    on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
        Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
         Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
        Jess R. Bressi    on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
        Jessica Regan Hughes    on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
         swells@seyfarth.com;wdcdocketing@seyfarth.com
        Joel S. Aronson    on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
         jsaronson@ridberglaw.com
        Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
        John B. Raftery    on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
         jraftery@offitkurman.com
        John C. Smith    on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
         sryan@sandsanderson.com;dbbankruptcy@gmail.com
        John D. Fiero    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         jfiero@pszjlaw.com
        John D. McIntyre    on behalf of Creditor   Carnegie Management and Development Corporation
         jmcintyre@wmlawgroup.com,
         wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
        John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
         pjf@carmodymacdonald.com
        John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
         lucian@blankrome.com
        John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
         sparson@mckennalong.com
        John J. Lamoureux    on behalf of Creditor   Amore Construction Company
         jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
        John J. Trexler    on behalf of Creditor John Schrogie jtrexler@hmalaw.com
        John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
         jroche@perkinscoie.com,
         ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
        John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
         russj4478@aol.com
        John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
         awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
        John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
         rours@wileyrein.com
        John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com, nre98@aol.com
        Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
        Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
         jstorper@hansonbridgett.com
        Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
        Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
        Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
        Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire Blue
         Cross Blue Shield bankruptcy@morrisoncohen.com
        Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
        Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
        Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
         harvell@seeger-law.com
        Justin F. Paget    on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
         cloving@hunton.com
        Kalina Boyanova Miller    on behalf of Creditor   First Industrial Realty Trust, Inc.
         kmiller@wileyrein.com, rours@wileyrein.com
        Karen L. Gilman    on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
        Karen M. Crowley    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com,
         jbrockett@clrbfirm.com;tturner@clrbfirm.com
        Keith L. Phillips    on behalf of Mediator Keith Phillips Keith@pf-law.com,
         beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
        Ken Coleman    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
         Ken.Coleman@allenovery.com
        Kenneth R. Rhoad    on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
        Kevin A. Lake    on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
        Kevin J. Funk    on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
         bmcmillen@durrettecrump.com
        Kevin L. Sink    on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
        Kevin M. Newman    on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
         kmnbk@menterlaw.com
        Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
         wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
        Khang V. Tran    on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
        Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
         sprescott@idalaw.com

```
District/off: 0422-7           User: frenchs                Page 7 of 11                   Date Rcvd: Apr 03, 2013
                               Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Kimberly A. Pierro   on behalf of Creditor  Cole CC Groveland FL, LLC
       kimberly.pierro@kutakrock.com,
       sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
@kutakrock.com
      Kimberly Sullivan Walker   on behalf of Creditor  LaSalle Bank National Association as Trustee
       for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
       kimsullywalker@aol.com
      Kirk David Berkhimer   on behalf of Defendant  A&L Products Limited Kirk@kdblawfirm.com,
       Carla@KDBLawFirm.com
      Kristen E. Burgers   on behalf of Creditor  CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott   on behalf of Counter-Defendant Alfred Siegel kelliott@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak   on behalf of Creditor  City of Taylor Michigan kkobi@aol.com
      Laura Otenti   on behalf of Interested Party  Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz   on behalf of Creditor  Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
       eappelstein@ltblaw.com
      Lawrence H. Glanzer   on behalf of Creditor  Citrus Park CC, LLC glanzer@rlglegal.com,
       margaret@rlglegal.com
      Leonard E. Starr   on behalf of Creditor  Namsung America, Inc. lstarr@Starr-Law.com,
       gadams@Starr-Law.com
      Leonidas Koutsouftikis   on behalf of Creditor  Washington Real Estate Investment Trust
       lkouts@magruderpc.com,  mcook@magruderpc.com
      Leslie A. Skiba   on behalf of Defendant  Network Engineering Technologies, Inc.
       lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt   on behalf of Creditor  D-Link Systems, Inc. lregenhardt@garylaw.us,
       cmarchant@garylaw.us;ssunny@garylaw.us
      Linda Sharon Broyhill   on behalf of Creditor  Heritage Plaza, LLC lbroyhill@reedsmith.com,
       nkatzen@reedsmith.com
      Lisa Hudson Kim   on behalf of Creditor  A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
      Lisa P. Sumner   on behalf of Creditor  Compass Group U.S.A. Inc. lsumner@poyners.com
      Loc Pfeiffer   on behalf of Creditor  Schottenstein Property Group, Inc.
