# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| ------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| Circuit City Stores, Inc., | : Case No. 08-35653 |
| | : |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| ------------------------------------------------------- x | |

## AFFIDAVIT OF SERVICE

I, Jennifer Goldman being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before April 5, 2013, I caused copies of the
- [Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re Docket No. 8854]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore on or before April 5, 2013, I caused copies of the
- [Customized for Rule 3001(e)(1) and Rule 3001(e)(2)] Notice of Rejection of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) and 3001(e)(2) [Re Docket No. 12878]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: April 8, 2013

_____
Jennifer Goldman

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th of April, 2013, by Jennifer Goldman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|------|-------------|-----------|-----------|------|-------|-----|--------------|--------------|--------------------|--------------|-------------------|
| Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 3475 | $7,312.19 | $7,312.19 | 8854 | Transferor |
| Wells Fargo Bank NA | | 101 N Phillips Ave | | Sioux Falls | SD | 57104 | 3475 | $7,312.19 | $7,312.19 | 8854 | Notice Party |
| Wells Fargo Bank NA Successor to Wells Fargo Bank Minnesota NA | David A Rigazio | 1110 Centre Pointe Curv Ste 100 | MAC N9100 030 | Saint Paul | MN | 55120-4100 | 3475 | $7,312.19 | $7,312.19 | 8854 | Transferee |
| Wells Fargo Shareowner Svcs | | PO Box 64875 | | Saint Paul | MN | 55164-0875 | 3475 | $7,312.19 | $7,312.19 | 8854 | Notice Party |

# **EXHIBIT B**

**Exhibit B**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Name | Notice Name | Address 1 | City | State | Zip | Claim Numbers | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|
| Contrarian Funds, LLC | Attn Alisa Mumola | 411 West Putnam Ave., Ste 425 | Greenwich | CT | 06830 | 12515, 15046, 15072, 15073, 15099 | 12878 | Transferor |
| United States Debt Recovery V LP | c/o CRT Special Investments LLC | 262 Harbor Dr | Stamford | CT | 06902 | 12515, 15046, 15072, 15073, 15099 | 12878 | Transferee |