Attorneys for TKG Coffee Tree, L.P.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel for TKG Coffee Tree, L.P. ("TKG"), and request, pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the persons listed below:

>  TKG Coffee Tree, L.P.
>  c/o Leon Y. Tuan
>  Stein & Lubin LLP
>  600 Montgomery Street, 14th Floor
>  San Francisco, CA 94111
>  Tel: (415) 981-0550
>  Fax: (415) 981-4343
>  ltuan@steinlubin.com

**PLEASE TAKE FURTHER NOTICE**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail, or otherwise filed or made with regard to the referenced cases and proceedings herein.

Neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended to waive the TKG's right to have final orders in non-core matters entered only after de novo review by a district judge; the TKG's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; the TKG's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which the TKG is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the TKG expressly reserves.

Dated: April 10, 2013

By: /s/ Leon Y. Tuan
Leon Y. Tuan, Bar No. 130995
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:   (415) 981-0550
Facsimile:     (415) 981-4343

Attorneys for Creditor
TKG Coffee Tree, L.P.