Mr. Johannes F. de Wolf

5810 Fresno Ave, Richmond, CA 94804

(510) 501-3511

April 6, 2013,  p. 1 of 2

Honorable Judge Kevin R. Huennekens

U.S. Bankruptcy Court for the Eastern District of Virginia, Richmond Division

701 Broad Street, Court Room 5000

Richmond, VA 23219



In re: Circuit City Stores, Case 08-35653-KRH

Dear Judge Huennekens:

I, respectfully, request your aid in allowing my pre-bankruptcy injury claim against Circuit City to go forward (lifting the automatic stay?).

The injuries took place on 10/31/07. I filed the claim in Jan '08 and a case in Superior Court in Oct '08 to beat the statute of limitations - both before the Nov '08 filing of bankruptcy by Circuit City.

After Circuit City's filing of Chapter 11 bankruptcy, I received notice of automatic stay for both:

- SRS (Special Risk Services) of Marlin, NJ          Claim# YLB 74178
- Superior Court of CA- County of Contra Costa       Case # C08-02712

As the letter from Circuit City's claim administrator SRS (see Encl #1) states: the stay "prohibits us from issuing any payment on your claim".

The injuries occurred when the Amana range- purchased, delivered and installed by Circuit City Emeryville CA  store -- tipped over when I reached into the stove on the left side of the open door to broil meat for dinner. The pots of boiling water with vegetables slipped off the top, spilling the hot water and vegetables onto my back causing 1st and 2nd degree burns on large part of my back, shoulder blades, collar bones and back bone (see Encl #2-photo).

When the emergency room staff removed my T-shirt, the outer skin peeled off and stuck to my T-shirt. I needed my wife or friend to put on medicated dressings, daily at first, for 3 ½ months. The blisters and oozing raw flesh wounds soaked the medicated pads, which were bound to my chest with elastic bands and hung from the open wounds on my shoulders and shoulder blades