UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                                  :
                                                        :   Chapter 11
Circuit City Stores, Inc., et al.                       :
                                                        :   Case No. 08-35653
                                                        :
                                      Debtors.          :   (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Mayfair MDCC Business Trust, a creditor in the bankruptcy cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claims, including claim number 12309 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors and each Debtor Party that no further Change of Address or instruction of any kind with respect to claim number 12309 or any distribution or payment thereon shall be accepted by the debtor or any Debtor Party without the express written consent of Liquidity Solutions, Inc.

| Former Address | New Address |
| --- | --- |
| Mayfair MDCC Business Trust | Mayfair MDCC Business Trust |
| Thomas J Kelly | c/o Liquidity Solutions, Inc |
| Pedersen & Houpt PC | One University Plaza, Ste 312 |
| 161 N Clark St Ste 3100 | Hackensack, NJ 07601 |
| Chicago, IL 60601-3242 | |

I declare under penalty of perjury that the foregoing is true and correct.

Mayfair MDCC Business Trust

By: [signature] solely as trustee

Its: Trustee

Date: 4/11/13