**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) ) | Chapter 11<br>Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtors | ) ) | |

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This matter came before the Court on Creditor, Craig-Clarksville Tennessee LLC's Motion for Substitution of Counsel. It is hereby

**ORDERED**, that the Motion is GRANTED, and that Richard E. Hagerty, be substituted in the place of Andrea Sullivan Gould as counsel for Craig-Clarksville Tennessee LLC, and that Ms. Gould's appearance is hereby stricken and withdrawn.

Entered this _____ day of _____, 2013.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

Richard E. Hagerty
VSB No. 47673
*Counsel for Craig-Clarksville Tennessee LLC*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (facsimile)
richard.hagerty@troutmansanders.com

I ASK FOR THIS:

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

*Counsel for Craig-Clarksville Tennessee LLC*

READ AND AGREED:

/s/ Andrea Sullivan Gould
Andrea Sullivan Gould
Andrew Mauck PLC
416 West Franklin St.
Richmond, VA 23220
(804) 937-9607
andrea.gould99@gmail.com

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served on all necessary parties.

/s/ Richard E. Hagerty
Richard E. Hagerty