Stephen V. Falanga, Esq. (*pro hac vice* pending)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

and

Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (I) GRANTING MOTION OF G&S
LIVINGSTON REALTY, INC. PURSUANT TO SECTION
502(j) AND RULE 3008 TO RECONSIDER AND VACATE
THE PRIOR ORDER OF THE COURT DISALLOWING CLAIM
NUMBER 6064 AND (II) ADJUDGING CLAIM NUMBER 6064 ALLOWED**

This matter comes before the Court upon the Motion of G&S Livingston Realty, Inc. Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed (the "**Motion**"),[1] and upon consideration of the Motion, any response thereto and the oral arguments presented by counsel, and for the reasons stated by the Court at the hearing, it is

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

hereby:

   ORDERED, ADJUDGED, AND DECREED that:

   1. The relief requested in the Motion is hereby GRANTED.

   2. This Court's August 9, 2012, *First Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* as to Claim Number 6064 is hereby VACATED.

   3. Claim Number 6064 of G&S Livingston Realty, Inc. is hereby ALLOWED as filed.

   4. Any objections to the Motion not otherwise withdrawn are hereby overruled.

ENTERED:               _____
                   UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:


/s/ Christian K. Vogel
Stephen V. Falanga, Esq. (*pro hac vice* pending)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

and

Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*


## RULE 9022-1 CERTIFICATION

      Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing has been endorsed by and/or served upon all necessary parties.


                                                              /s/ Christian K. Vogel
                                                             Counsel

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
    *Counsel for Liquidating Trustee*