TO:        KURTZMAN CARSON CONSULTANTS

FROM:      G&S LIVINGSTON REALTY INC.

RE:        PROOF OF CLAIM - CIRCUIT CITY STORES

DATE:      JANUARY 23, 2009

Attached please find for filing a copy of the proof of claim of G&S Livingston Realty
Inc. The claim in the amount of $1,350,404 is based on the rejection by debtors of the
lease for the store space on Mount Pleasant Avenue, Livingston, NJ. A copy of the lease
and a schedule showing the calculation of damages is attached.

Enclosed is a self-addressed, stamped envelope. Kindly return same to claimant with an
acknowledgment of receipt of the proof of claim.

Douglas N. Riley
For G&S Livingston Realty Inc.
211 E. 43rd Street
New York, NY 10017
212 286 3300

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
| --- | --- |

Debtor against which claim is asserted :   (Check only **one** box below:)

| | | |
| --- | --- | --- |
| ☒ Circuit City Stores, Inc. (Case No. 08-35653) | CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | Abbott Advertising, Inc. (Case No. 08-35665) |
| Circuit City Stores West Coast, Inc. (Case No. 08-35654) | Circuit City Stores PR, LLC (Case No. 08-35660) | Mayland MN, LLC (Case No. 08-35666) |
| InterTAN, Inc. (Case No. 08-35655) | Circuit City Properties, LLC (Case No. 08-35661) | Patapsco Designs, Inc. (Case No. 08-35667) |
| Ventoux International, Inc. (Case No. 08-35656) | Orbyx Electronics, LLC (Case No. 08-35662) | Sky Venture Corporation (Case No. 08-35668) |
| Circuit City Purchasing Company, LLC (Case No. 08-35657) | Kinzer Technology, LLC (Case No. 08-35663) | XSStuff, LLC (Case No. 08-35669) |
| CC Aviation, LLC (Case No. 08-35658) | Courchevel, LLC (Case No. 08-35664) | PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**G&S LIVINGSTON REALTY INC**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

NameID: 4496141          PackID: 177625

**G&S LIVINGSTON REALTY INC**
~~PO BOX 712421~~  211 E. 43rd St.
~~CINCINNATI OH 45271-2421~~  NY, NY 10017

Telephone number:
212-286-3300

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

G&S Livingston Realty, Inc. c/o Key Bank
PO Box 712421
Cincinnati, OH   45271-2421

Telephone number: 212-286-3308

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**    $ 1,350,404.28

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Rejection of Lease
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a.  Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

*\* Amounts are subject to adjustment on 4-1-10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 1/23/09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Douglas N. Riley
Secretary, G&S Livingston Realty, Inc.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



0835653081208104023050945

**Circuit City Stores Inc**
**Livingston NY Location**
**Rent, CAM, Tax Calculation for Remaining Lease Term**

## RENT CALCULATION

| From | To | Mthly Rent Rate | Lease Year Balance | Cumulative Total | 15% |
|---|---|---|---|---|---|
| 1/1/2009 | 1/31/2009 | 56,745.50 | 56,745.50 | 56,745.50 | |
| 2/1/2009 | 1/31/2010 | 56,745.50 | 680,946.00 | 737,691.50 | |
| 2/1/2010 | 1/31/2011 | 56,745.50 | 680,946.00 | 1,418,637.50 | |
| 2/1/2011 | 1/31/2012 | 56,745.50 | 680,946.00 | 2,099,583.50 | |
| 2/1/2012 | 1/31/2013 | 56,745.50 | 680,946.00 | 2,780,529.50 | |
| 2/1/2013 | 1/31/2014 | 59,582.78 | 714,993.36 | 3,495,522.86 | |
| 2/1/2014 | 1/31/2015 | 59,582.78 | 714,993.36 | 4,210,516.22 | |
| 2/1/2015 | 1/31/2016 | 59,582.78 | 714,993.36 | 4,925,509.58 | |
| 2/1/2016 | 1/31/2017 | 59,582.78 | 714,993.36 | 5,640,502.94 | |
| 2/1/2017 | 1/31/2018 | 59,582.78 | 714,993.36 | 6,355,496.30 | |
| Total Rent Remaining on Lease | | | | 6,355,496.30 | 953,324.45 |

## CAM CALCULATION

| From | To | Mthly CAM Rate | Lease Year Balance | Cumulative Total | 15% |
|---|---|---|---|---|---|
| 1/1/2009 | 1/31/2009 | 5,415.80 | 5,415.80 | 5,415.80 | |
| 2/1/2009 | 1/31/2010 | 5,578.27 | 66,939.29 | 72,355.09 | |
| 2/1/2010 | 1/31/2011 | 5,745.62 | 68,947.47 | 141,302.55 | |
| 2/1/2011 | 1/31/2012 | 5,917.99 | 71,015.89 | 212,318.45 | |
| 2/1/2012 | 1/31/2013 | 6,095.53 | 73,146.37 | 285,464.81 | |
| 2/1/2013 | 1/31/2014 | 6,278.40 | 75,340.76 | 360,805.57 | |
| 2/1/2014 | 1/31/2015 | 6,466.75 | 77,600.98 | 438,406.55 | |
| 2/1/2015 | 1/31/2016 | 6,660.75 | 79,929.01 | 518,335.56 | |
| 2/1/2016 | 1/31/2017 | 6,860.57 | 82,326.88 | 600,662.44 | |
| 2/1/2017 | 1/31/2018 | 7,066.39 | 84,796.69 | 685,459.13 | |
| Total CAM Remaining on Lease -Annual Increase of 3% | | | | 685,459.13 | 102,818.87 |

## TAX CALCULATION

| From | To | Mthly TAX Rate | Lease Year Balance | Cumulative Total | 15% |
|---|---|---|---|---|---|
| 1/1/2009 | 1/31/2009 | 15,499.67 | 15,499.67 | 15,499.67 | |
| 2/1/2009 | 1/31/2010 | 15,964.66 | 191,575.92 | 207,075.59 | |
| 2/1/2010 | 1/31/2011 | 16,443.60 | 197,323.20 | 404,398.79 | |
| 2/1/2011 | 1/31/2012 | 16,936.91 | 203,242.89 | 607,641.68 | |
| 2/1/2012 | 1/31/2013 | 17,445.02 | 209,340.18 | 816,981.87 | |
| 2/1/2013 | 1/31/2014 | 17,968.37 | 215,620.39 | 1,032,602.25 | |
| 2/1/2014 | 1/31/2015 | 18,507.42 | 222,089.00 | 1,254,691.25 | |
| 2/1/2015 | 1/31/2016 | 19,062.64 | 228,751.67 | 1,483,442.92 | |
| 2/1/2016 | 1/31/2017 | 19,634.52 | 235,614.22 | 1,719,057.14 | |
| 2/1/2017 | 1/31/2018 | 20,223.55 | 242,682.65 | 1,961,739.78 | |
| Total TAX Remaining on Lease -Annual Increase of 3% | | | | 1,961,739.78 | 294,260.97 |
| Total Billing Calculated Over the Remaining Lease Term | | | | 9,002,695.22 | 1,350,404.28 |