Stephen V. Falanga, Esq. (*pro hac vice* pending)
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

and

Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF MOTION AND HEARING**

   PLEASE TAKE NOTICE that on April 17, 2013, G&S Livingston Realty, Inc. ("**G&S**") filed its Motion Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed. (the "**Motion**").

   **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to approve the relief requested in the Motion or if you want the Court to consider your views on the Motion, then you or your attorney must:

     [x] Electronically file with or mail to the Court, at the address shown below, a written response with a supporting memorandum as required by Local Bankruptcy

Rule 9013-1(H) on or before **May 7, 2013**.  Unless a written response to the Motion and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your written objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the due date identified herein**.**

       William C. Redden, Clerk
       United States Bankruptcy Court
       701 E. Broad Street, Suite 4000
       Richmond, Virginia  23219

You must also mail a copy to:

       Christian K. Vogel, Esq.
       LeClairRyan, A Professional Corporation
       Riverfront Plaza, East Tower
       951 East Byrd Street
       Richmond, Virginia 23219

[x] Attend the hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 2:00 p.m. (Eastern Time) on May 14, 2013** at the United States Bankruptcy Court, Courtroom 5000, 701 E. Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion**.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

       G&S LIVINGSTON REALTY, INC.


       /s/ Christian K. Vogel
       Counsel

Stephen V. Falanga, Esq. (*pro hac vice* pending)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500

and

Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of April, 2013, a true and correct copy of the foregoing Motion was served on all persons receiving electronic notice in this case, including:

    Robert B. Van Arsdale
    Office of the United States Trustee
    701 East Broad St. Suite 4304
    Richmond, Virginia 23219
      *Assistant United States Trustee*

    Lynn L. Tavenner
    Tavenner & Beran, PLC
    20 North Eighth Street, Second Floor
    Richmond, VA 23219
      *Counsel for Liquidating Trustee*

    /s/ Christian K. Vogel
    Counsel