UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:  :
   :  Chapter 11
Circuit City Stores, Inc., et al.  :
   :  Case No. 08-35653
   :
Debtors.  :  (Jointly Administered)

---

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Shopzilla Inc Also Doing Business as BizRate, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 1581 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Shopzilla Inc Also Doing Business as BizRate
Blythe A Holden Esq
12200 W Olympic Blvd Ste 300
Los Angeles, CA 90064

New Address

Shopzilla Inc Also Doing Business as BizRate
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

BLYTHE HOLDEN FOR SHOPZILLA
By: [signature]
Its: GEN. COUNSEL
Date: 4/17/13