Christian K. Vogel
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF STEPHEN V. FALANGA**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Stephen V. Falanga (the "**Motion**") filed by Christian K. Vogel, seeking admission pro hac vice for Stephen V. Falanga, of the law firm of Connell Foley LLP, in the above-styled bankruptcy case (the "**Bankruptcy Case**") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Stephen V. Falanga be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2.   Stephen V. Falanga, of the law firm of Connell Foley LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of G&S Livingston Realty, Inc.

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Christian K. Vogel
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

**RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christian K. Vogel
Movant

2

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Stephen V. Falanga, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
    *Counsel for G&S Livingston Realty, Inc.*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
    *Counsel for Liquidating Trustee*