Christian K. Vogel
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF STEPHEN V. FALANGA

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Stephen V. Falanga (the "**Motion**") filed by Christian K. Vogel, seeking admission pro hac vice for Stephen V. Falanga, of the law firm of Connell Foley LLP, in the above-styled bankruptcy case (the "**Bankruptcy Case**") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Stephen V. Falanga be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Stephen V. Falanga, of the law firm of Connell Foley LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of G&S Livingston Realty, Inc.

ENTERED:

Apr 17 2013

/s/ Kevin R Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 18 2013

I ASK FOR THIS:

/s/ Christian K. Vogel
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 916-7198

*Counsel for G&S Livingston Realty, Inc.*

## RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christian K. Vogel
Movant

**SERVICE LIST**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Stephen V. Falanga, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
    *Counsel for G&S Livingston Realty, Inc.*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
    *Counsel for Liquidating Trustee*

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                           Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-7          User: frenchs              Page 1 of 2              Date Rcvd: Apr 18, 2013
                              Form ID: pdforder          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2013.
         +Stephen V. Falanga,   Connell Foley LLP,   85 Livingston Ave.,   Roseland, NJ 07068-3790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0422-7          User: frenchs              Page 2 of 2              Date Rcvd: Apr 18, 2013
                              Form ID: pdforder          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0