**EXHIBIT B**[1]

| 47 | Chad A. Kubica | 7086 | 12626 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
|---|---|---|---|---|
| 47 | Elizabeth R. Warren | 13486 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| 47 | Elizabeth R. Warren | 13529 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| 47 | James E. Burgess | 8646 | 12652 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| 47 | James H. Wimmer, Jr. | 9584 | 12633 | This matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket. |
| 47 | Karen L. Craig | 14174 | 12586 | The respondent has requested "Per our conversation today, please consider this email a request to withdraw all of my responses to the objections filed and have my claims ordered as set forth in the objection." Accordingly, the Objection as it relates to this claim may be sustained. |
| 47 | Kelly Breitenbecher | 13936 | 12637 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| 47 | Rob Subetto | 6503 | 12641 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| | | | | |
| 50 | Arensmeyer, Mark | 9538 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.

**EXHIBIT B**[1]

| | | | | |
|---|---|---|---|---|
| **50** | Bimbaum, Richard | 9324 | 12624 | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| **50** | Cecil, David | 4499 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Chalifoux, Michael | 11878 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Cummings, Benjamin | 4494 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Denney, William | 5703 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Douglas, Peter | 4503 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Douglas, Peter A. | 1761 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **50** | Dunn, Phillip J. | 6309 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Fitzsimmons, John | 4496 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Golden, Kenneth | 4491 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Jonas Jr., Eric A. | 6525 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **50** | Lawson, Jerry | 4495 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Liverman, George A. | 5186 | | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| **50** | Lucas, Richard | 8312 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.

**EXHIBIT B**[1]

| 50 | Mierenfeld, Gary | 4498 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
|---|---|---|---|---|
| 50 | Oliver, Mark E. | 6250 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| 50 | Ramirez, Mario | 4501 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| 50 | Sharp, Richard | 9163 | 12624 | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| 50 | Wells, Jeffrey | 4497 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.