| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON APRIL 25, 2013 AT 2:00 P.M. (EASTERN)</u>**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1. Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS (MULTIPLE HR PROGRAMS CLAIMED))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12394)

    Related Documents:

    a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit

    City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b. Order Sustaining Liquidating Trust's Forty-Seventh Omnibus Objection To Claims: Reduction Of Certain Partially Invalid Claims, Fixing Of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (multiple HR Programs Claimed) (Re: related document(s)[12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12741)

Objection
Deadline:           November 29, 2012

Objections/
Responses
Filed:              See attached Exhibit B.

Status:             One matter has been resolved and may be removed from the Court's docket. Two claims may be sustained. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 6, 2013 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 6, 2013 at 2:00 p.m. with respect to those claims. **Those**

> **parties do not need to appear at the hearing. Such parties'
> rights will not be affected at this hearing.**

2. Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTIETH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (BENEFIT RESTORATION PLAN))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12397)

   Related
   Documents:

   a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit

    City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b. Order Sustaining Liquidating Trust's Fiftieth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims or Disallowance of Certain Invalid Claims, as Applicable (Benefit Restoration Plan) (Re: related document(s)[12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12704)

c. Withdrawal - *NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S FIFTIETH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (BENEFIT RESTORATION PLAN) SOLELY WITH RESPECT TO THE CLAIM OF MILES CIRCO (CLAIM NO. 1533)* (Re: related document(s)[12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12882)

Objection
Deadline:                November 29, 2012

Objections/
Responses
Filed:                     See attached Exhibit B.

Status:                  Several matters have been settled and may be removed from the Court's docket. A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at**

> **the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 6, 2013 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to June 6, 2013 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

3. Objection to Claim *NO. 14787 FILED BY Chase Bank USA, National Association* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11868)

    Related Documents:

    a. Notice of Objection to Claim (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by 6/26/2012.Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11869)

    b. Docket entry - Continued for Status Hearing (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/19/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 12275)

    c. Docket entry - Continued for Status Hearing; (related document(s): [11868] Objection to Claim #14787 filed by Chase Bank USA) Hearing to be held on 12/06/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust (Docket No. 12410)

    d. Continued for Status Hearing; (related document(s): [11868] Objection to Claim #14787 filed by Chase Bank USA) Hearing to be held on 12/06/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 12410)

    e. CONTINUED FOR STATUS HEARING; (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12669)

| | |
|---|---|
| Objection Deadline: | November 27, 2012, continued by agreement |
| Objections/ Responses Filed: | |
| Status: | A status hearing is going forward with respect to this matter. During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to **June 25, 2013** at 2:00 p.m. **The claimant does not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

Dated: Richmond, Virginia
April 25, 2013

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**AMENDED EXHIBIT B**[1]

| | | | | |
|---|---|---|---|---|
| **47** | Chad A. Kubica | 7086 | 12626 | The respondent has requested that his response be withdrawn. Accordingly, the Objection as it relates to this claim may be sustained. |
| **47** | Elizabeth R. Warren | 13486 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **47** | Elizabeth R. Warren | 13529 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **47** | James E. Burgess | 8646 | 12652 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **47** | James H. Wimmer, Jr. | 9584 | 12633 | This matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket. |
| **47** | Karen L. Craig | 14174 | 12586 | The respondent has requested "Per our conversation today, please consider this email a request to withdraw all of my responses to the objections filed and have my claims ordered as set forth in the objection." Accordingly, the Objection as it relates to this claim may be sustained. |
| **47** | Kelly Breitenbecher | 13936 | 12637 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **47** | Rob Subetto | 6503 | 12641 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| | | | | |
| **50** | Arensmeyer, Mark | 9538 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.

**AMENDED EXHIBIT B**[1]

| | | | | |
|---|---|---|---|---|
| **50** | Bimbaum, Richard | 9324 | 12624 | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| **50** | Cecil, David | 4499 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Chalifoux, Michael | 11878 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Cummings, Benjamin | 4494 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Denney, William | 5703 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Douglas, Peter | 4503 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Douglas, Peter A. | 1761 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **50** | Dunn, Phillip J. | 6309 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Fitzsimmons, John | 4496 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Golden, Kenneth | 4491 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Jonas Jr., Eric A. | 6525 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| **50** | Lawson, Jerry | 4495 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| **50** | Liverman, George A. | 5186 | | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| **50** | Lucas, Richard | 8312 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.

**AMENDED EXHIBIT B**[1]

| 50 | Mierenfeld, Gary | 4498 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
|---|---|---|---|---|
| 50 | Oliver, Mark E. | 6250 | | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. with opposition due May 30, 2013. |
| 50 | Ramirez, Mario | 4501 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |
| 50 | Sharp, Richard | 9163 | 12624 | This matter has been resolved pursuant to procedures approved by this Court and may be removed from the Court's docket. |
| 50 | Wells, Jeffrey | 4497 | 12624 | Status hearing on objection adjourned to June 6, 2013 at 2:00 p.m. |

---

[1] For all matters noted herein that are being adjourned or have been resolved, the respondent does not need to appear at the April 25, 2013 hearing.