# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor: <u>54–0493875</u>

### <u>NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION</u>

A transcript was filed on <u>April 23, 2013</u> in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/11/2013, Remote electronic access to the transcript is restricted until 07/22/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609–586–2311.] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [12919] Hearing held; SETTLED (Re: related document(s)10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trustee., [12922] Hearing held for Status Hearing; (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trust.). Notice of Intent to Request Redaction Deadline Due By 04/29/2013. Redaction Request Due By 05/13/2013. Redacted Transcript Submission Due By 05/23/2013. Transcript access will be restricted through 07/22/2013. (Bowen, James)

The parties have [until <u>April 30, 2013</u>] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [<u>May 14, 2013</u>] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [<u>May 24, 2013</u>] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [<u>July 22, 2013</u>] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   April 23, 2013

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs              Page 1 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr          Total Noticed: 2024

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db          #+Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463
aty         +Adam L. Rosen,   Silverman Acampora LLP,   100 Jericho Quadrangle,   Suite 300,
              Jericho, NY 11753-2702
aty         +Alan J. Kornfeld,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd.,   11th Floor,
              Los Angeles, CA 90067-4114
aty         +Alfred J. Zullo,   Law Offices of Zullo & Jacks, LLC,   83 Main St., PO Box 120748,
              East Haven, CT 06512-0748
aty         +Alisa Nunno Di Chiara,   45 Essex St., Ste. 201,   Hackensack, NJ 07601-5416
aty         +Alvin S. Goldstein,   Furr and Cohen, P.A.,   2255 Glades Road,   Suite 337W,
              Boca Rotan, FL 33431-7379
aty         +Andria M. Beckham,   Bricker & Eckler, LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty          Angela B. Degeyter,   Vinson & Elkins LLP,   2001 Ross Ave. Suite 3700,   Dallas, TX  75201-2975
aty         +Ann E. Schmitt,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,   Leesburg, VA 20175-3614
aty         +Ann K. Crenshaw,   Kaufman & Canoles, P.C.,   2100 Parks Avenue, Suite 700,
              Virginia Beach, VA 23451-4164
aty         +B. Keith Poston,   PO Box 11070(29211-1070,   Columbia, SC 29211-1070
aty         +Barry K. Baker,   Bogin Munns & Munns, P.A.,   924 Garfield Street,   Melbourne, FL 32935-4065
aty         +Barry S. Glaser,   333 S. Hope St.,   36th Floor,   Los Angeles, CA 90071-1406
aty         +Betsy Johnson Burn,   PO Box 11070(29211-1070),   Columbia, SC 29211-1070
aty         +Brad D. Krasnoff,   Lewis Brisbois Bisgaard & Smith,   221 N. Fiqueroa St., Ste. 1200,
              Los Angeles, CA 90012-2663
aty         +Bradford L Maynes,   133 West Grand River,   Brighton, MI 48116-1649
aty          Bradley S. Copeland,   PO Box 1758,   Eugene, OR  97440-1758
aty         +Brian D. Womac,   Two Memorial City Plaza,   820 Gessner, Ste. 1540,   Houston, TX 77024-4463
aty         +Brian K. Larkin,   One Court Place - Ste. 301,   Rockford, IL 61101-1088
aty          Brian P. Hall,   Smith, Gambrell & Russell, LLP,   Suite 3100, Promenade II,
              1230 Peachtree Street, N.E.,   Atlanta, GA  30309-3592
aty          C. B. Blackard, III.,   301 E. Dave Ward Drive,   PO Box 2000,   Conway, AR  72033-2000
aty         +Carl O. Sandin,   Perdue, Brandon, Fielder, Collins, Mott,   1235 North Loop West, Suite 600,
              Houston, TX 77008-1772
aty         +Carl P. McDonald,   Goddard & Gamble, Attorneys,   Suite 208,   101 West Broadway Ave.,
              Maryville, TN 37801-4716
aty         +Caroline R. Djang,   Jeffer Mangels Butler et al,   Seventh Floor,   1900 Avenue of the Stars,
              Los Angeles, CA 90067-4301
aty         +Catherine J. Weinberg,   Buckner, Alani & Mirkovich,   3146 Redhill Ave., Ste. 200,
              Costa Mesa, CA 92626-3415
aty         +Charlotte E. Glinka,   Keches Law Group, P.C.,   122 Dean Street,   Taunton, MA 02780-2714
aty         +Christi M. Carrano,   270 Quinnipiac Avenue,   North Haven, CT 06473-3716
aty         +Christopher A. Camardello,   Winthrop & Weinstine, PA,   225 South Sixth Street,   Suite 3500,
              Mimmeapolis, MN 55402-4629
aty         +Christopher Combest,   Suite 3700,   500 West Madison St.,   Chicago, IL 60661-4591
aty         +Craig C. Chiang,   Buchalter Nemer,   333 Market St., 25th Floor,   San Francisco, CA 94105-2126
aty         +Daniel M Press,   Chung & Press, P.C.,   6718 Whittier Ave. #200,   McLean, VA 22101-4531
aty         +Daniel W. Sheppard,   Morgan & Morgan,   PO Box 9504,   Fort Myers, FL 33906-9504
aty         +David Byrnes,   450 South Orange Ave.,   Suite 900,   Orlando, FL 32801-3339
aty         +David G. Reynolds,   Glass & Reynolds,   P.O. Box 1700,   Corrales, NM 87048-1700
aty         +David L. Pollack,   Ballard Spahr Andrews & Ingersoll LLP,   51st Fl-Mellon Bank Center,
              1735 Market Street,   Philadelphia, PA 19103-7599
aty         +David R. Heil,   2324 Lee Road,   Winter Park, FL 32789-1750
aty         +David R. Softness,   Isicoff, Ragatz & Koenigsberg,   1200 Brickell Ave.,   Suite 1900,
              Miami, FL 33131-3257
aty         +David S. Berman,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
aty         +David S. Sun,   Law Offices of John L. Sun,   Ste. 1250,   3550 Wildhire Boulevard,
              Los Angeles, CA 90010-2416
aty         +David W. Cranshaw,   Morris Manning & Martin LLP,   1600 Atlanta Financial Center,
              3343 Peachtree Rd., N.E.,   Atlanta, GA 30326-1085
aty         +Davor Rukavina,   Munsch Hardt Kopt & Harr, P.C.,   3800 Lincoln Plaza,   500 N. Akard Street,
              Dallas, TX 75201-3302
aty         +Dean Farmer,   Hodges, Doughty & Carson,   617 Main St.,   Knoxville, TN 37902-2602
aty         +Deborah J. Piazza,   Hodgson Russ LLP,   140 Pearl St.,   Suite 100,   Buffalo, NY 14202-4040
aty         +Deborah L Moore,   City Hall, Dept. of Law,   142 E. Main Street,   Meriden, CT 06450-5605
aty          Denise Ann Faulk,   1275 West Washington St.,   Phoenix, AZ  85007-2926
aty         +Diane W. Sanders,   1949 South I.H. 35 (78784),   P.O. Box 17428,   Austin, TX 78760-7428
aty         +Donald G. Scott,   McDowell Rice et al,   605 West 47th St., Ste. 350,
              Kansas City, MO 64112-1900
aty         +Douglas Wolfe,   ASM Capital, LP,   7600 Jericho Turnpike Suite 302,   Woodbury, NY 11797-1705
aty         +Edmond Patrick O'Brien,   Stempel Bennett Claman & Hochberg, P.C.,   675 Third Ave. 31st Floor,
              New York, NY 10017-5721
aty         +Edward Rimland,   Rimland & Associates,   32 Court Street, Ste. 1506,   Brooklyn, NY 11201-4404
aty         +Elan S. Levey,   Levinson Arshonsky & Kurtz,   15303 Ventura Blvd,   Suite 1650,
              Sherman Oaks, CA 91403-6620
aty         +Elizabeth Banda,   Perdue, Brandon, Fielder, Collins & Mott,   4025 Woodland Park Blvd Suite 300,
              Arlington, TX 76013-4398

District/off: 0422-7          User: frenchs           Page 2 of 117              Date Rcvd: Apr 23, 2013
                              Form ID: redacttr        Total Noticed: 2024

```
aty          Emery El Habiby,   Los Angeles County Treasurer & Tax Coll.,
             648 Kenneth Hahn Hall of Administration,   500 West Temple St.,   Los Angeles, CA  90012-2713
aty         +Eric Lopez Schnabel,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
             Wilmington, DE 19801-1201
aty          Ernie Zachary Park,   Bewley,Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
             Whittier, CA  90602-1797
aty         +Eugene A. Shapiro,   Shapiro & Schaub,   Ste, 1802,   120 E. Baltimore St.,
             Baltimore, MD 21202-1617
aty         +Ferrell A. Weber,   Law Office of Ferrell Weber,   2203 E. Lincoln Ave.,   Anaheim, CA 92806-4108
aty         +Frank E. Ballard, Jr.,   425 East 7th Street,   Jeffersonville, IN 47130-3817
aty         +Frank F. Rennie, IV,   1930 Huguenot Road,   P. O. Box 35655,   Richmond, VA 23235-0655
aty         +Frank J. Haupel,   DelBello Donnellan Weingarten Wise,   One North Lexington Ave.,
             White Plains, NY 10601-1712
aty          Fred P. Baggett,   City of High Point,   PO Box 10039,   High Point, NC  27261-3039
aty         +Fredrick J. Levy,   Olshan Grundman Frome et al,   65 East 55th Street,   New York, NY 10022-3402
aty         +Gail B. Price,   Bronwen Price Attys at Law,   2600 Mission St., Ste. 206,
             San Marino, CA 91108-1676
aty         +Garbiela P. Cacuci,   Corp. Counsel of the City of New york,   100 Church St.,   Room 5-223,
             New York, NY 10007-2604
aty         +Gary T. Holtzer,   Weil, Gotshal & Manges LLP,   767 Fifth Avenue,   New York, NY 10153-0119
aty         +Gayle Nell Heck,   Bialson, Bergan & Schwab,   2600 El Camino Real,   Suite 300,
             Palo Alto, CA 94306-1720
aty         +George Hofmann,   Parsons Kinghorn Harris,   111 East Broadway, 11th FL,
             Salt Lake City, UT 84111-5225
aty         +George Rosenberg,   Arapahoe County Attorney,   5334 S. Prince Street,   Littleton, CO 80166-0001
aty         +Gilbert L. Hamberg,   1038 Darby Drive,   Yardley, PA  19067-4519
aty         +Greg H. Bower,   Ada County Prosecuting Attorney,   200 W. Front Street, Room 3191,
             Boise, ID 83702-7399
aty         +Gregg S. Kleiner,   Cooley Godward LLP,   One Maritime Plaza, 20th Floor,
             San Francisco, CA 94111-3510
aty         +H. Slayton Dabney, Jr.,   King & Spalding LLP,   1185 Avenue of the Americas,
             New York, NY 10036-2686
aty         +Harold Hunter, Jr.,   Merritt,Flebotte,Wislon,Webb & Caruso,   2525 Meridan Parkway,   Suite 300,
             PO Box 2247,   Durham, NC 27702-2247
aty         +Howard Gershman,   Gershman Law Offices, PC,   610 York Rd., Ste. 200,
             Jenkintown, PA 19046-2867
aty         +J. Bennett Friedman,   Hamburg, Karic, Edwards & Martin, LLP,   1900 Ave. of the stars,
             Suite 1800,   Los Angeles, CA 90067-4409
aty       +++JAMES B. HOLDEN, ASSISTANT ATTY. GENERAL,   1525 SHERMAN ST STE 700,   DENVER CO  80203-1700
             (address filed with court:  James B. Holden,   Assistant Atty. General,
             1525 Sherman St. 7th Floor,   Denver, CO  80203)
aty         +James D. Newell,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
             Pittsburgh, PA 15219-1400
aty         +James L. Forde,   Rappaport,Glass, Greene & Levine,   733 Third Avenue,   12th Floor,
             New York, NY 10017-3204
aty         +Jami C. Amarasinghe,   Carman, Callahan & Ingram,   266 Main Street,   Farmingdale, NY 11735-2642
aty          Jeffrey Cohen,   The Grace Building,   1114 Avenue of the Americas,   New York, NY  10036-7798
aty         +Jeffrey D. Saferstein,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Ave. of the Americas,
             New York, NY 10019-6031
aty         +Jeffrey G. Olsen,   Fennell & Olsen,   90 Blue Ravine Road, Ste. 170,   Folsom, CA 95630-4730
aty         +Jeffrey Kurtzman,   1835 Market Street, Ste 1400,   Philadelphia, PA 19103-2945
aty         +Jeffrey Kurtzman,   Klehr Harrison Harvey Branzburg LLP,   1835 Market Street,   Suite 1400,
             Philadelphia, PA 19103-2945
aty         +Jeffrey Meyers,   Ballard Spahr Andrews & Ingersoll,   51st Fl- Mellon Bank Center,
             1735 Market Street,   Philadelphia, PA 19103-7599
aty         +Jennifer L. Rando,   Hodgson Russ LLP,   The Guaranty Bldg,   140 Pearl Street,   Suite 100,
             Buffalo, NY 14202-4014
aty          John A. Morris,   Pachulski Stang Ziehl & Jones LLP,   780 Third Ave.,   36th Floor,
             New York, NY  10017-2024
aty         +John F. Higgins,   Porter Hedges, L.L.P.,   1000 Main St., 36th Floor,   Houston, TX 77002-6341
aty         +John F. Isbell,   King & Spalding, LLP,   1180 Peachtree Street, NE,   Atlanta, GA 30309-7525
aty         +John L. Senica,   Miller,Canfield,Paddock and Stone, PLC,   225 W. Washington, Suite 2600,
             Chicago, IL 60606-3439
aty         +John O'Boyle,   Stern Lavinthal Frankenberg & Norgaard,   184 Grand Ave.,
             Englewood, NJ 07631-3578
aty          John W. Hazard, Jr.,   Webster, Chamberlain & Bean,   1747 Pennsylvania Ave. NW,   # 1000,
             Washington, DC  20006-4693
aty         +Jon L.R. Dalberg,   Landau Gottfried & Berger,   1801 Century Park East,   Suite 1460,
             Los Angeles, CA 90067-2316
aty         +Jon R. Smith,   Yuma County Attorney's Office,   250 W. Second Street,   Suite G,
             Yuma, AZ 85364-2235
aty         +Joon M. Khang,   Khang & Khang, LLC,   1901 Avenue of the Stars,,   2nd Floor,
             Los Angeles, CA 90067-6001
aty         +Joseph Michael Horrox,   Horrox & Glugover, P.A.,   Suite 270,   1030 W. Int'l Speedway Blvd.,
             Daytona Beach, FL 32114-3415
aty         +Joseph R. Sgroi,   Honigman Miller Schwartz & Cohn LLP,   660 Woodward Ave.,
             2290 First National Building,   Detroit, MI 48226-3506
aty         +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty         +Julio C. Acosta,   Acosta Strommen,   301 Almeria Avenue,   Suite 100,
             Coral Gables, FL 33134-5822
```

```
aty      #+Junghye June Yeum,   Baker & McKenzie. LLP,   1114 Avenue of Americas,   New York, NY 10036-7772
aty      +Karon Y. Wright,   Travis County, Texas,   P.O. Box 1748,   Austin, TX 78767-1748
aty      +Kathleen B. Galloto,   Benton County Prosecuting Attorney,   7122 W. Okanogan Place,   Bldg A,
           Kennewick, WA 99336-2359
aty      +Kenneth B. Roseman,   Kenneth B. Roseman & Assoc., P.C.,   Suite 810,   105 West Madison Street,
           Chicago, IL 60602-4668
aty      +Kenneth C. Johnson,   Bricker & Eckler LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty      +Kenneth Miller,   Moldo Davidson Fraioli et al,   Suite 2100,   2029 Century Park East,
           Los Angeles, CA 90067-3007
aty      +Kepley Broscious & Biggs, PLC,   7201 Glen Forest Drive,   Suite 102,   Richmond, VA 23226-3759
aty      +Kimo C. Leong,   Law Offices of Taylor, Leong & Chee,   737 Bishop Street,   # 2060,
           Honolulu, HI 96813-3214
aty       Kirk B. Burkley,   Bernstein Law Firm, P.C.,   Suite 2200 Gulf Tower,   Pittsburgh, PA 15219
aty      +Kornblau & Kornblau,   16 Court Street,   Suite 1210,   Brooklyn, NY 11241-1012
aty      +Kristen H. Philhower,   700 North Brand Blvd,   Suite 570,   Glendale, CA 91203-1209
aty      +Kyra E. Andrassy,   Weiland, Golden. Smiley et al,   Suite 950,   650 Town Center Drive,
           Costa Mesa, CA 92626-7021
aty      +Larry D. Henin,   Edwards Angell Palmer et al,   750 Lexington Ave.,   New York, NY 10022-1253
aty      +Laura L. Buckley,   HIGGS,FLETCHER & MACK LLP,   401 West A Street,   Suite 2600,
           San Diego, CA 92101-7913
aty      +Lawrence J. Hilton,   Hewitt & O'Neil LLP,   19900 MacArthur Blvd. Suite 1050,
           Irvine, CA 92612-8414
aty      +Lawrence S. Burnat,   Schreeder, Wheeler & Flint, LLP,   1100 Peachtree Street, N.E.,   Suite 800,
           Atlanta, GA 30309-4516
aty      +LeClair Ryan, A Professional Corporation,   951 East Byrd Street,   Richmond, VA 23219-4040
aty      +LeGrand L. Clark,   302 West Washington St.,   Indiana Government Center South,   Fifth Floor,
           Indianapolis, IN 46204-4701
aty      +Linda P. O'Gorman,   53 Highland Ave.,   Eastchester, NY 10709-3628
aty      +Lionel J. Postic,   Law Firm Of Lionel J. Postic, PC,   125 Townpark Drive,   Suite 300,
           Kennesaw, GA 30144-5812
aty       Lori L. Winkelman,   Quarles & Brady LLP,   2 North Central Avenue,   Phoenix, AZ 85004-2391
aty      +Lucinda E. White,   6 State House Station,   Augusta, ME 04333-0006
aty       Madeleine C. Wanslee,   201 E. Washington Street,   Suite 800,   Phoeniz, AZ 85004-2327
aty      +Marcus Kinrade,   P.O. Box 550,   Raleigh, NC 27602-0550
aty      +Mark C. McCullough,   Skaar & McCullough,   The Colonnade,   5500 Wayzata Blvd,   Suite 1450,
           Minneapolis, MN 55416-1241
aty      +Mark J. Cerrato,   820 Enfield Street,   Enfield, CT 06082-2964
aty      +Mark J. DeCicco,   Sackstein Sackstein & Lee, LLP,   1140 Franklin Ave., Ste. 210,
           Garden City, NY 11530-1675
aty       Mark J. Friedman,   DLA Piper LLP (US),   6225 Smith Avenue,   Baltimore, MD 21209-3600
aty      +Mark Stromberg,   Stromberg Stock,   5420 LBJ Frwy, Ste 300,   Dallas, TX 75240-6271
aty      +Mary Elisabeth Naumann,   Jackson Kelly PLLC,   175 E. Main St., Ste. 500,
           Lexington, KY 40507-1328
aty       Matthew D. Fortney,   Quarles & Brady LLP,   PO Box 2113,   Madison, WI 53701-2113
aty      +Meegan B. Casey,   Riemer & Branustein, LLP,   Three Center Plaza,   6th Floor,
           Boston, MA 02108-2003
aty      +Menachem O. Zelmanovitz,   Morgan, Lewis & Bockius,   101 Park Ave.,   New York, NY 10178-0060
aty      +Michael Deitch,   Law Offices of Michael Deitch,   800 Rio Grande,   Austin, TX 78701-2220
aty      +Michael F. McGrath,   Ravich Meyer Kirkman McGrath,   4545 IDS Center,   80 South Eighth St.,
           Minneapolis, MN 55402-2100
aty      +Michael J. Darlow,   Perdue Brandon Fielder et al,   Ste. 600,   1235 North Loop West,
           Houston, TX 77008-1772
aty      +Michael R. Murphy,   301 South Sixth Street,   Paducah, KY 42003-1700
aty      +Michael S. Williams,   Gold, Albanese & Barletti,   58 Maple Avenue,   Red Bank, NJ 07701-1618
aty      +Michael W. Walter,   Binder & Malter,   2775 Park Ave.,   Santa Clara, CA 95050-6004
aty      +Michelle McMahon,   Bryan Cave LLP,   1290 Avenue of the Americas,   New York, NY 10104-3399
aty      +Mio Technology USA Ltd. also known as MiTAC USA In,   c/o Orrick Herrington & Sutcliffe LLP,
           1152 15th Street, N.W.,   Washington, DC 20005-1734,   UNITED STATES
aty      +Nancy A. Washington,   Saiber LLC,   One Gateway Center 13th Floor,   Newark, NJ 07102-5323
aty      +Nancy Hotchkiss,   Trainor Robertson,   701 University Ave, Ste 200,   Post Office Box 255824,
           Sacramento, CA 95865-5824
aty      +Nancy Isaacson,   Greenbaum Rowe Smith % Davis,   75 Livingston Ave.,   Suite 301,
           Roseland, NJ 07068-3788
aty      +Neil E. Herman,   Morgan, Lewis & Bockius, LLP,   101 Park Ave.,   New York, NY 10178-0060
aty      +Nicholas M. Miller,   DLA Piper LLP,   203 North LaSalle St.,   Suite 1900,
           Chicago, IL 60601-1263
aty      +Orrick, Herrington & Sutcliffe LLP,   Columbia Center,   1152 15th Street, N.W.,
           Washington, DC 20005-1734
aty      +Paul H. Millewich,   Steven H. Mevorah & Assoc.,   134 N. Bloomingdale Road,
           Bloomingdale, IL 60108-1017
aty      +Paul Rubin,   Herrick, Feinstein LLP,   Two Park Avenue,   New York, NY 10016-9302
aty      +Paul S. Samson,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
           Boston, MA 02108-2003
aty      +Penny R. Stark,   Suite 308,   9861 Sunrise Lakes Blvd.,   Sunrise, FL 33322-6288
aty       Peter D. Bilowz,   Goulston & Storrs, PC,   400 Atlantic Ave,   Boston, MA 02110-3333
aty      +Peter G. Zemanian,   Zemanian Law Group,   223 E. City hall Ave., Suite 201,
           Norfolk, VA 23510-1700
aty      +Peter Gurfein,   Landau Gottfried & Berger,   1801 Century Park East,   Suite 1460,
           Los Angeles, CA 90067-2316
```

```
aty          +Peter N. Tamposi,   Donchess Notinger & Tamposi, P.C.,   547 Amherst St. Suite 204,
              Nashua, NH 03063-4000
aty          +Rafael X. Zahralddin-Aravena,   Elliot Greenleaf,   1105 Market Street,   Suite 1700,
              Wilmington, DE 19801-1228
aty          +Regina Stango Kelbon,   Blank Rome LLP,   One Logan Square,   Philadelphia, PA 19103-6998
aty           Rhysa Griffith South,   Office of the County Attorney,   PO Box 90775,   Henrico, VA  23273-0775
aty          +Richard E Braun,   Wisconsin Department OF Justice,   PO Box 7857,   Madison, WI 53707-7857
aty          +Richard Eugene Haggerty,   Troutman Sanders,   1660 International Dr. Suite 600,
              McLean, VA 22102-4877
aty          +Robert E. Scully, Jr.,   Stites & Harbison PLLC,   1199 North Fairfax St. Suite 900,
              Alexandria, VA 22314-1445
aty          +Robert G. Vann,   Environ Plaza,   500 E. 86th Ave.,   Merrillville, IN 46410-6213
aty          +Robert L. Eisenbach,   Cooley Godward Kronish LLP,   101 California St. 5th Floor,
              San Francisco, VA 94111-3580
aty          +Robert W. Mallard,   Dorsey & Whitney,   1105 N. Market St.,   Suite 1600,
              Wilmington, DE 19801-1201
aty          +Robert W. Mallard,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
              Wilmington, DE 19801-1201
aty          +Roderick A. J. Cavanagh,   148 Main Street,   Wakefield, RI 02879-3567
aty           Rodney F. Page,   Bryan Cave LLP,   700 Thirteenth St. N.W.,   Washington, DC  20005-3960
aty          +Ronald K. Brown, Jr.,   Law Offices of Ronald K. Brown, Jr.,   901 Dove Street, Suite 120,
              Newport Beach, CA 92660-3018
aty          +Roy F. Kiplinger,   Kiplinger Law Firm, P.C.,   927 S. Harrison Street,
              Fort Wayne, IN 46802-3609
aty           Roy S. Kobert,   Broad and Cassell,   390 N. Orange Ave, Ste 1100,   P.O. Box 4961,
              Orlando, FL  32802-4961
aty          +SAlly J. Buemi,   270 Quinnipiac Ave.,   North Haven, CT 06473-3716
aty          +Samuel J. Shames,   Box 578,   Gastonia, NC 28053-0578
aty          +Sarah Davis,   Beirne Maynard & Parsons LLP,   Suite 4400,   1700 Pacific Ave.,
              Dallas, TX 75201-7324
aty          +Scott A. Stengel,   King & Spalding LLP,   1700 Pennsylvania Avenue, NW, Suite 200,
              Washington, DC 20006-4707
aty          +Scott L. Adkins,   Phillips, Goldman & Spence,   1200 North Broom Street,
              Wilmington, DE 19806-4204
aty           Scott N. Brown, Jr.,   801 Broad St., Sixth Floor,   PO Box 1749,   Chattanooga, TN  37401-1749
aty          +Scott P. Carroll,   Carroll & Carroll, P.L.L.C.,   Suite 440,   831 East Morehead Street,
              Charlotte, NC 28202-2784
aty          +Scott R. Kipnis,   Hofheimer Gartlir & Gross LLP,   530 Fifth Ave.,   New York, NY 10036-5101
aty          +Shannon E. Hoff,   Poyner Spruill, LLP,   301 South College St.,   Suite 2300,
              Charlotte, NC 28202-6041
aty          +Sharon Z. Weiss,   Holme Roberts & Owens,   800 W. Olympic Blvd,   4th Floor,
              Los Angeles, CA 90015-1367
aty          +Shawn M. Christianson,   Buchalter Nemer PC,   55  Second St. 17th Floor,
              San Francisco, CA 94105-3491
aty          +Stephen W. Spence,   Phillips, Goldman & Spence,   1200 North Broom Street,
              Wilmington, DE 19806-4204
aty          +Steven N. Leitess,   Leitess Leitess Friedberg & Fedder PC,   Owings Mills, MD 21117
aty          +Stuart I. Gordon,   Rivkin Radler LLP,   926 RXR Plaza,   Uniondale, NY 11556-3823
aty          +Stuart J. Radloff,   13321 North Outer Forty Road,   Suite 800,   Town & Country, MO 63017-5944
aty          +Stuart Sears,   Shaevitz & Shaevitz, Esqs.,   148-55 Hillside Ave.,   Jamaica, NY 11435-3330
aty          +Synde Keywell,   Bryan Cave LLP,   161 North Clark St.,   Ste 4300,   Chicago, IL 60601-3430
aty          +Thomas J. Weiss,   Weiss & Hunt,   1925 Century Park East,   Suite 2140,
              Los Angeles, CA 90067-2722
aty          +Thomas A. Lynam, III,   1600 Market St., Ste. 1800,   Philadelphia, PA 19103-7204
aty           Thomas C. Pavlik,   1660 W. 3nd Street,   Cleveland, OH  44113-1419
aty          +Thomas J. Farrell,   Levy & Droney, P.C.,   274 Silas Deane Highway,
              Wethersfield, CT 06109-1732
aty           Thomas L. Flynn,   Belin Lamson McCormick Zumbach Flynn,   The Financial Center,
              666 Walnut Street, Ste 2000,   Des Moines, IA  50309-3989
aty           Thomas Schultz, Jr.,   PO Box 3040,   Farmington Hills, MI  48333-3040
aty          +Thomas W. Daniels,   Wilmorite Management Group, LLC,   1265 Scottsville, Road,
              Rochester, NY 14624-5177
aty           Timothy P. Cairns,   Pachulski Stang Ziehl et al,   919 North Market St., 17th FL,   PO Box 8705,
              Wilmington, DE  19889-8705
aty           Ttomas L. Schulman,   600 West Santa Ana Boulevard,   Suite 955,   Santa Ana, CA  92701-4509
aty           W. Glenn Jensen,   Roetzel & Andress,   PO Box 6507,   Orlando, FL  32802-6507
aty          +Walter W. Kelley,   Kelley, Lovett & Blakey, P.C.,   PO Box 70879,   Albany, GA 31708-0879
aty           Wayne R. Terry,   Hemar, Rosusso & Heald, LLP,   15910 Venturea Boulevard,   12th Floor,
              Encino, CA  91436-2829
aty          +William Daniel Sullivan,   Butzel Long Tighe Patton, PLLC,   1747 Pennsylvania Ave. NW  Suite 300,
              Washington, DC 20006-4642
aty          +William H Ryan, Jr.,   Office of the Attorney General,   564 Forbes Ave.,
              Pittsburgh, PA 15219-2992
aty          +William J. Factor,   Seyfarth Shaw LLP,   131 S. Dearborn St. Suite 2400,
              Chicago, IL 60603-5863
aty          +William Kyle Vaughn,   5800 Ranchester Dr., #200,   Houston, TX 77036-2473
aty           William L. Wallander,   Vinson & Elkins L.L.P.,   3700 Trammell Crow Center,   2001 Ross Avenue,
              Dallas, TX  75201-2975
aty          +Zakarij O. Thomas,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
              Pittsubrgh, PA 15219-1400
```

District/off: 0422-7          User: frenchs          Page 5 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr          Total Noticed: 2024

```
cr        +1890 Ranch, Ltd.,   c/o/ Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
tee        2005-C1 Shoppes of Plantation Acres, LLC,   c/o Mindy A. More & Jeffrey I. Snyder,
           14550 Brickwell Ave.,   Suite 2500,   Miami, FL  33131
cr        +44 North Properties, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
           McLean, VA 22102-3833
cr        +507 Northgate LLC,   c/o Christopher M. Alston,   1111 Third Ave., #3400,
           Seattle, WA 98101-3264
cr        +A.D.D. Holdings, L.P.,   c/o Lisa Taylor Hudson, Esq.,   Sands Anderson Marks & Miller, P.C.,
           801 E. Main Street,   P.O. Box 1998,   Richmond, VA 23218-1998
cr        +AA Home Services, LLC,   570 Tresham Road,   Columbus, OH 43230-2227
cr        +ACCO Brands Corporation,   c/o William H. Casterline, Jr.,   4020 University Drive, #300,
           Fairfax, VA 22030-6802
cr         Abilene-Ridgemont, LLC,   c/o W. Alexander Burnett, Esq.,   1021 E. Cary Street, 17th Floor,
           P.O. Box 1320,   Richmond, VA  23218-1320
cr        +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, OH 43017-8218
cr        +Acer American Holdings Corp.,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,
           1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225
cr        +ActionLink, LLC,   c/o Kenneth R. Rhoad, Esq.,   Gebhardt & Smith LLP,
           One South Street, Suite 2200,   Baltimore, MD 21202-3281
cr        +Actiontec Electronics, Inc.,   Attn: Irene Chen, Controller,   760 North Mary Ave.,
           Sunnyvale, CA 94085-2908
cr        +Active Media Services, Inc.,   One Blue Hill Plaza,   Pearl River, NY 10965-6170
cr        ##+Adrianus Hitijahubessy,   3825 Maher Manor,   Glen Allen, VA 23060-5979
prof      +Akerman Senterfitt,   c/o William C. Crenshaw, Esq.,   750 9th Street, N.W.,   Suite 750,
           Washington, DC 20001-4589
cr        +Alex P. Thorson,   C207,   910 NE Providence Court,   Pullman, WA 99163-4487
cr        +Alexander H Bobinski, as Trustee under Trust No. 1,   c/o David R McFarlin,
           Wolff, Hill, McFarlin & Herron, PA,   1851 West Colonial Drive,   Orlando, FL 32804-7013
cr        +Alexander M. Russell,   3198 Vermont Route 100,   Waterbury, VT 05676-9547
cr        +Alexander's Rego Park Center, Inc.,   c/o Lisa Taylor Hudson, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA 23218-1998
cr        +Alfred Lawson,   9400 Glascow Dr,   Fredericksburg, VA 22408-9204
cr        +Alice Norton,   5308 Antelope Ln.,   Stone Mountain, GA 30087-1207
cr        +Allan M. Anderson,   345 E. 211 St.,   Euclid, OH 44123-1848
cr        +Alliance-Rocky Mount LLC,   Carroll & Carroll PLLC,   831 East Morehead St,   Ste 440,
           Charlotte, NC 28202-2784
cr         Alliant Energy/WP &L,   PO Box 3066,   Cedar Rapids, IA  52406-3066
cr        +AmREIT, a Texas real estate investment trust,   c/o James V. Lombardi, III,
           Ross, Banks, May, Cron & Cavin, P.C.,   2 Riverway, Suite 700,   Houston, TX 77056-1918
cr        +Amcor Sunclipse North America,   c/o Jeffrey L. Tarkenton,
           Womble Carlyle Sandridge & Rice, PLLC,   1401 Eye Street, N.W.,   Seventh Floor,
           Washington, DC 20005-2225
intp      +American Computer Development, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,
           Suite 7000,   Vienna, VA 22182-2498
cr         American Express Travel Related Services Co Inc,   POB 3001,   Malvern, PA  19355-0701
cr         American Express Travel Related Services Co Inc Co,   c/o Becket and Lee LLP,   POB 3001,
           Malvern, PA  19355-0701
cr        +Amherst VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sand Anderson Marks & Miller, P.C.,
           801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr        +Amreit a Texas Real Estate Investment Trust,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
           Palatine, IL 60055-0001
cr        +Amy Fiaa,   410 Roosevelt Ave.,   Lindenwold, NJ 08021-1224
cr        +Andrea Wright,   5805 Kistler Court,   Fayetteville, NC 28304-0602
cr        +Andrew F. Belovich,   6140 NW 60th Ave.,   Parkland, FL 33067-4451
cr        ##+Andrew Grosse,   1884 Red Oak Lane,   Spring Grove, IL 60081-7916
cr        +Ann M. Karr,   3824 Yates Drive,   Lithia Springs, GA 30122-2155
cr        +Anna L. Ubben,   6634 W. 141st St., Apt. 1905,   Overland Park, KS 66223-3747
cr        +Anna Maccanelli,   482-1/2 South Main Street,   Farmington, IL 61531-1467
cr        +Anne B. Fath,   9608 Gaslight Place,   Richmond, VA 23229-7091
cr        +Anne L. Thumann,   7086 Lionshead Parkway,   Littleton, CO 80124-9574
cr        +Anne L. Thurmann,   7086 Lionshead Parkway,   Littleton, CO 80124-9574
cr        +Anthony Givens, Jr.,   6008 Hope Dr.,   Temple Hiils, TX 78408-3817
cr        +Antone C. Botelho,   232 Largo Drive,   Pionciana, FL 34759-5238
cr         Antonio Precise Products Manufactory Limited,   c/o Emily Yip & Co.,   Room 1904,
           Chinachem Exchange Square II,   Hong Kong
cr        +Antor Media Corporation,   3100 Independence Parkway,   Suite 311#301,   Plano, TX 75075-1997
cr        +Aquent,   c/o Jennifer Madden,   711 Boylston St.,   Boston, MA 02116-2616
cr        +Arapahoe County Treasurer,   c/o County Attorney Office,   5334 S. Prince Street,
           Littleton, CO 80166-0001
cr        +Archon Group, L.P.,   6011 Connection Drive,   Irving, TX 75039-2607
cr        +Arlana Smith,   629 Windomere Ave.,   Richmond, VA 23227-2954
cr        +Attensity Corporation,   c/o ASM Capital, L.P.,   7600 Jericho Turnpike, Ste. 302,
           Woodbury, NJ 11797-1705
cr        +Aubina Yates,   24355 Bay Ave.,   Moreno Valley, CA 92553-3305
cr        +Audio Innovations Inc.,   Attn: Francisco Moreno,   133 N.E. 91st St.,
           Kansas City, MO 64155-3329
cr         Audrey Soltis,   c/o William A. Gray, Esquire,   Sands Anderson PC,   PO Box 1998,
           Richmond, VA  23218-1998
```

```
cr           +Audrey Soltis,   c/o Robert Butwinick,   50 South Sixth Street,   Suite 965,
              Minneapolis, MN 55402-1557
cr           +August E. Spalding,   1041 Arlington Way,   Warrenton, MO 63383-1383
prf          +Augustus C. Epps, Jr.,   909 East Main Street,   Suite 1200,   Richmond, VA 23219-3013
cr           +Austin James Harthun,   19032 Taylor Ave.,   Morgan Hill, CA 95037-2719
cr           +Auvill V Browne,   50 Summit Street,   White Plains, NY 10607-1209
cr           +BBP-Muncy LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr           +BPP Conn LLC f/k/a WEC 95 Manchester Limited Partn,   c/o Sands Anderson Marks & Miller,
              PO Box 1998,   Richmond, VA 23218-1998
cr           +BPP-NY LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr           +BPP-OH LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr           +BPP-Redding LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,
              Richmond, VA 23218-1998
cr           +BPP-SC LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr           +BPP-VA LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr           +BPP-WB LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,   Richmond, VA 23218-1998
cr           +Baker Natick Promenade LLC,   Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,
              Richmond, VA 23218-1998
cr           +Baltimore County Maryland,   c/o Adam M. Rosenblatt,   400 Washington Ave,
              Towson, MD 21204-4606
cr           +Baltimore County, Maryland,   Baltimore County Law Office,
              Adam M. Rosenblatt, Asst. County Atty.,   400 Washington Ave.,   Towson, MD 21204-4606
n/a          +Bank One Delaware, National Association n/k/a Chas,   c/o Michael A. Condyles, Esquire,
              Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
tee          +Bank of America, NA (trustee),   GMAC Commercial Mtg Secur,   % Capmark Fin attn: Peyton Inge,
              700 N. Pearl Street,   Dallas, TX 75201-2824
cr           +Bank of America, National Association,   C/O JOHN S. KAPLAN,   PERKINS COIE LLP,
              1201 THIRD AVENUE, SUITE 4900,   SEATTLE, WA 98101-3099
cr           +Barbara A. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
cr           +Barbara Raelyn Harris,   3334 West Main Street,   PMB 194,   Norman, OK 73072-4805
cr           +Barcoding, Inc.,   Bowie & Jensen LLC,   29 W. Susquehanna Avenue,   Suite 600,
              Townson, MD 21204-5214
cr           +Barnes & Powers North, LLC,   c/o Bruce M. Wright,   Plaza of the Tockies, Suite 202,
              111 South Tejon,   Colorado Springs, CO 80903-2245
cr            Basile Limited Liability Company,   c/o Hirschler Fleischer PC,   c/o Michael P. Falzone,
              P.O. Box 500,   Richmond, VA 23218-0500
cr           +Battlefield FE Limited Partners,   c/o David L. Pollack,   Ballard Spahr LLP,
              51st Floor- Mellon Bank Center,   1735 Market Street,   Philadelphia, PA 19103-7599
cr           +Bay County Florida tax collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
              Richmond, VA 23218-1320
cr           +Bell Canada and 4458729 Canada, Inc,   c/o Virginia Robinson,   Greenberg Traurig LLP,
              1750 Tysons Boulevard, Suite 1200,   McLean, VA 22102-4211
cr           +Benjamin R. Knighton,   28631 N James Madison Hwy.,   New Canton, VA 23123-2132
cr           +Berkshire Hyannis LLC,   c/o David L. Pollack, Esquire,   Ballard Spahr LLP,
              1735 Market Street, 51st Floor,   Philadelphia, PA 19103-7599
cr           +Bernice Spilaw,   521 Tuckahoe Club Court,   Richmond, VA 23229-7289
cr           +BevCon I, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
              801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr           +Black & Decker (US), Inc.,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
              McLean, VA 22102-3833
cr           +Bobby G. Wilson,   6509 N 63rd Avenue,   Glendale, AZ 85301-3702
cr            Boston Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
              801 E. Main Street, 18th Floor,   Post Office Box 1998,   Richmond, VA 23218-1998
cr           +Brad C. King,   22628 US Hwy 70,   Wilson, OK 73463-6633
cr           +Brandon Rowberry,   18900 Explorer Trail,   Eden Prairie, MN 55347-3237
cr           +Brenda Blackshear,   102 Anita Ln.,   Longview, TX 75603-9108
cr           +Brevard County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
              Richmond, VA 23218-1320
cr            Brian L. LaCoursiere,   4347 Kings Church Road,   Taylorsville, KY 40071-7907
cr           +Brixmor Property Group, Inc., f/k/a Centro Propert,   c/o David L. Pollack, Esquire,
              Ballard Spahr LLP,   1735 Market Street, 51st Floor,   Philadelphia, PA 19103-7599
cr           +Broward County,   County Attorney For Broward County,   115 South Andrews Ave.,
              Governmental Center,   Suite 423,   Fort Lauderdale, FL 33301-1826
cr           +Bruce Davis,   76 Webwood Circle,   Rochester, NY 14626-4036
desig        +Bruce H. Besanko,   9950 Mayland Drive,   Richmond, VA 23233-1463
cr           +Bruce H. Besanko,   191 Farmington Road,   Longmeadow, MA 01106-1517
cr            Bruce Senator,   F-99302 - CA Men's Colony,   PO Box 8103,   San Luis Obispo, CA  93403-8103
cr            Bruce Senator,   #F-99302,   Folsom State Prison-LEGAL MAIL,   PO Box950,
              Folsom, CA  95763-0950
cr           +Bryan Seymour,   40 Wellington Walk,   Douglasville, GA 30134-6364
cr           +Buffalo Technology (USA), Inc.,   c/o Donald A. Workman,   Baker & Hostetler LLP,
              1050 Connecticut Avenue, N.W.,   Suite 1100,   Washington, DC 20036-5304
cr           +Burbank Mall Associates, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
              Richmond, VA 23218-1320
cr           +Bureau Veritas Consumer Product Services,   100 Northpointe Pkwy,   Buffalo, NY 14228-1884
cr           +By-Pass Development Company, LLC,   c/o William T. Niemier,   10689 N. Pennsylvania St.,
              Suite 100,   Indianapolis, IN 46280-1099
cr           +C & A Consulting,   Attn: Alicia Miranda,   5125 Belle Dr.,   Metairie, LA 70006-1906
```

```
intp      +C1 West Mason Street, LLC, a Wisconsin Limited Lia,   Bilzin Sumberg Baena Price & Axelrod, LL,
           200 Couth Biscayne Blvd,   Suite 2500,   Miami, FL 33131-2154
cr        +CBL & Associates Management, Inc.,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +CC Brandywine Investors 1998 LLC,   c/o Capital Development Company,   3709 Griffin Lane SE,
           Olympia, WA 98501-2192
cr        +CC Countryside 98 L.L.C.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +CC Countryside 98, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, VA 23218-1320
cr         CC Indianapolis 98, CC Jackson 98, CC Harper Woods,   c/o Deborah H. Devan, Esquire,
           One South Street, 27th Floor,   Baltimore, MD 21202-3282
cr        +CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
           Richmond, Va 23218-1320
cr        +CC-Investors 1996-6,   c/o Kamin Realty Company,   490 South Highland Avenue,
           Pittsburgh, PA 15206-4274
cr        +CC-Investors 1997-4,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         CC-Investors Trust 1995-1,   c/o John Paul Rieser, Esq.,   Rieser & Associates LLC,
           7925 Graceland Street,   Dayton, OH  45459-3834
cr        +CCMS 2005 CD1 Lycoming Mall Circle Limited Partner,   Sutherland Asbill & Brennan LLP,
           c/o Mark D. Sherrill,   1275 Pennsylvania Ave.,   NW,   Washington, DC 20004-2404
tee       +CFH Investments III, LLC,   Attn: Nathan Drake,   2595 Canyon Blvd., #420,
           Boulder, CO 80302-6737
cr       ++CITY OF CHESAPEAKE,   PO BOX 16495,   CHESAPEAKE VA 23328-6495
           (address filed with court: Treasurer City of Chesapeake, P.O. Box 16495,
           Chesapeake, VA  23328-6495)
intp      +CMAT 1992-C2 MOLLER ROAD LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C1 GRAND RIVER AVENUE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Discayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 EMPORIUM DRIVE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 LAWENCE  ROAD , LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
intp      +CMAT 1999-CI KELLY ROAD, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
           200 South Biscayne  Blvd,   Suite 2500,   Miami, FL 33131-5340
cr        +CP Management Corp. as agent for Orland Towne Cent,   c/o Robert D. Tepper,
           311 South Wacker Dr.,   Suite 5125,   Chicago, IL 60606-6657
cr        +CSI Construction Company,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller,
           Post Office Box 1998,   18th Floor,   Richmond, VA 23218-1998
unk       +CT Coproration,   1209 Orange Street,   Wilmington, DE 19801-1120
intp      +CT Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
cr        +Cabarrus County,   County Attorney Office,   c/o Richard M. Koch,
           3220-201 Prosperity Church Rd.,   Charlotte, NC 28269-8250
cr        +California Self-Insurers' Security Fund,   c/o Gina M. Fornario,   Nixon Peabody LLP,
           One Embarcadero Center,   18th Floor,   San Francisco, CA 94111-3716
cr        +California Taxing Authorities,   c/o Martha E. Romero,   Romero Law Firm,   6516 Bright Avenue,
           Whittier, CA 90601-4503
cr        +Cameron Bayonne, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn: Kevin M. Newman, Esq.,
           308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr        +CapTech Ventures, Inc.,   c/o Richard E. Lear,   Holland & Knight LLP,
           2099 Pennsylvania Avenue, NW,   Suite 100,   Washington, DC 20006-6801
cr        +Caparra Center Associates, LLC,   c/o Penny R. Stark,   9861 Sunrise Lakes Blvd,   Suite 308,
           Sunrise, FL 33322-6288
cr        +Caparra Center Associates, LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
           Palatine, IL 60055-0001
cr        +Capmark Finance, Inc.,   Bryan Cave LLP,   c/o Philip J. Meitl,   1155 F. Street NW,   Suite 700,
           Washington, DC 20004-1319
cr        +CarMax, Inc.,   12800 Tuckahoe Creek Pkwy,   Richmond, VA 23238-1124
cr        +Cardinal Court, LLC,   c/o Sands, Anderson, Marks & Miller, P.C,   Post Office Box 1998,
           801 E. Main Street,   Suite 1800,   Richmond, VA 23219-2906
intp      +Carmax Business Services, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
           Richmond, VA 23218-1320
cr        +Carnegie Management and Development Corporation,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
           One Commercial Place, Suite 1800,   Norfolk, Va 23510-2115
cr        +Carole Cook,   5 Sycoamore Dr.,   Florence, KY 41042-9638
cr        +Carole Kaylor,   c/o Thomas P. Finn,   153 Lakemont Park Blvd,   Altonna, PA 16602-5943
cr        +Carole Kaylor,   c/o Thomas P. Finn,   153 Lakemont Park Boulevard,   Altoona, PA 16602-5943
cr        +Carousel Center Company, L.P.,   c/o Menter, Rudin & Trivelpiece, P.C.,
           Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
           U.S.A.
cr        +Carriage Crossing Market Place, LLC,   Balch & Bingham, LLP,   1901 Sixth Ave. North,
           Suite 1500,   Birmingham, AL 35203-4642
cr       #+Carrie A. Lee,   2250 Old Brick Road,   Apt 2538,   Glen Allen, VA 23060-5986
cr         Casio, Inc.,   c/o Sports Pain PC,   P.O. Box 1555,   Richmond, VA  23218-1555
cr        +Cecil M. Booker Family Trust,   c/o Betty B. Dame,   PO Box 953,   Gloucester, VA 23061-0953
cr        +Centon Electronics, Inc.,   c/o Joseph DiVincenzo,   Remer DiVincenzo & Griffith,
           2121 East Pacific Coast Highway, Suite 2,   Corona Del Mar, CA  92625
```

```
cr        +Century plaza development corporation,    c/o Law Offices of David A. Greer,
           500 E. Main Street Ste 1225,   Norfolk, VA 23510-2274
cr        +Certain Benefit Restoration Plan Claimants,   c/o Troutman Sanders LLP,
           1660 International Drive,   Suite 600,   McLean, VA 22102-4877
cr        +Chad A. Kubica,   24126 Matthew Pl.,   Santa Clarita, CA 91321-4690
cr        +Chang Rao,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr        +Charles County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   6801 Kenilworth Ave,
           Suite 400,   Riverdale Park, MD 20737-1331
cr        +Charleston Newspapers,   PO Box 3942,   Charleston, WV 25339-3942
cr        +Charlotte (Archdale) UY, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
           Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
           U.S.A.
cr        +Charlotte-Mecklenburg County Tax Collector,   PO Box 31457,   Charlotte, NC 28231-1457
cr         Chatham County, GA Tax Commissioner,   c/o William A. Gray, Esquire,
           Sands, Anderson, Marks & Miller, P.C.,   801 East Main Street, Suite 1800,   P.O. Box 1998,
           Richmond, VA  23218-1998
cr        +Cheryl Daves,   8601 E. Old Spanish Trl 320,   Tucson, AZ 85710-4338
cr        +Chino South Retail PG, LLC,   David K. Spiro, Esq.,   Neil E. McCullagh, Esquire,
           Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
intp      +Christopher Borglin,   c/o Sands Anderson Marks & Miller PC,   P.O. Box 1998,
           Richmond, VA 23218-1998
cr        +Christopher E. Gibson,   33 Legend Creek Terrace,   Douglasville, GA 30134-4781
cr        +Christopher M. Crowe,   2117 Hanover Ave.,   Richmond, VA 23220-3427
cr        +Chuan Fa Liu,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr        +Cindy Kimi Nakanishi,   P.O. Box 36182,   San Jose, CA 95158-6182
cr        +Circuit Sports, L.P.,   Weycer, Kaplan, Pulaski & Zuber, PC,   c/o Edward L. Rothberg,
           11 Greenway Plaza, Suite 1400,   Houston, Te   77046-1130,   UNITED STATES
cr        +Citrus Park CC, LLC,   c/o Lawrence H. Glanzer, Esq.,   580 E. Main Street, Suite 300,
           Norfolk, VA 23510-2323
cr         City Of High Point,   PO Box 10039,   High Point, NC  27261-3039
cr         City of Cedar Hill, Burleson ISD, Arlington ISD,   PO Box 13430,   Arlington, TX  76094-0430
cr        +City of Coral Springs,   Sherry Whitacre, Esq.,   9551 West Sample Road,
           Coral Springs, FL 33065-4182
cr        +City of Denton,   Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,   Denton, TX 76205-5121
cr         City of Hurst, Mansfiled ISD, Carroll ISD,   PO Box 13430,   Arlington, TX 76094-0430
cr         City of Lake Worth,   PO Box 13430,   Arlington, TX  76094-0430
cr        +City of Lewisville,   c/o Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,
           Denton, TX 76205-5121
cr        +City of New York Department of Finance,   345 Adams Street,   Brooklyn, NY 11201-3797
cr        +City of Overland Park, Kansas,   Attn: Law Dept.,   8500 Santa Fe Drive,
           Overland Park, KS 66212-2899
cr        +City of Rancho Cucamonga,   c/o Nanette D. Sanders,   2030 Main Street,   Suite 1200,
           Irvine, CA 92614-7256
cr        +City of Virginia Beach,   Alexander Stiles,   Office of the City Attorney,
           2401 Courthouse Drive,   Building 1, Suite 260,   Virginia Beach, VA 23456-9120
cr        +Cleveland Towne Center, LLC,   Miller & Martin PLLC,   c/o Nicholas W. Whittenburg,
           832 Georgia Avenue,   Suite 1000,   Chattanooga, TN 37402-2289
cr        +Cobb Corners II, Limited Partnership,   214 North Tryon Street,   Suite 4700,
           Attention: Amy Pritchard Williams,   Charlotte, NC 28202-2367
tor       +Cobra Electronics, a Delaware Corporation,   6500 West Cortland,   Chicago, IL 60707-4013
cr        +Coca-Cola Bottling Company Consolidated,   c/o Spotts Fain PC,   411 E. Franklin St.,   Suite 600,
           Richmond, VA 23219-2200
cr        +Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Col,   c/o Spotts Fain PC,   411 E. Franklin St.,
           Suite 600,   Richmond, VA 23219-2200
cr        +Coface North America, Inc.,   c/o Amy Schmidt,   50 Millstone Road,   Bldg 100,   Suite 360,
           East Windsor, NJ 08520-1415
cr        +Cohesion Products, Inc.,   c/o RMS,   307 International Circle, Suite 270,
           Hunt Valley, MD 21030-1322
cr        #+Cokem International, Inc.,   Patton Boggs LLP,   c/o Alan Noskow,   8484 Westpark Drive,
           9th Floor,   McLean, VA 22102-3596
cr        +Coldwater Development Company,   c/o William T. Niemier,   10689 N. Pennsylvania Street,
           Suite 100,   Indianapolis, IN 46280-1099
cr        +Cole CC Aurora CO, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Cole CC Groveland FL, LLC,   c/o Peter J. Barrett,   Kutak Rock LLP,   1111 E. Main Street,
           Suite 800,   Richmond, VA 23219-3521
cr        +Cole CC Kennesaw GA, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
           1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr        +Cole CC Mesquite TX, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Cole CC Taunton MA, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +Cole Capital Partners, LLC,   c/o Michael A. Condyles, Esquire,   Kutak Rock LLP,
           1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
mvnt      +Colonial Heights Holdings, LLC,   c/o Peter M. Pearl, Esquire,
           Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   (Post Office Box 1998),
           Richmond, VA 23218-1998
cr        +Colorado Structures, Inc. dba CSI Construction Co.,   McDonough Holland & Allen PC,
           c/o Mary E. Olden/Sean Thompson   555 Capitol Mall,9th Floor,   Sacramento, CA 95814-4601
cr         Columbia Plaza Joint Venture,   Columbia, MO
```

```
cr          +Comcast Cable Communications, LLC,   c/o Matthew G. Summers,   Ballard Spahr LLP,
             300 E. Lombard St., 18th Floor,   Baltimore, MD 21202-3268
cr          +Commonwealth of Kentucky,   Fayette County Attorney Office,   c/o Wayne P. Cook,
             110 W. Vine Street,   Lexington, KY 40507-1618
cr          +Concordia Realty Management Inc,   c/o Michael Flight,   10031 West Roosevelt Road,   Suite 200,
             Westchester, IL 60154-2669
cr          +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704
cr          +Condan Enterprises, LLC,   c/o Eric Snyder,   1515 Broadway,   New York, NY 10036-5794
cr          +Congressional North Associates Limited Partnership,   2701 Tower Oaks Blvd,   Ste 200,
             Rockville, MD 20852-4239
cr          +Connie Y. Boyer,   11909 Rutgers Drive,   Richmond, VA 23233-1630
cr          +Consolidated Edison Company of New York, Inc. (Con,   c/o Richard W. Babinecz,   4 Irving Place,
             New York, NY 10003-3502
intp        +Contrarian Capital Management, LLC,   411 West Putnam Ave., Ste. 425,   Greenwich, CT 06830-6281
cr          #+Corey Rachel,   PO Box 875,   Zephyrhills, FL 33539-0875
cr          +Cornella Diane Beverly,   c/o Robert A. Canfield,   2201 Libbie Avenue, Suite 200,
             Richmond, VA 23230-2364
cr          +Cosmi Corporation,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
cr          +County of Kern, State of California,   c/o Treasurer/Tax Collector's Office,
             Attn: Angelica Leon,   PO Box 579,   Bakersfield, CA 93302-0579
cr          +County of Loudoun, VA,   c/o Belkys Escobar,   One Harrison St. SE, (MSC #06),
             Leesburg, VA 20175-3102
cr          +County of Loudoun, VA,   c/o Belkys Escobar, Asst Cty Atty,   One Harrison St SE (MSC #06),
             Leesburg, VA  20175-3102
cr          +County of Loudoun, Virginia,   c/o K. Stapleton, Asst. Cty. Atty.,   P. O. Box 7000,
             Leesburg, VA 20177-7000
cr          +County of Merced, California,   c/o Karen D. Adams,   2222 M. Street,   Merced, CA 95340-3729
cr          +County of Spokane,   1115 W Broadway Avenue,   Spokane, WA 99260-2051
cr          #+Craig Bender,   457 East Water St.,   Hughesville, PA 17737-1811
intp        +Craig Dean Campbell,   1856 Colt Drive,   Atlanta, GA 30341-1431
crtrptr     +Crane-Snead & Associates, Inc.,   4914 Fitzhugh Ave, Ste 203,   Richmond, VA 23230-3534
unk         +Creative Realty Management, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
             Riverfront Plaza, East Tower,   951 East Byrd Street,   Richmond, VA 23219-4040
cr          +Curtis Etheridge,   13419 Red Sky Court,   Land O Lakes, FL 34638-6184
cr          +Curtiss McGough,   17037 Stephens,   Eastpointe, MI 48021-1708
cr          +Cyber Acoustics,   3109 NE 109th Ave.,   Vancouver, WA 98682-7750
cr          +Cyber Power Systems,   c/o John Stahler,   4241 12th Ave. East,   Suite 400,
             Shakopee, MN 55379-2026
cr          +Cyndi Ann Haines,   831 Sarah Drive,   Decatur, IL 62526-9338
cr          +Cynthia D. Bucher,   14360 N. Hwy 6,   Valley Mills, TX 76689-2789
mvnt        +Cynthia Olloway, Individually and as Special Admin,   c/o Lisa Taylor Hudson, Esquire,
             Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,   801 East Main Street, Suite 1800,
             Richmond, VA 23219-2906
cr          +D-Link Systems, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
             Vienna, VA 22182-2498
cr          +DEV Limited Partnership,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
             Richmond, VA 23218-1998
cr          +DIM Vastgoed, N.V.,   214 North Tryon Street,   Suite 4700,   c/o Amy Pritchard Williams,
             Charlotte, NC 28202-2367
cr          +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
             2290 First National Building,   Detroit, MI 48226-3583
cr          +DSA Construction, LLC,   c/o Warren V.Norred,   200 E. Abram,   Suite 300,
             Arlington, TX 76010-1114
cr          +Daniel G. Kamin Baton Rouge LLC,   c/o Kamin Realty Company,   490 South Highland Avenue,
             Pittsburgh, PA 15206-4274
cr          +Daphne A. Ward,   12646 Willow View Place,   Waldorf, MD 20602-1422
cr          +David A. Ruff,   Washington County, Arkansas,   280 North College,   Suite 501,
             Fayetteville, AR 72701-4284
op          +David E. Eash,   221 N. Wall,   # 500,   Spokane, WA  99201-0824
cr          +David Harrison,   5115 Vermont Drive,   Easton, PA 18045-8127
cr          +David J Cacciotti,   7803 Halyard Ter.,   Chesterfield, VA 23832-2598
cr          +David M. Anderson,   1415 26th St. W.,   Bradenton, FL 34205-3900
cr          +David Marciniszyn,   633 Willow Street,   Waterbury, CT 06710-1213
cr          +David W. Phillips,   1815 Hanover Ave.,   Richmond, VA 23220-3507
cr          +Dawn W. VonBechmann,   Neil E. McCullagh,   Spotts Fain PC,   P.O. Box 1555,
             Richmond, VA 23218-1555
cr           DeSoto County, Mississippi,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
             PO Box 1998,   Richmond, VA  23218-1998
cr          +Deanna Heckman-Harding,   7201 Hughes Road,   Sandston, VA 23150-5714
cr          +Deborah J. Koeneman,   9321 Totopotomoy Trail,   Ashland, VA 23005-3367
cr          +Debt Acquisition Co of America V, LLC,   1565 Hotel Circle S, #310,   San Diego, CA 92108-3419
cr          +Decarla Taylor-Conyers,   203 Peakside Way, Apt D,   Petersburg, VA 23805-1286
cr          +Delores I. Louchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr          +Denise K. Fisher,   2479 Oleander Circle,   Jamison, PA 18929-1177
cr           Denon Electronics,   c/o William A. Gray,   PO Box 1998,   Richmond, VA  23218-1998
cr          +Dentici Family Limited Partnership,   Neil E. McCullagh, Esquire,   David K. Spiro, Esquire,
             Cantor Arkema, O.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr          +Denton Independent School District,   c/o Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,
             Denton, TX 76205-5121
cr          +Derek Laumbach,   191 S. River Ridge Circle,   Burnsville, MN 55337-1627
```

```
cr          +Desert Home Communities of OK,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr           Developers Realty, Inc.,   c/o Christopher L. Perkins,   LeClairRyan,
             951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA  23218-2499
cr           Dickson Management Associates, LLC,   Hirschler Fleischer PC,   c/o Michael P. Falzone,
             P.O. Box 500,   Richmond, VA  23218-0500
cr          +Dino Bazdar,   11470 W. Irving St.,   Boise, ID 83713-7884
cr          +Dirley L. Ball,   14029 Rockbasket Place,   Chester, VA 23836-9711
cr          +Discovery Communications, Inc.,   c/o Szabo,   3355 Lenox Road N.E.,   Ninth Floor,
             Atlanta, GA 30326-1395
cr          +Disney Interactive Distribution, et al.,   c/o Zemanian Law Group,
             223 E. City Hall Ave., Suite 201,   Norfolk, VA 23510-1700
cr          +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss,   Trainor Fairbrook,
             980 Fulton Avenue,   Sacramento, CA 95825-4558
tee         +Donald L. Emerick, Sr.,   737 Roma Rd,   Venice, FL 34285-4321
cr          +Donald Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr          +Donna M. Kincheloe,   1229 Brighton Ave. No. 137,   Modesto, CA 95355-3174
cr          +Douglas County Treasurer, Colorado,   Office of the County Attorney Douglas Co,
             100 Third Street,   Castle Rock, CO 80104-2425
cr          +Douglas Daniluk,   4112 Evershot Drive,   Midlothian, VA 23112-4498
intp        +Dover Master Fund II L.P.,   810 Seventh Avenue, 33rd Floor,   New York, NY 10019-5869
cr          +Dudley Mitchell Properties TX, LLC,   c/o Spotts Fain,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +E-Z Spread n' Lift,   1815 Buck Road,   Feasterville, PA 19053-2309
cr          +EBC Marketing Inc.,   45 Sterling St.,   West Boylston, MA 01583-1268
cr          +EEOC'S,   c/o Marisol Ramos,   Philadelphia District Officer,   801 Market Street,   Suiet 1300,
             Philadelphia, PA 19107-3126
cr          +East Brunswick VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +East BrunswickVF, LLC,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
             LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
             Roanoke, VA 24006-1200
cr           Eastland Development Company, LLC,   c/o 10689 N. Pennsylvania St.,   Suite 100,
             Indianapolis, IN  46280
cr          +Edward A. Winfree,   1467 Bethany Church Road,   Bumpass, VA 23024-3506
cr           Edwin Watts Golf Shops, LLC,   c/o Parker, Pollard, Wilton & Peaden, PC,
             Attn: Meredith L. Yoder, Esq.,   6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
cr          +EklecCo NewCo, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn: Kevin M. Newman, Esq.,
             308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr          +Elizabeth R. Warren,   1824 Hanover Avenue,   Richmond, VA 23220-3508
cr          +Encinitas PFA, LLC,   214 North Tryon Street,   Suite 4700,   Attention: Amy Pritchard Williams,
             Charlotte, NC 28202-2367
cr          +Envision Peripherals,Inc,   47490 Seabridge Drive,   Fremont, CA 94538-6548
intp        +Epson America, Inc.,   c/o Michael A. Condyles,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Equitable Gas Company LLC,   Equitable Gas Bankruptcy Dept.,   Attn: Judy Gawlowski,
             200 Allegheny Center Mall,   Pittsburgh, PA 15212-5339
cr          +Eric A. Jonas, Jr.,   2 Annett Ave.,   Edgewater, NJ 07020-1502
cr          +Eric Soderlund Corre Opportunities Fund, L.P.,   1370 Avenue of the Americas,   29th Floor,
             New York, NY 10019-4602
cr          +Erica and Jerome Randolph,   284 Pindak Lane,   Frederick, MD 21701-6405
cr           Erie Times News,   205 West 12th Street,   Erie, PA 16534-0001
cr          +Ervin C. Olson,   478 Summer Hill Dr.,   Hoschton, GA 30548-3059
cr          +Escambia County Tax Collector,   c/o Janey Holley,   213 Palafox Place,   PO Box 1312,
             Pensacola, FL 32591-1312
cr          +Evening Post Publishing Company d/b/a The Post and,   c/o B. Shawan Gillians, Esquire,
             5 Exchange Street,   Charleston, SC 29401-2530
cr          +Evergreen-McDowell & Pebble Creek, L.L.C.,   c/o Midtown Aquisitions L.P.,
             Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219
cr           Export Development Canada (EDC),   Att: Jo-Ann Keech-Barker,   KIA IK3 151 O'Connor St.,
             Ottawa Ontario,   CANADA
intp         F.R.O., L.L.C. IX,   703 Palm Island Drive,   Palm Beach, FL  33480
cr          +FICA,   c/o James Bow,   220 Montgomery St.,   Ste 343,   San Francisco, CA 94104-3436
cr          +Fairfax County, VA,   Asst. County Attorney,   12000 Government Center Pkwy, Ste. 549,
             Fairfax, VA 22035-0001
cr          +Faram Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
             Norfolk, VA 23514-3037
cr           Fayetteville Developers, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
             951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA  23218-2499
cr          +Ferguson Cabling Corp.,   203 Orange St.,   Palm Harbor, FL 34683-5224
cr          +Fingerlakes Crossing, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
             Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
             U.S.A.
cr          +First Baptist Church of Sunrise,   Rev. Amos N. Farquharson, Pastor,   6401 Sunset Strip,
             Sunrise, FL 33313-2856
cr          +Flintlock Northridge LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
```

cr          +Florence County,  Treasurer's Off/Deliquent Tax,  180 North Irby St. MSCTT,
             Florence, SC 29501-3456
cr          +Forecast Danbury Limited Partnership,  c/o Forest Property Management,  19 Needham Street,
             Newton, MA 02461-1624
cr          +Forsyth County Tax Collector's,  Meadows & Aderhold, PA,  c/o John A. Meadows,
             2596 Reynolda Rd.,  Ste C,  Winston-Salem, NC 27106-4651
cr           Fort Wayne Newspapers Inc.,  c/o Kenneth J. Barton, Jr.,  1250 Edwin Miller Boulevard,
             Suite 300,  PO Box 2629,  Martinsburg, WV 25402-2629
cr          +Four Star International Trade,  c/o Wendy M. Mead,  11 Pleasant Street,  Ste 30,
             Worcester, MA 01609-3232
cr           Foursquare Properties, Inc.,  c/o Katten Muchin Rosenman LLP,  2029 Century Park East,
             Suite 2600,  Los Angeles, CA  90067-3012
cr          +Fox Channels Group,  Barnes & Thornburg LLP,  2049 Centruy Park East,  Suite 3550,
             Los Angeles, CA 90067-3210
cr          +Francis E. Telegadas,  8204 Yolanda Road,  Richmond, VA 23229-4100
cr          +Franklin Wilson,  2 Highland Street,  Port Chester, NY 10573-3382
cr           Fuji,  Fujifilm USA, Inc.,  HSBC Bank USA NA,  VonWin,  Dept CH 16354,  Chicago, IL  60055
cr          +Fujitsu Ten Corp. of America,  Attn:  Eiko Kubota-Cywinski,  19600 S. Vermont Ave.,
             Torrance, CA 90502-1140
cr          +Furniture Values International co FCMA,  HSBC Bank USA NA,  VonWin,  Dept CH 163554,
             Palatine, IL 60055-0001
cr          +G.B. Evansville Developers, LLC,  Gersham Brown Crowley, Inc.,  c/o Chris Daumeyer,
             600 East 96th Street,  Suite 150,  Indianapolis, IN 46240-3841
cr          +GE Fleet,  c/o Michael A. Condyles, Esquire,  Kutak Rock LLP,
             1111 East Main Street, Suite 800,  Richmond, VA 23219-3521
cr          +GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited,  c/o Charles R. Gibbs,
             Akin Gump Strauss Hauer & Feld LLP,  1700 Pacific Avenue,  Suite 4100,  Dallas, TX 75201-4675
cr          +GRE Grove Street One LLC,  Leerner & Holmes, PC,  Two Center Plaza,  Suite 415,
             Boston, MA 02108-1906
cr           Gallatin Management Associates, LLC,  Hirschler Fleischer PC,  c/o Michael P. Falzone,
             P.O. Box 500,  Richmond, VA 23218-0500
cr          +Gamergraffix,  Attn:  Anne Marie Gleason,  400 Harris Ave.,  Providence, RI 02909-1018
cr          +Gary Chamberlain,  115 Falling Leaves Dr.,  Warner Robins, GA 31088-6458
cr          +Gary Kurzenhauser,  P.O. Box 740,  Farmingville, NY 11738-0740
cr          +Gary R. Lowe,  321 Lakecrest Drive.,  Kingsport, TN 37663-2351
cr           Gateway Woodside, Inc.,  c/o William A. Gray, Esquire,  Sands Anderson PC,  PO Box 1998,
             Richmond, VA  23218-1998
cr          +Gateway, Inc.,  c/o Jeffrey L. Tarkenton,  Womble Carlyle Sandridge & Rice, PLLC,
             1401 Eye Street, N.W.,  Seventh Floor,  Washington, DC 20005-2225
cr          +Geenen DeKock Properties, L.L.C.,  c/o Kupelian Ormond & Magy, P.C.,
             25800 Northwestern Highway,  Suite 950,  Southfield, MI 48075-6116
cr          +Gelco Corporation d/b/a GE Fleet Services,  c/o Peter J. Barrett, Esq.,  Kutak Rock LLP,
             1111 East Main Street,  Suite 800,  Richmond, VA 23219-3521
cr          +George H. Burns,  11110 Woodmeadow Parkway,  # 1405,  Dallas, TX 75228-8580
cr          +George T. Bentzen,  127 Via De La Reina,  Merritt Island, FL 32953-2926
cr          +Georgia Department of Revenue,  c/o Georgia Department of Law,  40 Capitol Square, SW,
             Atlanta, GA 30334-1300
cr          +Georgia Pension Associates Realty Corp,  60 Cuttermill Road,  Suite 303,
             Great Neck, NY 11021-3104
cr          +Georgia Vahoua,  2730 Interlaken Dr.,  Marietta, GA 30062-5666
cr          +Gilbert A. Perez,  700 E. Washington St., #128,  Colton, CA 92324-4176
cr          +Glenmoor Limited Partnership,  c/o Kevin L. Sink,  P.O. Box 18237,  Raleigh, NC 27619-8237
cr          +Glenn Cordell Duncan, Sr.,  4750 Old Military Rd.,  Theodore, AL 36582-8107
cr          +Gloria E. Scarnati,  #119,  3567 Mountain View Dr.,  Pittsburgh, PA 15122-2447
cr          +Golfsmith International, L.P.,  c/o Sarah Link Schultz,  Akin Gump Strauss Hauer & Feld LLP,
             1700 Pacific Avenue,  Suite 4100,  Dallas, TX 75201-4675
cr          +Google Inc.,  Kaufman & Canoles,  150 W. Main Street,  Suite 2100,  Norfolk, VA 23510-1681
liq         +Gordon Brothers Retail Partners, LLC,  101 Huntington Avenue, 10th Floor,
             Boston, MA 02199-7607
cr          +Gould Investors, L.P.,  60 Cuttermill Road,  Suite 303,  Great Neck, NJ 11021-3104
cr          +Graphic Communications, Inc.,  c/o Thomas W. Repczynski,  Bean, Kinney & Korman, P.C.,
             2300 Wilson Blvd, 7th Floor,  Arlington, VA 22201-5424
cr          +Gravois Bluffs III, LLC,  HSBC Bank USA NA,  VonWin,  Dept 16354,  Palatine, IL 60055-0001
cr          +Green Acres Mall, LLC,  c/o Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,  P.O. Box 1998,  Richmond, VA 23218-1998
cr          +Greenback Associates,  c/o Nancy Hotchkiss,  Trainor Fairbrook,  980 Fulton Avenue,
             Sacramento, CA 95825-4558
cr          +Greenwood Point, LP,  c/o Jeffrey J. Graham,  Taft Stettinius & Hollister LLP,
             One Indiana Square, Suite 3500,  Indianapolis, IN 46204-2023
cr          +Gregory Lee McCall,  # 15064-045,  F.C.I. Victorville II,  PO Box 5300,
             Adelanto, CA 92301-5300
cr          +Hamilton Chase - Santa Maria LLC,  c/o Gregory D. Grant, Esq.,  11921 Rockville Pike, #300,
             Rockville, MD 20852-2737
cr          +Harry B. Gross, Sr.,  206 N. Pacific,  Hutchins, TX 75141-3132
cr          +Hauppauge,  c/o Cheryl Wilins,  91 Cabot Ct.,  Hauppauge, NY 11788-3706
cr           Hayden Meadows,  c/o Ronald T. Adams,  Black Helterline LLP,  1900 Fox Tower,
             805 S.W. Broadway,  Portland, OR  97205-3359
cr          +Hayward 880,LLC,  c/o Paul S. Bliley, Jr.,  P.O. Box 1320,  Richmond, Va 23218-1320
cr          +Heilman & Associates,  P.O. Box 374,  Solomons, MD 20688-0374

```
cr          +Helen  J. Owens,   1841 S. Cabrillo Ave.,   San Pedro, CA 90731-5319
cr           Henrico County, Virginia,   County Attorney,   P.O. Box 90775,   Henrio, VA  23273-0775
cr          +Heritage Plaza, LLC,   c/o National Real Estate Management Corp,   Attn: Michael Nugent,
              9986 Manchester Road,   St. Louis, MO 63122-1934
cr          +Herman Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr          +Hernendo County, Florida,   c/o Paul S Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Hickory Ridge Pavilion LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
              1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr          +Highlands County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Hillsborough County, FL,   Attorney's Office,   601 E. Kennedy Blvd.,   27th Floor,
              Tampa, FL 33602-4932
cr           Hillson Electric Incorporated,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
              Kansas City, MO  64105
intp        +Hilton Ellis Epps, Sr.,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr           Hong Kong Export Credit Insurance Corporation,   Attn: Leung Shing,
              2/F., Tower 1, South Seas Ctr,   75 Moody Road,   Tsimshatsui East,   HONG KONG
cr          #Hoprock Limonite, LLC,   c/o Dewey & LeBoeuf LLC,   Attn: Lisa Hill Fenning,
              333 South Grand Avenue, 26th Floor,   Los Angeles, CA  90071-1530
cr           Howland Commons Partnership, an Ohio gen partnersh,   Richard T. Davis, Esq.,
              2445 Belmont Avenue,   P.O. Box 2186,   Youngstown, OH  44504-0186
cr          +Huntington Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer, PC,   P.O. Box 500,
              Richmond, VA  23218-0500
cr         ++I O MAGIC CORPORATION,   2 MORGAN,   IRVINE CA 92618-1910
             (address filed with court: I/O Magic Corp.,   c/o Mary St. George,   4 Marconi,
              Irvine, CA  92618)
cr          +IGate Global Solutions, Limited,   c/o ThompsonMcMullan, P.C.,   100 Shockoe Slip,   Third Floor,
              Richmond, VA 23219-4164
cr          +ITouchless Housewares & Products Inc.,   777 Mariners Island Blvd,   Ste 125,
              San Mateo, CA 94404-1584
cr          +Iannucci Development Corporation (IDC),   c/o Raymond Iannucci, President,   37 Hermitage Lane,
              North Haven, CT 06473-4019
cr          +Imagination,   c/o Kristian Fleming,   3330 Cahuenga Blvd West,   Suite 500,
              Los Angeles, CA 90068-1355
cr          +Imation Enterprises Corp.,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
              Richmond, VA 23219-2200
cr          +Indian River County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
              Richmond, VA 23218-1320
cr          +Indiana Department of Revenue,   Brian Salwowski, Offc. Atty. General,
              302 West Washington Street,   Indianapolis, IN 46204-4701
cr          +InfoPrint Solutions Company,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr          +Innovative Marketing Solutions LLC,   5244 Chappell Ridge Place,   c/o Scott Lewis,
              Glen Allen, VA 23059-5648
cr          +Interactive Toy Concepts, Inc,   Jones and Associates,   1230 6th Avenue 7th Floor,
              New York, NY 10020-1517
cr          +International Business Machines Corporation,   c/o Satterlee Stephens Burke & Burke LLP,
              230 Park Avenue, 11th Floor,   New York, NY 10169-0005
cr          +Irene Franco,   1225 La Puerta St.,   Los Angeles, CA 90023-3116
cr          +Ismay Gayle,   1242 Summerstone Trace,   Austell, GA 30168-6120
crtrptr     +J&J Court Transcribers, Inc.,   268 Evergreen Avenue,   Hamilton, NJ 08619-1808
             JAmes A. Cameron,   PO Box,   Costa Mesa, CA  92628-3751
cr          +JLG Industries, Inc.,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
              McLean, VA 22102-3833
cr          +JP Thornton, LLC,   1601 Blake Street,   Unit 600,   Denver, CO 80202-1329
cr          +Jack Hernandez,   Righetti Law Firm,,   456 Montgomery Street,   #1400,
              San Francisco, CA 94104-1247
cr          +Jackson County,   c/o  Theresa Spradling,   PO Box 1569,   Medford, OR 97501-0242
cr          +Jaime Gonzalez,   15889 SW 140 St.,   Miami, FL 33196-6716
cr          +Jakob Joffe,   10708 Chipewyan Dr.,   Richmond, VA 23238-4141
cr           James C. Fields, Jr.,   9 Highland Road,   Henrico, VA  23229-8503
cr          +James D. Thornton,   Thornton & Associates,   5030 Sadler Place,   Suite 204,
              Glen Allen, VA 23060-6146
cr          +James Eric Burgess,   232 Cross Roads Church Road,   Easley, SC 29640-7055
cr          +James H. Martin,   7545 N. Ring Ter.,   Citrus Springs, FL 34434-7220
cr          +James H. Morton,   P.O. Box 9566,   Marina del Ray, CA 92925-1966
cr          +James H. Wimmer, Jr.,   c/oTroutman Sanders LLP,   1660 International Drive,   Suite 600,
              McLean, VA 22102-4877
intp        #+James H. Wimmer, Jr., personally,   2205 Sara Ann Ct.,   Aylett, VA 23009-3246
cr          +James Harvey Martin,   7545 N. Ring Terrace,   Citrus Springs, FL 34434-7220
cr          +James Lubary,   3161 Druid Lane,   Rossmoor, CA 90720-5214
cr          +James Shober,   26 School Lane,   Stevens, PA 17578-9404
cr          #+James W. Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
intp        +Jamie Stack,   3107 Old Brookewood Way,   Richmond, VA 23233-7714
cr          +Janaf Shops, LLC,   c/o Adam K. Keith,   Honigman Miller Schwartz & Cohn LLP,
              2290 First National Building,   Detriot, MI 48226-3583
cr          +Jason L. Binkley,   3091 Verona Caney Rd.,   Lewisburg, TN 37091-6548
cr          +Jason W. Martinez,   621 West 7th Street,   Pueblo, CO 81003-2317
cr           Jean Abdallah,   4855 Gouin Blvd West,   Montreal Quebec H4J 189,   Canada
intp        +Jeanne Hamby,   8406 Dell Ray Drive,   Mechanicsville, VA 23116-2302
cr          +Jeff McDonald,   5540 Quail Ridge Terrace,   Chesterfield, VA 23832-7567
```

District/off: 0422-7        User: frenchs           Page 13 of 117          Date Rcvd: Apr 23, 2013
                           Form ID: redacttr        Total Noticed: 2024

```
cr          +Jeff T. Agee,   705 Dennison St.,   Little Rock, AR 72201-4757
cr          +Jerry L. Knighten,   226 Barrington Dr., Apt. 226,   Bossier City, LA 71112-3183
intp        +Jim Blakesley,   64 4th St. NW,   Aitkin, MN 56431
cr          +Joan M. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr          +Joe Evans,   c/o Jeremy S. Williams, Esquire,   Kutak Rock LLP,
              1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Johannes F. de Wolf,   5810 Fresno Ave.,   Richmond, CA 94804-5644
cr          +John D. Sessoms,   7307 Saddle Oaks Drive,   Cary, IL 60013-1799
cr          +John F. Tozzi,   17030 Devonshire St.,   # 112,   Northridge, CA 91325-1617
cr          +John H. Davis-El,   4709 Three Oaks Rd.,   Pikesville, MD 21208-2037
cr          +John J. Schrogie,   Hairfield Morton, PLC,   John J. Trexler,   2800 Buford Road,   Suite 201,
              Richmond, VA 23235-2453
cr          +John L. Morrison, II,   9 Springer Court,   Ormond Beach, FL 32174-8436
cr          +John P. Raleigh,   3621 Meadow Pond Court,   Glen Allen, VA 23060-2518
cr           John Rohrer Contracting Company, Inc.,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
              Kansas City, MO  64105
cr          +John W. Walker,   465 McCracken Road,   Lake Helen, FL 32744-3538
cr          +Jonathan Card,   Righetti Glugoski, P.C.,   456 Montgomery Street,   #1400,
              San Francisco, CA 94104-1247
intp        +Jonathan Lee Riches,   FCI  Williamsburg,   PO Box 340,   Salters, SC 29590-0340
cr          #+Jonathan Pearson,   891 Charlton Blvd,   White Lake, MI 48383-2919
cr          +Jonthan Card,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
              San Francisco, CA 94104-1247
cr          +Jose A. Garcia,   807 64th Ave., Dr. E,   Bradenton, FL 34203-7628
cr          +Joseph E. Dudley,   18513 Field Club Way,   Tampa, FL 33647-1824
cr          +Joseph M. Stroh,   48 Bethnal Way,   Douglasville, GA 30134-7800
cr          +Joseph Skaf,   Righetti Law Firm, P.C.,   456 Montgomery St.,   #1400,
              San Francisco, CA 94104-1247
cr          +Joshua G. Bowden,   3909 Zingara Rd.,   Conyers, GA 30012-1844
cr          +Joshua L. Adams,   2045 Monaco St.,   Flint, MI 48532-4554
cr          +Joshua M. Loveall,   c/o Nels Ackerson, Esq.,   Ackerson Kauffman Fex, PC,
              1701 K Street, NW, Suite 1050,   Washington, DC 20006-1537
cr          +Joyce L Smith,   6818 Orchid Lane,   Fredericksburg, VA 22407-8501
cr          #+Juanita Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr          +Jubilee-Springdale, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
              1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr          +Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr          +Jurupa Bolingbrook LLC,   122 Aspen Lakes Drive,   Hailey, ID 83333-5115
cr          +KC Benjamin Realty, LLC,   c/o William T. Niemier,   10689 N. Pennsylvania Street,   Suite 100,
              Indianapolis, IN 46280-1099
cr          +KPLR,   Szabo Associates,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   Ninth Floor,
              Atlanta, GA 30326-1394
cr          +KSK Scottsdale Mall LP,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,   1111 East Main Street,
              Suite 800,   Richmond, VA 23219-3521
cr          +Kamin Realty Company,   490 South Highland Avenue,   Pittsburgh, PA 15206-4274
cr          #+Karen L. Craig,   4409 Player Road,   Corona, CA 92883-0677
cr          +Karen L. Craig,   4355 Altivo Lane,   Corona, CA 92883-7330
cr          +Karl Engelke,   1087 Brickell Street SE,   Palm Bay, FL 32909-4643
intp        +Kelly Breitenbecher,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr          +Kenneth Giacone,   502 Palm Court,   Crystal Lake, IL 60014-2034
cr          +Kenneth R. Porter,   3608 Crosswicks Ct.,   Fort Worth, TX 76137-1333
cr          +Kenneth Robert Porter,   3608 Crosswicks Court,   Fort Worth, TX 76137-1333
cr           Kentucky Oaks Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,
              P.O. Box 500,   Richmond, VA  23218-0500
cr          +Ketih Allen,   489 Mill Wood Blvd,   Marysville, OH 43040-9647
cr          +Kevin J. Stephens,   4452 Collins Circle,   Acworth, GA 30101-5225
cr          +Kim E's Flowers, Inc.,   Attn: Kim E. Jemison,   350 East Broad Street,
              Groveland, FL 34736-2585
cr          +Kitsap County Treasurer,   c/o Barbara A. Stephenson,   614 Division Street,   MS-32,
              Port Orchard, WA 98366-4680
cr          +Klipsch, LLC,   c/o Barnes & Thornburg LLP,   Attn: Michael K. McCrory,   11 S. Meridian Street,
              Indianapolis, IN 46204-3535
cr          +Kristy Marie Suler,   208 North Juniper Dr.,   North Aurora, IL 60542-1067
intp        +LA County Sheriff's Dept.,   County Court House,   110 N. Grand Ave., R.526,
              Los Angeles, CA 90012-3014
cr           La Frontera Village, L.P.,   c/o Kimberly A. Vaughn,   120 S. Central Avenue,   Suite 500,
              St. Louis, MO  63105-1733
cr          +Laburnum Investment LLC,   Forest City Commercial Management, Inc,   50 Public Sq.,   Suite 1360,
              Cleveland, OH 44113-2233
cr          +Lacrosse Technology, ltd.,   Manda Shah,   2809 Losey Blvd. South,   La Crosse, WI 54601-7366
cr          +Lake County (Florida) Tax Collector,   c/o Brian T. Hanlon,   Post Office Box 327,
              Tavares, FL 32778-0327
cr          +Landmark Communications, Inc. d/b/a The Virginian,   c/o Paul A. Driscoll,
              222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
cr          +Landover (Landover Crossing), LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
              Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
              U.S.A.
cr          +Lane County Department of Assessment & Taxation,   c/o Anette Spickard,
              Lane County Public Services Bldg,   125 East 8th Ave.,   Eugene, OR 97401-2926
```

```
cr          Lang Construction, Inc.,   c/o: Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
            Kansas City, MO  64105
cr          +Larimer County Assessor,   c/o Diane Hintz,   200 West Oak,   PO Box 860,
            Ft. Collins, CO 80522-0860
cr          #+Laura L Scannell,   c/o Law Office of Raymond R. Pring, Jr.,   9431 Main Street,
            Manassas, VA 20110-5423
cr          +Laura McDonald,   109 Fairways Dr.,   Hendersonville, TN 37075-2610
cr          +Lee County Tax Collector,   Leroy E. Belk, Jr.,   PO Box 271,   Lee County Court House,
            Tupelo, MS  38802-0271
cr          Lee County, Mississippi Tax Collector,   c/o William A. Gray, Esq.,
            Sands Anderson Marks & Miller, PC,   PO Box 1998,   Richmond, VA  23218-1998
cr          +Lenovo USA,   c/o Mark D. Taylor, Esq.,   Kilpatrick Stockton LLP,
            607 14th Street, NW, Suite 900,   Washington, DC 20005-2019
cr          +Lexington County Treasurer's Office,   Treasurer's Office,   Attn: Cynthia Hamilton,
            212 South Lake Dr.,   Lexington, SC 29072-3410
cr          +Linda H. Castle,   5601 Hunters Glen Drive,   Glen Allen, VA 23059-6970
cr          +Lloyd Stein,   1334 N. Kostner St.,   Chicago, IL 60651-1604
intp        +Longacre Institutional Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Floor,
            New York, NY 10019-5869
intp        +Longacre Opportunity Fund, L.P.,   Pepper Hamilton LLP,   600 14th Street, NW,  Suite 600,
            Washington, DC 20005-2028
intp        +Longacre Opportunity Fund, LP,   810 Seventh Ave.,   33rd Floor,   New York, NY 10019-5869
intp        +Longacre Opportunity Offshore Fund, Ltd.,   810 Seventh Avenue, 33rd Floor,
            New York, NY 10019-5869
cr          +Los Angeles et al.,   c/o Martha Romero,   BMR Professional Building,   6516 Bright Ave.,
            Whittier, CA 90601-4503
cr          +Louis A. Luchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr          +Louis C. Jones,   17 Spring Harbor,   Aliso Viejo, CA 92656-4249
cr          Louisiana Department of Revenue,   P.O. Box 4064,   Baton Rouge, LA  70821-4064
cr          +Louisville/Jefferson County Metro Government,   RE: Delinquent Property Tax Divison,
            c/o John M. Schardein,   Fiscal Court Building,   531 Court Place, Suite 900,
            Louisville, KY 40202-3315
cr          Lourena Pruett Cole Irrevocable Trust,   Charles H. Cole, Trustee,   4016 Diamond Loch East,
            Fort Worth, TX  76180-8718
cr          +LumiSource, Inc.,   c/o John M. Brom,   QUERREY & HARROW, LTD.,
            175 West Jackson Blvd. - Ste 1600,   Chicago, IL 60604-2686
cr          +Lyle Alonso Epps,   12412 East 207th Street,   Lakewood, CA 90715-1620
cr          +MD-GSI Associates,   c/o Polsinelli Shalton Flanigan Suelthau,   1152 15th Street, NW,
            Suite 800,   Washington, DC 20005-1723
cr          +MDS Realty II LLC,   c/o Midtown Acquisitions L.P.,   Att: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
cr          ++MURIEL TO YANG,   MERCY RIDGE APT L 404,   2525 POT SPRING ROAD,   TIMONIUM MD 21093-2778
            (address filed with court:  Muriel To Yang,   645 Farnham Circle,   Richmond, VA  23236)
cr          +Madcow International Group Limited,   c/o HSBC Bank USA NA,   VonWin,   Dept. 16354,
            Palatine, IL 60055-0001
intp        Madeleine C. Wanslee,   GUST ROSENFELD,   201 E. WASHINGTON ST., STE 800,
            PHOENIX, AZ  85004-2327
cr          +Madison County, Alabama Tax Collector,   Attn: Lynda Hall, Tax Collector,
            Madison County Courthouse,   100 Northside Square,   Huntsville, AL 35801-4876
cr          +Madison Waldorf, LLC,   c/o Madison Marquette Realty Service,   c/o Mitchell B. Weitzman, Esq.,
            2001 Pennsylvania Ave., N.W., 10th Floor,   Washington, DC 20006-1851,   U.S.A.
cr          +Magna Trust Company, Trustee,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Magnus Magnusson,   % Joseph Nolty,   45-53 Auburndale Lane,   Flushing, NY 11358-3337
cr          +Mallview Plaza Company, Ltd.,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
            One Commercial Place, Suite 1800,   Norfolk, VA 23510-2115
cr          +Manatee County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr          +Mansfield SEQ 287 and Debbie, Ltd.,   c/o William A. Gray, Esquire,
            Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
            Richmond, VA 23218-1998
intp        +Manufacturers & Traders Trust Company, as Trustee,   c/o Hodgson Russ LLP,
            Garry M. Graber, Esq.,   The Guaranty Building,   140 Pearl Street, Suite 100,
            Buffalo, NY 14202-4014
tor         #+Manufactures and Traders Trust Company, as Trustee,   % Hidgson Russ LLP,
            Attn:  Deborah J. Piazza, Esq.,   60 East 42nd St., 37th Floor,   New York, NY 10165-0050
intp        +Marblegate Asset Management,   150 East 52nd Street,   10th Floor,   New York, NY 10022-6017
tee         +Marblegate Special Opportunities Master Fund LP,   150 East 52nd Street,   10th Floor,
            New York, NY 10022-6017
cr          +Marcea Wolfe,   49 Rowland Street,   Wilkes-Barre, PA 18702-3518
cr          +Margaret L. Given,   c/o Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr          +Maria Teresa Turner,   18479 Cattail Srping Drive,   Leesburg, VA 20176-6846
cr          +Marilyn N. Campbell,   9 Hastings Dr.,   Victor, ID 83455-5281
cr          +Marin Municipal Water District,   c/o Mary Casey,   220 Nellen Ave.,
            Corte Madera, CA 94925-1169
cr          +Marion County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Marion Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr          +Marius S. Tataru,   3530 Decatur St.,   Philadelphia, PA 19136-3009
intp        +Mark H. Turner,   18479 Cattail Spring Dr.,   Leesburg, VA 20176-6846
cr          +Mark Murdock,   25590 Noble Dr.,   Chesterfield, MI 48051-3262
```

```
cr            +Mark S. Stinde,    8704 Ponderosa Drive,   McKinney, TX 75070-8325
cr            +Marlon Mondragon,   23 Farley Drive,   West Haverstraw, NY 10993-1003
cr             Marlton VF LLC,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA  23218-1998
cr            +Marsha Blanchette,   118 SW Merrimack Place,   Lake City, FL 32024-3837
cr            +Mary A. Garza,   3306 Fendall Ave.,   Richmond, VA 23222-2613
cr            +Mary Anne Hudspeth,   P.O. Box 11684,   Reno, NV 89510-1684
intp           Mary Ella Holm,   219 Nottingham Drive,    Lot 182,   Greenville, TX  75401-8319
cr            +Mary H. Stienemann,   Apt. B,   1037 Maiden Choice Ln.,   Baltimore, MD 21229-5339
intp          +Mary J. Radack,   14561 Legends Blvd., N 302,   Fort Myers, FL 33912-0364
cr            +Mary Restivo,   1109 Bristolwood Street,   Brandon, FL 33510-2606
cr            +Mary Riordan,   3216 Blackhawk Meadow Dr.,   Danville, CA 94506-5804
cr            +Maryland Acquisitions, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
                McLean, VA 22102-3833
cr            +Mayda Racines,   28 Payne Rd.,   Bethel, CT 06801-1239
cr            +Mayfair MDCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
                1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr            +Mayfair ORCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
                1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr            +McAlister Square Partners, Ltd.,   c/o William A. Gray, Esquire,
                Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
                Richmond, VA 23218-1998
intp          +McCandlish Holton, PC,   P.O. Box 796,   Richmond, VA 23218-0796
cr             McCorkendale Construction,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
                PO Box 1998,   Richmond, VA 23218-1998
cr            +McKinley, Inc.,   320 N. Main Street,   Suite 200,   Ann Arbor, MI 48104-1100
tee           +Media Solutions Holdings, LLC,   Downey Brand, LLP,   c/o Jamie Dreher,   621 Capitol Mall,
                18th Fl.,   Sacramento, CA 95814-4731
cr             Melanie J. Finch,   22056 Gilmore Street,   Woodland Hills, CA  91364-2338
cr            +Melissa Michelle Gillard,   9255 Tamarack Ave.,   Sun Valley, CA 91352-1324
cr            +Meridian Charter Township,   c/o Julie Brixie,   5151 Marsh Road,   Okemos, MI 48864-1198
cr             Metra Electronics Corporation,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
                Post Office Box 1998,   Richmond, VA  23218-1998
cr            +Metrocenter, LLC,   CRG Investments c/o Mark Cunningham,   223 East Strawberry Drive,
                Mill Valley, CA 94941-2506
cr            +MiTAC Digital Corp. (Magellan),   c/o Brandy Green,   471 El Camino Real,
                Santa Clara, CA 95050-4482
cr            +Mibarev Development I, LLC,   c/o Thyomas R Lynch,   Bradley Arant Boult Cummings LLP,
                1615 L Street, NW Suite 1350,   Washington, DC 20036-5668
cr            +Michael Alexander,   3313 Kensington Ave.,   Richmond, VA 23221-2303
cr            +Michael Beam,   5227 Scotsglen Drive,   Glen Allen, VA 23059-5533
unk           +Michael Cullen,   22 Gloucester Court,   Newington, CT 06111-4506
intp          +Michael Cullen,   22 Gloucester Ct,   Newington, CT 06111-4506
cr            +Michael D. Goode,   4537 Mockingbird Lane,   Maiden, NC 28650-8470
cr            +Michael Karpinski,   263 Bodega Drive,   Romeoville, IL 60446-3717
cr             Michael T. Chalifoux,   c/o Troutman Sanders LLP,   Richard E. Hagerty,
                1660 International Drive,   Suite 600,   McLean, VA 22102
cr            +Michelle Sifford,   c/o Jeremy S. Williams, Esq.,   Kutak Rock LLP,   1111 East Main Street,
                Suite 800,   Richmond, VA 23219-3521
cr             Mid-American Insulation, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
                PO Box 1998,   Richmond, VA  23218-1998
cr             Midwest Block & Brick, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, PC,
                PO Box 1998,   Richmond, VA  23218-1998
cr             Mikael Salovaara,   c/o Andrew Sherman, Esq.,   Sills Cummis & Gross P.C.,   One Riverfront Plaza,
                Newark, NJ  07102
intp          +Mike Radack,   26 Cornell St.,   Rochester, NY 14607-3102
cr            +Millman 2000 Charitable Trust,   2400 Cherry Creek Dr. South,   Suite 702,
                Denver, CO 80209-3261
cr            +Miner Fleet Management Group, Ltd.,   Ronald A. Page, Jr.,   Cantor Arkema, P.C.,   P.O. Box 561,
                Richmond, VA 23218-0561
cr            +Minnie B. Hatcher,   3200 Sally Circle,   Florence, SC 29501-9672
cr            +Missouri Attorney General's Office,   Jeff Klusmeier,   P.O. Box 899,
                Jefferson City, Mo 65102-0899
cr            +Mitac USA Inc.,   c/o Matthew Rosencrans,   The Royal Bank of Scotland plc,
                600 Washington Blvd.,   Stamford, CT 06901-3726
cr            +Mitsubishi Digital Electronics America, Inc.,   c/o James A. Pardo, Jr.,   King & Spalding LLP,
                1180 Peachtree Street,   Atlanta, GA 30309-7525
cr            +Mitsubishi Electric & Electronics USA, Inc.,   c/o James A. Pardos, Jr.,   King & Spalding,
                1180 Peachtree Street,   Atlanta, GA 30309-3531
cr            +Mobile Edge,   c/o Steven M. Goodman,   1150 N. Miller Street,   Anaheim, CA 92806-2001
cr            +Modesto Irrigation District,   c/o Merle C. Meyers,   44 Montgomery Street,   Suite 1010,
                San Francisco, CA 94104-4612
cr            +Monica Teplis,   John c. Pennington,   18 Yonah St.,   Helen, GA 30545-3120
cr             Monument Consulting, LLC,   Sands, Anderson, Marks & Miller, P.C.,
                801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA  23218-1998
cr            +Mount Berry Square, LLC,   c/o Kevin M. Newman, Esq.,   308 Maltbie Street,   Suite 200,
                Syracuse, NY 13204-1444
cr            +Namsung America, Inc.,   250 International Pkwy Ste 230,   Heathrow, FL 32746-5045
cr            +Naomi Gant,   57 East Wyck Rd,   Decatur, GA 30032-6668
cr            +Naples Daily News,   % Receivable Management,   Services,   PO Box 5126,
                Timonium, MD 21094-5126
```

```
cr          +Natalia Hilton,   3525 Wheat Drive,   Beaumont, TX 77706-3028
cr           National A-1, Inc.,   c/o Hirschler Fleischer,   Robert S. Westermann, Esq.,
             2100 E. Cary Street,   P.O. Box 500,   Richmond, VA  23218-0500
cr          +Nevada Department of Taxation,   555 E. Washington Ave.,  Suite 3900,   Las Vegas, NV 89101-1068
cr           New Jersey Dept. Of Labor and Workforce Developmen,   Division of Employer Accounts,
             c/o Dominick Marchetti,   PO Box 379,   Trenton, NJ  08625-0379
cr           Newspaper Agency Co, Inc. d/b/a MediaOne of Utah,   Neil E. McCullagh,   Spotts Fain PC,
             Post Office Box 1555,   Richmond, VA  23218-1555
cr           Noelle Campbell,   6409 Morgan Drive,   Latta, SC  29565-5331
cr          +North Attleboro Marketplace II, LLC,   1414 Atwood Avenue,   Johnston, RI 02919-4839
cr          +North Bergen Tonnelle Plaza, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA  23218-1998
cr          +North Plainfield VF LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +NorthMarq,   Emily J. Voss, Property Man.,   Suite 200,   3500 American Blvd. W.,
             Minneapolis, MN  55431-1096
cr          +Northglenn Retail, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,   Ste. 600,
             Richmond, VA 23219-2200
cr           Nyko Technologies, Inc.,   c/o W. Alexander Burnett,   1021 E. Cary Street,   P.O. Box 1320,
             Richmond, VA  23218-1320
cr          +OLP 6609 Grand, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr          +OLP CCAntioch, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr          +OLP CCFairview Heights, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr          +OLP CCFerguson, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr          +OLP CCFlorence, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr          +OLP CCSt.Louis, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
tee         +ON Corp. USA, Inc. and ON Corp.,   Oldshan Grundman Frome,   65 East 55th Street,
             New York, NY 10022-3402
cr          +ONICS. LLC,   HSBC Bank USA NA,   VonWin,   Dept Ch 16354,   Palatine, IL 60055-0001
cr          +ORIX Capital Markets, LLC,   c/o Kristen Burgers,   Venable LLP,   8010 Towers Crescent Drive,
             Suite 300,   Vienna, VA 22182-2723
tor          Obis Corporation,   14756 Collections Center Drive,   Chicago, IL
cr           Office of Unemployment Compensation Tax Svcs.,   Dept. of Labor & Industry, Commonwealth,
             of PA, Reading Bankruptcy & Compl. Unit,   Attn:  Timothy Bortz, UC Tax Agent,
             625 Cherry St. - Room 203,   Reading, PA  19602-1184
cr          +Okaloosa County Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Oklahoma County Treasurer,   c/o Tammy Jones,   320 Robert S. Kerr,   Room 307,
             Oklahoma City, OK 73102-3441
cr          +Omar Tawil,   7 Merrill Hill,   Ladera Ranch, CA 92694-0551
cr           OmniMount Systems, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
             801 E. Main Street, 18th Fl,   PO Box 1998,   Richmond, VA  23218-1998
cr          +Oracle USA, Inc.,   Buchalter Nemer,   Shawn M. Christianson,   333 Market St., 25th Fl.,
             San Francisco, CA 94105-2126
cr           Orange County California Treasurer-Tax Collector,   Laurie A. Shade, Esq.,
             Office of the County Counsel,   10 Civic Center Plaza, 4th Floor,   P.O. Box 1379,
             Santa Ana, CA  92702-1379
cr          +Orange County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
             Richmond, VA 23218-1320
cr          +Orange Grove Apartments LLC dba Camelback Center P,   c/o Valerie L. Marciano, Esq.,
             Jaburg & Wilk, PC,   3200 North Central Ave., #2000,   Phoenix, AZ 85012-2463
cr          +Osceola County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
             Richmond, VA 23218-1320
cr          +Osceola County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +PA Depart of Revenue Commonwealth of Pennsylvania,   564 Forbes Avenue,   Manor Building,
             Pittsburgh, PA 15219-2908
cr           PPL Electric Utilities Corporation,   c/o Michael A. Henry,   33 S. 7th Street,   PO Box 4060,
             Allentown, PA  18105-4060
cr          +PULASKI COUNTY TREASURER,   ATTN: MS. CHASITITY SCIFRES,   POST OFFICE BOX 430,
             LITTLE ROCK, AR 72203-0430
cr          +Pal Transport Inc.,   54834 Pine Street,   New Baltimore, MI 48047-5554
cr          +Pan Am Equities,   c/o David A. Greer PLC,   500 East Main St Ste 1225,   Norfolk, VA 23510-2274
cr          +Panattoni Construction Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr          +Panattoni Development Company, Inc. as Agent for C,   David K. Spiro, Esquire,
             Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr          +Panattoni Development Company, Inc. as Agent for E,   David K. Spiro, Esquire,
             Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr          +Panattoni Development Company, Inc. as Agent for V,   David K. Spiro, Esquire,
             Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr          +Paramount Home Entertainment Inc,   c/o Susan R Podolsky,   1800 Diagonal Road,   Suite 600,
             Alexandria, VA 22314-2840
cr          +Pasadena Independent School District,   c/o Dexter D. Joyner,   Law Office of Dexter D. Joyner,
             4701 Preston Avenue,   Pasadena, TX 77505-2050
cr          +Patricia A. Bean,   11734 Chisholm Trail,   Victorville, CA  92392-9277
cr          +Patricia Ann Scott,   8224 Pilgrim Terrace,   Henrico, VA 23227-1666
cr          +Patricia C. Giordano,   760 Durham Road,   Pineville, PA 18946
cr          +Patricia Johnson,   2680 Bellhurst Drive,   Dunedin, FL 34698-6501
cr          +Patricia L. Adams,   c/o Nancy A. Darling,   713 E. Boston Street,   Broekn Arrow, OK 74012-7280
cr          +Patricia Shapiro,   3662 Mountcles Blvd.,   Thousand Oaks, CA 91360-2642
cr           Patrick Gerald Kennedy,   PO Box 280281,   Northridge, CA  91328-0281
```

```
cr              +Patrick J. Manzi,   c/o Rob Levine & Associates,    544 Douglas Avenue,
                 Providence, RI 02908-2557
cr              +Patriot disposal Co., Inc,    2208 Plainfield Pike,   Johnston, RI 02919-5717
cr              +Patty Burrell,   4536 McClelland Court,   Baton Rouge, LA 70805-4664
intp            +Paul Schaapman,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
                 Richmond, VA 23218-1998
cr              +Pauline B. Griskey,   88 Pine Grove Ave.,   Summit, NJ 07901-2465
cr              +Pelkar Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
                 Norfolk, VA 23514-3037
cr              +Pension Benefit Guaranty Corporation,   Office of the Chief Counsel,   1200 K Street, N.W.,
                 Suite 340,   Washington, DC 20005-4030
cr              +Performance Printing Corporation,   Attn: John T. White, Pres.,   2929 Stemmons,
                 Dallas, TX 75247-6102
cr              +Peter M. Gresens,   14306 Post Mill Drive,   Midlothian, VA 23113-3795
cr              +Peter Weedfald,   c/o Spotts Fain PC,   P.O. Box 1555,   Richmond, VA 23218-1555
cr               Philip S. Allen,   40454 Regatta Drive,   Discovery Bay, CA  94505
cr              +Photoco, Inc.,   30305 Solon Road,   Solon, OH 44139-3413
intp            +Phyllis M Pearson,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
                 Richmond, VA 23218-1998
cr              +Pima County,   Pima County, Arizona,   c/o Pima County Attorney's Office,
                 32 N. Stone Ave., Ste. 2100,   Tucson, AZ 85701-1458
cr              +Pinnelas County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr              +Pintar Investment Properties TX, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
                 Richmond, VA 23219-2200
cr              +Placer California,   c/o Martha E. Romero,   BMR Professional Building,   6516 Bright Ave,
                 Whittier, CA 90601-4503
cr              +Plasti-Cart, Inc.,   17400 Malyn Blvd.,   Fraser, MI 48026-1685
cr              +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
                 Leesburg, VA 20175-3614
cr              +Polaris Circuit City, LLC,   8800 Lyra Drive, Suite 550,   Attn:  Franz A. Geiger,
                 Columbus, OH 43240-2107
cr              +Polk County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
                 Richmond, Va 23218-1320
cr               Pop's Cosmic Counters, Inc.,   PO Box 1138,   Greenville, TX  75403-1138
cr               Pops Cosmic Counters, Inc.,   PO Box 960,   Greenville, TX  75403-0960
cr              +Port Arthur Holdings, III, Ltd.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
                 1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr              +Portland Investment Company of America,   c/o Katten Muchin Rosenman LLP,
                 2029 Century Park East,   Suite 2600,   Los Angeles, CA 90067-3012
cr              +PrattCenter, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
                 801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr               Premier Contracting, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
                 PO Box 1998,   Richmond, VA 23218-1998
cr             #+Premier Mounts,   3130 E. Miraloma Ave.,   Anaheim, CA 92806-1906
cr              +Premier Resources, LLC,   7905A,   Cessna Avenue,   Gaithersburg, MD 20879-4120
cr              +PrimeShares,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr              +Primeshares (212-889-9700),   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr              +Prince George's County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   Berkshire Building,
                 6801 Kenilworth Avenue, Suite 400,   Riverdale Park, MD  20737-1385
cr              +Prosite Business Solutions, LLC,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
                 Richmond, VA 23219-2200
cr              +Prudential Insurance Company of America,   c/o Katten Muchin Rosenman LLP,
                 2029 Century Park East,   Suite 2600,   Los Angeles, CA 90067-3012
cr               PuntoAparte Communications, Inc.,   Attn:  Orlando J. Salichs,   PO Box 9066636,
                 San Juan,   00906-6636,   PUERTO RICO
cr              +RBS Business Capital,   c/o Sands Anderson PC,   1111 E Main Street,   Suite 2400,   PO Box 1998,
                 Richmond, VA 23218-1998
cr              +RJ Ventures LLC, K&G Dearborn LLC,   c/o Jess R Bressi Esq,
                 Luce,Forward, Hamilton & Scripps, LLC,   2050 Main Street, Suite 600,   Irvine, CA 92614-8261
cr              +RLV Village Plaza, LP,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
                 Norfolk, VA 23514-3037
cr              +RREEF Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
                 Suite 2600,   Los Angeles, CA 90067-3012
cr               RTS Marketing, Inc.,   c/o Michael P. Falzone, Esq.,   Hirschler Fleischer PC,   P.O. Box 500,
                 Richmond, VA 23218-0500
cr              +Ramco JW, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
                 Norfolk, VA 23514-3037
cr              +Ramco West Oaks 1, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles P.C.,   P. O. Box 3037,
                 Norfolk, VA 23514-3037
cr              +Raymond & Main Retail, LLC,   David K. Spiro, Esquire,   Neil E. McCullagh, Esq.,
                 Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr              +Raymond E. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr              +Raymond Silverstein, Trustee,   c/o The Goodman Group,   131A Gaither Dr.,
                 Mt. Laurel, NJ 08054-1709
cr              +Rebecca Hylton DeCamps,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
                 PO Box 1998,   801 E. Main Street, Ste 1800,   Richmond, VA 23219-2906
cr              +Rebecca Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr              +Rebs Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
                 Norfolk, VA 23514-3037
cr              +Regina J. Cody,   8406 Snowden Oaks Place,   Laurel, MD 20708-2302
```

```
cr            Remount Road Associates Limited Partnership,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
              P.O. Box 500,   Richmond, VA  23218-0500
cr           +Rende, Ryan & Downes, LLP,   c/o Christopher J. Whitton,   202 Mamaroneck Ave.,
              White Plains, NY 10601-5308
tee          +Retail Property Group, Inc.,   c/o John R. Ortega,   101 Plaza Real South,   Suite 200,
              Boca Raton, FL 33432-4856
cr           +Reverend Dwayne Funches,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr           +Rhonda S. Johnson,   834 Crosshill Rd.,   Danville, KY 40422-1135
cr           +Richard Daly,   8621 Basswood Rd. No. 33,   Eden Prarie, MN 55344-4177
cr           +Richard G. Griskey,   88 Pine Grove Avenue,   Summit, NJ 07901-2465
cr            Richard Grande,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA  23218-1998
cr           +Richard Kreuger,   c/o William D. Bayliss, Esquire,   Williams Mullen, PC,
              1021 East Cary Street,   17th floor,   Richmond, VA 23219-4000
cr           +Richard L. Schurz,   12117 Jamieson Pl,   Glen Allen, VA 23059-5386
cr           +Richard L. Sharp,   c/o Troutman Sanders,   1660 International Drive,   Suite 600,
              McLean, VA 22102-4877
cr           +Richard S. Birnbaum,   c/o Troutman Sanders,   1660 International Drive,   Suite 600,
              McLean, VA 22102-4877
cr           +Richard Salon,   1350 Autumn Breeze Dr.,   Oilville, VA 23129-2116
cr           +Richard Smith,   5904 Forest Rd.,   Cheverly, MD  20785-2946
cr           +Richard Stevens,   221 West 82nd Street,   New York, NY 10024-5406
cr            Richard T. Miller,   Neil E. McCullagh,   Spotts Fain PC,   Post Office Box 1555,
              Richmond, VA  23218-1555
cr           +Ricmac Equities Corporation,   430-440 Plainview Road,   Hicksville, NY 11801-4372
cr            Rio Associates Limited Partnership,   c/o David D. Hopper, Esquire,   4551 Cox Road, Suite 210,
              P. O. Box 3059,   Glen Allen, VA  23058-3059
cr           +Ritz Motel Company,   6735 Telegraph Road,   Suite 110,   Bloomfield Hills, MI  48301-3143
cr           +Riverside County California,   California Taxing Authority,   c/o Martha E. Romero,
              Romero Law Firm,   6516 Bright Avenue,   Whittier, CA 90601-4503
cr           +Riverside, California,   c/o Martha E. Romero,   6516 Bright Ave,   Whittier, CA 90601-4503
cr           +Rob Subetto,   1063 Mosser Road,   Apt N-205,   Breinigsville, PA 18031-1385
cr           +Robert A. Koenig,   PO Box 41,   Manchester, NH 03105-0041
cr           +Robert E. Bruce,   1791 Hwy 101 N,   Greer, SC 29651-5659
cr           +Robert E. Greenberg Gateway Woodside, Inc.,   Friedlander Misler, PLLC,   1101 17th Street, NW,
              Suite 700,   Washington, DC 20036-4741
cr            Robert E. Kniesche,   179 Shelby Drive,   Newport News, VA 23608-2544
cr           +Robert E. Marshall,   c/o George J. Cosenza,   PO Box 4,   515 Market Street,
              Parkersburg, WV 26101-5170
cr           +Robert E. Marshall,   c/o George J. Cosenza,   515 Market Street,   PO Box 4,
              Parkersburg, WV 26102-0004
cr           +Robert F. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
cr           +Robert Gentry,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
              San Francisco, CA 94104-1247
cr           +Robert J. Appleby,   14320 Winter Ridge Lane,   Midlothian, VA 23113-6709
cr           +Robert L Miller, Jr.,   62101 Queen Mary Ct,   Brandon, MS  39042-2578
cr           +Robert M. Sayen,   6536 Kindred St.,   Philadelphia, PA 19149-2812
cr           +Robert S. Kuna,   1041 Sackettsford Road,   Inyland, PA 18974-1233
cr           +Robert Witenberg,   6307 Sanford,   Houston, TX 77096-5730
cr           +Roland Finch,   6179 Palomino Dr.,   Allentown, PA 18106-3618
cr           +Rose Ann Janis,   5005 Amberwood Drive,   Glen Allen, VA 23059-7530
cr           +Roto-Rooter,   PO Box 2222,   South Burlington, VT 05407-2222
cr           +Russell Joly,   5318 Woodston Court,   Louisa, VA 23093-2038
cr           +Rusty Santangelo,   P.O. Box 536423,   Orlando, FL 32853-6423
cr           +S&S Industrial Maintenance Supply Inc.,   c/o Stephen Sandrow,   PO Box 69,
              Marlton, NJ 08053-0069
cr           +S.A. Comunale Co., Inc.,   2900 Newpark Drive,   Barberton, OH 44203-1050
cr           +SAP Retail Inc. and Business Objects,   c/o Brown & Connery LLP,   Attn: Donald K. Ludman,
              6 North Broad Street,   Suite 100,   Woodbury, NJ 08096-4635
cr            SEA Properties I, LLC,   c/o Clement & Wheatley,   ATTN.: Darren W. Bentley, Esq.,
              P. O. Box 8200,   Danville, VA  24543-8200
cr           +Sacco of Maine, LLC,   Young, Goldman & Van Beek, P.C.,   c/o John P. Van Beek, Esq.,
              510 King Street, Suite 416,   Alexandria, VA 22314-3142
cr           +Safeway Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
              Vienna, VA 22182-2498
intp         +Salem Rockingham LLC,   c/o The MEG Companies,   25 Orchard View Drive,
              Londonderry, NH 03053-3366,   UNITED STATES
cr           +Samsung Electronics America, Inc.,   c/o Akerman Senterfitt,   8100 Boone Blvd., Suite 700,
              Vienna, VA 22182-2683
cr           +Sangertown Square, S.L.C.,   c/o Menter, Rudin & Trivelpiece, P.C.,
              Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
              U.S.A.
intp         +Sarah Harris,   6386 Wedgewood Road,   Mechanicsville, VA 23111-4614
cr           +Satchidananda Mims,   PO Box 19304,   Oakland, CA 94619-0304
cr           +Satellite Express International,   c/o Gary Kabrosky,   426 West 46th Street,   Suite 1-B,
              New York, NY 10036-3599
cr           +Saul Holdings Limited Partnership,   c/o Stephen A. Metz, Esquire,
              Shulman Rogers Gandal Pordy & Ecker, PA,   11921 Rockville Pike, 3rd Floor,
              Rockville, MD 20852-2737
cr           +Save Mart Supermarkets,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
```

```
cr          Schneider National Inc.,   P.O. Box 2545,   Green Bay, WI  54306-2545
cr          +Schottenstein Property Group, Inc.,   c/o Loc Pfeiffer, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Scott & Barb Bergman,   410 S. Joliet St.,   Kennewick, WA 99336-9437
cr          +Scott D. Mainwaring,   5608 Belstead Ln,   Glen Allen, VA 23059-7113
cr          +Scott Warren,   10816 1/2 Blix Street,   N. Hollywood, CA 91602-1353
cr           Sensormatic Electronic Corporation,   c/o William A. Gray, Esq.,
             Sands, Anderson, Marks & Miller, PC,   801 E. Main Street, 18th Fl,   PO Box 1998,
             Richmond, VA  23218-1998
cr          +Shahnaz Dastanpour,   PO Box 161,   Lake Forest, CA 92609-0161
intp        +Sharon Joyce Savary,   2612 Kirkland Rd.,   Dover, FL 33527-3413
cr          +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   575 Underhill Blvd,
             Syosset, NY 11791-3426
cr          +Sharpe Partners, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Sheila A. Jordan,   1 Snells Way,   West Bridgewater, MA 02379-1019
cr          +Sheila Lewis,   128 N. Beech Ave.,   Highland Springs, VA 23075-1408
cr          +Shelby Properties TX, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +Sheryl A. Borger,   31654 Lynne Drive,   Rockwood, MI 48173-1029
cr          +Shirley A. Munselle,   805 Lisa Street,   Burleson, TX 76028-6489
cr          +Shopping.com, Inc.,   c/o Michael A. Condyles, Esq.,   Kutak Rock LLP,   1111 East Main Street,
             Suite 800,   Richmon, VA 23219-3521
cr          +Sie Ling Chiang,   13503 Point Pleasant Dr.,   Chantilly, VA 20151-2442
cr          +Simon Property Group, Inc.,   Attn: Ronald M. Tucker, Esq.,   225 W. Washington Street,
             Indianapolis, IN 46204-3438
cr          +SimpleTech by Hitachi Global Storage Technologies,   3403 Yerba Buena Road,
             c/o Chelse A. Ferrero.Sr.,   San Jose, CA 95135-1500
cr          +Sir Barton Place, LLC,   2517 Sir Barton Way,   Suite 210,   Lexington, KY 40509-2275
cr          +Snagajob.com,   4800 Cox Road, Ste 200,   Glen Allen, VA 23060-6292
cr          +Snell Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, P.C.,
             Post Office Box 1998,   Richmond, VA 23218-1998
cr          +Snohomish County Treasurer,   c/o Kirke Sievers,   3000 Rockefeller Plaza,
             Everett, WA 98201-4060
cr          +Sony Electronics, Inc.,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +South Carolina Electric & Gas Company,   c/o Spotts Fain PC,   P.O. Box 1555,
             Richmond, VA 23218-1555
cr          +SouthPeak Interactive, LLC,   2900 Polo Parkway, Suite 200,   Midlothian, VA 23113-1423
cr           Southland Acquisitions, LLC,   c/o Thomas G. King / DS Holmgren,   Kreis, Enderle, et al,
             PO Box 4010,   Kalamazoo, MI 49003-4010
cr          +Southroads, L.L.C.,   Troutman Sanders LLP,   1660 International Drive,   Suite 600,
             McLean, VA 22102-4877
cr           Spring Hill Development Partners, GP,   Hirschler Fleischer, PC,   c/o Michael P. Falzone, Esq.,
             P.O. Box 500,   Richmond, VA 23218-0500
cr           St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, PC,   (Brandywine/CircuitCity),
             Baltimore, MD 21284
cr          +Staples The Office Superstore East, Inc.,   c/o John A. Howell,   1666 K Street, NW,
             Washington, DC 20006-2801
cr           Star Universal, LLC,   Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr           State Board of Equalization,   State of California,   450 N Street, MIC:55,   PO Box 942879,
             Sacramento, CA 94279-0055
cr          +State of Connecticut, Departments of Labor and Rev,   Office of the Attorney General,
             55 Elm Street,   Hartford, CT 06106-1746
cr           State of Maine, Treasurer,   6 State House Station,   Augusta, ME 04430-0006
cr          +State of Michigan, Department of Treasury,   Cadillac Place,   3030 W. Grand Blvd., Ste. 10-200,
             Detroit, MI 48202-6030,   US
cr           State of New Jersey, Division of Taxation,   Attorney General of New Jersey,
             R.J. Hughes Justice Complex,   25 Market St., POB 106,   Trenton, NJ 08625-0106
cr           State of Wisconsin - Office of the State Treasurer,   P. O. Box 7857,   Madison, WI 53707-7857
cr           State of Wisconsin, Department of Revenue,   2135 Rimrock Rd.,   PO Box 8901,
             Madison, WI 53708-8901
cr          +Station Landing LLC,   c/o William A. Gray,   Sands Anderson PC,   1111 E Main St,   Ste 2400,
             Richmond, VA 23219-0003
unk         +Stephanie Krajchir,   LAPD - Topanga Area,   Los Angeles Police Dept.,   PO Box 30158,
             Los Angeles, CA 90030-0158
cr          +Steve Nicholson,   713 Cannon Rd,   Glen Gardner, NJ 08826-3027
cr          +Steve Saunders,   2931 Royal Virginia Crt.,   Louisa, VA 23093-2242
cr          +Steven E. Jackson,   60 Palatine # 101,   Irvine, CA 92612-5640
intp        +Steven Ivester,   c/o Christopher L. Perkins,   LeClairRyan,   Riverfront Plaza, East Tower,
             951 East Byrd Street,   Richmond, VA 23219-4040
cr          +Stillwater Designs and Audio, Inc.,   attn: Kim Wright,   3100 North Husband,
             Stillwater, OK 74075-2516
cr          +Suez Energy Resources,   1990 Post Oak Blvd,   Suite 1900,   Houston, TX 77056-3831
cr          +Susan Grace Strickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan Grace Strickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan M. Allen,   PO Box 1252,   Ft. Belvoir, VA 22060-0952
cr          +Suzanne Laxson,   P.O. Box 621,   Franktown, CO 80116-0621
cr          +Swire Coca-Cola, USA,   12634 South 265 West,   Draper, UT 84020-7931
```

```
cr          +Syed Asrar Naqvi,   3720 Westwood Blvd., Apt. #7,   Los Angeles, CA 90034-6716
cr          +Symantec Corp,   c/o Rafael X. Zahralddin-Aravena,   Elliott Greenleaf,
             1000 West Street, Suite 1440,   Wilmington, DE 19801-1051
cr           T. J. Maxx of CA, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA  23218-1998
cr          +TARGUS, INC.,   Lawrence J. Hilton, Esq.,   HEWITT & O'NEIL LLP,   19900 MacArthur Blvd,
             Suite 1050,   Irvine, CA 92612-8414
cr         +++TASLER PALLETT, INC.,   ATTN: LEWIS OLSON, CRED MNGR,   9196 PEANUT RD,
             MARIETTA OK  73448-7282
             (address filed with court:  Tasler Pallett, Inc.,   Attn:  Lewis Olson, Cred Mngr,
             H.C. 73   Box 11,   Marietta, OK  73448)
tee         +TFL Enterprises,   980 North Michigan Ave,   Suite 920,   Chicago, IL 60611-4554
intp        +THQ, Inc.,   c/o David M. Poitras, P.C.,   Jeffer, Mangels, Butler & Marmaro LLP,
             1900 Ave. of the Stars, 7th Fl.,   Los Angeles, CA 90067-4308
cr          +TI PI Texas, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +TMT Development Company, Inc.,   Attn:  Jill Hollowell,   805 SW Broadway, Ste. 2020,
             Portland, OR 97205-3360
cr          +TSA Stores, Inc.,   c/o John P. Van Beek, Esq.,   510 King Street,   Suite 416,
             Alexandria, VA 22314-3132
cr           Tamrac, Inc.,   c/o William A. Gray, Esq,   Sands Anderson Marks & Miller, PC,
             Post Office Box 1998,   Richmond, VA  23218-1998
cr          +Tanden A. Kibby,   8518 Quail Hollow Blvd.,   Wesley Chapel, FL 33544-2042
cr          +Taubman Landlords,   c/o The Taubman Company,   Attn. Andrew S. Conway,   200 East Long Lake Road,
             Suite 300,   Bloomfield Hills, MI 48304-2324
cr          +Tax Collector of Sacramento County,   700 H Street, Suite 1710,   Sacramento, CA 95814-1298
cr          +Tennessee Dept. Of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
             POB 20207,   Nashville, TN 37202-4015
cr          +Terrell A. Woods,   5724 Sullivan Point Dr.,   Powder Springs, GA 30127-8454
cr           The Cafaro Northwest Partnership, dba South Hill M,   c/o Sheila deLa Cruz, Esq.,
             Hirschler Fleischer PC,   P.O. Box 500,   Richmond, VA  23218-0500
tee         +The Insurance Company of the State of Pennsylvania,   c/o Silverman Acampora, LLP,
             100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
cr           The Irvine Company,   Bewley, Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
             Whittier, CA  90602-1797
cr          +The Landing at Arbor Place II, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +The Macerich Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
             Los Angeles, CA 90067-3012
cr          +The Marketplace of Rochester Hills Parcel B, LLC,   c/o John D. McIntyre,
             Willcox & Savage, P.C.,   One Commercial Place, Suite 1800,   Norfolk, Va 23510-2115
cr          +The Marvin L. Oates Trust,   Trainor Fairbrook,   c/o Nancy Hotchkiss,   980 Fulton Ave.,
             Sacramento, CA 95825-4558
cr          +The Marvin L. Oates Trust,   c/o Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,
             Sacramento, CA 95825-4558
cr          +The McClatchy Company,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
             Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
tee         +The National Union Fire Insurance Company of Pitts,   c/o Silverman Acampora, LLP,
             100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
cr          +The New York City Dept. of Finance,   The City of New York Law Department,
             c/o Gabriela P. Cacuci,   Assistant Corporation Counsel,   100 Church Street,
             New York, NY 10007-2668
cr          +The Seaport Group LLC,   360 Madison Avenue,   New York, NY 10017-7138
cr          +The Shoppes of Beavercreek Ltd.,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
             1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr          +The Stop & Shop Supermarket Company LLC,   c/o Sands Anderson Marks & Miller, P.C.,
             P./O. Box 1998,   Richmond, VA 23218-1998
cr          +The West Campus Square Co LLC,   C/O DOLMAR INC,   433 N CAMDEN DR,   STE 500,
             BEVERLY HILLS, CA 90210-4443
cr          +Thomas Fox,   47 Bridgewater Rd.,   New Milford, CT 06776-3736
cr          +Thomas Gibson,   66 Athens St.,   San Francisco, CA 94112-1602
cr          #+Thomas Tecza,   11700 Wembley Dr.,   Huntley, IL 60142-6309
cr          +Thomas, Inc.,   101 West 103rd Street,   Indianapolis, IN 46290-1102
cr          +Thomson, Inc.,   101 West 103rd St.,   Indianapolis, IN 46290-1088
cr          +TiVo Inc.,   c/o Zemanian Law Group,   150 Boush Street, Suite 150,   Norfolk, VA 23510-1626
cr          +TomTom, Inc.,   c/o Nixon Peabody LLP,   Attn: Dennis J. Drebsky,   437 Madison Ave.,
             New York, NY 10022-7039
cr          +Tomesha Washington,   104 Amber Stone,   Jacksonville, NC 28546-9082
cr           Tony F. Esposito,   76 Coquina Ridge Way,   Ormond Beach, FL  32174-1816
cr          +Torrington Tripletts, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Toshiba America Consumer Products, L.L.C.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Toshiba America Information Systems, Inc.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Toshiba American Information Systems Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr          +Touchpoint Retail Design, Inc.,   Attn:  Debby Prudhomme,   118 E. 26th St., Ste. 300,
             Minneapolis, MN 55404-4352
cr          +Towson VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
```

```
cr           +Trader Joe's East, Inc.,   Law Office of Eugene M. Magier,   687 Highland Ave.,   Suite 1,
              Needham, MA 02494-2232
cr           +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002
cr           +Tritronics, Inc.,   c/o Ronald S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
              300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr           +Tuscaloosa County Tax Collector,   Attn: Peyton C. Cochrane,   124 Courthouse,
              714 Greensboro Ave.,   Tuscaloosa, AL 35401-1864
cr           +Ty Holbrook,   5915 Crockett,   Lumberton, TX 77657-7833
cr           +Tysons 3, LLC,   c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,
              2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424,   UNITED STATES
cr           +U.S. Department of Labor,Employee Benefits Securit,   1335 East-West Highway,   Suite 200,
              Silver Springs, MD 20910-6253
cr           +UPS Ground Freight, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
              500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr          #+US Debt Recovery III, LP,   940 Southwood Blvd.,   Suite 101,   Incline Village, NV 89451-7401
cr          #+US Debt Recovery IV, LLC,   940 Southwood Blvd, Suite 101,   Incline Village, NV 89451-7401
cr          #+US Debt Recovery V, LP,   940 Southwood Blvd, Suite 101,   Incline Village, NV 89451-7401
cr          #+US Debt Recovery X, LLC,   US Debt Recovery X, LLC,   940 Southwood Blvd,   Suite 101,
              Incline Village, NV 89451-7401
cr          #+US Debt Recovery X, LP,   US Debt Recovery X, LP,   940 Southwood Blvd,   Suite 101,
              Incline Village, NV 89451-7401
cr          #+US Debt Recovery XI, LP,   940 Southwood Blvd,   Suite 101,   Incline Village, NV 89451-7401
cr          #+US Debt Recovery, LLC,   940 Southwood Blvd.,   Suite 101,   Incline Village, NV 89451-7401
cr           +UTC I, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr            Ultmost Technology Corporation,   4F, No. 52, Ming Chuang Rd.,   Taiwan, R.O.C.
cr           +United Parcel Service, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
              500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr          #+United States Debt Recovery, LLC,   c/o Nathan E. Jones,   PO Box 5241,
              Incline Village, NV 89450-5241
intp         +United States Environmental Protection Agency,   Office of General Counsel,
              U.S. EPA Mailcode 2377R,   1200 Pennsylvania Ave., NW,   Washington, DC 20004-3002
cr          #+Us Debt Recovery VIII, L.P.,   US Debt Recovery VIII, L.P.,   940 Southwood Blvd,   Suite 101,
              Incline Village, NV 89451-7401
cr          ++VIVIAN JIN ITOUCHLESS HOUSEWARES & PRODUCTS INC,   777 MARINERS ISLAND BLVD SUITE 125,
              SAN MATEO CA 94404-1584
             (address filed with court:  iTouchless Housewares and Products, Inc.,
              551 Foster City Blvd., Unit M,   Foster City, CA  94404)
cr           +VNO Mundy Street, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr           +VNO TRU Dale Mabry, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr           +Vadim Rylov,   Righetti Glugoski, P.C.,   456 Montgomery Street,   #1400,
              San Francisco, CA 94104-1247
cr           +Valley Corners Shopping Center, LLC,   c/o Lisa Taylor Hudson, Esquire,
              Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr           +Vance Baldwin, Inc.,   c/o Robert S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
              300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr            Vertis, Inc.,   c/o Sheila deLa Cruz,   Hirschler Fleischer PC,   P.O. Box 500,
              Richmond, VA  23218-0500
cr           +Victoria G. Moore,   1306 Elmshadow Drive,   Richmond, VA 23231-4727
cr          #+Victoria L. Eastwood,   3919 Southwinds Place,   Glen Allen, VA 23059-2633
cr           +Village of Mt. Pleasant,   c/o John G. Shannon,   7200 Washington Ave, Ste 102,
              Racine, WI 53406-6516
cr           +Virgil S. Lynn,   820 Stratford Run Dr.,   Fort Mill, SC 29708-5701
cr           +Virginia V. Phillips,   344 Sassafras Road,   Baltimore, MD 21221-3023
cr            Vizio, Inc.,   c/o Joseph A. Eisenberg, PC,   1900 Avenue of the Stars,   7th Floor,
              Los Angeles, CA  90067-4308
cr            Vornado Caguas LP,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr            Vornado Finance, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr           +Vornado Gun Hill Road, LLC,   c/o Lisa Taylor Hudson, Esquire,
              Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
              Richmond, VA 23218-1998
mvnt         +Vornado Realty Trust,   210 Route 4 East,   Paramus, NJ 07652-5108
cr           +WCC Properties,   Alteld & Battaile, PC,   250 North Meyer Ave.,   Tucson, AZ 85701-1047
cr           +WEC 96D Niles Investment Trust,   c/o Goldman & Van Beek,   510 King Street, Suite 416,
              Alexandria, VA 22314-3132
cr           +WINK TV-Fort Myers Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr           +WPBF,   Szabo,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   9th Floor,
              Atlanta, GA 30326-1395
cr           +WXCW TV Sun Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr           +Wake County Revenue Director,   c/o Marcus Kinrade,   PO Box 550,   Raleigh, NC 27602-0550
cr            Walnut Capital Partners - Lincoln Place L.P.,   c/o Midtown Acquisitions,
              65 Easat 55th Street, 20th Floor,   New York, NY  10022
cr           +Walter Swain,   756 Granite Ridge Dr.,   Fort Worth, TX 76179-7332
cr           +Washington Corner, LP,   c/o Jeffrey J. Graham,   Taft Stettinius & Hollister LLP,
              One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
```

```
cr            Washington State Taxing Agencies,    c/o Office of the Attorney General,
              Bankruptcy & Collections Unit,    800 Fifth Ave, Ste 2200,    Seattle, WA  98104-3188
cr            +Watercress Associates, LP, LLP dba Pearlridge Cent,    c/o Douglas D. Kappler,  Esq.,
              Robinson, Diamant & Wolkowitz, APC,    1888 Century Park East,    Suite 1500,
              Los Angeles, CA 90067-1719
cr            +Watt Management Company,    c/o Katten Muchin Rosenman LLP,    2029 Century Park East,    Suite 2600,
              Los Angeles, CA 90067-3012
cr            +Wayne VF LLC,    c/o Lisa Taylor Hudson, Esquire,    Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,    P.O. Box 1998,    Richmond, VA 23218-1998
cr            +Wendy T. Housden,    10100 Ridge Run Road,    Chesterfield, VA 23832-7100
cr            +Westgate Village, LP,    c/o Heather D. Dawson,    Kitchens Kelley Gaynes, P.C.,
              Eleven Piedmont Center, Suite 900,    3495 Piedmont Rd. N.E.,    Atlanta, GA 30305-1717
cr            +Westlake Limited Partnership,    406 SW Washington Street,    Peoria, IL 61602-1503
cr            +Westlake Limited Partnership,    HSBC Bank USA NA,    VonWin,    Dept CH 16354,
              Palatine, IL 60055-0001
cr            +Weston Deese,    c/o Tina Deese,    3315 Heights Ravenna Rd.,    Muskegon, MI 49444-4109
cr            White-Spunner Construction, Inc.,    2010 W 165 Service Road South,    Mobile, AL  36693
cr            +Willard Mark Elliott,    49622 Woodland Dr.,    East Liverpool, OH 43920-8979
cr            +William F. Harmon,    2425 Sage Road,    # 26,    Houston, TX 77056-5005
cr            +William Grimes,    4412 Gulf Ave.,    Midland, TX 79707-5309
cr            +William Hale,    120 Dali Ct.,    Wardnsburg, WV 25403-7679
cr            +William P. Cimino,    15 Albemarle Ave.,    Richmond, VA 23226-1611
cr            Williamson County et al,    co Michael Reed,    Round Rock, TX  78680
cr            +Winn Bus Lines,    1831 Westwood Avenue,    Richmond, VA 23227-4338
tor           +Wyoming Tribune-Eagle,    702 W. Lincolnway,    Cheynne, WY 82001-4397
cr            +Yvette Mack,    c/o Spotts Fain PC,    P.O. Box 1555,    Richmond, VA 23218-1555
cr            c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa,    303 Peachtree Street, NE,
              2800 SunTrust Plaza,    Atlanta, GA 30308
cr            +c/o William A. Wood Panattoni Construction, Inc.,    Bracewell & Giuliani, LLP,
              711 Louisiana St., Suite 2300,    Houston, TX 77002-2849
cr            +c/o William S. Coats Pinnacle Systems, Inc.,    White & Case, LLP,    c/o Pinnacle Systems, Inc.,
              633 W. Fifth Street,    Suite 1900,    Los Angeles, CA 90071-2087
9624556       +1030 W North Ave Bldg LLC,    c o Lloyd Stein,    S Stein & Co,    1030 W North Ave,
              Chicago, IL 60642-2500
9624690       +1251 Fourth Street Investors LLC and Beverly Gemin,    Lori E Eropkin Esq SBN 253048,
              15303 Ventura Blvd Ste 1650,    Sherman Oaks, CA 91403-6620
9624586       +1251 Fourth Street Investors LLC and Beverly Gemin,    Lori E Eropkin Esq SBN 253048,
              Levinson Arshonsky & Kurtz LLP,    15303 Ventura Blvd Ste 1650,    Sherman Oaks, CA 91403-6620
11284960      +13630 Victory Boulevard LLC,    c/o United States Debt Recovery, XI,LP,    5575 Kietzke Lane,
              Suite A,    Reno, NV 89511-2085
9292946       +1965 RETAIL LLC,    C/O MILLENNIUM PARTNERS,    1995 BROADWAY, 3RD FL,    NEW YORK, NY 10023-5882
10071783      +24/7 Real Media Inc,    Contrarian Capital Management, LLC,    411 West Putnam Avenue--Suite 425,
              Greenwich, CT 06830-6281
8676078       +3725 Airport Boulevard, LP,    20 Westwoods Drive,    Liberty, MO 64068-3519
9740801       +380 Towne Crossing LP,    16000 Dallas Pkwy 300,    Dallas, TX 75248-6609
8693216       +44 North Properties, LLC,    c/o Miles & Stockbridge, P.C.,    1751 Pinnacle Drive,    Suite 500,
              Mclean, VA 22102-3833
8585686       +507 Northgate, LLC,    c/o Christopher M. Alston,    1111 - 3rd Ave., #3400,
              Seattle, WA 98101-3264
8634777       +553 Retail, Inc.,    c/o Peter C. Hughes, Esquire,    Dilworth Paxson LLP,    1500 Market Street,
              Suite 3500E,    Philadelphia, PA 19102-2101
9671835       +601 Plaza LLC,    Suzanne Jett Trowbridge,    Goodwin & Goodwin LLP,    300 Summers St Ste 1500,
              Charleston, WV 25301-1678
8773697       +610 & San Felipe, Inc.,    c/o David H. Cox, Esquire,    Jackson & Campbell, PC,
              1120 20th Street, NW, Suite 300-S,    Washington, DC 20036-3437
10493729      +9121 East 71st Street Holdings, LLC,    c/o Lawrence A. Katz,    Venable LLP,
              8010 Towers Crescent Drive, Suite 300,    Vienna, VA 22182-2723
8593307       +ACCO Brands Corporation,    c/o United States Debt Recovery, XLP,    940 Southwood Blvd.-Suite 101,
              Incline Village, NV 89451-7401
10534703      +ADD Holdings LP a Texas Limited Partnership,    c/o United States Debt Recovery,
              940 Southwood Blvd. Suite 101,    Incline Village, NV 89451-7401
9938222       +AIRS HUMAN CAPITAL SOLUTIONS INC,    58 FOGG FARM RD,    WHITE RIVER JUNCTION, VT 05001-9485
8596226       AOL LLC,    HSBC Bank USA,    VonWin,    Dept CH 16354,    Palatine, IL 60055-6354
9662131       AR Investments, LP,    c/o Terra Enterprises Inc.,    11812 San Vicente Blvd., Suite 510,
              Los Angeles, CA 90049-5081
9372002       +ASM Capital III, L.P.,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
9348126       +ASM Capital, L.P.,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
11130446      +ASM SIP, L.P.,    7600 Jericho Turnpike, Suite 302,    Woodbury, NY 11797-1705
8602569       +AT&T,    Attn: Julie Quagliano, Esq.,    QUAGLIANO & SEEGER, P.C.,    2620 P Street, NW,
              Washington DC 20007-3062
8593447       +AT&T,    c/o Julie Quagliano, Esq.,    QUAGLIANO & SEEGER, P.C.,    2620 P Street, NW,
              Washington DC 20007-3062
8665859       ATMOS ENERGY CORPORATION,    PO BOX 650205,    DALLAS TX  75265-0205
8602439       +AVR CPC Associates, LLC,    C/O Jaspan Schlesinger LLP,    300 Garden City Plaza,
              Garden City, New York 11530-3333,    (516) 746-8000
11502754      +Abercorn Common, LLLP,    c/o Jeffery I. Snyder,    1450 Brickwell Avenue,    23rd Floor,
              Miami, FL 33131-3444
10505352      +Abilene-Ridgemont LLC,    c/o Douglas C. Noble,    602 Steed Rd. # 200,    Ridgeland, MS 39157-9428
8589789       +Accent Energy California LLC,    6065 Memorial Drive,    Dublin, Ohio 43017-8218
```

```
8603024     +Alexander H Bobinski, as Trustee,   under Trust No. 1001,   c/o David R McFarlin,
             1851 West Colonial Drive,   Orlando, FL 32804-7013
8710991     +All American Installs,   Michael Caputo,   422 Madison Ave,   Penndel, PA 19047-7546
8578230     +Alliance Entertainment,   n/k/a: Source Interlink Distribution,
             c/o Contrarian Capital Management,   411 West Putnam Avenue, Suite 425,
             Greenwich, CT 06830-6263
9003365     +Allsop Inc.,   Ryan Allsop, VP of Operations,   P.O. Box 23,   Bellingham, WA 98227-0023
11336587    +Almonesson Associates,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
             Philadelphia, PA 19103-2945
8570942      AmREIT, a Texas real estate investment trust,   HSBC Bank USA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-6354
10662918    +Amargosa Palmdale,   c/o United States Debt Recovery VIII,   5575 Kietzke Lane,   Suite A,
             Reno, AZ 89511-2085
9261094      American Express Travel Related Services Co Inc,   Corp Card,   c/o Becket and Lee LLP,
             POB 3001,   Malvern PA 19355-0701
9805248    #+American Future Technology,   Darren Su, Vice President,   11581 Federal Dr.,
             El Monte, CA 91731-3209
11243275    +American National Insurance Company,   Greer Herz & Adams-Tara Annweiler,
             One Moody Plaza 18th Floor,   Galveston, TX 77550-7998
9246877     +American Scale Corp,   3540 Bashford Ave,   Louisville, KY 40218-3113
11396605    +American Systems Corporation,   c/o United States Debt Recovery, XI, LP,   5575 Kietzke Lane,
             Suite A,   Reno, AZ 89511-2085
8691729     +Ammon Properties LC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
             170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
8580932      Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
             Tampa, FL  33601-3239
8585810     +Andrews Electronics,   c/o Justin D. Leonard,   Ball Janik LLP,   101 SW Main, Ste. 1100,
             Portland, OR 97204-3219
9178985     +Antor Media Corporation,   c/o Lenhart Obenshain PC,   100 10th Street, N.E., Suite 300,
             Charlottesville, VA 22902-5481
9075931     +Apex Digital Inc.,   c/o Contrarian Capital Management, LLC,   411 West Putnam Ave., Suite 425,
             Greenwich, CT 06830-6263
8615037     +Arapahoe County Treasurer,   c/o Arapahoe County Attorney Office,   Attn: George Rosenberg,
             5334 S. Prince Street,   Littleton, CO 80166-0001
9939792     +Architectural Group International,   15 W 7th St,   Covington, KY 41011-2301
10105081    +Archon Bay As Assignee of Boys&Girls Club Harlinge,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105080    +Archon Bay As Assignee of Huck Group, Inc.,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
10105079    +Archon Bay As Assignee of Lacrosse Tech. Ltd.,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105077    +Archon Bay As Assignee of Reporter Herald,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
10105076    +Archon Bay As Assignee of WBNX TV,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
10105086    +Archon Bay Assignee of Hampton Mental Health Assoc,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105078    +Archon Bay Assignee of Manatee County Florida,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105084    +Archon Bay Capital LLC Assignee of Bay Counties Pi,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9959351     +Archon Bay Capital, LLC,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
10105083    +Archon Bay as Assignee of Checkers Catering,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105085    +Archon Bay as Assignee of City of Taylor MI,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105082    +Archon Bay as Assignee of Northern California Comp,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105087    +Archon Bay assignee of ICI Dulux Paint Centers,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105089    +Archon Bay assignee of Viking Terminte & Pest Cont,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105090    +Archon Bay assignee of Vision Communications Co.,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9949865     +Archon-SPV K1,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
9371984     +Archos Inc,   7951 E Maplewood Ave, Suite 260,   Greenwood Village, CO 80111-4774
9923065     +Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7381
8831410     +Atlantic Inc.,   10018 Santa Fe Springs,   Santa Fe Springs, CA 90670-2922
8831415     +Atlantic Inc.,   c/o Charles Cross,   10018 Santa Fe Springs,   Santa Fe Springs CA 90670-2922
11149130    +Attensity Corporation,   c/o ASM Capital, L.P.,   7600 Jericho Turnpike, Ste. 302,
             Woodbury, NY 11797-1705
8825928     +Audiovox Corporation,   150 Marcus Blvd.,   Hauppauge, NY 11788-3794
8590219     +Audiovox Corporation,   c/o Duane Morris LLP,   Rudolph J. Di Massa, Jr., Esquire,
             Matthew E. Hoffman, Esquire,   30 South 17th Street,   Philadelphia, Pennsylvania 19103-4001
8590220      Audiovox Corporation,   c/o Levy, Stopol & Camelo, LLP,   Larry Stopol, Esquire,
             1425 RexCorp Plaza,   Uniondale, NY 11556-1425
11281273    +Audrey Soltis,   c/o Krister D. Johnson,   14 North Seventh Avenue,   St. Cloud, MN 56303-4753
8588191     +Averatec/Trigem LLC,   c/o Samuel S. Oh,   1055 West 7th Street - Suite 2800,
             Los Angeles, CA 90017-2554
```

```
11235887   +BANK OF AMERICA, NATIONAL ASSOCIATION,   c/o John S. Kaplan & Perkins Coie LLP,
            1201 3rd Avenue, Suite 4900,   Seattle, WA 98101-3095
8710627    +BAW Plastics Inc.,   Administrative Priority Claim #662,   2148 Century Drive,
            Century III Business Ctr,   Jefferson Hills PA 15025-3654
10074935   +BB Fonds International 1 USA LP,   c/o Mark Mullin,   Haynes & Boone, LLP,
            2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8615829    +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
            2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
9872248    +BBD ROSEDALE LLC,   Mr Chad Morrow,   Sher Garner Law Firm,   909 Poydras St 28th Fl,
            New Orleans, LA 70112-4000
10201874   +BFW/PIKE Associates, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
9819857    +BLDG 2007 Retail LLC and Netarc LLC,   as Tenants in Common,   c/o Bldg Management Co.,
            417 Fifth Ave, 4th Fl,   New York, NY 10016-2239
9134602    +BNSF Logistics, LLC,   Marck Richards, VP Finance,   2500 Lou Mik Drive,
            Forth Worth, TX 76131-2828
9134585     BNSF Logistics, LLC,   C O Seaton & Husk LP,   2240 Gallows Road,   Vienna, VA 22182
9135881    +BPP-MUNCY, LLC,   Sherin and Lodgen,   101 Federal Street,   Boston, MA 02110-2109
8577768    +Bank of America,   c/o Bruce Matson,   951 East Byrd St.,   Richmond, VA 23219-4040
8645826     Barbara O. Cararway, City Treasurer,   City of Chesapeake,   P.O. Box 16495,
            Chesapeake, VA  23318-6495
8683969     Basile Limited Liability Company,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
            P.O. Box 500,   Richmond, VA 23218-0500
8570395    +Basser-Kaufman aka Basser,   c/o Robert L. LeHane,   Kelley Dryer & Warren,   101 Park AVe.,
            New York, NY 10178-0062
8570394    +Basser-Kaufman aka Basser,   c/o James S. Carr,   Kelley Dryer & Warren,   101 Park Avenue,
            New York, NY 10178-0062
9959349    +Bay Counties Pitcock Petroleum,   P.O. Box 23684,   Pleasant Hill, CA 94523-0684
8900768    +Becker Trust, LLC,   50 South Jones Boulevard,   Suite 100,   Las Vegas, NV 89107-2672
8588379    +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
            Two North Central Avenue,   Phoenix, AZ 85004-2391
9957431    +Belen A Abriles Arce,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
8608535    +Bell'O International Corp.,   Henry P. Baer, Jr., Esq.,   Finn Dixon & Herling LLP,
            177 Broad Street, 15th Floor,   Stamford, CT 06901-5002
10712598   +Bella Terra Associates LLC,   J. Bennett Friedman,   1900 Avenue of the Stars 1800,
            Los Angeles, CA 90067-4409
10786236   +Bella Terra Associates, LLC,   c/o United States Debt Recovery, X, LP,
            5575 Kietzke Lane Suite A,   Reno, NV 89511-2085
11243299   +Berkadia Commerical Mortgage, LLC,   c/o Keitha M. Wright,   2200 Ross Avenue, Suite 3300,
            Dallas, TX 75201-7965
9898467    +Birch Rea Partners,   40 William St., Suite 130,   Wellesley, MA 02481-3905
11336589   +Blank Aschkensay Properties,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
10105067   +Blue Heron Micro Opportunities Fund LLP,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
9878411    +Blue Heron Micro Opportunities Fund, LLP,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
10123812   +Blue Heron as Assignee of Metro Signs,   c/o Argo Partners,   12 W. 37th Floor, 9th Floor,
            New York, NY 10018-7480
10105088   +Blue Heron assignee of Rival Communications,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10100722   +Blue Raven Technology,   c/o Contrarian Capital Management, LLC,   411 West Putnam AVe. # 425,
            Greenwich, CT 06830-6263
10427252    Blue Raven Technology Inc.,   George W Tetler III and Mark W Powers,   Bowditch & Dewey LLP,
            311 Main St,   PO Box 15156,   Worcester, MA 01615-0156
8601460    +Bond Circuit VIII Delaware Business Trust,   c/o Lazer, Aptheker, Rosella & Yedid,
            Attn: Robin S. Abramowitz,   225 Old Country Road,   Melville, NY 11747-2700
8698490    +Bond-Circuit IV Delaware Business Trust,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,
            One Gateway Center,   Newark, NJ 07102-5324
9737633    +Bond-Circuit IX Delaware Business Trust,   c/o Adam Hiller, Esq.,
            Pinckney, Harris & Weidinger, LLC,   1220 N. Market Street, Suite 950,
            Wilmington, DE 19801-2537
11336590   +Boulevard North,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
10800821   +Boys & Girls Club of St Lucie Co,   c/o Debt Acquisition Company of America,
            1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
9973403    +Boys & Girls Clubs of Harlingen,   P.O. Box1982,   Harlingen, TX 78551-1982
8764332    +Brian Brown,   c/o Charles D. Whelan III, Esq.,   114 Bayard Street,
            New Brunswick, NJ 08901-1956
9927186   ##+Broadway Neon Sign Corp Dba,   Broadnsar National Sign And Lighting,
            Carl Paparella VP and Gen Counsel,   2150 5th Avenue,   Ronkonkoma, NY 11779-6906
10150813   +Bruce Clay, Inc.,   c/o U.S Bank Corporation Trust Service,   60 Livingston Avenue,   EP-MN-WS3T,
            St. Paul, MN 55107-2292
9949217     Bruce Senator,   F-99302 B3-117-L,   Calipatria State Prison,   P.O. Box 5005,
            Calipantra, CA 92233-5005
10173429   +Buckhead Triangle Liquidity Sol. Inc.,   One university Plaza,   Suite 312,
            Hackensack, NJ 07601-6205
8588462    +Bush Industries, Inc.,   c/o Olshan Grundman Frome Rosenzweig & W,   65 East 55th Street,
            New York, New York 10022-3219
```

```
9923810     +Bustillo Hernandez Roberto,   Cl# 595576, Amt. $6,165.90,   PO Box 194145,
             San Juan, PR 00919-4145
9938086     +CANTON REPOSITORY,   MIKE DARNELL,   500 MARKET AVENUE SOUTH,   CANTON, OH 44702-2112
10770270     CB Richard Ellis/Louisville, LLC,   c/o Robert J. Brown,   Wyatt, Tarrant & Combs, LLP,
             250 West Main Street, Suite 1600,   Lexington, KY 40507-1746
8601456     +CC Colonial Trust,   c/o Lazer, Aptheker, Rosella & Yedid, P.,   Attn: Robin S. Abramowitz,
             225 Old Country Road,   Melville, NY 11747-2700
8698499     +CC Hamburg NY Partners, LLC,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,   One Gateway Center,
             Newark, NJ 07102-5324
8601457     +CC Joliet Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
             225 Old Country Road,   Melville, NY 11747-2700
8601459     +CC Merrilville Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
             225 Old Country Road,   Melville, NY 11747-2700
9811584     +CC Properties LLC,   Attn Michelle Ingle,   c o FBL Financial Group Inc,   5400 University Ave,
             West Des Moines, IA 50266-5950
9915930     +CCMS 2005-CD1 HALE ROAD, LLC,   c/o Mindy A. More,   BPP-Conn LLC,
             200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
11067775    +CENTENNIAL HOLDINGS LLC,   c/o United States Debt Recovery, X, LP,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
9915924     +CGCMT 2006-C5 Glenway Avenue LLC,   c/o Mindy A. More,   BPP-OH,
             200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
9916367     +CMAT 1999C2 Idle Hour Rd. LLC,   c/o Mindy Mora,   CC Kingsport 98,LLC,
             200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
8623810     +COLE CC GROVELAND FL, LLC,   c/o Jeffrey T. Wegner, Esquire,   KUTAK ROCK LLP,
             The Omaha Building,   1650 Farnam Street,   Omaha, NE 68102-2186
9905061     +COMPUVEST CORPORATION,   3600 LIND AVENUE SW STE 130,   RENTON, WA 98057-4934
11709089    +CRT Special Investments LLC,   262 Harbor Dr,   Stamford, CT 06902-7438
9178942     +CWCapital Asset Management LLC,   c/o Venable LLP,   8010 Towers Crescent Drive,   Suite 300,
             Vienna VA 22182-2723
11033526    +Calogy Associates LLC,   c/o Richards Kibbe & Orbe,   One World Financial Center,
             New York, NY 10281-1003
8601395     +Cameron Group Associates, LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
             300 S. Orange Avenue, Suite 1000,   Orlando, FL 32801-5403
11365015     Caparra Center Associates, LLC,   HSBC Bank USA,   WonWin,   Dept CH 16354,
             Palatine, IL 60055-6354
10437750    +Capital Sources LLC,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
10124776    +Cardinal Court, LLC,   2125 W. Washington Street,   West Bend, WI 53095-2205
10049843    +Carlson Marketing Worldwide Inc,   c/o Tracy Lea,   1405 N Xenium Ln,   Plymouth, MN 55441-4449
8670517     +Carlyle-Cypress Tuscaloosa, LLC,   c/o Lyndel Anne Mason,
             CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St. - Ste 570, Founders Sq.,
             Dallas, TX 75202-2413
9948661     +Carole Kaylor,   c/o Thomas P. Finn, Esquire,   153 Lakemont Park Boulevard,
             Altoona, PA 16602-5943
9959564     +Carrera Arquitectos PSC,   Acuerela 100, Ste. 301,   Guaynabo, PR 00969-3579
9950498     +Carrollton Arms LLC,   c/o Jefferies Leveraged Crt Products LLC,   One Station Place,
             Three North,   Stamford, CT 06902
8577737     +Centro Properties Group,   c/o Ballard Spahr Andrews & Ingersoli,   51st Floor-Mellon Bank Center,
             1735 Market Street,   Philadelphia, PA 19103-7599
8699201     +Century PLaza Development Corporation,   c/o Law Offices of David A. Greer PLC,
             500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8667801     +Charlotte Co Tax Collector,   Vickie L Potts, Tax Collector,   18500 Murdock Circle,
             Port Charlotte FL 33948-1068
8584110     +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   PO Box 8321,   Savannah, GA 31412-8321
9895142     +Chattanooga Free Press,   400 East 11th Street,   Chattanooga, TN 37403-4200,   Attn: Peggy Pate
9895143     +Chattanooga Publishing Co Inc.,   400 East 11th Street,   Chattanooga, TN 37403-4200,
             Attn: Peggy Pate
9965629     +Checkers Catering,   83 Wright Brothers Ave.,   Livermore, CA 94551-9473
9745547     +Checkpoint Systems Inc,   dba Alpha Security Products,   101 Wolf Dr,   Thorofare, NJ 08086-2243
8832124     +Circsan Limited Partnership,   c/o Kin Properties, Inc.,   185 NW Spanish River Blvd, Ste 100,
             Boca Raton, FL  33431-4230,   ATTN: Allen P. Lev, Esq.
9033831      City of Avondale,   c/o Sean P. O'Brien,   Gust Rosenfeld PLC,   201 E. Washington St., #800,
             Phoenix, AZ 85004-2327
8631491     +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
             Newport News, VA 23607-4301
8614927     +City of Philadelphia,   c/o Ashley M. Chan,   One Logan Sq. 27th Floor,
             Philadelphia, PA 19103-6910
8656193     +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,
             2915 Biddle Avenue,   Wyandotte, MI 48192-5267
9959347     +City of Taylor, MI,   P.O Box 298,   Taylor, MI 48180-0298
8908573     +City of Trotwood,   Income Tax Department,   4 Strader Dr,   Trotwood, OH 45426-3343
10538024    +City of Virginia Beach,   c/o City Attorney's Office,   Alexander W. Stiles, Esquire,
             2401 Courthouse Drive, Suite 260,   Virginia Beach, VA 23456-9120
10047620     Classic Tech Development Ltd.,   HSBC Bank USA NA,   VonWin,   Dept. CH 16354,
             Palatine, IL 60055-6354
8710993     +Clean Carton Co Inc,   8437 Delport,   St. Louis, MO 63114-5996
11693942    +Cleveland Towne Center LLC,   c/o United States Debt Reovery, XI, LP,
             5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
8680885     +Cleveland Towne Center, LLC,   c/o Miller & Martin PLLC,   Attn:  Nicholas W. Whittenburg,
             832 Georgia Avenue, Suite 1000,   Chattanooga, TN 37402-2289
```

```
8615096    +Cobb Corners II, LP,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2367
9870767    +Cofal Partners LP,   Attn R Joel Cosloy,   1116 Oliver Building,   535 Smithfield St,
            Pittsburgh, PA 15222-2393
8629815    +Cohesion Products, Inc.,   c/o Receivable Management Services,   PO Box 5126,
            Timonium, MD 21094-5126
9689797    +Colonial Heights Holding LLC,   c o William A Gray Esq,   Sands Anderson Marks & Miller PC,
            PO Box 1998,   Richmond, VA 23218-1998
8591390    +Colorado Structures, Inc. dba CSI Constr. Co,   c/o Mary E. Olden,   McDonough Holland & Allen PC,
            555 Capitol Mall, 9th Floor,   Sacramento, CA 95814-4601
8591383    +Colorado Structures, Inc., dba CSI Construction Co,   c/o Mary E. Olden; Andre K. Campbell; Se,
            McDonough Holland & Allen PC,   555 Capitol Mall, 9th Floor,   Sacramento, CA 95814-4601
8616162    +Columbia Plaza Joint Venture,   % Jordan Humphreys, Attorney,   3210 Bluff Creek,
            Columbia, MO 65201-3525,   573-449-2503,   jhumphreys@fpb-law.com
10789746   +Columbus Productions Inc,   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue-Suite 425,   Greenwich, CT 06830-6263
8570388     Commonwealth of VA Dept. of Taxation,   c/o Jeffrey Scharf,   PO Box 771476,   Richmond, VA 23255
8570386     Commonwealth of VA, Dept. of Taxation,   c/o Mark Ames,   PO Box 2156,   Richmond, VA 23218-2156
8649740    +Commonwealth of Virginia,   Department of Taxation,   PO Box 2156,   Richmond VA 23218-2156
8902009    +Commonwealth of Virginia,   Department of Taxation,   Taxing Authority Consulting Services PC,
            PO Box 71476,   Richmond VA 23255-1476
10825415   +Communications Wiring Inc,   c/o Debt Acquistion Company of America,
            1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
8570381     Comptroller of Public Accounts of State of Texas,   c/o Mark Browning, Asst. Atty. General,
            Bankruptcy & Collections Division,   PO Box 12548,   Austin, TX 78711-2548
8625449    +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704,
            Attention: Eric J. Snyder, Esq.
9917560    +Congressional North Associates, LP,   Craig M. Palik, Esq,   6411 Ivy Ln Ste 200,
            Greenbelt, MD 20770-1405
9917549    +Congressional Noth Associates LP,   Craig M.Palik, Esq,   6411 Ivy Ln Ste 200,
            Greenbelt, MD 20770-1405
10104297    Consumer Vision LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
9844059    +Contrarian Capital Management, L.L.C.,   Attn: Kimberly Gianis,
            411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6281,   Tel. 203-862-8250,
            Email: kgianis@contrariancapital.com
9735216    +Contrarian Funds, LLC,   411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
9079347    +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941
9875708    +Corre Opportunities Fund, L.P.,   1370 Avenue of the Americas, 29th Floor,
            New York, NY 10019-4602,   USA
11322179    Cosmi Corporation,   HSBC Bank USA NA,   VonWin,   Dept CH 163 54,   Palatine, IL 60055-6354
11261459   +Counsel County of Alameda,   David W. Lannetti,   Anne G. Bibeau,   VANDEVENTER BLACK LLP,
            101 W. Main Street, Ste. 500,   Norfolk, VA 23510-1699
9135914    +County of Merced, California,   c/o Karen Adams,   2222 M Street,   Merced, CA 95340-3729
10168306    Cousins Properties Incorporated,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
            Suite 2600,   Los Angeles, CA 90067-3012
10162185    Cousins Properties Incorporated (Los Altos Market,   c/o Katten Muchin Rosenman LLP,
            2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012
10201915   +Coventry II DDR Buena Place Place LP,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201901   +Coventry II DDR Merriam Village LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
8825768    +Credit Suisse International,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698
9182848    +Credit Suisse Loan Funding LLC,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698
11542175   +Crossways Financial Associates LLC,   c/o United States Debt Recovery, XI, LP,
            5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
8697582    +Crossways Financial Associates, LLC,   Paul K. Campsen,   Kaufman & Canoles, P.C.,
            150 W. Main Street, Suite 2100,   Norfolk, VA 23510-1681
8825775    +D-Link Systems, Inc.,   17595 Mt. Herrmann Street,   Fountain Valley, CA 92708-4160
10201862   +DDR Crossroads Center LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201855   +DDR Homestead LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201892   +DDR Horseheads LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
10201911   +DDR MDT Asheville River Hills,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201914   +DDR MDT Monaca Twp Marketplace LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201912   +DDR MDT Woodfield Village LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201880   +DDR Miami Avenue, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201878   +DDR Southeast Cary, L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201868   +DDR Southeast Dothan L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201907   +DDR Southeast Highlands Ranch,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201897   +DDR Southeast Loisdale, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
```

```
10201881   +DDR Southeast Olympia DST,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10202243   +DDR Southeast Rome, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201899   +DDR Southeast Snellville, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201879   +DDR Southeast Union, L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201811   +DDR Southeast Vero Beach, LLC,   c/o Midtown Asquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201913   +DDR Union Consumer Square LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201893   +DDR-SAU Wendover Phase II, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201903   +DDR/1st Carolina Crossings South LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201889   +DDRC Walks @ Highwood Preserve I LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201917   +DDRM Hilltop Plaza LP,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201908   +DDRM Skyview Plaza LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201905   +DDRTC CC Plaza LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,   65 East 55th Street,
            New York, NY 10022-3219
10201891   +DDRTC Columbiana Station I LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201858   +DDRTC Creeks at Virginia Center, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11253648   +DDRTC McFarland Plaza, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201896   +DDRTC Newman Pavilion LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201904   +DDRTC Southlake Pavilion LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201877   +DDRTC Sycamore Commons, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201906   +DDRTC T&C LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
10201898   +DDTRC McFarland Plaza, LLC,   c/o Developers Diversified Realty,   Corporation,
            3300 Enterprise Parkway,   Beachwood, OH 44122-7200
8571205     DFS SERVICES LLC,   C/O BRIAN SIROWER, ESQ.,   QUARLES & BRADY LLP,   TWO NORTH CENTRAL AVENUE,
            PHOENIX, AZ  85004-2391
8615095    +DIM Vastgoed, N.V.,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2367
9915974    +DMARC 2006-CD2 DAVIDSON PLACE, LLC,   c/o Mindy Mora,   BPP-VA LLC,
            200 South Biscayne Blvd # 2500,   Miami, FL 33131-5340
9916316    +DMARC 2006-CD2 POUGHKEEPSIE, LLC,   c/o Mindy A. Mora,   BPP-NY LLC,
            200 South Biscayne Blvd # 2500,   Miami, FL 33131-5340
11353750   +DOLLINGER LOST HILLS ASSOCIATES,   c/o Contrarian Funds LLC,   411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
9810699    #+DXG Technology USA,   1001 Lawson St.,   City of Industry, CA 91748-1135,   Attn: Sharon Yen
9935907    +Daily Journal,   c/o Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9923110    +Daily News Record,   Cl #595696, Amt. $7,670.72,   PO Box 193,   Harrisonburg, VA 22801-0193
9932375    +Daily Oklahoman,   c/o Argo Partners,   12 West 37th St., 9th Floor,   New York, NY 10018-7480
10806789   +Daily Republic, The,   c/o Debt Acquisitions Company of America,   1565 Hotel Circle South,
            Suite 310,   San Diego, CA 92108-3419
9229318     Dallas Cowboys Football Club Ltd. & Pro Silver Sta,   1 Cowboys Parkway,   Irving, TX 75063
9602614    +Daly City Partners I, LLP,   88 Kearny Street,   Suite 1818,   San Francisco, CA 94108-5523
10812822   +Davis Enterprise,   c/o Debt Acquisition Company of America,   1565 Hotel Circle South,
            Suite 310,   San Diego, CA 92108-3419
8703551     Dawn vonBechmann,   Attn: Neil E. McCullagh, Esq.,   Cantor Arkema, P.C.,   P.O. Box 561,
            Richmond, Va 23218-0561
10766359   +DeMatteo Management Inc,   c/o United States Debt Recovery,,   5575 Kietzke Lane,   Suite A,
            Reno, NV 89511-2085
8581072    +DeMatteo Management, Inc.,   c/o Jennifer V. Doran, Esq.,   Hinckley Allen & Snyder LLP,
            28 State Street,   Boston, MA 02109-1776
10800825   +Debt Acquisition Company of America V, LLC,   1565 Hotel Circle S #310,   San Diego CA 92108-3419
10138741   +Dentici Family Limited Partnership,   c/o United States Debt Recovery V,LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
10138742   +Dentici Limited Family Partnership,   c/o United States Debt Recovery V, LP,
            940 Southwood Blvd # 101,   Incline Village, NV 89451-7401
11095283    Desert Home Communities Of OK,   HSBC Bank USA,   VonWin,   Dept CH 16354,
            Palatine, LR 60055-6354
10201890   +Developers Diversified Realty Corp,   c/o Developers Diversified Realty,   Corporation,
            3300 Enterprise Parkway,   Beachwood, OH 44122-7200
8578346    +Developers Diversified Realty Corp.,   Attn: Eric C. Cotton,   3300 Enterprise Parkway,
            Beachwood, OH 44122-7200
8570420    +Developers Diversified Realty Corp.,   c/o Eric Cotton,   3300 Enterprise Parkway,
            PO Box 227042,   Beachwood, OH 44122-7200
```

```
8570419    +Developers Diversified Realty Corp.-DDR,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8570418    +Developers Diversified Realty Corp.-DDR,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11339998   +Dick's Sporting Goods Inc.,   c/o Midtown Acquisitions,   65 East 55th Street,
            New York, NY 10022-3219
8577114    +Dicker-Warmington Properties,   c/o Stephen Spence & Scott Adkins,   1200 North Broom Street,
            Wilmington, DE 19806-4204
9179449    +Digital Innovations, LLC,   3436 N. Kennicott,   Arlington Heights, IL 60004-7814
8592221    +Discovery Communications, Inc. (4109),   c/o Szabo Associates, Inc.,
            3355 Lenox Road NE, 9th Floor,   Atlanta, GA 30326-1394
10254779   +Dish Doctors, The,   6385 Rt. 96,   Victor, NY 14564-1411
8582907    +Ditan Distribution LLC,   c/o Michael S. Kogan, Esq.,   Ervin, Cohen & Jessup LLP,
            9401 Wilshire Boulevard, Suite 900,   Beverly Hills, California 90212-2974
8572548    +Dollar Tree Store, Inc.,   % Scott Kipnis, Rachel Greenberger &,
            Nicholas Malito Esqs, Hofheimer Gartlir,   530 Fifth Ave.,   New York, NY 10036-5101
8712287    +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss, Esquire,   Trainor Fairbrook,
            980 Fulton Avenue,   Sacramento, CA 95825-4558
8719787    +Donahue Schriber Realty Group, L.P.,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,
            980 Fulton Avenue,   Sacramento, CA 95825-4558
9937952    +Dorel Juvenile Group Inc,   Barnes & Thornburg LLP,   c o Alan K Mills,   11 S Meridian St,
            Indianapolis, IN 46204-3535
9833036    +Dover Master Fund II, L.P.,   c/o Contrarian Funds, LLC,   411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
8649784    +Dunwell, Donavan,   c/o Chiariello & Chiariello,   118-21 Queens Boulevard, Ste. 603,
            Forest Hills, NY 11375-7206
8617383     Duquesne Light Company,   c/o Kirk B. Burkley, Esquire,   Bernstein Law Firm, P.C.,
            Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
10005951   +E&A Northeast Limited Partnership,   21 Custom House Street, Suite #450,   Boston, MA 02110-3552
8568654     E&A Northeast Limited Partnership,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
            Goulston & Storrs, PC,   400 Atlantic Avenue,   Boston, MA 02110-3333
11702682    EBC Marketing Inc.,   HSBC Bank USA,   Von Win,   Dept CH16354,   Palatine, IL 60055-6354
10631520   +EEOC Jamal Booker and Christopher Snow,   c/o United States Debt Recovery, VIII, L,
            5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
9846233    +EMC Insurance Companies,   PO BOX 712,   Des Moines, IA 50306-0712
10098177   +Eastern Security Corp,   120 Broadway, No. 36,   New York, NY 10271-0002
10100141   +Eastern Security Corporation,   c/o Contrairian Capital Management, LLC,
            411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10653126   +Eastman Kodak Co.,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
8695142     Edwin Watts Golf Shops, LLC,   c/o Stephen E. Scarce,   6802 Paragon Place, Suite 300,
            Richmond, VA 23230-1655
8620569    +Eel McKee LLC,   c/o Howard, Rice et al.,   Attn: Gary M. Kaplan, Esq.,
            Three Embarcadero Center, 7th Floor,   San Francisco, California 94111-4078
8996666    +Electra Craft Inc,   41 Woodbine Street,   Bergenfield, NJ 07621-3513
11581628   +Electrical Management Group Inc,   c/o United States Debt Recovery XI,   5575 Kietzke Lane # A,
            Reno, NV 89511-2085
8615100    +Encinitas PFA, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2367
8607425    +Engineered Structures, Inc.   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue-Suite 425,   Greenwich, CT 06830-6263
9883762    +Enid Two LLC,   c o Nancy Isaacson Esq,   75 Livngston Ave,   Roseland, NJ 07068-3737
8593280    +Entergy Arkansas Inc,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593279    +Entergy Gulf States Louisiana,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593278    +Entergy Louisiana, LLC,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593277    +Entergy Mississippi,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593281    +Entergy Texas, Inc,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8575375    +Envision Periperhals, Inc,   c/o Gay Richey, Sr. Creidt Manager,   47490 Seabridge Drive,
            Fremont, CA 94538-6548
9878315     Epsilon Interactive Inc,   16 W 20th Street,   New York, NY 10011-4203
8667374    +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   200 Allegheny Center Mall,
            Pittsburgh, Pa 15212-5339
8571855    +Evergreen Plaza Associates,   c/o John L. Senica,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-3439
11399505   +Evergreen-McDowell & Pebble Creek, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8577124    +Expesite, LLC,   c/o Andria Beckham & Kenneth Johnson,   100 S. Third Street,
            Columbus, OH 43215-4236
8868147    +Express Services, Inc.,   P.O. Box 179,   Piedmont, OK 73078-0179
8572509    +F&M Properties, Inc.,   % Fred B. Ringel, Esq.,   Robinson Brog Leinwand Greene et al,
            1345 Ave. of the Americas,   New York, NY 10105-0302
8574638    +F.R.O., LLC IX,   c/o Timothy F. Brown,   Arent Fox LLP,   1050 Connecticut Ave. NW,
            Washington, DC 20036-5369
9116446    +FCMA, LLC,   Gerald J. Ghinelli, Managing Member,   430 Commerce Blvd.,
            Carlstadt, NJ 07072-3013
```

```
11502752   +FM Facility Maintenance LLC,   c/o United States Debt Recovery,   5575 Kietzke Lane, Suite A,
            Reno, NV 89511-2085
11501996   +FM Facility Maintenance LLC fka IPT LLC,   c o Saiber LLC,   Nancy A Washington Esq,
            One Gateway Center 13th Fl,   Newark, NJ 07102-5323
9735697    +FR E2 Property Holdings, LP,   707 Eagleview Blvd., Suite 110,   Exton, PA 19341-1159
9898469    +FRO LLC IX,   Arent Fox LLP,   c o Christopher J Giamio,   1050 Connecticut Ave NW,
            Washington, DC 20036-5369
9784677    +Faber Bros Inc,   G David Dean,   Cole Schotz Meisel Forman & Leonard PA,
            300 E Lombard St Ste 2000,   Baltimore, MD 21202-3233
9784678    +Faber Bros Inc,   G David Dean Esq,   300 E Lombard St Ste 2000,   Baltimore, MD 21202-3233
8891336    +Fairfax County, VA,   Office of the County Attorney,   12000 Government Center Pkwy.,   Suite 549,
            Fairfax, Virginia 22035-0001
8593129    +Faram Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
8577738    +Federal Realty Investment Trust,   c/o Ballard Spahr Andrews & Ingersoli,
            51st Floor-Mellon Bank Center,   1735 Market Street,   Philadelphia, PA 19103-7599
9650435    +Fire Materials Group LLC,   Paul J Leeds Esq,   Higgs Fletcher & Mack LLP,
            401 West A St Ste 2600,   San Diego, CA 92101-7913
9735716    +First Industrial Realty Trust, Inc.,   707 Eagleview Blvd., Suite 110,   Exton, PA 19341-1159
11639461    Flintlock Northridge, LLC,   HSBC Bank USA NA,   Von win,   Dept Ch 163 54,
            Palatine, IL 60055-6354
11411839    Fonegear,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
8696163    +Food Lion LLC,   c/o Linda Lemmon Najjoum,   Hunton & Williams LLP,
            1751 Pinnacle Drive, Suite 1700,   McLean, Virginia 22102-3836
9714951    +Forecast Danbury Limited Partnership,   Attn Lynette Francoise,
            c o Forest Properties Management,   19 Needham St,   Newton, MA 02461-1624
8641709    +Four Star International Trade,   c/o Wendy M. Mead,   11 Pleasant St. # 30,
            Worcester, MA 01609-3232
10100139    Fuji,   Fujifilm USA, Inc.,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-6354
9076343    +Funai Service Corporation,   5653 Creekside Parkway,   Suite A,   Lockbourne, OH 43137-9272
11201284   +Furniture Values International,   c/o FMCA HSBC Bank USA NA,   VonWin,   Dept CH 163554,
            Palatine, IL 60055-0001
11555459   +GELCO CORPORATION,   DBA GE FLEET SERVICES,   ATTN KEITH BERGQUIST, BANKRUPTCY LITIGAT,
            THREE CAPITAL DR,   EDEN PRAIRIE, MN 55344-3890
11266376   +GRI EQY Sparkleberry Square LLC,   c/o Aaron Kitlowski,   Vice President & General Counsel Equity,
            410 Park Avenue, Suite 1220,   New York, NY 10022-9461
10201895   +GS Erie LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,   65 East 55th Street,
            New York, NY 10022-3219
8578296    +Garmin International, Inc.,   Attn: Andrew Etkind,   1200 East 151st Street,
            Olathe, KS 66062-3426
11556357   +Gelco Corporation dba Fleet Services,   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
8615571    +General Growth Properties, Onc,   c/o Robert L. LeHane,   101 Park Ave.,
            New York, NY 10178-0002
8687309     Giant Eagle, Inc.,   c/o Darlene M. Nowak, Esq.,   Marcus & Shapira LLP,
            35th Floor One Oxford Centre,   Pittsburgh PA 15219
8686083    +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh PA 15238-2833
8888216    +Glenmoor Limited Partnership,   c/o Kevin L. Sink, Attorney,   P.O. Box 18237,
            Raleigh, NC 27619-8237
11571742   +Gloria Scarnati,   PO Box 113524,   Pittsburgh, PA 15241-5524
11336591   +Goodmill, LLC,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,   Philadelphia, PA 19103-2945
11545727    Gravois Bluffs IIIm LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 163554,
            Palatine, IL 60055-6354
8614959    +Greece Ridge, LLC,   c/o Thomas W. Daniels,   1265 Scottsville Rd.,   Rochester, NY 14624-5104
8601826    +Green 521 5th Avenue LLC,   c/o Stempel Bennett Claman & Hochberg, P,
            675 Third Avenue, 31st floor,   New York, New York 10017-5721,   Attn: Edmond P. O'Brien, Esq.
8719786    +Greenback Associates,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
            Sacramento, CA 95825-4558
11281298   +Gregory Lee McCall,   U.S.M # 15064-045/USP LOMPOC,   3901 Klein Blvd,   Lompoc, CA 93436-2706
9923045    +HAMILTON SECURITY & INVESTIGATIONS,   Claim #250, Amt. $19,505.50,   12764 Big Rock Way,
            Trenton, IL 62293-4557
10062971   +HAYDEN MEADOWS JV,   Jill Hollowell,   TMT DEVELOPMENT CO INC,   805 SW Broadway Ste 2020,
            PORTLAND, OR 97205-3360
8654027     HENRICO COUNTY,   P.O. BOX 90775,   HENRICO, VIRGINIA 23273-0775
10038975   +HITACHI AMERICA LTD,   900 HITACHI WAY,   CHULA VISTA, CA 91914-3556
9890541    +HOWELLS HEATING & AC,   PO BOX 2048,   ASHLAND, VA 23005-5048
9237422    +HRB Digital LLC, f/k/a H&R Block DIgital Tax Solut,   One H&R Block Way,
            Kansas City, MO 64105-1905
10037716    HSBC Bank USA NA,   c/o Fujifilm USA, Inc.,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10603214   +Hallaian Brothers, a general partnership,   2416 W Shaw 104,   Fresno, CA 93711-3303
9959350    +Hampton Mental Health Assoc,   2208 Executive Dr., Suite C,   Hampton, VA 23666-6603
10832742   +Hardymon, James F.,   c/o Debt Acquisition Company of America,
            1565 Hotel Circle South, Suite 310,   San Diego, CA 92108-3419
8685598     Heartland Regional Medical Center,   c/o Michael I. Mossman, Attorney at Law,   P.O. Box 330129,
            Nashville, TN 37203-7501
10890500   +Heritage Plaza LLC,   9986 Manchester Rd.,   St. Louis  MO 63122-1934
10585613   +Herndon, Thomas J,   9611 Custer Rd No 2138,   PLANO, TX 75025-6524
8574843    +Hewlett Packard Company,   c/o Roy Terry, Jr.,   600 E. Main Street, 20th Floor,
            Richmond, VA 23219-2430
```

```
8578136      +Hewlett-Packard Company,  Attn: Ramona Neal/Chris Patafio,   11307 Chinden Blvd., MS 314,
              Boise, ID 83714-1021
8672552       Hillson Electric Incorporated,  c/o: Gary V. Fulghum,   Seigfreid, Bingham,
              2800 Commerce Tower, 911 Main Street,  Kansas City, MO  64105
10144020      HireRight Solutions Inc., FKA USIS Commerical,  c/o US Bank Corp. TrustServices,
              60 Livingston Ave.,   EP-MN-WS3T,  ST. Paul, MN 55107-2292
9253200      +Holiday Foliage, Inc.,  kristine Vanzutphen,   VP of Operations,   2592 Otay Center Dr.,
              San Diego, CA 92154-7611
10848120     +Holiday Inn,  c/o Debt Acquisition Company of America,   1565 Hotel Circle South Suite 310,
              San Diego, CA 92108-3419
9624585       Hollingsworth Capital Partners Intermodal LLC,  J Calvin Ward Esq,   PO Box 900,
              Knoxville, TN 37901-0900
8607208      +Home Depot USA, Inc.,  c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
              2200 Ross Avenue, Suite 2200,  Dallas, Texas 75201-2748
8582425      +Homero Alonso Mata,  c/o David G. Reynolds, Esq.,   PO Box 1700,  Corrales, NM 87048-1700
8581311      +Homero Mata,  c/o David G. Reynolds, Esq.,   PO Box 1700,  Corrales, NM 87048-1700
9822508     #+Hoprock Limonite LLC,  Attn Lisa Hill Fenning,  Dewey & LeBoeuf LLP,   333 S Grand Ave Ste 2600,
              Los Angeles, CA 90071-1530
8840578      +Horizon Connections, Inc,  c/o Robert Dodd & Associates, LLC,   303 S. Mattis, Ste. 201,
              Champaign, IL 61821-3070
10837242     +Houston Community Newspapers,  c/o Debt Acquisition Company of America,
              1565 Hotel Circle South Suite 310,  San Diego, CA 92108-3419
9799737      +IBM Corporation,  1 New Orchard Rd,   Armonk, NY 10504-1783
9799736       IBM Corporation,  c/o IBM Corporation,   Bankruptcy Coordinator,   13800 Diplomat Dr.,
              Dallas, TX 75234-8812
8596848      +IBM Corporation,  c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
9959348      +ICI Dulux Paint Centers,  P.O. Box 905066,   Charlotte, NC 28290-5066
9912785      +ICT GROUP INC,   100 BRANDYWINE BLVD,  NEWTOWN, PA 18940-4002
10256620      Ideal Technology Inc.,  HSBC Bank USA NA,   Dept CH 16354,   Palatine, IL  60055-6354,   USA
8601627      +Illinois Dept. of Employment Security,  Attorney General Section - 9th Floor,   33 S. State St.,
              Chicago, IL 60603-2808
8981838       Imagination Entertainment,  Kristen Fleming, COO,   Attention: 6161 Santa Monica Blvd,
              Suite 100,  Los Angeles, CA 90038
9662227      +Imagitas Inc,  48 Woerd Ave, Suite 101,   Waltham, MA 02453-3824
8673700      +Impressions Marketing Group,  7951 Angleton Ct.,   Lorton, VA 22079-1012
10100137      Industriaplex, Inc.,  HSBC BANK USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10029746      Industriaplex, Inc.,  HSBC Bank USA NA,   Von Win,   Dept CH 16354,   Palatine, IL 60055-6354
8596898      +InfoPrint Solutions Company,  c/o IBM Corporation,   ATTN: Vicky Namken,   13800 Diplomat Dr.,
              Dallas, TX 75234-8812
9624583       Infogain Corporation,  Julie H Rome Banks,   Binder & Malter LLP,   2775 Park Ave,
              Santa Clara, CA 95050-6004
10201870     +Inland-SAU Greenville Point, LLC,  c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,  New York, NY 10022-3219
8568677      +Interstate Augusta Properties LLC,  c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
              Goulston & Storrs, P.C.,  400 Atlantic Avenue,  Boston, MA 02110-3333
8680886      +Interstate Waste Services,  c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
              Timonium, Maryland 21094-5126
10005948     +Invotex, Inc. d/b/a Invotex Group,  c/o Longacre Opportunity Fund, LP,
              1325 Avenue of the Americas, 28th Floor,   New York, NY 10019-6583,   Attn: Vladimir Jelisavcic
8825927      +Ion Audio, LLC,  200 Scenic View Drive,   Suite 201,  Cumberland, RI 02864-1847
8672723      +Iron Mountain Information Management, Inc.,  c/o Frank F. McGinn, Esq.,
              Bartlett Hackett Feinberg P.C.,  155 Federal Street, 9th Floor,  Boston, MA 02110-1610
9735918      +JOHNSTOWN SHOPPING CENTER LLC,  c/o United States Debt Recovery V. LP,   5575 Kietzke Lane,
              Suite A,   Reno, NV 89511-2085
9938076       JOURNAL STAR,  1 NEWS PLAZA,   PEORIA, IL 61643-0001
10023940      JP Associates,  100 Naamans Rd, Ste. 5F,   Claymont, DE 19703-2700,   Attn: Mark Anchor
8596627      +JWC/Loftus LLC,  2595 Canyon Blvd. Suite 250,   Boulder, CO 80302-6744
9105238      +Jack D Daniels,  P.O. Box 215,   Jonesborough, TN 37659-0215
8575334      +James Donaldson,  Core Properties, Inc.,   831 East Morehead St. Ste 445,
              Charlotte, NC 28202-2784
10452657      Jantzen Dynamic Corporation,  c/o Peter D. Bilowz, Esq.,   Goulston & Storrs, P.C.,
              400 Atlantic Avenue,  Boston, MA 02110-3333
9758865      +Jefferies Leveraged Credit Products, LLC,  c/o Midtown Acquisitions LP,   Attn: Jennifer Donovan,
              65 East 55th St.,  New York, NY 10022-3219
9989589       John D Brush & Co Inc dba Sentry Group,  900 Linden Ave,   Rochester, NY 14625-2700
9020448      +John E. Hilton,  Carmody MacDonald, P.C.,   120 South Central Ave.,   Suite 1800,
              Clayton, MO 63105-1726
8672551       John Rohrer Contracting Company, Inc.,  c/o: Gary V. Fulghum,   Seigfreid, Bingham,
              2800 Commerce Tower, 911 Main Street,  Kansas City, MO  64105
8723692      +Johnson City Crossing L.P.,  950 East Paces Ferry Road, Suite 975,  Atlanta, GA 30326-1180
10403668     +Johnstown Shopping Center LLC,  C/O United States Debt Recovery VIII,LP,
              940 Southwood Blvd, Suite 101,  Incline Village, NV 89451-7401
10403671    #+Johnstown Shopping Centre LLC,  Matt McGill Project Manager,   McGill Property Group,
              4425 Military Trail Unit 202,  Jupiter, FL 33458-4817
10403633    #+Johnstwon Shoppin Centre LLC,  Matt McGill Project Mananger,   McGill Property Group,
              4425 Military Trail Unit 202,  Jupiter, FL 33458-4817
10403635      Johnstown Shopping Center LLC,  C/O Kent Property Management,   6001 Landerhaven Dr Ste D,
              4425 Military Trail Unit 202,  Cleveland, OH  44124
8684467      +K&G/Dearborn, LLC,  c/o Jess R Bressi Esq,   19800 MacArthur Blvd Ste 500,
              Irvine CA 92612-2480
```

```
11326597    +KB Columbus I-CC LLC,   c/o Seaport V LLC,   360 Madison Avenue, 22nd Floor,
             New York, NY 10017-7111
8701318     +KCOP Television (303),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
9169800     +KEF America, Inc.,   10 Timber Lane,   Marlboro, NJ 07746-1444
8748595     +KENTUCKY DEPARTMENT OF REVENUE,   LEGAL BRANCH - BANKRUPTCY SECTION,   ATTN: LEANNE WARREN,
             P O BOX 5222,   FRANKFORT KY 40602-5222
8767332     +KPLR Television (8097),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8605100     +KPNX-TV (367),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8623647     +KSDK-TV (0361),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8581075     +KTNV Television (0869),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8701392     +KTTV Television (1795),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8623660     +KTVD-TV (8982),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8692432     +KTVI Television (372),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8581016     +KTVK/KASW Television (7070),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8623708     +KUSA-TV (0295),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8623704     +KXTV-TV (1475),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8687440     +Katsky Korins LLP,   Attn:  Steven H. Newman, Esquire,   605 Third Avenue,
             New York, NY 10158-1699
9880060     +Kelley, Walter W. for Sherwood Properties LLC,   PO Box 70879,   Albany, GA 31708-0879,   USA
10837247     Kent & McBride PC,   c/o Debt Acquisition Company of America,   1656 Hotel Circle South Suite 310,
             San Diego, CA 92108
8681046     +Kina Thompson,   c/o Linda J. Brame,   111 W. Main St. P.O. box 700,   Marion, IL 62959-0700
9870919     +Kirea Export Insurance Corporation,   c/o Junghey June Yeum,   1114 Avenue of the Americas,
             New York, NY 10036-7703
8658711     +Klipsch, LLC,   c/o Michael K. McCrory,   BARNES & THORNBURG LLP,   11 S. Meridian Street,
             Indianapolis, IN 46204-3535
9306338     +Korea Export Insurance Corporation,   c/o Duane Morris,   Attn: William C. Heuer,   1540 Broadway,
             New York, NY 10036-4086
8578229     +L.G. Electronics USA, Inc,   Attn:  Brian Wehr % H. Jason Gold,   Wiley Rein LLP,
             7925 Jones Branch Dr.,   McLean, VA 22102-3365
8610452     +LA Dept of Revenue,   PO Box 66658,   Baton Rouge, LA 70896-6658
9624581     +LENOVO INC,   MICHAEL ONEILL SR VP & GEN COUNSEL,   1009 THINK PL,   MORRISVILLE, NC 27560-9002
9926240     +La Crosse Technology,   2817 Losey Blvd South,   La Crosse, WI 54601-7366,   Attn: Manda Shah
10356405     LaSalle Bank NA, as trustee for JPMCC 2004-PNC1,   c/o Midland Loan Services,
             c/o Benesch Friedlander,   200 Public Square, Suite 2300,   Cleveland, OH 44114-2378
10030159    +Labor Ready,   c/o Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9949866     +Lacrosse Technology Ltd. Web Sales,   2809 Losey Blvd. South,   Lacrosse, WI 54601-7366
10173719    +Lafayette Consolidated Govmt,   P.O. Box 4308,   Attn: Alarm Enforcement,
             Lafayette, LA 70502-4308
10787037    +Lancaster Propane Gas Inc,   Lancaster Propane, PA,   2860 Yellow Goose Rd,
             Lancaster, PA 17601-1814
10772180    +Lancaster Propane Gas, Inc.,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
             Greenwich, CT 06830-6263
8617068     +Landmark Communications, Inc.,   c/o Paul A. Driscoll,   Pender & Coward, P.C.,
             222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
8672553      Lang Construction, Inc.,   c/o: Gary V. Fulghum,   Seigfreid, Bingham,
             2800 Commerce Tower, 911 Main Street,   Kansas City, MO 64105
10837250    +Laredo Morning Times,   c/o Debt Acquisition Company of America,
             1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
10147240     Las Vegas Land & Development Company,   c/o U.S Bank Corporate Trust,   60 Livingston Ave.,
             St. Paul, MN 55107-2292
9927097      Laurier Furniture Ltd.,   Cl #1729, Amt. $67,841.48,   153 Boul Laurier #100,
             Laurier-Station, QC G0S1N0,   Canada
10117819     LeClair Ryan, Professional Corporation,   Contrarian Capital Management, LLC,
             411 West Putman Ave. # 425,   Greenwich, CT 06830
10115944     LeClairRyan,   951 E Byrd St.,   PO Box 2499,   Richmond, VA 23218-2499
9075643     +Lenovo (United States) Inc.,   1009 Think Place,   Morrisville, NV 27560-9002
8578183     +Lexington Lion Weston I LP,   c/o Brian P. Hall,   1230 Peachtree St., N.E.,
             Suite 3100, Promenade II,   Atlanta, GA 30309-3574
11261463    +Local Counsel for County of Alameda Treasurer- Tax,   Jerrell E. Williams,   Christopher S. Colby,
             VANDEVENTER BLACK LLP,   P. O. Box 1558,   Richmond, VA 23218-1558
10255039    +Longacre Institutional Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Floor,
             New York, NY 10019-5869,   Attn: Vladimir Jelisavcic
9152691     +Longacre Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Fl,   New York, NY 10019-5869,
             Attn: Vladimir Jelisavcic
9810716     +Longacre Opportunity Offshore Fund, Ltd.,   810 Seventh Avenue, 33rd Floor,
             New York, NY 10019-5869,   Attn: Vladimir Jelisavcic
9111305     +Loren Stocker,   d/b/a Vanity Internatinal,   1431 Camino Del Mar, Suite D,
             Del Mar, CA 92014-2572
```

```
10104157   +LumiSource Inc,   c/o US bank Corporate Trust Services,   60 Livingston Ave.,   EP-MN-WS3T,
             St. Paul, MN 55107-2292
10607056   +MALIK, ALI I,   68 MARK SMITH DR,   MANDEVILLE, LA 70471-5300
9246863    +MARTINAIR INC,   P.O. BOX 485,   SANDSTON, VA 23150-0485
8720848     MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
             6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
11371417   +MDS Realty, LLC,   c/o Midtown Acquisition,   65 East 55th St.,   New York, NY 10022-3219
9743038     MHW Warner Robins, LLC,   c/o Corporate Propert Group Inc,   7332 Office Park Pl, Ste 101,
             Melbourne, FL 32940-8241
9740802    +MIA Brookhaven LLC,   1056 Wellington Way 200,   Lexington, KY 40513-2000
11327519   +MINER FLEET MANAGEMENT GROUP,   c/o Contrarian Capital Management,
             411 West Putnam Avenue-Ste 425,   Greenwich, CT 06830-6263
11555458   +MK KONA COMMONS LLC,   RUSSELL K. KAUPU,   THE MACNAUGHTON GROUP,   1288 ALA MOANA, SUITE 208,
             HONOLULU, HI 96814-4233
11556356   +MK Kona Commons LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
             Greenwich, CT 06830-6263
10093881   +MR Keene Mill 1 LLC,   1700 K Street, NW, Suite 600,   Washington, DC 20006-3816
10389495   +Mack Pack,   HSBC Bank USA NA,   VonWin,   Dept CH 163554,   Palatine, IL 60055-0001
10389569    Mack Pack,   HSBC Bank USA NA,   VonWin,   Dept. 163554,   Palatine, IL 60055-6354
10295147    Madcow International Group Ltd,   HSBC Bank USA NA,   VonWin,   Dept 16354,
             Palatine, IL 60055-6354
10153090   +Madison Waldorf LLC,   2300 Wilson Blvd 7th Floor,   Arlington, VA 22201-5424
9152687    +Majesco Entertainment Company,   160 Raritan Center Parkway,   Edison NJ 08837-3637,
             Attn: Adam Sultan
8608684    +Mall Properties and U.S. 41 & I-285 Company,   c/o Morgan Lewis & Bockius LLP,   101 Park Avenue,
             New York, NY 10178-0060,   Attn: Neil E. Herman
8691414    +Mallview Plaza Company, Ltd.,   c/o Carnegie Management and Development,
             27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
9994051    +Manatee County Florida,   P.O. Box 1000,   Bradenton, FL 34206-1000
11158866   +Manteca Stadium Park LP,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
             Greenwich, CT 06830-6263
8701307    +Marco Portland General Partnership,   Attention: Carol Southard,   29435 Weeping Willow Drive,
             Agoura Hills, CA 91301-4136
8567200     Mark Browning,   Assistant Attorney General,   Bankruptcy & Collections Division,   PO Box 12548,
             Austin, TX 78711 2548
9112606    +Market Force Information, Inc.,   248 Centennial Parkway,   Suite 150,
             Louisville, CO 80027-1347
8693218    +Maryland Acquisitions, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
             McLean, VA 22102-3833
10452631   +Mathieu Rosinsky,   3450 Northlake Boulevard, Suite 210,   Palm Beach Gardens FL 33403-1710
10084628   +McCracken Walker & Rhoads LLP,   123 South Broad Street,   Philadelphia, PA 19109-1099,
             Attn: Joseph O'Neil, Jr.
8589705    +McKinley, Inc.,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
             2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
9956202    +Meadowbrook Village LP,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
9765589    +Mercer,   Attn: Joanne Flowers,   777 S Figueroa St Ste 1900,   Los Angeles, CA 90017-5817
10173428   +Mercury Tech Partners Inc.,   c/o Jefferies Leveraged Credit Pro. LLC,   One Station Place,
             Three North,   Stamford, CT 06902
10169143   +Mercury Tech Partners Inc.,   PO Box 906,   Conover, NC 28613-0906
11235828   +Meridian Village LLC,   c/o Charles Royce,   K&L Gates, LLP,   925 Fourth Avenue,   Suite 2900,
             Seattle, WA 98104-1158
9898468    +Metro Signs Inc.,   23544 Hoover Road,   Warren, MI 48089-1990
10374117   +Mibarev Depelopment I , LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
             1615 L Street, NW, Suite 1350,   Washington, DC 20036-5668
10374122   +Mibarev Development I LLC,   c/o Thomas R Lynch,   1615 L Street NW, Suite 1350,
             Washington, DC 20036-5668
10374119   +Mibarev Development I LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
             1615 L Street NW, Suite 1350,   Washington, DC 20036-5668
10374163    Mibarev Development I, LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
             Washington, DC 20036
9095984     Micro Product Distributors,   89450 NW 27th St.,   Miami, FL 33172
8592418    +Middle Tennessee Electric Membership Corporation,   555 New Salem Road,
             Murfreesboro, TN 37129-3390
9420703    +Midland Loan Services, Inc.,   Attn: Josh Azinger,   10851 Mastin, Suite 300,
             Overland Park, KS 66210-1690
10201910   +Midtown Acquisitions,   65 East 55th Street, 20th Floor,   New York, NY 10022-3219
11186132   +Midtown Acquisitions,   DDR MDT Grandville Marketplace,   65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
11186127   +Midtown Acquisitions,   re: DDR Highland Grove LLC,   65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
10201894   +Midtown Acquisitions LP,   65 East 55th Street, 20th Floor,   New York, NY 10022-3219
10908524   +Midtown Acquisitions LP,   JPMorgan NY1-A436,   65 East 55th Street,   New York, NY 10022-3219,
             Attn: Jennifer Donovan
10908529    Midtown Acquisitions LP,   JPMorgan NY1-M138,   East 55th Street,   New York, NY 10022,
             Attn: Jennifer Donovan
11186129   +Midtown Acquisitions. LP,   re: DDR Southeast Cortez,   65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
8644353    +Mike B. Dohrmann,   34945 N Karan Swiss Circle,   Queen Creek, AZ 85143-4856
```

```
10089903   +Miller & Martin,   832 Georgia Avenue,   Suite 1000,   Volunteer Building,
            Chattanooga, TN 37402-2289
9881608     Millstein Industries LLC,   Joshua M Farber Esq,   Meyer Unkovic & Scott LLP,
            1300 Oliver Building,   Pittsburgh, PA 15222
11120524   +Mitac USA Inc.,   c/o Mathew Rosencrans,   The Royal Bank of Scotland,plc,   600 Washington Blvd.,
            Stamford, CT 06901-3726
10557022   +Mitsubishi Digital Electronics America, Inc.,   c/o Midtown Acquisitions L.P.,
            65 East 55th Street, 20th Floor,   New York, New York 10022-3219,   Attention: Jennifer Donovan
8582426    +Monarch Alternative Capital LP,   c/o Andrew Herenstein,   535 Madison Ave.,
            New York, NY 10022-4214
9319473    +Monarch Master Funding Ltd,   535 Madison Ave,   26th Floor,   New York, NY 10022-4255
9973404    +Montage Inc.,   NW583,   P.O. Box 1450,   Minneapolis, MN 55485-1450
9973405    +Montage Inc.,   3050 Center Pointe Dr., Suite 50,   Roseville, MN 55113-1180
10374015   +Montgomery County Trustee,   c/o Matthew J. Ellis, attorney,   121 S. Third St.,
            Clarksville, TN 37040-3403
10084629   +Montgomery McCracken Et Al,   123 South Broad Street,   Philadelphia, PA 19109-1099,
            Attn: Joseph O'Neil, Jr.
10942682   +Myrtle Beach Farms Co.,Inc.,   c/o B. Keith Poston,   PO Box 11070(29211-1070),
            Columbia, SC 29211-1070
10094670   +Myrtle Beach Farms Company,   PO Box 11070,   Columbia, SC 29211-1070
8583956     NPP Development LLC,   c/o Christine D. Lynch, Esq.,   Goulston & Storrs, P.C.,
            400 Atlantic Avenue,   Boston, MA 02110-3333
8667550    +National Glass & Gate,   c/o Coface North America, Inc.,   50 Millstone Rd., Bldg. 100, Ste. 360,
            East Windsor, NJ 08520-1415
9889146    +National Retail Properties, Inc.,   c/o David Byrnes, ESQ,   450 South Orange Ave.,   Suite 900,
            Orlando, FL 32801-3339
10490829   +National Service Alliance,   Whitehead Randy,   National Services Alliance NSA,
            6762 South 1300 East,   Salt Lake City, UT 84121-2719
10495194   +National Service Alliance, Inc.,   c/o Contrarian Capital Management,
            411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
9821271     Newmen Technology Co Ltd,   Attn Fish Chou,   Tongsheng Village,   No 1Newmen Rd,
            Longhua, Shenzhen 518109,   China
8697812    +Newport News Shopping Center, LLC,   Paul K. Campsen,   Kaufman & Canoles, P.C.,
            150 W. Main Street, Suite 2100,   Norfolk, VA 23510-1681
8749372    +North American Roofing Services, Inc.,   c/o Doug Frankey,   3 Winner Circle,
            Arden, NC 28704-3156
8701894    #+Northeast Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
9973402    +Northern California Compactors,   P.O. Box 5489,   Pleasanton, CA 94566-1489
10807702   +Nyko Technologies Inc,   c/o United States Debt Recovery, X LP,   5575 Kietzke Lane,   Suite A,
            Reno, NV 89511-2085
9938089    +OBSERVER DISPATCH, THE,   MARY SCHOLEFIELD,   221 ORISKANY PLAZA,   UTICA, NY 13501-1201
8669976    ++OHIO BUREAU OF WORKERS COMPENSATION,   LAW SECTION BANKRUPTCY UNIT,   P O BOX 15567,
            COLUMBUS OH 43215-0567
            (address filed with court: Ohio Bureau of Workers' Compensation,   PO Box 15567,
            Columbus, Ohio 43215-0567)
8607718     OHIO DEPARTMENT OF TAXATION,   BANKRUPTCY DIVISION,   P.O. BOX 530, COLUMBUS, OH. 43216
8588482    +ON Corp US, Inc.,   ON Corp,   c/o Olshan Grundman Frome Rosenzweig & W,   65 East 55th Street,
            New York, New York 10022-3219
11101467    ONICS,LLC,   HSBC Bank,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
9737581    +ORIX Capital Markets, LLC,   c/o Gregory A. Cross, Esq.,   Venable LLP,
            750 East Pratt Street, Suite 900,   Baltomore, MD 21202-3157
11261454   +Office of the County Counsel,   County of Alameda,   John Thomas Seyman,
            1221 Oak St., Suite 450,   Oakland, CA 94612-4226
8596806    +Oklahoma County Treasurer,   c/o Tammy Jones,   320 Robert S. Kerr,
            Oklahoma City, OK 73102-3457
9604796    +Olympus Corporation,   c/o Olympus Imaging America Inc.,   3500 Corporate Parkway,
            Center Valley, PA 18034-8229
11675273   +OmniMount Systems, Inc.,   c/o Ergotron,   1181 Trapp Road,   Eagan, MN 55121-1325
9908391    +Onkyo USA Corporation,   18 Park Way,   Upper Saddle River, NJ 07458-2353
9833008    +Optoma,   715 Sycamore Drive,   Milpitas, CA 95035-7465,   Attn: Karen Parsons
8681901    +Oracle USA, Inc.,   c/o Shawn M. Christianson,   Buchalter Nemer,   333 Market St., 25th Floor,
            San Francisco, CA 94105-2126
8700430    +Orange Grove Apartments, LLC dba Camelback Center,   c/o Valerie L. Marciano, Esq.,
            Jaburg & Wilk, PC,   3200 North Central Avenue, #2000,   Phoenix, Arizona 85012-2463
9134614    +Organizational Concepts Intl LLC,   John R Kurhne, EVP & COO,   730 Second Avenue S Ste 730,
            Minneapolis, MN 55402-2449
11316257   +Osprey Audit Specialists,   c/o Midtown Acquisitions LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8587594    +PNY Technologies, Inc.,   c/o Angela Abreu,   McCarter & English, LLP,   Four Gateway Center,
            100 Mulberry Street,   Newark, NJ 07102-4056
11555684   +POTOMAC FESTIVAL II LLC,   C O WENDY D PULLANO,   BREGMAN BERBERT SCHWARTZ & GILDAY LLC,
            7315 WISCONSIN AVE STE 800 W,   BETHESDA, MD 20814-3202
11336593   +PR Beaver Valley Limited Partnership,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
11336594   +PR Christiana, LLC,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
11336592   +PRGL Paxton, LP,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
10449107    PRICEGRABBER.COM, INC.,   c/o U.S. Bank Corporate Trust Services,   60 Livingston Ave.,
            EP-MN-WS3T,   St. Paul, MN 55107-2292
```

```
10159891    +Pacific Supply,   5005 Windplay Drive, Ste. 4,    El Dorado Hills, CA 95762-9334
8569508     +Pamela Gale Johnson,   Baker & Hostetler, LLP,    1000 Louisiana, Ste. 2000,
             Houston, TX 77002-5018
8699198     +Pan AM Equities, Inc.,   c/o Law Offices of David A. Greer PLC,
             500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8578076     +Pan Am Equities, Inc.,   c/o Michael J. Sage,   O'Melveny & Myers,   7 Times Square,
             New York, NY 10036-6524
10872193     Panattoni Contruction, Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine IL 60055-6354
8607210     +Parago, Inc.,   c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
             2200 Ross Avenue, Suite 2200,   Dallas, Texas 75201-2748
8571089     +Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
             1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
8691730     +Parker Bullseye LLC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
             170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
11336588    +Parkside Realty,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
             Philadelphia, PA 19103-2945
8603698     +Pasadena Independent School District,   c/o Dexter D. Joyner,   Law Office of Dexter D. Joyner,
             4701 Preston Avenue,   Pasadena, Texas 77505-2050
8673969     +Patrick S. Longood,   8124 Hampton Spring Road,   Chesterfield, Virginia 23832-2030
8593127     +Pelkar Muskegon, LLC,   c/o Paul K. Campesen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
             Norfolk, VA 23514-3037
10162182    +Pembrooke Crossing, LTD.,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East, Suite 2600,
             Los Angeles, CA 90067-3012
10017990    +Permission Data LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue # 425,
             Greenwich, CT 06830-6263
8615828     +Phoenix Property Company,   c/o Jason Binford,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
10074934    +Phoenix Property Company,   c/o Mark Mullin,   Haynes & Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8601078     +Pima County Treasurer & Pima County, Arizona,   c/o Pima County Attorney's Office,
             32 N. Stone Avenue, Ste 2100,   Tucson, AZ 85701-1458
8785786      Pinnacle Systems, Inc.,   c/o Bill Coats, Esq.,   White & Case LLP,
             3000 El Camino Real, 5 Palo Alto Sq.,   Palo Alto, CA 94306
8785819      Pinnacle Systems, Inc.,   c/o William Sloan Coats/Peter J. Carney,   WHITE & CASE LLP.,
             3000 El Camino Real,5 Palo Alto Sq., 9th,   Palo Alto, CA 94306
11567998    +Pioneer Electronics USA Inc,   c/o United States Debt Recovery, XI LP,
             5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
9942561      Pittsburgh Post Gazette,   34 Boulevard of the Allies,   Pittsburgh, PA 15222-1204,
             Attn: Henry Gorman
10821370    +Planet Replay , LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
             Greenwich, CT 06830-6263
8670516     +Plantation Point Development, LLC,   c/o Lyndel Anne Mason,
             CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St.,Ste 570, Founders Sq.,
             Dallas, TX 75202-2413
8600376      Platform-A Inc.,   HSBC Bank USA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
8655675     +Plaza Las Americas, Inc.,   c/o Holland & Knight LLP,   James H. Rollins, Esq.,
             Suite 2000, One Atlantic Center,   1201 West Peachtree Street, N.E.,   Atlanta, GA 30309-3449
8589805     +Polaris Circuit City, LLC,   8800 Lyra Drive, Suite 550,   Columbus, Ohio 43240-2107,
             Attn: Franz A. Geiger
8692842     +Port Arthur Holdings, III, Ltd.,   c/o David H. Cox, Esq.,   Jackson & Campbell, PC,
             1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
11556358    +Potomac Festival II, LLC,   c/o Contrarian Capital Management, LLC,
             411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
8710856     +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443
8615097     +PrattCenter, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
             New York, NY 10022-3219
9110851     +Premier Resources International, LLC,   7905A Cessna Avenue,   Gaithersburg, Maryland 20879-4113
8685620     +Pretlow & Pretlow, P.C.,   200 N. Main Street,   Suffolk, VA 23434-4421
8685623     +Pretlow & Pretlow, PC,   200 N. Main Street,   Suffolk, VA 23434-4421
8648811     +PriceGrabber.com, Inc.,   c/o Joseph D. Frank,   Frank/Gecker LLP,
             325 North LaSalle Street, Suite 625,   Chicago, Illinois 60654-6465
8586830     +Prince George's Station Office, LLC,   c/o Taylor Development and Land,
             7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848
8586669     +Prince George's Station Retail, LLC,   c/o Taylor Development and Land,
             7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848
9735689     +Prince George Station Retail, LLC,   c/o William C. Crenshaw,   901 New York Avenue, N.W.,
             Washington, DC 20001-4432
8604948     +Public Service of North Carolina,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
             P.O. Box 22828,   Charleston, SC 29413-2828
9905456      PuntoAparte Communications, Inc,   Orlando J. Salichs, President,   PO Box 906636,
             San Juan, PR 00906
10123721    +Quality Project Management, LLC,   c/o Contrarian Capital Management, LLC,
             411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10168307     R.J. Ventures, LLC,   c/o Contrarian Capital Management,   411 West Putman Ave. # 425,
             Greenwich, CT 06830
10168603    +RJ Ventures, LLC,   c/o Jess Bressi, Esq.,   Luce Forward Hamilton & Scripps LLP,
             2050 Main Street, Suite 600,   Irvine, CA 92614-8261
10287691    +RJ Ventures, LLC,   1801 Avenue of the Stars, Suite 920,   Los Angeles, CA 90067-5803
```

```
8593049      +RLV Village Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
8593124      +RLV Vista Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
9938080      +ROCKFORD REGISTER STAR,   PO BOX 439,   ROCKFORD, IL 61105-0439
8593048      +Ramco JW, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
8593047      +Ramco West Oaks I, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
9822511       Rancon Realty Fund IV,   Ronald K Brown Jr,   Law Offices of Ronald K Brown Jr APC,
              901 Dove St Ste 120,   Newport Beach, CA 92660-3018
8582821       Ray Mucci's Inc.,   c/o Christine D. Lynch, Esq.,   Goulston & Storrs, P.C.,
              400 Atlantic Avenue,   Boston, MA 02110-3333
8593126      +Rebs Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
10415273     +Red Mtn. Asst Fund,I, LLC,   Successor to The City Portfolio, LLC,
              c/o Contrarian Capital Mgt. LLC,   411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
8656186      +Reliance Figueroa Associates, L.P.,   c/o Lambert Development LLC,   5 Hanover Square,
              New York, NY 10004-2614
8656800      +Reliance Figueroa Associates, L.P.,   c/o Aaron R. Cahn,   Carter Ledyard & Milburn LLP,
              Two Wall Street,   New York, New York 10005-2072
10619000      Remount Road Associates LLC,   c/o Jefferies Leveraged Credit Product,   One Station Place,
              Three North,   Stamford, CT 06902
10026116     +Reporter Herald,   201 E. 5th St.,   P.O. Box 59,   Loveland, CO 80539-0059
9740799      +Retail Data LLC,   PO Box 6691,   Richmond, VA 23230-0691
9740800      +Retail Data LLC,   Chris Ferguson,   2235 Staples Mill Rd, Ste 300,   Richmond, VA 23230-2942
9758862      +Retail MDS Inc.,   2909 Sunset Ave.,   Norristown, PA 19403-4419
9840411      +Retail Property Group,   101 Plaza Real South, Suite 200,   Boca Raton, FL 33432-4856
8703450       Richard T. Miller, Jr.,   Attn: Neil E. McCullagh, Esq.,   Cantor Arkema, P.C.,   P.O. Box 561,
              Richmond, VA 23218-0561
9950330      +Richmond Times Dispatch,   Richmond Newspapers,   PO Box 27775,   Richmond, VA 23261-7775
9937994      +Richmond Times Dispatch,   c/o Contrarian Capital Management, LLC,
              411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
10028638     +Ricmac Equities Corporation,   c/o Contrarian Capital Management LLC,
              411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10028639     +Ricmac Equities Corporation,   Attn Janet M Meiburger,   The Meiburger Law Firm PC,
              1493 Chain Bridge Rd Ste 201,   McLean, VA 22101-5726
8590045      +Ritz Motel Company,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
              2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
10032308     +Rival Communications,   921 Washington Ave.,   Hagerstown, MD 21740-5258
10201916     +Riverdale Retail Associates, LC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
8673707      +Riverside Claims LLC,   P.O. Box 626,   New York, NY 10024-0626
8673699      +Riverside Claims LLC,   P.O. Box 626,   Planetarium Station,   New York, NY 10024-0626
10908525     +Robert Klyman,   JPMorgan Chase Bank,   Mail Code: NY1-M138,   383 Madison Ave, 237th Fl.,
              New York, NY 10179-0001,   Attn: Jeff Panzo
8723691      +Ronus Meyerland Plaza L.P.,   3290 Northside Parkway, Suite 250,   Atlanta, GA 30327-2215
10437747     +Rossmoor Shops LLC,   c/o Capital Sources, LLC,   One University Plaza, Ste 312,
              Hackensack, NJ 07601-6205
8568676       Route 146 Millbury LLC,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
              Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
11130445     +Rusin Maciorowski & Friedman,   10 S Riverside Plaza, Suite 1530,   Chicago, IL 60606-3833
8568678       S.R. Weiner & Associates Inc.,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
              Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
10917766     +SANTA ROSA TOWN CENTER LLC,   c/o United States Debt Recovery X LP,   5575 Kietzke Lane,
              Suite A,   Reno, NV 89511-2085
8593405      +SAP Retail, Inc. and Business Objects,   c/o Brown & Connery LLP,   6 North Broad Street,
              Woodbury, NJ 08096-4635
9937993      +SBLM Architects PC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
              Greenwich, CT 06830-6263
9679507      +SCC San Angelo Partners Ltd A Texas Limited Partne,   Attn Joseph Friedman,
              co Kane Russell Coleman & Logan PC,   3700 Thanksgiving Tower,   1601 Elm St,
              Dallas, TX 75201-4701
11571303     +SJ COLLINS ENTERPRISES LLC ET AL,   ATTN JAMES S CARR ESQ,   KELLEY DRYE & WARREN LLP,
              101 PARK AVE,   NEW YORK, NY 10178-0062
10201865     +SM Newco Hattiesburg, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10766360     +SPECIFIC MEDIA LLC F/K/A SPECIFIC MEDIA INC,   c/o United States Debt Recovery, X LP,
              5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
9938134       STATE JOURNAL REGISTER, THE,   P O BOX 219,   SPRINGFIELD, IL 627050219
10585614     +STEINBACH DAVID,   32002 N 19TH LN,   PHOENIX, AZ 85085-7097
11664631     +SWEETWATER ASSOCIATES LIMITED PARTNERSHIP,   c/o Contrarian Capital Management LLC,
              411 West Putnam Ave., Ste 425,   Greenwich, CT 06830-6263
10892643     +Sacco of Maine, LLC,   c/o Goldman & Van Beek, P.C.,   John P. Van Beek, Esq.,   Neil S. Goldman.,
              510 King Street, Suite 416,   Alexandria, VA 22314-3142
8868285      +Salamander Designs,   Attention: Salvatore R. Carraba,   811 Blue Hills Avenue,
              Bloomfield, CT 06002-3709
8578159      +Samsung Electronics America, Inc.,   Phillip J. Landau, Esq.,   Akerman Senterfitt,
              350 E. Las Olas Blvd, Ste. 1600,   Ft. Lauderdale, FL 33301-4247
```

District/off: 0422-7          User: frenchs          Page 36 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr       Total Noticed: 2024

8659743      +Samsung Electronics America, Inc.,   Attn: Joseph McNamara,   105 Challenger Rd.,
              Ridgefield Park, NJ 07660-2113
8749458      +Sara L. Chenetz, Esq.,   Sonnenschein Nath & Rosenthal LLP,
              601 South Figueroa Street, Suite 2500,   Los Angeles, CA 90017-5709
8619522      +Savitri Cohen,   c/o Ronald G. Dunn,   40 Beaver St.,   Albany, NY 12207-1530
8616777      +Savitri Cohen,   c/o Ronald G. Dunn,   Gleason, Dunn, Walsh & O'Shea,   40 Beaver Street,
              Albany, New York 12207-1502
9665811      +Scoggin Worldwide Fund Ltd,   660 Madison Ave,   New York, NY 10065-8405
9697203      +Scoggin Worldwide Fund, Ltd.,   Attn: Nicole Kramer,   660 Madison Ave.,
              New York, NY 10065-8405
8975901      +Screamin Express,   1112 Little Spring Hill Dr,   Ocoee, FL 34761-1829
10801759     +Scripps Networks Interactive, Inc.,   1180 Avenue of the Americas,   New York, NY 10036-8406
10356404     +Seaport V LLC,   c/o The Seaport Group LLC,   360 Madison Avenue,   New York, NY 10017-7138
9059599      +Seferino Sanchez,   1511 North California,   Chicago, IL 60622-1673
9735214      +Sennheiser Electronic Corp.,   1 Enterprise Drive,   Old Lyme, CT 06371-1568
8580933      +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   Counsel for Sharp Electronics,
              575 Underhill Blvd. - Ste 118,   Syosset, NY 11791-3438
9623538      +Shelbyville Road Plaza LLC,   Kevin A Lake Esq,   PO Box 1558,   Richmond, VA 23218-1558
9875681      +Sherwood Properties LLC,   PO Box 70879,   Albany, GA 31708-0879,   USA
8623541      +Shimenti Construction Company LLC,   118 North Bedford Road,   Mount Kisco, New York 10549-2553
8578297      +Simon Property Group, Inc.,   Attn:  Ronald M. Tucker,   225 W. Washington St.,
              Indianapolis, IN 46204-3438
10846066     +Sir Barton Place LLC,   c/o United States Debt Recovery, X LP,   5575 Kietzke Lane,   Suite A,
              Reno, NV 89511-2085
8606930       Sir Barton Place, LLC,   c/o John P. Brice,   WYATT, TARRANT & COMBS, LLP,
              250 West Main Street, Suite 1600,   Lexington, KY  40507-1746
8577090      +Sirius XM Radio, Inc.,   c/o Eric D. Goldberg,   Stutman, Treister & Glatt,
              1901 Avenue of The Stars, 12th Floor,   Los Angeles, CA 90067-6013
9278209      +Site A, LLC,   Ann K. Crenshaw, Esq. & Paul K. Campsen,,   Kaufman & Canoles, P.C.,
              2101 Parks Avenue, Suite 700,   Virginia Beach, VA 23451-4160
9854100      +Sitoa Corporation,   Calbert Lai CEO & President,   981 Industrial Rd Ste C,   Suite 1400,
              San Carlos, CA  94070-4150
9754598      #+Slam Brands, Inc.,   19175 163rd CT NE,   Woodinville, WA 98072-6430
9738331      +Smart Micro USA No 1 LP,   1055 Trend Dr Ste 103,   Carrollton, TX 75006-5462
9662134       Sonnet Investments, LLC,   c/o Terra Enterprises Inc.,   11812 San Vicente Blvd., Suite 510,
              Los Angeles, CA 90049-5081
8582379      +Sony Electronic, Inc,   c/o Lloyd Sarakin,   1 Sony Drive, MD #1E-4,   Park Ridge, NJ 07566-8002
8825783       Sony Electronics Inc.,   16530 Via Esprillo,   San Diego, CA 92127-1898
8620865      +Sony Pictures Entertainment Inc.,   c/o Sara L. Chenetz, Esq.,
              Sonnenschein Nath & Rosenthal LLP,   601 S. Figueroa Street, Suite 2500,
              Los Angeles, CA 90017-5709
8749457      +Sony Pictures Home Entertainment Inc.,   c/o Paul M. Black, Esq.,   Spilman Thomas & Battle, PLLC,
              P. O. Box 90,   Roanoke, VA 24002-0090
10252990     +Source Interlink Distribution LLC,   c/o Contrarian Capital Management,
              411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
10252989     +Source Interlink Media LLC,   c/o Source Interlink Companies Inc,
              27500 Riverview Center Blvd, Ste 400,   Bonita Springs, FL 34134-4331
8604947      +South Carolina Electric & Gas Company,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
              P.O. Box 22828,   Charleston, SC 29413-2828
10201900     +Southeast Rome, L.L.C.,   c/o Developers Diversified Realty,   Corporation,
              3300 Enterprise Parkway,   Beachwood, OH 44122-7200
11134107     +Southland Acquisitions LLC Lease No 3634,   c/o United States Debt Recovery XI LP,
              940 Southwood Blvd # 101,   Incline Village, NV 89451-7401
8657405      +Southland Acquisitions, LLC,   c/o United States Debt Recovery, XI LP,   5575 Kietzke Lane,
              Suite A,   Reno, NV 89511-2085
9604800      +Southpaw Credit Opportunity Master Fund LP,   2 West Greenwich Office Park, 1st Floor,
              Greenwich, CT 06831-5155
9735694      +Southpaw Koufax, LLC,   c/o Midtown Acquisitions,   Attn: Lorraine Conti/Lourdes Manent,
              65 East 55th Street, 19th Floor,   New York, NY 10022-3355
8886304      +St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, P.C.,   (Brandywine/CircuitCity),
              P.O. Box 20369,   Baltimore, MD 21284-0369
8639905      +State of Michigan, Department of Treasury,   3030 W. Grand Blvd.,   Suite 10-200,
              Detroit, MI 48202-6030
8826229      +Sylvania Lighting Services,   100 Endicott Street,   Danvers, MA 01923-3781
10066264     +THE WEST CAMPUS SQUARE CO LLC,   C/O UNITED STATES DEBT RECOVERY, V, LP,
              940 SOUTHWOOD BLVD # 101,   INCLINE VILLAGE, NV 89451-7401
11725814     +THQ Inc.,   c/o United States Debt Recovery, VIII LP,   5575 Kietzke Lane,   Suite A,
              Reno, NV 89511-2085
9075509      +THQ, Inc.,   c/o United States Debt Recovery,   5575 Kietzke Lane,   Suite A,
              Reno, NV 89511-2085
9229548      +THQ, Inc.,   101 W. 103rd Street,   Indianapolis, IN 46290-1102
10294555     +THQ, Inc.,   c/o United States Debt Recovery,   940 Southward Blvd, # 101,
              Incline Village, NV 89451-7401
8569340      +THQ, Inc.,   c/o Jeffer Mangels Butler & Marmaro LLP,   1900 Avenue of the Stars 7th Floor,
              Los Angeles, CA 90067-4308,   Attn: David M. Poitras P.C.
8641143      +TKG Coffee Tree, L.P.,   c/o Eugene Chang,   Stein & Lubin LLP,
              600 Montgomery Street, 14th Floor,   San Francisco, CA 94111-2716
9233671      +TN Dept of Labor & Workforce Dev-Unemployment Ins,   c/o TN Atty. General, Bankruptcy Div.,
              P.O. Box 20207,   Nashville, TN 37202-4015

```
9125174    +TN Dept. of Treasury - Unclaimed Property,   c/o TN Atty. General, Bankruptcy Div.,
            P.O. Box 20207,  Nashville, TN 37202-4015
8571856    +TPG Management Inc.,   c/o John L. Senica,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-3439
11388334   +TRANE US INC,   C O WAGNER FALCONER & JUDD LTD,   MARK O ANDERSON,   1700 IDS CTR,
            MINNEAPOLIS, MN 55402-8664
10493730   +TRC Associates, LLC,   c/o Samco Properties, Inc.,   455 Fairway Drive Suite 301,
            Deerfield Beach, FL 33441-1815
11139135   +TXU Energy Retail Company LLC,   Robert S. Westermann, Esq.,   Hirschler Fleischer,
            2100 East Cary Street,   Richmond, Virginia 23223-7270
10036409   +Tampa Tribune,   202 South Parker Street,   Tampa, FL 33606-2395,   Attn: Joyce Rosenthal
8566899    +Taubman Landlords,   c/o The Taubman Landlords,   Attn. Andrew S. Conway,
            200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324
8596783    +Tax Collector of Madison County, AL.,   c/o Lynda Hall,   100 Northside Sq.,
            Huntsville, AL 35801-8815
8614653    +The City of New York,   ATTN: Gabriela Cacuci,   100 Church St. Room 5/223,
            New York, NY 10007-2604
9024540    +The Columbus Dispatch,   c/o Carl A. Eason, Equire,   Convergence Center IV,
            301 Bendix Road, Suite 500,   Virginia Beach, VA 23452-1388
8888934    +The Dispatch Printing Co.,   34 South Third Street,   Columbus, OH 43215-4201
8575594    +The Goldenberg Group,   c/o Jeffrey Kurtzman,   260 S. Broad Street,
            Philadelphia, PA 19102-5021
8719785    +The Marvin L. Oates Trust,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
            Sacramento, CA 95825-4558
8603636    +The McClatchy Company, et al.,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
            Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
8578816    +The Miner Corporation,   c/o Ray Battaglia,   OPPENHEIMER, BLEND, ET.AL.,
            711 Navarro, Suite 600,   San Antonio, Texas 78205-1796
9662140    +The Seaport Group LLC,   360 Madison Avenue, 22nd Floor,   New York, NY 10017-7138
8577766    +The Ziegler Companies,   c/o Mitchell Weitzman,   2300 Wilson Blvd. 7th Floor,
            Arlington, VA 22201-5424
8633296    +Thirty & 141, L.P.,   John E. Hilton,   Carmody MacDonald,   120 S. Central Ave., Ste. 1800,
            Clayton, MO 63105-1726
9229461    +Thomson Inc.,  f/k/a Thomson Multimedia, Inc.,   101 W 103rd Street,   Indianapolis, IN 46290-1102
9956208    +Topline Appliance Depot, Inc.,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
8574859    +Toshiba America Consumer Products, LLC,   c/o Jeremy S. Friedberg,   One Corporate Center,
            10451 Mill Run Circle, Suite 1000,   Owings Mills, Maryland 21117-5519
8571346    +Toshiba America Consumer Products, LLC,   82 Totowa Road,   Wayne, NJ 07470-3191
8571347    +Toshiba America Information Systems, Inc.,   9740 Irvine Blvd.,   Irvine, CA 92618-1608
10682787    Tourbillon Corporation,   c/o Jefferies Leveraged,   One Station Place,   Three North,
            Stamford, CT 06902
11392611   +Trane US, Inc.,   c/o Contrarian Capital Management LLC,   411 West Putnam Avenue--Suite 425,
            Greenwich, CT 06830-6261
8582354    +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002,   ATTN: Mike Lynch
8691381    +Traverse Square Company, Ltd.,   c/o Carnegie Management and Development,
            27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
10455424    Triangle Equities Junction LLC,   HSBC Bank USA NA,   VonWin--Dept CH 163554,
            Palatine, IL 60055-6354
9120600    +Trout Segall & Doyle Winchester Properties,   9690 Deereco Road,   Timonium, MD 21093-6978
9927288    +Tulsa World,   Cl #1419 & 5733, Amt. 43,836.95,   315 Boulder Ave,   Tulsa, OK 74102-1770
11064258   +Tysons 3 LLC,   c/o Contrarian Capital Management LLC,   411 West Putnam Avenue-Suite 425,
            Greenwich, CT 06830-6263
8566065    +Tysons 3, LLC and its management agent,   The Ziegler Companies, LLC,
            c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,   2300 Wilson Blvd., 7th Floor,
            Arlington, VA 22201-5424
8577745    +Tysons3, LLC,   c/o Mitchell Weitzman,   2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424
8632561    +UBI Soft, Inc.,   c/o Coface North America, Inc.,   50 Millstone Rd., Bldg. 100, Ste. 360,
            East Windsor, NJ 08520-1415
8588378    +UPS Ground Freight, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
            500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
9095986    +US Debt Recovery III, LP,   c/o Midtown Aquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
9624692    +US Debt Recovery LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 EAst 55th Street,
            New York, NY 10022-3219
8708084    #+US Debt Recovery LLC,   PO Box 5241,   Incline Village, NV 89450-5241
9624557    +US Debt Recovery V, LP,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
11502003   +US Debt Recovery XI, LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
8703678     US Signs, Inc.,   c/o U.S. Bank Corporate Trust Services,   60 Livingston Avenue,   EP-MN-WS3T,
            St. Paul , MN 55107-2292
8615098    +UTC I, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th St.,
            New York, NY 10022-3219
8588377    +United Parcel Service, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
            500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
11515254   +United States Debt Recovery III LP,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11725833   +United States Debt Recovery III LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
11725834   +United States Debt Recovery IV LLV,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
```

11725813    +United States Debt Recovery V LP assignee of,   Faber Brothers Inc.,   5575 Kietzke Lane,
             Suite A,   Reno, NV 89511-2085
11689114    +United States Debt Recovery V, L.P.,   c/o Farallon Capital Management, LLC,
             One Maritime Plaza Suite 2100,   San Francisco, CA 94111-3511,   Attn: Michael Linn
11725812    +United States Debt Recovery VLP Assignee of,   Enid Two LLC,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
11702653    +United States Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
             65 East 55th Street,   New York, NY 10022-3219
11725830    +United States Debt Recovery, LLC,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
11725871    +United States Debt Recovery, LLC,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
10153079    +Universal Display and Fixtures Company,   c/o Robert D. Albergotti, Esq.,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8695517     +Universal Remote Control, Inc.,   c/o Rattet Pasternak & Gordon-Oliver, LL,
             550 Mamaroneck Avenue, Suite 510,   Harrison, NY 10528-1609
8566500     +UrbanCal Oakland, II LLC,   c/o Baker & Hostetler, LLP,   ATTN: Laura Lawton Gee,
             1000 Louisiana Street, Suite 2000,   Houston, TX 77002-5018
10806929    +VIWY LP,   c/o United States Debt Recovery, X LP,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
9673472     +Vadim Rylov,   c/o Righetti Law Firm, P.C.,   456 Montgomery Street, Ste. 1400,
             San Francisco, CA 94104-1247
8615099     +Valley Corners Shopping Center, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,
             Suite 4700,   Charlotte, NC 28202-2367
8691506     +Verizon Inc.,   404 Brock Drive,   Bloomington, IL 61701-2654
10032307    +Viking Termite & Pest Control,   P.O. Box 230,   Bound Brook, NJ 08805-0230
9965630     +Vision Communications Co.,   P.O. Box 598,   Lakewood, CA 90714-0598
8868289     +VonWin Capital Management, LP,   261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
9116448     +VonWin Capital Management, LP,   Attn: Roger Von Spiegel,   261 Fifth Avenue, 22nd Floor,
             New York, NY 10016-7701
8868287     +VonWin Capital Management, LP,   Attn: Roger Von Spiegel, Managing Direc,
             261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
8605185     +WATL-TV (3477),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
9916358     +WBCMT 2005C21 S Ocean Gate Ave LimitedPartnership,   c/o Mindy A. Mora,   Crown CCL LLC,
             200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
9965631     +WBNX TV,   c/o Szabo Associates, Inc.,   2255 Lenox Rd NE, 9th Fl.,   Atlanta, GA 30324-4305
8633430     +WBNX-TV (2749),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
10900731    +WCC Properties, LLC,   c/o Douglas A. Scott, PLC,   1805 Monument Ave., Suite 311,
             Richmond Virginia 23220-7005
8701781     +WEC 99A-2, LLC,   116 Gulfstream Road,   Palm Beach, Florida 33480-4708,   Attn: Robert K. Wood
11524609    +WEINGARTEN NOSTAT INC,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
             Greenwich, CT 06830-6263
11524610    +WEINGARTEN REALTY INVESTORS,   ATTN JENNY J HYUN ESQ,   2600 CITADEL PLZ DR STE 125,
             HOUSTON, TX 77008-1351
9908757     +WEISER SECURITY SERVICES INC,   PO BOX 51720,   NEW ORLEANS, LA 70151-1720
8572555     +WEND-FM Radio/WRFX-FM Radio,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680609     +WESH Television (72),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680080     +WFLA Television (78),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680604     +WFTS Television (1742),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8581096     +WFTX Television (8669),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8592226     +WGAL-TV (0762),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8605098     +WHP-TV (5666),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8680138     +WKCF Television (8783),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8605133     +WKYC-TV (2038),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8605053     +WLYH-TV (507),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8692484     +WMAR Television (158),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8592232     +WNCN-TV (8602),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8613532     +WOFL Television (862),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8819815     +WPBF Television 6663,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, Ste. 945,
             Atlanta GA 30326-1357
9923105     +WPVI TV,   c/o Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
8611389     +WRBW Television (7079),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
11388335    +WRI CAMP CREEK MARKETPLACE II LLC,   ATTN JENNY J HYUN ESQ,   C O WEINGARTEN REALTY INVESTORS,
             2600 CITADEL PLAZA DR STE 125,   HOUSTON, TX 77008-1351
11392802    +WRI Camp Creek Marketplace II, LLC,   c/o Contrarian Capital Management,
             411 West Putnam Ave.-Suite 425,   Greenwich, CT 06830-6263

```
11388336    WRI OVERTON PLAZA LP,   c/o Contrarian Capital Management, LLC,
            411 West Putman Avenue--Suite 425,   Greenwich, CT 06830
8680608    +WSOC Television (227),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8623705    +WTSP-TV (6307),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8623567    +WUSA-TV (0518),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8605048    +WXIA-TV (0277),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
10598159   +Walnut Capital Partners-Lincoln Place,   c/o Midtown Acquisitions,
            65 E. 55th Street, 20th Floor,   New York, NY 10022-3219
10975916    Warner Home Video,   Division of Warner Bros Home Entertainme,
            c/o Contrarian Capital Management,   411 West Putman Avenue, Suite 425,   Greenwich, CT 06830
9105240    +Washington County Tennessee Trustee,   Jack D Daniels,   P.O. Box 215,
            Jonesborough, TN 37659-0215
8691383    +Water Tower Square Limited Partnership,   c/o Carnegie Management and Development,
            27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
8588453    +Watercress Assoc., LP, LLP, dba Pearlridge Ctr.,   c/o Douglas D. Kappler, Esq.,
            Levene, Neale, Bender, Rankin & Brill,   10250 Constellation Blvd # 1700,
            Los Angeles, CA 90067-6253
8698394    +Wayne VF, LLC and Vornado Realty Trust,   c/o W. Williams,   Wilson Elser,
            8444 Westpark Dr #510,   Mclean VA 22102-5138
8698392    +Wayne VF, LLC and Vornado Realty Trust,   c/o Walter L. Williams, Esquire,
            Wilson Elser Moskowitz Edelman & Dicker,,   8444 Westpark Drive - Ste. 510,
            McLea, VA 22102-5138
8578345    +Weidler Settlement Class,   Attn: C. Jones & Martin Fletcher,   Whiteford Taylor & Preston LLP,
            3190 Fairview Park Dr., Ste. 300,   Falls Church, VA 22042-4559
8570467    +Weingarten Realty Ivestors,   c/o Jenny J. Hyun,   2600 Citadel Plaza Drive,
            Houston, TX 77008-1390
8570466    +Weingarten Realty Ivestors-WRI,   c/o Robert L. LeHane,   Kelley Drye & Warren,   101 Park Ave.,
            New York, NY 10178-0062
8570465    +Weingarten Realty Ivestors-WRI,   c/o James S. Carr,   Kelley Drye & Warren,   101 Park Ave.,
            New York, NY 10178-0062
10876836   +Wells Fargo Bank, N.A., as Trustee for the Registe,   1450 Brickell Avenue, Suite 2300,
            Miami, Florida 33131-3456
9589041    +Wells Fargo Business Credit, Inc.,   John M. Stewart, Senior Vice President,
            100 East Wisconsin Avenue,   Suite 1400,   Milwaukee, WI 53202-4107
9929618    +Wells Fargo Shareowner SVCS,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
10143355    Westlake Limited Partnership,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 6055-6354
9935601    +Wilbur Co, J,   PO Box 413066,   Kansas City, MO 64141-3066
9472935    +William E. Butler, as General Receiver,   c/o David E. Eash,   221 N. Wall, # 500,
            Spokane, WA 99201-0824
8681045    +William Gower,   c/o Linda J. Brame,   111 W. Main St P.O. box 700,   Marion, IL 62959-0700
8574760    +Williamson County et al,   co Michael Reed,   P.O. Box 1269,   Round Rock, TX 78680-1269
9923111    +Winchester Star,   Cl# 595687, Amt. $7,539.18,   2 North Kent St,   Winchester, VA 22601-5038
8700961    +Windsail Properties LLC,   Brenda Moody Whinery, Esq.,   Mesch Clark & Rothschild PC,
            259 North Meyer Avenue,   Tucson AZ 85701-1090
9372020    +Wireless Solutions LLC,   2720 E Phillips Rd,   Greer, SC 29650-4815
8683953     Woodlawn Trustees, Incorporated,   c/o Michael P. Falzone,   Hirschler Fleischer, PC,
            P.O. Box 500,   Richmond, VA 23218-0500
9878410     Wyoming Tribune Eagle,   702 W. Lincoln Way,   Cheyenne, WY 82001-4397
8683086    +Yellow Transportation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
8683088    +Yellow Transportation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
10140981    iDeal Technology Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10180515   +iGate Global Solutions,   c/o Jonathan S. Storper, Esq.,   Hanson Bridget LLP,
            425 Market Street, 26th Floor,   San Francisco, CA 94105-5401,   Telephone: 415-777-3200
10180532   +iGate Global Solutions, Limited,   c/o Emily M. Charley, Esq.,   Hanson Bridgett LLP,
            425 Market Street, 26th Floor,   San Francisco, CA 94105-5401,   Telephone: 415-777-3200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         +E-mail/Text: sharon.floyd@fortworthtexas.gov Apr 24 2013 05:57:09   Christopher B. Mosley,
            City of Fort Worth,   1000 Throckmorton Street,   Fort Worth, TX 76102-6311
aty         +E-mail/Text: ecfnotifications@penderlaw.com Apr 24 2013 06:07:37   Clive N. Morgan,
            6712 Atlantic Boulevard,   Jacksonville, FL 32211-8730
aty         +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30   Elizabeth Weller,
            Linebarger Goggan Blair & Sampson,LLP,   2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
aty         +E-mail/Text: gcunningham@gmhlaw.com Apr 24 2013 05:55:27   Gary H. Cunningham,
            Giarmarco Mullins & Horton,   101 W. Big Beaver Rd,   Floor 10,   Troy, MI 48084-5280
aty         +E-mail/Text: bpatrick@smithcashion.com Apr 24 2013 05:55:33   H. Brent Patrick,
            Smith Cashion & Orr, PLC,   231 Third Avenue North,   Nashville, TN 37201-1603
aty         +E-mail/Text: jsdlaw@msn.com Apr 24 2013 05:55:04   J. Scott Douglass,   909 Fannin, Ste. 1800,
            Houston, TX 77010-1016
aty          E-mail/Text: JKrieger@greenbergglusker.com Apr 24 2013 06:12:57   Jeffrey A. Krieger,
            Greenberg Glusker Fields, et al,   1900 Avenue of the Stars, Suite 2100,
            Los Angeles, CA  90067-4590
```

```
District/off: 0422-7          User: frenchs           Page 40 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
aty        +E-mail/Text: lucian@blankrome.com Apr 24 2013 05:51:36       John E. Lucian,   Blank Rome LLP,
            One Logan Square,   Philadelphia, PA 19103-6998
aty        +E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:54       John P. Dillman,
            Linebarge Goggan Blair & Sampson LLP,    P.O. Box 3064,   Houston, TX 77253-3064
aty        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 24 2013 05:54:09       S. James Wallace,
            Griffith, McCague & Wallace, P.C.,    The Gulf Tower, #3626,    707 Grant Street, 38th Floor,
            Pittsburgh, PA 15219-1908
aty         E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:55       Tara L. Grundemeier,
            Linbarger,Goggan, Blair & Sampson,   PO Box 3064,   Houston, TX  77253-3064
aty        +E-mail/Text: houbankepbf.cm.com Apr 24 2013 05:54:09       Yolanda M. Humphrey,
            1235 North Loop West,   Suite 600,   Houston, TX 77008-1772
cr         +E-mail/Text: mkramer@lnrproperty.com Apr 24 2013 06:40:20       Abercorn Common, LLLP,
            c/o LNR Partners LLC,   1601 Washington Ave.,   Suite 700,   Miami Beach, FL 33139-3165
cr         +E-mail/Text: tstewart@bangordailynews.com Apr 24 2013 05:55:43
            Bangor Daily News d/b/a Bangor Publishing Company,   c/o Thomas K. Stewart,   P.O. Box 1329,
            491 Main Street,   Bangor, MA 04401-6296
cr         +E-mail/Text: mark@ogdenpartners.com Apr 24 2013 05:55:53       Central Investments, LLC,
            Mark Ordower, PC,   333 S. Desplaines Street,   Suite 207,   Chicago, IL 60661-5594
cr         +Fax: 954-764-7770 Apr 24 2013 05:52:32       City of Homestead, Florida,   Weiss Serota Helfman,
            c/o Douglas R. Gonzales,   200 E. Broward Blvd.,    Suite 1900,   Fort Lauderdale, FL 33301-1949
cr         +E-mail/PDF: bankruptcy.court@mesaaz.gov Apr 24 2013 06:37:28       City of Mesa,
            Tax Audit & Collections,   Po Box 1466,   Mesa, AZ 85211-1466
cr         +Fax: 954-764-7770 Apr 24 2013 05:52:32       City of Miramar, FL,   Weiss Serota Helfman,
            c/o Douglas R. Gonzales,   200 E. Broward Blvd.,   suite 1900,   Fort Lauderdale, FL 33301-1949
cr          E-mail/Text: Andrew.Thompson@ci.san-rafael.ca.us Apr 24 2013 05:55:14       City of San Rafael,
            1400 Fifth Avenue,   PO Box 151560,   San Rafael, CA  94915-1560
cr         +E-mail/Text: jludwig@clevelandconstruction.com Apr 24 2013 06:04:10
            Cleveland Construction, Inc.,   c/o Daniel Wireman, Esq.,   5390 Courseview Drive,
            Mason, OH 45040-2362
cr          E-mail/Text: cmabankruptcy@nisource.com Apr 24 2013 05:59:00       Columbia Gas of Massachusetts,
            2025 Roosevelt Ave.,   PO Box 2025,   Springfield, MA  01102-2025
cr          E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:57       Cypress-Fairbanks ISD,
            c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr          E-mail/Text: mkramer@lnrproperty.com Apr 24 2013 06:40:20       Decatur Plaza I, LLC,
            c/o LNR Partners, LLC,   1601 Washington Ave.,   Suite 700,   Miami Beach, FL 33139-3165
cr          E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:57       Fort Bend County,
            c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr          E-mail/Text: brnotices@dor.ga.gov Apr 24 2013 05:56:26       State of Georgia Dept. of Revenue,
            Compliance Division,   PO Box 161108,   Atlanta, GA  30321
tor         E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01       Hain Capital Group, LLC,
            301 Route !7 N,   7th Floor,   Rutherford, NJ  07070
tee        +E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01       Hain Capital Group, LLC,
            301 Route 17 N,   7th Floor,   Rutherford, NJ  07070-2599
cr         +E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01       Hain Capital Holdings, LLC,
            301 Route 17 North,   7th Floor,   Rutherford, NJ 07070-2599
cr          E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:58       Harris County, et al,
            c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr          E-mail/Text: bankruptcy@co.henrico.va.us Apr 24 2013 06:45:29       Henrico County, Virginia,
            County Attorney,   P.O. Box 90775,   Henrio, VA  23273-0775
liq        +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 24 2013 05:56:07       Hilco Merchant Resources, LLC,
            5 Revere Dr.,   Suite 206,   Northbrook, IL 60062-1568
cr          E-mail/Text: cio.bncmail@irs.gov Apr 24 2013 05:48:08       Internal Revenue Service,
            400 N 8th Street, Box 76,   Stop Room 898,   Richmond, VA  23219
cr         +E-mail/Text: spradlta@jacksoncounty.org Apr 24 2013 06:45:24       Jackson County,
            c/o Theresa Spradling,   PO Box 1569,   Medford, OR 97501-0242
cr          E-mail/Text: rminkoff@jefferies.com Apr 24 2013 06:05:02
            Jefferies Leveraged Credit Products, LLC,   One Station Place,   Three North,
            Stamford, CT  06902
cr         +E-mail/Text: kbuck1159@aol.com Apr 24 2013 05:58:56       Karen L. Buckley,
            7615 Mineral Spring Ct.,   Springfield, VA 22153-2307
cr         +E-mail/Text: ktbuchan@bellsouth.net Apr 24 2013 05:55:36       Kisha T. Buchanan,
            523 Joe B. Jackson Pkwy,   Murfreesboro, TN 37127-7109
cr         +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30       Longview ISD,
            Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,   2323 Bryan Street Ste 1600,
            Dallas, TX 75201-2644
cr          E-mail/Text: skipnmatte@yahoo.com Apr 24 2013 05:55:25       Maria Teresa Cameron,   PO Box 3751,
            Costa Mesa, CA  92628-3751
cr         +E-mail/Text: mfrauen@windstream.net Apr 24 2013 05:55:52       Marian B. Frauenglass,
            105 Brian Drive,   Warner Robins, GA 31088-7918
cr         +E-mail/Text: mmccabe@mediate.com Apr 24 2013 05:55:24       Michael McCabe,   P.O. Box B,
            Villa Grande, CA 95486-0090
cr         +E-mail/Text: mtucker122@verizon.net Apr 24 2013 05:55:21       Michael Tucker,
            11310 Wycombe Park Lane,   Glenn Dale, MD 20769-2029
cr          E-mail/Text: ecfnotices@dor.mo.gov Apr 24 2013 05:55:14       Missouri Department of Revenue,
            General Counsel's Office,   301 W. High Street, Room 670,   PO Box 475,
            Jefferson City, MO  65105-0475
cr          E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:57       Montgomery County,
            c/o Joh P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
```

```
District/off: 0422-7          User: frenchs          Page 41 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr          +E-mail/Text: solmara@globalnw.com Apr 24 2013 06:02:31
             National Western Life Insurance Company,   c/o Mortgage Loan Dept.,    850 East Anderson Lane,
             Austin, TX 78752-1602
cr          +E-mail/Text: tc_legal_services@pbcgov.org Apr 24 2013 05:52:15
             Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL 33402-3715
cr          +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2013 06:37:18
             Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
cr          +E-mail/Text: thmpsn5@aol.com Apr 24 2013 05:55:47     Richard Thompson,    11313 Edgewood Farm Ct.,
             Richmond, VA 23233-1823
cr          +E-mail/Text: leslie@sharplawoffices.com Apr 24 2013 05:55:36     Rick Sharp,
             1008 Wedgeland Drive,   Raleigh, NC 27615-5928
cr          +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30     Smith County,
             Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,   2323 Bryan Street Ste 1600,
             Dallas, TX 75201-2644
cr          +E-mail/Text: mkramer@lnrproperty.com Apr 24 2013 06:40:20     Starpoint Properties,
             2005-C1 Shoppes of Plantation Acres, LLC,   c/o LNR Partners, LLC,   1601 Washington Ave.,
             Suite 700,   Miami Beach, FL 33139-3165
cr          +E-mail/Text: pfurlow@dixonmidland.com Apr 24 2013 05:59:17     TFL Enterprise, LLC,
             980 North Michigan Ave.,   Suite 1540,   Chicago, IL 60611-7568
cr           E-mail/Text: bankruptcynoticing@polktaxes.com Apr 24 2013 05:54:04
             Tax Collector For Polk County, FL,   Of Joe G. Tedder,   PO Box 2016,   Bartow, FL 33831-2016
cr           E-mail/Text: bankruptcynoticing@polktaxes.com Apr 24 2013 05:54:04
             Tax Collector, Polk County, Florida,   Joe G. Tedder, CFC,   Delinquency and Enforcement,
             PO Box 2016,   Bartow, FL 33831-2016
cr          +E-mail/Text: taylorbphillips@comcast.net Apr 24 2013 05:58:27     Taylor B. Phillips,   Apt. 511,
             8875 Costa Verde Blvd.,   San Diego, CA 92122-6659
cr          +E-mail/Text: tsignor@gburgtimes.com Apr 24 2013 05:54:53     Times & News Publishing Company,
             1570 Fairfield Road,   Gettysburg, PA 17325-7252
cr          +E-mail/Text: rnies@wolffsamson.com Apr 24 2013 05:51:36     Toys R Us - Delaware, Inc.,
             c/o Wolff & Samson PC,   Attn: Karen L. Gilman, Esq.,   One Boland Drive,
             West Orange, NJ 07052-3687
cr          +E-mail/Text: collections@bluelynxmedia.com Apr 24 2013 06:21:42     Tribune Company,
             435 N. Michigan Ave., 3rd Floor,   Chicago, IL 60611-6229
cr           E-mail/Text: ebn@vermontgas.com Apr 24 2013 06:42:43     Vermont Gas,   PO Box 467,
             Burlington, VT  05402-0467
cr           E-mail/Text: krishna.patel@vonage.com Apr 24 2013 05:54:00     Vonage Holdings, Inc.,
             attn: Angelique Electra,   23 Main Street, D2-180,   Holmdel, NJ  07733-2136
cr          +Fax: 641-437-5365 Apr 24 2013 05:42:32     Wisconsin Power & Light,   300 Sheridan Ave.,
             Centerville, IA 52544-2625
9938210     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26     Absolute Computer Solutions,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
10611806    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26     Ali I Malik,
             c/o Liquidity Solutions, Inc,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
8750450     +E-mail/Text: hcosta@bouldercounty.org Apr 24 2013 05:55:16     Boulder County Treasurer,
             P.O. Box 471,   Boulder, Colorado 80306-0471
10003991    +E-mail/Text: jkane@jefferies.com Apr 24 2013 06:08:51     Brandywine Grande C LP,
             c/o Jefferies Leveraged Credit Products,   One Station Place, Three North,
             Stamford, CT 06902-6800
10181391    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26     Buckhead Triangle LP,
             c o Liquidity Solutions Inc,   One University Plz Ste 312,   Hackensack, NJ 07601-6205
10214312    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26     CARMA INTERNATIONAL,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8677685     +E-mail/Text: citjaxbankruptcy@cit.com Apr 24 2013 05:51:41
             CIT Technology Financing Services, Inc.,   10201 Centurion Parkway N. #100,
             Jacksonville, OH 32256-4114
8641633      E-mail/Text: bankruptcy@cpsenergy.com Apr 24 2013 05:59:15     CPS Energy - Bankruptcy Section,
             145 Navarro - Mail Drop 101013,   San Antonio, TX  78205
11276245    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26     Cables Unlimited Inc,
             c/o Liquidity Solutions, Inc,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
9962020     +E-mail/Text: gcunningham@gmhlaw.com Apr 24 2013 05:55:28     Carrollton Arms LLC,
             c/o Gary H Cunningham Esq,   101 W Big Bear Rd, 10th Fl,   Troy, MI 48084-5280
9255730     +E-mail/Text: mark@ogdenpartners.com Apr 24 2013 05:55:53     Central Investments LLC,
             c/o Mark Ordower,   Suite 207,   333 South Desplaines,   Chicago, IL 60661-5594
8575617      E-mail/Text: ebcalvo@pbfcm.com Apr 24 2013 05:54:54     City Hurst, Mansfiled ISD, Carroll ISD,
             c/o Elizabeth Banda,   PO Box 13430,   Arlington, TX 76094-0430
8575615      E-mail/Text: ebcalvo@pbfcm.com Apr 24 2013 05:54:54
             City of Cedar Hill, Burleson ISD, Arlington ISD,   c/o Elizabeth Banda,   PO Box 13430,
             Arlington, TX 76094-0430
8782773      E-mail/Text: customer.service@florence-ky.gov Apr 24 2013 06:40:34     City of Florence,
             PO Box 1357,   Florence KY 41022-1357
8693721     +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30     City of Frisco,
             c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2644
9908258     +E-mail/Text: lrogers@hged.com Apr 24 2013 06:04:17     City of Holyoke Gas & Electric Department,
             99 Suffolk Street,   Holyoke, MA 01040-5082
8628131     +Fax: 954-764-7770 Apr 24 2013 05:52:32     City of Homestead, FL,   c/o Douglas R. Gonzales, Esq.,
             Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
             954-763-4242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8575618      E-mail/Text: ebcalvo@pbfcm.com Apr 24 2013 05:54:54      City of Lake Worth,   c/o Elizabeth Banda,
             PO Box 13430,   Arlington,TX 76094-0430
8693766      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      City of Memphis,
             c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2644
8628132      +Fax: 954-764-7770 Apr 24 2013 05:52:32      City of Miramar, FL,   c/o Douglas R. Gonzales,
             Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
             954-763-4242
8671825      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Apr 24 2013 06:36:13      City of Richmond,
             Department of Public Utilities,   730 E. Broad Street, 5th Floor,
             Richmond, Virginia 23219-1861
10725454     E-mail/Text: dreinhardt@co.clark.in.us Apr 24 2013 06:04:50      Clark County Treasurer,
             c/o David Reinhardt,   PO Box 1508,   Jefferson, IN 47131-1508
8600964      E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:55      Cypress Fairbanks ISD,
             c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
             Houston, Tx. 77253-3064
8578489      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Dallas County,
             Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2637
8572197      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Dallas County and Tarrant County,
             % Linebarger Goggan Blair & Sampson LLP,   Attn: Elizabeth Weller, Esq.,
             2323 Bryan St., Ste. 1600,   Dallas, TX 75201-2637
11461483     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      David Zargari,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
11392606     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      E-Rewards Inc.,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8689371      E-mail/Text: bklaw2@centurylink.com Apr 24 2013 06:08:45      Embarq,   PO Box 7971,
             Shawnee Mission,   KS 66207-0971
8600914      E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:55      Fort Bend County,
             c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
             Houston, Tx. 77253-3064
10186375     E-mail/Text: rminkoff@jefferies.com Apr 24 2013 06:05:02      Green Pond Group Inc.,
             c/o Jefferies Leveraged Credit Products,   one Station Place,   Three North,
             Stamford, CT 06902
8626594      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Gregg County,
             c/o Laurie A. Spindler,   Linebarger Goggan Blair & Sampson, LLP,
             2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8693654      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Gregg County,
             c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2644
9169691      +E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01      Hain Capital Holdings, LLC,
             301 Route 17 N, 7th Floor,   Rutherford, NJ 07070-2599
8572463      +E-mail/Text: scott.kercheval@hamiltonbeach.com Apr 24 2013 05:59:33
             Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
8919898      E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:55      Harris County TRA,
             c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
             Houston, Tx. 77253-3064
8600909      E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:56      Harris County et al,
             c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
             Houston, Tx. 77253-3064
10337921     +E-mail/Text: jkane@jefferies.com Apr 24 2013 06:08:51      HighJump Software Inc.,
             c/o Jefferies Leveraged Credit Prod. LLC,   One Station Place,Three North,
             Stamford, CT 06902-6800
10040129     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Hitachi America, Ltd.,
             c/o Liquidity Solutions Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
9908262      +E-mail/Text: lrogers@hged.com Apr 24 2013 06:04:17      Holyoke Gas & Electric Department,
             99 Suffolk Street,   Holyoke, MA 01040-5082
10617956     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Iannucci Development Corp,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8578547      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Irving ISD,
             Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2637
10576243     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      James M. Freeman,
             c/o Liquidity Solutions, Inc.,   One University Plaza, STe 312,   Hackensack, NJ 07601-6205
8584107      E-mail/Text: susanp@taxcollector.com Apr 24 2013 05:50:57
             Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL 34206-5300
10798007     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Kimberly Betts,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8660718      E-mail/Text: resurgentbknotifications@resurgent.com Apr 24 2013 05:51:22      LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
8996723      +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Liquidity Solutions Inc.,
             One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
9962985      +E-mail/Text: jkane@jefferies.com Apr 24 2013 06:08:51      MRV Wanamaker LC,
             c/o Jefferies Leveraged Crd Product,   One Station Place Three North,   Stanford, CT 06902-6800
11358415     +E-mail/Text: mkramer@lnrproperty.com Apr 24 2013 06:40:20      MSCI 2007-IO13 Retail 5555,
             c/o LNR Partners, LLC,   Attn: Juan Mira,   1601 Washington Avenue, Suite 700,
             Miami Beach, FL 33139-3165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

8567308      +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Madison Waldorf, LLC,
              c/o Liquidity Solutions, Inc,   One University Plaza, Suite 312,
              Hackensack, New Jersey 07601-6205
11733085     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Mayfair MDCC Busines Trust,
              c/o Liquidity Solutions, Inc.,   One university Plaza, Ste 312,  Hackensack, NJ 07601-6205
10564748     +E-mail/Text: jkane@jefferies.com Apr 24 2013 06:08:51
              McAlister Square Partners a Texas Limited Partners,   c/o Jefferies Leveraged Credit,
              One Station Place, Three North,   Stamford, CT 06902-6800
8600989       E-mail/Text: houston_bankruptcy@LGBS.com Apr 24 2013 06:06:56      Montgomery County,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
10373899     +E-mail/Text: ziperez@mcgtn.net Apr 24 2013 06:39:39      Montgomery County Trustee,
              350 Pageant Lane, Ste 101 B,   Clarksville, TN 37040-3813
10043336     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      c/o Liquidity Solutions, Inc.,
              PRICERUNNER USA A VALUE CLICK INC COMPANY,   c/o Liquidity Solutions, Inc.,
              One University Plaza, Suite 312,  Hackensack, NJ 07601-6205
10129170      E-mail/Text: rminkoff@jefferies.com Apr 24 2013 06:05:02      Palm Springs Mile Associates Ltd.,
              c/o Jefferies Leveraged Credit Products,   One Station Place,   Three North,
              Stamford, CT 06902
8670283      +E-mail/Text: BKRMailOps@weltman.com Apr 24 2013 06:08:25      RAY FOGG CORPORATE PROPERTIES, LLC.,
              C/O WELTMAN, WEINBERG & REIS,   323 W. LAKESIDE AVE., 2ND FL,  CLEVELAND, OH 44113-1085
8608600       E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2013 06:30:47
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10618999      E-mail/Text: rminkoff@jefferies.com Apr 24 2013 06:05:02      Remount Road Associates LLC,
              c/o Jefferies Leveraged Credit Products,,   One Station Place,   Three North,
              Stamford, CT 06902
8619562      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Rockwall CAD,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
8619466      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Rockwall County,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
10664530     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      SCHMIDT, GARY,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,
              Hackensack, New Jersey 07601-6205
10375685     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      SEBRING Retail Assoc. LLC,
              c/o Liquidity Solutions, Inc.,   One University Plaza,   Ste 312,  Hackensack, NJ 07601-6205
8624896       E-mail/Text: appebnmailbox@sprint.com Apr 24 2013 05:52:07      Sprint Nextel  Correspondence,
              Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
8624897       E-mail/Text: appebnmailbox@sprint.com Apr 24 2013 05:52:08      Sprint Nextel Distribution,
              Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
9535248      +E-mail/Text: dspaulding@seminoletax.org Apr 24 2013 05:50:56      Seminole County Tax Collector,
              PO Box 630 S,   Sanford, Florida 32772-0630
11742787     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Shopzilla Inc.,   dba BizRate,
              c/o Liquidity Solutions Inc.,   One University Plaza, # 312,  Hackensack, NJ 07601-6205
8619471      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Smith County,
              Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
10435596     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Sullivan Crosby Trust,
              c/o Liquidity Solutions, Inc,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
10056718     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26
              THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER,   c/o Liquidity Solutions Inc.,
              One University Plaza, Suite 312,  Hackensack, NJ 07601-6205
10056716     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26
              THE IRVINE COMPANY THE MARKET PLACE,   c/o Liquidity Solutions, Inc.,
              One University Plaza, Suite 312,  Hackensack, NJ 07601-6205
10294547     +E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01      THQ Inc.,
              c/o Hain Capital Holdings, LTD,   301 Route 17, 7th Floor,   Tutherford, NJ 07070-2599,
              Attn: Ganna Liberchuk
9315461      +E-mail/Text: arapoport@haincapital.com Apr 24 2013 05:54:01      THQ, Inc.,
              c/o Hain Capital Holdings, Ltd.,   301 Route 17 North, 7th Floor,   Rutherford, NJ 07070-2599
8578535      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Tarrant County,
              Linebarger Goggan Blair & Sampson LLP,   ELizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2637
8580805       E-mail/Text: bankruptcynoticing@polktaxes.com Apr 24 2013 05:54:04
              Tax Collector for Polk County, Florida,   Office of Joe G. Tedder, CFC,   c/o Bonnie Holly,
              PO Box 2016,   Bartow, Florida 33831-2016
8676701       E-mail/Text: BKRMailOps@weltman.com Apr 24 2013 06:08:25      The Columbus Dispatch,
              c/o Weltman, Weinberg & Reis Co.,   PO Box 93596,   Cleveland, OH 44101-5596
10176069     +E-mail/Text: jkane@jefferies.com Apr 24 2013 06:08:51      The Daily Progress,
              c/o Jefferies Leveraged,   Credit Products, LLC,   One Station Place, Three North,
              Stamford, CT 06902-6800
10547500     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26      Todd M. Krajewski,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Ste 312,  Hackensack, NJ 07601-6205
8619458      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 24 2013 06:07:30      Tom Green CAD,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8687596      +E-mail/Text: saxonl@chesterfield.gov Apr 24 2013 05:54:06    Treasurer Chesterfield County,
               PO Box 70,   Chesterfield VA 23832-0906,   attn: Laura Glovier,  (804) 751-4915
11488171      E-mail/Text: rminkoff@jefferies.com Apr 24 2013 06:05:02    Tutwiler Properties Ltd.,
               c/o Jefferies Leveraged Credit,   One Station Place,   Three North,   Stamford, CT  06902
10454733     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26    UNITED PACKAGING SUPPLY CO,
               c/o Liquidty Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8583553      +E-mail/Text: krishna.patel@vonage.com Apr 24 2013 05:54:00    Vonage Marketing Inc.,
               Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136
8583494      +E-mail/Text: krishna.patel@vonage.com Apr 24 2013 05:54:00    Vonage Marketing Inc.,
               c/o Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136
9229223      +E-mail/Text: Bankruptcy-Notifications@we-energies.com Apr 24 2013 05:55:22    WE Energies,
               PO Box 2046,   Milwaukee, WI 53201-2046
11498417     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Apr 24 2013 05:54:26    William Cimino,
               c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
                                                                                            TOTAL: 145
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Christian & Barton, L.L.P.
aty         Hodgson Russ LLP
aty         Ivan M. Gold
aty         J. R. Smith
aty         John M. Brom,   Querrey & Harrow, Ltd.
aty         Lauren Lonergan Taylor,   Duane Morris, LLP
aty         Rachel N. Greenberger
aty         Scott Shaw
aty         Troutman Sanders LLP
aty         Vivieon E. Kelley
aty         Yolandad M Humphrey,   Perdue, Brandon, Fiedler, Collins & Mott
tr          Circuit City Stores, Inc. Liquidating Trust
cr          1030 W. North Ave. Bldg. LLC
cr          120 Orchard LLC
cr          1251 Fourth Street Investors, LLC
cr          13630 Victory Boulevard, LLC
tor         19th Street Investors Inc.
intp        36 Monmouth Plaza LLC
cr          3725 Airport Boulevard, LP
tee         412 South Broadway Realty LLC
cr          427 Orchard LLC
cr          444 Connecticut Avenue, LLC, Store #3690
cr          502-12 86th Street LLC
cr          553 Retail, LLC
cr          601 Plaza LLC
cr          680 S. Lemon Ave. Co.
intp        99 Cents Only Stores
cr          AAC Management Corp.
cr          ACXIOM CORPORATION
cr          ADT Security Services, Inc.
cr          ALCAL/Arcade Contracting, Inc.
cr          ANG Newspapers
cr          AOL LLC
cr          AT&T
cr          AT&T Capital Services, Inc.
cr          AT&T Corp.
cr          AVR CPC Associates, LLC
cr          Aaron Hornstra
cr          Acadia Realty Limited Partnership
cr          Acosta Strommen P.A
cr          Ada Alicea
cr          Ada Alicea, on behalf of herself and all others si
cr          Ada County Assessor's Office
intp        Advance Publications, Inc.
cr          Advance Real Estate Management, LLC
cr          Advertising.com Inc.
cr          Agree Limited Partnership
cr          Ahmad Paul Whitney
cr          Aiptek, Inc.
cr          Akamai Technologies, Inc.
cr          Alameda County Treasurer
cr          Alameda Newspaper Group, Inc.
cr          Alameda Newspapers, Inc.
prf         Alfred H. Siegel
cr          Alief ISD, et al
cr          Allen County Treasurer
cr          Alliance Entertainment Corporation
cr          Altamonte Springs Real Estate Associates, LLC
intp        Alvarez & Marsal Canada, ULC
intp        AmCap Arborland LLC
intp        AmCap NorthPoint LLC
```

District/off: 0422-7        User: frenchs            Page 45 of 117           Date Rcvd: Apr 23, 2013
                           Form ID: redacttr         Total Noticed: 2024

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          AmREIT, a Texas Real Estate Investment Trust
cr          Amargosa Palmdale Investments, LLC
cr          American Electric Power
cr          American National Insurance Company
cr          American Power Conversion Corp.
cr          Ammon Properties, LC
cr          Amore Construction Company
cr          Andrews Electronics
cr          Angela Ross
cr          Anna Thomas
cr          Annapolis Plaza LLC
cr          Anthony Erickson, d/b/a A.C.E.Enterprises
cr          Anthony Martinez
cr          Apex Digital, Inc.
cr          Applied Predictive Technologies, Inc.
intp        Arboretum of South Barrington, LLC
cr          Archos, Inc.
cr          Argyle Forest Retail I, LLC
cr          Arizona Department of Revenue
cr          Arlington ISD
cr          Arlington ISD, et al.
cr          Ashkenazy Management Corp.
cr          Atlantic City Electric
cr          Audio Authority Corporation
cr          Audiovox Corporation
cr          Austin Community College
cr          Austin Independent School District
cr          Averatec/Trigem USA
cr          BISSELL Homecare, Inc.
cr          Bagby & Russell Electric Company, Inc.
cr          Baltimore Gas and Electric Company
cr          Bank of America, N.A.
cr          Bank of America, N.A., as Agent
cr          Barbara Lay
cr          Basser-Kaufman
cr          Bay Area News Group East Bay, LLC
cr          BayAreaNews Group
cr          BayAreaNewsGroup
cr          Baybrook MUD l
cr          Bear Valley Road Partners LLC
cr          Becker Trust LLC
cr          Bel Air Square LLC
cr          Belkin International
cr          Bell County, County of Denton, Midland Central App
cr          Bell Microproducts, Inc.
cr          Bell'O International Corp.
cr          Bella Terra Associates, LLC
cr          Belleville News-Democrat
cr          Bellingham Herald
cr          Benderson Development Company, LLC
cr          Benenson Capital Company
cr          Benton County Treasurer
cr          Berkadia Commercial Mortgage LLC
cr          Bethesda Softworks, LLC
cr          Beverly Gemini Investments, LLC
cr          Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr          Biloxi Sun Herald
cr          Bizport, Ltd.
cr          Blount County Trustee
cr          Bond C.C. I Delaware Business Trust
cr          Bond Circuit IV Delaware Business Trust
cr          Bond Circuit VIII Delaware Business Trust
cr          Bond-Circuit IV Delaware Business Trust
intp        Bond-Circuit IX Delaware Business Trust
cr          Boston Gas Company
cr          Boulevard North, LP
intp        Bradenton Herald
cr          Brandywine Grande C, L.P.
cr          Brazoria County Tax Office
intp        Brick-70, LLC
cr          Brighton Commercial, L.L.C.
cr          Brownsville Independent School District
cr          Brownsville Public Utilities Board
cr          Bruce H. Besanko
intp        Bruce H. Besanko
cr          Burleson ISD
cr          Bush Industries, Inc.
cr          Buzz Oates, LLC
cr          Cl West Mason Street LLC
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
cr            CAP Brunswick, LLC
cr            CB Richard Ellis / Louisville, LLC
cr            CC - Virginia Beach, LLC
cr            CC Acquisition, L.P.
cr            CC Colonial Trust
cr            CC Grand Junction Investors 1998, LLC
cr            CC Hamburg NY Partners, LLC
cr            CC Joilet Trust
cr            CC Joliet Trust
tor           CC Kingsport 98, LLC
cr            CC Kingsport 98, LLC
cr            CC Merrilville Trust
cr            CC Plaza Joint Venture, LLP
cr            CC Properties LLC
cr            CC Springs, L.L.C.
cr            CC-Investors 1995-6
intp          CCDC Marion Portfolio, L.P.
cr            CCMS 2005 CD1 Hale Road LLC
cr            CDB Falcon Sunland Plaza, LP
cr            CGCMT 2006 C5 Glenway Avenue LLC
cr            CHK, LLC
cr            CIM/Birch St., Inc.
cr            CK Richmond Business Services #2, LLC
cr            CMAT 1999 C1 Kelly Road, LLC
cr            CMAT 1999 C2 Bustleton Avenue Limited Partnership
cr            CMAT 1999 C2 Emporium Drive LLC
cr            CMAT 1999 C2 Idle Hour Road LLC
cr            CMAT 1999 C2 Lawrence Road LLC
cr            CMAT 1999 C2 Moller Road LLC
cr            CMAT 1999 C2 Ridgeland Retail LLC
cr            COFAL Partners, L.P
cr            COMSYS Information Technology Services, Inc. and C
unk           CP Nord du Lac JV, LLC
cr            CSFB 2005-C1 Shoppes of Plantation Acres, LLC
unk           CT
cr            CWCapital Asset Management LLC
cr            Cameron Bayonne Urban Renewal, LLC's (f/k/a Camero
cr            Cameron County
cr            Canon U.S.A., Inc
cr            Capital Centre LLC
cr            Cardinal Capital Partners
cr            Caribbean Display & Construction, Inc.
cr            Carlyle-Cypress Tuscaloosa, LLC
cr            Carole Kaylor
cr            Carolina Power & Light Company d/b/a Progress Ener
cr            Carriage Crossing Market Place LLC
cr            Carroll ISD
cr            Carrollton Arms, LLC
cr            Catawba County North Carolina
cr            Catellus Operating Limited Partnership
cr            Catellus Operating Limited Partnership
cr            Cedar Development Ltd., a Florida Limited Partners
cr            Cellco Partnership d/b/a Verizon Wireless
cr            Cencor Realty
cr            Central Georgia Electric Membership Corporation
intp          Centre Daily Times (State College)
cr            Centre at 38th Street TIC, LLC
cr            Centro Properties Group
cr            Cermak Plaza Associates, LLC
cr            Chalek Company LLC
cr            Charles Booth
cr            Charlotte Observer
cr            Chase Bank USA, National Association
cr            Chelmsford Realty Associates
cr            Children's Discovery Centers of America, Inc.
cr            Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr            Circuit City Stores, Inc.
cr            Circuit Investors #2, Ltd.
cr            Circuit Realty NJ LLC
cr            Cisco-Linksys, LLC
cr            City Electronics Ltd.,   Unit A 6F Wider Industrial,   58 Tsun Yip Street,   Kwun Tong Kowloon
cr            City and County of Denver
cr            City and County of San Francisco
cr            City of Austin
cr            City of Avondale, Arizona
cr            City of Brighton
cr            City of Colorado Springs
cr            City of Fort Worth
cr            City of Fredericksburg, VA
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           City of Garland Tax Assessor/Collector
cr           City of McAllen
cr           City of Meriden, Connecticut
cr           City of Midland et al
cr           City of Novi, MIchigan
cr           City of Philadelphia
cr           City of Round Rock
cr           City of Southlake, Texas
cr           City of Waco et al
cr           City of Wichita Falls
cr           Clark County Treasurer
cr           Clean Carton Co., Inc.
cr           Clear Creek ISD
cr           Clementine Tinsley
cr           Cohab Realty, LLC
cr           Collin County Tax Assessor/Collector
cr           Colorado Department of Revenue
cr           Columbia Equities Limited Partnership
cr           Columbia Plaza Shopping Ceter Venture
cr           Columbia State
cr           Columbus Ledger-Enquirer
cr           Commerce Technologies, Inc.
cr           Commonwealth Edison Company
cr           Commonwealth of Virginia, Department of Taxation
cr           Compass Group U.S.A. Inc.
cr           Computer Resource Team, Inc.
cr           Concar Enterprises, Inc.
cr           Connecticut Light and Power Company
cr           Connecticut Natural Gas Company
cr           Connexion Technologies
cr           Consolidated Edison Company of New York, Inc.
cr           Consumer Vision, LLC
cr           Continental Properties Company, Inc.
cr           Contra Costa Times, Inc.
cr           Contra Costs Times
cr           Convergys Customer Management Group Inc.
cr           Cosmo-Eastgate, ltd
cr           Cottonwood Corners-Phase V, LLC
cr           County of Albemarle
cr           County of Henrico
cr           Craig-Clarksville Tennessee LLC
cr           Creditor Express Personnel Services, Inc
cr           Crossgates Commons NewCo, LLC
cr           Crossroads Associates, Ltd.
cr           Crossroads Shopping Center
cr           Crossways Financial Associates, LLC
cr           Cypress Equities
cr           Cypress/CC Marion I, L.P.
cr           DDR Corp. f/k/a Developers Diversified Realty Corp
cr           DL Peterson Trust, as Assignee of PHH Vehicle Mana
cr           DMARC 2006 CD2 Davidson Place, LLC
cr           DMARC 2006 Poughkeepsie LLC
cr           Dallas County
cr           Daly City Partners I, L.P
cr           Daly City Partners I, L.P.
cr           Daniel W. Ramsey
cr           Dartmouth Marketplace Associates
cr           De Rito Partners
cr           De Rito Partners Development, Inc.
cr           De Rito Pavilions 139, LLC
cr           DeMatteo Management, Inc.
cr           Deborah Jaynes
cr           Dennis Morgan
cr           Descanso TIC, LLC
cr           Developers Diversified Realty Corporation
cr           Diamond Square, LLC
cr           Diane Granito
cr           Dick's Sporting Goods Inc.
cr           Dick's Sporting Goods, Inc.
cr           Dicker-Warmington Properties
cr           Digital Innovations, LLC
cr           Digital Innovations, LLC on Behalf of VonWin Capit
cr           Dish It Up, Inc
cr           Ditan Distribution LLC
cr           Dollar Tree Stores, Inc.
cr           Dominion East Ohio
cr           Dominion Hope
cr           Dominion Peoples
cr           Donahue Schriber Realty Group, L.P.
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Donovan Dunwell
cr          Dorothy Coleman
cr          Douglas County, CO
cr          Drexel Delaware Limited Partnership
cr          Duke Energy Carolinas, LLC
cr          Duke Energy Indiana, Inc.
cr          Duke Energy Kentucky, Inc.
cr          Duke Energy Ohio, Inc.
cr          Duquesne Light Company
cr          E&A Northeast Limited Partnership
cr          EEL McKee LLC
cr          ELL MCKEE LLC
cr          Eagleridge Associates, LLC
cr          Eastman Kodak Company
intp        Eatontown Commons Shopping  Center
cr          Edward A. Alberque
cr          Edwin Targonski
cr          Emilio Gervasio
cr          Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr          EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr          Engineered Structures, Inc.
cr          Enid Two LLC
cr          Entergy Arkansas, Inc.
cr          Entergy Gulf States Louisiana, L.L.C.
cr          Entergy Louisiana, LLC
cr          Entergy Mississippi, Inc.
cr          Entergy Texas, Inc.
cr          Envision Peripherals, Inc.
cr          Ergotron, Inc. f/k/a OmniMount Systems, Inc.
op          Erica Wolff
cr          Estate of Joseph Y. Einbinder,   % Einbinder Properties, LLC
cr          Evergreen Plaza Associates
cr          Expesite, LLC
cr          Express Services, Inc.
cr          F&M Properties, Inc.
cr          FJL-MVP, LLC
cr          FM Facility Maintenance
cr          FM Facility Maintenance, f/k/a IPT, LLC
cr          FR E2 Property Holding, L.P.
cr          FT Orchard LLC
cr          FW CA-BREA Marketplace, LLC,  Regency Centers, L.P
intp        Faber Bros., Inc.
cr          Federal Realty Investment Trust
intp        Federal Warranty Service Corporation
cr          Fifth Third Bank
cr          First Industrial Realty Trust, Inc.
tor         First International Computer of America, Inc.
cr          Fishers Station Development Co.
cr          Flintlock Northridge LLC
cr          Florida Power & Light Company
cr          Florida Power Corporation d/b/a Progress Energy Fl
intp        Food Lion LLC
cr          Fort Bend ISD
cr          Fort Bend Independent School District
cr          Fort Bend LID 2
cr          Fort Steuben Mall
cr          Fort Worth ISD
cr          Fort Worth Star-Telegram
cr          Foursquare Properties Inc.
cr          Fox Broadcasting Company
cr          Fox Cable Network Services, LLC
cr          Franklin Spencer Wilson
cr          Franklin Wilson
intp        Fresno Bee
cr          Frisco ISD Tax Assessor/Collector
cr          Fuel Creative, Inc.
unk         G&S Livingston Realty, Inc.
cr          GC Acquisition Corp.
cr          GCCFC 2007-GG9 Abercorn Street Limited Partnership
cr          GECMC 2005 C2 Hickory Hollow LLC
cr          GECMC 2005 C2 Mall Road LLC
cr          GECMC 2005 C2 Parent LLC
cr          GECMC 2005 C2 South Lindbergh LLC
cr          GECMC 2005-C2 Ludwig Drive, LLC
cr          GMS Golden Valley Ranch, LLC
cr          GRI EQY Sparkleberry Square LLC
cr          GRI-EQY (Sparkleberry Square) LLC
cr          Galena Park ISD
cr          Galleria Alpha Plaza, Ltd.
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr          Galleria Plaza, Ltd.
cr          Garland ISD Tax Assessor/Collector
intp        Garmin International, Inc.
cr          Gaston County
cr          Gateway Center Properties III, LLC and SMR Gateway
intp        General Electric Company's Consumer & Industrial D
cr          General Growth Properties, Inc.
cr          General Instrument Corporation d/b/a Home & Networ
cr          Generation H One and Two Limited Partnership
cr          Generation One and Two, LP
cr          Geraldine B. Spink
cr          Glimcher Properties Limited Partnership
cr          Glimcher Properties Limited Partnership, as managi
cr          Glimcher Properties Limited Partnership, as managi
cr          Golf Galaxy, Inc.
cr          Goodmill LLC
cr          Gould Livermore LLC
cr          Granite State Electric
cr          Greater Orlando Aviation Authority
cr          Greece Ridge, LLC
cr          Green 521 5th Avenue LLC
cr          Greenback Associates
cr          Greg Nagy
cr          Greystone Data Systems, Inc.
cr          Grubb & Ellis Mid America PAC
cr          Guiseppina Gervasio
cr          H & R REIT (U.S.) Holdings Inc.
cr          Hagan Properties, Inc.
cr          Hamilton County, Tennessee
cr          Hamilton Crossing
cr          Hamilton Crossing I, LLC
cr          Harris County
cr          Harris County Toll Road Authority
cr          Harry Hallaian
cr          Harvest/HPE LP
cr          Hawaiian Electric Company, Inc
cr          Hewlett Packard Company
cr          Hidalgo County & H.C. Drainage District # 1
cr          Holyoke Crossing Limited Partnership II
cr          Home Depot USA, Inc.
cr          Horizon Technology, LLC
cr          Humble ISD
cr          IKON Office Solutions, Inc.
tee         IMCC Sunland, L.L.C.
cr          IN Retail Fund Algonquin Commons, L.L.C.
cr          Idaho Statesman
cr          Imperial Sales Corp. d/b/a Imperial Sales Company
cr          Indiana Department of State Revenue
cr          Industriaplex, Inc.
cr          Infogain Corporation
cr          Inland Amerian Oklahoma City Penn, L.L.C.
cr          Inland American Chesapeake Crossroads, L.L.C.
cr          Inland American Retail Management LLC
cr          Inland Commercial Property Management,  Inc.
cr          Inland Commercial Property Management, Inc.
cr          Inland Continental Property Management Corp.
cr          Inland Mortgage Capital Corporation
cr          Inland Pacific Property Services LLC
cr          Inland Southeast Darien
cr          Inland Southwest Darien, L.L.C.
cr          Inland Southwest Management LLC
cr          Inland Southwest Management LLC, Inland American R
cr          Inland Traverse City, L.L.C.
cr          Inland US Management LLC
cr          Inland Western Austin Southpark Meadows II Limited
cr          Inland Western Avondale McDowell, L.L.C
cr          Inland Western Cedar Hill Pleasant Run Limited Par
cr          Inland Western College Station Gateway Limited Par
cr          Inland Western Columbus Clifty, L.L.C.
cr          Inland Western Houma Magnolia, L.L.C.
cr          Inland Western Lake Worth Towne Crossing Limited P
cr          Inland Western Lewisville Lakepointe Limited Partn
cr          Inland Western Oswego Gerry Centennial, L.L.C.
cr          Inland Western Phillipsburg Greenwich L.L.C.
cr          Inland Western Richmond Maryland, L.L.C.
cr          Inland Western San Antonio HQ Limited Partnership
cr          Inland Western San Antonio HW Limited Partnership
cr          Inland Western Southlake Corners Limited Partnersh
cr          Inland Western Sugar Land Colony Liimted Partnersh
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           Inland Western Temecula Commons, L.L.C.
cr           Inland Western West Mifflin Century III, L.P.
cr           InnerWorkings, Inc.
cr           Integrated Label Corporation
cr           International Speedway Square, Ltd.
cr           Interstate Augusta Properties LLC
cr           Island Packet
cr           J. Scott Douglass
cr           J.P. Morgan Chase Bank, N.A.
cr           JMC Manufacturing Inc. dba Inland Fixture
cr           JP Morgan Chase & Co.
cr           JVC Americas Corp. and JVC Company of America
cr           JWC Loftus LLC
cr           Jack Hernandez
cr           Jackson EMC
cr           James Fouskey
cr           James L. Rollins
intp         James M. Stacia
cr           James Oldenburg
cr           Jantzen Dynamic Corporation
intp         Jeff Leopold
cr           Jeffrey R. Leopold
cr           Jeffrey Thibodeau
cr           Jersey Central Power & Light Company
cr           Jessee Perez
cr           Joanne Eisner
cr           John Batioff
cr           Johnny L. Ferguson
cr           Johnson City Crossing, L.P.
cr           Jon C. Geith
cr           Jonathan Card
cr           Jones Lang LaSalle Americas, Inc.
cr           Jordan Landing, LLC
unk          Jose Felix Infante Vasques
cr           Journal Sentinel, Inc.
cr           Judith Rae Minnite
tor          KB Columbus 1-CC, LLC
cr           KB Columbus 1-CC, LLC
cr           KNP
cr           KRG Market Street Village, LP
cr           Kansas City Star
cr           Keith Sanders
cr           Ken J. Young
cr           KeySpan Gas East Corporation
cr           Khanam Fatima Akhter
cr           Kimco Realty Corporation
cr           Kina Thompson
cr           Kinyo Company, Inc.
sp           Kirkland & Ellis LLP
cr           Kite Coral Springs, LLC
cr           Knoxville Utilities Board
tee          Korea Export Insurance Corporation
cr           LC White Plains Retail LLC
cr           LG Electronics USA, Inc.
cr           LNR Partners, Inc.
cr           La Habra Imperial, LLC
cr           LaSalle Bank National Association as Trustee for C
cr           LaSalle Bank National Association f/k/a LaSalle Na
cr           LaSalle Bank National Association f/k/a LaSalle Na
cr           LaSalle Bank National Association, a nationally ch
cr           LaSalle Bank National Association, as trustee for
cr           LaSalle Bank National Association, as trustee for
cr           LaSalle Bank National Association, f/k/a LaSalle N
cr           LaSalle Bank National Association, f/k/a/ LaSalle
cr           LaSalle Bank national Association, as Trustee for
cr           Laguna Gateway Phase 2, LP
cr           Lake Worth Towne Crossing Limited Partnership
cr           Laurel Plumbing, Inc.
cr           Laurie Lambert-Gaffney
cr           Lawrence W. Fay
cr           Lea Company, a Virginia general partnership, the A
cr           Leedell Murphy
cr           Leon Hallaian
cr           Leon Hurney
cr           Lewisville Independent School District
cr           Lexar Media, Inc.
intp         Lexington Herald-Leader
cr           Lexington Lion Weston I LP
cr           Lexmark International, Inc.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            Liberty Mutual Insurance Company
cr            Lilly Hallaian
intp          Liquid Asset Partners, LLC
cr            Little Britain Holding, LLC
cr            Long Island Lighting Company d/b/a LIPA
tee           Longacre Opportunity Fund, LP
cr            Loop West, LLC, by its Managing Agent The Wilder C
cr            Los Angeles County Treasurer & Tax Collector
intp          Lowe's HIW, Inc.
cr            Lubbock CAD
cr            Luckoff Land Company, LLC
cr            M & A Industrial Concrete, Inc.
cr            M and M Berman Enterprises
cr            M.I.A. Brookhaven, LLC
cr            MB Fabyan Randall Plaza Batavia, L.L.C.
cr            MB Keene Monadnock, L.L.C.
cr            MHW Warner Robins, LLC
cr            MRV Wanamaker, LC
cr            Macon Telegraph
cr            Macy's Retail Holdings, Inc.
cr            Madcow International Group Limited
cr            Mall Properties and U.S. 41 & I-285 Company
cr            Manteca Stadium Park, L.P.
tor           Manufacturers and Traders Trust Company, as Truste
cr            Manufacturers and Traders Trust Company, as Truste
cr            Manufacturers and Traders Trust Company, as Truste
cr            Marc Realty
cr            Maricopa County Treasurer
cr            Mark Stewart
cr            Market Heights, Ltd
cr            Marple XYZ Associates
cr            Martin Garcia
cr            Martinair, Inc.
cr            Mary LoPresti
cr            Massachusetts Department of Revenue
cr            Massachusetts Electric Company
cr            McAllen ISD
cr            McClatchy Company
cr            McCracken County Clerk
cr            McLennan County
cr            Media General, Inc.
cr            MediaNews Group, Inc.
cr            Melvin Walton Hone
cr            Memorial Square 1021, L.L.C.
cr            Memorial Square 1031, L.L.C.
intp          Merced Sun Star
cr            Merge Computer Group, Inc.
cr            Metropolitan Edison Company
intp          Miami Herald
cr            Miami-Dade County Tax Collector
cr            Michael Lay
cr            Michigan Consolidated Gas Company
cr            Microsoft Corporation
cr            Midland County Tax Office
cr            Midland Radio Corporation
cr            Mizco International, Inc.
cr            Modelogic, Inc.
cr            Modern Marketing Concepts, Inc.
intp          Modesto Bee
cr            Moncayo Settlement Class
cr            Monster, LLC
cr            Monte Vista Crossings, LLC
cr            Monterey County
cr            Morgan Hill Retail Venture, LP
cr            Morse-Sembler Villages Partnership #4
cr            Motorola Inc.
cr            Mount Berry Square, LLC
cr            Myrtle Beach Farms
cr            Myrtle Beach Farms Co., Inc.
cr            Myrtle Beach Sun News
cr            N.P. Huntsville Limited Liability Company
cr            NAMCO BANDAI Games America Inc.
cr            NAP Northpoint, LLC
cr            NBT Bank, N.A.
cr            NMC Stratford, LLC
cr            NPP Development LLC
cr            Nancy Booth
cr            Narragansett Electric Company
cr            Nashville Electric Service
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
cr             National Product Care Company
unk            National Registered Agents, Inc.
cr             National Retail Properties, Inc.
unk            National Union Fire Insurance Company of Pittsburg
cr             Navarre Corporation
cr             New River Properties, LLC
cr             New York State Electric and Gas Corporation
cr             Newport News Shopping Center, L.L.C.
cr             Nextag, Inc.
cr             Niagara Mohawk Power Corporation
cr             Niccole Cervanyk
mvnt           Nina Winston
cr             North Carolina Department of Revenue
cr             Northcliff Residual Parcel 4 LLC
cr             Northern Indianna Public Service Company
cr             Nueces County
cr             ON Corp US, Inc. & ON Corp
tee            ON Corp. USA, Inc. and ON Corp.
cr             OTR-Clairemont Square
cr             Office of Attorney General, Pennsylvania Departmen
crcm           Official Committee of Unsecured Creditors
cr             Ohio Bureau of Workers' Compensation
cr             Ohio Department of Commerce
cr             Ohio Department of Taxation
cr             Oklahoma Gas & Electric Company
cr             Old Republic Insurance Company
cr             Olympian
intp           Olympian
cr             Olympus Corporation
cr             Olympus Corporation of the Americas
cr             Onkyo USA Corporation
cr             Optoma Technology, Inc.
cr             Orange and Rockland Utilities
cr             Orangefair Marketplace, LLC
unk            Osprey Audit Specialists, LLC
intp           P.C. Richard & Son, Inc.
cr             P.R. Mechanical, Inc.
cr             P/A Acadia Pelham Manor, LLC
cr             PECO Energy Company
cr             PL Mesa Pavilions LLC
cr             PM Construction Inc.
cr             PR Christiana LLC
cr             PREIT SERVICES, LLC
cr             PRGL Paxton LP
cr             Pacific Castle Groves, LLC
cr             Pacific Supply
cr             Panasonic Corporation of North America
cr             Parago, Inc.
intp           Park National Bank
cr             Park Side Realty LP
cr             Parkdale Village, LP
cr             Parker Bullseye, LLC
intp           Parker Central Plaza Ltd
cr             Parker Central Plaza, Ltd.
cr             Pat Minnite
cr             Pennsylvania Electric Company
cr             Pennsylvania State Treasurer
cr             Pep Boys - Manny, Moe & Jack
cr             Perimeter Mall
cr             Petrovich
cr             Philips International
cr             Philips International Holding Corp.
cr             Piedmont Natural Gas Company
cr             Pierce County
mvnt           Pioneer Electronics, Inc
cr             Placer County
cr             Plantation Point Development, LLC
cr             Plantronics, Inc.
cr             Platform-A Inc.
cr             Plaza Las Americas, Inc.
cr             Plaza Las Palmas LLC., Store 449
mvnt           PlumChoice, Inc.
cr             PlumChoice, Inc.
cr             Point West Plaza II Investors
cr             Potter County Tax Office
cr             Prado, llc
cr             Premier Retail Interiors, Inc.
cr             Premier Retail Networks, Inc
cr             PriceGrabber.com, Inc.
```

```
District/off: 0422-7          User: frenchs           Page 53 of 117            Date Rcvd: Apr 23, 2013
                              Form ID: redacttr        Total Noticed: 2024


            ***** BYPASSED RECIPIENTS (continued) *****
cr            Principal Life Insurance Company
cr            Proview Technology
cr            Public Company Accounting Oversight Board
cr            Public Service Company of New Hampshire
cr            Public Service Electric And Gas Company
cr            RD Bloomfield Associates Limited Partnership
cr            RMRG Portfolio TIC, LLC
cr            RPAI Pacific Property Services LLC (f/k/a Inland P
cr            RPAI Southwest Management LLC (f/k/a Inland Southw
cr            RPAI US Management LLC (f/k/a Inland US Management
cr            Raleigh News & Observer
cr            Ramco West Oaks I, LLC
cr            Rancon Realty Fund IV
cr            Ray Mucci's Inc.
cr            Red Rose Commons Associates, L.P.
cr            Redtree Properties, L.P.
cr            Regency Centers, L.P.
unk           Reliance Figueroa Associates, L.P.
cr            Retail MDS, Inc.
cr            Retail Property Group, Inc.
cr            Ricardo Benjamin Salinas Pliego
cr            Richard Jaynes
cr            Robyn N. Davis
cr            Rolling Acres Plaza Shopping Center
cr            Ronus Meyerland Plaza L.P.
cr            Rossmoor Shops, LLC
cr            Roth Tanglewood LLC
cr            Roth Tanglewood, LLC
cr            Route 146 Millbury LLC
cr            Roy Eisner
cr            Ruby Hallaian
cr            Ryan, Inc. f/k/a Ryan & Company, Inc.
cr            S.J. Collins Enterprises, Goodman Enterprises, DeH
cr            S.M. Wilson & Company
cr            S.R. Weiner & Associates Inc.
cr            Sacco of Maine, LLC
intp          Sacramento Bee
cr            Safeco Insurance Company of America
cr            Salamander Designs
cr            Salt River Project
cr            San Bernardino County
cr            San Jose Mercury-News, Inc.
intp          San Luis Obispo Tribune
cr            SanDisk Corporation
cr            Savitri Cohen
cr            Savitri Cohen
cr            Schimenti Construction Company LLC
cr            Seagate Technology, LLC
cr            Seminole County Florida Tax Collector
cr            Sennco Solutions, Inc.
cr            Sennheisser Electronic Corp.
cr            Service Saver, Incorporated
cr            ServicePlan of Florida, Inc.
cr            ServicePlan, Inc. and all its Affiliates
unk           Servpro
cr            Shasta County
cr            Shelbyville Road Plaza, LLC
cr            Sherwood
cr            Sherwood America, Inc.
cr            Sherwood Properties, LLC
cr            Shops at Kildeer, LLC
cr            Signal Hill Gateway, LLC
cr            SimVest Real Estate II, LLC
cr            Sima Products Corp.
cr            Sirius XM Radio, Inc
cr            Site A, LLC
cr            Slam Brands, Inc.
cr            Sonoma County Tax Collector
cr            Sony Pictures Entertainment Inc.
cr            Sony Pictures Home Entertainment Inc.
intp          Source Interlink Companies, Inc.
cr            Source Interlink Media, LLC
cr            South Carolina Electric & Gas Company and Public S
cr            South Texas College
cr            South Texas ISD
cr            Southern California Edison Company
cr            Southern Connecticut Gas Company
cr            Southpaw Credit Opportunity Master Fund LP
cr            Southpaw Koufax, LLC
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr              Southwest Gas Corporation
cr              Southwinds. Ltd.
cr              Sparkleberry Two Notch, LLC
cr              Starpoint Property Management, LLC
cr              State of Connecticut Department of Revenue Service
cr              State of Illinois, Department of Revenue
cr              State of New Hampshire Department of Revenue Admin
cr              State of New Jersey - Dept. of Treasury,   Office of Unclaimed Property
cr              Sterling Reporting Services, L.P.
cr              Suemar
cr              Sun Belt General Contractors, Inc
cr              Sun Construction Group, Inc. a/k/a Sun Constructio
cr              Susan M. Johnson
cr              Susan Richardson,   4720 Sadler Green Pl.,   Glen Allen
unk             Sutherland Asbill & Brennan LLP
cr              Swanblossom Investments, LP
cr              Sweetwater Associates, L.P.
intp            Sykes Enterprises Incorporated f/k/a ICT Group, In
intp            Systemax, Inc.
cr              T & T Enterprises
cr              T.D. Farrell Construction, Inc.
cr              THE GOLDENBERG GROUP
cr              THF Chesterfield Two Development, L.L.C.
cr              THF Clarksburg Development One, Limited Liability
intp            THF Harrisonburg Crossing, L.L.C.
cr              THF Harrisonburg Crossing, L.L.C.
cr              THF ONC Development, L.L.C.
cr              THF St. Clairsville Development, L.P.
cr              THQ, Inc.
cr              TPG Management, Inc
cr              TWG Innovative Solutions, Inc.
cr              TXU Engergy Retail Company LLC
cr              Tacoma News, Inc.
cr              Take Two Interactive Software, Inc.
cr              Tamarack Village Shopping Center Limited Partnersh
cr              Tanglewood Park LLC
cr              Tanglewood Park, LLC
cr              Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr              Tarrant County
cr              Taubman Auburn Hills Associates Limited Partnershi
cr              Tax Appraisal District of Bell County et al
cr              Tax Collector of Madison County, Alabama,   c/o Lynda Hall, Tax Collector
cr              Teachers Insurance and Annuity Association of Amer
cr              Team Retail Westbank, Ltd.
cr              Tec-Com Services, Inc.,   dba Micro Tech
cr              TeleDynamics LLP
cr              Tennessee Department of Treasury-Unclaimed Propert
cr              Terranomics Crossroads Associates
cr              Texas Comptroller of Public Accounts
cr              Texas Comptroller of Public Accounts and Texas Wor
cr              Texas Instruments Incorporated
cr              Texas Tax Appraisal Districts of Bell County, Braz
intp            The Agency for Workforce Innovation
cr              The Balogh Companies
cr              The Balogh Companies
cr              The Brooklyn Union Gas Company d/b/a National Grid
cr              The City Portfolio TIC, LLC
cr              The City of New York
cr              The Cleveland Electric Illuminating Company
cr              The Columbus Dispatch
cr              The Daniel Group
cr              The Denver Newspaper Agency, LLP
cr              The Detroit Edison Company
cr              The Hutensky Group
cr              The Leben Family Limited Partnership
cr              The MacNaughton Group
cr              The Marvin L. Oates Trust
cr              The Morris Companies Affiliates
cr              The PM Company
cr              The Parkes Companies Inc.
cr              The Parkes Companies, Inc. d/b/a Parkes Constructi
cr              The West Campus Square Company, LLC
cr              The Woodlands Metro Center MUD
cr              The Woodmont Company
cr              The Ziegler Companies
cr              Thomas C. Bradley
cr              ThomsonWest
cr              Thoroughbred Village
cr              Thoroughbred Village Tennessee, GP
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Toledo Edison Company
cr          Torrance Towne Center Associates, LLC
cr          Tourboullin Co.
cr          Town of Enfield Connecticut
cr          Towne Square Plaza
cr          Travis County
cr          Travis County Hospital District
cr          Travis County Tax Assessor-Collector
cr          Travis County Texas
cr          Treasurer of Douglas County, Colorado
mvnt        Tremor Media, Inc.
cr          Tri-City Herald
cr          Triangle Equities Junction LLC
cr          Tritronics, Inc.
cr          Turner Broadcasting System, Inc.
cr          Tutwiler Properties, LTD
cr          Twentieth Century Fox Home Entertainment LLC
cr          Tyler ISD
cr          U.S. 41 & I 285 Company
cr          U.S. Customs and Border Protection
cr          UBS Realty Investors, LLC
cr          US Signs, Inc.
cr          UnCommon, Ltd., a Florida Limited Partnership
cr          Unical Enterprises, Inc
cr          Union County Construction Group, Inc.
cr          Union Square Retail Trust
cr          United Radio, Inc.
cr          Universal Display and Fixtures Company
cr          Uniwest Commercial Realty
cr          VIWY, L.P.
cr          Vance Baldwin, Inc.
cr          Vector Security, Inc.
cr          Ventura In Manhattan, Inc.
cr          Verizon Communications Inc.
cr          Vincent Tully
cr          Virginia Electric and Power Company d/b/a Dominion
cr          Virginia Surety Company, Inc.
cr          Visiontek Products, LLC
cr          WBCMT 2005-C21 South Ocean Gate Avenue Limited Par
cr          WEC 99A-2LLC
cr          WGHP-TV
cr          Wal-Mart Stores, Inc.
cr          Walter E. Hartman & Sally J. Hartman, as Trustee o
cr          Warner Home Video
cr          Washington Commons Associates
cr          Washington Green TIC
cr          Washington Real Estate Investment Trust
mvnt        Wayne VF, LLC
cr          Wayne-Dalton Corp.
cr          Weidler Settlement Class
cr          Weingarten Realty Investors and Its Affiliates
intp        Wells Fargo Bank Northwest, National Association
cr          Wells Fargo Bank, N.A
cr          Wells Fargo Bank, N.A.
cr          Wells Fargo Bank, N.A., as Trustee for Nationslink
cr          Wells Fargo Bank, N.A., as Trustee for the Registe
cr          Wells Fargo Bank, N.A., as successor trustee to Ba
cr          Wells Fargo Business Credit, Inc.
cr          West Marine Products, Inc.
cr          Western Digital Technologies, Inc.
cr          Western Massachusetts Electric Company
cr          Westfield, LLC
cr          Westgate Village, LLC
cr          Whitestone Development Partners, L.P.
cr          Wichita County
cr          Wichita Eagle
cr          Wichita Falls ISD
cr          Willaims Mullen Clark and Dobbins
cr          William Butler,    Reciever For Larry J. Rietz MP, LLC
cr          William Foster
cr          William Gower
cr          Windsail Properties
cr          Woodlands Metro MUD
cr          Woodlands RUD # 1
cr          Woodlawn Trustees Incorporated
cr          Yankee Gas Services Company
cr          Yu-Liang Lei
cr          Yu-Liang Lei
cr          Yuma County
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr              Z-Line Designs, Inc.
8679885         American National Insurance Company
8631387         Benderson Development Company, LLC
8631405         Benderson Development Company, LLC
8574814         CCCC
8844408         California Self-Insurers' Security Fund
8703740         Caribbean Display & Construction, Inc.
9252331         Central Investments LLC
8661433         Cleveland Construction, Inc.
8616160         Columbia Plaza
8725222         Concar Enterprises
8725223         Concar Enterprises
8631388         Continental Properties Company, Inc.
8631407         Continental Properties Company, Inc.
8617709         Cosmo-Eastgate, Ltd.
11221938        Dan Nguyen
8994292         DeMatteo Management, Inc.
8586883         Eagleridge Associates, LLC,
8686079         Giant Eagle, Inc.
8695903         Holyoke Crossing Limited Partnership II
8695921         Holyoke Crossing Limited Partnership II
8700221         Holyoke Crossing Limited Partnership II
8700253         Holyoke Crossing Limited Partnership II
8700255         Holyoke Crossing Limited Partnership II
10236524        Horizon Technology, LLC
10236525        Horizon Technology, LLC
10236526        Horizon Technology, LLC
10237316        Horizon Technology, LLC
8596604         JWC/Loftus, LLC
8596607         JWC/Loftus, LLC
10243611        Jasco Products Company, Inc.
8704061         MD GSI Associates LLC
8749717         Macy's Retail Holdings, Inc.
8598861         Majesco Entertainment Company
8606972         McClatchy Company
8586885         NMC Stratford, LLC
8617713         Northcliff Residual Parcel 4 LLC
8617717         Northcliff Residual Parcel 4 LLC
9065118         Panasonic Corporation of North America
8596668         Rio Associates Limited Partnership
9643142         S.M. Wilson & Company
8703741         SOUTHROADS LLC
8904594         Salem Rockingham LLC
8622658         Shimenti Construction Company, LLC
9017335         SimpleTech by Hitachi Global Storage Technologies
9017445         SimpleTech by Hitachi Global Storage Technologies
8679372         Spring Hill Development Partners, GP, Dickson Mana
10493728        TRC Associates, LLC
8586884         Torrance Torrance Towne Center Associates, LLC
8574813         VVV
8605305         Ventura In Manhattan, Inc.
8571794         Verizon Wireless
8592402         colorado structures
aty*            +David E. Eash,   221 N. Wall,   # 500,   Spokane, WA 99201-0824
aty*            +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty*            +James D. Thornton,   Thornton & Associates,   5030 Sadler Place,   Suite 204,
                  Glen Allen, VA 23060-6146
aty*            +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty*            +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
                  Leesburg, VA 20175-3614
cr*             +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
                  1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr*             +ASM Capital III, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*             +ASM Capital, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*             +ASM SIP, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*             +Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
                  Tampa, FL 33601-3239
cr*             +Argo Partners,   12 West 37th Street, 9th Fl.,   New York, NY 10018-7381
cr*             +Audrey Soltis,   c/o Krister D. Johnson,   14 North Seventh Avenue,   St. Cloud, MN 56303-4753
cr*             +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
                  2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
cr*             +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
                  Two North Central Avenue,   Phoenix, AZ 85004-2391
cr*             +Blue Heron Micro Opportunities Fund, LLP,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
tee*            +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
                  200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
unk*            +CT Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
cr*             +CWCapital Asset Management LLC,   c/o Venable LLP,   8010 Towers Crescent Drive,   Suite 300,
                  Vienna, VA 22182-2723
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr*      +Cameron Group Associates LLP,  c/o Andrew M. Brumby, Esq.,  Shutts & Bowen LLP,
          300 S. Orange Avenue,  Suite 1000,  Orlando, FL 32801-5403
cr*      +Carole Kaylor,  c/o Thomas P. Finn, Esquire,  153 Lakemont Park Blvd.,  Altoona, PA 16602-5943
cr*      +Chatham County Tax Commissioner,  c/o Daniel T. Powers,  P.O. Box 8321,
          Savannah, GA 31412-8321
cr*      +City of New York Dept of Finance,  345 Adams Street,  Brooklyn, NY 11201-3797
cr*      +City of Taylor Michigan,  c/o Kurt M. Kobiljak,  Edelson Building, Suite 200,
          2915 Biddle Avenue,  Wyandotte, MI 48192-5267
cr*      +Classic Tech Development Ltd,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,
          Palatine, IL 60055-0001
cr*      +Cohesion Products, Inc.,  c/o Receivable Management Services,  PO Box 5126,
          Timonium, MD 21094-5126
cr*      +Consumer Vision, LLC,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-0001
cr*      +Contrarian Funds, LLC,  411 West Putnam Ave.,  Ste. 425,  Greenwich, CT 06830-6263
cr*      +Cormark, Inc.,  1701 Winthrop,  Des Plaines, IL 60018-1941
cr*      +County of Loudoun, VA,  c/o Belkys Escobar,  One Harrison St. SE, (MSC #06),
          Leesburg, VA 20175-3102
cr*       Cousins Properties Incorporated,  c/o Katten Muchin Rosenman LLP,
          2029 Century Park East, Suite 2600,  Los Angeles, CA 90067-3012
cr*      +Credit Suisse International,  11 Madison Avenue, 5th Floor,  New York, NY 10010-3698
tee*     +Credit Suisse Loan Funding LLC,  11 Madison Avenue,  5th Floor,  New York, NY 10010-3698
cr*      +DPS SERVICES LLC,  c/o Brian Sirower, Esq.,  QUARLES & BRADY LLP,  Two North Central Avenue,
          Phoenix, AZ 85004-2391
intp*    +DIRECTV, Inc.,  c/o Joseph R. Sgroi,  HONIGMAN MILLER SCHWARTZ AND COHN LLP,
          2290 First National Building,  Detroit, MI 48226-3583
cr*      +David J. Cacciotti,  9812 Fernleigh Dr.,  Richmond, VA 23235-1834
crcmch*  +Donahue Schriber Realty Group, L.P.,  c/o Nancy Hotchkiss,  Trainor Fairbrook,
          980 Fulton Avenue,  Sacramento, CA 95825-4558
cr*      +Eastern Security Corp.,  c/o Michael E. Hastings, Esq.,
          LeClairRyan, A Professional Corporation,  1800 Wachovia Tower, Drawer 1200,
          Roanoke, VA 24006-1200
intp*    +Franklin Wilson,  2 Highland Street,  Port Chester, NY 10573-3382
cr*      +Giant Eagle, Inc.,  101 Kappa Drive,  Pittsburgh, PA 15238-2833
cr*      +Hamilton Beach Brands, Inc.,  Bill Ray,  4421 Waterfront Drive,  Glen Allen, VA 23060-3375
cr*      +Homero Alonso Mata,  c/o David G. Reynolds, Esq.,  PO Box 1700,  Corrales, NM 87048-1700
cr*      +IBM Corporation,  c/o Vicky Namken,  1360 Diplomat Dr.,  Dallas, TX 75234-8812
cr*      +IDeal Technology,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-0001
cr*      +ION Audio, LLC,  200 Scenic View Drive,  Suite 201,  Cumberland, RI 02864-1847
cr*      +Industriaplex, Inc.,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-0001
cr*      +Iron Mountain Information Management, Inc.,  c/o Frank F. McGinn, Esq.,
          Bartlett Hackett Feinberg P.C.,  155 Federal Street, 9th Floor,  Boston, MA 02110-1610
cr*      +James H. Wimmer, Jr., personally,  2205 Sara Ann Ct.,  Aylett, VA 23009-3246
cr*      +Ken Burton, Jr, Manatee County Tax Collector,  PO Box 25300,  Bradenton, FL 34206-5300
cr*      +Liquidity Solutions Inc.,  One University Plaza,  Suite 312,  Hackensack, NJ 07601-6205
cr*      +MDS Realty II, LLC,  c/o Meredith L. Yoder, Esq.,  Parker, Pollard & Brown, P.C.,
          6802 Paragon Place, Suite 300,  Richmond, VA 23230-1655
cr*      +Mack Pack,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-0001
cr*      +Mark H. Turner,  18479 Cattail Spring Dr.,  Leesburg, VA 20176-6846
cr*      +Monarch Alternative Capital, LP,  c/o Andrew Herenstein,  535 Madison Ave.,
          New York, NY 10022-4214
cr*      +Monarch Master Funding Ltd,  535 Madison Avenue,  26th Floor,  New York, NY 10022-4255
cr*      +Montgomery County Trustee,  350 Pageant Lane, Ste 101 B,  Clarksville, TN 37040-3813
cr*      +North American Roofing Services, Inc.,  c/o Doug Frankey,  3 Winner Circle,
          Arden, NC 28704-3156
cr*      +PNY Technologies, Inc.,  c/o Angela Abreu,  McCarter & English, LLP,  Four Gateway Center,
          100 Mulberry Street,  Newark, NJ 07102-4056
cr*       Paramount Home Entertainment,  c/o Michael L. Tuchin,  Klee, Tuchin, Bogdanoff & Stern LLP,
          1999 Avenue of the Stars, 39th Floor,  Los Angeles, CA 90067-6049
cr*      +Phoenix Property Company,  c/o Jason Binford,  Haynes and Boone, LLP,
          2323 Victory Avenue, Suite 700,  Dallas, TX 75219-7673
cr*      +Prince George's Station Retail, LLC,  c/o Taylor Development and Land,  7201 Wisconsin Avenue,
          Suite 500,  Bethesda, MD 20814-4848
cr*      +RLV Vista Plaza, LP,  c/o Paul K. Campsen, Esq.,  Kaufman & Canoles, P.C.,  P. O. Box 3037,
          Norfolk, VA 23514-3037
cr*      +Renukaben S. Naik,  c/o Philip C. Baxa, Esquire,  MercerTrigiani LLP,  16 South Second Street,
          Richmond, VA 23219-3723
cr*      +Scripps Networks Interactive, Inc.,  1180 Avenue of the Americas,  New York, NY 10036-8406
cr*      +THQ, Inc.,  c/o David M. Poitras, P.C.,  Jeffer, Mangels, Butler & Marmaro LLP,
          1900 Ave. of the Stars, 7th Fl.,  Los Angeles, CA 90067-4308
cr*      +TKG Coffee Tree, L.P.,  c/o Eugene Chang,  Stein & Lubin LLP,
          600 Montgomery Street, 14th Floor,  San Francisco, CA 94111-2716
cr*      +Thirty & 141, L.P.,  John E. Hilton,  Carmody MacDonald,  120 S. Central Ave., Ste. 1800,
          Clayton, MO 63105-1726
tee*     +US Debt Recovery LLC,  PO Box 5241,  Incline Village, NV 89450-5241
cr*      +US Debt Recovery VIII, L.P.,  US Debt Recovery VIII, L.P.,  940 Southwood Blvd,  Suite 101,
          Incline Village, NV 89451-7401
cr*      +US Debt Recovery, XI, LP,  5575 Kietzke Lane,  Suite A,  Reno, NV 89511-2085
cr*      +UrbanCal Oakland, II LLC,  c/o Baker & Hostetler, LLP,  ATTN: Laura Lawton Gee,
          1000 Louisiana Street,  Suite 2000,  Houston, TX 77002-5018
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr*       +VonWin Capital Management, LP,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr*       +Vonage Marketing Inc.,   c/o Angelique Electra,   Vice President - Law,   23 Main Street,
            Holmdel, NJ 07733-2136
cr*       +foneGear, LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
8693221*  +44 North Properties, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
8693222*  +44 North Properties, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
8590206*  +507 Northgate LLC,   c/o Christopher M. Alston,   1111 - 3rd Ave., #3400,
            Seattle, WA 98101-3264
8600375*   AOL LLC,   HSBC Bank USA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10089904* +Blue Heron Micro Opportunities Fund, LLP,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
8896620*  +CC Hamburg NY Partners, LLC,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,   One Gateway Center,
            Newark, NJ 07102-5324
8799625*  ++CITY OF CHESAPEAKE,   PO BOX 16495,   CHESAPEAKE VA 23328-6495
            (address filed with court:  Barbara O. Carraway, City Treasurer,   City of Chesapeake,
            P.O. Box 16495,   Chesapeake, VA 23328-6495)
8782830*   City of Florence,   PO Box 1357,   Florence, KY 41022-1357
8664584*  +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
8665345*  +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
8786555*  +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
10073981* +Classic Tech Development Ltd.,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-6354
9735243*  +Contrarian Funds, LLC,   411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
10138751* +Dentici Family Limited Partnership,   c/o United States Debt Recovery V, LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
10138753* +Dentici Family Limited Partnership,   c/o United States Debt Recovery V, LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
8686257*  +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh PA 15238-2833
9169705*  +Hain Capital Holdings, Ltd.,   301 Route 17 N, 7th Floor,   Rutherford, NJ 07070-2599
10104295*  Industriaplex, Inc,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
9020555*  +John E. Hilton,   Carmody MacDonald, P.C.,   120 South Central Ave.,   Suite 1800,
            Clayton, MO 63105-1726
8687445*  +Katsky Korins LLP,   Attn:  Steven H. Newman, Esquire,   605 Third Avenue,
            New York, NY 10158-1699
8617071*  +Landmark Communications, Inc.,   c/o Paul A. Driscoll,   Pender & Coward, P.C.,
            222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
11423106* ++MURIEL TO YANG,   MERCY RIDGE APT L 404,   2525 POT SPRING ROAD,   TIMONIUM MD 21093-2778
            (address filed with court:  Muriel To Yang,   Mercy Ridge, Apt. L-404,   2525 Pot Spring Road,
            Timonium, MD 21093)
8693223*  +Maryland Acquisitions, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
10374118* +Mibarev Depelopment I , LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
            1615 L Street, NW, Suite 1350,   Washington, DC 20036-5668
11186125* +Midtown Acquisitions,   65 East 55th Street, 20th Floor,   New York, NY 10022-3219
11186121* +Midtown Acquisitions,LP,   65 East 55th Street, 20th Floor,   New York, NY 10022-3219
8667551*  +National Glass and Gate,   c/o Coface North America, Inc.,
            50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
8571095*  +Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
            1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
10162183* +Pembrooke Crossing, LTD,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East, Suite 2600,
            Los Angeles, CA 90067-3012
10821477* +Planet Replay , LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
            Greenwich, CT 06830-6263
8710864*  +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443
9938170*  +ROCKFORD REGISTER STAR,   PO BOX 439,   ROCKFORD, IL 61105-0439
8625007*  +Shimenti Construction Company,   118 North Bedford Road,   Mount Kisco, New York 10549-2553
11134140* +Southland Acquisitions LLC Lease No 3634,   c/o United States Debt Recovery XI LP,
            940 Southwood Blvd # 101,   Incline Village, NV 89451-7401
8657412*  +Southland Acquisitions, LLC,   c/o United States Debt Recovery XI LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
11139165* +TXU Energy Retail Company LLC,   Robert S. Westermann, Esq.,   Hirschler Fleischer,
            2100 East Cary Street,   Richmond, Virginia 23223-7270
8566900*  +Taubman Landlords,   c/o The Taubman Landlords,   Attn: Andrew S. Conway,
            200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324
8574860*  +Toshiba Americas Information Systems, Inc,   9740 Irvine Blvd,   Irvine, CA 92618-1608
10295688* +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10766412* +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11134141* +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11134142* +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11134144* +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
10255024*     US Signs, Inc.,   c/o U.S Bank Corporate Trust Services,   60 Livingston Avenue,   EP-MN-WS3T,
              St. Paul, MN 55107-2292
8583746*     +Vonage Marketing Inc.,   c/o Angelique Electra,   Vice President - Law,   23 Main Street,
              Holmdel, NJ 07733-2136
aty          ##+Bertram L. Potemken,   3602 Gardenview Road,   Baltimore, MD 21208-1510
aty          ##+Morris Levin,   Morris Levin Co., LPA,   55 Public Square,   Suite 940,
              Cleveland, OH 44113-1901
aty          ##+Paul J. Laurin,   Laurin & Associates,   Suite 304,   280 South Beverly Dr.,
              Beverly Hills, CA 90212-3903
aty          ##+Ronald A. Page, Jr.,   Ronald Page, PLC,   4860 Cox Rd.,   Suite 200,   Glen Allen, VA 23060-9248
aty          ##+Stinson Morrison Hecker LLP,   Attn:  Darrell W. Clark, Esq.,   1150 18th Street, NW,   Suite 800,
              Washington, DC 20036-3845
cr           ##+Adam Drake,   4349 Wilcot Drive,   Midlothian, VA 23113-3639
cr           ##+Albert D, Phelps, Inc.,   Agent for Yorkcon Prop., Inc.,   401 Merritt 7,   PO Box 5101,
              Norwalk, CT 06856-5101
mvnt         ##+Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227
intp         ##+Barbara Gillis,   340 Pinetree Drive,   Indialantic, FL 32903-2640
cr           ##+Brandon C. Schaffner,   60 Don Rene Road,   Mt. Wolf, PA 17347-9655
tee          ##+CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED PARTNERS,   Bilzin Sumberg Baena Price & Axelrod,
              c/o Mindy Mora,   200 South Biscayne Blvd.,   Suite 2500,   Miami, FL 33131-5340
tee          ##+CMAT 1999-C2 Bustleton Avenue Limited Partnership,   Bilzin Sumberg Baena Price & Axelrod LL,
              c/o Mindy Mora,   200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
tee          ##+CMAT 1999-C2 Lawence Road, LLC,   Bilzin Sumberg Baena Price & Axelrod,   c/o Mindy Mora,
              200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
cr           ##+Caparra Center Associates, S.E.,   Attn:  Penny R. Stark, Esq.,   17 Bon Pinck Way,
              East Hampton, NY 11937-3001
cr           ##+Consumer Vision,   2110 Ute Ct.,   Estes Park, CO 80517-7231
cr           ##+Curtis L Etheridge,   916 Benefit Rd,   Chesapeake, VA 23322-2778
cr           ##+Cynda Ann Berger,   1525 Crawford Wood Drive,   Midlothian, VA 23114-5133
cr           ##+David Cates,   1075 Chalcedony St., Apt. G,   San Diego, CA 92109-2631
intp         ##+David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834
cr           ##+David W. Tolliver,   55 Brookmont Drive,   Clayton, NC 27527-8809
cns          ##+Easley, McCaleb & Associates, Inc.,   Attn: Darwin Embser, VP,   Suite 755,
              3980 DeKalb Technology Pkwy,   Atlanta, GA 30340-2768
cr           ##+Edwin Ellis,   3050 Airhaven St.,   Dallas, TX 75229-2451
cr           ##+Elton J. Turnage,   PO Box 301,   Youngstown, OH 44501-0301
intp         ##+Harold Patton,   5178 Old N. Rd.,   Christoperh, IL 62822-2307
cr           ##+Hassan Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315
cr           ##+James C. Blair, Sr.,   1921 Whitelake Dr.,   Fredericksburg, VA 22407-1483
cr           ##+James P. Moran,   54 Twin Oaks,   New Milford, CT 06776-5424
cr           ##+Jean Theodule,   22841 SW 88 PL Unit 206,   Cutter Bay, FL 33190-2030
cr           ##+Kelli A. Groneck,   5202 Highberry Woods Rd.,   Midlothian, VA 23112-6502
cr           ##+Kenneth R. Duda,   747 Twin Leaf Drive,   Collierville, TN 38017-7157
cr           ##+Loren Stocker,   d/b/a Vanity International,   1431 Camino Del Mar, Suite D,
              Del Mar, CA 92014-2572
cr           ##+Michael Boger,   22 Carteret Rd.,   Hopatcong, NJ 07843-1005
cr           ##+Miner Corporation,   111 W. San Antonio Street,   Suite 200,   New Braunfels, TX 78130-5156
cr           ##+Nancy E. Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315
cr           ##+Nicholas S. Weeks,   4512 Staten Island Court,   Plano, TX 75024-4712
cr           ##+Nintendo of America, Inc.,   Attn: Elizabeth Aurelio, VP,   -Credit, 4820-150th Ave. NE,
              Redmond, WA 98052-5111
cr           ##+Normand C. Dionne,   268 Bartlett St., Unit 2,   Manchester, NH 03102-3604
cr           ##+Phillip Lee Steele,   1208 Dawkins St.,   Unit B,   Durham, NC 27707-2314
cr           ##+Robert Conat,   313 Spinnaker,   Lansing, MI 48917-3468
cr           ##+Seth Kranz,   5337 FM 2642,   Royse City, TX 75189-7912
cr           ##+Sharon Brown Hope,   4219 Grand Street, Apt. J,   Columbia, SC 29203-6666
cr           ##+Stanecki Inc. d/b/a Don Lors Electronics,   Paula A. Hall,   Brooks Wilkins Sharkey & Turco, PLLC,
              401 S. Old Woodward Avenue,   Suite 460,   Birmingham, MI 48009-6622
cr           ##+Steven Draxler,   2322 Pocono Ct.,   De Pere, WI 54115-8076
cr           ##+Thomas C. Bradley,   PO Box 194,   Clayton, DE 19938-0194
cr           ##+Veronica Simmons,   2101 San Diego Drive,   Corona, CA 92882-6431
intp         ##+Vincent E. Rhynes,   1514 W. Manchester Ave. # 5,   LA, CA 90047-5427
cr           ##+Waste Management, Inc.,   c/o Stinson Morrison Hecker LLP,   Attn:  Darrell W. Clark,
              1150 18th Street, NW,   Suite 800,   Washington, DC 20036-3845
tee          ##+Wells Fargo Bank, National Association,   Bilzin Sumberg Baena Price & Axelrod LLP,
              c/o Mindy Mora,   200 South Biscayne Blvd. #2500,   Miami, FL 33131-5340
cr           ##+Youde Wang,   1296 Grand Cypress Sq.,   Virginia Beach, VA 23455-6838
10211804     ##+ALL ABOUT WIRING,   PO Box 36486,   Rock Hill, SC 29732-0508
9003362      ##+Allsop Inc.,   Ryan Allsop, VP of Operations,   4201 Meridan,   Bellingham, WA 98226-5532
10661137     ##Amargosa Palmdale Investments LLC,   J Bennett Friedman Esq,   Friedman Law Group,
              1900 Avenue of the Stars Ste 1800,   Los Angeles, CA 90067-4409
10530143     ##+Apex Digital, Inc.,   c/o Jerry C Huang Esq,   301 Brea Canyon Road,   Walnut, CA 91789-3075
10065361     ##+BOULDER DAILY CAMERA,   1048 PEARL STREET,   BOULDER, CO 80302-5111
8996124      ##+CMAT 1999-C2 Ridgeland Retail, LLC,   c/o Mindy A. Mora, Esq.,
              Bilzin Sumberg Baena Price & Axelrod LLP,   200 South Biscayne Boulevard, Suite 2500,
              Miami, FL 33131-5340
8716640      ##+Convergys Customer Management Group Inc.,   c/o Michael J. O'Grady, Esq.,   Frost Brown Todd LLC,
              201 E. Fifth Street,   Suite 2200,   Cincinnati, OH 45202-4113
8622528      ##+Engineered Structures, Inc.,   c/o Rob Shockley,   12400 W. Overland Rd.,   Boise, ID 83709-0021
```

```
District/off: 0422-7        User: frenchs          Page 60 of 117       Date Rcvd: Apr 23, 2013
                           Form ID: redacttr       Total Noticed: 2024

            ***** BYPASSED RECIPIENTS (continued) *****
9470519    ##+Franklin Electronic Publishers, Inc.,   Frank Musto, VP,   One Franklin Plaza,
            Burlington, NJ 08016-4908
8643402    ##+Hallaian,   Walter Wilhelm Law Group,   Attn: Michael L. Wilhelm, Esq.,
            7110 N. Fresno Street, Suite 400,   Fresno, CA 93720-2933
8620770    ##+Hallaian,   c/o Walter Wilhelm Law Group,   Attention: Michael L. Wilhelm, Esq.,
            7110 N. Fresno Street, Suite 400,   Fresno, CA 93720-2933
8607207    ##+Home Depot USA, Inc.,   c/o Elizabeth C. Freeman,   LOCKE LORD BISSELL & LIDDELL LLP,
            600 Travis Street, Suite 3400,   Houston, Texas 77002-2926
10013758   ##+Huck Group, Inc., The,   4501 N. Tamiami Trl., Suite 214,   Naples, FL 34103-3018
8583090    ##+Monte Vista Crossings, LLC,   c/o Donahue Gallagher Woods LLP,   attn: William R. Hill, Esq.,
            300 Lakeside Drive, Suite 1900,   Oakland, California 94612-3538
9833009    ##+Optoma Technology Inc,   715 Sycamore Drive,   Milpitas, CA 95035-7465,   Attn: Karen Parsons
10619226   ##+Optoma Technology, Inc.,   715 Sycamore Drive.,   Milpitas, CA 95035-7465
8831952    ##+PC Mall, Inc.,   c/o Jeffrey M. Galen, Esq.,   Galen & Davis, LLP,
            16255 Ventura Blvd., Suite 900,   Encino, CA 91436-2317
9908088    ##+Phillip Lee Steele,   1905 James Street,   Apt A,   Durham, NC 27707-2041
8710804    ##+Plasti Cart Inc,   116B Walton Park Ln,   Midlothian VA 23114-3028
9016305    ##+Renukaben S. Naik,   C/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
            Richmond, VA 23219-3723
9016264    ##+Renukaben S. Naik,   c/o Philip C. Baxa, Esquire,   MercerTrigiani LLP,   16 South Second Street,
            Richmond, Virginia 23219-3723
8875433    ##+Ricmac Equities Corporation,   6 Harbour Point Drive,   Northport, NY 11768-1557
9838877    ##+Sharpe Partners LLC,   Kathy Sharpe, CEO,   61 Broadway, Suite 2305,   New York, NY 10006-2701
8975019    ##+Signature Home Furnishings Marco Lin,   14104 Arbor Place,   Cerritos, CA 90703-2404
9208367    ##+Signature Homes Furnishings Marco Lin,   14104 Arbor Place,   Cerritos, CA 90703-2404
10186999   ##+Stanecki Inc. d/b/a Don Lors Electronics,   c/o Paula A. Hall,
            Brooks Wilkins Sharkey & Turco, PLLC,   401 S. Old Woodward Avenue, Suite 460,
            Birmingham, MI 48009-6622
9093606     ##+Universal Protection Service,   Stephen S. Martin, VP-Finance,   PO Box 512719,
            Los Angeles, CA 90051-0719
8584581    ##+Weidler Settlement Class,   David M. deRubertis, Esq.,   The deRubertis Law Firm,
            21800 Oxnard Street,   Suite 1180,   Woodland Hills, California 91367-7911
                                                           TOTALS: 983, * 118, ## 77
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**          **Signature:**   *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:

             Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
             ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
             mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
             Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
             Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
             akeith@honigman.com,  tsable@honigman.com
             Alan Michael Noskow    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
             anoskow@pattonboggs.com
             Alan Michael Noskow    on behalf of Defendant    COKeM International Ltd. anoskow@pattonboggs.com
             Alan Michael Noskow    on behalf of Defendant    Navarre Distribution Services, Inc.
             anoskow@pattonboggs.com
             Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
             Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
             Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
             ajackins@seyfarth.com
             Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
             ajackins@seyfarth.com
             Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
             ajackins@seyfarth.com
             Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping Center
             ajackins@seyfarth.com
             Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
             ajackins@seyfarth.com
             Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
             atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
             Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
             atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
             Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
             atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
             Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
             A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
             Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
             atoepp@reedsmith.com,
             dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
             Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
             Star abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
             FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
             Pittsburgh, PA abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
             Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
             Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
             Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
             amy.williams@klgates.com,  hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
             hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
             amy.williams@klgates.com,  hailey.andresen@klgates.com
             Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
             hailey.andresen@klgates.com
             Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc.
             andrea.davison@arentfox.com
             Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
             Learning Channel andrea.davison@arentfox.com
             Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
             Ltd. andrea.davison@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
           andrea.davison@arentfox.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. andrea.davison@arentfox.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
           andrea.davison@arentfox.com
          Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
           jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
           rhicks@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies, Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
           abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
           acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
           ecffilings@hangley.com
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
           St. Paul Pioneer Press aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
           aepps@cblaw.com, lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
     aepps@cblaw.com,  lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
     Trustee aepps@cblaw.com,  lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
     managing Agent for Puente Hills Mall, LLC aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
     Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
     Continental Property Management Corp., and Inland Commerc aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
     aepps@cblaw.com, lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
     lthompson@cblaw.com
     Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
     lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
              managing agent for WTM Glimcher LLC aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
              lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
           Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
aepps@cblaw.com,   lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
Trustee aepps@cblaw.com,   lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
aepps@cblaw.com,   lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
aepps@cblaw.com,   lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Cedar Development Ltd., a Florida Limited
Partnership aepps@cblaw.com,   lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
lthompson@cblaw.com
Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
backerly@hunton.com,   cloving@hunton.com
Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
backerly@hunton.com,   cloving@hunton.com
Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
cloving@hunton.com
Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
backerly@hunton.com,   cloving@hunton.com
Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
backerly@hunton.com,   cloving@hunton.com
Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
backerly@hunton.com,   cloving@hunton.com
Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
bgodshall@pszjlaw.com
Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
benglander@wtplaw.com,  rredfield@wtplaw.com
Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
rredfield@wtplaw.com
Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
lsansbury@mrrlaw.net
Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com
Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com
Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com
Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com
Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com
Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
enlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
              brian.huben@kattenlaw.com,
              carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
              enlaw.com
          Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
              carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
              enlaw.com
          Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
          Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
              bruce.matson@leclairryan.com,
              kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
              tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
              tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
              tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
              tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
              ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
              Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
              gideon.korrell@snrdenton.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
        cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
        Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
        aconway@taubman.com;Pollack@ballardspahr.com
        Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
        Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
        Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
        Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
        Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
        Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
        clynch@goulstonstorrs.com
        Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
        clynch@goulstonstorrs.com
        Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
        Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
        clynch@goulstonstorrs.com
        Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
        similarly situated cford@mdpcelaw.com
        Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
        Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
        rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
        cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
        rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
        rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
        rredfield@wtplaw.com,dgaffey@wtplaw.com
        Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
        nferenbach@kaplanfrank.com
        Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
        d/b/a Jack of All Games christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Creditor   The Daniel Group
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com
        Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
        christopher.perkins@leclairryan.com,
        stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
        ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
              Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
              and/or Tucson Citizen christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
              Greenville News christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Balogh Companies
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago, Inc.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   eReplacements, LLC
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc., dba The Arizona
           Republic christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
          Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
          Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,
           stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
           ah.dip@leclairryan.com
          Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio   on behalf of Plaintiff   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation
           cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby   on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
           cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
           cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig Benson Young   on behalf of Creditor   Cedar Development Ltd., a Florida Limited
           Partnership craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig Benson Young   on behalf of Defendant   World Richman Manufacturing Corporation
           craig.young@kutakrock.com,
           lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc.,
           A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
           Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
           Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
           Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
            pressdm@gmail.com
           Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
           Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
            dpress@chung-press.com,  pressdm@gmail.com
           Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
            dsbushnaq@venable.com
           Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
           Darrell William Clark   on behalf of Defendant   Targus, Inc. dclark@stinson.com,
            cscott@stinson.com
           Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
            cscott@stinson.com
           Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
           David McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
           David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
           David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
           David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
           David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
            ecf@davidgreerlaw.com
           David A. Greer   on behalf of Creditor   Century plaza development corporation
            dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
           David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
            Service of North Carolina davidwheeler@mvalaw.com
           David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
            scilino@chlhf.com
           David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
           David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
            pdyson@jackscamp.com
           David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
            pdyson@jackscamp.com
           David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
            Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
           David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
            division of SYNNEX Corporation ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
           David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
            RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
            dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
           David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
            dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Creditor    United States Debt Recovery, LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras   on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee    Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Hannspree North America, Inc., f/k/a Hannspree
           California, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
           Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
           BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
           dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
           pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com

District/off: 0422-7          User: frenchs          Page 75 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr       Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com;lmares@toase.com
          Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
          egunn@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
              ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
              echarley@hansonbridgett.com
          Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
          Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com
          Erika L. Morabito   on behalf of Defendant   Navarre Distribution Services, Inc.
              emorabito@pattonboggs.com
          Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
          Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor James  Lubary ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
              ffm@bostonbusinesslaw.com
          Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
              fpepler@peplermastromonaco.com
          Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
              fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
              rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
              ameador@mglspc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
                ameador@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
                ameador@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
                ameador@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
                ameador@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
                glaymon@mglspc.com, ameador@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
                glaymon@mglspc.com, ameador@mglspc.com
              Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
                jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
                gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
                jschmeltz@sblsg.com;jrapp@sblsg.com
              Gerald P. Kennedy, &#096   on behalf of Attorney    Plaza Las Palmas, LLC
                gerald.kennedy@procopio.com
              Gerald P. Kennedy, &#096   on behalf of Creditor    Plaza Las Palmas, LLC
                gerald.kennedy@procopio.com
              Gerald P. Kennedy, &#096   on behalf of Creditor    Plaza Las Palmas LLC., Store 449
                gerald.kennedy@procopio.com
              German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
                alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
                Corp Card notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
                notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
                Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
                agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
                gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
                christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
                ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
              Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
                Heather.Anderson@dol.lps.state.nj.us
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
                Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
                Corporation hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
                ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
                droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
                Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
                Group, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
                droberts1949@live.com
              Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
                csommer@fdh.com
              Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
                Partnership hlong@hunton.com
              Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
                hlong@hunton.com
              Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
                hlong@hunton.com

District/off: 0422-7          User: frenchs          Page 78 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr       Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor    Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
          sparson@mckennalong.com
          J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
          sparson@mckennalong.com
          J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
          toof.jackson@arentfox.com
          Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
          toof.jackson@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James Edward Bowman, II   on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
          bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
          ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll   on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
          ncoton@beankinney.com
          James R. Schroll   on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor    AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com, acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Defendant    MiTAC Digital Corporation, individually and
          including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke   on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
          Inc. jburke@orrick.com
          James Winston Burke   on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke   on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
          jburke@orrick.com
          James Winston Burke   on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
           kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour   on behalf of Defendant   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf  on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf  on behalf of Creditor   County of Spokane jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf  on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com

District/off: 0422-7          User: frenchs          Page 80 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr       Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jenelle Marie Dennis   on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Foursquare Properties Inc.
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Point West Plaza II Investors
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Bear Valley Road Partners LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Cousins Properties Incorporated
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Eagleridge Associates, LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    KNP dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Sweetwater Associates, L.P.
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
               pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    The Morris Companies Affiliates
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Laguna Gateway Phase 2, LP
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jenelle Marie Dennis   on behalf of Creditor    Prudential Insurance Company of America
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
              Jennifer  Langan   on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
              Jennifer Ellis Lattimore   on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer Ellis Lattimore   on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
              Jennifer J. West   on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Coca Cola Bottling Co. Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
               Enterprises Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
        jwest@spottsfain.com,
        rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
        msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
        rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
        msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
        Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
        jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
        jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
        jkneeland@linowes-law.com,
        klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
        Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
        Gateway III, LLC as tenants in common jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
        Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
        nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
        acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
        News, aka The Sun News jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
        Eagle jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
        for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
        jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
        avaughn@cblaw.com;mkarnes@cblaw.com
        Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
        Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: frenchs          Page 82 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
           Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
           jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
              Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
              as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
              avaughn@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
              Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
              Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management,  Inc.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   N.P. Huntsville Limited Liability Company
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Traverse City, L.L.C.
              jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
            avaughn@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
            Center) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
            Center jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
            Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
            calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
            tmartin@bklawva.com,;wcasterlinejr@bklawva.com,;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
            ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Joe  Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com

District/off: 0422-7           User: frenchs            Page 87 of 117            Date Rcvd: Apr 23, 2013
                              Form ID: redactr          Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
          John H. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
           jmcjunkin@mckennalong.com,  sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company
           jlamoureux@carltonfields.com,  lmccullough@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
           johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
           Virginia Power johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    New York State Electric and Gas Corporation
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Central Georgia Electric Membership Corporation
johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
Carolinas johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
russj4478@aol.com
John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
          jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
          Refrigeration jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
          rours@wileyrein.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
          rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
          jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
          kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
          jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
          Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, ll    USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
          quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
          quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
          quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
          Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
          Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
          cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
          kmiller@wileyrein.com,  rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
 kmiller@wileyrein.com, rours@wileyrein.com
Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
 jbrockett@clrbfirm.com;tturner@clrbfirm.com
Karen M. Crowley    on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
 jbrockett@clrbfirm.com;tturner@clrbfirm.com
Keith L. Phillips    on behalf of Mediator Keith L. Phillips Keith@pf-law.com,
 beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com;ashley@pf-law.com
Ken  Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
 Ken.Coleman@allenovery.com
Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
 District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
 District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
 County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
 District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
 klake@mcdonaldsutton.com
Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
 Grayson Co, Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
 Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
 bmcmillen@durrettecrump.com
Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
 bmcmillen@durrettecrump.com
Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
 bmcmillen@durrettecrump.com
Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
 kmnbk@menterlaw.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
 krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
 wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
 khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
 khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
   khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
   khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
   khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
   sprescott@idalaw.com
Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
   kimberly.pierro@kutakrock.com,
   sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
   @kutakrock.com
Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
   kimberly.pierro@kutakrock.com,
   sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
   @kutakrock.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
   LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
   1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
   LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
   for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
   kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
   for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
   kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
   for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
   kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
   kimsullywalker@aol.com
Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
   Carla@KDBLawFirm.com
Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
   KDWBankruptcyDepartment@kelleydrye.com
Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
   KDWBankruptcyDepartment@kelleydrye.com
Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
   eappelstein@ltblaw.com
Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
   margaret@rlglegal.com
Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
Leonard E. Starr, III   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
   gadams@Starr-Law.com
Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
   lkouts@magruderpc.com, mcook@magruderpc.com
Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
   lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
   cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
   lregenhardt@garylaw.us,  cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. lregenhardt@garylaw.us,
   cmarchant@garylaw.us;ssunny@garylaw.us
Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
   nkatzen@reedsmith.com
Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
   nkatzen@reedsmith.com
Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
   lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
   of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com

District/off: 0422-7          User: frenchs          Page 93 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
              loc.pfeiffer@kutakrock.com
              Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
              was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc.   LDOLAN@nixonpeabody.com,
              was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
              LDOLAN@nixonpeabody.com,
              was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
              LDOLAN@nixonpeabody.com,
              was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
              LDOLAN@nixonpeabody.com,
              was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Lucy L. Thomson   lthomson2@csc.com
              Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
              chps.ecfnotices@gmail.com
              Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
              com;vstreet@tb-lawfirm.com
              Madeleine C. Wanslee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
              slonon@gustlaw.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
              mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
              mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
              sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
              sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
              sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
              sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
              mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
              sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com
              Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com
              Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
              mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
           Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
           Liability Company mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
           Certificates, Series 2006-C4 mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
           of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
           holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
           PARTNERSHIP mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
           mark.sherrill@sutherland.com
           Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
           mark.sherrill@sutherland.com
           Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
           Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
           Interactive, Inc. mdtaylor@kilpatricktownsend.com
           Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
           mdtaylor@kilpatricktownsend.com
           Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
           Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
           Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
           State of Texas, and Greg Abbott, as Attorney General of the State of Texas
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

District/off: 0422-7          User: frenchs          Page 95 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
           amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
           dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Shopping, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland American Retail Management LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Inland Pacific Property Services LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Honeywell International Inc. dba ADI
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Teachers Insurance and Annuity Association of
          America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
          avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
              Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
              michael.hastings@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com,  lbakere@btlaw.com, jbwells@btlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
              mfalzone@hf-law.com,  ebeaumont@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc npark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
              lginsberg@lolawfirm.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
              Denton Gateway, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

```
District/off: 0422-7          User: frenchs            Page 100 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr         Total Noticed: 2024
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          jcarrion@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Laurie   Lambert-Gaffney pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
          pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Alameda Newspaper Group, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Alameda Newspapers, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Contra Costa Times, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     San Jose Mercury-News, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Bay Area News Group East Bay, LLC
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
   Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
   Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
   pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Contra Costa Times pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
   East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
   Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
Paul S. Bliley, Jr.    on behalf of Creditor    Tax Collector, Polk County, Florida
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Polk County Florida Tax Collector
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Burbank Mall Associates, LLC
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Willaims Mullen Clark and Dobbins
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Indian River County Florida Tax Collector
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
   L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
   rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
   pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Paul S. Bliley, Jr.   on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Westlake Limited Partnership
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Orange County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Manatee County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Highlands County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Miami-Dade County Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Pinnellas County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party    Carmax Business Services, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
               Inc. Liquidating Trust pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
            pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
            Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
            pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
            pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
            ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
            ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com,  rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
          richard@rscottlawoffice.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard F. Stein   on behalf of Creditor    Internal Revenue Service
              richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson   on behalf of Defendant    Sharp Electronics Corporation
              rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Creditor    Caribbean Display & Construction, Inc.
              rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Creditor    Export Development Canada (EDC)
              rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Creditor    Sharp Electronics Corporation
              rhutson@weinstocklegal.com
              Richard Iain Hutson   on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com
              Richard M. Maseles   on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow   on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield   on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield   on behalf of Creditor Laurie   Lambert-Gaffney bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield   on behalf of Creditor Cornelia Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill   on behalf of Creditor Decarla   Taylor-Conyers cjensen@hillrainey.com,
              kcummins@hillrainey.com
              Robert B. Hill   on behalf of Creditor    Columbia Plaza Joint Venture cjensen@hillrainey.com,
              kcummins@hillrainey.com
              Robert B. Hill   on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
              cjensen@hillrainey.com,  kcummins@hillrainey.com
              Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
              Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson   on behalf of Creditor    Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti   on behalf of Creditor    Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark   on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark   on behalf of Creditor    Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper   on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert Field Moorman   on behalf of Defendant    Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown   on behalf of Creditor    CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter   on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff   on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@jefferies.com,  mrichards@jefferies.com
              Robert L. LeHane   on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Philips International Holding Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Benderson Development Company, LLC
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Continental Properties Company, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com, rmmarinol@aol.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com, rmmarinol@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
          DPrillaman@usa.doj.gov;SJohnstonl@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
          Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Old Republic Insurance Company
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   TXU Energy Retail Company LLC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
COMSYS Services, LLC rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
rwestermann@hf-law.com,    rmcburney@hf-law.com
Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
rmcburney@hf-law.com
Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
abramowitz@larypc.com
Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
Farrell Construction, Inc. zbingham@stites.com,    dclayton@stites.com
Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
Management Group, Ltd. rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald Allen Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
rpage@rpagelaw.com,    rpage@rpagelaw.com
Ronald G. Dunn    on behalf of Creditor Savitri    Cohen bstasiak@gdwo.net
Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
sryan@sandsanderson.com/dbbankruptcy@gmail.com
Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
sryan@sandsanderson.com/dbbankruptcy@gmail.com
Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
ryan.day@leclairryan.com,    sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
Company sgill@vanblk.com
Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
efile@pbgc.gov
Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Sarah Beckett Boehm    on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
              carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
              Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
              carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
              Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
              carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
              Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,lneilson@mcguirewoods.com,
              carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com,
              Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm    on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com,
              nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin-Verdell    on behalf of Defendant    Belkin International Inc.
              sfranklinverdell@vanblk.com
              Shalanda N. Franklin-Verdell    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklinverdell@vanblk.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com

District/off: 0422-7          User: frenchs          Page 110 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
   smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
   smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
   nwalsh@wilsav.com
Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
   nwalsh@wilsav.com
Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
   smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
   sleach@ltblaw.com,   msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
   Murphys@dor.state.ma.us
Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
   sgallagher@venable.com,   lcwilliams@venable.com;lrheitger@venable.com
Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
   steveng@cohenbaldinger.com,   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
   cbglawbethesda@gmail.com
Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
   steveng@cohenbaldinger.com,   cbglawbethesda@gmail.com
Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
   Hartman 1995 Ohio Property brown@wolriv.com
Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
   brown@wolriv.com
Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
   tannweiler@greerherz.com
Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
   thadwilson@kslaw.com,   pwhite@kslaw.com
Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
   tmurphy@dclawfirm.com,
   rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
   dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
   thomas.mcintosh@hklaw.com
Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
   Research Inc. thomas.mcintosh@hklaw.com
Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
   thomas.mcintosh@hklaw.com
Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
   hallc@gtlaw.com
Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
   tomjam2003@yahoo.com
Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
   tjamerson@hunton.com,   tomjam2003@yahoo.com
Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
   trepczynski@offitkurman.com,   gmonteith@offitkurman.com;lschock@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren Stocker trepczynski@offitkurman.com,
          gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
          trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
          tmackey@stinson.com
          Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
          trjohnson@spilmanlaw.com
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
          tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
          reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
          victoria.garry@ohioattorneygeneral.gov
          Vivienne  Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
          dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
          walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wanda  Borges   on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
               LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
               and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Bay Area News Group East Bay, LLC
               ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
               jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
               Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
               wroenker@cityofchesapeake.net
              William  Heuer   on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
               wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
               wbroscious@kbbplc.com
              William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Westlake Limited Partnership
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    SouthPeak Interactive LLC
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    SouthPeak Interactive, LLC
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Eon Communications Corporation
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Dick's Sporting Goods, Inc.
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Plaintiff    Carmax Auto Superstores, Inc.
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Dick's Sporting Goods Inc.
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Burbank Mall Associates, LLC
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
               GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Stillwater Designs and Audio, Inc.
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
               Courier aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    National Western Life Insurance Company
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Interested Party  DIRECTV, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    American National Insurance Company
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
               TV aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Tax Collector, Polk County, Florida
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com

```
District/off: 0422-7          User: frenchs           Page 114 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr        Total Noticed: 2024
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          William A. Burnett   on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar International Trading Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
```

District/off: 0422-7          User: frenchs              Page 115 of 117          Date Rcvd: Apr 23, 2013
                             Form ID: redacttr           Total Noticed: 2024

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
       bgray@sandsanderson.com,   rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
       bgray@sandsanderson.com,   rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
       bgray@sandsanderson.com,   rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
       Distribution Company, LLC bgray@sandsanderson.com,   rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
       bgray@sandsanderson.com,   rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com
       William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
       rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
            rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray    on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor    The Stop & Shop Supermarket Company LLC
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor   John Rohrer Contracting Company, Inc.
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Wood, III    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
              William A. Wood, III    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
              trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
              William A. Wood, III    on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
              William B. Cave    on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
              William C. Crenshaw    on behalf of Creditor   Prince George's Station Retail, LLC
              bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
              William C. Crenshaw    on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
              deborah.hensley@akerman.com
              William C. Crenshaw    on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
              deborah.hensley@akerman.com
              William D. Bayliss    on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
              William Daniel Prince, IV    on behalf of Defendant   International Business Machines Corporation
              wprince@t-mlaw.com
              William Daniel Prince, IV    on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
              Constructors wprince@t-mlaw.com
              William Daniel Prince, IV    on behalf of Interested Party   Advance Publications, Inc.
              wprince@t-mlaw.com
              William Daniel Prince, IV    on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com
              William Daniel Sullivan    on behalf of Movant   Pioneer Electronics, Inc dsullivan@butzeltp.com
              William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan dsullivan@butzeltp.com
              William Daniel Sullivan    on behalf of Defendant   Pioneer Electronics (USA) Inc.
              dsullivan@butzeltp.com
              William H. Schwarzschild, III    on behalf of Creditor   National Western Life Insurance Company
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   Dick's Sporting Goods, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   LumiSource, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   State Board of Equalization
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   MRV Wanamaker, LC
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   Hotan Corporation
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   Datel Design & Development, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   J&J Industries, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Defendant   Merrill Communications LLC
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   Vonage Marketing Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III    on behalf of Creditor   Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
              Wm. Joseph A. Charboneau    on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
              aford@mglspc.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
              Wm. Joseph A. Charboneau    on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
              aford@mglspc.com
              Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
              Zmarak  Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com,
              George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                          TOTAL: 2213