Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -     x
In re:                          :     Chapter 11
                                :
CIRCUIT CITY STORES, INC., et al.,   :     Case No. 08-35653 (KRH)
                                :
            Debtors.            :
- - - - - - - - - - - - - -     :     Jointly Administered
                                x

**SECOND ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (UNPAID WAGES)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-*

*Eighth Omnibus Objection to Claims:  Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable (Unpaid*

*Wages*) (the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit B attached to the Objection be reduced, fixed or disallowed, as applicable,

for those reasons set forth in the Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and sufficient and that no other further

notice or service of the Objection need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being affected by this Order; and it appearing

that the relief requested on the Objection is in the best interest of the Liquidating Trust, the

Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon,

good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claim of Francis E. Telegadas identified on Exhibit A as attached

hereto and incorporated herein is forever disallowed in its entirety for all purposes in these

bankruptcy cases.  Francis E. Telegadas filed but a response but, after discussions with Trust

personnel, claimant would like to withdraw response and have claim allowed as modified in the

Objection.  Accordingly, the Objection is sustained as to the claim of Francis E. Telegadas.

3.    The Court will conduct a status conference on June 6, 2013 at 2:00 p.m.

for the Claim identified on Exhibit B attached hereto.

4.    The Liquidating Trust's rights to object to any claim including (without

limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are

not waived and are expressly reserved.

5.    The Liquidating Trust shall serve a copy of this Order on the claimants

included on the exhibits to this Order on or before five (5) business days from the entry of this

Order.

      6.    This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2013


        _____
        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
      - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## <u>CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT A
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 5673 | TELEGADAS, FRANCIS E<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT B
CONTINUED CLAIMS

| Claim Number | Name & Address | Name | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Proposed Modified Claim Amount | Objection Exhibit |
|---|---|---|---|---|---|---|---|---|
| 8497 | MCGINNIS, HOLLY C<br>11712 COOLWIND LN<br>RICHMOND, VA 23233 | MCGINNIS | 1/29/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 | D |