Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER SUSTAINING LIQUIDATING TRUST'S SIXTY-THIRD OMNIBUS
OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS;
REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS
<u>APPLICABLE (HUMAN RESOURCES CLAIMS)</u>**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Sixty-*

*Third Omnibus Objection to Claims:  Fixing of Certain Unliquidated Claims; Reduction of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Partially Invalid Claims; or Disallowance of Certain Invalid Claims, as Applicable (Human Resources Claims)* (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be fixed, reduced or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

      IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

      1.      The Objection is SUSTAINED.

      2.      The Claims identified on Exhibit A as attached hereto and incorporated herein are forever fixed for all purposes in these bankruptcy cases in the manner and amounts stated in Exhibit A.

      3.      The Claims identified on Exhibit B as attached hereto and incorporated herein are forever reduced for all purposes in these bankruptcy cases in the manner and amounts stated in Exhibit B.

      4.      The Claims identified on Exhibit C as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

      5.      The Court will conduct a status conference on June 6, 2013 at 2:00 p.m. for all Claims identified on Exhibit D attached hereto except for the claim number 13959 of

James H. Wimmer Jr, which matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket.

      6.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

      7.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

      8.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2013

      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


_____/s/ Lynn L. Tavenner_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                       */s/ Lynn L. Tavenner*_____
                                       Lynn L. Tavenner

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT A  
FIXED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Fixed Claim Amount |
|---|---|---|---|---|---|---|
| 3413 | MCCOREY JR , WILLIAM<br>124 TEMPSFORD LANE<br>RICHMOND, VA 23226 | 1/13/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $17,947.91 |
| 10073 | SCHULDT, TODD M<br>114 PHEASANT TRL<br>CARPENTERSVILLE, IL 60110 | 1/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $15,000.00 |
| 5835 | SMITH, ARLANA D<br>629 WINDOMERE AVE<br>RICHMOND, VA 23227 | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $406.93 |
| 14013 | KAPLAN, ALAN<br>4324 Fallbrook Blvd<br>Palm Harbor, FL 34685 | 6/22/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $236.42 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT B  
REDUCED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 14772 | PATRICK S LONGOOD<br>Harry Shaia Jr Esq<br>c o Spinella Owings & Shaia PC<br>8550 Mayland Dr<br>Richmond, VA 23294 | 10/14/2009 | $286,913.96 | U | CIRCUIT CITY STORES, INC. | $107,213.61 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 2018 | ELSEMAN, DANIEL A<br>9800 BOLSA AVE<br>NO 115<br>WESTMINSTER, CA 92683 | 12/29/2008 | $60,334.68 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 5188 | ENGEN, WILLIAM M<br>12029 STONEWICK PLACE<br>GLEN ALLEN, VA 23059-7152 | 1/23/2009 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6211 | CRAIG, KAREN L<br>4409 PLAYER RD<br>CORONA, CA 92883 | 1/27/2009 | $40,000.00 | U | CIRCUIT CITY STORES WEST COAST, INC. | $0.00 |
| 7086 | KUBICA, CHAD A<br>24126 MATTHEW PL<br>SANTA CLARITA, CA 91321 | 1/28/2009 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8131 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | 1/29/2009 | $2,670,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8133 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | 1/29/2009 | $600,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 8138 | BRADLEY, BRIAN<br>3036 LEANNE CT<br>CLEARWATER, FL 33759 | 1/29/2009 | $48,777.08 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 9501 | CANCEL, MARCOS G<br>135 GIJON<br>CIUDAD JARDIN DE BAIROA<br>CAGUAS, PR 00727 | 1/29/2009 | $40,000.00 | U | CIRCUIT CITY STORES PR, LLC | $0.00 |
| 9905 | PRICE, LAWRENCE S<br>31 WHITTIER BLVD<br>POUGHKEEPSIE, NY 12603 | 1/30/2009 | $1,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 10043 | OLDANI, MARK<br>303 HAMLETS END WAY<br>FRANKLIN, TN 37067-6471 | 1/30/2009 | $125,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.
Case No. 08-35653 (KRH)

