IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH) (Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

### NOTICE OF CHANGE OF ADDRESS

TO:  THE CLERK

Kindly change your records to reflect the new address of counsel for the claimant listed below.

| **Claimant** | **Claim No.** |
|---|---|
| Red Rose Commons, L.P. | 11778 |

The new mailing address is as follows:

>   Jeffrey Kurtzman, Esquire
>   KLEHR | HARRISON | HARVEY | BRANZBURG LLP
>   1835 Market Street, Suite 1400
>   Philadelphia, PA  19103
>   Phone:  (215) 569-4493
>   Fax:  (215) 568-6603
>   Email:  jkurtzma@klehr.com

Dated: May 6, 2013

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: _/s/ Jeffrey Kurtzman_
Jeffrey Kurtzman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone:  (215) 549-4493

Attorneys for Red Rose Commons, L.P.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

### CERTIFICATE OF SERVICE

I hereby certify, that on this May 6, 2013, a true and correct copy of Notice of Change of Address was caused to be served on the following via the Court CM/ECF electronic filing system and/or U.S. first-class mail, postage prepaid:

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Beth Levine, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

_____
JEFFREY KURTZMAN

PHIL1 2793936v.1