**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 08−35653−KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: 54−0493875

**NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript was filed on May 8, 2013 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/25/2013, Remote electronic access to the transcript is restricted until 08/5/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc, Telephone number 609−586−2311.] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [12945] CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Objections Sustained as to Claims of Chad Kubic and Karen Craig (Re: related document(s)12394 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee., [12946] LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)12397 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.). Notice of Intent to Request Redaction Deadline Due By 05/14/2013. Redaction Request Due By 05/28/2013. Redacted Transcript Submission Due By 06/7/2013. Transcript access will be restricted through 08/5/2013. (Bowen, James)

The parties have [until May 15, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [May 29, 2013] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [June 10, 2013] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [August 6, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date: May 8, 2013

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Circuit City Stores, Inc.
Debtor

Case No. 08-35653-KRH
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: frenchs Page 1 of 118 Date Rcvd: May 08, 2013
Form ID: redacttr Total Noticed: 2020

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2013.

db #+Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233-1463
aty +Adam L. Rosen, Silverman Acampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753-2702
aty +Alan J. Kornfeld, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 11th Floor, Los Angeles, CA 90067-4114
aty +Alfred J. Zullo, Law Offices of Zullo & Jacks, LLC, 83 Main St., PO Box 120748, East Haven, CT 06512-0748
aty +Alisa Nunno Di Chiara, 45 Essex St., Ste. 201, Hackensack, NJ 07601-5416
aty +Alvin S. Goldstein, Furr and Cohen, P.A., 2255 Glades Road, Suite 337W, Boca Rotan, FL 33431-7379
aty +Andria M. Beckham, Bricker & Eckler, LLP, 100 South Third Street, Columbus, OH 43215-4291
aty Angela B. Degeyter, Vinson & Elkins LLP, 2001 Ross Ave. Suite 3700, Dallas, TX 75201-2975
aty +Ann E. Schmitt, Culbert & Schmitt, PLLC, 30C Catoctin Circle, SE, Leesburg, VA 20175-3614
aty +Ann K. Crenshaw, Kaufman & Canoles, P.C., 2100 Parks Avenue, Suite 700, Virginia Beach, VA 23451-4164
aty +B. Keith Poston, PO Box 11070(29211-1070, Columbia, SC 29211-1070
aty +Barry K. Baker, Bogin Munns & Munns, P.A., 924 Garfield Street, Melbourne, FL 32935-4065
aty +Barry S. Glaser, 333 S. Hope St., 36th Floor, Los Angeles, CA 90071-1406
aty +Betsy Johnson Burn, PO Box 11070(29211-1070), Columbia, SC 29211-1070
aty +Brad D. Krasnoff, Lewis Brisbois Bisgaard & Smith, 221 N. Fiqueroa St., Ste. 1200, Los Angeles, CA 90012-2663
aty +Bradford L Maynes, 133 West Grand River, Brighton, MI 48116-1649
aty Bradley S. Copeland, PO Box 1758, Eugene, OR 97440-1758
aty +Brian D. Womac, Two Memorial City Plaza, 820 Gessner, Ste. 1540, Houston, TX 77024-4463
aty +Brian K. Larkin, One Court Place - Ste. 301, Rockford, IL 61101-1088
aty Brian P. Hall, Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, GA 30309-3592
aty C. B. Blackard, III, 301 E. Dave Ward Drive, PO Box 2000, Conway, AR 72033-2000
aty +Carl O. Sandin, Perdue, Brandon, Fielder, Collins, Mott, 1235 North Loop West, Suite 600, Houston, TX 77008-1772
aty +Carl P. McDonald, Goddard & Gamble, Attorneys, Suite 208, 101 West Broadway Ave., Maryville, TN 37801-4716
aty +Caroline R. Djang, Jeffer Mangels Butler et al, Seventh Floor, 1900 Avenue of the Stars, Los Angeles, CA 90067-4301
aty +Catherine J. Weinberg, Buckner, Alani & Mirkovich, 3146 Redhill Ave., Ste. 200, Costa Mesa, CA 92626-3415
aty +Charlotte E. Glinka, Keches Law Group, P.C., 122 Dean Street, Taunton, MA 02780-2714
aty +Christi M. Carrano, 270 Quinnipiac Avenue, North Haven, CT 06473-3716
aty +Christopher A. Camardello, Winthrop & Weinstine, PA, 225 South Sixth Street, Suite 3500, Mimmeapolis, MN 55402-4629
aty +Christopher Combest, Suite 3700, 500 West Madison St., Chicago, IL 60661-4591
aty +Craig C. Chiang, Buchalter Nemer, 333 Market St., 25th Floor, San Francisco, CA 94105-2126
aty +Daniel M Press, Chung & Press, P.C., 6718 Whittier Ave. #200, McLean, VA 22101-4531
aty +Daniel W. Sheppard, Morgan & Morgan, PO Box 9504, Fort Myers, FL 33906-9504
aty +David Byrnes, 450 South Orange Ave., Suite 900, Orlando, FL 32801-3339
aty +David G. Reynolds, Glass & Reynolds, P.O. Box 1700, Corrales, NM 87048-1700
aty +David L. Pollack, Ballard Spahr Andrews & Ingersoll LLP, 51st Fl-Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7599
aty +David R. Heil, 2324 Lee Road, Winter Park, FL 32789-1750
aty +David R. Softness, Isicoff, Ragatz & Koenigsberg, 1200 Brickell Ave., Suite 1900, Miami, FL 33131-3257
aty +David S. Berman, Riemer & Braunstein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +David S. Sun, Law Offices of John L. Sun, Ste. 1250, 3550 Wildhire Boulevard, Los Angeles, CA 90010-2416
aty +David W. Cranshaw, Morris Manning & Martin LLP, 1600 Atlanta Financial Center, 3343 Peachtree Rd., N.E., Atlanta, GA 30326-1085
aty +Davor Rukavina, Munsch Hardt Kopt & Harr, P.C., 3800 Lincoln Plaza, 500 N. Akard Street, Dallas, TX 75201-3302
aty +Dean Farmer, Hodges, Doughty & Carson, 617 Main St., Knoxville, TN 37902-2602
aty +Deborah J. Piazza, Hodgson Russ LLP, 140 Pearl St., Suite 100, Buffalo, NY 14202-4040
aty +Deborah L Moore, City Hall, Dept. of Law, 142 E. Main Street, Meriden, CT 06450-5605
aty Denise Ann Faulk, 1275 West Washington St., Phoenix, AZ 85007-2926
aty +Diane W. Sanders, 1949 South I.H. 35 (787841), P.O. Box 17428, Austin, TX 78760-7428
aty +Donald G. Scott, McDowell Rice et al, 605 West 47th St., Ste. 350, Kansas City, MO 64112-1900
aty +Douglas Wolfe, ASM Capital, LP, 7600 Jericho Turnpike Suite 302, Woodbury, NY 11797-1705
aty +Edmond Patrick O'Brien, Stempel Bennett Claman & Hochberg, P.C., 675 Third Ave. 31st Floor, New York, NY 10017-5721
aty +Edward Rimland, Rimland & Associates, 32 Court Street, Ste. 1506, Brooklyn, NY 11201-4404
aty +Elan S. Levey, Levinson Arshonsky & Kurtz, 15303 Ventura Blvd, Suite 1650, Sherman Oaks, CA 91403-6620
aty +Elizabeth Banda, Perdue, Brandon, Fielder, Collins & Mott, 4025 Woodland Park Blvd Suite 300, Arlington, TX 76013-4398

aty Emery El Habiby, Los Angeles County Treasurer & Tax Coll., 648 Kenneth Hahn Hall of Administration, 500 West Temple St., Los Angeles, CA 90012-2713
aty +Eric Lopez Schnabel, Dorsey & Whitney, 1105 North Market St., Suite 1600, Wilmington, DE 19801-1201
aty Ernie Zachary Park, Bewley,Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797
aty +Eugene A. Shapiro, Shapiro & Schaub, Ste, 1802, 120 E. Baltimore St., Baltimore, MD 21202-1617
aty +Ferrell A. Weber, Law Office of Ferrell Weber, 2203 E. Lincoln Ave., Anaheim, CA 92806-4108
aty +Frank E. Ballard, Jr., 425 East 7th Street, Jeffersonville, IN 47130-3817
aty +Frank F. Rennie, IV, 1930 Huguenot Road, P. O. Box 35655, Richmond, VA 23235-0655
aty +Frank J. Haupel, DelBello Donnellan Weingarten Wise, One North Lexington Ave., White Plains, NY 10601-1712
aty Fred P. Baggett, City of High Point, PO Box 10039, High Point, NC 27261-3039
aty +Fredrick J. Levy, Olshan Grundman Frome et al, 65 East 55th Street, New York, NY 10022-3402
aty +Gail B. Price, Bronwen Price Attys at Law, 2600 Mission St., Ste. 206, San Marino, CA 91108-1676
aty +Garbiela P. Cacuci, Corp. Counsel of the City of New york, 100 Church St., Room 5-223, New York, NY 10007-2604
aty +Gary T. Holtzer, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119
aty +Gayle Nell Heck, Bialson, Bergan & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306-1720
aty +George Hofmann, Parsons Kinghorn Harris, 111 East Broadway, 11th FL, Salt Lake City, UT 84111-5225
aty +George Rosenberg, Arapahoe County Attorney, 5334 S. Prince Street, Littleton, CO 80166-0001
aty Gilbert L. Hamberg, 1038 Darby Drive, Yardley, PA 19067-4519
aty +Greg H. Bower, Ada County Prosecuting Attorney, 200 W. Front Street, Room 3191, Boise, ID 83702-7399
aty +Gregg S. Kleiner, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, CA 94111-3510
aty +H. Slayton Dabney, Jr., King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-2686
aty +Harold Hunter, Jr., Merritt,Flebotte,Wislon,Webb & Caruso, 2525 Meridan Parkway, Suite 300, PO Box 2247, Durham, NC 27702-2247
aty +Howard Gershman, Gershman Law Offices, PC, 610 York Rd., Ste. 200, Jenkintown, PA 19046-2867
aty +J. Bennett Friedman, Hamburg, Karic, Edwards & Martin, LLP, 1900 Ave. of the stars, Suite 1800, Los Angeles, CA 90067-4409
aty ++++JAMES B. HOLDEN, ASSISTANT ATTY. GENERAL, 1525 SHERMAN ST STE 700, DENVER CO 80203-1700 (address filed with court: James B. Holden, Assistant Atty. General, 1525 Sherman St. 7th Floor, Denver, CO 80203)
aty +James D. Newell, Buchanan Ingersoll & Rooney, One Oxford Centre, 20th Floor, Pittsburgh, PA 15219-1400
aty +James L. Forde, Rappaport,Glass, Greene & Levine, 733 Third Avenue, 12th Floor, New York, NY 10017-3204
aty +Jami C. Amarasinghe, Carman, Callahan & Ingram, 266 Main Street, Farmingdale, NY 11735-2642
aty Jeffrey Cohen, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7798
aty +Jeffrey D. Saferstein, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Ave. of the Americas, New York, NY 10019-6031
aty +Jeffrey G. Olsen, Fennell & Olsen, 90 Blue Ravine Road, Ste. 170, Folsom, CA 95630-4730
aty +Jeffrey Kurtzman, 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945
aty +Jeffrey Kurtzman, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945
aty +Jeffrey Meyers, Ballard Spahr Andrews & Ingersoll, 51st Fl- Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7599
aty +Jennifer L. Rando, Hodgson Russ LLP, The Guaranty Bldg, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4014
aty John A. Morris, Pachulski Stang Ziehl & Jones LLP, 780 Third Ave., 36th Floor, New York, NY 10017-2024
aty +John F. Higgins, Porter Hedges, L.L.P., 1000 Main St., 36th Floor, Houston, TX 77002-6341
aty +John F. Isbell, King & Spalding, LLP, 1180 Peachtree Street, NE, Atlanta, GA 30309-7525
aty +John L. Senica, Miller,Canfield,Paddock and Stone, PLC, 225 W. Washington, Suite 2600, Chicago, IL 60606-3439
aty +John O'Boyle, Stern Lavinthal Frankenberg & Norgaard, 184 Grand Ave., Englewood, NJ 07631-3578
aty John W. Hazard, Jr., Webster, Chamberlain & Bean, 1747 Pennsylvania Ave. NW, # 1000, Washington, DC 20006-4693
aty +Jon L.R. Dalberg, Landau Gottfried & Berger, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067-2316
aty +Jon R. Smith, Yuma County Attorney's Office, 250 W. Second Street, Suite G, Yuma, AZ 85364-2235
aty +Joon M. Khang, Khang & Khang, LLC, 1901 Avenue of the Stars,, 2nd Floor, Los Angeles, CA 90067-6001
aty +Joseph Michael Horrox, Horrox & Glugover, P.A., Suite 270, 1030 W. Int'l Speedway Blvd., Daytona Beach, FL 32114-3415
aty +Joseph R. Sgroi, Honigman Miller Schwartz & Cohn LLP, 660 Woodward Ave., 2290 First National Building, Detroit, MI 48226-3506
aty +Julie H. Rome-Banks, Binder & Malter, LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004
aty +Julio C. Acosta, Acosta Strommen, 301 Almeria Avenue, Suite 100, Coral Gables, FL 33134-5822

aty #+Junghye June Yeum, Baker & McKenzie. LLP, 1114 Avenue of Americas, New York, NY 10036-7772
aty +Karon Y. Wright, Travis County, Texas, P.O. Box 1748, Austin, TX 78767-1748
aty +Kathleen B. Galloto, Benton County Prosecuting Attorney, 7122 W. Okanogan Place, Bldg A, Kennewick, WA 99336-2359
aty +Kenneth B. Roseman, Kenneth B. Roseman & Assoc., P.C., Suite 810, 105 West Madison Street, Chicago, IL 60602-4668
aty +Kenneth C. Johnson, Bricker & Eckler LLP, 100 South Third Street, Columbus, OH 43215-4291
aty +Kenneth Miller, Moldo Davidson Fraioli et al, Suite 2100, 2029 Century Park East, Los Angeles, CA 90067-3007
aty +Kepley Broscious & Biggs, PLC, 7201 Glen Forest Drive, Suite 102, Richmond, VA 23226-3759
aty +Kimo C. Leong, Law Offices of Taylor, Leong & Chee, 737 Bishop Street, # 2060, Honolulu, HI 96813-3214
aty Kirk B. Burkley, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219
aty +Kornblau & Kornblau, 16 Court Street, Suite 1210, Brooklyn, NY 11241-1012
aty +Kristen H. Philhower, 700 North Brand Blvd, Suite 570, Glendale, CA 91203-1209
aty +Kyra E. Andrassy, Weiland, Golden. Smiley et al, Suite 950, 650 Town Center Drive, Costa Mesa, CA 92626-7021
aty +Larry D. Henin, Edwards Angell Palmer et al, 750 Lexington Ave., New York, NY 10022-1253
aty +Laura L. Buckley, HIGGS,FLETCHER & MACK LLP, 401 West A Street, Suite 2600, San Diego, CA 92101-7913
aty +Lawrence J. Hilton, Hewitt & O'Neil LLP, 19900 MacArthur Blvd. Suite 1050, Irvine, CA 92612-8414
aty +Lawrence S. Burnat, Schreeder, Wheeler & Flint, LLP, 1100 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-4516
aty +LeClair Ryan, A Professional Corporation, 951 East Byrd Street, Richmond, VA 23219-4040
aty +LeGrand L. Clark, 302 West Washington St., Indiana Government Center South, Fifth Floor, Indianapolis, IN 46204-4701
aty +Linda P. O'Gorman, 53 Highland Ave., Eastchester, NY 10709-3628
aty +Lionel J. Postic, Law Firm Of Lionel J. Postic, PC, 125 Townpark Drive, Suite 300, Kennesaw, GA 30144-5812
aty Lori L. Winkelman, Quarles & Brady LLP, 2 North Central Avenue, Phoenix, AZ 85004-2391
aty Lucinda E. White, 6 State House Station, Augusta, ME 04333-0006
aty Madeleine C. Wanslee, 201 E. Washington Street, Suite 800, Phoeniz, AZ 85004-2327
aty +Marcus Kinrade, P.O. Box 550, Raleigh, NC 27602-0550
aty +Mark C. McCullough, Skaar & McCullough, The Colonnade, 5500 Wayzata Blvd, Suite 1450, Minneapolis, MN 55416-1241
aty +Mark J. Cerrato, 820 Enfield Street, Enfield, CT 06082-2964
aty +Mark J. DeCicco, Sackstein Sackstein & Lee, LLP, 1140 Franklin Ave., Ste. 210, Garden City, NY 11530-1675
aty Mark J. Friedman, DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, MD 21209-3600
aty +Mark Stromberg, Stromberg Stock, 5420 LBJ Frwy, Ste 300, Dallas, TX 75240-6271
aty +Mary Elisabeth Naumann, Jackson Kelly PLLC, 175 E. Main St., Ste. 500, Lexington, KY 40507-1328
aty Matthew D. Fortney, Quarles & Brady LLP, PO Box 2113, Madison, WI 53701-2113
aty +Meegan B. Casey, Riemer & Branustein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +Menachem O. Zelmanovitz, Morgan, Lewis & Bockius, 101 Park Ave., New York, NY 10178-0060
aty +Michael Deitch, Law Offices of Michael Deitch, 800 Rio Grande, Austin, TX 78701-2220
aty +Michael F. McGrath, Ravich Meyer Kirkman McGrath, 4545 IDS Center, 80 South Eighth St., Minneapolis, MN 55402-2100
aty +Michael J. Darlow, Perdue Brandon Fielder et al, Ste. 600, 1235 North Loop West, Houston, TX 77008-1772
aty +Michael R. Murphy, 301 South Sixth Street, Paducah, KY 42003-1700
aty +Michael S. Williams, Gold, Albanese & Barletti, 58 Maple Avenue, Red Bank, NJ 07701-1618
aty +Michael W. Malter, Binder & Malter, 2775 Park Ave., Santa Clara, CA 95050-6004
aty +Michelle McMahon, Bryan Cave LLP, 1290 Avenue of the Americas, New York, NY 10104-3399
aty +Mio Technology USA Ltd. also known as MiTAC USA In, c/o Orrick Herrington & Sutcliffe LLP, 1152 15th Street, N.W., Washington, DC 20005-1734, UNITED STATES
aty +Nancy A. Washington, Saiber LLC, One Gateway Center 13th Floor, Newark, NJ 07102-5323
aty +Nancy Hotchkiss, Trainor Robertson, 701 University Ave, Ste 200, Post Office Box 255824, Sacramento, CA 95865-5824
aty +Nancy Isaacson, Greenbaum Rowe Smith % Davis, 75 Livingston Ave., Suite 301, Roseland, NJ 07068-3788
aty +Neil E. Herman, Morgan, Lewis & Bockius, LLP, 101 Park Ave., New York, NY 10178-0060
aty +Nicholas M. Miller, DLA Piper LLP, 203 North LaSalle St., Suite 1900, Chicago, IL 60601-1263
aty +Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 15th Street, N.W., Washington, DC 20005-1734
aty +Paul H. Millewich, Steven H. Mevorah & Assoc., 134 N. Bloomingdale Road, Bloomingdale, IL 60108-1017
aty +Paul Rubin, Herrick, Feinstein LLP, Two Park Avenue, New York, NY 10016-9302
aty +Paul S. Samson, Riemer & Braunstein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +Penny R. Stark, Suite 308, 9861 Sunrise Lakes Blvd., Sunrise, FL 33322-6288
aty Peter D. Bilowz, Goulston & Storrs, PC, 400 Atlantic Ave, Boston, MA 02110-3333
aty +Peter G. Zemanian, Zemanian Law Group, 223 E. City hall Ave., Suite 201, Norfolk, VA 23510-1700
aty +Peter Gurfein, Landau Gottfried & Berger, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067-2316

aty +Peter N. Tamposi, Donchess Notinger & Tamposi, P.C., 547 Amherst St. Suite 204, Nashua, NH 03063-4000
aty +Rafael X. Zahralddin-Aravena, Elliot Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801-1228
aty +Regina Stango Kelbon, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103-6998
aty Rhysa Griffith South, Office of the County Attorney, PO Box 90775, Henrico, VA 23273-0775
aty +Richard E Braun, Wisconsin Department OF Justice, PO Box 7857, Madison, WI 53707-7857
aty +Richard Eugene Haggerty, Troutman Sanders, 1660 International Dr. Suite 600, McLean, VA 22102-4877
aty +Robert E. Scully, Jr., Stites & Harbison PLLC, 1199 North Fairfax St. Suite 900, Alexandria, VA 22314-1445
aty +Robert G. Vann, Environ Plaza, 500 E. 86th Ave., Merrillville, IN 46410-6213
aty +Robert L. Eisenbach, Cooley Godward Kronish LLP, 101 California St. 5th Floor, San Francisco, VA 94111-3580
aty +Robert W. Mallard, Dorsey & Whitney, 1105 N. Market St., Suite 1600, Wilmington, DE 19801-1201
aty +Robert W. Mallard, Dorsey & Whitney, 1105 North Market St., Suite 1600, Wilmington, DE 19801-1201
aty +Roderick A. J. Cavanagh, 148 Main Street, Wakefield, RI 02879-3567
aty Rodney F. Page, Bryan Cave LLP, 700 Thirteenth St. N.W., Washington, DC 20005-3960
aty +Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., 901 Dove Street, Suite 120, Newport Beach, CA 92660-3018
aty +Roy F. Kiplinger, Kiplinger Law Firm, P.C., 927 S. Harrison Street, Fort Wayne, IN 46802-3609
aty Roy S. Kobert, Broad and Cassell, 390 N. Orange Ave, Ste 1100, P.O. Box 4961, Orlando, FL 32802-4961
aty +SAlly J. Buemi, 270 Quinnipiac Ave., North Haven, CT 06473-3716
aty +Samuel J. Shames, Box 578, Gastonia, NC 28053-0578
aty +Sarah Davis, Beirne Maynard & Parsons LLP, Suite 4400, 1700 Pacific Ave., Dallas, TX 75201-7324
aty +Scott L. Adkins, Phillips, Goldman & Spence, 1200 North Broom Street, Wilmington, DE 19806-4204
aty Scott N. Brown, Jr., 801 Broad St., Sixth Floor, PO Box 1749, Chattanooga, TN 37401-1749
aty +Scott P. Carroll, Carroll & Carroll, P.L.L.C., Suite 440, 831 East Morehead Street, Charlotte, NC 28202-2784
aty +Scott R. Kipnis, Hofheimer Gartlir & Gross LLP, 530 Fifth Ave., New York, NY 10036-5101
aty +Shannon E. Hoff, Poyner Spruill, LLP, 301 South College St., Suite 2300, Charlotte, NC 28202-6041
aty +Sharon Z. Weiss, Holme Roberts & Owens, 800 W. Olympic Blvd, 4th Floor, Los Angeles, CA 90015-1367
aty +Shawn M. Christianson, Buchalter Nemer PC, 55 Second St. 17th Floor, San Francisco, CA 94105-3491
aty +Stephen W. Spence, Phillips, Goldman & Spence, 1200 North Broom Street, Wilmington, DE 19806-4204
aty +Steven N. Leitess, Leitess Leitess Friedberg & Fedder PC, Owings Mills, MD 21117
aty +Stuart I. Gordon, Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556-3823
aty +Stuart J. Radloff, 13321 North Outer Forty Road, Suite 800, Town & Country, MO 63017-5944
aty +Stuart Sears, Shaevitz & Shaevitz, Esqs., 148-55 Hillside Ave., Jamaica, NY 11435-3330
aty +Synde Keywell, Bryan Cave LLP, 161 North Clark St., Ste 4300, Chicago, IL 60601-3430
aty +Thomas J. Weiss, Weiss & Hunt, 1925 Century Park East, Suite 2140, Los Angeles, CA 90067-2722
aty +Thomas A. Lynam, III, 1600 Market St., Ste. 1800, Philadelphia, PA 19103-7204
aty Thomas C. Pavlik, 1660 W. 3nd Street, Cleveland, OH 44113-1419
aty +Thomas J. Farrell, Levy & Droney, P.C., 274 Silas Deane Highway, Wethersfield, CT 06109-1732
aty Thomas L. Flynn, Belin Lamson McCormick Zumbach Flynn, The Financial Center, 666 Walnut Street, Ste 2000, Des Moines, IA 50309-3989
aty Thomas Schultz, Jr., PO Box 3040, Farmington Hills, MI 48333-3040
aty +Thomas W. Daniels, Wilmorite Management Group, LLC, 1265 Scottsville, Road, Rochester, NY 14624-5177
aty Timothy P. Cairns, Pachulski Stang Ziehl et al, 919 North Market St., 17th FL, PO Box 8705, Wilmington, DE 19899-8705
aty Ttomas L. Schulman, 600 West Santa Ana Boulevard, Suite 955, Santa Ana, CA 92701-4509
aty W. Glenn Jensen, Roetzel & Andress, PO Box 6507, Orlando, FL 32802-6507
aty +Walter W. Kelley., Kelley, Lovett & Blakey, P.C., PO Box 70879, Albany, GA 31708-0879
aty Wayne R. Terry, Hemar, Rosusso & Heald, LLP, 15910 Venturea Boulevard, 12th Floor, Encino, CA 91436-2829
aty +William Daniel Sullivan, Butzel Long Tighe Patton, PLLC, 1747 Pennsylvania Ave. NW Suite 300, Washington, DC 20006-4642
aty +William H Ryan, Jr., Office of the Attorney General, 564 Forbes Ave., Pittsburgh, PA 15219-2992
aty +William J. Factor, Seyfarth Shaw LLP, 131 S. Dearborn St. Suite 2400, Chicago, IL 60603-5863
aty +William Kyle Vaughn, 5800 Ranchester Dr., #200, Houston, TX 77036-2473
aty William L. Wallander, Vinson & Elkins L.L.P., 3700 Trammell Crow Center, 2001 Ross Avenue, Dallas, TX 75201-2975
aty +Zakarij O. Thomas, Buchanan Ingersoll & Rooney, One Oxford Centre, 20th Floor, Pittsubrgh, PA 15219-1400
cr +1890 Ranch, Ltd., c/o/ Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320

tee 2005-C1 Shoppes of Plantation Acres, LLC, c/o Mindy A. More & Jeffrey I. Snyder, 14550 Brickwell Ave., Suite 2500, Miami, FL 33131
cr +44 North Properties, LLC, Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
cr +507 Northgate LLC, c/o Christopher M. Alston, 1111 Third Ave., #3400, Seattle, WA 98101-3264
cr +A.D.D. Holdings, L.P., c/o Lisa Taylor Hudson, Esq., Sands Anderson Marks & Miller, P.C., 801 E. Main Street, P.O. Box 1998, Richmond, VA 23218-1998
cr +AA Home Services, LLC, 570 Tresham Road, Columbus, OH 43230-2227
cr +ACCO Brands Corporation, c/o William H. Casterline, Jr., 4020 University Drive, #300, Fairfax, VA 22030-6802
cr Abilene-Ridgemont, LLC, c/o W. Alexander Burnett, Esq., 1021 E. Cary Street, 17th Floor, P.O. Box 1320, Richmond, VA 23218-1320
cr +Accent Energy California LLC, 6065 Memorial Drive, Dublin, OH 43017-8218
cr +Acer American Holdings Corp., c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
cr +ActionLink, LLC, c/o Kenneth R. Rhoad, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3281
cr +Actiontec Electronics, Inc., Attn: Irene Chen, Controller, 760 North Mary Ave., Sunnyvale, CA 94085-2908
cr +Active Media Services, Inc., One Blue Hill Plaza, Pearl River, NY 10965-6170
cr #+Adrianus Hitijahubessy, 3825 Maher Manor, Glen Allen, VA 23060-5979
prof +Akerman Senterfitt, c/o William C. Crenshaw, Esq., 750 9th Street, N.W., Suite 750, Washington, DC 20001-4589
cr +Alex P. Thorson, C207, 910 NE Providence Court, Pullman, WA 99163-4487
cr +Alexander H Bobinski, as Trustee under Trust No. 1, c/o David R McFarlin, Wolff, Hill, McFarlin & Herron, PA, 1851 West Colonial Drive, Orlando, FL 32804-7013
cr +Alexander M. Russell, 3198 Vermont Route 100, Waterbury, VT 05676-9547
cr +Alexander’s Rego Park Center, Inc., c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Alfred Lawson, 9400 Glascow Dr, Fredericksburg, VA 22408-9204
cr +Alice Norton, 5308 Antelope Ln., Stone Mountain, GA 30087-1207
cr +Allan M. Anderson, 345 E. 211 St., Euclid, OH 44123-1848
cr +Alliance-Rocky Mount LLC, Carroll & Carroll PLLC, 831 East Morehead St, Ste 440, Charlotte, NC 28202-2784
cr Alliant Energy/WP &L, PO Box 3066, Cedar Rapids, IA 52406-3066
cr +AmREIT, a Texas real estate investment trust, c/o James V. Lombardi, III, Ross, Banks, May, Cron & Cavin, P.C., 2 Riverway, Suite 700, Houston, TX 77056-1918
cr +Amcor Sunclipse North America, c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
intp +American Computer Development, Inc., Gary & Regenhardt, PLLC, 8500 Leesburg Pike, Suite 7000, Vienna, VA 22182-2498
cr American Express Travel Related Services Co Inc, POB 3001, Malvern, PA 19355-0701
cr American Express Travel Related Services Co Inc Co, c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
cr +Amherst VF LLC, c/o Lisa Taylor Hudson, Esquire, Sand Anderson Marks & Miller, P.C., 801 E. Main Street, Ste. 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr +Amreit a Texas Real Estate Investment Trust, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Amy Fiaa, 410 Roosevelt Ave., Lindenwold, NJ 08021-1224
cr +Andrea Wright, 5805 Kistler Court, Fayetteville, NC 28304-0602
cr +Andrew F. Belovich, 6140 NW 60th Ave., Parkland, FL 33067-4451
cr +Ann M. Karr, 3824 Yates Drive, Lithia Springs, GA 30122-2155
cr +Anna L. Ubben, 6634 W. 141st St., Apt. 1905, Overland Park, KS 66223-3747
cr +Anna Maccanelli, 482-1/2 South Main Street, Farmington, IL 61531-1467
cr +Anne B. Fath, 9608 Gaslight Place, Richmond, VA 23229-7091
cr +Anne L. Thumann, 7086 Lionshead Parkway, Littleton, CO 80124-9574
cr +Anne L. Thurmann, 7086 Lionshead Parkway, Littleton, CO 80124-9574
cr +Anthony Givens, Jr., 6008 Hope Dr., Temple Hiils, MD 20748-3817
cr +Antone C. Botelho, 232 Largo Drive, Pionciana, FL 34759-5238
cr Antonio Precise Products Manufactory Limited, c/o Emily Yip & Co., Room 1904, Chinachem Exchange Square II, Hong Kong
cr +Antor Media Corporation, 3100 Independence Parkway, Suite 311#301, Plano, TX 75075-1997
cr +Aquent, c/o Jennifer Madden, 711 Boylston St., Boston, MA 02116-2616
cr +Arapahoe County Treasurer, c/o County Attorney Office, 5334 S. Prince Street, Littleton, CO 80166-0001
cr +Archon Group, L.P., 6011 Connection Drive, Irving, TX 75039-2607
cr +Arlana Smith, 629 Windomere Ave., Richmond, VA 23227-2954
cr +Attensity Corporation, c/o ASM Capital, L.P., 7600 Jericho Turnpike, Ste. 302, Woodbury, NJ 11797-1705
cr +Aubina Yates, 24355 Bay Ave., Moreno Valley, CA 92553-3305
cr +Audio Innovations Inc., Attn: Francisco Moreno, 133 N.E. 91st St., Kansas City, MO 64155-3329
cr Audrey Soltis, c/o William A. Gray, Esquire, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998
cr +Audrey Soltis, c/o Robert Butwinick, 50 South Sixth Street, Suite 965, Minneapolis, MN 55402-1557
cr +August E. Spalding, 1041 Arlington Way, Warrenton, MO 63383-1383

prf +Augustus C. Epps, Jr., 909 East Main Street, Suite 1200, Richmond, VA 23219-3013
cr +Austin James Harthun, 19032 Taylor Ave., Morgan Hill, CA 95037-2719
cr +Auvill V Browne, 50 Summit Street, White Plains, NY 10607-1209
cr +BBP-Muncy LLC, c/o Sands Anderson Marks & Miller, P.C., P.O. Box 1998, Richmond, VA 23218-1998
cr +BPP Conn LLC f/k/a WEC 95 Manchester Limited Partn, c/o Sands Anderson Marks & Miller, PO Box 1998, Richmond, VA 23218-1998
cr +BPP-NY LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-OH LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-Redding LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-SC LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-VA LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-WB LLC, c/o Sands Anderson Marks & Miller, P.C., P.O. Box 1998, Richmond, VA 23218-1998
cr +Baker Natick Promenade LLC, Sands Anderson Marks & Miller, P.C., Post Office Box 1998, Richmond, VA 23218-1998
cr +Baltimore County Maryland, c/o Adam M. Rosenblatt, 400 Washington Ave, Towson, MD 21204-4606
cr +Baltimore County, Maryland, Baltimore County Law Office, Adam M. Rosenblatt, Asst. County Atty., 400 Washington Ave., Towson, MD 21204-4606
cr +Bank One Delaware, National Association n/k/a Chas, c/o Michael A. Condyles, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
tee +Bank of America, NA (trustee), GMAC Commercial Mtg Secur, % Capmark Fin attn: Peyton Inge, 700 N. Pearl Street, Dallas, TX 75201-2824
cr +Bank of America, National Association, C/O JOHN S. KAPLAN, PERKINS COIE LLP, 1201 THIRD AVENUE, SUITE 4900, SEATTLE, WA 98101-3099
cr +Barbara A. Koesel, 11261 Scenic View Lane, Orlando, FL 32821-7902
cr +Barbara Raelyn Harris, 3334 West Main Street, PMB 194, Norman, OK 73072-4805
cr +Barcoding, Inc., Bowie & Jensen LLC, 29 W. Susquehanna Avenue, Suite 600, Townson, MD 21204-5214
cr +Barnes & Powers North, LLC, c/o Bruce M. Wright, Plaza of the Tockies, Suite 202, 111 South Tejon, Colorado Springs, CO 80903-2245
cr Basile Limited Liability Company, c/o Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +Battlefield FE Limited Partners, c/o David L. Pollack, Ballard Spahr LLP, 51st Floor- Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7599
cr +Bay County Florida tax collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Bell Canada and 4458729 Canada, Inc, c/o Virginia Robinson, Greenberg Traurig LLP, 1750 Tysons Boulevard, Suite 1200, McLean, VA 22102-4211
cr +Benjamin R. Knighton, 28631 N James Madison Hwy., New Canton, VA 23123-2132
cr +Berkshire Hyannis LLC, c/o David L. Pollack, Esquire, Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599
cr +Bernice Spilaw, 521 Tuckahoe Club Court, Richmond, VA 23229-7289
cr +BevCon I, LLC, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr +Black & Decker (US), Inc., Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
cr +Bobby G. Wilson, 6509 N 63rd Avenue, Glendale, AZ 85301-3702
cr Boston Acoustics, Inc., c/o William A. Gray, Esquire, Sands, Anderson, Marks & Miller, P.C., 801 E. Main Street, 18th Floor, Post Office Box 1998, Richmond, VA 23218-1998
cr +Brad C. King, 22628 US Hwy 70, Wilson, OK 73463-6633
cr +Brandon Rowberry, 18900 Explorer Trail, Eden Prairie, MN 55347-3237
cr +Brenda Blackshear, 102 Anita Ln., Longview, TX 75603-9108
cr +Brevard County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr Brian L. LaCoursiere, 4347 Kings Church Road, Taylorsville, KY 40071-7907
cr +Brixmor Property Group, Inc., f/k/a Centro Propert, c/o David L. Pollack, Esquire, Ballard Spahr LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599
cr +Broward County, County Attorney For Broward County, 115 South Andrews Ave., Governmental Center, Suite 423, Fort Lauderdale, FL 33301-1826
cr +Bruce Davis, 76 Webwood Circle, Rochester, NY 14626-4036
desig +Bruce H. Besanko, 9950 Mayland Drive, Richmond, VA 23233-1463
cr +Bruce H. Besanko, 191 Farmington Road, Longmeadow, MA 01106-1517
cr Bruce Senator, F-99302 - CA Men’s Colony, PO Box 8103, San Luis Obispo, CA 93403-8103
cr Bruce Senator, #F-99302, Folsom State Prison-LEGAL MAIL, PO Box950, Folsom, CA 95763-0950
cr +Bryan Seymour, 40 Wellington Walk, Douglasville, GA 30134-6364
cr +Buffalo Technology (USA), Inc., c/o Donald A. Workman, Baker & Hostetler LLP, 1050 Connecticut Avenue, N.W., Suite 1100, Washington, DC 20036-5304
cr +Burbank Mall Associates, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Bureau Veritas Consumer Product Services, 100 Northpointe Pkwy, Buffalo, NY 14228-1884
cr +By-Pass Development Company, LLC, c/o William T. Niemier, 10689 N. Pennsylvania St., Suite 100, Indianapolis, IN 46280-1099
cr +C & A Consulting, Attn: Alicia Miranda, 5125 Belle Dr., Metairie, LA 70006-1906
intp +C1 West Mason Street, LLC, a Wisconsin Limited Lia, Bilzin Sumberg Baena Price & Axelrod, LL, 200 Couth Biscayne Blvd, Suite 2500, Miami, FL 33131-2154
cr +CBL & Associates Management, Inc., c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521

cr +CC Brandywine Investors 1998 LLC, c/o Capital Development Company, 3709 Griffin Lane SE, Olympia, WA 98501-2192
cr +CC Countryside 98 L.L.C., c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CC Countryside 98, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr CC Indianapolis 98, CC Jackson 98, CC Harper Woods, c/o Deborah H. Devan, Esquire, One South Street, 27th Floor, Baltimore, MD 21202-3282
cr +CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L., c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CC-Investors 1996-6, c/o Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
cr +CC-Investors 1997-4, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr CC-Investors Trust 1995-1, c/o John Paul Rieser, Esq., Rieser & Associates LLC, 7925 Graceland Street, Dayton, OH 45459-3834
cr +CCMS 2005 CD1 Lycoming Mall Circle Limited Partner, Sutherland Asbill & Brennan LLP, c/o Mark D. Sherrill, 1275 Pennsylvania Ave., NW, Washington, DC 20004-2404
tee +CFH Investments III, LLC, Attn: Nathan Drake, 2595 Canyon Blvd., #420, Boulder, CO 80302-6737
cr ++CITY OF CHESAPEAKE, PO BOX 16495, CHESAPEAKE VA 23328-6495
(address filed with court: Treasurer City of Chesapeake, P.O. Box 16495, Chesapeake, VA 23328-6495)
intp +CMAT 1992-C2 MOLLER ROAD LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-C1 GRAND RIVER AVENUE LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-C2 EMPORIUM DRIVE LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Discayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-C2 LAWENCE ROAD , LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-C2 RIDGELAND RETAIL, LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
intp +CMAT 1999-CI KELLY ROAD, LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
cr +CP Management Corp. as agent for Orland Towne Cent, c/o Robert D. Tepper, 311 South Wacker Dr., Suite 5125, Chicago, IL 60606-6657
cr +CSI Construction Company, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, Post Office Box 1998, 18th Floor, Richmond, VA 23218-1998
unk +CT Coproration, 1209 Orange Street, Wilmington, DE 19801-1120
intp +CT Corporation, 1209 Orange Street, Wilmington, DE 19801-1120
cr +Cabarrus County, County Attorney Office, c/o Richard M. Koch, 3220-201 Prosperity Church Rd., Charlotte, NC 28269-8250
cr +California Self-Insurers' Security Fund, c/o Gina M. Fornario, Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3716
cr +California Taxing Authorities, c/o Martha E. Romero, Romero Law Firm, 6516 Bright Avenue, Whittier, CA 90601-4503
cr +Cameron Bayonne, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +CapTech Ventures, Inc., c/o Richard E. Lear, Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, DC 20006-6801
cr +Caparra Center Accociates, LLC, c/o Penny R. Stark, 9861 Sunrise Lakes Blvd, Suite 308, Sunrise, FL 33322-6288
cr +Caparra Center Associates, LLC, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Capmark Finance, Inc., Bryan Cave LLP, c/o Philip J. Meitl, 1155 F. Street NW, Suite 700, Washington, DC 20004-1319
cr +CarMax, Inc., 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1124
cr +Cardinal Court, LLC, c/o Sands, Anderson, Marks & Miller, P.C, Post Office Box 1998, 801 E. Main Street, Suite 1800, Richmond, VA 23219-2906
intp +Carmax Business Services, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Carnegie Management and Development Corporation, c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2115
cr +Carole Cook, 5 Sycoamore Dr., Florence, KY 41042-9638
cr +Carole Kaylor, c/o Thomas P. Finn, 153 Lakemont Park Blvd, Altonna, PA 16602-5943
cr +Carole Kaylor, c/o Thomas P. Finn, 153 Lakemont Park Boulevard, Altoona, PA 16602-5943
cr +Carousel Center Company, L.P., c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Carriage Crossing Market Place, LLC, Balch & Bingham, LLP, 1901 Sixth Ave. North, Suite 1500, Birmingham, AL 35203-4642
cr #+Carrie A. Lee, 2250 Old Brick Road, Apt 2538, Glen Allen, VA 23060-5986
cr Casio, Inc., c/o Spotts Fain PC, P.O. Box 1555, Richmond, VA 23218-1555
cr +Cecil M. Booker Family Trust, c/o Betty B. Dame, PO Box 953, Gloucester, VA 23061-0953
cr Centon Electronics, Inc., c/0 Joseph DiVincenzo, Remer DiVincenzo & Griffith, 2121 East Pacific Coast Highway, Suite 2, Corona Del Mar, CA 92625
cr +Century plaza development corporation, c/o Law Offices of David A. Greer, 500 E. Main Street Ste 1225, Norfolk, Va 23510-2274
cr +Certain Benefit Restoration Plan Claimants, c/o Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, VA 22102-4877

cr +Chad A. Kubica, 24126 Matthew Pl., Santa Clarita, CA 91321-4690
cr +Chang Rao, 15 Kings Way, #33, Waltham, MA 02451-9004
cr +Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave, Suite 400, Riverdale Park, MD 20737-1331
cr +Charleston Newspapers, PO Box 3942, Charleston, WV 25339-3942
cr +Charlotte (Archdale) UY, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Charlotte-Mecklenburg County Tax Collector, PO Box 31457, Charlotte, NC 28231-1457
cr Chatham County, GA Tax Commissioner, c/o William A. Gray, Esquire, Sands, Anderson, Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Cheryl Daves, 8601 E. Old Spanish Trl 320, Tucson, AZ 85710-4338
cr +Chino South Retail PG, LLC, David K. Spiro, Esq., Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
intp +Christopher Borglin, c/o Sands Anderson Marks & Miller PC, P.O. Box 1998, Richmond, VA 23218-1998
cr +Christopher E. Gibson, 33 Legend Creek Terrace, Douglasville, GA 30134-4781
cr +Christopher N. Crowe, 2117 Hanover Ave., Richmond, VA 23220-3427
cr +Chuan Fa Liu, 15 Kings Way, #33, Waltham, MA 02451-9004
cr +Cindy Kimi Nakanishi, P.O. Box 36182, San Jose, CA 95158-6182
cr +Circuit Sports, L.P., Weycer, Kaplan, Pulaski & Zuber, PC, c/o Edward L. Rothberg, 11 Greenway Plaza, Suite 1400, Houston, Te 77046-1130, UNITED STATES
cr +Citrus Park CC, LLC, c/o Lawrence H. Glanzer, Esq., 580 E. Main Street, Suite 300, Norfolk, VA 23510-2323
cr City Of High Point, PO Box 10039, High Point, NC 27261-3039
cr City of Cedar Hill, Burleson ISD, Arlington ISD, PO Box 13430, Arlington, TX 76094-0430
cr +City of Coral Springs, Sherry Whitacre, Esq., 9551 West Sample Road, Coral Springs, FL 33065-4182
cr +City of Denton, Mark A. Burroughs, 1100 Dallas Drive, Suite 100, Denton, TX 76205-5121
cr City of Hurst, Mansfiled ISD, Carroll ISD, PO Box 13430, Arlington, TX 76094-0430
cr City of Lake Worth, PO Box 13430, Arlington, TX 76094-0430
cr +City of Lewisville, c/o Mark A. Burroughs, 1100 Dallas Drive, Suite 100, Denton, TX 76205-5121
cr +City of New York Department of Finance, 345 Adams Street, Brooklyn, NY 11201-3797
cr +City of Overland Park, Kansas, Attn: Law Dept., 8500 Santa Fe Drive, Overland Park, KS 66212-2899
cr +City of Rancho Cucamonga, c/o Nanette D. Sanders, 2030 Main Street, Suite 1200, Irvine, CA 92614-7256
cr +City of Virginia Beach, Alexander Stiles, Office of the City Attorney, 2401 Courthouse Drive, Building 1, Suite 260, Virginia Beach, VA 23456-9120
cr +Cleveland Towne Center, LLC, Miller & Martin PLLC, c/o Nicholas W. Whittenburg, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37402-2289
cr +Cobb Corners II, Limited Partnership, 214 North Tryon Street, Suite 4700, Attention: Amy Pritchard Williams, Charlotte, NC 28202-2367
tor +Cobra Electronics, a Delaware Corporation, 6500 West Cortland, Chicago, IL 60707-4013
cr +Coca-Cola Bottling Company Consolidated, c/o Spotts Fain PC, 411 E. Franklin St., Suite 600, Richmond, VA 23219-2200
cr +Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Col, c/o Spotts Fain PC, 411 E. Franklin St., Suite 600, Richmond, VA 23219-2200
cr +Coface North America, Inc., c/o Amy Schmidt, 50 Millstone Road, Bldg 100, Suite 360, East Windsor, NJ 08520-1415
cr +Cohesion Products, Inc., c/o RMS, 307 International Circle, Suite 270, Hunt Valley, MD 21030-1322
cr #+Cokem International, Inc., Patton Boggs LLP, c/o Alan Noskow, 8484 Westpark Drive, 9th Floor, McLean, VA 22102-3596
cr +Coldwater Development Company, c/o William T. Niemier, 10689 N. Pennsylvania Street, Suite 100, Indianapolis, IN 46280-1099
cr +Cole CC Aurora CO, LLC, c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole CC Groveland FL, LLC, c/o Peter J. Barrett, Kutak Rock LLP, 1111 E. Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole CC Kennesaw GA, LLC, c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole CC Mesquite TX, LLC, c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole CC Taunton MA, LLC, c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole Capital Partners, LLC, c/o Michael A. Condyles, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
mvnt +Colonial Heights Holdings, LLC, c/o Peter M. Pearl, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, (Post Office Box 1998), Richmond, VA 23218-1998
cr +Colorado Structures, Inc. dba CSI Construction Co., McDonough Holland & Allen PC, c/o Mary E. Olden/Sean Thompson, 555 Capitol Mall,9th Floor, Sacramento, CA 95814-4601
cr Columbia Plaza Joint Venture, Columbia, MO
cr +Comcast Cable Communications, LLC, c/o Matthew G. Summers, Ballard Spahr LLP, 300 E. Lombard St., 18th Floor, Baltimore, MD 21202-3268
cr +Commonwealth of Kentucky, Fayette County Attorney Office, c/o Wayne P. Cook, 110 W. Vine Street, Lexington, KY 40507-1618

cr +Concordia Realty Management Inc, c/o Michael Flight, 10031 West Roosevelt Road, Suite 200, Westchester, IL 60154-2669
cr +Condan Enterprises LLC, c/o Siller Wilk LLP, 675 Third Avenue, New York, NY 10017-5704
cr +Condan Enterprises, LLC, c/o Eric Snyder, 1515 Broadway, New York, NY 10036-5794
cr +Congressional North Associates Limited Partnership, 2701 Tower Oaks Blvd, Ste 200, Rockville, MD 20852-4239
cr +Connie Y. Boyer, 11909 Rutgers Drive, Richmond, VA 23233-1630
cr +Consolidated Edison Company of New York, Inc. (Con, c/o Richard W. Babinecz, 4 Irving Place, New York, NY 10003-3502
intp +Contrarian Capital Management, LLC, 411 West Putnam Ave., Ste. 425, Greenwich, CT 06830-6281
cr #+Corey Rachel, PO Box 875, Zephyrhills, FL 33539-0875
cr +Cornella Diane Beverly, c/o Robert A. Canfield, 2201 Libbie Avenue, Suite 200, Richmond, VA 23230-2364
cr +Cosmi Corporation, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr County of Kern, State of California, c/o Treasurer/Tax Collector's Office, Attn: Angelica Leon, PO Box 579, Bakersfield, CA 93302-0579
cr +County of Loudoun, VA, c/o Belkys Escobar, One Harrison St. SE, (MSC #06), Leesburg, VA 20175-3102
cr County of Loudoun, VA, c/o Belkys Escobar, Asst Cty Atty, One Harrison St SE (MSC #06), Leesburg, VA 20175-3102
cr +County of Loudoun, Virginia, c/o K. Stapleton, Asst. Cty. Atty., P. O. Box 7000, Leesburg, VA 20177-7000
cr +County of Merced, California, c/o Karen D. Adams, 2222 M. Street, Merced, CA 95340-3729
cr +County of Spokane, 1115 W Broadway Avenue, Spokane, WA 99260-2051
cr #+Craig Bender, 457 East Water St., Hughesville, PA 17737-1811
intp +Craig Dean Campbell, 1856 Colt Drive, Atlanta, GA 30341-1431
crtrptr +Crane-Snead & Associates, Inc., 4914 Fitzhugh Ave, Ste 203, Richmond, VA 23230-3534
unk +Creative Realty Management, LLC, c/o Christopher L. Perkins, LeClairRyan, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219-4040
cr +Curtis Etheridge, 19419 Red Sky Court, Land O Lakes, FL 34638-6184
cr +Curtiss McGough, 17037 Stephens, Eastpointe, MI 48021-1708
cr +Cyber Acoustics, 3109 NE 109th Ave., Vancouver, WA 98682-7750
cr +Cyber Power Systems, c/o John Stahler, 4241 12th Ave. East, Suite 400, Shakopee, MN 55379-2026
cr +Cyndi Ann Haines, 831 Sarah Drive, Decatar, IL 62526-9338
cr +Cynthia D. Bucher, 14360 N. Hwy 6, Valley Mills, TX 76689-2789
mvnt +Cynthia Olloway, Individually and as Special Admin, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., Post Office Box 1998, 801 East Main Street, Suite 1800, Richmond, VA 23219-2906
cr +D-Link Systems, Inc., Gary & Regenhardt, PLLC, 8500 Leesburg Pike, Suite 7000, Vienna, VA 22182-2498
cr +DEV Limited Partnership, c/o Sands Anderson Marks & Miller, P.C., P.O. Box 1998, Richmond, VA 23218-1998
cr +DIM Vastgoed, N.V., 214 North Tryon Street, Suite 4700, c/o Amy Pritchard Williams, Charlotte, NC 28202-2367
cr +DIRECTV, Inc., c/o Joseph R. Sgroi, HONIGMAN MILLER SCHWARTZ AND COHN LLP, 2290 First National Building, Detroit, MI 48226-3583
cr +DSA Construction, LLC, c/o Warren V.Norred, 200 E. Abram, Suite 300, Arlington, TX 76010-1114
cr +Daniel G. Kamin Baton Rouge LLC, c/o Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
cr +Daphne A. Ward, 12646 Willow View Place, Waldorf, MD 20602-1422
cr +David A. Ruff, Washington County, Arkansas, 280 North College, Suite 501, Fayetteville, AR 72701-4284
op +David E. Eash, 221 N. Wall, # 500, Spokane, WA 99201-0824
cr +David Harrison, 5115 Vermont Drive, Easton, PA 18045-8127
cr +David J Cacciotti, 7803 Halyard Ter., Chesterfield, VA 23832-2598
cr +David M. Anderson, 1415 26th St. W., Bradenton, FL 34205-3900
cr +David Marciniszyn, 633 Willow Street, Waterbury, CT 06710-1213
cr +David W. Phillips, 1815 Hanover Ave., Richmond, VA 23220-3507
cr +Dawn W. VonBechmann, Neil E. McCullagh, Spotts Fain PC, P.O. Box 1555, Richmond, VA 23218-1555
cr DeSoto County, Mississippi, c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr +Deanna Heckman-Harding, 7201 Hughes Road, Sandston, VA 23150-5714
cr +Deborah J. Koeneman, 9321 Totopotomoy Trail, Ashland, VA 23005-3367
cr +Debt Acquisition Co of America V, LLC, 1565 Hotel Circle S, #310, San Diego, CA 92108-3419
cr +Decarla Taylor-Conyers, 203 Peakside Way, Apt D, Petersburg, VA 23805-1286
cr +Delores I. Louchak, 4219 Ave. J, Sante Fe, TX 77510-8698
cr +Denise K. Fisher, 2479 Oleander Circle, Jamison, PA 18929-1177
cr Denon Electronics, c/o William A. Gray, PO Box 1998, Richmond, VA 23218-1998
cr +Dentici Family Limited Partnership, Neil E. McCullagh, Esquire, David K. Spiro, Esquire, Cantor Arkema, O.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Denton Independent School District, c/o Mark A. Burroughs, 1100 Dallas Drive, Suite 100, Denton, TX 76205-5121
cr +Derek Laumbach, 191 S. River Ridge Circle, Burnsville, MN 55337-1627
cr +Desert Home Communities of OK, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr Developers Realty, Inc., c/o Christopher L. Perkins, LeClairRyan, 951 East Byrd Street, Eighth Floor, PO Box 2499, Richmond, VA 23218-2499

cr Dickson Management Associates, LLC, Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +Dino Bazdar, 11470 W. Irving St., Boise, ID 83713-7884
cr +Dirley L. Ball, 14029 Rockbasket Place, Chester, VA 23836-9711
cr +Discovery Communications, Inc., c/o Szabo, 3355 Lenox Road N.E., Ninth Floor, Atlanta, GA 30326-1395
cr +Disney Interactive Distribution, et al., c/o Zemanian Law Group, 223 E. City Hall Ave., Suite 201, Norfolk, VA 23510-1700
cr +Donahue Schriber Realty Group, L.P., c/o Nancy Hotchkiss, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825-4558
tee +Donald L. Emerick, Sr., 737 Roma Rd, Venice, FL 34285-4321
cr +Donald Peterson, 6510 Charles Court, Legacy Oaks, Macungie, PA 18062-8970
cr +Donna M. Kincheloe, 1229 Brighton Ave. No. 137, Modesto, CA 95355-3174
cr +Douglas County Treasurer, Colorado, Office of the County Attorney Douglas Co, 100 Third Street, Castle Rock, CO 80104-2425
cr +Douglas Daniluk, 4112 Evershot Drive, Midlothian, VA 23112-4498
intp +Dover Master Fund II, L.P., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869
cr +Dudley Mitchell Properties TX, LLC, c/o Spotts Fain, 411 E. Franklin St.,, Ste. 600, Richmond, VA 23219-2200
cr +E-Z Spread n' Lift, 1815 Buck Road, Feasterville, PA 19053-2309
cr +EBC Marketing Inc., 45 Sterling St., West Boylston, MA 01583-1268
cr +EEOC'S, c/o Marisol Ramos, Philadelphia District Officer, 801 Market Street, Suiet 1300, Philadelphia, PA 19107-3126
cr +East Brunswick VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +East BrunswickVF, LLC, c/o William A. Gray, Esquire, Sands, Anderson, Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Eastern Security Corp., c/o Michael E. Hastings, Esq., LeClairRyan, A Professional Corporation, 1800 Wachovia Tower, Drawer 1200, Roanoke, VA 24006-1200
cr Eastland Development Company, LLC, c/o 10689 N. Pennsylvania St., Suite 100, Indianapolis, IN 46280
cr +Edward A. Winfree, 1467 Bethany Church Road, Bumpass, VA 23024-3506
cr Edwin Watts Golf Shops, LLC, c/o Parker, Pollard, Wilton & Peaden, PC, Attn: Meredith L. Yoder, Esq., 6802 Paragon Place, Suite 300, Richmond, VA 23230-1655
cr +EklecCo NewCo, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Elizabeth R. Warren, 1824 Hanover Avenue, Richmond, VA 23220-3508
cr +Encinitas PFA, LLC, 214 North Tryon Street, Suite 4700, Attention: Amy Pritchard Williams, Charlotte, NC 28202-2367
cr +Envision Peripherals,Inc, 47490 Seabridge Drive, Fremont, CA 94538-6548
intp +Epson America, Inc., c/o Michael A. Condyles, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Equitable Gas Company LLC, Equitable Gas Bankruptcy Dept., Attn: Judy Gawlowski, 200 Allegheny Center Mall, Pittsburgh, PA 15212-5339
cr +Eric A. Jonas, Jr., 2 Annett Ave., Edgewater, NJ 07020-1502
cr +Eric Soderlund Corre Opportunities Fund, L.P., 1370 Avenue of the Americas, 29th Floor, New York, NY 10019-4602
cr +Erica and Jerome Randolph, 284 Pindak Lane, Frederick, MD 21701-6405
cr Erie Times News, 205 West 12th Street, Erie, PA 16534-0001
cr +Ervin C. Olson, 478 Summer Hill Dr., Hoschton, GA 30548-3059
cr +Escambia County Tax Collector, c/o Janey Holley, 213 Palafox Place, PO Box 1312, Pensacola, FL 32591-1312
cr +Evening Post Publishing Company d/b/a The Post and, c/o B. Shawan Gillians, Esquire, 5 Exchange Street, Charleston, SC 29401-2530
cr +Evergreen-McDowell & Pebble Creek, L.L.C., c/o Midtown Aquisitions L.P., Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
cr Export Development Canada (EDC), Att: Jo-Ann Keech-Barker, KIA IK3 151 O'Connor St., Ottawa Ontario, CANADA
intp F.R.O., L.L.C. IX, 703 Palm Island Drive, Palm Beach, FL 33480
cr +FICA, c/o James Bow, 220 Montgomery St., Ste 343, San Francisco, CA 94104-3436
cr +Fairfax County, VA, Asst. County Attorney, 12000 Government Center Pkwy, Ste. 549, Fairfax, VA 22035-0001
cr +Faram Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr Fayetteville Developers, LLC, c/o Christopher L. Perkins, LeClairRyan, 951 East Byrd Street, Eighth Floor, PO Box 2499, Richmond, VA 23218-2499
cr +Ferguson Cabling Corp., 203 Orange St., Palm Harbor, FL 34683-5224
cr +Fingerlakes Crossing, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +First Baptist Church of Sunrise, Rev. Amos N. Farquharson, Pastor, 6401 Sunset Strip, Sunrise, FL 33313-2856
cr +Flintlock Northridge LLC, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Florence County, Treasurer's Off/Deliquent Tax, 180 North Irby St. MSCTT, Florence, SC 29501-3456
cr +Forecast Danbury Limited Partnership, c/o Forest Property Management, 19 Needham Street, Newton, MA 02461-1624

cr +Forsyth County Tax Collector's, Meadows & Aderhold, PA, c/o John A. Meadows, 2596 Reynolda Rd., Ste C, Winston-Salem, NC 27106-4651
cr +Fort Myers Cape Coral Courtyard Marriott, 10400 Fernwood Road, Bethesda, MD 20817-1102
cr Fort Wayne Newspapers Inc., c/o Kenneth J. Barton, Jr., 1250 Edwin Miller Boulevard, Suite 300, PO Box 2629, Martinsburg, WV 25402-2629
cr +Four Star International Trade, c/o Wendy M. Mead, 11 Pleasant Street, Ste 30, Worcester, MA 01609-3232
cr Foursquare Properties, Inc., c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +Fox Channels Group, Barnes & Thornburg LLP, 2049 Centruy Park East, Suite 3550, Los Angeles, CA 90067-3210
cr +Francis E. Telegadas, 8204 Yolanda Road, Richmond, VA 23229-4100
cr +Franklin Wilson, 2 Highland Street, Port Chester, NY 10573-3382
cr Fuji, Fujifilm USA, Inc., HSBC Bank USA NA, VonWin, Dept CH 16354, Chicago, IL 60055
cr +Fujitsu Ten Corp. of America, Attn: Eiko Kubota-Cywinski, 19600 S. Vermont Ave., Torrance, CA 90502-1140
cr +Furniture Values International co FCMA, HSBC Bank USA NA, VonWin, Dept CH 163554, Palatine, IL 60055-0001
cr +G.B. Evansville Developers, LLC, Gersham Brown Crowley, Inc., c/o Chris Daumeyer, 600 East 96th Street, Suite 150, Indianapolis, IN 46240-3841
cr +GE Fleet, c/o Michael A. Condyles, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited, c/o Charles R. Gibbs, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201-4675
cr +GRE Grove Street One LLC, Leerner & Holmes, PC, Two Center Plaza, Suite 415, Boston, MA 02108-1906
cr Gallatin Management Associates, LLC, Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +Gamergraffix, Attn: Anne Marie Gleason, 400 Harris Ave., Providence, RI 02909-1018
cr +Gary Chamberlain, 115 Falling Leaves Dr., Warner Robins, GA 31088-6458
cr +Gary Kurzenhauser, P.O. Box 740, Farmingville, NY 11738-0740
cr +Gary R. Lowe, 321 Lakecrest Drive., Kingsport, TN 37663-2351
cr Gateway Woodside, Inc., c/o William A. Gray, Esquire, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998
cr +Gateway, Inc., c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
cr +Geenen DeKock Properties, L.L.C., c/o Kupelian Ormond & Magy, P.C., 25800 Northwestern Highway, Suite 950, Southfield, MI 48075-6116
cr +Gelco Corporation d/b/a GE Fleet Services, c/o Peter J. Barrett, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +George H. Burns, 11110 Woodmeadow Parkway, # 1405, Dallas, TX 75228-8580
cr +George T. Bentzen, 127 Via De La Reina, Merritt Island, FL 32953-2926
cr +Georgia Department of Revenue, c/o Georgia Department of Law, 40 Capitol Square, SW, Atlanta, GA 30334-1300
cr +Georgia Pension Associates Realty Corp, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +Georgia Vahoua, 2730 Interlaken Dr., Marietta, GA 30062-5666
cr +Gilbert A. Perez, 700 E. Washington St., #128, Colton, CA 92324-4176
cr +Glenmoor Limited Partnership, c/o Kevin L. Sink, P.O. Box 18237, Raleigh, NC 27619-8237
cr +Glenn Cordell Duncan, Sr., 4750 Old Military Rd., Theodore, AL 36582-8107
cr Gloria E. Scarnati, #119, 3567 Mountain View Dr., Pittsburgh, PA 15122-2447
cr +Golfsmith International, L.P., c/o Sarah Link Schultz, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201-4675
cr +Google Inc., Kaufman & Canoles, 150 W. Main Street, Suite 2100, Norfolk, VA 23510-1681
liq +Gordon Brothers Retail Partners, LLC, 101 Huntington Avenue, 10th Floor, Boston, MA 02199-7607
cr +Gould Investors, L.P., 60 Cuttermill Road, Suite 303, Great Neck, NJ 11021-3104
cr +Graphic Communications, Inc., c/o Thomas W. Repczynski, Bean, Kinney & Korman, P.C., 2300 Wilson Blvd, 7th Floor, Arlington, VA 22201-5424
cr +Gravois Bluffs III, LLC, HSBC Bank USA NA, VonWin, Dept 16354, Palatine, IL 60055-0001
cr +Green Acres Mall, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Greenback Associates, c/o Nancy Hotchkiss, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825-4558
cr +Greenwood Point, LP, c/o Jeffrey J. Graham, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023
cr +Gregory Lee McCall, # 15064-045, F.C.I. Victorville II, PO Box 5300, Adelanto, CA 92301-5300
cr +Hamilton Chase - Santa Maria LLC, c/o Gregory D. Grant, Esq., 11921 Rockville Pike, #300, Rockville, MD 20852-2737
cr +Harry B. Gross, Sr., 206 N. Pacific, Hutchins, TX 75141-3132
cr +Hauppauge, c/o Cheryl Wilins, 91 Cabot Ct., Hauppauge, NY 11788-3706
cr Hayden Meadows, c/o Ronald T. Adams, Black Helterline LLP, 1900 Fox Tower, 805 S.W. Broadway, Portland, OR 97205-3359
cr +Hayward 880,LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Heilman & Associates, P.O. Box 374, Solomons, MD 20688-0374
cr +Helen J. Owens, 1841 S. Cabrillo Ave., San Pedro, CA 90731-5319
cr Henrico County, Virginia, County Attorney, P.O. Box 90775, Henrio, VA 23273-0775
cr +Heritage Plaza, LLC, c/o National Real Estate Management Corp, Attn: Michael Nugent, 9986 Manchester Road, St. Louis, MO 63122-1934

cr +Herman Gallati, 2086 Fir Street, Wantagh, NY 11793-4132
cr +Hernendo County, Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Hickory Ridge Pavilion LLC, c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Highlands County, Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Hillsborough County, FL, Attorney's Office, 601 E. Kennedy Blvd., 27th Floor, Tampa, FL 33602-4932
cr Hillson Electric Incorporated, c/o Gary V. Fulghum, 2800 Commerce Tower, 911 Main St., Kansas City, MO 64105
intp +Hilton Ellis Epps, Sr., c/o Sands Anderson Marks & Miller, P.C., P.O. Box 1998, Richmond, VA 23218-1998
cr Hong Kong Export Credit Insurance Corporation, Attn: Leung Shing, 2/F., Tower 1, South Seas Ctr, 75 Moody Road, Tsimshatsui East, HONG KONG
cr Howland Commons Partnership, an Ohio gen partnersh, Richard T. Davis, Esq., 2445 Belmont Avenue, P.O. Box 2186, Youngstown, OH 44504-0186
cr Huntington Mall Company, c/o Sheila deLa Cruz, Esq., Hirschler Fleischer, PC, P.O. Box 500, Richmond, VA 23218-0500
cr ++I O MAGIC CORPORATION, 2 MORGAN, IRVINE CA 92618-1910
(address filed with court: I/O Magic Corp., c/o Mary St. George, 4 Marconi, Irvine, CA 92618)
cr +IGate Global Solutions, Limited, c/o ThompsonMcMullan, P.C., 100 Shockoe Slip, Third Floor, Richmond, VA 23219-4164
cr +ITouchless Housewares & Products Inc., 777 Mariners Island Blvd, Ste 125, San Mateo, CA 94404-1584
cr +Iannucci Development Corporation (IDC), c/o Raymond Iannucci, President, 37 Hermitage Lane, North Haven, CT 06473-4019
cr +Imagination, c/o Kristian Fleming, 3330 Cahuenga Blvd West, Suite 500, Los Angeles, CA 90068-1355
cr +Imation Enterprises Corp., c/o Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200
cr +Indian River County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Indiana Department of Revenue, Brian Salwowski, Offc. Atty. General, 302 West Washington Street, Indianapolis, IN 46204-4701
cr +InfoPrint Solutions Company, c/o Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
cr +Innovative Marketing Solutions LLC, 5244 Chappell Ridge Place, c/o Scott Lewis, Glen Allen, VA 23059-5648
cr +Interactive Toy Concepts, Inc, Jones and Associates, 1230 6th Avenue 7th Floor, New York, NY 10020-1517
cr +International Business Machines Corporation, c/o Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, 11th Floor, New York, NY 10169-0005
cr +Irene Franco, 1225 La Puerta St., Los Angeles, CA 90023-3116
cr +Ismay Gayle, 1242 Summerstone Trace, Austell, GA 30168-6120
crtrptr +J&J Court Transcribers, Inc., 268 Evergreen Avenue, Hamilton, NJ 08619-1808
cr JAmes A. Cameron, PO Box, Costa Mesa, CA 92628-3751
cr +JLG Industries, Inc., Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
cr +JP Thornton, LLC, 1601 Blake Street, Unit 600, Denver, CO 80202-1329
cr +Jack Hernandez, Righetti Law Firm,, 456 Montgomery Street, #1400, San Francisco, CA 94104-1247
cr +Jaime Gonzalez, 15889 SW 140 St., Miami, FL 33196-6716
cr +Jakob Joffe, 10708 Chipewyan Dr., Richmond, VA 23238-4141
cr James C. Fields, Jr., 9 Highland Road, Henrico, VA 23229-8503
cr +James D. Thornton, Thornton & Associates, 5030 Sadler Place, Suite 204, Glen Allen, VA 23060-6146
cr +James Eric Burgess, 232 Cross Roads Church Road, Easley, SC 29640-7055
cr +James H. Martin, 7545 N. Ring Ter., Citrus Springs, FL 34434-7220
cr +James H. Morton, P.O. Box 9566, Marina del Ray, CA 90295-1966
cr +James H. Wimmer, Jr., c/oTroutman Sanders LLP, 1660 International Drive, Suite 600, McLean, VA 22102-4877
intp #+James H. Wimmer, Jr., personally, 2205 Sara Ann Ct., Aylett, VA 23009-3246
cr +James Harvey Martin, 7545 N. Ring Terrace, Citrus Springs, FL 34434-7220
cr +James Lubary, 3161 Druid Lane, Rossmoor, CA 90720-5214
cr +James Shober, 26 School Lane, Stevens, PA 17578-9404
cr #+James W. Atwood, 1434 Canterbury Rd., Front Royal, VA 22630-4594
intp +Jamie Stack, 3107 Old Brookewood Way, Richmond, VA 23233-7714
cr +Janaf Shops, LLC, c/o Adam K. Keith, Honigman Miller Schwartz & Cohn LLP, 2290 First National Building, Detriot, MI 48226-3583
cr +Jason L. Binkley, 3091 Verona Caney Rd., Lewisburg, TN 37091-6548
cr +Jason W. Martinez, 621 West 7th Street, Pueblo, CO 81003-2317
cr Jean Abdallah, 4855 Gouin Blvd West, Montreal Quebec H4J 189, Canada
intp +Jeanne Hamby, 8406 Dell Ray Drive, Mechanicsville, VA 23116-2302
cr +Jeff McDonald, 5540 Quail Ridge Terrace, Chesterfield, VA 23832-7567
cr +Jeff T. Agee, 705 Dennison St., Little Rock, AR 72201-4757
cr +Jerry L. Knighten, 226 Barrington Dr., Apt. 226, Bossier City, LA 71112-3183
intp +Jim Blakesley, 64 4th St. NW, Aitkin, MN 56431
cr +Joan M. Keller, 9537 W Oak Ridge Dr., Sun City, AZ 85351-2042
cr +Joe Evans, c/o Jeremy S. Williams, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Johannes F. de Wolf, 5810 Fresno Ave., Richmond, CA 94804-5644

cr +John D. Sessoms, 7307 Saddle Oaks Drive, Cary, IL 60013-1799
cr +John F. Tozzi, 17030 Devonshire St., # 112, Northridge, CA 91325-1617
cr +John H. Davis-El, 4709 Three Oaks Rd., Pikesville, MD 21208-2037
cr +John J. Schrogie, Hairfield Morton, PLC, John J. Trexler, 2800 Buford Road, Suite 201, Richmond, VA 23235-2453
cr +John L. Morrison, II, 9 Springer Court, Ormond Beach, FL 32174-8436
cr +John P. Raleigh, 3621 Meadow Pond Court, Glen Allen, VA 23060-2518
cr John Rohrer Contracting Company, Inc., c/o Gary V. Fulghum, 2800 Commerce Tower, 911 Main St., Kansas City, MO 64105
cr +John W. Walker, 465 McCracken Road, Lake Helen, FL 32744-3538
cr +Jonathan Card, Righetti Glugoski, P.C., 456 Montgomery Street, #1400, San Francisco, CA 94104-1247
intp +Jonathan Lee Riches, FCI Williamsburg, PO Box 340, Salters, SC 29590-0340
cr #+Jonathan Pearson, 891 Charlton Blvd, White Lake, MI 48383-2919
cr +Jonthan Card, Righetti Law Firm, P.C., 456 Montgomery St, 1400, San Francisco, CA 94104-1247
cr +Jose A. Garcia, 807 64th Ave., Dr. E, Bradenton, FL 34203-7628
cr +Joseph E. Dudley, 18513 Field Club Way, Tampa, FL 33647-1824
cr +Joseph M. Stroh, 48 Bethnal Way, Douglasville, GA 30134-7800
cr +Joseph Skaf, Righetti Law Firm, P.C., 456 Montgomery St., #1400, San Francisco, CA 94104-1247
cr +Joshua G. Bowden, 3909 Zingara Rd., Conyers, GA 30012-1844
cr +Joshua L. Adams, 2045 Monaco St., Flint, MI 48532-4554
cr +Joshua M. Loveall, c/o Nels Ackerson, Esq., Ackerson Kauffman Fex, PC, 1701 K Street, NW, Suite 1050, Washington, DC 20006-1537
cr +Joyce L Smith, 6818 Orchid Lane, Fredericksburg, VA 22407-8501
cr #+Juanita Atwood, 1434 Canterbury Rd., Front Royal, VA 22630-4594
cr +Jubilee-Springdale, LLC, c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Julia M. Given, 432 Ednam Drive, Charlottesville, NC 22903-4716
cr +Jurupa Bolingbrook LLC, 122 Aspen Lakes Drive, Hailey, ID 83333-5115
cr +KC Benjamin Realty, LLC, c/o William T. Niemier, 10689 N. Pennsylvania Street, Suite 100, Indianapolis, IN 46280-1099
cr +KPLR, Szabo Associates, c/o Jennifer Toolan, 3355 Lenox Road N.E., Ninth Floor, Atlanta, GA 30326-1394
cr +KSK Scottsdale Mall LP, c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
cr +Karen L. Craig, 4355 Altivo Lane, Corona, CA 92883-7330
cr +Karl Engelke, 1087 Brickell Street SE, Palm Bay, FL 32909-4643
intp +Kelly Breitenbecher, c/o Sands Anderson Marks & Miller, PC, P.O. Box 1998, Richmond, VA 23218-1998
cr +Kenneth Giacone, 502 Palm Court, Crystal Lake, IL 60014-2034
cr +Kenneth R. Porter, 3608 Crosswicks Ct., Fort Worth, TX 76137-1333
cr +Kenneth Robert Porter, 3608 Crosswicks Court, Fort Worth, TX 76137-1333
cr Kentucky Oaks Mall Company, c/o Sheila deLa Cruz, Esq., Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
cr +Ketih Allen, 489 Mill Wood Blvd, Marysville, OH 43040-9647
cr +Kevin J. Stephens, 4452 Collins Circle, Acworth, GA 30101-5225
cr +Kim E’s Flowers, Inc., Attn: Kim E. Jemison, 350 East Broad Street, Groveland, FL 34736-2585
cr +Kitsap County Treasurer, c/o Barbara A. Stephenson, 614 Division Street, MS-32, Port Orchard, WA 98366-4680
cr +Klipsch, LLC, c/o Barnes & Thornburg LLP, Attn: Michael K. McCrory, 11 S. Meridian Street, Indianapolis, IN 46204-3535
cr +Kristy Marie Suler, 208 North Juniper Dr., North Aurora, IL 60542-1067
intp +LA County Sheriff’s Dept., County Court House, 110 N. Grand Ave., R.526, Los Angeles, CA 90012-3014
cr La Frontera Village, L.P., c/o Kimberly A. Vaughn, 120 S. Central Avenue, Suite 500, St. Louis, MO 63105-1733
cr +Laburnum Investment LLC, Forest City Commercial Management, Inc, 50 Public Sq., Suite 1360, Cleveland, OH 44113-2233
cr +Lacrosse Technology, ltd., Manda Shah, 2809 Losey Blvd. South, La Crosse, WI 54601-7366
cr +Lake County (Florida) Tax Collector, c/o Brian T. Hanlon, Post Office Box 327, Tavares, FL 32778-0327
cr +Landmark Communications, Inc. d/b/a The Virginian, c/o Paul A. Driscoll, 222 Central Park Avenue, Suite 400, Virginia Beach, VA 23462-3026
cr +Landover (Landover Crossing), LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Lane County Department of Assessment & Taxation, c/o Anette Spickard, Lane County Public Services Bldg, 125 East 8th Ave., Eugene, OR 97401-2926
cr Lang Construction, Inc., c/o: Gary V. Fulghum, 2800 Commerce Tower, 911 Main St., Kansas City, MO 64105
cr +Larimer County Assessor, c/o Diane Hintz, 200 West Oak, PO Box 860, Ft. Collins, CO 80522-0860
cr #+Laura L Scannell, c/o Law Office of Raymond R. Pring, Jr., 9431 Main Street, Manassas, VA 20110-5423
cr +Laura McDonald, 109 Fairways Dr., Hendersonville, TN 37075-2610

cr Lee County Tax Collector, Leroy E. Belk, Jr., PO Box 271, Lee County Court House, Tupelo, MS 38802-0271
cr Lee County, Mississippi Tax Collector, c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr +Lenovo USA, c/o Mark D. Taylor, Esq., Kilpatrick Stockton LLP, 607 14th Street, NW, Suite 900, Washington, DC 20005-2019
cr +Lexington County Treasurer's Office, Treasurer's Office, Attn: Cynthia Hamilton, 212 South Lake Dr., Lexington, SC 29072-3410
cr +Linda H. Castle, 5601 Hunters Glen Drive, Glen Allen, VA 23059-6970
cr +Lloyd Stein, 1334 N. Kostner St., Chicago, IL 60651-1604
intp +Longacre Institutional Opportunity Fund, L.P., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869
intp +Longacre Opportunity Fund, L.P., Pepper Hamilton LLP, 600 14th Street, NW, Suite 600, Washington, DC 20005-2028
intp +Longacre Opportunity Fund, LP, 810 Seventh Ave., 33rd Floor, New York, NY 10019-5869
intp +Longacre Opportunity Offshore Fund, Ltd., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869
cr +Los Angeles et al., c/o Martha Romero, BMR Professional Building, 6516 Bright Ave., Whittier, CA 90601-4503
cr +Louis A. Luchak, 4219 Ave. J, Sante Fe, TX 77510-8698
cr +Louis C. Jones, 17 Spring Harbor, Aliso Viejo, CA 92656-4249
cr Louisiana Department of Revenue, P.O. Box 4064, Baton Rouge, LA 70821-4064
cr +Louisville/Jefferson County Metro Government, RE: Delinquent Property Tax Divison, c/o John M. Schardein, Fiscal Court Building, 531 Court Place, Suite 900, Louisville, KY 40202-3315
cr Lourena Pruett Cole Irrevocable Trust, Charles H. Cole, Trustee, 4016 Diamond Loch East, Fort Worth, TX 76180-8718
cr +LumiSource, Inc., c/o John M. Brom, QUERREY & HARROW, LTD., 175 West Jackson Blvd. - Ste 1600, Chicago, IL 60604-2686
cr +Lyle Alonso Epps, 12412 East 207th Street, Lakewood, CA 90715-1620
cr +MD-GSI Associates, c/o Polsinelli Shalton Flanigan Suelthau, 1152 15th Street, NW, Suite 800, Washington, DC 20005-1723
cr +MDS Realty II LLC, c/o Midtown Acquisitions L.P., Att: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
cr ++MURIEL TO YANG, MERCY RIDGE APT L 404, 2525 POT SPRING ROAD, TIMONIUM MD 21093-2778 (address filed with court: Muriel To Yang, 645 Farnham Circle, Richmond, VA 23236)
cr +Madcow International Group Limited, c/o HSBC Bank USA NA, VonWin, Dept. 16354, Palatine, IL 60055-0001
intp Madeleine C. Wanslee, GUST ROSENFELD, 201 E. WASHINGTON ST., STE 800, PHOENIX, AZ 85004-2327
cr +Madison County, Alabama Tax Collector, Attn: Lynda Hall, Tax Collector, Madison County Courthouse, 100 Northside Square, Huntsville, AL 35801-4876
cr +Madison Waldorf, LLC, c/o Madison Marquette Realty Service, c/o Mitchell B. Weitzman, Esq., 2001 Pennsylvania Ave., N.W., 10th Floor, Washington, DC 20006-1851, U.S.A.
cr +Magna Trust Company, Trustee, c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Magnus Magnusson, % Joseph Nolty, 45-53 Auburndale Lane, Flushing, NY 11358-3337
cr +Mallview Plaza Company, Ltd., c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2115
cr +Manatee County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Mansfield SEQ 287 and Debbie, Ltd., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
intp +Manufacturers & Traders Trust Company, as Trustee, c/o Hodgson Russ LLP, Garry M. Graber, Esq., The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4014
tor #+Manufactures and Traders Trust Company, as Trustee, % Hidgson Russ LLP, Attn: Deborah J. Piazza, Esq., 60 East 42nd St., 37th Floor, New York, NY 10165-0050
intp +Marblegate Asset Management, 150 East 52nd Street, 10th Floor, New York, NY 10022-6017
tee +Marblegate Special Opportunities Master Fund LP, 150 East 52nd Street, 10th Floor, New York, NY 10022-6017
cr +Marcea Wolfe, 49 Rowland Street, Wilkes-Barre, PA 18702-3518
cr +Margaret L. Given, c/o Julia M. Given, 432 Ednam Drive, Charlottesville, VA 22903-4716
cr +Maria Teresa Turner, 18479 Cattail Srping Drive, Leesburg, VA 20176-6846
cr +Marilyn N. Campbell, 9 Hastings Dr., Victor, ID 83455-5281
cr +Marin Municipal Water District, c/o Mary Casey, 220 Nellen Ave., Corte Madera, CA 94925-1169
cr +Marion County, Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Marion Gallati, 2086 Fir Street, Wantagh, NY 11793-4132
cr +Marius S. Tataru, 3530 Decatur St., Philadelphia, PA 19136-3009
intp +Mark H. Turner, 18479 Cattail Spring Dr., Leesburg, VA 20176-6846
cr +Mark Murdock, 25590 Noble Dr., Chesterfield, MI 48051-3262
cr +Mark S. Stinde, 8704 Ponderosa Drive, McKinney, TX 75070-8325
cr +Marlon Mondragon, 23 Farley Drive, West Haverstraw, NY 10993-1003
cr Marlton VF LLC, c/o William A. Gray, Esq., Post Office Box 1998, Richmond, VA 23218-1998
cr +Marsha Blanchette, 118 SW Merrimack Place, Lake City, FL 32024-3837
cr +Mary A. Garza, 3306 Fendall Ave., Richmond, VA 23222-2613
cr +Mary Anne Hudspeth, P.O. Box 11684, Reno, NV 89510-1684
intp Mary Ella Holm, 219 Nottingham Drive, Lot 182, Greenville, TX 75401-8319

cr +Mary H. Stienemann, Apt. B, 1037 Maiden Choice Ln., Baltimore, MD 21229-5339
intp +Mary J. Radack, 14561 Legends Blvd., N 302, Fort Myers, FL 33912-0364
cr +Mary Restivo, 1109 Bristolwood Street, Brandon, FL 33510-2606
cr +Mary Riordan, 3216 Blackhawk Meadow Dr., Danville, CA 94506-5804
cr +Maryland Acquisitions, LLC, Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
cr +Mayda Racines, 28 Payne Rd., Bethel, CT 06801-1239
cr +Mayfair MDCC, c/o Peter J. Barrett, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Mayfair ORCC, c/o Peter J. Barrett, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +McAlister Square Partners, Ltd., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
intp +McCandlish Holton, PC, P.O. Box 796, Richmond, VA 23218-0796
cr McCorkendale Construction, c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr +McKinley, Inc., 320 N. Main Street, Suite 200, Ann Arbor, MI 48104-1100
tee +Media Solutions Holdings, LLC, Downey Brand, LLP, c/o Jamie Dreher, 621 Capitol Mall, 18th Fl., Sacramento, CA 95814-4731
cr Melanie J. Finch, 22056 Gilmore Street, Woodland Hills, CA 91364-2338
cr +Melissa Michelle Gillard, 9255 Tamarack Ave., Sun Valley, CA 91352-1324
cr +Meridian Charter Township, c/o Julie Brixie, 5151 Marsh Road, Okemos, MI 48864-1198
cr Metra Electronics Corporation, c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, Post Office Box 1998, Richmond, VA 23218-1998
cr +Metrocenter, LLC, CRG Investments c/o Mark Cunningham, 223 East Strawberry Drive, Mill Valley, CA 94941-2506
cr +MiTAC Digital Corp. (Magellan), c/o Brandy Green, 471 El Camino Real, Santa Clara, CA 95050-4482
cr +Mibarev Development I, LLC, c/o Thyomas R Lynch, Bradley Arant Boult Cummings LLP, 1615 L Street, NW Suite 1350, Washington, DC 20036-5668
cr +Michael Alexander, 3313 Kensington Ave., Richmond, VA 23221-2303
cr +Michael Beam, 5227 Scotsglen Drive, Glen Allen, VA 23059-5533
unk +Michael Cullen, 22 Gloucester Court, Newington, CT 06111-4506
intp +Michael Cullen, 22 Gloucester Ct, Newington, CT 06111-4506
cr +Michael D. Goode, 4537 Mockingbird Lane, Maiden, NC 28650-8470
cr +Michael Karpinski, 263 Bodega Drive, Romeoville, IL 60446-3717
cr Michael T. Chalifoux, c/o Troutman Sanders LLP, Richard E. Hagerty, I660 International Drive, Suite 600, McLean, VA 22102
cr +Michelle Sifford, c/o Jeremy S. Williams, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr Mid-American Insulation, Inc., c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr Midwest Block & Brick, Inc., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr Mikael Salovaara, c/o Andrew Sherman, Esq., Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102
intp +Mike Radack, 26 Cornell St., Rochester, NY 14607-3102
cr +Millman 2000 Charitable Trust, 2400 Cherry Creek Dr. South, Suite 702, Denver, CO 80209-3261
cr +Miner Fleet Management Group, Ltd., Ronald A. Page, Jr., Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Minnie B. Hatcher, 3200 Sally Circle, Florence, SC 29501-9672
cr +Missouri Attorney General's Office, Jeff Klusmeier, P.O. Box 899, Jefferson City, Mo 65102-0899
cr +Mitac USA Inc., c/o Matthew Rosencrans, The Royal Bank of Scotland plc, 600 Washington Blvd., Stamford, CT 06901-3726
cr +Mitsubishi Digital Electronics America, Inc., c/o James A. Pardo, Jr., King & Spalding LLP, 1180 Peachtree Street, Atlanta, GA 30309-7525
cr +Mitsubishi Electric & Electronics USA, Inc., c/o James A. Pardos, Jr., King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309-3531
cr +Mobile Edge, c/o Steven M. Goodman, 1150 N. Miller Street, Anaheim, CA 92806-2001
cr +Modesto Irrigation District, c/o Merle C. Meyers, 44 Montgomery Street, Suite 1010, San Francisco, CA 94104-4612
cr +Monica Teplis, John c. Pennington, 18 Yonah St., Helen, GA 30545-3120
cr Monument Consulting, LLC, Sands, Anderson, Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Mount Berry Square, LLC, c/o Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1444
cr +Namsung America, Inc., 250 International Pkwy Ste 230, Heathrow, FL 32746-5045
cr +Naomi Gant, 57 East Wyck Rd, Decatur, GA 30032-6668
cr +Naples Daily News, % Receivable Management, Services, PO Box 5126, Timonium, MD 21094-5126
cr +Natalia Hilton, 3525 Wheat Drive, Beaumont, TX 77706-3028
cr National A-1, Inc., c/o Hirschler Fleischer, Robert S. Westermann, Esq., 2100 E. Cary Street, P.O. Box 500, Richmond, VA 23218-0500
cr +Nevada Department of Taxation, 555 E. Washington Ave., Suite 3900, Las Vegas, NV 89101-1068
cr New Jersey Dept. Of Labor and Workforce Developmen, Division of Employer Accounts, c/o Dominick Marchetti, PO Box 379, Trenton, NJ 08625-0379

cr Newspaper Agency Co, Inc. d/b/a MediaOne of Utah, Neil E. McCullagh, Spotts Fain PC, Post Office Box 1555, Richmond, VA 23218-1555
cr Noelle Campbell, 6409 Morgan Drive, Latta, SC 29565-5331
cr +North Attleboro Marketplace II, LLC, 1414 Atwood Avenue, Johnston, RI 02919-4839
cr North Bergen Tonnelle Plaza, LLC, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr +North Plainfield VF LLC, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +NorthMarq, Emily J. Voss, Property Man., Suite 200, 3500 American Blvd. W., Minneapolis, MN 55431-1096
cr +Northglenn Retail, LLC, c/o Spotts Fain PC, 411 E. Franklin St., Ste. 600, Richmond, VA 23219-2200
cr Nyko Technologies, Inc., c/o W. Alexander Burnett, 1021 E. Cary Street, P.O. Box 1320, Richmond, VA 23218-1320
cr +OLP 6609 Grand, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCAntioch, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFairview Heights, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFerguson, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFlorence, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCSt.Louis, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
tee +ON Corp. USA, Inc. and ON Corp., Oldshan Grundman Frome, 65 East 55th Street, New York, VA 10022-3402
cr +ONICS. LLC, HSBC Bank USA NA, VonWin, Dept Ch 16354, Palatine, IL 60055-0001
cr +ORIX Capital Markets, LLC, c/o Kristen Burgers, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, VA 22182-2723
tor Obis Corporation, 14756 Collections Center Drive, Chicago, IL
cr Office of Unemployment Compensation Tax Svcs., Dept. of Labor & Industry, Commonwealth, of PA, Reading Bankruptcy & Compl. Unit, Attn: Timothy Bortz, UC Tax Agent, 625 Cherry St. - Room 203, Reading, PA 19602-1184
cr +Okaloosa County Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Oklahoma County Treasurer, c/o Tammy Jones, 320 Robert S. Kerr, Room 307, Oklahoma City, OK 73102-3441
cr +Omar Tawil, 7 Merrill Hill, Ladera Ranch, CA 92694-0551
cr OmniMount Systems, Inc., c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, 801 E. Main Street, 18th Fl, PO Box 1998, Richmond, VA 23218-1998
cr +Oracle USA, Inc., Buchalter Nemer, Shawn M. Christianson, 333 Market St., 25th Fl., San Francisco, CA 94105-2126
cr Orange County California Treasurer-Tax Collector, Laurie A. Shade, Esq., Office of the County Counsel, 10 Civic Center Plaza, 4th Floor, P.O. Box 1379, Santa Ana, CA 92702-1379
cr +Orange County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Orange Grove Apartments LLC dba Camelback Center P, c/o Valerie L. Marciano, Esq., Jaburg & Wilk, PC, 3200 North Central Ave., #2000, Phoenix, AZ 85012-2463
cr +Osceola County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, VA 23218-1320
cr +Osceola County, Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +PA Depart of Revenue Commonwealth of Pennsylvania, 564 Forbes Avenue, Manor Building, Pittsburgh, PA 15219-2908
cr PPL Electric Utilities Corporation, c/o Michael A. Henry, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060
cr +PULASKI COUNTY TREASURER, ATTN: MS. CHASITITY SCIFRES, POST OFFICE BOX 430, LITTLE ROCK, AR 72203-0430
cr +Pal Transport Inc., 54834 Pine Street, New Baltimore, MI 48047-5554
cr +Pan Am Equities, c/o David A. Greer PLC, 500 East Main St Ste 1225, Norfolk, VA 23510-2274
cr +Panattoni Construction Inc., HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Panattoni Development Company, Inc. as Agent for C, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Panattoni Development Company, Inc. as Agent for E, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Panattoni Development Company, Inc. as Agent for V, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Paramount Home Entertainment Inc, c/o Susan R Podolsky, 1800 Diagonal Road, Suite 600, Alexandria, VA 22314-2840
cr +Pasadena Independent School District, c/o Dexter D. Joyner, Law Office of Dexter D. Joyner, 4701 Preston Avenue, Pasadena, TX 77505-2050
cr Patricia A. Bean, 11734 Chisholm Trail, Victorville, CA 92392-9277
cr +Patricia Ann Scott, 8224 Pilgrim Terrace, Henrico, VA 23227-1666
cr Patricia C. Giordano, 760 Durham Road, Pineville, PA 18946
cr +Patricia Johnson, 2680 Bellhurst Drive, Dunedin, FL 34698-6501
cr +Patricia L. Adams, c/o Nancy A. Darling, 713 E. Boston Street, Broekn Arrow, OK 74012-7280
cr +Patricia Shapiro, 3662 Mountcles Blvd., Thousand Oaks, CA 91360-2642
cr Patrick Gerald Kennedy, PO Box 280281, Northridge, CA 91328-0281
cr +Patrick J. Manzi, c/o Rob Levine & Associates, 544 Douglas Avenue, Providence, RI 02908-2557
cr +Patriot disposal Co., Inc, 2208 Plainfield Pike, Johnston, RI 02919-5717
cr +Patty Burrell, 4536 McClelland Court, Baton Rouge, LA 70805-4664
intp +Paul Schaapman, c/o Sands Anderson Marks & Miller, PC, P.O. Box 1998, Richmond, VA 23218-1998

cr +Pauline B. Griskey, 88 Pine Grove Ave., Summit, NJ 07901-2465
cr +Pelkar Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Performance Printing Corporation, Attn: John T. White, Pres., 2929 Stemmons, Dallas, TX 75247-6102
cr +Peter M. Gresens, 14306 Post Mill Drive, Midlothian, VA 23113-3795
cr +Peter Weedfald, c/o Spotts Fain PC, P.O. Box 1555, Richmond, VA 23218-1555
cr Philip S. Allen, 40454 Regatta Drive, Discovery Bay, CA 94505
cr +Photoco, Inc., 30305 Solon Road, Solon, OH 44139-3413
intp +Phyllis M Pearson, c/o Sands Anderson Marks & Miller, P.C., P.O. Box 1998, Richmond, VA 23218-1998
cr +Pima County, Pima County, Arizona, c/o Pima County Attorney’s Office, 32 N. Stone Ave., Ste. 2100, Tucson, AZ 85701-1458
cr +Pinnellas County, Florida, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Pintar Investment Properties TX, LLC, c/o Spotts Fain PC, 411 E. Franklin St.,, Ste. 600, Richmond, VA 23219-2200
cr +Placer California, c/o Martha E. Romero, BMR Professional Building, 6516 Bright Ave, Whittier, CA 90601-4503
cr +Plasti-Cart, Inc., 17400 Malyn Blvd., Fraser, MI 48026-1685
cr +Plaza Las Palmas, LLC, Culbert & Schmitt, PLLC, 30C Catoctin Circle, SE, Leesburg, VA 20175-3614
cr +Polaris Circuit City, LLC, 8800 Lyra Drive, Suite 550, Attn: Franz A. Geiger, Columbus, OH 43240-2107
cr +Polk County Florida Tax Collector, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr Pop’s Cosmic Counters, Inc., PO Box 1138, Greenville, TX 75403-1138
cr Pops Cosmic Counters, Inc., PO Box 960, Greenville, TX 75403-0960
cr +Port Arthur Holdings, III, Ltd., c/o David H. Cox, Esquire, Jackson & Campbell, PC, 1120 20th Street, NW, Suite 300-S, Washington, DC 20036-3437
cr +Portland Investment Company of America, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +PrattCenter, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr Premier Contracting, Inc., c/o William A. Gray, Esq., Sands Anderson Marks & Miller, PC, PO Box 1998, Richmond, VA 23218-1998
cr #+Premier Mounts, 3130 E. Miraloma Ave., Anaheim, CA 92806-1906
cr +Premier Resources, LLC, 7905A, Cessna Avenue, Gaithersburg, MD 20879-4120
cr +PrimeShares, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
cr +Primeshares (212-889-9700), 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
cr Prince George’s County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., Berkshire Building, 6801 Kenilworth Avenue, Suite 400, Riverdale Park, MD 20737-1385
cr +Prosite Business Solutions, LLC, c/o Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200
cr +Prudential Insurance Company of America, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr PuntoAparte Communications, Inc., Attn: Orlando J. Salichs, PO Box 9066636, San Juan, 00906-6636, PUERTO RICO
cr +RBS Business Capital, c/o Sands Anderson PC, 1111 E Main Street, Suite 2400, PO Box 1998, Richmond, VA 23218-1998
cr +RJ Ventures LLC, K&G Dearborn LLC, c/o Jess R Bressi Esq, Luce,Forward, Hamilton & Scripps, LLC, 2050 Main Street, Suite 600, Irvine, CA 92614-8261
cr +RLV Village Plaza, LP, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +RREEF Management Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr RTS Marketing, Inc., c/o Michael P. Falzone, Esq., Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
cr +Ramco JW, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Ramco West Oaks 1, LLC, c/o Paul K. Campsen, Kaufman & Canoles P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Raymond & Main Retail, LLC, David K. Spiro, Esquire, Neil E. McCullagh, Esq., Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Raymond E. Keller, 9537 W Oak Ridge Dr., Sun City, AZ 85351-2042
cr +Raymond Silverstein, Trustee, c/o The Goodman Group, 131A Gaither Dr., Mt. Laurel, NJ 08054-1709
cr +Rebecca Hylton DeCamps, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, P.C., PO Box 1998, 801 E. Main Street, Ste 1800, Richmond, VA 23219-2906
cr +Rebecca Peterson, 6510 Charles Court, Legacy Oaks, Macungie, PA 18062-8970
cr +Rebs Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Regina J. Cody, 8406 Snowden Oaks Place, Laurel, MD 20708-2302
cr Remount Road Associates Limited Partnership, c/o Michael P. Falzone, Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
cr +Rende, Ryan & Downes, LLP, c/o Christopher J. Whitton, 202 Mamaroneck Ave., White Plains, NY 10601-5308
tee +Retail Property Group, Inc., c/o John R. Ortega, 101 Plaza Real South, Suite 200, Boca Raton, FL 33432-4856
cr +Reverend Dwayne Funches, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., P.O. Box 1998, 801 E. Main Street, Suite 1800, Richmond, VA 23219-2906

cr +Rhonda S. Johnson, 834 Crosshill Rd., Danville, KY 40422-1135
cr +Richard Daly, 8621 Basswood Rd. No. 33, Eden Prarie, MN 55344-4177
cr +Richard G. Griskey, 88 Pine Grove Avenue, Summit, NJ 07901-2465
cr Richard Grande, c/o William A. Gray, Esq., Post Office Box 1998, Richmond, VA 23218-1998
cr +Richard Kreuger, c/o William D. Bayliss, Esquire, Williams Mullen, PC, 1021 East Cary Street, 17th floor, Richmond, VA 23219-4000
cr +Richard L. Schurz, 12117 Jamieson Pl, Glen Allen, VA 23059-5386
cr +Richard L. Sharp, c/o Troutman Sanders, 1660 International Drive, Suite 600, McLean, VA 22102-4877
cr +Richard S. Birnbaum, c/o Troutman Sanders, 1660 International Drive, Suite 600, McLean, VA 22102-4877
cr +Richard Salon, 1350 Autumn Breeze Dr., Oilville, VA 23129-2116
cr Richard Smith, 5904 Forest Rd., Cheverly, MD 20785-2946
cr +Richard Stevens, 221 West 82nd Street, New York, NY 10024-5406
cr Richard T. Miller, Neil E. McCullagh, Spotts Fain PC, Post Office Box 1555, Richmond, VA 23218-1555
cr +Ricmac Equities Corporation, 430-440 Plainview Road, Hicksville, NY 11801-4372
cr Rio Associates Limited Partnership, c/o David D. Hopper, Esquire, 4551 Cox Road, Suite 210, P. O. Box 3059, Glen Allen, VA 23058-3059
cr Ritz Motel Company, 6735 Telegraph Road, Suite 110, Bloomfield Hills, MI 48301-3143
cr +Riverside County California, California Taxing Authority, c/o Martha E. Romero, Romero Law Firm, 6516 Bright Avenue, Whittier, CA 90601-4503
cr +Riverside, California, c/o Martha E. Romero, 6516 Bright Ave, Whittier, CA 90601-4503
cr +Rob Subetto, 1063 Mosser Road, Apt N-205, Breinigsville, PA 18031-1385
cr +Robert A. Koenig, PO Box 41, Manchester, NH 03105-0041
cr +Robert E. Bruce, 1791 Hwy 101 N, Greer, SC 29651-5659
cr +Robert E. Greenberg Gateway Woodside, Inc., Friedlander Misler, PLLC, 1101 17th Street, NW, Suite 700, Washington, DC 20036-4741
cr Robert E. Kniesche, 179 Shelby Drive, Newport News, VA 23608-2544
cr +Robert E. Marshall, c/o George J. Cosenza, PO Box 4, 515 Market Street, Parkersburg, WV 26101-5170
cr +Robert E. Marshall, c/o George J. Cosenza, 515 Market Street, PO Box 4, Parkersburg, WV 26102-0004
cr +Robert F. Koesel, 11261 Scenic View Lane, Orlando, FL 32821-7902
cr +Robert Gentry, Righetti Law Firm, P.C., 456 Montgomery St., 1400, San Francisco, CA 94104-1247
cr +Robert J. Appleby, 14320 Winter Ridge Lane, Midlothian, VA 23113-6709
cr Robert L Miller, Jr., 62101 Queen Mary Ct, Brandon, MS 39042-2578
cr +Robert M. Sayen, 6536 Kindred St., Philadelphia, PA 19149-2812
cr +Robert S. Kuna, 1041 Sackettsford Road, Inyland, PA 18974-1233
cr +Robert Witenberg, 6307 Sanford, Houston, TX 77096-5730
cr +Roland Finch, 6179 Palomino Dr., Allentown, PA 18106-3618
cr +Rose Ann Janis, 5005 Amberwood Drive, Glen Allen, VA 23059-7530
cr +Roto-Rooter, PO Box 2222, South Burlington, VT 05407-2222
cr +Russell Joly, 5318 Woodston Court, Louisa, VA 23093-2038
cr Rusty Santangelo, P.O. Box 536423, Orlando, FL 32853-6423
cr +S&S Industrial Maintenance Supply Inc., c/o Stephen Sandrow, PO Box 69, Marlton, NJ 08053-0069
cr +S.A. Comunale Co., Inc., 2900 Newpark Drive, Barberton, OH 44203-1050
cr +SAP Retail Inc. and Business Objects, c/o Brown & Connery LLP, Attn: Donald K. Ludman, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635
cr SEA Properties I, LLC, c/o Clement & Wheatley, ATTN.: Darren W. Bentley, Esq., P. O. Box 8200, Danville, VA 24543-8200
cr +Sacco of Maine, LLC, Young, Goldman & Van Beek, P.C., c/o John P. Van Beek, Esq., 510 King Street, Suite 416, Alexandria, VA 22314-3142
cr +Safeway Inc., Gary & Regenhardt, PLLC, 8500 Leesburg Pike, Suite 7000, Vienna, VA 22182-2498
intp +Salem Rockingham LLC, c/o The MEG Companies, 25 Orchard View Drive, Londonderry, NH 03053-3366, UNITED STATES
cr +Samsung Electronics America, Inc., c/o Akerman Senterfitt, 8100 Boone Blvd., Suite 700, Vienna, VA 22182-2683
cr +Sangertown Square, L.L.C., c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
intp +Sarah Harris, 6386 Wedgewood Road, Mechanicsville, VA 23111-4614
cr +Satchidananda Mims, PO Box 19304, Oakland, CA 94619-0304
cr +Satellite Express International, c/o Gary Kabrosky, 426 West 46th Street, Suite 1-B, New York, NY 10036-3599
cr +Saul Holdings Limited Partnership, c/o Stephen A. Metz, Esquire, Shulman Rogers Gandal Pordy & Ecker, PA, 11921 Rockville Pike, 3rd Floor, Rockville, MD 20852-2737
cr +Save Mart Supermarkets, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr Schneider National Inc., P.O. Box 2545, Green Bay, WI 54306-2545
cr +Schottenstein Property Group, Inc., c/o Loc Pfeiffer, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Scott & Barb Bergman, 410 S. Joliet St., Kennewick,, WA 99336-9437
cr +Scott D. Mainwaring, 5608 Belstead Ln, Glen Allen, VA 23059-7113
cr +Scott Warren, 10816 1/2 Blix Street, N. Hollywood, CA 91602-1353

cr Sensormatic Electronic Corporation, c/o William A. Gray, Esq., Sands, Anderson, Marks & Miller, PC, 801 E. Main Street, 18th Fl, PO Box 1998, Richmond, VA 23218-1998
cr +Shahnaz Dastanpour, PO Box 161, Lake Forest, CA 92609-0161
intp #+Sharon Joyce Savary, 2612 Kirkland Rd., Dover, FL 33527-3413
cr +Sharp Electronics Corporation, c/o Borges & Associates, LLC, 575 Underhill Blvd, Syosset, NY 11791-3426
cr +Sharpe Partners, LLC, c/o Kimberly A. Pierro, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Sheila A. Jordan, 1 Snells Way, West Bridgewater, MA 02379-1019
cr +Sheila Lewis, 128 N. Beech Ave., Highland Springs, VA 23075-1408
cr +Shelby Properties TX, LLC, c/o Spotts Fain PC, 411 E. Franklin St.,, Ste. 600, Richmond, VA 23219-2200
cr +Sheryl A. Borger, 31654 Lynne Drive, Rockwood, MI 48173-1029
cr +Shirley A. Munselle, 805 Lisa Street, Burleson, TX 76028-6489
cr +Shopping.com, Inc., c/o Michael A. Condyles, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmon, VA 23219-3521
cr +Sie Ling Chiang, 13503 Point Pleasant Dr., Chantilly, VA 20151-2442
cr +Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 W. Washington Street, Indianapolis, IN 46204-3438
cr +SimpleTech by Hitachi Global Storage Technologies, 3403 Yerba Buena Road, c/o Chelse A. Ferrero.Sr., San Jose, CA 95135-1500
cr +Sir Barton Place, LLC, 2517 Sir Barton Way, Suite 210, Lexington, KY 40509-2275
cr +Snagajob.com, 4800 Cox Road, Ste 200, Glen Allen, VA 23060-6292
cr +Snell Acoustics, Inc., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, P.C., Post Office Box 1998, Richmond, VA 23218-1998
cr +Snohomish County Treasurer, c/o Kirke Sievers, 3000 Rockefeller Plaza, Everett, WA 98201-4060
cr +Sony Electronics, Inc., c/o Peter J. Barrett, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +South Carolina Electric & Gas Company, c/o Spotts Fain PC, P.O. Box 1555, Richmond, VA 23218-1555
cr +SouthPeak Interactive, LLC, 2900 Polo Parkway, Suite 200, Midlothian, VA 23113-1423
cr Southland Acquisitions, LLC, c/o Thomas G. King / DS Holmgren, Kreis, Enderle, et al, PO Box 4010, Kalamazoo, MI 49003-4010
cr +Southroads, L.L.C., Troutman Sanders LLP, 1660 International Drive, Suite 600, McLean, VA 22102-4877
cr Spring Hill Development Partners, GP, Hirschler Fleischer, PC, c/o Michael P. Falzone, Esq., P.O. Box 500, Richmond, VA 23218-0500
cr St. Cloud Associates, c/o Adam M. Spence, Spence & Buckler, PC, (Brandywine/CircuitCity), Baltimore, MD 21284
cr +Staples The Office Superstore East, Inc., c/o John A. Howell, 1666 K Street, NW, Washington, DC 20006-2801
cr Star Universal, LLC, Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr State Board of Equalization, State of California, 450 N Street, MIC:55, PO Box 942879, Sacramento, CA 94279-0055
cr +State of Connecticut, Departments of Labor and Rev, Office of the Attorney General, 55 Elm Street, Hartford, CT 06106-1746
cr State of Maine, Treasurer, 6 State House Station, Augusta, ME 04430-0006
cr +State of Michigan, Department of Treasury, Cadillac Place, 3030 W. Grand Blvd., Ste. 10-200, Detroit, MI 48202-6030, US
cr State of New Jersey, Division of Taxation, Attorney General of New Jersey, R.J. Hughes Justice Complex, 25 Market St., POB 106, Trenton, NJ 08625-0106
cr State of Wisconsin - Office of the State Treasurer, P. O. Box 7857, Madison, WI 53707-7857
cr State of Wisconsin, Department of Revenue, 2135 Rimrock Rd., PO Box 8901, Madison, WI 53708-8901
cr +Station Landing LLC, c/o William A. Gray, Sands Anderson PC, 1111 E Main St, Ste 2400, Richmond, VA 23219-0003
unk +Stephanie Krajchir, LAPD - Topanga Area, Los Angeles Police Dept., PO Box 30158, Los Angeles, CA 90030-0158
cr +Steve Nicholson, 713 Cannon Road, Glen Gardner, NJ 08826-3027
cr +Steve Saunders, 2931 Royal Virginia Crt., Louisa, VA 23093-2242
cr +Steven E. Jackson, 60 Palatine # 101, Irvine, CA 92612-5640
intp +Steven Ivester, c/o Christopher L. Perkins, LeClairRyan, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219-4040
cr +Stillwater Designs and Audio, Inc., attn: Kim Wright, 3100 North Husband, Stillwater, OK 74075-2516
cr +Suez Energy Resources, 1990 Post Oak Blvd, Suite 1900, Houston, TX 77056-3831
cr +Susan Grace Stickland, 2640 Saturn Street, Harvey, LA 70058-2922
cr +Susan Grace Strickland, 2640 Saturn Street, Harvey, LA 70058-2922
cr +Susan M. Allen, PO Box 1252, Ft. Belvoir, VA 22060-0952
cr +Suzanne Laxson, P.O. Box 621, Franktown, CO 80116-0621
cr +Swire Coca-Cola, USA, 12634 South 265 West, Draper, UT 84020-7931
cr +Syed Asrar Naqvi, 3720 Westwood Blvd., Apt. #7, Los Angeles, CA 90034-6716
cr +Symantec Corp, c/o Rafael X. Zahralddin-Aravena, Elliott Greenleaf, 1000 West Street, Suite 1440, Wilmington, DE 19801-1051
cr T. J. Maxx of CA, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998

cr +TARGUS, INC., Lawrence J. Hilton, Esq., HEWITT & O'NEIL LLP, 19900 MacArthur Blvd, Suite 1050, Irvine, CA 92612-8414
cr ++++TASLER PALLETT, INC., ATTN: LEWIS OLSON, CRED MNGR, 9196 PEANUT RD, MARIETTA OK 73448-7282
(address filed with court: Tasler Pallett, Inc., Attn: Lewis Olson, Cred Mngr, H.C. 73 Box 11, Marietta, OK 73448)
tee +TFL Enterprises, 980 North Michigan Ave, Suite 920, Chicago, IL 60611-4554
intp +THQ, Inc., c/o David M. Poitras, P.C., Jeffer, Mangels, Butler & Marmaro LLP, 1900 Ave. of the Stars, 7th Fl., Los Angeles, CA 90067-4308
cr +TI PI Texas, LLC, c/o Spotts Fain PC, 411 E. Franklin St.,, Ste. 600, Richmond, VA 23219-2200
cr +TMT Development Company, Inc., Attn: Jill Hollowell, 805 SW Broadway, Ste. 2020, Portland, OR 97205-3360
cr +TSA Stores, Inc., c/o John P. Van Beek, Esq., 510 King Street, Suite 416, Alexandria, VA 22314-3132
cr Tamrac, Inc., c/o William A. Gray, Esq, Sands Anderson Marks & Miller, PC, Post Office Box 1998, Richmond, VA 23218-1998
cr +Tanden A. Kibby, 8518 Quail Hollow Blvd., Wesley Chapel, FL 33544-2042
cr +Taubman Landlords, c/o The Taubman Company, Attn. Andrew S. Conway, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324
cr +Tax Collector of Sacramento County, 700 H Street, Suite 1710, Sacramento, CA 95814-1298
cr +Tennessee Dept. Of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, POB 20207, Nashville, TN 37202-4015
cr +Terrell A. Woods, 5724 Sullivan Point Dr., Powder Springs, GA 30127-8454
cr The Cafaro Northwest Partnership, dba South Hill M, c/o Sheila deLa Cruz, Esq., Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
tee +The Insurance Company of the State of Pennsylvania, c/o Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753-2702
cr The Irvine Company, Bewley, Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797
cr +The Landing at Arbor Place II, LLC, c/o Kimberly A. Pierro, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +The Macerich Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +The Marketplace of Rochester Hills Parcel B, LLC, c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2115
cr +The Marvin L. Oates Trust, Trainor Fairbrook, c/o Nancy Hotchkiss, 980 Fulton Ave., Sacramento, CA 95825-4558
cr +The Marvin L. Oates Trust, c/o Nancy Hotchkiss, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825-4558
cr +The McClatchy Company, c/o Paul J. Pascuzzi, Felderstein Fitzgerald, Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434
tee +The National Union Fire Insurance Company of Pitts, c/o Silverman Acampora, LLP, 100 Jericho Quadrangle, Suite 300, Jericho, NY 11753-2702
cr +The New York City Dept. of Finance, The City of New York Law Department, c/o Gabriela P. Cacuci, Assistant Corporation Counsel, 100 Church Street, New York, NY 10007-2668
cr +The Seaport Group LLC, 360 Madison Avenue, New York, NY 10017-7138
cr +The Shoppes of Beavercreek Ltd., c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +The Stop & Shop Supermarket Company LLC, c/o Sands Anderson Marks & Miller, P.C., P/O. Box 1998, Richmond, VA 23218-1998
cr +The West Campus Square Co LLC, C/O DOLMAR INC, 433 N CAMDEN DR, STE 500, BEVERLY HILLS, CA 90210-4443
cr +Thomas Fox, 47 Bridgewater Rd., New Milford, CT 06776-3736
cr +Thomas Gibson, 66 Athens St., San Francisco, CA 94112-1602
cr +Thomas Tecza, 11700 Wembley Dr., Huntley, IL 60142-6309
cr +Thomas, Inc., 101 West 103rd Street, Indianapolis, IN 46290-1102
cr +Thomson, Inc., 101 West 103rd St., Indianapolis, IN 46290-1088
cr +TiVo Inc., c/o Zemanian Law Group, 150 Boush Street, Suite 150, Norfolk, VA 23510-1626
cr +TomTom, Inc., c/o Nixon Peabody LLP, Attn: Dennis J. Drebsky, 437 Madison Ave., New York, NY 10022-7039
cr +Tomesha Washington, 104 Amber Stone, Jacksonville, NC 28546-9448
cr Tony F. Esposito, 76 Coquina Ridge Way, Ormond Beach, FL 32174-1816
cr +Torrington Tripletts, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Toshiba America Consumer Products, L.L.C., Leitess Leitess Friedberg + Fedder PC, One Corporate Center, 10451 Mill Run Circle, Suite 1000, Owings Mills, MD 21117-5519
cr +Toshiba America Information Systems, Inc., Leitess Leitess Friedberg + Fedder PC, One Corporate Center, 10451 Mill Run Circle, Suite 1000, Owings Mills, MD 21117-5519
cr +Toshiba American Information Systems Inc, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Touchpoint Retail Design, Inc., Attn: Debby Prudhomme, 118 E. 26th St., Ste. 300, Minneapolis, MN 55404-4352
cr +Towson VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Trader Joe's East, Inc., Law Office of Eugene M. Magier, 687 Highland Ave., Suite 1, Needham, MA 02494-2232
cr +Travelers, One Tower Square, 5MN, Hartford, CT 06183-0002
cr +Tritronics, Inc., c/o Ronald S. Gellert, Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, DE 19801-1670

cr +Tuscaloosa County Tax Collector, Attn: Peyton C. Cochrane, 124 Courthouse, 714 Greensboro Ave., Tuscaloosa, AL 35401-1864
cr +Ty Holbrook, 5915 Crockett, Lumberton, TX 77657-7833
cr +Tysons 3, LLC, c/o Mitchell B. Weitzman, Esq., Bean Kinney & Korman, PC, 2300 Wilson Blvd., 7th Floor, Arlington, VA 22201-5424, UNITED STATES
cr +U.S. Department of Labor,Employee Benefits Securit, 1335 East-West Highway, Suite 200, Silver Springs, MD 20910-6253
cr +UPS Ground Freight, Inc., c/o Christopher Combest, Quarles & Brady LLP, 500 W. Madison Street, Suite 3700, Chicago, IL 60661-4591
cr #+US Debt Recovery III, LP, 940 Southwood Blvd., Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery IV, LLC, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery V, LP, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery X, LLC, US Debt Recovery X, LLC, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery X, LP, US Debt Recovery X, LP, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery XI, LP, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr #+US Debt Recovery, LLC, 940 Southwood Blvd., Suite 101, Incline Village, NV 89451-7401
cr +UTC I, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., P.O. Box 1998, 801 E. Main Street, Suite 1800, Richmond, VA 23219-2906
cr Ultmost Technology Corporation, 4F, No. 52, Ming Chuang Rd., Taiwan, R.O.C.
cr +United Parcel Service, Inc., c/o Christopher Combest, Quarles & Brady LLP, 500 W. Madison Street, Suite 3700, Chicago, IL 60661-4591
cr #+United States Debt Recovery, LLC, c/o Nathan E. Jones, PO Box 5241, Incline Village, NV 89450-5241
intp +United States Environmental Protection Agency, Office of General Counsel, U.S. EPA Mailcode 2377R, 1300 Pennsylvania Ave., NW, Washington, DC 20004-3002
cr #+Us Debt Recovery VIII, L.P., US Debt Recovery VIII, L.P., 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr ++VIVIAN JIN ITOUCHLESS HOUSEWARES & PRODUCTS INC, 777 MARINERS ISLAND BLVD SUITE 125, SAN MATEO CA 94404-1584
(address filed with court: iTouchless Housewares and Products, Inc., 551 Foster City Blvd., Unit M, Foster City, CA 94404)
cr +VNO Mundy Street, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +VNO TRU Dale Mabry, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Vadim Rylov, Righetti Glugoski, P.C., 456 Montgomery Street, #1400, San Francisco, CA 94104-1247
cr +Valley Corners Shopping Center, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Vance Baldwin, Inc., c/o Robert S. Gellert, Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, DE 19801-1670
cr Vertis, Inc., c/o Sheila deLa Cruz, Esq., Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
cr +Victoria G. Moore, 1306 Elmshadow Drive, Richmond, VA 23231-4727
cr #+Victoria L. Eastwood, 3919 Southwinds Place, Glen Allen, VA 23059-2633
cr +Village of Mt. Pleasant, c/o John G. Shannon, 7200 Washington Ave, Ste 102, Racine, WI 53406-6516
cr +Virgil S. Lynn, 820 Stratford Run Dr., Fort Mill, SC 29708-5701
cr +Virginia V. Phillips, 344 Sassafras Road, Baltimore, MD 21221-3023
cr Vizio, Inc., c/o Joseph A. Eisenberg, PC, 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067-4308
cr Vornado Caguas LP, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr Vornado Finance, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr +Vornado Gun Hill Road, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
mvnt +Vornado Realty Trust, 210 Route 4 East, Paramus, NJ 07652-5108
cr +WCC Properties, Alteld & Battaile, PC, 250 North Meyer Ave., Tucson, AZ 85701-1047
cr +WEC 96D Niles Investment Trust, c/o Goldman & Van Beek, P.C., 510 King Street, Suite 416, Alexandria, VA 22314-3132
cr +WINK TV-Fort Myers Broadcasting, 2824 Palm Beach Blvd, Fort Myers, FL 33916-1503
cr +WPBF, Szabo, c/o Jennifer Toolan, 3355 Lenox Road N.E., 9th Floor, Atlanta, GA 30326-1395
cr +WXCW TV Sun Broadcasting, 2824 Palm Beach Blvd, Fort Myers, FL 33916-1503
cr +Wake County Revenue Director, c/o Marcus Kinrade, PO Box 550, Raleigh, NC 27602-0550
cr Walnut Capital Partners - Lincoln Place L.P., c/o Midtown Acquisitions, 65 Easat 55th Street, 20th Floor, New York, NY 10022
cr +Walter Swain, 756 Granite Ridge Dr., Fort Worth, TX 76179-7332
cr +Washington Corner, LP, c/o Jeffrey J. Graham, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023
cr Washington State Taxing Agencies, c/o Office of the Attorney General, Bankruptcy & Collections Unit, 800 Fifth Ave, Ste 2000, Seattle, WA 98104-3188
cr +Watercress Associates, LP, LLP dba Pearlridge Cent, c/o Douglas D. Kappler, Esq., Robinson, Diamant & Wolkowitz, APC, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067-1719

cr +Watt Management Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +Wayne VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Wendy T. Housden, 10100 Ridge Run Road, Chesterfield, VA 23832-7100
cr +Westgate Village, LP, c/o Heather D. Dawson, Kitchens Kelley Gaynes, P.C., Eleven Piedmont Center, Suite 900, 3495 Piedmont Rd. N.E., Atlanta, GA 30305-1717
cr +Westlake Limited Partnership, 406 SW Washington Street, Peoria, IL 61602-1503
cr +Westlake Limited Partnership, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr +Weston Deese, c/o Tina Deese, 3315 Heights Ravenna Rd., Muskegon, MI 49444-4109
cr White-Spunner Construction, Inc., 2010 W 165 Service Road South, Mobile, AL 36693
cr +Willard Mark Elliott, 49622 Woodland Dr., East Liverpool, OH 43920-8979
cr +William F. Harmon, 2425 Sage Road, # 26, Houston, TX 77056-5005
cr +William Grimes, 4412 Gulf Ave., Midland, TX 79707-5309
cr +William Hale, 120 Dali Ct, Wardnsburg, WV 25403-7679
cr +William P. Cimino, 15 Albemarle Ave., Richmond, VA 23226-1611
cr Williamson County et al, co Michael Reed, Round Rock, TX 78680
cr +Winn Bus Lines, 1831 Westwood Avenue, Richmond, VA 23227-4338
tor +Wyoming Tribune-Eagle, 702 W. Lincolnway, Cheyne, WY 82001-4397
cr +Yvette Mack, c/o Spotts Fain PC, P.O. Box 1555, Richmond, VA 23218-1555
cr c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa, 303 Peachtree Street, NE, 2800 SunTrust Plaza, Atlanta, GA 30308
cr +c/o William A. Wood Panattoni Construction, Inc., Bracewell & Giuliani, LLP, 711 Louisiana St., Suite 2300, Houston, TX 77002-2849
cr +c/o William S. Coats Pinnacle Systems, Inc., White & Case, LLP, c/o Pinnacle Systems, Inc., 633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071-2087
9624556 #+1030 W North Ave Bldg LLC, c o Lloyd Stein, S Stein & Co, 1030 W North Ave, Chicago, IL 60642-2500
9624690 +1251 Fourth Street Investors LLC and Beverly Gemin, Lori E Eropkin Esq SBN 253048, 15303 Ventura Blvd Ste 1650, Sherman Oaks, CA 91403-6620
9624586 +1251 Fourth Street Investors LLC and Beverly Gemin, Lori E Eropkin Esq SBN 253048, Levinson Arshonsky & Kurtz LLP, 15303 Ventura Blvd Ste 1650, Sherman Oaks, CA 91403-6620
11284960 +13630 Victory Boulevard LLC, c/o United States Debt Recovery, XI,LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9292946 +1965 RETAIL LLC, C/O MILLENNIUM PARTNERS, 1995 BROADWAY, 3RD FL, NEW YORK, NY 10023-5882
10071783 +24/7 Real Media Inc, Contrarian Capital Management, LLC, 411 West Putnam Avenue--Suite 425, Greenwich, CT 06830-6281
8676078 +3725 Airport Boulevard, LP, 20 Westwoods Drive, Liberty, MO 64068-3519
9740801 +380 Towne Crossing LP, 16000 Dallas Pkwy 300, Dallas, TX 75248-6609
8693216 +44 North Properties, LLC, c/o Miles & Stockbridge, P.C., 1751 Pinnacle Drive, Suite 500, Mclean, VA 22102-3833
8585686 +507 Northgate, LLC, c/o Christopher M. Alston, 1111 - 3rd Ave., #3400, Seattle, WA 98101-3264
8634777 +553 Retail, Inc., c/o Peter C. Hughes, Esquire, Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101
9671835 +601 Plaza LLC, Suzanne Jett Trowbridge, Goodwin & Goodwin LLP, 300 Summers St Ste 1500, Charleston, WV 25301-1678
8773697 +610 & San Felipe, Inc., c/o David H. Cox, Esquire, Jackson & Campbell, PC, 1120 20th Street, NW, Suite 300-S, Washington, DC 20036-3437
10493729 +9121 East 71st Street Holdings, LLC, c/o Lawrence A. Katz, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, VA 22182-2723
8593307 +ACCO Brands Corporation, c/o United States Debt Recovery, XLP, 940 Southwood Blvd.-Suite 101, Incline Village, NV 89451-7401
10534703 +ADD Holdings LP a Texas Limited Partnership, c/o United States Debt Recovery, 940 Southwood Blvd. Suite 101, Incline Village, NV 89451-7401
9938222 +AIRS HUMAN CAPITAL SOLUTIONS INC, 58 FOGG FARM RD, WHITE RIVER JUNCTION, VT 05001-9485
8596226 AOL LLC, HSBC Bank USA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9662131 AR Investments, LP, c/o Terra Enterprises Inc., 11812 San Vicente Blvd., Suite 510, Los Angeles, CA 90049-5081
9372002 +ASM Capital III, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
9348126 +ASM Capital, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
11130446 +ASM SIP, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
8602569 +AT&T, Attn: Julie Quagliano, Esq., QUAGLIANO & SEEGER, P.C., 2620 P Street, NW, Washington DC 20007-3062
8593447 +AT&T, c/o Julie Quagliano, Esq., QUAGLIANO & SEEGER, P.C., 2620 P Street, NW, Washington DC 20007-3062
8665859 ATMOS ENERGY CORPORATION, PO BOX 650205, DALLAS TX 75265-0205
8602439 +AVR CPC Associates, LLC, C/O Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, New York 11530-3333, (516) 746-8000
11502754 +Abercorn Common, LLLP, c/o Jeffery I. Snyder, 1450 Brickwell Avenue, 23rd Floor, Miami, FL 33131-3444
10505352 +Abilene-Ridgemont LLC, c/o Douglas C. Noble, 602 Steed Rd. # 200, Ridgeland, MS 39157-9428
8589789 +Accent Energy California LLC, 6065 Memorial Drive, Dublin, Ohio 43017-8218
8603024 +Alexander H Bobinski, as Trustee, under Trust No. 1001, c/o David R McFarlin, 1851 West Colonial Drive, Orlando, FL 32804-7013
8710991 +All American Installs, Michael Caputo, 422 Madison Ave, Penndel, PA 19047-7546
8578230 +Alliance Entertainment, n/k/a: Source Interlink Distribution, c/o Contrarian Capital Management, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263

9003365 +Allsop Inc., Ryan Allsop, VP of Operations, P.O. Box 23, Bellingham, WA 98227-0023
11336587 +Almonesson Associates, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
8570942 AmREIT, a Texas real estate investment trust, HSBC Bank USA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
10662918 +Amargosa Palmdale, c/o United States Debt Recovery VIII, 5575 Kietzke Lane, Suite A, Reno, AZ 89511-2085
9261094 American Express Travel Related Services Co Inc, Corp Card, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
9805248 #+American Future Technology, Darren Su, Vice President, 11581 Federal Dr., El Monte, CA 91731-3209
11243275 +American National Insurance Company, Greer Herz & Adams-Tara Annweiler, One Moody Plaza 18th Floor, Galveston, TX 77550-7998
9246877 +American Scale Corp, 3540 Bashford Ave, Louisville, KY 40218-3113
11396605 +American Systems Corporation, c/o United States Debt Recovery, XI, LP, 5575 Kietzke Lane, Suite A, Reno, AZ 89511-2085
8691729 +Ammon Properties LC, c/o Joel T. Marker, McKay, Burton & Thurman, 170 South Main St., Suite 800, Salt Lake City, UT 84101-1656
8580932 Amore Construction Company, c/o John J. Lamoureux, Carlton Fields, P.A., P. O. Box 3239, Tampa, FL 33601-3239
8585810 +Andrews Electronics, c/o Justin D. Leonard, Ball Janik LLP, 101 SW Main, Ste. 1100, Portland, OR 97204-3219
9178985 +Antor Media Corporation, c/o Lenhart Obenshain PC, 100 10th Street, N.E., Suite 300, Charlottesville, VA 22902-5481
9075931 +Apex Digital Inc., c/o Contrarian Capital Management, LLC, 411 West Putnam Ave., Suite 425, Greenwich, CT 06830-6263
8615037 +Arapahoe County Treasurer, c/o Arapahoe County Attorney Office, Attn: George Rosenberg, 5334 S. Prince Street, Littleton, CO 80166-0001
9939792 +Architectural Group International, 15 W 7th St, Covington, KY 41011-2301
10105081 +Archon Bay As Assignee of Boys&Girls Club Harlinge, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105080 +Archon Bay As Assignee of Huck Group, Inc., c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105079 +Archon Bay As Assignee of Lacrosse Tech. Ltd., c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105077 +Archon Bay As Assignee of Reporter Herald, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105076 +Archon Bay As Assignee of WBNX TV, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105086 +Archon Bay Assignee of Hampton Mental Health Assoc, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105078 +Archon Bay Assignee of Manatee County Florida, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105084 +Archon Bay Capital LLC Assignee of Bay Counties Pi, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9959351 +Archon Bay Capital, LLC, P.O. Box 14610, Surfside Beach, SC 29587-4610
10105083 +Archon Bay as Assignee of Checkers Catering, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105085 +Archon Bay as Assignee of City of Taylor MI, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105082 +Archon Bay as Assignne of Northern California Comp, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105087 +Archon Bay assignee of ICI Dulux Paint Centers, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105089 +Archon Bay assignee of Viking Terminte & Pest Cont, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10105090 +Archon Bay assignee of Vision Communications Co., c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9949865 +Archon-SPV K1, P.O. Box 14610, Surfside Beach, SC 29587-4610
9371984 +Archos Inc, 7951 E Maplewood Ave, Suite 260, Greenwood Village, CO 80111-4774
9923065 +Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7381
8831410 +Atlantic Inc., 10018 Santa Fe Springs, Santa Fe Springs, CA 90670-2922
8831415 +Atlantic Inc., c/o Charles Cross, 10018 Santa Fe Springs, Santa Fe Springs CA 90670-2922
11149130 +Attensity Corporation, c/o ASM Capital, L.P., 7600 Jericho Turnpike, Ste. 302, Woodbury, NY 11797-1705
8825928 +Audiovox Corporation, 150 Marcus Blvd., Hauppauge, NY 11788-3794
8590219 +Audiovox Corporation, c/o Duane Morris LLP, Rudolph J. Di Massa, Jr., Esquire, Matthew E. Hoffman, Esquire, 30 South 17th Street, Philadelphia, Pennsylvania 19103-4001
8590220 Audiovox Corporation, c/o Levy, Stopol & Camelo, LLP, Larry Stopol, Esquire, 1425 RexCorp Plaza, Uniondale, NY 11556-1425
11281273 +Audrey Soltis, c/o Krister D. Johnson, 14 North Seventh Avenue, St. Cloud, MN 56303-4753
8588191 +Averatec/Trigem USA, c/o Samuel S. Oh, 1055 West 7th Street - Suite 2800, Los Angeles, CA 90017-2554
11235887 +BANK OF AMERICA, NATIONAL ASSOCIATION, c/o John S. Kaplan & Perkins Coie LLP, 1201 3rd Avenue, Suite 4900, Seattle, WA 98101-3095
8710627 +BAW Plastics Inc., Administrative Priority Claim #662, 2148 Century Drive, Century III Business Ctr, Jefferson Hills PA 15025-3654
10074935 +BB Fonds International 1 USA LP, c/o Mark Mullin, Haynes & Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673

8615829 +BB Fonds International 1 USA, L.P., c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
9872248 +BBD ROSEDALE LLC, Mr Chad Morrow, Sher Garner Law Firm, 909 Poydras St 28th Fl, New Orleans, LA 70112-4000
10201874 +BFW/PIKE Associates, LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
9819857 +BLDG 2007 Retail LLC and Netarc LLC, as Tenants in Common, c/o Bldg Management Co., 417 Fifth Ave, 4th Fl, New York, NY 10016-2239
9134602 +BNSF Logistics, LLC, Marck Richards, VP Finance, 2500 Lou Mik Drive, Forth Worth, TX 76131-2828
9134585 BNSF Logistics, LLC, C O Seaton & Husk LP, 2240 Gallows Road, Vienna, VA 22182
9135881 +BPP-MUNCY, LLC, Sherin and Lodgen, 101 Federal Street, Boston, MA 02110-2109
8577768 +Bank of America, c/o Bruce Matson, 951 East Byrd St., Richmond, VA 23219-4040
8645826 Barbara O. Cararway, City Treasurer, City of Chesapeake, P.O. Box 16495, Chesapeake, VA 23328-6495
8683969 Basile Limited Liability Company, c/o Michael P. Falzone, Hirschler Fleischer PC, P.O. Box 500, Richmond, VA 23218-0500
8570395 +Basser-Kaufman aka Basser, c/o Robert L. LeHane, Kelley Dryer & Warren, 101 Park AVe., New York, NY 10178-0062
8570394 +Basser-Kaufman aka Basser, c/o James S. Carr, Kelley Dryer & Warren, 101 Park Avenue, New York, NY 10178-0062
9959349 +Bay Counties Pitcock Petroleum, P.O. Box 23684, Pleasant Hill, CA 94523-0684
8900768 +Becker Trust, LLC, 50 South Jones Boulevard, Suite 100, Las Vegas, NV 89107-2672
8588379 +Bedford Properties, L.L.C., c/o Catherine Guastello, Quarles & Brady LLP, Two North Central Avenue, Phoenix, AZ 85004-2391
9957431 +Belen A Abriles Arce, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
8608535 +Bell'O International Corp., Henry P. Baer, Jr., Esq., Finn Dixon & Herling LLP, 177 Broad Street, 15th Floor, Stamford, CT 06901-5002
10712598 +Bella Terra Associates LLC, J. Bennett Friedman, 1900 Avenue of the Stars 1800, Los Angeles, CA 90067-4409
10786236 +Bella Terra Associates, LLC, c/o United States Debt Recovery, X, LP, 5575 Kietzke Lane Suite A, Reno, NV 89511-2085
11243299 +Berkadia Commerical Mortgage, LLC, c/o Keitha M. Wright, 2200 Ross Avenue, Suite 3300, Dallas, TX 75201-7965
9898467 +Birch Rea Partners, 40 William St., Suite 130, Wellesley, MA 02481-3905
11336589 +Blank Aschkensay Properties, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
10105067 +Blue Heron Micro Opportunites Fund LLP, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9878411 +Blue Heron Micro Opportunities Fund, LLP, P.O. Box 14610, Surfside Beach, SC 29587-4610
10123812 +Blue Heron as Assignee of Metro Signs, c/o Argo Partners, 12 W. 37th Street, 9th Floor, New York, NY 10018-7480
10105088 +Blue Heron assignee of Rival Communications, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10100722 +Blue Raven Technology, c/o Contrarian Capital Management, LLC, 411 West Putnam AVe. # 425, Greenwich, CT 06830-6263
10427252 Blue Raven Technology Inc, George W Tetler III and Mark W Powers, Bowditch & Dewey LLP, 311 Main St, PO Box 15156, Worcester, MA 01615-0156
8601460 +Bond Circuit VIII Delaware Business Trust, c/o Lazer, Aptheker, Rosella & Yedid, Attn: Robin S. Abramowitz, 225 Old Country Road, Melville, NY 11747-2700
8698490 +Bond-Circuit IV Delaware Business Trust, c/o Mark B. Conlan, Esq., Gibbons P.C., One Gateway Center, Newark, NJ 07102-5324
9737633 +Bond-Circuit IX Delaware Business Trust, c/o Adam Hiller, Esq., Pinckney, Harris & Weidinger, LLC, 1220 N. Market Street, Suite 950, Wilmington, DE 19801-2537
11336590 +Boulevard North, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
10800821 +Boys & Girls Club of St Lucie Co, c/o Debt Acquisition Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108-3419
9973403 +Boys & Girls Clubs of Harlingen, P.O. Box1982, Harlingen, TX 78551-1982
8764332 +Brian Brown, c/o Charles D. Whelan III, Esq., 114 Bayard Street, New Brunswick, NJ 08901-1956
9927186 #+Broadway Neon Sign Corp Dba, Broadnsar National Sign And Lighting, Carl Paparella VP and Gen Counsel, 2150 5th Avenue, Ronkonkoma, NY 11779-6906
10150813 Bruce Clay, Inc., c/o U.S Bank Corporation Trust Service, 60 Livingston Avenue, EP-MN-WS3T, St. Paul, MN 55107-2292
9949217 Bruce Senator, F-99302 B3-117-L, Calipatria State Prison, P.O. Box 5005, Calipantra, CA 92233-5005
10173429 +Buckhead Triangle Liquidity Sol. Inc., One university Plaza, Suite 312, Hackenscak, NJ 07601-6205
8588462 +Bush Industries, Inc., c/o Olshan Grundman Frome Rosenzweig & W, 65 East 55th Street, New York, New York 10022-3219
9923810 +Bustillo Hernandez Roberto, Cl# 595576, Amt. $6,165.90, PO Box 194145, San Juan, PR 00919-4145
9938086 +CANTON REPOSITORY, MIKE DARNELL, 500 MARKET AVENUE SOUTH, CANTON, OH 44702-2112
10770270 CB Richard Ellis/Louisville, LLC, c/o Robert J. Brown, Wyatt, Tarrant & Combs, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746
8601456 +CC Colonial Trust, c/o Lazer, Aptheker, Rosella & Yedid, P., Attn: Robin S. Abramowitz, 225 Old Country Road, Melville, NY 11747-2700

8698499 +CC Hamburg NY Partners, LLC, c/o Mark B. Conlan, Esq., Gibbons P.C., One Gateway Center, Newark, NJ 07102-5324
8601457 +CC Joliet Trust, c/o Lazer, Aptheker, Rosella & Yedid, Attn: Robin S. Abramowitz, 225 Old Country Road, Melville, NY 11747-2700
8601459 +CC Merrilville Trust, c/o Lazer, Aptheker, Rosella & Yedid, Attn: Robin S. Abramowitz, 225 Old Country Road, Melville, NY 11747-2700
9811584 +CC Properties LLC, Attn Michelle Ingle, c o FBL Financial Group Inc, 5400 University Ave, West Des Moines, IA 50266-5950
9915930 +CCMS 2005-CD1 HALE ROAD, LLC, c/o Mindy A. More, BPP-Conn LLC, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
11067775 +CENTENNIAL HOLDINGS LLC, c/o United States Debt Recovery, X, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9915924 +CGCMT 2006-C5 Glenway Avenue LLC, c/o Mindy A. More, BPP-OH, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
9916367 +CMAT 1999C2 Idle Hour Rd. LLC, c/o Mindy Mora, CC Kingsport 98,LLC, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
8623810 +COLE CC GROVELAND FL, LLC, c/o Jeffrey T. Wegner, Esquire, KUTAK ROCK LLP, The Omaha Building, 1650 Farnam Street, Omaha, NE 68102-2186
9905061 +COMPUVEST CORPORATION, 3600 LIND AVENUE SW STE 130, RENTON, WA 98057-4934
11709089 +CRT Special Investments LLC, 262 Harbor Dr, Stamford, CT 06902-7438
9178942 +CWCapital Asset Management LLC, c/o Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna VA 22182-2723
11033526 +Calogy Associates LLC, c/o Richards Kibbe & Orbe, One World Financial Center, New York, NY 10281-1003
8601395 +Cameron Group Associates, LLP, c/o Andrew M. Brumby, Esq., Shutts & Bowen LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801-5403
11365015 Caparra Center Associates, LLC, HSBC Bank USA, WonWin, Dept CH 16354, Palatine, IL 60055-6354
10437750 +Capital Sources LLC, One University Plaza, Ste 312, Hackensack, NJ 07601-6205
10124776 +Cardinal Court, LLC, 2125 W. Washington Street, West Bend, WI 53095-2205
10049843 +Carlson Marketing Worldwide Inc, c/o Tracy Lea, 1405 N Xenium Ln, Plymouth, MN 55441-4449
8670517 +Carlyle-Cypress Tuscaloosa, LLC, c/o Lyndel Anne Mason, CAVAZOS HENDRICKS POIROT & SMITHAM P.C., 900 Jackson St. - Ste 570, Founders Sq., Dallas, TX 75202-2413
9948661 +Carole Kaylor, c/o Thomas P. Finn, Esquire, 153 Lakemont Park Boulevard, Altoona, PA 16602-5943
9959564 +Carrera Arquitectos PSC, Acuerela 100, Ste. 301, Guaynabo, PR 00969-3579
9950498 +Carrollton Arms LLC, c/o Jefferies Leveraged Crt Products LLC, One Station Place, Three North, Stanford, CT 06902
8577737 +Centro Properties Group, c/o Ballard Spahr Andrews & Ingersoli, 51st Floor-Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7599
8699201 +Century PLaza Development Corporation, c/o Law Offices of David A. Greer PLC, 500 East Main Street, Suite 1225, Norfolk, Virginia 23510-2274
8667801 +Charlotte Co Tax Collector, Vickie L Potts, Tax Collector, 18500 Murdock Circle, Port Charlotte FL 33948-1068
8584110 +Chatham County Tax Commissioner, c/o Daniel T. Powers, PO Box 8321, Savannah, GA 31412-8321
9895142 +Chattanooga Free Press, 400 East 11th Street, Chattanooga, TN 37403-4200, Attn: Peggy Pate
9895143 +Chattanooga Publishing Co Inc., 400 East 11th Street, Chattanooga, TN 37403-4200, Attn: Peggy Pate
9965629 +Checkers Catering, 83 Wright Brothers Ave., Livermore, CA 94551-9473
9745547 +Checkpoint Systems Inc, dba Alpha Security Products, 101 Wolf Dr, Thorofare, NJ 08086-2243
8832124 Circsan Limited Partnership, c/o Kin Properties, Inc., 185 NW Spanish River Blvd, Ste 100, Boca Raton, FL 33431-4230, ATTN: Allen P. Lev, Esq.
9033831 City of Avondale, c/o Sean P. O'Brien, Gust Rosenfeld PLC, 201 E. Washington St., #800, Phoenix, AZ 85004-2327
8631491 +City of Newport News, Office of the City Attorney, 2400 Washington Ave., Newport News, VA 23607-4301
8614927 +City of Philadelphia, c/o Ashley M. Chan, One Logan Sq. 27th Floor, Philadelphia, PA 19103-6910
8656193 +City of Taylor Michigan, c/o Kurt M. Kobiljak, Edelson Building, Suite 200, 2915 Biddle Avenue, Wyandotte, MI 48192-5267
9959347 +City of Taylor, MI, P.O Box 298, Taylor, MI 48180-0298
8908573 +City of Trotwood, Income Tax Department, 4 Strader Dr, Trotwood, OH 45426-3343
10538024 +City of Virginia Beach, c/o City Attorney's Office, Alexander W. Stiles, Esquire, 2401 Courthouse Drive, Suite 260, Virginia Beach, VA 23456-9120
10047620 Classic Tech Development Ltd., HSBC Bank USA NA, VonWin, Dept. CH 16354, Palatine, IL 60055-6354
8710993 +Clean Carton Co Inc, 8437 Delport, St. Louis, MO 63114-5996
11693942 +Cleveland Towne Center LLC, c/o United States Debt Reovery, XI, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8680885 +Cleveland Towne Center, LLC, c/o Miller & Martin PLLC, Attn: Nicholas W. Whittenburg, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37402-2289
8615096 +Cobb Corners II, LP, c/o Amy Pritchard Williams, 214 North Tryon Street, Suite 4700, Charlotte, NC 28202-2367
9870767 +Cofal Partners LP, Attn R Joel Cosloy, 1116 Oliver Building, 535 Smithfield St, Pittsburgh, PA 15222-2393
8629815 +Cohesion Products, Inc., c/o Receivable Management Services, PO Box 5126, Timonium, MD 21094-5126
9689797 +Colonial Heights Holding LLC, c o William A Gray Esq, Sands Anderson Marks & Miller PC, PO Box 1998, Richmond, VA 23218-1998

8591390 +Colorado Structures, Inc. dba CSI Constr. Co, c/o Mary E. Olden, McDonough Holland & Allen PC, 555 Capitol Mall, 9th Floor, Sacramento, CA 95814-4601
8591383 +Colorado Structures, Inc., dba CSI Construction Co, c/o Mary E. Olden; Andre K. Campbell; Se, McDonough Holland & Allen PC, 555 Capitol Mall, 9th Floor, Sacaramento, CA 95814-4601
8616162 +Columbia Plaza Joint Venture, % Jordan Humphreys, Attorney, 3210 Bluff Creek, Columbia, MO 65201-3525, 573-449-2503, jhumphreys@fpb-law.com
10789746 +Columbus Productions Inc, c/o Contratian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
8570388 Commonwealth of VA Dept. of Taxation, c/o Jeffrey Scharf, PO Box 771476, Richmond, VA 23255
8570386 Commonwealth of VA, Dept. of Taxation, c/o Mark Ames, PO Box 2156, Richmond, VA 23218-2156
8649740 +Commonwealth of Virginia, Department of Taxation, PO Box 2156, Richmond VA 23218-2156
8902009 +Commonwealth of Virginia, Department of Taxation, Taxing Authority Consulting Services PC, PO Box 71476, Richmond VA 23255-1476
10825415 +Communications Wiring Inc, c/o Debt Acquistion Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108-3419
8570381 Comptroller of Public Accounts of State of Texas, c/o Mark Browning, Asst. Atty. General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711-2548
8625449 +Condan Enterprises LLC, c/o Siller Wilk LLP, 675 Third Avenue, New York, NY 10017-5704, Attention: Eric J. Snyder, Esq.
9917560 +Congressional North Associates, LP, Craig M. Palik, Esq, 6411 Ivy Ln Ste 200, Greenbelt, MD 20770-1405
9917549 +Congressional Noth Associates LP, Craig M.Palik, Esq, 6411 Ivy Ln Ste 200, Greenbelt, MD 20770-1405
10104297 Consumer Vision LLC, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9844059 +Contrarian Capital Management, L.L.C., Attn: Kimberly Gianis, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6281, Tel. 203-862-8250, Email: kgianis@contrariancapital.com
9735216 +Contrarian Funds, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
9079347 +Cormark, Inc., 1701 Winthrop, Des Plaines, IL 60018-1941
9875708 +Corre Opportunities Fund, L.P., 1370 Avenue of the Americas, 29th Floor, New York, NY 10019-4602, USA
11322179 Cosmi Corporation, HSBC Bank USA NA, VonWin, Dept CH 163 54, Palatine, IL 60055-6354
11261459 +Counsel County of Alameda, David W. Lannetti, Anne G. Bibeau, VANDEVENTER BLACK LLP, 101 W. Main Street, Ste. 500, Norfolk, VA 23510-1699
9135914 +County of Merced, California, c/o Karen Adams, 2222 M Street, Merced, CA 95340-3729
10168306 Cousins Properties Incorporated, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
10162185 Cousins Properties Incorporated (Los Altos Market, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
10201915 +Coventry II DDR Buena Park Place LP, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201901 +Coventry II DDR Merriam Village LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
8825768 +Credit Suisse International, 11 Madison Avenue, 5th Floor, New York, NY 10010-3698
9182848 +Credit Suisse Loan Funding LLC, 11 Madison Avenue, 5th Floor, New York, NY 10010-3698
11542175 +Crossways Financial Associates LLC, c/o United States Debt Recovery, XI, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8697582 +Crossways Financial Associates, LLC, Paul K. Campsen, Kaufman & Canoles, P.C., 150 W. Main Street, Suite 2100, Norfolk, VA 23510-1681
8825775 +D-Link Systems, Inc., 17595 Mt. Herrmann Street, Fountain Valley, CA 92708-4160
10201862 +DDR Crossroads Center LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201855 +DDR Homestead LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201892 +DDR Horseheads LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201911 +DDR MDT Asheville River Hills, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201914 +DDR MDT Monaca Twp Marketplace LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201912 +DDR MDT Woodfield Village LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201880 +DDR Miami Avenue, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201878 +DDR Southeast Cary, L.L.C., c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201868 +DDR Southeast Dothan L.L.C., c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201907 +DDR Southeast Highlands Ranch, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201897 +DDR Southeast Loisdale, L.L.C., c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201881 +DDR Southeast Olympia DST, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10202243 +DDR Southeast Rome, L.L.C., c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201899 +DDR Southeast Snellville, L.L.C., c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201879 +DDR Southeast Union, L.L.C., c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219

10201811 +DDR Southeast Vero Beach, LLC, c/o Midtown Asquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201913 +DDR Union Consumer Square LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201893 +DDR-SAU Wendover Phase II, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201903 +DDR/1st Carolina Crossings South LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201889 +DDRC Walks @ Highwood Preserve I LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201917 +DDRM Hilltop Plaza LP, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201908 +DDRM Skyview Plaza LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201905 +DDRTC CC Plaza LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201891 +DDRTC Columbiana Station I LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201858 +DDRTC Creeks at Virginia Center, LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11253648 +DDRTC McFarland Plaza, LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201896 +DDRTC Newman Pavilion LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201904 +DDRTC Southlake Pavilion LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
10201877 +DDRTC Sycamore Commons, LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201906 +DDRTC T&C LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10201898 +DDTRC McFarland Plaza, LLC, c/o Developers Diversified Realty, Corporation, 3300 Enterprise Parkway, Beachwood, OH 44122-7200
8571205 DFS SERVICES LLC, C/O BRIAN SIROWER, ESQ., QUARLES & BRADY LLP, TWO NORTH CENTRAL AVENUE, PHOENIX, AZ 85004-2391
8615095 +DIM Vastgoed, N.V., c/o Amy Pritchard Williams, 214 North Tryon Street, Suite 4700, Charlotte, NC 28202-2367
9915974 +DMARC 2006-CD2 DAVIDSON PLACE, LLC, c/o Mindy Mora, BPP-VA LLC, 200 South Biscayne Blvd # 2500, Miami, FL 33131-5340
9916316 +DMARC 2006-CD2 POUGHKEEPSIE, LLC, c/o Mindy A. Mora, BPP-NY LLC, 200 South Biscayne Blvd # 2500, Miami, FL 33131-5340
11353750 +DOLLINGER LOST HILLS ASSOCIATES, c/o Contrarian Funds LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
9810699 #+DXG Technology USA, 1001 Lawson St., City of Industry, CA 91748-1135, Attn: Sharon Yen
9935907 +Daily Journal, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9923110 +Daily News Record, Cl #595696, Amt. $7,670.72, PO Box 193, Harrisonburg, VA 22801-0193
9932375 +Daily Oklahoman, c/o Argo Partners, 12 West 37th St., 9th Floor, New York, NY 10018-7480
10806789 +Daily Republic, The, c/o Debt Acquisitions Company of America, 1565 Hotel Circle South, Suite 310, San Diego, CA 92108-3419
9229318 Dallas Cowboys Football Club Ltd. & Pro Silver Sta, 1 Cowboys Oarkway, Irving, TX 75063
9602614 +Daly City Partners I, LLP, 88 Kearny Street, Suite 1818, San Francisco, CA 94108-5523
10812822 +Davis Enterprise, c/o Debt Acquisition Company of America, 1565 Hotel Circle South, Suite 310, San Diego, CA 92108-3419
8703551 Dawn vonBechmann, Attn: Neil E. McCullagh, Esq., Cantor Arkema, P.C., P.O. Box 561, Richmond, Va 23218-0561
10766359 +DeMatteo Management Inc, c/o United States Debt Recovery,, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8581072 +DeMatteo Management, Inc., c/o Jennifer V. Doran, Esq., Hinckley Allen & Snyder LLP, 28 State Street, Boston, MA 02109-1776
10800825 +Debt Acquisition Company of America V, LLC, 1565 Hotel Circle S #310, San Diego CA 92108-3419
10138741 +Dentici Family Limited Partnership, c/o United States Debt Recovery V,LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
10138742 +Dentici Limited Family Partnership, c/o United States Debt Recovery V, LP, 940 Southwood Blvd # 101, Incline Village, NV 89451-7401
11095283 Desert Home Communities Of OK, HSBC Bank USA, VonWin, Dept CH 16354, Palatine, LR 60055-6354
10201890 +Developers Diversified Realty Corp, c/o Developers Diversified Realty, Corporation, 3300 Enterprise Parkway, Beachwood, OH 44122-7200
8578346 +Developers Diversified Realty Corp., Attn: Eric C. Cotton, 3300 Enterprise Parkway, Beachwood, OH 44122-7200
8570420 +Developers Diversified Realty Corp., c/o Eric Cotton, 3300 Enterprise Parkway, PO Box 227042, Beachwood, OH 44122-7200
8570419 +Developers Diversified Realty Corp.-DDR, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8570418 +Developers Diversified Realty Corp.-DDR, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11339998 +Dick’s Sporting Goods Inc., c/o Midtown Acquisitions, 65 East 55th Street, New York, NY 10022-3219
8577114 +Dicker-Warmington Properties, c/o Stephen Spence & Scott Adkins, 1200 North Broom Street, Wilmington, DE 19806-4204
9179449 +Digital Innovations, LLC, 3436 N. Kennicott, Arlington Heights, IL 60004-7814

8592221 +Discovery Communications, Inc. (4109), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
10254779 +Dish Doctors, The, 6385 Rt. 96, Victor, NY 14564-1411
8582907 +Ditan Distribution LLC, c/o Michael S. Kogan, Esq., Ervin, Cohen & Jessup LLP, 9401 Wilshire Boulevard, Suite 900, Beverly Hills, California 90212-2974
8572548 +Dollar Tree Store, Inc., % Scott Kipnis, Rachel Greenberger &, Nicholas Malito Esqs, Hofheimer Gartlir, 530 Fifth Ave., New York, NY 10036-5101
8712287 +Donahue Schriber Realty Group, L.P., c/o Nancy Hotchkiss, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825-4558
8719787 +Donahue Schriber Realty Group, L.P., c/o Trainor Fairbrook, Nancy Hotchkiss, Esq., 980 Fulton Avenue, Sacramento, CA 95825-4558
9937952 +Dorel Juvenile Group Inc, Barnes & Thornburg LLP, c o Alan K Mills, 11 S Meridian St, Indianapolis, IN 46204-3535
9833036 +Dover Master Fund II, L.P., c/o Contrarian Funds, LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
8649784 +Dunwell, Donovan, c/o Chiariello & Chiariello, 118-21 Queens Boulevard, Ste. 603, Forest Hills, NY 11375-7206
8617383 Duquesne Light Company, c/o Kirk B. Burkley, Esquire, Bernstein Law Firm, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219
10005951 +E&A Northeast Limited Partnership, 21 Custom House Street, Suite #450, Boston, MA 02110-3552
8568654 E&A Northeast Limited Partnership, c/o Christine D. Lynch, Esq., Peter D. Bilowz, Esq., Goulston & Storrs, PC, 400 Atlantic Avenue, Boston, MA 02110-3333
11702682 EBC Marketing Inc., HSBC Bank USA, Von Win, Dept CH16354, Palatine, IL 60055-6354
10631520 +EEOC Jamal Booker and Christopher Snow, c/o United States Debt Recovery, VIII, L, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9846233 +EMC Insurance Companies, PO BOX 712, Des Moines, IA 50306-0712
10098177 Eastern Security Corp, 120 Broadway, No. 36, New York, NY 10271-0002
10100141 +Eastern Security Corporation, c/o Contrairian Capital Management, LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
10653126 +Eastman Kodak Co., c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8695142 Edwin Watts Golf Shops, LLC, c/o Stephen E. Scarce, 6802 Paragon Place, Suite 300, Richmond, VA 23230-1655
8620569 +Eel McKee LLC, c/o Howard, Rice et al., Attn: Gary M. Kaplan, Esq., Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4078
8996666 +Electra Craft Inc, 41 Woodbine Street, Bergenfield, NJ 07621-3513
11581628 +Electrical Management Group Inc, c/o United States Debt Recovery XI, 5575 Kietzke Lane # A, Reno, NV 89511-2085
8615100 +Encinitas PFA, LLC, c/o Amy Pritchard Williams, 214 North Tryon Street, Suite 4700, Charlotte, NC 28202-2367
8607425 +Engineered Structures, Inc, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
9883762 +Enid Two LLC, c o Nancy Isaacson Esq, 75 Livngston Ave, Roseland, NJ 07068-3737
8593280 +Entergy Arkansas Inc, c/o Robert W. Mallard, 1105 North Market St. # 1600, Wilimington, DE 19801-1201
8593279 +Entergy Gulf States Louisiana, c/o Robert W. Mallard, 1105 North Market St. # 1600, Wilimington, DE 19801-1201
8593278 +Entergy Louisiana, LLC, c/o Robert W. Mallard, 1105 North Market St. # 1600, Wilimington, DE 19801-1201
8593277 +Entergy Mississippi, c/o Robert W. Mallard, 1105 North Market St. # 1600, Wilimington, DE 19801-1201
8593281 +Entergy Texas, Inc, c/o Robert W. Mallard, 1105 North Market St. # 1600, Wilimington, DE 19801-1201
8575375 +Envision Peripherals, Inc, c/o Gay Richey, Sr. Creidt Manager, 47490 Seabridge Drive, Fremont, CA 94538-6548
9878315 Epsilon Interactive Inc, 16 W 20th Street, New York, NY 10011-4203
8667374 +Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 200 Allegheny Center Mall, Pittsburgh, Pa 15212-5339
8571855 +Evergreen Plaza Associates, c/o John L. Senica, 225 W. Washington, Suite 2600, Chicago, IL 60606-3439
11399505 +Evergreen-McDowell & Pebble Creek, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8577124 +Expesite, LLC, c/o Andria Beckham & Kenneth Johnson, 100 S. Third Street, Columbus, OH 43215-4214
8868147 +Express Services, Inc., P.O. Box 179, Piedmont, OK 73078-0179
8572509 +F&M Properties, Inc., % Fred B. Ringel, Esq., Robinson Brog Leinwand Greene et al, 1345 Ave. of the Americas, New York, NY 10105-0302
8574638 +F.R.O., LLC IX, c/o Timothy F. Brown, Arent Fox LLP, 1050 Connecticut Ave. NW, Washington, DC 20036-5369
9116446 +FCMA, LLC, Gerald J. Ghinelli, Managing Member, 430 Commerce Blvd., Carlstadt, NJ 07072-3013
11502752 +FM Facility Maintenance LLC, c/o United States Debt Recovery, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11501996 +FM Facility Maintenance LLC fka IPT LLC, c o Saiber LLC, Nancy A Washington Esq, One Gateway Center 13th Fl, Newark, NJ 07102-5323
9735697 +FR E2 Property Holdings, LP, 707 Eagleview Blvd., Suite 110, Exton, PA 19341-1159
9898469 +FRO LLC IX, Arent Fox LLP, c o Christopher J Giamio, 1050 Connecticut Ave NW, Washington, DC 20036-5369
9784677 +Faber Bros Inc, G David Dean, Cole Schotz Meisel Forman & Leonard PA, 300 E Lombard St Ste 2000, Baltimore, MD 21202-3233

9784678 +Faber Bros Inc, G David Dean Esq, 300 E Lombard St Ste 2000, Baltimore, MD 21202-3233
8891336 +Fairfax County, VA, Office of the County Attorney, 12000 Government Center Pkwy., Suite 549, Fairfax, Virginia 22035-0001
8593129 +Faram Muskegon, LLC, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
8577738 +Federal Realty Investment Trust, c/o Ballard Spahr Andrews & Ingersoli, 51st Floor-Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7599
9650435 +Fire Materials Group LLC, Paul J Leeds Esq, Higgs Fletcher & Mack LLP, 401 West A St Ste 2600, San Diego, CA 92101-7913
9735716 +First Industrial Realty Trust, Inc., 707 Eagleview Blvd., Suite 110, Exton, PA 19341-1159
11639461 Flintlock Northridge, LLC, HSBC Bank USA NA, Von win, Dept Ch 163 54, Palatine, IL 60055-6354
11411839 Fonegear, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
8696163 +Food Lion LLC, c/o Linda Lemmon Najjoum, Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, McLean, Virginia 22102-3836
9714951 +Forecast Danbury Limited Partnership, Attn Lynette Francoise, c o Forest Properties Management, 19 Needham St, Newton, MA 02461-1624
8641709 +Four Star International Trade, c/o Wendy M. Mead, 11 Pleasant St. # 30, Worcester, MA 01609-3232
10100139 Fuji, Fujifilm USA, Inc., HSBC BANK USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9076343 +Funai Service Corporation, 5653 Creekside Parkway, Suite A, Lockbourne, OH 43137-9272
11201284 +Furniture Values International, c/o FMCA HSBC Bank USA NA, VonWin, Dept CH 163554, Palatine, IL 60055-0001
11555459 +GELCO CORPORATION, DBA GE FLEET SERVICES, ATTN KEITH BERGQUIST, BANKRUPTCY LITIGAT, THREE CAPITAL DR, EDEN PRAIRIE, MN 55344-3890
11266376 +GRI EQY Sparkleberry Square LLC, c/o Aaron Kitlowski, Vice President & General Counsel Equity, 410 Park Avenue, Suite 1220, New York, NY 10022-9461
10201895 +GS Erie LLC, c/o Midtown Acquisitions, Attn: Jennifer donovan, 65 East 55th Street, New York, NY 10022-3219
8578296 +Garmin International, Inc., Attn: Andrew Etkind, 1200 East 151st Street, Olathe, KS 66062-3426
11556357 +Gelco Corporation dba Fleet Services, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
8615571 +General Growth Properties, Onc, c/o Robert L. LeHane, 101 Park Ave., New York, NY 10178-0002
8687309 Giant Eagle, Inc., c/o Darlene M. Nowak, Esq., Marcus & Shapira LLP, 35th Floor One Oxford Centre, Pittsburgh PA 15219
8686083 +Giant Eagle, Inc., 101 Kappa Drive, Pittsburgh PA 15238-2833
8888216 +Glenmoor Limited Partnership, c/o Kevin L. Sink, Attorney, P.O. Box 18237, Raleigh, NC 27619-8237
11571742 +Gloria Scarnati, PO Box 113524, Pittsburgh, PA 15241-5524
11336591 +Goodmill, LLC, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
11545727 Gravois Bluffs IIIm LLC, HSBC Bank USA NA, VonWin, Dept CH 163554, Palatine, IL 60055-6354
8614959 +Greece Ridge, LLC, c/o Thomas W. Daniels, 1265 Scottsville Rd., Rochester, NY 14624-5104
8601826 +Green 521 5th Avenue LLC, c/o Stempel Bennett Claman & Hochberg, P, 675 Third Avenue, 31st floor, New York, New York 10017-5721, Attn: Edmond P. O’Brien, Esq.
8719786 +Greenback Associates, c/o Trainor Fairbrook, Nancy Hotchkiss, Esq., 980 Fulton Avenue, Sacramento, CA 95825-4558
11281298 +Gregory Lee McCall, U.S.M # 15064-045/USP LOMPOC, 3901 Klein Blvd, Lompoc, CA 93436-2706
9923045 +HAMILTON SECURITY & INVESTIGATIONS, Claim #250, Amt. $19,505.50, 12764 Big Rock Way, Trenton, IL 62293-4557
10062971 +HAYDEN MEADOWS JV, Jill Hollowell, TMT DEVELOPMENT CO INC, 805 SW Broadway Ste 2020, PORTLAND, OR 97205-3360
8654027 HENRICO COUNTY, P.O. BOX 90775, HENRICO, VIRGINIA 23273-0775
10038975 +HITACHI AMERICA LTD, 900 HITACHI WAY, CHULA VISTA, CA 91914-3556
9890541 +HOWELLS HEATING & AC, PO BOX 2048, ASHLAND, VA 23005-5048
9237422 +HRB Digital LLC, f/k/a H&R Block DIgital Tax Solut, One H&R Block Way, Kansas City, MO 64105-1905
10037716 HSBC Bank USA NA, c/o Fujifilm USA, Inc., VonWin, Dept CH 16354, Palatine, IL 60055-6354
10603214 +Hallaian Brothers, a general partnership, 2416 W Shaw 104, Fresno, CA 93711-3303
9959350 +Hampton Mental Health Assoc, 2208 Executive Dr., Suite C, Hampton, VA 23666-6603
10832742 +Hardymon, James F., c/o Debt Acquisition Company of America, 1565 Hotel Circle South, Suite 310, San Diego, CA 92108-3419
8685598 Heartland Regional Medical Center, c/o Michael I. Mossman, Attorney at Law, P.O. Box 330129, Nashville, TN 37203-7501
10890500 +Heritage Plaza LLC, 9986 Manchester Rd., St. Louis MO 63122-1934
10585613 +Herndon, Thomas J, 9611 Custer Rd No 2138, PLANO, TX 75025-6524
8574843 +Hewlett Packard Company, c/o Roy Terry, Jr., 600 E. Main Street, 20th Floor, Richmond, VA 23219-2430
8578136 +Hewlett-Packard Company, Attn: Ramona Neal/Chris Patafio, 11307 Chinden Blvd., MS 314, Boise, ID 83714-1021
8672552 Hillson Electric Incorporated, c/o: Gary V. Fulghum, Seigfreid, Bingham, 2800 Commerce Tower, 911 Main Street, Kansas City, MO 64105
10144020 HireRight Solutions Inc., FKA USIS Commerical, c/o US Bank Corp. TrustServices, 60 Livingston Ave., EP-MN-WS3T, ST. Paul, MN 55107-2292
9253200 +Holiday Foliage, Inc., kristine Vanzutphen,, VP of Operations, 2592 Otay Center Dr., San Diego, CA 92154-7611

10848120 +Holiday Inn, c/o Debt Acquisition Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108-3419
9624585 Hollingsworth Capital Partners Intermodal LLC, J Calvin Ward Esq, PO Box 900, Knoxville, TN 37901-0900
8607208 +Home Depot USA, Inc., c/o Melissa S. Hayward, LOCKE LORD BISSELL & LIDDELL LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-2748
8582425 +Homero Alonso Mata, c/o David G. Reynolds, Esq., PO Box 1700, Corrales, NM 87048-1700
8581311 +Homero Mata, c/o David G. Reynolds, Esq., PO Box 1700, Corrales, NM 87048-1700
8840578 +Horizon Connections, Inc, c/o Robert Dodd & Associates, LLC, 303 S. Mattis, Ste. 201, Champaign, IL 61821-3070
10837242 +Houston Community Newspapers, c/o Debt Acquisition Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108-3419
9799737 +IBM Corporation, 1 New Orchard Rd, Armonk, NY 10504-1783
9799736 #IBM Corporation, c/o IBM Corporation, Bankruptcy Coordinator, 13800 Diplomat Dr., Dallas, TX 75234-8812
8596848 #+IBM Corporation, c/o Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
9959348 +ICI Dulux Paint Centers, P.O. Box 905066, Charlotte, NC 28290-5066
9912785 +ICT GROUP INC, 100 BRANDYWINE BLVD, NEWTOWN, PA 18940-4002
10256620 Ideal Technology Inc., HSBC Bank USA NA, Dept CH 16354, Palatine, IL 60055-6354, USA
8601627 +Illinois Dept. of Employment Security, Attorney General Section - 9th Floor, 33 S. State St., Chicago, IL 60603-2808
8981838 Imagination Entertainment, Kristen Fleming, COO, Attention: 6161 Santa Monica Blvd, Suite 100, Los Angeles, CA 90038
9662227 +Imagitas Inc, 48 Woerd Ave, Suite 101, Waltham, MA 02453-3824
8673700 +Impressions Marketing Group, 7951 Angleton Ct., Lorton, VA 22079-1012
10100137 Industriaplex, Inc., HSBC BANK USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
10029746 Industriaplex, Inc., HSBC Bank USA NA, Von Win, Dept CH 16354, Palatine, IL 60055-6354
8596898 #+InfoPrint Solutions Company, c/o IBM Corporation, ATTN: Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
9624583 Infogain Corporation, Julie H Rome Banks, Binder & Malter LLP, 2775 Park Ave, Santa Clara, CA 95050-6004
10201870 +Inland-SAU Greenville Point, LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8568677 Interstate Augusta Properties LLC, c/o Christine D. Lynch, Esq., Peter D. Bilowz, Esq., Gouslton & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
8680886 +Interstate Waste Services, c/o RMS Bankruptcy Recovery Services, P.O. Box 5126, Timonium, Maryland 21094-5126
10005948 +Invotex, Inc. d/b/a Invotex Group, c/o Longacre Opportunity Fund, LP, 1325 Avenue of the Americas, 28th Floor, New York, NY 10019-6583, Attn: Vladimir Jelisavcic
8825927 +Ion Audio, LLC, 200 Scenic View Drive, Suite 201, Cumberland, RI 02864-1847
8672723 +Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Bartlett Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610
9735918 +JOHNSTOWN SHOPPING CENTER LLC, c/o United States Debt Recovery V. LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9938076 JOURNAL STAR, 1 NEWS PLAZA, PEORIA, IL 61643-0001
10023940 JP Associates, 100 Naamans Rd, Ste. 5F, Claymont, DE 19703-2700, Attn: Mark Anchor
8596627 +JWC/Loftus LLC, 2595 Canyon Blvd. Suite 250, Boulder, CO 80302-6744
9105238 +Jack D Daniels, P.O. Box 215, Jonesborough, TN 37659-0215
8575334 +James Donaldson, Core Properties, Inc., 831 East Morehead St. Ste 445, Charlotte, NC 28202-2784
10452657 Jantzen Dynamic Corporation, c/o Peter D. Bilowz, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
9758865 +Jefferies Leveraged Credit Products, LLC, c/o Midtown Acquisitions LP, Attn: Jennifer Donovan, 65 East 55th St., New York, NY 10022-3219
9989589 John D Brush & Co Inc dba Sentry Group, 900 Linden Ave, Rochester, NY 14625-2700
9020448 +John E. Hilton, Carmody MacDonald, P.C., 120 South Central Ave., Suite 1800, Clayton, MO 63105-1726
8672551 John Rohrer Contracting Company, Inc., c/o: Gary V. Fulghum, Seigfreid, Bingham, 2800 Commerce Tower, 911 Main Street, Kansas City, MO 64105
8723692 +Johnson City Crossing L.P., 950 East Paces Ferry Road, Suite 975, Atlanta, GA 30326-1180
10403668 +Johnstown Shopping Center LLC, C/O United States Debt Recovery VIII,LP, 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
10403671 #+Johnstown Shopping Centre LLC, Matt McGill Project Manager, McGill Property Group, 4425 Military Trail Unit 202, Jupiter, FL 33458-4817
10403633 #+Johnstwon Shoppin Centre LLC, Matt McGill Project Mananger, McGill Property Group, 4425 Military Trail Unit 202, Jupiter, FL 33458-4817
10403635 Johnstwon Shopping Center LLC, C/O Kent Property Management, 6001 Landerhaven Dr Ste D, 4425 Military Trail Unit 202, Clevland, OH 44124
8684467 +K&G/Dearborn, LLC, c/o Jess R Bressi Esq, 19800 MacArthur Blvd Ste 500, Irvine CA 92612-2480
11326597 +KB Columbus I-CC LLC, c/o Seaport V LLC, 360 Madison Avenue, 22nd Floor, New York, NY 10017-7111
8701318 +KCOP Television (303), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
9169800 +KEF America, Inc., 10 Timber Lane, Marlboro, NJ 07746-1444
8748595 +KENTUCKY DEPARTMENT OF REVENUE, LEGAL BRANCH - BANKRUPTCY SECTION, ATTN: LEANNE WARREN, P O BOX 5222, FRANKFORT KY 40602-5222
8767332 +KPLR Television (8097), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395

8605100 +KPNX-TV (367), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8623647 +KSDK-TV (0361), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8581075 +KTNV Television (0869), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8701392 +KTTV Television (1795), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8623660 +KTVD-TV (8982), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8692432 +KTVI Television (372), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8581016 +KTVK/KASW Television (7070), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8623708 +KUSA-TV (0295), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8623704 +KXTV-TV (1475), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8687440 +Katsky Korins LLP, Attn: Steven H. Newman, Esquire, 605 Third Avenue, New York, NY 10158-1699
9880060 +Kelley, Walter W. for Sherwood Properties LLC, PO Box 70879, Albany, GA 31708-0879, USA
10837247 Kent & McBride PC, c/o Debt Acquisition Company of America, 1656 Hotel Circle South Suite 310, San Diego, CA 92108
8681046 +Kina Thompson, c/o Linda J. Brame, 111 W. Main St. P.O. box 700, Marion, IL 62959-0700
9870919 +Kirea Export Insurance Corporation, c/o Junghey June Yeum, 1114 Avenue of the Americas, New York, NY 10036-7703
8658711 +Klipsch, LLC, c/o Michael K. McCrory, BARNES & THORNBURG LLP, 11 S. Meridian Street, Indianapolis, IN 46204-3535
9306338 +Korea Export Insurance Corporation, c/o Duane Morris, Attn: William C. Heuer, 1540 Broadway, New York, NY 10036-4086
8578229 +L.G. Electronics USA, Inc, Attn: Brian Wehr % H. Jason Gold, Wiley Rein LLP, 7925 Jones Branch Dr., McLean, VA 22102-3365
8610452 +LA Dept of Revenue, PO Box 66658, Baton Rouge, LA 70896-6658
9624581 +LENOVO INC, MICHAEL ONEILL SR VP & GEN COUNSEL, 1009 THINK PL, MORRISVILLE, NC 27560-9002
9926240 +La Crosse Technology, 2817 Losey Blvd South, La Crosse, WI 54601-7366, Attn: Manda Shah
10356405 LaSalle Bank NA, as trustee for JPMCC 2004-PNC1, c/o Midland Loan Services, c/o Benesch Friedlander, 200 Public Square, Suite 2300, Cleveland, OH 44114-2378
10030159 +Labor Ready, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9949866 +Lacrosse Technology Ltd. Web Sales, 2809 Losey Blvd. South, Lacrosse, WI 54601-7366
10173719 +Lafayette Consolidated Govmt, P.O. Box 4308, Attn: Alarm Enforcement, Lafayette, LA 70502-4308
10787037 +Lancaster Propane Gas Inc, Lancaster Propane, PA, 2860 Yellow Goose Rd, Lancaster, PA 17601-1814
10772180 +Lancaster Propane Gas, Inc., c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
8617068 +Landmark Communications, Inc., c/o Paul A. Driscoll, Pender & Coward, P.C., 222 Central Park Avenue, Suite 400, Virginia Beach, VA 23462-3026
8672553 Lang Construction, Inc., c/o: Gary V. Fulghum, Seigfreid, Bingham, 2800 Commerce Tower, 911 Main Street, Kansas City, MO 64105
10837250 +Laredo Morning Times, c/o Debt Acquisition Company of America, 1565 Hotel Circle South Suite 310, San Diego, CA 92108-3419
10147240 Las Vegas Land & Development Company, c/o U.S Bank Corporate Trust, 60 Livingston Ave., St. Paul, MN 55107-2292
9927097 Laurier Furniture Ltd., Cl #1729, Amt. $67,841.48, 153 Boul Laurier #100, Laurier-Station, QC G0S1N0, Canada
10117819 LeClair Ryan, Professional Corporation, Contrarian Capital Management, LLC, 411 West Putman Ave. # 425, Greenwich, CT 06830
10115944 LeClairRyan, 951 E Byrd St., PO Box 2499, Richmond, VA 23218-2499
9075643 +Lenovo (United States) Inc., 1009 Think Place, Morrisville, NV 27560-9002
8578183 +Lexington Lion Weston I LP, c/o Brian P. Hall, 1230 Peachtree St., N.E., Suite 3100, Promenade II, Atlanta, GA 30309-3574
11261463 +Local Counsel for County of Alameda Treasurer- Tax, Jerrell E. Williams, Christopher S. Colby, VANDEVENTER BLACK LLP, P. O. Box 1558, Richmond, VA 23218-1558
10255039 +Longacre Institutional Opportunity Fund, L.P., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869, Attn: Vladimir Jelisavcic
9152691 +Longacre Opportunity Fund, L.P., 810 Seventh Avenue, 33rd Fl, New York, NY 10019-5869, Attn: Vladimir Jelisavcic
9810716 +Longacre Opportunity Offshore Fund, Ltd., 810 Seventh Avenue, 33rd Floor, New York, NY 10019-5869, Attn: Vladimir Jelisavcic
9111305 +Loren Stocker, d/b/a Vanity Internatinal, 1431 Camino Del Mar, Suite D, Del Mar, CA 92014-2572
10104157 +LumiSource Inc, c/o US bank Corporate Trust Services, 60 Livingston Ave., EP-MN-WS3T, St. Paul, MN 55107-2292
10607056 +MALIK, ALI I, 68 MARK SMITH DR, MANDEVILLE, LA 70471-5300
9246863 +MARTINAIR INC, P.O. BOX 485, SANDSTON, VA 23150-0485
8720848 MDS Realty II, LLC, c/o Meredith L. Yoder, Esq., Parker, Pollard & Brown, P.C., 6802 Paragon Place, Suite 300, Richmond, VA 23230-1655
11371417 +MDS Realty, LLC, c/o Midtown Acquisition, 65 East 55th St., New York, NY 10022-3219
9743038 MHW Warner Robins, LLC, c/o Corporate Propert Group Inc, 7332 Office Park Pl, Ste 101, Melbourne, FL 32940-8241

9740802 +MIA Brookhaven LLC, 1056 Wellington Way 200, Lexington, KY 40513-2000
11327519 +MINER FLEET MANAGEMENT GROUP, c/o Contrarian Capital Management, 411 West Putnam Avenue-Ste 425, Greenwich, CT 06830-6263
11555458 +MK KONA COMMONS LLC, RUSSELL K. KAUPU, THE MACNAUGHTON GROUP, 1288 ALA MOANA, SUITE 208, HONOLULU, HI 96814-4233
11556356 +MK Kona Commons LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
10093881 +MR Keene Mill 1 LLC, 1700 K Street, NW, Suite 600, Washington, DC 20006-3816
10389495 +Mack Pack, HSBC Bank USA NA, VonWin, Dept CH 163554, Palatine, IL 60055-0001
10389569 Mack Pack, HSBC Bank USA NA, VonWin, Dept. 163554, Palatine, IL 60055-6354
10295147 Madcow International Group Ltd, HSBC Bank USA NA, VonWin, Dept 16354, Palatine, IL 60055-6354
10153090 +Madison Waldorf LLC, 2300 Wilson Blvd 7th Floor, Arlington, VA 22201-5424
9152687 +Majesco Entertainment Company, 160 Raritan Center Parkway, Edison NJ 08837-3637, Attn: Adam Sultan
8608684 +Mall Properties and U.S. 41 & I-285 Company, c/o Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178-0060, Attn: Neil E. Herman
8691414 +Mallview Plaza Company, Ltd., c/o Carnegie Management and Development, 27500 Detroit Rd., Ste. 300, Westlake, Ohio 44145-5913
9994051 +Manatee County Florida, P.O. Box 1000, Bradenton, FL 34206-1000
11158866 +Manteca Stadium Park LP, c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
8701307 +Marco Portland General Partnership, Attention: Carol Southard, 29435 Weeping Willow Drive, Agoura Hills, CA 91301-4136
8567200 Mark Browning, Assistant Attorney General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711 2548
9112606 +Market Force Information, Inc., 248 Centennial Parkway, Suite 150, Louisville, CO 80027-1347
8693218 +Maryland Acquisitions, LLC, c/o Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
10452631 +Mathieu Rosinsky, 3450 Northlake Boulevard, Suite 210, Palm Beach Gardens FL 33403-1710
10084628 +McCracken Walker & Rhoads LLP, 123 South Broad Street, Philadelphia, PA 19109-1099, Attn: Joseph O’Neil, Jr.
8589705 +McKinley, Inc., c/o Seth A. Drucker, Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516
9956202 +Meadowbrook Village LP, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
9765589 +Mercer, Attn: Joanne Flowers, 777 S Figueroa St Ste 1900, Los Angeles, CA 90017-5817
10173428 +Mercury Tech Partners Inc., c/o Jefferies Leveraged Credit Pro. LLC, One Station Place, Three North, Stamford, CT 06902
10169143 +Mercury Tech Partners Inc., PO Box 906, Conover, NC 28613-0906
11235828 +Meridian Village LLC, c/o Charles Royce, K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158
9898468 +Metro Signs Inc., 23544 Hoover Road, Warren, MI 48089-1990
10374117 +Mibarev Depelopment I , LLC, c/o Thomas R Lynch, Bradley Arant Boult Cummings LLP, 1615 L Street, NW, Suite 1350, Washington, DC 20036-5668
10374122 +Mibarev Development I LLC, c/o Thomas R Lynch, 1615 L Street NW, Suite 1350, Washington, DC 20036-5668
10374119 +Mibarev Development I LLC, c/o Thomas R Lynch, Bradley Arant Boult Cummings LLP, 1615 L Street NW, Suite 1350, Washington, DC 20036-5668
10374163 Mibarev Development I, LLC, c/o Thomas R Lynch, Bradley Arant Boult Cummings LLP, Washington, DC 20036
9095984 Micro Product Distributors, 89450 NW 27th St., Miami, FL 33172
8592418 +Middle Tennessee Electric Membership Corporation, 555 New Salem Road, Murfreesboro, TN 37129-3390
9420703 +Midland Loan Services, Inc., Attn: Josh Azinger, 10851 Mastin, Suite 300, Overland Park, KS 66210-1690
10201910 +Midtown Acquisitions, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
11186132 +Midtown Acquisitions, DDR MDT Grandville Marketplace, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
11186127 +Midtown Acquisitions, re: DDR Highland Grove LLC, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
10201894 +Midtown Acquisitions LP, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
10908524 +Midtown Acquisitions LP, JPMorgan NY1-A436, 65 East 55th Street, New York, NY 10022-3219, Attn: Jennifer Donovan
10908529 Midtown Acquisitions LP, JPMorgan NY1-M138, East 55th Street, New York, NY 10022, Attn: Jennifer Donovan
11186129 +Midtown Acquisitions. LP, re: DDR Southeast Cortez, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
8644353 +Mike B. Dohrmann, 34945 N Karan Swiss Circle, Queen Creek, AZ 85143-4856
10089903 +Miller & Martin, 832 Georgia Avenue, Suite 1000, Volunteer Building, Chattanooga, TN 37402-2289
9881608 Millstein Industries LLC, Joshua M Farber Esq, Meyer Unkovic & Scott LLP, 1300 Oliver Building, Pittsburgh, PA 15222
11120524 +Mitac USA Inc., c/o Mathew Rosencrans, The Royal Bank of Scotland,plc, 600 Washington Blvd., Stamford, CT 06901-3726
10557022 +Mitsubishi Digital Electronics America, Inc., c/o Midtown Acquisitions L.P., 65 East 55th Street, 20th Floor, New York, New York 10022-3219, Attention: Jennifer Donovan
8582426 +Monarch Alternative Capital LP, c/o Andrew Herenstein, 535 Madison Ave., New York, NY 10022-4214

9319473 +Monarch Master Funding Ltd, 535 Madison Ave, 26th Floor, New York, NY 10022-4255
9973404 +Montage Inc., NW5803, P.O. Box 1450, Minneapolis, MN 55485-1450
9973405 +Montage Inc., 3050 Center Pointe Dr., Suite 50, Roseville, MN 55113-1180
10374015 +Montgomery County Trustee, c/o Matthew J. Ellis, attorney, 121 S. Third St., Clarksville, TN 37040-3403
10084629 +Montgomery McCracken Et Al, 123 South Broad Street, Philadelphia, PA 19109-1099, Attn: Joseph O’Neil, Jr.
10942682 +Myrtle Beach Farms Co.,Inc., c/o B. Keith Poston, PO Box 11070(29211-1070), Columbia, SC 29211-1070
10094670 +Myrtle Beach Farms Company, PO Box 11070, Columbia, SC 29211-1070
8583956 NPP Development LLC, c/o Christine D. Lynch, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
8667550 +National Glass & Gate, c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520-1415
9889146 +National Retail Properties, Inc., c/o David Byrnes, ESQ, 450 South Orange Ave., Suite 900, Orlando, FL 32801-3339
10490829 +National Service Alliance, Whitehead Randy, National Services Alliance NSA, 6762 South 1300 East, Salt Lake City, UT 84121-2719
10495194 +National Service Alliance, Inc., c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
9821271 Newmen Technology Co Ltd, Attn Fish Chou, Tongsheng Village, No 1Newmen Rd, Longhua, Shenzhen 518109, China
8697812 +Newport News Shopping Center, LLC, Paul K. Campsen, Kaufman & Canoles, P.C., 150 W. Main Street, Suite 2100, Norfolk, VA 23510-1681
8749372 +North American Roofing Services, Inc., c/o Doug Frankey, 3 Winner Circle, Arden, NC 28704-3156
8701894 #+Northeast Verizon Wireless, PO Box 3397, Bloomington, IL 61702-3397
9973402 +Northern California Compactors, P.O. Box 5489, Pleasanton, CA 94566-1489
10807702 +Nyko Technologies Inc, c/o United States Debt Recovery, X LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9938089 +OBSERVER DISPATCH, THE, MARY SCHOLEFIELD, 221 ORISKANY PLAZA, UTICA, NY 13501-1201
8669976 ++OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567
(address filed with court: Ohio Bureau of Workers’ Compensation, PO Box 15567, Columbus, Ohio 43215-0567)
8607718 OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, P.O. BOX 530, COLUMBUS, OH. 43216
8588482 +ON Corp US, Inc., ON Corp, c/o Olshan Grundman Frome Rosenzweig & W, 65 East 55th Street, New York, New York 10022-3219
11101467 ONICS,LLC, HSBC Bank, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9737581 +ORIX Capital Markets, LLC, c/o Gregory A. Cross, Esq., Venable LLP, 750 East Pratt Street, Suite 900, Baltomore, MD 21202-3157
11261454 +Office of the County Counsel, County of Alameda, John Thomas Seyman, 1221 Oak St., Suite 450, Oakland, CA 94612-4226
8596806 +Oklahoma County Treasurer, c/o Tammy Jones, 320 Robert S. Kerr, Oklahoma City, OK 73102-3457
9604796 +Olympus Corporation, c/o Olympus Imaging America Inc., 3500 Corporate Parkway, Center Valley, PA 18034-8229
11675273 +OmniMount Systems, Inc., c/o Ergotron, 1181 Trapp Road, Eagan, MN 55121-1325
9908391 +Onkyo USA Corporation, 18 Park Way, Upper Saddle River, NJ 07458-2353
9833008 +Optoma, 715 Sycamore Drive, Milpitas, CA 95035-7465, Attn: Karen Parsons
8681901 +Oracle USA, Inc., c/o Shawn M. Christianson, Buchalter Nemer, 333 Market St., 25th Floor, San Francisco, CA 94105-2126
8700430 +Orange Grove Apartments, LLC dba Camelback Center, c/o Valerie L. Marciano, Esq., Jaburg & Wilk, PC, 3200 North Central Avenue, #2000, Phoenix, Arizona 85012-2463
9134614 +Organizational Concepts Intl LLC, John R Kurhne, EVP & COO, 730 Second Avenue S Ste 730, Minneapolis, MN 55402-2449
11316257 +Osprey Audit Specialists, c/o Midtown Acquisitions LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8587594 +PNY Technologies, Inc., c/o Angela Abreu, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056
11555684 +POTOMAC FESTIVAL II LLC, C O WENDY D PULLANO, BREGMAN BERBERT SCHWARTZ & GILDAY LLC, 7315 WISCONSIN AVE STE 800 W, BETHESDA, MD 20814-3202
11336593 +PR Beaver Valley Limited Partnership, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
11336594 +PR Christiana, LLC, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
11336592 +PRGL Paxton, LP, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
10449107 PRICEGRABBER.COM, INC., c/o U.S. Bank Corporate Trust Services, 60 Livingston Ave., EP-MN-WS3T, St. Paul, MN 55107-2292
10159891 +Pacific Supply, 5005 Windplay Drive, Ste. 4, El Dorado Hills, CA 95762-9334
8569508 +Pamela Gale Johnson, Baker & Hostetler, LLP, 1000 Louisiana, Ste. 2000, Houston, TX 77002-5018
8699198 +Pan AM Equities, Inc., c/o Law Offices of David A. Greer PLC, 500 East Main Street, Suite 1225, Norfolk, Virginia 23510-2274
8578076 +Pan Am Equities, Inc., c/o Michael J. Sage, O’Melveny & Myers, 7 Times Square, New York, NY 10036-6524
10872193 Panattoni Contruction, Inc., HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine IL 60055-6354

8607210 +Parago, Inc., c/o Melissa S. Hayward, LOCKE LORD BISSELL & LIDDELL LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-2748
8571089 +Paramount Home Entertainment, c/o Michael L. Tuchin, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Fl., Los Angeles, CA 90067-6049
8691730 +Parker Bullseye LLC, c/o Joel T. Marker, McKay, Burton & Thurman, 170 South Main St., Suite 800, Salt Lake City, UT 84101-1656
11336588 +Parkside Realty, c/o Jeffrey Kurtzman, 1835 Marekt St. Ste 1400, Philadelphia, PA 19103-2945
8603698 +Pasadena Independent School District, c/o Dexter D. Joyner, Law Office of Dexter D. Joyner, 4701 Preston Avenue, Pasadena, Texas 77505-2050
8673969 +Patrick S. Longood, 8124 Hampton Spring Road, Chesterfield, Virginia 23832-2030
8593127 +Pelkar Muskegon, LLC, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
10162182 Pembrooke Crossing, LTD., c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
10017990 +Permission Data LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue # 425, Greenwich, CT 06830-6263
8615828 +Phoenix Property Company, c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
10074934 +Phoenix Property Company, c/o Mark Mullin, Haynes & Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
8601078 +Pima County Treasurer & Pima County, Arizona, c/o Pima County Attorney’s Office, 32 N. Stone Avenue, Ste 2100, Tucson, AZ 85701-1458
8785786 Pinnacle Systems, Inc., c/o Bill Coats, Esq., White & Case LLP, 3000 El Camino Real, 5 Palo Alto Sq., Palo Alto, CA 94306
8785819 Pinnacle Systems, Inc., c/o William Sloan Coats/Peter J. Carney, WHITE & CASE LLP., 3000 El Camino Real,5 Palo Alto Sq., 9th, Palo Alto, CA 94306
11567998 +Pioneer Electronics USA Inc, c/o United States Debt Recovery, XI LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9942561 Pittsburgh Post Gazette, 34 Boulevard of the Allies, Pittsburgh, PA 15222-1204, Attn: Henry Gorman
10821370 +Planet Replay , LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
8670516 +Plantation Point Development, LLC, c/o Lyndel Anne Mason, CAVAZOS HENDRICKS POIROT & SMITHAM P.C., 900 Jackson St.,Ste 570, Founders Sq., Dallas, TX 75202-2413
8600376 Platform-A Inc., HSBC Bank USA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
8655675 +Plaza Las Americas, Inc., c/o Holland & Knight LLP, James H. Rollins, Esq., Suite 2000, One Atlantic Center, 1201 West Peachtree Street, N.E., Atlanta, GA 30309-3449
8589805 +Polaris Circuit City, LLC, 8800 Lyra Drive, Suite 550, Columbus, Ohio 43240-2107, Attn: Franz A. Geiger
8692842 +Port Arthur Holdings, III, Ltd., c/o David H. Cox, Esq., Jackson & Campbell, PC, 1120 20th Street, NW, Suite 300-S, Washington, DC 20036-3437
11556358 +Potomac Festival II, LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
8710856 +Power Sales, Attn: Toni Evans, 801 N Meadowbrook, Olathe, KS 66062-5443
8615097 +PrattCenter, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
9110851 +Premier Resources International, LLC, 7905A Cessna Avenue, Gaithersburg, Maryland 20879-4113
8685620 +Pretlow & Pretlow, P.C., 200 N. Main Street, Suffolk, VA 23434-4421
8685623 +Pretlow & Pretlow, PC, 200 N. Main Street, Suffolk, VA 23434-4421
8648811 +PriceGrabber.com, Inc., c/o Joseph D. Frank, Frank/Gecker LLP, 325 North LaSalle Street, Suite 625, Chicago, Illinois 60654-6465
8586830 +Prince George’s Station Office, LLC, c/o Taylor Development and Land, 7201 Wisconsin Avenue, Suite 500, Bethesda, MD 20814-4848
8586669 +Prince George’s Station Retail, LLC, c/o Taylor Development and Land, 7201 Wisconsin Avenue, Suite 500, Bethesda, MD 20814-4848
9735689 +Prince Georges Station Retail, LLC, c/o William C. Crenshaw, 901 New York Avenue, N.W., Washington, DC 20001-4432
8604948 +Public Service of North Carolina, c/o David B. Wheeler, Esq., Moore & Van Allen PLLC, P.O. Box 22828, Charleston, SC 29413-2828
9905456 PuntoAparte Communications, Inc, Orlando J. Salichs, President, PO Box 906636, San Juan, PR 00906
10123721 +Quality Project Management, LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
10168307 R.J. Ventures, LLC, c/o Contrarian Capital Management, 411 West Putman Ave. # 425, Greenwich, CT 06830
10168603 +RJ Ventures, LLC, c/o Jess Bressi, Esq., Luce Forward Hamilton & Scripps LLP, 2050 Main Street, Suite 600, Irvine, CA 92614-8261
10287691 +RJ Ventures, LLC, 1801 Avenue of the Stars, Suite 920, Los Angeles, CA 90067-5803
8593049 +RLV Village Plaza, LP, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
8593124 +RLV Vista Plaza, LP, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
9938080 +ROCKFORD REGISTER STAR, PO BOX 439, ROCKFORD, IL 61105-0439
8593048 +Ramco JW, LLC, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
8593047 +Ramco West Oaks I, LLC, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037

9822511 Rancon Realty Fund IV, Ronald K Brown Jr, Law Offices of Ronald K Brown Jr APC, 901 Dove St Ste 120, Newport Beach, CA 92660-3018
8582821 Ray Mucci's Inc., c/o Christine D. Lynch, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
8593126 +Rebs Muskegon, LLC, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
10415273 +Red Mtn. Asst Fund,I, LLC, Successor to The City Portfolio, LLC, c/o Contrarian Capital Mgt. LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
11781963 +Red Rose Commons, L.P., c/o Jeffrey Kurtman, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945
8656186 +Reliance Figueroa Associates, L.P., c/o Lambert Development LLC, 5 Hanover Square, New York, NY 10004-2614
8656800 +Reliance Figueroa Associates, L.P., c/o Aaron R. Cahn, Carter Ledyard & Milburn LLP, Two Wall Street, New York, New York 10005-2072
10619000 Remount Road Associates LLC, c/o Jefferies Leveraged Credit Product, One Station Place, Three North, Stamford, CT 06902
10026116 +Reporter Herald, 201 E. 5th St., P.O. Box 59, Loveland, CO 80539-0059
9740799 +Retail Data LLC, PO Box 6691, Richmond, VA 23230-0691
9740800 +Retail Data LLC, Chris Ferguson, 2235 Staples Mill Rd, Ste 300, Richmond, VA 23230-2942
9758862 +Retail MDS Inc., 2909 Sunset Ave., Norristown, PA 19403-4419
9840411 +Retail Property Group, 101 Plaza Real South, Suite 200, Boca Raton, FL 33432-4856
8703450 Richard T. Miller, Jr., Attn: Neil E. McCullagh, Esq., Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
9950330 +Richmond Times Dispatch, Richmond Newspapers, PO Box 27775, Richmond, VA 23261-7775
9937994 +Richmond Times Dispatch, c/o Contraian Capital Management, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
10028638 +Ricmac Equities Corporation, c/o Contrarian Capital Management LLC, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
10028639 +Ricmac Equities Corporation, Attn Janet M Meiburger, The Meiburger Law Firm PC, 1493 Chain Bridge Rd Ste 201, McLean, VA 22101-5726
8590045 +Ritz Motel Company, c/o Seth A. Drucker, Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516
10032308 +Rival Communications, 921 Washington Ave., Hagerstown, MD 21740-5258
10201916 +Riverdale Retail Associates, LC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
8673707 +Riverside Claims LLC, P.O. Box 626, New York, NY 10024-0626
8673699 +Riverside Claims LLC, P.O. Box 626, Planetarium Station, New York, NY 10024-0626
10908525 +Robert Klyman, JPMorgan Chase Bank, Mail Code: NY1-M138, 383 Madison Ave, 237th Fl., New York, NY 10179-0001, Attn: Jeff Panzo
8723691 +Ronus Meyerland Plaza L.P., 3290 Northside Parkway, Suite 250, Atlanta, GA 30327-2215
10437747 +Rossmoor Shops LLC, c/o Capital Sources, LLC, One University Plaza, Ste 312, Hackensack, NJ 07601-6205
8568676 Route 146 Millbury LLC, c/o Christine D. Lynch, Esq., Peter D. Bilowz, Esq., Gousltom & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
11130445 +Rusin Maciorowski & Friedman, 10 S Riverside Plaza, Suite 1530, Chicago, IL 60606-3833
8568678 S.R. Weiner & Associates Inc., c/o Christine D. Lynch, Esq., Peter D. Bilowz, Esq., Gousltom & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
10917766 +SANTA ROSA TOWN CENTER LLC, c/o United States Debt Recovery X LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8593405 +SAP Retail, Inc. and Business Objects, c/o Brown & Connery LLP, 6 North Broad Street, Woodbury, NJ 08096-4635
9937993 +SBLM Architects PC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
9679507 +SCC San Angelo Partners Ltd A Texas Limited Partne, Attn Joseph Friedman, co Kane Russell Coleman & Logan PC, 3700 Thanksgiving Tower, 1601 Elm St, Dallas, TX 75201-4701
11571303 +SJ COLLINS ENTERPRISES LLC ET AL, ATTN JAMES S CARR ESQ, KELLEY DRYE & WARREN LLP, 101 PARK AVE, NEW YORK, NY 10178-0062
10201865 +SM Newco Hattiesburg, LLC, c/o Midtown Acquisitions, LP, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10766360 +SPECIFIC MEDIA LLC F/K/A SPECIFIC MEDIA INC, c/o United States Debt Recovery, X LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9938134 STATE JOURNAL REGISTER, THE, P O BOX 219, SPRINGFIELD, IL 627050219
10585614 +STEINBACH DAVID, 32002 N 19TH LN, PHOENIX, AZ 85085-7097
11664631 +SWEETWATER ASSOCIATES LIMITED PARTNERSHIP, c/o Contratian Capital Management LLC, 411 West Putnam Ave., Ste 425, Greenwich, CT 06830-6263
10892643 +Sacco of Maine, LLC, c/o Goldman & Van Beek, P.C., John P. Van Beek, Esq., Neil D. Goldman., 510 King Street, Suite 416, Alexandria, VA 22314-3142
8868285 +Salamander Designs, Attention: Salvatore R. Carraba, 811 Blue Hills Avenue, Bloomfield, CT 06002-3709
8578159 +Samsung Electronics America, Inc., Phillip J. Landau, Esq., Akerman Senterfitt, 350 E. Las Olas Blvd, Ste. 1600, Ft. Lauderdale, FL 33301-4247
8659743 +Samsung Electronics America, Inc., Attn: Joseph McNamara, 105 Challenger Rd., Ridgefield Park, NJ 07660-2113
8749458 +Sara L. Chenetz, Esq., Sonnenschein Nath & Rosenthal LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5709
8619522 +Savitri Cohen, c/o Ronald G. Dunn, 40 Beaver St., Albany, NY 12207-1530
8616777 +Savitri Cohen, c/o Ronald G. Dunn, Gleason, Dunn, Walsh & O'Shea, 40 Beaver Street, Albany, New York 12207-1502
9665811 +Scoggin Worldwide Fund Ltd, 660 Madison Ave, New York, NY 10065-8405

9697203 +Scoggin Worldwide Fund, Ltd., Attn: Nicole Kramer, 660 Madison Ave., New York, NY 10065-8405
8975901 +Screamin Express, 1112 Little Spring Hill Dr, Ocoee, FL 34761-1829
10801759 +Scripps Networks Interactive, Inc., 1180 Avenue of the Americas, New York, NY 10036-8406
10356404 +Seaport V LLC, c/o The Seaport Group LLC, 360 Madison Avenue, New York, NY 10017-7138
9059599 +Seferino Sanchez, 1511 North California, Chicago, IL 60622-1673
9735214 +Sennheiser Electronic Corp., 1 Enterprise Drive, Old Lyme, CT 06371-1568
8580933 +Sharp Electronics Corporation, c/o Borges & Associates, LLC, Counsel for Sharp Electronics, 575 Underhill Blvd. - Ste 118, Syosset, NY 11791-3438
9623538 +Shelbyville Road Plaza LLC, Kevin A Lake Esq, PO Box 1558, Richmond, VA 23218-1558
9875681 +Sherwood Properties LLC, PO Box 70879, Albany, GA 31708-0879, USA
8623541 +Shimenti Construction Company LLC, 118 North Bedford Road, Mount Kisco, New York 10549-2553
8578297 +Simon Property Group, Inc., Attn: Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN 46204-3438
10846066 +Sir Barton Place LLC, c/o United States Debt Recovery, X LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8606930 Sir Barton Place, LLC, c/o John P. Brice, WYATT, TARRANT & COMBS, LLP, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746
8577090 +Sirius XM Radio, Inc., c/o Eric D. Goldberg, Stutman, Treister & Glatt, 1901 Avenue of The Stars, 12th Floor, Los Angeles, CA 90067-6013
9278209 +Site A, LLC, Ann K. Crenshaw, Esq. & Paul K. Campsen,, Kaufman & Canoles, P.C., 2101 Parks Avenue, Suite 700, Virginia Beach, VA 23451-4160
9854100 +Sitoa Corporation, Calbert Lai CEO & President, 981 Industrial Rd Ste C, Suite 1400, San Carlos, CA 94070-4150
9754598 #+Slam Brands, Inc., 19175 163rd CT NE, Woodinville, WA 98072-6430
9738331 +Smart Micro USA No 1 LP, 1055 Trend Dr Ste 103, Carrollton, TX 75006-5462
9662134 Sonnet Investments, LLC, c/o Terra Enterprises Inc., 11812 San Vicente Blvd., Suite 510, Los Angeles, CA 90049-5081
8582379 +Sony Electronic, Inc, c/o Lloyd Sarakin, 1 Sony Drive, MD #1E-4, Park Ridge, NJ 07656-8002
8825783 Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127-1898
8620865 +Sony Pictures Entertainment Inc., c/o Sara L. Chenetz, Esq., Sonnenschein Nath & Rosenthal LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017-5709
8749457 +Sony Pictures Home Entertainment Inc., c/o Paul M. Black, Esq., Spilman Thomas & Battle, PLLC, P. O. Box 90, Roanoke, VA 24002-0090
10252990 +Source Interlink Distribution LLC, c/o Contrarian Capital Management, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
10252989 +Source Interlink Media LLC, c/o Source Interlink Companies Inc, 27500 Riverview Center Blvd, Ste 400, Bonita Springs, FL 34134-4331
8604947 +South Carolina Electric & Gas Company, c/o David B. Wheeler, Esq., Moore & Van Allen PLLC, P.O. Box 22828, Charleston, SC 29413-2828
10201900 +Southeast Rome, L.L.C., c/o Developers Diversified Realty, Corporation, 3300 Enterprise Parkway, Beachwood, OH 44122-7200
11134107 +Southland Acquisitions LLC Lease No 3634, c/o United States Debt Recovery XI LP, 940 Southwood Blvd # 101, Incline Village, NV 89451-7401
8657405 +Southland Acquisitions, LLC, c/o United States Debt Recovery, XI LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9604800 +Southpaw Credit Opportunity Master Fund LP, 2 West Greenwich Office Park, 1st Floor, Greenwich, CT 06831-5155
9735694 +Southpaw Koufax, LLC, c/o Midtown Acquisitions, Attn: Lorraine Conti/Lourdes Manent, 65 East 55th Street, 19th Floor, New York, NY 10022-3355
8886304 +St. Cloud Associates, c/o Adam M. Spence, Spence & Buckler, P.C., (Brandywine/CircuitCity), P.O. Box 20369, Baltimore, MD 21284-0369
8639905 +State of Michigan, Department of Treasury, 3030 W. Grand Blvd., Suite 10-200, Detroit, MI 48202-6030
8826229 +Sylvania Lighting Services, 100 Endicott Street, Danvers, MA 01923-3781
10066264 +THE WEST CAMPUS SQUARE CO LLC, C/O UNITED STATES DEBT RECOVERY, V, LP, 940 SOUTHWOOD BLVD # 101, INCLINE VILLAGE, NV 89451-7401
11725814 +THQ Inc., c/o United States Debt Recovery, VIII LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9075509 +THQ, Inc., c/o United States Debt Recovery, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9229548 +THQ, Inc., 101 W. 103rd Street, Indianapolis, IN 46290-1102
10294555 +THQ, Inc., c/o United States Debt Recovery, 940 Southward Blvd, # 101, Incline Village, NV 89451-7401
8569340 +THQ, Inc., c/o Jeffer Mangels Butler & Marmaro LLP, 1900 Avenue of the Stars 7th Floor, Los Angeles, CA 90067-4308, Attn: David M. Poitras P.C.
8641143 +TKG Coffee Tree, L.P., c/o Eugene Chang, Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716
9233671 +TN Dept of Labor & Workforce Dev-Unemployment Ins, c/o TN Atty. General, Bankruptcy Div., P.O. Box 20207, Nashville, TN 37202-4015
9125174 +TN Dept. of Treasury - Unclaimed Property, c/o TN Atty. General, Bankruptcy Div., P.O. Box 20207, Nashville, TN 37202-4015
8571856 +TPG Management Inc., c/o John L. Senica, 225 W. Washington, Suite 2600, Chicago, IL 60606-3439
11388334 +TRANE US INC, C O WAGNER FALCONER & JUDD LTD, MARK O ANDERSON, 1700 IDS CTR, MINNEAPOLIS, MN 55402-8664
10493730 +TRC Associates, LLC, c/o Samco Properties, Inc., 455 Fairway Drive Suite 301, Deerfield Beach, FL 33441-1815

11139135 +TXU Energy Retail Company LLC, Robert S. Westermann, Esq., Hirschler Fleischer, 2100 East Cary Street, Richmond, Virginia 23223-7270
10036409 +Tampa Tribune, 202 South Parker Street, Tampa, FL 33606-2395, Attn: Joyce Rosenthal
8566899 +Taubman Landlords, c/o The Taubman Landlords, Attn. Andrew S. Conway, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324
8596783 +Tax Collector of Madison County, AL., c/o Lynda Hall, 100 Northside Sq., Huntsville, AL 35801-8815
8614653 +The City of New York, ATTN: Gabriela Cacuci, 100 Church St. Room 5/223, New York, NY 10007-2604
9024540 +The Columbus Dispatch, c/o Carl A. Eason, Equire, Convergence Center IV, 301 Bendix Road, Suite 500, Virginia Beach, VA 23452-1388
8888934 +The Dispatch Printing Co., 34 South Third Street, Columbus, OH 43215-4201
8575594 +The Goldenberg Group, c/o Jeffrey Kurtzman, 260 S. Broad Street, Philadelphia, PA 19102-5021
8719785 +The Marvin L. Oates Trust, c/o Trainor Fairbrook, Nancy Hotchkiss, Esq., 980 Fulton Avenue, Sacramento, CA 95825-4558
8603636 +The McClatchy Company, et al., c/o Paul J. Pascuzzi, Felderstein Fitzgerald, Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434
8578816 +The Miner Corporation, c/o Ray Battaglia, OPPENHEIMER, BLEND, ET.AL., 711 Navarro, Suite 600, San Antonio, Texas 78205-1796
9662140 +The Seaport Group LLC, 360 Madison Avenue, 22nd Floor, New York, NY 10017-7138
8577766 +The Ziegler Companies, c/o Mitchell Weitzman, 2300 Wilson Blvd. 7th Floor, Arlington, VA 22201-5424
8633296 +Thirty & 141, L.P., John E. Hilton, Carmody MacDonald, 120 S. Central Ave., Ste. 1800, Clayton, MO 63105-1726
9229461 +Thomson Inc., f/k/a Thomson Multimedia, Inc., 101 W 103rd Street, Indianapolis, IN 46290-1102
9956208 +Topline Appliance Depot, Inc., c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
8574859 +Toshiba America Consumer Products, LLC, c/o Jeremy S. Friedberg, One Corporate Center, 10451 Mill Run Circle, Suite 1000, Owings Mills, Maryland 21117-5519
8571346 +Toshiba America Consumer Products, LLC, 82 Totowa Road, Wayne, NJ 07470-3191
8571347 +Toshiba America Information Systems, Inc., 9740 Irvine Blvd., Irvine, CA 92618-1608
10682787 Tourbillon Corporation, c/o Jefferies Leveraged, One Station Place, Three North, Stamford, CT 06902
11392611 +Trane US, Inc., c/o Contrarian Capital Management LLC, 411 West Putnam Avenue--Suite 425, Greenwich, CT 06830-6261
8582354 +Travelers, One Tower Square, 5MN, Hartford, CT 06183-0002, ATTN: Mike Lynch
8691381 +Traverse Square Company, Ltd., c/o Carnegie Management and Development, 27500 Detroit Rd., Ste. 300, Westlake, Ohio 44145-5913
10455424 Triangle Equities Junction LLC, HSBC Bank USA NA, VonWin--Dept CH 163554, Palatine, IL 60055-6354
9120600 +Trout Segall & Doyle Winchester Properties, 9690 Deereco Road, Timonium, MD 21093-6978
9927288 Tulsa World, Cl #1419 & 5733, Amt. 43,836.95, 315 Boulder Ave, Tulsa, OK 74102-1770
11064258 +Tysons 3 LLC, c/o Contrarian Capital Management LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
8566065 +Tysons 3, LLC and its management agent, The Ziegler Companies, LLC, c/o Mitchell B. Weitzman, Esq., Bean Kinney & Korman, PC, 2300 Wilson Blvd., 7th Floor, Arlington, VA 22201-5424
8577745 +Tysons3, LLC, c/o Mitchell Weitzman, 2300 Wilson Blvd., 7th Floor, Arlington, VA 22201-5424
8632561 +UBI Soft, Inc., c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520-1415
8588378 +UPS Ground Freight, Inc., c/o Faye Feinstein/Christopher Combest, Quarles & Brady LLP, 500 W. Madison St., Suite 3700, Chicago, IL 60661-4591
9095986 +US Debt Recovery III, LP, c/o Midtown Aquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
9624692 +US Debt Recovery LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 EAst 55th Street, New York, NY 10022-3219
8708084 #+US Debt Recovery LLC, PO Box 5241, Incline Village, NV 89450-5241
9624557 +US Debt Recovery V, LP, c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
11502003 +US Debt Recovery XI, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8703678 US Signs, Inc., c/o U.S. Bank Corporate Trust Services, 60 Livingston Avenue, EP-MN-WS3T, St. Paul , MN 55107-2292
8615098 +UTC I, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th St., New York, NY 10022-3219
8588377 +United Parcel Service, Inc., c/o Faye Feinstein/Christopher Combest, Quarles & Brady LLP, 500 W. Madison St., Suite 3700, Chicago, IL 60661-4591
11515254 +United States Debt Recovery III LP, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11725833 +United States Debt Recovery III LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11725834 +United States Debt Recovery IV LLV, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11725813 +United States Debt Recovery V LP assignee of, Faber Brothers Inc., 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11689114 +United States Debt Recovery V, L.P., c/o Farallon Capital Management, LLC, One Maritime Plaza Suite 2100, San Francisco, CA 94111-3511, Attn: Michael Linn
11725812 +United States Debt Recovery VLP Assignee of, Enid Two LLC, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11702653 +United States Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11725830 +United States Debt Recovery, LLC, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085

11725871 +United States Debt Recovery, V LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
10153079 +Universal Display and Fixtures Company, c/o Robert D. Albergotti, Esq., Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
8695517 +Universal Remote Control, Inc., c/o Rattet Pasternak & Gordon-Oliver, LL, 550 Mamaroneck Avenue, Suite 510, Harrison, NY 10528-1609
8566500 +UrbanCal Oakland, II LLC, c/o Baker & Hostetler, LLP, ATTN: Laura Lawton Gee, 1000 Louisiana Street, Suite 2000, Houston, TX 77002-5018
10806929 +VIWY LP, c/o United States Debt Recovery, X LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
9673472 +Vadim Rylov, c/o Righetti Law Firm, P.C., 456 Montgomery Street, Ste. 1400, San Francisco, CA 94104-1247
8615099 +Valley Corners Shopping Center, LLC, c/o Amy Pritchard Williams, 214 North Tryon Street, Suite 4700, Charlotte, NC 28202-2367
8691506 +Verizon Inc., 404 Brock Drive, Bloomington, IL 61701-2654
10032307 +Viking Termite & Pest Control, P.O. Box 230, Bound Brook, NJ 08805-0230
9965630 +Vision Communications Co., P.O. Box 598, Lakewood, CA 90714-0598
8868289 +VonWin Capital Management, LP, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
9116448 +VonWin Capital Management, LP, Attn: Roger Von Spiegel, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
8868287 +VonWin Capital Management, LP, Attn: Roger Von Spiegel, Managing Direc, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
8605185 +WATL-TV (3477), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
9916358 +WBCMT 2005C21 S Ocean Gate Ave LimitedPartnership, c/o Mindy A. Mora, Crown CCL LLC, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
9965631 +WBNX TV, c/o Szabo Associates, Inc., 2255 Lenox Rd NE, 9th Fl., Atlanta, GA 30324-4305
8633430 +WBNX-TV (2749), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
10900731 +WCC Properties, LLC, c/o Douglas A. Scott, PLC, 1805 Monument Ave., Suite 311, Richmond Virginia 23220-7005
8701781 +WEC 99A-2, LLC, 116 Gulfstream Road, Palm Beach, Florida 33480-4708, Attn: Robert K. Wood
11524609 +WEINGARTEN NOSTAT INC, c/o Contrarian Capital Management, 411 West Putnam Ave. # 425, Greenwich, CT 06830-6263
11524610 +WEINGARTEN REALTY INVESTORS, ATTN JENNY J HYUN ESQ, 2600 CITADEL PLZ DR STE 125, HOUSTON, TX 77008-1351
9908757 +WEISER SECURITY SERVICES INC, PO BOX 51720, NEW ORLEANS, LA 70151-1720
8572555 +WEND-FM Radio/WRFX-FM Radio, c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8680609 +WESH Television (72), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8680080 +WFLA Television (78), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8680604 +WFTS Television (1742), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8581096 +WFTX Television (8669), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8592226 +WGAL-TV (0762), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8605098 +WHP-TV (5666), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8680138 +WKCF Television (8783), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8605133 +WKYC-TV (2038), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8605053 +WLYH-TV (507), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8692484 +WMAR Television (158), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8592232 +WNCN-TV (8602), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8613532 +WOFL Television (862), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8819815 +WPBF Television 6663, c/o Szabo Associates, Inc., 3355 Lenox Road NE, Ste. 945, Atlanta GA 30326-1357
9923105 +WPVI TV, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
8611389 +WRBW Television (7079), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
11388335 +WRI CAMP CREEK MARKETPLACE II LLC, ATTN JENNY J HYUN ESQ, C O WEINGARTEN REALTY INVESTORS, 2600 CITADEL PLAZA DR STE 125, HOUSTON, TX 77008-1351
11392802 +WRI Camp Creek Marketplace II, LLC, c/o Contrarian Capital Management, 411 West Putnam Ave.-Suite 425, Greenwich, CT 06830-6263
11388336 WRI OVERTON PLAZA LP, c/o Contrarian Capital Management, LLC, 411 West Putman Avenue--Suite 425, Greenwich, CT 06830
8680608 +WSOC Television (227), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1395
8623705 +WTSP-TV (6307), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
8623567 +WUSA-TV (0518), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394

8605048 +WXIA-TV (0277), c/o Szabo Associates, Inc., 3355 Lenox Road NE, 9th Floor, Atlanta, GA 30326-1394
10598159 +Walnut Capital Partners-Lincoln Place, c/o Midtown Acquisitions, 65 E. 55th Street, 20th Floor, New York, NY 10022-3219
10975916 Warner Home Video, Division of Warner Bros Home Entertainme, c/o Contrarian Capital Management, 411 West Putman Avenue, Suite 425, Greenwich, CT 06830
9105240 +Washington County Tennessee Trustee, Jack D Daniels, P.O. Box 215, Jonesborough, TN 37659-0215
8691383 +Water Tower Square Limited Partnership, c/o Carnegie Management and Development, 27500 Detroit Rd., Ste. 300, Westlake, Ohio 44145-5913
8588453 +Watercress Assoc., LP, LLP, dba Pearlridge Ctr., c/o Douglas D. Kappler, Esq., Levene, Neale, Bender, Rankin & Brill, 10250 Constellation Blvd # 1700, Los Angeles, CA 90067-6253
8698394 +Wayne VF, LLC and Vornado Realty Trust, c/o W. Williams, Wilson Elser, 8444 Westpark Dr #510, Mclean VA 22102-5138
8698392 +Wayne VF, LLC and Vornado Realty Trust, c/o Walter L. Williams, Esquire, Wilson Elser Moskowitz Edelman & Dicker,, 8444 Westpark Drive - Ste. 510, McLea, VA 22102-5138
8578345 +Weidler Settlement Class, Attn: C. Jones & Martin Fletcher, Whiteford Taylor & Preston LLP, 3190 Fairview Park Dr., Ste. 300, Falls Church, VA 22042-4559
8570467 +Weingarten Realty Ivestors, c/o Jenny J. Hyun, 2600 Citadel Plaza Drive, Houston, TX 77008-1390
8570466 +Weingarten Realty Ivestors-WRI, c/o Robert L. LeHane, Kelley Drye & Warren, 101 Park Ave., New York, NY 10178-0062
8570465 +Weingarten Realty Ivestors-WRI, c/o James S. Carr, Kelley Drye & Warren, 101 Park Ave., New York, NY 10178-0062
10876836 +Wells Fargo Bank, N.A., as Trustee for the Registe, 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131-3456
9589041 +Wells Fargo Business Credit, Inc., John M. Stewart, Senior Vice President, 100 East Wisconsin Avenue, Suite 1400, Milwaukee, WI 53202-4107
9929618 +Wells Fargo Shareowner SVCS, c/o Argo Partners, 12 West 37th Street, 9th Floor, New York, NY 10018-7480
10143355 Westlake Limited Partnership, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 6055-6354
9935601 +Wilbur Co, J, PO Box 413066, Kansas City, MO 64141-3066
9472935 +William E. Butler, as General Receiver, c/o David E. Eash, 221 N. Wall, # 500, Spokane, WA 99201-0824
8681045 +William Gower, c/o Linda J. Brame, 111 W. Main St. P.O. box 700, Marion, IL 62959-0700
8574760 +Williamson County et al, co Michael Reed, P.O. Box 1269, Round Rock, TX 78680-1269
9923111 +Winchester Star, Cl# 595687, Amt. $7,539.18, 2 North Kent St, Winchester, VA 22601-5038
8700961 +Windsail Properties LLC, Brenda Moody Whinery, Esq., Mesch Clark & Rothschild PC, 259 North Meyer Avenue, Tucson AZ 85701-1090
9372020 +Wireless Solutions LLC, 2720 E Phillips Rd, Greer, SC 29650-4815
8683953 Woodlawn Trustees, Incorporated, c/o Michael P. Falzone, Hirschler Fleischer, PC, P.O. Box 500, Richmond, VA 23218-0500
9878410 Wyoming Tribune Eagle, 702 W. Lincoln Way, Cheyenne, WY 82001-4397
8683086 +Yellow Transporation, c/o RMS Bankruptcy Recovery Services, P.O. Box 5126, Timonium, Maryland 21094-5126
8683088 +Yellow Transportation, c/o RMS Bankruptcy Recovery Services, P.O. Box 5126, Timonium, Maryland 21094-5126
10140981 iDeal Technology Inc., HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
10180515 +iGate Global Solutions, c/o Jonathan S. Storper, Esq., Hanson Bridget LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401, Telephone: 415-777-3200
10180532 +iGate Global Solutions, Limited, c/o Emily M. Charley, Esq., Hanson Bridgett LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401, Telephone: 415-777-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty +E-mail/Text: sharon.floyd@fortworthtexas.gov May 09 2013 02:28:12 Christopher B. Mosley, City of Fort Worth, 1000 Throckmorton Street, Fort Worth, TX 76102-6311
aty +E-mail/Text: ecfnotifications@penderlaw.com May 09 2013 02:32:48 Clive N. Morgan, 6712 Atlantic Boulevard, Jacksonville, FL 32211-8730
aty +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Elizabeth Weller, Linebarger Goggan Blair & Sampson,LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644
aty +E-mail/Text: gcunningham@gmhlaw.com May 09 2013 01:51:43 Gary H. Cunningham, Giarmarco Mullins & Horton, 101 W. Big Beaver Rd, Floor 10, Troy, MI 48084-5280
aty +E-mail/Text: bpatrick@smithcashion.com May 09 2013 01:51:59 H. Brent Patrick, Smith Cashion & Orr, PLC, 231 Third Avenue North, Nashville, TN 37201-1603
aty +E-mail/Text: jsdlaw@msn.com May 09 2013 01:50:30 J. Scott Douglass, 909 Fannin, Ste. 1800, Houston, TX 77010-1016
aty E-mail/Text: JKrieger@greenbergglusker.com May 09 2013 02:39:42 Jeffrey A. Krieger, Greenberg Glusker Fields, et al, 1900 Avenue of the Stars, Suite 2100, Los Angeles, CA 90067-4590
aty +E-mail/Text: lucian@blankrome.com May 09 2013 01:42:53 John E. Lucian, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103-6998
aty +E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 John P. Dillman, Linebarge Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064
aty +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 09 2013 01:48:29 S. James Wallace, Griffith, McCague & Wallace, P.C., The Gulf Tower, #3626, 707 Grant Street, 38th Floor, Pittsburgh, PA 15219-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
aty E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Tara L. Grundemeier, Linbarger,Goggan, Blair & Sampson, PO Box 3064, Houston, TX 77253-3064
aty +E-mail/Text: houbank@pbfcm.com May 09 2013 01:48:30 Yolanda M. Humphrey, 1235 North Loop West, Suite 600, Houston, TX 77008-1772
cr +E-mail/Text: mkramer@lnrproperty.com May 09 2013 02:44:18 Abercorn Common, LLLP, c/o LNR Partners LLC, 1601 Washington Ave., Suite 700, Miami Beach, FL 33139-3165
cr +E-mail/Text: tstewart@bangordailynews.com May 09 2013 01:52:07 Bangor Daily News d/b/a Bangor Publishing Company, c/o Thomas K. Stewart, P.O. Box 1329, 491 Main Street, Bangor, MA 04401-6296
cr +E-mail/Text: mark@ogdenpartners.com May 09 2013 01:52:28 Central Investments, LLC, Mark Ordower, PC, 333 S. Desplaines Street, Suite 207, Chicago, IL 60661-5594
cr +Fax: 954-764-7770 May 09 2013 02:06:45 City of Homestead, Florida, Weiss Serota Helfman, c/o Douglas R. Gonzales, 200 E. Broward Blvd., Suite 1900, Fort Lauderdale, FL 33301-1949
cr +E-mail/PDF: bankruptcy.court@mesaaz.gov May 09 2013 02:22:21 City of Mesa, Tax Audit & Collections, Po Box 1466, Mesa, AZ 85211-1466
cr +Fax: 954-764-7770 May 09 2013 02:06:45 City of Miramar, FL, Weiss Serota Helfman, c/o Douglas R. Gonzales, 200 E. Broward Blvd., suite 1900, Fort Lauderdale, FL 33301-1949
cr E-mail/Text: Andrew.Thompson@ci.san-rafael.ca.us May 09 2013 01:51:03 City of San Rafael, 1400 Fifth Avenue, PO Box 151560, San Rafael, CA 94915-1560
cr +E-mail/Text: jludwig@clevelandconstruction.com May 09 2013 02:30:55 Cleveland Construction, Inc., c/o Daniel Wireman, Esq., 5390 Courseview Drive, Mason, OH 45040-2362
cr E-mail/Text: cmabankruptcy@nisource.com May 09 2013 02:29:07 Columbia Gas of Massachusetts, 2025 Roosevelt Ave., PO Box 2025, Springfield, MA 01102-2025
cr E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Cypress-Fairbanks ISD, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr +E-mail/Text: mkramer@lnrproperty.com May 09 2013 02:44:18 Decatur Plaza I, LLC, c/o LNR Partners, LLC, 1601 Washington Ave., Suite 700, Miami Beach, FL 33139-3165
cr E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Fort Bend County, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr E-mail/Text: brnotices@dor.ga.gov May 09 2013 01:52:44 State of Georgia Dept. of Revenue, Compliance Division, PO Box 161108, Atlanta, GA 30321
tor E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 Hain Capital Group, LLC, 301 Route !7 N, 7th Floor, Rutherford, NJ 07070
tee +E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 Hain Capital Group, LLC, 301 Route 17 N, 7th Floor, Rutherford, NJ 07070-2599
cr +E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 Hain Capital Holdings, LLC, 301 Route 17 North, 7th Floor, Rutherford, NJ 07070-2599
cr E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Harris County, et al, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr E-mail/Text: bankruptcy@co.henrico.va.us May 09 2013 02:47:43 Henrico County, Virginia, County Attorney, P.O. Box 90775, Henrio, VA 23273-0775
liq +E-mail/Text: BKNOTICES@EAFLLC.COM May 09 2013 01:52:32 Hilco Merchant Resources, LLC, 5 Revere Dr., Suite 206, Northbrook, IL 60062-1568
cr E-mail/Text: cio.bncmail@irs.gov May 09 2013 01:34:49 Internal Revenue Service, 400 N 8th Street, Box 76, Stop Room 898, Richmond, VA 23219
cr +E-mail/Text: spradlta@jacksoncounty.org May 09 2013 02:47:39 Jackson County, c/o Theresa Spradling, PO Box 1569, Medford, OR 97501-0242
cr E-mail/Text: rminkoff@jefferies.com May 09 2013 02:31:36 Jefferies Leveraged Credit Products, LLC, One Station Place, Three North, Stamford, CT 06902
cr +E-mail/Text: kbuck1159@aol.com May 09 2013 02:29:05 Karen L. Buckley, 7615 Mineral Spring Ct., Springfield, VA 22153-2307
cr +E-mail/Text: ktbuchan@bellsouth.net May 09 2013 01:52:01 Kisha T. Buchanan, 523 Joe B. Jackson Pkwy, Murfreesboro, TN 37127-7109
cr +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Longview ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2323 Bryan Street Ste 1600, Dallas, TX 75201-2644
cr E-mail/Text: skipnmatte@yahoo.com May 09 2013 01:51:40 Maria Teresa Cameron, PO Box 3751, Costa Mesa, CA 92628-3751
cr +E-mail/Text: mfrauen@windstream.net May 09 2013 01:52:24 Marian B. Frauenglass, 105 Brian Drive, Warner Robins, GA 31088-7918
cr +E-mail/Text: mmccabe@mediate.com May 09 2013 01:51:24 Michael McCabe, P.O. Box B, Villa Grande, CA 95486-0090
cr +E-mail/Text: mtucker122@verizon.net May 09 2013 01:51:16 Michael Tucker, 11310 Wycombe Park Lane, Glenn Dale, MD 20769-2029
cr E-mail/Text: ecfnotices@dor.mo.gov May 09 2013 01:51:04 Missouri Department of Revenue, General Counsel’s Office, 301 W. High Street, Room 670, PO Box 475, Jefferson City, MO 65105-0475
cr E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Montgomery County, c/o Joh P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr +E-mail/Text: solmara@globalnw.com May 09 2013 02:30:39 National Western Life Insurance Company, c/o Mortgage Loan Dept., 850 East Anderson Lane, Austin, TX 78752-1602
cr +E-mail/Text: tc_legal_services@pbcgov.org May 09 2013 01:44:40 Palm Beach County Tax Collector, PO Box 3715, West Palm Beach, FL 33402-3715
cr +Fax: 202-326-4112 May 09 2013 01:36:45 Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, DC 20005-4030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

cr +E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 02:22:02
Recovery Management Systems Corporation, 25 SE 2nd Ave Ste 1120, Miami, FL 33131-1605
cr +E-mail/Text: thmpsn5@aol.com May 09 2013 01:52:15 Richard Thompson, 11313 Edgewood Farm Ct., Richmond, VA 23233-1823
cr +E-mail/Text: leslee@sharplawoffices.com May 09 2013 01:52:00 Rick Sharp, 1008 Wedgeland Drive, Raleigh, NC 27615-5928
cr +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Smith County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2323 Bryan Street Ste 1600, Dallas, TX 75201-2644
cr +E-mail/Text: mkramer@lnrproperty.com May 09 2013 02:44:18 Starpoint Properties, 2005-C1 Shoppes of Plantation Acres, LLC, c/o LNR Partners, LLC, 1601 Washington Ave., Suite 700, Miami Beach, FL 33139-3165
cr +E-mail/Text: pfurlow@dixonmidland.com May 09 2013 02:29:11 TFL Enterprise, LLC, 980 North Michigan Ave., Suite 1540, Chicago, IL 60611-7568
cr E-mail/Text: bankruptcynoticing@polktaxes.com May 09 2013 01:47:58
Tax Collector For Polk County, FL, Of Joe G. Tedder, PO Box 2016, Bartow, FL 33831-2016
cr E-mail/Text: bankruptcynoticing@polktaxes.com May 09 2013 01:47:58
Tax Collector, Polk County, Florida, Joe G. Tedder, CFC, Delinquency and Enforcement, PO Box 2016, Bartow, FL 33831-2016
cr +E-mail/Text: taylorbphillips@comcast.net May 09 2013 02:28:56 Taylor B. Phillips, Apt. 511, 8875 Costa Verde Blvd., San Diego, CA 92122-6659
cr +E-mail/Text: tsignor@gburgtimes.com May 09 2013 01:50:09 Times & News Publishing Company, 1570 Fairfield Road, Gettysburg, PA 17325-7252
cr +E-mail/Text: rnies@wolffsamson.com May 09 2013 01:42:54 Toys R Us - Delaware, Inc., c/o Wolff & Samson PC, Attn: Karen L. Gilman, Esq., One Boland Drive, West Orange, NJ 07052-3687
cr +E-mail/Text: collections@bluelynxmedia.com May 09 2013 02:43:28 Tribune Company, 435 N. Michigan Ave., 3rd Floor, Chicago, IL 60611-6229
cr E-mail/Text: ebn@vermontgas.com May 09 2013 02:45:40 Vermont Gas, PO Box 467, Burlington, VT 05402-0467
cr E-mail/Text: krishna.patel@vonage.com May 09 2013 01:47:42 Vonage Holdings, Inc., attn: Angelique Electra, 23 Main Street, D2-180, Holmdel, NJ 07733-2136
cr +Fax: 641-437-5365 May 09 2013 01:36:45 Wisconsin Power & Light, 300 Sheridan Ave., Centerville, IA 52544-2625
9938210 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Absolute Computer Solutions, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205
10611806 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Ali I Malik, c/o Liquidity Solutions, Inc, One University Plaza, Ste 312, Hackensack, NJ 07601-6205
8750450 +E-mail/Text: hcosta@bouldercounty.org May 09 2013 01:51:07 Boulder County Treasurer, P.O. Box 471, Boulder, Colorado 80306-0471
10003991 +E-mail/Text: jkane@jefferies.com May 09 2013 02:33:45 Brandywine Grande C LP, c/o Jefferies Leveraged Credit Products, One Station Place, Three North, Stamford, CT 06902-6800
10181391 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Buckhead Triangle LP, c o Liquidity Solutions Inc, One University Plz Ste 312, Hackensack, NJ 07601-6205
10214312 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 CARMA INTERNATIONAL, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205
8677685 +E-mail/Text: citjaxbankruptcy@cit.com May 09 2013 01:43:07
CIT Technology Financing Services, Inc., 10201 Centurion Parkway N. #100, Jacksonville, OH 32256-4114
8641633 E-mail/Text: bankruptcy@cpsenergy.com May 09 2013 02:29:10 CPS Energy - Bankruptcy Section, 145 Navarro - Mail Drop 101013, San Antonio, TX 78205
11276245 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Cables Unlimited Inc, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205
9962020 +E-mail/Text: gcunningham@gmhlaw.com May 09 2013 01:51:43 Carrollton Arms LLC, c/o Gary H Cunningham Esq, 101 W Big Bear Rd, 10th Fl, Troy, MI 48084-5280
9255730 +E-mail/Text: mark@ogdenpartners.com May 09 2013 01:52:28 Central Investments LLC, c/o Mark Ordower, Suite 207, 333 South Desplaines, Chicago, IL 60661-5594
8575617 E-mail/Text: ebcalvo@pbfcm.com May 09 2013 01:50:13 City Hurst, Mansfiled ISD, Carroll ISD, c/o Elizabeth Banda, PO Box 13430, Arlington, TX 76094-0430
8575615 E-mail/Text: ebcalvo@pbfcm.com May 09 2013 01:50:13
City of Cedar Hill, Burleson ISD, Arlington ISD, c/o Elizabeth Banda, PO Box 13430, Arlington, TX 76094-0430
8782773 E-mail/Text: customer.service@florence-ky.gov May 09 2013 02:44:27 City of Florence, PO Box 1357, Florence KY 41022-1357
8693721 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 City of Frisco, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644
9908258 +E-mail/Text: lrogers@hged.com May 09 2013 02:31:11 City of Holyoke Gas & Electric Department, 99 Suffolk Street, Holyoke, MA 01040-5082
8628131 +Fax: 954-764-7770 May 09 2013 02:06:45 City of Homestead, FL, c/o Douglas R. Gonzales, Esq., Weiss Serota Helfman, 200 E. Broward Blvd., Suite 1900, Fort Lauderdale, FL 33301-1949, 954-763-4242
8575618 E-mail/Text: ebcalvo@pbfcm.com May 09 2013 01:50:13 City of Lake Worth, c/o Elizabeth Banda, PO Box 13430, Arlington,TX 76094-0430
8693766 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 City of Memphis, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

8628132 +Fax: 954-764-7770 May 09 2013 02:06:45 City of Miramar, FL, c/o Douglas R. Gonzales, Weiss Serota Helfman, 200 E. Broward Blvd., Suite 1900, Fort Lauderdale, FL 33301-1949, 954-763-4242

8671825 +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM May 09 2013 02:22:20 City of Richmond, Department of Public Utilities, 730 E. Broad Street, 5th Floor, Richmond, Virginia 23219-1861

10725454 E-mail/Text: dreinhardt@co.clark.in.us May 09 2013 02:31:31 Clark County Treasurer, c/o David Reinhardt, PO Box 1508, Jefferson, IN 47131-1508

8600964 E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Cypress Fairbanks ISD, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064

8578489 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Dallas County, Linebarger Goggan Blair & Sampson LLP, Elizabeth Weller, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637

8572197 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Dallas County and Tarrant County, % Linebarger Goggan Blair & Sampson LLP, Attn: Elizabeth Weller, Esq., 2323 Bryan St., Ste. 1600, Dallas, TX 75201-2637

11461483 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 David Zargari, c/o Liquidity Solutions, Inc., One University Plaza, Ste 312, Hackensack, NJ 07601-6205

11392606 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 E-Rewards Inc., c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

8689371 E-mail/Text: bklaw2@centurylink.com May 09 2013 02:33:25 Embarq, PO Box 7971, Shawnee Mission, KS 66207-0971

8600914 E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Fort Bend County, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064

10186375 E-mail/Text: rminkoff@jefferies.com May 09 2013 02:31:36 Green Pond Group Inc., c/o Jefferies Leveraged Credit Products, one Station Place, Three North, Stamford, CT 06902

8626594 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Gregg County, c/o Laurie A. Spindler, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644

8693654 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Gregg County, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644

9169691 +E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 Hain Capital Holdings, LLC, 301 Route 17 N, 7th Floor, Rutherford, NJ 07070-2599

8572463 +E-mail/Text: scott.kercheval@hamiltonbeach.com May 09 2013 02:29:22 Hamilton Beach Brands, Inc., Bill Ray, 4421 Waterfront Drive, Glen Allen, VA 23060-3375

8919898 E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Harris County TRA, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064

8600909 E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Harris County et al, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064

10337921 +E-mail/Text: jkane@jefferies.com May 09 2013 02:33:45 HighJump Software Inc., c/o Jeffries Leveraged Credit Prod. LLC, One Station Place,Three North, Stamford, CT 06902-6800

10040129 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Hitachi America, Ltd., c/o Liquidity Solutions Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

9908262 +E-mail/Text: lrogers@hged.com May 09 2013 02:31:11 Holyoke Gas & Electric Department, 99 Suffolk Street, Holyoke, MA 01040-5082

10617956 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Iannucci Development Corp, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

8578547 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Irving ISD, Linebarger Goggan Blair & Sampson LLP, Elizabeth Weller, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637

10576243 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 James M. Freeman, c/o Liquidity Solutions, Inc., One University Plaza, STe 312, Hackensack, NJ 07601-6205

8584107 E-mail/Text: susanp@taxcollector.com May 09 2013 01:40:23 Ken Burton, Jr., Manatee County Tax Collector, PO Box 25300, Bradenton, FL 34206-5300

10798007 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Kimberly Betts, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

8660718 E-mail/Text: resurgentbknotifications@resurgent.com May 09 2013 01:41:13 LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

8996723 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Liquidity Solutions Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

9962985 +E-mail/Text: jkane@jefferies.com May 09 2013 02:33:45 MRV Wanamaker LC, c/o Jefferies Leveraged Crd Product, One Station Place Three North, Stanford, CT 06902-6800

11358415 +E-mail/Text: mkramer@lnrproperty.com May 09 2013 02:44:18 MSCI 2007-IO13 Retail 5555, c/o LNR Partners, LLC, Attn: Juan Mira, 1601 Washington Avenue, Suite 700, Miami Beach, FL 33139-3165

8567308 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Madison Waldorf, LLC, c/o Liquidity Solutions, Inc, One University Plaza, Suite 312, Hackensack, New Jersey 07601-6205

11733085 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Mayfair MDCC Busines Trust, c/o Liquidity Solutions, Inc., One university Plaza, Ste 312, Hackensack, NJ 07601-6205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

10564748 +E-mail/Text: jkane@jefferies.com May 09 2013 02:33:45
McAlister Square Partners a Texas Limited Partners, c/o Jefferies Leveraged Credit,
One Station Place, Three North, Stanford, CT 06902-6800
8600989 E-mail/Text: houston_bankruptcy@LGBS.com May 09 2013 02:32:23 Montgomery County,
c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064,
Houston, Tx. 77253-3064
10373899 +E-mail/Text: ziperez@mcgtn.net May 09 2013 02:43:37 Montgomery County Trustee,
350 Pageant Lane, Ste 101 B, Clarksville, TN 37040-3813
10043336 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40
PRICERUNNER USA A VALUE CLICK INC COMPANY, c/o Liquidity Solutions, Inc.,
One University Plaza, Suite 312, Hackensack, NJ 07601-6205
10129170 E-mail/Text: rminkoff@jefferies.com May 09 2013 02:31:36 Palm Springs Mile Associates Ltd.,
c/o Jefferies Leveraged Credit Products, One Station Place, Three North,
Stamford, CT 06902
8670283 +E-mail/Text: BKRMailOps@weltman.com May 09 2013 02:33:10 RAY FOGG CORPORATE PROPERTIES, LLC.,
C/O WELTMAN, WEINBERG & REIS, 323 W. LAKESIDE AVE., 2ND FL, CLEVELAND, OH 44113-1085
8608600 E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 02:22:02
Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120,
Miami, FL 33131-1605
10618999 E-mail/Text: rminkoff@jefferies.com May 09 2013 02:31:36 Remount Road Associates LLC,
c/o Jefferies Leveraged Credit Products,, One Station Place, Three North,
Stamford, CT 06902
8619562 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Rockwall CAD,
Linebarger Goggan Blair & Samspon, LLP, c/o Elizabeth Weller, 2323 Bryan Street, Suite 1600,
Dallas, TX 75201-2644
8619466 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Rockwall County,
Linebarger Goggan Blair & Samspon, LLP, c/o Elizabeth Weller, 2323 Bryan Street, Suite 1600,
Dallas, TX 75201-2644
10664530 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 SCHMIDT, GARY,
c/o Liquidity Solutions, Inc., One University Plaza, Suite 312,
Hackensack, New Jersey 07601-6205
10375685 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 SEBRING Retail Assoc. LLC,
c/o Liquidity Solutions, Inc., One University Plaza, Ste 312, Hackensack, NJ 07601-6205
8624896 E-mail/Text: appebnmailbox@sprint.com May 09 2013 01:44:27 Sprint Nextel Correspondence,
Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949
8624897 E-mail/Text: appebnmailbox@sprint.com May 09 2013 01:44:27 Sprint Nextel Distribution,
Attn: Bankruptcy Dept, P.O. Box 3326, Englewood, CO 80155-3326
9535248 +E-mail/Text: dspaulding@seminoletax.org May 09 2013 01:40:21 Seminole County Tax Collector,
PO Box 630 S, Sanford, Florida 32772-0630
11742787 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Shopzilla Inc., dba BizRate,
c/o Liquidity Solutions Inc., One University Plaza, # 312, Hackensack, NJ 07601-6205
8619471 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Smith County,
Linebarger Goggan Blair & Samspon, LLP, c/o Elizabeth Weller, 2323 Bryan Street, Suite 1600,
Dallas, TX 75201-2644
10435596 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Sullivan Crosby Trust,
c/o Liquidity Solutions, Inc, One University Plaza, Suite 312, Hackensack, NJ 07601-6205
10056718 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40
THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER, c/o Liquidity Solutions Inc.,
One University Plaza, Suite 312, Hackensack, NJ 07601-6205
10056716 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40
THE IRVINE COMPANY THE MARKET PLACE, c/o Liquidity Solutions, Inc.,
One University Plaza, Suite 312, Hackensack, NJ 07601-6205
10294547 +E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 THQ Inc.,
c/o Hain Capital Holdings, LTD, 301 Route 17, 7th Floor, Tutherford, NJ 07070-2599,
Attn: Ganna Liberchuk
9315461 +E-mail/Text: arapoport@haincapital.com May 09 2013 01:47:46 THQ, Inc.,
c/o Hain Capital Holdings, Ltd., 301 Route 17 North, 7th Floor, Rutherford, NJ 07070-2599
8578535 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Tarrant County,
Linebarger Goggan Blair & Sampson LLP, ELizabeth Weller, 2323 Bryan Street, Suite 1600,
Dallas, TX 75201-2637
8580805 E-mail/Text: bankruptcynoticing@polktaxes.com May 09 2013 01:47:58
Tax Collector for Polk County, Florida, Office of Joe G. Tedder, CFC, c/o Bonnie Holly,
PO Box 2016, Bartow, Florida 33831-2016
8676701 E-mail/Text: BKRMailOps@weltman.com May 09 2013 02:33:10 The Columbus Dispatch,
c/o Weltman, Weinberg & Reis Co., PO Box 93596, Cleveland, OH 44101-5596
10176069 +E-mail/Text: jkane@jefferies.com May 09 2013 02:33:45 The Daily Progress,
c/o Jefferies Leveraged, Credit Products, LLC, One Station Place, Three North,
Stamford, CT 06902-6800
10547500 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 Todd M. Krajewski,
c/o Liquidity Solutions, Inc., One University Plaza, Ste 312, Hackensack, NJ 07601-6205
8619458 +E-mail/Text: dallas.bankruptcy@LGBS.com May 09 2013 02:32:44 Tom Green CAD,
Linebarger Goggan Blair & Samspon, LLP, c/o Elizabeth Weller, 2323 Bryan Street, Suite 1600,
Dallas, TX 75201-2644
8687596 +E-mail/Text: saxonl@chesterfield.gov May 09 2013 01:48:10 Treasurer Chesterfield County,
PO Box 70, Chesterfield VA 23832-0906, attn: Laura Glovier, (804) 751-4915
11488171 E-mail/Text: rminkoff@jefferies.com May 09 2013 02:31:36 Tutwiler Properties Ltd.,
c/o Jefferies Leveraged Credit, One Station Place, Three North, Stamford, CT 06902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

10454733 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 UNITED PACKAGING SUPPLY CO, c/o Liquidty Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205
8583553 +E-mail/Text: krishna.patel@vonage.com May 09 2013 01:47:42 Vonage Marketing Inc., Angelique Electra, Vice President - Law, 23 Main Street, Holmdel, NJ 07733-2136
8583494 +E-mail/Text: krishna.patel@vonage.com May 09 2013 01:47:42 Vonage Marketing Inc., c/o Angelique Electra, Vice President - Law, 23 Main Street, Holmdel, NJ 07733-2136
9229223 +E-mail/Text: Bankruptcy-Notifications@we-energies.com May 09 2013 01:51:18 WE Energies, PO Box 2046, Milwaukee, WI 53201-2046
11498417 +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 09 2013 01:49:40 William Cimino, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205

TOTAL: 146

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Christian & Barton, L.L.P.
aty Hodgson Russ LLP
aty Ivan M. Gold
aty J. R. Smith
aty John M. Brom, Querrey & Harrow, Ltd.
aty Lauren Lonergan Taylor, Duane Morris, LLP
aty Rachel N. Greenberger
aty Scott Shaw
aty Troutman Sanders LLP
aty Vivieon E. Kelley
aty Yolandad M Humphrey, Perdue, Brandon, Fiedler, Collins & Mott
tr Circuit City Stores, Inc. Liquidating Trust
cr 1030 W. North Ave. Bldg. LLC
cr 120 Orchard LLC
cr 1251 Fourth Street Investors, LLC
cr 13630 Victory Boulevard, LLC
tor 19th Street Investors Inc.
intp 36 Monmouth Plaza LLC
cr 3725 Airport Boulevard, LP
tee 412 South Broadway Realty LLC
cr 427 Orchard LLC
cr 444 Connecticut Avenue, LLC, Store #3690
cr 502-12 86th Street LLC
cr 553 Retail, LLC
cr 601 Plaza LLC
cr 680 S. Lemon Ave. Co.
intp 99 Cents Only Stores
cr AAC Management Corp.
cr ACXIOM CORPORATION
cr ADT Security Services, Inc.
cr ALCAL/Arcade Contracting, Inc.
cr ANG Newspapers
cr AOL LLC
cr AT&T
cr AT&T Capital Services, Inc.
cr AT&T Corp.
cr AVR CPC Associates, LLC
cr Aaron Hornstra
cr Acadia Realty Limited Partnership
cr Acosta Strommen P.A
cr Ada Alicea
cr Ada Alicea, on behalf of herself and all others si
cr Ada County Assessor’s Office
intp Advance Publications, Inc.
cr Advance Real Estate Management, LLC
cr Advertising.com Inc.
cr Agree Limited Partnership
cr Ahmad Paul Whitney
cr Aiptek, Inc.
cr Akamai Technologies, Inc.
cr Alameda County Treasurer
cr Alameda Newspaper Group, Inc.
cr Alameda Newspapers, Inc.
prf Alfred H. Siegel
cr Alief ISD, et al
cr Allen County Treasurer
cr Alliance Entertainment Corporation
cr Altamonte Springs Real Estate Associates, LLC
intp Alvarez & Marsal Canada, ULC
intp AmCap Arborland LLC
intp AmCap NorthPoint LLC
cr AmREIT, a Texas Real Estate Investment Trust
cr Amargosa Palmdale Investments, LLC
cr American Electric Power
cr American National Insurance Company

***** BYPASSED RECIPIENTS (continued) *****

cr American Power Conversion Corp.
cr Ammon Properties, LC
cr Amore Construction Company
cr Andrews Electronics
cr Angela Ross
cr Anna Thomas
cr Annapolis Plaza LLC
cr Anthony Erickson, d/b/a A.C.E.Enterprises
cr Anthony Martinez
cr Apex Digital, Inc.
cr Applied Predictive Technologies, Inc.
intp Arboretum of South Barrington, LLC
cr Archos, Inc.
cr Argyle Forest Retail I, LLC
cr Arizona Department of Revenue
cr Arlington ISD
cr Arlington ISD, et al.
cr Ashkenazy Management Corp.
cr Atlantic City Electric
cr Audio Authority Corporation
cr Audiovox Corporation
cr Austin Community College
cr Austin Independent School District
cr Averatec/Trigem USA
cr BISSELL Homecare, Inc.
cr Bagby & Russell Electric Company, Inc.
cr Baltimore Gas and Electric Company
cr Bank of America, N.A.
cr Bank of America, N.A., as Agent
cr Barbara Lay
cr Basser-Kaufman
cr Bay Area News Group East Bay, LLC
cr BayAreaNews Group
cr BayAreaNewsGroup
cr Baybrook MUD 1
cr Bear Valley Road Partners LLC
cr Becker Trust LLC
cr Bel Air Square LLC
cr Belkin International
cr Bell County, County of Denton, Midland Central App
cr Bell Microproducts, Inc.
cr Bell’O International Corp.
cr Bella Terra Associates, LLC
cr Belleville News-Democrat
cr Bellingham Herald
cr Benderson Development Company, LLC
cr Benenson Capital Company
cr Benton County Treasurer
cr Berkadia Commercial Mortgage LLC
cr Bethesda Softworks, LLC
cr Beverly Gemini Investments, LLC
cr Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr Biloxi Sun Herald
cr Bizport, Ltd.
cr Blount County Trustee
cr Bond C.C. I Delaware Business Trust
cr Bond Circuit IV Delaware Business Trust
cr Bond Circuit VIII Delaware Business Trust
cr Bond-Circuit IV Delaware Business Trust
intp Bond-Circuit IX Delaware Business Trust
cr Boston Gas Company
cr Boulevard North, LP
intp Bradenton Herald
cr Brandywine Grande C, L.P.
cr Brazoria County Tax Office
intp Brick-70, LLC
cr Brighton Commercial, L.L.C.
cr Brownsville Independent School District
cr Brownsville Public Utilities Board
cr Bruce H. Besanko
intp Bruce H. Besanko
cr Burleson ISD
cr Bush Industries, Inc.
cr Buzz Oates, LLC
cr C1 West Mason Street LLC
cr CAP Brunswick, LLC
cr CB Richard Ellis / Louisville, LLC
cr CC - Virginia Beach, LLC
cr CC Acquisition, L.P.

***** BYPASSED RECIPIENTS (continued) *****

cr CC Colonial Trust
cr CC Grand Junction Investors 1998, LLC
cr CC Hamburg NY Partners, LLC
cr CC Joilet Trust
cr CC Joliet Trust
tor CC Kingsport 98, LLC
cr CC Kingsport 98, LLC
cr CC Merrilville Trust
cr CC Plaza Joint Venture, LLP
cr CC Properties LLC
cr CC Springs, L.L.C.
cr CC-Investors 1995-6
intp CCDC Marion Portfolio, L.P.
cr CCMS 2005 CD1 Hale Road LLC
cr CDB Falcon Sunland Plaza, LP
cr CGCMT 2006 C5 Glenway Avenue LLC
cr CHK, LLC
cr CIM/Birch St., Inc.
cr CK Richmond Business Services #2, LLC
cr CMAT 1999 C1 Kelly Road, LLC
cr CMAT 1999 C2 Bustleton Avenue Limited Partnership
cr CMAT 1999 C2 Emporium Drive LLC
cr CMAT 1999 C2 Idle Hour Road LLC
cr CMAT 1999 C2 Lawrence Road LLC
cr CMAT 1999 C2 Moller Road LLC
cr CMAT 1999 C2 Ridgeland Retail LLC
cr COFAL Partners, L.P
cr COMSYS Information Technology Services, Inc. and C
unk CP Nord du Lac JV, LLC
cr CSFB 2005-C1 Shoppes of Plantation Acres, LLC
unk CT
cr CWCapital Asset Management LLC
cr Cameron Bayonne Urban Renewal, LLC’s (f/k/a Camero
cr Cameron County
cr Canon U.S.A., Inc
cr Capital Centre LLC
cr Cardinal Capital Partners
cr Caribbean Display & Construction, Inc.
cr Carlyle-Cypress Tuscaloosa, LLC
cr Carole Kaylor
cr Carolina Power & Light Company d/b/a Progress Ener
cr Carriage Crossing Market Place LLC
cr Carroll ISD
cr Carrollton Arms, LLC
cr Catawba County North Carolina
cr Catellus Operating Limited Partnership
cr Catellus Operating Limited Partnership
cr Cedar Development Ltd., a Florida Limited Partners
cr Cellco Partnership d/b/a Verizon Wireless
cr Cencor Realty
cr Central Georgia Electric Membership Corporation
intp Centre Daily Times (State College)
cr Centre at 38th Street TIC, LLC
cr Centro Properties Group
cr Cermak Plaza Associates, LLC
cr Chalek Company LLC
cr Charles Booth
cr Charlotte Observer
cr Chase Bank USA, National Association
cr Chelmsford Realty Associates
cr Children’s Discovery Centers of America, Inc.
cr Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr Circuit City Stores, Inc.
cr Circuit Investors #2, Ltd.
cr Circuit Realty NJ LLC
cr Cisco-Linksys, LLC
cr City Electronics Ltd., Unit A 6F Wider Industrial, 58 Tsun Yip Street, Kwun Tong Kowloon
cr City and County of Denver
cr City and County of San Francisco
cr City of Austin
cr City of Avondale, Arizona
cr City of Brighton
cr City of Colorado Springs
cr City of Fort Worth
cr City of Fredericksburg, VA
cr City of Garland Tax Assessor/Collector
cr City of McAllen
cr City of Meriden, Connecticut
cr City of Midland et al

***** BYPASSED RECIPIENTS (continued) *****

cr City of Novi, MIchigan
cr City of Philadelphia
cr City of Round Rock
cr City of Southlake, Texas
cr City of Waco et al
cr City of Wichita Falls
cr Clark County Treasurer
cr Clean Carton Co., Inc.
cr Clear Creek ISD
cr Clementine Tinsley
cr Cohab Realty, LLC
cr Collin County Tax Assessor/Collector
cr Colorado Department of Revenue
cr Columbia Equities Limited Partnership
cr Columbia Plaza Shopping Ceter Venture
cr Columbia State
cr Columbus Ledger-Enquier
cr Commerce Technologies, Inc.
cr Commonwealth Edison Company
cr Commonwealth of Virginia, Department of Taxation
cr Compass Group U.S.A. Inc.
cr Computer Resource Team, Inc.
cr Concar Enterprises, Inc.
cr Connecticut Light and Power Company
cr Connecticut Natural Gas Company
cr Connexion Technologies
cr Consolidated Edison Company of New York, Inc.
cr Consumer Vision, LLC
cr Continental Properties Company, Inc.
cr Contra Costa Times, Inc.
cr Contra Costs Times
cr Convergys Customer Management Group Inc.
cr Cosmo-Eastgate, ltd
cr Cottonwood Corners-Phase V, LLC
cr County of Albemarle
cr County of Henrico
cr Craig-Clarksville Tennessee LLC
cr Creditor Express Personnel Services, Inc
cr Crossgates Commons NewCo, LLC
cr Crossroads Associates, Ltd.
cr Crossroads Shopping Center
cr Crossways Financial Associates, LLC
cr Cypress Equities
cr Cypress/CC Marion I, L.P.
cr DDR Corp. f/k/a Developers Diversified Realty Corp
cr DL Peterson Trust, as Assignee of PHH Vehicle Mana
cr DMARC 2006 CD2 Davidson Place, LLC
cr DMARC 2006 Poughkeepsie LLC
cr Dallas County
cr Daly City Partners I, L.P
cr Daly City Partners I, L.P.
cr Daniel W. Ramsey
cr Dartmouth Marketplace Associates
cr De Rito Partners
cr De Rito Partners Development, Inc.
cr De Rito Pavilions 139, LLC
cr DeMatteo Management, Inc.
cr Deborah Jaynes
cr Dennis Morgan
cr Descanso TIC, LLC
cr Developers Diversified Realty Corporation
cr Diamond Square, LLC
cr Diane Granito
cr Dick’s Sporting Goods Inc.
cr Dick’s Sporting Goods, Inc.
cr Dicker-Warmington Properties
cr Digital Innovations, LLC
cr Digital Innovations, LLC on Behalf of VonWin Capit
cr Dish It Up, Inc
cr Ditan Distribution LLC
cr Dollar Tree Stores, Inc.
cr Dominion East Ohio
cr Dominion Hope
cr Dominion Peoples
cr Donahue Schriber Realty Group, L.P.
cr Donovan Dunwell
cr Dorothy Coleman
cr Douglas County, CO
cr Drexel Delaware Limited Partnership

***** BYPASSED RECIPIENTS (continued) *****

cr Duke Energy Carolinas, LLC
cr Duke Energy Indiana, Inc.
cr Duke Energy Kentucky, Inc.
cr Duke Energy Ohio, Inc.
cr Duquesne Light Company
cr E&A Northeast Limited Partnership
cr EEL McKee LLC
cr ELL MCKEE LLC
cr Eagleridge Associates, LLC
cr Eastman Kodak Company
intp Eatontown Commons Shopping Center
cr Edward A. Alberque
cr Edwin Targonski
cr Emilio Gervasio
cr Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr Engineered Structures, Inc.
cr Enid Two LLC
cr Entergy Arkansas, Inc.
cr Entergy Gulf States Louisiana, L.L.C.
cr Entergy Louisiana, LLC
cr Entergy Mississippi, Inc.
cr Entergy Texas, Inc.
cr Envision Peripherals, Inc.
cr Ergotron, Inc. f/k/a OmniMount Systems, Inc.
op Erica Wolff
cr Estate of Joseph Y. Einbinder, % Einbinder Properties, LLC
cr Evergreen Plaza Associates
cr Expesite, LLC
cr Express Services, Inc.
cr F&M Properties, Inc.
cr FJL-MVP, LLC
cr FM Facility Maintenance
cr FM Facility Maintenance, f/k/a IPT, LLC
cr FR E2 Property Holding, L.P.
cr FT Orchard LLC
cr FW CA-BREA Marketplace, LLC, Regency Centers, L.P
intp Faber Bros., Inc.
cr Federal Realty Investment Trust
intp Federal Warranty Service Corporation
cr Fifth Third Bank
cr First Industrial Realty Trust, Inc.
tor First International Computer of America, Inc.
cr Fishers Station Development Co.
cr Flintlock Northridge LLC
cr Florida Power & Light Company
cr Florida Power Corporation d/b/a Progress Energy Fl
intp Food Lion LLC
cr Fort Bend ISD
cr Fort Bend Independent School District
cr Fort Bend LID 2
cr Fort Steuben Mall
cr Fort Worth ISD
cr Fort Worth Star-Telegram
cr Foursquare Properties Inc.
cr Fox Broadcasting Company
cr Fox Cable Network Services, LLC
cr Franklin Spencer Wilson
cr Franklin Wilson
intp Fresno Bee
cr Frisco ISD Tax Assessor/Collector
cr Fuel Creative, Inc.
unk G&S Livingston Realty, Inc.
cr GC Acquisition Corp.
cr GCCFC 2007-GG9 Abercorn Street Limited Partnership
cr GECMC 2005 C2 Hickory Hollow LLC
cr GECMC 2005 C2 Mall Road LLC
cr GECMC 2005 C2 Parent LLC
cr GECMC 2005 C2 South Lindbergh LLC
cr GECMC 2005-C2 Ludwig Drive, LLC
cr GMS Golden Valley Ranch, LLC
cr GRI EQY Sparkleberry Square LLC
cr GRI-EQY (Sparkleberry Square) LLC
cr Galena Park ISD
cr Galleria Alpha Plaza, Ltd.
cr Galleria Plaza, Ltd.
cr Garland ISD Tax Assessor/Collector
intp Garmin International, Inc.
cr Gaston County

***** BYPASSED RECIPIENTS (continued) *****

cr Gateway Center Properties III, LLC and SMR Gateway
intp General Electric Company's Consumer & Industrial D
cr General Growth Properties, Inc.
cr General Instrument Corporation d/b/a Home & Networ
cr Generation H One and Two Limited Partnership
cr Generation One and Two, LP
cr Geraldine B. Spink
cr Glimcher Properties Limited Partnership
cr Glimcher Properties Limited Partnership, as managi
cr Glimcher Properties Limited Partnership, as managi
cr Golf Galaxy, Inc.
cr Goodmill LLC
cr Gould Livermore LLC
cr Granite State Electric
cr Greater Orlando Aviation Authority
cr Greece Ridge, LLC
cr Green 521 5th Avenue LLC
cr Greenback Associates
cr Greg Nagy
cr Greystone Data Systems, Inc.
cr Grubb & Ellis Mid America PAC
cr Guiseppina Gervasio
cr H & R REIT (U.S.) Holdings Inc.
cr Hagan Properties, Inc.
cr Hamilton County, Tennessee
cr Hamilton Crossing
cr Hamilton Crossing I, LLC
cr Harris County
cr Harris County Toll Road Authority
cr Harry Hallaian
cr Harvest/HPE LP
cr Hawaiian Electric Company, Inc
cr Hewlett Packard Company
cr Hidalgo County & H.C. Drainage District # 1
cr Holyoke Crossing Limited Partnership II
cr Home Depot USA, Inc.
cr Horizon Technology, LLC
cr Humble ISD
cr IKON Office Solutions, Inc.
tee IMCC Sunland, L.L.C.
cr IN Retail Fund Algonquin Commons, L.L.C.
cr Idaho Statesman
cr Imperial Sales Corp. d/b/a Imperial Sales Company
cr Indiana Department of State Revenue
cr Industriaplex, Inc.
cr Infogain Corporation
cr Inland Amerian Oklahoma City Penn, L.L.C.
cr Inland American Chesapeake Crossroads, L.L.C.
cr Inland American Retail Management LLC
cr Inland Commercial Property Management, Inc.
cr Inland Commercial Property Management, Inc.
cr Inland Continental Property Management Corp.
cr Inland Mortgage Capital Corporation
cr Inland Pacific Property Services LLC
cr Inland Southeast Darien
cr Inland Southwest Darien, L.L.C.
cr Inland Southwest Management LLC
cr Inland Southwest Management LLC, Inland American R
cr Inland Traverse City, L.L.C.
cr Inland US Management LLC
cr Inland Western Austin Southpark Meadows II Limited
cr Inland Western Avondale McDowell, L.L.C
cr Inland Western Cedar Hill Pleasant Run Limited Par
cr Inland Western College Station Gateway Limited Par
cr Inland Western Columbus Clifty, L.L.C.
cr Inland Western Houma Magnolia, L.L.C.
cr Inland Western Lake Worth Towne Crossing Limited P
cr Inland Western Lewisville Lakepointe Limited Partn
cr Inland Western Oswego Gerry Centennial, L.L.C.
cr Inland Western Phillipsburg Greenwich L.L.C.
cr Inland Western Richmond Maryland, L.L.C.
cr Inland Western San Antonio HQ Limited Partnership
cr Inland Western San Antonio HW Limited Partnership
cr Inland Western Southlake Corners Limited Partnersh
cr Inland Western Sugar Land Colony Liimted Partnersh
cr Inland Western Temecula Commons, L.L.C.
cr Inland Western West Mifflin Century III, L.P.
cr InnerWorkings, Inc.
cr Integrated Label Corporation

***** BYPASSED RECIPIENTS (continued) *****

cr International Speedway Square, Ltd.
cr Interstate Augusta Properties LLC
cr Island Packet
cr J. Scott Douglass
cr J.P. Morgan Chase Bank, N.A.
cr JMC Manufacturing Inc. dba Inland Fixture
cr JP Morgan Chase & Co.
cr JVC Americas Corp. and JVC Company of America
cr JWC Loftus LLC
cr Jack Hernandez
cr Jackson EMC
cr James Fouskey
cr James L. Rollins
intp James M. Stacia
cr James Oldenburg
cr Jantzen Dynamic Corporation
intp Jeff Leopold
cr Jeffrey R. Leopold
cr Jeffrey Thibodeau
cr Jersey Central Power & Light Company
cr Jessee Perez
cr Joanne Eisner
cr John Batioff
cr Johnny L. Ferguson
cr Johnson City Crossing, L.P.
cr Jon C. Geith
cr Jonathan Card
cr Jones Lang LaSalle Americas, Inc.
cr Jordan Landing, LLC
unk Jose Felix Infante Vasques
cr Journal Sentinel, Inc.
cr Judith Rae Minnite
tor KB Columbus 1-CC, LLC
cr KB Columbus 1-CC, LLC
cr KNP
cr KRG Market Street Village, LP
cr Kansas City Star
cr Keith Sanders
cr Ken J. Young
cr KeySpan Gas East Corporation
cr Khanam Fatima Akhter
cr Kimco Realty Corporation
cr Kina Thompson
cr Kinyo Company, Inc.
sp Kirkland & Ellis LLP
cr Kite Coral Springs, LLC
cr Knoxville Utilities Board
tee Korea Export Insurance Corporation
cr LC White Plains Retail LLC
cr LG Electronics USA, Inc.
cr LNR Partners, Inc.
cr La Habra Imperial, LLC
cr LaSalle Bank National Association as Trustee for C
cr LaSalle Bank National Association f/k/a LaSalle Na
cr LaSalle Bank National Association f/k/a LaSalle Na
cr LaSalle Bank National Association, a nationally ch
cr LaSalle Bank National Association, as trustee for
cr LaSalle Bank National Association, as trustee for
cr LaSalle Bank National Association, f/k/a LaSalle N
cr LaSalle Bank National Association, f/k/a/ LaSalle
cr LaSalle Bank national Association, as Trustee for
cr Laguna Gateway Phase 2, LP
cr Lake Worth Towne Crossing Limited Partnership
cr Laurel Plumbing, Inc.
cr Laurie Lambert-Gaffney
cr Lawrence W. Fay
cr Lea Company, a Virginia general partnership, the A
cr Leedell Murphy
cr Leon Hallaian
cr Leon Hurney
cr Lewisville Independent School District
cr Lexar Media, Inc.
intp Lexington Herald-Leader
cr Lexington Lion Weston I LP
cr Lexmark International, Inc.
cr Liberty Mutual Insurance Company
cr Lilly Hallaian
intp Liquid Asset Partners, LLC
cr Little Britain Holding, LLC

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| cr | Long Island Lighting Company d/b/a LIPA |
| tee | Longacre Opportunity Fund, LP |
| cr | Loop West, LLC, by its Managing Agent The Wilder C |
| cr | Los Angeles County Treasurer & Tax Collector |
| intp | Lowe’s HIW, Inc. |
| cr | Lubbock CAD |
| cr | Luckoff Land Company, LLC |
| cr | M & A Industrial Concrete, Inc. |
| cr | M and M Berman Enterprises |
| cr | M.I.A. Brookhaven, LLC |
| cr | MB Fabyan Randall Plaza Batavia, L.L.C. |
| cr | MB Keene Monadnock, L.L.C. |
| cr | MHW Warner Robins, LLC |
| cr | MRV Wanamaker, LC |
| cr | Macon Telegraph |
| cr | Macy’s Retail Holdings, Inc. |
| cr | Madcow International Group Limited |
| cr | Mall Properties and U.S. 41 & I-285 Company |
| cr | Manteca Stadium Park, L.P. |
| tor | Manufacturers and Traders Trust Company, as Truste |
| cr | Manufacturers and Traders Trust Company, as Truste |
| cr | Manufacturers and Traders Trust Company, as Truste |
| cr | Marc Realty |
| cr | Maricopa County Treasurer |
| cr | Mark Stewart |
| cr | Market Heights, Ltd |
| cr | Marple XYZ Associates |
| cr | Martin Garcia |
| cr | Martinair, Inc. |
| cr | Mary LoPresti |
| cr | Massachusetts Department of Revenue |
| cr | Massachusetts Electric Company |
| cr | McAllen ISD |
| cr | McClatchy Company |
| cr | McCracken County Clerk |
| cr | McLennan County |
| cr | Media General, Inc. |
| cr | MediaNews Group, Inc. |
| cr | Melvin Walton Hone |
| cr | Memorial Square 1021, L.L.C. |
| cr | Memorial Square 1031, L.L.C. |
| intp | Merced Sun Star |
| cr | Merge Computer Group, Inc. |
| cr | Metropolitan Edison Company |
| intp | Miami Herald |
| cr | Miami-Dade County Tax Collector |
| cr | Michael Lay |
| cr | Michigan Consolidated Gas Company |
| cr | Microsoft Corporation |
| cr | Midland County Tax Office |
| cr | Midland Radio Corporation |
| cr | Mizco International, Inc. |
| cr | Modelogic, Inc. |
| cr | Modern Marketing Concepts, Inc. |
| intp | Modesto Bee |
| cr | Moncayo Settlement Class |
| cr | Monster, LLC |
| cr | Monte Vista Crossings, LLC |
| cr | Monterey County |
| cr | Morgan Hill Retail Venture, LP |
| cr | Morse-Sembler Villages Partnership #4 |
| cr | Motorola Inc. |
| cr | Mount Berry Square, LLC |
| cr | Myrtle Beach Farms |
| cr | Myrtle Beach Farms Co., Inc. |
| cr | Myrtle Beach Sun News |
| cr | N.P. Huntsville Limited Liability Company |
| cr | NAMCO BANDAI Games America Inc. |
| cr | NAP Northpoint, LLC |
| cr | NBT Bank, N.A. |
| cr | NMC Stratford, LLC |
| cr | NPP Development LLC |
| cr | Nancy Booth |
| cr | Narragansett Electric Company |
| cr | Nashville Electric Service |
| cr | National Product Care Company |
| unk | National Registered Agents, Inc. |
| cr | National Retail Properties, Inc. |
| unk | National Union Fire Insurance Company of Pittsburg |

***** BYPASSED RECIPIENTS (continued) *****

cr Navarre Corporation
cr New River Properties, LLC
cr New York State Electric and Gas Corporation
cr Newport News Shopping Center, L.L.C.
cr Nextag, Inc.
cr Niagara Mohawk Power Corporation
cr Niccole Cervanyk
mvnt Nina Winston
cr North Carolina Department of Revenue
cr Northcliff Residual Parcel 4 LLC
cr Northern Indianna Public Service Company
cr Nueces County
cr ON Corp US, Inc. & ON Corp
tee ON Corp. USA, Inc. and ON Corp.
cr OTR-Clairemont Square
cr Office of Attorney General, Pennsylvania Departmen
crcm Official Committee of Unsecured Creditors
cr Ohio Bureau of Workers' Compensation
cr Ohio Department of Commerce
cr Ohio Department of Taxation
cr Oklahoma Gas & Electric Company
cr Old Republic Insurance Company
cr Olympian
intp Olympian
cr Olympus Corporation
cr Olympus Corporation of the Americas
cr Onkyo USA Corporation
cr Optoma Technology, Inc.
cr Orange and Rockland Utilities
cr Orangefair Marketplace, LLC
unk Osprey Audit Specialists, LLC
intp P.C. Richard & Son, Inc.
cr P.R. Mechanical, Inc.
cr P/A Acadia Pelham Manor, LLC
cr PECO Energy Company
cr PL Mesa Pavilions LLC
cr PM Construction Inc.
cr PR Christiana LLC
cr PREIT SERVICES, LLC
cr PRGL Paxton LP
cr Pacific Castle Groves, LLC
cr Pacific Supply
cr Panasonic Corporation of North America
cr Parago, Inc.
intp Park National Bank
cr Park Side Realty LP
cr Parkdale Village, LP
cr Parker Bullseye, LLC
intp Parker Central Plaza Ltd
cr Parker Central Plaza, Ltd.
cr Pat Minnite
cr Pennsylvania Electric Company
cr Pennsylvania State Treasurer
cr Pep Boys - Manny, Moe & Jack
cr Perimeter Mall
cr Petrovich
cr Philips International
cr Philips International Holding Corp.
cr Piedmont Natural Gas Company
cr Pierce County
mvnt Pioneer Electronics, Inc
cr Placer County
cr Plantation Point Development, LLC
cr Plantronics, Inc.
cr Platform-A Inc.
cr Plaza Las Americas, Inc.
cr Plaza Las Palmas LLC., Store 449
mvnt PlumChoice, Inc.
cr PlumChoice, Inc.
cr Point West Plaza II Investors
cr Potter County Tax Office
cr Prado, llc
cr Premier Retail Interiors, Inc.
cr Premier Retail Networks, Inc
cr PriceGrabber.com, Inc.
cr Principal Life Insurance Company
cr Proview Technology
cr Public Company Accounting Oversight Board
cr Public Service Company of New Hampshire

***** BYPASSED RECIPIENTS (continued) *****

cr Public Service Electric And Gas Company
cr RD Bloomfield Associates Limited Partnership
cr RMRG Portfolio TIC, LLC
cr RPAI Pacific Property Services LLC (f/k/a Inland P
cr RPAI Southwest Management LLC (f/k/a Inland Southw
cr RPAI US Management LLC (f/k/a Inland US Management
cr Raleigh News & Observer
cr Ramco West Oaks I, LLC
cr Rancon Realty Fund IV
cr Ray Mucci’s Inc.
cr Red Rose Commons Associates, L.P.
cr Redtree Properties, L.P.
cr Regency Centers, L.P.
unk Reliance Figueroa Associates, L.P.
cr Retail MDS, Inc.
cr Retail Property Group, Inc.
cr Ricardo Benjamin Salinas Pliego
cr Richard Jaynes
cr Robyn N. Davis
cr Rolling Acres Plaza Shopping Center
cr Ronus Meyerland Plaza L.P.
cr Rossmoor Shops, LLC
cr Roth Tanglewood LLC
cr Roth Tanglewood, LLC
cr Route 146 Millbury LLC
cr Roy Eisner
cr Ruby Hallaian
cr Ryan, Inc. f/k/a Ryan & Company, Inc.
cr S.J. Collins Enterprises, Goodman Enterprises, DeH
cr S.M. Wilson & Company
cr S.R. Weiner & Associates Inc.
cr Sacco of Maine, LLC
intp Sacramento Bee
cr Safeco Insurance Company of America
cr Salamander Designs
cr Salt River Project
cr San Bernardino County
cr San Jose Mercury-News, Inc.
intp San Luis Obispo Tribune
cr SanDisk Corporation
cr Savitri Cohen
cr Savitri Cohen
cr Schimenti Construction Company LLC
cr Seagate Technology, LLC
cr Seminole County Florida Tax Collector
cr Sennco Solutions, Inc.
cr Sennheisser Electronic Corp.
cr Service Saver, Incorporated
cr ServicePlan of Florida, Inc.
cr ServicePlan, Inc. and all its Affiliates
unk Servpro
cr Shasta County
cr Shelbyville Road Plaza, LLC
cr Sherwood
cr Sherwood America, Inc.
cr Sherwood Properties, LLC
cr Shops at Kildeer, LLC
cr Signal Hill Gateway, LLC
cr SimVest Real Estate II, LLC
cr Sima Products Corp.
cr Sirius XM Radio, Inc
cr Site A, LLC
cr Slam Brands, Inc.
cr Sonoma County Tax Collector
cr Sony Pictures Entertainment Inc.
cr Sony Pictures Home Entertainment Inc.
intp Source Interlink Companies, Inc.
cr Source Interlink Media, LLC
cr South Carolina Electric & Gas Company and Public S
cr South Texas College
cr South Texas ISD
cr Southern California Edison Company
cr Southern Connecticut Gas Company
cr Southpaw Credit Opportunity Master Fund LP
cr Southpaw Koufax, LLC
cr Southwest Gas Corporation
cr Southwinds. Ltd.
cr Sparkleberry Two Notch, LLC
cr Starpoint Property Management, LLC

***** BYPASSED RECIPIENTS (continued) *****

cr State of Connecticut Department of Revenue Service
cr State of Illinois, Department of Revenue
cr State of New Hampshire Department of Revenue Admin
cr State of New Jersey - Dept. of Treasury, Office of Unclaimed Property
cr Sterling Reporting Services, L.P.
cr Suemar
cr Sun Belt General Contractors, Inc
cr Sun Construction Group, Inc. a/k/a Sun Constructio
cr Susan M. Johnson
cr Susan Richardson, 4720 Sadler Green Pl., Glen Allen
unk Sutherland Asbill & Brennan LLP
cr Swanblossom Investments, LP
cr Sweetwater Associates, L.P.
intp Sykes Enterprises Incorporated f/k/a ICT Group, In
intp Systemax, Inc.
cr T & T Enterprises
cr T.D. Farrell Construction, Inc.
cr THE GOLDENBERG GROUP
cr THF Chesterfield Two Development, L.L.C.
cr THF Clarksburg Development One, Limited Liability
intp THF Harrisonburg Crossing, L.L.C.
cr THF Harrisonburg Crossing, L.L.C.
cr THF ONC Development, L.L.C.
cr THF St. Clairsville Development, L.P.
cr THQ, Inc.
cr TPG Management, Inc
cr TWG Innovative Solutions, Inc.
cr TXU Engergy Retail Company LLC
cr Tacoma News, Inc.
cr Take Two Interactive Software, Inc.
cr Tamarack Village Shopping Center Limited Partnersh
cr Tanglewood Park LLC
cr Tanglewood Park, LLC
cr Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr Tarrant County
cr Taubman Auburn Hills Associates Limited Partnershi
cr Tax Appraisal District of Bell County et al
cr Tax Collector of Madison County, Alabama, c/o Lynda Hall, Tax Collector
cr Teachers Insurance and Annuity Association of Amer
cr Team Retail Westbank, Ltd.
cr Tec-Com Services, Inc., dba Micro Tech
cr TeleDynamics LLP
cr Tennessee Department of Treasury-Unclaimed Propert
cr Terranomics Crossroads Associates
cr Texas Comptroller of Public Accounts
cr Texas Comptroller of Public Accounts and Texas Wor
cr Texas Instruments Incorporated
cr Texas Tax Appraisal Districts of Bell County, Braz
intp The Agency for Workforce Innovation
cr The Balogh Companies
cr The Balogh Companies
cr The Brooklyn Union Gas Company d/b/a National Grid
cr The City Portfolio TIC, LLC
cr The City of New York
cr The Cleveland Electric Illuminating Company
cr The Columbus Dispatch
cr The Daniel Group
cr The Denver Newspaper Agency, LLP
cr The Detroit Edison Company
cr The Hutensky Group
cr The Leben Family Limited Partnership
cr The MacNaughton Group
cr The Marvin L. Oates Trust
cr The Morris Companies Affiliates
cr The PM Company
cr The Parkes Companies Inc.
cr The Parkes Companies, Inc. d/b/a Parkes Constructi
cr The West Campus Square Company, LLC
cr The Woodlands Metro Center MUD
cr The Woodmont Company
cr The Ziegler Companies
cr Thomas C. Bradley
cr ThomsonWest
cr Thoroughbred Village
cr Thoroughbred Village Tennessee, GP
cr Toledo Edison Company
cr Torrance Towne Center Associates, LLC
cr Tourboullin Co.
cr Town of Enfield Connecticut

***** BYPASSED RECIPIENTS (continued) *****

cr Towne Square Plaza
cr Travis County
cr Travis County Hospital District
cr Travis County Tax Assessor-Collector
cr Travis County Texas
cr Treasurer of Douglas County, Colorado
mvnt Tremor Media, Inc.
cr Tri-City Herald
cr Triangle Equities Junction LLC
cr Tritronics, Inc.
cr Turner Broadcasting System, Inc.
cr Tutwiler Properties, LTD
cr Twentieth Century Fox Home Entertainment LLC
cr Tyler ISD
cr U.S. 41 & I 285 Company
cr U.S. Customs and Border Protection
cr UBS Realty Investors, LLC
cr US Signs, Inc.
cr UnCommon, Ltd., a Florida Limited Partnership
cr Unical Enterprises, Inc
cr Union County Construction Group, Inc.
cr Union Square Retail Trust
cr United Radio, Inc.
cr Universal Display and Fixtures Company
cr Uniwest Commercial Realty
cr VIWY, L.P.
cr Vance Baldwin, Inc.
cr Vector Security, Inc.
cr Ventura In Manhattan, Inc.
cr Verizon Communications Inc.
cr Vincent Tully
cr Virginia Electric and Power Company d/b/a Dominion
cr Virginia Surety Company, Inc.
cr Visiontek Products, LLC
cr WBCMT 2005-C21 South Ocean Gate Avenue Limited Par
cr WEC 99A-2LLC
cr WGHP-TV
cr Wal-Mart Stores, Inc.
cr Walter E. Hartman & Sally J. Hartman, as Trustee o
cr Warner Home Video
cr Washington Commons Associates
cr Washington Green TIC
cr Washington Real Estate Investment Trust
mvnt Wayne VF, LLC
cr Wayne-Dalton Corp.
cr Weidler Settlement Class
cr Weingarten Realty Investors and Its Affiliates
intp Wells Fargo Bank Northwest, National Association
cr Wells Fargo Bank, N.A
cr Wells Fargo Bank, N.A.
cr Wells Fargo Bank, N.A., as Trustee for Nationslink
cr Wells Fargo Bank, N.A., as Trustee for the Registe
cr Wells Fargo Bank, N.A., as successor trustee to Ba
cr Wells Fargo Business Credit, Inc.
cr West Marine Products, Inc.
cr Western Digital Technologies, Inc.
cr Western Massachusetts Electric Company
cr Westfield, LLC
cr Westgate Village, LLC
cr Whitestone Development Partners, L.P.
cr Wichita County
cr Wichita Eagle
cr Wichita Falls ISD
cr Willaims Mullen Clark and Dobbins
cr William Butler, Reciever For Larry J. Rietz MP, LLC
cr William Foster
cr William Gower
cr Windsail Properties
cr Woodlands Metro MUD
cr Woodlands RUD # 1
cr Woodlawn Trustees Incorporated
cr Yankee Gas Services Company
cr Yu-Liang Lei
cr Yu-Liang Lei
cr Yuma County
cr Z-Line Designs, Inc.
8679885 American National Insurance Company
8631387 Benderson Development Company, LLC
8631405 Benderson Development Company, LLC

***** BYPASSED RECIPIENTS (continued) *****

8574814 CCCC
8844408 California Self-Insurers' Security Fund
8703740 Caribbean Display & Construction, Inc.
9252331 Central Investments LLC
8661433 Cleveland Construction, Inc.
8616160 Columbia Plaza
8725222 Concar Enterprises
8725223 Concar Enterprises
8631388 Continental Properties Company, Inc.
8631407 Continental Properties Company, Inc.
8617709 Cosmo-Eastgate, Ltd.
11221938 Dan Nguyen
8994292 DeMatteo Management, Inc.
8586883 Eagleridge Associates, LLC,
8686079 Giant Eagle, Inc.
8695903 Holyoke Crossing Limited Partnership II
8695921 Holyoke Crossing Limited Partnership II
8700221 Holyoke Crossing Limited Partnership II
8700253 Holyoke Crossing Limited Partnership II
8700255 Holyoke Crossing Limited Partnership II
10236524 Horizon Technology, LLC
10236525 Horizon Technology, LLC
10236526 Horizon Technology, LLC
10237316 Horizon Technology, LLC
8596604 JWC/Loftus, LLC
8596607 JWC/Loftus, LLC
10243611 Jasco Products Company, Inc.
8704061 MD GSI Associates LLC
8749717 Macy's Retail Holdings, Inc.
8598861 Majesco Entertainment Company
8606972 McClatchy Company
8586885 NMC Stratford, LLC
8617713 Northcliff Residual Parcel 4 LLC
8617717 Northcliff Residual Parcel 4 LLC
9065118 Panasonic Corporation of North America
8596668 Rio Associates Limited Partnership
9643142 S.M. Wilson & Company
8703741 SOUTHROADS LLC
8904594 Salem Rockingham LLC
8622658 Shimenti Construction Company, LLC
9017335 SimpleTech by Hitachi Global Storage Technologies
9017445 SimpleTech by Hitachi Global Storage Technologies
8679372 Spring Hill Development Partners, GP, Dickson Mana
10493728 TRC Associates, LLC
8586884 Torrance Torrance Towne Center Associates, LLC
8574813 VVV
8605305 Ventura In Manhattan, Inc.
8571794 Verizon Wireless
8592402 colorado structures
aty* +David E. Eash, 221 N. Wall, # 500, Spokane, WA 99201-0824
aty* +David S. Berman, Riemer & Braunstein, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty* +James D. Thornton, Thornton & Associates, 5030 Sadler Place, Suite 204, Glen Allen, VA 23060-6146
aty* +Julie H. Rome-Banks, Binder & Malter, LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004
aty* +Plaza Las Palmas, LLC, Culbert & Schmitt, PLLC, 30C Catoctin Circle, SE, Leesburg, VA 20175-3614
cr* +610 & San Felipe, Inc., c/o David H. Cox, Esquire, Jackson & Campbell, PC, 1120 20th Street, NW, Suite 300-S, Washington, DC 20036-3437
cr* +ASM Capital III, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
cr* +ASM Capital, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
cr* +ASM SIP, L.P., 7600 Jericho Turnpike, Suite 302, Woodbury, NY 11797-1705
cr* Amore Construction Company, c/o John J. Lamoureux, Carlton Fields, P.A., P. O. Box 3239, Tampa, FL 33601-3239
cr* +Argo Partners, 12 West 37th Street, 9th Fl., New York, NY 10018-7381
cr* +Audrey Soltis, c/o Krister D. Johnson, 14 North Seventh Avenue, St. Cloud, MN 56303-4753
cr* +BB Fonds International 1 USA, L.P., c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
cr* +Bedford Properties, L.L.C., c/o Catherine Guastello, Quarles & Brady LLP, Two North Central Avenue, Phoenix, AZ 85004-2391
cr* +Blue Heron Micro Opportunities Fund, LLP, P.O. Box 14610, Surfside Beach, SC 29587-4610
tee* +CMAT 1999-C2 RIDGELAND RETAIL, LLC, Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
unk* +CT Corporation, 1209 Orange Street, Wilmington, DE 19801-1120
cr* +CWCapital Asset Management LLC, c/o Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, VA 22182-2723
cr* +Cameron Group Associates LLP, c/o Andrew M. Brumby, Esq., Shutts & Bowen LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801-5403
cr* +Carole Kaylor, c/o Thomas P. Finn, Esquire, 153 Lakemont Park Blvd., Altoona, PA 16602-5943

***** BYPASSED RECIPIENTS (continued) *****

cr* +Chatham County Tax Commissioner, c/o Daniel T. Powers, P.O. Box 8321, Savannah, GA 31412-8321
cr* +City of New York Dept of Finance, 345 Adams Street, Brooklyn, NY 11201-3797
cr* +City of Taylor Michigan, c/o Kurt M. Kobiljak, Edelson Building, Suite 200, 2915 Biddle Avenue, Wyandotte, MI 48192-5267
cr* +Classic Tech Development Ltd, HSBC BANK USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr* +Cohesion Products, Inc, c/o Receivable Management Services, PO Box 5126, Timonium, MD 21094-5126
cr* +Consumer Vision, LLC, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr* +Contrarian Funds, LLC, 411 West Putnam Ave., Ste. 425, Greenwich, CT 06830-6263
cr* +Cormark, Inc., 1701 Winthrop, Des Plaines, IL 60018-1941
cr* +County of Loudoun, VA, c/o Belkys Escobar, One Harrison St. SE, (MSC #06), Leesburg, VA 20175-3102
cr* Cousins Properties Incorporated, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr* +Credit Suisse International, 11 Madison Avenue, 5th Floor, New York, NY 10010-3698
tee* +Credit Suisse Loan Funding LLC, 11 Madison Avenue, 5th Floor, New York, NY 10010-3698
cr* DFS SERVICES LLC, c/o Brian Sirower, Esq., QUARLES & BRADY LLP, Two North Central Avenue, Phoenix, AZ 85004-2391
intp* +DIRECTV, Inc., c/o Joseph R. Sgroi, HONIGMAN MILLER SCHWARTZ AND COHN LLP, 2290 First National Building, Detroit, MI 48226-3583
cr* +David J. Cacciotti, 9812 Fernleigh Dr., Richmond, VA 23235-1834
crcmch* +Donahue Schriber Realty Group, L.P., c/o Nancy Hotchkiss, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825-4558
cr* +Eastern Security Corp., c/o Michael E. Hastings, Esq., LeClairRyan, A Professional Corporation, 1800 Wachovia Tower, Drawer 1200, Roanoke, VA 24006-1200
intp* +Franklin Wilson, 2 Highland Street, Port Chester, NY 10573-3382
cr* +Giant Eagle, Inc., 101 Kappa Drive, Pittsburgh, PA 15238-2833
cr* +Hamilton Beach Brands, Inc., Bill Ray, 4421 Waterfront Drive, Glen Allen, VA 23060-3375
cr* +Homero Alonso Mata, c/o David G. Reynolds, Esq., PO Box 1700, Corrales, NM 87048-1700
cr* +IBM Corporation, c/o Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
cr* +IDeal Technology, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr* +ION Audio, LLC, 200 Scenic View Drive, Suite 201, Cumberland, RI 02864-1847
cr* +Industriaplex, Inc., HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
cr* +Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Bartlett Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610
cr* +James H. Wimmer, Jr., personally, 2205 Sara Ann Ct., Aylett, VA 23009-3246
cr* Ken Burton, Jr., Manatee County Tax Collector, PO Box 25300, Bradenton, FL 34206-5300
cr* +Liquidity Solutions Inc., One University Plaza, Suite 312, Hackensack, NJ 07601-6205
cr* +MDS Realty II, LLC, c/o Meredith L. Yoder, Esq., Parker, Pollard & Brown, P.C., 6802 Paragon Place, Suite 300, Richmond, VA 23230-1655
cr* +Mack Pack, HSBC Bank USA NA, VonWin, Dept CH 163554, Palatine, IL 60055-0001
cr* +Mark H. Turner, 18479 Cattail Spring Dr., Leesburg, VA 20176-6846
cr* +Monarch Alternative Capital, LP, c/o Andrew Herenstein, 535 Madison Ave., New York, NY 10022-4214
cr* +Monarch Master Funding Ltd, 535 Madison Avenue, 26th Floor, New York, NY 10022-4255
cr* +Montgomery County Trustee, 350 Pageant Lane, Ste 101 B, Clarksville, TN 37040-3813
cr* +North American Roofing Services, Inc., c/o Doug Frankey, 3 Winner Circle, Arden, NC 28704-3156
cr* +PNY Technologies, Inc., c/o Angela Abreu, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056
cr* Paramount Home Entertainment, c/o Michael L. Tuchin, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067-6049
cr* +Phoenix Property Company, c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
cr* +Prince George's Station Retail, LLC, c/o Taylor Development and Land, 7201 Wisconsin Avenue, Suite 500, Bethesda, MD 20814-4848
cr* +RLV Vista Plaza, LP, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr* +Renukaben S. Naik, C/o Philip C. Baxa, Esquire, MercerTrigiani LLP, 16 South Second Street, Richmond, VA 23219-3723
cr* +Scripps Networks Interactive, Inc., 1180 Avenue of the Americas, New York, NY 10036-8406
cr* +THQ, Inc., c/o David M. Poitras, P.C., Jeffer, Mangels, Butler & Marmaro LLP, 1900 Ave. of the Stars, 7th Fl., Los Angeles, CA 90067-4308
cr* +TKG Coffee Tree, L.P., c/o Eugene Chang, Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716
cr* +Thirty & 141, L.P., John E. Hilton, Carmody MacDonald, 120 S. Central Ave., Ste. 1800, Clayton, MO 63105-1726
tee* +US Debt Recovery LLC, PO Box 5241, Incline Village, NV 89450-5241
cr* +US Debt Recovery VIII, L.P., US Debt Recovery VIII, L.P., 940 Southwood Blvd, Suite 101, Incline Village, NV 89451-7401
cr* +US Debt Recovery, XI, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
cr* +UrbanCal Oakland, II LLC, c/o Baker & Hostetler, LLP, ATTN: Laura Lawton Gee, 1000 Louisiana Street, Suite 2000, Houston, TX 77002-5018
cr* +VonWin Capital Management, LP, 261 Fifth Avenue, 22nd Floor, New York, NY 10016-7701
cr* +Vonage Marketing Inc., c/o Angelique Electra, Vice President - Law, 23 Main Street, Holmdel, NJ 07733-2136

***** BYPASSED RECIPIENTS (continued) *****

cr* +foneGear, LLC, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-0001
8693221* +44 North Properties, LLC, c/o Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
8693222* +44 North Properties, LLC, c/o Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
8590206* +507 Northgate LLC, c/o Christopher M. Alston, 1111 - 3rd Ave., #3400, Seattle, WA 98101-3264
8600375* AOL LLC, HSBC Bank USA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
10089904* +Blue Heron Micro Opportunities Fund, LLP, P.O. Box 14610, Surfside Beach, SC 29587-4610
8896620* +CC Hamburg NY Partners, LLC, c/o Mark B. Conlan, Esq., Gibbons P.C., One Gateway Center, Newark, NJ 07102-5324
8799625* ++CITY OF CHESAPEAKE, PO BOX 16495, CHESAPEAKE VA 23328-6495
(address filed with court: Barbara O. Carraway, City Treasurer, City of Chesapeake, P.O. Box 16495, Chesapeake, VA 23328-6495)
8782830* City of Florence, PO Box 1357, Florence, KY 41022-1357
8664584* +City of Newport News, Office of the City Attorney, 2400 Washington Ave., Newport News, VA 23607-4301
8665345* +City of Newport News, Office of the City Attorney, 2400 Washington Ave., Newport News, VA 23607-4301
8786555* +City of Newport News, Office of the City Attorney, 2400 Washington Ave., Newport News, VA 23607-4301
10073981* Classic Tech Development Ltd., HSBC BANK USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9735243* +Contrarian Funds, LLC, 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830-6263
10138751* +Dentici Family Limited Partnership, c/o United States Debt Recovery V, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
10138753* +Dentici Family Limited Partnership, c/o United States Debt Recovery V, LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
8686257* +Giant Eagle, Inc., 101 Kappa Drive, Pittsburgh PA 15238-2833
9169705* +Hain Capital Holdings, Ltd., 301 Route 17 N, 7th Floor, Rutherford, NJ 07070-2599
10104295* Industriaplex, Inc, HSBC Bank USA NA, VonWin, Dept CH 16354, Palatine, IL 60055-6354
9020555* +John E. Hilton, Carmody MacDonald, P.C., 120 South Central Ave., Suite 1800, Clayton, MO 63105-1726
8687445* +Katsky Korins LLP, Attn: Steven H. Newman, Esquire, 605 Third Avenue, New York, NY 10158-1699
8617071* +Landmark Communications, Inc., c/o Paul A. Driscoll, Pender & Coward, P.C., 222 Central Park Avenue, Suite 400, Virginia Beach, VA 23462-3026
11423106* ++MURIEL TO YANG, MERCY RIDGE APT L 404, 2525 POT SPRING ROAD, TIMONIUM MD 21093-2778
(address filed with court: Muriel To Yang, Mercy Ridge, Apt. L-404, 2525 Pot Spring Road, Timonium, MD 21093)
8693223* +Maryland Acquisitions, LLC, c/o Miles & Stockbridge P.C., 1751 Pinnacle Drive, Suite 500, McLean, VA 22102-3833
10374118* +Mibarev Depelopment I , LLC, c/o Thomas R Lynch, Bradley Arant Boult Cummings LLP, 1615 L Street, NW, Suite 1350, Washington, DC 20036-5668
11186125* +Midtown Acquisitions, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
11186121* +Midtown Acquisitions,LP, 65 East 55th Street, 20th Floor, New York, NY 10022-3219
8667551* +National Glass and Gate, c/o Coface North America, Inc., 50 Millstone Rd., Bldg. 100, Ste. 360, East Windsor, NJ 08520-1415
8571095* +Paramount Home Entertainment, c/o Michael L. Tuchin, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Fl., Los Angeles, CA 90067-6049
10162183* Pembrooke Crossing, LTD, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
10821477* +Planet Replay , LLC, c/o Contrarian Capital Management, LLC, 411 West Putnam Avenue-Suite 425, Greenwich, CT 06830-6263
8710864* +Power Sales, Attn: Toni Evans, 801 N Meadowbrook, Olathe, KS 66062-5443
9938170* +ROCKFORD REGISTER STAR, PO BOX 439, ROCKFORD, IL 61105-0439
8625007* +Shimenti Construction Company, 118 North Bedford Road, Mount Kisco, New York 10549-2553
11134140* +Southland Acquisitions LLC Lease No 3634, c/o United States Debt Recovery XI LP, 940 Southwood Blvd # 101, Incline Village, NV 89451-7401
8657412* +Southland Acquisitions, LLC, c/o United States Debt Recovery XI LP, 5575 Kietzke Lane, Suite A, Reno, NV 89511-2085
11139165* +TXU Energy Retail Company LLC, Robert S. Westermann, Esq., Hirschler Fleischer, 2100 East Cary Street, Richmond, Virginia 23223-7270
8566900* +Taubman Landlords, c/o The Taubman Landlords, Attn. Andrew S. Conway, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324
8574860* +Toshiba America Information Systems, Inc, 9740 Irvine Blvd, Irvine, CA 92618-1608
10295688* +US Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10766412* +US Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11134141* +US Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11134142* +US Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
11134144* +US Debt Recovery, LLC, c/o Midtown Acquisitions, Attn: Jennifer Donovan, 65 East 55th Street, New York, NY 10022-3219
10255024* US Signs, Inc., c/o U.S Bank Corporate Trust Services, 60 Livingston Avenue, EP-MN-WS3T, St. Paul, MN 55107-2292

***** BYPASSED RECIPIENTS (continued) *****

8583746* +Vonage Marketing Inc., c/o Angelique Electra, Vice President - Law, 23 Main Street, Holmdel, NJ 07733-2136
aty ##+Bertram L. Potemken, 3602 Gardenview Road, Baltimore, MD 21208-1510
aty ##+Morris Levin, Morris Levin Co., LPA, 55 Public Square, Suite 940, Cleveland, OH 44113-1901
aty ##+Paul J. Laurin, Laurin & Associates, Suite 304, 280 South Beverly Dr., Beverly Hills, CA 90212-3903
aty ##+Ronald A. Page, Jr., Ronald Page, PLC, 4860 Cox Rd., Suite 200, Glen Allen, VA 23060-9248
aty ##+Stinson Morrison Hecker LLP, Attn: Darrell W. Clark, Esq., 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845
cr ##+Adam Drake, 4349 Wilcot Drive, Midlothian, VA 23113-3639
cr ##+Albert D, Phelps, Inc., Agent for Yorkcon Prop., Inc., 401 Merritt 7, PO Box 5101, Norwalk, CT 06856-5101
cr ##+Andrew Grosse, 1884 Red Oak Lane, Spring Grove, IL 60081-7916
mvnt ##+Ashley Isaac, 617 South 76th Street South, Birmingham, AL 35206-5227
intp ##+Barbara Gillis, 340 Pinetree Drive, Indialantic, FL 32903-2640
cr ##Brandon C. Schaffner, 60 Don Rene Road, Mt. Wolf, PA 17347-9655
tee ##+CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED PARTNERS, Bilzin Sumberg Baena Price & Axelrod, c/o Mindy Mora, 200 South Biscayne Blvd, Suite 2500, Miami, FL 33131-5340
tee ##+CMAT 1999-C2 Bustleton Avenue Limited Partnership, Bilzin Suimberg Baena Price & Axelrod LL, c/o Mindy Mora, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
tee ##+CMAT 1999-C2 Lawence Road, LLC, Bilzin Sumberg Baena Price & Axelrod, c/o Mindy Mora, 200 South Biscayne Blvd. # 2500, Miami, FL 33131-5340
cr ##+Caparra Center Associates, S.E., Attn: Penny R. Stark, Esq., 17 Bon Pinck Way, East Hampton, NY 11937-3001
cr ##+Consumer Vision, 2110 Ute Ct., Estes Park, CO 80517-7231
cr ##+Curtis L Etheridge, 916 Benefit Rd, Chesapeake, VA 23322-2778
cr ##+Cynda Ann Berger, 1525 Crawford Wood Drive, Midlothian, VA 23114-5133
cr ##+David Cates, 1075 Chalcedony St., Apt. G, San Diego, CA 92109-2631
intp ##+David J. Cacciotti, 9812 Fernleigh Dr., Richmond, VA 23235-1834
cr ##+David W. Tolliver, 55 Brookmont Drive, Clayton, NC 27527-8809
cns ##+Easley, McCaleb & Associates, Inc., Attn: Darwin Embser, VP, Suite 755, 3980 DeKalb Technology Pkwy, Atlanta, GA 30340-2768
cr ##+Edwin Ellis, 3050 Airhaven St., Dallas, TX 75229-2451
cr ##Elton J. Turnage, PO Box 301, Youngstown, OH 44501-0301
intp ##+Harold Patton, 5178 Old N. Rd., Christoperh, IL 62822-2307
cr ##+Hassan Mirshah, 851 Cliffs Dr., #301C, Ypsilanti, MI 48198-7315
cr ##Hoprock Limonite, LLC, c/o Dewey & LeBoeuf LLC, Attn: Lisa Hill Fenning, 333 South Grand Avenue, 26th Floor, Los Angeles, CA 90071-1530
cr ##+James C. Blair, Sr., 1921 Whitelake Dr., Fredericksburg, VA 22407-1483
cr ##+James P. Moran, 54 Twin Oaks, New Milford, CT 06776-5424
cr ##+Jean Theodule, 22841 SW 88 PL Unit 206, Cutter Bay, FL 33190-2030
cr ##+Karen L. Craig, 4409 Player Road, Corona, CA 92883-0677
cr ##+Kelli A. Groneck, 5202 Highberry Woods Rd., Midlothian, VA 23112-6502
cr ##+Kenneth R. Duda, 747 Twin Leaf Drive, Collierville, TN 38017-7157
cr ##+Loren Stocker, d/b/a Vanity International, 1431 Camino Del Mar, Suite D, Del Mar, CA 92014-2572
cr ##+Michael Boger, 22 Carteret Rd., Hopatcong, NJ 07843-1005
cr ##+Miner Corporation, 111 W. San Antonio Street, Suite 200, New Braunfels, TX 78130-5156
cr ##+Nancy E. Mirshah, 851 Cliffs Dr., #301C, Ypsilanti, MI 48198-7315
cr ##+Nicholas S. Weeks, 4512 Staten Island Court, Plano, TX 75024-4712
cr ##+Nintendo of America, Inc., Attn: Elizabeth Aurelio, VP, -Credit, 4820-150th Ave. NE, Redmond, WA 98052-5111
cr ##+Normand C. Dionne, 268 Bartlett St., Unit 2, Manchester, NH 03102-3604
cr ##+Phillip Lee Steele, 1208 Dawkins St., Unit B, Durham, NC 27707-2314
cr ##+Robert Conat, 313 Spinnaker, Lansing, MI 48917-3468
cr ##+Seth Kranz, 5337 FM 2642, Royse City, TX 75189-7912
cr ##+Sharon Brown Hope, 4219 Grand Street, Apt. J, Columbia, SC 29203-6666
cr ##+Stanecki Inc. d/b/a Don Lors Electronics, Paula A. Hall, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622
cr ##+Steven Draxler, 2322 Pocono Ct., De Pere, WI 54115-8076
cr ##+Thomas C. Bradley, PO Box 194, Clayton, DE 19938-0194
cr ##+Veronica Simmons, 2101 San Diego Drive, Corona, CA 92882-6431
intp ##+Vincent E. Rhynes, 1514 W. Manchester Ave. # 5, LA, CA 90047-5427
cr ##+Waste Management, Inc., c/o Stinson Morrison Hecker LLP, Attn: Darrell W. Clark, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845
tee ##+Wells Fargo Bank, National Association, Bilzin Sumberg Baena Price & Axelrod LLP, c/o Mindy Mora, 200 South Biscayne Blvd. #2500, Miami, FL 33131-5340
cr ##+Youde Wang, 1296 Grand Cypress Sq., Virginia Beach, VA 23455-6838
10211804 ##+ALL ABOUT WIRING, PO Box 36486, Rock Hill, SC 29732-0508
9003362 ##+Allsop Inc., Ryan Allsop, VP of Operations, 4201 Meridan, Bellingham, WA 98226-5532
10661137 ##Amargosa Palmdale Investments LLC, J Bennett Friedman Esq, Friedman Law Group, 1900 Avenue of the Stars Ste 1800, Los Angeles, CA 90067-4409
10530143 ##+Apex Digital, Inc., c/o Jerry C Huang Esq, 301 Brea Canyon Road, Walnut, CA 91789-3075
10065361 ##+BOULDER DAILY CAMERA, 1048 PEARL STREET, BOULDER, CO 80302-5111
8996124 ##+CMAT 1999-C2 Ridgeland Retail, LLC, c/o Mindy A. Mora, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340

***** BYPASSED RECIPIENTS (continued) *****

8716640 ##+Convergys Customer Management Group Inc., c/o Michael J. O'Grady, Esq., Frost Brown Todd LLC, 201 E. Fifth Street, Suite 2200, Cincinnati, OH 45202-4113
8622528 ##+Engineered Structures, Inc., c/o Rob Shockley, 12400 W. Overland Rd., Boise, ID 83709-0021
9470519 ##+Franklin Electronic Publishers, Inc., Frank Musto, VP, One Franklin Plaza, Burlington, NJ 08016-4908
8643402 ##+Hallaian, Walter Wilhelm Law Group, Attn: Michael L. Wilhelm, Esq., 7110 N. Fresno Street, Suite 400, Fresno, CA 93720-2933
8620770 ##+Hallaian, c/o Walter Wilhelm Law Group, Attention: Michael L. Wilhelm, Esq., 7110 N. Fresno Street, Suite 400, Fresno, CA 93720-2933
8607207 ##+Home Depot USA, Inc., c/o Elizabeth C. Freeman, LOCKE LORD BISSELL & LIDDELL LLP, 600 Travis Street, Suite 3400, Houston, Texas 77002-2926
9822508 ##+Hoprock Limonite LLC, Attn Lisa Hill Fenning, Dewey & LeBoeuf LLP, 333 S Grand Ave Ste 2600, Los Angeles, CA 90071-1530
10013758 ##+Huck Group, Inc., The, 4501 N. Tamiami Trl., Suite 214, Naples, FL 34103-3018
8583090 ##+Monte Vista Crossings, LLC, c/o Donahue Gallagher Woods LLP, attn: William R. Hill, Esq., 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3538
9833009 ##+Optoma Technology Inc, 715 Sycamore Drive, Milpitas, CA 95035-7465, Attn: Karen Parsons
10619226 ##+Optoma Technology, Inc., 715 Sycamore Drive., Milpitas, CA 95035-7465
8831952 ##+PC Mall, Inc., c/o Jeffrey M. Galen, Esq., Galen & Davis, LLP, 16255 Ventura Blvd., Suite 900, Encino, CA 91436-2317
9908088 ##+Phillip Lee Steele, 1905 James Street, Apt A, Durham, NC 27707-2041
8710804 ##+Plasti Cart Inc, 116B Walton Park Ln, Midlothian VA 23114-3028
9016305 ##+Renukaben S. Naik, C/o Philip C. Baxa, Esquire, MercerTrigiani LLP, 16 South Second Street, Richmond, VA 23219-3723
9016264 ##+Renukaben S. Naik, c/o Philip C. Baxa, Esquire, MercerTrigiani LLP, 16 South Second Street, Richmond, Virginia 23219-3723
8875433 ##+Ricmac Equities Corporation, 6 Harbour Point Drive, Northport, NY 11768-1557
9838877 ##+Sharpe Partners LLC, Kathy Sharpe, CEO, 61 Broadway, Suite 2305, New York, NY 10006-2701
8975019 ##+Signature Home Furnishings Marco Lin, 14104 Arbor Place, Cerritos, CA 90703-2404
9208367 ##+Signature Homes Furnishings Marco Lin, 14104 Arbor Place, Cerritos, CA 90703-2404
10186999 ##+Stanecki Inc. d/b/a Don Lors Electronics, c/o Paula A. Hall, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622
9093606 ##Universal Protection Service, Stephen S. Martin, VP-Finance, PO Box 512719, Los Angeles, CA 90051-0719
8584581 ##+Weidler Settlement Class, David M. deRubertis, Esq., The deRubertis Law Firm, 21800 Oxnard Street, Suite 1180, Woodland Hills, California 91367-7911

TOTALS: 983, * 118, ## 81

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:

Aaron L. Hammer on behalf of Creditor Service Saver, Incorporated ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron L. Hammer on behalf of Creditor ServicePlan of Florida, Inc. ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron L. Hammer on behalf of Creditor ServicePlan, Inc. and all its Affiliates ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron L. Hammer on behalf of Creditor National Product Care Company ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron L. Hammer on behalf of Creditor TWG Innovative Solutions, Inc. ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron L. Hammer on behalf of Creditor Virginia Surety Company, Inc. ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P. cahn@clm.com
Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC akeith@honigman.com, tsable@honigman.com
Alan Michael Noskow on behalf of Defendant Navarre Online Fulfillment Services, Inc. anoskow@pattonboggs.com
Alan Michael Noskow on behalf of Defendant COKeM International Ltd. anoskow@pattonboggs.com
Alan Michael Noskow on behalf of Defendant Navarre Distribution Services, Inc. anoskow@pattonboggs.com
Albert F. Quintrall on behalf of Creditor Wayne-Dalton Corp. a.quintrall@quintrall.com
Alexander W. Stiles on behalf of Creditor City of Virginia Beach astiles@vbgov.com
Alexander Xavier Jackins on behalf of Interested Party AmCap NorthPoint LLC ajackins@seyfarth.com
Alexander Xavier Jackins on behalf of Interested Party AmCap Arborland LLC ajackins@seyfarth.com
Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc. ajackins@seyfarth.com
Alexander Xavier Jackins on behalf of Interested Party Eatontown Commons Shopping Center ajackins@seyfarth.com
Alexander Xavier Jackins on behalf of Interested Party Arboretum of South Barrington, LLC ajackins@seyfarth.com
Alison Ross Wickizer Toepp on behalf of Creditor GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Alison Ross Wickizer Toepp on behalf of Defendant Kingston Technology Co., Inc. atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Alison Ross Wickizer Toepp on behalf of Creditor Northern Indianna Public Service Company atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Alison Ross Wickizer Toepp on behalf of Defendant Sony Computer Entertainment America Inc., A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Alison Ross Wickizer Toepp on behalf of Defendant Energizer Battery, Inc. atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
Ambika Joline Biggs on behalf of Defendant The E.W. Scripps Company d/b/a/ Ventura County Star abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Defendant Scripps Networks, LLC d/b/a HGTV.com, d/b/a FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Defendant The National Union Fire Insurance Company of Pittsburgh, PA abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Defendant Memphis Publishing Company, dba Commercial Appeal, Inc. abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Defendant Scripps Media, Inc. abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Creditor Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
Ambika Joline Biggs on behalf of Defendant Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
Amy Pritchard Williams on behalf of Creditor Valley Corners Shopping Center, LLC amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams on behalf of Creditor Encinitas PFA, LLC amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams on behalf of Creditor PrattCenter, LLC amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams on behalf of Creditor UTC I, LLC amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams on behalf of Creditor Cobb Corners II, Limited Partnership amy.williams@klgates.com, hailey.andresen@klgates.com
Amy Pritchard Williams on behalf of Creditor DIM Vastgoed, N.V. amy.williams@klgates.com, hailey.andresen@klgates.com
Andrea Campbell Davison on behalf of Defendant Learning Channel, Inc. andrea.davison@arentfox.com
Andrea Campbell Davison on behalf of Defendant Discovery Communications Inc. a/k/a The Learning Channel andrea.davison@arentfox.com
Andrea Campbell Davison on behalf of Defendant Wonders Industrial Development (Shenzhen) Co., Ltd. andrea.davison@arentfox.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Andrea Campbell Davison on behalf of Defendant Discovery Communications, Inc. andrea.davison@arentfox.com
Andrea Campbell Davison on behalf of Defendant Animal Planet, L.P. andrea.davison@arentfox.com
Andrea Campbell Davison on behalf of Creditor Discovery Communications, Inc. andrea.davison@arentfox.com
Andrew Rapp on behalf of Creditor Terranomics Crossroads Associates arapp@wpblaw.com
Andrew Edward Macfarlane on behalf of Creditor Sherwood America, Inc. aem@aemlegal.com
Andrew Edward Macfarlane on behalf of Defendant Sherwood America, Inc. aem@aemlegal.com
Andrew H. Herrick on behalf of Creditor County of Albemarle aherrick@albemarle.org
Andrew Kelly Rudiger on behalf of Creditor TKG Coffee Tree, L.P. akrudiger@kaufcan.com, jaturner@kaufcan.com;nlferguson@kaufcan.com
Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc. acole@fandpnet.com
Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP abrumby@shutts-law.com, rhicks@shutts-law.com
Andrew S. Conway on behalf of Creditor Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc. aabreu@formanlaw.com
Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Ann E. Schmitt on behalf of Creditor Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
Ann E. Schmitt on behalf of Creditor The Parkes Companies Inc. aschmitt@culbert-schmitt.com
Ann E. Schmitt on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
Anne C. Lahren on behalf of Defendant KLAS, LLC alahren@pendercoward.com
Anne C. Lahren on behalf of Defendant Landmark Media Enterprises LLC, f/k/a Landmark Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
Anne C. Murphy on behalf of Creditor State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com
Anne Elizabeth Braucher on behalf of Creditor InnerWorkings, Inc. abraucher@mcmillanmetro.com
Anne Elizabeth Braucher on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
Anne Elizabeth Braucher on behalf of Creditor West Marine Products, Inc. abraucher@mcmillanmetro.com
Anne G. Bibeau on behalf of Creditor Alameda County Treasurer ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
Anne G. Bibeau on behalf of Creditor Orangefair Marketplace, LLC ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
Anne G. Bibeau on behalf of Creditor Sonoma County Tax Collector ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com
Annemarie G. McGavin on behalf of Creditor Dick's Sporting Goods, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin on behalf of Creditor General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin on behalf of Creditor Golf Galaxy, Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin on behalf of Creditor Motorola Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com
Anthony J. Cichello on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. acichello@kb-law.com
Arthur S. Weitzner on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein on behalf of Creditor Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan on behalf of Creditor City of Philadelphia achan@hangley.com, ecffilings@hangley.com
Augustus C. Epps, Jr. on behalf of Creditor N.P. Huntsville Limited Liability Company aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant Kost Klip Manufacturing, Ltd. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor The Marvin L. Oates Trust aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant Signature Home Furnishings Co. Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Daniel W. Ramsey aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Thoroughbred Village Tennessee, GP aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Crossroads Associates, Ltd. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Hamilton Crossing aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant MediaNews Group, Inc. d/b/a Pioneer Press and St. Paul Pioneer Press aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Continental Property Management Corp. aepps@cblaw.com, lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Augustus C. Epps, Jr. on behalf of Creditor Buzz Oates, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Rancon Realty Fund IV aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Commercial Property Management, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Catellus Operating Limited Partnership aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Argyle Forest Retail I, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Westgate Village, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant CDW Direct, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Interested Party Manufacturers & Traders Trust Company, as Trustee aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Sangertown Square, L.L.C. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Swanblossom Investments, LP aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Donahue Schriber Realty Group, L.P. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Laurel Plumbing, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Generation One and Two, LP aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership, as managing Agent for Puente Hills Mall, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Kimco Realty Corporation aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor 1030 W. North Ave. Bldg. LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Whitestone Development Partners, L.P. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor De Rito Pavilions 139, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Kite Coral Springs, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Myrtle Beach Farms aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland American Retail Management LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Audio Authority Corporation aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Union County Construction Group, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant Solutions 2 Go, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor La Habra Imperial, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor The West Campus Square Company, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Cohab Realty, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Attorney Christian & Barton, L.L.P. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor CC-Investors 1995-6 aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor KRG Market Street Village, LP aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Pacific Property Services LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Brighton Commercial, L.L.C. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Bella Terra Associates, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Southwest Management LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor EklecCo NewCo, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com, lthompson@cblaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Generation H One and Two Limited Partnership aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Roth Tanglewood LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant American Power Conversion Corp. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Rolling Acres Plaza Shopping Center aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor The Macerich Company aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Greenback Associates aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Transferee 412 South Broadway Realty LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor RREEF Management Company aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership, as managing agent for WTM Glimcher LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Portland Investment Company of America aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Crossroads Shopping Center aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Prado, llc aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Transferor Manufacturers and Traders Trust Company, as Trustee aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Union Square Retail Trust aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Morse-Sembler Villages Partnership #4 aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Lexmark International, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Perimeter Mall aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Madison Waldorf, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Redtree Properties, L.P. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Drexel Delaware Limited Partnership aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland US Management LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant Audio Authority Corporation aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Defendant Lexmark International, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Carousel Center Company, L.P. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Transferor Manufactures and Traders Trust Company, as Trustee aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Tanglewood Park, LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor International Speedway Square, Ltd. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor EEL McKee LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor NAP Northpoint, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Macy’s Retail Holdings, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Diamond Square, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Amargosa Palmdale Investments, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Fingerlakes Crossing, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Tanglewood Park LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Starpoint Property Management, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor UnCommon, Ltd., a Florida Limited Partnership aepps@cblaw.com, lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Augustus C. Epps, Jr. on behalf of Creditor Prudential Insurance Company of America aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor American Power Conversion Corp. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Myrtle Beach Farms Co., Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Inland Commercial Property Management, Inc. aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Chung Hee Kim (Ridgehaven Plaza Shopping Center) aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Plaintiff CC-Investors 1995-6 aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Cedar Development Ltd., a Florida Limited Partnership aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr. on behalf of Creditor Hamilton Crossing I, LLC aepps@cblaw.com, lthompson@cblaw.com
Belkys Escobar on behalf of Creditor County of Loudoun, VA Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Belkys Escobar on behalf of Creditor County of Loudoun, Virginia Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Benjamin C. Ackerly on behalf of Interested Party Alvarez & Marsal Canada, ULC backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Creditor Cypress/CC Marion I, L.P. backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Creditor Galleria Plaza, Ltd. backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Interested Party Food Lion LLC backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Creditor Panasonic Corporation of North America backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Defendant Nikon, Inc. backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Creditor Harvest/HPE LP backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Interested Party Lowe's HIW, Inc. backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Interested Party CCDC Marion Portfolio, L.P. backerly@hunton.com, cloving@hunton.com
Benjamin C. Ackerly on behalf of Interested Party Federal Warranty Service Corporation backerly@hunton.com, cloving@hunton.com
Benjamin Joseph Lambiotte on behalf of Defendant InFocus Corporation blambiotte@gsblaw.com
Bhavik Dalpat Patel on behalf of Defendant MCM Electronics, Inc. bdp@macdowelllaw.com
Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors bgodshall@pszjlaw.com
Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation benglander@wtplaw.com, rredfield@wtplaw.com
Bradford F. Englander on behalf of Creditor Source Interlink Media, LLC benglander@wtplaw.com, rredfield@wtplaw.com
Brenda M. Whinery on behalf of Creditor Windsail Properties bwhinery@mcrazlaw.com
Brett Christopher Beehler on behalf of Creditor Prince George's County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
Brett Christopher Beehler on behalf of Creditor Charles County, Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
Brian D. Huben on behalf of Creditor Foursquare Properties, Inc. brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor RREEF Management Company brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor Portland Investment Company of America brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor Prudential Insurance Company of America brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor The Macerich Company brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor KNP brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Brian D. Huben on behalf of Creditor Cousins Properties Incorporated brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian D. Huben on behalf of Creditor Watt Management Company brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com
Brian F. Kenney on behalf of Defendant Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney on behalf of Creditor Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney on behalf of Defendant JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney on behalf of Creditor 44 North Properties, LLC bkenney@milesstockbridge.com
Brian F. Kenney on behalf of Creditor JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney on behalf of Creditor Maryland Acquisitions, LLC bkenney@milesstockbridge.com
Brittany Jane Nelson on behalf of Creditor Karl Engelke bnelson@foley.com
Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
Byron Z. Moldo on behalf of Creditor The City Portfolio TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Byron Z. Moldo on behalf of Creditor Descanso TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Byron Z. Moldo on behalf of Creditor RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Byron Z. Moldo on behalf of Creditor Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
C. Christopher Meyer on behalf of Creditor Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer on behalf of Creditor Photoco, Inc. cmeyer@ssd.com
Carl A. Eason on behalf of Creditor The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely on behalf of Creditor Golfsmith International, L.P. ccreely@akingump.com
Catherine Elizabeth Creely on behalf of Creditor GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely on behalf of Creditor CIM/Birch St., Inc. ccreely@akingump.com
Chang Eugene on behalf of Creditor TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC gideon.korrell@snrdenton.com
Charles W. Chotvacs on behalf of Creditor Manteca Stadium Park, L.P. cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor RREEF Management Company cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Watt Management Company cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Cencor Realty cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor NMC Stratford, LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor The Hutensky Group cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor KNP cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Simon Property Group, Inc. cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Prudential Insurance Company of America cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor The Macerich Company cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor FJL-MVP, LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Uniwest Commercial Realty cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor OTR-Clairemont Square cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Portland Investment Company of America cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor UBS Realty Investors, LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Federal Realty Investment Trust cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor The Morris Companies Affiliates cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Laguna Gateway Phase 2, LP cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Charles W. Chotvacs on behalf of Creditor Cousins Properties Incorporated cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs on behalf of Creditor Centro Properties Group cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
Christian K. Vogel on behalf of Creditor Schimenti Construction Company LLC Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Christian K. Vogel on behalf of Unknown G&S Livingston Realty, Inc. Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Christine D. Lynch on behalf of Creditor Ray Mucci's Inc. clynch@goulstonstorrs.com
Christine D. Lynch on behalf of Creditor Route 146 Millbury LLC clynch@goulstonstorrs.com
Christine D. Lynch on behalf of Creditor S.R. Weiner & Associates Inc. clynch@goulstonstorrs.com
Christine D. Lynch on behalf of Creditor Interstate Augusta Properties LLC clynch@goulstonstorrs.com
Christine D. Lynch on behalf of Creditor NPP Development LLC clynch@goulstonstorrs.com
Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership clynch@goulstonstorrs.com
Christine McAteer Ford on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated cford@mdpcelaw.com
Christine McAteer Ford on behalf of Creditor Ada Alicea cford@mdpcelaw.com
Christopher A. Jones on behalf of Creditor Weidler Settlement Class cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
Christopher A. Jones on behalf of Creditor Twentieth Century Fox Home Entertainment LLC cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
Christopher A. Jones on behalf of Creditor Annapolis Plaza LLC cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
Christopher A. Jones on behalf of Creditor Moncayo Settlement Class cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
Christopher A. Jones on behalf of Creditor TeleDynamics LLP cajones@wtplaw.com, rredfield@wtplaw.com,dgaffey@wtplaw.com
Christopher Julian Hoctor on behalf of Defendant Moran Brown PC choctor@kaplanfrank.com, nferenbach@kaplanfrank.com
Christopher L. Perkins on behalf of Plaintiff Schimenti Construction Company LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Unknown Osprey Audit Specialists, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Creditor Fayetteville Developers, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Defendant Multimedia Holdings Corporation, dba KUSA-TV christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Defendant Lee Enterprises, Incorporated christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Defendant Cisco Consumer Products, LLC f/k/a Linksys christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Interested Party Steven Ivester christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Defendant WC Holdco, Inc. f/k/a Jack of All Games, Inc., d/b/a Jack of All Games christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Creditor CC Kingsport 98, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Creditor The Daniel Group christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher L. Perkins on behalf of Defendant Haier America Trading L.L.C. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher L. Perkins on behalf of Defendant Cisco Systems, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Transferee Longacre Opportunity Fund, LP christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Seagate Technology, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Unknown Creative Realty Management, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Sharp Electronics Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Attorney LeClair Ryan, A Professional Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant V.E.C., LLC dba Virginia Electronic Components christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Lee Enterprises, Incorporated and Gannett Co., Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star, and/or Tucson Citizen christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Westfield, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Take Two Interactive Software, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor CC - Virginia Beach, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Eastern Security Corp. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Movant Nina Winston christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Counter-Claimant Sirius XM Radio Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Cisco-Linksys, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett Co., Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Jefferies Leveraged Credit Products, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Rossmoor Shops, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett Co., Inc. dba Greenville News aka The Greenville News christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher L. Perkins on behalf of Defendant Sirius XM Radio Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor The Balogh Companies christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Parago, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant eReplacements, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Unknown CP Nord du Lac JV, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Schimenti Construction Company LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Parago Promotional Services, Inc christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Yahoo! Inc. also dba YAHOO! Tech aka Yahoo Tech christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett Satellite Information Network, Inc., dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor 680 S. Lemon Ave. Co. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Schimenti Construction Company LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Altec Lansing Technologies, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Benenson Capital Company christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Brandywine Grande C, L.P. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Phoenix Newspapers, Inc., dba The Arizona Republic christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Pacific and Southern Company, Inc. d/b/a/ WXIA TV christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Retail MDS, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Pure Digital Technologies, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Indiana Newspapers, Inc. d/b/a The Indianapolis Star christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher L. Perkins on behalf of Defendant Cisco-Linksys, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Olympus Corporation of the Americas christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett River States Publishing Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Almo E-Commerce LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Sick, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Media Solutions Holdings, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Osprey Audit Specialists, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor FM Facility Maintenance, f/k/a IPT, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Netgear Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett Co., Inc. dba The Times christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Olympus Corporation christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Developers Realty, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Circuit Investors #2, Ltd. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor CK Richmond Business Services #2, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Plantronics, Inc. christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Seagate Technology LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Time Warner Cable, LLC christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Creditor Cardinal Capital Partners christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Defendant Gannett Co., Inc. and Gannett River States Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher L. Perkins on behalf of Defendant Take Two Interactive Software, Inc., a/k/a Take Two Interactive christopher.perkins@leclairryan.com, stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com
Christopher M. Alston on behalf of Creditor 507 Northgate LLC alstc@foster.com, ristj@foster.com
Christopher M. Desiderio on behalf of Plaintiff Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
Christopher M. Desiderio on behalf of Creditor TomTom, Inc. cdesiderio@nixonpeabody.com
Christopher M. Desiderio on behalf of Creditor Greystone Data Systems, Inc. cdesiderio@nixonpeabody.com
Christopher R. Belmonte on behalf of Creditor International Business Machines Corporation cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Christopher S. Colby on behalf of Creditor Alameda County Treasurer ccolby@vanblk.com
City of Newport News, Virginia jdurant@nngov.com
Constantinos G. Panagopoulos on behalf of Creditor Greece Ridge, LLC cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Constantinos G. Panagopoulos on behalf of Creditor Battlefield FE Limited Partners cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Constantinos G. Panagopoulos on behalf of Creditor Centro Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Constantinos G. Panagopoulos on behalf of Creditor Berkshire Hyannis LLC cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Constantinos G. Panagopoulos on behalf of Creditor Federal Realty Investment Trust cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Constantinos G. Panagopoulos on behalf of Creditor Brixmor Property Group, Inc., f/k/a Centro Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
Courtney E. Pozmantier on behalf of Creditor Paramount Home Entertainment cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Craig Benson Young on behalf of Creditor Cedar Development Ltd., a Florida Limited Partnership craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
Craig Benson Young on behalf of Defendant World Richman Manufacturing Corporation craig.young@kutakrock.com, lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
Craig M. Palik on behalf of Creditor Congressional North Associates Limited Partnership cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
Craig M. Palik on behalf of Creditor Bond-Circuit IV Delaware Business Trust cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
Craig M. Palik on behalf of Creditor CC Hamburg NY Partners, LLC cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
Craig M. Palik on behalf of Creditor Bond Circuit IV Delaware Business Trust cpalik@mhlawyers.com, cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
Curtis Gilbert Manchester on behalf of Defendant Energizer Battery, Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
Curtis Gilbert Manchester on behalf of Defendant Sony Computer Entertainment America Inc., A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
Curtis Gilbert Manchester on behalf of Defendant Kingston Technology Co., Inc. cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
D. Marc Sarata on behalf of Defendant Bush Industries Inc. msarata@ltblaw.com, sleach@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
Daniel D. Prichard on behalf of Defendant Palm Beach Newspapers, Inc. d/b/a The Palm Beach Post ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Media Group, Inc. d/b/a Austin American Statesman ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Enterprises, Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Media Group, Inc. and Cox Enterprises, Inc., individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant KTVU, Inc. ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Enterprises, Inc. d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Midwest Television, Inc. d/b/a KFMB-TV ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant WFTV, Inc. ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Media Group, Inc. d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard on behalf of Defendant Cox Enterprises, Inc. d/b/a Austin American Statesman ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Daniel F. Blanks on behalf of Defendant Circuit City Stores, Inc. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Plaintiff Circuit City Stores, Inc. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Kinzer Technology, LLC dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Mayland MN, LLC dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Patapsco Designs, Inc. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor XSStuff, LLC dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Sky Venture Corp. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Circuit City Stores, Inc. dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor Courchevel, LLC dblanks@mcguirewoods.com
Daniel F. Blanks on behalf of Debtor PRAHS, INC. dblanks@mcguirewoods.com
Daniel M. Press on behalf of Defendant B.R. Fries & Associates, LLC dpress@chung-press.com, pressdm@gmail.com
Daniel M. Press on behalf of Attorney Daniel M Press dpress@chung-press.com, pressdm@gmail.com
Daniel M. Press on behalf of Defendant Bensussen Deutsch & Associates, Inc. dpress@chung-press.com, pressdm@gmail.com
Darek S. Bushnaq on behalf of Defendant ServicePower, Inc., aka ServicePower Inc. dsbushnaq@venable.com
Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc. nowak@marcus-shapira.com
Darrell William Clark on behalf of Defendant Targus, Inc. dclark@stinson.com, cscott@stinson.com
Darrell William Clark on behalf of Creditor Waste Management, Inc. dclark@stinson.com, cscott@stinson.com
Darryl S. Laddin on behalf of Creditor Verizon Communications Inc. bkrfilings@agg.com
David McCall on behalf of Creditor Frisco ISD Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
David McCall on behalf of Creditor City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
David McCall on behalf of Creditor Garland ISD Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
David McCall on behalf of Creditor Collin County Tax Assessor/Collector bankruptcy@ntexas-attorneys.com
David A. Greer on behalf of Creditor Pan Am Equities dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
David A. Greer on behalf of Creditor Century plaza development corporation dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
David B. Wheeler on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com
David D. Hopper on behalf of Creditor Rio Associates Limited Partnership ddhopper@chlhf.com, scilino@chlhf.com
David Emmett Hawkins on behalf of Creditor Archon Group, L.P. dhawkins@velaw.com
David H. Cox on behalf of Creditor Port Arthur Holdings, III, Ltd. dcox@jackscamp.com, pdyson@jackscamp.com
David H. Cox on behalf of Creditor 610 & San Felipe, Inc. dcox@jackscamp.com, pdyson@jackscamp.com
David H. Dickieson on behalf of Defendant New Age Electronics, Inc., also known as New Age, Inc. ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
David H. Dickieson on behalf of Defendant SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com
David J. Ervin on behalf of Creditor Benderson Development Company, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Ashkenazy Management Corp. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor The Woodmont Company dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Regency Centers, L.P. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor General Growth Properties, Inc. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor WEC 99A-2LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Weingarten Realty Investors and Its Affiliates dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor The MacNaughton Group dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Basser-Kaufman dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Developers Diversified Realty Corporation dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

David J. Ervin on behalf of Creditor Continental Properties Company, Inc. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin on behalf of Creditor Philips International dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
David K. Spiro on behalf of Creditor United States Debt Recovery, LLC dspiro@hf-law.com, rmcburney@hf-law.com
David K. Spiro on behalf of Defendant United States Debt Recovery LLC dspiro@hf-law.com, rmcburney@hf-law.com
David K. Spiro on behalf of Defendant eGain Communications Corp., a/k/a Egain Communications and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com
David K. Spiro on behalf of Defendant United States Debt Recovery III, LLP dspiro@hf-law.com, rmcburney@hf-law.com
David K. Spiro on behalf of Transferee US Debt Recovery LLC dspiro@hf-law.com, rmcburney@hf-law.com
David K. Spiro on behalf of Creditor US Debt Recovery III, LP dspiro@hf-law.com, rmcburney@hf-law.com
David M. Poitras on behalf of Interested Party THQ, Inc. dmp@jmbm.com
David R. Ruby on behalf of Defendant Lite-On IT Corp. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Defendant SanDisk Corporation druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Defendant Lite-On Sales & Distribution Inc., also known as LSDI druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Creditor SanDisk Corporation druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Defendant R-Pac International Corp. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Creditor Holyoke Crossing Limited Partnership II druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby on behalf of Defendant Jasco Products Company, Inc. druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave on behalf of Defendant Toymax International, Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com
David V. Cooke on behalf of Creditor City and County of Denver bankruptcy.david@denvergov.org
David W. Earman on behalf of Defendant Petra Industries, Inc. davidearman@courtsq.com
David Wayne Lannetti on behalf of Defendant Belkin Logistics, Inc., aka Belkin, Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
David Wayne Lannetti on behalf of Defendant Parrot, Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
David Wayne Lannetti on behalf of Defendant Belkin International Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
Dawn C. Stewart on behalf of Creditor Circuit Sports, L.P. dstewart@thestewartlawfirm.com
Dena Sloan Kessler on behalf of Creditor Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Dena Sloan Kessler on behalf of Defendant Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
Dena Sloan Kessler on behalf of Defendant The National Union Fire Insurance Company of Pittsburgh, PA dkessler@bakerlaw.com
Denise S. Mondell on behalf of Creditor State of Connecticut Department of Revenue Services denise.mondell@ct.gov
Denise S. Mondell on behalf of Creditor State of Connecticut, Departments of Labor and Revenue Services denise.mondell@ct.gov
Dennis T. Lewandowski on behalf of Defendant iProspect.com Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Counter-Claimant Konami Digital Entertainment, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Creditor Vance Baldwin, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Creditor Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Movant Tremor Media, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Creditor JVC Americas Corp. and JVC Company of America dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Defendant Tritronics, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Defendant Maryl Pacific Construction, Inc. dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Counter-Claimant JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Defendant Business to Business Solutions, LLC dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Defendant I/O Magic Corporation dtlewand@kaufcan.com
Dennis T. Lewandowski on behalf of Defendant Vance Baldwin, Inc. dtlewand@kaufcan.com
Denyse Sabagh on behalf of Creditor City of Rancho Cucamonga dsabagh@duanemorris.com
Denyse Sabagh on behalf of Creditor Principal Life Insurance Company dsabagh@duanemorris.com
Denyse Sabagh on behalf of Creditor Sima Products Corp. dsabagh@duanemorris.com
Denyse Sabagh on behalf of Creditor Audiovox Corporation dsabagh@duanemorris.com
Denyse Sabagh on behalf of Transferee Korea Export Insurance Corporation dsabagh@duanemorris.com
Dexter D. Joyner on behalf of Creditor Pasadena Independent School District caaustin@comcast.net
Dion W. Hayes on behalf of Debtor Courchevel, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Circuit City Stores PR, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor PRAHS, INC. dhayes@mcguirewoods.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Dion W. Hayes on behalf of Debtor Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Ventoux International, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor CC Aviation, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Circuit City Stores, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor InterTAN, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Mayland MN, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor CC Distribution Company of Virginia, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Circuit City Properties, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Sky Venture Corp. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Defendant Circuit City Stores, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Orbyx Electronics, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Kinzer Technology, LLC dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor Patapsco Designs, Inc. dhayes@mcguirewoods.com
Dion W. Hayes on behalf of Debtor XSStuff, LLC dhayes@mcguirewoods.com
Dominic L. Chiariello on behalf of Creditor Donovan Dunwell dc@chiariello.com
Donald K. Ludman on behalf of Creditor SAP Retail Inc. and Business Objects dludman@brownconnery.com
Douglas Scott on behalf of Defendant Merrimack Valley Corp. BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Creditor Centon Electronics, Inc. BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Merrimack Valley Sheet Metal Corporation BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Creditor WCC Properties BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Hannspree North America, Inc., f/k/a Hannspree California, Inc. BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Creditor Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Climate Design Systems BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Creditor PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Besam USA Inc. f/k/a Besam Automated Entrance Systems, Inc. BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Creditor Pasadena Independent School District BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Transferee CFH Investments III, LLC BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Electronic Process Solutions d/b/a EPS Texas BankruptcyCounsel@gmail.com
Douglas Scott on behalf of Defendant Russellville Steel Company, Inc. BankruptcyCounsel@gmail.com
Douglas D. Kappler on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com
Douglas M. Foley on behalf of Counter-Defendant Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Trustee Circuit City Stores, Inc. Liquidating Trust dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Circuit City Stores West Coast, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Kinzer Technology, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Circuit City Properties, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Circuit City Purchasing Company, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Mayland MN, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Patapsco Designs, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor XSStuff, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Ventoux International, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Courchevel, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor CC Aviation, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor InterTAN, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Orbyx Electronics, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Douglas M. Foley on behalf of Debtor Circuit City Stores PR, LLC dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Sky Venture Corp. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor PRAHS, INC. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Plaintiff Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Defendant Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor CC Distribution Company of Virginia, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas M. Foley on behalf of Debtor Circuit City Stores, Inc. dfoley@mcguirewoods.com, pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
Douglas R. Gonzales on behalf of Creditor City of Miramar, FL dgonzales@wsh-law.com
Douglas R. Gonzales on behalf of Creditor City of Homestead, Florida dgonzales@wsh-law.com
Dylan G. Trache on behalf of Creditor Lexar Media, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant KHOU-TV, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant King Broadcasting Company, doing business as KING-TV and KGW-TV dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Sacramento Television Stations Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Press-Enterprise Company dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant CBS Stations Group of Texas L.P. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant CBS Operations Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Television Station KTXA L.P. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Philadelphia Television Station WPSG Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Creditor Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant WFAA-TV, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant KTVK, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant CBS Broadcasting Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Counter-Claimant Envision Peripherals, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Meredith Corporation dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant KVVU Broadcasting Corporation dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant Vanguard Products Group, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant CBS Corporation dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Defendant CBS Television Stations Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Creditor LG Electronics USA, Inc. dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Dylan G. Trache on behalf of Creditor Envision Peripherals,Inc dtrache@wileyrein.com, rours@wileyrein.com;khertz@wileyrein.com
Edward L. Rothberg on behalf of Creditor Circuit Sports, L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com
Elizabeth A. Elam on behalf of Creditor City of Southlake, Texas betsyelam@toase.com, wenditaylor@toase.com;lmares@toase.com
Elizabeth L. Gunn on behalf of Defendant Cypress/Spanish Fort I LP egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Creditor CC-Investors Trust 1995-1 egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Defendant Longacre Opportunity Fund, L.P. egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Creditor Hewlett Packard Company egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Defendant PG Publishing Co., Inc. d/b/a Pittsburgh Post Gazette egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Defendant Campbell Construction Co. egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Elizabeth L. Gunn on behalf of Creditor Mikael Salovaara egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Elizabeth L. Gunn on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Ellen A. Friedman on behalf of Creditor Hewlett Packard Company efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley on behalf of Creditor IGate Global Solutions, Limited echarley@hansonbridgett.com
Eric C. Cotton on behalf of Creditor Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak on behalf of Creditor Microsoft Corporation eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Eric J. Snyder on behalf of Creditor Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito on behalf of Defendant Navarre Online Fulfillment Services, Inc. emorabito@pattonboggs.com
Erika L. Morabito on behalf of Defendant Navarre Distribution Services, Inc. emorabito@pattonboggs.com
Erika L. Morabito on behalf of Defendant COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel on behalf of Defendant Casio, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Entergy Gulf States Louisiana, L.L.C. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Cleveland Construction, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Entergy Mississippi, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Entergy Texas, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor James Lubary ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Defendant PNY Technologies Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor PNY Technologies, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Yvette Mack ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Entergy Louisiana, LLC ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor Entergy Arkansas, Inc. ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
F. Marion Hughes on behalf of Creditor CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc. ffm@bostonbusinesslaw.com
Frank T. Pepler on behalf of Creditor Morgan Hill Retail Venture, LP fpepler@peplermastromonaco.com
Franklin R. Cragle, III on behalf of Creditor Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III on behalf of Creditor United States Debt Recovery, LLC fcragle@hf-law.com
Fred B. Ringel on behalf of Creditor F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik on behalf of Defendant State of Florida, Department of Revenue rudzikf@dor.state.fl.us
Fredrick J. Levy on behalf of Creditor Bush Industries, Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy on behalf of Creditor ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon on behalf of Creditor Riverside County California glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Arlington ISD glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Placer County glaymon@mglspc.com, ameador@mglspc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Garren Robert Laymon on behalf of Creditor Arlington ISD, et al. glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor San Bernardino County glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Glenmoor Limited Partnership glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Monterey County glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Los Angeles County Treasurer & Tax Collector glaymon@mglspc.com, ameador@mglspc.com
Garren Robert Laymon on behalf of Creditor Lake County (Florida) Tax Collector glaymon@mglspc.com, ameador@mglspc.com
Gary E. Mason on behalf of Plaintiff Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary E. Mason on behalf of Creditor Marlon Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary M. Kaplan on behalf of Creditor ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum on behalf of Creditor Lang Construction, Inc. gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum on behalf of Creditor John Rohrer Contracting Company, Inc. gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum on behalf of Creditor Hillson Electric Incorporated gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gerald P. Kennedy, ` on behalf of Attorney Plaza Las Palmas, LLC gerald.kennedy@procopio.com
Gerald P. Kennedy, ` on behalf of Creditor Plaza Las Palmas, LLC gerald.kennedy@procopio.com
Gerald P. Kennedy, ` on behalf of Creditor Plaza Las Palmas LLC., Store 449 gerald.kennedy@procopio.com
German Yusufov on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman on behalf of Creditor American Express Travel Related Services Co Inc Corp Card notices@becket-lee.com
Gilbert Barnett Weisman on behalf of Creditor American Express Travel Related Services Co Inc notices@becket-lee.com
Gilbert D. Sigala on behalf of Creditor John Batioff sigalaw1@aol.com
Gillian N. Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors gbrown@pszjlaw.com
Gina Baker Hantel on behalf of Creditor Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina Baker Hantel on behalf of Defendant State of Tennessee Department of Revenue,through Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel on behalf of Creditor Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov
Gina M Fornario on behalf of Creditor California Self-Insurers' Security Fund gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver on behalf of Creditor CC Joilet Trust ctbghs@aol.com, christine@virginia-lawyers.net
Gordon S. Woodward on behalf of Creditor Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant on behalf of Defendant S.M. Wilson & Co., a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
H. Elizabeth Weller on behalf of Creditor Longview ISD Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller on behalf of Creditor Smith County Dallas.Bankruptcy@publicans.com
Hale Yazicioglu on behalf of Creditor AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown on behalf of Creditor Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
Heather Lynn Anderson on behalf of Creditor State of New Jersey, Division of Taxation Heather.Anderson@dol.lps.state.nj.us
Heather Lynn Anderson on behalf of Creditor State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts, Jr on behalf of Defendant Homerun Holdings Corp., fka Wayne-Dalton Corporation hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr on behalf of Interested Party Sykes Enterprises Incorporated f/k/a ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr on behalf of Defendant Liquidity Solutions, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr on behalf of Defendant Mannington Carpets, Inc., d/b/a Mannington Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr on behalf of Defendant Sykes Enterprises Incorporated f/k/a ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr on behalf of Creditor Suemar hbroberts@live.com, droberts1949@live.com
Henry P. Baer on behalf of Creditor Bell'O International Corp. CSommer@fdh.com, csommer@fdh.com
Henry Pollard Long, III on behalf of Creditor Harvest/HPE LP hlong@hunton.com
Henry Pollard Long, III on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership hlong@hunton.com
Henry Pollard Long, III on behalf of Creditor H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
Henry Pollard Long, III on behalf of Interested Party CCDC Marion Portfolio, L.P. hlong@hunton.com
Henry Pollard Long, III on behalf of Interested Party Federal Warranty Service Corporation hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Henry Pollard Long, III on behalf of Defendant Panasonic Corporation of North America hlong@hunton.com
Henry Pollard Long, III on behalf of Creditor Galleria Plaza, Ltd. hlong@hunton.com
Henry Pollard Long, III on behalf of Interested Party Parker Central Plaza Ltd hlong@hunton.com
Henry Pollard Long, III on behalf of Creditor Panasonic Corporation of North America hlong@hunton.com
Henry Pollard Long, III on behalf of Creditor Cypress/CC Marion I, L.P. hlong@hunton.com
Henry Pollard Long, III on behalf of Interested Party Food Lion LLC hlong@hunton.com
Henry Pollard Long, III on behalf of Interested Party Alvarez & Marsal Canada, ULC hlong@hunton.com
Howard J. Grossman on behalf of Creditor J.P. Morgan Chase Bank, N.A. howard.j.grossman@chase.com
Ian S. Landsberg on behalf of Creditor Torrance Towne Center Associates, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg on behalf of Creditor FJL-MVP, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg on behalf of Creditor NMC Stratford, LLC ilandsberg@landsberg-law.com
J. Christian Word on behalf of Liquidator Hilco Merchant Resources, LLC chefiling@lw.com;robert.klyman@lw.com
J. Christian Word on behalf of Liquidator Gordon Brothers Retail Partners, LLC chefiling@lw.com;robert.klyman@lw.com
J. David Folds on behalf of Defendant Hitachi Global Storage Technologies, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
J. David Folds on behalf of Defendant Western Digital Technologies, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
J. David Folds on behalf of Defendant Fabrik, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
J. David Folds on behalf of Defendant Simpletech, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
J. David Folds on behalf of Defendant Interactive Communications International, Inc. dfolds@mckennalong.com, sparson@mckennalong.com
Jackson David Toof on behalf of Defendant Discovery Communications, Inc. toof.jackson@arentfox.com
Jackson David Toof on behalf of Creditor Discovery Communications, Inc. toof.jackson@arentfox.com
Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc. jdibble@stinson.com, lbigus@stinson.com
James D. Newbold on behalf of Counter-Claimant State of Illinois Department of Revenue, through Brian Hamer, its Director James.Newbold@illinois.gov
James D. Newbold on behalf of Creditor State of Illinois, Department of Revenue James.Newbold@illinois.gov
James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
James E. Clarke on behalf of Interested Party Brick-70, LLC vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
James Edward Bowman, II on behalf of Defendant Elite Screens Inc. Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
James H. Rollins on behalf of Creditor Plaza Las Americas, Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com
James J. Briody on behalf of Creditor Ronus Meyerland Plaza L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
James J. Briody on behalf of Creditor Johnson City Crossing, L.P. jim.briody@sablaw.com, kim.smith@sablaw.com
James J. Briody on behalf of Creditor LNR Partners, Inc. jim.briody@sablaw.com, kim.smith@sablaw.com
James K. Donaldson on behalf of Defendant Solutions 2 Go, Inc. jdonaldson@cblaw.com, eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com
James R. Schroll on behalf of Creditor Madison Waldorf, LLC jschroll@beankinney.com, ncoton@beankinney.com
James R. Schroll on behalf of Defendant CORMARK, Inc. jschroll@beankinney.com, ncoton@beankinney.com
James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com
James W. Reynolds on behalf of Defendant Leggett & Platt, Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke on behalf of Defendant MiTAC Digital Corporation, individually and including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
James Winston Burke on behalf of Defendant Nintendo of America, Inc. jburke@orrick.com
James Winston Burke on behalf of Creditor MiTAC Digital Corp. (Magellan) jburke@orrick.com
James Winston Burke on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com
James Winston Burke on behalf of Attorney Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
James Winston Burke on behalf of Defendant MiTac USA, Inc. d/b/a Mio Technology USA, Ltd. jburke@orrick.com
James Winston Burke on behalf of Creditor Nintendo of America, Inc. jburke@orrick.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jamie M. Konn on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Jamie M. Konn on behalf of Defendant Polk Audio, Inc. jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq. on behalf of Creditor Ricmac Equities Corporation admin@meiburgerlaw.com
Janet M. Meiburger, Esq. on behalf of Creditor Tribune Company admin@meiburgerlaw.com
Jason B. Binford on behalf of Creditor BB Fonds International 1 USA, L.P. jbinford@krcl.com, ecf@krcl.com
Jason B. Binford on behalf of Creditor Phoenix Property Company jbinford@krcl.com, ecf@krcl.com
Jason M. Krumbein on behalf of Creditor Jonathan Card jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein on behalf of Creditor Joseph Skaf jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein on behalf of Creditor Robert Gentry jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason William Harbour on behalf of Defendant Virgin Mobile USA, L.P. jharbour@hunton.com
Jason William Harbour on behalf of Creditor Public Company Accounting Oversight Board jharbour@hunton.com
Jeffrey Scharf on behalf of Creditor Commonwealth of Virginia, Department of Taxation jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
Jeffrey Scharf on behalf of Creditor County of Spokane jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
Jeffrey Scharf on behalf of Creditor City of Fredericksburg, VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General’s Office Jeff.Klusmeier@ago.mo.gov
Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey J. Graham on behalf of Creditor Washington Corner, LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton on behalf of Defendant MaineToday Media, Inc. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant Globe Newspaper Company, Inc. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant New York Times Distribution Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Creditor Gateway, Inc. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Creditor Acer American Holdings Corp. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant The New York Times Company jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Creditor Amcor Sunclipse North America jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant Gateway US Retail, Inc. jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant Acer America Corporation jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant New York Times Distribution Corporation jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant The Insurance Company of the State of Pennsylvania jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton on behalf of Defendant Specific Media LLC jtarkenton@wcsr.com, kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey M. Sherman on behalf of Creditor Central Investments, LLC jmsherman@lerchearly.com, elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com
Jenelle Marie Dennis on behalf of Creditor UBS Realty Investors, LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Torrance Towne Center Associates, LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Portland Investment Company of America dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Manteca Stadium Park, L.P. dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Federal Realty Investment Trust dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor GMS Golden Valley Ranch, LLC dennisj@ballardspahr.com, pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jenelle Marie Dennis on behalf of Creditor Cencor Realty dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Watt Management Company dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Uniwest Commercial Realty dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Foursquare Properties Inc. dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Point West Plaza II Investors dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Bear Valley Road Partners LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Cousins Properties Incorporated dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Eagleridge Associates, LLC dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor RREEF Management Company dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor OTR-Clairemont Square dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor KNP dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Sweetwater Associates, L.P. dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor The Hutensky Group dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor The Macerich Company dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Centro Properties Group dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor The Morris Companies Affiliates dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Laguna Gateway Phase 2, LP dennisj@ballardspahr.com, pollack@ballardspahr.com
Jenelle Marie Dennis on behalf of Creditor Prudential Insurance Company of America dennisj@ballardspahr.com, pollack@ballardspahr.com
Jennifer Langan on behalf of Creditor Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore on behalf of Defendant Vizio, Inc. jlattimore@eckertseamans.com
Jennifer Ellis Lattimore on behalf of Creditor Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West on behalf of Creditor Prosite Business Solutions, LLC jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Entergy Texas, Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Defendant Northern Wire Products, Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Entergy Louisiana, LLC jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Verizon Communications Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Entergy Mississippi, Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Defendant Coca-Cola Enterprises Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Entergy Arkansas, Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Defendant Coca Cola Bottling Co. Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Entergy Gulf States Louisiana, L.L.C. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola Enterprises Inc. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer J. West on behalf of Creditor Coca-Cola Bottling Company Consolidated jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer J. West on behalf of Creditor Imation Enterprises Corp. jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jolmsted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
Jennifer Larkin Kneeland on behalf of Defendant Rainbow Advertising Sales Corporation jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer Larkin Kneeland on behalf of Defendant AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer Larkin Kneeland on behalf of Defendant Newsday Holdings LLC and Newsday LLC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer Larkin Kneeland on behalf of Defendant Rainbow Media Holdings LLC dba AMC jkneeland@linowes-law.com, klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
Jennifer McLain McLemore on behalf of Creditor GRI-EQY (Sparkleberry Square) LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Whitestone Development Partners, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Southlake Corners Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland American Chesapeake Crossroads, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Catellus Operating Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor The West Campus Square Company, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association, a nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Cousins Properties Incorporated jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Warner Home Video jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Idaho Statesman jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Generation One and Two, LP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Lexington Herald-Leader jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Southwest Management LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Washington Commons Associates jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor RD Bloomfield Associates Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Nashville Electric Service jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Cameron Bayonne, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor U.S. 41 & I 285 Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant The McClatchy Company, dba Myrtle Beach Sun News, aka The Sun News jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor NAP Northpoint, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Foursquare Properties Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Generation H One and Two Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant The McClatchy Company, d/b/a The Wichita Eagle jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Swanblossom Investments, LP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Lexington Herald Leader jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Transferor Manufactures and Traders Trust Company, as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer McLain McLemore on behalf of Creditor Westgate Village, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor M.I.A. Brookhaven, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Austin Southpark Meadows II Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Phillipsburg Greenwich L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Cedar Hill Pleasant Run Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor International Speedway Square, Ltd. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Lexmark International, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Media General Operations, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Landover (Landover Crossing), LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Columbia State jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Cedar Development Ltd., a Florida Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party James H. Wimmer, Jr., personally jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor RPAI US Management LLC (f/k/a Inland US Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Fresno Bee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Roth Tanglewood, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant DayMen U.S., Inc. d/b/a Lowepro USA jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Memorial Square 1031, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Pacific Property Services LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Commercial Property Management, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Crossgates Commons NewCo, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Lexington Herald-Leader jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland US Management LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Kite Coral Springs, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Sangertown Square, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Temecula Commons, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Transferor Manufacturers and Traders Trust Company, as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor UnCommon, Ltd., a Florida Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Tanglewood Park, LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association, f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Southwest Darien, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Tacoma News, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Continental Property Management Corp. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Rancon Realty Fund IV jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland American Retail Management LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer McLain McLemore on behalf of Creditor Argyle Forest Retail I, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor KRG Market Street Village, LP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant McClatchy Newspapers, Inc. dba The San Luis Obispo County Tribune jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor MB Keene Monadnock, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor The Macerich Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Digital Innovations, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Acadia Realty Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Manufacturers & Traders Trust Company, as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Myrtle Beach Farms jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Fishers Station Development Co. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant North Jersey Media Group Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Thoroughbred Village Tennessee, GP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Crossroads Shopping Center jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Bella Terra Associates, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Merge Computer Group, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Tanglewood Park, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Portland Investment Company of America jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Swiff-Train Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Oswego Gerry Centennial, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Vonwin Capital Management, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Luckoff Land Company, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Mortgage Capital Corporation jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western San Antonio HQ Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant McClatchy Newspapers, Inc. dba The Sacramento Bee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Morse-Sembler Villages Partnership #4 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Amerian Oklahoma City Penn, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Drexel Delaware Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor RREEF Management Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western West Mifflin Century III, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Columbus Clifty, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor New River Properties, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Richmond Maryland, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor CC Acquisition, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor GRI EQY Sparkleberry Square LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Westgate Village, LP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Miami Herald jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Robyn N. Davis jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Wells Fargo Bank, N.A jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer McLain McLemore on behalf of Creditor Charlotte (Archdale) UY, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Tacoma News, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor RPAI Pacific Property Services LLC (f/k/a Inland Pacific Property Services LLC) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor IN Retail Fund Algonquin Commons, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor 1030 W. North Ave. Bldg. LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Tourboullin Co. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Jordan Landing, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Bel Air Square LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Myrtle Beach Sun News jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank national Association, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Media General, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor CC-Investors 1995-6 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Houma Magnolia, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant The McClatchy Company dba The Charlotte Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant McClatchy Newspapers, Inc. dba The Fresno Bee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Attorney Hodgson Russ LLP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Starpoint Property Management, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Carlson Marketing Worldwide, Inc., fka Carlson Marketing Group, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Memorial Square 1021, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Sparkleberry Two Notch, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor RPAI Southwest Management LLC (f/k/a Inland Southwest Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor P/A Acadia Pelham Manor, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Shops at Kildeer, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Columbia Equities Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor De Rito Partners Development, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Sugar Land Colony Liimted Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor GC Acquisition Corp. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Lake Worth Towne Crossing Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western San Antonio HW Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Digital Innovations, LLC on Behalf of VonWin Capital Management, LP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Capital Centre LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Parker Central Plaza, Ltd. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Southeast Darien jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Mount Berry Square, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Commercial Property Management, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor N.P. Huntsville Limited Liability Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Traverse City, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jennifer McLain McLemore on behalf of Defendant The McClatchy Company d/b/a The Kansas City Star jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Spirit Delivery and Distribution Services, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Prudential Insurance Company of America jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Alexander H Bobinski, as Trustee under Trust No. 1001 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor KNP jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor CC Properties LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Transferee 412 South Broadway Realty LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Avondale McDowell, L.L.C jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western College Station Gateway Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Brighton Commercial, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Sacramento Bee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant McClatchy Newspapers, Inc. dba The State jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Kansas City Star jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Watt Management Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Kimco Realty Corporation jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Transferee IMCC Sunland, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Hamilton Crossing jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Redtree Properties, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor MB Fabyan Randall Plaza Batavia, L.L.C. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association, as trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Amargosa Palmdale Investments, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Premier Retail Interiors, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association, f/k/a/ LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Philips Electronics North America Corporation, d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor PL Mesa Pavilions LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Cameron Bayonne Urban Renewal, LLC’s (f/k/a Cameron Bayonne, LLC) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor City and County of San Francisco jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant The Miami Herald Media Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Union Square Retail Trust jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Crossroads Associates, Ltd. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Charlotte Observer jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Wichita Eagle jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jennifer McLain McLemore on behalf of Creditor Fingerlakes Crossing, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Thoroughbred Village jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Industriaplex, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Chung Hee Kim (Ridgehaven Plaza Shopping Center) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Carousel Center Company, L.P. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor EklecCo NewCo, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Inland Western Lewisville Lakepointe Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge Center jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor De Rito Partners jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor La Habra Imperial, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Rolling Acres Plaza Shopping Center jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party Jeff Leopold jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Lake Worth Towne Crossing Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor McClatchy Company jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Idaho Statesman Publishing LLC, d/b/a The Idaho Statesman jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor The Leben Family Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Defendant Hamilton Beach Brands, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Cohab Realty, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor EEL McKee LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Plaintiff CC-Investors 1995-6 jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Interested Party San Luis Obispo Tribune jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor CHK, LLC jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Computer Resource Team, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor Bizport, Ltd. jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore on behalf of Creditor T & T Enterprises jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc. jdoran@haslaw.com, calirm@haslaw.com
Jeremy Brian Root on behalf of Defendant Credit Suisse Loan Funding, LLC jroot@bklawva.com, egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor on behalf of Defendant Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg on behalf of Creditor Toshiba America Consumer Products, L.L.C. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg on behalf of Creditor Toshiba America Information Systems, Inc. jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg on behalf of Creditor Washington Green TIC jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Williams on behalf of Creditor Michelle Sifford jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Defendant Antec, Inc. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Creditor Magna Trust Company, Trustee jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Creditor Jubilee-Springdale, LLC jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Defendant SDI Technologies, Inc. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com
Jeremy S. Williams on behalf of Creditor The Shoppes of Beavercreek Ltd. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jeremy W. Martin on behalf of Interested Party McCandlish Holton, PC jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Martin on behalf of Creditor Travis County Texas jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Martin on behalf of Creditor Escambia County Tax Collector jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Ryan on behalf of Creditor FR E2 Property Holding, L.P. jryan@saul.com
Jeremy W. Ryan on behalf of Creditor First Industrial Realty Trust, Inc. jryan@saul.com
Jerry Lane Hall on behalf of Defendant Sanyo Fisher Co., a Division of Sanyo North America Corp. jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
Jess R. Bressi on behalf of Creditor RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
Jess R. Bressi on behalf of Creditor Engineered Structures, Inc. jbressi@luce.com
Jessica Regan Hughes on behalf of Interested Party Eatontown Commons Shopping Center jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes on behalf of Interested Party AmCap Arborland LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes on behalf of Interested Party AmCap NorthPoint LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes on behalf of Interested Party Arboretum of South Barrington, LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Joel S. Aronson on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
Joel S. Aronson on behalf of Defendant Capital City Press, LLC d/b/a The Advocate jsaronson@ridberglaw.com
Joel T. Marker on behalf of Creditor Ammon Properties, LC joel@mbt-law.com
Joel T. Marker on behalf of Creditor Parker Bullseye, LLC joel@mbt-law.com
John B. Raftery on behalf of Defendant Utopian Software Concepts, Inc., dba Alterthought jraftery@offitkurman.com
John C. Smith on behalf of Creditor Sun Construction Group, Inc. a/k/a Sun Construction Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith on behalf of Defendant Sun Construction Group, Inc. a/k/a Sun Construction Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith on behalf of Creditor Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
John C. Smith on behalf of Defendant Sennco Solutions, Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors jfiero@pszjlaw.com
John D. McIntyre on behalf of Creditor Carnegie Management and Development Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John D. McIntyre on behalf of Defendant Midland Radio Corporation jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John D. McIntyre on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John D. McIntyre on behalf of Creditor Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John D. McIntyre on behalf of Creditor Ritz Motel Company jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John D. McIntyre on behalf of Creditor Janaf Shops, LLC jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com
John E. Hilton on behalf of Creditor Thirty & 141, L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com
John E. Lucian on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com
John E. Lucian on behalf of Creditor VIWY, L.P. lucian@blankrome.com
John G. McJunkin on behalf of Creditor 120 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
John G. McJunkin on behalf of Creditor FT Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
John G. McJunkin on behalf of Creditor 427 Orchard LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
John G. McJunkin on behalf of Creditor Bethesda Softworks, LLC jmcjunkin@mckennalong.com, sparson@mckennalong.com
John G. McJunkin on behalf of Creditor Marc Realty jmcjunkin@mckennalong.com, sparson@mckennalong.com
John G. McJunkin on behalf of Creditor SimpleTech by Hitachi Global Storage Technologies jmcjunkin@mckennalong.com, sparson@mckennalong.com
John J. Lamoureux on behalf of Creditor Amore Construction Company jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
John J. Trexler on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
John Kuropatkin Roche on behalf of Creditor Bank of America, National Association jroche@perkinscoie.com, ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
John M. Craig on behalf of Creditor Public Service Company of New Hampshire johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com, russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

John M. Craig on behalf of Creditor Salt River Project johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Commonwealth Edison Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Duke Energy Kentucky, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor New York State Electric and Gas Corporation johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Toledo Edison Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Yankee Gas Services Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Duke Energy Carolinas, LLC johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Narragansett Electric Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Public Service Electric And Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Niagara Mohawk Power Corporation johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Dominion East Ohio johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Granite State Electric johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Jersey Central Power & Light Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor PECO Energy Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Metropolitan Edison Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Consolidated Edison Company of New York, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Western Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor American Electric Power johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Retail Property Group, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Counter-Claimant Sun Builders Co. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Jackson EMC johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Defendant ASM Capital III, L.P. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Pennsylvania Electric Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor EnergyNorth Natural Gas, Inc. d/b/a National Grid NH johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor SimVest Real Estate II, LLC johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Defendant Imagitas, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Duke Energy Ohio, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Long Island Lighting Company d/b/a LIPA johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Dominion Hope johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Central Georgia Electric Membership Corporation johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Southwest Gas Corporation johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Michigan Consolidated Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Carolina Power & Light Company d/b/a Progress Energy Carolinas johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Boston Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Connecticut Light and Power Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Chalek Company LLC johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Dominion Peoples johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Piedmont Natural Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Southern Connecticut Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Duke Energy Indiana, Inc. johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Defendant Sun Builders Co. johncraigg@aol.com, russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

John M. Craig on behalf of Defendant Pro-Pave Sealcoat Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Southern California Edison Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Orange and Rockland Utilities johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor The Detroit Edison Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor KeySpan Gas East Corporation johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor Connecticut Natural Gas Company johncraigg@aol.com, russj4478@aol.com
John M. Craig on behalf of Creditor The Cleveland Electric Illuminating Company johncraigg@aol.com, russj4478@aol.com
John P. Van Beek on behalf of Creditor WEC 96D Niles Investment Trust jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
John P. Van Beek on behalf of Creditor TSA Stores, Inc. jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
John P. Van Beek on behalf of Defendant Cosco, Inc., d/b/a Cosco Air Conditioning and Refrigeration jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
John P. Van Beek on behalf of Creditor Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com, awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
John T. Farnum on behalf of Defendant Ashley Furniture Industries, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
John T. Farnum on behalf of Creditor Bell Microproducts, Inc. jfarnum@wileyrein.com, rours@wileyrein.com
John T. Husk on behalf of Defendant Casco Corporation johnhusk@aol.com, nre98@aol.com
Jonathan L. Hauser on behalf of Creditor ThomsonWest jonathan.hauser@troutmansanders.com
Jonathan L. Hauser on behalf of Defendant Stampede Presentation Products, Inc. jonathan.hauser@troutmansanders.com
Jonathan L. Hauser on behalf of Defendant Klipsch Audio Technologies LLC jonathan.hauser@troutmansanders.com
Jonathan L. Hauser on behalf of Defendant CENVEO, Inc. jonathan.hauser@troutmansanders.com
Jonathan L. Hauser on behalf of Defendant Velocity Micro, Inc. jonathan.hauser@troutmansanders.com
Jonathan S. Storper on behalf of Creditor IGate Global Solutions, Limited jstorper@hansonbridgett.com
Jonathan T. Cain on behalf of Defendant Zoo Entertainment, Inc. jtcain@mintz.com, kcraun@mintz.com
Jonathan T. Cain on behalf of Defendant InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
Jonathan T. Cain on behalf of Defendant Zoo Games, Inc. f/k/a Destination Software, Inc. jtcain@mintz.com, kcraun@mintz.com
Jorge A. Ortiz on behalf of Defendant Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia jdurant@nngov.com
Joseph T. Moldovan on behalf of Creditor Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield bankruptcy@morrisoncohen.com
Judy A. Robbins, 11 USTPRegion04.RH.ECF@usdoj.gov
Judy Bamberger Calton on behalf of Defendant DIRECTV, Inc. jcalton@honigman.com
Julie Ann Quagliano on behalf of Creditor AT&T quagliano@seeger-law.com, harvell@seeger-law.com
Julie Ann Quagliano on behalf of Creditor AT&T Capital Services, Inc. quagliano@seeger-law.com, harvell@seeger-law.com
Julie Ann Quagliano on behalf of Defendant Kent H. Landsberg of Dallas, LP ( quagliano@seeger-law.com, harvell@seeger-law.com
Julie Ann Quagliano on behalf of Creditor AT&T Corp. quagliano@seeger-law.com, harvell@seeger-law.com
Julie Ann Quagliano on behalf of Defendant Paris Business Products, Inc. quagliano@seeger-law.com, harvell@seeger-law.com
Julie Ann Quagliano on behalf of Defendant Amcor Packaging Distribution, Inc., d/b/a Amcor Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation quagliano@seeger-law.com, harvell@seeger-law.com
Justin F. Paget on behalf of Defendant Thule Organization Solutions, Inc. dba Case Logic, Inc. jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant Arkansas Democrat-Gazette, Inc. jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant Atari, Inc., f/k/a Infogrames jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant Wynit, Inc. jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant The Spark Agency, Inc. d/b/a Switch and Switch Liberate Your Brand jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant The Seattle Times Company jpaget@hunton.com, cloving@hunton.com
Justin F. Paget on behalf of Defendant Hunton & Williams, LLP jpaget@hunton.com, cloving@hunton.com
Kalina Boyanova Miller on behalf of Creditor Greater Orlando Aviation Authority kmiller@wileyrein.com, rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kalina Boyanova Miller on behalf of Creditor First Industrial Realty Trust, Inc. kmiller@wileyrein.com, rours@wileyrein.com
Karen L. Gilman on behalf of Creditor Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
Karen M. Crowley on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com
Keith L. Phillips on behalf of Mediator Keith L. Phillips Keith@pf-law.com, beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
Ken Coleman on behalf of Interested Party Alvarez & Marsal Canada, ULC Ken.Coleman@allenovery.com
Kenneth R. Rhoad on behalf of Creditor ActionLink, LLC krhoa@gebsmith.com
Kenneth R. Rhoad on behalf of Defendant Actionlink, LLC krhoa@gebsmith.com
Kevin A. Lake on behalf of Creditor Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Harris County klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Bell County, County of Denton, Midland Central Appraisal District, County of Brazos, Longview Independent School District, Taylor Central Appraisal District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Belkin International klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Pima County klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Pierce County klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Texas Tax Appraisal Districts of Bell County, Brazos County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Shasta County klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Madcow International Group Limited klake@mcdonaldsutton.com
Kevin A. Lake on behalf of Creditor Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco, Grayson Co,, Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
Kevin J. Funk on behalf of Creditor Joanne Eisner kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
Kevin J. Funk on behalf of Creditor Dartmouth Marketplace Associates kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
Kevin J. Funk on behalf of Creditor Roy Eisner kfunk@durrettecrump.com, bmcmillen@durrettecrump.com
Kevin L. Sink on behalf of Creditor Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman on behalf of Creditor Cameron Bayonne, LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Charlotte (Archdale) UY, LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Fingerlakes Crossing, LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor NBT Bank, N.A. knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Carousel Center Company, L.P. knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Mount Berry Square, LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Sangertown Square, L.L.C. knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor EklecCo NewCo, LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin M. Newman on behalf of Creditor Landover (Landover Crossing), LLC knewman@menterlaw.com, kmnbk@menterlaw.com
Kevin R. McCarthy on behalf of Creditor Entergy Louisiana, LLC krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy on behalf of Creditor Entergy Arkansas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy on behalf of Creditor Entergy Gulf States Louisiana, L.L.C. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy on behalf of Creditor Entergy Texas, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy on behalf of Creditor Entergy Mississippi, Inc. krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Khang V. Tran on behalf of Defendant NW Communications of Phoenix, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant New World Communications of Tampa, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant Fox Sports Net, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant KCOP Television, Inc. khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Khang V. Tran on behalf of Defendant New World Communications of Detroit, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant FX Networks, LLC khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant NW Communications of Texas, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant Fox Television Stations, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant Fox Broadcasting Company khang.tran@hoganlovells.com
Khang V. Tran on behalf of Defendant New World Communications of Atlanta, Inc. khang.tran@hoganlovells.com
Khang V. Tran on behalf of Creditor Fox Broadcasting Company khang.tran@hoganlovells.com
Kimbell D. Gourley on behalf of Creditor Engineered Structures, Inc. kgourley@idalaw.com, sprescott@idalaw.com
Kimberly A. Pierro on behalf of Creditor Cole CC Groveland FL, LLC kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
Kimberly A. Pierro on behalf of Creditor Schottenstein Property Group, Inc. kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association, as trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com, kimsullywalker@aol.com
Kimberly Sullivan Walker on behalf of Creditor LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com, kimsullywalker@aol.com
Kimberly Sullivan Walker on behalf of Creditor Wells Fargo Bank, N.A kwalker@fulbright.com, kimsullywalker@aol.com
Kirk David Berkhimer on behalf of Defendant A&L Products Limited Kirk@kdblawfirm.com, Carla@KDBLawFirm.com
Kristen E. Burgers on behalf of Creditor ORIX Capital Markets, LLC kburgers@ltblaw.com
Kristen E. Burgers on behalf of Creditor CWCapital Asset Management LLC kburgers@ltblaw.com
Kristin Elliott on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Kristin Elliott on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Kurt M. Kobiljak on behalf of Creditor City of Taylor Michigan kkobi@aol.com
Laura Otenti on behalf of Interested Party Salem Rockingham LLC lotenti@pbl.com
Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP lkatz@ltblaw.com, eappelstein@ltblaw.com
Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC glanzer@rlglegal.com, margaret@rlglegal.com
Leon Y. Tuan on behalf of Creditor TKG Coffee Tree, L.P. ltuan@steinlubin.com
Leonard E. Starr, III on behalf of Creditor Namsung America, Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com
Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust lkouts@magruderpc.com, mcook@magruderpc.com
Leslie A. Skiba on behalf of Defendant Network Engineering Technologies, Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
Linda Dianne Regenhardt on behalf of Creditor D-Link Systems, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt on behalf of Interested Party American Computer Development, Inc. lregenhardt@garylaw.us, cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt on behalf of Defendant EVGA.com Corp. lregenhardt@garylaw.us, cmarchant@garylaw.us;ssunny@garylaw.us
Linda Sharon Broyhill on behalf of Creditor Heritage Plaza, LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com
Linda Sharon Broyhill on behalf of Creditor La Frontera Village, L.P. lbroyhill@reedsmith.com, nkatzen@reedsmith.com
Lisa Hudson Kim on behalf of Creditor BPP-OH LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP-NY LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Movant Colonial Heights Holdings, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Amherst VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Movant Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor A.D.D. Holdings, L.P. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP-SC LLC lkim@siwpc.com, lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Lisa Hudson Kim on behalf of Creditor Alexander's Rego Park Center, Inc. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP-VA LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Towson VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor E&A Northeast Limited Partnership lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Interested Party Kelly Breitenbecher lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Baker Natick Promenade LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP-Redding LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Star Universal, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Vornado Gun Hill Road, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor North Bergen Tonnelle Plaza, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Marlton VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Green Acres Mall, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Valley Corners Shopping Center, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP-WB LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Interested Party Christopher Borglin lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Vornado Caguas LP lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor CSI Construction Company lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Wayne VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Lang Construction, Inc. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BevCon I, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor VNO Mundy Street, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor McAlister Square Partners, Ltd. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor North Plainfield VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor East Brunswick VF LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Vornado Finance, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Encinitas PFA, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Cardinal Court, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Movant Vornado Realty Trust lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Ray Mucci's Inc. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor VNO TRU Dale Mabry, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor BBP-Muncy LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Chatham County, GA Tax Commissioner lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor PrattCenter, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor John Rohrer Contracting Company, Inc. lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Chatham County Tax Commissioner lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Monument Consulting, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Interested Party Paul Schaapman lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Route 146 Millbury LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor NPP Development LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Hillson Electric Incorporated lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor T. J. Maxx of CA, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor The Stop & Shop Supermarket Company LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor Interstate Augusta Properties LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor DEV Limited Partnership lkim@siwpc.com, lhamiel@siwpc.com
Lisa Hudson Kim on behalf of Creditor UTC I, LLC lkim@siwpc.com, lhamiel@siwpc.com
Lisa P. Sumner on behalf of Creditor Compass Group U.S.A. Inc. lsumner@poyners.com
Loc Pfeiffer on behalf of Defendant Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Loc Pfeiffer on behalf of Creditor Schottenstein Property Group, Inc. loc.pfeiffer@kutakrock.com
Louis E. Dolan, Jr. on behalf of Creditor TomTom, Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr. on behalf of Defendant TomTom, Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr. on behalf of Creditor California Self-Insurers’ Security Fund LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr. on behalf of Creditor Greystone Data Systems, Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
Louis E. Dolan, Jr. on behalf of Plaintiff Greystone Data Systems, Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
Lucy L. Thomson lthomson2@csc.com
Luder F. Milton on behalf of Defendant Plasti-Cart, Inc. lmilton@eckertseamans.com
Lyndel A. Mason on behalf of Defendant Cypress/Spanish Fort I LP LMason@chfirm.com, chps.ecfnotices@gmail.com
Lynn L. Tavenner on behalf of Defendant The Washington Post Company ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Trustee Circuit City Stores, Inc. Liquidating Trust ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Creditor Committee Official Committee of Unsecured Creditors ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner (CC-A) on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner (CC-B) on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Lynn L. Tavenner (CC-C) on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Madeleine C. Wanlsee on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com, slonon@gustlaw.com
Malcolm M. Mitchell, Jr. on behalf of Creditor Accent Energy California LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Creditor Advance Real Estate Management, LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Creditor Polaris Circuit City, LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Creditor AOL LLC mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Creditor Advertising.com Inc. mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Defendant AOL Advertising Inc. mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Defendant AOL Advertising, Inc., fka Platform-A Inc. mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Malcolm M. Mitchell, Jr. on behalf of Defendant Superstation, Inc. mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Marc A. Busman on behalf of Creditor Marlon Mondragon mbusman@busmanandbusman.com
Marc A. Busman on behalf of Plaintiff Marlon Mondragon mbusman@busmanandbusman.com
Margaret M. Anderson on behalf of Creditor Old Republic Insurance Company panderson@fhslc.com
Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
Mark B. Conlan on behalf of Creditor CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
Mark B. Conlan on behalf of Creditor Chelmsford Realty Associates mconlan@gibbonslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mark B. Conlan on behalf of Creditor Bond-Circuit IV Delaware Business Trust mconlan@gibbonslaw.com
Mark D. Sherrill on behalf of Creditor WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Ridgeland Retail LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005 C2 Mall Road LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Lawrence Road LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Idle Hour Road LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Transferee CMAT 1999-C2 Bustleton Avenue Limited Partnership mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C1 Kelly Road, LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CGCMT 2006 C5 Glenway Avenue LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited Liability Company mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Bustleton Avenue Limited Partnership mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-C4 mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Interested Party CMAT 1999-CI KELLY ROAD, LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Emporium Drive LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005-C2 Ludwig Drive, LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Interested Party CMAT 1999-C2 EMPORIUM DRIVE LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Interested Party CMAT 1999-C2 LAWENCE ROAD , LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor DMARC 2006 Poughkeepsie LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005 C2 Hickory Hollow LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Interested Party CMAT 1999-C1 GRAND RIVER AVENUE LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CSFB 2005-C1 Shoppes of Plantation Acres, LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GECMC 2005 C2 South Lindbergh LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Unknown Sutherland Asbill & Brennan LLP mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor LNR Partners, Inc. mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CMAT 1999 C2 Moller Road LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor Wells Fargo Bank, N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Transferee CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED PARTNERSHIP mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor CCMS 2005 CD1 Hale Road LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor C1 West Mason Street LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor GCCFC 2007-GG9 Abercorn Street Limited Partnership mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Interested Party CMAT 1999-C2 RIDGELAND RETAIL, LLC mark.sherrill@sutherland.com
Mark D. Sherrill on behalf of Creditor DMARC 2006 CD2 Davidson Place, LLC mark.sherrill@sutherland.com
Mark D. Taylor on behalf of Creditor Lenovo USA mdtaylor@kilpatricktownsend.com
Mark D. Taylor on behalf of Defendant The Weather Channel, LLC f/k/a The Weather Channel Interactive, Inc. mdtaylor@kilpatricktownsend.com
Mark D. Taylor on behalf of Creditor Triangle Equities Junction LLC mdtaylor@kilpatricktownsend.com
Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts and Texas Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Mark E. Browning on behalf of Defendant Susan Combs, as Comptroller of Public Accounts of the State of Texas, and Greg Abbott, as Attorney General of the State of Texas bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Mark J. Friedman on behalf of Creditor Morgan Hill Retail Venture, LP mark.friedman@dlapiper.com
Mark J. Friedman on behalf of Creditor West Marine Products, Inc. mark.friedman@dlapiper.com
Mark J. Friedman on behalf of Defendant InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman on behalf of Creditor InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman on behalf of Defendant Creative Labs, Inc. mark.friedman@dlapiper.com
Mark J. Friedman on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation mark@taxva.com, amanda@taxva.com
Mark K. Ames on behalf of Creditor Louisiana Department of Revenue mark@taxva.com, amanda@taxva.com
Mark X. Mullin on behalf of Creditor Phoenix Property Company mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
Mark X. Mullin on behalf of Creditor BB Fonds International 1 USA, L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
Martha E. Hulley on behalf of Creditor CC Kingsport 98, LLC martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Benenson Capital Company martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor CK Richmond Business Services #2, LLC martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Cardinal Capital Partners martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Developers Realty, Inc. martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Fayetteville Developers, LLC martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Westfield, LLC martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor The Balogh Companies martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley on behalf of Creditor Brandywine Grande C, L.P. martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Romero on behalf of Creditor California Taxing Authorities romero@mromerolawfirm.com
Martha E. Romero on behalf of Creditor Riverside County California romero@mromerolawfirm.com
Martha E. Romero on behalf of Creditor Monterey County romero@mromerolawfirm.com
Martha E. Romero on behalf of Creditor San Bernardino County romero@mromerolawfirm.com
Martha E. Romero on behalf of Creditor Placer County romero@mromerolawfirm.com
Martin A. Brown on behalf of Creditor Express Services, Inc. martin.brown@lawokc.com
Martin A. Brown on behalf of Creditor Creditor Express Personnel Services, Inc martin.brown@lawokc.com
Martin J.A. Yeager on behalf of Creditor Loren Stocker myeager@landcarroll.com
Mary E. Olden on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com
Mary Louise Fullington on behalf of Creditor Scripps Networks Interactive, Inc. lexbankruptcy@wyattfirm.com
Matthew Righetti on behalf of Creditor Joseph Skaf matt@righettilaw.com
Matthew Righetti on behalf of Creditor Jonthan Card matt@righettilaw.com
Matthew Righetti on behalf of Creditor Vadim Rylov matt@righettilaw.com
Matthew Righetti on behalf of Creditor Jonathan Card matt@righettilaw.com
Matthew Righetti on behalf of Creditor Robert Gentry matt@righettilaw.com
Matthew Righetti on behalf of Creditor Jack Hernandez matt@righettilaw.com
Matthew A. Gold on behalf of Creditor Argo Partners courts@argopartners.net
Matthew E. Hoffman on behalf of Creditor Audiovox Corporation mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew E. Hoffman on behalf of Creditor Principal Life Insurance Company mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis on behalf of Creditor Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero on behalf of Creditor CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc. mhayward@lockelord.com
Melissa S. Hayward on behalf of Creditor Parago, Inc. mhayward@lockelord.com
Meredith Linn Yoder on behalf of Creditor Edwin Watts Golf Shops, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder on behalf of Creditor MDS Realty II, LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael Reed on behalf of Creditor City of Waco et al othercourts@mvbalaw.com
Michael Reed on behalf of Creditor Tax Appraisal District of Bell County et al othercourts@mvbalaw.com
Michael Reed on behalf of Creditor Williamson County et al othercourts@mvbalaw.com
Michael Reed on behalf of Creditor City of Midland et al othercourts@mvbalaw.com
Michael A. Condyles on behalf of Creditor KSK Scottsdale Mall LP michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Interested Party Epson America, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael A. Condyles on behalf of Creditor Schottenstein Property Group, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Jubilee-Springdale, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Defendant Epson America, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Sony Electronics, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor JP Morgan Chase & Co. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor The Landing at Arbor Place II, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Cole Capital Partners, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Hickory Ridge Pavilion LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Cole CC Taunton MA, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Shopping.com, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Chase Bank USA, National Association michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Magna Trust Company, Trustee michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor GE Fleet michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Cole CC Kennesaw GA, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Cole CC Mesquite TX, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor CBL & Associates Management, Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor The Shoppes of Beavercreek Ltd. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Cole CC Aurora CO, LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles on behalf of Creditor Circuit Sports, L.P. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael Callahan Crowley on behalf of Defendant White-Spunner Construction Inc. mcrowley@asm-law.com
Michael Callahan Crowley on behalf of Creditor White-Spunner Construction, Inc. mcrowley@asm-law.com
Michael D. Mueller on behalf of Creditor Inland Continental Property Management Corp. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Concar Enterprises, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor SEA Properties I, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Inland American Retail Management LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Cermak Plaza Associates, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Inland Pacific Property Services LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Kimco Realty Corporation mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Union Square Retail Trust mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Honeywell International Inc. dba ADI mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor La Habra Imperial, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor P/A Acadia Pelham Manor, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Warner Home Video, a division of Warner Bros. Home Entertainment, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Texas Instruments Incorporated mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Savitri Cohen mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Teachers Insurance and Annuity Association of America mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Market Heights, Ltd mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant U.S. Luggage Co. mmueller@cblaw.com, avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael D. Mueller on behalf of Creditor RD Bloomfield Associates Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Ergotron, Inc. f/k/a OmniMount Systems, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Bagby & Russell Electric Company, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Mad Catz, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Tamarack Village Shopping Center Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Whitestone Development Partners, L.P. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Archbrook Laguna, LLC, dba I. Lehrhoff & Company, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant U.S. Luggage, LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor CC-Investors 1995-6 mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Rancon Realty Fund IV mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Saitek Industries Ltd. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Catellus Operating Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Inland Commercial Property Management, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Plaintiff CC-Investors 1995-6 mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Warner Home Video mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor James H. Wimmer, Jr., personally mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Sennheisser Electronic Corp. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Robyn N. Davis mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Lawrence W. Fay mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant Mad Catz, Inc. dba Saitek Industries Ltd. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant North American Roofing Services, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Team Retail Westbank, Ltd. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Inland Southwest Management LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Giant Eagle, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Defendant ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc. mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common mmueller@cblaw.com, avaughn@cblaw.com
Michael D. Mueller on behalf of Creditor Inland US Management LLC mmueller@cblaw.com, avaughn@cblaw.com
Michael E. Hastings on behalf of Creditor Eastern Security Corp. michael.hastings@leclairryan.com
Michael F. Ruggio on behalf of Creditor MD-GSI Associates mruggio@ralaw.com
Michael J. Sage on behalf of Creditor Pan Am Equities msage@omm.com, kzeldman@omm.com
Michael John O'Grady on behalf of Creditor Convergys Customer Management Group Inc. mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
Michael Keith McCrory on behalf of Creditor Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm on behalf of Creditor Harry Hallaian ECF@w2lg.com
Michael L. Wilhelm on behalf of Creditor Leon Hallaian ECF@w2lg.com
Michael L. Wilhelm on behalf of Creditor Ruby Hallaian ECF@w2lg.com
Michael L. Wilhelm on behalf of Creditor Lilly Hallaian ECF@w2lg.com
Michael P. Falzone on behalf of Creditor Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Modelogic, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Kentucky Oaks Mall Company mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Altamonte Springs Real Estate Associates, LLC mfalzone@hf-law.com, ebeaumont@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Michael P. Falzone on behalf of Creditor M and M Berman Enterprises mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Cameron Group Associates LLP mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Gallatin Management Associates, LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Dickson Management Associates, LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Spring Hill Development Partners, GP mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Remount Road Associates Limited Partnership mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant BellO International Corp. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant Amore Construction Company mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Interested Party Systemax, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Huntington Mall Company mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant WD Partners, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Woodlawn Trustees Incorporated mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor The Cafaro Northwest Partnership, dba South Hill Mall mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant Patriot Enterprises of NY, LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Martinair, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Basile Limited Liability Company mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant Standard Electric Supply Co., Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor RTS Marketing, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Fuel Creative, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant DG FastChannel, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Howland Commons Partnership, an Ohio gen partnership dba Howland Commons mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Defendant Streater Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor 502-12 86th Street LLC mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael P. Falzone on behalf of Creditor Vertis, Inc. mfalzone@hf-law.com, ebeaumont@hf-law.com
Michael S. Kogan on behalf of Creditor Ditan Distribution LLC mkogan@koganlawfirm.com, mkogan@koganlawfirm.com
Min Park on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc mpark@cblh.com
Mindy A. Mora on behalf of Creditor Wells Fargo Bank, N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
Mindy D. Cohn on behalf of Creditor Visiontek Products, LLC mcohn@winston.com
Mitchell B. Weitzman on behalf of Creditor The Ziegler Companies mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman on behalf of Creditor Simon Property Group, Inc. mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman on behalf of Creditor Tysons 3, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman on behalf of Creditor Madison Waldorf, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com
Mona M. Murphy on behalf of Creditor Imperial Sales Corp. d/b/a Imperial Sales Company mona.murphy@akerman.com, crystal.gaymon@akerman.com
Mona M. Murphy on behalf of Creditor Samsung Electronics America, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Mona M. Murphy on behalf of Creditor Bush Industries, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Mona M. Murphy on behalf of Transferee ON Corp. USA, Inc. and ON Corp. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Mona M. Murphy on behalf of Creditor Thomas, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Mona M. Murphy on behalf of Creditor Thomson, Inc. mona.murphy@akerman.com, crystal.gaymon@akerman.com
Nancy F. Loftus on behalf of Creditor Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Nancy R. Schlichting on behalf of Creditor Antor Media Corporation nrs@lolawfirm.com, lginsberg@lolawfirm.com
Nathan Jones on behalf of Creditor US Debt Recovery III, LP heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery XI, LP heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery V, LP heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery IV, LLC heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery X, LLC heather@usdrllc.com
Nathan Jones on behalf of Transferee US Debt Recovery LLC heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery X, LP heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery, XI, LP heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan Jones on behalf of Creditor United States Debt Recovery, LLC heather@usdrllc.com
Nathan Jones on behalf of Creditor US Debt Recovery VIII, L.P. heather@usdrllc.com
Neil E. McCullagh on behalf of Defendant United States Debt Recovery III, LP nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor South Carolina Electric & Gas Company nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Cormark, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor TI PI Texas, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant Techcraft Manufacturing, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor US Debt Recovery V, LP nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Newspaper Agency Co, Inc. d/b/a MediaOne of Utah nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant United States Debt Recovery LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Cleveland Construction, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Scripps Networks Interactive, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for EPC Denton Gateway, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor PNY Technologies, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant United States Debt Recovery IV LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant Raymond & Main Retail, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Creditor Shelby Properties TX, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Neil E. McCullagh on behalf of Interested Party Marblegate Asset Management nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Chino South Retail PG, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Newspaper Agency Company LLC d/b/a MediaOne of Utah nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor United States Debt Recovery, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Raymond & Main Retail, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood & Rutherford LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Dentici Family Limited Partnership nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Pintar Investment Properties TX, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Cleveland Construction, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor c/o William A. Wood Panattoni Construction, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant United States Debt Recovery III, L.P. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Peter Weedfald nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant iGoDitigal, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Mitek Corporation (MTX) nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Corporate Facilities Group, Inc. d/b/a Facilities Engineering nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Northglenn Retail, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Creditor Dudley Mitchell Properties TX, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

Neil E. McCullagh on behalf of Defendant Bagby Electric of Virginia, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Neil E. McCullagh on behalf of Defendant Panattoni Construction Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh on behalf of Defendant Parkway Enterprises, LLC d/b/a Parkway Enterprises LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Nicholas B Malito on behalf of Creditor Dollar Tree Stores, Inc. nmalito@hgg.com
Nicholas W. Whittenburg on behalf of Creditor Cleveland Towne Center, LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com
Nikki Amber Ott on behalf of Creditor Capmark Finance, Inc. nikki.ott@bryancave.com
Nikki Amber Ott on behalf of Creditor Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
Oscar Baldwin Fears, III on behalf of Creditor Georgia Department of Revenue bfears@law.ga.gov, jjacobs@law.ga.gov
P. Matthew Roberts on behalf of Creditor CDB Falcon Sunland Plaza, LP mroberts@poolemahoney.com
P. Matthew Roberts on behalf of Creditor Hillsborough County, FL mroberts@poolemahoney.com
Patrick M. Birney on behalf of Creditor Schimenti Construction Company LLC pbirney@rc.com, jcarrion@rc.com
Paul J. Pascuzzi on behalf of Interested Party Merced Sun Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Bradenton Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Lexington Herald-Leader ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Tri-City Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Bellingham Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Myrtle Beach Sun News ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Raleigh News & Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Kansas City Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party San Luis Obispo Tribune ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Columbia State ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Tacoma News, Inc. ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Miami Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Biloxi Sun Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Fresno Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Wichita Eagle ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Macon Telegraph ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Sacramento Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Island Packet ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Charlotte Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Centre Daily Times (State College) ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Idaho Statesman ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Creditor Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi on behalf of Interested Party Modesto Bee ppascuzzi@ffwplaw.com
Paul K. Campsen on behalf of Creditor Ramco West Oaks I, LLC pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor CC Springs, L.L.C. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor MHW Warner Robins, LLC pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Vance Baldwin, Inc. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Defendant Griffin Marketing & Promotions, Inc. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Lea Company, a Virginia general partnership, the Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Tritronics, Inc. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Newport News Shopping Center, L.L.C. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Google Inc. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Site A, LLC pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor CC Grand Junction Investors 1998, LLC pkcampsen@kaufcan.com
Paul K. Campsen on behalf of Creditor Crossways Financial Associates, LLC pkcampsen@kaufcan.com
Paul M. Black on behalf of Creditor Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
Paul McCourt Curley on behalf of Creditor Carrollton Arms, LLC pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Paul McCourt Curley on behalf of Creditor Laurie Lambert-Gaffney pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Paul McCourt Curley on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Paul Michael Schrader on behalf of Defendant Export Development Canada pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Paul Michael Schrader on behalf of Defendant Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor Alameda Newspaper Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant Alameda Newspapers, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor Alameda Newspapers, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor Contra Costa Times, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor San Jose Mercury-News, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor Bay Area News Group East Bay, LLC pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant Bay Area News Group East Bay, LLC pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant San Jose Mercury-News, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant MediaNews Group, Inc. and San Jose Mercury-News, Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant Caribbean Display & Construction, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant TIN Inc. d/b/a Temple-Inland Inc. pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Creditor Contra Costs Times pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant Alameda Newspapers, Inc., Bay Area News Group East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader on behalf of Defendant MediaNews Group Inc. pschrader@fullertonlaw.com
Paul S. Bliley, Jr. on behalf of Creditor Tax Collector, Polk County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Polk County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Hernendo County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Save Mart Supermarkets pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Torrington Tripletts, LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor CC-Investors 1997-4 pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Brevard County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Crown CCI, LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor 1890 Ranch, Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Burbank Mall Associates, LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Lee County Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Marion County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Willaims Mullen Clark and Dobbins pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Indian River County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Okaloosa County Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Hayward 880,LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Bay County Florida tax collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Hillsborough County, FL pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor CarMax, Inc. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Palm Beach County Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Paul S. Bliley, Jr. on behalf of Creditor CC Countryside 98, LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Osceola County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Dollar Tree Stores, Inc. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Westlake Limited Partnership pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Orange County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Osceola County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Manatee County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Highlands County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Miami-Dade County Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Pinnellas County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Interested Party Carmax Business Services, LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Defendant Stephen Gould Corporation pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Seminole County Florida Tax Collector pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr. on behalf of Creditor Stillwater Designs and Audio, Inc. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paula A. Hall on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com, marbury@bwst-law.com
Paula S. Beran on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran on behalf of Trustee Circuit City Stores, Inc. Liquidating Trust pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran on behalf of Creditor Committee Official Committee of Unsecured Creditors pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran (CC-A) on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran (CC-B) on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Paula S. Beran (CC-C) on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
Peter Barrett on behalf of Defendant Gelco Corporation, d/b/a GE Fleet Services peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Creditor Sony Electronics, Inc. peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Creditor Sharpe Partners, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Creditor Mayfair ORCC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Defendant Sony Electronics Inc., A/K/A Sony peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Creditor Gelco Corporation d/b/a GE Fleet Services peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter Barrett on behalf of Creditor Mayfair MDCC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Peter Barrett on behalf of Creditor Cole CC Groveland FL, LLC peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
Peter A. Greenburg on behalf of Creditor Premier Resources, LLC pgreenburg@aol.com
Peter A. Greenburg on behalf of Defendant Premier Resources International LLC pgreenburg@aol.com
Peter C.L. Roth on behalf of Creditor State of New Hampshire Department of Revenue Administration peter.roth@doj.nh.gov
Peter E. Strniste, Jr. on behalf of Creditor Schimenti Construction Company LLC pstrniste@rc.com, kcooper@rc.com
Peter G. Zemanian on behalf of Defendant WLS Television, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Argo Partners pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant KTRK Television, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Staples Contract & Commercial, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Creditor TiVo Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Cobra Electronics Corporation pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Disney Interactive Distribution pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Disney Interactive Studios, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Corporate Express Office Products, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant The Washington Post Company pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Bose Corporation pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant American Broadcasting Companies, Inc. d/b/a WABC TV pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant WPVI Television, LLC pete@zemanianlaw.com
Peter G. Zemanian on behalf of Creditor Disney Interactive Distribution, et al. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Buena Vista Home Entertainment, Inc. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant ABC Holding Company, Inc., d/b/a KABC TV pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
Peter G. Zemanian on behalf of Defendant Skullcandy, Inc. pete@zemanianlaw.com
Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc. pcarney@whitecase.com, hletourneau@whitecase.com
Peter M. Pearl on behalf of Movant Colonial Heights Holdings, LLC ppearl@sandsanderson.com
Peter M. Pearl on behalf of Defendant Koch Entertainment Distribution LLC ppearl@sandsanderson.com
Peter M. Pearl on behalf of Creditor Valley Corners Shopping Center, LLC ppearl@sandsanderson.com
Peter M. Pearl on behalf of Creditor PrattCenter, LLC ppearl@sandsanderson.com
Peter M. Pearl on behalf of Defendant Koch International L.P. ppearl@sandsanderson.com
Philip C. Baxa on behalf of Creditor Mitsubishi Digital Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor Roy Eisner pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor JWC Loftus LLC pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Counter-Claimant Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor Dicker-Warmington Properties pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor Joanne Eisner pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Defendant Mitsubishi Electronics America, Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Creditor Onkyo USA Corporation pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip C. Baxa on behalf of Defendant The Insurance Company of the State of Pennsylvania pbaxa@sandsanderson.com, rarrington@sandsanderson.com
Philip James Meitl on behalf of Creditor Capmark Finance, Inc. pj.meitl@bryancave.com, john.leininger@bryancave.com
Philip James Meitl on behalf of Defendant DBL Distributing, LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
Philip James Meitl on behalf of Defendant Gorilla Nation Media, LLC pj.meitl@bryancave.com, john.leininger@bryancave.com
R. Chase Palmer on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com
Rand L. Gelber on behalf of Creditor Maricopa County Treasurer RGelberMD@aol.com
Raymond Pring, Jr. on behalf of Creditor Laura L Scannell rpring@pringlaw.com, cingle@pringlaw.com
Raymond William Battaglia on behalf of Creditor Miner Corporation rbattaglia@obht.com
Rebecca L. Saitta on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com, rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Reid Steven Whitten on behalf of Creditor LaSalle Bank National Association, as trustee for C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
Rhett E. Petcher on behalf of Interested Party 36 Monmouth Plaza LLC rpetcher@seyfarth.com
Rhett E. Petcher on behalf of Creditor Engineered Structures, Inc. rpetcher@seyfarth.com
Richard C. Maxwell on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com, hhale@woodsrogers.com
Richard C. Maxwell on behalf of Interested Party Wells Fargo Bank Northwest, National Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
Richard D. Scott on behalf of Defendant Newmen Technology Co., Ltd. richard@rscottlawoffice.com
Richard D. Scott on behalf of Defendant Contrarian Funds, LLC richard@rscottlawoffice.com
Richard E. Hagerty on behalf of Creditor Wal-Mart Stores, Inc. richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Certain Benefit Restoration Plan Claimants richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Triangle Equities Junction LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Cosmo-Eastgate, ltd richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Defendant SAP Industries, Inc. fka SAP Retail Inc. richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Richard S. Birnbaum richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Southroads, L.L.C. richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Carlyle-Cypress Tuscaloosa, LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Michael T. Chalifoux richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Northcliff Residual Parcel 4 LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor SAP Retail Inc. and Business Objects richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Craig-Clarksville Tennessee LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor James H. Wimmer, Jr. richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Hagerty on behalf of Creditor Plantation Point Development, LLC richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.com
Richard E. Lear on behalf of Creditor CapTech Ventures, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Richard E. Lear on behalf of Creditor Plaza Las Americas, Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Richard F. Stein on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
Richard Iain Hutson on behalf of Defendant Sharp Electronics Corporation rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Creditor Caribbean Display & Construction, Inc. rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Creditor Journal Sentinel, Inc. rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Creditor Export Development Canada (EDC) rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Creditor US Signs, Inc. rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Creditor Sharp Electronics Corporation rhutson@weinstocklegal.com
Richard Iain Hutson on behalf of Defendant Journal Sentinel, Inc. rhutson@weinstocklegal.com
Richard M. Maseles on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov
Richard S. Yarow on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
Robert A. Canfield on behalf of Defendant B&L Floorcovering, Inc. bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
Robert A. Canfield on behalf of Creditor Laurie Lambert-Gaffney bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
Robert A. Canfield on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
Robert B. Hill on behalf of Creditor Decarla Taylor-Conyers cjensen@hillrainey.com, kcummins@hillrainey.com
Robert B. Hill on behalf of Creditor Columbia Plaza Joint Venture cjensen@hillrainey.com, kcummins@hillrainey.com
Robert B. Hill on behalf of Creditor Columbia Plaza Shopping Ceter Venture cjensen@hillrainey.com, kcummins@hillrainey.com
Robert B. Van Arsdale on behalf of U.S. Trustee Judy A. Robbins, 11 Robert.B.Van.Arsdale@usdoj.gov
Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue redmundson@attorneygeneral.gov
Robert D. Albergotti on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
Robert D. Clark on behalf of Creditor Douglas County, CO rclark@douglas.co.us
Robert D. Clark on behalf of Creditor Treasurer of Douglas County, Colorado rclark@douglas.co.us
Robert D. Tepper on behalf of Creditor CP Management Corp. as agent for Orland Towne Center, L.L.C. rtepper@sabt.com, pcoover@sabt.com
Robert Field Moorman on behalf of Defendant Forsythe Solutions Group, Inc. rmoorman@moormanlaw.com, robmoorman@comcast.net
Robert J. Brown on behalf of Creditor CB Richard Ellis / Louisville, LLC Lexbankruptcy@wyattfirm.com
Robert J. Feinstein on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
Robert K. Coulter on behalf of Creditor United States of America robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov
Robert Kenneth Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC rminkoff@jefferies.com, mrichards@jefferies.com
Robert L. LeHane on behalf of Creditor S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Philips International rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Regency Centers, L.P. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Philips International Holding Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Benderson Development Company, LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Continental Properties Company, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Weingarten Realty Investors and Its Affiliates rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor DDR Corp. f/k/a Developers Diversified Realty Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor The Woodmont Company rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Basser-Kaufman rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor WEC 99A-2LLC rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor General Growth Properties, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Ashkenazy Management Corp. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Robert L. LeHane on behalf of Creditor Developers Diversified Realty Corporation rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane on behalf of Creditor Jones Lang LaSalle Americas, Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Robert M. Marino on behalf of Plaintiff Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
Robert M. Marino on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com
Robert P. McIntosh on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov, DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
Robert R. Vieth on behalf of Defendant Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
Robert R. Vieth on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com, dhowes@ltblaw.com
Robert R. Vieth on behalf of Defendant TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
Robert Ryland Musick on behalf of Defendant International Business Machines Corporation bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant The Herald Publishing Company, LLC bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant IBM Credit, LLC bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Booth Newspapers, Inc., d/b/a The Bay City Times, Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette, Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Advance Publications, Inc., d/b/a Newhouse Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Newark Morning Ledger Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Creditor IGate Global Solutions, Limited bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant The Times-Picayune, L.L.C. d/b/a The Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Northeast Ohio Marketing Network, LLC bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Oregonian Publishing Company LLC d/b/a The Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant R. G. Brinkmann Company d/b/a Brinkmann Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant The Birmingham News Company bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert Ryland Musick on behalf of Defendant Advance Publications, Inc., d/b/a Newhouse Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
Robert S. Westermann on behalf of Defendant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Old Republic Insurance Company rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Cyber Power Systems (USA), Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Interested Party Marblegate Asset Management rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Transferee Marblegate Special Opportunities Master Fund LP rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Cameron Group Associates LLP rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Starlight Marketing, Ltd. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant CIT Group/Commercial Services, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor TXU Engergy Retail Company LLC rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Interested Party Alvarez & Marsal Canada, ULC rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Starlite/Starlight Marketing, Ltd. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Venetian Casino Resort, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Longacre Opportunity Fund, L.P. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Harvest/HPE LP rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Fasteners For Retail, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Interested Party CCDC Marion Portfolio, L.P. rwestermann@hf-law.com, rmcburney@hf-law.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Robert S. Westermann on behalf of Interested Party Systemax, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Denver Newspaper Agency LLP rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Marblegate Special Opportunities Master Fund L.P. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant CIT Group/Commercial Services rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Panasonic Corporation of North America rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor National A-1, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Galleria Plaza, Ltd. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Cyber Power Systems, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Atlantic Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Vector Security, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Towne Square Plaza rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Fuel Creative, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor COMSYS Information Technology Services, Inc. and COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Klaussner Furniture Industries, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant The CIT Group/Commercial Services, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Defendant Pop’s Cosmic Counters, Inc. rwestermann@hf-law.com, rmcburney@hf-law.com
Robert S. Westermann on behalf of Creditor Cypress/CC Marion I, L.P. rwestermann@hf-law.com, rmcburney@hf-law.com
Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com
Robin S. Abramowitz on behalf of Creditor CC Joliet Trust abramowitz@larypc.com
Robin S. Abramowitz on behalf of Creditor CC Merrilville Trust abramowitz@larypc.com
Robin S. Abramowitz on behalf of Creditor CC Colonial Trust abramowitz@larypc.com
Ron C. Bingham, II on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
Ronald A. Page, Jr. on behalf of Defendant Anthony Erickson, d/b/a A.C.E.Enterprises rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Creditor JMC Manufacturing Inc. dba Inland Fixture rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Defendant Miner Fleet Management Group, LLC, fka Miner Fleet Management Group, Ltd. rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Creditor Cormark, Inc. rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Creditor Miner Fleet Management Group, Ltd. rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald A. Page, Jr. on behalf of Creditor Anthony Erickson, d/b/a A.C.E.Enterprises rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald Allen Page, Jr. on behalf of Defendant JMC Manufacturing Inc. dba Inland Fixture rpage@rpagelaw.com, rpage@rpagelaw.com
Ronald G. Dunn on behalf of Creditor Savitri Cohen bstasiak@gdwo.net
Ronald M. Tucker on behalf of Creditor Simon Property Group, Inc. rtucker@simon.com, cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
Roy M. Terry, Jr. on behalf of Creditor Hewlett Packard Company rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Roy M. Terry, Jr. on behalf of Creditor Oracle USA, Inc. rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
Russell R. Johnson, III on behalf of Creditor Averatec/Trigem USA russ4478@aol.com
Russell R. Johnson, III on behalf of Creditor Chalek Company LLC russ4478@aol.com
Ryan C. Day on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
Ryan C. Day on behalf of Plaintiff Schimenti Construction Company LLC ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
S. Sadiq Gill on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com
Sara B. Eagle on behalf of Creditor Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov, efile@pbgc.gov
Sara L. Chenetz on behalf of Creditor Sony Pictures Entertainment Inc. chenetz@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Sarah Beckett Boehm on behalf of Plaintiff Circuit City Stores, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Defendant Circuit City Stores, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Kinzer Technology, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor XSStuff, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Courchevel, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Sky Venture Corp. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Circuit City Purchasing Company, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor PRAHS, INC. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Circuit City Stores PR, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor CC Aviation, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Circuit City Stores West Coast, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Circuit City Properties, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Abbott Advertising Agency, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor CC Distribution Company of Virginia, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com, carrie.sroka@kirkland.com,nicole.murphy@kirkland.com,jpawlitz@kirkland.com, Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Circuit City Stores, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor InterTAN, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Ventoux International, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Mayland MN, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Orbyx Electronics, LLC sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Sarah Beckett Boehm on behalf of Debtor Patapsco Designs, Inc. sboehm@mcguirewoods.com, kcain@mcguirewoods.com,lneilson@mcguirewoods.com,carrie.sroka@kirkland.com, nicole.murphy@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
Satchidananda Mims smims21@hotmail.com
Scott A. Stengel on behalf of Defendant The Nintendo Source Corporation scott.stengel@umb.com
Scott A. Stengel on behalf of Creditor Nintendo of America, Inc. sastenge@mwbb.com
Scott A. Stengel on behalf of Defendant Nintendo Services USA, Inc. scott.stengel@umb.com
Scott A. Stengel on behalf of Defendant Nintendo Software Technology Corporation scott.stengel@umb.com
Scott A. Stengel on behalf of Defendant Nintendo Hardware scott.stengel@umb.com
Scott A. Stengel on behalf of Defendant Nintendo Technology Development, Inc. scott.stengel@umb.com
Scott D. Fink on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com
Seth A. Drucker on behalf of Creditor Ritz Motel Company sdrucker@honigman.com
Seth A. Drucker on behalf of Creditor McKinley, Inc. sdrucker@honigman.com
Shalanda N. Franklin-Verdell on behalf of Defendant Belkin International Inc. sfranklinverdell@vanblk.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Shalanda N. Franklin-Verdell on behalf of Defendant Belkin Logistics, Inc., aka Belkin, Inc. sfranklinverdell@vanblk.com
Sheila G. de la Cruz on behalf of Creditor The Denver Newspaper Agency, LLP sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Vertis, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Defendant Kaz, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Cottonwood Corners-Phase V, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Woodlawn Trustees Incorporated sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Horizon Technology, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Mizco International, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor TFL Enterprise, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor 502-12 86th Street LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Defendant Starco, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor RTS Marketing, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Howland Commons Partnership, an Ohio gen partnership dba Howland Commons sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Huntington Mall Company sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Spring Hill Development Partners, GP sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor The Cafaro Northwest Partnership, dba South Hill Mall sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Defendant Horizon Technology, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Basile Limited Liability Company sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor United States Debt Recovery, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Kentucky Oaks Mall Company sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Remount Road Associates Limited Partnership sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor M and M Berman Enterprises sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Defendant Mizco International, Inc. sdelacruz@hf-law.com, slawson@hf-law.com
Sheila G. de la Cruz on behalf of Creditor Altamonte Springs Real Estate Associates, LLC sdelacruz@hf-law.com, slawson@hf-law.com
Sheila L. Shadmand on behalf of Defendant Aiptek, Inc. slshadmand@jonesday.com
Sheila L. Shadmand on behalf of Creditor Aiptek, Inc. slshadmand@jonesday.com
Sheila L. Shadmand on behalf of Creditor Ventura In Manhattan, Inc. slshadmand@jonesday.com
Stanley M. Salus on behalf of Defendant Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com, crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
Stephan William Milo on behalf of Creditor THF ONC Development, L.L.C. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant Bissell Homecare, Inc., aka Bissell Homecare Inc., smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor THF Clarksburg Development One, Limited Liability Company smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Interested Party THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor Z-Line Designs, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant ZT Group International, Inc. dba ZT Systems, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant Hardsoft Solutions, Inc. d/b/a Micro Product Distributors, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor BISSELL Homecare, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant DPI, Inc., formerly known as GPX, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Interested Party General Electric Company's Consumer & Industrial Division smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Stephan William Milo on behalf of Defendant The Decal Source Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant Universal Remote Control, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Defendant Terracon Consultants, Inc. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor THF St. Clairsville Development, L.P. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo on behalf of Creditor THF Chesterfield Two Development, L.L.C. smilo@wawlaw.com, jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephanie N. Gilbert on behalf of Defendant Eleets Logistics, Inc. sgilbert@wilsav.com, nwalsh@wilsav.com
Stephanie N. Gilbert on behalf of Creditor Mallview Plaza Company, Ltd. sgilbert@wilsav.com, nwalsh@wilsav.com
Stephen A. Metz on behalf of Creditor Saul Holdings Limited Partnership smetz@shulmanrogers.com, nanderson@shulmanrogers.com
Stephen E. Leach on behalf of Creditor Children's Discovery Centers of America, Inc. sleach@ltblaw.com, msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
Stephen G. Murphy on behalf of Creditor Massachusetts Department of Revenue Murphys@dor.state.ma.us
Stephen K. Gallagher on behalf of Creditor CWCapital Asset Management LLC sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com
Stephen K. Lehnardt on behalf of Creditor 3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld on behalf of Creditor Becker Trust LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor THE GOLDENBERG GROUP steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Boulevard North, LP steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor PR Christiana LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor PRGL Paxton LP steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Red Rose Commons Associates, L.P. steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Marple XYZ Associates steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Park Side Realty LP steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Goodmill LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor PREIT SERVICES, LLC steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Greenfeld on behalf of Creditor Pep Boys - Manny, Moe & Jack steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
Steven H. Newman on behalf of Creditor 502-12 86th Street LLC snewman@katskykorins.com
Steven L. Brown on behalf of Defendant Construct, Inc. brown@wolriv.com
Steven L. Brown on behalf of Creditor Construct Inc., a Michigan corporation brown@wolriv.com
Steven L. Brown on behalf of Creditor The Columbus Dispatch brown@wolriv.com
Steven L. Brown on behalf of Creditor Walter E. Hartman & Sally J. Hartman, as Trustee of the Hartman 1995 Ohio Property brown@wolriv.com
Steven L. Brown on behalf of Defendant The Dispatch Printing Company, d/b/a Columbus Dispatch brown@wolriv.com
Tara B. Annweiler on behalf of Creditor American National Insurance Company tannweiler@greerherz.com
Tara L. Elgie on behalf of Creditor Schimenti Construction Company LLC telgie@hunton.com
Tara L. Elgie on behalf of Defendant Fujikon Industrial Co. Ltd. telgie@hunton.com
Terri A. Roberts on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson on behalf of Defendant Mitsubishi Electronics America, Inc. thadwilson@kslaw.com, pwhite@kslaw.com
Thomas David Rethage on behalf of Creditor EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc. tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King on behalf of Creditor Southland Acquisitions, LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Thomas John McIntosh on behalf of Defendant Nielsen Business Media Inc. thomas.mcintosh@hklaw.com
Thomas John McIntosh on behalf of Defendant NetRatings, LLC thomas.mcintosh@hklaw.com
Thomas John McIntosh on behalf of Defendant The Nielsen Company (US) LLC, f/k/a Nielsen Media Research Inc. thomas.mcintosh@hklaw.com
Thomas John McIntosh on behalf of Defendant WSVN-TV, a unit of Sunbeam Television Corporation thomas.mcintosh@hklaw.com
Thomas John McKee, Jr. on behalf of Defendant Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
Thomas John McKee, Jr. on behalf of Defendant Bell Microproducts, Inc. mckeet@gtlaw.com, hallc@gtlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Thomas Neal Jamerson on behalf of Creditor Galleria Plaza, Ltd. tjamerson@hunton.com, tomjam2003@yahoo.com
Thomas Neal Jamerson on behalf of Interested Party Parker Central Plaza Ltd tjamerson@hunton.com, tomjam2003@yahoo.com
Thomas Ryan Lynch on behalf of Creditor Mibarev Development I, LLC tlynch@babc.com
Thomas Ryan Lynch on behalf of Defendant Griffin Technology tlynch@babc.com
Thomas W. Repczynski on behalf of Creditor Tutwiler Properties, LTD trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
Thomas W. Repczynski on behalf of Defendant Graphic Communications Holdings, Inc. trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
Thomas W. Repczynski on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
Thomas W. Repczynski on behalf of Creditor Loren Stocker trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
Thomas W. Repczynski on behalf of Creditor Graphic Communications, Inc. trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
Tiffany Strelow Cobb on behalf of Creditor Advertising.com Inc. tscobb@vorys.com, bjtobin@vorys.com
Tiffany Strelow Cobb on behalf of Creditor Platform-A Inc. tscobb@vorys.com, bjtobin@vorys.com
Tiffany Strelow Cobb on behalf of Creditor AOL LLC tscobb@vorys.com, bjtobin@vorys.com
Timothy Francis Brown on behalf of Creditor 13630 Victory Boulevard, LLC brownt@arentfox.com
Timothy Francis Brown on behalf of Interested Party F.R.O., L.L.C. IX brownt@arentfox.com
Timothy W. Boykin on behalf of Creditor Alameda County Treasurer tboykin@vanblk.com, croyes@vanblk.com
Tracey Michelle Ohm on behalf of Defendant Targus, Inc. tohm@stinson.com, tmackey@stinson.com
Tracey Michelle Ohm on behalf of Creditor Waste Management, Inc. tohm@stinson.com, tmackey@stinson.com
Travis A. Knobbe on behalf of Defendant Bulldog Rack Company tknobbe@spilmanlaw.com, trjohnson@spilmanlaw.com
Travis Aaron Sabalewski on behalf of Creditor IKON Office Solutions, Inc. tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
Troy Savenko on behalf of Creditor Archos, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Defendant PlumChoice, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor Safeco Insurance Company of America tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor AmREIT, a Texas Real Estate Investment Trust tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor Slam Brands, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Movant PlumChoice, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor Liberty Mutual Insurance Company tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Creditor PlumChoice, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Defendant A.J. Padelford & Son, Inc. tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Defendant Morris Publishing Group, LLC dba The Florida Times-Union tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Defendant Morris Communications Company, LLC; Morris Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com, nferenbach@kv-legal.com
Troy Savenko on behalf of Interested Party Liquid Asset Partners, LLC tsavenko@kv-legal.com, nferenbach@kv-legal.com
Valerie P. Morrison on behalf of Creditor Daly City Partners I, L.P. vmorrison@wileyrein.com, rours@wileyrein.com
Valerie P. Morrison on behalf of Creditor Lexar Media, Inc. vmorrison@wileyrein.com, rours@wileyrein.com
Valerie P. Morrison on behalf of Creditor Daly City Partners I, L.P vmorrison@wileyrein.com, rours@wileyrein.com
Valerie P. Morrison on behalf of Creditor Infogain Corporation vmorrison@wileyrein.com, rours@wileyrein.com
Valerie P. Morrison on behalf of Creditor Envision Peripherals, Inc. vmorrison@wileyrein.com, rours@wileyrein.com
Victoria A. Reardon on behalf of Creditor State of Michigan, Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov
Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov
Victoria D. Garry on behalf of Creditor Ohio Department of Commerce victoria.garry@ohioattorneygeneral.gov
Victoria D. Garry on behalf of Creditor Ohio Department of Taxation victoria.garry@ohioattorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Vivienne Rakowsky on behalf of Creditor Nevada Department of Taxation vrakowsky@ag.nv.gov, dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
Walter Laurence Williams on behalf of Creditor Wayne VF LLC walter.williams@wilsonelser.com
Walter Laurence Williams on behalf of Movant Vornado Realty Trust walter.williams@wilsonelser.com
Walter Laurence Williams on behalf of Movant Wayne VF, LLC walter.williams@wilsonelser.com
Wanda Borges on behalf of Defendant Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wanda Borges on behalf of Creditor Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant MediaNews Group Inc. ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant MediaNews Group, Inc. ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant Alameda Newspapers, Inc., Bay Area News Group East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant Bay Area News Group East Bay, LLC ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
Wanda Borges on behalf of Defendant MediaNews Group, Inc. and San Jose Mercury-News, Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
Wendy Michele Roenker on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net
William Heuer on behalf of Transferee Korea Export Insurance Corporation wheuer@duanemorris.com
William A. Broscious on behalf of Creditor Jurupa Bolingbrook LLC wbroscious@kbbplc.com
William A. Broscious on behalf of Attorney Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor CC-Investors 1996-6 wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor Paramount Home Entertainment Inc wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor Kamin Realty Company wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor Raymond Silverstein, Trustee wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor Daniel G. Kamin Baton Rouge LLC wbroscious@kbbplc.com
William A. Broscious on behalf of Creditor Circuit Realty NJ LLC wbroscious@kbbplc.com
William A. Burnett on behalf of Creditor CC-Investors 1997-4 aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Crown CCI, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Hayward 880,LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Westlake Limited Partnership aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant Intec, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant SouthPeak Interactive LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Nyko Technologies, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor SouthPeak Interactive, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor CarMax, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant Eon Communications Corporation aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Cyber Acoustics aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Dick's Sporting Goods, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Plaintiff Carmax Auto Superstores, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Dick's Sporting Goods Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Burbank Mall Associates, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant Brookfield Global Relocation Services, LLC, f/k/a GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Save Mart Supermarkets aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Stillwater Designs and Audio, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant NYKO Technologies, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Evening Post Publishing Company d/b/a The Post and Courier aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor National Western Life Insurance Company aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor DIRECTV, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Interested Party DIRECTV, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Vonage Holdings, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor American National Insurance Company aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Vonage Marketing Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Golf Galaxy, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor CC Countryside 98, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant SBLM Architects PC aburnett@williamsmullen.com
William A. Burnett on behalf of Defendant Contrarian Funds, L.L.C. aburnett@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

William A. Burnett on behalf of Defendant Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV TV aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor ION Audio, LLC aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor LumiSource, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Tax Collector, Polk County, Florida aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor CC Countryside 98 L.L.C. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Dollar Tree Stores, Inc. aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Symantec Corp aburnett@williamsmullen.com
William A. Burnett on behalf of Creditor Abilene-Ridgemont, LLC aburnett@williamsmullen.com
William A. Gray on behalf of Creditor Green Acres Mall, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Lee County, Mississippi Tax Collector bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP-Redding LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Alexander's Rego Park Center, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Boston Acoustics, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant VTech Communications, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Hillson Electric Incorporated bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Mansfield SEQ 287 and Debbie, Ltd. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP-VA LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Tamrac, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor OmniMount Systems, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP-WB LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor RBS Business Capital bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Amherst VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor T. J. Maxx of CA, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Denon Electronics (USA), LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Colorado Structures, Inc., dba CSI Construction Co. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Midwest Block & Brick, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor East Brunswick VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant The Insurance Company of the State of Pennsylvania bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Chatham County, GA Tax Commissioner bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant John T. Harlow bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Valley Corners Shopping Center, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Fourstar International Trading Company bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Richard Grande bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP-SC LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Sensormatic Electronic Corporation bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Monument Consulting, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

William A. Gray on behalf of Defendant Construction Testing and Engineering, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Baker Natick Promenade LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Wayne VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Star Universal, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor North Bergen Tonnelle Plaza, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant The Oklahoma Publishing Company bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor E&A Northeast Limited Partnership bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Fourstar Group Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Denon Electronics bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Ray Mucci’s Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Snell Acoustics, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor PrattCenter, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Route 146 Millbury LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant John J. Kelly bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Station Landing LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Interested Party Kelly Breitenbecher bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Marlton VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Premier Contracting, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant The Procter & Gamble Company and The Procter & Gamble Distribution Company, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Audrey Soltis bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Movant Vornado Realty Trust bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Vornado Gun Hill Road, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Gateway Woodside, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Encinitas PFA, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Vornado Caguas LP bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Cardinal Court, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Intertech Security of Maryland, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Metra Electronics Corporation bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Interested Party Paul Schaapman bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Tamrac, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Movant Colonial Heights Holdings, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

William A. Gray on behalf of Defendant Michael E. Foss bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor VNO Mundy Street, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Vornado Finance, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor East BrunswickVF, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Lang Construction, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor UTC I, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Attorney Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor CSI Construction Company bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant InnerWorkings, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BevCon I, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Chatham County Tax Commissioner bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Lee County Tax Collector bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Interested Party Christopher Borglin bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Interstate Augusta Properties LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Coby Electronics Corporation bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor McAlister Square Partners, Ltd. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Monument Consulting, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Mid-American Insulation, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor NPP Development LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Metra Electronics Corporation bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Randall W. Wick bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor DeSoto County, Mississippi bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Universal Display and Fixtures Company bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BBP-Muncy LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor BPP-OH LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Towson VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor North Plainfield VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor McCorkendale Construction bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Boston Acoustics, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Movant Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant David L. Mathews bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor VNO TRU Dale Mabry, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

William A. Gray on behalf of Creditor BPP-NY LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor A.D.D. Holdings, L.P. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Fourstar Group USA, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor DEV Limited Partnership bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor The Stop & Shop Supermarket Company LLC bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Gray on behalf of Creditor John Rohrer Contracting Company, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com
William A. Wood, III on behalf of Creditor Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
William A. Wood, III on behalf of Creditor c/o William A. Wood Panattoni Construction, Inc. trey.wood@bgllp.com, chris.tillmanns@bgllp.com
William A. Wood, III on behalf of Creditor Raymond & Main Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com
William B. Cave on behalf of Creditor P.R. Mechanical, Inc. wcave@hophabcave.com
William C. Crenshaw on behalf of Creditor Prince George's Station Retail, LLC bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
William C. Crenshaw on behalf of Professional Akerman Senterfitt bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
William C. Crenshaw on behalf of Creditor Gould Livermore LLC bill.crenshaw@bryancave.com, deborah.hensley@akerman.com
William D. Bayliss on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com
William Daniel Prince, IV on behalf of Defendant International Business Machines Corporation wprince@t-mlaw.com
William Daniel Prince, IV on behalf of Defendant R. G. Brinkmann Company d/b/a Brinkmann Constructors wprince@t-mlaw.com
William Daniel Prince, IV on behalf of Interested Party Advance Publications, Inc. wprince@t-mlaw.com
William Daniel Prince, IV on behalf of Defendant IBM Credit, LLC wprince@t-mlaw.com
William Daniel Sullivan on behalf of Movant Pioneer Electronics, Inc dsullivan@butzeltp.com
William Daniel Sullivan on behalf of Attorney William Daniel Sullivan dsullivan@butzeltp.com
William Daniel Sullivan on behalf of Defendant Pioneer Electronics (USA) Inc. dsullivan@butzeltp.com
William H. Schwarzschild, III on behalf of Creditor National Western Life Insurance Company tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor Dick's Sporting Goods, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant Evening Post Publishing Company, dba The Post and Courier tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor LumiSource, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor State Board of Equalization tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor SouthPeak Interactive, LLC tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor ION Audio, LLC tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant DIRECTV, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor MRV Wanamaker, LC tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant Hotan Corporation tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant Datel Design & Development, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant J&J Industries, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Defendant Merrill Communications LLC tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor Miami-Dade County Tax Collector tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor DIRECTV, Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor Vonage Marketing Inc. tschwarz@williamsmullen.com
William H. Schwarzschild, III on behalf of Creditor Dollar Tree Stores, Inc. tschwarz@williamsmullen.com
Wm. Joseph A. Charboneau on behalf of Creditor Charles Booth jcharboneau@mglspc.com, aford@mglspc.com
Wm. Joseph A. Charboneau on behalf of Creditor Placer California jcharboneau@mglspc.com, aford@mglspc.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Wm. Joseph A. Charboneau on behalf of Creditor Nancy Booth jcharboneau@mglspc.com, aford@mglspc.com

Wm. Joseph A. Charboneau on behalf of Creditor McAllen ISD jcharboneau@mglspc.com, aford@mglspc.com

Zmarak Khan on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

TOTAL: 2219