## Change of Address

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al<br>(the "Debtors") | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 5656

**PLEASE TAKE NOTICE** that **HARVEST/NPE LP,** a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

**HARVEST/NPE LP**
17855 Dallas Parkway, Suite 100
Dallas, TX 75287

New Address for Notices and Payments:

**HARVEST/NPE LP**
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

**HARVEST/NPE LP,**
a Delaware limited partnership

By: PLE GP LLC,
a Delaware limited liability company,
General partner

By: _/s/ Eliot B. Barnett_
Eliot B. Barnett
Manager

25792763v2 27410.009.87