| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

            - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON MAY 14, 2013 AT 2:00 P.M. (EASTERN)</u>**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on May 14, 2013 beginning at 2:00 p.m. Eastern.

1. (*Siegel v. R-Pac International Corp. et al*, *10-03564-KRH*)
   Motion for Default Judgment *Against Minwa Electronics Co. Ltd.* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 17)

   Related Documents:

   a. Motion for Entry of Default *(REQUEST FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT AGAINST MINWA ELECTRONICS CO. LTD. BY CLERK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055 AND FEDERAL RULE OF CIVIL PROCEDURE 55)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 16)

   b. Notice of Motion and Notice of Hearing (Re: related document(s)[16] Motion for Entry of Default filed by Alfred H. Siegel, [17] Motion for Default Judgment filed by Alfred H. Siegel) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 5/14/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 18)

   c. Entry of Default against Minwa Electronics Co. LTD (Re: related document(s)[16] Motion for Entry of Default filed by Alfred H. Siegel) (Luedecke, Tammy)

   Objection Deadline:    May 7, 2013

   Objections/ Responses Filed:    None

   Status:    The Trust will request that the Court grant the requested relief.

2. Motion to Reconsider *(Motion of G&S Livingston Realty, Inc. Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed)* (Related Document(s)12305 Order Re: Objection) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty, Inc.. (Attachments: # 1 Proposed Order) (Docket No. 12929)

| | |
|---|---|
| Related Documents: | |
| a. | Certification *of Douglas Riley in Support of Motion of G&S Livingston Realty, Inc. Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed* (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty, Inc.. (Attachments: # 1 Exhibit(s) A) (Docket No. 12930) |
| b. | Notice of Motion and Notice of Hearing (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty, Inc.. Hearing scheduled for 5/14/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12931) |
| Objection Deadline: | May 7, 2013 |
| Objections/ Responses Filed: | Objection to - *LIQUIDATING TRUST'S RESPONSE IN OPPOSITION TO THE MOTION OF G&S LIVINGSTON REALTY, INC. PURSUANT TO SECTION 502(j) AND RULE 3008 TO RECONSIDER AND VACATE THE PRIOR ORDER OF THE COURT DISALLOWING CLAIM NUMBER 6064, AND FOR AN ORDER ADJUDGING CLAIM NUMBER 6064 ALLOWED* (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula) |
| Status: | The parties will appear for status purposes and request that the matter be set for a substantive hearing. |

| | |
|---|---|
| Dated: Richmond, Virginia<br>May 13, 2013 | TAVENNER & BERAN, PLC<br><br>    */s/ Paula S. Beran*                <br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>*Co-Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |