## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **Circuit City Stores, Inc.,** *et al.*, | : | **Case No. 08-35653 (KRH)** |
| | : | |
| **Debtors.** | : | |

### NOTICE OF WITHDRAWAL OF OPPOSITION TO LIQUIDATING TRUST'S FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

1.        On September 3, 2012, the Circuit City Stores Inc. Liquidating Trust filed its *Forty-Seventh Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (Multiple HR Programs Claimed)* (the "Objection").  The Objection sought to reduce Kelly Breitenbecher's ("Ms. Breitenbecher") Claim No. 13936 to $1,237,723.00.  On November 29, 2012, Ms. Breitenbecher filed her *Opposition to Liquidating Trust's Forty-Seventh Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (Multiple HR Programs Claimed)* (the "Opposition").

2.        Following negotiations with the Liquidating Trust regarding the claim and Objection, and execution of a Settlement Agreement and Mutual Release, Ms. Breitenbecher hereby withdraws her Opposition.

_____
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands Anderson PC
1111 East Main Street, Suite 2300
Post Office Box 1998 (23219)
Richmond, Virginia 23219
Telephone:  (804) 648-1636
Facsimile:  (804) 783-7291
    *Counsel for Kelly Breitenbecher*

**Date:** May 14, 2013                             **Respectfully Submitted,**

                                                   **KELLY BREITENBECHER**

                                                   **By Counsel**

                                                    _/s/ William A. Gray_
                                                   William A. Gray, Esquire – VSB #46911
                                                   C. Thomas Ebel, Esquire – VSB # 18637
                                                   Ashley Burgess, Esquire – VSB # 67998
                                                   Sands Anderson PC
                                                   1111 East Main Street, Suite 2300
                                                   P.O. Box 1998 (23218)
                                                   Richmond, Virginia 23219
                                                   Telephone:  (804) 648-1636
                                                   Facsimile: (804) 783-7291
                                                   _Counsel for Kelly Breitenbecher_

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2013, a true and accurate copy of the

foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District

of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to

be served electronically on all registered users of the ECF system that have filed notices of

appearance in this matter, and was mailed by U.S. Mail, first class, postage prepaid, to all

persons below:


Lynn L. Tavenner, Esquire                Cia H. Mackle, Esquire
Paula S. Beran, Esquire                  Pachulski Stang Ziehl & Jones, LLP
Tavenner & Beran, PLC                    10100 Santa Monica Boulevard, 11th Fl
20 North Eighth Street, Second Floor     Los Angeles, CA 90067
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esquire
Andrew W. Cane, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067


                                    _/s/ William A. Gray_