IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that OCI, a creditor in the **Circuit City Stores, Inc.**, et al. bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately.

**Old Address**

OCI
Scott Feraro/Kelly Laursen
730 Second Avenue South
Minneapolis, MN 55402

**New Address [Creditor]**

OCI
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 5/13/13

Respectfully submitted,

By: OCI
Signature: [signature]
Print Name: Kelly Laursen
Title: manager