Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                :    Chapter 11
                                      :
CIRCUIT CITY STORES, INC., et al.,    :    Case No. 08-35653 (KRH)
                                      :
         Debtors.                     :
                                      :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TWELFTH ORDER REGARDING LIQUIDATING TRUST'S SECOND OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF
CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.      The Court will conduct a status conference on June 6, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2.      The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3.      The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4.     This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to this Order.

Dated: Richmond, Virginia
_____May 17 2013_____, 2013


_____/s/ Kevin R Huennekens_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:                    Entered on docket: May 21 2013

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
                    - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
                    - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

## <u>CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)</u>

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

4

In re Circuit City Stores, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Twelfth Order Regarding Liquidating Trust's Second Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on June 6, 2013 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BASILE LIMITED LIABILITY CO.<br>43 RIDGECREST LN.<br>BRISTOL, CT 06010 | 3973 | Exhibit D<br>Invalid Claims to be Expunged |
| Basile Limited Liability Company<br>Acting by and through Midland Loan<br>Services Inc.<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 14134 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| Basile Limited Liability Company c o<br>Midland Loan Services, Inc., a<br>Delaware Corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX 75201 | 12692 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CC Colonial Trust<br>Attn: David Vanaskey Corporate Trust<br>Administration<br>Wilmington Trust Company<br>1100 N. Market St.<br>Wilmington, DE 19890 | 8688 | Exhibit D<br>Invalid Claims to be Expunged |
| CC COLONIAL TRUST<br>STUART GROSS<br>C/O PARAGON AFFILIATES, INC.<br>ONE PARAGON DR., STE. 145<br>MONTVALE , NJ 7645 | 6909 | Exhibit D<br>Invalid Claims to be Expunged |
| CENTRAL INVESTMENTS LLC<br>c/o MARK ORDOWER<br>333 S. DES PLAINES, NO. 207<br>CHICAGO, IL 60661 | 4556 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |
| CENTRAL INVESTMENTS, LLC<br>c/o MARK ORDOWER<br>333 S. DESPLAINES, NO. 207<br>CHICAGO, IL 60661 | 12116 | Exhibit E<br>Late Filed Claims |
| Centro Properties Group ta Heritage<br>Square Naperville IL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll<br>LLP<br>1735 Market St., 51st Fl.<br>Philadelphia, PA 19103 | 12637 | Exhibit C<br>Reduction of Certain Partially<br>Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Heritage Square Naperville IL c/o David L. Pollack, Esq. Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 14565 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Heritage Square Naperville IL c/o David L. Pollack, Esq. Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 12527 | Exhibit F Amended Claims to be Expunged |
| Centro Properties Group ta Northridge Plaza Milwaukee WI c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 12619 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 12626 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Northridge Plaza Milwaukee WI c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St., 51st Fl. Philadelphia, PA 19103 | 8487 | Exhibit F Amended Claims to be Expunged |
| Cermak Plaza Assoc LLC c/o Concordia Realty Corporation 10031 W. Roosevelt Rd. Westchester, IL 60154 | 12809 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Circuit Investors No. 3, Ltd. Niclas A. Ferland LeClair Ryan, A Professional Corporation Ilan Markus 555 Long Wharf Dr., 8th Fl. New Haven, CT 06511 | 13618 | Exhibit C Reduction of Certain Partially Invalid Claims |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Circuit Investors Vernon Hills Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 7155 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors Yorktown Limited Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Dr., 8th Fl.<br>New Haven, CT 06511 | 12338 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Manufacturers & Traders Trust Company, as Trustee<br>c/o Nicholas M. Miller, Esq.<br>Neal Gerber & Eisenberg LLP<br>Two N LaSalle St., Ste. 1700<br>Chicago, IL 60602 | 8622 | Exhibit D<br>Invalid Claims to be Expunged |
| Manufacturers and Traders Trust Co., as Trustee<br>c/o Nancy George, Vice President<br>Corporate Trust Dept<br>1 M&T Plaza, 7th Fl.<br>Buffalo, NY 14203 | 12053 | Exhibit D<br>Invalid Claims to be Expunged |
| NMC Stratford LLC<br>c/o Ian S. Landsberg<br>Landsberg Marguiles LLP<br>16030 Ventura Blvd., Ste. 470<br>Encino, CA 91436 | 9644 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Pan Am Equities Inc<br>The Law Offices of David A Greer PLC<br>500 E. Main St., Ste. 1225<br>Norfolk, VA 23510 | 7999 | Exhibit E<br>Late Filed Claims |
| Pan Am Equities, Inc.<br>The Law Offices of David A. Geer P.C<br>500 E. Main St.,<br>Suite 1225<br>Norfolk, VA  23510 | 7999 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 8079 | Exhibit D<br>Invalid Claims to be Expunged |
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 8618 | Exhibit D<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Park National Bank<br>50 N. 3rd St.<br>PO Box 3500<br>Newark, OH 43058-3500 | 12615 | Exhibit D<br>Invalid Claims to be Expunged |
| Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Ste. 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 11753 | Exhibit F<br>Amended Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 14920 | Exhibit D<br>Invalid Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr & Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 13427 | Exhibit F<br>Amended Claims to be Expunged |
| Ronald Benderson Trust 1995<br>Attn: James S. Carr<br>Robert L. LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178 | 12469 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| THE WEST CAMPUS SQUARE CO LLC<br>C/O DOLMAR INC.<br>433 N. CAMDEN DR., STE. 500<br>BEVERLY HILLS, CA 90210 | 9028 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| The West Campus Square Company LLC<br>J. Bennett Friedman, Esq.<br>Friedman Law Group<br>1900 Avenue of the Stars, Ste. 1800<br>Los Angeles, CA 90067-4409 | 7526 | Exhibit F<br>Amended Claims to be Expunged |
| U.S. Bank National Association as purchaser of assets of Park National Bank<br>Attn: Richard C. Maxwell<br>c/o Woods Rogers PLC<br>10 S. Jefferson St., Ste. 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 14794 | Exhibit D<br>Invalid Claims to be Expunged |

