NORFOLK DIVISION
US BANKRUPTCY COURT

MAY 28 2013

**RECEIVED**

Adam B. Nach – 013622
Lisa Perry Banen – 010412
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

Attorneys for De Rito Pavilions 140, LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

| In re: | (Chapter 11 Case) |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | No. 08-35653 |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that De Rito Pavilions 140, LLC, a creditor in the cases of the above-captioned Debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or Liquidating Trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purpose of administering its claim number 4911 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**

Lane & Nach, P.C.
2025 N. 3rd St., Suite 157
Phoenix, AZ 85004

**New Address**

Lane & Nach, P.C.
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016

RESPECTFULLY SUBMITTED this 29 day of May, 2013.

**LANE & NACH, P.C.**

By _____
Adam B. Nach
Lisa Perry Banen
Attorneys for De Rito Pavilions 140, LLC

1  I hereby certify that an Original and a Copy
   of the foregoing was sent via Federal Express
2  this _____ day of May, 2013, to:

3  Circuit City Stores, Inc., et al.
   Claims Processing Dept.
4  Kurtzman Carson Consultants LLC
   2335 Alaska Avenue
5  El Segundo, CA  90245

6

7  By _____
          Stephanie Anderson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28