# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al* ) | |
| ) | Judge: Kevin R. Huennekens |
| ) | |
| Debtors. ) | Chapter 11 |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

I, Robert D. Tepper, and the law firm of Schenk Annes Tepper Campbell Ltd., represent CP Management Corp., as management agent for Orland Towne Center, L.L.C., an Illinois limited liability company, in connection with the captioned matter and claim numbers 12426 and 12274.

PLEASE TAKE NOTICE THAT effective immediately the suite number and zip code for Schenk Annes Tepper Campbell Ltd. (formerly Schenk, Annes, Brookman, And Tepper, Ltd.) has changed. The new suite number is 2500 and the new zip code is 60606-6674. All other address and contact information remain unchanged. The complete updated address is identified in the bottom left hand corner of this notice.

ALL FURTHER NOTIFICATIONS AND CLAIMS DISTRIBUTIONS must be sent to the updated address and zip code indicated below.

Dated: June 4, 2013            Respectfully submitted,

SCHENK ANNES TEPPER CAMPBELL LTD.

By:    /s/ Robert D. Tepper
       Robert D. Tepper, One of the attorneys for CP Management Corp., as management agent for Orland Towne Center, L.L.C., an Illinois limited liability company

Robert D. Tepper, Esquire
Schenk Annes Tepper Campbell Ltd.
311 South Wacker Drive, Suite 2500
Chicago, Illinois  60606-6674
Phone:  (312)554-3110
Fax:  (312)554-3115
ARDC No. 6182334
Email:  rtepper@satcltd.com

PCRTM503.0613