UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that GECMC 2005-C2 CC PARENT, LLC, a creditor in the cases of the above-captioned debtors ("Debtors") and holder of claim numbers 12190 and 14418, directs the Liquidating Trust and its counsel (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering claim numbers 12190 and 14418 (as listed on the claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

|  |  |
|---|---|
| **Former Address** | **New Address** |
| GECMC 2005-C2 CC PARENT, LLC | GECMC 2005-C2 CC PARENT, LLC |
| c/o Mindy A. Mora, Esq. | c/o Jeffrey I. Snyder, Esq. |
| Bilzin Sumberg Baena Price | Bilzin Sumberg Baena Price |
| & Axelrod LLP | & Axelrod LLP |
| 200 South Biscayne Blvd. | 1450 Brickell Avenue |
| Suite 2500 | Suite 2300 |
| Miami, FL 33131 | Miami, FL 33131 |

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE &
AXELROD LLP**

_____/s/ Jeffrey I. Snyder_____
Jeffrey I. Snyder (admitted _pro hac vice_)
1450 Brickell Avenue.

MIAMI 3701730.1 79976/31413

Suite 2300
Miami, Florida 33131
Tel: (305) 374-7580
Fax: (305) 374-7593

*Counsel for GECMC 2005-C2 CC PARENT, LLC*