**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the June 6, 2013 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 37 | Los Angeles County | 13628 | 5113 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 79 | Evans, Joe | 3600 | 8030 | This matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |
| 79 | Tully, M.D., Vincent | 1134 | 8041 | This matter has been settled pursuant to procedures previously approved by this Court, and the matter may be removed from the Court's docket. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |

3

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to August 27, 2013 at 10:00 a.m. |