UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To:   The Clerk of Court and all entities comprising the Primary Service List.

1. The undersigned filed a request for notice or notice of appearance under Bankruptcy Rule 9010(b) on January 26, 2011.

2. You are hereby notified that such request for notice or notice of appearance is withdrawn.

Dated: June 6, 2013

UNITED STATES DEBT RECOVERY LLC and
UNITED STATES DEBT RECOVERY III, LLP

By:   /s/   David K. Spiro
          Counsel

David, K. Spiro, Esq. (VSB # 28152)
Sheila deLa Cruz, Esq. (VSB # 65395)
Franklin R. Cragle, III (VSB # 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
Email:  dspiro@hf-law.com
         sdelacruz@hf-law.com
         fcragle@hf-law.com

*Counsel United States Debt Recovery LLC
and United States Debt Recovery III, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Notice was filed and served electronically using the Bankruptcy Court's ECF System.

                                                /s/ David K. Spiro
                                                      Counsel