# United States Bankruptcy Court

### Eastern District of Virginia

Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233


Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor: 54–0493875


## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION


A transcript was filed on June 10, 2013 in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 5/30/2013, Remote electronic access to the transcript is restricted until 09/9/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609–586–2311.] [Transcript Purchased by Pauls Beran, Esq. / Tavener & Beran.] (RE: related document(s) [12998] Hearing held; Motion GRANTED (Re: related document(s)12953 Motion to File Documents(s) Under Seal filed by Circuit City Stores, Inc. Liquidating Trust) Lynn Tavenner for Trustee.). Notice of Intent to Request Redaction Deadline Due By 06/17/2013. Redaction Request Due By 07/1/2013. Redacted Transcript Submission Due By 07/11/2013. Transcript access will be restricted through 09/9/2013. (Bowen, James)


    The parties have [until June 17, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [July 1, 2013] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [July 11, 2013] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [September 9, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  June 10, 2013


[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: frenchs          Page 1 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2013.
db          #+Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463
aty         +Adam L. Rosen,   Silverman Acampora LLP,   100 Jericho Quadrangle,   Suite 300,
              Jericho, NY 11753-2702
aty         +Alan J. Kornfeld,   Pachulski Stang Ziehl & Jones LLP,   10100 Santa Monica Blvd.,   11th Floor,
              Los Angeles, CA 90067-4114
aty         +Alfred J. Zullo,   Law Offices of Zullo & Jacks, LLC,   83 Main St., PO Box 120748,
              East Haven, CT 06512-0748
aty         +Alisa Nunno Di Chiara,   45 Essex St., Ste. 201,   Hackensack, NJ 07601-5416
aty         +Alvin S. Goldstein,   Furr and Cohen, P.A.,   2255 Glades Road,   Suite 337W,
              Boca Rotan, FL 33431-7379
aty         +Andria M. Beckham,   Bricker & Eckler, LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty          Angela B. Degeyter,   Vinson & Elkins LLP,   2001 Ross Ave. Suite 3700,   Dallas, TX 75201-2975
aty         +Ann E. Schmitt,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,   Leesburg, VA 20175-3614
aty         +Ann K. Crenshaw,   Kaufman & Canoles, P.C.,   2100 Parks Avenue, Suite 700,
              Virginia Beach, VA 23451-4164
aty         +B. Keith Poston,   PO Box 11070(29211-1070,   Columbia, SC 29211-1070
aty         +Barry K. Baker,   Bogin Munns & Munns, P.A.,   924 Garfield Street,   Melbourne, FL 32935-4065
aty         +Barry S. Glaser,   333 S. Hope St.,   36th Floor,   Los Angeles, CA 90071-1406
aty         +Betsy Johnson Burn,   PO Box 11070(29211-1070),   Columbia, SC 29211-1070
aty         +Brad D. Krasnoff,   Lewis Brisbois Bisgaard & Smith,   221 N. Fiqueroa St., Ste. 1200,
              Los Angeles, CA 90012-2663
aty         +Bradford L Maynes,   133 West Grand River,   Brighton, MI 48116-1649
aty          Bradley S. Copeland,   PO Box 1758,   Eugene, OR 97440-1758
aty         +Brian D. Womac,   Two Memorial City Plaza,   820 Gessner, Ste. 1540,   Houston, TX 77024-4463
aty         +Brian K. Larkin,   One Court Place - Ste. 301,   Rockford, IL 61101-1088
aty          Brian P. Hall,   Smith, Gambrell & Russell, LLP,   Suite 3100, Promenade II,
              1230 Peachtree Street, N.E.,   Atlanta, GA 30309-3592
aty          C. B. Blackard, III.,   301 E. Dave Ward Drive,   PO Box 2000,   Conway, AR 72033-2000
aty         +Carl O. Sandin,   Perdue, Brandon, Fielder, Collins, Mott,   1235 North Loop West, Suite 600,
              Houston, TX 77008-1772
aty         +Carl P. McDonald,   Goddard & Gamble, Attorneys,   Suite 208,   101 West Broadway Ave.,
              Maryville, TN 37801-4716
aty         +Caroline R. Djang,   Jeffer Mangels Butler et al,   Seventh Floor,   1900 Avenue of the Stars,
              Los Angeles, CA 90067-4301
aty         +Catherine J. Weinberg,   Buckner, Alani & Mirkovich,   3146 Redhill Ave., Ste. 200,
              Costa Mesa, CA 92626-3415
aty         +Charlotte E. Glinka,   Keches Law Group, P.C.,   122 Dean Street,   Taunton, MA 02780-2714
aty         +Christi M. Carrano,   270 Quinnipiac Avenue,   North Haven, CT 06473-3716
aty         +Christopher A. Camardello,   Winthrop & Weinstine, PA,   225 South Sixth Street,   Suite 3500,
              Mimmeapolis, MN 55402-4629
aty         +Christopher Combest,   Suite 3700,   500 West Madison St.,   Chicago, IL 60661-4591
aty         +Craig C. Chiang,   Buchalter Nemer,   333 Market St., 25th Floor,   San Francisco, CA 94105-2126
aty         +Daniel M Press,   Chung & Press, P.C.,   6718 Whittier Ave. #200,   McLean, VA 22101-4531
aty         +Daniel W. Sheppard,   Morgan & Morgan,   PO Box 9504,   Fort Myers, FL 33906-9504
aty         +David Byrnes,   450 South Orange Ave.,   Suite 900,   Orlando, FL 32801-3339
aty         +David G. Reynolds,   Glass & Reynolds,   P.O. Box 1700,   Corrales, NM 87048-1700
aty          David K. Spiro,   Hirschler Fleischer,   Post Office Box 500,   Richmond, VA 23218-0500
aty         +David L. Pollack,   Ballard Spahr Andrews & Ingersoll LLP,   51st Fl-Mellon Bank Center,
              1735 Market Street,   Philadelphia, PA 19103-7599
aty         +David R. Heil,   2324 Lee Road,   Winter Park, FL 32789-1750
aty         +David R. Softness,   Isicoff, Ragatz & Koenigsberg,   1200 Brickell Ave.,   Suite 1900,
              Miami, FL 33131-3257
aty         +David S. Berman,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
aty         +David S. Sun,   Law Offices of John L. Sun,   Ste. 1250,   3550 Wildhire Boulevard,
              Los Angeles, CA 90010-2416
aty         +David W. Cranshaw,   Morris Manning & Martin LLP,   1600 Atlanta Financial Center,
              3343 Peachtree Rd., N.E.,   Atlanta, GA 30326-1085
aty         +Davor Rukavina,   Munsch Hardt Kopt & Harr, P.C.,   3800 Lincoln Plaza,   500 N. Akard Street,
              Dallas, TX 75201-3302
aty         +Dean Farmer,   Hodges, Doughty & Carson,   617 Main St.,   Knoxville, TN 37902-2602
aty         +Deborah J. Piazza,   Hodgson Russ LLP,   140 Pearl St.,   Suite 100,   Buffalo, NY 14202-4040
aty         +Deborah L Moore,   City Hall, Dept. of Law,   142 E. Main Street,   Meriden, CT 06450-5605
aty          Denise Ann Faulk,   1275 West Washington St.,   Phoenix, AZ 85007-2926
aty         +Diane W. Sanders,   1949 South I.H. 35 (787841),   P.O. Box 17428,   Austin, TX 78760-7428
aty         +Donald G. Scott,   McDowell Rice et al,   605 West 47th St., Ste. 350,
              Kansas City, MO 64112-1900
aty         +Douglas Wolfe,   ASM Capital, LP,   7600 Jericho Turnpike Suite 302,   Woodbury, NY 11797-1705
aty         +Edmond Patrick O'Brien,   Stempel Bennett Claman & Hochberg, P.C.,   675 Third Ave. 31st Floor,
              New York, NY 10017-5721
aty         +Edward Rimland,   Rimland & Associates,   32 Court Street, Ste. 1506,   Brooklyn, NY 11201-4404
aty         +Elan S. Levey,   Levinson Arshonsky & Kurtz,   15303 Ventura Blvd,   Suite 1650,
              Sherman Oaks, CA 91403-6620

District/off: 0422-7          User: frenchs          Page 2 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redactr        Total Noticed: 2030

aty        +Elizabeth Banda,   Perdue, Brandon, Fielder, Collins & Mott,   4025 Woodland Park Blvd Suite 300,
            Arlington, TX 76013-4398
aty         Emery El Habiby,   Los Angeles County Treasurer & Tax Coll.,
            648 Kenneth Hahn Hall of Administration,   500 West Temple St.,   Los Angeles, CA 90012-2713
aty        +Eric Lopez Schnabel,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
            Wilmington, DE 19801-1201
aty         Ernie Zachary Park,   Bewley,Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
            Whittier, CA 90602-1797
aty        +Eugene A. Shapiro,   Shapiro & Schaub,   Ste, 1802,   120 E. Baltimore St.,
            Baltimore, MD 21202-1617
aty        +Ferrell A. Weber,   Law Office of Ferrell Weber,   2203 E. Lincoln Ave.,   Anaheim, CA 92806-4108
aty        +Frank E. Ballard, Jr.,   425 East 7th Street,   Jeffersonville, IN 47130-3817
aty        +Frank F. Rennie, IV,   1930 Huguenot Road,   P. O. Box 35655,   Richmond, VA 23235-0655
aty        +Frank J. Haupel,   DelBello Donnellan Weingarten Wise,   One North Lexington Ave.,
            White Plains, NY 10601-1712
aty         Fred P. Baggett,   City of High Point,   PO Box 10039,   High Point, NC 27261-3039
aty        +Fredrick J. Levy,   Olshan Grundman Frome et al,   65 East 55th Street,   New York, NY 10022-3402
aty        +Gail B. Price,   Bronwen Price Attys at Law,   2600 Mission St., Ste. 206,
            San Marino, CA 91108-1676
aty        +Garbiela P. Cacuci,   Corp. Counsel of the City of New york,   100 Church St.,   Room 5-223,
            New York, NY 10007-2604
aty        +Gary T. Holtzer,   Weil, Gotshal & Manges LLP,   767 Fifth Avenue,   New York, NY 10153-0119
aty        +Gayle Nell Heck,   Bialson, Bergan & Schwab,   2600 El Camino Real,   Suite 300,
            Palo Alto, CA 94306-1720
aty        +George Hofmann,   Parsons Kinghorn Harris,   111 East Broadway, 11th FL,
            Salt Lake City, UT 84111-5225
aty        +George Rosenberg,   Arapahoe County Attorney,   5334 S. Prince Street,   Littleton, CO 80166-0001
aty        +Gerald P. Kennedy, &#096,   Procopio, Cory, Hargreaves & Savitch LLP,   525 B Street, Suite 2200,
            San Diego, CA 92101-4474
aty         Gilbert L. Hamberg,   1038 Darby Drive,   Yardley, PA 19067-4519
aty        +Greg H. Bower,   Ada County Prosecuting Attorney,   200 W. Front Street, Room 3191,
            Boise, ID 83702-7399
aty        +Gregg S. Kleiner,   Cooley Godward LLP,   One Maritime Plaza, 20th Floor,
            San Francisco, CA 94111-3510
aty        +H. Slayton Dabney, Jr.,   King & Spalding LLP,   1185 Avenue of the Americas,
            New York, NY 10036-2686
aty        +Harold Hunter, Jr.,   Merritt,Flebotte,Wislon,Webb & Caruso,   2525 Meridan Parkway,   Suite 300,
            PO Box 2247,   Durham, NC 27702-2247
aty        +Howard Gershman,   Gershman Law Offices, PC,   610 York Rd., Ste. 200,
            Jenkintown, PA 19046-2867
aty        +J. Bennett Friedman,   Hamburg, Karic, Edwards & Martin, LLP,   1900 Ave. of the stars,
            Suite 1800,   Los Angeles, CA 90067-4409
aty       +++JAMES B. HOLDEN,   ASSISTANT ATTY. GENERAL,   1525 SHERMAN ST STE 700,   DENVER CO 80203-1700
            (address filed with court:   James B. Holden,   Assistant Atty. General,
            1525 Sherman St. 7th Floor,   Denver, CO  80203)
aty        +James D. Newell,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,
            Pittsburgh, PA 15219-1400
aty        +James L. Forde,   Rappaport,Glass, Greene & Levine,   733 Third Avenue,   12th Floor,
            New York, NY 10017-3204
aty        +Jami C. Amarasinghe,   Carman, Callahan & Ingram,   266 Main Street,   Farmingdale, NY 11735-2642
aty         Jeffrey Cohen,   The Grace Building,   1114 Avenue of the Americas,   New York, NY 10036-7798
aty        +Jeffrey D. Saferstein,   Paul, Weiss, Rifkind, Wharton & Garrison,   1285 Ave. of the Americas,
            New York, NY 10019-6031
aty        +Jeffrey G. Olsen,   Fennell & Olsen,   90 Blue Ravine Road, Ste. 170,   Folsom, CA 95630-4730
aty        +Jeffrey Kurtzman,   1835 Market Street, Ste 1400,   Philadelphia, PA 19103-2945
aty        +Jeffrey Kurtzman,   Klehr Harrison Harvey Branzburg LLP,   1835 Market Street,   Suite 1400,
            Philadelphia, PA 19103-2945
aty        +Jeffrey Meyers,   Ballard Spahr Andrews & Ingersoll,   51st Fl- Mellon Bank Center,
            1735 Market Street,   Philadelphia, PA 19103-7599
aty        +Jennifer L. Rando,   Hodgson Russ LLP,   The Guaranty Bldg,   140 Pearl Street,   Suite 100,
            Buffalo, NY 14202-4014
aty         John A. Morris,   Pachulski Stang Ziehl & Jones LLP,   780 Third Ave.,   36th Floor,
            New York, NY 10017-2024
aty        +John F. Higgins,   Porter Hedges, L.L.P.,   1000 Main St., 36th Floor,   Houston, TX 77002-6341
aty        +John F. Isbell,   King & Spalding, LLP,   1180 Peachtree Street, NE,   Atlanta, GA 30309-7525
aty        +John L. Senica,   Miller,Canfield,Paddock and Stone, PLC,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-3439
aty        +John O'Boyle,   Stern Lavinthal Frankenberg & Norgaard,   184 Grand Ave.,
            Englewood, NJ 07631-3578
aty         John W. Hazard, Jr.,   Webster, Chamberlain & Bean,   1747 Pennsylvania Ave. NW,   # 1000,
            Washington, DC  20006-4693
aty        +Jon L.R. Dalberg,   Landau Gottfried & Berger,   1801 Century Park East,   Suite 1460,
            Los Angeles, CA 90067-2316
aty        +Jon R. Smith,   Yuma County Attorney's Office,   250 W. Second Street,   Suite G,
            Yuma, AZ 85364-2235
aty        +Joon M. Khang,   Khang & Khang, LLC,   1901 Avenue of the Stars,,   2nd Floor,
            Los Angeles, CA 90067-6001
aty        +Joseph Michael Horrox,   Horrox & Glugover, P.A.,   Suite 270,   1030 W. Int'l Speedway Blvd.,
            Daytona Beach, FL 32114-3415

```
aty          +Joseph R. Sgroi,   Honigman Miller Schwartz & Cohn LLP,   660 Woodward Ave.,
              2290 First National Building,   Detroit, MI 48226-3506
aty          +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty          +Julio C. Acosta,   Acosta Strommen,   301 Almeria Avenue,   Suite 100,
              Coral Gables, FL 33134-5822
aty          #+Junghye June Yeum,   Baker & McKenzie. LLP,   1114 Avenue of Americas,   New York, NY 10036-7772
aty          +Karon Y. Wright,   Travis County, Texas,   P.O. Box 1748,   Austin, TX 78767-1748
aty          +Kathleen B. Galloto,   Benton County Prosecuting Attorney,   7122 W. Okanogan Place,   Bldg A,
              Kennewick, WA 99336-2359
aty          +Kenneth B. Roseman,   Kenneth B. Roseman & Assoc., P.C.,   Suite 810,   105 West Madison Street,
              Chicago, IL 60602-4668
aty          +Kenneth C. Johnson,   Bricker & Eckler LLP,   100 South Third Street,   Columbus, OH 43215-4291
aty          +Kenneth Miller,   Moldo Davidson Fraioli et al,   Suite 2100,   2029 Century Park East,
              Los Angeles, CA 90067-3007
aty          +Kepley Broscious & Biggs, PLC,   7201 Glen Forest Drive,   Suite 102,   Richmond, VA 23226-3759
aty          +Kimo C. Leong,   Law Offices of Taylor, Leong & Chee,   737 Bishop Street,   # 2060,
              Honolulu, HI 96813-3214
aty           Kirk B. Burkley,   Bernstein Law Firm, P.C.,   Suite 2200 Gulf Tower,   Pittsburgh, PA  15219
aty          +Kornblau & Kornblau,   16 Court Street,   Suite 1210,   Brooklyn, NY 11241-1012
aty          +Kristen H. Philhower,   700 North Brand Blvd,   Suite 570,   Glendale, CA 91203-1209
aty          +Kyra E. Andrassy,   Weiland, Golden. Smiley et al,   Suite 950,   650 Town Center Drive,
              Costa Mesa, CA 92626-7021
aty          +Larry D. Henin,   Edwards Angell Palmer et al,   750 Lexington Ave.,   New York, NY 10022-1253
aty          +Laura L. Buckley,   HIGGS,FLETCHER & MACK LLP,   401 West A Street,   Suite 2600,
              San Diego, CA 92101-7913
aty          +Lawrence J. Hilton,   Hewitt & O'Neil LLP,   19900 MacArthur Blvd. Suite 1050,
              Irvine, CA 92612-8414
aty          +Lawrence S. Burnat,   Schreeder, Wheeler & Flint, LLP,   1100 Peachtree Street, N.E.,   Suite 800,
              Atlanta, GA 30309-4516
aty          +LeClair Ryan, A Professional Corporation,   951 East Byrd Street,   Richmond, VA 23219-4040
aty          +LeGrand L. Clark,   302 West Washington St.,   Indiana Government Center South,   Fifth Floor,
              Indianapolis, IN 46204-4701
aty          +Linda P. O'Gorman,   53 Highland Ave.,   Eastchester, NY 10709-3628
aty          +Lionel J. Postic,   Law Firm Of Lionel J. Postic, PC,   125 Townpark Drive,   Suite 300,
              Kennesaw, GA 30144-5812
aty           Lori L. Winkelman,   Quarles & Brady LLP,   2 North Central Avenue,   Phoenix, AZ  85004-2391
aty          +Lucinda E. White,   6 State House Station,   Augusta, ME 04333-0006
aty           Madeleine C. Wanslee,   201 E. Washington Street,   Suite 800,   Phoeniz, AZ 85004-2327
aty          +Marcus Kinrade,   P.O. Box 550,   Raleigh, NC 27602-0550
aty          +Mark C. McCullough,   Skaar & McCullough,   The Colonnade,   5500 Wayzata Blvd,   Suite 1450,
              Minneapolis, MN 55416-1241
aty          +Mark J. Cerrato,   820 Enfield Street,   Enfield, CT 06082-2964
aty          +Mark J. DeCicco,   Sackstein Sackstein & Lee, LLP,   1140 Franklin Ave., Ste. 210,
              Garden City, NY 11530-1675
aty           Mark J. Friedman,   DLA Piper LLP (US),   6225 Smith Avenue,   Baltimore, MD  21209-3600
aty          +Mark Stromberg,   Stromberg Stock,   5420 LBJ Frwy, Ste 300,   Dallas, TX 75240-6271
aty          +Mary Elisabeth Naumann,   Jackson Kelly PLLC,   175 E. Main St., Ste. 500,
              Lexington, KY 40507-1328
aty           Matthew D. Fortney,   Quarles & Brady LLP,   PO Box 2113,   Madison, WI  53701-2113
aty          +Meegan B. Casey,   Riemer & Branustein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
aty          +Menachem O. Zelmanovitz,   Morgan, Lewis & Bockius,   101 Park Ave.,   New York, NY 10178-0060
aty          +Michael Deitch,   Law Offices of Michael Deitch,   800 Rio Grande,   Austin, TX 78701-2220
aty          +Michael F. McGrath,   Ravich Meyer Kirkman McGrath,   4545 IDS Center,   80 South Eighth St.,
              Minneapolis, MN 55402-2100
aty          +Michael J. Darlow,   Perdue Brandon Fielder et al,   Ste. 600,   1235 North Loop West,
              Houston, TX 77008-1772
aty          +Michael R. Murphy,   301 South Sixth Street,   Paducah, KY 42003-1700
aty          +Michael S. Williams,   Gold, Albanese & Barletti,   58 Maple Avenue,   Red Bank, NJ 07701-1618
aty          +Michael W. Malter,   Binder & Malter,   2775 Park Ave.,   Santa Clara, CA 95050-6004
aty          +Michelle McMahon,   Bryan Cave LLP,   1290 Avenue of the Americas,   New York, NY 10104-3399
aty          +Mio Technology USA Ltd. also known as MiTAC USA In,   c/o Orrick Herrington & Sutcliffe LLP,
              1152 15th Street, N.W.,   Washington, DC 20005-1734,   UNITED STATES
aty          +Nancy A. Washington,   Saiber LLC,   One Gateway Center 13th Floor,   Newark, NJ 07102-5323
aty          +Nancy Hotchkiss,   Trainor Robertson,   701 University Ave, Ste 200,   Post Office Box 255824,
              Sacramento, CA 95865-5824
aty          +Nancy Isaacson,   Greenbaum Rowe Smith % Davis,   75 Livingston Ave.,   Suite 301,
              Roseland, NJ 07068-3788
aty          +Neil E. Herman,   Morgan, Lewis & Bockius, LLP,   101 Park Ave.,   New York, NY 10178-0060
aty          +Nicholas M. Miller,   DLA Piper LLP,   203 North LaSalle St.,   Suite 1900,
              Chicago, IL 60601-1263
aty          +Orrick, Herrington & Sutcliffe LLP,   Columbia Center,   1152 15th Street, N.W.,
              Washington, DC 20005-1734
aty          +Paul H. Millewich,   Steven H. Mevorah & Assoc.,   134 N. Bloomingdale Road,
              Bloomingdale, IL 60108-1017
aty          +Paul J. Laurin,   Laurin & Associates,   Suite 304,   280 South Beverly Dr.,
              Beverly Hills, CA 90212-3903
aty          +Paul Rubin,   Herrick, Feinstein LLP,   Two Park Avenue,   New York, NY 10016-9302
aty          +Paul S. Samson,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
```

District/off: 0422-7        User: frenchs         Page 4 of 118         Date Rcvd: Jun 10, 2013
                            Form ID: redacttr       Total Noticed: 2030

```
aty        +Penny R. Stark,   Suite 308,   9861 Sunrise Lakes Blvd.,   Sunrise, FL 33322-6288
aty         Peter D. Bilowz,   Goulston & Storrs, PC,   400 Atlantic Ave,   Boston, MA 02110-3333
aty        +Peter G. Zemanian,   Zemanian Law Group,   223 E. City hall Ave., Suite 201,
             Norfolk, VA 23510-1700
aty        +Peter Gurfein,   Landau Gottfried & Berger,   1801 Century Park East,   Suite 1460,
             Los Angeles, CA 90067-2316
aty        +Peter N. Tamposi,   Donchess Notinger & Tamposi, P.C.,   547 Amherst St. Suite 204,
             Nashua, NH 03063-4000
aty        +Rafael X. Zahralddin-Aravena,   Elliot Greenleaf,   1105 Market Street,   Suite 1700,
             Wilmington, DE 19801-1228
aty        +Regina Stango Kelbon,   Blank Rome LLP,   One Logan Square,   Philadelphia, PA 19103-6998
aty        +Rhysa Griffith South,   Office of the County Attorney,   PO Box 90775,   Henrico, VA 23273-0775
aty        +Richard E Braun,   Wisconsin Department Of Justice,   PO Box 7857,   Madison, WI 53707-7857
aty        +Richard Eugene Haggerty,   Troutman Sanders,   1660 International Dr. Suite 600,
             McLean, VA 22102-4877
aty        +Robert E. Scully, Jr.,   Stites & Harbison PLLC,   1199 North Fairfax St. Suite 900,
             Alexandria, VA 22314-1445
aty        +Robert G. Vann,   Environ Plaza,   500 E. 86th Ave.,   Merrillville, IN 46410-6213
aty        +Robert L. Eisenbach,   Cooley Godward Kronish LLP,   101 California St. 5th Floor,
             San Francisco, VA 94111-3580
aty        +Robert W. Mallard,   Dorsey & Whitney,   1105 N. Market St.,   Suite 1600,
             Wilmington, DE 19801-1201
aty        +Robert W. Mallard,   Dorsey & Whitney,   1105 North Market St.,   Suite 1600,
             Wilmington, DE 19801-1201
aty        +Roderick A. J. Cavanagh,   148 Main Street,   Wakefield, RI 02879-3567
aty        +Rodney F. Page,   Bryan Cave LLP,   700 Thirteenth St. N.W.,   Washington, DC 20005-3960
aty        +Ronald K. Brown, Jr.,   Law Offices of Ronald K. Brown, Jr.,   901 Dove Street, Suite 120,
             Newport Beach, CA 92660-3018
aty        +Roy F. Kiplinger,   Kiplinger Law Firm, P.C.,   927 S. Harrison Street,
             Fort Wayne, IN 46802-3609
aty         Roy S. Kobert,   Broad and Cassell,   390 N. Orange Ave, Ste 1100,   P.O. Box 4961,
             Orlando, FL 32802-4961
aty        +SAlly J. Buemi,   270 Quinnipiac Ave.,   North Haven, CT 06473-3716
aty        +Samuel J. Shames,   Box 578,   Gastonia, NC 28053-0578
aty        +Sarah Davis,   Beirne Maynard & Parsons LLP,   Suite 4400,   1700 Pacific Ave.,
             Dallas, TX 75201-7324
aty        +Scott L. Adkins,   Phillips, Goldman & Spence,   1200 North Broom Street,
             Wilmington, DE 19806-4204
aty         Scott N. Brown, Jr.,   801 Broad St., Sixth Floor,   PO Box 1749,   Chattanooga, TN 37401-1749
aty        +Scott P. Carroll,   Carroll & Carroll, P.L.L.C.,   Suite 440,   831 East Morehead Street,
             Charlotte, NC 28202-2784
aty        +Scott R. Kipnis,   Hofheimer Gartlir & Gross LLP,   530 Fifth Ave.,   New York, NY 10036-5101
aty        +Shannon E. Hoff,   Poyner Spruill, LLP,   301 South College St.,   Suite 2300,
             Charlotte, NC 28202-6041
aty        +Sharon Z. Weiss,   Holme Roberts & Owens,   800 W. Olympic Blvd,   4th Floor,
             Los Angeles, CA 90015-1367
aty        +Shawn M. Christianson,   Buchalter Nemer PC,   55 Second St. 17th Floor,
             San Francisco, CA 94105-3491
aty        +Stephen W. Spence,   Phillips, Goldman & Spence,   1200 North Broom Street,
             Wilmington, DE 19806-4204
aty        +Steven N. Leitess,   Leitess Leitess Friedberg & Fedder PC,   Owings Mills, MD 21117
aty        +Stuart I. Gordon,   Rivkin Radler LLP,   926 RXR Plaza,   Uniondale, NY 11556-3825
aty        +Stuart J. Radloff,   13321 North Outer Forty Road,   Suite 800,   Town & Country, MO 63017-5944
aty        +Stuart Sears,   Shaevitz & Shaevitz, Esqs.,   148-55 Hillside Ave.,   Jamaica, NY 11435-3330
aty        +Synde Keywell,   Bryan Cave LLP,   161 North Clark St.,   Ste 4300,   Chicago, IL 60601-3430
aty        +Thomas J. Weiss,   Weiss & Hunt,   1925 Century Park East,   Suite 2140,
             Los Angeles, CA 90067-2722
aty        +Thomas A. Lynam, III,   1600 Market St., Ste. 1800,   Philadelphia, PA 19103-7204
aty         Thomas C. Pavlik,   1660 W. 3nd Street,   Cleveland, OH 44113-1419
aty        +Thomas J. Farrell,   Levy & Droney, P.C.,   274 Silas Deane Highway,
             Wethersfield, CT 06109-1732
aty         Thomas L. Flynn,   Belin Lamson McCormick Zumbach Flynn,   The Financial Center,
             666 Walnut Street, Ste 2000,   Des Moines, IA 50309-3989
aty         Thomas Schultz, Jr.,   PO Box 3040,   Farmington Hills, MI 48333-3040
aty        +Thomas W. Daniels,   Willmorite Management Group, LLC,   1265 Scottsville, Road,
             Rochester, NY 14624-5177
aty         Timothy P. Cairns,   Pachulski Stang Ziehl et al,   919 North Market St., 17th FL,   PO Box 8705,
             Wilmington, DE 19899-8705
aty         Ttomas L. Schulman,   600 West Santa Ana Boulevard,   Suite 955,   Santa Ana, CA 92701-4509
aty         W. Glenn Jensen,   Roetzel & Andress,   PO Box 6507,   Orlando, FL 32802-6507
aty        +Walter W. Kelley.,   Kelley, Lovett & Blakey, P.C.,   PO Box 70879,   Albany, GA 31708-0879
aty         Wayne R. Terry,   Hemar, Rosusso & Heald, LLP,   15910 Venturea Boulevard,   12th Floor,
             Encino, CA 91436-2829
aty        +William Daniel Sullivan,   Butzel Long Tighe Patton, PLLC,   1747 Pennsylvania Ave. NW Suite 300,
             Washington, DC 20006-4642
aty        +William H Ryan, Jr.,   Office of the Attorney General,   564 Forbes Ave.,
             Pittsburgh, PA 15219-2992
aty        +William J. Factor,   Seyfarth Shaw LLP,   131 S. Dearborn St. Suite 2400,
             Chicago, IL 60603-5863
aty        +William Kyle Vaughn,   5800 Ranchester Dr., #200,   Houston, TX 77036-2473
```

District/off: 0422-7          User: frenchs          Page 5 of 118          Date Rcvd: Jun 10, 2013
                              Form ID: redacttr          Total Noticed: 2030

| | |
|---|---|
| aty | William L. Wallander,   Vinson & Elkins L.L.P.,   3700 Trammell Crow Center,   2001 Ross Avenue,   Dallas, TX 75201-2975 |
| aty | +Zakarij O. Thomas,   Buchanan Ingersoll & Rooney,   One Oxford Centre,   20th Floor,   Pittsburgh, PA 15219-1400 |
| cr | +1890 Ranch, Ltd.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320 |
| tee | 2005-C1 Shoppes of Plantation Acres, LLC,   c/o Mindy A. More & Jeffrey I. Snyder,   14550 Brickwell Ave.,   Suite 2500,   Miami, FL 33131 |
| cr | +44 North Properties, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,   McLean, VA 22102-3833 |
| cr | +507 Northgate LLC,   c/o Christopher M. Alston,   1111 Third Ave., #3400,   Seattle, WA 98101-3264 |
| cr | +A.D.D. Holdings, L.P.,   c/o Lisa Taylor Hudson, Esq.,   Sands Anderson Marks & Miller, P.C.,   801 E. Main Street,   P.O. Box 1998,   Richmond, VA 23218-1998 |
| cr | +AA Home Services, LLC,   570 Tresham Road,   Columbus, OH 43230-2227 |
| cr | +ACCO Brands Corporation,   c/o William H. Casterline, Jr.,   4020 University Drive, #300,   Fairfax, VA 22030-6802 |
| cr | Abilene-Ridgemont, LLC,   c/o W. Alexander Burnett, Esq.,   1021 E. Cary Street, 17th Floor,   P.O. Box 1320,   Richmond, VA 23218-1320 |
| cr | +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, OH 43017-8218 |
| cr | +Acer American Holdings Corp.,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,   1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225 |
| cr | +ActionLink, LLC,   c/o Kenneth R. Rhoad, Esq.,   Gebhardt & Smith LLP,   One South Street, Suite 2200,   Baltimore, MD 21202-3281 |
| cr | +Actiontec Electronics, Inc.,   Attn: Irene Chen, Controller,   760 North Mary Ave.,   Sunnyvale, CA 94085-2908 |
| cr | Active Media Services, Inc.,   One Blue Hill Plaza,   Pearl River, NY 10965-6170 |
| cr | #+Adrianus Hitijahubessy,   3825 Maher Manor,   Glen Allen, VA 23060-5979 |
| prof | +Akerman Senterfitt,   c/o William C. Crenshaw, Esq.,   750 9th Street, N.W.,   Suite 750,   Washington, DC 20001-4589 |
| cr | +Alex P. Thorson,   C207,   910 NE Providence Court,   Pullman, WA 99163-4487 |
| cr | +Alexander H Bobinski, as Trustee under Trust No. 1,   c/o David R McFarlin,   Wolff, Hill, McFarlin & Herron, PA,   1851 West Colonial Drive,   Orlando, FL 32804-7013 |
| cr | +Alexander M. Russell,   3198 Vermont Route 100,   Waterbury, VT 05676-9547 |
| cr | +Alexander's Rego Park Center, Inc.,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998 |
| cr | +Alfred Lawson,   9400 Glascow Dr,   Fredericksburg, VA 22408-9204 |
| cr | +Alice Norton,   5308 Antelope Ln.,   Stone Mountain, GA 30087-1207 |
| cr | #+Allan M. Anderson,   345 E. 211 St.,   Euclid, OH 44123-1848 |
| cr | +Alliance-Rocky Mount LLC,   Carroll & Carroll PLLC,   831 East Morehead St,   Ste 440,   Charlotte, NC 28202-2784 |
| cr | Alliant Energy/WP &L,   PO Box 3066,   Cedar Rapids, IA 52406-3066 |
| cr | +AmREIT, a Texas real estate investment trust,   c/o James V. Lombardi, III,   Ross, Banks, May, Cron & Cavin, P.C.,   2 Riverway, Suite 700,   Houston, TX 77056-1918 |
| cr | +Amcor Sunclipse North America,   c/o Jeffrey L. Tarkenton,   Womble Carlyle Sandridge & Rice, PLLC,   1401 Eye Street, N.W.,   Seventh Floor,   Washington, DC 20005-2225 |
| intp | +American Computer Development, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,   Vienna, VA 22182-2498 |
| cr | American Express Travel Related Services Co Inc,   POB 3001,   Malvern, PA 19355-0701 |
| cr | American Express Travel Related Services Co Inc Co,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701 |
| cr | +Amherst VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sand Anderson Marks & Miller, P.C.,   801 E. Main Street, Ste. 1800,   Post Office Box 1998,   Richmond, VA 23218-1998 |
| cr | +Amreit a Texas Real Estate Investment Trust,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001 |
| cr | +Amy Fiaa,   410 Roosevelt Ave.,   Lindenwold, NJ 08021-1224 |
| cr | +Andrea Wright,   5805 Kistler Court,   Fayetteville, NC 28304-0602 |
| cr | +Andrew F. Belovich,   6140 NW 60th Ave.,   Parkland, FL 33067-4451 |
| cr | +Ann M. Karr,   3824 Yates Drive,   Lithia Springs, GA 30122-2155 |
| cr | +Anna L. Ubben,   6634 W. 141st St., Apt. 1905,   Overland Park, KS 66223-3747 |
| cr | +Anna Maccanelli,   482-1/2 South Main Street,   Farmington, IL 61531-1467 |
| cr | +Anne B. Fath,   9608 Gaslight Place,   Richmond, VA 23229-7091 |
| cr | +Anne L. Thumann,   7086 Lionshead Parkway,   Littleton, CO 80124-9574 |
| cr | +Anne L. Thumann,   7086 Lionshead Parkway,   Littleton, CO 80124-9574 |
| cr | +Anthony Givens, Jr.,   6008 Hope Dr.,   Temple Hills, MD 20748-3817 |
| cr | +Antone C. Botelho,   232 Largo Drive,   Pionciana, FL 34759-5238 |
| cr | Antonio Precise Products Manufactory Limited,   c/o Emily Yip & Co.,   Room 1904,   Chinachem Exchange Square II,   Hong Kong |
| cr | +Antor Media Corporation,   3100 Independence Parkway,   Suite 311#301,   Plano, TX 75075-1997 |
| cr | +Aquent,   c/o Jennifer Madden,   711 Boylston St.,   Boston, MA 02116-2616 |
| cr | +Arapahoe County Treasurer,   c/o County Attorney Office,   5334 S. Prince Street,   Littleton, CO 80166-0001 |
| cr | +Archon Group, L.P.,   6011 Connection Drive,   Irving, TX 75039-2607 |
| cr | +Arlana Smith,   629 Windomere Ave.,   Richmond, VA 23227-2954 |
| cr | +Attensity Corporation,   c/o ASM Capital, L.P.,   7600 Jericho Turnpike, Ste. 302,   Woodbury, NJ 11797-1705 |
| cr | +Aubina Yates,   24355 Bay Ave.,   Moreno Valley, CA 92553-3305 |
| cr | +Audio Innovations Inc.,   Attn: Francisco Moreno,   133 N.E. 91st St.,   Kansas City, MO 64155-3329 |

```
cr          Audrey Soltis,   c/o William A. Gray, Esquire,   Sands Anderson PC,   PO Box 1998,
            Richmond, VA  23218-1998
cr         +Audrey Soltis,   c/o Robert Butwinick,   50 South Sixth Street,   Suite 965,
            Minneapolis, MN 55402-1557
cr         +August E. Spalding,   1041 Arlington Way,   Warrenton, MO 63383-1383
prf        +Augustus C. Epps, Jr.,   909 East Main Street,   Suite 1200,   Richmond, VA 23219-3013
cr         +Austin James Harthun,   19032 Taylor Ave.,   Morgan Hill, CA 95037-2719
cr         +Auvill V Browne,   50 Summit Street,   White Plains, NY 10607-1209
cr         +BBP-Muncy LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +BPP Conn LLC f/k/a WEC 95 Manchester Limited Partn,   c/o Sands Anderson Marks & Miller,
            PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-NY LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-OH LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-Redding LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,
            Richmond, VA 23218-1998
cr         +BPP-SC LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-VA LLC,   c/o Sands Anderson Marks & Miller, P.C.,   PO Box 1998,   Richmond, VA 23218-1998
cr         +BPP-WB LLC,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +Baker Natick Promenade LLC,   Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,
            Richmond, VA 23218-1998
cr         +Baltimore County Maryland,   c/o Adam M. Rosenblatt,   400 Washington Ave,
            Towson, MD 21204-4606
cr         +Baltimore County, Maryland,   Baltimore County Law Office,
            Adam M. Rosenblatt, Asst. County Atty.,   400 Washington Ave.,   Towson, MD 21204-4606
cr         +Bank One Delaware, National Association n/k/a Chas,   c/o Michael A. Condyles, Esquire,
            Kutak Rock LLP,   1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
tee        +Bank of America, NA (trustee),   GMAC Commercial Mtg Secur,   % Capmark Fin attn: Peyton Inge,
            700 N. Pearl Street,   Dallas, TX 75201-2824
cr         +Bank of America, National Association,   C/O JOHN S. KAPLAN,   PERKINS COIE LLP,
            1201 THIRD AVENUE, SUITE 4900,   SEATTLE, WA 98101-3099
cr         +Barbara A. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
cr         +Barbara Raelyn Harris,   3334 West Main Street,   PMB 194,   Norman, OK 73072-4805
cr         +Barcoding, Inc.,   Bowie & Jensen LLC,   29 W. Susquehanna Avenue,   Suite 600,
            Townson, MD 21204-5214
cr         +Barnes & Powers North, LLC,   c/o Bruce M. Wright,   Plaza of the Tockies, Suite 202,
            111 South Tejon,   Colorado Springs, CO 80903-2245
cr          Basile Limited Liability Company,   c/o Hirschler Fleischer PC,   c/o Michael P. Falzone,
            P.O. Box 500,   Richmond, VA  23218-0500
cr         +Battlefield FE Limited Partners,   c/o David L. Pollack,   Ballard Spahr LLP,
            51st Floor- Mellon Bank Center,   1735 Market Street,   Philadelphia, PA 19103-7599
cr         +Bay County Florida tax collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr         +Bell Canada and 4458729 Canada, Inc,   c/o Virginia Robinson,   Greenberg Traurig LLP,
            1750 Tysons Boulevard, Suite 1200,   McLean, VA. 22102-4211
cr         +Benjamin R. Knighton,   28631 N James Madison Hwy.,   New Canton, VA 23123-2132
cr         +Berkshire Hyannis LLC,   c/o David L. Pollack, Esquire,   Ballard Spahr LLP,
            1735 Market Street, 51st Floor,   Philadelphia, PA 19103-7599
cr         +Bernice Spilaw,   521 Tuckahoe Club Court,   Richmond, VA 23229-7289
cr         +BevCon I, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
            801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Black & Decker (US), Inc.,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
            McLean, VA 22102-3833
cr         +Bobby G. Wilson,   6509 N 63rd Avenue,   Glendale, AZ 85301-3702
cr          Boston Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
            801 E. Main Street, 18th Floor,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Brad C. King,   22628 US Hwy 70,   Wilson, OK 73463-6633
cr         +Brandon Rowberry,   18900 Explorer Trail,   Eden Prairie, MN 55347-3237
cr         +Brenda Blackshear,   102 Anita Ln.,   Longview, TX 75603-9108
cr         +Brevard County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr          Brian L. LaCoursiere,   4347 Kings Church Road,   Taylorsville, KY 40071-7907
cr         +Brixmor Property Group, Inc., f/k/a Centro Propert,   c/o David L. Pollack, Esquire,
            Ballard Spahr LLP,   1735 Market Street, 51st Floor,   Philadelphia, PA 19103-7599
cr         +Broward County,   County Attorney For Broward County,   115 South Andrews Ave.,
            Governmental Center,   Suite 423,   Fort Lauderdale, FL 33301-1826
cr         +Bruce Davis,   76 Webwood Circle,   Rochester, NY 14626-4036
desig      +Bruce H. Besanko,   9950 Mayland Drive,   Richmond, VA 23233-1463
cr         +Bruce H. Besanko,   191 Farmington Road,   Longmeadow, MA 01106-1517
cr          Bruce Senator,   F-99302 - CA Men's Colony,   PO Box 8103,   San Luis Obispo, CA  93403-8103
cr          Bruce Senator,   #F-99302,   Folsom State Prison-LEGAL MAIL,   PO Box950,
            Folsom, CA  95763-0950
cr         +Bryan Seymour,   40 Wellington Walk,   Douglasville, GA 30134-6364
cr         +Buffalo Technology (USA), Inc.,   c/o Donald A. Workman,   Baker & Hostetler LLP,
            1050 Connecticut Avenue, N.W.,   Suite 1100,   Washington, DC 20036-5304
cr         +Burbank Mall Associates, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr         +Bureau Veritas Consumer Product Services,   100 Northpointe Pkwy,   Buffalo, NY 14228-1884
cr         +By-Pass Development Company, LLC,   c/o William T. Niemier,   10689 N. Pennsylvania St.,
            Suite 100,   Indianapolis, IN 46280-1099
```

```
cr        +C & A Consulting,  Attn: Alicia Miranda,   5125 Belle Dr.,   Metairie, LA 70006-1906
intp      +Cl West Mason Street, LLC, a Wisconsin Limited Lia,  Bilzin Sumberg Baena Price & Axelrod, LL,
            200 Couth Biscayne Blvd,   Suite 2500,  Miami, FL 33131-2154
cr        +CBL & Associates Management, Inc.,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr        +CC Brandywine Investors 1998 LLC,   c/o Capital Development Company,   3709 Griffin Lane SE,
            Olympia, WA 98501-2192
cr        +CC Countryside 98 L.L.C.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +CC Countryside 98, LLC,  c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         CC Indianapolis 98, CC Jackson 98, CC Harper Woods,   c/o Deborah H. Devan, Esquire,
            One South Street, 27th Floor,   Baltimore, MD  21202-3282
cr        +CC Wichita Falls 98, L.L.C.,  CC Ridgeland 98, L.L.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, Va 23218-1320
cr        +CC-Investors 1996-6,   c/o Kamin Realty Company,   490 South Highland Avenue,
            Pittsburgh, PA 15206-4274
cr        +CC-Investors 1997-4,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         CC-Investors Trust 1995-1,   c/o John Paul Rieser, Esq.,   Rieser & Associates LLC,
            7925 Graceland Street,   Dayton, OH  45459-3834
cr        +CCMS 2005 CD1 Lycoming Mall Circle Limited Partner,   Sutherland Asbill & Brennan LLP,
            c/o Mark D. Sherrill,   1275 Pennsylvania Ave.,   NW,   Washington, DC 20004-2404
tee       +CFH Investments III, LLC,  Attn: Nathan Drake,   2595 Canyon Blvd., #420,
            Boulder, CO 80302-6737
cr        ++CITY OF CHESAPEAKE,   PO BOX 16495,   CHESAPEAKE VA 23328-6495
            (address filed with court: Treasurer City of Chesapeake,   P.O. Box 16495,
            Chesapeake, VA  23328-6495)
intp      +CMAT 1992-C2 MOLLER ROAD LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-C1 GRAND RIVER AVENUE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-C2 EMPORIUM DRIVE LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Discayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-C2 LAWENCE  ROAD , LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-C3 BUSTLETON AVENUE LIMITED PARTNERSHIP,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
intp      +CMAT 1999-CI KELLY ROAD, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
            200 South Biscayne Blvd,   Suite 2500,  Miami, FL 33131-5340
cr        +CP Management Corp. as agent for Orland Towne Cent,   c/o Robert D. Tepper,
            311 South Wacker Dr.,   Suite 5125,  Chicago, IL 60606-6657
cr        +CSI Construction Company,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller,
            Post Office Box 1998,   18th Floor,   Richmond, VA 23218-1998
unk       +CT Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
intp      +CT Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
cr        +Cabarrus County,   County Attorney Office,   c/o Richard M. Koch,
            3220-201 Prosperity Church Rd.,   Charlotte, NC 28269-8250
cr        +California Self-Insurers' Security Fund,   c/o Gina M. Fornario,   Nixon Peabody LLP,
            One Embarcadero Center,   18th Floor,   San Francisco, CA 94111-3716
cr        +California Taxing Authorities,   c/o Martha E. Romero,   Romero Law Firm,   6516 Bright Avenue,
            Whittier, CA 90601-4503
cr        +Cameron Bayonne, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn: Kevin M. Newman, Esq.,
            308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr        +CapTech Ventures, Inc.,   c/o Richard E. Lear,   Holland & Knight LLP,
            2099 Pennsylvania Avenue, NW,   Suite 100,   Washington, DC 20006-6801
cr        +Caparra Center Accociates, LLC,   c/o Penny R. Stark,   9861 Sunrise Lakes Blvd,   Suite 308,
            Sunrise, FL 33322-6288
cr        +Caparra Center Associates, LLC,  HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-0001
cr        +Capmark Finance, Inc.,   Bryan Cave LLP,   c/o Philip J. Meitl,   1155 F. Street NW,   Suite 700,
            Washington, DC 20004-1319
cr        +CarMax, Inc.,   12800 Tuckahoe Creek Pkwy,   Richmond, VA 23238-1124
cr        +Cardinal Court, LLC,   c/o Sands, Anderson, Marks & Miller, P.C,   Post Office Box 1998,
            801 E. Main Street,   Suite 1800,   Richmond, VA 23219-2906
intp      +Carmax Business Services, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, VA 23218-1320
cr        +Carnegie Management and Development Corporation,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
            One Commercial Place, Suite 1800,   Norfolk, VA 23510-2115
cr        +Carole Cook,   5 Sycoamore Dr.,   Florence, KY 41042-9638
cr        +Carole Kaylor,   c/o Thomas P. Finn,   153 Lakemont Park Blvd,   Altonna, PA 16602-5943
cr        +Carole Kaylor,   c/o Thomas P. Finn,   153 Lakemont Park Boulevard,   Altoona, PA 16602-5943
cr        +Carousel Center Company, L.P.,   c/o Menter, Rudin & Trivelpiece, P.C.,
            Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
            U.S.A.
cr        +Carriage Crossing Market Place, LLC,   Balch & Bingham, LLP,   1901 Sixth Ave. North,
            Suite 1500,   Birmingham, AL 35203-4642
cr         Casio, Inc.,   c/o Sports Fain PC,   P.O. Box 1555,   Richmond, VA  23218-1555
cr        +Cecil M. Booker Family Trust,   c/o Betty B. Dame,   PO Box 953,   Gloucester, VA 23061-0953
cr         Centon Electronics, Inc.,   c/o Joseph DiVincenzo,   Remer DiVincenzo & Griffith,
            2121 East Pacific Coast Highway, Suite 2,   Corona Del Mar, CA  92625
```

```
cr          +Century plaza development corporation,   c/o Law Offices of David A. Greer,
             500 E. Main Street Ste 1225,   Norfolk, VA 23510-2274
cr          +Certain Benefit Restoration Plan Claimants,   c/o Troutman Sanders LLP,
             1660 International Drive,   Suite 600,   McLean, VA 22102-4877
cr          +Chad A. Kubica,   24126 Matthew Pl.,   Santa Clarita, CA 91321-4690
cr          #+Chang Rao,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr          +Charles County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   6801 Kenilworth Ave,
             Suite 400,   Riverdale Park, MD 20737-1331
cr          +Charleston Newspapers,   PO Box 3942,   Charleston, WV 25339-3942
cr          +Charlotte (Archdale) UY, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
             Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
             U.S.A.
cr          +Charlotte-Mecklenburg County Tax Collector,   PO Box 31457,   Charlotte, NC 28231-1457
cr           Chatham County, GA Tax Commissioner,   c/o William A. Gray, Esquire,
             Sands, Anderson, Marks & Miller, P.C.,   801 East Main Street, Suite 1800,   P.O. Box 1998,
             Richmond, VA  23218-1998
cr          +Cheryl Daves,   8601 E. Old Spanish Trl 320,   Tucson, AZ 85710-4338
cr          +Chino South Retail PG, LLC,   David K. Spiro, Esq.,   Neil E. McCullagh, Esquire,
             Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
intp        +Christopher Borglin,   c/o Sands Anderson Marks & Miller PC,   P.O. Box 1998,
             Richmond, VA 23218-1998
cr          +Christopher E. Gibson,   33 Legend Creek Terrace,   Douglasville, GA 30134-4781
cr          +Christopher N. Crowe,   2117 Hanover Ave.,   Richmond, VA 23220-3427
cr          #+Chuan Fa Liu,   15 Kings Way, #33,   Waltham, MA 02451-9004
cr          +Cindy Kimi Nakanishi,   P.O. Box 36182,   San Jose, CA 95158-6182
cr          +Circuit Sports, L.P.,   Weycer, Kaplan, Pulaski & Zuber, PC,   c/o Edward L. Rothberg,
             11 Greenway Plaza, Suite 1400,   Houston, Te   77046-1130,   UNITED STATES
cr          +Citrus Park CC, LLC,   c/o Lawrence H. Glanzer, Esq.,   580 E. Main Street, Suite 300,
             Norfolk, VA 23510-2323
cr           City Of High Point,   PO Box 10039,   High Point, NC  27261-3039
cr           City of Cedar Hill, Burleson ISD, Arlington ISD,   PO Box 13430,   Arlington, TX  76094-0430
cr          +City of Coral Springs,   Sherry Whitacre, Esq.,   9551 West Sample Road,
             Coral Springs, FL 33065-4182
cr          +City of Denton,   Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,   Denton, TX 76205-5121
cr           City of Hurst, Mansfiled ISD, Carroll ISD,   PO Box 13430,   Arlington, TX  76094-0430
cr           City of Lake Worth,   PO Box 13430,   Arlington, TX  76094-0430
cr          +City of Lewisville,   c/o Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,
             Denton, TX 76205-5121
cr          +City of New York Department of Finance,   345 Adams Street,   Brooklyn, NY 11201-3797
cr          +City of Overland Park, Kansas,   Attn: Law Dept.,   8500 Santa Fe Drive,
             Overland Park, KS 66212-2899
cr          +City of Rancho Cucamonga,   c/o Nanette D. Sanders,   2030 Main Street,   Suite 1200,
             Irvine, CA 92614-7256
cr          +City of Virginia Beach,   Alexander Stiles,   Office of the City Attorney,
             2401 Courthouse Drive,   Building 1, Suite 260,   Virginia Beach, VA 23456-9120
cr          +Cleveland Towne Center, LLC,   Miller & Martin PLLC,   c/o Nicholas W. Whittenburg,
             832 Georgia Avenue,   Suite 1000,   Chattanooga, TN 37402-2289
cr          +Cobb Corners II, Limited Partnership,   214 North Tryon Street,   Suite 4700,
             Attention: Amy Pritchard Williams,   Charlotte, NC 28202-2367
tor         +Cobra Electronics, a Delaware Corporation,   6500 West Cortland,   Chicago, IL 60707-4013
cr          +Coca-Cola Bottling Company Consolidated,   c/o Spotts Fain PC,   411 E. Franklin St.,   Suite 600,
             Richmond, VA 23219-2200
cr          +Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Col,   c/o Spotts Fain PC,   411 E. Franklin St.,
             Suite 600,   Richmond, VA 23219-2200
cr          +Coface North America, Inc.,   c/o Amy Schmidt,   50 Millstone Road,   Bldg 100,   Suite 360,
             East Windsor, NJ 08520-1415
cr          +Cohesion Products, Inc.,   c/o RMS,   307 International Circle, Suite 270,
             Hunt Valley, MD 21030-1322
cr          #+Cokem International, Inc.,   Patton Boggs LLP,   c/o Alan Noskow,   8484 Westpark Drive,
             9th Floor,   McLean, VA 22102-3596
cr          +Coldwater Development Company,   c/o William T. Niemier,   10689 N. Pennsylvania Street,
             Suite 100,   Indianapolis, IN 46280-1099
cr          +Cole CC Aurora CO, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Cole CC Groveland FL, LLC,   c/o Peter J. Barrett,   Kutak Rock LLP,   1111 E. Main Street,
             Suite 800,   Richmond, VA 23219-3521
cr          +Cole CC Kennesaw GA, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
             1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr          +Cole CC Mesquite TX, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Cole CC Taunton MA, LLC,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Cole Capital Partners, LLC,   c/o Michael A. Condyles, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
mvnt        +Colonial Heights Holdings, LLC,   c/o Peter M. Pearl, Esquire,
             Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   (Post Office Box 1998),
             Richmond, VA 23218-1998
cr          +Colorado Structures, Inc. dba CSI Construction Co.,   McDonough Holland & Allen PC,
             c/o Mary E. Olden/Sean Thompson,   555 Capitol Mall,9th Floor,   Sacramento, CA 95814-4601
cr           Columbia Plaza Joint Venture,   Columbia, MO
```

District/off: 0422-7          User: frenchs          Page 9 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr          Total Noticed: 2030

```
cr              +Comcast Cable Communications, LLC,   c/o Matthew G. Summers,   Ballard Spahr LLP,
                 300 E. Lombard St., 18th Floor,   Baltimore, MD 21202-3268
cr              +Commonwealth of Kentucky,   Fayette County Attorney Office,   c/o Wayne P. Cook,
                 110 W. Vine Street,   Lexington, KY 40507-1618
cr              +Concordia Realty Management Inc,   c/o Michael Flight,   10031 West Roosevelt Road,   Suite 200,
                 Westchester, IL 60154-2669
cr              +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704
cr              +Condan Enterprises, LLC,   c/o Eric Snyder,   1515 Broadway,   New York, NY 10036-5794
cr              +Congressional North Associates Limited Partnership,   2701 Tower Oaks Blvd,   Ste 200,
                 Rockville, MD 20852-4239
cr              +Connie Y. Boyer,   11909 Rutgers Drive,   Richmond, VA 23233-1630
cr              +Consolidated Edison Company of New York, Inc. (Con,   c/o Richard W. Babinecz,   4 Irving Place,
                 New York, NY 10003-3502
intp            +Contrarian Capital Management, LLC,   411 West Putnam Ave., Ste. 425,   Greenwich, CT 06830-6281
cr             #+Corey Rachel,   PO Box 875,   Zephyrhills, FL 33539-0875
cr              +Cornella Diane Beverly,   c/o Robert A. Canfield,   2201 Libbie Avenue, Suite 200,
                 Richmond, VA 23230-2364
cr              +Cosmi Corporation,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
cr              +County of Kern, State of California,   c/o Treasurer/Tax Collector's Office,
                 Attn: Angelica Leon,   PO Box 579,   Bakersfield, CA 93302-0579
cr              +County of Loudoun, VA,   c/o Belkys Escobar,   One Harrison St. SE, (MSC #06),
                 Leesburg, VA 20175-3102
cr               County of Loudoun, VA,   c/o Belkys Escobar, Asst Cty Atty,   One Harrison St SE (MSC #06),
                 Leesburg, VA  20175-3102
cr              +County of Loudoun, Virginia,   c/o K. Stapleton, Asst. Cty. Atty.,   P. O. Box 7000,
                 Leesburg, VA 20177-7000
cr              +County of Merced, California,   c/o Karen D. Adams,   2222 M. Street,   Merced, CA 95340-3729
cr              +County of Spokane,   1115 W Broadway Avenue,   Spokane, WA 99260-2051
cr             #+Craig Bender,   457 East Water St.,   Hughesville, PA 17737-1811
intp            +Craig Dean Campbell,   1856 Colt Drive,   Atlanta, GA 30341-1431
crtrptr         +Crane-Snead & Associates, Inc.,   4914 Fitzhugh Ave, Ste 203,   Richmond, VA 23230-3534
unk             +Creative Realty Management, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
                 Riverfront Plaza, East Tower,   951 East Byrd Street,   Richmond, VA 23219-4040
cr              +Curtis Etheridge,   19419 Red Sky Court,   Land O Lakes, FL 34638-6184
cr              +Curtiss McGough,   17037 Stephens,   Eastpointe, MI 48021-1708
cr              +Cyber Acoustics,   3109 NE 109th Ave.,   Vancouver, WA 98682-7750
cr              +Cyber Power Systems,   c/o John Stahler,   4241 12th Ave. East,   Suite 400,
                 Shakopee, MN 55379-2026
cr              +Cyndi Ann Haines,   831 Sarah Drive,   Decatur, IL 62526-9338
cr              +Cynthia D. Bucher,   14360 N. Hwy 6,   Valley Mills, TX 76689-2789
mvnt            +Cynthia Olloway, Individually and as Special Admin,   c/o Lisa Taylor Hudson, Esquire,
                 Sands Anderson Marks & Miller, P.C.,   Post Office Box 1998,   801 East Main Street, Suite 1800,
                 Richmond, VA 23219-2906
cr              +D-Link Systems, Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
                 Vienna, VA 22182-2498
cr              +DEV Limited Partnership,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
                 Richmond, VA 23218-1998
cr              +DIM Vastgoed, N.V.,   214 North Tryon Street,   Suite 4700,   c/o Amy Pritchard Williams,
                 Charlotte, NC 28202-2367
cr              +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
                 2290 First National Building,   Detroit, MI 48226-3583
cr              +DSA Construction, LLC,   c/o Warren V.Norred,   200 E. Abram,   Suite 300,
                 Arlington, TX 76010-1114
cr              +Daniel G. Kamin Baton Rouge LLC,   c/o Kamin Realty Company,   490 South Highland Avenue,
                 Pittsburgh, PA 15206-4274
cr              +Daphne A. Ward,   12646 Willow View Place,   Waldorf, MD 20602-1422
cr              +David A. Ruff,   Washington County, Arkansas,   280 North College,   Suite 501,
                 Fayetteville, AR 72701-4284
op              +David E. Eash,   221 N. Wall,   # 500,   Spokane, WA  99201-0824
cr              +David Harrison,   5115 Vermont Drive,   Easton, PA 18045-8127
cr              +David J Cacciotti,   7803 Halyard Ter.,   Chesterfield, VA 23832-2598
cr              +David M. Anderson,   1415 26th St. W.,   Bradenton, FL 34205-3900
cr              +David Marciniszyn,   633 Willow Street,   Waterbury, CT 06710-1213
cr              +David W. Phillips,   1815 Hanover Ave.,   Richmond, VA 23220-3507
cr              +Dawn W. VonBechmann,   Neil E. McCullagh,   Spotts Fain PC,   P.O. Box 1555,
                 Richmond, VA 23218-1555
cr              +De Rito Pavilions 140, LLC,   c/o Lane & Nach, PC,   2001 E. Campbell Ave.,   Suite 103,
                 Phoenix, AZ 85016-5573
cr               DeSoto County, Mississippi,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
                 PO Box 1998,   Richmond, VA 23218-1998
cr              +Deanna Heckman-Harding,   7201 Hughes Road,   Sandston, VA 23150-5714
cr              +Deborah J. Koeneman,   9321 Totopotomoy Trail,   Ashland, VA 23005-3367
cr              +Debt Acquisition Co of America V, LLC,   1565 Hotel Circle S, #310,   San Diego, CA 92108-3419
cr              +Decarla Taylor-Conyers,   203 Peakside Way, Apt D,   Petersburg, VA 23805-1286
cr              +Delores I. Louchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr              +Denise K. Fisher,   2479 Oleander Circle,   Jamison, PA 18929-1177
cr               Denon Electronics,   c/o William A. Gray,   PO Box 1998,   Richmond, VA  23218-1998
cr              +Dentici Family Limited Partnership,   Neil E. McCullagh, Esquire,   David K. Spiro, Esquire,
                 Cantor Arkema, O.C.,   P.O. Box 561,   Richmond, VA 23218-0561
```

```
cr          +Denton Independent School District,    c/o Mark A. Burroughs,   1100 Dallas Drive,   Suite 100,
             Denton, TX 76205-5121
cr          +Derek Laumbach,   191 S. River Ridge Circle,   Burnsville, MN 55337-1627
cr          +Desert Home Communities of OK,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr           Developers Realty, Inc.,   c/o Christopher L. Perkins,   LeClairRyan,
             951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA 23218-2499
cr           Dickson Management Associates, LLC,   Hirschler Fleischer PC,   c/o Michael P. Falzone,
             P.O. Box 500,   Richmond, VA 23218-0500
cr          +Dino Bazdar,   11470 W. Irving St.,   Boise, ID 83713-7884
cr          +Dirley L. Ball,   14029 Rockbasket Place,   Chester, VA 23836-9711
cr          +Discovery Communications, Inc.,   c/o Szabo,   3355 Lenox Road N.E.,   Ninth Floor,
             Atlanta, GA 30326-1395
cr          +Disney Interactive Distribution, et al.,   c/o Zemanian Law Group,
             223 E. City Hall Ave., Suite 201,   Norfolk, VA 23510-1700
cr          +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss,   Trainor Fairbrook,
             980 Fulton Avenue,   Sacramento, CA 95825-4558
tee         +Donald L. Emerick, Sr.,   737 Roma Rd,   Venice, FL 34285-4321
cr          +Donald Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr          +Donna M. Kincheloe,   1229 Brighton Ave. No. 137,   Modesto, CA 95355-3174
cr          +Douglas County Treasurer, Colorado,   Office of the County Attorney Douglas Co,
             100 Third Street,   Castle Rock, CO 80104-2425
cr          +Douglas Daniluk,   4112 Evershot Drive,   Midlothian, VA 23112-4498
intp        +Dover Master Fund II, L.P.,   810 Seventh Avenue, 33rd Floor,   New York, NY 10019-5869
cr          +Dudley Mitchell Properties TX, LLC,   c/o Spotts Fain,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +E-Z Spread n' Lift,   1815 Buck Road,   Feasterville, PA 19053-2309
cr          +EBC Marketing Inc.,   45 Sterling St.,   West Boylston, MA 01583-1268
cr          +EEOC'S,   c/o Marisol Ramos,   Philadelphia District Officer,   801 Market Street,   Suiet 1300,
             Philadelphia, PA 19107-3126
cr          +East Brunswick VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +East BrunswickVF, LLC,   c/o William A. Gray, Esquire,   Sands, Anderson, Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr          +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
             LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
             Roanoke, VA 24006-1200
cr           Eastland Development Company, LLC,   c/o 10689 N. Pennsylvania St.,   Suite 100,
             Indianapolis, IN 46280
cr          +Edward A. Winfree,   1467 Bethany Church Road,   Bumpass, VA 23024-3506
cr           Edwin Watts Golf Shops, LLC,   c/o Parker, Pollard, Wilton & Peaden, PC,
             Attn: Meredith L. Yoder, Esq.,   6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
cr          +EklecCo NewCo, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,   Attn:  Kevin M. Newman, Esq.,
             308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,   U.S.A.
cr          +Elizabeth R. Warren,   1824 Hanover Avenue,   Richmond, VA 23220-3508
cr          +Encinitas PFA, LLC,   214 North Tryon Street,   Suite 4700,   Attention: Amy Pritchard Williams,
             Charlotte, NC 28202-2367
cr          +Envision Peripherals,Inc,   47490 Seabridge Drive,   Fremont, CA 94538-6548
intp        +Epson America, Inc.,   c/o Michael A. Condyles,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Equitable Gas Company LLC,   Equitable Gas Bankruptcy Dept.,   Attn: Judy Gawlowski,
             200 Allegheny Center Mall,   Pittsburgh, PA 15212-5339
cr          +Eric A. Jonas, Jr.,   2 Annett Ave.,   Edgewater, NJ 07020-1502
cr          +Eric Soderlund Corre Opportunities Fund, L.P.,   1370 Avenue of the Americas,   29th Floor,
             New York, NY 10019-4602
cr          +Erica and Jerome Randolph,   284 Pindak Lane,   Frederick, MD 21701-6405
cr           Erie Times News,   205 West 12th Street,   Erie, PA 16534-0001
cr          +Ervin C. Olson,   478 Summer Hill Dr.,   Hoschton, GA 30548-3059
cr          +Escambia County Tax Collector,   c/o Janey Holley,   213 Palafox Place,   PO Box 1312,
             Pensacola, FL 32591-1312
cr          +Evening Post Publishing Company d/b/a The Post and,   c/o B. Shawan Gillians, Esquire,
             5 Exchange Street,   Charleston, SC 29401-2530
cr          +Evergreen-McDowell & Pebble Creek, L.L.C.,   c/o Midtown Aquisitions L.P.,
             Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219
cr           Export Development Canada (EDC),   Att: Jo-Ann Keech-Barker,   KIA IK3 151 O'Connor St.,
             Ottawa Ontario,   CANADA
intp         F.R.O., L.L.C. IX,   703 Palm Island Drive,   Palm Beach, FL 33480
cr          +FICA,   c/o James Bow,   220 Montgomery St.,   Ste 343,   San Francisco, CA 94104-3436
cr          +Fairfax County, VA,   Asst. County Attorney,   12000 Government Center Pkwy, Ste. 549,
             Fairfax, VA 22035-0001
cr          +Faram Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
             Norfolk, VA 23514-3037
cr           Fayetteville Developers, LLC,   c/o Christopher L. Perkins,   LeClairRyan,
             951 East Byrd Street, Eighth Floor,   PO Box 2499,   Richmond, VA 23218-2499
cr          +Ferguson Cabling Corp.,   203 Orange St.,   Palm Harbor, FL 34683-5224
cr          +Fingerlakes Crossing, LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
             Attn:  Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
             U.S.A.
cr          +First Baptist Church of Sunrise,   Rev. Amos N. Farquharson, Pastor,   6401 Sunset Strip,
             Sunrise, FL 33313-2856
```

District/off: 0422-7        User: frenchs            Page 11 of 118           Date Rcvd: Jun 10, 2013
                           Form ID: redacttr         Total Noticed: 2030

```
cr          +Flintlock Northridge LLC,  HSBC Bank USA NA,  VonWin,  Dept CH 16354,
             Palatine, IL 60055-0001
cr          +Florence County,  Treasurer's Off/Deliquent Tax,  180 North Irby St. MSCTT,
             Florence, SC 29501-3456
cr          +Forecast Danbury Limited Partnership,  c/o Forest Property Management,  19 Needham Street,
             Newton, MA 02461-1624
cr          +Forsyth County Tax Collector's,  Meadows & Aderhold, PA,  c/o John A. Meadows,
             2596 Reynolda Rd.,  Ste C,  Winston-Salem, NC 27106-4651
cr          +Fort Myers Cape Coral Courtyard Marriott,  10400 Fernwood Road,  Bethesda, MD 20817-1102
             Fort Wayne Newspapers Inc.,  c/o Kenneth J. Barton, Jr.,  1250 Edwin Miller Boulevard,
             Suite 300,  PO Box 2629,  Martinsburg, WV  25402-2629
cr          +Four Star International Inc,  c/o Wendy M. Mead,  11 Pleasant Street,  Ste 30,
             Worcester, MA 01609-3232
             Foursquare Properties, Inc.,  c/o Katten Muchin Rosenman LLP,  2029 Century Park East,
             Suite 2600,  Los Angeles, CA  90067-3012
            +Fox Channels Group,  Barnes & Thornburg LLP,  2049 Centruy Park East,  Suite 3550,
             Los Angeles, CA 90067-3210
cr          +Francis E. Telegadas,  8204 Yolanda Road,  Richmond, VA 23229-4100
cr          +Franklin Wilson,  2 Highland Street,  Port Chester, NY 10573-3382
cr           Fuji,  Fujifilm USA, Inc.,  HSBC Bank USA NA,  VonWin,  Dept CH 16354,  Chicago, IL 60055
cr          +Fujitsu Ten Corp. of America,  Attn:  Eiko Kubota-Cywinski,  19600 S. Vermont Ave.,
             Torrance, CA 90502-1140
cr          +Furniture Values International co FCMA,  HSBC Bank USA NA,  VonWin,  Dept CH 163554,
             Palatine, IL 60055-0001
cr          +G.B. Evansville Developers, LLC,  Gersham Brown Crowley, Inc.,  c/o Chris Daumeyer,
             600 East 96th Street,  Suite 150,  Indianapolis, IN 46240-3841
cr          +GE Fleet,  c/o Michael A. Condyles, Esquire,  Kutak Rock LLP,
             1111 East Main Street, Suite 800,  Richmond, VA 23219-3521
cr          +GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited,  c/o Charles R. Gibbs,
             Akin Gump Strauss Hauer & Feld LLP,  1700 Pacific Avenue,  Suite 4100,  Dallas, TX 75201-4675
cr          +GRE Grove Street One LLC,  Leerner & Holmes, PC,  Two Center Plaza,  Suite 415,
             Boston, MA 02108-1906
             Gallatin Management Associates, LLC,  Hirschler Fleischer PC,  c/o Michael P. Falzone,
             P.O. Box 500,  Richmond, VA  23218-0500
cr          +Gamergraffix,  Attn:  Anne Marie Gleason,  400 Harris Ave.,  Providence, RI 02909-1018
cr          +Gary Chamberlain,  115 Falling Leaves Dr.,  Warner Robins, GA 31088-6458
cr          +Gary Kurzenhauser,  P.O. Box 740,  Farmingville, NY 11738-0740
cr          +Gary R. Lowe,  321 Lakecrest Drive.,  Kingsport, TN 37663-2351
cr           Gateway Woodside, Inc.,  c/o William A. Gray, Esquire,  Sands Anderson PC,  PO Box 1998,
             Richmond, VA  23218-1998
cr          +Gateway, Inc.,  c/o Jeffrey L. Tarkenton,  Womble Carlyle Sandridge & Rice, PLLC,
             1401 Eye Street, N.W.,  Seventh Floor,  Washington, DC 20005-2225
cr          +Geenen DeKock Properties, L.L.C.,  c/o Kupelian Ormond & Magy, P.C.,
             25800 Northwestern Highway,  Suite 950,  Southfield, MI 48075-6116
cr          +Gelco Corporation d/b/a GE Fleet Services,  c/o Peter J. Barrett, Esq.,  Kutak Rock LLP,
             1111 East Main Street,  Suite 800,  Richmond, VA 23219-3521
cr          +George H. Burns,  11110 Woodmeadow Parkway,  # 1405,  Dallas, TX 75228-8580
cr          +George T. Bentzen,  127 Via De La Reina,  Merritt Island, FL 32953-2926
cr          +Georgia Department of Revenue,  c/o Georgia Department of Law,  40 Capitol Square, SW,
             Atlanta, GA 30334-1300
cr          +Georgia Pension Associates Realty Corp,  60 Cuttermill Road,  Suite 303,
             Great Neck, NY 11021-3104
cr          +Georgia Vahoua,  2730 Interlaken Dr.,  Marietta, GA 30062-5666
cr          +Gilbert A. Perez,  700 E. Washington St., #128,  Colton, CA 92324-4176
cr          +Glenmoor Limited Partnership,  c/o Kevin L. Sink,  P.O. Box 18237,  Raleigh, NC 27619-8237
cr          +Glenn Cordell Duncan, Sr.,  4750 Old Military Rd.,  TheoGore, AL 36582-8107
cr          +Gloria E. Scarnati,  #119,  3567 Mountain View Dr.,  Pittsburgh, PA  15122-2447
cr          +Golfsmith International, L.P.,  c/o Sarah Link Schultz,  Akin Gump Strauss Hauer & Feld LLP,
             1700 Pacific Avenue,  Suite 4100,  Dallas, TX 75201-4675
cr          +Google Inc.,  Kaufman & Canoles,  150 W. Main Street,  Suite 2100,  Norfolk, VA 23510-1681
liq         +Gordon Brothers Retail Partners, LLC,  101 Huntington Avenue, 10th Floor,
             Boston, MA 02199-7607
cr          +Gould Investors, L.P.,  60 Cuttermill Road,  Suite 303,  Great Neck, NJ 11021-3104
cr          +Graphic Communications, Inc.,  c/o Thomas W. Repczynski,  Bean, Kinney & Korman, P.C.,
             2300 Wilson Blvd, 7th Floor,  Arlington, VA 22201-5424
cr          +Gravois Bluffs III, LLC,  HSBC Bank USA  NA,  VonWin,  Dept 16354,  Palatine, IL 60055-0001
cr          +Green Acres Mall, LLC,  c/o Lisa Taylor Hudson, Esquire,  Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,  P.O. Box 1998,  Richmond, VA 23218-1998
cr          +Greenback Associates,  c/o Nancy Hotchkiss,  Trainor Fairbrook,  980 Fulton Avenue,
             Sacramento, CA 95825-4558
cr          +Greenwood Point, LP,  c/o Jeffrey J. Graham,  Taft Stettinius & Hollister LLP,
             One Indiana Square, Suite 3500,  Indianapolis, IN 46204-2023
cr          +Gregory Lee McCall,  # 15064-045,  F.C.I. Victorville II,  PO Box 5300,
             Adelanto, CA 92301-5300
cr          +Hamilton Chase - Santa Maria LLC,  c/o Gregory D. Grant, Esq.,  11921 Rockville Pike, #300,
             Rockville, MD 20852-2737
cr          +Harry B. Gross, Sr.,  206 N. Pacific,  Hutchins, TX 75141-3132
cr          +Hauppauge,  c/o Cheryl Wilins,  91 Cabot Ct.,  Hauppauge, NY 11788-3706
cr           Hayden Meadows,  c/o Ronald T. Adams,  Black Helterline LLP,  1900 Fox Tower,
             805 S.W. Broadway,  Portland, OR  97205-3359
```

```
cr        +Hayward 880,LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Heilman & Associates,   P.O. Box 374,   Solomons, MD 20688-0374
cr        +Helen J. Owens,   1841 S. Cabrillo Ave.,   San Pedro, CA 90731-5319
cr        +Heritage Plaza, LLC,   c/o National Real Estate Management Corp,   Attn:  Michael Nugent,
           9986 Manchester Road,   St. Louis, MO 63122-1934
cr        +Herman Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr        +Hernendo County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Hickory Ridge Pavilion LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
           1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr        +Highlands County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr        +Hillsborough County, FL,   Attorney's Office,   601 E. Kennedy Blvd.,   27th Floor,
           Tampa, FL 33602-4932
cr         Hillson Electric Incorporated,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
           Kansas City, MO  64105
intp      +Hilton Ellis Epps, Sr.,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
           Richmond, VA 23218-1998
cr         Hong Kong Export Credit Insurance Corporation,   Attn:  Leung Shing,
           2/F., Tower 1, South Seas Ctr,   75 Moody Road,   Tsimshatsui East,   HONG KONG
cr         Howland Commons Partnership, an Ohio gen partnersh,   Richard T. Davis, Esq.,
           2445 Belmont Avenue,   P.O. Box 2186,   Youngstown, OH  44504-0186
cr        +Huntington Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer, PC,   P.O. Box 500,
           Richmond, VA  23218-0500
cr       ++I O MAGIC CORPORATION,   2 MORGAN,   IRVINE CA 92618-1910
           (address filed with court: I/O Magic Corp.,   c/o Mary St. George,   4 Marconi,
           Irvine, CA  92618)
cr        +IGate Global Solutions, Limited,   c/o ThompsonMcMullan, P.C.,   100 Shockoe Slip,   Third Floor,
           Richmond, VA 23219-4164
cr        +ITouchless Housewares & Products Inc.,   777 Mariners Island Blvd,   Ste 125,
           San Mateo, CA 94404-1584
cr        +Iannucci Development Corporation (IDC),   c/o Raymond Iannucci, President,   37 Hermitage Lane,
           North Haven, CT 06473-4019
cr        +Imagination,   c/o Kristian Fleming,   3330 Cahuenga Blvd West,   Suite 500,
           Los Angeles, CA 90068-1355
cr        +Imation Enterprises Corp.,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
           Richmond, VA 23219-2200
cr        +Indian River County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
           Richmond, VA 23218-1320
cr        +Indiana Department of Revenue,   Brian Salwowski, Offc. Atty. General,
           302 West Washington Street,   Indianapolis, IN 46204-4701
cr        +InfoPrint Solutions Company,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr        +Innovative Marketing Solutions LLC,   5244 Chappell Ridge Place,   c/o Scott Lewis,
           Glen Allen, VA 23059-5648
cr        +Interactive Toy Concepts, Inc,   Jones and Associates,   1230 6th Avenue 7th Floor,
           New York, NY 10020-1517
cr        +International Business Machines Corporation,   c/o Satterlee Stephens Burke & Burke LLP,
           230 Park Avenue, 11th Floor,   New York, NY 10169-0005
cr        +Irene Franco,   1225 La Puerta St.,   Los Angeles, CA 90023-3116
cr        +Ismay Gayle,   1242 Summerstone Trace,   Austell, GA 30168-6120
crtrptr   +J&J Court Transcribers, Inc.,   268 Evergreen Avenue,   Hamilton, NJ 08619-1808
cr         JAmes A. Cameron,   PO Box,   Costa Mesa, CA  92628-3751
cr        +JLG Industries, Inc.,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
           McLean, VA 22102-3833
cr        +JP Thornton, LLC,   1601 Blake Street,   Unit 600,   Denver, CO 80202-1329
cr        +Jack Hernandez,   Righetti Law Firm,,   456 Montgomery Street,   #1400,
           San Francisco, CA 94104-1247
cr        +Jaime Gonzalez,   15889 SW 140 St.,   Miami, FL 33196-6716
cr        +Jakob Joffe,   10708 Chipewyan Dr.,   Richmond, VA 23238-4141
cr         James C. Fields, Jr.,   9 Highland Road,   Henrico, VA  23229-8503
cr        +James D. Thornton,   Thornton & Associates,   5030 Sadler Place,   Suite 204,
           Glen Allen, VA 23060-6146
cr        +James Eric Burgess,   232 Cross Roads Church Road,   Easley, SC 29640-7055
cr        +James H. Martin,   7545 N. Ring Ter.,   Citrus Springs, FL 34434-7220
cr        +James H. Morton,   P.O. Box 9566,   Marina del Ray, CA 90295-1966
cr        +James H. Wimmer, Jr.,   c/oTroutman Sanders LLP,   1660 International Drive,   Suite 600,
           McLean, VA 22102-4877
intp      #+James H. Wimmer, Jr., personally,   2205 Sara Ann Ct.,   Aylett, VA 23009-3246
cr        +James Harvey Martin,   7545 N. Ring Terrace,   Citrus Springs, FL 34434-7220
cr        +James Lubary,   3161 Druid Lane,   Rossmoor, CA 90720-5214
cr        +James Shober,   26 School Lane,   Stevens, PA 17578-9404
cr        #+James W. Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
intp      +Jamie Stack,   3107 Old Brookewood Way,   Richmond, VA 23233-7714
cr        +Janaf Shops, LLC,   c/o Adam K. Keith,   Honigman Miller Schwartz & Cohn LLP,
           2290 First National Building,   Detriot, MI 48226-3583
cr        +Jason L. Binkley,   3091 Verona Caney Rd.,   Lewisburg, TN 37091-6548
cr        +Jason W. Martinez,   621 West 7th Street,   Pueblo, CO 81003-2317
cr         Jean Abdallah,   4855 Gouin Blvd West,   Montreal Quebec H4J 1E6,   Canada
intp      +Jeanne Hamby,   8406 Dell Ray Drive,   Mechanicsville, VA 23116-2302
intp      +Jeff McDonald,   5540 Quail Ridge Terrace,   Chesterfield, VA 23832-7567
cr        +Jeff T. Agee,   705 Dennison St.,   Little Rock, AR 72201-4757
cr        +Jerry L. Knighten,   226 Barrington Dr., Apt. 226,   Bossier City, LA 71112-3183
```

District/off: 0422-7          User: frenchs              Page 13 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr           Total Noticed: 2030

```
intp       +Jim Blakesley,   64 4th St. NW,   Aitkin, MN 56431
cr         +Joan M. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr         +Joe Evans,   c/o Jeremy S. Williams, Esquire,   Kutak Rock LLP,
            1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr         +Johannes F. de Wolf,   5810 Fresno Ave.,   Richmond, CA 94804-5644
cr         +John D. Sessoms,   7307 Saddle Oaks Drive,   Cary, IL 60013-1799
cr         +John F. Tozzi,   17030 Devonshire St.,   # 112,   Northridge, CA 91325-1617
cr         +John H. Davis-El,   4709 Three Oaks Rd.,   Pikesville, MD 21208-2037
cr         +John J. Schrogie,   Hairfield Morton, PLC,   John J. Trexler,   2800 Buford Road,   Suite 201,
            Richmond, VA 23235-2453
cr         +John L. Morrison, II,   9 Springer Court,   Ormond Beach, FL 32174-8436
cr         +John P. Raleigh,   3621 Meadow Pond Court,   Glen Allen, VA 23060-2518
cr          John Rohrer Contracting Company, Inc.,   c/o Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
            Kansas City, MO  64105
cr         +John W. Walker,   465 McCracken Road,   Lake Helen, FL 32744-3538
cr         +Jonathan Card,   Righetti Glugoski, P.C.,   456 Montgomery Street,   #1400,
            San Francisco, CA 94104-1247
intp       +Jonathan Lee Riches,   FCI  Williamsburg,   PO Box 340,   Salters, SC 29590-0340
cr         #+Juanita Pearson,   891 Charlton Blvd,   White Lake, MI 48383-2919
cr         +Jonthan Card,   Righetti Law Firm, P.C.,   456 Montgomery St,   1400,
            San Francisco, CA 94104-1247
cr         +Jose A. Garcia,   807 64th Ave., Dr. E,   Bradenton, FL 34203-7628
cr         +Joseph E. Dudley,   18513 Field Club Way,   Tampa, FL 33647-1824
cr         +Joseph M. Stroh,   48 Bethnal Way,   Douglasville, GA 30134-7800
cr         +Joseph Skaf,   Righetti Law Firm, P.C.,   456 Montgomery St.,   #1400,
            San Francisco, CA 94104-1247
cr         +Joshua G. Bowden,   3909 Zingara Rd.,   Conyers, GA 30012-1844
cr         +Joshua L. Adams,   2045 Monaco St.,   Flint, MI 48532-4554
cr         +Joshua M. Loveall,   c/o Nels Ackerson, Esq.,   Ackerson Kauffman Fex, PC,
            1701 K Street, NW, Suite 1050,   Washington, DC 20006-1537
cr         +Joyce L Smith,   6818 Orchid Lane,   Fredericksburg, VA 22407-8501
cr         #+Juanita Atwood,   1434 Canterbury Rd.,   Front Royal, VA 22630-4594
cr         +Jubilee-Springdale, LLC,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
            1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr         +Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr         +Jurupa Bolingbrook LLC,   122 Aspen Lakes Drive,   Hailey, ID 83333-5115
cr         +KC Benjamin Realty, LLC,   c/o William T. Niemier,   10689 N. Pennsylvania Street,   Suite 100,
            Indianapolis, IN 46280-1099
cr         +KPLR,   Szabo Associates,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   Ninth Floor,
            Atlanta, GA 30326-1394
cr         +KSK Scottsdale Mall LP,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,   1111 East Main Street,
            Suite 800,   Richmond, VA 23219-3521
cr         +Kamin Realty Company,   490 South Highland Avenue,   Pittsburgh, PA 15206-4274
cr         #+Karen L. Craig,   4355 Altivo Lane,   Corona, CA 92883-7330
cr         +Karl Engelke,   1087 Brickell Street SE,   Palm Bay, FL 32909-4643
intp       +Kelly Breitenbecher,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
            Richmond, VA 23218-1998
cr         +Kenneth Giacone,   502 Palm Court,   Crystal Lake, IL 60014-2034
cr         +Kenneth R. Porter,   3608 Crosswicks Ct.,   Fort Worth, TX 76137-1333
cr         +Kenneth Robert Porter,   3608 Crosswicks Court,   Fort Worth, TX 76137-1333
cr          Kentucky Oaks Mall Company,   c/o Sheila deLa Cruz, Esq.,   Hirschler Fleischer PC,
            P.O. Box 500,   Richmond, VA  23218-0500
cr         +Ketih Allen,   489 Mill Wood Blvd,   Marysville, OH 43040-9647
cr         +Kevin J. Stephens,   4452 Collins Circle,   Acworth, GA 30101-5225
cr         +Kim E's Flowers, Inc.,   Attn: Kim E. Jemison,   350 East Broad Street,
            Groveland, FL 34736-2585
cr         +Kitsap County Treasurer,   c/o Barbara A. Stephenson,   614 Division Street,   MS-32,
            Port Orchard, WA 98366-4680
cr         +Klipsch, LLC,   c/o Barnes & Thornburg LLP,   Attn: Michael K. McCrory,   11 S. Meridian Street,
            Indianapolis, IN 46204-3535
cr         +Kristy Marie Suler,   208 North Juniper Dr.,   North Aurora, IL 60542-1067
intp       +LA County Sheriff's Dept.,   County Court House,   110 N. Grand Ave. R.526,
            Los Angeles, CA 90012-3014
cr          La Frontera Village, L.P.,   c/o Kimberly A. Vaughn,   120 S. Central Avenue,   Suite 500,
            St. Louis, MO  63105-1733
cr         +Labrinum Investment LLC,   Forest City Commercial Management, Inc,   50 Public Sq.,   Suite 1360,
            Cleveland, OH 44113-2233
cr         +Lacrosse Technology, ltd.,   Manda Shah,   2809 Losey Blvd. South,   La Crosse, WI 54601-7366
cr         +Lake County (Florida) Tax Collector,   c/o Brian T. Hanlon,   Post Office Box 327,
            Tavares, FL 32778-0327
cr         +Landmark Communications, Inc. d/b/a The Virginian,   c/o Paul A. Driscoll,
            222 Central Park Avenue, Suite 400,   Virginia Beach, VA 23462-3026
cr         +Landover (Landover Crossing), LLC,   c/o Menter, Rudin & Trivelpiece, P.C.,
            Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
            U.S.A.
cr          Lane County Department of Assessment & Taxation,   c/o Anette Spickard,
            Lane County Public Services Bldg,   125 East 8th Ave.,   Eugene, OR 97401-2926
cr         +Lang Construction, Inc.,   c/o: Gary V. Fulghum,   2800 Commerce Tower, 911 Main St.,
            Kansas City, MO  64105
```

```
cr              +Larimer County Assessor,   c/o Diane Hintz,   200 West Oak,   PO Box 860,
                 Ft. Collins, CO 80522-0860
cr             #+Laura L Scannell,   c/o Law Office of Raymond R. Pring, Jr.,   9431 Main Street,
                 Manassas, VA 20110-5423
cr              +Laura McDonald,   109 Fairways Dr.,   Hendersonville, TN 37075-2610
cr              +Lee County Tax Collector,   Leroy E. Belk, Jr.,   PO Box 271,   Lee County Court House,
                 Tupelo, MS  38802-0271
                 Lee County, Mississippi Tax Collector,   c/o William A. Gray, Esq.,
                 Sands Anderson Marks & Miller, PC,   PO Box 1998,   Richmond, VA  23218-1998
cr              +Lenovo USA,   c/o Mark D. Taylor, Esq.,   Kilpatrick Stockton LLP,
                 607 14th Street, NW, Suite 900,   Washington, DC 20005-2019
cr              +Lexington County Treasurer's Office,   Treasurer's Office,   Attn: Cynthia Hamilton,
                 212 South Lake Dr.,   Lexington, SC 29072-3410
cr              +Linda H. Castle,   5601 Hunters Glen Drive,   Glen Allen, VA 23059-6970
cr              +Lloyd Stein,   1334 N. Kostner St.,   Chicago, IL 60651-1604
intp            +Longacre Institutional Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Floor,
                 New York, NY 10019-5869
intp            +Longacre Opportunity Fund, L.P.,   Pepper Hamilton LLP,   600 14th Street, NW,   Suite 600,
                 Washington, DC 20005-2028
intp            +Longacre Opportunity Fund, LP,   810 Seventh Ave.,   33rd Floor,   New York, NY 10019-5869
intp            +Longacre Opportunity Offshore Fund, Ltd.,   810 Seventh Avenue, 33rd Floor,
                 New York, NY 10019-5869
cr              +Los Angeles et al.,   c/o Martha Romero,   BMR Professional Building,   6516 Bright Ave.,
                 Whittier, CA 90601-4503
cr              +Louis A. Luchak,   4219 Ave. J,   Sante Fe, TX 77510-8698
cr              +Louis C. Jones,   17 Spring Harbor,   Aliso Viejo, CA 92656-4249
cr               Louisiana Department of Revenue,   P.O. Box 4064,   Baton Rouge, LA  70821-4064
cr              +Louisville/Jefferson County Metro Government,   RE: Delinquent Property Tax Divison,
                 c/o John M. Schardein,   Fiscal Court Building,   531 Court Place, Suite 900,
                 Louisville, KY 40202-3315
cr               Lourena Pruett Cole Irrevocable Trust,   Charles H. Cole, Trustee,   4016 Diamond Loch East,
                 Fort Worth, TX  76180-8718
cr              +LumiSource, Inc.,   c/o John M. Brom,   QUERREY & HARROW, LTD.,
                 175 West Jackson Blvd. - Ste 1600,   Chicago, IL 60604-2686
cr              +Lyle Alonso Epps,   12412 East 207th Street,   Lakewood, CA 90715-1620
cr              +MD-GSI Associates,   c/o Polsinelli Shalton Flanigan Suelthau,   1152 15th Street, NW,
                 Suite 800,   Washington, DC 20005-1723
cr              +MDS Realty II LLC,   c/o Midtown Acquisitions L.P.,   Att: Jennifer Donovan,
                 65 East 55th Street,   New York, NY 10022-3219
cr             ++MURIEL TO YANG,   MERCY RIDGE APT L 404,   2525 POT SPRING ROAD,   TIMONIUM MD 21093-2778
                 (address filed with court:  Muriel To Yang,   645 Farnham Circle,   Richmond, VA  23236)
cr              +Madcow International Group Limited,   c/o HSBC Bank USA NA,   VonWin,   Dept. 16354,
                 Palatine, IL 60055-0001
intp             Madeleine C. Wanslee,   GUST ROSENFELD,   201 E. WASHINGTON ST., STE 800,
                 PHOENIX, AZ  85004-2327
cr              +Madison County, Alabama Tax Collector,   Attn: Lynda Hall, Tax Collector,
                 Madison County Courthouse,   100 Northside Square,   Huntsville, AL 35801-4876
cr              +Madison Waldorf, LLC,   c/o Madison Marquette Realty Service,   c/o Mitchell B. Weitzman, Esq.,
                 2001 Pennsylvania Ave., N.W., 10th Floor,   Washington, DC 20006-1851,  U.S.A.
cr              +Magna Trust Company, Trustee,   c/o Kimberly A. Pierro, Esquire,   Kutak Rock LLP,
                 1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr              +Magnus Magnusson,   % Joseph Nolty,   45-53 Auburndale Lane,   Flushing, NY 11358-3337
cr              +Mallview Plaza Company, Ltd.,   c/o John D. McIntyre,   Willcox & Savage, P.C.,
                 One Commercial Place, Suite 1800,   Norfolk, Va 23510-2115
cr              +Manatee County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
                 Richmond, Va 23218-1320
cr              +Mansfield SEQ 287 and Debbie, Ltd.,   c/o William A. Gray, Esquire,
                 Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
                 Richmond, VA 23218-1998
intp            +Manufacturers & Traders Trust Company, as Trustee,   c/o Hodgson Russ LLP,
                 Garry M. Graber, Esq.,   The Guaranty Building,   140 Pearl Street, Suite 100,
                 Buffalo, NY 14202-4014
tor            #+Manufactures and Traders Trust Company, as Trustee,   % Hidgson Russ LLP,
                 Attn: Deborah J. Piazza, Esq.,   60 East 42nd St., 37th Floor,   New York, NY 10165-0050
intp            +Marblegate Asset Management,   150 East 52nd Street,   10th Floor,   New York, NY 10022-6017
tee             +Marblegate Special Opportunities Master Fund LP,   150 East 52nd Street,   10th Floor,
                 New York, NY 10022-6017
cr              +Marcea Wolfe,   49 Rowland Street,   Wilkes-Barre, PA 18702-3518
cr              +Margaret L. Given,   c/o Julia M. Given,   432 Ednam Drive,   Charlottesville, VA 22903-4716
cr              +Maria Teresa Turner,   18479 Cattail Srping Drive,   Leesburg, VA 20176-6846
cr              +Marilyn N. Campbell,   9 Hastings Dr.,   Victor, ID 83455-5281
cr              +Marin Municipal Water District,   c/o Mary Casey,   220 Nellen Ave.,
                 Corte Madera, CA 94925-1169
cr              +Marion County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr              +Marion Gallati,   2086 Fir Street,   Wantagh, NY 11793-4132
cr              +Marius S. Tataru,   3530 Decatur St.,   Philadelphia, PA 19136-3009
intp            +Mark H. Turner,   18479 Cattail Spring Dr.,   Leesburg, VA 20176-6846
intp            +Mark Murdock,   25590 Noble Dr.,   Chesterfield, MI 48051-3262
cr              +Mark S. Stinde,   8704 Ponderosa Drive,   McKinney, TX 75070-8325
cr              +Marlon Mondragon,   23 Farley Drive,   West Haverstraw, NY 10993-1003
```

District/off: 0422-7        User: frenchs          Page 15 of 118         Date Rcvd: Jun 10, 2013
                           Form ID: redacttr       Total Noticed: 2030

```
cr          Marlton VF LLC,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA  23218-1998
cr         +Marsha Blanchette,   118 SW Merrimack Place,   Lake City, FL 32024-3837
cr         +Mary A. Garza,   3306 Fendall Ave.,   Richmond, VA 23222-2613
cr         +Mary Anne Hudspeth,   P.O. Box 11684,   Reno, NV 89510-1684
intp        Mary Ella Holm,   219 Nottingham Drive,   Lot 182,   Greenville, TX  75401-8319
cr         +Mary H. Stienemann,   Apt. B,   1037 Maiden Choice Ln.,   Baltimore, MD 21229-5339
intp       +Mary J. Radack,   14561 Legends Blvd., N 302,   Fort Myers, FL 33912-0364
cr         +Mary Restivo,   1109 Bristolwood Street,   Brandon, FL 33510-2606
cr         +Mary Riordan,   3216 Blackhawk Meadow Dr.,   Danville, CA 94506-5804
cr         +Maryland Acquisitions, LLC,   Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
             McLean, VA 22102-3833
cr         +Mayda Racines,   28 Payne Rd.,   Bethel, CT 06801-1239
cr         +Mayfair MDCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr         +Mayfair ORCC,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr         +McAlister Square Partners, Ltd.,   c/o William A. Gray, Esquire,
             Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
             Richmond, VA 23218-1998
intp       +McCandlish Holton, PC,   P.O. Box 796,   Richmond, VA 23218-0796
cr          McCorkendale Construction,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
             PO Box 1998,   Richmond, VA 23218-1998
cr         +McKinley, Inc.,   320 N. Main Street,   Suite 200,   Ann Arbor, MI 48104-1100
tee        +Media Solutions Holdings, LLC,   Downey Brand, LLP,   c/o Jamie Dreher,   621 Capitol Mall,
             18th Fl.,   Sacramento, CA 95814-4731
cr          Melanie J. Finch,   22056 Gilmore Street,   Woodland Hills, CA  91364-2338
cr         +Melissa Michelle Gillard,   9255 Tamarack Ave.,   Sun Valley, CA 91352-1324
cr         +Meridian Charter Township,   c/o Julie Brixie,   5151 Marsh Road,   Okemos, MI 48864-1198
cr          Metra Electronics Corporation,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
             Post Office Box 1998,   Richmond, VA 23218-1998
cr         +Metrocenter, LLC,   CRG Investments c/o Mark Cunningham,   223 East Strawberry Drive,
             Mill Valley, CA 94941-2506
cr         +MiTAC Digital Corp. (Magellan),   c/o Brandy Green,   471 El Camino Real,
             Santa Clara, CA 95050-4482
cr         +Mibarev Development I, LLC,   c/o Thyomas R Lynch,   Bradley Arant Boult Cummings LLP,
             1615 L Street, NW Suite 1350,   Washington, DC 20036-5668
cr         +Michael Alexander,   3313 Kensington Ave.,   Richmond, VA 23221-2303
cr         +Michael Beam,   5227 Scotsglen Drive,   Glen Allen, VA 23059-5533
unk        +Michael Cullen,   22 Gloucester Court,   Newington, CT 06111-4506
intp       +Michael Cullen,   22 Gloucester Ct,   Newington, CT 06111-4506
cr         +Michael D. Goode,   4537 Mockingbird Lane,   Maiden, NC 28650-8470
cr         +Michael Karpinski,   263 Bodega Drive,   Romeoville, IL 60446-3717
cr          Michael T. Chalifoux,   c/o Troutman Sanders LLP,   Richard E. Hagerty,
             1660 International Drive,   Suite 600,   McLean, VA  22102
cr         +Michelle Sifford,   c/o Jeremy S. Williams, Esq.,   Kutak Rock LLP,   1111 East Main Street,
             Suite 800,   Richmond, VA 23219-3521
cr          Mid-American Insulation, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
             PO Box 1998,   Richmond, VA 23218-1998
cr          Midwest Block & Brick, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, PC,
             PO Box 1998,   Richmond, VA 23218-1998
cr          Mikael Salovaara,   c/o Andrew Sherman, Esq.,   Sills Cummis & Gross P.C.,   One Riverfront Plaza,
             Newark, NJ  07102
intp       +Mike Radack,   26 Cornell St.,   Rochester, NY 14607-3102
cr         +Millman 2000 Charitable Trust,   2400 Cherry Creek Dr. South,   Suite 702,
             Denver, CO 80209-3261
cr         +Miner Fleet Management Group, Ltd.,   Ronald A. Page, Jr.,   Cantor Arkema, P.C.,   P.O. Box 561,
             Richmond, VA 23218-0561
cr         +Minnie B. Hatcher,   3200 Sally Circle,   Florence, SC 29501-9672
cr         +Missouri Attorney General's Office,   Jeff Klusmeier,   P.O. Box 899,
             Jefferson City, Mo 65102-0899
cr          Mitac USA Inc.,   c/o Matthew Rosencrans,   The Royal Bank of Scotland plc,
             600 Washington Blvd.,   Stamford, CT 06901-3726
cr         +Mitsubishi Digital Electronics America, Inc.,   c/o James A. Pardo, Jr.,   King & Spalding LLP,
             1180 Peachtree Street,   Atlanta, GA 30309-7525
cr         +Mitsubishi Electric & Electronics USA, Inc.,   c/o James A. Pardos, Jr.,   King & Spalding,
             1180 Peachtree Street,   Atlanta, GA 30309-3531
cr         +Mobile Edge,   c/o Steven M. Goodman,   1150 N. Miller Street,   Anaheim, CA 92806-2001
cr         +Modesto Irrigation District,   c/o Merle C. Meyers,   44 Montgomery Street,   Suite 1010,
             San Francisco, CA 94104-4612
cr          Monica Teplis,   John c. Pennington,   18 Yonah St.,   Helen, GA 30545-3120
cr          Monument Consulting, LLC,   Sands, Anderson, Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA  23218-1998
cr         +Mount Berry Square, LLC,   c/o Kevin M. Newman, Esq.,   308 Maltbie Street,   Suite 200,
             Syracuse, NY 13204-1444
cr         +Namsung America, Inc.,   250 International Pkwy Ste 230,   Heathrow, FL 32746-5045
cr         +Naomi Gant,   57 East Wyck Rd,   Decatur, GA 30032-6668
cr         +Naples Daily News,   % Receivable Management,   Services,   PO Box 5126,
             Timonium, MD 21094-5126
cr         +Natalia Hilton,   3525 Wheat Drive,   Beaumont, TX 77706-3028
```

District/off: 0422-7          User: frenchs          Page 16 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

cr          National A-1, Inc.,   c/o Hirschler Fleischer,   Robert S. Westermann, Esq.,
            2100 E. Cary Street,   P.O. Box 500,   Richmond, VA 23218-0500
cr         +Nevada Department of Taxation,   555 E. Washington Ave.,   Suite 3900,   Las Vegas, NV 89101-1068
cr          New Jersey Dept. Of Labor and Workforce Developmen,   Division of Employer Accounts,
            c/o Dominick Marchetti,   PO Box 379,   Trenton, NJ  08625-0379
cr          Newspaper Agency Co, Inc. d/b/a MediaOne of Utah,   Neil E. McCullagh,   Spotts Fain PC,
            Post Office Box 1555,   Richmond, VA 23218-1555
cr          Noelle Campbell,   6409 Morgan Drive,   Latta, SC  29565-5331
cr         +North Attleboro Marketplace II, LLC,   1414 Atwood Avenue,   Johnston, RI 02919-4839
cr          North Bergen Tonnelle Plaza, LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr         +North Plainfield VF LLC,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
            801 East Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +NorthMarq,   Emily J. Voss, Property Man.,   Suite 200,   3500 American Blvd. W.,
            Minneapolis, MN 55431-1096
cr         +Northglenn Retail, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,   Ste. 600,
            Richmond, VA 23219-2200
cr          Nyko Technologies, Inc.,   c/o W. Alexander Burnett,   1021 E. Cary Street,   P.O. Box 1320,
            Richmond, VA 23218-1320
cr         +OCI,   Scott Feraro/Kelly Laursen,   730 Second Avenue South,   Minneapolis, MN 55402-2449
cr         +OLP 6609 Grand, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr         +OLP CCAntioch, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr         +OLP CCFairview Heights, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr         +OLP CCFerguson, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr         +OLP CCFlorence, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
cr         +OLP CCSt.Louis, LLC,   60 Cuttermill Road,   Suite 303,   Great Neck, NY 11021-3104
tee        +ON Corp. USA, Inc. and ON Corp.,   Oldshan Grundman Frome,   65 East 55th Street,
            New York, NY 10022-3402
cr         +ONICS. LLC,   HSBC Bank USA NA,   VonWin,   Dept Ch 16354,   Palatine, IL 60055-0001
cr         +ORIX Capital Markets, LLC,   c/o Kristen Burgers,   Venable LLP,   8010 Towers Crescent Drive,
            Suite 300,   Vienna, VA 22182-2723
tor         Obis Corporation,   14756 Collections Center Drive,   Chicago, IL
cr          Office of Unemployment Compensation Tax Svcs.,   Dept. of Labor & Industry, Commonwealth,
            of PA, Reading Bankruptcy & Compl. Unit,   Attn: Timothy Bortz, UC Tax Agent,
            625 Cherry St. - Room 203,   Reading, PA  19602-1184
cr         +Okaloosa County Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         +Oklahoma County Treasurer,   c/o Tammy Jones,   320 Robert S. Kerr,   Room 307,
            Oklahoma City, OK 73102-3441
cr         +Omar Tawil,   7 Merrill Hill,   Ladera Ranch, CA 92694-0551
cr          OmniMount Systems, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
            801 E. Main Street, 18th Fl,   PO Box 1998,   Richmond, VA  23218-1998
cr         +Oracle USA, Inc.,   Buchalter Nemer,   Shawn M. Christianson,   333 Market St., 25th Fl.,
            San Francisco, CA 94105-2126
cr          Orange County California Treasurer-Tax Collector,   Laurie A. Shade, Esq.,
            Office of the County Counsel,   10 Civic Center Plaza, 4th Floor,   P.O. Box 1379,
            Santa Ana, CA  92702-1379
cr         +Orange County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, VA 23218-1320
cr         +Orange Grove Apartments LLC dba Camelback Center P,   c/o Valerie L. Marciano, Esq.,
            Jaburg & Wilk, PC,   3200 North Central Ave., #2000,   Phoenix, AZ 85012-2463
cr         +Osceola County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
            Richmond, VA 23218-1320
cr         +Osceola County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr         +PA Depart of Revenue Commonwealth of Pennsylvania,   564 Forbes Avenue,   Manor Building,
            Pittsburgh, PA 15219-2908
cr          PPL Electric Utilities Corporation,   c/o Michael A. Henry,   33 S. 7th Street,   PO Box 4060,
            Allentown, PA  18105-4060
cr         +PULASKI COUNTY TREASURER,   ATTN: MS. CHASITITY SCIFRES,   POST OFFICE BOX 430,
            LITTLE ROCK, AR 72203-0430
cr         +Pal Transport Inc.,   54834 Pine Street,   New Baltimore, MI 48047-5554
cr         +Pan Am Equities,   c/o David A. Greer PLC,   500 East Main St Ste 1225,   Norfolk, VA 23510-2274
cr         +Panattoni Construction Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-0001
cr         +Panattoni Development Company, Inc. as Agent for C,   David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr         +Panattoni Development Company, Inc. as Agent for E,   David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr         +Panattoni Development Company, Inc. as Agent for V,   David K. Spiro, Esquire,
            Neil E. McCullagh, Esquire,   Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr         +Paramount Home Entertainment Inc,   c/o Susan R Podolsky,   1800 Diagonal Road,   Suite 600,
            Alexandria, VA 22314-2840
cr         +Pasadena Independent School District,   c/o Dexter D. Joyner,   Law Office of Dexter D. Joyner,
            4701 Preston Avenue,   Pasadena, TX 77505-2050
cr          Patricia A. Bean,   11734 Chisholm Trail,   Victorville, CA  92392-9277
cr         +Patricia Ann Scott,   8224 Pilgrim Terrace,   Henrico, VA 23227-1666
cr          Patricia C. Giordano,   760 Durham Road,   Pineville, PA  18946
cr         +Patricia Johnson,   2680 Bellhurst Drive,   Dunedin, FL 34698-6501
cr         +Patricia L. Adams,   c/o Nancy A. Darling,   713 E. Boston Street,   Broekn Arrow, OK 74012-7280
cr         +Patricia Shapiro,   3662 Mountcles Blvd.,   Thousand Oaks, CA 91360-2642
cr          Patrick Gerald Kennedy,   PO Box 280281,   Northridge, CA  91328-0281

```
cr           +Patrick J. Manzi,   c/o Rob Levine & Associates,    544 Douglas Avenue,
              Providence, RI 02908-2557
cr           +Patriot disposal Co., Inc,   2208 Plainfield Pike,   Johnston, RI 02919-5717
cr           +Patty Burrell,   4536 McClelland Court,   Baton Rouge, LA 70805-4664
intp         +Paul Schaapman,   c/o Sands Anderson Marks & Miller, PC,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr           +Pauline B. Griskey,   88 Pine Grove Ave.,   Summit, NJ 07901-2465
cr           +Pelkar Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
cr           +Performance Printing Corporation,   Attn:  John T. White, Pres.,   2929 Stemmons,
              Dallas, TX 75247-6102
cr           +Peter M. Greens,   14306 Post Mill Drive,   Midlothian, VA 23113-3795
cr           +Peter Weedfald,   c/o Spotts Fain PC,   P.O. Box 1555,   Richmond, VA 23218-1555
cr            Philip S. Allen,   40454 Regatta Drive,   Discovery Bay, CA  94505
cr           +Photoco, Inc.,   30305 Solon Road,   Solon, OH 44139-3413
intp         +Phyllis M Pearson,   c/o Sands Anderson Marks & Miller, P.C.,   P.O. Box 1998,
              Richmond, VA 23218-1998
cr           +Pima County,   Pima County, Arizona,   c/o Pima County Attorney's Office,
              32 N. Stone Ave., Ste. 2100,   Tucson, AZ 85701-1458
cr           +Pinnellas County, Florida,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr           +Pintar Investment Properties TX, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
              Richmond, VA 23219-2200
cr           +Placer California,   c/o Martha E. Romero,   BMR Professional Building,   6516 Bright Ave,
              Whittier, CA 90601-4503
cr           +Plasti-Cart, Inc.,   17400 Malyn Blvd.,   Fraser, MI 48026-1685
cr           +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
              Leesburg, VA 20175-3614
cr           +Polaris Circuit City, LLC,   8800 Lyra Drive, Suite 550,   Attn:  Franz A. Geiger,
              Columbus, OH 43240-2107
cr           +Polk County Florida Tax Collector,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
              Richmond, Va 23218-1320
cr           +Pop's Cosmic Counters, Inc.,   PO Box 1138,   Greenville, TX  75403-1138
cr           +Pops Cosmic Counters, Inc.,   PO Box 960,   Greenville, TX  75403-0960
cr           +Port Arthur Holdings, III, Ltd.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
              1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr           +Portland Investment Company of America,   c/o Katten Muchin Rosenman LLP,
              2029 Century Park East,   Suite 2600,   Los Angeles, CA 90067-3012
cr           +PrattCenter, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
              801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr            Premier Contracting, Inc.,   c/o William A. Gray, Esq.,   Sands Anderson Marks & Miller, PC,
              PO Box 1998,   Richmond, VA 23218-1998
cr           #+Premier Mounts,   3130 E. Miraloma Ave.,   Anaheim, CA 92806-1906
cr           +Premier Resources,   7905A,   Cessna Avenue,   Gaithersburg, MD 20879-4120
cr           +PrimeShares,   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr           +Primeshares (212-889-9700),   261 Fifth Avenue,   22nd Floor,   New York, NY 10016-7701
cr           +Prince George's County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   Berkshire Building,
              6801 Kenilworth Avenue, Suite 400,   Riverdale Park, MD  20737-1385
cr           +Prosite Business Solutions, LLC,   c/o Spotts Fain PC,   411 E. Franklin Street,   Suite 600,
              Richmond, VA 23219-2200
cr           +Prudential Insurance Company of America,   c/o Katten Muchin Rosenman LLP,
              2029 Century Park East,   Suite 2600,   Los Angeles, CA 90067-3012
cr            PuntoAparte Communications, Inc.,   Attn:  Orlando J. Salichs,   PO Box 9066636,
              San Juan,   00906-6636,   PUERTO RICO
cr           +RBS Business Capital,   c/o Sands Anderson PC,   1111 E Main Street,   Suite 2400,   PO Box 1998,
              Richmond, VA 23218-1998
cr           +RJ Ventures LLC, K&G Dearborn LLC,   c/o Jess R Bressi Esq,
              Luce,Forward, Hamilton & Scripps, LLC,   2050 Main Street, Suite 600,   Irvine, CA 92614-8261
cr           +RLV Village Plaza, LP,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
cr           +RREEF Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
              Suite 2600,   Los Angeles, CA 90067-3012
cr            RTS Marketing, Inc.,   c/o Michael P. Falzone, Esq.,   Hirschler Fleischer PC,   P.O. Box 500,
              Richmond, VA  23218-0500
cr           +Ramco JW, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
cr           +Ramco West Oaks 1, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
cr           +Raymond & Main Retail, LLC,   David K. Spiro, Esquire,   Neil E. McCullagh, Esq.,
              Cantor Arkema, P.C.,   P.O. Box 561,   Richmond, VA 23218-0561
cr           +Raymond E. Keller,   9537 W Oak Ridge Dr.,   Sun City, AZ 85351-2042
cr           +Raymond Silverstein, Trustee,   c/o The Goodman Group,   131A Gaither Dr.,
              Mt. Laurel, NJ 08054-1709
cr           +Rebecca Hylton DeCamps,   c/o Lisa Taylor Hudson,   Sands Anderson Marks & Miller, P.C.,
              PO Box 1998,   801 E. Main Street, Ste 1800,   Richmond, VA 23219-2906
cr           +Rebecca Peterson,   6510 Charles Court,   Legacy Oaks,   Macungie, PA 18062-8970
cr           +Rebs Muskegon, LLC,   c/o Paul K. Campsen,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
cr           +Regina J. Cody,   8406 Snowden Oaks Place,   Laurel, MD 20708-2302
cr            Remount Road Associates Limited Partnership,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
              P.O. Box 500,   Richmond, VA  23218-0500
```

```
cr      +Rende, Ryan & Downes, LLP,   c/o Christopher J. Whitton,   202 Mamaroneck Ave.,
         White Plains, NY 10601-5308
tee     +Retail Property Group, Inc.,   c/o John R. Ortega,   101 Plaza Real South,   Suite 200,
         Boca Raton, FL 33432-4856
cr      +Reverend Dwayne Funches,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
         P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr      +Rhonda S. Johnson,   834 Crosshill Rd.,   Danville, KY 40422-1135
cr      +Richard Daly,   8621 Basswood Rd. No. 33,   Eden Prarie, MN 55344-4177
cr      +Richard G. Griskey,   88 Pine Grove Avenue,   Summit, NJ 07901-2465
cr       Richard Grande,   c/o William A. Gray, Esq.,   Post Office Box 1998,   Richmond, VA 23218-1998
cr      +Richard Kreuger,   c/o William D. Bayliss, Esquire,   Williams Mullen, PC,
         1021 East Cary Street,   17th floor,   Richmond, VA 23219-4000
cr      +Richard L. Schurz,   12117 Jamieson Pl,   Glen Allen, VA 23059-5386
cr      +Richard L. Sharp,   c/o Troutman Sanders,   1660 International Drive,   Suite 600,
         McLean, VA 22102-4877
cr      +Richard S. Birnbaum,   c/o Troutman Sanders,   1660 International Drive,   Suite 600,
         McLean, VA 22102-4877
cr      +Richard Salon,   1350 Autumn Breeze Dr.,   Oilville, VA 23129-2116
cr       Richard Smith,   5904 Forest Rd.,   Cheverly, MD  20785-2946
cr      +Richard Stevens,   221 West 82nd Street,   New York, NY 10024-5406
cr       Richard T. Miller,   Neil E. McCullagh,   Spotts Fain PC,   Post Office Box 1555,
         Richmond, VA  23218-1555
cr      +Ricmac Equities Corporation,   430-440 Plainview Road,   Hicksville, NY 11801-4372
cr      +Rio Associates Limited Partnership,   c/o David D. Hopper, Esquire,   4551 Cox Road, Suite 210,
         P. O. Box 3059,   Glen Allen, VA  23058-3059
cr      +Ritz Motel Company,   6735 Telegraph Road,   Suite 110,   Bloomfield Hills, MI  48301-3143
cr      +Riverside County California,   California Taxing Authority,   c/o Martha E. Romero,
         Romero Law Firm,   6516 Bright Avenue,   Whittier, CA 90601-4503
cr      +Riverside, California,   c/o Martha E. Romero,   6516 Bright Ave,   Whittier, CA 90601-4503
cr      +Rob Subetto,   1063 Mosser Road,   Apt N-205,   Breinigsville, PA 18031-1385
cr      +Robert A. Koenig,   PO Box 41,   Manchester, NH 03105-0041
cr      +Robert E. Bruce,   1791 Hwy 101 N,   Greer, SC 29651-5659
cr      +Robert E. Greenberg Gateway Woodside, Inc.,   Friedlander Misler, PLLC,   1101 17th Street, NW,
         Suite 700,   Washington, DC 20036-4741
cr       Robert E. Kniesche,   179 Shelby Drive,   Newport News, VA  23608-2544
cr      +Robert E. Marshall,   c/o George J. Cosenza,   PO Box 4,   515 Market Street,
         Parkersburg, WV 26101-5170
cr      +Robert E. Marshall,   c/o George J. Cosenza,   515 Market Street,   PO Box 4,
         Parkersburg, WV 26102-0004
cr      +Robert F. Koesel,   11261 Scenic View Lane,   Orlando, FL 32821-7902
cr      +Robert Gentry,   Righetti Law Firm, P.C.,   456 Montgomery St.,   1400,
         San Francisco, CA 94104-1247
cr      +Robert J. Appleby,   14320 Winter Ridge Lane,   Midlothian, VA 23113-6709
cr       Robert L Miller, Jr.,   62101 Queen Mary Ct,   Brandon, MS  39042-2578
cr      +Robert M. Sayen,   6536 Kindred St.,   Philadelphia, PA 19149-2812
cr      +Robert S. Kuna,   1041 Sackettsford Road,   Inyland, PA 18974-1233
cr      +Robert Witenberg,   6307 Sanford,   Houston, TX 77096-5730
cr      +Roland Finch,   6179 Palomino Dr.,   Allentown, PA 18106-3618
cr      +Rose Ann Janis,   5005 Amberwood Drive,   Glen Allen, VA 23059-7530
cr      +Roto-Rooter,   PO Box 2222,   South Burlington, VT 05407-2222
cr      +Russell Joly,   5318 Woodston Court,   Louisa, VA 23093-2038
cr      +Rusty Santangelo,   P.O. Box 536423,   Orlando, FL  32853-6423
cr      +S&S Industrial Maintenance Supply Inc.,   c/o Stephen Sandrow,   PO Box 69,
         Marlton, NJ 08053-0069
cr      +S.A. Comunale Co., Inc.,   2900 Newpark Drive,   Barberton, OH 44203-1050
cr      +SAP Retail Inc. and Business Objects,   c/o Brown & Connery LLP,   Attn: Donald K. Ludman,
         6 North Broad Street,   Suite 100,   Woodbury, NJ 08096-4635
cr       SEA Properties I, LLC,   c/o Clement & Wheatley,   ATTN.:  Darren W. Bentley, Esq.,
         P. O. Box 8200,   Danville, VA  24543-8200
cr      +Sacco of Maine, LLC,   Young, Goldman & Van Beek, P.C.,   c/o John P. Van Beek, Esq.,
         510 King Street, Suite 416,   Alexandria, VA 22314-3142
cr      +Safeway Inc.,   Gary & Regenhardt, PLLC,   8500 Leesburg Pike,   Suite 7000,
         Vienna, VA 22182-2498
intp    +Salem Rockingham LLC,   c/o The MEG Companies,   25 Orchard View Drive,
         Londonderry, NH 03053-3366,   UNITED STATES
cr      +Samsung Electronics America, Inc.,   c/o Akerman Senterfitt,   8100 Boone Blvd., Suite 700,
         Vienna, VA 22182-2683
cr      +Sangertown Square, L.L.C.,   c/o Menter, Rudin & Trivelpiece, P.C.,
         Attn: Kevin M. Newman, Esq.,   308 Maltbie Street, Suite 200,   Syracuse, NY 13204-1439,
         U.S.A.
intp    +Sarah Harris,   6386 Wedgewood Road,   Mechanicsville, VA 23111-4614
cr      +Satchidananda Mims,   PO Box 19304,   Oakland, CA 94619-0304
cr      +Satellite Express International,   c/o Gary Kabrosky,   426 West 46th Street,   Suite 1-B,
         New York, NY 10036-3599
cr      +Saul Holdings Limited Partnership,   c/o Stephen A. Metz, Esquire,
         Shulman Rogers Gandal Pordy & Ecker, PA,   11921 Rockville Pike, 3rd Floor,
         Rockville, MD 20852-2737
cr      +Save Mart Supermarkets,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr       Schneider National Inc.,   P.O. Box 2545,   Green Bay, WI  54306-2545
```

```
cr          +Schottenstein Property Group, Inc.,   c/o Loc Pfeiffer, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Scott & Barb Bergman,   410 S. Joliet St.,   Kennewick,, WA 99336-9437
cr          +Scott D. Mainwaring,   5608 Belstead Ln,   Glen Allen, VA 23059-7113
cr          +Scott Warren,   10816 1/2 Blix Street,   N. Hollywood, CA 91602-1353
cr           Sensormatic Electronic Corporation,   c/o William A. Gray, Esq.,
             Sands, Anderson, Marks & Miller, PC,   801 E. Main Street, 18th Fl,   PO Box 1998,
             Richmond, VA  23218-1998
cr          +Shahnaz Dastanpour,   PO Box 161,   Lake Forest, CA 92609-0161
intp        #+Sharon Joyce Savary,   2612 Kirkland Rd.,   Dover, FL 33527-3413
cr          +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   575 Underhill Blvd,
             Syosset, NY 11791-3426
cr          +Sharpe Partners, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +Sheila A. Jordan,   1 Snells Way,   West Bridgewater, MA 02379-1019
cr          +Sheila Lewis,   128 N. Beech Ave.,   Highland Springs, VA 23075-1408
cr          +Shelby Properties TX, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +Sheryl A. Borger,   31654 Lynne Drive,   Rockwood, MI 48173-1029
cr          +Shirley A. Munselle,   805 Lisa Street,   Burleson, TX 76028-6489
cr          +Shopping.com, Inc.,   c/o Michael A. Condyles, Esq.,   Kutak Rock LLP,   1111 East Main Street,
             Suite 800,   Richmond, VA 23219-3521
cr          +Sie Ling Chiang,   13503 Point Pleasant Dr.,   Chantilly, VA 20151-2442
cr          +Simon Property Group, Inc.,   Attn: Ronald M. Tucker, Esq.,   225 W. Washington Street,
             Indianapolis, IN 46204-3438
cr          +SimpleTech by Hitachi Global Storage Technologies,   3403 Yerba Buena Road,
             c/o Chelse A. Ferrero.Sr.,   San Jose, CA 95135-1500
cr          +Sir Barton Place, LLC,   2517 Sir Barton Way,   Suite 210,   Lexington, KY 40509-2275
cr          +Snagajob.com,   4800 Cox Road, Ste 200,   Glen Allen, VA 23060-6292
cr          +Snell Acoustics, Inc.,   c/o William A. Gray, Esquire,   Sands Anderson Marks & Miller, P.C.,
             Post Office Box 1998,   Richmond, VA 23218-1998
cr          +Snohomish County Treasurer,   c/o Kirke Sievers,   3000 Rockefeller Plaza,
             Everett, WA 98201-4060
cr          +Sony Electronics, Inc.,   c/o Peter J. Barrett, Esquire,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +South Carolina Electric & Gas Company,   c/o Spotts Fain PC,   P.O. Box 1555,
             Richmond, VA 23218-1555
cr          +SouthPeak Interactive, LLC,   2900 Polo Parkway, Suite 200,   Midlothian, VA 23113-1423
cr           Southland Acquisitions, LLC,   c/o Thomas G. King / DS Holmgren,   Kreis, Enderle, et al,
             PO Box 4010,   Kalamazoo, MI  49003-4010
cr          +Southroads, L.L.C.,   Troutman Sanders LLP,   1660 International Drive,   Suite 600,
             McLean, VA 22102-4877
cr           Spring Hill Development Partners, GP,   Hirschler Fleischer, PC,   c/o Michael P. Falzone, Esq.,
             P.O. Box 500,   Richmond, VA  23218-0500
cr          +St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, PC,   (Brandywine/CircuitCity),
             Baltimore, MD  21284
cr          +Staples The Office Superstore East, Inc.,   c/o John A. Howell,   1666 K Street, NW,
             Washington, DC 20006-2801
cr           Star Universal, LLC,   Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr           State Board of Equalization,   State of California,   450 N Street, MIC:55,   PO Box 942879,
             Sacramento, CA  94279-0055
cr          +State of Connecticut, Departments of Labor and Rev,   Office of the Attorney General,
             55 Elm Street,   Hartford, CT 06106-1746
cr           State of Maine, Treasurer,   6 State House Station,   Augusta, ME  04430-0006
cr          +State of Michigan, Department of Treasury,   Cadillac Place,   3030 W. Grand Blvd., Ste. 10-200,
             Detroit, MI 48202-6030,   US
cr           State of New Jersey, Division of Taxation,   Attorney General of New Jersey,
             R.J. Hughes Justice Complex,   25 Market St., POB 106,   Trenton, NJ  08625-0106
cr           State of Wisconsin - Office of the State Treasurer,   P. O. Box 7857,   Madison, WI  53707-7857
cr           State of Wisconsin, Department of Revenue,   2135 Rimrock Rd.,   PO Box 8901,
             Madison, WI  53708-8901
cr          +Station Landing LLC,   c/o William A. Gray,   Sands Anderson PC,   1111 E Main St,   Ste 2400,
             Richmond, VA 23219-0003
unk         +Stephanie Krajchir,   LAPD - Topanga Area,   Los Angeles Police Dept.,   PO Box 30158,
             Los Angeles, CA 90030-0158
cr          +Steve Nicholson,   713 Cannon Road,   Glen Gardner, NJ 08826-3027
cr          +Steve Saunders,   2931 Royal Virginia Crt.,   Louisa, VA 23093-2242
cr          +Steven E. Jackson,   60 Palatine # 101,   Irvine, CA 92612-5640
intp        +Steven Ivester,   c/o Christopher L. Perkins,   LeClairRyan,   Riverfront Plaza, East Tower,
             951 East Byrd Street,   Richmond, VA 23219-4040
cr          +Stillwater Designs and Audio, Inc.,   attn: Kim Wright,   3100 North Husband,
             Stillwater, OK 74075-2516
cr          +Suez Energy Resources,   1990 Post Oak Blvd,   Suite 1900,   Houston, TX 77056-3831
cr          +Susan Grace Stickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan Grace Strickland,   2640 Saturn Street,   Harvey, LA 70058-2922
cr          +Susan M. Allen,   PO Box 1252,   Ft. Belvoir, VA 22060-0952
cr          +Suzanne Laxson,   P.O. Box 621,   Franktown, CO 80116-0621
cr          +Swire Coca-Cola, USA,   12634 South 265 West,   Draper, UT 84020-7931
cr          +Syed Asrar Naqvi,   3720 Westwood Blvd., Apt. #7,   Los Angeles, CA 90034-6716
```

```
cr          +Symantec Corp,   c/o Rafael X. Zahraldin-Aravena,   Elliott Greenleaf,
             1000 West Street, Suite 1440,   Wilmington, DE 19801-1051
cr           T. J. Maxx of CA, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA  23218-1998
cr          +TARGUS, INC.,   Lawrence J. Hilton, Esq.,   HEWITT & O'NEIL LLP,   19900 MacArthur Blvd,
             Suite 1050,   Irvine, CA 92612-8414
cr        +++TASLER PALLET, INC.,   ATTN: LEWIS OLSON, CRED MNGR,   9196 PEANUT RD,
             MARIETTA OK  73448-7282
             (address filed with court: Tasler Pallet, Inc.,   Attn: Lewis Olson, Cred Mngr,
             H.C. 73  Box 11,   Marietta, OK  73448)
tee         +TFL Enterprises,   980 North Michigan Ave,   Suite 920,   Chicago, IL 60611-4554
intp        +THQ, Inc.,   c/o David M. Poitras, P.C.,   Jeffer, Mangels, Butler & Marmaro LLP,
             1900 Ave. of the Stars, 7th Fl.,   Los Angeles, CA 90067-4308
cr          +TI PI Texas, LLC,   c/o Spotts Fain PC,   411 E. Franklin St.,,   Ste. 600,
             Richmond, VA 23219-2200
cr          +TMT Development Company, Inc.,   Attn: Jill Hollowell,   805 SW Broadway, Ste. 2020,
             Portland, OR 97205-3360
cr          +TSA Stores, Inc.,   c/o John P. Van Beek, Esq.,   510 King Street,   Suite 416,
             Alexandria, VA 22314-3132
cr           Tamrac, Inc.,   c/o William A. Gray, Esq,   Sands Anderson Marks & Miller, PC,
             Post Office Box 1998,   Richmond, VA  23218-1998
cr          +Tanden A. Kibby,   8518 Quail Hollow Blvd.,   Wesley Chapel, FL 33544-2042
cr          +Taubman Landlords,   c/o The Taubman Company,   Attn. Andrew S. Conway,   200 East Long Lake Road,
             Suite 300,   Bloomfield Hills, MI 48304-2324
cr          +Tax Collector of Sacramento County,   700 H Street, Suite 1710,   Sacramento, CA 95814-1298
cr          +Tennessee Dept. Of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
             POB 20207,   Nashville, TN 37202-4015
cr          +Terrell A. Woods,   5724 Sullivan Point Dr.,   Powder Springs, GA 30127-8454
cr           The Cafaro Northwest Partnership, dba South Hill M,   c/o Sheila deLa Cruz, Esq.,
             Hirschler Fleischer PC,   P.O. Box 500,   Richmond, VA  23218-0500
tee         +The Insurance Company of the State of Pennsylvania,   c/o Silverman Acampora, LLP,
             100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
cr           The Irvine Company,   Bewley, Lassleben & Miller, LLP,   13215 E. Penn Street,   Suite 510,
             Whittier, CA  90602-1797
cr          +The Landing at Arbor Place II, LLC,   c/o Kimberly A. Pierro,   Kutak Rock LLP,
             1111 East Main Street, Suite 800,   Richmond, VA 23219-3521
cr          +The Macerich Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
             Los Angeles, CA 90067-3012
cr          +The Marketplace of Rochester Hills Parcel B, LLC,   c/o John D. McIntyre,
             Willcox & Savage, P.C.,   One Commercial Place, Suite 1800,   Norfolk, Va 23510-2115
cr          +The Marvin L. Oates Trust,   Trainor Fairbrook,   c/o Nancy Hotchkiss,   980 Fulton Ave.,
             Sacramento, CA 95825-4558
cr          +The Marvin L. Oates Trust,   c/o Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,
             Sacramento, CA 95825-4558
cr          +The McClatchy Company,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
             Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
tee         +The National Union Fire Insurance Company of Pitts,   c/o Silverman Acampora, LLP,
             100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
cr          +The New York City Dept. of Finance,   The City of New York Law Department,
             c/o Gabriela P. Cacuci,   Assistant Corporation Counsel,   100 Church Street,
             New York, NY 10007-2668
cr          +The Seaport Group LLC,   360 Madison Avenue,   New York, NY 10017-7138
cr          +The Shoppes of Beavercreek Ltd.,   c/o Kimberly A. Pierro, Esq.,   Kutak Rock LLP,
             1111 East Main Street,   Suite 800,   Richmond, VA 23219-3521
cr          +The Stop & Shop Supermarket Company LLC,   c/o Sands Anderson Marks & Miller, P.C.,
             P/O. Box 1998,   Richmond, VA 23218-1998
cr          +The West Campus Square Co LLC,   C/O DOLMAR INC,   433 N CAMDEN DR,   STE 500,
             BEVERLY HILLS, CA 90210-4443
cr          +Thomas Fox,   47 Bridgewater Rd.,   New Milford, CT 06776-3736
cr          +Thomas Gibson,   66 Athens St.,   San Francisco, CA 94112-1602
cr          +Thomas Tecza,   11700 Wembley Dr.,   Huntley, IL 60142-6309
cr          +Thomas, Inc.,   101 West 103rd Street,   Indianapolis, IN 46290-1102
cr          +Thomson, Inc.,   101 West 103rd St.,   Indianapolis, IN 46290-1088
cr          +TiVo Inc.,   c/o Zemanian Law Group,   150 Boush Street, Suite 150,   Norfolk, VA 23510-1626
cr          +TomTom, Inc.,   c/o Nixon Peabody LLP,   Attn: Dennis J. Drebsky,   437 Madison Ave.,
             New York, NY 10022-7039
cr          +Tomesha Washington,   104 Amber Stone,   Jacksonville, NC 28546-9448
cr           Tony F. Esposito,   76 Coquina Ridge Way,   Ormond Beach, FL  32174-1816
cr          +Torrington Tripletts, LLC,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,   Richmond, Va 23218-1320
cr          +Toshiba America Consumer Products, L.L.C.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Toshiba America Information Systems, Inc.,   Leitess Leitess Friedberg + Fedder PC,
             One Corporate Center,   10451 Mill Run Circle, Suite 1000,   Owings Mills, MD 21117-5519
cr          +Toshiba American Information Systems Inc,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr          +Touchpoint Retail Design, Inc.,   Attn: Debby Prudhomme,   118 E. 26th St., Ste. 300,
             Minneapolis, MN 55404-4352
cr          +Towson VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
             801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
```

```
cr            +Trader Joe's East, Inc.,   Law Office of Eugene M. Magier,   687 Highland Ave.,   Suite 1,
               Needham, MA 02494-2232
cr            +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002
cr           #+Tritronics, Inc.,   c/o Ronald S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
               300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr            +Tuscaloosa County Tax Collector,   Attn: Peyton C. Cochrane,   124 Courthouse,
               714 Greensboro Ave.,   Tuscaloosa, AL 35401-1864
cr            +Ty Holbrook,   5915 Crockett,   Lumberton, TX 77657-7833
cr            +Tysons 3, LLC,   c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,
               2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424,   UNITED STATES
cr            +U.S. Department of Labor,Employee Benefits Securit,   1335 East-West Highway,   Suite 200,
               Silver Springs, MD 20910-6253
cr            +UPS Ground Freight, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
               500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr           #+US Debt Recovery III, LP,   940 Southwood Blvd.,   Suite 101,   Incline Village, NV 89451-7401
cr           #+US Debt Recovery IV, LLC,   940 Southwood Blvd, Suite 101,   Incline Village, NV 89451-7401
cr           #+US Debt Recovery V, LP,   940 Southwood Blvd, Suite 101,   Incline Village, NV 89451-7401
cr           #+US Debt Recovery X, LLC,   US Debt Recovery X, LLC,   940 Southwood Blvd,   Suite 101,
               Incline Village, NV 89451-7401
cr           #+US Debt Recovery X, LP,   US Debt Recovery X, LP,   940 Southwood Blvd,   Suite 101,
               Incline Village, NV 89451-7401
cr           #+US Debt Recovery XI, LP,   940 Southwood Blvd,   Suite 101,   Incline Village, NV 89451-7401
cr           #+US Debt Recovery, LLC,   940 Southwood Blvd.,   Suite 101,   Incline Village, NV 89451-7401
cr            +UTC I, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
               P.O. Box 1998,   801 E. Main Street, Suite 1800,   Richmond, VA 23219-2906
cr             Ultmost Technology Corporation,   4F, No. 52, Ming Chuang Rd.,   Taiwan, R.O.C.
cr            +United Parcel Service, Inc.,   c/o Christopher Combest,   Quarles & Brady LLP,
               500 W. Madison Street,   Suite 3700,   Chicago, IL 60661-4591
cr           #+United States Debt Recovery, LLC,   c/o Nathan E. Jones,   PO Box 5241,
               Incline Village, NV 89450-5241
intp          +United States Environmental Protection Agency,   Office of General Counsel,
               U.S. EPA Mailcode 2377R,   1300 Pennsylvania Ave., NW,   Washington, DC 20004-3002
cr           #+Us Debt Recovery VIII, L.P.,   US Debt Recovery VIII, L.P.,   940 Southwood Blvd,   Suite 101,
               Incline Village, NV 89451-7401
cr           ++VIVIAN JIN ITOUCHLESS HOUSEWARES & PRODUCTS INC,   777 MARINERS ISLAND BLVD SUITE 125,
               SAN MATEO CA 94404-1584
               (address filed with court:  iTouchless Housewares and Products, Inc.,
               551 Foster City Blvd., Unit M,   Foster City, CA  94404)
cr            +VNO Mundy Street, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
               801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr            +VNO TRU Dale Mabry, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
               801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr            +Vadim Rylov,   Righetti Glugoski, P.C.,   456 Montgomery Street,   #1400,
               San Francisco, CA 94104-1247
cr            +Valley Corners Shopping Center, LLC,   c/o Lisa Taylor Hudson, Esquire,
               Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
               Richmond, VA 23218-1998
cr           #+Vance Baldwin, Inc.,   c/o Robert S. Gellert,   Eckert Seamans Cherin & Mellott, LLC,
               300 Delaware Avenue, Suite 1210,   Wilmington, DE 19801-1670
cr             Vertis, Inc.,   c/o Sheila deLa Cruz,   Hirschler Fleischer PC,   P.O. Box 500,
               Richmond, VA 23218-0500
cr            +Victoria G. Moore,   1306 Elmshadow Drive,   Richmond, VA 23231-4727
cr           #+Victoria L. Eastwood,   3919 Southwinds Place,   Glen Allen, VA 23059-2633
cr            +Village of Mt. Pleasant,   c/o John G. Shannon,   7200 Washington Ave, Ste 102,
               Racine, WI 53406-6516
cr            +Virgil S. Lynn,   820 Stratford Run Dr.,   Fort Mill, SC 29708-5701
cr            +Virginia V. Phillips,   344 Sassafras Road,   Baltimore, MD 21221-3023
cr             Vizio, Inc.,   c/o Joseph A. Eisenberg, PC,   1900 Avenue of the Stars,   7th Floor,
               Los Angeles, CA  90067-4308
               Vornado Caguas LP,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
               801 E. Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA 23218-1998
cr             Vornado Finance, LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
               801 East Main Street, Suite 1800,   Post Office Box 1998,   Richmond, VA  23218-1998
cr            +Vornado Gun Hill Road, LLC,   c/o Lisa Taylor Hudson, Esquire,
               Sands Anderson Marks & Miller, P.C.,   801 E. Main Street, Suite 1800,   P.O. Box 1998,
               Richmond, VA 23218-1998
mvnt          +Vornado Realty Trust,   210 Route 4 East,   Paramus, NJ 07652-5108
cr            +WCC Properties,   Alteld & Battaile, PC,   250 North Meyer Ave.,   Tucson, AZ 85701-1047
cr            +WEC 96D Niles Investment Trust,   c/o Goldman & Van Beek,   510 King Street, Suite 416,
               Alexandria, VA 22314-3132
cr            +WINK TV-Fort Myers Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr            +WPBF,   Szabo,   c/o Jennifer Toolan,   3355 Lenox Road N.E.,   9th Floor,
               Atlanta, GA 30326-1395
cr            +WXCW TV Sun Broadcasting,   2824 Palm Beach Blvd,   Fort Myers, FL 33916-1503
cr            +Wake County Revenue Director,   c/o Marcus Kinrade,   PO Box 550,   Raleigh, NC 27602-0550
               Walnut Capital Partners - Lincoln Place L.P.,   c/o Midtown Acquisitions,
               65 Easat 55th Street, 20th Floor,   New York, NY  10022
cr            +Walter Swain,   756 Granite Ridge Dr.,   Fort Worth, TX 76179-7332
cr            +Washington Corner, LP,   c/o Jeffrey J. Graham,   Taft Stettinius & Hollister LLP,
               One Indiana Square, Suite 3500,   Indianapolis, IN 46204-2023
```

```
cr          Washington State Taxing Agencies,   c/o Office of the Attorney General,
            Bankruptcy & Collections Unit,   800 Fifth Ave, Ste 2000,   Seattle, WA  98104-3188
cr         +Watercress Associates, LP, LLP dba Pearlridge Cent,   c/o Douglas D. Kappler, Esq.,
            Robinson, Diamant & Wolkowitz, APC,   1888 Century Park East,   Suite 1500,
            Los Angeles, CA 90067-1719
cr         +Watt Management Company,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,   Suite 2600,
            Los Angeles, CA 90067-3012
cr         +Wayne VF LLC,   c/o Lisa Taylor Hudson, Esquire,   Sands Anderson Marks & Miller, P.C.,
            801 E. Main Street, Suite 1800,   P.O. Box 1998,   Richmond, VA 23218-1998
cr         +Wendy T. Housden,   10100 Ridge Run Road,   Chesterfield, VA 23832-7100
cr         +Westgate Village, LP,   c/o Heather D. Dawson,   Kitchens Kelley Gaynes, P.C.,
            Eleven Piedmont Center, Suite 900,   3495 Piedmont Rd. N.E.,   Atlanta, GA 30305-1717
cr         +Westlake Limited Partnership,   406 SW Washington Street,   Peoria, IL 61602-1503
cr         +Westlake Limited Partnership,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-0001
cr         +Weston Deese,   c/o Tina Deese,   3315 Heights Ravenna Rd.,   Muskegon, MI 49444-4109
cr          White-Spunner Construction, Inc.,   2010 W 165 Service Road South,   Mobile, AL  36693
cr         +Willard Mark Elliott,   49622 Woodland Dr.,   East Liverpool, OH 43920-8979
cr         +William F. Harmon,   2425 Sage Road,   # 26,   Houston, TX 77056-5005
cr         +William Grimes,   4412 Gulf Ave.,   Midland, TX 79707-5309
cr         +William Hale,   120 Dali Ct.,   Wardnsburg, WV 25403-7679
cr         +William P. Cimino,   15 Albemarle Ave.,   Richmond, VA 23226-1611
cr          Williamson County et al,   co Michael Reed,   Round Rock, TX  78680
cr         +Winn Bus Lines,   1831 Westwood Avenue,   Richmond, VA 23227-4338
tor        +Wyoming Tribune-Eagle,   702 W. Lincolnway,   Cheynne, WY 82001-4397
cr         +Yvette Mack,   c/o Spotts Fain PC,   P.O. Box 1555,   Richmond, VA 23218-1555
cr          c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa,   303 Peachtree Street, NE,
            2800 SunTrust Plaza,   Atlanta, GA  30308
cr         +c/o William A. Wood Panattoni Construction, Inc.,   Bracewell & Giuliani, LLP,
            711 Louisiana St., Suite 2300,   Houston, TX 77002-2849
cr         +c/o William S. Coats Pinnacle Systems, Inc.,   White & Case, LLP,   c/o Pinnacle Systems, Inc.,
            633 W. Fifth Street,   Suite 1900,   Los Angeles, CA 90071-2087
9624556   #+1030 W North Ave Bldg LLC,   c o Lloyd Stein,   S Stein & Co,   1030 W North Ave,
            Chicago, IL 60642-2500
9624690   +1251 Fourth Street Investors LLC and Beverly Gemin,   Lori E Eropkin Esq SBN 253048,
            15303 Ventura Blvd Ste 1650,   Sherman Oaks, CA 91403-6620
9624586   +1251 Fourth Street Investors LLC and Beverly Gemin,   Lori E Eropkin Esq SBN 253048,
            Levinson Arshonsky & Kurtz LLP,   15303 Ventura Blvd Ste 1650,   Sherman Oaks, CA 91403-6620
11284960  +13630 Victory Boulevard LLC,   c/o United States Debt Recovery, XI,LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
9292946   +1965 RETAIL LLC,   C/O MILLENNIUM PARTNERS,   1995 BROADWAY, 3RD FL,   NEW YORK, NY 10023-5882
10071783  +24/7 Real Media Inc,   Contrarian Capital Management, LLC,   411 West Putnam Avenue--Suite 425,
            Greenwich, CT 06830-6281
8676078   +3725 Airport Boulevard, LP,   20 Westwoods Drive,   Liberty, MO 64068-3519
9740801   +380 Towne Crossing LP,   16000 Dallas Pkwy 300,   Dallas, TX 75248-6609
8693216   +44 North Properties, LLC,   c/o Miles & Stockbridge, P.C.,   1751 Pinnacle Drive,   Suite 500,
            Mclean, VA 22102-3833
8585686   +507 Northgate, LLC,   c/o Christopher M. Alston,   1111 - 3rd Ave., #3400,
            Seattle, WA 98101-3264
8634777   +553 Retail, Inc.,   c/o Peter C. Hughes, Esquire,   Dilworth Paxson LLP,   1500 Market Street,
            Suite 3500E,   Philadelphia, PA 19102-2101
9671835   +601 Plaza LLC,   Suzanne Jett Trowbridge,   Goodwin & Goodwin LLP,   300 Summers St Ste 1500,
            Charleston, WV 25301-1678
8773697   +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
            1120 20th Street, NW,   Suite 300-S,   Washington, DC 20036-3437
10493729  +9121 East 71st Street Holdings, LLC,   c/o Lawrence A. Katz,   Venable LLP,
            8010 Towers Crescent Drive, Suite 300,   Vienna, VA 22182-2723
8593307   +ACCO Brands Corporation,   c/o United States Debt Recovery, XLP,   940 Southwood Blvd.-Suite 101,
            Incline Village, NV 89451-7401
10534703  +ADD Holdings LP a Texas Limited Partnership,   c/o United States Debt Recovery,
            940 Southwood Blvd. Suite 101,   Incline Village, NV 89451-7401
9938222   +AIRS HUMAN CAPITAL SOLUTIONS INC,   58 FOGG FARM RD,   WHITE RIVER JUNCTION, VT 05001-9485
8596226    AOL LLC,   HSBC Bank USA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
9662131   #AR Investments, LP,   c/o Terra Enterprises Inc,   11812 San Vicente Blvd., Suite 510,
            Los Angeles, CA 90049-5081
9372002   +ASM Capital III, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
9348126   +ASM Capital, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
11130446  +ASM SIP, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
8602569   +AT&T,   Attn: Julie Quagliano, Esq.,   QUAGLIANO & SEEGER, P.C.,   2620 P Street, NW,
            Washington DC 20007-3062
8593447   +AT&T,   c/o Julie Quagliano, Esq.,   QUAGLIANO & SEEGER, P.C.,   2620 P Street, NW,
            Washington DC 20007-3062
8665859    ATMOS ENERGY CORPORATION,   PO BOX 650205,   DALLAS TX  75265-0205
8602439   +AVR CPC Associates, LLC,   C/O Jaspan Schlesinger LLP,   300 Garden City Plaza,
            Garden City, New York 11530-3333,   (516) 746-8000
11502754  +Abercorn Common, LLLP,   c/o Jeffery I. Snyder,   1450 Brickwell Avenue,   23rd Floor,
            Miami, FL 33131-3444
10505352  +Abilene-Ridgemont LLC,   c/o Douglas C. Noble,   602 Steed Rd. # 200,   Ridgeland, MS 39157-9428
8589789   +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, Ohio 43017-8218
```

```
8603024    +Alexander H Bobinski, as Trustee,   under Trust No. 1001,   c/o David R McFarlin,
            1851 West Colonial Drive,   Orlando, FL 32804-7013
8710991    +All American Installs,   Michael Caputo,   422 Madison Ave,   Penndel, PA 19047-7546
8578230    +Alliance Entertainment,   n/k/a: Source Interlink Distribution,
            c/o Contrarian Capital Management,   411 West Putnam Avenue, Suite 425,
            Greenwich, CT 06830-6263
9003365    +Allsop Inc.,   Ryan Allsop, VP of Operations,   P.O. Box 23,   Bellingham, WA 98227-0023
11336587   +Almonesson Associates,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
8570942     AmREIT, a Texas real estate investment trust,   HSBC Bank USA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-6354
10662918   +Amargosa Palmdale,   c/o United States Debt Recovery VIII,   5575 Kietzke Lane,   Suite A,
            Reno, AZ 89511-2085
9261094     American Express Travel Related Services Co Inc,   Corp Card,   c/o Becket and Lee LLP,
            POB 3001,   Malvern PA 19355-0701
9805248    #+American Future Technology,   Darren Su, Vice President,   11581 Federal Dr.,
            El Monte, CA 91731-3209
11243275   +American National Insurance Company,   Greer Herz & Adams-Tara Annweiler,
            One Moody Plaza 18th Floor,   Galveston, TX 77550-7998
9246877    +American Scale Corp,   3540 Bashford Ave,   Louisville, KY 40218-3113
11396605   +American Systems Corporation,   c/o United States Debt Recovery, XI, LP,   5575 Kietzke Lane,
            Suite A,   Reno, AZ 89511-2085
8691729    +Ammon Properties LC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
            170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
8580932     Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
            Tampa, FL 33601-3239
8585810    +Andrews Electronics,   c/o Justin D. Leonard,   Ball Janik LLP,   101 SW Main, Ste. 1100,
            Portland, OR 97204-3219
9178985    +Antor Media Corporation,   c/o Lenhart Obenshain PC,   100 10th Street, N.E., Suite 300,
            Charlottesville, VA 22902-5481
9075931    +Apex Digital Inc.,   c/o Contrarian Capital Management, LLC,   411 West Putnam Ave., Suite 425,
            Greenwich, CT 06830-6263
8615037    +Arapahoe County Treasurer,   c/o Arapahoe County Attorney Office,   Attn: George Rosenberg,
            5334 S. Prince Street,   Littleton, CO 80166-0001
9939792    +Architectural Group International,   15 W 7th St,   Covington, KY 41011-2301
10105081   +Archon Bay As Assignee of Boys&Girls Club Harlinge,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105080   +Archon Bay As Assignee of Huck Group, Inc.,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
10105079   +Archon Bay As Assignee of Lacrosse Tech. Ltd.,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105077   +Archon Bay As Assignee of Reporter Herald,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
10105076   +Archon Bay As Assignee of WBNX TV,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
10105086   +Archon Bay Assignee of Hampton Mental Health Assoc,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105078   +Archon Bay Assignee of Manatee County Florida,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105084   +Archon Bay Capital LLC Assignee of Bay Counties Pi,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9959351    +Archon Bay Capital, LLC,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
10105083   +Archon Bay as Assignee of Checkers Catering,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105085   +Archon Bay as Assignee of City of Taylor MI,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105082   +Archon Bay as Assignne of Northern California Comp,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105087   +Archon Bay assignee of ICI Dulux Paint Centers,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105089   +Archon Bay assignee of Viking Terminte & Pest Cont,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10105090   +Archon Bay assignee of Vision Communications Co.,   c/o Argo Partners,
            12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9949865    +Archon-SPV K1,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
9371984    +Archos Inc,   7951 E Maplewood Ave, Suite 260,   Greenwood Village, CO 80111-4774
9923065    +Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7381
8831410    +Atlantic Inc.,   10018 Santa Fe Springs,   Santa Fe Springs, CA 90670-2922
8831415    +Atlantic Inc.,   c/o Charles Cross,   10018 Santa Fe Springs,   Santa Fe Springs CA 90670-2922
11149130   +Attensity Corporation,   c/o ASM Capital, L.P.,   7600 Jericho Turnpike, Ste. 302,
            Woodbury, NY 11797-1705
8825928    +Audiovox Corporation,   150 Marcus Blvd.,   Hauppauge, NY 11788-3794
8590219    +Audiovox Corporation,   c/o Duane Morris LLP,   Rudolph J. Di Massa, Jr., Esquire,
            Matthew E. Hoffman, Esquire,   30 South 17th Street,   Philadelphia, Pennsylvania 19103-4001
8590220     Audiovox Corporation,   c/o Levy, Stopol & Camelo, LLP,   Larry Stopol, Esquire,
            1425 RexCorp Plaza,   Uniondale, NY 11556-1425
11281273   +Audrey Soltis,   c/o Krister D. Johnson,   14 North Seventh Avenue,   St. Cloud, MN 56303-4753
8588191    +Averatec/Trigem USA,   c/o Samuel S. Oh,   1055 West 7th Street - Suite 2800,
            Los Angeles, CA 90017-2554
```

11235887    +BANK OF AMERICA, NATIONAL ASSOCIATION,   c/o John S. Kaplan & Perkins Coie LLP,
             1201 3rd Avenue, Suite 4900,   Seattle, WA 98101-3095
8710627     +BAW Plastics Inc.,   Administrative Priority Claim #662,   2148 Century Drive,
             Century III Business Ctr,   Jefferson Hills PA 15025-3654
10074935    +BB Fonds International 1 USA LP,   c/o Mark Mullin,   Haynes & Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8615829     +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
9872248     +BBD ROSEDALE LLC,   Mr Chad Morrow,   Sher Garner Law Firm,   909 Poydras St 28th Fl,
             New Orleans, LA 70112-4000
10201874    +BFW/PIKE Associates, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
             65 East 55th Street,   New York, NY 10022-3219
9819857     +BLDG 2007 Retail LLC and Netarc LLC,   as Tenants in Common,   c/o Bldg Management Co.,
             417 Fifth Ave, 4th Fl,   New York, NY 10016-2239
9134602     +BNSF Logistics, LLC,   Marck Richards, VP Finance,   2500 Lou Mik Drive,
             Forth Worth, TX 76131-2828
9134585      BNSF Logistics, LLC,   C O Seaton & Husk LP,   2240 Gallows Road,   Vienna, VA 22182
9135881     +BPP-MUNCY, LLC,   Sherin and Lodgen,   101 Federal Street,   Boston, MA 02110-2109
8577768     +Bank of America,   c/o Bruce Matson,   951 East Byrd St.,   Richmond, VA 23219-4040
8645826      Barbara O. Cararway, City Treasurer,   City of Chesapeake,   P.O. Box 16495,
             Chesapeake, VA  23218-6495
8683969      Basile Limited Liability Company,   c/o Michael P. Falzone,   Hirschler Fleischer PC,
             P.O. Box 500,   Richmond, VA 23218-0500
8570395     +Basser-Kaufman aka Basser,   c/o Robert L. LeHane,   Kelley Dryer & Warren,   101 Park AVe.,
             New York, NY 10178-0062
8570394     +Basser-Kaufman aka Basser,   c/o James S. Carr,   Kelley Dryer & Warren,   101 Park Avenue,
             New York, NY 10178-0062
9959349     +Bay Counties Pitcock Petroleum,   P.O. Box 23684,   Pleasant Hill, CA 94523-0684
8900768     +Becker Trust, LLC,   50 South Jones Boulevard,   Suite 100,   Las Vegas, NV 89107-2672
8588379     +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
             Two North Central Avenue,   Phoenix, AZ 85004-2391
9957431     +Belen A Abriles Arce,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
8608535     +Bell'O International Corp.,   Henry P. Baer, Jr., Esq.,   Finn Dixon & Herling LLP,
             177 Broad Street, 15th Floor,   Stamford, CT 06901-5002
10712598    +Bella Terra Associates LLC,   J. Bennett Friedman,   1900 Avenue of the Stars 1800,
             Los Angeles, CA 90067-4409
10786236    +Bella Terra Associates, LLC,   c/o United States Debt Recovery, X, LP,
             5575 Kietzke Lane Suite A,   Reno, NV 89511-2085
11243299    +Berkadia Commerical Mortgage, LLC,   c/o Keitha M. Wright,   2200 Ross Avenue, Suite 3300,
             Dallas, TX 75201-7965
9898467     +Birch Rea Partners,   40 William St., Suite 130,   Wellesley, MA 02481-3905
11336589    +Blank Aschkensay Properties,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
             Philadelphia, PA 19103-2945
10105067    +Blue Heron Micro Opportunities Fund LLP,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
9878411     +Blue Heron Micro Opportunities Fund, LLP,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
10123812    +Blue Heron as Assignee of Metro Signs,   c/o Argo Partners,   12 W. 37th Street, 9th Floor,
             New York, NY 10018-7480
10105088    +Blue Heron assignee of Rival Communications,   c/o Argo Partners,
             12 West 37th Street, 9th Floor,   New York, NY 10018-7480
10100722    +Blue Raven Technology,   c/o Contrarian Capital Management, LLC,   411 West Putnam AVe. # 425,
             Greenwich, CT 06830-6263
10427252     Blue Raven Technology Inc.,   George W Tetler III and Mark W Powers,   Bowditch & Dewey LLP,
             311 Main St,   PO Box 15156,   Worcester, MA 01615-0156
8601460     +Bond Circuit VIII Delaware Business Trust,   c/o Lazer, Aptheker, Rosella & Yedid,
             Attn: Robin S. Abramowitz,   225 Old Country Road,   Melville, NY 11747-2700
8698490     +Bond-Circuit IV Delaware Business Trust,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,
             One Gateway Center,   Newark, NJ 07102-5324
9737633     +Bond-Circuit IX Delaware Business Trust,   c/o Adam Hiller, Esq.,
             Pinckney, Harris & Weidinger, LLC,   1220 N. Market Street, Suite 950,
             Wilmington, DE 19801-2537
11336590    +Boulevard North,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
             Philadelphia, PA 19103-2945
10800821    +Boys & Girls Club of St Lucie Co,   c/o Debt Acquisition Company of America,
             1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
9973403     +Boys & Girls Clubs of Harlingen,   P.O. Box1982,   Harlingen, TX 78551-1982
8764332     +Brian Brown,   c/o Charles D. Whelan III, Esq.,   114 Bayard Street,
             New Brunswick, NJ 08901-1956
9927186    ##+Broadway Neon Sign Corp Dba,   Broadnsar National Sign And Lighting,
             Carl Paparella VP and Gen Counsel,   2150 5th Avenue,   Ronkonkoma, NY 11779-6906
10150813    +Bruce Clay, Inc.,   c/o U.S Bank Corporation Trust Service,   60 Livingston Avenue,   EP-MN-WS3T,
             St. Paul, MN 55107-2292
9949217      Bruce Senator,   F-99302 B3-117-L,   Calipatria State Prison,   P.O. Box 5005,
             Calipantra, CA 92233-5005
10173429    +Buckhead Triangle Liquidity Sol. Inc.,   One university Plaza,   Suite 312,
             Hackensack, NJ 07601-6205
8588462     +Bush Industries, Inc.,   c/o Olshan Grundman Frome Rosenzweig & W,   65 East 55th Street,
             New York, New York 10022-3219

```
District/off: 0422-7        User: frenchs         Page 25 of 118      Date Rcvd: Jun 10, 2013
                           Form ID: redacttr      Total Noticed: 2030
```

```
9923810    +Bustillo Hernandez Roberto,   Cl# 595576, Amt. $6,165.90,   PO Box 194145,
            San Juan, PR 00919-4145
9938086    +CANTON REPOSITORY,   MIKE DARNELL,   500 MARKET AVENUE SOUTH,   CANTON, OH 44702-2112
10770270    CB Richard Ellis/Louisville, LLC,   c/o Robert J. Brown,   Wyatt, Tarrant & Combs, LLP,
            250 West Main Street, Suite 1600,   Lexington, KY 40507-1746
8601456    +CC Colonial Trust,   c/o Lazer, Aptheker, Rosella & Yedid, P.,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2700
8698499    +CC Hamburg NY Partners, LLC,   c/o Mark B. Conlan, Esq.,   Gibbons P.C.,   One Gateway Center,
            Newark, NJ 07102-5324
8601457    +CC Joliet Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2700
8601459    +CC Merrilville Trust,   c/o Lazer, Aptheker, Rosella & Yedid,   Attn: Robin S. Abramowitz,
            225 Old Country Road,   Melville, NY 11747-2700
9811584    +CC Properties LLC,   Attn Michelle Ingle,   c o FBL Financial Group Inc,   5400 University Ave,
            West Des Moines, IA 50266-5950
9915930    +CCMS 2005-CD1 HALE ROAD, LLC,   c/o Mindy A. More,   BPP-Conn LLC,
            200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
11821007   +CCMS-2005-CD1 Lycoming Mall,   Circle Limited Partnership,   c/o Jeffrey I. Snyder,
            1450 Brickell Ave. # 2300,   Miami, FL 33131-3456
11067775   +CENTENNIAL HOLDINGS LLC,   c/o United States Debt Recovery, X, LP,   5575 Kietzke Lane,   Suite A,
            Reno, NV 89511-2085
9915924    +CGCMT 2006-C5 Glenway Avenue LLC,   c/o Mindy A. More,   BPP-OH,
            200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
11821042   +CMAT 1999-C1 West Mason St. LLC,   c/o Jeffrey I. Snyder,   1450 Brickell Ave. # 2300,
            Miami, FL 33131-3456
11819600   +CMAT 1999-C1 West Maston Street, LLC,   c/o Jeffrey I. Snyder, Esq.,
            Bilzin Sumberg Baena Price & Axelrod LLP,   1450 Brickell Avenue, Suite 2300,
            Miami, FL 33131-3456
9916367    +CMAT 1999C2 Idle Hour Rd. LLC,   c/o Mindy Mora,   CC Kingsport 98,LLC,
            200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
8623810    +COLE CC GROVELAND FL, LLC,   c/o Jeffrey T. Wegner, Esquire,   KUTAK ROCK LLP,
            The Omaha Building,   1650 Farnam Street,   Omaha, NE 68102-2186
9905061    +COMPUVEST CORPORATION,   3600 LIND AVENUE SW STE 130,   RENTON, WA 98057-4934
11709089   +CRT Special Investments LLC,   262 Harbor Dr.,   Stamford, CT 06902-7438
9178942    +CWCapital Asset Management LLC,   c/o Venable LLP,   8010 Towers Crescent Drive,   Suite 300,
            Vienna VA 22182-2723
11033526   +Calogy Associates LLC,   c/o Richards Kibbe & Orbe,   One World Financial Center,
            New York, NY 10281-1003
8601395    +Cameron Group Associates, LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
            300 S. Orange Avenue, Suite 1000,   Orlando, FL 32801-5403
11365015    Caparra Center Associates, LLC,   HSBC Bank USA,   WonWin,   Dept CH 16354,
            Palatine, IL 60055-6354
10437750   +Capital Sources LLC,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
10124776   +Cardinal Court, LLC,   2125 W. Washington Street,   West Bend, WI 53095-2205
10049843   +Carlson Marketing Worldwide Inc,   c/o Tracy Lea,   1405 N Xenium Ln,   Plymouth, MN 55441-4449
8670517    +Carlyle-Cypress Tuscaloosa, LLC,   c/o Lyndel Anne Mason,
            CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St. - Ste 570, Founders Sq.,
            Dallas, TX 75202-2413
9948661    +Carole Kaylor,   c/o Thomas P. Finn, Esquire,   153 Lakemont Park Boulevard,
            Altoona, PA 16602-5943
9959564    +Carrera Arquitectos PSC,   Acuerela 100, Ste. 301,   Guaynabo, PR 00969-3579
9950498    +Carrollton Arms LLC,   c/o Jefferies Leveraged Crt Products LLC,   One Station Place,
            Three North,   Stanford, CT 06902
8577737    +Centro Properties Group,   c/o Ballard Spahr Andrews & Ingersoli,   51st Floor-Mellon Bank Center,
            1735 Market Street,   Philadelphia, PA 19103-7599
8699201    +Century PLaza Development Corporation,   c/o Law Offices of David A. Greer PLC,
            500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8667801    +Charlotte Co Tax Collector,   Vickie L Potts, Tax Collector,   18500 Murdock Circle,
            Port Charlotte FL 33948-1068
8584110    +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   PO Box 8321,   Savannah, GA 31412-8321
9895142    +Chattanooga Free Press,   400 East 11th Street,   Chattanooga, TN 37403-4200,   Attn: Peggy Pate
9895143    +Chattanooga Publishing Co Inc.,   400 East 11th Street,   Chattanooga, TN 37403-4200,
            Attn: Peggy Pate
9965629    +Checkers Catering,   83 Wright Brothers Ave.,   Livermore, CA 94551-9473
9745547    +Checkpoint Systems Inc,   dba Alpha Security Products,   101 Wolf Dr,   Thorofare, NJ 08086-2243
8832124     Circsan Limited Partnership,   c/o Win Properties, Inc.,   185 NW Spanish River Blvd, Ste 100,
            Boca Raton, FL 33431-4230,   ATTN: Allen P. Lev, Esq.
9033831     City of Avondale,   c/o Sean P. O'Brien,   Gust Rosenfeld PLC,   201 E. Washington St., #800,
            Phoenix, AZ 85004-2327
8631491    +City of Newport News,   Office of the City Attorney,   2400 Washington Ave.,
            Newport News, VA 23607-4301
8614927    +City of Philadelphia,   c/o Ashley M. Chan,   One Logan Sq. 27th Floor,
            Philadelphia, PA 19103-6910
8656193    +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,
            2915 Biddle Avenue,   Wyandotte, MI 48192-5267
9959347    +City of Taylor, MI,   P.O Box 298,   Taylor, MI 48180-0298
8908573    +City of Trotwood,   Income Tax Department,   4 Strader Dr,   Trotwood, OH 45426-3343
10538024   +City of Virginia Beach,   c/o City Attorney's Office,   Alexander W. Stiles, Esquire,
            2401 Courthouse Drive, Suite 260,   Virginia Beach, VA 23456-9120
```

```
10047620      Classic Tech Development Ltd.,   HSBC Bank USA NA,   VonWin,   Dept. CH 16354,
              Palatine, IL 60055-6354
8710993      +Clean Carton Co Inc,   8437 Delport,   St. Louis, MO 63114-5996
11693942     +Cleveland Towne Center LLC,   c/o United States Debt Reovery, XI, LP,
              5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
8680885      +Cleveland Towne Center, LLC,   c/o Miller & Martin PLLC,   Attn: Nicholas W. Whittenburg,
              832 Georgia Avenue, Suite 1000,   Chattanooga, TN 37402-2289
8615096      +Cobb Corners II, LP,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
              Charlotte, NC 28202-2367
9870767      +Cofal Partners LP,   Attn R Joel Cosloy,   1116 Oliver Building,   535 Smithfield St,
              Pittsburgh, PA 15222-2393
8629815      +Cohesion Products, Inc.,   c/o Receivable Management Services,   PO Box 5126,
              Timonium, MD 21094-5126
9689797      +Colonial Heights Holding LLC,   c o William A Gray Esq,   Sands Anderson Marks & Miller PC,
              PO Box 1998,   Richmond, VA 23218-1998
8591390      +Colorado Structures, Inc. dba CSI Constr. Co,   c/o Mary E. Olden,   McDonough Holland & Allen PC,
              555 Capitol Mall, 9th Floor,   Sacramento, CA 95814-4601
8591383      +Colorado Structures, Inc., dba CSI Construction Co,   c/o Mary E. Olden; Andre K. Campbell; Se,
              McDonough Holland & Allen PC,   555 Capitol Mall, 9th Floor,   Sacaramento, CA 95814-4601
8616162      +Columbia Plaza Joint Venture,   % Jordan Humphreys, Attorney,   3210 Bluff Creek,
              Columbia, MO 65201-3525,   573-449-2503,   jhumphreys@fpb-law.com
10789746     +Columbus Productions Inc,   c/o Contrarian Capital Management, LLC,
              411 West Putnam Avenue-Suite 425,   Greenwich, CT 06830-6263
8570388       Commonwealth of VA Dept. of Taxation,   c/o Jeffrey Scharf,   PO Box 771476,   Richmond, VA 23255
8570386       Commonwealth of VA, Dept. of Taxation,   c/o Mark Ames,   PO Box 2156,   Richmond, VA 23218-2156
8649740      +Commonwealth of Virginia,   Department of Taxation,   PO Box 2156,   Richmond VA 23218-2156
8902009      +Commonwealth of Virginia,   Department of Taxation,   Taxing Authority Consulting Services PC,
              PO Box 71476,   Richmond VA 23255-1476
10825415     +Communications Wiring Inc,   c/o Debt Acquistion Company of America,
              1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
8570381       Comptroller of Public Accounts of State of Texas,   c/o Mark Browning, Asst. Atty. General,
              Bankruptcy & Collections Division,   PO Box 12548,   Austin, TX 78711-2548
8625449      +Condan Enterprises LLC,   c/o Siller Wilk LLP,   675 Third Avenue,   New York, NY 10017-5704,
              Attention: Eric J. Snyder, Esq.
9917560      +Congressional North Associates, LP,   Craig M. Palik, Esq,   6411 Ivy Ln Ste 200,
              Greenbelt, MD 20770-1405
9917549      +Congressional Noth Associates LP,   Craig M.Palik, Esq,   6411 Ivy Ln Ste 200,
              Greenbelt, MD 20770-1405
10104297      Consumer Vision LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
9844059      +Contrarian Capital Management, L.L.C.,   Attn: Kimberly Gianis,
              411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6281,   Tel. 203-862-8250,
              Email: kgianis@contrariancapital.com
9735216      +Contrarian Funds, LLC,   411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
9079347      +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941
9875708      +Corre Opportunities Fund, L.P.,   1370 Avenue of the Americas, 29th Floor,
              New York, NY 10019-4602,   USA
11322179      Cosmi Corporation,   HSBC Bank USA NA,   VonWin,   Dept CH 163 54,   Palatine, IL 60055-6354
11261459     +Counsel County of Alameda,   David W. Lannetti,   Anne G. Bibeau,   VANDEVENTER BLACK LLP,
              101 W. Main Street, Ste. 500,   Norfolk, VA 23510-1699
9135914      +County of Merced, California,   c/o Karen Adams,   2222 M Street,   Merced, CA 95340-3729
10168306      Cousins Properties Incorporated,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East,
              Suite 2600,   Los Angeles, CA 90067-3012
10162185      Cousins Properties Incorporated (Los Altos Market,   c/o Katten Muchin Rosenman LLP,
              2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012
10201915     +Coventry II DDR Buena Park Place LP,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201901     +Coventry II DDR Merriam Village LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
              65 East 55th Street,   New York, NY 10022-3219
8825768      +Credit Suisse International,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698
9182848      +Credit Suisse Loan Funding LLC,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698
11542175     +Crossways Financial Associates LLC,   c/o United States Debt Recovery, XI, LP,
              5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
8697582      +Crossways Financial Associates, LLC,   Paul K. Campsen,   Kaufman & Canoles, P.C.,
              150 W. Main Street, Suite 2100,   Norfolk, VA 23510-1681
8825775      +D-Link Systems, Inc.,   17595 Mt. Herrmann Street,   Fountain Valley, CA 92708-4160
10201862     +DDR Crossroads Center LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201855     +DDR Homestead LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201892     +DDR Horseheads LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
              New York, NY 10022-3219
10201911     +DDR MDT Asheville River Hills,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201914     +DDR MDT Monaca Twp Marketplace LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201912     +DDR MDT Woodfield Village LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
10201880     +DDR Miami Avenue, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
```

```
10201878   +DDR Southeast Cary, L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201868   +DDR Southeast Dothan L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201907   +DDR Southeast Highlands Ranch,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201897   +DDR Southeast Loisdale, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201881   +DDR Southeast Olympia DST,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10202243   +DDR Southeast Rome, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201899   +DDR Southeast Snellville, L.L.C.,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201879   +DDR Southeast Union, L.L.C.,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201811   +DDR Southeast Vero Beach, LLC,   c/o Midtown Asquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201913   +DDR Union Consumer Square LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201893   +DDR-SAU Wendover Phase II, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201903   +DDR/1st Carolina Crossings South LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201889   +DDRC Walks @ Highwood Preserve I LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201917   +DDRM Hilltop Plaza LP,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201908   +DDRM Skyview Plaza LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201905   +DDRTC CC Plaza LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,   65 East 55th Street,
            New York, NY 10022-3219
10201891   +DDRTC Columbiana Station I LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201858   +DDRTC Creeks at Virginia Center, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11253648   +DDRTC McFarland Plaza, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201896   +DDRTC Newman Pavilion LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201904   +DDRTC Southlake Pavilion LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201877   +DDRTC Sycamore Commons, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
10201906   +DDRTC T&C LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
10201898   +DTRC McFarland Plaza, LLC,   c/o Developers Diversified Realty,   Corporation,
            3300 Enterprise Parkway,   Beachwood, OH 44122-7200
8571205     DFS SERVICES LLC,   C/O BRIAN SIROWER, ESQ.,   QUARLES & BRADY LLP,   TWO NORTH CENTRAL AVENUE,
            PHOENIX, AZ  85004-2391
8615095    +DIM Vastgoed, N.V.,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2047
9915974    +DMARC 2006-CD2 DAVIDSON PLACE, LLC,   c/o Mindy Mora,   BPP-VA LLC,
            200 South Biscayne Blvd # 2500,   Miami, FL 33131-5340
9916316    +DMARC 2006-CD2 POUGHKEEPSIE, LLC,   c/o Mindy A. Mora,   BPP-NY LLC,
            200 South Biscayne Blvd # 2500,   Miami, FL 33131-5340
11353750   +DOLLINGER LOST HILLS ASSOCIATES,   c/o Contrarian Funds LLC,   411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
9810699    #+DXG Technology USA,   1001 Lawson St.,   City of Industry, CA 91748-1135,   Attn: Sharon Yen
9935907    +Daily Journal,   c/o Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
9923110    +Daily News Record,   Cl #595696, Amt. $7,670.72,   PO Box 193,   Harrisonburg, VA 22801-0193
9932375    +Daily Oklahoman,   c/o Argo Partners,   12 West 37th St., 9th Floor,   New York, NY 10018-7480
10806789   +Daily Republic, The,   c/o Debt Acquisitions Company of America,   1565 Hotel Circle South,
            Suite 310,   San Diego, CA 92108-3419
9229318     Dallas Cowboys Football Club Ltd. & Pro Silver Sta,   1 Cowboys Oarkway,   Irving, TX 75063
9602614    +Daly City Partners I, LLP,   88 Kearny Street,   Suite 1818,   San Francisco, CA 94108-5523
10812822   +Davis Enterprise,   c/o Debt Acquisition Company of America,   1565 Hotel Circle South,
            Suite 310,   San Diego, CA 92108-3419
8703551     Dawn vonBechmann,   Attn: Neil E. McCullagh, Esq.,   Cantor Arkema, P.C.,   P.O. Box 561,
            Richmond, Va 23218-0561
11825853   +De Rito Pavilions 140, LLC,   c/o Nach & Banen,   2001 East Campbell Ave. # 103,
            Phoenix, AZ 85016-5573
10766359   +DeMatteo Management Inc,   c/o United States Debt Recovery,,   5575 Kietzke Lane,   Suite A,
            Reno, NV 89511-2085
8581072    +DeMatteo Management, Inc.,   c/o Jennifer V. Doran, Esq.,   Hinckley Allen & Snyder LLP,
            28 State Street,   Boston, MA 02109-1776
10800825   +Debt Acquisition Company of America V, LLC,   1565 Hotel Circle S #310,   San Diego CA 92108-3419
10138741   +Dentici Family Limited Partnership,   c/o United States Debt Recovery V,LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
```

```
District/off: 0422-7        User: frenchs          Page 28 of 118        Date Rcvd: Jun 10, 2013
                           Form ID: redactor       Total Noticed: 2030
```

```
10138742   +Dentici Limited Family Partnership,   c/o United States Debt Recovery V, LP,
            940 Southwood Blvd # 101,   Incline Village, NV 89451-7401
11095283    Desert Home Communities Of OK,   HSBC Bank USA,   VonWin,   Dept CH 16354,
            Palatine, LR 60055-6354
10201890   +Developers Diversified Realty Corp,   c/o Developers Diversified Realty,   Corporation,
            3300 Enterprise Parkway,   Beachwood, OH 44122-7200
8578346    +Developers Diversified Realty Corp.,   Attn: Eric C. Cotton,   3300 Enterprise Parkway,
            Beachwood, OH 44122-7200
8570420    +Developers Diversified Realty Corp.,   c/o Eric Cotton,   3300 Enterprise Parkway,
            PO Box 227042,   Beachwood, OH 44122-7200
8570419    +Developers Diversified Realty Corp.-DDR,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8570418    +Developers Diversified Realty Corp.-DDR,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
11339998   +Dick's Sporting Goods Inc.,   c/o Midtown Acquisitions,   65 East 55th Street,
            New York, NY 10022-3219
8577114    +Dicker-Warmington Properties,   c/o Stephen Spence & Scott Adkins,   1200 North Broom Street,
            Wilmington, DE 19806-4204
9179449    +Digital Innovations, LLC,   3436 N. Kennicott,   Arlington Heights, IL 60004-7814
8592221    +Discovery Communications, Inc. (4109),   c/o Szabo Associates, Inc.,
            3355 Lenox Road NE, 9th Floor,   Atlanta, GA 30326-1394
10254779   +Dish Doctors, The,   6385 St. 96,   Victor, NY 14564-1411
8582907    +Ditan Distribution LLC,   c/o Michael S. Kogan, Esq.,   Ervin, Cohen & Jessup LLP,
            9401 Wilshire Boulevard, Suite 900,   Beverly Hills, California 90212-2974
8572548    +Dollar Tree Store, Inc.,   % Scott Kipnis, Rachel Greenberger &,
            Nicholas Malito Esqs, Hofheimer Gartlir,   530 Fifth Ave.,   New York, NY 10036-5101
8712287    +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss, Esquire,   Trainor Fairbrook,
            980 Fulton Avenue,   Sacramento, CA 95825-4558
8719787    +Donahue Schriber Realty Group, L.P.,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,
            980 Fulton Avenue,   Sacramento, CA 95825-4558
9937952    +Dorel Juvenile Group Inc,   Barnes & Thornburg LLP,   c o Alan K Mills,   11 S Meridian St,
            Indianapolis, IN 46204-3535
9833036    +Dover Master Fund II, L.P.,   c/o Contrarian Funds, LLC,   411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
8649784    +Dunwell, Donovan,   c/o Chiariello & Chiariello,   118-21 Queens Boulevard, Ste. 603,
            Forest Hills, NY 11375-7206
8617383    +Duquesne Light Company,   c/o Kirk B. Burkley, Esquire,   Bernstein Law Firm, P.C.,
            Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
10005951    E&A Northeast Limited Partnership,   21 Custom House Street, Suite #450,   Boston, MA 02110-3552
8568654     E&A Northeast Limited Partnership,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
            Goulston & Storrs, PC,   400 Atlantic Avenue,   Boston, MA 02110-3333
11702682    EBC Marketing Inc.,   HSBC Bank USA,   Von Win,   Dept CH16354,   Palatine, IL 60055-6354
10631520   +EEOC Jamal Booker and Christopher Snow,   c/o United States Debt Recovery, VIII, L,
            5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
9846233    +EMC Insurance Companies,   PO BOX 712,   Des Moines, IA 50306-0712
10098177    Eastern Security Corp,   120 Broadway, No. 36,   New York, NY 10271-0002
10100141   +Eastern Security Corporation,   c/o Contrairian Capital Management, LLC,
            411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10653126   +Eastman Kodak Co.,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
8695142     Edwin Watts Golf Shops, LLC,   c/o Stephen E. Scarce,   6802 Paragon Place, Suite 300,
            Richmond, VA 23230-1655
8620569    +Eel McKee LLC,   c/o Howard, Rice et al.,   Attn: Gary M. Kaplan, Esq.,
            Three Embarcadero Center, 7th Floor,   San Francisco, California 94111-4078
8996666    +Electra Craft Inc,   41 Woodbine Street,   Bergenfield, NJ 07621-3513
11581628   +Electrical Management Group Inc,   c/o United States Debt Recovery XI,   5575 Kietzke Lane # A,
            Reno, NV 89511-2085
8615100    +Encinitas PFA, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,   Suite 4700,
            Charlotte, NC 28202-2367
8607425    +Engineered Structures, Inc,   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue-Suite 425,   Greenwich, CT 06830-6263
9883762    +Enid Two LLC,   c o Nancy Isaacson Esq,   75 Livngston Ave,   Roseland, NJ 07068-3737
8593280    +Entergy Arkansas Inc,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593279    +Entergy Gulf States Louisiana,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593278    +Entergy Louisiana, LLC,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593277    +Entergy Mississippi,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8593281    +Entergy Texas, Inc,   c/o Robert W. Mallard,   1105 North Market St. # 1600,
            Wilimington, DE 19801-1201
8575375    +Envision Peripherals, Inc,   c/o Gay Richey, Sr. Creidt Manager,   47490 Seabridge Drive,
            Fremont, CA 94538-6548
9878315     Epsilon Interactive Inc,   16 W 20th Street,   New York, NY 10011-4203
8667374    +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   200 Allegheny Center Mall,
            Pittsburgh, Pa 15212-5339
8571855    +Evergreen Plaza Associates,   c/o John L. Senica,   225 W. Washington, Suite 2600,
            Chicago, IL 60606-3439
```

```
11399505   +Evergreen-McDowell & Pebble Creek, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8577124    +Expesite, LLC,   c/o Andria Beckham & Kenneth Johnson,   100 S. Third Street,
            Columbus, OH 43215-4214
8868147    +Express Services, Inc.,   P.O. Box 179,   Piedmont, OK 73078-0179
8572509    +F&M Properties, Inc.,   % Fred B. Ringel, Esq.,   Robinson Brog Leinwand Greene et al,
            1345 Ave. of the Americas,   New York, NY 10105-0302
8574638    +F.R.O., LLC IX,   c/o Timothy F. Brown,   Arent Fox LLP,   1050 Connecticut Ave. NW,
            Washington, DC 20036-5369
9116446    +FCMA, LLC,   Gerald J. Ghinelli, Managing Member,   430 Commerce Blvd.,
            Carlstadt, NJ 07072-3013
11502752   +FM Facility Maintenance LLC,   c/o United States Debt Recovery,   5575 Kietzke Lane, Suite A,
            Reno, NV 89511-2085
11501996   +FM Facility Maintenance LLC fka IPT LLC,   c o Saiber LLC,   Nancy A Washington Esq,
            One Gateway Center 13th Fl,   Newark, NJ 07102-5323
9735697    +FR E2 Property Holdings, LP,   707 Eagleview Blvd., Suite 110,   Exton, PA 19341-1159
9898469    +FRO LLC IX,   Arent Fox LLP,   c o Christopher J Giamio,   1050 Connecticut Ave NW,
            Washington, DC 20036-5369
9784677    +Faber Bros Inc,   G David Dean,   Cole Schotz Meisel Forman & Leonard PA,
            300 E Lombard St Ste 2000,   Baltimore, MD 21202-3233
9784678    +Faber Bros Inc,   G David Dean Esq,   300 E Lombard St Ste 2000,   Baltimore, MD 21202-3233
8891336    +Fairfax County, VA,   Office of the County Attorney,   12000 Government Center Pkwy.,   Suite 549,
            Fairfax, Virginia 22035-0001
8593129    +Faram Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
8577738    +Federal Realty Investment Trust,   c/o Ballard Spahr Andrews & Ingersoll,
            51st Floor-Mellon Bank Center,   1735 Market Street,   Philadelphia, PA 19103-7599
9650435    +Fire Materials Group LLC,   Paul J Leeds Esq,   Higgs Fletcher & Mack LLP,
            401 West A St Ste 2600,   San Diego, CA 92101-7913
9735716    +First Industrial Realty Trust, Inc.,   707 Eagleview Blvd., Suite 110,   Exton, PA 19341-1159
11639461    Flintlock Northridge, LLC,   HSBC Bank USA NA,   Von win,   Dept Ch 163 54,
            Palatine, IL 60055-6354
11411839    Fonegear,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
8696163    +Food Lion LLC,   c/o Linda Lemmon Najjoum,   Hunton & Williams LLP,
            1751 Pinnacle Drive, Suite 1700,   McLean, Virginia 22102-3836
9714951   ##+Forecast Danbury Limited Partnership,   Attn Lynette Francoise,
            c o Forest Properties Management,   19 Needham St,   Newton, MA 02461-1624
8641709    +Four Star International Trade,   c/o Wendy M. Mead,   11 Pleasant St. # 30,
            Worcester, MA 01609-3232
10100139    Fuji,   Fujifilm USA, Inc.,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 60055-6354
9076343    +Funai Service Corporation,   5653 Creekside Parkway,   Suite A,   Lockbourne, OH 43137-9272
11201284   +Furniture Values International,   c/o FMCA HSBC Bank USA NA,   VonWin,   Dept CH 163554,
            Palatine, IL 60055-0001
11829631   +GECMC 2005-C2 CC Parent, LLC,   c/o Jeffrey I. Snyder,   1450 Brickell Avenue # 2300,
            Miami, FL 33131-3456
11555459   +GELCO CORPORATION,   DBA GE FLEET SERVICES,   ATTN KEITH BERGQUIST, BANKRUPTCY LITIGAT,
            THREE CAPITAL DR,   EDEN PRAIRIE, MN 55344-3890
11266376   +GRI EQY Sparkleberry Square LLC,   c/o Aaron Kitlowski,   Vice President & General Counsel Equity,
            410 Park Avenue, Suite 1220,   New York, NY 10022-9461
10201895   +GS Erie LLC,   c/o Midtown Acquisitions,   Attn: Jennifer donovan,   65 East 55th Street,
            New York, NY 10022-3219
8578296    +Garmin International, Inc.,   Attn: Andrew Etkind,   1200 East 151st Street,
            Olathe, KS 66062-3426
11556357   +Gelco Corporation dba Fleet Services,   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
8615571    +General Growth Properties, Onc,   c/o Robert L. LeHane,   101 Park Ave.,
            New York, NY 10178-0002
8687309     Giant Eagle, Inc.,   c/o Darlene M. Nowak, Esq.,   Marcus & Shapira LLP,
            35th Floor One Oxford Centre,   Pittsburgh PA 15219
8686083    +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh PA 15238-2833
8888216    +Glenmoor Limited Partnership,   c/o Kevin L. Sink, Attorney,   P.O. Box 18237,
            Raleigh, NC 27619-8237
11571742   +Gloria Scarnati,   PO Box 113524,   Pittsburgh, PA 15241-5524
11336591   +Goodmill, LLC,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,   Philadelphia, PA 19103-2945
11545727    Gravois Bluffs IIIm LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 163554,
            Palatine, IL 60055-6354
8614959    +Greece Ridge, LLC,   c/o Thomas W. Daniels,   1265 Scottsville Rd.,   Rochester, NY 14624-5104
8601826    +Green 521 5th Avenue LLC,   c/o Stempel Bennett Claman & Hochberg, P,
            675 Third Avenue, 31st floor,   New York, New York 10017-5721,   Attn: Edmond P. O'Brien, Esq.
8719786    +Greenback Associates,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
            Sacramento, CA 95825-4558
11281298   +Gregory Lee McCall,   U.S.M # 15064-045/USP LOMPOC,   3901 Klein Blvd,   Lompoc, CA 93436-2706
9923045    +HAMILTON SECURITY & INVESTIGATIONS,   Claim #250, Amt. $19,505.50,   12764 Big Rock Way,
            Trenton, IL 62293-4557
10062971   +HAYDEN MEADOWS JV,   Jill Hollowell,   TMT DEVELOPMENT CO INC,   805 SW Broadway Ste 2020,
            PORTLAND, OR 97205-3360
8654027    +HENRICO COUNTY,   P.O. BOX 90775,   HENRICO, VIRGINIA 23273-0775
10038975   +HITACHI AMERICA LTD,   900 HITACHI WAY,   CHULA VISTA, CA 91914-3556
9890541    +HOWELLS HEATING & AC,   PO BOX 2048,   ASHLAND, VA 23005-5048
```

```
9237422    +HRB Digital LLC, f/k/a H&R Block DIgital Tax Solut,   One H&R Block Way,
            Kansas City, MO 64105-1905
10037716    HSBC Bank USA NA,   c/o Fujifilm USA, Inc.,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10603214   +Hallaian Brothers, a general partnership,   2416 W Shaw 104,   Fresno, CA 93711-3303
9959350    +Hampton Mental Health Assoc,   2208 Executive Dr., Suite C,   Hampton, VA 23666-6603
10832742   +Hardymon, James F.,   c/o Debt Acquisition Company of America,
            1565 Hotel Circle South, Suite 310,   San Diego, CA 92108-3419
11792154   +Harvest/NPE LP,   c/o Farallon Capital Mgmt, LLC,   One Maritime Plaza, Suite 2100,
            San Francisco, CA 94111-3511
8685598     Heartland Regional Medical Center,   c/o Michael I. Mossman, Attorney at Law,   P.O. Box 330129,
            Nashville, TN 37203-7501
10890500   +Heritage Plaza LLC,   9986 Manchester Rd.,   St. Louis  MO 63122-1934
10585613   +Herndon, Thomas J,   9611 Custer Rd No 2138,   PLANO, TX 75025-6524
8574843    +Hewlett Packard Company,   c/o Roy Terry, Jr.,   600 E. Main Street, 20th Floor,
            Richmond, VA 23219-2430
8578136    +Hewlett-Packard Company,   Attn: Ramona Neal/Chris Patafio,   11307 Chinden Blvd., MS 314,
            Boise, ID 83714-1021
8672552     Hillson Electric Incorporated,   c/o: Gary V. Fulghum,   Seigfreid, Bingham,
            2800 Commerce Tower, 911 Main Street,   Kansas City, MO  64105
10144020    HireRight Solutions Inc., FKA USIS Commerical,   c/o US Bank Corp. TrustServices,
            60 Livingston Ave.,   EP-MN-WS3T,   ST. Paul, MN 55107-2292
9253200    +Holiday Foliage, Inc.,   kristine Vanzutphen,,   VP of Operations,   2592 Otay Center Dr.,
            San Diego, CA 92154-7611
10848120   +Holiday Inn,   c/o Debt Acquisition Company of America,   1565 Hotel Circle South Suite 310,
            San Diego, CA 92108-3419
9624585     Hollingsworth Capital Partners Intermodal LLC,   J Calvin Ward Esq,   PO Box 900,
            Knoxville, TN 37901-0900
8607208    +Home Depot USA, Inc.,   c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
            2200 Ross Avenue, Suite 2200,   Dallas, Texas 75201-2748
8582425    +Homero Alonso Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
8581311    +Homero Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
8840578    +Horizon Connections, Inc,   c/o Robert Dodd & Associates, LLC,   303 S. Mattis, Ste. 201,
            Champaign, IL 61821-3070
10837242   +Houston Community Newspapers,   c/o Debt Acquisition Company of America,
            1565 Hotel Circle South Suite 310,   San Diego, CA 92108-3419
9799737    +IBM Corporation,   1 New Orchard Rd,   Armonk, NY 10504-1783
9799736    #IBM Corporation,   c/o IBM Corporation,   Bankruptcy Coordinator,   13800 Diplomat Dr.,
            Dallas, TX 75234-8812
8596848   #+IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
9959348    +ICI Dulux Paint Centers,   P.O. Box 905066,   Charlotte, NC 28290-5066
9912785    +ICT GROUP INC,   100 BRANDYWINE BLVD,   NEWTOWN, PA 18940-4002
10256620    Ideal Technology Inc.,   HSBC Bank USA NA,   Dept CH 16354,   Palatine, IL 60055-6354,   USA
8601627    +Illinois Dept. of Employment Security,   Attorney General Section - 9th Floor,   33 S. State St.,
            Chicago, IL 60603-2808
8981838     Imagination Entertainment,   Kristen Fleming, COO,   Attention: 6161 Santa Monica Blvd,
            Suite 100,   Los Angeles, CA 90038
9662227    +Imagitas Inc,   48 Woerd Ave, Suite 101,   Waltham, MA 02453-3824
8673700    +Impressions Marketing Group,   7951 Angleton Ct.,   Lorton, VA 22079-1012
10100137    Industriaplex, Inc.,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10029746    Industriaplex, Inc.,   HSBC Bank USA NA,   Von Win,   Dept CH 16354,   Palatine, IL 60055-6354
8596898   #+InfoPrint Solutions Company,   c/o IBM Corporation,   ATTN: Vicky Namken,   13800 Diplomat Dr.,
            Dallas, TX 75234-8812
9624583     Infogain Corporation,   Julie H Rome Banks,   Binder & Malter LLP,   2775 Park Ave,
            Santa Clara, CA 95050-6004
10201870   +Inland-SAU Greenville Point, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8568677     Interstate Augusta Properties LLC,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
            Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
8680886    +Interstate Waste Services,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
10005948   +Invotex, Inc. d/b/a Invotex Group,   c/o Longacre Opportunity Fund, LP,
            1325 Avenue of the Americas, 28th Floor,   New York, NY 10019-6583,   Attn: Vladimir Jelisavcic
8825927    +Ion Audio, LLC,   200 Scenic View Drive,   Suite 201,   Cumberland, RI 02864-1847
8672723    +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
            Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
9735918    +JOHNSTOWN SHOPPING CENTER LLC,   c/o United States Debt Recovery V. LP,   5575 Kietzke Lane,
            Suite A,   Reno, NV 89511-2085
9938076     JOURNAL STAR,   1 NEWS PLAZA,   PEORIA, IL 61643-0001
10023940    JP Associates,   100 Naamans Rd, Ste. 5F,   Claymont, DE 19703-2700,   Attn: Mark Anchor
8596627    +JWC/Loftus LLC,   2595 Canyon Blvd. Suite 250,   Boulder, CO 80302-6744
9105238    +Jack D Daniels,   P.O. Box 215,   Jonesborough, TN 37659-0215
8575334    +James Donaldson,   Core Properties, Inc.,   831 East Morehead St. Ste 445,
            Charlotte, NC 28202-2784
11825838   +James H. Wimmer, Jr.,   12519 Regiment Ln.,   Fredericksburg, VA 22407-5202
10452657    Jantzen Dynamic Corporation,   c/o Peter D. Bilowz, Esq.,   Goulston & Storrs, P.C.,
            400 Atlantic Avenue,   Boston, MA 02110-3333
9758865    +Jefferies Leveraged Credit Products, LLC,   c/o Midtown Acquisitions LP,   Attn: Jennifer Donovan,
            65 East 55th St.,   New York, NY 10022-3219
9989589     John D Brush & Co Inc dba Sentry Group,   900 Linden Ave,   Rochester, NY 14625-2700
```

```
9020448    +John E. Hilton,  Carmody MacDonald, P.C.,  120 South Central Ave.,  Suite 1800,
            Clayton, MO 63105-1726
8672551     John Rohrer Contracting Company, Inc.,  c/o: Gary V. Fulghum,  Seigfried, Bingham,
            2800 Commerce Tower, 911 Main Street,  Kansas City, MO 64105
8723692    +Johnson City Crossing L.P.,  950 East Paces Ferry Road, Suite 975,  Atlanta, GA 30326-1180
10403668   +Johnstown Shopping Center LLC,  C/O United States Debt Recovery VIII,LP,
            940 Southwood Blvd, Suite 101,  Incline Village, NV 89451-7401
10403635    Johnstown Shopping Center LLC,  C/O Kent Property Management,  6001 Landerhaven Dr Ste D,
            4425 Military Trail Unit 202,  Cleveland, OH 44124
8684467    +K&G/Dearborn, LLC,  c/o Jess R Bressi Esq,  19800 MacArthur Blvd Ste 500,
            Irvine CA 92612-2480
11326597   +KB Columbus I-CC LLC,  c/o Seaport V LLC,  360 Madison Avenue, 22nd Floor,
            New York, NY 10017-7111
8701318    +KCOP Television (303),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
9169800    +KEF America, Inc.,  10 Timber Lane,  Marlboro, NJ 07746-1444
8748595    +KENTUCKY DEPARTMENT OF REVENUE,  LEGAL BRANCH - BANKRUPTCY SECTION,  ATTN: LEANNE WARREN,
            P O BOX 5222,  FRANKFORT KY 40602-5222
8767332    +KPLR Television (8097),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8605100    +KPNX-TV (367),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8623647    +KSDK-TV (0361),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8581075    +KTNV Television (0869),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8701392    +KTTV Television (1795),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8623660    +KTVD-TV (8982),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8692432    +KTVI Television (372),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8581016    +KTVK/KASW Television (7070),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8623708    +KUSA-TV (0295),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8623704    +KXTV-TV (1475),  c/o Szabo Associates, Inc.,  3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8687440    +Katsky Korins LLP,  Attn:  Steven H. Newman, Esquire,  605 Third Avenue,
            New York, NY 10158-1699
9880060    +Kelley, Walter W. for Sherwood Properties LLC,  PO Box 70879,  Albany, GA 31708-0879,  USA
10837247    Kent & McBride PC,  c/o Debt Acquisition Company of America,  1656 Hotel Circle South Suite 310,
            San Diego, CA 92108
8681046    +Kina Thompson,  c/o Linda J. Brame,  111 W. Main St. P.O. box 700,  Marion, IL 62959-0700
9870919    +Kirea Export Insurance Corporation,  c/o Junghey June Yeum,  1114 Avenue of the Americas,
            New York, NY 10036-7703
8658711    +Klipsch, LLC,  c/o Michael K. McCrory,  BARNES & THORNBURG LLP,  11 S. Meridian Street,
            Indianapolis, IN 46204-3535
9306338    +Korea Export Insurance Corporation,  c/o Duane Morris,  Attn: William C. Heuer,  1540 Broadway,
            New York, NY 10036-4086
8578229    +L.G. Electronics USA, Inc,  Attn:  Brian Wehr % H. Jason Gold,  Wiley Rein LLP,
            7925 Jones Branch Dr.,  McLean, VA 22102-3365
8610452    +LA Dept of Revenue,  PO Box 66658,  Baton Rouge, LA 70896-6658
9624581    +LENOVO INC,  MICHAEL ONEILL SR VP & GEN COUNSEL,  1009 THINK PL,  MORRISVILLE, NC 27560-9002
9926240    +La Crosse Technology,  2817 Losey Blvd South,  La Crosse, WI 54601-7366,  Attn: Manda Shah
10356405    LaSalle Bank NA, as trustee for JPMCC 2004-PNCI,  c/o Midland Loan Services,
            c/o Benesch Friedlander,  200 Public Square, Suite 2300,  Cleveland, OH  44114-2378
10030159   +Labor Ready,  c/o Argo Partners,  12 West 37th Street, 9th Floor,  New York, NY 10018-7480
9949866    +Lacrosse Technology Ltd. Web Sales,  2809 Losey Blvd. South,  Lacrosse, WI 54601-7366
10173719   +Lafayette Consolidated Govmt,  P.O. Box 4308,  Attn: Alarm Enforcement,
            Lafayette, LA 70502-4308
10787037   +Lancaster Propane Gas Inc,  Lancaster Propane, PA,  2860 Yellow Goose Rd,
            Lancaster, PA 17601-1814
10772180   +Lancaster Propane Gas, Inc.,  c/o Contrarian Capital Management,  411 West Putnam Ave. # 425,
            Greenwich, CT 06830-6263
8617068    +Landmark Communications, Inc.,  c/o Paul A. Driscoll,  Pender & Coward, P.C.,
            222 Central Park Avenue, Suite 400,  Virginia Beach, VA 23462-3026
8672553     Lang Construction, Inc.,  c/o: Gary V. Fulghum,  Seigfried, Bingham,
            2800 Commerce Tower, 911 Main Street,  Kansas City, MO 64105
10837250   +Laredo Morning Times,  c/o Debt Acquisition Company of America,
            1565 Hotel Circle South Suite 310,  San Diego, CA 92108-3419
10147240    Las Vegas Land & Development Company,  c/o U.S Bank Corporate Trust,  60 Livingston Ave.,
            St. Paul, MN 55107-2292
9927097     Laurier Furniture Ltd.,  Cl #1729, Amt. $67,841.48,  153 Boul Laurier #100,
            Laurier-Station, QC G0S1N0,  Canada
10117819    LeClair Ryan, Professional Corporation,  Contrarian Capital Management, LLC,
            411 West Putman Ave. # 425,  Greenwich, CT 06830
10115944    LeClairRyan,  951 E Byrd St.,  PO Box 2499,  Richmond, VA 23218-2499
9075643    +Lenovo (United States) Inc.,  1009 Think Place,  Morrisville, NV 27560-9002
```

```
District/off: 0422-7        User: frenchs          Page 32 of 118        Date Rcvd: Jun 10, 2013
                           Form ID: redacttr       Total Noticed: 2030
```

```
8578183      +Lexington Lion Weston I LP,   c/o Brian P. Hall,   1230 Peachtree St., N.E.,
              Suite 3100, Promenade II,   Atlanta, GA 30309-3574
11261463     +Local Counsel for County of Alameda Treasurer- Tax,   Jerrell E. Williams,   Christopher S. Colby,
              VANDEVENTER BLACK LLP,   P. O. Box 1558,   Richmond, VA 23218-1558
10255039     +Longacre Institutional Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Floor,
              New York, NY 10019-5869,   Attn: Vladimir Jelisavcic
9152691      +Longacre Opportunity Fund, L.P.,   810 Seventh Avenue, 33rd Fl,   New York, NY 10019-5869,
              Attn: Vladimir Jelisavcic
9810716      +Longacre Opportunity Offshore Fund, Ltd.,   810 Seventh Avenue, 33rd Floor,
              New York, NY 10019-5869,   Attn: Vladimir Jelisavcic
9111305      +Loren Stocker,   d/b/a Vanity International,   1431 Camino Del Mar, Suite D,
              Del Mar, CA 92014-2572
10104157     +LumiSource Inc,   c/o US bank Corporate Trust Services,   60 Livingston Ave.,   EP-MN-WS3T,
              St. Paul, MN 55107-2292
10607056     +MALIK, ALI I,   68 MARK SMITH DR,   MANDEVILLE, LA 70471-5300
9246863      +MARTINAIR INC,   P.O. BOX 485,   SANDSTON, VA 23150-0485
8720848       MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
              6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
11371417     +MDS Realty, LLC,   c/o Midtown Acquisition,   65 East 55th St.,   New York, NY 10022-3219
9743038       MHW Warner Robins, LLC,   c/o Corporate Propert Group Inc,   7332 Office Park Pl, Ste 101,
              Melbourne, FL 32940-8241
9740802      +MIA Brookhaven LLC,   1056 Wellington Way 200,   Lexington, KY 40513-2000
11327519     +MINER FLEET MANAGEMENT GROUP,   c/o Contrarian Capital Management,
              411 West Putnam Avenue-Ste 425,   Greenwich, CT 06830-6263
11555458     +MK KONA COMMONS LLC,   RUSSELL K. KAUPU,   THE MACNAUGHTON GROUP,   1288 ALA MOANA, SUITE 208,
              HONOLULU, HI 96814-4233
11556356     +MK Kona Commons LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
              Greenwich, CT 06830-6263
10093881     +MR Keene Mill 1 LLC,   1700 K Street, NW, Suite 600,   Washington, DC 20006-3816
10389495      Mack Pack,   HSBC Bank USA NA,   VonWin,   Dept CH 163554,   Palatine, IL 60055-0001
10389569      Mack Pack,   HSBC Bank USA NA,   VonWin,   Dept. 163554,   Palatine, IL 60055-6354
10295147      Madcow International Group Ltd,   HSBC Bank USA NA,   VonWin,   Dept 16354,
              Palatine, IL 60055-6354
10153090     +Madison Waldorf LLC,   2300 Wilson Blvd 7th Floor,   Arlington, VA 22201-5424
9152687      +Majesco Entertainment Company,   160 Raritan Center Parkway,   Edison NJ 08837-3637,
              Attn: Adam Sultan
8608684      +Mall Properties and U.S. 41 & I-285 Company,   c/o Morgan Lewis & Bockius LLP,   101 Park Avenue,
              New York, NY 10178-0060,   Attn: Neil E. Herman
8691414      +Mallview Plaza Company, Ltd.,   c/o Carnegie Management and Development,
              27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
9994051      +Manatee County Florida,   P.O. Box 1000,   Bradenton, FL 34206-1000
11588866     +Manteca Stadium Park LP,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
              Greenwich, CT 06830-6263
8701307      +Marco Portland General Partnership,   Attention: Carol Southard,   29435 Weeping Willow Drive,
              Agoura Hills, CA 91301-4136
8567200       Mark Browning,   Assistant Attorney General,   Bankruptcy & Collections Division,   PO Box 12548,
              Austin, TX 78711 2548
9112606      +Market Force Information, Inc.,   248 Centennial Parkway,   Suite 150,
              Louisville, CO 80027-1347
8693218      +Maryland Acquisitions, LLC,   c/o Miles & Stockbridge P.C.,   1751 Pinnacle Drive,   Suite 500,
              McLean, VA 22102-3833
10452631     +Mathieu Rosinsky,   3450 Northlake Boulevard, Suite 210,   Palm Beach Gardens FL 33403-1710
10084628     +McCracken Walker & Rhoads LLP,   123 South Broad Street,   Philadelphia, PA 19109-1099,
              Attn: Joseph O'Neil, Jr.
8589705      +McKinley, Inc.,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
              2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
9956202      +Meadowbrook Village LP,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
              New York, NY 10018-7480
9765589      +Mercer,   Attn: Joanne Flowers,   777 S Figueroa St Ste 1900,   Los Angeles, CA 90017-5817
10173428     +Mercury Tech Partners Inc.,   c/o Jefferies Leveraged Credit Pro. LLC,   One Station Place,
              Three North,   Stamford, CT 06902
10169143     +Mercury Tech Partners Inc.,   PO Box 906,   Conover, NC 28613-0906
11235828     +Meridian Village LLC,   c/o Charles Royce,   K&L Gates, LLP,   925 Fourth Avenue,   Suite 2900,
              Seattle, WA 98104-1158
9898468      +Metro Signs Inc.,   23544 Hoover Road,   Warren, MI 48089-1990
10374117     +Mibarev Development I LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
              1615 L Street, NW, Suite 1350,   Washington, DC 20036-5668
10374122     +Mibarev Development I LLC,   c/o Thomas R Lynch,   1615 L Street NW, Suite 1350,
              Washington, DC 20036-5668
10374119     +Mibarev Development I LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
              1615 L Street NW, Suite 1350,   Washington, DC 20036-5668
10374163      Mibarev Development I, LLC,   c/o Thomas R Lynch,   Bradley Arant Boult Cummings LLP,
              Washington, DC 20036
9095984      +Micro Product Distributors,   89450 NW 27th St.,   Miami, FL 33172
8592418      +Middle Tennessee Electric Membership Corporation,   555 New Salem Road,
              Murfreesboro, TN 37129-3390
9420703      +Midland Loan Services, Inc.,   Attn: Josh Azinger,   10851 Mastin, Suite 300,
              Overland Park, KS 66210-1690
10201910     +Midtown Acquisitions,   65 East 55th Street, 20th Floor,   New York, NY 10022-3219
```

District/off: 0422-7          User: frenchs          Page 33 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

11186132    +Midtown Acquisitions,  DDR MDT Grandville Marketplace,  65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
11186127    +Midtown Acquisitions,  re: DDR Highland Grove LLC,  65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
10201894    +Midtown Acquisitions LP,  65 East 55th Street, 20th Floor,  New York, NY 10022-3219
10908524    +Midtown Acquisitions LP,  JPMorgan NY1-A436,  65 East 55th Street,  New York, NY 10022-3219,
             Attn: Jennifer Donovan
10908529     Midtown Acquisitions LP,  JPMorgan NY1-M138,  East 55th Street,  New York, NY 10022,
             Attn: Jennifer Donovan
11186129    +Midtown Acquisitions. LP,  re: DDR Southeast Cortez,  65 East 55th Street, 20th Floor,
             New York, NY 10022-3219
8644353     +Mike B. Dohrmann,  34945 N Karan Swiss Circle,  Queen Creek, AZ 85143-4856
10089903    +Miller & Martin,  832 Georgia Avenue,  Suite 1000,  Volunteer Building,
             Chattanooga, TN 37402-2289
9881608      Millstein Industries LLC,  Joshua M Farber Esq,  Meyer Unkovic & Scott LLP,
             1300 Oliver Building,  Pittsburgh, PA 15222
11120524    +Mitac USA Inc.,  c/o Mathew Rosencrans,  The Royal Bank of Scotland,plc,  600 Washington Blvd.,
             Stamford, CT 06901-3726
10557022    +Mitsubishi Digital Electronics America, Inc.,  c/o Midtown Acquisitions L.P.,
             65 East 55th Street, 20th Floor,  New York, New York 10022-3219,  Attention: Jennifer Donovan
8582426     +Monarch Alternative Capital LP,  c/o Andrew Herenstein,  535 Madison Ave.,
             New York, NY 10022-4214
9319473     +Monarch Master Funding Ltd,  535 Madison Ave,  26th Floor,  New York, NY 10022-4255
9973404     +Montage Inc.,  NW5803,  P.O. Box 1450,  Minneapolis, MN 55485-1450
9973405     +Montage Inc.,  3050 Center Pointe Dr., Suite 50,  Roseville, MN 55113-1180
10374015    +Montgomery County Trustee,  c/o Matthew J. Ellis, attorney,  121 S. Third St.,
             Clarksville, TN 37040-3403
10084629    +Montgomery McCracken Et Al,  123 South Broad Street,  Philadelphia, PA 19109-1099,
             Attn: Joseph O'Neil, Jr.
10942682    +Myrtle Beach Farms Co.,Inc.,  c/o B. Keith Poston,  PO Box 11070(29211-1070),
             Columbia, SC 29211-1070
10094670    +Myrtle Beach Farms Company,  PO Box 11070,  Columbia, SC 29211-1070
8583956      NPP Development LLC,  c/o Christine D. Lynch, Esq.,  Goulston & Storrs, P.C.,
             400 Atlantic Avenue,  Boston, MA 02110-3333
8667550     +National Glass & Gate,  c/o Coface North America, Inc.,  50 Millstone Rd., Bldg. 100, Ste. 360,
             East Windsor, NJ 08520-1415
9889146     +National Retail Properties, Inc.,  c/o David Byrnes, ESQ,  450 South Orange Ave.,  Suite 900,
             Orlando, FL 32801-3339
10490829    +National Service Alliance,  Whitehead Randy,  National Services Alliance NSA,
             6762 South 1300 East,  Salt Lake City, UT 84121-2719
10495194    +National Service Alliance, Inc.,  c/o Contrarian Capital Management,
             411 West Putnam Ave. # 425,  Greenwich, CT 06830-6263
9821271      Newmen Technology Co Ltd,  Attn Fish Chou,  Tongsheng Village,  No 1Newmen Rd,
             Longhua, Shenzhen 518109,  China
8697812     +Newport News Shopping Center, LLC,  Paul K. Campsen,  Kaufman & Canoles, P.C.,
             150 W. Main Street, Suite 2100,  Norfolk, VA 23510-1681
8749372     +North American Roofing Services, Inc.,  c/o Doug Frankey,  3 Winner Circle,
             Arden, NC 28704-3156
8701894    #+Northeast Verizon Wireless,  PO Box 3397,  Bloomington, IL 61702-3397
9973402     +Northern California Compactors,  P.O. Box 5489,  Pleasanton, CA 94566-1489
10807702    +Nyko Technologies Inc,  c/o United States Debt Recovery, X LP,  5575 Kietzke Lane,  Suite A,
             Reno, NV 89511-2085
9938089     +OBSERVER DISPATCH, THE,  MARY SCHOLEFIELD,  221 ORISKANY PLAZA,  UTICA, NY 13501-1201
11794340     OCI,  HSBC Bank USA,  Dept CH-19554,  Palatine, IL 60055-9554
8669976    ++OHIO BUREAU OF WORKERS COMPENSATION,  LAW SECTION BANKRUPTCY UNIT,  P O BOX 15567,
             COLUMBUS OH 43215-0567
             (address filed with court: Ohio Bureau of Workers' Compensation,  PO Box 15567,
             Columbus, Ohio 43215-0567)
8607718      OHIO DEPARTMENT OF TAXATION,  BANKRUPTCY DIVISION,  P.O. BOX 530, COLUMBUS, OH. 43216
8588482     +ON Corp US, Inc.,  ON Corp,  c/o Olshan Grundman Frome Rosenzweig & W,  65 East 55th Street,
             New York, New York 10022-3219
11101467     ONICS,LLC,  HSBC Bank,  VonWin,  Dept CH 16354,  Palatine, IL 60055-6354
9737581     +ORIX Capital Markets, LLC,  c/o Gregory A. Cross, Esq.,  Venable LLP,
             750 East Pratt Street, Suite 900,  Baltomore, MD 21202-3157
11261454    +Office of the County Counsel,  County of Alameda,  John Thomas Seyman,
             1221 Oak St., Suite 450,  Oakland, CA 94612-4226
8596806     +Oklahoma County Treasurer,  c/o Tammy Jones,  320 Robert S. Kerr,
             Oklahoma City, OK 73102-3457
9604796     +Olympus Corporation,  c/o Olympus Imaging America Inc.,  3500 Corporate Parkway,
             Center Valley, PA 18034-8229
11675273    +OmniMount Systems, Inc.,  c/o Ergotron,  1181 Trapp Road,  Eagan, MN 55121-1325
9908391     +Onkyo USA Corporation,  18 Park Way,  Upper Saddle River, NJ 07458-2353
9833008     +Optoma,  715 Sycamore Drive,  Milpitas, CA 95035-7465,  Attn: Karen Parsons
8681901     +Oracle USA, Inc.,  c/o Shawn M. Christianson,  Buchalter Nemer,  333 Market St., 25th Floor,
             San Francisco, CA 94105-2126
8700430     +Orange Grove Apartments, LLC dba Camelback Center,  c/o Valerie L. Marciano, Esq.,
             Jaburg & Wilk, PC,  3200 North Central Avenue, #2000,  Phoenix, Arizona 85012-2463
9134614     +Organizational Concepts Intl LLC,  John R Kurhne, EVP & COO,  730 Second Avenue S Ste 730,
             Minneapolis, MN 55402-2449

District/off: 0422-7          User: frenchs          Page 34 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

11316257   +Osprey Audit Specialists,   c/o Midtown Acquisitions LP,   Attn: Jennifer Donovan,
            65 East 55th Street,   New York, NY 10022-3219
8587594    +PNY Technologies, Inc.,   c/o Angela Abreu,   McCarter & English, LLP,   Four Gateway Center,
            100 Mulberry Street,   Newark, NJ 07102-4056
11555684   +POTOMAC FESTIVAL II LLC,   C O WENDY D PULLANO,   BREGMAN BERBERT SCHWARTZ & GILDAY LLC,
            7315 WISCONSIN AVE STE 800 W,   BETHESDA, MD 20814-3202
11336593   +PR Beaver Valley Limited Partnership,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
11336594   +PR Christiana, LLC,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
11336592   +PRGL Paxton, LP,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
10449107    PRICEGRABBER.COM, INC.,   c/o U.S. Bank Corporate Trust Services,   60 Livingston Ave.,
            EP-MN-WS3T,   St. Paul, MN 55107-2292
10159891   +Pacific Supply,   5005 Windplay Drive, Ste. 4,   El Dorado Hills, CA 95762-9334
8569508    +Pamela Gale Johnson,   Baker & Hostetler, LLP,   1000 Louisiana, Ste. 2000,
            Houston, TX 77002-5018
8699198    +Pan AM Equities, Inc.,   c/o Law Offices of David A. Greer PLC,
            500 East Main Street, Suite 1225,   Norfolk, Virginia 23510-2274
8578076    +Pan Am Equities, Inc.,   c/o Michael J. Sage,   O'Melveny & Myers,   7 Times Square,
            New York, NY 10036-6524
10872193    Panattoni Contruction, Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine IL 60055-6354
8607210    +Parago, Inc.,   c/o Melissa S. Hayward,   LOCKE LORD BISSELL & LIDDELL LLP,
            2200 Ross Avenue, Suite 2200,   Dallas, Texas 75201-2748
8571089    +Paramount Home Entertainment,   c/o Michael L. Tuchin,   Klee, Tuchin, Bogdanoff & Stern LLP,
            1999 Avenue of the Stars, 39th Fl.,   Los Angeles, CA 90067-6049
8691730    +Parker Bullseye LLC,   c/o Joel T. Marker,   McKay, Burton & Thurman,
            170 South Main St., Suite 800,   Salt Lake City, UT 84101-1656
11336588   +Parkside Realty,   c/o Jeffrey Kurtzman,   1835 Marekt St. Ste 1400,
            Philadelphia, PA 19103-2945
8603698    +Pasadena Independent School District,   c/o Dexter D. Joyner,   Law Office of Dexter D. Joyner,
            4701 Preston Avenue,   Pasadena, Texas 77505-2050
8673969    +Patrick S. Longood,   8124 Hampton Spring Road,   Chesterfield, Virginia 23832-2030
8593127    +Pelkar Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
            Norfolk, VA 23514-3037
10162182    Pembrooke Crossing, LTD.,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East, Suite 2600,
            Los Angeles, CA 90067-3012
10017990   +Permission Data LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue # 425,
            Greenwich, CT 06830-6263
8615828    +Phoenix Property Company,   c/o Jason Binford,   Haynes and Boone, LLP,
            2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
10074934   +Phoenix Property Company,   c/o Mark Mullin,   Haynes & Boone, LLP,
            2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8601078    +Pima County Treasurer & Pima County, Arizona,   c/o Pima County Attorney's Office,
            32 N. Stone Avenue, Ste 2100,   Tucson, AZ 85701-1458
8785786     Pinnacle Systems, Inc.,   c/o Bill Coats, Esq.,   White & Case LLP,
            3000 El Camino Real, 5 Palo Alto Sq.,   Palo Alto, CA 94306
8785819     Pinnacle Systems, Inc.,   c/o William Sloan Coats/Peter J. Carney,   WHITE & CASE LLP.,
            3000 El Camino Real,5 Palo Alto Sq., 9th,   Palo Alto, CA 94306
11567998   +Pioneer Electronics USA Inc,   c/o United States Debt Recovery, XI LP,
            5575 Kietzke Lane, Suite A,   Reno, NV 89511-2085
9942561     Pittsburgh Post Gazette,   34 Boulevard of the Allies,   Pittsburgh, PA 15222-1204,
            Attn: Henry Gorman
10821370   +Planet Replay , LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
            Greenwich, CT 06830-6263
8670516    +Plantation Point Development, LLC,   c/o Lyndel Anne Mason,
            CAVAZOS HENDRICKS POIROT & SMITHAM P.C.,   900 Jackson St.,Ste 570, Founders Sq.,
            Dallas, TX 75202-2413
8600376     Platform-A Inc.,   HSBC Bank USA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
8655675    +Plaza Las Americas, Inc.,   c/o Holland & Knight LLP,   James H. Rollins, Esq.,
            Suite 2000, One Atlantic Center,   1201 West Peachtree Street, N.E.,   Atlanta, GA 30309-3449
8589805    +Polaris Circuit City, LLC,   8800 Lyra Drive, Suite 550,   Columbus, Ohio 43240-2107,
            Attn:  Franz A. Geiger
8692842    +Port Arthur Holdings, III, Ltd.,   c/o David H. Cox, Esq.,   Jackson & Campbell, PC,
            1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
11556358   +Potomac Festival II, LLC,   c/o Contrarian Capital Management, LLC,
            411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
8710856    +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443
8615097    +PrattCenter, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,
            New York, NY 10022-3219
9110851    +Premier Resources International, LLC,   7905A Cessna Avenue,   Gaithersburg, Maryland 20879-4113
8685620    +Pretlow & Pretlow, P.C.,   200 N. Main Street,   Suffolk, VA 23434-4421
8685623    +Pretlow & Pretlow, PC,   200 N. Main Street,   Suffolk, VA 23434-4421
8648811    +PriceGrabber.com, Inc.,   c/o Joseph D. Frank,   Frank/Gecker LLP,
            325 North LaSalle Street, Suite 625,   Chicago, Illinois 60654-6465
8586830    +Prince George's Station Office, LLC,   c/o Taylor Development and Land,
            7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848
8586669    +Prince George's Station Retail, LLC,   c/o Taylor Development and Land,
            7201 Wisconsin Avenue, Suite 500,   Bethesda, MD 20814-4848

```
9735689      +Prince Georges Station Retail, LLC,   c/o William C. Crenshaw,   901 New York Avenue, N.W.,
              Washington, DC 20001-4432
8604948      +Public Service of North Carolina,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
              P.O. Box 22828,   Charleston, SC 29413-2828
9905456       PuntoAparte Communications, Inc,   Orlando J. Salichs, President,   PO Box 906636,
              San Juan, PR 00906
10123721     +Quality Project Management, LLC,   c/o Contrarian Capital Management, LLC,
              411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10168307      R.J. Ventures, LLC,   c/o Contrarian Capital Management,   411 West Putman Ave. # 425,
              Greenwich, CT 06830
10168603     +RJ Ventures, LLC,   c/o Jess Bressi, Esq.,   Luce Forward Hamilton & Scripps LLP,
              2050 Main Street, Suite 600,   Irvine, CA 92614-8261
10287691     +RJ Ventures, LLC,   1801 Avenue of the Stars, Suite 920,   Los Angeles, CA 90067-5803
8593049      +RLV Village Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
8593124      +RLV Vista Plaza, LP,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
9938080      +ROCKFORD REGISTER STAR,   PO BOX 439,   ROCKFORD, IL 61105-0439
8593048      +Ramco JW, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
8593047      +Ramco West Oaks 1, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
9822511       Rancon Realty Fund IV,   Ronald K Brown Jr,   Law Offices of Ronald K Brown Jr APC,
              901 Dove St Ste 120,   Newport Beach, CA 92660-3018
8582821       Ray Mucci's Inc.,   c/o Christine D. Lynch, Esq.,   Goulston & Storrs, P.C.,
              400 Atlantic Avenue,   Boston, MA 02110-3333
8593126      +Rebs Muskegon, LLC,   c/o Paul K. Campsen, Esq.,   Kaufman & Canoles, P.C.,   P. O. Box 3037,
              Norfolk, VA 23514-3037
10415273     +Red Mtn. Asst Fund,I, LLC,   Successor to The City Portfolio, LLC,
              c/o Contrarian Capital Mgt. LLC,   411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
11781963     +Red Rose Commons L.P.,   c/o Jeffrey Kurtman,   1835 Market Street, Suite 1400,
              Philadelphia, PA 19103-2945
8656186      +Reliance Figueroa Associates, L.P.,   c/o Lambert Development LLC,   5 Hanover Square,
              New York, NY 10004-2614
8656800      +Reliance Figueroa Associates, L.P.,   c/o Aaron R. Cahn,   Carter Ledyard & Milburn LLP,
              Two Wall Street,   New York, New York 10005-2072
10619000      Remount Road Associates LLC,   c/o Jefferies Leveraged Credit Product,   One Station Place,
              Three North,   Stamford, CT 06902
10026116     +Reporter Herald,   201 E. 5th St.,   P.O. Box 59,   Loveland, CO 80539-0059
9740799      +Retail Data LLC,   PO Box 6691,   Richmond, VA 23230-0691
9740800      +Retail Data LLC,   Chris Ferguson,   2235 Staples Mill Rd, Ste 300,   Richmond, VA 23230-2942
9758862      +Retail MDS Inc.,   2909 Sunset Ave.,   Norristown, PA 19403-4419
9840411      +Retail Property Group,   101 Plaza Real South, Suite 200,   Boca Raton, FL 33432-4856
8703450       Richard T. Miller, Jr.,   Attn: Neil E. McCullagh, Esq.,   Cantor Arkema, P.C.,   P.O. Box 561,
              Richmond, VA 23218-0561
9950330      +Richmond Times Dispatch,   Richmond Newspapers,   PO Box 27775,   Richmond, VA 23261-7775
9937994      +Richmond Times Dispatch,   c/o Contraian Capital Management, LLC,
              411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
10028638     +Ricmac Equities Corporation,   c/o Contrarian Capital Management LLC,
              411 West Putnam Ave. # 425,   Greenwich, CT 06830-6263
10028639     +Ricmac Equities Corporation,   Attn Janet M Meiburger,   The Meiburger Law Firm PC,
              1493 Chain Bridge Rd Ste 201,   McLean, VA 22101-5726
8590045      +Ritz Motel Company,   c/o Seth A. Drucker, Esq.,   Honigman Miller Schwartz and Cohn LLP,
              2290 First National Building,   660 Woodward Avenue,   Detroit, MI 48226-3516
10032308     +Rival Communications,   921 Washington Ave.,   Hagerstown, MD 21740-5258
10201916     +Riverdale Retail Associates, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
              65 East 55th Street,   New York, NY 10022-3219
8673707      +Riverside Claims LLC,   P.O. Box 626,   New York, NY 10024-0626
8673699      +Riverside Claims LLC,   P.O. Box 626,   Planetarium Station,   New York, NY 10024-0626
10908525     +Robert Klyman,   JPMorgan Chase Bank,   Mail Code: NY1-M138,   383 Madison Ave, 237th Fl.,
              New York, NY 10179-0001,   Attn: Jeff Panzo
8723691      +Ronus Meyerland Plaza L.P.,   3290 Northside Parkway, Suite 250,   Atlanta, GA 30327-2215
10437747     +Rossmoor Shops LLC,   c/o Capital Sources, LLC,   One University Plaza, Ste 312,
              Hackensack, NJ 07601-6205
8568676       Route 146 Millbury LLC,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
              Goulton & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
11130445     +Rusin Maciorowski & Friedman,   10 S Riverside Plaza, Suite 1530,   Chicago, IL 60606-3833
8568678       S.R. Weiner & Associates Inc.,   c/o Christine D. Lynch, Esq.,   Peter D. Bilowz, Esq.,
              Gouslton & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
10917766     +SANTA ROSA TOWN CENTER LLC,   c/o United States Debt Recovery X LP,   5575 Kietzke Lane,
              Suite A,   Reno, NV 89511-2085
8593405      +SAP Retail, Inc. and Business Objects,   c/o Brown & Connery LLP,   6 North Broad Street,
              Woodbury, NJ 08096-4635
9937993      +SBLM Architects PC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,
              Greenwich, CT 06830-6263
9679507      +SCC San Angelo Partners Ltd A Texas Limited Partne,   Attn Joseph Friedman,
              co Kane Russell Coleman & Logan PC,   3700 Thanksgiving Tower,   1601 Elm St,
              Dallas, TX 75201-4701
11571303     +SJ COLLINS ENTERPRISES LLC ET AL,   ATTN JAMES S CARR ESQ,   KELLEY DRYE & WARREN LLP,
              101 PARK AVE,   NEW YORK, NY 10178-0062
```

District/off: 0422-7          User: frenchs          Page 36 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redactr        Total Noticed: 2030

```
10201865    +SM Newco Hattiesburg, LLC,   c/o Midtown Acquisitions, LP,   Attn: Jennifer Donovan,
             65 East 55th Street,   New York, NY 10022-3219
10766360    +SPECIFIC MEDIA LLC F/K/A SPECIFIC MEDIA INC,   c/o United States Debt Recovery, X LP,
             5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
9938134      STATE JOURNAL REGISTER, THE,   P O BOX 219,   SPRINGFIELD, IL 627050219
10585614    +STEINBACH DAVID,   32002 N 19TH LN,   PHOENIX, AZ 85085-7097
11664631    +SWEETWATER ASSOCIATES LIMITED PARTNERSHIP,   c/o Contratian Capital Management LLC,
             411 West Putnam Ave., Ste 425,   Greenwich, CT 06830-6263
10892643    +Sacco of Maine, LLC,   c/o Goldman & Van Beek, P.C.,   John P. Van Beek, Esq.,   Neil G. Goldman.,
             510 King Street, Suite 416,   Alexandria, VA 22314-3142
8868285     +Salamander Designs,   Attention: Salvatore R. Carraba,   811 Blue Hills Avenue,
             Bloomfield, CT 06002-3709
8578159     +Samsung Electronics America, Inc.,   Phillip J. Landau, Esq.,   Akerman Senterfitt,
             350 E. Las Olas Blvd, Ste. 1600,   Ft. Lauderdale, FL 33301-4247
8659743     +Samsung Electronics America, Inc.,   Attn: Joseph McNamara,   105 Challenger Rd.,
             Ridgefield Park, NJ 07660-2113
8749458     +Sara L. Chenetz, Esq.,   Sonnenschein Nath & Rosenthal LLP,
             601 South Figueroa Street, Suite 2500,   Los Angeles, CA 90017-5709
8619522     +Savitri Cohen,   c/o Ronald G. Dunn,   40 Beaver St.,   Albany, NY 12207-1530
8616777     +Savitri Cohen,   c/o Ronald G. Dunn,   Gleason, Dunn, Walsh & O'Shea,   40 Beaver Street,
             Albany, New York 12207-1502
9665811     +Scoggin Worldwide Fund Ltd,   660 Madison Ave,   New York, NY 10065-8405
9697203     +Scoggin Worldwide Fund, Ltd.,   Attn: Nicole Kramer,   660 Madison Ave.,
             New York, NY 10065-8405
8975901     +Screamin Express,   1112 Little Spring Hill Dr,   Ocoee, FL 34761-1829
10801759    +Scripps Networks Interactive, Inc.,   1180 Avenue of the Americas,   New York, NY 10036-8406
10356404    +Seaport V LLC,   c/o The Seaport Group LLC,   360 Madison Avenue,   New York, NY 10017-7138
9059599     +Seferino Sanchez,   1511 North California,   Chicago, IL 60622-1673
9735214     +Sennheiser Electronic Corp.,   1 Enterprise Drive,   Old Lyme, CT 06371-1568
8580933     +Sharp Electronics Corporation,   c/o Borges & Associates, LLC,   Counsel for Sharp Electronics,
             575 Underhill Blvd. - Ste 118,   Syosset, NY 11791-3438
9623538     +Shelbyville Road Plaza LLC,   Kevin A Lake Esq,   PO Box 1558,   Richmond, VA 23218-1558
9875681     +Sherwood Properties LLC,   PO Box 70879,   Albany, GA 31708-0879,   USA
8623541     +Shimenti Construction Company LLC,   118 North Bedford Road,   Mount Kisco, New York 10549-2553
8578297     +Simon Property Group, Inc.,   Attn: Ronald M. Tucker,   225 W. Washington St.,
             Indianapolis, IN 46204-3438
10846066    +Sir Barton Place LLC,   c/o United States Debt Recovery, X LP,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
8606930      Sir Barton Place, LLC,   c/o John P. Brice,   WYATT, TARRANT & COMBS, LLP,
             250 West Main Street, Suite 1600,   Lexington, KY 40507-1746
8577090     +Sirius XM Radio, Inc.,   c/o Eric D. Goldberg,   Stutman, Treister & Glatt,
             1901 Avenue of The Stars, 12th Floor,   Los Angeles, CA 90067-6013
9278209     +Site A, LLC,   Ann K. Crenshaw, Esq. & Paul K. Campsen,,   Kaufman & Canoles, P.C.,
             2101 Parks Avenue, Suite 700,   Virginia Beach, VA 23451-4160
9854100     +Sitoa Corporation,   Calbert Lai CEO & President,   981 Industrial Rd Ste C,   Suite 1400,
             San Carlos, CA 94070-4150
9754598     #+Slam Brands, Inc.,   19175 163rd CT NE,   Woodinville, WA 98072-6430
9738331     +Smart Micro USA No 1 LP,   1055 Trend Dr Ste 103,   Carrollton, TX 75006-5462
9662134      #Sonnet Investments, LLC,   c/o Terra Enterprises Inc.,   11812 San Vicente Blvd., Suite 510,
             Los Angeles, CA 90049-5081
8582379     +Sony Electronic, Inc,   c/o Lloyd Sarakin,   1 Sony Drive, MD #1E-4,   Park Ridge, NJ 07656-8002
8825783      Sony Electronics Inc.,   16530 Via Esprillo,   San Diego, CA 92127-1898
8620865     +Sony Pictures Entertainment Inc.,   c/o Sara L. Chenetz, Esq.,
             Sonnenschein Nath & Rosenthal LLP,   601 S. Figueroa Street, Suite 2500,
             Los Angeles, CA 90017-5709
8749457     +Sony Pictures Home Entertainment Inc.,   c/o Paul M. Black, Esq.,   Spilman Thomas & Battle, PLLC,
             P. O. Box 90,   Roanoke, VA 24002-0090
10252990    +Source Interlink Distribution LLC,   c/o Contrarian Capital Management,
             411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830-6263
10252989    +Source Interlink Media LLC,   c/o Source Interlink Companies Inc,
             27500 Riverview Center Blvd, Ste 400,   Bonita Springs, FL 34134-4331
8604947     +South Carolina Electric & Gas Company,   c/o David B. Wheeler, Esq.,   Moore & Van Allen PLLC,
             P.O. Box 22828,   Charleston, SC 29413-2828
10201900    +Southeast Rome, L.L.C.,   c/o Developers Diversified Realty,   Corporation,
             3300 Enterprise Parkway,   Beachwood, OH 44122-7200
11134107    +Southland Acquisitions LLC Lease No 3634,   c/o United States Debt Recovery XI LP,
             940 Southwood Blvd # 101,   Incline Village, NV 89451-7401
8657405     +Southland Acquisitions, LLC,   c/o United States Debt Recovery, XI LP,   5575 Kietzke Lane,
             Suite A,   Reno, NV 89511-2085
9604800     +Southpaw Credit Opportunity Master Fund LP,   2 West Greenwich Office Park, 1st Floor,
             Greenwich, CT 06831-5155
9735694     +Southpaw Koufax, LLC,   c/o Midtown Acquisitions,   Attn: Lorraine Conti/Lourdes Manent,
             65 East 55th Street, 19th Floor,   New York, NY 10022-3355
8886304     +St. Cloud Associates,   c/o Adam M. Spence,   Spence & Buckler, P.C.,   (Brandywine/CircuitCity),
             P.O. Box 20369,   Baltimore, MD 21284-0369
8639905     +State of Michigan, Department of Treasury,   3030 W. Grand Blvd.,   Suite 10-200,
             Detroit, MI 48202-6030
8826229     +Sylvania Lighting Services,   100 Endicott Street,   Danvers, MA 01923-3781
10066264    +THE WEST CAMPUS SQUARE CO LLC,   C/O UNITED STATES DEBT RECOVERY, V, LP,
             940 SOUTHWOOD BLVD # 101,   INCLINE VILLAGE, NV 89451-7401
```

```
11725814    +THQ Inc.,   c/o United States Debt Recovery, VIII LP,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
9075509     +THQ, Inc.,   c/o United States Debt Recovery,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
9229548     +THQ, Inc.,   101 W. 103rd Street,   Indianapolis, IN 46290-1102
10294555    +THQ, Inc.,   c/o United States Debt Recovery,   940 Southward Blvd, # 101,
             Incline Village, NV 89451-7401
8569340     +THQ, Inc.,   c/o Jeffer Mangels Butler & Marmaro LLP,   1900 Avenue of the Stars 7th Floor,
             Los Angeles, CA 90067-4308,   Attn: David M. Poitras P.C.
8641143     +TKG Coffee Tree, L.P.,   c/o Eugene Chang,   Stein & Lubin LLP,
             600 Montgomery Street, 14th Floor,   San Francisco, CA 94111-2716
9233671     +TN Dept of Labor & Workforce Dev-Unemployment Ins,   c/o TN Atty. General, Bankruptcy Div.,
             P.O. Box 20207,   Nashville, TN 37202-4015
9125174     +TN Dept. of Treasury - Unclaimed Property,   c/o TN Atty. General, Bankruptcy Div.,
             P.O. Box 20207,   Nashville, TN 37202-4015
8571856     +TPG Management Inc.,   c/o John L. Senica,   225 W. Washington, Suite 2600,
             Chicago, IL 60606-3439
11388334    +TRANE US INC,   C O WAGNER FALCONER & JUDD LTD,   MARK O ANDERSON,   1700 IDS CTR,
             MINNEAPOLIS, MN 55402-8664
10493730    +TRC Associates, LLC,   c/o Samco Properties, Inc.,   455 Fairway Drive Suite 301,
             Deerfield Beach, FL 33441-1815
11139135    +TXU Energy Retail Company LLC,   Robert S. Westermann, Esq.,   Hirschler Fleischer,
             2100 East Cary Street,   Richmond, Virginia 23223-7270
10036409    +Tampa Tribune,   202 South Parker Street,   Tampa, FL 33606-2395,   Attn: Joyce Rosenthal
8566899     +Taubman Landlords,   c/o The Taubman Landlords,   Attn. Andrew S. Conway,
             200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324
8596783     +Tax Collector of Madison County, AL.,   c/o Lynda Hall,   100 Northside Sq.,
             Huntsville, AL 35801-8815
8614653     +The City of New York,   ATTN: Gabriela Cacuci,   100 Church St. Room 5/223,
             New York, NY 10007-2604
9024540     +The Columbus Dispatch,   c/o Carl A. Eason, Equire,   Convergence Center IV,
             301 Bendix Road, Suite 500,   Virginia Beach, VA 23452-1388
8888934     +The Dispatch Printing Co.,   34 South Third Street,   Columbus, OH 43215-4201
8575594     +The Goldenberg Group,   c/o Jeffrey Kurtzman,   260 S. Broad Street,
             Philadelphia, PA 19102-5021
8719785     +The Marvin L. Oates Trust,   c/o Trainor Fairbrook,   Nancy Hotchkiss, Esq.,   980 Fulton Avenue,
             Sacramento, CA 95825-4558
8603636     +The McClatchy Company, et al.,   c/o Paul J. Pascuzzi,   Felderstein Fitzgerald,
             Willoughby & Pascuzzi LLP,   400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
8578816     +The Miner Corporation,   c/o Ray Battaglia,   OPPENHEIMER, BLEND, ET.AL.,
             711 Navarro, Suite 600,   San Antonio, Texas 78205-1796
9662140     +The Seaport Group LLC,   360 Madison Avenue, 22nd Floor,   New York, NY 10017-7138
8577766     +The Ziegler Companies,   c/o Mitchell Weitzman,   2300 Wilson Blvd. 7th Floor,
             Arlington, VA 22201-5424
8633296     +Thirty & 141, L.P.,   John E. Hilton,   Carmody MacDonald,   120 S. Central Ave., Ste. 1800,
             Clayton, MO 63105-1726
9229461     +Thomson Inc., f/k/a Thomson Multimedia, Inc.,   101 W 103rd Street,   Indianapolis, IN 46290-1102
9956208     +Topline Appliance Depot, Inc.,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
             New York, NY 10018-7480
8574859     +Toshiba America Consumer Products, LLC,   c/o Jeremy S. Friedberg,   One Corporate Center,
             10451 Mill Run Circle, Suite 1000,   Owings Mills, Maryland 21117-5519
8571346     +Toshiba America Consumer Products, LLC,   82 Totowa Road,   Wayne, NJ 07470-3191
8571347     +Toshiba America Information Systems, Inc.,   9740 Irvine Blvd.,   Irvine, CA 92618-1608
10682787     Tourbillon Corporation,   c/o Jefferies Leveraged,   One Station Place,   Three North,
             Stamford, CT 06902
11392611    +Trane US, Inc.,   c/o Contrarian Capital Management LLC,   411 West Putnam Avenue--Suite 425,
             Greenwich, CT 06830-6261
8582354     +Travelers,   One Tower Square, 5MN,   Hartford, CT 06183-0002,   ATTN: Mike Lynch
8691381     +Traverse Square Company, Ltd.,   c/o Carnegie Management and Development,
             27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
10455424     Triangle Equities Junction LLC,   HSBC Bank USA NA,   VonWin--Dept CH 163554,
             Palatine, IL 60055-6354
9120600     +Trout Segall & Doyle Winchester Properties,   9690 Deereco Road,   Timonium, MD 21093-6978
9927288      Tulsa World,   Cl #1419 & 5733, Amt. 43,836.95,   315 Boulder Ave,   Tulsa, OK 74102-1770
11064258    +Tysons 3 LLC,   c/o Contrarian Capital Management LLC,   411 West Putnam Avenue-Suite 425,
             Greenwich, CT 06830-6261
8566065     +Tysons 3, LLC and its management agent,   The Ziegler Companies, LLC,
             c/o Mitchell B. Weitzman, Esq.,   Bean Kinney & Korman, PC,   2300 Wilson Blvd., 7th Floor,
             Arlington, VA 22201-5424
8577745     +Tysons3, LLC,   c/o Mitchell Weitzman,   2300 Wilson Blvd., 7th Floor,   Arlington, VA 22201-5424
8632561     +UBI Soft, Inc.,   c/o Coface North America, Inc.,   50 Millstone Rd., Bldg. 100, Ste. 360,
             East Windsor, NJ 08520-1415
8588378     +UPS Ground Freight, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
             500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
9095986     +US Debt Recovery III, LP,   c/o Midtown Aquisitions,   Attn: Jennifer Donovan,
             65 East 55th Street,   New York, NY 10022-3219
9624692     +US Debt Recovery LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 EAst 55th Street,
             New York, NY 10022-3219
8708084     #+US Debt Recovery LLC,   PO Box 5241,   Incline Village, NV 89450-5241
```

```
9624557     +US Debt Recovery V, LP,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
             Greenwich, CT 06830-6263
11502003    +US Debt Recovery XI, LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
8703678      US Signs, Inc.,   c/o U.S. Bank Corporate Trust Services,   60 Livingston Avenue,   EP-MN-WS3T,
             St. Paul , MN 55107-2292
8615098     +UTC I, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th St.,
             New York, NY 10022-3219
8588377     +United Parcel Service, Inc.,   c/o Faye Feinstein/Christopher Combest,   Quarles & Brady LLP,
             500 W. Madison St., Suite 3700,   Chicago, IL 60661-4591
11515254    +United States Debt Recovery III LP,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
             65 East 55th Street,   New York, NY 10022-3219
11725833    +United States Debt Recovery III LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
11725834    +United States Debt Recovery IV LLV,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
11725813    +United States Debt Recovery V LP assignee of,   Faber Brothers Inc.,   5575 Kietzke Lane,
             Suite A,   Reno, NV 89511-2085
11689114    +United States Debt Recovery V, L.P.,   c/o Farallon Capital Management, LLC,
             One Maritime Plaza Suite 2100,   San Francisco, CA 94111-3511,   Attn: Michael Linn
11725812    +United States Debt Recovery VLP Assignee of,   Enid Two LLC,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
11702653    +United States Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,
             65 East 55th Street,   New York, NY 10022-3219
11725830    +United States Debt Recovery, LLC,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
11725871    +United States Debt Recovery, V LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085
10153079    +Universal Display and Fixtures Company,   c/o Robert D. Albergotti, Esq.,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
8695517     +Universal Remote Control, Inc.,   c/o Rattet Pasternak & Gordon-Oliver, LL,
             550 Mamaroneck Avenue, Suite 510,   Harrison, NY 10528-1609
8566500     +UrbanCal Oakland, II LLC,   c/o Baker & Hostetler, LLP,   ATTN: Laura Lawton Gee,
             1000 Louisiana Street, Suite 2000,   Houston, TX 77002-5018
10806929    +VIWY LP,   c/o United States Debt Recovery, X LP,   5575 Kietzke Lane,   Suite A,
             Reno, NV 89511-2085
9673472     +Vadim Rylov,   c/o Righetti Law Firm, P.C.,   456 Montgomery Street, Ste. 1400,
             San Francisco, CA 94104-1247
8615099     +Valley Corners Shopping Center, LLC,   c/o Amy Pritchard Williams,   214 North Tryon Street,
             Suite 4700,   Charlotte, NC 28202-2367
8691506     +Verizon Inc.,   404 Brock Drive,   Bloomington, IL 61701-2654
10032307    +Viking Termite & Pest Control,   P.O. Box 230,   Bound Brook, NJ 08805-0230
9965630     +Vision Communications Co.,   P.O. Box 598,   Lakewood, CA 90714-0598
8868289     +VonWin Capital Management, LP,   261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
9116448     +VonWin Capital Management, LP,   Attn: Roger Von Spiegel,   261 Fifth Avenue, 22nd Floor,
             New York, NY 10016-7701
8868287     +VonWin Capital Management, LP,   Attn: Roger Von Spiegel, Managing Direc,
             261 Fifth Avenue, 22nd Floor,   New York, NY 10016-7701
8605185     +WATL-TV (3477),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
9916358     +WBCMT 2005C21 S Ocean Gate Ave LimitedPartnership,   c/o Mindy A. Mora,   Crown CCL LLC,
             200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340
9965631     +WBNX TV,   c/o Szabo Associates, Inc.,   2255 Lenox Rd NE, 9th Fl.,   Atlanta, GA 30324-4305
8633430     +WBNX-TV (2749),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
10900731    +WCC Properties, LLC,   c/o Douglas A. Scott, PLC,   1805 Monument Ave., Suite 311,
             Richmond Virginia 23220-7005
8701781     +WEC 99A-2, LLC,   116 Gulfstream Road,   Palm Beach, Florida 33480-4708,   Attn: Robert K. Wood
11524609    +WEINGARTEN NOSTAT INC,   c/o Contrarian Capital Management,   411 West Putnam Ave. # 425,
             Greenwich, CT 06830-6263
11524610    +WEINGARTEN REALTY INVESTORS,   ATTN JENNY J HYUN ESQ,   2600 CITADEL PLZ DR STE 125,
             HOUSTON, TX 77008-1351
9908757     +WEISER SECURITY SERVICES INC,   PO BOX 51720,   NEW ORLEANS, LA 70151-1720
8572555     +WEND-FM Radio/WRFX-FM Radio,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680609     +WESH Television (72),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680080     +WFLA Television (78),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8680604     +WFTS Television (1742),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8581096     +WFTX Television (8669),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8592226     +WGAL-TV (0762),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8605098     +WHP-TV (5666),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8680138     +WKCF Television (8783),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
8605133     +WKYC-TV (2038),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8605053     +WLYH-TV (507),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1394
8692484     +WMAR Television (158),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
             Atlanta, GA 30326-1395
```

```
8592232    +WNCN-TV (8602),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8613532    +WOFL Television (862),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8819815    +WPBF Television 6663,   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, Ste. 945,
            Atlanta GA 30326-1357
9923105    +WPVI TV,   c/o Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
8611389    +WRBW Television (7079),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
11388335   +WRI CAMP CREEK MARKETPLACE II LLC,   ATTN JENNY J HYUN ESQ,   C O WEINGARTEN REALTY INVESTORS,
            2600 CITADEL PLAZA DR STE 125,   HOUSTON, TX 77008-1511
11392802   +WRI Camp Creek Marketplace II, LLC,   c/o Contrarian Capital Management,
            411 West Putnam Ave.-Suite 425,   Greenwich, CT 06830-6263
11388336    WRI OVERTON PLAZA LP,   c/o Contrarian Capital Management, LLC,
            411 West Putman Avenue--Suite 425,   Greenwich, CT 06830
8680608    +WSOC Television (227),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1395
8623705    +WTSP-TV (6307),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8623567    +WUSA-TV (0518),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
8605048    +WXIA-TV (0277),   c/o Szabo Associates, Inc.,   3355 Lenox Road NE, 9th Floor,
            Atlanta, GA 30326-1394
10598159   +Walnut Capital Partners-Lincoln Place,   c/o Midtown Acquisitions,
            65 E. 55th Street, 20th Floor,   New York, NY 10022-3219
10975946    Warner Home Video,   Division of Warner Bros Home Entertainme,
            c/o Contrarian Capital Management,   411 West Putnam Avenue, Suite 425,   Greenwich, CT 06830
9105240    +Washington County Tennessee Trustee,   Jack D Daniels,   P.O. Box 215,
            Jonesborough, TN 37659-0215
8691383    +Water Tower Square Limited Partnership,   c/o Carnegie Management and Development,
            27500 Detroit Rd., Ste. 300,   Westlake, Ohio 44145-5913
8588453    +Watercress Assoc., LP, LLP, dba Pearlridge Ctr.,   c/o Douglas D. Kappler, Esq.,
            Levene, Neale, Bender, Rankin & Brill,   10250 Constellation Blvd # 1700,
            Los Angeles, CA 90067-6253
8698394    +Wayne VF, LLC and Vornado Realty Trust,   c/o W. Williams,   Wilson Elser,
            8444 Westpark Dr #510,   Mclean VA 22102-5138
8698392    +Wayne VF, LLC and Vornado Realty Trust,   c/o Walter L. Williams, Esquire,
            Wilson Elser Moskowitz Edelman & Dicker,,   8444 Westpark Drive - Ste. 510,
            McLea, VA 22102-5138
8578345    +Weidler Settlement Class,   Attn: C. Jones & Martin Fletcher,   Whiteford Taylor & Preston LLP,
            3190 Fairview Park Dr., Ste. 300,   Falls Church, VA 22042-4559
8570467    +Weingarten Realty Ivestors,   c/o Jenny J. Hyun,   2600 Citadel Plaza Drive,
            Houston, TX 77008-1390
8570466    +Weingarten Realty Ivestors-WRI,   c/o Robert L. LeHane,   Kelley Drye & Warren,   101 Park Ave.,
            New York, NY 10178-0062
8570465    +Weingarten Realty Ivestors-WRI,   c/o James S. Carr,   Kelley Drye & Warren,   101 Park Ave.,
            New York, NY 10178-0062
10876836   +Wells Fargo Bank, N.A., as Trustee for the Registe,   1450 Brickell Avenue, Suite 2300,
            Miami, Florida 33131-3456
9589041    +Wells Fargo Business Credit, Inc.,   John M. Stewart, Senior Vice President,
            100 East Wisconsin Avenue,   Suite 1400,   Milwaukee, WI 53202-4107
9929618    +Wells Fargo Shareowner SVCS,   c/o Argo Partners,   12 West 37th Street, 9th Floor,
            New York, NY 10018-7480
10143355    Westlake Limited Partnership,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,
            Palatine, IL 6055-6354
9935601    +Wilbur Co, J,   PO Box 413066,   Kansas City, MO 64141-3066
9472935    +William E. Butler, as General Receiver,   c/o David E. Eash,   221 N. Wall, # 500,
            Spokane, WA 99201-0824
8681045    +William Gower,   c/o Linda J. Brame,   111 W. Main St. P.O. box 700,   Marion, IL 62959-0700
8574760    +Williamson County et al,   co Michael Reed,   P.O. Box 1269,   Round Rock, TX 78680-1269
9923111    +Winchester Star,   Cl# 595687, Amt. $7,539.18,   2 North Kent St,   Winchester, VA 22601-5038
8700961    +Windsail Properties LLC,   Brenda Moody Whinery, Esq.,   Mesch Clark & Rothschild PC,
            259 North Meyer Avenue,   Tucson AZ 85701-1090
9372020    +Wireless Solutions LLC,   2720 E Phillips Rd,   Greer, SC 29650-4815
8683953     Woodlawn Trustees, Incorporated,   c/o Michael P. Falzone,   Hirschler Fleischer, PC,
            P.O. Box 500,   Richmond, VA 23218-0500
9878410    +Wyoming Tribune Eagle,   702 W. Lincoln Way,   Cheyenne, WY 82001-4397
8683086    +Yellow Transporation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
8683088    +Yellow Transportation,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
10140981    iDeal Technology Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-6354
10180515   +iGate Global Solutions,   c/o Jonathan S. Storper, Esq.,   Hanson Bridget LLP,
            425 Market Street, 26th Floor,   San Francisco, CA 94105-5401,   Telephone: 415-777-3200
10180532   +iGate Global Solutions, Limited,   c/o Emily M. Charley, Esq.,   Hanson Bridgett LLP,
            425 Market Street, 26th Floor,   San Francisco, CA 94105-5401,   Telephone: 415-777-3200
```

District/off: 0422-7          User: frenchs          Page 40 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| aty | +E-mail/Text: sharon.floyd@fortworthtexas.gov Jun 11 2013 03:33:45    Christopher B. Mosley, City of Fort Worth,    1000 Throckmorton Street,    Fort Worth, TX 76102-6311 | |
| aty | +E-mail/Text: ecfnotifications@penderlaw.com Jun 11 2013 03:36:55    Clive N. Morgan, 6712 Atlantic Boulevard,    Jacksonville, FL 32211-8730 | |
| aty | +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53    Elizabeth Weller, Linebarger Goggan Blair & Sampson,LLP,    2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644 | |
| aty | +E-mail/Text: gcunningham@smhlaw.com Jun 11 2013 03:32:52    Gary H. Cunningham, Giarmarco Mullins & Horton,   101 W. Big Beaver Rd.,   Floor 10,   Troy, MI 48084-5280 | |
| aty | +E-mail/Text: bpatrick@smithcashion.com Jun 11 2013 03:33:04    H. Brent Patrick, Smith Cashion & Orr, PLC,    231 Third Avenue North,    Nashville, TN 37201-1603 | |
| aty | +E-mail/Text: jsdlaw@msn.com Jun 11 2013 03:31:57    J. Scott Douglass,    909 Fannin, Ste. 1800, Houston, TX 77010-1016 | |
| aty | E-mail/Text: JKrieger@greenbergglusker.com Jun 11 2013 03:39:37    Jeffrey A. Krieger, Greenberg Glusker Fields, et al,   1900 Avenue of the Stars, Suite 2100, Los Angeles, CA 90067-4590 | |
| aty | +E-mail/Text: lucian@blankrome.com Jun 11 2013 03:26:43    John E. Lucian,    Blank Rome LLP, One Logan Square,    Philadelphia, PA 19103-6998 | |
| aty | +E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    John P. Dillman, Linebarge Goggan Blair & Sampson LLP,   P.O. Box 3064,    Houston, TX 77253-3064 | |
| aty | +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 11 2013 03:30:37    S. James Wallace, Griffith, McCague & Wallace, P.C.,    The Gulf Tower, #3626,   707 Grant Street, 38th Floor, Pittsburgh, PA 15219-1908 | |
| aty | E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    Tara L. Grundemeier, Linbarger,Goggan, Blair & Sampson,    PO Box 3064,    Houston, TX 77253-3064 | |
| aty | +E-mail/Text: houbank@pbfcm.com Jun 11 2013 03:30:37    Yolanda M. Humphrey, 1235 North Loop West,    Suite 600,    Houston, TX 77008-1772 | |
| cr | +E-mail/Text: mkramer@lnrproperty.com Jun 11 2013 04:11:27    Abercorn Common, LLLP, c/o LNR Partners LLC,    1601 Washington Ave.,    Suite 700,    Miami Beach, FL 33139-3165 | |
| cr | +E-mail/Text: tstewart@bangordailynews.com Jun 11 2013 03:33:11    Bangor Daily News d/b/a Bangor Publishing Company,    c/o Thomas K. Stewart,    P.O. Box 1329, 491 Main Street,    Bangor, MA 04401-6296 | |
| cr | +E-mail/Text: mark@ogdenpartners.com Jun 11 2013 03:33:24    Central Investments, LLC, Mark Ordower, PC,    333 S. Desplaines Street,    Suite 207,    Chicago, IL 60661-5594 | |
| cr | +Fax: 954-764-7770 Jun 11 2013 04:21:19    City of Homestead, Florida,    Weiss Serota Helfman, c/o Douglas R. Gonzales,    200 E. Broward Blvd.,    Suite 1900,    Fort Lauderdale, FL 33301-1949 | |
| cr | +E-mail/PDF: bankruptcy.court@mesaaz.gov Jun 11 2013 03:48:15    City of Mesa, Tax Audit & Collections,    Po Box 1466,    Mesa, AZ 85211-1466 | |
| cr | +Fax: 954-764-7770 Jun 11 2013 04:21:19    City of Miramar, FL,    Weiss Serota Helfman, c/o Douglas R. Gonzales,    200 E. Broward Blvd.,    Suite 1900,    Fort Lauderdale, FL 33301-1949 | |
| cr | E-mail/Text: Andrew.Thompson@ci.san-rafael.ca.us Jun 11 2013 03:32:19    City of San Rafael, 1400 Fifth Avenue,    PO Box 151560,    San Rafael, CA  94915-1560 | |
| cr | +E-mail/Text: jludwig@clevelandconstruction.com Jun 11 2013 03:35:40    Cleveland Construction, Inc.,    c/o Daniel Wireman, Esq.,    5390 Courseview Drive, Mason, OH 45040-2362 | |
| cr | E-mail/Text: cmabankruptcy@nisource.com Jun 11 2013 03:34:30    Columbia Gas of Massachusetts, 2025 Roosevelt Ave.,    PO Box 2025,    Springfield, MA  01102-2025 | |
| cr | E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    Cypress-Fairbanks ISD, c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064 | |
| cr | +E-mail/Text: mkramer@lnrproperty.com Jun 11 2013 04:11:27    Decatur Plaza I, LLC, c/o LNR Partners LLC,    1601 Washington Ave.,    Suite 700,    Miami Beach, FL 33139-3165 | |
| cr | E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    Fort Bend County, c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064 | |
| cr | E-mail/Text: brnotices@dor.ga.gov Jun 11 2013 03:33:32    State of Georgia Dept. of Revenue, Compliance Division,    PO Box 161108,    Atlanta, GA  30321 | |
| tor | E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05    Hain Capital Group, LLC, 301 Route !7 N,    7th Floor,    Rutherford, NJ 07070 | |
| tee | +E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05    Hain Capital Group, LLC, 301 Route 17 N,    7th Floor,    Rutherford, NJ 07070-2599 | |
| cr | +E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05    Hain Capital Holdings, LLC, 301 Route 17 North,    7th Floor,    Rutherford, NJ 07070-2599 | |
| cr | E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    Harris County, et al, c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064 | |
| cr | E-mail/Text: bankruptcy@co.henrico.va.us Jun 11 2013 04:13:23    Henrico County, Virginia, County Attorney,    P.O. Box 90775,    Henrico, VA  23273-0775 | |
| liq | +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 11 2013 03:33:30    Hilco Merchant Resources, LLC, 5 Revere Dr., Suite 206,    Northbrook, IL 60062-1568 | |
| cr | +E-mail/Text: cio.bncmail@irs.gov Jun 11 2013 03:23:22    Internal Revenue Service, 400 N 8th Street, Box 76,    Stop Room 898,    Richmond, VA  23219 | |
| cr | +E-mail/Text: spradlta@jacksoncounty.org Jun 11 2013 04:13:18    Jackson County, c/o  Theresa Spradling,    PO Box 1569,    Medford, OR 97501-0242 | |
| cr | E-mail/Text: rminkoff@jefferies.com Jun 11 2013 03:36:01    Jefferies Leveraged Credit Products, LLC,    One Station Place,    Three North, Stamford, CT  06902 | |
| cr | +E-mail/Text: kbuck1159@aol.com Jun 11 2013 03:34:29    Karen L. Buckley, 7615 Mineral Spring Ct.,    Springfield, VA 22153-2307 | |

```
District/off: 0422-7           User: frenchs           Page 41 of 118           Date Rcvd: Jun 10, 2013
                               Form ID: redacttr        Total Noticed: 2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr          +E-mail/Text: ktbuchan@bellsouth.net Jun 11 2013 03:33:05    Kisha T. Buchanan,
             523 Joe B. Jackson Pkwy,  Murfreesboro, TN 37127-7109
cr          +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53    Longview ISD,
             Linebarger Goggan Blair & Sampson, LLP,  c/o Elizabeth Weller,   2323 Bryan Street Ste 1600,
             Dallas, TX 75201-2644
cr           E-mail/Text: skipnmatte@yahoo.com Jun 11 2013 03:32:50    Maria Teresa Cameron,  PO Box 3751,
             Costa Mesa, CA 92628-3751
cr          +E-mail/Text: mfrauen@windstream.net Jun 11 2013 03:33:23    Marian B. Frauenglass,
             105 Brian Drive,  Warner Robins, GA 31088-7918
cr          +E-mail/Text: mmccabe@mediate.com Jun 11 2013 03:32:30    Michael McCabe,  P.O. Box B,
             Villa Grande, CA 95486-0090
cr          +E-mail/Text: mtucker122@verizon.net Jun 11 2013 03:32:25    Michael Tucker,
             11310 Wycombe Park Lane,  Glenn Dale, MD 20769-2029
cr           E-mail/Text: ecfnotices@dor.mo.gov Jun 11 2013 03:32:20    Missouri Department of Revenue,
             General Counsel's Office,   301 W. High Street, Room 670,   PO Box 475,
             Jefferson City, MO 65105-0475
cr           E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40    Montgomery County,
             c/o Joh P. Dillman,  Post Office Box 3064,  Houston, TX 77253-3064
cr          +E-mail/Text: solmara@globalnw.com Jun 11 2013 03:35:33
             National Western Life Insurance Company,   c/o Mortgage Loan Dept.,   850 East Anderson Lane,
             Austin, TX 78752-1602
cr          +E-mail/Text: tc_legal_services@pbcgov.org Jun 11 2013 03:28:05
             Palm Beach County Tax Collector,   PO Box 3715,   West Palm Beach, FL 33402-3715
cr          +Fax: 202-326-4112 Jun 11 2013 03:20:59    Pension Benefit Guaranty Corporation,
             Office of the Chief Counsel,   1200 K Street, N.W.,   Suite 340,   Washington, DC 20005-4030
cr          +E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 03:45:54
             Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
cr          +E-mail/Text: thmpsn5@aol.com Jun 11 2013 03:33:15    Richard Thompson,   11313 Edgewood Farm Ct.,
             Richmond, VA 23233-1823
cr          +E-mail/Text: leslee@sharplawoffices.com Jun 11 2013 03:33:05    Rick Sharp,
             1008 Wedgeland Drive,  Raleigh, NC 27615-5928
cr          +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53    Smith County,
             Linebarger Goggan Blair & Sampson, LLP,  c/o Elizabeth Weller,   2323 Bryan Street Ste 1600,
             Dallas, TX 75201-2644
cr          +E-mail/Text: mkramer@lnrproperty.com Jun 11 2013 04:11:27    Starpoint Properties,
             2005-C1 Shoppes of Plantation Acres, LLC,   c/o LNR Partners, LLC,   1601 Washington Ave.,
             Suite 700,  Miami Beach, FL 33139-3165
cr          +E-mail/Text: pfurlow@dixonmidland.com Jun 11 2013 03:34:35    TFL Enterprise, LLC,
             980 North Michigan Ave.,  Suite 1540,  Chicago, IL 60611-7568
cr           E-mail/Text: bankruptcynoticing@polktaxes.com Jun 11 2013 03:30:14
             Tax Collector For Polk County, FL,  Of Joe G. Tedder,   PO Box 2016,   Bartow, FL 33831-2016
cr           E-mail/Text: bankruptcynoticing@polktaxes.com Jun 11 2013 03:30:14
             Tax Collector, Polk County, Florida,   Joe G. Tedder, CFC,   Delinquency and Enforcement,
             PO Box 2016,  Bartow, FL 33831-2016
cr          +E-mail/Text: taylorbphillips@comcast.net Jun 11 2013 03:34:23    Taylor B. Phillips,  Apt. 511,
             8875 Costa Verde Blvd.,  San Diego, CA 92122-6659
cr          +E-mail/Text: tsignor@gburgtimes.com Jun 11 2013 03:31:45    Times & News Publishing Company,
             1570 Fairfield Road,  Gettysburg, PA 17325-7252
cr          +E-mail/Text: rnies@wolffsamson.com Jun 11 2013 03:26:44    Toys R Us - Delaware, Inc.,
             c/o Wolff & Samson PC,  Attn:  Karen L. Gilman, Esq.,   One Boland Drive,
             West Orange, NJ 07052-3687
cr          +E-mail/Text: collections@bluelynxmedia.com Jun 11 2013 04:10:58    Tribune Company,
             435 N. Michigan Ave., 3rd Floor,  Chicago, IL 60611-6229
cr          +E-mail/Text: ebn@vermontgas.com Jun 11 2013 04:12:13    Vermont Gas,  PO Box 467,
             Burlington, VT 05402-0467
cr          +E-mail/Text: krishna.patel@vonage.com Jun 11 2013 03:30:03    Vonage Holdings, Inc.,
             attn: Angelique Electra,  23 Main Street, D2-180,  Holmdel, NJ 07733-2136
cr          +E-mail/Text: debhenkle@alliantenergy.com Jun 11 2013 03:25:12    Wisconsin Power & Light,
             300 Sheridan Ave.,  Centerville, IA 52544-2625
9938210     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22    Absolute Computer Solutions,
             c/o Liquidity Solutions, Inc.,  One University Plaza, Suite 312,  Hackensack, NJ 07601-6205
10611806    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22    Ali I Malik,
             c/o Liquidity Solutions, Inc.,  One University Plaza, Ste 312,  Hackensack, NJ 07601-6205
8750450     +E-mail/Text: hcosta@bouldercounty.org Jun 11 2013 03:32:22    Boulder County Treasurer,
             P.O. Box 471,  Boulder, Colorado 80306-0471
10003991    +E-mail/Text: jkane@jefferies.com Jun 11 2013 03:37:14    Brandywine Grande C LP,
             c/o Jefferies Leveraged Credit Products,  One Station Place, Three North,
             Stamford, CT 06902-6800
10181391    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22    Buckhead Triangle LP,
             c o Liquidity Solutions Inc,  One University Plz Ste 312,  Hackensack, NJ 07601-6205
10214312    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22    CARMA INTERNATIONAL,
             c/o Liquidity Solutions, Inc.,  One University Plaza, Suite 312,  Hackensack, NJ 07601-6205
8677685     +E-mail/Text: citjaxbankruptcy@cit.com Jun 11 2013 03:26:53
             CIT Technology Financing Services, Inc.,   10201 Centurion Parkway N. #100,
             Jacksonville, OH 33256-4114
8641633      E-mail/Text: bankruptcy@cpsenergy.com Jun 11 2013 03:34:35    CPS Energy - Bankruptcy Section,
             145 Navarro - Mail Drop 101013,  San Antonio, TX 78205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11276245     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22     Cables Unlimited Inc,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
9962020      +E-mail/Text: gcunningham@gmhlaw.com Jun 11 2013 03:32:52     Carrollton Arms LLC,
              c/o Gary H Cunningham Esq,   101 W Big Bear Rd, 10th Fl,   Troy, MI 48084-5280
9255730      +E-mail/Text: mark@ogdenpartners.com Jun 11 2013 03:33:24     Central Investments LLC,
              c/o Mark Ordower,   Suite 207,   333 South Desplaines,   Chicago, IL 60661-5594
8575617       E-mail/Text: ebcalvo@pbfcm.com Jun 11 2013 03:31:46     City Hurst, Mansfiled ISD, Carroll ISD,
              c/o Elizabeth Banda,   PO Box 13430,   Arlington, TX 76094-0430
8575615       E-mail/Text: ebcalvo@pbfcm.com Jun 11 2013 03:31:46
              City of Cedar Hill, Burleson ISD,   c/o Elizabeth Banda,   PO Box 13430,
              Arlington, TX 76094-0430
8782773       E-mail/Text: customer.service@florence-ky.gov Jun 11 2013 04:11:33     City of Florence,
              PO Box 1357,   Florence KY 41022-1357
8693721      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     City of Frisco,
              c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
9908258      +E-mail/Text: lrogers@hged.com Jun 11 2013 03:35:48     City of Holyoke Gas & Electric Department,
              99 Suffolk Street,   Holyoke, MA 01040-5082
8628131      +Fax: 954-764-7770 Jun 11 2013 04:21:19     City of Homestead, FL,   c/o Douglas R. Gonzales, Esq.,
              Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
              954-763-4242
8575618       E-mail/Text: ebcalvo@pbfcm.com Jun 11 2013 03:31:46     City of Lake Worth,   c/o Elizabeth Banda,
              PO Box 13430,   Arlington,TX 76094-0430
8693766      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     City of Memphis,
              c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
8628132      +Fax: 954-764-7770 Jun 11 2013 04:21:19     City of Miramar, FL,   c/o Douglas R. Gonzales,
              Weiss Serota Helfman,   200 E. Broward Blvd., Suite 1900,   Fort Lauderdale, FL 33301-1949,
              954-763-4242
8671825      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jun 11 2013 03:48:15     City of Richmond,
              Department of Public Utilities,   730 E. Broad Street, 5th Floor,
              Richmond, Virginia 23219-1861
10725454      E-mail/Text: dreinhardt@co.clark.in.us Jun 11 2013 03:35:56     Clark County Treasurer,
              c/o David Reinhardt,   PO Box 1508,   Jefferson, IN 47131-1508
8600964       E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40     Cypress Fairbanks ISD,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
8578489      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     Dallas County,
              Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2637
8572197      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     Dallas County and Tarrant County,
              % Linebarger Goggan Blair & Sampson LLP,   Attn: Elizabeth Weller, Esq.,
              2323 Bryan St., Ste. 1600,   Dallas, TX 75201-2637
11461483     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22     David Zargari,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
11392606     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22     E-Rewards Inc.,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8689371       E-mail/Text: bklaw2@centurylink.com Jun 11 2013 03:37:13     Embarq,   PO Box 7971,
              Shawnee Mission,   KS 66207-0971
8600914       E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40     Fort Bend County,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
10186375      E-mail/Text: rminkoff@jefferies.com Jun 11 2013 03:36:01     Green Pond Group Inc.,
              c/o Jefferies Leveraged Credit Products,   one Station Place,   Three North,
              Stamford, CT 06902
8626594       E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     Gregg County,
              c/o Laurie A. Spindler,   Linebarger Goggan Blair & Sampson, LLP,
              2323 Bryan Street, Suite 1600,   Dallas, TX 75201-2644
8693654      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53     Gregg County,
              c/o Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
9169691      +E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05     Hain Capital Holdings, LLC,
              301 Route 17 N, 7th Floor,   Rutherford, NJ 07070-2599
8572463      +E-mail/Text: scott.kercheval@hamiltonbeach.com Jun 11 2013 03:34:40
              Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
8919898       E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40     Harris County TRA,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
8600909       E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40     Harris County et al,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
10337921     +E-mail/Text: jkane@jefferies.com Jun 11 2013 03:37:14     HighJump Software Inc.,
              c/o Jeffries Leveraged Credit Prod. LLC,   One Station Place,Three North,
              Stamford, CT 06902-6800
10040129     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22     Hitachi America, Ltd.,
              c/o Liquidity Solutions Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
9908262      +E-mail/Text: lrogers@hged.com Jun 11 2013 03:35:48     Holyoke Gas & Electric Department,
              99 Suffolk Street,   Holyoke, MA 01040-5082
```

```
District/off: 0422-7          User: frenchs          Page 43 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10617956     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Iannucci Development Corp,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8578547      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Irving ISD,
              Linebarger Goggan Blair & Sampson LLP,   Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2637
10576243     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      James M. Freeman,
              c/o Liquidity Solutions, Inc.,   One University Plaza, STe 312,   Hackensack, NJ 07601-6205
8584107       E-mail/Text: susanp@taxcollector.com Jun 11 2013 03:25:29
              Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL 34206-5300
10798007     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Kimberly Betts,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8660718       E-mail/Text: resurgentbknotifications@resurgent.com Jun 11 2013 03:26:27      LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
8996723      +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Liquidity Solutions Inc.,
              One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
9962985      +E-mail/Text: jkane@jefferies.com Jun 11 2013 03:37:14      MRV Wanamaker LC,
              c/o Jefferies Leveraged Crd Product,   One Station Place Three North,   Stanford, CT 06902-6800
11358415     +E-mail/Text: mkramer@lnrproperty.com Jun 11 2013 04:11:27      MSCI 2007-IO13 Retail 5555,
              c/o LNR Partners, LLC,   Attn: Juan Mira,   1601 Washington Avenue, Suite 700,
              Miami Beach, FL 33139-3165
8567308      +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Madison Waldorf, LLC,
              c/o Liquidity Solutions, Inc,   One University Plaza, Suite 312,
              Hackensack, New Jersey 07601-6205
11733085     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Mayfair MDCC Busines Trust,
              c/o Liquidity Solutions, Inc.,   One university Plaza, Ste 312,   Hackensack, NJ 07601-6205
10564748     +E-mail/Text: jkane@jefferies.com Jun 11 2013 03:37:14
              McAlister Square Partners a Texas Limited Partners,   c/o Jefferies Leveraged Credit,
              One Station Place, Three North,   Stanford, CT 06902-6800
8600989       E-mail/Text: houston_bankruptcy@LGBS.com Jun 11 2013 03:36:40      Montgomery County,
              c/o John P Dillman,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
10373899      E-mail/Text: ziperez@mcgtn.net Jun 11 2013 04:11:02      Montgomery County Trustee,
              350 Pageant Lane, Ste 101 B,   Clarksville, TN 37040-3813
10043336     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22
              PRICERUNNER USA A VALUE CLICK INC COMPANY,   c/o Liquidity Solutions, Inc.,
              One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
10129170      E-mail/Text: rminkoff@jefferies.com Jun 11 2013 03:36:01      Palm Springs Mile Associates Ltd.,
              c/o Jefferies Leveraged Credit Products,   One Station Place,   Three North,
              Stamford, CT 06902
8670283      +E-mail/Text: BKRMailOps@weltman.com Jun 11 2013 03:37:08      RAY FOGG CORPORATE PROPERTIES, LLC.,
              C/O WELTMAN, WEINBERG & REIS,   323 W. LAKESIDE AVE., 2ND FL,   CLEVELAND, OH 44113-1085
8608600       E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 03:42:46
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
10618999      E-mail/Text: rminkoff@jefferies.com Jun 11 2013 03:36:01      Remount Road Associates LLC,
              c/o Jefferies Leveraged Credit Products,,   One Station Place,   Three North,
              Stamford, CT 06902
8619562      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Rockwall CAD,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
8619466      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Rockwall County,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
10664530     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      SCHMIDT, GARY,
              c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,
              Hackensack, New Jersey 07601-6205
10375685     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      SEBRING Retail Assoc. LLC,
              c/o Liquidity Solutions, Inc.,   One University Plaza,   Ste 312,   Hackensack, NJ 07601-6205
8624896       E-mail/Text: appebnmailbox@sprint.com Jun 11 2013 03:28:00      Sprint Nextel  Correspondence,
              Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
8624897       E-mail/Text: appebnmailbox@sprint.com Jun 11 2013 03:28:00      Sprint Nextel Distribution,
              Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
9535248      +E-mail/Text: dspaulding@seminoletax.org Jun 11 2013 03:25:29      Seminole County Tax Collector,
              PO Box 630 S,   Sanford, Florida 32772-0630
11742787     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Shopzilla Inc.,   dba BizRate,
              c/o Liquidity Solutions Inc.,   One University Plaza, # 312,   Hackensack, NJ 07601-6205
8619471      +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Smith County,
              Linebarger Goggan Blair & Samspon, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
              Dallas, TX 75201-2644
10435596     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Sullivan Crosby Trust,
              c/o Liquidity Solutions, Inc,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
10056718     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22
              THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER,   c/o Liquidity Solutions Inc.,
              One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
10056716     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22
              THE IRVINE COMPANY THE MARKET PLACE,   c/o Liquidity Solutions, Inc.,
              One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
10294547    +E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05      THQ Inc.,
             c/o Hain Capital Holdings, LTD,   301 Route 17, 7th Floor,   Tutherford, NJ 07070-2599,
             Attn: Ganna Liberchuk
9315461     +E-mail/Text: arapoport@haincapital.com Jun 11 2013 03:30:05      THQ, Inc.,
             c/o Hain Capital Holdings, Ltd.,   301 Route 17 North, 7th Floor,   Rutherford, NJ 07070-2599
8578535     +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Tarrant County,
             Linebarger Goggan Blair & Sampson LLP,   ELizabeth Weller,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2637
8580805      E-mail/Text: bankruptcynoticing@polktaxes.com Jun 11 2013 03:30:14
             Tax Collector for Polk County, Florida,   Office of Joe G. Tedder, CFC,   c/o Bonnie Holly,
             PO Box 2016,   Bartow, Florida  33831-2016
8676701      E-mail/Text: BKRMailOps@weltman.com Jun 11 2013 03:37:08      The Columbus Dispatch,
             c/o Weltman, Weinberg & Reis Co.,   PO Box 93596,   Cleveland, OH 44101-5596
10176069    +E-mail/Text: jkane@jefferies.com Jun 11 2013 03:37:14      The Daily Progress,
             c/o Jefferies Leveraged,   Credit Products, LLC,   One Station Place, Three North,
             Stamford, CT 06902-6800
10547500    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      Todd M. Krajewski,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Ste 312,   Hackensack, NJ 07601-6205
8619458     +E-mail/Text: dallas.bankruptcy@LGBS.com Jun 11 2013 03:36:53      Tarrant County,
             Linebarger Goggan Blair & Sampson, LLP,   c/o Elizabeth Weller,   2323 Bryan Street, Suite 1600,
             Dallas, TX 75201-2644
8687596     +E-mail/Text: saxonl@chesterfield.gov Jun 11 2013 03:30:25      Treasurer Chesterfield County,
             PO Box 70,   Chesterfield VA 23832-0906,   attn: Laura Glovier,   (804) 751-4915
11488171     E-mail/Text: rminkoff@jefferies.com Jun 11 2013 03:36:01      Tutwiler Properties Ltd.,
             c/o Jefferies Leveraged Credit,   One Station Place,   Three North,   Stamford, CT  06902
10454733    +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      UNITED PACKAGING SUPPLY CO,
             c/o Liqudty Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
8583553     +E-mail/Text: krishna.patel@vonage.com Jun 11 2013 03:30:03      Vonage Marketing Inc.,
             Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136
8583494     +E-mail/Text: krishna.patel@vonage.com Jun 11 2013 03:30:03      Vonage Marketing Inc.,
             c/o Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136
9229223     +E-mail/Text: Bankruptcy-Notifications@we-energies.com Jun 11 2013 03:32:27      WE Energies,
             PO Box 2046,   Milwaukee, WI 53201-2046
11498417     E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Jun 11 2013 03:31:22      William Cimino,
             c/o Liquidity Solutions, Inc.,   One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
                                                                                          TOTAL: 146

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Christian & Barton, L.L.P.
aty          Hodgson Russ LLP
aty          Ivan M. Gold
aty          J. R. Smith
aty          John M. Brom,   Querrey & Harrow, Ltd.
aty          Lauren Lonergan Taylor,   Duane Morris LLP
aty          Rachel N. Greenberger
aty          Scott Shaw
aty          Troutman Sanders LLP
aty          Vivieon E. Kelley
aty          Yolandad M Humphrey,   Perdue, Brandon, Fiedler, Collins & Mott
tr           Circuit City Stores, Inc. Liquidating Trust
cr           1030 W. North Ave. Bldg. LLC
cr           120 Orchard LLC
cr           1251 Fourth Street Investors, LLC
cr           13630 Victory Boulevard, LLC
tor          19th Street Investors Inc.
intp         36 Monmouth Plaza LLC
cr           3725 Airport Boulevard, LP
tee          412 South Broadway Realty LLC
cr           427 Orchard LLC
cr           444 Connecticut Avenue, LLC, Store #3690
cr           502-12 86th Street LLC
cr           553 Retail, LLC
cr           601 Plaza LLC
cr           680 S. Lemon Ave. Co.
intp         99 Cents Only Stores
cr           AAC Management Corp.
cr           ACXIOM CORPORATION
cr           ADT Security Services, Inc.
cr           ALCAL/Arcade Contracting, Inc.
cr           ANG Newspapers
cr           AOL LLC
cr           AT&T
cr           AT&T Capital Services, Inc.
cr           AT&T Corp.
cr           AVR CPC Associates, LLC
cr           Aaron Hornstra
cr           Acadia Realty Limited Partnership
cr           Acosta Strommen P.A
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Ada Alicea
cr          Ada Alicea, on behalf of herself and all others si
cr          Ada County Assessor's Office
intp        Advance Publications, Inc.
cr          Advance Real Estate Management, LLC
cr          Advertising.com Inc.
cr          Agree Limited Partnership
cr          Ahmad Paul Whitney
cr          Aiptek, Inc.
cr          Akamai Technologies, Inc.
cr          Alameda County Treasurer
cr          Alameda Newspaper Group, Inc.
cr          Alameda Newspapers, Inc.
prf         Alfred H. Siegel
cr          Alief ISD, et al
cr          Allen County Treasurer
cr          Alliance Entertainment Corporation
cr          Altamonte Springs Real Estate Associates, LLC
intp        Alvarez & Marsal Canada, ULC
intp        AmCap Arborland LLC
intp        AmCap NorthPoint LLC
cr          AmREIT, a Texas Real Estate Investment Trust
cr          Amargosa Palmdale Investments, LLC
cr          American Electric Power
cr          American National Insurance Company
cr          American Power Conversion Corp.
cr          Ammon Properties, LC
cr          Amore Construction Company
cr          Andrews Electronics
cr          Angela Ross
cr          Anna Thomas
cr          Annapolis Plaza LLC
cr          Anthony Erickson, d/b/a A.C.E.Enterprises
cr          Anthony Martinez
cr          Apex Digital, Inc.
cr          Applied Predictive Technologies, Inc.
intp        Arboretum of South Barrington, LLC
cr          Archos, Inc.
cr          Argyle Forest Retail I, LLC
cr          Arizona Department of Revenue
cr          Arlington ISD
cr          Arlington ISD, et al.
cr          Ashkenazy Management Corp.
cr          Atlantic City Electric
cr          Audio Authority Corporation
cr          Audiovox Corporation
cr          Austin Community College
cr          Austin Independent School District
cr          Averatec/Trigem USA
cr          BISSELL Homecare, Inc.
cr          Bagby & Russell Electric Company, Inc.
cr          Baltimore Gas and Electric Company
cr          Bank of America, N.A.
cr          Bank of America, N.A., as Agent
cr          Barbara Lay
cr          Basser-Kaufman
cr          Bay Area News Group East Bay, LLC
cr          BayAreaNews Group
cr          BayAreaNewsGroup
cr          Baybrook MUD 1
cr          Bear Valley Road Partners LLC
cr          Becker Trust LLC
cr          Bel Air Square LLC
cr          Belkin International
cr          Bell County, County of Denton, Midland Central App
cr          Bell Microproducts, Inc.
cr          Bell'O International Corp.
cr          Bella Terra Associates, LLC
cr          Belleville News-Democrat
cr          Bellingham Herald
cr          Benderson Development Company, LLC
cr          Benenson Capital Company
cr          Benton County Treasurer
cr          Berkadia Commercial Mortgage LLC
cr          Bethesda Softworks, LLC
cr          Beverly Gemini Investments, LLC
cr          Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr          Biloxi Sun Herald
cr          Bizport, Ltd.
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****
cr            Blount County Trustee
cr            Bond C.C. I Delaware Business Trust
cr            Bond Circuit IV Delaware Business Trust
cr            Bond Circuit VIII Delaware Business Trust
cr            Bond-Circuit IV Delaware Business Trust
intp          Bond-Circuit IX Delaware Business Trust
cr            Boston Gas Company
cr            Boulevard North, LP
intp          Bradenton Herald
cr            Brandywine Grande C, L.P.
cr            Brazoria County Tax Office
intp          Brick-70, LLC
cr            Brighton Commercial, L.L.C.
cr            Brownsville Independent School District
cr            Brownsville Public Utilities Board
cr            Bruce H. Besanko
intp          Bruce H. Besanko
cr            Burleson ISD
cr            Bush Industries, Inc.
cr            Buzz Oates, LLC
cr            C1 West Mason Street LLC
cr            CAP Brunswick, LLC
cr            CB Richard Ellis / Louisville, LLC
cr            CC - Virginia Beach, LLC
cr            CC Acquisition, L.P.
cr            CC Colonial Trust
cr            CC Grand Junction Investors 1998, LLC
cr            CC Hamburg NY Partners, LLC
cr            CC Joilet Trust
cr            CC Joliet Trust
tor           CC Kingsport 98, LLC
cr            CC Kingsport 98, LLC
cr            CC Merrilville Trust
cr            CC Plaza Joint Venture, LLP
cr            CC Properties LLC
cr            CC Springs, L.L.C.
cr            CC-Investors 1995-6
intp          CCDC Marion Portfolio, L.P.
cr            CCMS 2005 CD1 Hale Road LLC
cr            CDB Falcon Sunland Plaza, LP
cr            CGCMT 2006 C5 Glenway Avenue LLC
cr            CHK, LLC
cr            CIM/Birch St., Inc.
cr            CK Richmond Business Services #2, LLC
cr            CMAT 1999 C1 Kelly Road, LLC
cr            CMAT 1999 C2 Bustleton Avenue Limited Partnership
cr            CMAT 1999 C2 Emporium Drive LLC
cr            CMAT 1999 C2 Idle Hour Road LLC
cr            CMAT 1999 C2 Lawrence Road LLC
cr            CMAT 1999 C2 Moller Road LLC
cr            CMAT 1999 C2 Ridgeland Retail LLC
cr            COFAL Partners, L.P
cr            COMSYS Information Technology Services, Inc. and C
unk           CP Nord du Lac JV, LLC
cr            CSFB 2005-C1 Shoppes of Plantation Acres, LLC
unk           CT
cr            CWCapital Asset Management LLC
cr            Cameron Bayonne Urban Renewal, LLC's (f/k/a Camero
cr            Cameron County
cr            Canon U.S.A., Inc
cr            Capital Centre LLC
cr            Cardinal Capital Partners
cr            Caribbean Display & Construction, Inc.
cr            Carlyle-Cypress Tuscaloosa, LLC
cr            Carole Kaylor
cr            Carolina Power & Light Company d/b/a Progress Ener
cr            Carriage Crossing Market Place LLC
cr            Carroll ISD
cr            Carrollton Arms, LLC
cr            Catawba County North Carolina
cr            Catellus Operating Limited Partnership
cr            Catellus Operating Limited Partnership
cr            Cedar Development Ltd., a Florida Limited Partners
cr            Cellco Partnership d/b/a Verizon Wireless
cr            Cencor Realty
cr            Central Georgia Electric Membership Corporation
intp          Centre Daily Times (State College)
cr            Centre at 38th Street TIC, LLC
cr            Centro Properties Group
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr        Cermak Plaza Associates, LLC
cr        Chalek Company LLC
cr        Charles Booth
cr        Charlotte Observer
cr        Chase Bank USA, National Association
cr        Chelmsford Realty Associates
cr        Children's Discovery Centers of America, Inc.
cr        Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr        Circuit City Stores, Inc.
cr        Circuit Investors #2, Ltd.
cr        Circuit Realty NJ LLC
cr        Cisco-Linksys, LLC
cr        City Electronics Ltd.,   Unit A 6F Wider Industrial,   58 Tsun Yip Street,   Kwun Tong Kowloon
cr        City and County of Denver
cr        City and County of San Francisco
cr        City of Austin
cr        City of Avondale, Arizona
cr        City of Brighton
cr        City of Colorado Springs
cr        City of Fort Worth
cr        City of Fredericksburg, VA
cr        City of Garland Tax Assessor/Collector
cr        City of McAllen
cr        City of Meriden, Connecticut
cr        City of Midland et al
cr        City of Novi, MIchigan
cr        City of Philadelphia
cr        City of Round Rock
cr        City of Southlake, Texas
cr        City of Waco et al
cr        City of Wichita Falls
cr        Clark County Treasurer
cr        Clean Carton Co., Inc.
cr        Clear Creek ISD
cr        Clementine Tinsley
cr        Cohab Realty, LLC
cr        Collin County Tax Assessor/Collector
cr        Colorado Department of Revenue
cr        Columbia Equities Limited Partnership
cr        Columbia Plaza Shopping Ceter Venture
cr        Columbia State
cr        Columbus Ledger-Enquier
cr        Commerce Technologies, Inc.
cr        Commonwealth Edison Company
cr        Commonwealth of Virginia, Department of Taxation
cr        Compass Group U.S.A. Inc.
cr        Computer Resource Team, Inc.
cr        Concar Enterprises, Inc.
cr        Connecticut Light and Power Company
cr        Connecticut Natural Gas Company
cr        Connexion Technologies
cr        Consolidated Edison Company of New York, Inc.
cr        Consumer Vision, LLC
cr        Continental Properties Company, Inc.
cr        Contra Costa Times, Inc.
cr        Contra Costs Times
cr        Convergys Customer Management Group Inc.
cr        Cosmo-Eastgate, ltd
cr        Cottonwood Corners-Phase V, LLC
cr        County of Albemarle
cr        County of Henrico
cr        Craig-Clarksville Tennessee LLC
cr        Creditor Express Personnel Services, Inc
cr        Crossgates Commons NewCo, LLC
cr        Crossroads Associates, Ltd.
cr        Crossroads Shopping Center
cr        Crossways Financial Associates, LLC
cr        Cypress Equities
cr        Cypress/CC Marion I, L.P.
cr        DDR Corp. f/k/a Developers Diversified Realty Corp
cr        DL Peterson Trust, as Assignee of PHH Vehicle Mana
cr        DMARC 2006 CD2 Davidson Place, LLC
cr        DMARC 2006 Poughkeepsie LLC
cr        Dallas County
cr        Daly City Partners I, L.P
cr        Daly City Partners I, L.P.
cr        Daniel W. Ramsey
cr        Dartmouth Marketplace Associates
cr        De Rito Partners
```

District/off: 0422-7          User: frenchs              Page 48 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr          Total Noticed: 2030

```
                    ***** BYPASSED RECIPIENTS (continued) *****
cr              De Rito Partners Development, Inc.
cr              De Rito Pavilions 139, LLC
cr              DeMatteo Management, Inc.
cr              Deborah Jaynes
cr              Dennis Morgan
cr              Descanso TIC, LLC
cr              Developers Diversified Realty Corporation
cr              Diamond Square, LLC
cr              Diane Granito
cr              Dick's Sporting Goods Inc.
cr              Dick's Sporting Goods, Inc.
cr              Dicker-Warmington Properties
cr              Digital Innovations, LLC
cr              Digital Innovations, LLC on Behalf of VonWin Capit
cr              Dish It Up, Inc
cr              Ditan Distribution LLC
cr              Dollar Tree Stores, Inc.
cr              Dominion East Ohio
cr              Dominion Hope
cr              Dominion Peoples
cr              Donahue Schriber Realty Group, L.P.
cr              Donovan Dunwell
cr              Dorothy Coleman
cr              Douglas County, CO
cr              Drexel Delaware Limited Partnership
cr              Duke Energy Carolinas, LLC
cr              Duke Energy Indiana, Inc.
cr              Duke Energy Kentucky, Inc.
cr              Duke Energy Ohio, Inc.
cr              Duquesne Light Company
cr              E&A Northeast Limited Partnership
cr              EEL McKee LLC
cr              ELL MCKEE LLC
cr              Eagleridge Associates, LLC
cr              Eastman Kodak Company
intp            Eatontown Commons Shopping  Center
cr              Edward A. Alberque
cr              Edwin Targonski
cr              Emilio Gervasio
cr              Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr              EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr              Engineered Structures, Inc.
cr              Enid Two LLC
cr              Entergy Arkansas, Inc.
cr              Entergy Gulf States Louisiana, L.L.C.
cr              Entergy Louisiana, LLC
cr              Entergy Mississippi, Inc.
cr              Entergy Texas, Inc.
cr              Envision Peripherals, Inc.
cr              Ergotron, Inc. f/k/a OmniMount Systems, Inc.
op              Erica Wolff
cr              Estate of Joseph Y. Einbinder,   % Einbinder Properties, LLC
cr              Evergreen Plaza Associates
cr              Expesite, LLC
cr              Express Services, Inc.
cr              F&M Properties, Inc.
cr              FJL-MVP, LLC
cr              FM Facility Maintenance
cr              FM Facility Maintenance, f/k/a IPT, LLC
cr              FR E2 Property Holding, L.P.
cr              FT Orchard LLC
cr              FW CA-BREA Marketplace, LLC,  Regency Centers, L.P
intp            Faber Bros., Inc.
cr              Federal Realty Investment Trust
intp            Federal Warranty Service Corporation
cr              Fifth Third Bank
cr              First Industrial Realty Trust, Inc.
tor             First International Computer of America, Inc.
cr              Fishers Station Development Co.
cr              Flintlock Northridge LLC
cr              Florida Power & Light Company
cr              Florida Power Corporation d/b/a Progress Energy Fl
intp            Food Lion LLC
cr              Fort Bend ISD
cr              Fort Bend Independent School District
cr              Fort Bend LID 2
cr              Fort Steuben Mall
cr              Fort Worth ISD
cr              Fort Worth Star-Telegram
```

District/off: 0422-7          User: frenchs          Page 49 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr        Foursquare Properties Inc.
cr        Fox Broadcasting Company
cr        Fox Cable Network Services, LLC
cr        Franklin Spencer Wilson
cr        Franklin Wilson
intp      Fresno Bee
cr        Frisco ISD Tax Assessor/Collector
cr        Fuel Creative, Inc.
unk       G&S Livingston Realty, Inc.
cr        GC Acquisition Corp.
cr        GCCFC 2007-GG9 Abercorn Street Limited Partnership
cr        GECMC 2005 C2 Hickory Hollow LLC
cr        GECMC 2005 C2 Mall Road LLC
cr        GECMC 2005 C2 Parent LLC
cr        GECMC 2005 C2 South Lindbergh LLC
cr        GECMC 2005-C2 Ludwig Drive, LLC
cr        GMS Golden Valley Ranch, LLC
cr        GRI EQY Sparkleberry Square LLC
cr        GRI-EQY (Sparkleberry Square) LLC
cr        Galena Park ISD
cr        Galleria Alpha Plaza, Ltd.
cr        Galleria Plaza, Ltd.
cr        Garland ISD Tax Assessor/Collector
intp      Garmin International, Inc.
cr        Gaston County
cr        Gateway Center Properties III, LLC and SMR Gateway
intp      General Electric Company's Consumer & Industrial D
cr        General Growth Properties, Inc.
cr        General Instrument Corporation d/b/a Home & Networ
cr        Generation H One and Two Limited Partnership
cr        Generation One and Two, LP
cr        Geraldine B. Spink
cr        Glimcher Properties Limited Partnership
cr        Glimcher Properties Limited Partnership, as managi
cr        Glimcher Properties Limited Partnership, as managi
cr        Golf Galaxy, Inc.
cr        Goodmill LLC
cr        Gould Livermore LLC
cr        Granite State Electric
cr        Greater Orlando Aviation Authority
cr        Greece Ridge, LLC
cr        Green 521 5th Avenue LLC
cr        Greenback Associates
cr        Greg Nagy
cr        Greystone Data Systems, Inc.
cr        Grubb & Ellis Mid America PAC
cr        Guiseppina Gervasio
cr        H & R REIT (U.S.) Holdings Inc.
cr        Hagan Properties, Inc.
cr        Hamilton County, Tennessee
cr        Hamilton Crossing
cr        Hamilton Crossing I, LLC
cr        Harris County
cr        Harris County Toll Road Authority
cr        Harry Hallaian
cr        Harvest/HPE LP
cr        Hawaiian Electric Company, Inc
cr        Hewlett Packard Company
cr        Hidalgo County & H.C. Drainage District # 1
cr        Holyoke Crossing Limited Partnership II
cr        Home Depot USA, Inc.
cr        Horizon Technology, LLC
cr        Humble ISD
cr        IKON Office Solutions, Inc.
tee       IMCC Sunland, L.L.C.
cr        IN Retail Fund Algonquin Commons, L.L.C.
cr        Idaho Statesman
cr        Imperial Sales Corp. d/b/a Imperial Sales Company
cr        Indiana Department of State Revenue
cr        Industriaplex, Inc.
cr        Infogain Corporation
cr        Inland Amerian Oklahoma City Penn, L.L.C.
cr        Inland American Chesapeake Crossroads, L.L.C.
cr        Inland American Retail Management LLC
cr        Inland Commercial Property Management,  Inc.
cr        Inland Commercial Property Management, Inc.
cr        Inland Continental Property Management Corp.
cr        Inland Mortgage Capital Corporation
cr        Inland Pacific Property Services LLC
```

District/off: 0422-7          User: frenchs          Page 50 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Inland Southeast Darien
cr          Inland Southwest Darien, L.L.C.
cr          Inland Southwest Management LLC
cr          Inland Southwest Management LLC, Inland American R
cr          Inland Traverse City, L.L.C.
cr          Inland US Management LLC
cr          Inland Western Austin Southpark Meadows II Limited
cr          Inland Western Avondale McDowell, L.L.C
cr          Inland Western Cedar Hill Pleasant Run Limited Par
cr          Inland Western College Station Gateway Limited Par
cr          Inland Western Columbus Clifty, L.L.C.
cr          Inland Western Houma Magnolia, L.L.C.
cr          Inland Western Lake Worth Towne Crossing Limited P
cr          Inland Western Lewisville Lakepointe Limited Partn
cr          Inland Western Oswego Gerry Centennial, L.L.C.
cr          Inland Western Phillipsburg Greenwich L.L.C.
cr          Inland Western Richmond Maryland, L.L.C.
cr          Inland Western San Antonio HQ Limited Partnership
cr          Inland Western San Antonio HW Limited Partnership
cr          Inland Western Southlake Corners Limited Partnersh
cr          Inland Western Sugar Land Colony Liimted Partnersh
cr          Inland Western Temecula Commons, L.L.C.
cr          Inland Western West Mifflin Century III, L.P.
cr          InnerWorkings, Inc.
cr          Integrated Label Corporation
cr          International Speedway Square, Ltd.
cr          Interstate Augusta Properties LLC
cr          Island Packet
cr          J. Scott Douglass
cr          J.P. Morgan Chase Bank, N.A.
cr          JMC Manufacturing Inc. dba Inland Fixture
cr          JP Morgan Chase & Co.
cr          JVC Americas Corp. and JVC Company of America
cr          JWC Loftus LLC
cr          Jack Hernandez
cr          Jackson EMC
cr          James Fouskey
cr          James L. Rollins
intp        James M. Stacia
cr          James Oldenburg
cr          Jantzen Dynamic Corporation
intp        Jeff Leopold
cr          Jeffrey R. Leopold
cr          Jeffrey Thibodeau
cr          Jersey Central Power & Light Company
cr          Jessee Perez
cr          Joanne Eisner
cr          John Batioff
cr          Johnny L. Ferguson
cr          Johnson City Crossing, L.P.
cr          Jon C. Geith
cr          Jonathan Card
cr          Jones Lang LaSalle Americas, Inc.
cr          Jordan Landing, LLC
unk         Jose Felix Infante Vasques
cr          Journal Sentinel, Inc.
cr          Judith Rae Minnite
tor         KB Columbus 1-CC, LLC
cr          KB Columbus 1-CC, LLC
cr          KNP
cr          KRG Market Street Village, LP
cr          Kansas City Star
cr          Keith Sanders
cr          Ken J. Young
cr          KeySpan Gas East Corporation
cr          Khanam Fatima Akhter
cr          Kimco Realty Corporation
cr          Kina Thompson
cr          Kinyo Company, Inc.
sp          Kirkland & Ellis LLP
cr          Kite Coral Springs, LLC
cr          Knoxville Utilities Board
tee         Korea Export Insurance Corporation
cr          LC White Plains Retail LLC
cr          LG Electronics USA, Inc.
cr          LNR Partners, Inc.
cr          La Habra Imperial, LLC
cr          LaSalle Bank National Association as Trustee for C
cr          LaSalle Bank National Association f/k/a LaSalle Na
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          LaSalle Bank National Association f/k/a LaSalle Na
cr          LaSalle Bank National Association, a nationally ch
cr          LaSalle Bank National Association, as trustee for
cr          LaSalle Bank National Association, as trustee for
cr          LaSalle Bank National Association, f/k/a LaSalle N
cr          LaSalle Bank National Association, f/k/a/ LaSalle
cr          LaSalle Bank national Association, as Trustee for
cr          Laguna Gateway Phase 2, LP
cr          Lake Worth Towne Crossing Limited Partnership
cr          Laurel Plumbing, Inc.
cr          Laurie Lambert-Gaffney
cr          Lawrence W. Fay
cr          Lea Company, a Virginia general partnership, the A
cr          Leedell Murphy
cr          Leon Hallaian
cr          Leon Hurney
cr          Lewisville Independent School District
cr          Lexar Media, Inc.
intp        Lexington Herald-Leader
cr          Lexington Lion Weston I LP
cr          Lexmark International, Inc.
cr          Liberty Mutual Insurance Company
cr          Lilly Hallaian
intp        Liquid Asset Partners, LLC
cr          Little Britain Holding, LLC
cr          Long Island Lighting Company d/b/a LIPA
tee         Longacre Opportunity Fund, LP
cr          Loop West, LLC, by its Managing Agent The Wilder C
cr          Los Angeles County Treasurer & Tax Collector
intp        Lowe's HIW, Inc.
cr          Lubbock CAD
cr          Luckoff Land Company, LLC
cr          M & A Industrial Concrete, Inc.
cr          M and M Berman Enterprises
cr          M.I.A. Brookhaven, LLC
cr          MB Fabyan Randall Plaza Batavia, L.L.C.
cr          MB Keene Monadnock, L.L.C.
cr          MHW Warner Robins, LLC
cr          MRV Wanamaker, LC
cr          Macon Telegraph
cr          Macy's Retail Holdings, Inc.
cr          Madcow International Group Limited
cr          Mall Properties and U.S. 41 & I-285 Company
cr          Manteca Stadium Park, L.P.
tor         Manufacturers and Traders Trust Company, as Truste
cr          Manufacturers and Traders Trust Company, as Truste
cr          Manufacturers and Traders Trust Company, as Truste
cr          Marc Realty
cr          Maricopa County Treasurer
cr          Mark Stewart
cr          Market Heights, Ltd
cr          Marple XYZ Associates
cr          Martin Garcia
cr          Martinair, Inc.
cr          Mary LoPresti
cr          Massachusetts Department of Revenue
cr          Massachusetts Electric Company
cr          McAllen ISD
cr          McClatchy Company
cr          McCracken County Clerk
cr          McLennan County
cr          Media General, Inc.
cr          MediaNews Group, Inc.
cr          Melvin Walton Hone
cr          Memorial Square 1021, L.L.C.
cr          Memorial Square 1031, L.L.C.
intp        Merced Sun Star
cr          Merge Computer Group, Inc.
cr          Metropolitan Edison Company
intp        Miami Herald
cr          Miami-Dade County Tax Collector
cr          Michael Lay
cr          Michigan Consolidated Gas Company
cr          Microsoft Corporation
cr          Midland County Tax Office
cr          Midland Radio Corporation
cr          Mizco International, Inc.
cr          Modelogic, Inc.
cr          Modern Marketing Concepts, Inc.
```

District/off: 0422-7        User: frenchs           Page 52 of 118        Date Rcvd: Jun 10, 2013
                           Form ID: redacttr        Total Noticed: 2030

```
              ***** BYPASSED RECIPIENTS (continued) *****
intp          Modesto Bee
cr            Moncayo Settlement Class
cr            Monster, LLC
cr            Monte Vista Crossings, LLC
cr            Monterey County
cr            Morgan Hill Retail Venture, LP
cr            Morse-Sembler Villages Partnership #4
cr            Motorola Inc.
cr            Mount Berry Square, LLC
cr            Myrtle Beach Farms
cr            Myrtle Beach Farms Co., Inc.
cr            Myrtle Beach Sun News
cr            N.P. Huntsville Limited Liability Company
cr            NAMCO BANDAI Games America Inc.
cr            NAP Northpoint, LLC
cr            NBT Bank, N.A.
cr            NMC Stratford, LLC
cr            NPP Development LLC
cr            Nancy Booth
cr            Narragansett Electric Company
cr            Nashville Electric Service
cr            National Product Care Company
unk           National Registered Agents, Inc.
cr            National Retail Properties, Inc.
unk           National Union Fire Insurance Company of Pittsburg
cr            Navarre Corporation
cr            New River Properties, LLC
cr            New York State Electric and Gas Corporation
cr            Newport News Shopping Center, L.L.C.
cr            Nextag, Inc.
cr            Niagara Mohawk Power Corporation
cr            Niccole Cervanyk
mvnt          Nina Winston
cr            North Carolina Department of Revenue
cr            Northcliff Residual Parcel 4 LLC
cr            Northern Indianna Public Service Company
cr            Nueces County
cr            ON Corp US, Inc. & ON Corp
tee           ON Corp. USA, Inc. and ON Corp.
cr            OTR-Clairemont Square
cr            Office of Attorney General, Pennsylvania Departmen
crcm          Official Committee of Unsecured Creditors
cr            Ohio Bureau of Workers' Compensation
cr            Ohio Department of Commerce
cr            Ohio Department of Taxation
cr            Oklahoma Gas & Electric Company
cr            Old Republic Insurance Company
cr            Olympian
intp          Olympian
cr            Olympus Corporation
cr            Olympus Corporation of the Americas
cr            Onkyo USA Corporation
cr            Optoma Technology, Inc.
cr            Orange and Rockland Utilities
cr            Orangefair Marketplace, LLC
unk           Osprey Audit Specialists, LLC
intp          P.C. Richard & Son, Inc.
cr            P.R. Mechanical, Inc.
cr            P/A Acadia Pelham Manor, LLC
cr            PECO Energy Company
cr            PL Mesa Pavilions LLC
cr            PM Construction Inc.
cr            PR Christiana LLC
cr            PREIT SERVICES, LLC
cr            PRGL Paxton LP
cr            Pacific Castle Groves, LLC
cr            Pacific Supply
cr            Panasonic Corporation of North America
cr            Parago, Inc.
intp          Park National Bank
cr            Park Side Realty LP
cr            Parkdale Village, LP
cr            Parker Bullseye, LLC
intp          Parker Central Plaza Ltd
cr            Parker Central Plaza, Ltd.
cr            Pat Minnite
cr            Pennsylvania Electric Company
cr            Pennsylvania State Treasurer
cr            Pep Boys - Manny, Moe & Jack
```

District/off: 0422-7          User: frenchs          Page 53 of 118          Date Rcvd: Jun 10, 2013
                              Form ID: redacttr       Total Noticed: 2030

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr            Perimeter Mall
cr            Petrovich
cr            Philips International
cr            Philips International Holding Corp.
cr            Piedmont Natural Gas Company
cr            Pierce County
mvnt          Pioneer Electronics, Inc
cr            Placer County
cr            Plantation Point Development, LLC
cr            Plantronics, Inc.
cr            Platform-A Inc.
cr            Plaza Las Americas, Inc.
cr            Plaza Las Palmas LLC., Store 449
mvnt          PlumChoice, Inc.
cr            PlumChoice, Inc.
cr            Point West Plaza II Investors
cr            Potter County Tax Office
cr            Prado, llc
cr            Premier Retail Interiors, Inc.
cr            Premier Retail Networks, Inc
cr            PriceGrabber.com, Inc.
cr            Principal Life Insurance Company
cr            Proview Technology
cr            Public Company Accounting Oversight Board
cr            Public Service Company of New Hampshire
cr            Public Service Electric And Gas Company
cr            RD Bloomfield Associates Limited Partnership
cr            RMRG Portfolio TIC, LLC
cr            RPAI Pacific Property Services LLC (f/k/a Inland P
cr            RPAI Southwest Management LLC (f/k/a Inland Southw
cr            RPAI US Management LLC (f/k/a Inland US Management
cr            Raleigh News & Observer
cr            Ramco West Oaks I, LLC
cr            Rancon Realty Fund IV
cr            Ray Mucci's Inc.
cr            Red Rose Commons Associates, L.P.
cr            Redtree Properties, L.P.
cr            Regency Centers, L.P.
unk           Reliance Figueroa Associates, L.P.
cr            Retail MDS, Inc.
cr            Retail Property Group, Inc.
cr            Ricardo Benjamin Salinas Pliego
cr            Richard Jaynes
cr            Robyn N. Davis
cr            Rolling Acres Plaza Shopping Center
cr            Ronus Meyerland Plaza L.P.
cr            Rossmoor Shops, LLC
cr            Roth Tanglewood LLC
cr            Roth Tanglewood, LLC
cr            Route 146 Millbury LLC
cr            Roy Eisner
cr            Ruby Hallaian
cr            Ryan, Inc. f/k/a Ryan & Company, Inc.
cr            S.J. Collins Enterprises, Goodman Enterprises, DeH
cr            S.M. Wilson & Company
cr            S.R. Weiner & Associates Inc.
cr            Sacco of Maine, LLC
intp          Sacramento Bee
cr            Safeco Insurance Company of America
cr            Salamander Designs
cr            Salt River Project
cr            San Bernardino County
cr            San Jose Mercury-News, Inc.
intp          San Luis Obispo Tribune
cr            SanDisk Corporation
cr            Savitri Cohen
cr            Savitri Cohen
cr            Schimenti Construction Company LLC
cr            Seagate Technology, LLC
cr            Seminole County Florida Tax Collector
cr            Sennco Solutions, Inc.
cr            Sennheisser Electronic Corp.
cr            Service Saver, Incorporated
cr            ServicePlan of Florida, Inc.
cr            ServicePlan, Inc. and all its Affiliates
unk           Servpro
cr            Shasta County
cr            Shelbyville Road Plaza, LLC
cr            Sherwood
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
cr            Sherwood America, Inc.
cr            Sherwood Properties, LLC
cr            Shops at Kildeer, LLC
cr            Signal Hill Gateway, LLC
cr            SimVest Real Estate II, LLC
cr            Sima Products Corp.
cr            Sirius XM Radio, Inc
cr            Site A, LLC
cr            Slam Brands, Inc.
cr            Sonoma County Tax Collector
cr            Sony Pictures Entertainment Inc.
cr            Sony Pictures Home Entertainment Inc.
intp          Source Interlink Companies, Inc.
cr            Source Interlink Media, LLC
cr            South Carolina Electric & Gas Company and Public S
cr            South Texas College
cr            South Texas ISD
cr            Southern California Edison Company
cr            Southern Connecticut Gas Company
cr            Southpaw Credit Opportunity Master Fund LP
cr            Southpaw Koufax, LLC
cr            Southwest Gas Corporation
cr            Southwinds. Ltd.
cr            Sparkleberry Two Notch, LLC
cr            Starpoint Property Management, LLC
cr            State of Connecticut Department of Revenue Service
cr            State of Illinois, Department of Revenue
cr            State of New Hampshire Department of Revenue Admin
cr            State of New Jersey - Dept. of Treasury,   Office of Unclaimed Property
cr            Sterling Reporting Services, L.P.
cr            Suemar
cr            Sun Belt General Contractors, Inc
cr            Sun Construction Group, Inc. a/k/a Sun Constructio
cr            Susan M. Johnson
cr            Susan Richardson,   4720 Sadler Green Pl.,   Glen Allen
unk           Sutherland Asbill & Brennan LLP
cr            Swanblossom Investments, LP
cr            Sweetwater Associates, L.P.
intp          Sykes Enterprises Incorporated f/k/a ICT Group, In
intp          Systemax, Inc.
cr            T & T Enterprises
cr            T.D. Farrell Construction, Inc.
cr            THE GOLDENBERG GROUP
cr            THF Chesterfield Two Development, L.L.C.
cr            THF Clarksburg Development One, Limited Liability
intp          THF Harrisonburg Crossing, L.L.C.
cr            THF Harrisonburg Crossing, L.L.C.
cr            THF ONC Development, L.L.C.
cr            THF St. Clairsville Development, L.P.
cr            THQ, Inc.
cr            TPG Management, Inc
cr            TWG Innovative Solutions, Inc.
cr            TXU Engergy Retail Company LLC
cr            Tacoma News, Inc.
cr            Take Two Interactive Software, Inc.
cr            Tamarack Village Shopping Center Limited Partnersh
cr            Tanglewood Park LLC
cr            Tanglewood Park, LLC
cr            Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr            Tarrant County
cr            Taubman Auburn Hills Associates Limited Partnershi
cr            Tax Appraisal District of Bell County et al
cr            Tax Collector of Madison County, Alabama,   c/o Lynda Hall, Tax Collector
cr            Teachers Insurance and Annuity Association of Amer
cr            Team Retail Westbank, Ltd.
cr            Tec-Com Services, Inc.,   dba Micro Tech
cr            TeleDynamics LLP
cr            Tennessee Department of Treasury-Unclaimed Propert
cr            Terranomics Crossroads Associates
cr            Texas Comptroller of Public Accounts
cr            Texas Comptroller of Public Accounts and Texas Wor
cr            Texas Instruments Incorporated
cr            Texas Tax Appraisal Districts of Bell County, Braz
intp          The Agency for Workforce Innovation
cr            The Balogh Companies
cr            The Balogh Companies
cr            The Brooklyn Union Gas Company d/b/a National Grid
cr            The City Portfolio TIC, LLC
cr            The City of New York
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           The Cleveland Electric Illuminating Company
cr           The Columbus Dispatch
cr           The Daniel Group
cr           The Denver Newspaper Agency, LLP
cr           The Detroit Edison Company
cr           The Hutensky Group
cr           The Leben Family Limited Partnership
cr           The MacNaughton Group
cr           The Marvin L. Oates Trust
cr           The Morris Companies Affiliates
cr           The PM Company
cr           The Parkes Companies Inc.
cr           The Parkes Companies, Inc. d/b/a Parkes Constructi
cr           The West Campus Square Company, LLC
cr           The Woodlands Metro Center MUD
cr           The Woodmont Company
cr           The Ziegler Companies
cr           Thomas C. Bradley
cr           ThomsonWest
cr           Thoroughbred Village
cr           Thoroughbred Village Tennessee, GP
cr           Toledo Edison Company
cr           Torrance Towne Center Associates, LLC
cr           Tourboullin Co.
cr           Town of Enfield Connecticut
cr           Towne Square Plaza
cr           Travis County
cr           Travis County Hospital District
cr           Travis County Tax Assessor-Collector
cr           Travis County Texas
cr           Treasurer of Douglas County, Colorado
mvnt         Tremor Media, Inc.
cr           Tri-City Herald
cr           Triangle Equities Junction LLC
cr           Tritronics, Inc.
cr           Turner Broadcasting System, Inc.
cr           Tutwiler Properties, LTD
cr           Twentieth Century Fox Home Entertainment LLC
cr           Tyler ISD
cr           U.S. 41 & I 285 Company
cr           U.S. Customs and Border Protection
cr           UBS Realty Investors, LLC
cr           US Signs, Inc.
cr           UnCommon, Ltd., a Florida Limited Partnership
cr           Unical Enterprises, Inc
cr           Union County Construction Group, Inc.
cr           Union Square Retail Trust
cr           United Radio, Inc.
cr           Universal Display and Fixtures Company
cr           Uniwest Commercial Realty
cr           VIWY, L.P.
cr           Vance Baldwin, Inc.
cr           Vector Security, Inc.
cr           Ventura In Manhattan, Inc.
cr           Verizon Communications Inc.
cr           Vincent Tully
cr           Virginia Electric and Power Company d/b/a Dominion
cr           Virginia Surety Company, Inc.
cr           Visiontek Products, LLC
cr           WBCMT 2005-C21 South Ocean Gate Avenue Limited Par
cr           WEC 99A-2LLC
cr           WGHP-TV
cr           Wal-Mart Stores, Inc.
cr           Walter E. Hartman & Sally J. Hartman, as Trustee o
cr           Warner Home Video
cr           Washington Commons Associates
cr           Washington Green TIC
cr           Washington Real Estate Investment Trust
mvnt         Wayne VF, LLC
cr           Wayne-Dalton Corp.
cr           Weidler Settlement Class
cr           Weingarten Realty Investors and Its Affiliates
intp         Wells Fargo Bank Northwest, National Association
cr           Wells Fargo Bank, N.A
cr           Wells Fargo Bank, N.A.
cr           Wells Fargo Bank, N.A., as Trustee for Nationslink
cr           Wells Fargo Bank, N.A., as Trustee for the Registe
cr           Wells Fargo Bank, N.A., as successor trustee to Ba
cr           Wells Fargo Business Credit, Inc.
```

District/off: 0422-7          User: frenchs           Page 56 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

```
          ***** BYPASSED RECIPIENTS (continued) *****
cr          West Marine Products, Inc.
cr          Western Digital Technologies, Inc.
cr          Western Massachusetts Electric Company
cr          Westfield, LLC
cr          Westgate Village, LLC
cr          Whitestone Development Partners, L.P.
cr          Wichita County
cr          Wichita Eagle
cr          Wichita Falls ISD
cr          Willaims Mullen Clark and Dobbins
cr          William Butler,   Reciever For Larry J. Rietz MP, LLC
cr          William Foster
cr          William Gower
cr          Windsail Properties
cr          Woodlands Metro MUD
cr          Woodlands RUD # 1
cr          Woodlawn Trustees Incorporated
cr          Yankee Gas Services Company
cr          Yu-Liang Lei
cr          Yu-Liang Lei
cr          Yuma County
cr          Z-Line Designs, Inc.
8679885     American National Insurance Company
8631387     Benderson Development Company, LLC
8631405     Benderson Development Company, LLC
8574814     CCCC
8844408     California Self-Insurers' Security Fund
8703740     Caribbean Display & Construction, Inc.
9252331     Central Investments LLC
8661433     Cleveland Construction, Inc.
8616160     Columbia Plaza
8725222     Concar Enterprises
8725223     Concar Enterprises
8631388     Continental Properties Company, Inc.
8631407     Continental Properties Company, Inc.
8617709     Cosmo-Eastgate, Ltd.
11221938    Dan Nguyen
8994292     DeMatteo Management, Inc.
8586883     Eagleridge Associates, LLC,
8686079     Giant Eagle, Inc.
8695903     Holyoke Crossing Limited Partnership II
8695921     Holyoke Crossing Limited Partnership II
8700221     Holyoke Crossing Limited Partnership II
8700253     Holyoke Crossing Limited Partnership II
8700255     Holyoke Crossing Limited Partnership II
10236524    Horizon Technology, LLC
10236525    Horizon Technology, LLC
10236526    Horizon Technology, LLC
10237316    Horizon Technology, LLC
8596604     JWC/Loftus, LLC
8596607     JWC/Loftus, LLC
10243611    Jasco Products Company, Inc.
8704061     MD GSI Associates LLC
8749717     Macy's Retail Holdings, Inc.
8598861     Majesco Entertainment Company
8606972     McClatchy Company
8586885     NMC Stratford, LLC
8617713     Northcliff Residual Parcel 4 LLC
8617717     Northcliff Residual Parcel 4 LLC
9065118     Panasonic Corporation of North America
8596668     Rio Associates Limited Partnership
9643142     S.M. Wilson & Company
8703741     SOUTHROADS LLC
8904594     Salem Rockingham LLC
8622658     Shimenti Construction Company, LLC
9017335     SimpleTech by Hitachi Global Storage Technologies
9017445     SimpleTech by Hitachi Global Storage Technologies
8679372     Spring Hill Development Partners, GP, Dickson Mana
10493728    TRC Associates, LLC
8586884     Torrance Torrance Towne Center Associates, LLC
8574813     VVV
8605305     Ventura In Manhattan, Inc.
8571794     Verizon Wireless
8592402     colorado structures
```

```
aty*        +David E. Eash,   221 N. Wall,  # 500,   Spokane, WA 99201-0824
aty*        +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty*        +James D. Thornton,   Thornton & Associates,   5030 Sadler Place,   Suite 204,
             Glen Allen, VA 23060-6146
aty*        +Julie H. Rome-Banks,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
aty*        +Plaza Las Palmas, LLC,   Culbert & Schmitt, PLLC,   30C Catoctin Circle, SE,
             Leesburg, VA 20175-3614
cr*         +610 & San Felipe, Inc.,   c/o David H. Cox, Esquire,   Jackson & Campbell, PC,
             1120 20th Street, NW, Suite 300-S,   Washington, DC 20036-3437
cr*         +ASM Capital III, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*         +ASM Capital, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*         +ASM SIP, L.P.,   7600 Jericho Turnpike, Suite 302,   Woodbury, NY 11797-1705
cr*         +Amore Construction Company,   c/o John J. Lamoureux,   Carlton Fields, P.A.,   P. O. Box 3239,
             Tampa, FL 33601-3239
cr*         +Argo Partners,   12 West 37th Street, 9th Fl.,   New York, NY 10018-7381
cr*         +Audrey Soltis,   c/o Krister D. Johnson,   14 North Seventh Avenue,   St. Cloud, MN 56303-4753
cr*         +BB Fonds International 1 USA, L.P.,   c/o Jason Binford,   Haynes and Boone, LLP,
             2323 Victory Avenue, Suite 700,   Dallas, TX 75219-7673
cr*         +Bedford Properties, L.L.C.,   c/o Catherine Guastello,   Quarles & Brady LLP,
             Two North Central Avenue,   Phoenix, AZ 85004-2391
cr*         +Blue Heron Micro Opportunities Fund, LLP,   P.O. Box 14610,   Surfside Beach, SC 29587-4610
tee*        +CMAT 1999-C2 RIDGELAND RETAIL, LLC,   Bilzin Sumberg Baena Price & Axelrod LLP,
             200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340
unk*        +CT Corporation,   1209 Orange Street,   Wilmington, DE 19801-1120
cr*         +CWCapital Asset Management LLC,   c/o Venable LLP,   8010 Towers Crescent Drive,   Suite 300,
             Vienna, VA 22182-2723
cr*         +Cameron Group Associates LLP,   c/o Andrew M. Brumby, Esq.,   Shutts & Bowen LLP,
             300 S. Orange Avenue,   Suite 1000,   Orlando, FL 32801-5403
cr*         +Carole Kaylor,   c/o Thomas P. Finn, Esquire,   153 Lakemont Park Blvd.,   Altoona, PA 16602-5943
cr*         +Chatham County Tax Commissioner,   c/o Daniel T. Powers,   P.O. Box 8321,
             Savannah, GA 31412-8321
cr*         +City of New York Dept of Finance,   345 Adams Street,   Brooklyn, NY 11201-3797
cr*         +City of Taylor Michigan,   c/o Kurt M. Kobiljak,   Edelson Building, Suite 200,
             2915 Biddle Avenue,   Wyandotte, MI 48192-5267
cr*         +Classic Tech Development Ltd,   HSBC BANK USA NA,   VonWin,   Dept CH 16354,
             Palatine, IL 60055-0001
cr*         +Cohesion Products, Inc,   c/o Receivable Management Services,   PO Box 5126,
             Timonium, MD 21094-5126
cr*         +Consumer Vision, LLC,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
cr*         +Contrarian Funds, LLC,   411 West Putnam Ave., Ste. 425,   Greenwich, CT 06830-6263
cr*         +Cormark, Inc.,   1701 Winthrop,   Des Plaines, IL 60018-1941
cr*         +County of Loudoun, VA,   c/o Belkys Escobar,   One Harrison St. SE, (MSC #06),
             Leesburg, VA 20175-3102
            Cousins Properties Incorporated,   c/o Katten Muchin Rosenman LLP,
             2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012
cr*         +Credit Suisse International,   11 Madison Avenue, 5th Floor,   New York, NY 10010-3698
tee*        +Credit Suisse Loan Funding LLC,   11 Madison Avenue,   5th Floor,   New York, NY 10010-3698
cr*          DFS SERVICES LLC,   c/o Brian Sirower, Esq.,   QUARLES & BRADY LLP,   Two North Central Avenue,
             Phoenix, AZ 85004-2391
intp*       +DIRECTV, Inc.,   c/o Joseph R. Sgroi,   HONIGMAN MILLER SCHWARTZ AND COHN LLP,
             2290 First National Building,   Detroit, MI 48226-3583
cr*         +David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834
crcmch*     +Donahue Schriber Realty Group, L.P.,   c/o Nancy Hotchkiss,   Trainor Fairbrook,
             980 Fulton Avenue,   Sacramento, CA 95825-4558
cr*         +Eastern Security Corp.,   c/o Michael E. Hastings, Esq.,
             LeClairRyan, A Professional Corporation,   1800 Wachovia Tower, Drawer 1200,
             Roanoke, VA 24006-1200
intp*       +Franklin Wilson,   2 Highland Street,   Port Chester, NY 10573-3382
cr*         +Giant Eagle, Inc.,   101 Kappa Drive,   Pittsburgh, PA 15238-2833
cr*         +Hamilton Beach Brands, Inc.,   Bill Ray,   4421 Waterfront Drive,   Glen Allen, VA 23060-3375
cr*         +Homero Alonso Mata,   c/o David G. Reynolds, Esq.,   PO Box 1700,   Corrales, NM 87048-1700
cr*         +IBM Corporation,   c/o Vicky Namken,   13800 Diplomat Dr.,   Dallas, TX 75234-8812
cr*         +IDeal Technology,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
cr*         +ION Audio, LLC,   200 Scenic View Drive,   Suite 201,   Cumberland, RI 02864-1847
cr*         +Industriaplex, Inc.,   HSBC Bank USA NA,   VonWin,   Dept CH 16354,   Palatine, IL 60055-0001
cr*         +Iron Mountain Information Management, Inc.,   c/o Frank F. McGinn, Esq.,
             Bartlett Hackett Feinberg P.C.,   155 Federal Street, 9th Floor,   Boston, MA 02110-1610
cr*         +James H. Wimmer, Jr., personally,   2205 Sara Ann Ct.,   Aylett, VA 23009-3246
cr*          Ken Burton, Jr., Manatee County Tax Collector,   PO Box 25300,   Bradenton, FL 34206-5300
cr*         +Liquidity Solutions Inc.,   One University Plaza,   Suite 312,   Hackensack, NJ 07601-6205
cr*         +MDS Realty II, LLC,   c/o Meredith L. Yoder, Esq.,   Parker, Pollard & Brown, P.C.,
             6802 Paragon Place, Suite 300,   Richmond, VA 23230-1655
cr*         +Mack Pack,   HSBC Bank USA NA,   VonWin,   Dept CH 163554,   Palatine, IL 60055-0001
cr*         +Mark H. Turner,   18479 Cattail Spring Dr.,   Leesburg, VA 20176-6846
cr*         +Monarch Alternative Capital, LP,   c/o Andrew Herenstein,   535 Madison Ave.,
             New York, NY 10022-4214
cr*         +Monarch Master Funding Ltd,   535 Madison Avenue,   26th Floor,   New York, NY 10022-4255
cr*         +Montgomery County Trustee,   350 Pageant Lane, Ste 101 B,   Clarksville, TN 37040-3813
cr*         +North American Roofing Services, Inc.,   c/o Doug Frankey,   3 Winner Circle,
             Arden, NC 28704-3156
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr*       +PNY Technologies, Inc.,  c/o Angela Abreu,  McCarter & English, LLP,  Four Gateway Center,
           100 Mulberry Street,  Newark, NJ 07102-4056
cr*        Paramount Home Entertainment,  c/o Michael L. Tuchin,  Klee, Tuchin, Bogdanoff & Stern LLP,
           1999 Avenue of the Stars, 39th Floor,  Los Angeles, CA  90067-6049
cr*       +Phoenix Property Company,  c/o Jason Binford,  Haynes and Boone, LLP,
           2323 Victory Avenue, Suite 700,  Dallas, TX 75219-7673
cr*       +Prince George's Station Retail, LLC,  c/o Taylor Development and Land,  7201 Wisconsin Avenue,
           Suite 500,  Bethesda, MD 20814-4848
cr*       +RLV Vista Plaza, LP,  c/o Paul K. Campsen, Esq.,  Kaufman & Canoles, P.C.,  P. O. Box 3037,
           Norfolk, VA 23514-3037
cr*       +Renukaben S. Naik,  C/o Philip C. Baxa, Esquire,  MercerTrigiani LLP,  16 South Second Street,
           Richmond, VA 23219-3723
cr*       +Scripps Networks Interactive, Inc.,  1180 Avenue of the Americas,  New York, NY 10036-8406
cr*       +THQ, Inc.,  c/o David M. Poitras, P.C.,  Jeffer, Mangels, Butler & Marmaro LLP,
           1900 Ave. of the Stars, 7th Fl.,  Los Angeles, CA 90067-4308
cr*       +TKG Coffee Tree, L.P.,  c/o Eugene Chang,  Stein & Lubin LLP,
           600 Montgomery Street, 14th Floor,  San Francisco, CA 94111-2716
cr*       +Thirty & 141, L.P.,  John E. Hilton,  Carmody MacDonald,  120 S. Central Ave., Ste. 1800,
           Clayton, MO 63105-1726
tee*      +US Debt Recovery LLC,  PO Box 5241,  Incline Village, NV 89450-5241
cr*       +US Debt Recovery VIII, L.P.,  US Debt Recovery VIII, L.P.,  940 Southwood Blvd,  Suite 101,
           Incline Village, NV 89451-7401
cr*       +US Debt Recovery, XI, LP,  5575 Kietzke Lane,  Suite A,  Reno, NV 89511-2085
cr*       +UrbanCal Oakland, II LLC,  c/o Baker & Hostetler, LLP,  ATTN: Laura Lawton Gee,
           1000 Louisiana Street,  Suite 2000,  Houston, TX 77002-5018
cr*       +VonWin Capital Management, LP,  261 Fifth Avenue,  22nd Floor,  New York, NY 10016-7701
cr*       +Vonage Marketing Inc.,  c/o Angelique Electra,  Vice President - Law,  23 Main Street,
           Holmdel, NJ 07733-2136
cr*       +foneGear, LLC,  HSBC Bank USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-0001
8693221*  +44 North Properties, LLC,  c/o Miles & Stockbridge P.C.,  1751 Pinnacle Drive,  Suite 500,
           McLean, VA 22102-3833
8693222*  +44 North Properties, LLC,  c/o Miles & Stockbridge P.C.,  1751 Pinnacle Drive,  Suite 500,
           McLean, VA 22102-3833
8590206*  +507 Northgate LLC,  c/o Christopher M. Alston,  1111 - 3rd Ave., #3400,
           Seattle, WA 98101-3264
8600375*   AOL LLC,  HSBC Bank USA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-6354
10089904* +Blue Heron Micro Opportunities Fund, LLP,  P.O. Box 14610,  Surfside Beach, SC 29587-4610
8896620*  +CC Hamburg NY Partners, LLC,  c/o Mark B. Conlan, Esq.,  Gibbons P.C.,  One Gateway Center,
           Newark, NJ 07102-5324
8799625*  ++CITY OF CHESAPEAKE,  PO BOX 16495,  CHESAPEAKE VA 23328-6495
           (address filed with court:  Barbara O. Carraway, City Treasurer,  City of Chesapeake,
           P.O. Box 16495,  Chesapeake, VA 23328-6495)
8782830*   City of Florence,  PO Box 1357,  Florence, KY 41022-1357
8664584*  +City of Newport News,  Office of the City Attorney,  2400 Washington Ave.,
           Newport News, VA 23607-4301
8665345*  +City of Newport News,  Office of the City Attorney,  2400 Washington Ave.,
           Newport News, VA 23607-4301
8786555*  +City of Newport News,  Office of the City Attorney,  2400 Washington Ave.,
           Newport News, VA 23607-4301
10073981*  Classic Tech Development Ltd.,  HSBC BANK USA NA,  VonWin,  Dept CH 16354,
           Palatine, IL 60055-6354
9735243*  +Contrarian Funds, LLC,  411 West Putnam Avenue, Suite 425,  Greenwich, CT 06830-6263
10138751* +Dentici Family Limited Partnership,  c/o United States Debt Recovery V, LP,  5575 Kietzke Lane,
           Suite A,  Reno, NV 89511-2085
10138753* +Dentici Family Limited Partnership,  c/o United States Debt Recovery V, LP,  5575 Kietzke Lane,
           Suite A,  Reno, NV 89511-2085
8686257*  +Giant Eagle, Inc.,  101 Kappa Drive,  Pittsburgh PA 15238-2833
9169705*  +Hain Capital Holdings, Ltd.,  301 Route 17 N, 7th Floor,  Rutherford, NJ 07070-2599
10104295*  Industriaplex, Inc,  HSBC Bank USA NA,  VonWin,  Dept CH 16354,  Palatine, IL 60055-6354
9020555*  +John E. Hilton,  Carmody MacDonald, P.C.,  120 South Central Ave.,  Suite 1800,
           Clayton, MO 63105-1726
8687445*  +Katsky Korins LLP,  Attn:  Steven H. Newman, Esquire,  605 Third Avenue,
           New York, NY 10158-1699
8617071*  +Landmark Communications, Inc.,  c/o Paul A. Driscoll,  Pender & Coward, P.C.,
           222 Central Park Avenue, Suite 400,  Virginia Beach, VA 23462-3026
11423106* ++MURIEL TO YANG,  MERCY RIDGE APT L 404,  2525 POT SPRING ROAD,  TIMONIUM MD 21093-2778
           (address filed with court:  Muriel To Yang,  Mercy Ridge, Apt. L-404,  2525 Pot Spring Road,
           Timonium, MD 21093)
8693223*  +Maryland Acquisitions, LLC,  c/o Miles & Stockbridge P.C.,  1751 Pinnacle Drive,  Suite 500,
           McLean, VA 22102-3833
10374118* +Mibarev Depelopment I , LLC,  c/o Thomas R Lynch,  Bradley Arant Boult Cummings LLP,
           1615 L Street, NW, Suite 1350,  Washington, DC 20036-5668
11186125* +Midtown Acquisitions,  65 East 55th Street, 20th Floor,  New York, NY 10022-3219
11186121* +Midtown Acquisitions,LP,  65 East 55th Street, 20th Floor,  New York, NY 10022-3219
8667551*  +National Glass and Gate, Inc.,  c/o Coface North America, Inc.,
           50 Millstone Rd., Bldg. 100, Ste. 360,  East Windsor, NJ 08520-1415
8571095*  +Paramount Home Entertainment,  c/o Michael L. Tuchin,  Klee, Tuchin, Bogdanoff & Stern LLP,
           1999 Avenue of the Stars, 39th Fl.,  Los Angeles, CA 90067-6049
```

District/off: 0422-7          User: frenchs          Page 59 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

| | |
|---|---|
| 10162183* | Pembrooke Crossing, LTD,   c/o Katten Muchin Rosenman LLP,   2029 Century Park East, Suite 2600,   Los Angeles, CA 90067-3012 |
| 10821477* | +Planet Replay , LLC,   c/o Contrarian Capital Management, LLC,   411 West Putnam Avenue-Suite 425,   Greenwich, CT 06830-6263 |
| 8710864* | +Power Sales,   Attn: Toni Evans,   801 N Meadowbrook,   Olathe, KS 66062-5443 |
| 9938170* | +ROCKFORD REGISTER STAR,   PO BOX 439,   ROCKFORD, IL 61105-0439 |
| 8625007* | +Shimenti Construction Company,   118 North Bedford Road,   Mount Kisco, New York 10549-2553 |
| 11134140* | +Southland Acquisitions LLC Lease No 3634,   c/o United States Debt Recovery XI LP,   940 Southwood Blvd # 101,   Incline Village, NV 89451-7401 |
| 8657412* | +Southland Acquisitions LLC,   c/o United States Debt Recovery XI LP,   5575 Kietzke Lane,   Suite A,   Reno, NV 89511-2085 |
| 11139165* | +TXU Energy Retail Company LLC,   Robert S. Westermann, Esq.,   Hirschler Fleischer,   2100 East Cary Street,   Richmond, Virginia 23223-7270 |
| 8566900* | +Taubman Landlords,   c/o The Taubman Landlords,   Attn. Andrew S. Conway,   200 East Long Lake Road, Suite 300,   Bloomfield Hills, MI 48304-2324 |
| 8574860* | +Toshiba America Information Systems, Inc,   9740 Irvine Blvd,   Irvine, CA 92618-1608 |
| 10295688* | +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219 |
| 10766412* | +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219 |
| 11134141* | +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219 |
| 11134142* | +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219 |
| 11134144* | +US Debt Recovery, LLC,   c/o Midtown Acquisitions,   Attn: Jennifer Donovan,   65 East 55th Street,   New York, NY 10022-3219 |
| 10255024* | US Signs, Inc.,   c/o U.S Bank Corporate Trust Services,   60 Livingstone Avenue,   EP-MN-WS3T,   St. Paul, MN 55107-2292 |
| 8583746* | +Vonage Marketing Inc.,   c/o Angelique Electra,   Vice President - Law,   23 Main Street,   Holmdel, NJ 07733-2136 |
| aty | ##+Bertram L. Potemken,   3602 Gardenview Road,   Baltimore, MD 21208-1510 |
| aty | ##+Morris Levin,   Morris Levin Co., LPA,   55 Public Square,   Suite 940,   Cleveland, OH 44113-1901 |
| aty | ##+Ronald A. Page, Jr.,   Ronald Page, PLC,   4860 Cox Rd.,   Suite 200,   Glen Allen, VA 23060-9248 |
| aty | ##+Stinson Morrison Hecker LLP,   Attn: Darrell W. Clark, Esq.,   1150 18th Street, NW,   Suite 800,   Washington, DC 20036-3845 |
| cr | ##+Adam Drake,   4349 Wilcot Drive,   Midlothian, VA 23113-3639 |
| cr | ##+Albert D, Phelps, Inc.,   Agent for Yorkcon Prop., Inc.,   401 Merritt 7,   PO Box 5101,   Norwalk, CT 06856-5101 |
| cr | ##+Andrew Grosse,   1884 Red Oak Lane,   Spring Grove, IL 60081-7916 |
| mvnt | ##+Ashley Isaac,   617 South 76th Street South,   Birmingham, AL 35206-5227 |
| intp | ##+Barbara Gillis,   340 Pinetree Drive,   Indialantic, FL 32903-2640 |
| cr | ##+Brandon C. Schaffner,   60 Don Rene Road,   Mt. Wolf, PA 17347-9655 |
| tee | ##+CCMS 2005-CDILYCOMING MALL CIRCLE LIMITED PARTNERS,   Bilzin Sumberg Baena Price & Axelrod,   c/o Mindy Mora,   200 South Biscayne Blvd,   Suite 2500,   Miami, FL 33131-5340 |
| tee | ##+CMAT 1999-C2 Bustleton Avenue Limited Partnership,   Bilzin Suimberg Baena Price & Axelrod LL,   c/o Mindy Mora,   200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340 |
| tee | ##+CMAT 1999-C2 Lawence Road, LLC,   Bilzin Sumberg Baena Price & Axelrod,   c/o Mindy Mora,   200 South Biscayne Blvd. # 2500,   Miami, FL 33131-5340 |
| cr | ##+Caparra Center Associates, S.E.,   Attn: Penny R. Stark, Esq.,   17 Bon Pinck Way,   East Hampton, NY 11937-3001 |
| cr | ##+Carrie A. Lee,   2250 Old Brick Road,   Apt 2538,   Glen Allen, VA 23060-5986 |
| cr | ##+Consumer Options,   2110 Ute Ct.,   Estes Park, CO 80517-7231 |
| cr | ##+Curtis L Etheridge,   916 Benefit Rd,   Chesapeake, VA 23322-2778 |
| cr | ##+Cynda Ann Berger,   1525 Crawford Wood Drive,   Midlothian, VA 23114-5133 |
| cr | ##+David Cates,   1075 Chalcedony St., Apt. G,   San Diego, CA 92109-2631 |
| intp | ##+David J. Cacciotti,   9812 Fernleigh Dr.,   Richmond, VA 23235-1834 |
| cr | ##+David W. Tolliver,   55 Brookmont Drive,   Clayton, NC 27527-8809 |
| cns | ##+Easley, McCaleb & Associates, Inc.,   Attn: Darwin Embser, VP,   Suite 755,   3980 DeKalb Technology Pkwy,   Atlanta, GA 30340-2768 |
| cr | ##+Edwin Ellis,   3050 Airhaven St.,   Dallas, TX 75229-2451 |
| cr | ##+Elton J. Turnage,   PO Box 301,   Youngstown, OH  44501-0301 |
| intp | ##+Harold Patton,   5178 Old N. Rd.,   Christoperh, IL 62822-2307 |
| cr | ##+Hassan Mirshah,   851 Cliffs Dr., #301C,   Ypsilanti, MI 48198-7315 |
| cr | ##Hoprock Limonite, LLC,   c/o Dewey & LeBoeuf LLC,   Attn: Lisa Hill Fenning,   333 South Grand Avenue, 26th Floor,   Los Angeles, CA  90071-1530 |
| cr | ##+James C. Blair, Sr.,   1921 Whitelake Dr.,   Fredericksburg, VA 22407-1483 |
| cr | ##+James P. Moran,   54 Twin Oaks,   New Milford, CT 06776-5424 |
| cr | ##+Jean Theodule,   22841 SW 88 Pl Unit 206,   Cutter Bay, FL 33190-2030 |
| cr | ##+Karen L. Craig,   4409 Player Road,   Corona, CA 92883-0677 |
| cr | ##+Kelli A. Groneck,   5202 Highberry Woods Rd.,   Midlothian, VA 23112-6502 |
| cr | ##+Kenneth R. Duda,   747 Twin Leaf Drive,   Collierville, TN 38017-7157 |
| cr | ##+Loren Stocker,   d/b/a Vanity International,   1431 Camino Del Mar, Suite D,   Del Mar, CA 92014-2572 |
| cr | ##+Michael Boger,   22 Carteret Rd.,   Hopatcong, NJ 07843-1005 |
| cr | ##+Miner Corporation,   111 W. San Antonio Street,   Suite 200,   New Braunfels, TX 78130-5156 |
| cr | ##+Nancy E. Mirshah,   851 Cliffs Dr. #301C,   Ypsilanti, MI 48198-7315 |
| cr | ##+Nicholas S. Weeks,   4512 Staten Island Court,   Plano, TX 75024-4712 |

```
             ***** BYPASSED RECIPIENTS (continued) *****
cr           ##+Nintendo of America, Inc.,    Attn: Elizabeth Aurelio, VP,    -Credit, 4820-150th Ave. NE,
             Redmond, WA 98052-5111
cr           ##+Normand C. Dionne,    268 Bartlett St., Unit 2,    Manchester, NH 03102-3604
cr           ##+Phillip Lee Steele,    1208 Dawkins St.,    Unit B,    Durham, NC 27707-2314
cr           ##+Robert Conat,    313 Spinnaker,    Lansing, MI 48917-3468
cr           ##+Seth Kranz,    5337 FM 2642,    Royse City, TX 75189-7912
cr           ##+Sharon Brown Hope,    4219 Grand Street, Apt. 2,    Columbia, SC 29203-6666
cr           ##+Stanecki Inc. d/b/a Don Lors Electronics,    Paula A. Hall,    Brooks Wilkins Sharkey & Turco, PLLC,
             401 S. Old Woodward Avenue,    Suite 460,    Birmingham, MI 48009-6622
cr           ##+Steven Draxler,    2322 Pocono Ct.,    De Pere, WI 54115-8076
cr           ##+Thomas C. Bradley,    PO Box 194,    Clayton, DE 19938-0194
cr           ##+Veronica Simmons,    2101 San Diego Drive,    Corona, CA 92882-6431
intp         ##+Vincent E. Rhynes,    1514 W. Manchester Ave. # 5,    LA, CA 90047-5427
cr           ##+Waste Management, Inc.,    c/o Stinson Morrison Hecker LLP,    Attn: Darrell W. Clark,
             1150 18th Street, NW,    Suite 800,    Washington, DC 20036-3845
tee          ##+Wells Fargo Bank, National Association,    Bilzin Sumberg Baena Price & Axelrod LLP,
             c/o Mindy Mora,    200 South Biscayne Blvd. #2500,    Miami, FL 33131-5340
cr           ##+Youde Wang,    1296 Grand Cypress Sq.,    Virginia Beach, VA 23455-6838
10211804     ##+ALL ABOUT WIRING,    PO Box 36486,    Rock Hill, SC 29732-0508
9003362      ##+Allsop Inc.,    Ryan Allsop, VP of Operations,    4201 Meridan,    Bellingham, WA 98226-5532
10661137     ##+Amargosa Palmdale Investments LLC,    J Bennett Friedman Esq,    Friedman Law Group,
             1900 Avenue of the Stars Ste 1800,    Los Angeles, CA 90067-4409
10530143     ##+Apex Digital, Inc.,    c/o Jerry C Huang Esq,    301 Brea Canyon Road,    Walnut, CA 91789-3075
10065361     ##+BOULDER DAILY CAMERA,    1048 PEARL STREET,    BOULDER, CO 80302-5111
8996124      ##+CMAT 1999-C2 Ridgeland Retail, LLC,    c/o Mindy A. Mora, Esq.,
             Bilzin Sumberg Baena Price & Axelrod LLP,    200 South Biscayne Boulevard, Suite 2500,
             Miami, FL 33131-5340
8716640      ##+Convergys Customer Management Group Inc.,    c/o Michael J. O'Grady, Esq.,    Frost Brown Todd LLC,
             201 E. Fifth Street, Suite 2200,    Cincinnati, OH 45202-4113
8622528      ##+Engineered Structures, Inc.,    c/o Rob Shockley,    12400 W. Overland Rd.,    Boise, ID 83709-0021
9470519      ##+Franklin Electronic Publishers, Inc.,    Frank Musto, VP,    One Franklin Plaza,
             Burlington, NJ 08016-4908
8643402      ##+Hallaian,    Walter Wilhelm Law Group,    Attn: Michael L. Wilhelm, Esq.,
             7110 N. Fresno Street, Suite 400,    Fresno, CA 93720-2933
8620770      ##+Hallaian,    c/o Walter Wilhelm Law Group,    Attention: Michael L. Wilhelm, Esq.,
             7110 N. Fresno Street, Suite 400,    Fresno, CA 93720-2933
8607207      ##+Home Depot USA, Inc.,    c/o Elizabeth C. Freeman,    LOCKE LORD BISSELL & LIDDELL LLP,
             600 Travis Street, Suite 3400,    Houston, Texas 77002-2926
9822508      ##+Hoprock Limonite LLC,    Attn Lisa Hill Fenning,    Dewey & LeBoeuf LLP,    333 S Grand Ave Ste 2600,
             Los Angeles, CA 90071-1530
10013758     ##+Huck Group, Inc., The,    4501 N. Tamiami Trl., Suite 214,    Naples, FL 34103-3018
10403671     ##+Johnstown Shopping Centre LLC,    Matt McGill Project Manager,    McGill Property Group,
             4425 Military Trail Unit 202,    Jupiter, FL 33458-4817
10403633     ##+Johnstwon Shoppin Centre LLC,    Matt McGill Project Mananger,    McGill Property Group,
             4425 Military Trail Unit 202,    Jupiter, FL 33458-4817
8583090      ##+Monte Vista Crossings, LLC,    c/o Donahue Gallagher Woods LLP,    attn: William R. Hill, Esq.,
             300 Lakeside Drive, Suite 1900,    Oakland, California 94612-3538
9833009      ##+Optoma Technology Inc,    715 Sycamore Drive,    Milpitas, CA 95035-7465,    Attn: Karen Parsons
10619226     ##+Optoma Technology, Inc.,    715 Sycamore Drive.,    Milpitas, CA 95035-7465
8831952      ##+PC Mall, Inc.,    c/o Jeffrey M. Galen, Esq.,    Galen & Davis, LLP,
             16255 Ventura Blvd., Suite 900,    Encino, CA 91436-2317
9908088      ##+Phillip Lee Steele,    1905 James Street,    Apt A,    Durham, NC 27707-2041
8710804      ##+Plasti Cart Inc,    116B Walton Park Ln,    Midlothian VA 23114-3028
9016305      ##+Renukaben S. Naik,    C/o Philip C. Baxa, Esquire,    MercerTrigiani LLP,    16 South Second Street,
             Richmond, VA 23219-3723
9016264      ##+Renukaben S. Naik,    c/o Philip C. Baxa, Esquire,    MercerTrigiani LLP,    16 South Second Street,
             Richmond, Virginia 23219-3723
8875433      ##+Ricmac Equities Corporation,    6 Harbour Point Drive,    Northport, NY 11768-1557
9838877      ##+Sharpe Partners LLC,    Kathy Sharpe, CEO,    61 Broadway, Suite 2305,    New York, NY 10006-2701
8975019      ##+Signature Home Furnishings Marco Lin,    14104 Arbor Place,    Cerritos, CA 90703-2404
9208367      ##+Signature Homes Furnishings Marco Lin,    14104 Arbor Place,    Cerritos, CA 90703-2404
10186999     ##+Stanecki Inc. d/b/a Don Lors Electronics,    c/o Paula A. Hall,
             Brooks Wilkins Sharkey & Turco, PLLC,    401 S. Old Woodward Avenue, Suite 460,
             Birmingham, MI 48009-6622
9093606       #Universal Protection Service,    Stephen S. Martin, VP-Finance,    PO Box 512719,
             Los Angeles, CA 90051-0719
8584581      ##+Weidler Settlement Class,    David M. deRubertis, Esq.,    The deRubertis Law Firm,
             21800 Oxnard Street,    Suite 1180,    Woodland Hills, California 91367-7911
                                                                       TOTALS: 983, * 118, ## 83
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0422-7        User: frenchs          Page 61 of 118           Date Rcvd: Jun 10, 2013
                           Form ID: redacttr        Total Noticed: 2030
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2013 at the address(es) listed below:
              Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
                ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
                mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
                akeith@honigman.com,  tsable@honigman.com
              Alan Michael Noskow   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
                anoskow@pattonboggs.com
              Alan Michael Noskow   on behalf of Defendant   COKeM International Ltd. anoskow@pattonboggs.com
              Alan Michael Noskow   on behalf of Defendant   Navarre Distribution Services, Inc.
                anoskow@pattonboggs.com
              Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
                ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
                ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
                ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping Center
                ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
                ajackins@seyfarth.com
              Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
                A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com;;kklein@reedsmith.com
              Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
                Star abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
                FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
                Pittsburgh, PA abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
                Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
                amy.williams@klgates.com,  hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
                hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
                amy.williams@klgates.com,  hailey.andresen@klgates.com
              Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
                hailey.andresen@klgates.com
              Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
                Learning Channel ADavison@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
                Ltd. ADavison@beankinney.com
              Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
                ADavison@beankinney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
           ADavison@beankinney.com
          Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. akrudiger@kaufcan.com,
           jaturner@kaufcan.com;nlferguson@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
           rhicks@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Creditor   Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
           abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
           Companies, Ltd. acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
           acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
           ecffilings@hangley.com
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
           lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
           St. Paul Pioneer Press aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
           aepps@cblaw.com, lthompson@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
           lthompson@cblaw.com

District/off: 0422-7          User: frenchs          Page 64 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
          aepps@cblaw.com,  lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          lthompson@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
          aepps@cblaw.com,  lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
              managing agent for WTM Glimcher LLC aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Transferee    Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
              lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,  lthompson@cblaw.com
              Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
              aepps@cblaw.com,  lthompson@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
                     lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
                     Trustee aepps@cblaw.com, lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
                     lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
                     aepps@cblaw.com, lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                     aepps@cblaw.com, lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
                     lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Cedar Development Ltd., a Florida Limited
                     Partnership aepps@cblaw.com, lthompson@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
                     lthompson@cblaw.com
              Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
                     Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
                     Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
                     backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
                     backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
                     cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
                     backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
                     backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
                     backerly@hunton.com, cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                     bgodshall@pszjlaw.com
              Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
                     benglander@wtplaw.com, rodom@wtplaw.com
              Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
                     rodom@wtplaw.com
              Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
                     bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
              Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
                     lsansbury@mrrlaw.net
              Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com
              Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com
              Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
                     brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com
              Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
                     brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com
              Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com
              Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
                     carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
                     enlaw.com

District/off: 0422-7          User: frenchs            Page 67 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr         Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
               brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
               carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
               enlaw.com
              Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
              Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
              Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
              Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
               bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
              Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
              C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
               ccreely@akingump.com
              Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
               Limited Liability Company ccreely@akingump.com
              Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
               gideon.korrell@snrdenton.com
              Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
            cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
            Christian.Vogel@leclairryan.com,
            kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
            clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
            clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
            clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
            similarly situated cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor Ada Alicea cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
            cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
            nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
      Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
      and/or Tucson Citizen christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
      christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
      Greenville News christopher.perkins@leclairryan.com,
      stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
      ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
            Tech christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
            dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
            Republic christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
            TV christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
            christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
            Star christopher.perkins@leclairryan.com,
            stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
            ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins     on behalf of Defendant    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Seagate Technology LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Time Warner Cable, LLC
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Creditor    Cardinal Capital Partners
          christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher L. Perkins     on behalf of Defendant    Gannett Co., Inc. and Gannett River States
          Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
          Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
          Two Interactive christopher.perkins@leclairryan.com,
          stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;debor
          ah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;  pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,  summersm@ballardspahr.com;  pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
          Partnership craig.young@kutakrock.com,
          lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig Benson Young    on behalf of Defendant    World Richman Manufacturing Corporation
          craig.young@kutakrock.com,
          lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ksears@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,    pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,    pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. dclark@stinson.com,
          cscott@stinson.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com,
          cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,    ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age,
          Inc. ddickieson@schertlerlaw.com,    pfrye@schertlerlaw.com
          David H. Dickieson    on behalf of Defendant    SYNNEX Corporation, a/k/a New Age Electronics, a
          division of SYNNEX Corporation ddickieson@schertlerlaw.com,    pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
          dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com

District/off: 0422-7          User: frenchs          Page 75 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald V. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas  Scott    on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
           California, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
           Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee  CPH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
           BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant   Russellville Steel Company, Inc.
           BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
           dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
           lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7          User: frenchs          Page 76 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wiley.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com;lmares@toase.com
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          egunn@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikael    Salovaara egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
 ramona.neal@hp.com;ken.higman@hp.com
Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
 echarley@hansonbridgett.com
Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
 klgatesbankruptcy@klgates.com
Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
 emorabito@pattonboggs.com
Erika L. Morabito   on behalf of Defendant   Navarre Distribution Services, Inc.
 emorabito@pattonboggs.com
Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
 ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
 ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor James   Lubary ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor Yvette   Mack ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
 Service of North Carolina ekessel@spottsfain.com,
 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
 ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
 fpepler@peplermastromonaco.com
Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
 fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
 rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
 mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
 mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
 ameador@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
 ameador@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
 ameador@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
 ameador@mglspc.com
Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
 ameador@mglspc.com

District/off: 0422-7          User: frenchs          Page 78 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
            ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
            ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
            glaymon@mglspc.com,  ameador@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
            glaymon@mglspc.com,  ameador@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
            jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
            gfulghum@sblsg.com,  jschmeltz@sblsg.com; jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
            jschmeltz@sblsg.com; jrapp@sblsg.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
            alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            Corp Card notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
            Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
            agbankcal@ag.tn.gov
          Gina M Fornasio    on behalf of Creditor    California Self-Insurers' Security Fund
            gfornario@nixonpeabody.com,  khall@nixonpeabody.com; sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
            christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Creditor    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
            ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
            Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
            Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
            Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
            ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
            droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
            Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
            Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,  droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
            csommer@fdh.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
            Partnership hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
            hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
            howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
            ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
            chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
            chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
            dfolds@mckennalong.com,  sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
            dfolds@mckennalong.com,  sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
            sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@mckennalong.com,
            sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
            dfolds@mckennalong.com,  sparson@mckennalong.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
            jackson.toof@arentfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
            jackson.toof@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
            lbigus@stinson.com
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
            through Brian Hamer, its Director James.Newbold@illinois.gov
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
            James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
            vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
            rbailey@atlanticlawgrp.com
          James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
            bethf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
            avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
            eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
            ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
            ncoton@beankinney.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
            ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
            jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
            of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
            including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
            Inc. jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
            jburke@orrick.com
          James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
            kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
            admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
            ecf@krcl.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
          ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
          jharbour@hunton.com
          Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
          Jeff.Klusmeier@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
          jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
          jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
          Pennsylvania jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jmsherman@lerchearly.com,
          elmoyer@lerchearly.com;jetsikerdanos@lerchearly.com;cmhoyos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
          Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
            jkneeland@linowes-law.com,
            klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
            klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
            jkneeland@linowes-law.com,
            klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
            jkneeland@linowes-law.com,
            klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
            nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
            acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
            News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
            Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: frenchs          Page 83 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, LLC., a Florida Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
              as Trustee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
              Partnership jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
              jmclemore@cblaw.com, avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
              Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
              Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
              Star jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
              Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
              No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
            d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
            Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
            American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
            Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
            Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
            Center) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer V. Doran   on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor Michelle Sifford jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com,
          lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Interested Party    McCandlish Holton, PC
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
          jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor    Escambia County Tax Collector
          jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jerry Lane Hall    on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
               Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
            Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
            Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
            Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
               jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com
            Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
               jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
            Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
            Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
               jsaronson@ridberglaw.com
            Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
            Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
            John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
               jraftery@offitkurman.com
            John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
               Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
            John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jfiero@pszjlaw.com
            John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
               jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com/ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
               jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
               wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;sfrye@wmlawgroup.com;apousso
               n@wmlawgroup.com
            John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
               pjf@carmodymacdonald.com
            John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
               lucian@blankrome.com
            John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
            John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
            John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
            John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
            John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
            John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@mckennalong.com,
               sparson@mckennalong.com
            John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
               jmcjunkin@mckennalong.com,  sparson@mckennalong.com
            John J. Lamoureux   on behalf of Creditor   Amore Construction Company
               jlamoureux@carltonfields.com,  delliott@carltonfields.com;tpaecf@cfdom.net
            John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
            John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
               jroche@perkinscoie.com,
               ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
            John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
               johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
               Virginia Power johncraigg@aol.com,  russj4478@aol.com
            John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    New York State Electric and Gas Corporation
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Central Georgia Electric Membership Corporation
               johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
               Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
                   russj4478@aol.com
                John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
                   johncraigg@aol.com,  russj4478@aol.com
                John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
                   jvanbeek@goldmanvanbeek.com,
                   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
                John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
                John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
                   Refrigeration jvanbeek@goldmanvanbeek.com,
                   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
                John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
                John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
                   rours@wileyrein.com
                John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
                   rours@wileyrein.com
                John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
                Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
                Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
                   jonathan.hauser@troutmansanders.com
                Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
                   jonathan.hauser@troutmansanders.com
                Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
                Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
                   jonathan.hauser@troutmansanders.com
                Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
                   jstorper@hansonbridgett.com
                Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
                   kcraun@mintz.com
                Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
                Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
                   jtcain@mintz.com,  kcraun@mintz.com
                Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
                Joseph H. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
                Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
                   Blue Cross Blue Shield bankruptcy@morrisoncohen.com
                Judy A. Robbins, ll   USTPRegion04.RH.ECF@usdoj.gov
                Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
                Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
                   harvell@seeger-law.com
                Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
                   quagliano@seeger-law.com,  harvell@seeger-law.com
                Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
                   quagliano@seeger-law.com,  harvell@seeger-law.com
                Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
                   harvell@seeger-law.com
                Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
                   quagliano@seeger-law.com,  harvell@seeger-law.com
                Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
                   Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
                   quagliano@seeger-law.com,  harvell@seeger-law.com
                Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
                   Inc. jpaget@hunton.com,  cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
                   cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
                   cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
                   Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
                   cloving@hunton.com
                Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
                   cloving@hunton.com
                Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
                   kmiller@wileyrein.com,  rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen   Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Keith L. Phillips   on behalf of Mediator Keith L. Phillips Keith@pf-law.com,
           beth@pf-law.com;aphillips@pf-law.com;dweekley@pf-law.com
          Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
           klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne   Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy   Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
           krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
           wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
           khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
  khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
  khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
  khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
  sprescott@idalaw.com
Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
  kimberly.pierro@kutakrock.com,
  sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
  @kutakrock.com
Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
  kimberly.pierro@kutakrock.com,
  sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
  @kutakrock.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
  LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
  1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
  LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
  for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
  for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
  for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
  kimsullywalker@aol.com
Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
  kimsullywalker@aol.com
Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
  Carla@KDBLawFirm.com
Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
  eappelstein@ltblaw.com
Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
  margaret@rlglegal.com
Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
Leonard E. Starr, III   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
  gadams@Starr-Law.com
Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
  lkouts@magruderpc.com,  mcook@magruderpc.com
Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
  lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. lregenhardt@garylaw.us,
  cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
  lregenhardt@garylaw.us,  cmarchant@garylaw.us;ssunny@garylaw.us
Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. lregenhardt@garylaw.us,
  cmarchant@garylaw.us;ssunny@garylaw.us
Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
  nkatzen@reedsmith.com
Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
  nkatzen@reedsmith.com
Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Movant Cynthia Olloway, Individually and as Special Administrator
  of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: frenchs          Page 93 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant      Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
              lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com

District/off: 0422-7          User: frenchs          Page 94 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redactr        Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Loc  Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
          loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.    on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Creditor    California Self-Insurers' Security Fund
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Creditor    Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.    on behalf of Plaintiff    Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
          chps.ecfnotices@gmail.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
          com;vstreet@tb-lawfirm.com
          Madeleine C. Wanslee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
          slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
          mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
          sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman    on behalf of Creditor Marlon    Mondragon mbusman@busmanandbusman.com
          Marc A. Busman    on behalf of Plaintiff Marlon    Mondragon mbusman@busmanandbusman.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
          mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com

```
District/off: 0422-7          User: frenchs          Page 95 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
          mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
          Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
          Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
          of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
          holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
          PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
          mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
```

District/off: 0422-7          User: frenchs          Page 96 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Creditor   Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Defendant  InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Defendant  Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark K. Ames    on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
           amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
           dian.gwinnup@haynesboone.com
          Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   CK Richmond Business Services #2, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Cardinal Capital Partners
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Fayetteville Developers, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor   Brandywine Grande C, L.P.
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown    on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhlaw.com,  akauba@mhlaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman    on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Melissa S. Hayward    on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder    on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed    on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor   KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Interested Party   Epson America, Inc.
           michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,   lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
          America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
          avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
              Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Jeffrey R. Leopold mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
              michael.hastings@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com,  lbakerdfbtlaw.com,  jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com,
              ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
              mfalzone@hf-law.com,  ebeaumont@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Interested Party  Systemax, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com,  ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Streater Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com,
          ebeaumont@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc npark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Defendant   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          jcarrion@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Laurie   Lambert-Gaffney pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
          pschrader@fullertonlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Alameda Newspaper Group, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Alameda Newspapers, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Contra Costa Times, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     San Jose Mercury-News, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Bay Area News Group East Bay, LLC
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
    Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
    Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
    pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor     Contra Costa Times pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
    East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
    Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
Paul S. Bliley, Jr.    on behalf of Creditor     Tax Collector, Polk County, Florida
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Polk County Florida Tax Collector
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Hernendo County, Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Save Mart Supermarkets pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Torrington Tripletts, LLC
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     CC-Investors 1997-4 pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Brevard County Florida Tax Collector
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Crown CCI, LLC pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     1890 Ranch, Ltd. pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Burbank Mall Associates, LLC
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Lee County Tax Collector pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Marion County, Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Willaims Mullen Clark and Dobbins
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Indian River County Florida Tax Collector
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
    L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Okaloosa County Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Hayward 880,LLC pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Bay County Florida tax collector
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Hillsborough County, FL pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     CarMax, Inc. pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor     Palm Beach County Tax Collector
    pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul S. Bliley, Jr.   on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Westlake Limited Partnership
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Orange County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Manatee County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Highlands County, Florida
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Miami-Dade County Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Pinnellas County, Florida
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
                 hall@bwst-law.com,  marbury@bwst-law.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                 Inc. Liquidating Trust pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                 pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                 pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com,  stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                 dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                 om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
                 peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
                 peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
                 peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
                 lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

District/off: 0422-7          User: frenchs          Page 105 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr       Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Peter Barrett  on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg  on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter A. Greenburg  on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter C.L. Roth  on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.  on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian  on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Staples Contract & Commercial, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Corporate Express Office Products, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian  on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter J. Carney  on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
           pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl  on behalf of Movant   Colonial Heights Holdings, LLC ppearl@sandsanderson.com
          Peter M. Pearl  on behalf of Defendant   Koch Entertainment Distribution LLC
           ppearl@sandsanderson.com
          Peter M. Pearl  on behalf of Creditor   Valley Corners Shopping Center, LLC
           ppearl@sandsanderson.com
          Peter M. Pearl  on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Peter M. Pearl  on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Defendant   Mitsubishi Electronics America, Inc.
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
           rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Defendant   The Insurance Company of the State of Pennsylvania
           pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip James Meitl  on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          Philip James Meitl  on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          Philip James Meitl  on behalf of Creditor   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          R. Chase Palmer  on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber  on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.  on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
           cingle@pringlaw.com
          Raymond William Battaglia  on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta  on behalf of Creditor   Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
              Cl Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
              Rhett E. Petcher    on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher    on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
              hhale@woodsrogers.com
              Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
              Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
              Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
              richard@rscottlawoffice.com
              Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
              Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard F. Stein   on behalf of Creditor    Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Defendant    Sharp Electronics Corporation
          rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Export Development Canada (EDC)
          rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Sharp Electronics Corporation
          rhutson@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Creditor Cornelia Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers cjensen@hillrainey.com,
          kcummins@hillrainey.com
          Robert B. Hill   on behalf of Creditor    Columbia Plaza Joint Venture cjensen@hillrainey.com,
          kcummins@hillrainey.com
          Robert B. Hill   on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          cjensen@hillrainey.com, kcummins@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert Field Moorman   on behalf of Defendant    Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com

District/off: 0422-7          User: frenchs          Page 108 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          DPrillaman@usa.doj.gov;SJohnstonl@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com,  rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald Allen Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,   rpage@rpagelaw.com
          Ronald G. Dunn    on behalf of Creditor Savitri    Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
          sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
          ryan.day@leclairryan.com,   sarah.kelly@leclairryan.com;paris.sorrell@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
          Company sgill@vanblk.com
          Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
          efile@pbgc.gov
          Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,
               Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com,Manoj.ramia@kirkland.com
             Satchidananda Mims   smims21@hotmail.com
             Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
             Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
             Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
               scott.stengel@umb.com
             Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
             Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
               scott.stengel@umb.com
             Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
             Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
             Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
             Shalanda N. Franklin-Verdell   on behalf of Defendant   Belkin International Inc.
               sfranklinverdell@vanblk.com
             Shalanda N. Franklin-Verdell   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklinverdell@vanblk.com
             Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
               sdelacruz@hf-law.com,  slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
               sdelacruz@hf-law.com,  slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
               sdelacruz@hf-law.com,  slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
             Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               slawson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
              slawson@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,  slawson@hf-law.com
              Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
              smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
              sleach@ltblaw.com,  msarata@ltblaw.com;xrubinstein@ltblaw.com;ksears@ltblaw.com

District/off: 0422-7          User: frenchs          Page 112 of 118          Date Rcvd: Jun 10, 2013
                             Form ID: redacttr        Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
              sgallagher@venable.com,   lcwilliams@venable.com; lrheitger@venable.com
              Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com,   cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com,
              cbglawbethesda@gmail.com
              Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com,   cbglawbethesda@gmail.com
              Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
              Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
              tannweiler@greerherz.com
              Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
              Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
              Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson   on behalf of Creditor   Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,   pwhite@kslaw.com
              Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc.  thomas.mcintosh@hklaw.com
              Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
              Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
              hallc@gtlaw.com
              Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
              Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
              tjamerson@hunton.com,   tomjam2003@yahoo.com
              Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
              Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
              Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
               croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
              Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
               tmackey@stinson.com
              Travis A. Knobbe   on behalf of Defendant   Bulldog Rack Company tknobbe@spilmanlaw.com,
               trjohnson@spilmanlaw.com
              Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
               tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
               tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
               tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
               Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
               Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
               victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
               victoria.garry@ohioattorneygeneral.gov
              Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
               walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
              Wanda Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
               LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
               and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
               ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
               jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
               Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com

District/off: 0422-7         User: frenchs          Page 114 of 118        Date Rcvd: Jun 10, 2013
                            Form ID: redacttr        Total Noticed: 2030

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Wendy Michele Roenker    on behalf of Creditor Treasurer  City of Chesapeake
            wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee   Korea Export Insurance Corporation
            wheuer@duanemorris.com
          William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
            wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
            wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
            GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
            Courier aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
            TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
            aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Gray    on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Lee County, Mississippi Tax Collector
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  VTech Communications, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  Tamrac, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  Denon Electronics (USA), LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  Colorado Structures, Inc., dba CSI Construction Co.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  The Insurance Company of the State of Pennsylvania
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  Fourstar International Trading Company
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  Construction Testing and Engineering, Inc.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant  The Oklahoma Publishing Company
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
             bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

     William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com, rarrington@sandsanderson.com

     William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com, rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
             Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
             chris.tillmanns@bgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
           bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
           Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
           jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Movant   Pioneer Electronics, Inc dsullivan@butzeltp.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan dsullivan@butzeltp.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
           dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
           Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
           tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Zmarak  Khan  on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           zmarak.khan@dlapiper.com,
           George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                    TOTAL: 2216