Date 6/7/13

TO: U.S. Bankruptcy Court
Eastern District of VA
Richmond Division
701 East Broad St
Richmond VA 23219

RICHMOND DIVISION
FILED JUN 12 2013
CLERK
US BANKRUPTCY COURT

From: Scott D. Mainwaring
2450 Old Brick Rd
Suite 1539
Glen Allen VA 23060
CASE # 08-35653-KRH
Circuit City Stores

TO: U.S. Bankruptcy Court
Please be advised that all future correspondence should be sent to my new address at 2450 Old Brick Rd, Suite 1539, Glen Allen VA 23060. Call me at 804 380-7510 with any questions.

Sincerely
[signature]
Scott D. Mainwaring

OLD
5608 Belstead Ln
Glen Allen VA 23059

NEW
2450 Old Brick Rd
Suite 1539
Glen Allen VA 23060

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number   08-35653-KRH
Chapter   11
Judge   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
   Debtor: 54-0493875

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on April 23, 2013 in the above-referenced case, event text as shown below:

Transcript filed Re: Hearing Held 4/11/2013, Remote electronic access to the transcript is restricted until 07/22/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [12919] Hearing held; SETTLED (Re: related document(s)10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trustee., [12922] Hearing held for Status Hearing; (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trust.). Notice of Intent to Request Redaction Deadline Due By 04/29/2013. Redaction Request Due By 05/13/2013. Redacted Transcript Submission Due By 05/23/2013. Transcript access will be restricted through 07/22/2013. (Bowen, James)

The parties have [until April 30, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [May 14, 2013] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [May 24, 2013] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [July 22, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

William C. Redden
Clerk, United States Bankruptcy Court

Date:   April 23, 2013

[ntctranredact.jsp 3/2009]

21409010311017

010301