# EWING ANDERSON PS
### ATTORNEYS AT LAW

PATRICK F. DELFINO*
DELIAN P. DELTCHEV*
KENT NEIL DOLL, JR.*
DAVID E. EASH*
JOSEPH T. EDWARDS
MARLA CAREY HOSKINS*
STEVEN W. HUGHES
LARRY L. MUNDAHL*
CONSTANCE H. SHIELDS*
BRAD E. SMITH*

*Licensed in Washington & Idaho

522 W. RIVERSIDE AVE., SUITE 800
SPOKANE, WASHINGTON 99201-0519
TEL 509.838.4261
FAX 509.838.4906
www.ewinganderson.com

SERVING WASHINGTON AND IDAHO

OF COUNSEL

JOSEPH NAPPI, JR.
IRVING "BUDDY" PAUL*

HOWARD A. ANDERSON (1928-1998)
ROBERT F. EWING (1931-2002)

June 10, 2013

United States Bankruptcy Court Clerk
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Re:   Circuit City Stores, Inc; Case No. 08-35653-KRH

Dear Clerk:

Please file the enclosed Request to Discontinue Notices and return a conformed copy to me in the enclosed, self-addressed stamped envelope.

Thank you for your attention to this matter; if you should have any questions, please do not hesitate to contact me.

Very truly yours,
EWING ANDERSON, P.S.

DAVID E. EASH
deash@ewinganderson.com

DEE:bz
Encl.

R:\USERS\WP\DEE(05)\Webpro05\006\CircuitCity-Letter-Court Clerk 6-10-13.doc

[Stamp: RICHMOND DIVISION  FILED  JUN 17 2013  CLERK US BANKRUPTCY COURT]

Main Document    Page 2 of 2

DAVID E. EASH
EWING ANDERSON, P.S.
Attorneys at Law
522 West Riverside Ave., Suite 800
Spokane, WA 99201
(509) 838-4261

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| In Re: | NO. 08-35653-KRH |
|---|---|
| CIRCUIT CITY STORES, INC., | |
| Debtor. | REQUEST TO DISCONTINUE NOTICES |

TO: CLERK OF COURT

PLEASE TAKE NOTICE that David E Eash, on behalf of William E. Butler as General Receiver, hereby requests that the court discontinue sending copies of all pleadings and notices hereafter filed in the above-referenced case to the undersigned effectively immediately.

DATED this _17_ day of June, 2013.

EWING ANDERSON, P.S.

By: _____
DAVID E. EASH
Attorneys for William E. Butler,
As General Receiver

REQUEST TO DISCONTINUE NOTICES -1-