**Exhibit B**

**Change of Address**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 9028

**PLEASE TAKE NOTICE** that The West Campus Square Company LLC, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

The West Campus Square Company LLC
c/o United States Debt Recovery V, L.P.
940 Southwood Bl., Ste. 101
Incline Village, NV 89451

New Address for Notices and Payments:

The West Campus Square Company LLC
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

**The West Campus Square Company LLC**

By: United States Debt Recovery V, L.P., it Power of Attorney

By: _[signature]_
Name: Nathan E. Jones
Title: Managing Director