Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 25, 2013 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 25, 2013 beginning at 2:00 p.m. Eastern.

1. Status Conference – Siegel v. Sony Electronics Inc., A/K/A Sony et al (*Case No. 10-03600-KRH*) Request for Notice of Hearing (Re: related document(s)[11] Amended Complaint filed by Alfred H. Siegel) Hearing scheduled for 6/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 43)

    Related Documents:

    a. Notice of Hearing (Re: related document(s)[43] Request for Notice of Hearing) (Docket No. 44)

    b. Motion to Authorize *Appearance by Telephone* (Re: related document(s)[21] Order on Motion to Appear Pro Hac Vice) filed by Jeremy Brian Root of Blankingship & Keith, P.C. on behalf of Credit Suisse Loan Funding, LLC. (Attachments: # (1) Proposed Order) (Docket No. 45)

2. Objection to Claim *NO. 14787 FILED BY Chase Bank USA, National Association* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11868)

    Related Documents:

    a. Notice of Objection to Claim (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by 6/26/2012. Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11869)

    b. Docket entry - Continued for Status Hearing (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/19/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 12275)

    c. Docket entry - Continued for Status Hearing; (related document(s): [11868] Objection to Claim #14787 filed by Chase Bank USA) Hearing to be held on 12/06/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust (Docket No. 12410)

    d.    Continued for Status Hearing; (related document(s): [11868] Objection to Claim #14787 filed by Chase Bank USA) Hearing to be held on 12/06/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 12410)

    e.    CONTINUED FOR STATUS HEARING; (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12669)

    f.    Continued for STATUS HEARING; (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12947)

Objection Deadline:    August 20, 2013

Objections/ Responses Filed:

Status:    A status hearing is going forward with respect to this matter. During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to **August 27, 2013** at 10:00 a.m. **The claimant does not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

3. Motion to Reconsider *(Motion of G&S Livingston Realty, Inc. Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed)* (Related Document(s)12305 Order Re: Objection) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty, Inc.. (Attachments: # 1 Proposed Order) (Docket No. 12929)

Related Documents:

    a.    Certification *of Douglas Riley in Support of Motion of G&S Livingston Realty, Inc. Pursuant to Section 502(j) and Rule 3008 to Reconsider and Vacate the Prior Order of the Court Disallowing Claim Number 6064 and for an Order Adjudging Claim Number 6064 Allowed* (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty,

        Inc.. (Attachments: # 1 Exhibit(s) A) (Docket No. 12930)

- b. Notice of Motion and Notice of Hearing (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of G&S Livingston Realty, Inc.. Hearing scheduled for 5/14/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12931)

- c. Hearing continued; (Re: related document(s)[12929] Motion to Reconsider filed by G&S Livingston Realty, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee; Christian Vogel for G&S Livingston Realty, Inc. (Docket No. 12992)

- d. Hearing continued; (Re: related document(s)[12929] Motion to Reconsider filed by G&S Livingston Realty, Inc.) Hearing scheduled for 6/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trust; K. Vogel for G&S Livingston Realty, Inc. (Docket No. 13012)

Objection Deadline: May 7, 2013

Objections/Responses Filed: Objection to - *LIQUIDATING TRUST'S RESPONSE IN OPPOSITION TO THE MOTION OF G&S LIVINGSTON REALTY, INC. PURSUANT TO SECTION 502(j) AND RULE 3008 TO RECONSIDER AND VACATE THE PRIOR ORDER OF THE COURT DISALLOWING CLAIM NUMBER 6064, AND FOR AN ORDER ADJUDGING CLAIM NUMBER 6064 ALLOWED* (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula)

Status: The matter will go forward.

4. Motion to Strike *(LIQUIDATING TRUST'S MOTION FOR ORDER STRIKING DOCKET # 12918)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12963)

Related Documents:

- a. Notice of Motion and Notice of Hearing (Re: related document(s)12963 Motion to Strike filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner

      of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 5/30/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12964)

  b.  Hearing continued; (Re: related document(s)12964 Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 12999)

| | |
|---|---|
| Objection Deadline: | May 27, 2013 |
| Objections/ Responses Filed: | Objection to *trust's motion for order striking docket # 12918* (Re: related document(s)12963 Motion to Strike filed by Circuit City Stores, Inc. Liquidating Trust) filed by Johannes F. de Wolf. (Docket No. 12993) |
| Status: | The Trust will withdraw its Motion, indicating that this claim will proceed under the mediation procedures previously approved by this Court. |

| | |
|---|---|
| Dated: Richmond, Virginia<br>June 24, 2013 | TAVENNER & BERAN, PLC<br><br>____/s/ Paula S. Beran_____<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>*Co-Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |