June 21, 2013

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o A. Siegel & Associates, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367

Re:   Change of Address Notification

Dear Sir:

Please be advised that 1890 Ranch Ltd, a creditor in the Circuit City Stores, Inc. bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

**Old Address**
1890 Ranch Ltd
c/o Michael Deitch
Law Offices of Michael Deitch
800 Rio Grande
Austin, TX 78701-0000

**New Address [Creditor]**
1890 Ranch Ltd
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

**New Address [Notice Party(ies)]**
1890 Ranch Ltd
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

1890 Ranch, Ltd., a Texas limited partnership
By: ELP Retail Management, L.L.C., a Texas limited liability company

By: _____
Name: Jeff Newbork
Title: EVP