UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                              )
                                                    )
CIRCUIT CITY STORES, INC., et al.,                  )         Case No. 08-35653-KRH
                                                    )         Chapter 11
                    Debtors.                        )         (Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:    The Clerk of Court and all entities comprising the Primary Service List.

1. The undersigned filed a request for notice or notice of appearance under Bankruptcy Rule 9010(b) on November 21, 2008.

2. You are hereby notified that such request for notice or notice of appearance is withdrawn.

Dated: June 27, 2013                       DENTICI FAMILY LIMITED PARTNERSHIP

                                           By:    /s/ David K. Spiro
                                                  Counsel

David K. Spiro (VSB No. 28152)
Hirschler Fleischer, P.C.
2100 East Cary Street
P.O. Box 500
Richmond, Virginia 23223-7078
Telephone: (804) 771-9502
Telecopier: (804) 644-0957
E-mail: dspiro@hf-law.com
         Counsel for Dentici Family Limited Partnership

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 27, 2013, a true and correct copy of the foregoing Notice was filed and served electronically using the Bankruptcy Court's ECF System.

                                                    /s/ David K. Spiro
                                                   Counsel