Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

         - and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**THIRTEENTH ORDER REGARDING LIQUIDATING TRUST'S TWENTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN
MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND
<u>DISALLOWANCE OF CERTAIN AMENDED CLAIMS</u>)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a further status conference on August 27, 2013 at 10:00 a.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

arising from or relating to this Order.

Dated: Richmond, Virginia
          _____, 2013

          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
          - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
          - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

          */s/ Lynn L. Tavenner*_____
          Lynn L. Tavenner

3

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
Liquidating Trust's Twenty-First Omnibus Objection to Landlord Claims
**EXHIBIT A**
**OBJECTIONS ADJOURNED TO AUGUST 27, 2013**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| 502 12 86th Street LLC<br>Attn Steven H Newman Esq<br>Katsky Korins LLP<br>605 Third Ave 16th Fl<br>New York, NY 10158 | 14879 | Exhibit E (Books and Records Claims to be Expunged) |
| 502 12 86th Street LLC<br>c/o Sheila deLa Cruz & Michael P Falzone<br>Hirschler Fleisher PC<br>The Edgeworth Bldg<br>2100 E Cary St<br>Richmond, VA 23218-0500 | 14292 | Exhibit E (Books and Records Claims to be Expunged) |
| AmCap Arborland LLC<br>Robert W Dremluk Esq<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018 | 12514 | Exhibit C (Books and Records Claims to be Reduced) |
| Bank of America National Association as Successor by Merger to LaSalle Bank National Association<br>fka LaSalle National Bank as Trustee for the Registered Hodlers of GMAC Commercial Mortgage Securities Inc Mortgage Pass Through Certificates Series 1998 C2<br>c/o Berkadia Commercial Mortgage LLC<br>Geraldine Kohut<br>5 Park Plz Ste 400<br>Irvine, CA 92614 | 14859 | Exhibit C (Books and Records Claims to be Reduced) |
| Benenson Columbus OH Trust<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 13614 | Exhibit C (Books and Records Claims to be Reduced) |
| CC 223 Andover Park East Tukwila LLC<br>Attn David J LaSota<br>c/o Chapman and Cutler LLP<br>111 West Monroe St<br>Chicago, IL 60603 | 13974 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12540 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Conyers Crossroads Conyers GA<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12556 | Exhibit C (Books and Records Claims to be Reduced) |
| Centro Properties Group ta Parkway Plaza Vestal NY<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12580 | Exhibit E (Books and Records Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W Messner<br>C O Sierra Pacific Properties Inc<br>1800 Willow Pass Ct<br>Concord, Ca 94520 | 11238 | Exhibit G (Claims to be Expunged) |
| Century Plaza Development Corporation<br>Douglas W Messner<br>c/o Sierra Pacific Properties Inc<br>1800 Willow Pass Ct<br>Concord, CA 94520 | 11669 | Exhibit C (Books and Records Claims to be Reduced) |
| Circuit Sports LP<br>Edward L Rothberg & Melissa A Haselden<br>Weycer Kaplan Pulaski & Zuber PC<br>11 E Greenway Plz Ste 1400<br>Houston, TX 77046 | 13434 | Exhibit C (Books and Records Claims to be Reduced) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| CW Investors 1997 12 by its Receiver CW Capital Asset Management LLC<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12529 | Exhibit C (Books and Records Claims to be Reduced) |
| CWCapital Asset Management LLC as Special Servicer for Bank of America NA Successor by Merger to LaSalle Bank NA as Trustee<br>Attn Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 13953 | Exhibit E (Books and Records Claims to be Expunged) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12768 | Exhibit E (Books and Records Claims to be Expunged) |
| Eagleridge Associates<br>c/o Ian S Landsberg<br>16030 Ventura Marguiles LLP<br>Encino, CA 91436 | 12769 | Exhibit E (Books and Records Claims to be Expunged) |
| FC Richmond Associates<br>Attn rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, NY 11201 | 12816 | Exhibit C (Books and Records Claims to be Reduced) |
