Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :    Case No. 08-35653 (KRH)
                                                :
        Debtors.                                :
                                                :    Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOURTH ORDER REGARDING LIQUIDATING TRUST'S SIXTY-FOURTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Sixty-Fourth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference on August 27, 2013 at 10:00 a.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

Dated: Richmond, Virginia
_____, 2013

        HONORABLE KEVIN R. HUENNEKENS
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  */s/ Lynn L. Tavenner*
                                  Lynn L. Tavenner

**In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)**

**LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION – EXHIBIT A**
**OBJECTIONS ADJOURNED TO AUGUST 27, 2013**

| Claim Number | Name and Address |
|---|---|
| 14515 | 1003 College Station LLC<br><br>Attn Michael Mason President<br>c o Fairfield Finanical Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 |
| 12708 | 4110 Midland LLC<br><br>Attn Michael Mason Pres<br>Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 |
| 12710 | 4905 Waco LLC<br><br>Attn Michael Mason President<br>c o Fairfield Financial Group Inc Managing Member<br>8 Greenway Plz Ste 1100<br><br>Houston, TX 77046 |
| 12682 | Abercorn Common LLLP<br><br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br><br>MIAMI BEACH, FL 33139 |
| 12241 | Abilene Ridgemont LLC<br><br>c o Douglas C Noble<br>McCraney Montagnet & Quin<br>602 Steed Rd Ste 200<br><br>Ridgeland, MS 39157 |
| 9488 | Bank of America NA as successor by merger to LaSalle Bank National Association as Trustee for the Registered Holders of GMAC<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |

| Claim Number | Name and Address |
|---|---|
| 9721 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9724 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9734 | Bank of America National Association as successor by merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9704 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9707 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9740 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9050 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |

2

| Claim Number | Name and Address |
|---|---|
| 10030 | Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank As Tr<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9916 | Bank of America National Association Successor by Merger to LaSalle National Bank a Nationally Chartered Bank as Trustee for<br>c o Capmark Finance Inc<br>Payton Inge<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9899 | Bank of American National Association as Successor by Merger to LaSalle Bank National Association as Trustee for the Register<br>c o Capmark Finance Inc<br>Peyton Inge<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 3973 | BASILE LIMITED LIABILITY CO<br><br>c o Hirschler Fleischer PC<br>Attn Sheila deLa Cruz PO Box 500<br><br>Richmond, VA 23218-0500 |
| 12653 | Bear Valley Road Partners LLC<br><br>Attn Brad Becker<br>c o Becker Development Investments<br>12730 High Bluff Dr<br><br>San Diego, CA 92130 |
| 9952 | BFLO Waterford Associates LLC<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 |
| 8796 | Bond Circuit IV Delaware Business Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 |

3

| Claim Number | Name and Address |
|---|---|
| 15019 | Bond Circuit IV Delaware Trust<br><br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br><br>Newark, NJ 07102-5310 |
| 7933 | Catellus Operating Limited Partnership a Delaware Limited Partnership<br><br>Catellus Operating Limited Partnership<br>Attn Greg Moore<br>66 Franklin St Ste 200<br><br>Oakland, CA 94607 |
| 12718 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 |
| 12721 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 |
| 12722 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 |
| 12725 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner<br>51 Madison Ave<br><br>New York, NY 10010 |
| 14518 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel c o NYLIFE Real Estate Holdings LLC General Partner 51 Madison Ave<br><br>New York, NY 10010 |

4

5

| Claim Number | Name and Address |
|---|---|
| 14521 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel c o NYLIFE Real Estate Holdings LLC General Partner 51 Madison Ave<br><br>New York, NY 10010 |
| 14522 | CC Acquisitions LP<br><br>Attn Vivian Dubin Associate General Counsel c o NYLIFE Real Estate Holdings LLC General Partner 51 Madison Ave<br><br>New York, NY 10010 |
| 14523 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner 51 Madison Ave<br><br>New York, NY 10010 |
| 14574 | CC Acquisitions LP<br><br>Attn Vivian Dubin<br>c o NYLIFE Real Estate Holdings LLC General Partner 51 Madison Ave<br><br>New York, NY 10010 |
| 14577 | CC Acquisitions LP<br><br>Attn Deborah J Piazza Esq<br>c o Hodgson Russ LLP 60 E 42nd St 37th Fl<br><br>New York, NY 10165 |
| 11572 | CC Investors 1996 14<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br>Pittsburgh, PA 15206 |
| 11238 | CENTURY PLAZA DEVELOPMENT CORPORATION<br><br>John C Willsie Corporate Counsel The Seeno Companies<br>4021 Port Chicago Hwy<br><br>Concord, CA 94520-0000 |

| Claim Number | Name and Address |
|---|---|
| 9037 | Circuit Investors No 2 Ltd A Texas Partnership<br><br>c o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>545 Long Wharf Dr 9th Fl<br><br>New Haven, CT 06511 |
| 15243 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 |
| 15245 | CLF Trust<br><br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br><br>Overland Park, KS 66210 |
| 12728 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>CWCapital Asset Management<br>LLC c o Michael J McGregor<br>Capmark Finance Inc 7501<br>Wisconsin Ave Ste 500W<br>Bethesda, MD 20814-6581 |
| 12832 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>Demetrios Morakis<br>Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br><br>Bethesda, MD 20814 |
| 12846 | CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br><br>Demetrios Morakis<br>Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br><br>Bethesda, MD 20814 |

