UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC. et al.

Debtors.

)
)  Case No.: 08-35653 (KRH)
)
)  Jointly Administered
)
)  Chapter 11
)
)
)
)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Torrance Towne Center Associates LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XII, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 12733, filed 4/30/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
Torrance Towne Center Associates LLC
c o Ian S. Landsberg
Landsberg & Associates
5950 Canoga Ave Suite 605
Woodland Hills, CA 91367

NEW ADDRESS
Torrance Towne Center Associates LLC
c/o United States Debt Recovery, XII, LP
5575 Kietzke Lane, Suite A
Reno, NV 89511

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Torrance Towne Center Associates LLC
Print Name: NORMAN R. LABBZE  Title: MANAGING MEMBER
Signature: _____  Date: 6/25/13