**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   08−35653−KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
 Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: 54−0493875

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on July 9, 2013 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 6/25/2013, Remote electronic access to the transcript is restricted until 10/7/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Telephone number 609−586−2311.] [Transcript Purchased by Paula Beran, Esq. / Tavenner & Beran.] (RE: related document(s) [13037] Hearing held; RESOLVED (Re: related document(s)12929 Motion to Reconsider filed by G&S Livingston Realty, Inc.) Lynn Tavenner for Trustee, [13038] Hearing held; Trust to Withdraw Motion (Re: related document(s)12963 Motion to Strike filed by Circuit City Stores, Inc. Liquidating Trust) Lynn Tavenner for Trustee.). Notice of Intent to Request Redaction Deadline Due By 07/15/2013. Redaction Request Due By 07/29/2013. Redacted Transcript Submission Due By 08/8/2013. Transcript access will be restricted through 10/7/2013. (Bowen, James)


     The parties have [until July 16, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [July 30, 2013] [21 days from the date of filing of the transcript].

     If a request for redaction is filed, the redacted transcript is due [August 9, 2013] [31 days from the date of filing of the transcript].

     If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [October 7, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

     To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                                             **William C. Redden**
                                             **Clerk, United States Bankruptcy Court**
Date:   July 9, 2013

[ntctranredact.jsp 3/2009]