| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted pro hac vice) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 24, 2013 AT 2:00 P.M. (EASTERN)**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on July 24, 2013 beginning at 2:00 p.m. Eastern.

1. (*Siegel v. A&L Products Limited, Case No. 10-03731-KRH*)
   Motion to Compel *(MOTION FOR ORDER PURSUANT TO RULE 7037 AGAINST A&L PRODUCTS LIMITED FOR FAILURE TO RESPOND TO DISCOVERY AND FOR SANCTIONS)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Attachments: # (1) Exhibit(s) Exhibit A - Trust's Complaint # (2) Exhibit(s) Exhibit B - A&L's Answer to Complaint # (3) Exhibit(s) Exhibit C - Mediator's Report # (4) Exhibit(s) Exhibit D - Pretrial Order # (5) Exhibit(s) Exhibit E - Trust's Discovery Requests # (6) Exhibit(s) Exhibit F - A&L's Counsel's Email Requesting Extension # (7) Exhibit(s) Exhibit G - Letter/Response to Trust's Requests to Admit # (8) Exhibit(s) Exhibit H - Trust's Letter Requesting Responses) (Docket No. 16)

   Related Documents:

   a. Notice of Motion and Notice of Hearing *(NOTICE OF (A) MOTION FOR ORDER PURSUANT TO RULE 7037 AGAINST A&L PRODUCTS LIMITED FOR FAILURE TO RESPOND TO DISCOVERY AND FOR SANCTIONS AND (B) HEARING THEREON)* (Re: related document(s)[16] Motion to Compel filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 7/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 17)

   Objection Deadline:    July 23, 2013

   Objections/ Responses Filed:    None at the time of filing the Agenda.

   Status:    The Trust will request that the Court grant the request relief.

2. Objection to Claim *NO. 1723 FILED BY PNY TECHNOLOGIES, INC.* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11864)

   Related Documents:

   a. Notice of Objection to Claim *NO. 1723 FILED BY PNY TECHNOLOGIES, INC.* (Re:

    related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by 6/26/2012.Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11865)

b. Order Authorizing Withdrawal of the Liquidating Trust's Motion To File Under Seal Certain Agreements With PNY Technologies, Inc. (Related Doc # [11866]) (Docket No. 12128)

c. Continued for Status Hearing (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 2:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 12273)

d. CONTINUED FOR STATUS HEARING (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12529)

e. CONTINUED FOR STATUS HEARING; (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12668)

f. CONTINUED FOR STATUS HEARING; (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12803)

g. Hearing continued for STATUS hearing; (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13019)

Objection
Deadline:                June 26, 2012

Objections/
Responses
Filed:

a. Response to – *Claimant PNY Technologies, Inc.'s Response to Liquidating Trustee's Objection to Claim No. 1723* (Re: related document(s)[11864] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Neil E. McCullagh of Spotts Fain PC on behalf of PNY Technologies, Inc. (Attachments: # (1) Exhibit(s) -

   Declaration of Gadi Cohen) (Docket No. 12090)

 Status:  A status hearing is going forward with respect to this matter. During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to August 27, 2013 at 10:00 a.m. **Claimant does not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

3. Motion for Approval of Agreement *(Settlement Between The Circuit City Stores, Inc. Liquidating Trust And Sharp Entities)* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 13023)

 Related Documents:

 a. Notice of Motion and Notice of Hearing (Re: related document(s)[13023] Motion for Approval of Agreement filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 7/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 13024)

 Objection Deadline: July 17, 2013

 Objections/Responses Filed: None

 Status: The Trust will request that the Court grant the request relief.

| | |
|---|---|
| Dated: Richmond, Virginia<br>July 22, 2013 | TAVENNER & BERAN, PLC<br><br>    */s/ Paula S. Beran*    <br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300<br><br>- and -<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Jeffrey N. Pomerantz, Esq.<br>Andrew W. Caine, Esq.<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067-4100<br>(310) 277-6910<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>John A. Morris, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>(212) 561-7700<br><br>*Co-Counsel for the Circuit City Stores, Inc.*<br>*Liquidating Trust* |