IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(at Richmond)

|  |  |  |
|---|---|---|
| IN RE: | * |  |
|  | * | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., |  |  |
|  | * |  |
| Debtor. |  | (Chapter 11) |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

Richard I. Hutson, Esquire, who entered his appearance as counsel for Export Development Canada (EDC), Journal Sentinel, Inc., and US Signs, Inc. hereby withdraws his appearance in this case.

Dated:    July 24, 2013          /s/ Richard I. Hutson
Richard I. Hutson
VA Federal Bar #71097
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24rd day of July, 2013, a copy of the foregoing Withdrawal of Appearance, was sent electronically by CM/ECF to all parties requesting to receive electronic filings.

/s/ Richard I. Hutson
Richard I. Hutson