# GEORGE J. COSENZA, PLLC

**ATTORNEY AT LAW**

Admitted In West Virginia
and Ohio

(304) 485-0990
Fax (304) 485-1090

515 Market Street    Post Office Box 4
Parkersburg, West Virginia 26102
e-mail: cosenza@wvdsl.net



July 15, 2013

Fernando Galindo, Clerk of Court
United State Bankruptcy Court for the
 Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 3000
Richmond, VA 23219

> **Re:    _Circuit City Stores, Inc. et al._**
> **_Case No. 08-35653-KRH_**

Dear Mr. Galindo:

Enclosed please find the original Certificates of Service for _"Plaintiff's Response to Defendant's First Rquest for Inspection and Production of Documents"_ and _"Plaintiff's Response to Defendant's First Set of Interrogatoriesf"_ which I request that your mark "Filed" and place in the appropriate Court file. Thank you for your assistance in this regard. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

George J. Cosenza

GJC:ral

Enclosure

c:    Lynn L. Tavenner, Esquire
      Nicholas J. Panarelle, Esquire
      Jeffrey N. Pomerantz, Esquire
      Robert J. Reinstein, Esquire
      Robert Marshall

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:                                                     Case No. 08-35653

**CIRCUIT CITY STORES, INC., et al.,**                     **Chapter 11**

      Debtors.                                   **(Jointly Administered)**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, **ROBERT E MARSHALL,** hereby certifies that he

served the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUESTS**

**FOR INSPECTION AND PRODUCTION OF DOCUMENTS,** by depositing a true copy

thereof in the United States mail, postage prepaid, on this _____ day of July, 2013, addressed

to the following:

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Nicholas J. Panarella, Esquire
Martin A. Krolewski, Esquire
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

5

Robert J. Reinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

George J. Cosenza - WV Bar No. 833
**GEORGE J. COSENZA, PLLC**
**515 Market Street - P.O. Box 4**
**Parkersburg, WV  26102**
**(304) 485-0990**
Counsel for Plaintiff, Robert E. Marshall

6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:                                          Case No. 08-35653

**CIRCUIT CITY STORES, INC., et al.,**          **Chapter 11**

    **Debtors.**                            **(Jointly Administered)**

### CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, **ROBERT E MARSHALL,** hereby certifies that he served the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES** on the Defendant, **THE CIRCUIT CITY STORES, INC. LIGUIDATING TRUST,** by depositing a true copy thereof in the United States mail, postage prepaid, on this _15th_ day of July, 2013, addressed to the following:

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Nicholas J. Panarella, Esquire
Martin A. Krolewski, Esquire
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY    10178

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100

Robert J. Reinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017


George J. Cosenza
by Diken L. Steed

**George J. Cosenza - WV Bar No. 833**
**GEORGE J. COSENZA, PLLC**
**515 Market Street - P.O. Box 4**
**Parkersburg, WV     26102**
**(304) 485-0990**
**Counsel for Plaintiff, Robert E. Marshall**

9