William Daniel Sullivan, Esquire
Virginia Bar No. 17493
3429 North Abingdon St.
Arlington, Virginia 22207
703-532-5457
jennydan248@msn.com

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | **Case No. 08-35653 (KRH)** |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE THAT William Daniel Sullivan, formerly counsel for Pioneer

Electronics, Inc. ("Pioneer"), in this cause, hereby withdraws his appearance on behalf of

Pioneer.  At the time of his appearances herein, the undersigned was a member of Butzel Long

Tighe Patton, PLLC.  That firm has now merged with Butzel Long, a professional corporation,

and the undersigned has retired. Pioneer has no further interest in or concerning these cases,

desires no further representation herein, and consents to this withdrawal through its principal

counsel, Max Newman, Esquire, of Butzel Long (who is counsel herein *pro hac vice* and will

receive a copy of this notice electronically).


RESPECTFULLY SUBMITTED,

 /s/ William Daniel Sullivan_____
William Daniel Sullivan, Esquire (VSB # 17493)
3429 North Abingdon St.
Arlington, VA 22207
703-532-5457
jennydan248@msn.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was mailed, first-class postage prepaid, this 8th day of August 2013 to the Office of the United States Trustee, 600 East Main Street, Suite 301, Richmond, VA 23219, and served on all other parties entitled to notice hereof by electronic copies hereof delivered through the Court's ECF system..

 /s/ William Daniel Sullivan
William Daniel Sullivan