IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NO. 15109**

**PLEASE TAKE NOTICE** that United States Debt Recovery V, L.P., creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| United States Debt Recovery V LP<br>5575 Kietzke Ln Ste A<br>Reno, NV 89511 | c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |
| **Old Notice Party(ies)** | **New Notice Party(ies)** |
| United States Debt Recovery V LP<br>5575 Kietzke Ln Ste A<br>Reno, NV 89511 | c/o Midtown Acquisitions L.P.<br>Attn: Jennifer Donovan<br>65 East 55th Street<br>New York, NY 10022 |

Dated: August 6, 2013

Respectfully submitted,

United States Debt Recovery V, L.P.
By: _[signature]_
Name: NATHAN E. JONES
Title: MANAGING DIRECTOR