VIA: Certified Mail/Return Receipt
# 7011 3500 0000 8827 2444

PO Box 8005
Pittsburgh PA 15216

August 11, 2013

Mr. Redden, Clerk
United States Bankruptcy Court
Eastern District of VA
Richmond Divisions
701 East Broad ST
Richmond VA 23219



RE: **Notice of Change of Address**

Dear Mr. Redden,

    I am a member of the Chapter 11 Case 08-35653 KRH and the last notice I received on the case was dated June 21, 2013.

    This letter is to give notice to your office that I have changed my mailing address which follows:

Miss Gloria E. Scarnati
PO Box 8005
Pittsburgh PA 15216

    Please make note of it. Thank you for your time in this matter.

Sincerely,

Miss Gloria E. Scarnati

GES
copies to:
Kurtzman Carson Consultants
Circuit City Stores Inc
Liquidating Trust

1