Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 27, 2013 AT 10:00 A.M. (EASTERN)

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on August 27, 2013 beginning at 10:00 a.m. Eastern.

## I.      PRE-TRIAL CONFERENCES

1.      (*Siegel v. Acer America Corporation et al, 10-03216-KRH*)
        Notice of Continued Pre-Trial Conference filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Pre-Trial Conference set for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 7)

        Status:          The matter will be set for trial.

## II.     MOTION

2.      Motion for Entry of Order Extending Time to Complete Mediation (*Siegel v. Sony Computer Entertainment America Inc., 10-03581-KRH*)

        Related
        Documents:

        a.      Notion of Motion and Notice of Hearing

        Status:          The Trust will request that the Court grant the requested relief.

## III.    CLAIM OBJECTIONS

3.      Objection to Claim *NO. 1723 FILED BY PNY TECHNOLOGIES, INC.* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11864)

        Related
        Documents:

        a.      Notice of Objection to Claim *NO. 1723 FILED BY PNY TECHNOLOGIES, INC.* (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by 6/26/2012.Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11865)

b.  Motion to Approve *(Motion To File Under Seal Certain Agreements With PNY Technologies, Inc. And (B) Hearing Thereon, If Necessary)* (Related Document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11866)

c.  Notice of Motion and Notice of Hearing (Re: related document(s)11866 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 11867)

d.  Continued for Status Hearing (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 12273)

e.  CONTINUED FOR STATUS HEARING (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12529)

f.  CONTINUED FOR STATUS HEARING: (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12668)

g.  CONTINUED FOR STATUS HEARING; (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12803)

h.  Hearing held for Status Hearing; (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Paula Beran for Trust. (Docket No. 12922)

i.  Hearing continued for STATUS hearing; (Re: related document(s)11864 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 7/24/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13019)

j.  CONTINUED FOR STATUS HEARING; (Re: related
document(s)11864 Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13080)

Objections/
Responses
Filed:

Response to - *Claimant PNY Technologies, Inc.'s Response to Liquidating Trustee's
Objection to Claim No. 1723* (Re: related document(s)11864 Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) filed by Neil E. McCullagh of Spotts Fain PC
on behalf of PNY Technologies, Inc.. (Attachments: # 1Exhibit(s) - Declaration of Gadi
Cohen) (Docket No. 12090)

Status:       This claim objection presents a complex litigation matter.  The parties
request that the Court consider this status hearing akin to a pretrial
conference in an adversary proceeding, and set the matter for trial, with a
pretrial scheduling order to be issued thereafter.  The parties will be
prepared to discuss length of trial and potential trial dates.

4.       Objection to Claim *NO. 14787 FILED BY Chase Bank USA, National Association* filed
by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust. (Docket No. 11868)

Related
Documents:

a.  Notice of Objection to Claim (Re: related document(s)11868 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Objection(s) due by
6/26/2012.Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L.
Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust. (Docket No. 11869)

b.  Motion to Approve *(Motion To File Under Seal Certain Agreement With Chase
Bank USA, National Association And (B) Hearing Thereon, If
Necessary)* (Related Document(s)11868 Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran,
PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11870)

c.  Continued for Status Hearing (Re: related document(s)11868 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/19/2012
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,

Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 12275)

d.   Continued for Status Hearing; (related document(s): 11868 Objection to Claim #14787 filed by Chase Bank USA) Hearing to be held on 12/06/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 12410)

e.   CONTINUED FOR STATUS HEARING: (Re: related document(s)11868 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12669)

f.   CONTINUED FOR STATUS HEARING; (Re: related document(s)11868 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12804)

g.   Continued for STATUS HEARING; (Re: related document(s)11868 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/25/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12947)

h.   Hearing continued; (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13036)

Objection
Deadline:          August 20, 2013

Objections/
Responses
Filed:             Response to *the Objection of the Circuit City Stores, Inc. Liquidating Trust to Claim No. 14787* (Re: related document(s)[11868] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Michael A. Condyles of Kutak Rock LLP on behalf of Chase Bank USA, National Association. (Docket No. 13090)

Status:            This claim objection presents a complex litigation matter. The parties request that the Court consider this status hearing akin to a pretrial conference in an adversary proceeding, and set the matter for trial, with a pretrial scheduling order to be issued thereafter. The parties will be prepared to discuss length of trial and potential trial dates.

5.      Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain
        Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

        Related
        Documents:

        a.      Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of
                Certain Misclassified Claims to General Unsecured, Non-Priority Claims)
                (Docket No. 4449)

        b.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4736)

        c.      Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 4758)

        d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6299)

        e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No.
                6642)

        f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No.
                6661)

        g.      Memorandum Opinion (Docket No. 6693)

        h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

        i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 6868)

        j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims
                (Reclassification of Certain Misclassified Claims to General Unsecured, Non-
                Priority Claims) (Docket No. 7114)

        k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
                Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home &

6

Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

l.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
       Debtors and Arboretum of South Barrington Resolving a Certain Claim (Docket
       No. 8361)

m.    Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores,
       Inc. and Between Imation Enterprises Corp.  (Docket No. 8861)

n.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE
       REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703]
       Objection to Claim filed by   Circuit City Stores, Inc.) Hearing scheduled
       8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Document No. 10973)

o.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO ONE
       REMAINING UNRESOLVED CLAIM (Re: related document(s)[3703]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011
       at 02:00 PM at Judge Huennekens' Courtroom (Document No. 11142)

p.     Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
       REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
       Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
       filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
       Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
       10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
       5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

q.     Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ONE
       REMAINING UNRESOLVED OBJECTION; Appearance(s): Paula Beran (Re:
       related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc.)
       Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
       E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

r.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
       document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
       Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
       filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
       Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
       Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
       at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

s.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
       UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED

BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11775)

t.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

u.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

v.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

w.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim

filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

x.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

y.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

z.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

Objection
Deadline:           July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:                     For the one claim for which the objection is still pending, this
                            matter is adjourned to October 24, 2013 at 2:00 p.m.   See attached
                            Exhibit A.

6.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal
      Claims) (Docket No. 4585)

      Related
      Documents:

      a.     Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of
             Certain Legal Claims) (Docket No. 5294)

      b.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
             Debtors and Satchidananda Mims a/k/a Satchi Mims Resolving the Debtors'
             Thirty-First Omnibus Objection to Claim No. 5469 and the Debtors' Seventieth
             Omnibus Objection to Claim No. 5708 (Docket No. 8358)

      c.     Notice of Proposed Settlement Agreement and Stipulation by and among the
             Debtors and Ada Alicea Resolving the Debtors' Thirty-First Omnibus Objection
             to Claim No. 6283 (Docket No. 8839)

      d.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS THIRTY-FIRST
             OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
             CLAIM OF PNY TECHNOLOGIES, INC. [CLAIM NO. 1723]* (Docket No. 9910)

      e.     Withdrawal Liquidating Trust's Notice of Withdrawal, Without Prejudice, of
             Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain
             Legal Claim) Solely with Respect to the Claim of Leon Hurney [Claim No.
             10047] (Docket No. 9868)

      f.     Notice and Withdrawal *, WITHOUT PREJUDICE, OF DEBTORS THIRTY-
             FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
             LEGAL CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF TANDEN
             KIBBY (CLAIM NO. 6894)* (Docket No. 10084)

      g.     Continued for substantive hearing as to claim by Richard and Deborah Jaynes;
             continued for status hearing as to remaining unresolved objections (Re: related
             document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
             scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
             St., Rm. 5000, Richmond, Virginia.   L. Tavenner for Liquidating Trust (Docket
             No. 10978)

      h.     Amended Notice of Hearing - *Substantive (Thirty-First Omnibus Objection -
             Claim No. 3427) ( Claimant(s) - Richard and Deborah Jaynes)* (Re: related
             document(s) 10901 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
             Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing

scheduled 8/22/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10988)

i.    Docket Entry – SETTLED as to Richard and Deborah Jaynes; continued for status hearing as to remaining unresolved objections (Re: related document(s) [4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 9/7/2011 at 2:00 p.m. Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Va.  P. Beran for Liquidating Trust. (Docket No. 11143)

j.    Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.    Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran (Re: related document(s)[4585] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11556)

l.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

n.    Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING

UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

o.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

p.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

q.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

r.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]

Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

t.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           For those claims for which the objection is still pending, this matter is adjourned to October 24, 2013 at 2:00 p.m.   See attached Exhibit A.

7.    Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

Related
Documents:

a.    Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

b.      Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh
        Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
        Claims) (Docket No. 7343)

c.      Memorandum of Law In Support of Debtors' Motion for Partial Summary
        Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims
        (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.      Notice of Motion and Hearing (Docket No. 7345)

e.      Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of
        Law In Support Of The Debtors' Motion For Partial Summary Judgment On The
        Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal
        Property Tax Claims) (Docket No. 7550)

f.      Notice of Presentment of Agreed Order By And Among The Debtors And Certain
        Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection
        (Docket No. 7695)

g.      Agreed Order by and Among the Debtors and Certain Taxing Authorities with
        Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket
        No. 7800)

h.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh
        Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus
        Objection to Claim No. 11842 (Docket No. 8015)

j.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No.
        8067)

k.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors'
        Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No.
        8167)

l.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.      Notice of Proposed Settlement Agreement and Stipulation by and Among the

Debtors and Harris County, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14429 (Docket No. 8181)

n.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Travis County, Texas Regarding Claim Nos. 10531 and 14423 (Docket No. 8184)

o.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Loudon County Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13686 (Docket No. 8187)

p.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Lewisville Independent School District Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13579 and Resolving Claim No. 1840 (Docket No. 8204)

q.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Boulder County, Colorado Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 10419 (Docket No. 8359)

r.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Ada County, Idaho Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 14430 (Docket No. 8407)

s.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Arlington Independent School District, Texas Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 6535 and Resolving Claim No. 124 (Docket No. 8413)

t.      Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and Desoto County, Mississippi Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13944 and Related Matters (Docket No. 8417)

u.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Brevard County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13320 (Docket No. 8438)

v.      Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Hernando County, Florida Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13385 (Docket No. 8439)

w.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Palm Beach County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 3882 and Relating to Claim No.
14744 (Docket No. 8440)

x.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Osceola County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim Nos. 13064 and 13162 (Docket No.
8441)

y.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Prince George's County, Maryland Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13465 and Resolving Claim Nos.
12431 and 13466 (Docket No. 8445)

z.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Charles County, Maryland Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 13576 and Resolving Claim No. 1835 (Docket
No. 8446)

aa.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Wake County, North Carolina Revenue Department Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13627 and Resolving
Claim No. 1795 (Docket No. 8447)

bb.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Manatee County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13325 (Docket No. 8454)

cc.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Okaloosa County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13315 (Docket No. 8455)

dd.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Pinellas County, Florida Tax Collector Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No. 13309 (Docket No. 8456)

ee.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Orange County, Florida Tax Collector Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13316 (Docket No. 8457)

ff.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
Debtors and Snohomish County Treasurer Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 11646 and Resolving Claim No. 1547 (Docket
No. 8487)

gg.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
        Debtors and Marion County, Florida Tax Collector Resolving the Debtors' Thirty-
        Seventh Omnibus Objection to Claim No. 13318 and Relating to Claim No.
        213 (Docket No. 8735)

hh.     Stipulation - *Withdrawal of Claim(s) by Polk County Tax Collector* By Circuit
        City Stores, Inc. Liquidating Trust and Between Polk County Tax Collector filed
        by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores,
        Inc. Liquidating Trust. (Docket No. 9905)

ii.     Notice of Hearing *on Debtors' Motion for and Memorandum of Law in Support of
        the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh
        Omnibus Objection to Claims (Reduction of Certain Personal Property Tax
        Claims) and Substantive Hearing on Claim Objections (Thirty-Seventh Omnibus
        Objection Claimant City of Brighton, Claim Numbers 11213 & 13834; Claimant
        Alameda County Treasurer-Tax Collector, Claim Numbers 13294; Claimant Los
        Angeles County, California Taxing Authority, Claim Number 13628; Claimant
        Monterey County, California Taxing Authority, Claim Number 14131; Claimant -
        Placer County, California, Claim Number 13291)* (Re: related document(s)[4613]
        Objection to Claim filed by Circuit City Stores, Inc., [4788] Objection filed by
        Placer California, [4932] Response filed by Placer California, [5065] Response
        filed by City of Brighton, [5098] Response filed by Alameda County Treasurer,
        [5113] Response filed by Los Angeles et al., [7343] Motion for Summary
        Judgment filed by Circuit City Stores, Inc., [7344] Memorandum filed by Circuit
        City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
        Alfred H. Siegel. Hearing scheduled 8/22/2011 at 02:00 PM at Judge Huennekens'
        Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 10989)

jj.     Supplemental Notice of Hearing (Re: related document(s) 4613 Objection to
        Claim filed by Circuit City Stores, Inc., 7343 Motion for Summary Judgment
        filed by Circuit City Stores, Inc., 7344 Memorandum filed by Circuit City Stores,
        Inc., 10989 Notice of Hearing filed by Alfred H. Siegel) filed by Lynn L.
        Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
        Liquidating Trust. Hearing scheduled 8/22/2011 at 02:00 PM at Judge
        Huennekens' Courtroom (Docket No. 10990)

kk.     Docket Entry - Continued for hearing on Motion for Partial Summary Judgment
        as to remaining unresolved claims; if granted, substantive hearing to follow (Re:
        related document(s) [4613] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 9/21/2011 at 2:00 p.m. at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Va. P. Beran for Liquidating Trust (Docket
        No. 11144)

ll.     Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re:
        related document(s)[4613] Objection to Claim filed by Circuit City Stores, Inc.)

