**August 14, 2013**

**William C. Redden, Clerk**
**U. S. Bankruptcy Court**
**Eastern District of VA**
**701 East Broad Street**
**Richmond, VA 23219**

**RE: Case #08-35653-KRH**
   **Circuit City, Chapter 11**

**Dear Mr. Redden:**

**Yesterday we received 2 envelopes from Herndon, VA, with return addresses for BAE Systems. However, the documents inside related to the Circuit City lawsuit. Possibly in the next day or so we'll get 2 more envelopes, and the mix-up will be corrected?**

**RE the Circuit City situation – we're both 73, and wondering if this matter will be resolved before we die? Based on your experience, and knowledge of the Case, is there any way of providing an educated guess?**

**Thank you!**

DONALD F. & REBECCA A. PETERSON
**6510 Charles Ct., Macungie, PA 18062**