       loc.pfeiffer@kutakrock.com
      Louis E. Dolan   on behalf of Creditor  California Self-Insurers' Security Fund
       LDOLAN@nixonpeabody.com,
       was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
      Lucy L. Thomson   lthomson2@csc.com
      Luder F. Milton   on behalf of Defendant  Plasti-Cart, Inc. lmilton@eckertseamans.com
      Lyndel A. Mason   on behalf of Defendant  Cypress/Spanish Fort I LP LMason@chfirm.com,
       chps.ecfnotices@gmail.com
      Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred Siegel ltavenner@tb-lawfirm.com,
       dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
com;vstreet@tb-lawfirm.com
      Madeleine C. Wanlsee   on behalf of Interested Party Madeleine Wanslee mwanslee@gustlaw.com,
       slonon@gustlaw.com
      Malcolm M. Mitchell   on behalf of Creditor  AOL LLC mmmitchell@vorys.com,
       sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
      Marc A. Busman   on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
      Margaret M. Anderson   on behalf of Creditor  Old Republic Insurance Company panderson@fhslc.com
      Mark B. Conlan   on behalf of Creditor  Bond Circuit IV Delaware Business Trust
       mconlan@gibbonslaw.com
      Mark D. Sherrill   on behalf of Creditor  C1 West Mason Street LLC mark.sherrill@sutherland.com
      Mark D. Taylor   on behalf of Creditor  Lenovo USA mdtaylor@kilpatricktownsend.com
      Mark E. Browning   on behalf of Creditor  Texas Comptroller of Public Accounts
       bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
      Mark J. Friedman   on behalf of Attorney Mark Friedman mark.friedman@dlapiper.com
      Mark K. Ames   on behalf of Creditor  Commonwealth of Virginia, Department of Taxation
       mark@taxva.com,  amanda@taxva.com
      Mark X. Mullin   on behalf of Creditor  BB Fonds International 1 USA, L.P.
       mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
      Martha E. Hulley   on behalf of Creditor  Benenson Capital Company martha.hulley@leclairryan.com,
       erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
      Martha E. Romero   on behalf of Creditor  California Taxing Authorities romero@mromerolawfirm.com
      Martin A. Brown   on behalf of Creditor  Creditor Express Personnel Services, Inc
       martin.brown@lawokc.com
      Martin J.A. Yeager   on behalf of Creditor Loren Stocker myeager@landcarroll.com
      Mary E. Olden   on behalf of Creditor  Colorado Structures, Inc. dba CSI Construction Co.
       molden@mhalaw.com,  akauba@mhalaw.com
      Mary Louise Fullington   on behalf of Creditor  Scripps Networks Interactive, Inc.
       lexbankruptcy@wyattfirm.com
      Matthew Righetti   on behalf of Creditor Jack Hernandez matt@righettilaw.com
      Matthew A. Gold   on behalf of Creditor  Argo Partners courts@argopartners.net
      Matthew E. Hoffman   on behalf of Creditor  Audiovox Corporation mehoffman@duanemorris.com,
       lltaylor@duanemorris.com;lstopol@levystopol.com
      Matthew J. Ellis   on behalf of Creditor  Montgomery County Trustee mellis@batsonnolan.com
      Matthew V. Spero   on behalf of Creditor  CC-Investors 1995-6 matthew.spero@rivkin.com
      Melissa S. Hayward   on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
      Meredith Linn Yoder   on behalf of Creditor  Edwin Watts Golf Shops, LLC myoder@parkerpollard.com,
       sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com

```
District/off: 0422-7           User: frenchs              Page 8 of 11                  Date Rcvd: Apr 03, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael   Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com,    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
           twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor   Pan Am Equities msage@omm.com,    kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor   Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com,    lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor   Harry Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com,
           ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
           mkogan@koganlawfirm.com
          Min   Park    on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan   Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito    on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor   Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com,    mcsmith@millermartin.com
          Nikki Amber Ott    on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Oscar Baldwin Fears    on behalf of Creditor   Georgia Department of Revenue bfears@law.ga.gov,
           jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor   CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
           jcarrion@rc.com
          Paul J. Pascuzzi    on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Creditor   CC Grand Junction Investors 1998, LLC
           pkcampsen@kaufcan.com
          Paul M. Black    on behalf of Creditor   Sony Pictures Home Entertainment Inc.
           pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
           tchilders@canfieldbaer.com
          Paul Michael Schrader    on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
          Paul S. Bliley    on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,    marbury@bwst-law.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter   Barrett    on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg    on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth    on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste    on behalf of Creditor   Schimenti Construction Company LLC pstrniste@rc.com,
           kcooper@rc.com
          Peter G. Zemanian    on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
           pcarney@whitecase.com,    hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,    rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com

```
District/off: 0422-7          User: frenchs              Page 9 of 11              Date Rcvd: Apr 03, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Raymond Pring   on behalf of Creditor Laura Scannell rpring@pringlaw.com, cingle@pringlaw.com
        Raymond William Battaglia   on behalf of Creditor  Miner Corporation rbattaglia@obht.com
        Rebecca L. Saitta   on behalf of Creditor  Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com
        Reid Steven Whitten   on behalf of Creditor  LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
        Rhett E. Petcher   on behalf of Creditor  Engineered Structures, Inc. rpetcher@seyfarth.com
        Richard C. Maxwell   on behalf of Interested Party  Park National Bank rmaxwell@woodsrogers.com, hhale@woodsrogers.com
        Richard D. Scott   on behalf of Defendant  Contrarian Funds, LLC richard@rscottlawoffice.com
        Richard E. Hagerty   on behalf of Attorney  Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
        Richard E. Lear   on behalf of Creditor  CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
        Richard F. Stein   on behalf of Creditor  Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
        Richard Iain Hutson   on behalf of Creditor  Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
        Richard M. Maseles   on behalf of Creditor  Missouri Department of Revenue edvaecf@dor.mo.gov
        Richard S. Yarow   on behalf of Defendant  Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
        Robert A. Canfield   on behalf of Creditor Cornella Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
        Robert B. Hill   on behalf of Creditor  Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
        Robert B. Van Arsdale   on behalf of U.S. Trustee Judy Robbins Robert.B.Van.Arsdale@usdoj.gov
        Robert C. Edmundson   on behalf of Creditor  Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
        Robert D. Albergotti   on behalf of Creditor  Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
        Robert D. Clark   on behalf of Creditor  Douglas County, CO rclark@douglas.co.us
        Robert D. Tepper   on behalf of Creditor  CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
        Robert Field Moorman   on behalf of Defendant  Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
        Robert J. Brown   on behalf of Creditor  CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
        Robert J. Feinstein   on behalf of Creditor Committee  Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
        Robert K. Coulter   on behalf of Creditor  United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
        Robert Kenneth Minkoff   on behalf of Creditor  Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
        Robert L. LeHane   on behalf of Creditor  AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
        Robert M. Marino   on behalf of Creditor  Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
        Robert P. McIntosh   on behalf of Creditor  United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
        Robert R. Vieth   on behalf of Defendant  D&H Distributing Co. rvieth@ltblaw.com, dhowes@ltblaw.com
        Robert Ryland Musick   on behalf of Creditor  IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
        Robert S. Westermann   on behalf of Counter-Claimant  Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
        Robin S. Abramowitz   on behalf of Creditor  Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
        Ron C. Bingham   on behalf of Creditor c/o Ron C. Bingham T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
        Ronald A. Page   on behalf of Attorney Ronald Page rpage@rpagelaw.com, rpage@rpagelaw.com
        Ronald G. Dunn   on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
        Ronald M. Tucker   on behalf of Creditor  Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,psummers@simon.com,antimm@simon.com
        Roy M. Terry   on behalf of Creditor  Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
        Russell R. Johnson   on behalf of Creditor  Averatec/Trigem USA russ4478@aol.com
        Ryan C. Day   on behalf of Creditor  Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
        S. Sadiq Gill   on behalf of Defendant  Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
        Sara B. Eagle   on behalf of Creditor  Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
        Sara L. Chenetz   on behalf of Creditor  Sony Pictures Entertainment Inc. chenetz@blankrome.com
        Sarah Beckett Boehm   on behalf of Debtor  Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com

```
District/off: 0422-7          User: frenchs              Page 10 of 11           Date Rcvd: Apr 03, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Satchidananda  Mims   smims21@hotmail.com
        Scott D. Fink    on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
        Seth A. Drucker    on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
        Shalanda N. Franklin-Verdell    on behalf of Defendant   Belkin International Inc.