EXHIBIT C
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 10044 | OLDANI, MARK<br>303 HAMLETS END WAY<br>FRANKLIN, TN 37067-6471 | 1/30/2009 | $424,156.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13215 | CHRISTOPHER RAMON EVERAGE<br>7373 Ardmore St No 1129<br>Houston, TX 77054-4214 | 6/1/2009 | $800.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13239 | LINDA WHITE<br>172 Helen St<br>Hamden, CT 06514 | 6/1/2009 | $614.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13748 | DENNIS JASON HUGHES<br>2581 County Rd 12<br>Headland, AL 36345-6318 | 6/22/2009 | $75,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13775 | ANGELA JANE INCOLLINGO<br>670 Bel Air Dr W<br>Vista, CA 92084 | 6/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14398 | BRENDALY GARZA<br>505 Musket Dr<br>Laredo , TX 78046-5159 | 6/30/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14665 | MARGARET SHEEHAN<br>23099 Barwood Ln N Bldg 3<br>Boca Raton, FL 33428-6727 | 9/30/2009 | $715.05 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14683 | MARY LOUISE ROBERTS<br>24800 Pear Orchard Rd<br>Moseley, VA 23120 | 10/15/2009 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14888 | MARCOS SAWICKI<br>590 BLADEN<br>CANADA<br>LAVAL, QC H7W 4S1 | 3/25/2010 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14891 | LINDA WHITE<br>172 Helen St<br>Hamden, CT 06514 | 3/25/2010 | $600.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 15175 | William P Cimino<br>15 Albermarle Ave<br>Richmond, VA 23226 | 12/8/2010 | $40,000.00 | U | Circuit City Stores, Inc. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT C  
EXPUNGED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Modified Claim Amount |
|---|---|---|---|---|---|---|
| 15208 | Anthony W Givens Jr<br>6008 Hope Dr<br>Temple Hills, MD 20748 | 2/8/2011 | $0.00 | U | Circuit City Stores, Inc. | $0.00 |
| 6312 | PHILIP J DUNN<br>11465 Barrington Bridge Ct<br>Richmond, VA 23233 | 1/27/2009 | $50,000.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 6195 | BADE, BRIAN<br>11200 Prescott Pl<br>Glen Allen, VA 23059 | 1/27/2009 | $12,936.39 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 13770 | SADIANA MARIA LOPEZ<br>14614 SW 122 Pl<br>Miami, FL 33186 | 6/26/2009 | $2,235.40 | P | CIRCUIT CITY STORES, INC. | $0.00 |
| 5835 | SMITH, ARLANA D<br>629 WINDOMERE AVE<br>RICHMOND, VA 23227 | 1/26/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | $0.00 |
| 14392 | PATRICIA M LOOHN<br>9705 Snowberry Ct<br>Glen Allen , VA 23060-9238 | 6/19/2009 | $4,758.42 | U | CIRCUIT CITY STORES, INC. | $0.00 |

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653 (KRH)

EXHIBIT D  
CONTINUED CLAIMS

| Claim Number | Name & Address | Date Filed | Docketed Claim Amount | Docketed Claim Class | Debtor(s) | Objection Exhibit | Proposed Modified Amount |
|---|---|---|---|---|---|---|---|
| 4377 | WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | 1/22/2009 | $40,000.00 | U | CIRCUIT CITY STORES, INC. | E | $0.00 |
| 4380 | WARREN, ELIZABETH R<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | 1/22/2009 | $0.00 | U | CIRCUIT CITY STORES, INC. | E | $0.00 |
| 13959 | WIMMER JR, JAMES H<br>Michael D Mueller Esq and Augustus C Epps Jr Esq and Jennifer M McLemore Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 6/30/2009 | $260,000.00 | U | CIRCUIT CITY STORES, INC. | E | $0.00 |
| 15231 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | P | Circuit City Stores, Inc. | E | $0.00 |
| 15232 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | P | Circuit City Stores, Inc. | E | $0.00 |
| 15233 | William F Harmon<br>2425 Sage Rd Apt No 26<br>Houston, TX 77056 | 4/8/2011 | $1,437.93 | A | Circuit City Stores, Inc. | E | $0.00 |