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2013.
aty          +Paul Rubin,    Herrick, Feinstein LLP,    Two Park Avenue,    New York, NY 10016-9302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2013                    Signature:

District/off: 0422-7          User: frenchs          Page 2 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2013 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
           ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
           akeith@honigman.com, tsable@honigman.com
          Alan Michael Noskow    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
           anoskow@pattonboggs.com
          Alan Michael Noskow    on behalf of Defendant    Navarre Distribution Services, Inc.
           anoskow@pattonboggs.com
          Alan Michael Noskow    on behalf of Defendant    COKeM International Ltd. anoskow@pattonboggs.com
          Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping Center
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
           ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   Northern Indianna Public Service Company
           atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Sony Computer Entertainment America Inc.,
           A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Energizer Battery, Inc.
           atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC
           atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Kingston Technology Co., Inc.
           atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
           Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
           FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   The National Union Fire Insurance Company of
           Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
           Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor   Cobb Corners II, Limited Partnership
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor   Valley Corners Shopping Center, LLC
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrew Rapp    on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
           jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com

District/off: 0422-7          User: frenchs          Page 3 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
    rhicks@shutts-law.com
Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
    anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
    raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
    Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
    murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
    Management Services, LLC abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
    Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
    1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
    abraucher@mcmillanmetro.com
Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
    drichards@vanblk.com;pfaggert@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
    drichards@vanblk.com;pfaggert@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
    drichards@vanblk.com;pfaggert@vanblk.com
Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
    annemarie.mcgavin@bipc.com,  joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
    Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
    acichello@kb-law.com
Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
    Companies, Ltd. acichello@kb-law.com
Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
    ecffilings@hangley.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
    aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
    aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
    managing agent for WTM Glimcher LLC aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
    aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
    Trustee aepps@cblaw.com,  lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
    lthompson@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
    aepps@cblaw.com,  lthompson@cblaw.com