| FC Treeco Columbia Park LLC<br>Attn Rachel M Harari Esq<br>Forest City Ratner Companies LLC<br>1 Metrotech Center N<br>Brooklyn, Ny 11201 | 12802 | Exhibit C (Books and Records Claims to be Reduced) |
| Generation H One and Two Limited Partnership<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 13635 | Exhibit E (Books and Records Claims to be Expunged) |
| Hayden Meadows JV<br>c/o Ronald T Adams<br>Black Helterline LLP<br>805 SW Broadway Ste 1900<br>Portland, OR 97205-3359 | 14878 | Exhibit F (Late Filed Claims) |
| Inland Southeast Darien LLC<br>c/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 10024 | Exhibit E (Books and Records Claims to be Expunged) |
| Inland Southeast Darien LLC<br>c/o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Road, 3rd Floor<br>Oak Brook, IL 60523 | 9722 | Exhibit E (Books and Records Claims to be Expunged) |
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg 1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14931 | Exhibit E (Books and Records Claims to be Expunged) |
| Inland US Management LLC<br>Karen C Bifferato & Kelly M Conlan<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg<br>1007 N Orange St<br>PO Box 2207<br>Wilmington, DE 19807 | 14079 | Exhibit G (Claims to be Expunged) |
| International Speedway Square Ltd<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14142 | Exhibit C (Books and Records Claims to be Reduced) |
| Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202 | 12420 | Exhibit E (Books and Records Claims to be Expunged) |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Kite Coral Springs LLC<br>Attention Mark A Bogdanowicz<br>c/o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12873 | Exhibit C (Books and Records Claims to be Reduced) |
| Kite Coral Springs LLC<br>Attn Kenneth B Chigges<br>Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 14170 | Exhibit C (Books and Records Claims to be Reduced) |
| Marple XYZ Associates<br>Jeffrey Kurtzman Esq and Kathleen E Torbit Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLP<br>260 S Broad St<br>Philadelphia, PA 19102 | 14047 | Exhibit C (Books and Records Claims to be Reduced) |
| Montclair Plaza LLC<br>c/o Stephen Warsh<br>General Growth Properties Inc<br>110 N Wacker Dr BSC 1 26<br>Chicago, IL 60606-1511 | 4373 | Exhibit E (Books and Records Claims to be Expunged) |
| ORIX Capital Markets LLC<br>Lawrence A Katz and Kristen E Burgers<br>8010 Towers Crescent Dr Ste 300<br>Vienna, VA 22182-2707 | 14058 | Exhibit E (Books and Records Claims to be Expunged) |
| Saugus Plaza Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13504 | Exhibit E (Books and Records Claims to be Expunged) |
| Tysons Corner Holdings LLC Macerich 203270 1467<br>Attn Dustin P Branch<br>Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br>Los Angeles, CA 90067 | 14128 | Exhibit E (Books and Records Claims to be Expunged) |
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9530 | Exhibit C (Books and Records Claims to be Reduced) |
| Tysons Corner Holdings LLC Macerich Tysons Corner Road Shop<br>Thomas J Leanse Esq<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br>Los Angeles, CA 90067 | 9537 | Exhibit C (Books and Records Claims to be Reduced) |
| Vno Tru Dale Mabry Llc<br>Attn Mei Cheng<br>c/o Vornado Realty Trust<br>210 Route 4 E<br>Paramus, NJ 07652 | 8784 | Exhibit C (Books and Records Claims to be Reduced) |
| VNO TRU Dale Mabry LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, NJ 07652 | 13972 | Exhibit C (Books and Records Claims to be Reduced) |
| Wayne VF LLC<br>Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 13920 | Exhibit C (Books and Records Claims to be Reduced) |
| Weingarten Nostat Inc<br>Attn James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13983 | Exhibit E (Books and Records Claims to be Expunged) |
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c/o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9444 | Exhibit E (Books and Records Claims to be Expunged) |
| WRI Lakeside Marketplace LLC<br>James S Carr and Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14410 | Exhibit E (Books and Records Claims to be Expunged) |

12304-003\DOCS_LA:236623v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| WRI Seminole Marketplace, LLC<br>Attn James S Carr & Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13986 | Exhibit E (Books and Records Claims to be Expunged) |

12304-003\DOCS_LA:236623v1