6

| Claim Number | Name and Address |
|---|---|
| 11573 | Daniel G Kamin Flint LLC<br><br>Kamin Realty Company<br>490 S Highland Ave<br><br><br>Pittsburgh, PA 15206 |
| 12647 | Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12687 | EEL MCKEE LLC<br><br>ATTN GARY M KAPLAN<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST 17TH FL<br><br>SAN FRANCISCO, CA 94104 |
| 8943 | Inland Western Avondale McDowell LLC<br><br>Karen C Bifferato Esq<br>Connolly Bove Lodge & Hutz LLP<br>1007 N Orange St<br>PO Box 2207<br>Wilmington , DE 19899-0000 |
| 12642 | Inland Western Columbia Clifty LLC<br><br>c o Bert Bittourna Esq Inland<br>US Management LLC Inland<br>Real Estate Group 2901<br>Butterfield Rd 3rd Fl Oak<br>Brook, IL 60523 |
| 12420 | Key Bank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer<br><br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 |
| 12399 | KeyBank NA as Master Servicer and ORIX Capital Markets LLC as Special Servicer on behalf of Bank of America NA successor by<br>Gregory A Cross Esq<br>Venable LLP<br>750 E Pratt St Ste 900<br><br>Baltimore, MD 21202 |

7

| Claim Number | Name and Address |
|---|---|
| 12917 | Laguna Gateway Phase 2 LP<br><br>Attn John L Pappas c o<br>Pappas Investments<br>2020 L St 5th Fl<br><br>Sacramento, CA 95814 |
| 9517 | Macerich Store No 6286<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Pk E 26th Fl<br><br>Los Angeles, CA 90067 |
| 12693 | Macerich Vintage Faire Limited Partnership<br><br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP<br>2029 Century Park E 26th Fl<br><br>Los Angeles, CA 90067 |
| 8561 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 |
| 8611 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 |
| 8613 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 |
| 8622 | Manufacturers & Traders Trust Company as Trustee<br><br>c o Nancy George VP<br>Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 |

8

| Claim Number | Name and Address |
|---|---|
| 12053 | Manufacturers and Traders Trust Co as Trustee<br><br>c o Nancy George Vice President Corporate Trust Dept<br>1 M&T Plaza 7th Fl<br><br>Buffalo, NY 14203 |
| 12258 | Midland Loan Services Inc<br><br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br><br>Dallas, TX 75201 |
| 8079 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 |
| 8618 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 |
| 11749 | Park National Bank<br><br>Attn Richard C Maxwell c o<br>Woods Rogers PLC 10 S<br>Jefferson St Ste 1400 PO<br>Box 14125<br>Roanoke, VA 24011 |
| 11750 | Park National Bank<br><br>Attn Richard C Maxwell c o<br>Woods Rogers PLC 10 S<br>Jefferson St Ste 1400 PO<br>Box 14125<br>Roanoke, VA 24011 |
| 11752 | Park National Bank<br><br>Attn Richard C Maxwell c o<br>Woods Rogers PLC 10 S<br>Jefferson St Ste 1400 PO<br>Box 14125<br>Roanoke, VA 24011 |

9

| Claim Number | Name and Address |
|---|---|
| 11753 | Park National Bank<br><br>Attn Richard C Maxwell c o<br>Woods Rogers PLC 10 S<br>Jefferson St Ste 1400 PO<br>Box 14125<br>Roanoke, VA 24011 |
| 12615 | Park National Bank<br><br>50 N 3rd St<br>PO Box 3500<br><br>Newark, OH 43058-3500 |
| 9009 | Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business Services No 2<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 |
| 9951 | Ronald Benderson Randall Benderson and David H Baldauf<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>101 Park Ave<br>New York, NY 10178 |
| 12510 | Saugus Plaza Associates<br><br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| 7550 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 8614 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |

10

| Claim Number | Name and Address |
|---|---|
| 12115 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 12121 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 12588 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 12589 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 12735 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 14519 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |
| 14520 | United States Debt Recovery V LP<br><br>940 Southwood Bl Ste 101<br><br>Incline Village, NV 89451 |

11

| Claim Number | Name and Address |
|---|---|
| 15112 | United States Debt Recovery V LP Assignee of CC Properties LLC<br><br>United States Debt Recovery V LP<br>940 Southwood Blvd Ste 101<br><br>Incline Village, NV 89451 |
| 14793 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 |
| 14794 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 |
| 14796 | US Bank National Association as Purchaser of Assets of Park National Bank<br><br>Attn Richard C Maxwell Esq<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br><br>Roanoke, VA 24011 |
| 13480 | WCC Properties LLC<br><br>ADI Properties<br>2750 Womble Rd Ste 101<br><br>San Diego, CA 92106-6114 |
| 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br><br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |

DOCS_LA:268484.1 12304/003

| Claim Number | Name and Address |
|---|---|
| 12635 | Weingarten Nostat Inc<br><br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br><br>Houston, TX 77008 |
| 8282 | Wells Fargo Bank as Trustee for the Registered Holders of JP Morgan Chase Commercial Mortgage Securities Corp Commercial Mort<br>Jubilee Springdale LLC<br>c o Schottenstein Property Group<br>4300 E 5th Ave<br><br>Columbus, OH 43219-1816 |
| 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas , TX 75201 |
| 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br><br>Dallas, TX 75201 |
| 12004 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |

13

| Claim Number | Name and Address |
|---|---|
| 12011 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 |
| 12012 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12013 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12014 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12023 | Wells Fargo Bank Northwest NA<br><br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 13079 | Wells Fargo Bank Northwest NA<br><br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 |