Hearing scheduled 11/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Liquidating Trust. (Docket No. 11269)

mm.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO WHICH RESPONSES WERE FILED (Re: related document(s)[4613] Thirty-Seventh Omnibus Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. L. Tavenner for Trustee. (Docket No. 11428)

nn.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

oo.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11775)

pp.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

qq.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,

Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

rr.   Supplemental Opposition Brief *of Creditor Alameda County Treasurer-Tax Collector to Debtors' Thirty-Seventh Omnibus Objection to Claims and the Motion for Summary Judgment Thereon (Reduction of Certain Personal Property Tax Claims)* (Re: related document(s)[7344] Memorandum filed by Circuit City Stores, Inc.) filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Alameda County Treasurer. (Attachments: # (1) Exhibit(s)) (Docket No. 12443)

ss.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

tt.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

uu.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

vv.     CONTINUED FOR STATUS HEARING AS TO REMAINING
UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by
Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores,
Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879]
Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim
filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City
Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for
Trustee. (Docket No. 12916)

ww.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

| | |
|---|---|
| Objection<br>Deadline: | May 13, 2010 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | Various as previously articulated including those on <u>Exhibit A</u>. |
| Status: | For those claims for which the objection is still pending, see attached <u>Exhibit A</u>, the Trust will conduct a status hearing. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Trust will also request that the status hearing be continued until October 24, 2013 at 2:00 p.m. |

8.     Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability
(Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability
(Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.     Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of
Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims);
and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

b.     Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability
(Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket
No. 6585)

c.      Notice of Hearing on the Merits on Debtors' Sixtieth Omnibus Objection to Claim
No. 14123 Filed by Phillip Lee Steele and Response Thereto (Docket No. 8205)

d.      Second Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
(Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
No. 8285)

e.      Third Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability
(Miscellaneous Claims); and (III) No Liability (Subcontractor Claims) (Docket
No. 8421)

f.      Notice of Hearing (Re: related document(s) 5879 Objection to Claim filed by
Circuit City Stores, Inc.) filed by Paula S. Beran of Tavenner & Beran, PLC on
behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 9819)

g.      Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]
Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled
10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

h.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL
REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re:
related document(s)[5879] Objection to Claim filed by Circuit City Stores, Inc.)
Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11558)

i.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

j.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee.
        (Docket No.  11775)

k.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
        BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit
        City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc.,
        [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to
        Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit
        City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.)
        Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
        E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
        11958)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
        Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
        scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
        St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

m.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
        Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
        Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
        filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
        Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
        scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically)
        for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

n.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
        (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,

Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

o.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

p.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

q.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

Objection
Deadline:              December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit A.

Status:                 The status hearing for the objection as it relates to the one
                        remaining claim has been adjourned to October 24, 2013 at 2:00
                        p.m.

9.     Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain
       Misclassified Administrative Claims) (Docket No. 7460)

       Related
       Documents:

       a.      Order on Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of
               Certain Misclassified Administrative Claims) (Docket No. 7858)

       b.      Notice of Proposed Settlement Agreement and Stipulation by and Among the
               Debtors, the Equal Employment Opportunity Commission, Jamal Booker and
               Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth
               Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230
               and 4238 (Docket No. 8138)

       c.      CONTINUED FOR STATUS CONFERENCE AS TO ALL REMAINING
               UNRESOLVED OBJECTIONS (Re: related document(s)[3703] Objection to
               Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit
               City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc.,
               [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to
               Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00
               PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
               Virginia. P. Beran for Trust (Docket No. 11213)

       d.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL
               REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re:
               related document(s)[7460] Objection to Claim filed by Circuit City Stores, Inc.)
               Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701
               E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11559)

       e.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
               UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related
               document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585]
               Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim
               filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City
               Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874]
               Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012
               at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
               Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

       f.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING
               UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED
               BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit

City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11775)

g.   Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

h.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

i.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically) for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

j.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City

Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12658)

k.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

l.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

m.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

Objection
Deadline:              June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:                    For the one claim for which the objection is still pending, this
                           matter is adjourned to October 24, 2013 at 2:00 p.m.   See attached
                           Exhibit A.

10.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal
       Claims) (Docket No. 7874)

       Related
       Documents:

       a.     Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of
              Certain Legal Claims) (Docket No. 8199)

       b.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and James Fouskey Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4017 (Docket No. 8733)

       c.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6242 (Docket No. 8739)

       d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 6008 (Docket No. 8740)

       e.     Notice of Proposed Settlement Agreement and Stipulation by and Among the
              Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 4767 (Docket No. 8744)

       f.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 3145 (Docket No. 8777)

       g.     Notice of Proposed Settlement Agreement and Stipulation by and among the
              Debtors and Leedell Murphy Resolving the Debtors' Seventy-Ninth Omnibus
              Objection to Claim No. 5832 (Docket No. 8841).

       h.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
              NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF DENISE K. FISHER [CLAIM NO. 3544]* (Docket No. 9903)

       i.     Notice and Withdrawal *WITHOUT PREJUDICE, OF DEBTORS SEVENTY-
              NINTH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO THE
              CLAIM OF MARY LOPRESTI [CLAIM NO. 5401]* (Docket No. 9904)

       j.     Docket Entry – CONTINUED FOR STATUS CONFERENCE AS TO ALL
              REMAINING UNRESOLVED OBJECTIONS (Re: related document(s)[3703]

Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust (Docket No. 11213)

k.      Docket Entry - Hearing continued FOR STATUS CONFERENCE AS TO ALL REMAINING UNRESOLVED OBJECTIONS; Appearance(s): Paula Beran. (Re: related document(s)[7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11560)

l.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OBJECTIONS TO CLAIMS FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11636)

m.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11775)

n.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11958)

o.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED

OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
(Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12270)

p.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
       Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
       scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine (telephonically)
       for Trust; K. Funk for Roy and Joanne Isner. (Docket No. 12519)

q.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
       Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
       scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No.
       12658)

r.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim
       filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City
       Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing
       scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
       Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12793)

s.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       OMNIBUS OBJECTIONS TO CLAIMS THAT WERE FILED BY DEBTOR;
       (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores,
       Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613]
       Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim

filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7874] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula Beran for Trustee. (Docket No. 12916)

t.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED OMNIBUS OBJECTIONS TO CLAIMS FILED BY DEBTOR; (Re: related document(s)[3703] Objection to Claim filed by Circuit City Stores, Inc., [4585] Objection to Claim filed by Circuit City Stores, Inc., [4613] Objection to Claim filed by Circuit City Stores, Inc., [5879] Objection to Claim filed by Circuit City Stores, Inc., [7460] Objection to Claim filed by Circuit City Stores, Inc., [7875] Objection to Claim filed by Circuit City Stores, Inc.) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13013)

Objection
Deadline:           July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             For those claims for which the Objection is still pending, this matter is adjourned to October 24, 2013 at 2:00 p.m.   See attached Exhibit A.

11.   Notice and Objection to Claim of California Board Of Equalization - *Liquidating Trust's Objection to Claim Nos. 12002, 13186 and 13187 Filed By The California Board Of Equalization* (Docket No. 10069)

Related
Documents:

a.      Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/27/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 10971)

b.      Evidentiary Hearing continued (Re: related document(s)[10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 9/21/2011 at 02:00 PM at Judge Huennekens' Courtroom (Docket No. 11074)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

e.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

f.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

g.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12271)

h.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trust. (Docket No. 12520)

i.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12659)

j.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.

Beran for Trustee. (Docket No. 12794)

k.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
     related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul
     Beran for Trustee. (Docket No. 12917)

l.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
     related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
     Tavenner for Trustee. (Docket No. 13014)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 Opposition of the State of California, State Board of Equalization
                       to Liquidating Trust's Objection to Claim Nos. 12002, 13186, and
                       13187 filed by the California Board of Equalization (Docket No.
                       10220)

Status:                The Trust will request that the Court continue the matter for status
                       hearing on October 24, 2013 at 2:00 p.m.

12.  Notice and Objection to Claim of The Tennessee Department of Revenue - *Liquidating
     Trust's Objection to Claim Nos. 12970 and 14308 Filed By The Tennessee Department
     of Revenue* (Docket No. 10057)

     Related
     Documents:

     a.   Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
          Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
          Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
          Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
          Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064

33

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
(Docket No. 11146)

b.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Trust.  (Docket No. 11376)

c.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trust (Docket No. 11638)

d.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
P. Beran for Liquidating Trustee. (Docket No. 11776)

e.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at
        Judge Huennekens Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Trustee. (Docket No. 11959)

f.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        (Docket No. 12271)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trust. (Docket No. 12520)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               Response to Liquidating Trust's Objection to Claim Nos. 12970 and 14308 of the Tennessee Department of Revenue

Status:              A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing. During the status hearing the Trust will advise the Court that the status hearing will

be adjourned to October 24, 2013 at 2:00 p.m.

13.     Notice and Objection to Claim of The Wisconsin Department of Revenue - *Liquidating
        Trust's Objection to Claim No. 12598 Filed By The Wisconsin Department of Revenue*
        (Docket No. 10058)

        Related
        Documents:

        a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
                scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
                Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
                (Docket No. 11146)

        b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
                Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
                Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
                P. Beran for Trust.  (Docket No. 11376)

        c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
                Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
                City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
                Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

P. Beran for Liquidating Trust (Docket No. 11638)

d.   Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
     Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at
     Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
     P. Beran for Liquidating Trustee. (Docket No. 11776)

e.   Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
     Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at
     Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
     P. Beran for Trustee. (Docket No. 11959)

f.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
     related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
     Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
     (Docket No. 12271)

g.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
     related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.   Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn

Tavenner for Trustee. (Docket No. 13014)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objection/ Responses: Filed: | Letter Response to the Liquidating Trustee's Claim No. 12958 filed by Wisconsin Department of Revenue (Docket 10169) |
| | Letter (March 8, 2011) Response to Liquidating Trustee's Objection to Claim No. 12958 filed by Wisconsin Dept. of Revenue (Docket 10224) |
| Status: | A status conference will go forward with respect to this Objection. Claimant does not need to appear at this hearing.  During the status hearing the Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

14.     Notice and Objection to Claim of Commonwealth of Massachusetts *Liquidating Trust's Objection to Claim No.14832 Filed By The Commonwealth of Massachusetts* (Docket No. 10066)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust.  (Docket No. 11376)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

e.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13014)

Objection
Deadline:                     Extended to May 9, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                        Response by Commissioner of Massachusetts Department of Revenue to Liquidating Trust's Objection to Claim No. 14832 Filed by the commonwealth of Massachusetts *with certificate of service* (Re: related document(s)[10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Stephen G. Murphy of Massachusetts Department of Revenue on behalf of Massachusetts Department of Revenue. (Attachments: # (1) Exhibit(s) 1 thru 3# (2) Exhibit(s) 4 thru 6# (3) Exhibit(s) 7 thru 9# (4) Exhibit(s) 10 thru 12# (5) Exhibit(s) 13 thru 15) (Docket No. 10694)

Status:                       The status hearing will be adjourned to October 24, 2013 at 2:00 p.m.   Claimant does not need to appear at this hearing.

15.     Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation - *Liquidating Trust's Objection to Claim Nos. 12898 And 14636 Filed By The Commonwealth Of Virginia Department Of Taxation* (Docket No. 10070)

Related
Documents:

a.      Docket Entry – Continued for Status Hearing (Re: related document(s) 10055
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10056
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10057
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10058
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10064
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10066
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10068
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10070
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
        scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E.
        Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust.
        (Docket No. 11146)

b.      Docket Entry – Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10056] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Trust.  (Docket No. 11376)

c.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10055] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at
        Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        P. Beran for Liquidating Trust (Docket No. 11638)

d.      Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim
        Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11776)

e.    Docket Entry - Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 11959)

f.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12271)

g.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12520)

h.    Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re: related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12659)

i.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10064] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10068] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trustee. (Docket No. 12794)

j.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paul
        Beran for Trustee. (Docket No. 12917)

k.      Continued for Status Hearing (Liquidating Trust Tax Claim Objections) (Re:
        related document(s)[10057] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10058] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10066] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10069] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10070] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
        Tavenner for Trustee. (Docket No. 13014)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses

Filed:                    Reply, Response to, Objection (Re: related document(s)[10070]
                          Objection to Claim filed by Circuit City Stores, Inc. Liquidating
                          Trust) filed by Mark K. Ames of Taxing Authority Consulting
                          Services PC on behalf of Commonwealth of Virginia, Department
                          of Taxation. (Docket No. 10134)

Status:                   A status conference will go forward with respect to this Objection.
                          Claimant does not need to appear at this hearing.  During the status
                          hearing the Trust will advise the Court that the status hearing will
                          be adjourned to October 24, 2013 at 2:00 p.m.

16.     Notice and Objection to Claim *Liquidating Trust's First Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
        Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain
        of Late Filed Claims, Disallowance of Certain Amended Claims and Disallowance of
        Certain Invalid Claims)* (Docket No. 10024)

        Related
        Documents:

        a.      Notice of Withdrawal of Reference *Notice of Withdrawal of Docket No. 1138 and
                Claim No. 13098* (Re: related document(s) 1138 Motion to Compel filed by
                Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property
                Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia
                Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C.,
                Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida
                Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial,
                LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a
                Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer
                McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty
                Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited
                Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia
                Equities Limited Partnership, La Habra Imperial, LLC, New River Properties,
                LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV,
                Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC,
                Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress
                Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer) (Docket No.
                10162)

        b.      Amended Notice of Withdrawal of Docket No. 1138 and Claim No. 13098
                (Docket No. 10164)

        c.      Order Sustaining Liquidating Trust's First Omnibus Objection To Landlord
                Claims (reduction of certain partially invalid claims, reclassification of certain
                misclassified claims, disallowance of certain invalid claims, disallowance of
                certain late-filed claims and disallowance of certain amended claims) (Re: related
                document(s)[10024] Sustaining Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust) (Docket No. 10770)

d.      Second Order Regarding Liquidating Trust's First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, & disallowance of certain amended claims) (Re:
        related document(s)[10770] No action taken on Order Re: Objection) (Docket No.
        10958)

e.      Amended Order (To Reflect Appropriate Exhibits) Second Order Regarding
        Liquidating Trust's First Omnibus Objection To Landlord Claims (reduction of
        certain partially invalid claims, reclassification of certain misclassified claims,
        disallowance of certain invalid claims, disallowance of certain late-filed claims, &
        disallowance of certain amended claims (Re: related document(s) 10958
        Supplemental Order)(Docket No. 10980)

f.      Second Order Regarding Liquidating Trust's Firts Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s) 10771 No action taken on Order Re: Objection) (Docket No.
        10981)

g.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

h.      Third Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s) 10958 Supplemental Order, 10980 Amended Order) (Docket No.
        11288)

i.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

j.      Fourth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, and disallowance of certain amended claims) (Re: related
        document(s)[11288] Amended Order) (Docket No. 11483)

k.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

l.      Fifth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims and disallowance of certain amended claims) (Re: related
        document(s)[11483] Amended Order)(Docket No. 11681)

m.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

n.     Sixth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, reclassification of certain
       misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims and disallowance of certain amended claims) (Re: related
       document(s)[11681] Supplemental Order) (Docket No. 11813)

o.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
       Bean for Trustee. (Docket No. 11960)

p.     Seventh Order Regarding Liquidating Trust's First Omnibus Objection to

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) [11813] Supplemental Order) (Docket No. 11995)

q.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

r.    Eighth Order Regarding Liquidating Trust's First Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain late filed claims, and disallowance of certain amended claims)(Re: related
document(s)[11995] Amended Order). (Docket No. 12288)

s.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

t.    NINTH Order Regarding Liquidating Trust's First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late filed claims and disallowance of certain amended claims) (Re:
related document(s)[12288] Supplemental Order) (Docket No. 12552)

u.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

v.     TENTH Order Regarding Liquidating Trust's First Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, and disallowance of certain amended claims) (Re:
       related document(s)[12552] Supplemental Order) (Docket No. 12744)

w.     Eleventh Order Regarding Liquidating Trust's First Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[12744]
Supplemental Order) (Docket No. 12830)

x.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

y.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

z.      Twelfth Order Regarding Liquidating Trust's First Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, Disallowance of certain misclassified claims,
        disallowance of certain invalid claims, Disallowance of certain late filed claims
        and disallowance of certain amended claims)(Re: related document(s)[12830]
        Supplemental Order) (Docket No. 12970)

aa.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection<br>Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/<br>Responses<br>Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties'** |

**rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

17.     Notice and Objection to Claim - *Liquidating Trust's Second Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)*  (Docket No. 10039)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[10039] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10771)

b.      CORRECTED(added correct attachment) Second Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10981 Supplemental Order) (Docket 11035)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011

at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s) 10771 No action taken on Order Re: Objection, 10981 Supplemental Order, 11035 Amended Order) (Docket No. 11289)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims)(Re: related document(s)[11289] Amended Order) (Docket No. 11475)

g.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.    Fifth Order Regarding Liquidating Trust's Second Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims, and disallowance
      of certain amended claims) (Re: related document(s)[11475] Amended Order)
      (Docket No. 11673)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
      CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
      FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
      OPEN COURT (Re: related document(s)[10024] Objection to Claim filed
      Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
      Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Second Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims, and disallowance
        of certain amended claims) (Re: related document(s)[11673] Supplemental Order)
        (Docket No. 11814)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.      Seventh Order Regarding Liquidating Trust's Second Omnibus Objection to
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims, and disallowance
        of certain amended claims) (Re: related document(s) [11814] Supplemental
        Order) (Docket No. 11996)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Second Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims, and disallowance
      of certain amended claims) (Re: related document(s)[11996] Amended Order)
      (Docket No. 12328)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Trust. (Docket No. 12521)

p.    NINTH Order Regarding Liquidating Trust's Second Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late filed claims and disallowance
      of certain amended claims) (Re: related document(s)[12328] Supplemental Order)
      (Docket No. 12553)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Second Omnibus Objection to
         Landlord Claims (Reduction of Certain Partially Invalid Claims, Claims,
         Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed
         Claims, and Disallowance of Certain Amended Claims) (Re: related

document(s)[10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12698)

s.    Eleventh Order Regarding Liquidating Trust's Second Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12698] Order Directing) (Docket No. 12834)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.     Twelfth Order Regarding Liquidating Trust's Second Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late filed claims and disallowance
of certain amended claims) (Re: related document(s)[12834] Supplemental Order)
(Docket No. 12969)

w.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS
       SECONDOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION
       OFCERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE
       OFCERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-
       FILEDCLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED
       CLAIMS) (Re: related document(s)[12969] Supplemental Order) (Docket No.
       13045)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                      See attached <u>Exhibit B</u>.

Status:                     The Trust has resolved the Objection as it relates to certain claims
                            as more particularly described on <u>Exhibit B</u>.  A status hearing is
                            going forward with respect to those claims for which a response
                            was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                            response do not need to appear at the hearing. Such parties'
                            rights will not be affected at this hearing.**  During the hearing
                            the Liquidating Trust will advise the Court that the status hearing
                            will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                            those claims for which a response was filed.  With respect to those
                            claims to which a response was not filed but to which the
                            Liquidating Trust agreed to continue the hearing and requisite
                            response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                            will advise the Court that the status hearing will be adjourned to
                            October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those
                            parties do not need to appear at the hearing.  Such parties'
                            rights will not be affected at this hearing.**

18.    Notice and Objection to Claim - *Liquidating Trust's Third Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
       Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
       Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*  (Docket No.
       10040)

       Related
       Documents:

       a.      Order Sustaining Liquidating Trust's Third Omnibus Objection To Landlord
               Claims (reduction of certain partially invalid claims, reclassification of certain
               misclassified claims, disallowance of certain invalid claims, disallowance of
               certain duplicate claims and disallowance of certain amended claims)(Re: related
               document(s)[10040] Sustaining Objection to Claim filed by Circuit City Stores,
               Inc. Liquidating Trust)(Docket No. 10776)

       b.      Second Order Regarding Liquidating Trust's Third Omnibus Objection To
               Landlord Claims (reduction of certain partially invalid claims, reclassification of
               certain misclassified claims, disallowance of certain invalid claims, disallowance
               of certain duplicate claims & disallowance of certain amended claims) (Re:
               related document(s)[10776] No action taken on Order Re: Objection) (Docket No.
               10965)

       c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
               ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
               WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Amended Order Sustaining Liquidating Trust's Third Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain duplicate claims and disallowance of certain amended claims) (Re:
      related document(s) 10776 No action taken on Order Re: Objection) (Docket No.
      11251)

e.    Third Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
      Claims (reduction of certain partially invalid claims, reclassification of certain
      misclassified claims, disallowance of certain invalid claims, disallowance of
      certain duplicate claims, and disallowance of certain amended claims) (Re: related
      document(s) 10965 Supplemental Order) (Docket No. 11290)

f.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
      ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.    Fourth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11290] Amended Order) (Docket No. 11476)

h.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

i.    Fifth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11476] Amended Order) (Docket No. 11674)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

k.      Sixth Order Regarding Liquidating Trust's Third Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain duplicate claims and disallowance of certain amended claims) (Re: related
document(s)[11674] Supplemental Order) (Docket No. 11815)

l.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

m.    Seventh Order Regarding Liquidating Trust's Third Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain duplicate claims, and disallowance of certain amended claims) (Re:
related document(s) [11815] Supplemental Order) (Docket No. 11997)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.   EIGHTH Order Regarding Liquidating Trust's Third Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain duplicate claims and disallowance of certain amended claims)(Re:
related document(s)[11997] Amended Order) (Docket No. 12325)

p.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

q.   NINTH Order Regarding Liquidating Trust's Third Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain duplicate claims and disallowance of certain amended claims) (Re:
related document(s)[12325] Supplemental Order) (Docket No. 12554)

r.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

s.      Tenth Order Regarding Liquidating Trust's Third Omnibus Objection to Landlord
        Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
        Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain Duplicate Claims, and Disallowance of Certain Amended Claims) (Re:
        related document(s)[10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12699)

t.      Eleventh Order Regarding Liquidating Trust's Third Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims and disallowance
        of certain amended claims) (Re: related document(s)[12699] Order Directing)
        (Docket No. 12836)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.        LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
          CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
          RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
          TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
          related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
          Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

w.      Twelfth Order Regarding Liquidating Trust's Third Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, reclassification
        of certain misclassified claims, Disallowance of certain invalid claims,
        disallowance of certain duplicate claims, and disallowance of certain amended
        claims) (Re: related document(s)[12836] Supplemental Order) (Docket No.
        12968)

x.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.   THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS THIRD
OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLYINVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN DUPLICATE
CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re:
related document(s)[12968] Supplemental Order) (Docket No. 13046)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            A status hearing is going forward with respect to those claims for
                   which a response was filed as identified on Exhibit B.  **Those
                   parties who filed a response do not need to appear at the
                   hearing. Such parties' rights will not be affected at this
                   hearing.**  During the hearing the Liquidating Trust will advise the
                   Court that the status hearing will be adjourned to October 24, 2013
                   at 2:00 p.m.  with respect to those claims for which a response was
                   filed.  With respect to those claims to which a response was not
                   filed but to which the Liquidating Trust agreed to continue the
                   hearing and requisite response deadline, as identified on Exhibit B,
                   the Liquidating Trust will advise the Court that the status hearing
                   will be adjourned to October 24, 2013 at 2:00 p.m. with respect to
                   those claims.  **Those parties do not need to appear at the
                   hearing. Such parties' rights will not be affected at this
                   hearing.**

19.   Notice and Objection to Claim - *Liquidating Trust's Fourth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance of
Certain Invalid Claims)* (Docket No. 10041)

Related
Documents:

a.   Order Sustaining Liquidating Trust's Fourth Omnibus Objection To Landlord
Claims (reduction of certain partially invalid claims and disallowance of certain

invalid claims) (Re: related document(s)[10041] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10774)

b.    Second Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims & disallowance of certain invalid claims) (Re: related document(s)[10774] No action taken on Order Re: Objection) (Docket No. 10956)

c.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Third Order Regarding Liquidating Trust's Fourth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims)(Re: related document(s) 10956 Supplemental Order) (Docket No. 11298)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims)(Re: related document(s)[11298] Supplemental Order)
        (Docket No. 11477)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No.  11640)

h.      Fifth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s)[11477] Amended Order) (Docket

No. 11682)

i.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.  Sixth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims and disallowance of
certain invalid claims) (Re: related document(s)[11682] Supplemental Order)
(Docket No. 11816)

k.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.     Seventh Order Regarding Liquidating Trust's Fourth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims and disallowance of
       certain invalid claims) (Re: related document(s) [11816] Supplemental Order)
       (Docket No. 11998)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    EIGHTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims)(Re: related document(s)[11998] Amended Order) (Docket
      No. 12326)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Trust. (Docket No. 12521)

p.      NINTH Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s)[12326] Supplemental Order)
        (Docket No. 12556)

q.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.    Tenth Order Regarding Liquidating Trust's Fourth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims and Disallowance
      of Certain Invalid Claims) (Re: related document(s)[10041] Objection to Claim
      filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12700)

s.    Eleventh Order Regarding Liquidating Trust's fourth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims) (Re: related document(s)[12700] Order Directing) (Docket
      No. 12833)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.      Twelfth Order Regarding Liquidating Trust's Fourth Omnibus Objection To
        Landlord Claims (reduction to certain partially invalid claims and disallowance of
        certain invalid claims) (Re: related document(s)[12833] Supplemental Order)
        (Docket No. 12984)

w.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS FOURTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF
CERTAIN INVALID CLAIMS)(Re: related document(s)[12984] Supplemental
Order) (Docket No. 13047)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                   A status hearing is going forward with respect to those claims for
                         which a response was filed as identified on Exhibit B.  **Those
                         parties who filed a response do not need to appear at the
                         hearing. Such parties' rights will not be affected at this
                         hearing.**  During the hearing the Liquidating Trust will advise the
                         Court that the status hearing will be adjourned to October 24, 2013
                         at 2:00 p.m.  with respect to those claims for which a response was
                         filed.  With respect to those claims to which a response was not
                         filed but to which the Liquidating Trust agreed to continue the
                         hearing and requisite response deadline, as identified on Exhibit B,
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                         those claims.  **Those parties do not need to appear at the
                         hearing.  Such parties' rights will not be affected at this
                         hearing.**

20.     Notice and Objection to Claim - *Liquidating Trust's Fifth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
        Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
        Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and
        Disallowance of Certain Amended Claims and Disallowance of Certain Invalid Claims)*
        (Docket No. 10042)

        Related
        Documents:

        a.      Order Sustaining Liquidating Trust's Fifth Omnibus Objection to Landlord Claims
                (Reduction of Certain Partially Invalid Claims, Reclassification of Certain
                Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
                Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and
                Disallowance of Certain Amended Claims) (Re: related document(s)[10042]
                Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
                No. 10791)

92

b.      Second Order Sustaining Liquidating Trust's Fifth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
        of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate
        Claims and Disallowance of Certain Amended Claims)(Re: related
        document(s)[10791] Order Directing) (Docket No. 10957)

c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
        at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.      Third Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord
        Claims (reduction of certain partially invalid claims, reclassification of certain
        misclassified claims, disallowance of certain invalid claims, disallowance of
        certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s) 10957
        Supplemental Order) (Docket No. 11291)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
        ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s)[11291] Amended Order) (Docket No. 11478)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.    Fifth Order Regarding Liquidating Trust's Fifth omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11478] Amended Order) (Docket No. 11675)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.      AmSeventh order Regarding Liquidating Trust's Fifth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[11792] Order
        Directing) (Docket No.12005)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12521)

n.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

o.   Eighth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12005] Amended Order) (Docket No. 12838)

p.   Ninth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12838] Supplemental Order) (Docket No. 12839)

q.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

r.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

s.     Tenth Order Regarding Liquidating Trust's Fifth Omnibus Objection To Landlord
       Claims (reduction of certain partially invalid claims, reclassification of certain
       misclassifies claims, disallowance of certain invalid claims, disallowance of
       certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims)(Re: related document(s)[12839]
       Supplemental Order) (Docket No. 12976)

t.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

u.    ELEVENTH ORDER REGARDING LIQUIDATING TRUSTS FIFTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF

CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS,DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related document(s)[12976] Supplemental Order) (Docket No. 13052)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to those claims for which a response was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

21.   Notice and Objection to Claim - *Sixth Omnibus Objection to Claims (Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims)* (Docket No. 10043)

Related Documents:

a.   Notice and Objection to Claim - *Liquidating Trusts Sixth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified Claims)* Hearing scheduled 4/14/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.(Beran, Paula) **Modified** on 2/28/2011 to correct docket text (Docket No. 10044)

b.   Order Sustaining Liquidating Trust's Sixth Omnibus Objection To Claims

(disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10043 & 10044 filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10862)

c.  Second Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s) 10862 No action taken on Order Re: Objection) (Docket No. 10982)

d.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

h.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
      to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
      Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

j.      CONTINUED FOR STATUS HEARING AS TO THOSE NOT SUSTAINED,
        WITHDRAWN, OR THAT REMAIN UNRESOLVED; (Re: related
        document(s)[10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Beran for Trust. (Docket No. 12522)

k.      Third Order Regarding Liquidating Trust's Sixth Omnibus Objection To Claims
        (disallowance of certain invalid unliquidated claims and fixing of certain
        unliquidated claims) (Re: related document(s)[10982] Supplemental Order)
        (Docket No. 12592)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

o.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/

Responses
Filed:                     See attached <u>Exhibit B</u>.