        sfranklinverdell@vanblk.com
        Sheila G. de la Cruz    on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
        slawson@hf-law.com
        Sheila L. Shadmand    on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
        Stanley M. Salus    on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
        stan.salus@akerman.com,
        crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
        Stephan William Milo    on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
        Stephanie N. Gilbert    on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
        nwalsh@wilsav.com
        Stephen A. Metz    on behalf of Creditor   Saul Holdings Limited Partnership
        smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
        Stephen E. Leach    on behalf of Creditor   Children's Discovery Centers of America, Inc.
        sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
        Stephen G. Murphy    on behalf of Creditor   Massachusetts Department of Revenue
        Murphys@dor.state.ma.us
        Stephen K. Gallagher    on behalf of Creditor   CWCapital Asset Management LLC
        sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
        Stephen K. Lehnardt    on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
        Steven H. Greenfeld    on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
        cbglawbethesda@gmail.com
        Steven H. Newman    on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
        Steven L. Brown    on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
        Tara B. Annweiler    on behalf of Creditor   American National Insurance Company
        tannweiler@greerherz.com
        Tara L. Elgie    on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
        Terri A. Roberts    on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
        Thaddeus D. Wilson    on behalf of Defendant   Mitsubishi Electronics America, Inc.
        thadwilson@kslaw.com,  pwhite@kslaw.com
        Thomas David Rethage    on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
        Thomas Francis Murphy    on behalf of Creditor  Robert E. Greenberg Gateway Woodside, Inc.
        tmurphy@dclawfirm.com,
        rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
        Thomas G. King    on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
        dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
        Thomas John McIntosh    on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
        Thomas John McKee    on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
        Thomas Neal Jamerson    on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
        tomjam2003@yahoo.com
        Thomas Ryan Lynch    on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
        Thomas W. Repczynski    on behalf of Creditor   Graphic Communications, Inc.
        trepczynski@offitkurman.com,  gmonteith@offitkurman.com;lschock@offitkurman.com
        Tiffany Strelow Cobb    on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
        Timothy Francis Brown    on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
        Timothy W. Boykin    on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
        croyes@vanblk.com
        Tracey Michelle Ohm    on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
        tmackey@stinson.com
        Travis A. Knobbe    on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
        trjohnson@spilmanlaw.com
        Travis Aaron Sabalewski    on behalf of Creditor   IKON Office Solutions, Inc.
        tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
        Troy Savenko    on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
        situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
        Valerie P. Morrison    on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
        rours@wileyrein.com
        Victoria A. Reardon    on behalf of Creditor   State of Michigan, Department of Treasury
        reardonv@michigan.gov,  jacksonst@michigan.gov
        Victoria D. Garry    on behalf of Creditor   Ohio Bureau of Workers' Compensation
        victoria.garry@ohioattorneygeneral.gov
        Vivienne Rakowsky    on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
        dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
        Walter Laurence Williams    on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
        Wanda Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
        Wendy Michele Roenker    on behalf of Creditor  Treasurer City of Chesapeake
        wroenker@cityofchesapeake.net
        William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
        wheuer@duanemorris.com
        William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
        William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
        William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
        rarrington@sandsanderson.com

```
District/off: 0422-7          User: frenchs              Page 11 of 11            Date Rcvd: Apr 03, 2013
                              Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William A. Wood   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
          William Daniel Prince    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Sullivan dsullivan@butzeltp.com
          William H. Schwarzschild    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com
          Zmarak   Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                                     TOTAL: 417