District/off: 0422-7          User: frenchs          Page 4 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufactures and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
              Partnership aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
              lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
              St. Paul Pioneer Press aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
              aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
              lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
Trustee aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
managing Agent for Puente Hills Mall, LLC aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
Continental Property Management Corp., and Inland Commerc aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
aepps@cblaw.com, lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
lthompson@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
                lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
                aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
                lthompson@cblaw.com
              Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
                Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
                Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
                backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
                cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
                cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
                cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
                backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
                backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
                backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
                backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
                cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
                cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
                cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                bgodshall@pszjlaw.com
              Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
                rodom@wtplaw.com
              Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
                benglander@wtplaw.com,  rodom@wtplaw.com
              Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
                bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
              Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
                lsansbury@mrrlaw.net
              Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
                brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
                brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
                brian.huben@kattenlaw.com,
                carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                enlaw.com
              Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com

```
District/off: 0422-7          User: frenchs          Page 7 of 58              Date Rcvd: May 21, 2013
                              Form ID: pdforder      Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Bruce H. Matson    on behalf of Creditor   Bank of America, N.A., as Agent
           bruce.matson@leclairryan.com,
           kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor   Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor   Hoprock Limonite, LLC
           gideon.korrell@snrdenton.com
          Charles W. Chotvacs    on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Cousins Properties Incorporated
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   Prudential Insurance Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown   G&S Livingston Realty, Inc.
           Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christian K. Vogel    on behalf of Creditor   Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Christine D. Lynch    on behalf of Creditor   Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor   E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
             clynch@goulstonstorrs.com
            Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
            Christine McAteer Ford    on behalf of Creditor    Ada  Alicea cford@mdpcelaw.com
            Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
             similarly situated cford@mdpcelaw.com
            Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com/dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
             rodom@wtplaw.com/dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
             rodom@wtplaw.com/dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
             cajones@wtplaw.com,  rodom@wtplaw.com/dgaffey@wtplaw.com
            Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
             rodom@wtplaw.com/dgaffey@wtplaw.com
            Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
             nferenbach@kaplanfrank.com
            Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
             Tech christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
             dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
             Republic christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
             TV christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
             christopher.perkins@leclairryan.com,
             stacie.hooten@leclairryan.com/stacy.beaulieu@leclairryan.com/parris.sorrell@leclairryan.com/debor
             ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
          Star christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
          d/b/a Jack of All Games christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
              Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
              Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
              Two Interactive christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
              Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
              and/or Tucson Citizen christopher.perkins@leclairryan.com,
              stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
              ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
               Greenville News christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com,
               stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
               ah.dip@leclairryan.com
              Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
               ristj@foster.com
              Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
               cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
              Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
              City of Newport News, Virginia    jdurant@nngov.com

District/off: 0422-7          User: frenchs          Page 12 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Constantinos G. Panagopoulos   on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor    Federal Realty Investment Trust
               cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
               Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor    Battlefield FE Limited Partners
               cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor    Centro Properties Group
               cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
              Courtney E. Pozmantier   on behalf of Creditor    Paramount Home Entertainment
               cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
              Craig Benson Young   on behalf of Creditor    Cedar Development Ltd., a Florida Limited
               Partnership craig.young@kutakrock.com,
               lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
              Craig Benson Young   on behalf of Defendant    World Richman Manufacturing Corporation
               craig.young@kutakrock.com,
               lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
              Craig M. Palik   on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
               cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
              Craig M. Palik   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
              Craig M. Palik   on behalf of Creditor    Congressional North Associates Limited Partnership
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
              Craig M. Palik   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
              Curtis Gilbert Manchester   on behalf of Defendant    Sony Computer Entertainment America Inc.,
               A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              Curtis Gilbert Manchester   on behalf of Defendant    Kingston Technology Co., Inc.
               cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              Curtis Gilbert Manchester   on behalf of Defendant    Energizer Battery, Inc.
               cmanchester@reedsmith.com,
               shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
              D. Marc  Sarata   on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
               ksears@ltblaw.com
              Daniel D. Prichard   on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
               individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
               Post ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
               Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks   on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
              Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
               dpress@chung-press.com,   pressdm@gmail.com

District/off: 0422-7          User: frenchs          Page 13 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
             pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
             dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. dclark@stinson.com,
             cscott@stinson.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