Status:                    A status hearing is going forward with respect to those claims for
                           which a response was filed as identified on <u>Exhibit B</u>.   **Those
                           parties who filed a response do not need to appear at the
                           hearing. Such parties' rights will not be affected at this
                           hearing.**  During the hearing the Liquidating Trust will advise the
                           Court that the status hearing will be adjourned to October 24, 2013
                           at 2:00 p.m.  with respect to those claims for which a response was
                           filed.  With respect to those claims to which a response was not
                           filed but to which the Liquidating Trust agreed to continue the
                           hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                           the Liquidating Trust will advise the Court that the status hearing
                           will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                           those claims.  **Those parties do not need to appear at the
                           hearing.  Such parties' rights will not be affected at this
                           hearing.**

22.      Notice and Objection to Claim - *Liquidating Trust's Seventh Omnibus Objection to
         Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid
         Claims and Reclassification of Certain Incorrectly Classified Claims)(To Correct
         Substantive Pleading --Replaces Docket Number 10044)* (Re: related document(s) 10044
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No.
         10045)

         Related
         Documents:

         a.      Order Sustaining Liquidating Trust's Seventh Omnibus Objection To Claims
                 (reduction of certain partially invalid claims, disallowance of certain invalid
                 claims and reclassification of certain incorrectly classified claims) (Re: related
                 document(s) 10045 Sustaining Objection to Claim filed by Circuit City Stores,
                 Inc. Liquidating Trust) (Docket No. 10863)

         b.      Second Order Sustaining Liquidating Trust's Seventh Omnibus Objection To
                 Claims (reduction of certain partially invalid claims, disallowance of certain
                 invalid claims and reclassification of certain incorrectly classified claims) (Re:
                 related document(s) 10863 No action taken on Order Re: Objection) (Docket No.
                 10983)

         c.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
                 ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
                 WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
                 DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
                 SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
                 filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.    Amended Second Order Sustaining Liquidating Trust's Seventh Omnibus
Objection To Claims (reduction of certain partially invalid claims, disallowance
of certain invalid claims and reclassification of certain incorrectly classified
claims) (Re: related document(s) 10983 Supplemental Order) (Docket No. 11252)

e.    Response of TFL Enterprises LLC to the Liquidating Trust's Seventh Omnibus
Objection to Claims (Reduction of Certain Partially Invalid Claims, Disallowance
of Certain Invalid Claims and Reclassification of Certain Incorrectly Classified
Claims) (Docket No. 10233)

f.    *Claimant(s) - TFL Enterprises LLC (Tech For Less* - Notice of Hearing *(Notice of
Substantive Hearing (Seventh Omnibus Objection - Claim Number 13947))* (Re:
related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 11/21/2011 at
02:00 PM at Judge Huennekens' Courtroom (Docket No. 11373)

g.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to

114

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

h.    Docket Entry - Continued for Status Hearing on 1/5/12 at 2:00 PM as to
remaining unresolved claims; Continued for Substantive Hearing as to TFL
Enterprises LLC on 12/20/11 at 2:00 pm (Re: related document(s)[10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 11468)

i.    Reply - *LIQUIDATING TRUSTS REPLY BRIEF REGARDING OBJECTION TO
ADMINISTRATIVE CLAIM FILED BY TECH FOR LESS LLC* (Re: related
document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11566)

j.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

116

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

q.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

r.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B . A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

23.     Notice and Objection to Claim - *Liquidating Trust's Eighth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of*

*Certain of Late Filed Claims, Disallowance of Certain Amended Claims, and
Disallowance of Certain Invalid Claims) (Docket No. 10046)*

Related
Documents:

a.     Order Sustaining Liquidating Trust's Eighth Omnibus Objection To Landlord
       Claims(reduction of certain partially invalid claims, reclassification of certain
       misclassified claims, disallowance of certain invalid claims, disallowance of
       certain late filed claims and disallowance of certain amended claims) (Re: related
       document(s)[10046] Sustaining Objection to Claim filed by Circuit City Stores,
       Inc. Liquidating Trust) (Docket No. 10778)

b.     Second Order Regarding Liquidating Trust's Eighth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims & disallowance of certain amended claims) (Re:
       related document(s)[10243] No action taken on Order Re: Objection) (Docket No.
       10964)

c.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim
       filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011
       at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

d.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
       ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
       SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
       Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[11292] Amended Order) (Docket No. 11479)

f.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.   Fifth Order Regarding Liquidating Trust's Eight Omnibus Objection To Landlord
     Claims (reduction of certain partially invalid claims, reclassification of certain
     misclassified claims, disallowance of certain invalid claims, disallowance of
     certain late-filed claims and disallowance of certain amended claims) (Re: related
     document(s)[11479] Amended Order)(Docket No. 11676)

h.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
     CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
     FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
     SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
     OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
     PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
     Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.   Sixth Order Regarding Liquidating Trust's Eighth Omnibus Objection To
     Landlord Claims (reduction of certain partially invalid claims, reclassification of
     certain misclassified claims, disallowance of certain invalid claims and
     disallowance of certain amended claims) (Re: related document(s)[11676]
     Supplemental Order) (Docket No. 11817)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, and disallowance of certain amended claims) (Re:
related document(s)[11817] Supplemental Order) (Docket No. 12000)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.   EIGHTH Order Regarding Liquidating Trust's Eighth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[12000] Amended Order) (Docket No. 12327)

n.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.      Supplemental Order NINTH Order Regarding Liquidating Trust's Eighth
Omnibus Objection To Landlord Claims (reduction of certain partially invalid
claims, reclassification of certain misclassified claims, disallowance of certain
invalid claims, disallowance of certain late filed claims and disallowance of
certain amended claims) (Re: related document(s)[12327] Supplemental Order)
(Docket No. 12557)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

q.    Tenth Order Regarding Liquidating Trust's Eighth Omnibus Objection to
      Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
      of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
      Disallowance of Certain of Late Filed Claims, Disallowance of Certain Amended
      Claims, and Disallowance of Certain Invalid Claims) (Re: related
      document(s)[10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust) (Docket No. 12701)

r.    Eleventh Order Regarding Liquidating Trust's Eighth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, disallowance of
      certain invalid claims, disallowance of certain late-filed claims and disallowance
      of certain amended claims) (Re: related document(s)[12701] Order Directing)
      (Docket No. 12837)

s.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.     Twelfth Order Regarding Liquidating Trust's Eight Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims and disallowance of certain amended claims) (Re:
       related document(s)[12837] Supplemental Order) (Docket No. 12971)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS EIGHTH
       OMNIBUSOBJECTION TO LANDLORD CLAIMS (REDUCTION OF
       CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
       CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
       INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
       CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
       related document(s)[12971] Supplemental Order) (Docket No. 13048)

Objection
Deadline:          April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit B.

Status:            The Trust has resolved the Objection as it relates to certain claims
                   as more particularly described on Exhibit B.  A status hearing is
                   going forward with respect to those claims for which a response
                   was filed as identified on Exhibit B.  **Those parties who filed a
                   response do not need to appear at the hearing. Such parties'
                   rights will not be affected at this hearing.**  During the hearing
                   the Liquidating Trust will advise the Court that the status hearing

134

will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

24.    Notice and Objection to Claim - *Liquidating Trust's Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10047)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Ninth Omnibus Objection To Landlord Claims( reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[10047] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10777)

b.    Second Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 10241 No action taken on Order Re: Objection) (Docket No. 11121)

c.    Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s) 11121 Amended Order) (Docket No. 11293)

d.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT(Re: related document(s) 10024 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10039 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10040 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10041 Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, 10042 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10043 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10045 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10046 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, 10047 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11147)

e.      Amended Third Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s) 10777 No action taken on Order Re: Objection, 11293 Amended Order) (Docket No. 11340)

f.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

g.      Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11293] Amended Order) (Docket No. 11480)

h.      Amended Fourth Order Regarding Liquidating Trust's Ninth Omnibus Objection

To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims)(Re: related document(s)[11480] Amended Order) (Docket No. 11586)

i.   Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

j.   Fifth Order Regarding Liquidating Trust's Ninth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11480] Amended Order) (Docket No. 11678)

k.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;

SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

l.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

m.    Seventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
Landlord Claims( reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[11793] Order Directing) (Docket No. 12006)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

o.      EIGHTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims and disallowance of certain amended claims) (Re:
        related document(s)[12006] Amended Order) (Docket No. 12329)

p.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. (Docket No. 12523)

q.      NINTH Order Regarding Liquidating Trust's Ninth omnibus Objection to
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late filed claims and disallowance of certain amended claims) (Re:
        related document(s)[12329] Supplemental Order) (Docket No. 12558)

r.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

s.     TENTH Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, and disallowance of certain amended claims) (Re:
       related document(s)[12558] Supplemental Order) (Docket No. 12745)

t.     Eleventh Order Regarding Liquidating Trust's Ninth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, disallowance of
       certain invalid claims, disallowance of certain late-filed claims and disallowance
       of certain amended claims) (Re: related document(s)[12745] Supplemental Order)
       (Docket No. 12835)

u.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

w.    Twelfth Order Regarding Liquidating Trust's Ninth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, and disallowance of certain amended claims) (Re:
related document(s)[12835] Supplemental Order) (Docket No. 12972)

x.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

y.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF

CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED
CLAIMS,AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re:
related document(s)[12972] Supplemental Order) (Docket No. 13050)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit B</u>.

Status:                The Trust has resolved the Objection as it relates to certain claims
                       as more particularly described on <u>Exhibit B</u>.  A status hearing is
                       going forward with respect to those claims for which a response
                       was filed as identified on <u>Exhibit B</u>.  **Those parties who filed a
                       response do not need to appear at the hearing. Such parties'
                       rights will not be affected at this hearing.**  During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to October 24, 2013 at 2:00 p.m. with respect to
                       those claims for which a response was filed.  With respect to those
                       claims to which a response was not filed but to which the
                       Liquidating Trust agreed to continue the hearing and requisite
                       response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                       will advise the Court that the status hearing will be adjourned to
                       October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those
                       parties do not need to appear at the hearing.  Such parties'
                       rights will not be affected at this hearing.**

25.    Notice and Objection to Claim - *Liquidating Trust's Thirteenth Omnibus Objection to
       Certain Priority Claims: Allow Up to the Statutory Cap, Reclassify, Disallow as
       Applicable (Employment Contract Severance Claims)* (Docket No. 10051)

       Related
       Documents:

       a.      Order Sustaining Liquidating Trust's Thirteenth Omnibus Objection To Certain
               Priority Claims: allow up to the statutory cap, reclassify, disallow as applicable
               (employment contract severance claims) (Re: related document(s)[10051]
               Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)
               (Docket No. 10781)

       b.      Objections Resolved as to claims of Antone Botelho and Patrick Longood;
               Continued for Status Hearing as to claim of Bruce Besanko; to be noticed for
               substantive hearing as to claim of Andrew Grosse (Re: related document(s)
               [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)

Substantive Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for
Liquidating Trust. (Docket No. 11151)

c.      Notice of Hearing *(Notice of Substantive Hearing) (Thirteenth Omnibus
        Objection - Claim Number 369) (Claimant - Andrew Grosse)* (Re: related
        document(s)[10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
        of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled 10/19/2011 at
        02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
        Richmond, Virginia (Docket No. 11265)

d.      Docket Entry - Hearing continued for Status Hearing as to Claim of Bruce
        Besanko; Appearance(s): Paula Beran. (Re: related document(s)[10051] Objection
        to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia (Docket No. 11561)

e.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

f.       Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

g.       Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

|  |  |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the claims of Bruce Besanko, who **does not need to appear at the hearing. His rights will not be affected at this hearing.** The status hearing for Bruce Besanko will be continued until October 24, 2013 at 2:00 p.m. |

26.    Notice and Objection to Claim - *Liquidating Trust's Fourteenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)* (Docket No. 10052)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims(Re: related document(s)[10052] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10780 )

b.  Second Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10780] No action taken on Order Re: Objection) (Docket No. 10963)

c.  Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust (Docket No. 11152)

d.  Third Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-field claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10963 Supplemental Order) (Docket No. 11294)

e.  Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.     Fourth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11294] Amended Order) (Docket No. 11481)

g.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.     Fifth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11481]

Amended Order) (Docket No. 11679)

i.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
        OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
        PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Sixth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims ( reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims)(Re: related document(s)[11679]
        Supplemental Order) (Docket No. 11818)

k.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.

158

Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.     Seventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain duplicate claims and disallowance of certain amended claims) (Re:
       related document(s)[11818] Supplemental Order) (Docket No. 12001)

m.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.     EIGHTH Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims)(Re: related document(s)[12001]
       Amended Order) (Docket No. 12330)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit

160

City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

p.      NINTH Order regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[12330]
        Supplemental Order) (Docket No. 12555)

q.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.      Tenth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
        of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
        Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
        Claims, and Disallowance of Certain Amended Claims) (Re: related
        document(s)[10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12717)

s.      Eleventh Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[12717] Order
        Directing) (Docket No. 12831)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:

related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

v.    Twelfth Order Regarding Liquidating Trust's Fourteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12831] Supplemental Order) (Docket No. 12977)

w.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

x.      THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS
        FOURTEENTH OMNIBUS OBJECTION TO LANDLORD CLAIMS
        (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
        RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
        DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
        CERTAIN LATE-FILED CLAIMS, DISALLOWANCEOF CERTAIN
        DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED
        CLAIMS)(Re: related document(s)[12977] Supplemental Order) (Docket No.
        13056)

Objection
Deadline:              April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims
                       as more particularly described on Exhibit B. A status hearing is
                       going forward with respect to those claims for which a response
                       was filed as identified on Exhibit B. **Those parties who filed a
                       response do not need to appear at the hearing. Such parties'
                       rights will not be affected at this hearing.** During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to October 24, 2013 at 2:00 p.m. with respect to
                       those claims for which a response was filed. With respect to those
                       claims to which a response was not filed but to which the
                       Liquidating Trust agreed to continue the hearing and requisite

response deadline, as identified on Exhibit B, the Liquidating Trust
will advise the Court that the status hearing will be adjourned to
October 24, 2013 at 2:00 p.m. with respect to those claims. **Those
parties do not need to appear at the hearing. Such parties'
rights will not be affected at this hearing.**

27.     Notice and Objection to Claim - *Liquidating Trust's Fifteenth Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims, and
Disallowance of Certain Amended Claims)* (Docket No. 10053)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Fifteenth Omnibus Objection To Landlord
Claims(reduction of certain partially invalid claims, reclassification of certain
misclassified claims, disallowance of certain invalid claims, disallowance of
certain late filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims (Re: related document(s)[10053]
Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust)(Docket No. 10779)

b.      Second Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims &
disallowance of certain amended claims) (Re: related document(s)[10779] No
action taken on Order Re: Objection) (Docket No. 10962)

c.      Third Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims(reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s) 10962
Supplemental Order) (Docket No. 11295)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.      Fourth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11295] Supplemental Order) (Docket No. 11482)

f.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Fifth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11482] Amended Order) (Docket No. 11680)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.    Sixth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11680] Supplemental Order) (Docket No. 11819)

j.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

k.    Seventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11819] Supplemental Order) (Docket No. 12002)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.     EIGHTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and

disallowance of certain amended claims) (Re: related document(s)[12002]
Amended Order) (Docket No. 12331)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12523)

o.    NINTH Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12331]
Supplemental Order) (Docket No. 12548)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

q.     Tenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
       Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification
       of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
       Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate
       Claims, and Disallowance of Certain Amended Claims) (Re: related
       document(s)[10053] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) (Docket No. 12718)

r.     Eleventh Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12718] Order
       Directing) (Docket No. 12823)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.    Twelfth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12823]
Supplemental Order) (Docket No. 12978)

v.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.      Thirteenth Order Regarding Liquidating Trust's Fifteenth Omnibus Objection to
        Landlord Claims (Reduction of certain partially invalid claims, Reclassification of
        certain misclassified claims, Disallowance of certain invalid claims, Disallowance
        of certain late-filed claims, Disallowance of certain duplicate claims and
        Disallowance of certain amended claims) (Re: related document(s)[12978]
        Supplemental Order) (Docket No. 13040)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims
                         as more particularly described on Exhibit B.  A status hearing is
                         going forward with respect to those claims for which a response
                         was filed as identified on Exhibit B.  **Those parties who filed a**