             cscott@stinson.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
             ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
             dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
             Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
             scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
             pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
             pdyson@jackscamp.com
          David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
             Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
             division of SYNNEX Corporation ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
             Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
             RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Creditor   United States Debt Recovery, LLC dspiro@hf-law.com,
             rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
             and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
             rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com

District/off: 0422-7          User: frenchs          Page 14 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David K. Spiro    on behalf of Creditor    US Debt Recovery III, LP dspiro@hf-law.com,
            rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
            dlannetti@vanblk.com,   drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
            Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com, Inc. dtlewand@kaufcan.com
          Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
            caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
              Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
               Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
               BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
               BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
               BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
               BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
               BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
               California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
              Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com
              Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
               dfoley@mcguirewoods.com,
               pferris@mcguirewoods.com;lneilson@mcguirewoods.com;jclarke@mcguirewoods.com

District/off: 0422-7          User: frenchs          Page 16 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
           dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
           dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
           and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
           dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
           rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com;lmares@toase.com
          Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
           Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
           egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
           ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
           echarley@hansonbridgett.com
          Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
           klgatesbankruptcy@klgates.com
          Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
           emorabito@pattonboggs.com

District/off: 0422-7          User: frenchs          Page 17 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erika L. Morabito    on behalf of Defendant    Navarre Distribution Services, Inc.
          emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette    Mack ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor James    Lubary ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
          fpepler@peplermastromonaco.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
          fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
          ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
          glaymon@mglspc.com,    ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
          glaymon@mglspc.com,    ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
          ameador@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com

District/off: 0422-7          User: frenchs          Page 18 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gary V. Fulghum     on behalf of Creditor     John Rohrer Contracting Company, Inc.
          gfulghum@sblsg.com,    jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum     on behalf of Creditor     Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum     on behalf of Creditor     Lang Construction, Inc. gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gerald P. Kennedy, &#096    on behalf of Attorney     Plaza Las Palmas, LLC
          gerald.kennedy@procopio.com
          Gerald P. Kennedy, &#096    on behalf of Creditor     Plaza Las Palmas, LLC
          gerald.kennedy@procopio.com
          Gerald P. Kennedy, &#096    on behalf of Creditor     Plaza Las Palmas LLC., Store 449
          gerald.kennedy@procopio.com
          German Yusufov    on behalf of Creditor     Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman     on behalf of Creditor     American Express Travel Related Services Co Inc
          notices@becket-lee.com
          Gilbert Barnett Weisman     on behalf of Creditor     American Express Travel Related Services Co Inc
          Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee     Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant     State of Tennessee Department of Revenue,through
          Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor     Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor     Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor     California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,    khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor     CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor     Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant     S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,    lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor     Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor     Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor     AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor     Westgate Village, LP hbrown@kkgpc.com,    jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor     State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor     State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant     Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant     Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com,    droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor     Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant     Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com,    droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party     Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com,    droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant     Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer    on behalf of Creditor     Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant     Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party     Parker Central Plaza Ltd
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party     Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party     Alvarez & Marsal Canada, ULC
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     Taubman Auburn Hills Associates Limited
          Partnership hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor     H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party     CCDC Marion Portfolio, L.P.
          hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party     Federal Warranty Service Corporation
          hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor     J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor     Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ian S. Landsberg     on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg     on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg     on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word    on behalf of Liquidator  Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word    on behalf of Liquidator  Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
           dfolds@mckennalong.com,  sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
           dfolds@mckennalong.com,  sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
           dfolds@mckennalong.com,  sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
           sparson@mckennalong.com
          Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
           jackson.toof@arentfox.com
          Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
           jackson.toof@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
          James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
           James.Newbold@illinois.gov
          James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
           rbailey@atlanticlawgrp.com
          James Edward Bowman, II    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
           bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
           kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
           ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
          James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
           ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
           Inc. jburke@orrick.com
          James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
           jburke@orrick.com
          James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
           including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
           kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan    Card jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Robert    Gentry jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com