**response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

28.    Notice and Objection to Claim - *Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims)*   (Docket No. 10061)

Related
Documents:

a.    Amended Exhibit *C to Liquidating Trust's Seventeenth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, Disallowance of Certain Duplicate Claims, and Disallowance of Certain Amended Claims) [Service Copy of Said Objection (Docket No. 10061) Contained Exhibit C and Amended Exhibit C]* (Re: related document(s) 10061 Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 10074)

b.    Order Sustaining Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[10061] Sustaining Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10785)

c.    Second Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10785] No action taken on Order Re: Objection) (Docket No. 10966)

d.    Third Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To

Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims)(Re: related document(s) 10966 Supplemental Order) (Docket No. 11296)

e.    Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.    Fourth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[11296] Supplemental Order)(Docket No. 11484)

g.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.     Fifth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[11484]
       Amended Order) (Docket No. 11672)

i.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Bean for Trustee. (Docket No. 11960)

k.      Seventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of

certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[11794] Order Directing) (Docket No. 12007)

l.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

m.    EIGHTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12007] Amended Order) (Docket No. 12322)

n.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

o.    Ninth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12322] Supplemental Order) (Docket No. 12581)

p.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

q.    TENTH Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims, disallowance of certain duplicate claims and
      disallowance of certain amended claims)(Re: related document(s)[12581]
      Supplemental Order) (Docket No. 12752)

r.      Eleventh Order Regarding Liquidating Trust's Seventeenth Omnibus Objection
        To Landlord Claims(reduction of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims, disallowance of certain duplicate claims
        and disallowance of certain amended claims)(Re: related document(s)[12752]
        Supplemental Order) (Docket No. 12824)

s.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
        CLAIMS; One Objection Withdrawn (to claim # 11591) (Re: related
        document(s)[10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
        (Docket No. 12796)

t.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

u.      Twelfth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection To
        Landlord Claims (reeducation of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims, disallowance of certain duplicate claims
        and disallowance of certain amended claims) (Re: related document(s)[12824]
        Supplemental Order) (Docket No. 12979)

v.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.      Thirteenth Order Regarding Liquidating Trust's Seventeenth Omnibus Objection
        to Landlord Claims (Reduction of certain partially invalid claims, Reclassification
        of certain misclassified claims, Disallowance of certain invalid claims,
        Disallowance of certain late-filed claims, Disallowance of certain duplicate claims
        and Disallowance of certain amended claims) (Re: related document(s)[12979]
        Supplemental Order) (Docket No. 13041)

Objection
Deadline:                    April 7, 2011 at 4:00 p.m.

Objections/

187

Responses
Filed:                See attached <u>Exhibit B</u>.

Status:               The Trust has resolved the Objection as it relates to certain claims
                      as more particularly described on <u>Exhibit B</u>.  A status hearing is
                      going forward with respect to those claims for which a response
                      was filed as identified on <u>Exhibit B</u>.   **Those parties who filed a
                      response do not need to appear at the hearing. Such parties'
                      rights will not be affected at this hearing.**  During the hearing
                      the Liquidating Trust will advise the Court that the status hearing
                      will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                      those claims for which a response was filed.  With respect to those
                      claims to which a response was not filed but to which the
                      Liquidating Trust agreed to continue the hearing and requisite
                      response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust
                      will advise the Court that the status hearing will be adjourned to
                      October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those
                      parties do not need to appear at the hearing.  Such parties'
                      rights will not be affected at this hearing.**

29.     Notice and Objection to Claim - *Liquidating Trust's Eighteenth Omnibus Objection to
        Claims Filed by Taxing Authorities (Reduction of Certain Partially Invalid Claims;
        Disallowance of Certain Invalid Claims; Disallowance of Certain Duplicate Claims;
        Reclassification of Certain Claims; Disallowance of Certain Amended or Superseded
        Claims; Disallowance or Reduction of Certain Late Filed Claims; Disallowance of
        Certain Invalid Claims; and Fixing the Amount of Certain Claims)* (Docket No. 10062)

        Related
        Documents:

        a.      Withdrawal of Pasadena Independent School District's Response to Eighteenth
                Omnibus Objection of Claims (Docket No. 10062) - (Docket No. 10516)

        b.      Order Sustaining Liquidating Trust's Eighteenth Omnibus Objection To Claims
                Filed By Taxing Authorities (reduction of certain partially invalid claims,
                disallowance of certain invalid claims; reclassification of certain claims;
                disallowance of certain amended or superseded claims; disallowance of certain
                late filed claims; disallowance or reduction of certain invalid claims; & fixing the
                amount of certain claims) filed by taxing authorities) (Re: related
                document(s)[10062] Sustaining Objection to Claim filed by Circuit City Stores,
                Inc. Liquidating Trust) (Docket No. 10961)

        c.      Motion to Reconsider *Motion for Relief from Order and Memorandum in Support
                Thereof* (Related Document(s)[10961] No action taken on Order Re: Objection)
                filed by Anne G. Bibeau of Vandeventer Black LLP on behalf of Sonoma County
                Tax Collector (Docket No. 11333)

188

d.     Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

f.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

h.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. (Docket No. 12523)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | April 7, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B. A status hearing is going forward with respect to this Objection. **Parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

30.     Notice and Objection to Claim - *Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims)* (Docket No. 10072)

Related
Documents:

a.     Order Sustaining Liquidating Trust's Twentieth Omnibus Objection to Landlord

Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late-Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (Re: related document(s)[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)(Docket No. 10786)

b.      Second Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims & disallowance of certain amended claims) (Re: related document(s)[10788] Order Directing) (Docket No. 10960)

c.      Docket Entry - CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/19/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trust. (Docket No. 11154)

d.      Third Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s) 10960 Supplemental Order) (Docket No. 11297)

e.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

f.      Fourth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[11297]
        Supplemental Order) (Docket No. 11485)

g.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

h.      Fifth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of

199

certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11485]
Amended Order)(Docket No. 11671)

i.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

j.    Sixth Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[11671]
Supplemental Order) (Docket No. 11820)

k.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE

TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

l.      Seventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, reclassification of
        certain misclassified claims, disallowance of certain invalid claims, disallowance
        of certain late-filed claims, disallowance of certain duplicate claims and
        disallowance of certain amended claims) (Re: related document(s)[11820]
        Supplemental Order) (Docket No. 12003)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

n.     EIGHTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims, disallowance of certain duplicate claims and
       disallowance of certain amended claims) (Re: related document(s)[12003]
       Amended Order) (Docket No. 12321)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

p.     NINTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late filed claims, disallowance of certain duplicate claims and disallowance of certain amended claims) (Re: related document(s)[12321] Supplemental Order) (Docket No. 12549)

q.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

r.    TENTH Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12549]
Supplemental Order) (Docket No. 12740)

s.    Eleventh Order Regarding Liquidating Trust's Twentieth Omnibus Objection To
Landlord Claims(reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims, disallowance of certain duplicate claims and
disallowance of certain amended claims) (Re: related document(s)[12740]
Supplemental Order) (Docket No. 12825)

t.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

u.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

v.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

w.    THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTSTWENTIETH
OMNIBUS OBJECTION TO LANDLORD CLAIMS(REDUCTION OF
CERTAIN PARTIALLY INVALID CLAIMS,RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS,DISALLOWANCE OF CERTAIN
INVALID CLAIMS, DISALLOWANCEOF CERTAIN LATE-FILED CLAIMS,
DISALLOWANCE OF CERTAINDUPLICATE CLAIMS AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS (Re: related
document(s)[12980] Supplemental Order) (Docket No. 13042)

Objection
Deadline:                April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                   See attached Exhibit B.

Status:                  The Trust has resolved the Objection as it relates to certain claims
                         as more particularly described on Exhibit B.  A status hearing is
                         going forward with respect to those claims for which a response
                         was filed as identified on Exhibit B.   **Those parties who filed a
                         response do not need to appear at the hearing. Such parties'
                         rights will not be affected at this hearing.**  During the hearing
                         the Liquidating Trust will advise the Court that the status hearing
                         will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                         those claims for which a response was filed.  With respect to those
                         claims to which a response was not filed but to which the
                         Liquidating Trust agreed to continue the hearing and requisite
                         response deadline, as identified on Exhibit B, the Liquidating Trust
                         will advise the Court that the status hearing will be adjourned to
                         October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those
                         parties do not need to appear at the hearing.  Such parties'**

**rights will not be affected at this hearing.**

31.     Notice and Objection to Claim - *Liquidating Trust's Twenty-First Omnibus Objection to
Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of
Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of
Certain of Late Filed Claims, and Disallowance of Certain Amended Claims)* (Docket
No. 10073)

Related
Documents:

a.      Order Sustaining Liquidating Trust's Twenty-First Omnibus Objection to
Landlord Claims (reduction of Certain Partially Invalid Claims, Reclassification
of Certain Misclassified Claims, Disallowance of Certain Invalid Claims,
Disallowance of Certain Late-Filed Claims, and Disallowance of Certain
Amended Claims) (Re: related document(s)[10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) (Docket No. 10789)

b.      Second Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims & disallowance of certain amended claims)(Re: related
document(s)[10789] Order Directing) (Docket No. 10959)

c.      Third Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
Landlord Claims (reduction of certain partially invalid claims, reclassification of
certain misclassified claims, disallowance of certain invalid claims, disallowance
of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s) 10959 Supplemental Order) (Docket No. 11299)

d.      Docket Entry – CONTINUED FOR STATUS HEARING AS TO CLAIMANTS
ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; SUSTAINED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee.  (Docket No. 11377)

e.    Fourth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance
      of certain late-filed claims and disallowance of certain amended claims) (Re:
      related document(s)[11299] Supplemental Order) (Docket No. 11486)

f.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
      SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
      SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
      Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
      3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
      5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

g.    Fifth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
      Landlord Claims (reduction of certain partially invalid claims, reclassification of
      certain misclassified claims, disallowance of certain invalid claims, disallowance

of certain late-filed claims and disallowance of certain amended claims) (Re:
related document(s)[11486] Amended Order) (Docket No. 11670)

h.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
       SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
       OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
       Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
       PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
       Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

i.     Sixth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
       Landlord Claims (reduction of certain partially invalid claims, reclassification of
       certain misclassified claims, disallowance of certain invalid claims, disallowance
       of certain late-filed claims and disallowance of certain amended claims) (Re:
       related document(s)[11670] Supplemental Order) (Docket No. 11821)

j.     Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
       CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
       FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
       related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

k.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
       CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
       RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
       TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
       to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
       Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

l.      EIGHTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
        To Landlord Claims (reduction of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims and disallowance of certain amended
        claims)(Re: related document(s)[12004] Amended Order) (Docket No. 12320)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12523)

n.     Ninth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To Landlord Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12320] Supplemental Order) (Docket No. 12580)

o.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

p.      TENTH Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
        To Landlord Claims (reduction of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims, and disallowance of certain amended
        claims) (Re: related document(s)[12580] Supplemental Order) (Docket No.
        12746)

q.      Eleventh Order Regarding Liquidating Trust's Twenty-First Omnibus Objection
        To Landlord Claims (reduction of certain partially invalid claims, reclassification
        of certain misclassified claims, disallowance of certain invalid claims,
        disallowance of certain late-filed claims, disallowance of certain duplicate claims
        and disallowance of certain amended claims) (Re: related document(s)[12746]
        Supplemental Order) (Docket No. 12826)

r.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

s.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

t.    Twelfth Order Regarding Liquidating Trust's Twenty-First Omnibus Objection To
     Landlord Claims (reeducation of certain partially invalid claims, reclassification
     of certain misclassified claims, disallowance of certain invalid claims,
     disallowance of certain late-filed claims, disallowance of certain duplicate claims

and disallowance of certain amended claims) (Re: related document(s)[12826] Supplemental Order) (Docket No. 12981)

u.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

v.     THIRTEENTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-FIRSTOMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAINPARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAINMISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALIDCLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, ANDDISALLOWANCE OF CERTAIN AMENDED CLAIMS) (Re: related document(s)[12981] Supplemental Order) (Docket No. 13043)

Objection
Deadline:            April 7, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

32.    Notice and Objection to Claim - *Liquidating Trusts Twenty-Third Omnibus Objection To Claims (Disallowance Of Certain Invalid Unliquidated Claims And Fixing Of Certain Unliquidated Claims* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11388)

Related
Documents:

a.      Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
        CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
        CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
        THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related
        document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia
        (Docket No. 11562)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
        SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
        SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
        Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
        3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
        5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection to Claims

(Disallowance of Certain Invalid Unliquidated Claims and Fixing of Certain Unliquidated Claims) (Re: related document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust)  (Docket No. 11653)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

f.       LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
         CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
         RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
         TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
         to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
         Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.   LIQUIDATING TRUST'S TWENTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12524)

h.   Second Order Sustaining Liquidating Trust's Twenty-Third Omnibus Objection To Claims (disallowance of certain invalid unliquidated claims and fixing of certain unliquidated claims) (Re: related document(s)[11655] Order Directing) (Docket No. 12605)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:            November 23, 2011 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              A status hearing is going forward with respect to those claims for which a
                     response was filed as identified on Exhibit B.   **Those parties who filed a
                     response do not need to appear at the hearing. Such parties' rights
                     will not be affected at this hearing.**  During the hearing the Liquidating
                     Trust will advise the Court that the status hearing will be adjourned to
                     October 24, 2013 at 2:00 p.m.  with respect to those claims for which a
                     response was filed.  With respect to those claims to which a response was
                     not filed but to which the Liquidating Trust agreed to continue the hearing
                     and requisite response deadline, as identified on Exhibit B, the Liquidating
                     Trust will advise the Court that the status hearing will be adjourned to
                     October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those
                     parties do not need to appear at the hearing.  Such parties' rights will
                     not be affected at this hearing.**

33.    Omnibus Objection to Claim - *Twenty-Fourth Omnibus Objection to Claims (Reduction
       of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn
       L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
       Trust. (Docket No. 11402)

       Related
       Documents:

       a.    Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
             CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE

CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11563)

b.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (Re: related document(s)[11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11652)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS

FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Second Order Sustaining Liquidating Trust's Twenty-Fourth Omnibus Objection
        to Claims (reduction of certain partially invalid claims) (Re: related
        document(s)[4727] Order Re: Objection, [11652] Order Directing) (Docket No.
        11822)

f.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS
        TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF
        CERTAIN PARTIALLY INVALID CLAIMS) SOLELY WITH RESPECT TO THE
        CLAIM OF UNITED STATES DEBT RECOVERY LLC / MARKET FORCE
        INFORMATION (CLAIM NO. 5098))* (Re: related document(s)[11402] Objection
        to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S.
        Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
        Liquidating Trust. (Docket No. 11918)

g.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:

related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

i.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Trust. (Docket No. 12525)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                    December 1, 2011 at 4:00 p.m.