```
District/off: 0422-7          User: frenchs          Page 20 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com/tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com/tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
           elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
```

```
District/off: 0422-7          User: frenchs           Page 21 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com

```
District/off: 0422-7          User: frenchs          Page 22 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer McLain McLemore    on behalf of Creditor   Portland Investment Company of America
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Mortgage Capital Corporation
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HQ Limited
      Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
      Bee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Morse-Sembler Villages Partnership #4
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Drexel Delaware Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   GRI EQY Sparkleberry Square LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Charlotte (Archdale) UY, LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Tacoma News, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
      Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   1030 W. North Ave. Bldg. LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank national Association, as Trustee
      for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
      Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
      avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Gateway Center Properties III, LLC and SMR
      Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
      Jennifer McLain McLemore    on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7            User: frenchs            Page 24 of 58            Date Rcvd: May 21, 2013
                               Form ID: pdforder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
    Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
    for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-l, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
    d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
    Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
    for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
    American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
    Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
    Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
    jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
    News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
    Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
    Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
    avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7            User: frenchs            Page 25 of 58            Date Rcvd: May 21, 2013
                               Form ID: pdforder         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: frenchs          Page 26 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
              Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
              Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
              acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
              nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
              acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: frenchs          Page 27 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
            Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
            as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
            calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
            egmurga@bklawva.com;wcasterlinej@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
            ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Joe Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Michelle Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com

District/off: 0422-7          User: frenchs              Page 28 of 58            Date Rcvd: May 21, 2013
                             Form ID: pdforder           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
            jhughes@seyfarth.com,   swells@seyfarth.com/wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com/wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
            jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
            jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com/dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com/dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com/dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com/dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/sfrye@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@mckennalong.com,   sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company
            jlamoureux@carltonfields.com,   lmccullough@carltonfields.com/tpaecf@cfdom.net
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com/Jmais@perkinscoie.com/NSaldinger@perkinscoie.com/BAudette@perkinscoie.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
            Carolinas johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,   russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    The Cleveland Electric Illuminating Company
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Public Service Company of New Hampshire
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
           Virginia Power johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
           johncraigg@aol.com,  russj4478@aol.com
           John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
           russj4478@aol.com
           John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
           russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
                       Refrigeration jvanbeek@goldmanvanbeek.com,
                       awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
              John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                       awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
              John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
                       jvanbeek@goldmanvanbeek.com,
                       awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
              John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                       awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
              John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
                       rours@wileyrein.com
              John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
                       rours@wileyrein.com
              John T. Husk    on behalf of Creditor    Casco Corporation johnhusk@aol.com, nre98@aol.com
              Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
                       jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
                       jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
                       jonathan.hauser@troutmansanders.com
              Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited
                       jstorper@hansonbridgett.com
              Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
                       kcraun@mintz.com
              Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com, kcraun@mintz.com
              Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
                       jtcain@mintz.com, kcraun@mintz.com
              Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
              Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
                       Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
              Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
                       quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
                       quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
                       harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
                       harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
                       quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
                       Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
                       quagliano@seeger-law.com, harvell@seeger-law.com
              Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
                       cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
                       cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
                       cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
                       cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
                       Inc. jpaget@hunton.com, cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, cloving@hunton.com
              Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
                       Liberate Your Brand jpaget@hunton.com, cloving@hunton.com
              Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
                       kmiller@wileyrein.com, rours@wileyrein.com
              Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
                       kmiller@wileyrein.com, rours@wileyrein.com
              Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen    Crowley kcrowley@clrbfirm.com,
                       jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
                       jbrockett@clrbfirm.com;tturner@clrbfirm.com
              Keith L. Phillips    on behalf of Mediator Keith L. Phillips Keith@pf-law.com,
                       beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
              Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
                       Ken.Coleman@allenovery.com
              Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
              Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
              Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com

District/off: 0422-7          User: frenchs          Page 31 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin A. Lake      on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake      on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk      on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk      on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk      on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink      on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin R. McCarthy  on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy  on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy  on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy  on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy  on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran      on behalf of Defendant    New World Communications of Detroit, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    NW Communications of Phoenix, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    NW Communications of Texas, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    New World Communications of Atlanta, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    New World Communications of Tampa, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran      on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
      Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
      Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
      Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
      Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
          Carla@KDBLawFirm.com
      Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
      Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
      Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
      Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
      Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
      Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
      Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
          eappelstein@ltblaw.com
      Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
          margaret@rlglegal.com
      Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
      Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
      Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
          lkouts@magruderpc.com, mcook@magruderpc.com
      Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
      Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
          lregenhardt@garylaw.us, cmarchant@garylaw.us;ssunny@garylaw.us
      Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. lregenhardt@garylaw.us,
          cmarchant@garylaw.us;ssunny@garylaw.us
      Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. lregenhardt@garylaw.us,
          cmarchant@garylaw.us;ssunny@garylaw.us
      Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
      Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
      Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com, lhamiel@siwpc.com
      Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
        Partnership lkim@siwpc.com, lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,   lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
             lhamiel@siwpc.com
             Lisa P. Sumner    on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
             Loc  Pfeiffer    on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
             Loc  Pfeiffer    on behalf of Creditor   Schottenstein Property Group, Inc.
             loc.pfeiffer@kutakrock.com
             Louis E. Dolan, Jr.  on behalf of Creditor  Greystone Data Systems, Inc.
             LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
             Louis E. Dolan, Jr.  on behalf of Plaintiff  Greystone Data Systems, Inc.
             LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
             Louis E. Dolan, Jr.  on behalf of Creditor  TomTom, Inc. LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
             Louis E. Dolan, Jr.  on behalf of Defendant  TomTom, Inc. LDOLAN@nixonpeabody.com,
             was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