Objections/
Responses
Filed:                       See attached Exhibit B.


Status:                      The Trust has resolved the Objection as it relates to certain claims
                             as more particularly described on Exhibit B.  A status hearing is
                             going forward with respect to those claims for which a response
                             was filed as identified on Exhibit B.   **Those parties who filed a
                             response do not need to appear at the hearing. Such parties'
                             rights will not be affected at this hearing.**  During the hearing
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                             those claims for which a response was filed.  With respect to those
                             claims to which a response was not filed but to which the
                             Liquidating Trust agreed to continue the hearing and requisite
                             response deadline, as identified on Exhibit B, the Liquidating Trust
                             will advise the Court that the status hearing will be adjourned to
                             October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those
                             parties do not need to appear at the hearing.  Such parties'
                             rights will not be affected at this hearing.**

34.   Objection to Claim - *Liquidating Trustee's Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11403)

Related
Documents:

a.     Docket Entry – Hearing CONTINUED FOR STATUS HEARING AS TO CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR RESOLVED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT; Appearance(s): Paula Beran. (Re: related document(s)[11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 11564)

b.     Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.      Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims) (Re: related document(s)[11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11653)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.      Second Order Sustaining Liquidating Trust's Twenty-Fifth Omnibus Objection To Claims (reduction of certain partially invalid claims)(Re: related document(s) [11653] Order Directing) (Docket No. 11824)

f.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS

FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

g.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

h.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
      CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
      at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
      Virginia. P. Beran for Trust. (Docket No. 12525)

i.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

j.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one claim remaining for which a response was filed as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

35.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims (Disallowance of Certain Late and/or Otherwise Invalid Claims)* Hearing scheduled 12/8/2011 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11404)

Related
Documents:

a.  Docket Entry - Hearing CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS ON EXHIBIT B FILING RESPONSES AND AS TO THOSE
CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE; SUSTAINED AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT; AMENDED ORDER to be submitted.
Appearance(s): Paula Beran. (Re: related document(s)[11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 1/5/2012 at
02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia (Docket No. 11565)

b.  Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

c.  Order Sustaining Liquidating Trust's Twenty-Sixth Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) (Re: related document(s)[11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket
No. 11655)

d.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

e.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

    f.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
        at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
        Virginia. P. Beran for Trust. (Docket No. 12525)

h.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

i.   CONTINUE FOR STATUS HEARING AS TO REMAINING UNRESOLVED
     CLAIMS; Objection to American Home Assurance Co.'s Six claims, 10202-
     10207 SUSTATINED (Re: related document(s)[11404] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at
     02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
     Richmond, Virginia. (Docket No. 12797)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
     CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

k.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

|  |  |
|---|---|
| Objection Deadline: | December 1, 2011 at 4:00 p.m. |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

36.   Omnibus Objection to Claim - *Liquidating Trust's Twenty-Seventh Omnibus Objection to Claims Filed by Taxing Authorities (Reduction of Partially Invalid Claim; Disallowance of No Liability, and Late-Filed Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11444)

Related Documents:

a.    Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING

RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS
SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled
3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

b.   Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN
OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

c.       Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
         CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
         FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
         TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
         related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
         Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
         Bean for Trustee. (Docket No. 11960)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12525)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

g.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

i.      Hearing continued for STATUS Hearing as to one remaining claim; (Re: related
        document(s)[11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
        Tavenner. (Docket No. 13016)


Objection
Deadline:               December 29, 2011 at 4:00 p.m.


Objections/
Responses
Filed:                  See attached Exhibit B.


Status:                 A status hearing is going forward with respect to the one remaining

claim identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.

37.     Omnibus Objection to Claim - *Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 1/5/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11445)

Related
Documents:

a.      Docket Entry - LIQUIDATING TRUST'S OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED, SETTLED OR WITHDRAWN AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled

3/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11640)

b.      Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims(reduction of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late-filed claims, and disallowance of certain amended claims) (Re: related document(s)[11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 11677)

c.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; SUSTAINED OR SETTLED AS TO CERTAIN OTHERS AS SET OUT IN OPEN COURT (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Liquidating Trustee. (Docket No. 11778)

d.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

e.      Third Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims and disallowance
        of certain amended claims) (Re: related document(s)[11677] Order Re: Objection)
        (Docket No. 12008)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

g.    FOURTH Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection
To Landlord Claims (reduction of certain partially invalid claims, disallowance of
certain invalid claims, disallowance of certain late-filed claims, and disallowance
of certain amended claims)(Re: related document(s)[12008] Amended Order)
(Docket No. 12319)

h.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM

at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12525)

i.    Fifth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection To Landlord Claims (reeducation of certain partially invalid claims, disallowance of certain invalid claims, disallowance of certain late filed claims and disallowance of certain amended claims) (Re: related document(s)[12319] Supplemental Order) (Docket No. 12583)

j.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

k.      SIXTH Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection
        To Landlord Claims (reduction of certain partially invalid claims, disallowance of
        certain invalid claims, disallowance of certain late-filed claims, and disallowance
        of certain amended claims) (Re: related document(s)[12583] Supplemental Order)
        (Docket No. 12753)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

n.    Seventh Order Regarding Liquidating Trust's Twenty-Eight Omnibus Objection
      To Landlord Claims (reeducation of certain partially invalid claims,
      reclassification of certain misclassified claims, disallowance of certain invalid
      claims, disallowance of certain late-filed claims, disallowance of certain duplicate
      claims and disallowance of certain amended claims)(Re: related
      document(s)[12753] Supplemental Order) (Docket No. 12982)

o.    Eighth Order Regarding Liquidating Trust's Twenty-Eighth Omnibus Objection
      To Landlord Claims (reeducation of certain partially invalid claims,
      reclassification of certain misclassified claims, disallowance of certain invalid
      claims, disallowance of certain late-filed claims, disallowance of certain duplicate

claims and disallowance of certain amended claims) (Re: related
document(s)[12982] Supplemental Order) (Docket No. 12983)

p.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

q.  NINTH ORDER REGARDING LIQUIDATING TRUSTS TWENTY-EIGHTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, ANDDISALLOWANCE OF CERTAIN AMENDED CLAIMS)(Re: related document(s)[12983] Supplemental Order) (Docket No. 13051)

Objection
Deadline:                    December 29, 2011 at 4:00 p.m.

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

38.  Objection to Claim - *Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11807)

Related

Documents:

a.      Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO
        CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
        FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
        Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
        Bean for Trustee. (Docket No. 11960)

b.      Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection to Claims
        (Reduction of Certain Partially Invalid Claims and Disallowance of Certain
        Invalid Claims) (Re: related document(s)[11807] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12025)

c.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
        to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
        Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

d.    SECOND Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection
      To Claims (reduction of certain partially invalid claims and disallowance of
      certain invalid claims) (Re: related document(s)[12025] Order Directing) (Docket
      No. 12318)

e.    Corrected Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING
      TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION
      OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF*

*CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF HAWAIIAN ELECTRIC COMPANY, INC. (CLAIM NO. 1645)) (To Correct Related Document)* (Re: related document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12392)

f.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF PUBLIC SERVICE OF NEW HAMPSHIRE (CLAIM NO. 5164))* (Re: related document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12393)

g.      LIQUIDATING TRUST'S TWENTY-NINTH OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12526)

h.      Third Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection To Claims (reduction of certain partially invalid claims and disallowance of certain invalid claims) (Re: related document(s)[12318] Supplemental Order) (Docket No. 12645)

i.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit

274

City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

j.     CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
       CLAIMS; Objection to NSTAR GAS claim SUSTAINED (Re: related
       document(s)[11807] Objection to Claim filed by Circuit City Stores, Inc.
       Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
       Beran for Trustee. (Docket No. 12798)

k.     Fourth Order Sustaining Liquidating Trust's Twenty-Ninth Omnibus Objection To
       Claims (reduction of certain partially invalid claims and disallowance of certain

invalid claims) (Re: related document(s)[12645] Supplemental Order) (Docket No. 12856)

l.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

m.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | May 3, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

39.    Objection to Claim - *Liquidating Trust's Thirtieth Omnibus Objection to Claims
(Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth
Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing

scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11808)

Related
Documents:

a.  Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF D.L. PETERSON TRUST AS ASSIGNEE OF PHH VEHICLE MANAGEMENT SERVICES LLC (CLAIM NO. 9788))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11921)

b.  Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Bean for Trustee. (Docket No. 11960)

c.    Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12026)

d.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS-- CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.   SECOND Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims (disallowance of certain invalid claims)(Re: related document(s)[12026] Order Directing) (Docket No. 12317)

f.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF CENTRAL MAINE POWER (CLAIM NO. 1689))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12296)

g.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF JOHNSON COUNTY POWER BOARD (CLAIM NO. 1680))* (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12297)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12527)

i.   Third Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To Claims (disallowance of certain invalid claims) (Re: related document(s)[12317] Supplemental Order) (Docket No. 12606)

j.   CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,

Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for
Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12661)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
        City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

l.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
CLAIMS; Objection to Claim of the City of Chicago SUSTAINED (Re: related
document(s)[11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trust. (Docket No. 12923)

m.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

n.     Fourth Order Sustaining Liquidating Trust's Thirtieth Omnibus Objection To
       Claims (Disallowance of certain invalid claims) (Re: related document(s)[12606]
       Supplemental Order) (Docket No. 13075)


Objection
Deadline:            May 3, 2012

Objections/
Responses
Filed:               See attached Exhibit B.

Status:              The Trust has resolved the Objection as it relates to certain claims
                     as more particularly described on Exhibit B.  A status hearing is
                     going forward with respect to those claims for which a response
                     was filed as identified on Exhibit B.  **Those parties who filed a
                     response do not need to appear at the hearing. Such parties'
                     rights will not be affected at this hearing.**  During the hearing
                     the Liquidating Trust will advise the Court that the status hearing
                     will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                     those claims for which a response was filed.  With respect to those
                     claims to which a response was not filed but to which the
                     Liquidating Trust agreed to continue the hearing and requisite
                     response deadline, as identified on Exhibit B, the Liquidating Trust
                     will advise the Court that the status hearing will be adjourned to

October 24, 2013 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

40.    Objection to Claim - *Liquidating Trust's Thirty-First Omnibus Objection to Claims (Disallowance of Certain Invalid Claims) & Notice of Liquidating Trust's Thirtieth Omnibus Objection to Claims (Disallowance of Certain Invalid Claims)* Hearing scheduled 5/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 11809)

Related
Documents:

a.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF MADISON GAS AND ELECTRIC COMPANY (CLAIM NO. 1764))* (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11922)

b.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUSTS THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF NEW YORK STATE ELECTRIC AND GAS AND CORPORATION (CLAIM NO. 212))* (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11917)

c.    Docket Entry - LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE(Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled 7/10/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Bean for Trustee. (Docket No. 11960)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders
to be submitted as to those Settled or Resolved (Re: related document(s)[10024]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing
scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad
St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

e.    SECOND Order Sustaining Liquidating Trust's thirty-First Omnibus Objection To
Claims (disallowance of certain invalid claims) (Re: related document(s)[12040]
Supplemental Order) (Docket No. 12316)

f.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIM OF
MISHAWAKA UTILITIES (CLAIM NO. 3109))* (Re: related document(s)[11809]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by
Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc.
Liquidating Trust. (Docket No. 12391)

g.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trust. (Docket No. 12528)

h.      Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF
CERTAIN INVALID CLAIMS) SOLELY WITH RESPECT TO THE CLAIMS OF
TUCSON ELECTRIC POWER COMPANY (CLAIM NOS. 1040 AND 1691))* (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12572)

i.      CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
CLAIMS (Re: related document(s)[11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran and A. Caine for Trust; M. Reghetti (telephonically) for
Claimants Hernandez, Card, Skaff and Gentry. (Docket No. 12661)

j.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

k.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

l.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
       WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

m.    Third Order Sustaining Liquidating Trust's Thirty-First Omnibus Objection To
      Claims (Disallowance of certain invalid claims)(Re: related document(s)[12316]
      Supplemental Order) (Docket No. 13072)


Objection

Deadline:                    May 3, 2012

Objections/
Responses
Filed:                        See attached <u>Exhibit B</u>.

Status:                      A status hearing is going forward with respect to those claims for
                             which a response was filed as identified on <u>Exhibit B</u>.    **Those
                             parties who filed a response do not need to appear at the
                             hearing. Such parties' rights will not be affected at this
                             hearing.**  During the hearing the Liquidating Trust will advise the
                             Court that the status hearing will be adjourned to October 24, 2013
                             at 2:00 p.m.  with respect to those claims for which a response was
                             filed.  With respect to those claims to which a response was not
                             filed but to which the Liquidating Trust agreed to continue the
                             hearing and requisite response deadline, as identified on <u>Exhibit B</u>,
                             the Liquidating Trust will advise the Court that the status hearing
                             will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to
                             those claims.  **Those parties do not need to appear at the
                             hearing.  Such parties' rights will not be affected at this
                             hearing.**

41.    Notice and Objection to Claim - *Liquidating Trust's Thirty-Second Omnibus Objection to
       Claims (Disallowance of Certain Invalid Indemnification Claims)* Hearing scheduled
       7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
       Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
       Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11843)

       Related
       Documents:

             a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--
                  CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
                  RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
                  TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE;
                  Orders to be submitted as to those Settled or Resolved (Re: related
                  document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
                  Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores,
                  Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
                  Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
                  City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
                  Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed
                  by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
                  filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
                  Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection
                  to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051]

Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.   Order Sustaining Liquidating Trust's Thirty-Second Omnibus Objection To Claims (disallowance of certain invalid indemnification claims) (Re: related document(s)[11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12315)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection

to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trust. (Docket No. 12528)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE
CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND
THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062]
Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust,
[10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores,

Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating

Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12920)

|  |  |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim for which a response was filed as identified on Exhibit B. **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

42.     Notice and Objection to Claim - *Liquidating Trust's Thirty-Third Omnibus Objection to Claims (Disallowance of Certain Miscellaneous Human Resources Claims)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11844)

Related Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  Order Sustaining Liquidating Trust's Thirty-Third Omnibus Objection To Claims
(disallowance of certain miscellaneous human resources claims) (Re: related
document(s)[11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12314)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

e. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
     FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
     TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
     EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
     to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
     Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
     filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
     by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
     Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12920)

g.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                June 26, 2012

Objections/
Responses            See attached <u>Exhibit B</u>.
Filed:

Status:              The Trust has resolved the one remaining claim, and this Objection
                     may hereafter be removed from the Court's agenda.