```
District/off: 0422-7          User: frenchs            Page 34 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Lucy L. Thomson    lthomson2@csc.com
              Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel A. Mason   on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
                chps.ecfnotices@gmail.com
              Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
              Madeleine C. Wanslee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
                slonon@gustlaw.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
                mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
                mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
                mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com
              Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com
              Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
                mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
                mconlan@gibbonslaw.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
                mark.sherrill@sutherland.com
```

District/off: 0422-7          User: frenchs          Page 35 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
              of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
              holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
              PARTNERSHIP mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
              Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
              Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
              mark.sherrill@sutherland.com
              Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
              Interactive, Inc. mdtaylor@kilpatricktownsend.com
              Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
              mdtaylor@kilpatricktownsend.com
              Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
              State of Texas, and Greg Abbott, as Attorney General of the State of Texas
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
              Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,  amanda@taxva.com
              Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
    dian.gwinnup@haynesboone.com
Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
    mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
    martin.brown@lawokc.com
Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
    molden@mhalaw.com,  akauba@mhalaw.com
Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
    lexbankruptcy@wyattfirm.com
Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
    mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
    lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
    myoder@parkerpollard.com,
    sscarce@parkerpollard.com!treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
    sscarce@parkerpollard.com!treid@parkerpollard.com;abrown@parkerpollard.com
Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
    othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
    michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: frenchs          Page 37 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
        lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
        lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
        Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
        michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
        Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
        mcrowley@asm-law.com
        Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
        mcrowley@asm-law.com
        Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
        Inc. mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Sennheisser Electronic Corp. mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
        avaughn@cblaw.com
        Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
        mmueller@cblaw.com,  avaughn@cblaw.com
        Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
        III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: frenchs          Page 38 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
             Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
             America mmueller@cblaw.com, avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
             Michael E. Hastings   on behalf of Creditor    Eastern Security Corp.
             michael.hastings@leclairryan.com
             Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
             Michael J. Sage   on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
             Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
             mjogrady@fbtlaw.com, lbaker@fbtlaw.com;jbwells@fbtlaw.com
             Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
             Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
             Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
             Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
             Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
             Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
             Mall mfalzone@hf-law.com,  ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
             mfalzone@hf-law.com,  ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com,
             ebeaumont@hf-law.com
             Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com,
             ebeaumont@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
   dba Howland Commons mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
   mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
   mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
   mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
   mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
   mfalzone@hf-law.com,  ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com,
   ebeaumont@hf-law.com
Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
   mkogan@koganlawfirm.com
Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
   Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
   Continental Property Management Corp., and Inland Commerc mpark@cblh.com
Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
   mona.murphy@akerman.com,  crystal.gaymon@akerman.com
Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
   crystal.gaymon@akerman.com
Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
   crystal.gaymon@akerman.com
Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
   mona.murphy@akerman.com,  crystal.gaymon@akerman.com
Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
   mona.murphy@akerman.com,  crystal.gaymon@akerman.com
Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
   crystal.gaymon@akerman.com
Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
   lginsberg@lolawfirm.com
Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com

District/off: 0422-7          User: frenchs          Page 40 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder      Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