43.    Notice and Objection to Claim - *Liquidating Trust's Thirty-Fifth Omnibus Objection to
       Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated
       Claims, or Disallowance of Certain Invalid Claims, as Applicable (Short Term Incentive
       Program)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom,
       701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner &
       Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11846)

       Related
       Documents:

       a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
            FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
            TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
            EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
            or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit
            City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
            Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  Order Sustaining Liquidating Trust's Thirty-Fifth Omnibus Objection To Claims:
Reduction Of Certain Partially Invalid Claims or Disallowance Of Certain Invalid
Claims; As Applicable (short term incentive program) (Re: related
document(s)[11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12312)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran

for Trust. (Docket No. 12528)

d. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

g.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the one remaining claim, and this Objection may hereafter be removed from the Court's agenda. |

44.   Notice and Objection to Claim - *Liquidating Trusts Thirty-Eighth Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims, as Applicable* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of

Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11849)

Related
Documents:

a.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.   Order Sustaining Liquidating Trust's Thirty-eight omnibus objections, (reduction of certain partially invalid claims, fixing certain partially invalid claims as applicable (Re: related document(s)[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12307)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.   Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE SOLELY WITH RESPECT TO THE CLAIMS OF TUCSON ELECTRIC POWER COMPANY AND PUBLIC SERVICE OF NEW HAMPSHIRE (CLAIM NOS. 1039, 1694 AND 5164))* (Re: related document(s)[11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12573)

e.   Letter *WITHDRAW OF THIS CLAIM amount $6045.04* filed by Wisconsin Power & Light. (Docket No. 12539)

   f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
       Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
       CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
       WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
       DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
       City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
       Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

|  |  |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the |

hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

45.     Notice and Objection to Claim - *Liquidating Trust's Thirty-Ninth Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11850)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.   First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12306)

c.   Supplemental First Order Regarding Liquidating Trust's Thirty-Ninth Omnibus
Objection To Landlord Claims (reduction of certain invalid claims-mitigation)(Re:
related document(s)[12306] Order Re: Objection) (Docket No. 12358)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge

Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

e.   Second Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12306] Order Re: Objection) (Docket No. 12604)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City

321

Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g. THIRD Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12604] Supplemental Order) (Docket No. 12749)

h. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.   Fourth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12749] Supplemental Order) (Docket No. 12973)

k.   Fifth Order Regarding Liquidating Trust's Thirty-Ninth Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12973] Supplemental Order) (Docket No. 12974)

l.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.

Lynn Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS THIRTY-NINTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION)(Re: related document(s)[12974] Supplemental
Order) (Docket No. 13049)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

46.  Notice and Objection to Claim - *Liquidating Trust's Fortieth Omnibus Objection to
Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled
7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of
Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11851)

Related
Documents:

a.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  First Order Regarding Liquidating Trust's Fortieth Omnibus Objection to Landlord
    Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
    Trust) (Docket No. 12305)

c.  Supplemental First Order Regarding Liquidating Trust's Fortieth Omnibus Objection

To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12305] Order Re: Objection) (Docket No. 12324)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

e.   Second Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related document(s)[12305] Order Re: Objection) (Docket No. 12603)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.   THIRD Order Regarding Liquidating Trust's Fortieth Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[12603] Supplemental Order) (Docket No. 12750)

h.   Fourth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12750] Supplemental Order) (Docket No. 12832)

i.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless

Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

k.   Fifth Order Regarding Liquidating Trust's Fortieth Omnibus Objection To Landlord
     Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12832] Supplemental Order) (Docket No. 12975)

l.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

m.  SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTIETH OMNIBUS
OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN INVALID
CLAIMS-MITIGATION) (Re: related document(s)[12975] Supplemental Order)
(Docket No. 13053)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to |

those claims for which a response was filed. With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on <u>Exhibit B</u>, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

47.   Notice and Objection to Claim - *Liquidating Trust's Forty-First Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11852)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.   First Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12304)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.  Second Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
document(s)[12304] Order Re: Objection) (Docket No. 12584)

e.  Statement *Notice of Withdrawal of Proof of Claim Number 14110* filed by Jennifer
McLain McLemore of Christian & Barton, LLP on behalf of Jordan Landing, LLC.
(Docket No. 12636)

f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

g.  THIRD Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12584] Supplemental Order) (Docket No. 12751)

h.  Fourth Order Regarding Liquidating Trust's Forty-First Omnibus Objection To
    Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
    document(s)[12751] Supplemental Order) (Docket No. 12829)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

j.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

k.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
    Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
    CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
    WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
    DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
    City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
    Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

l. FIFTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION)(Re: related document(s)[12829] Supplemental
Order) (Docket No. 13054)

m. SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-FIRST
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
INVALID CLAIMS-MITIGATION (Re: related document(s)[12829] Supplemental
Order) (Docket No. 13055)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** |

48. Notice and Objection to Claim - *Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11853)

Related
Documents:

a. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO

EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12272)

b.  First Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related document(s)[5015] Objection to Claim filed by Circuit City Stores, Inc.) (Docket No.

12303)

    c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

    d.   SECOND Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12303] Order Re: Objection) (Docket No. 12550)

    e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation)(Re: related
     document(s)[12550] Supplemental Order) (Docket No. 12742)

g.   Fourth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
     Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
     document(s)[12742] Supplemental Order) (Docket No. 12828)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO

CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.   Fifth Order Regarding Liquidating Trust's Forty-Second Omnibus Objection To
Landlord Claims (reduction of certain invalid claims-mitigation) (Re: related
document(s)[12828] Supplemental Order) (Docket No. 12986)

k.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

l.    SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-SECOND
      OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
      INVALID CLAIMS-MITIGATION) (Re: related document(s)[12986] Supplemental
      Order) (Docket No. 13057)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.   A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.   **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.  with respect to those claims for which a response was filed.  With respect to those |

claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims. **Those parties do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**

49.    Notice and Objection to Claim - *Liquidating Trust's Forty-Third Omnibus Objection to Landlord and Contractor Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain Late Filed Claims, and Disallowance of Certain Amended Claims)* Hearing scheduled 7/10/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 11854)

Related
Documents:

a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b. First Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and Contractor Claims(reduction of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late filed claims, and disallowance of certain
amended claims)(Re: related document(s)[11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) (Docket No. 12302)

c. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

d.  SECOND Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To Landlord and Contractor Claims (reduction of certain partially invalid claims, reclassification of certain misclassified claims, disallowance of certain invalid claims, disallowance of certain late-filed claims and disallowance of certain amended claims) (Re: related document(s)[12302] Order Re: Objection) (Docket No. 12551)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

f.   THIRD Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and contractor Claims (reduction of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid
     claims, disallowance of certain late-filed claims, and disallowance of certain
     amended claims) (Re: related document(s)[12551] Supplemental Order) (Docket No.
     12743)

g.   Fourth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
     Landlord and Contractor Claims(reduction of certain partially invalid claims,
     reclassification of certain misclassified claims, disallowance of certain invalid
     claims, disallowance of certain late-filed claims, disallowance of certain duplicate
     claims and disallowance of certain amended claims) (Re: related document(s)[12743]
     Supplemental Order) (Docket No. 12827)

h.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
     WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12795)

i.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
    FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
    TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
    EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
    to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to
    Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to

Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
6/6/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000,
Richmond, Virginia. (Docket No. 12920)

j.  Fifth Order Regarding Liquidating Trust's Forty-Third Omnibus Objection To
Landlord and Contractor Claims (reeducation of certain partially invalid claims,
reclassification of certain misclassified claims, disallowance of certain invalid
claims, disallowance of certain late-filed claims, disallowance of certain duplicate
claims and disallowance of certain amended claims)(Re: related document(s)[12827]
Supplemental Order) (Docket No. 12985)

k.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at
Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
Lynn Tavenner for Trustee. (Docket No. 13015)

l.   SIXTH ORDER REGARDING LIQUIDATING TRUSTS FORTY-THIRD
     OMNIBUS OBJECTION TO LANDLORD AND CONTRACTOR CLAIMS
     (REDUCTION OF CERTAIN PARTIALLY INVALID
     CLAIMS,RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
     DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF
     CERTAIN LATE-FILED CLAIMS,AND DISALLOWANCE OF CERTAIN
     AMENDED CLAIMS)(Re: related document(s)[12985] Supplemental Order)
     (Docket No. 13058)

Objection
Deadline:              June 26, 2012

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                The Trust has resolved the Objection as it relates to certain claims
                       as more particularly described on Exhibit B.  A status hearing is
                       going forward with respect to those claims for which a response
                       was filed as identified on Exhibit B.   **Those parties who filed a
                       response do not need to appear at the hearing. Such parties'
                       rights will not be affected at this hearing.**  During the hearing
                       the Liquidating Trust will advise the Court that the status hearing
                       will be adjourned to October 24, 2013 at 2:00 p.m. with respect to
                       those claims for which a response was filed.  With respect to those
                       claims to which a response was not filed but to which the
                       Liquidating Trust agreed to continue the hearing and requisite
                       response deadline, as identified on Exhibit B, the Liquidating
                       Trust will advise the Court that the status hearing will be
                       adjourned to October 24, 2013 at 2:00 p.m. with respect to those
                       claims.  **Those parties do not need to appear at the hearing.**

**Such parties' rights will not be affected at this hearing.**

50.     Notice and Objection to Claim – *Forty-Fourth Omnibus Objection to Claims
(Disallowance of Certain Invalid Personal Injury Claims)* Hearing scheduled 7/10/2012
at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City
Stores, Inc. Liquidating Trust. (Docket No. 11992)

Related
Documents:

a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE; Orders to be submitted as to those Settled
or Resolved (Re: related document(s)[10024] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled 10/9/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12272)

b.  Order Sustaining Liquidating Trust's Forty-Fourth Omnibus Objection To Claims
(disallowance of certain invalid personal injury claims) (Re: related
document(s)[11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating
Trust) (Docket No. 12323)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS
FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re:
related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trust. (Docket No. 12528)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran
for Trustee. (Docket No. 12660)

e. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket
No. 12795)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED
FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS
TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO
EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection
to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to
Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed
by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by

Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by
Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00
PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12920)

g.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH
WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City

Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City
Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn
Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | June 26, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the three remaining claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.** |

51.   Notice and Objection to Claim – *LIQUIDATING TRUSTS FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (PAID TIME OFF)* Hearing scheduled 10/9/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12353)

Related
Documents:

a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE; (Re: related document(s)[11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12354] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trust. (Docket No. 12528)

b.   Order Sustaining Liquidating Trust's Forty-Fifth Omnibus Objection To Claims; Reduction Of Certain Partially Invalid Claims, Fixing of Certain Unliquidated Claims, or Disallowance Of Certain Invalid Claims, As Applicable (paid time off)(Re: related document(s)[12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12607)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

d. LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 12795)

e.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | October 2, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | The Trust has resolved the one remaining claim, and this Objection may hereafter be removed from the Court's agenda. |

52.     Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FORTY-
SEVENTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS (MULTIPLE HR PROGRAMS
CLAIMED))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner
of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
(Docket No. 12394)

Related

Documents:

    a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b.  Order Sustaining Liquidating Trust's Forty-Seventh Omnibus Objection To Claims: Reduction Of Certain Partially Invalid Claims, Fixing Of Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (multiple HR Programs Claimed) (Re: related document(s)[12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12741)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

    d.    Third Order Sustaining Liquidating Tryst's Forty-Seventh Omnibus Objection To
Claims; Reduction of certain partially invalid claims, fixing of certain
unliquidated claims, or disallowance of certain invalid claims (multiple HR
Programs Claimed) (Re: related document(s)[12988] Supplemental Order)
(Docket No. 13077)

Objection
Deadline:    November 29, 2012

Objections/
Responses
Filed:    See attached <u>Exhibit B</u>.

Status:    The Trust has resolved the Objection as it relates to certain claims as more
particularly described on <u>Exhibit B</u>.  A status hearing is going forward
with respect to the one remaining claims for which a response was filed as
identified on <u>Exhibit B</u>.  **Said party does not need to appear at the
hearing.  Such party's rights will not be affected at this hearing.**
During the hearing the Liquidating Trust will advise the Court that the
status hearing will be adjourned to October 24, 2013 at 2:00 p.m.

53.    Notice and Objection to Claim (*NOTICE OF LIQUIDATING TRUST'S FORTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (UNPAID*

*WAGES))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12395)

Related
Documents:

  a.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.   Order Sustaining Liquidating Trust's Forty-Eighth Omnibus Objection to Claims:
     Reduction of Certain Partially Invalid Claims, Fixing of Certain Unliquidated
     Claims, or Disallowance of Certain Invalid Claims, as Applicable (Unpaid
     Wages) (Re: related document(s)[12395] Objection to Claim filed by Circuit City
     Stores, Inc. Liquidating Trust) (Docket No. 12702)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.   Second Order Sustaining Liquidating Trust's Forty-Eighth Omnibus Objection To
     Claims; Reduction of Certain Partially Invalid Claims, Fixing Of Certain
     Unliquidated Claims; or Disallowance of Certain Invalid Claims As Applicable
     (unpaid wages)(Re: related document(s)[6125] Order Directing) (Docket No.
     12949)

f.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS

WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                  November 29, 2012

Objections/
Responses
Filed:                      See attached Exhibit B.

Status:                    A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.