```
District/off: 0422-7          User: frenchs          Page 41 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Neil E. McCullagh   on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
```

District/off: 0422-7          User: frenchs          Page 42 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
              bfears@law.ga.gov, jjacobs@law.ga.gov
             P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
             P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
              mroberts@poolemahoney.com
             Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
              jcarrion@rc.com
             Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
              ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
             Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
              pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
              Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
              pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
              pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
              pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com
             Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
              pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
             Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
             Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   Export Development Canada
              pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com

District/off: 0422-7          User: frenchs          Page 43 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
               pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
               pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
               East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
               Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
               pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
               pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
               pschrader@fullertonlaw.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
               pschrader@fullertonlaw.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
               L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
               pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: frenchs          Page 44 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,   kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
                      pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Carney   on behalf of Creditor c/o William S. Coats   Pinnacle Systems, Inc.
                      pcarney@whitecase.com,   hletourneau@whitecase.com
              Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@sandsanderson.com
              Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
              Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
                      ppearl@sandsanderson.com
              Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com
              Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
                      ppearl@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
                      pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
                      pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
                      pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
                      pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
                      rarrington@sandsanderson.com
              Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                      john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
                      john.leininger@bryancave.com
              Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
                      john.leininger@bryancave.com
              R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
                      cingle@pringlaw.com
              Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
                      rsaitta@wileyrein.com,   rours@wileyrein.com
              Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
                      C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
                      hhale@woodsrogers.com
              Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
                      Association rmaxwell@woodsrogers.com,   hhale@woodsrogers.com
              Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
                      richard@rscottlawoffice.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein    on behalf of Creditor    Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
          rhutson@weinstocklegal.com
          Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
          rhutson@weinstocklegal.com
          Richard Iain Hutson    on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard Iain Hutson   on behalf of Creditor   Export Development Canada (EDC)
            rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   US Signs, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture cjensen@hillrainey.com,
            kcummins@hillrainey.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
            cjensen@hillrainey.com,  kcummins@hillrainey.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers cjensen@hillrainey.com,
            kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
            Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
            of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
            robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
            rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
            L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
            rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
            Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   in behalf of Creditor Committee   Official Committee of Unsecured Creditors
            rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
            USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
            rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
            DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com

```
District/off: 0422-7           User: frenchs          Page 49 of 58        Date Rcvd: May 21, 2013
                               Form ID: pdforder      Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Robert S. Westermann   on behalf of Creditor    TXU Engergy Retail Company LLC
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Venetian Casino Resort, LLC
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Denver Newspaper Agency LLP
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robin S. Abramowitz   on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
              Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
               rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               rpage@rpagelaw.com
              Ronald Allen Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, rpage@rpagelaw.com
              Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
              Roy M. Terry, Jr.   on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor    Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC
               ryan.day@leclairryan.com, sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
              S. Sadiq Gill   on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle   on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz   on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
```

District/off: 0422-7          User: frenchs          Page 50 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
           Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
           Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
           Manoj.ramia@kirkland.com
          Satchidananda Mims     smims21@hotmail.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
           scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
           scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
          Scott A. Stengel   on behalf of Creditor   Nintendo of America, Inc. sastenge@mwbb.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin-Verdell   on behalf of Defendant   Belkin International Inc.
           sfranklinverdell@vanblk.com
          Shalanda N. Franklin-Verdell   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
           sfranklinverdell@vanblk.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
           partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
           sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
           Mall sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
           sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
           sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
           sdelacruz@hf-law.com,  slawson@hf-law.com

District/off: 0422-7          User: frenchs          Page 51 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
            smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
            sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;slord@ltblaw.com;ksears@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
            Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
            sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com

District/off: 0422-7          User: frenchs          Page 52 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
           steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com,
           cbglawbethesda@gmail.com
          Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
           brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
           hallc@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
           tjamerson@hunton.com, tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
           trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
           trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com, gmonteith@offitkurman.com;lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Defendant   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
           trjohnson@spilmanlaw.com

District/off: 0422-7          User: frenchs          Page 53 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy   Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
           wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com

District/off: 0422-7          User: frenchs          Page 54 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Broscious   on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney     Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
           Courier aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
           TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
           aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
           GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
           bgray@sandsanderson.com, rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com

District/off: 0422-7          User: frenchs              Page 55 of 58               Date Rcvd: May 21, 2013
                             Form ID: pdforder           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
             Distribution Company, LLC bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
             rarrington@sandsanderson.com

District/off: 0422-7          User: frenchs          Page 56 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com

District/off: 0422-7          User: frenchs              Page 57 of 58          Date Rcvd: May 21, 2013
                              Form ID: pdforder          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar International Trading Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor    Prince George's Station Retail, LLC
          bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional    Akerman Senterfitt bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com

District/off: 0422-7          User: frenchs              Page 58 of 58          Date Rcvd: May 21, 2013
                             Form ID: pdforder           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William D. Bayliss    on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
            wprince@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com
          William Daniel Prince, IV    on behalf of Interested Party    Advance Publications, Inc.
            wprince@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan dsullivan@butzeltp.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William Daniel Sullivan    on behalf of Movant    Pioneer Electronics, Inc dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com,
            George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                            TOTAL: 2213