54.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS (DEFERRED COMPENSATION PLAN))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12396)

Related
Documents:

a.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.   Order Sustaining Liquidating Trust's Forty-Ninth Omnibus Objection to Claims:
     Fixing of Certain Unliquidated Claims (Deferred Compensation Plan) (Re: related
     document(s)[12396] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust) (Docket No. 12703)

c.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
     Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
     CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
     WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
     DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
     City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

55.     Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (SPECIAL CASH RETENTION PROGRAM))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12419)

Related Documents:

a.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE

DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,

Virginia. P. Beran for Trustee. (Docket No. 12660)

b.  Order Sustaining Liquidating Trust's Fifty-Third Omnibus Objection to Claims:
Reduction of Certain Partially Invalid Claims or Disallowance of Certain Invalid
Claims, as Applicable (Special Cash Retention Program) (Re: related
document(s)[12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12707)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

  d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the three remaining claims for which a response was filed as identified on Exhibit B. **Those parties do not need to appear at the hearing. Said parties' rights will not be affected at this hearing.** During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

56.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, OR RESTORATION OF PREVIOUSLY EXPUNGED CLAIMS, AS APPLICABLE (LONG TERM INCENTIVE PLAN))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12426)

Related
Documents:

a.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; Responses withdrawn from F. Telegadas & L. McDonald to allow claims; (Re: related document(s)[12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12666)

b.    Order Sustaining Liquidating Trust's Fifty-Seventh Omnibus Objection to Claims: Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, or Restoration of Previously Expunged Claims, as Applicable (Long Term Incentive Plan) (Re: related document(s)[12426] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12711)

c.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit

389

City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless

Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.     Second Order Sustaining Liquidating Trust's Fifty-Seventh Omnibus Objection To Claims: Fixing Of Certain Unliquidated Claims, Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Or Restoration Of Previously Expunged Claims, As Applicable ((Long Term Incentive Plan))) (Re: related document(s)[12711] Order Re: Objection) (Docket No. 13073)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached <u>Exhibit B</u>. |
| Status: | The Trust has resolved the Objection as it relates to certain claims as more particularly described on <u>Exhibit B</u>.  A status hearing is going forward with respect to the two remaining claims as identified on <u>Exhibit B</u>.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

57.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS OR DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS, AS APPLICABLE (PENNSYLVANIA SERVICE CENTER))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12427)

Related Documents:

a.     LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.  Order Sustaining Liquidating Trust's fifty-Eighth Omnibus Objection to Claims:

Reduction of Certain Partially Invalid Claims or Disallowance of Certain
Duplicate Claims, As Applicable (Pennsylvania Service Center) (Re: related
document(s)[12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) (Docket No. 12712)

c.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
    CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING
    RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
    TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
    related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
    Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
      Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
      CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
      WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
      DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
      City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                    November 29, 2012

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:                      A status hearing is going forward with respect to the one remaining
                             claim as identified on Exhibit B.  **Said party does not need to
                             appear at the hearing. Such party's rights will not be affected at
                             this hearing.**  During the hearing the Liquidating Trust will advise
                             the Court that the status hearing will be adjourned to October 24,
                             2013 at 2:00 p.m.

58.   Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S FIFTY-NINTH
      OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED
      CLAIMS, REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, OR*

*DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE
(SEVERANCE))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens'
Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner
of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust.
(Docket No. 12428)

Related
Documents:

    a.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
          Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
          CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
          WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
          DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12397] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12456] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. P. Beran for Trustee. (Docket No. 12660)

b.  Order Sustaining Liquidating Trust's Fifty-Ninth Omnibus Objection to Claims:
Fixing of Certain Unliquidated Claims, Reduction of Certain Partially Invalid
Claims, or Disallowance of Certain Invalid Claims, as Applicable (Severance)
(Re: related document(s)[12428] Objection to Claim filed by Circuit City Stores,
Inc. Liquidating Trust) (Docket No. 12713)

c.  CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
CLAIMS; Objection to claim of Ken J. Young SUSTAINED by agreement (Re:
related document(s)[12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12800)

d.  Second Order Sustaining Liquidating Trust's Fifty-Ninth Omnibus Objection To
Claims; Fixing Of Certain Unliquidated Claims; Reduction of Certain Partially
Invalid Claims; or Disallowance Of Certain Invalid Claims, as Applicable
(severance) (Re: related document(s)[12713] Order Re: Objection) (Docket No.
12951)

e.  CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED
CLAIMS; Objection to Claim of Steven E. Jackson SUSTAINED (Re: related
document(s)[12428] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Paula
Beran for Trust. (Docket No. 12924)

f.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,

Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:            November 29, 2012

Objections/
Responses
Filed:               See attached Exhibit B.

Status:      The Trust has resolved the Objection as it relates to certain claims as more particularly described on Exhibit B.  A status hearing is going forward with respect to those claims for which a response was filed as identified on Exhibit B.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims for which a response was filed.  With respect to those claims to which a response was not filed but to which the Liquidating Trust agreed to continue the hearing and requisite response deadline, as identified on Exhibit B, the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties do not need to appear at the hearing.  Such parties' rights will not be affected at this hearing.**

59.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12439)

Related
Documents:

a.    Order Sustaining Liquidating Trust's Sixtieth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Re: related document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12714)

b.    Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S LIQUIDATING TRUSTS SIXTIETH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIM) SOLELY WITH RESPECT TO THE CLAIM OF JAMIE LAMAR (CLAIM NO. 14182))* (Re: related document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12771)

c.        Withdrawal *(NOTICE OF WITHDRAWAL OF LIQUIDATING TRUST'S
         LIQUIDATING TRUST'S SIXTIETH OMNIBUS OBJECTION TO CLAIMS
         (DISALLOWANCE OF CERTAIN LATE CLAIM) SOLELY WITH RESPECT TO
         THE CLAIM OF SUSAN RICHARDSON (CLAIM NO. 13958))* (Re: related
         document(s)[12439] Objection to Claim filed by Circuit City Stores, Inc.
         Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf
         of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12772)

d.        LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
         Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
         TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
         WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
         RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
         filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. (Docket No. 12795)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

f.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
        TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
        RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

| | |
|---|---|
| Objection Deadline: | November 29, 2012 |
| Objections/ Responses Filed: | See attached Exhibit B. |
| Status: | A status hearing is going forward with respect to the one remaining claim as identified on Exhibit B.  **Said party does not need to appear at the hearing. Such party's rights will not be affected at this hearing.**  During the hearing the Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m. |

60.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS: DISALLOWANCE OF CERTAIN INVALID SCHEDULED CLAIMS AND REDUCTION OF CERTAIN PARTIALLY INVALID SCHEDULED CLAIMS)* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12442)

Related
Documents:

a.    CONTINUED FOR STATUS HEARING AS TO REMAINING UNRESOLVED CLAIMS; objections to Deloitte, Mid Carolina, and Scranton Times withdrawn; SUSTAINED as to other non responded claims; order to be submitted. (Re: related document(s)[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12667)

b.    Order Sustaining Liquidating Trust's Sixty-Second Omnibus Objection to Claims: Disallowance of Certain Invalid Scheduled Claims and Reduction of Certain Partially Invalid Scheduled Claims (Re: related document(s)[12442] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12716)

c.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11845] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11847] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11848] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12425] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,
Virginia. (Docket No. 12795)

d.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
      CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
      RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
      TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
      related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
      Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO
        CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE
        DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit

City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11808] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11809] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11850] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11851] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11852] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11853] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11854] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [11992] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12353] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12394] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12395] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12396] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12419] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12426] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12427] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12428] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12439] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12442] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12445] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust, [12446] Objection to Claim filed by Circuit
City Stores, Inc. Liquidating Trust) Hearing scheduled for 8/27/2013 at 10:00 AM
at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond,

Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                    November 29, 2012

Objections/
Responses
Filed:                       See attached Exhibit B.

Status:          The Trust has resolved the Objection as it relates to certain claims
                 as more particularly described on Exhibit B.  A status hearing is
                 going forward with respect to those claims for which a response
                 was filed as identified on Exhibit B.  **Those parties who filed a
                 response do not need to appear at the hearing.  Such parties'
                 rights will not be affected at this hearing.**  During the hearing the
                 Liquidating Trust will advise the Court that the status hearing will
                 be adjourned to October 24, 2013 at 2:00 p.m. with respect to those
                 claims for which a response was filed.  With respect to those claims
                 to which a response was not filed but to which the Liquidating
                 Trust agreed to continue the hearing and requisite response
                 deadline, as identified on Exhibit B, the Liquidating Trust will
                 advise the Court that the status hearing will be adjourned to October
                 24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties
                 do not need to appear at the hearing.  Such parties' rights will
                 not be affected at this hearing.**

61.    Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-THIRD
       OMNIBUS OBJECTION TO CLAIMS: FIXING OF CERTAIN UNLIQUIDATED
       CLAIMS; REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS; OR
       DISALLOWANCE OF CERTAIN INVALID CLAIMS, AS APPLICABLE (HUMAN
       RESOURCES CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge
       Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn
       L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating
       Trust. (Docket No. 12445)

       Related
       Documents:

       a.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
               Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
               TO CLAIMANTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
               WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
               RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
               filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
               filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
               filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b.      CONTINUED FOR STATUS HEARING AS TO REMAINING
        UNRESOLVED CLAIMS; Claimants Elizabeth R. Warren, James H. Wimmer

Jr. & William Harmon continued; All other Objections are SUSTAINED (Re:
related document(s)[12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 4/11/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. P.
Beran for Trustee. (Docket No. 12801)

c.      Order Sustaining Liquidating Trust's Sixty-Third Omnibus Objection To Claims;
        Fixing Of Certain Unliquidated Claims; Reduction Of Certain Partially Invalid
        Claims; or Disallowance of Certain Invalid Claims; As Applicable (Human
        Resources Claims) (Re: related document(s)[12445] Objection to Claim filed by
        Circuit City Stores, Inc. Liquidating Trust) (Docket No. 12950)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
        CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
        RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
        TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
        related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

e.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
        TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
        RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

f.    Second Order Sustaining Liquidating Trust's Sixty-Third Omnibus Objection To
Claims: Fixing of certain unliquidated claims, reduction of certain partially
invalid claims; or disallowance of certain invalid claims as applicable (Human
Resources Claims) (Re: related document(s)[12950] Order Re: Objection)
(Docket No. 13076)

Objection
Deadline:              November 29, 2012

Objections/
Responses
Filed:                 See attached Exhibit B.

Status:                A status hearing is going forward with respect to the one remaining
claim for which a response was filed as identified on Exhibit B.
**Said party does not need to appear at the hearing. Such party's
rights will not be affected at this hearing.**  During the hearing the

Liquidating Trust will advise the Court that the status hearing will be adjourned to October 24, 2013 at 2:00 p.m.

62.  Notice and Objection to Claim *(NOTICE OF LIQUIDATING TRUST'S SIXTY-FOURTH OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS))* Hearing scheduled 12/6/2012 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Docket No. 12446)

Related Documents:

a.  LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12397] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12456] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
2/7/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. P. Beran for Trustee. (Docket No. 12660)

b.      Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection to
        Landlord Claims (Reduction of Certain Partially Invalid Claims) (Re: related
        document(s)[12446] Objection to Claim filed by Circuit City Stores, Inc.
        Liquidating Trust) (Docket No. 12719)

c.      Second Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To
        Landlord Claims (reduction of certain partially invalid claims) (Re: related
        document(s)[12719] Order Directing) (Docket No. 12840)

d.      LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
        Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
        TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
        WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
        RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
        filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11444] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11843] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11845] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11847] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11848] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12425] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
4/11/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. (Docket No. 12795)

e.   LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS
     CONTINUED FOR STATUS HEARING AS TO CLAIMAINTS FILING
     RESPONSES AND AS TO THOSE CLAIMANTS WITH WHOM THE
     TRUSTEE HAS AGREED TO EXTEND THE RESPONSE DEADLINE (Re:
     related document(s)[10024] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10039] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10040] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10041] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10042] Objection to Claim filed by Circuit City Stores, Inc.
     Liquidating Trust, [10043] Objection to Claim filed by Circuit City Stores, Inc.

Liquidating Trust, [10045] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10046] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10047] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10051] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10052] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10053] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10061] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10062] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10072] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [10073] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11388] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11402] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11403] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11404] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11444] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11807] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11809] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11843] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11844] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11845] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11846] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11847] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11848] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11849] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11850] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11851] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11852] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11853] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11854] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [11992] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12353] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12395] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12396] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12419] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12425] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12426] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12427] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12439] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12442] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12445] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust, [12446] Objection to Claim filed by Circuit City Stores, Inc.
Liquidating Trust) Hearing scheduled for 6/6/2013 at 02:00 PM at Judge
Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.
(Docket No. 12920)

f.    Third Order Regarding Liquidating Trust's Sixty-Fourth Omnibus Objection To
Landlord claims (reduction of certain partially invalid claims) (Re: related
document(s)[12840] Supplemental Order). (Docket No. 12987)

g.    LIQUIDATING TRUST'S OMNIBUS OBJECTIONS TO CLAIMS--Unless
Otherwise Noted in open Court, CONTINUED FOR STATUS HEARING AS
TO CLAIMAINTS FILING RESPONSES AND AS TO THOSE CLAIMANTS
WITH WHOM THE TRUSTEE HAS AGREED TO EXTEND THE
RESPONSE DEADLINE (Re: related document(s)[10024] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10039] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10040] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10041] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10042] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10043] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10045] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10046] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10047] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10051] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10052] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10053] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10061] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10062] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10072] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [10073] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11388] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11402] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11403] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11404] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11807] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11808] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11809] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11844] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11846] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11849] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11850] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11851] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11852] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11853] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11854] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [11992] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12353] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12394] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12395] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12396] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12419] Objection to Claim

filed by Circuit City Stores, Inc. Liquidating Trust, [12426] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12427] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12428] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12439] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12442] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12445] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust, [12446] Objection to Claim
filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for
8/27/2013 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm.
5000, Richmond, Virginia. Lynn Tavenner for Trustee. (Docket No. 13015)

Objection
Deadline:                    November 29, 2012

Objections/
Responses
Filed:                        See attached Exhibit B.

Status:                      The Trust has resolved the Objection as it relates to certain claims
                             as more particularly described on Exhibit B.  A status hearing is
                             going forward with respect to those claims for which a response
                             was filed as identified on Exhibit B.   **Those parties who filed a
                             response do not need to appear at the hearing. Such parties'
                             rights will not be affected at this hearing.**  During the hearing the
                             Liquidating Trust will advise the Court that the status hearing will
                             be adjourned to October 24, 2013 at 2:00 p.m. with respect to those
                             claims for which a response was filed.  With respect to those claims
                             to which a response was not filed but to which the Liquidating
                             Trust agreed to continue the hearing and requisite response
                             deadline, as identified on Exhibit B, the Liquidating Trust will
                             advise the Court that the status hearing will be adjourned to October
                             24, 2013 at 2:00 p.m. with respect to those claims.  **Those parties
                             do not need to appear at the hearing.  Such parties' rights will
                             not be affected at this hearing.**

Dated: Richmond, Virginia
      August 25, 2013

TAVENNER & BERAN, PLC

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*