IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Federal Warranty Services Corporation, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Federal Warranty Services Corporation
Attn CEO
260 Interstate Cir SE
Atlanta, GA 30339

**New Address [Creditor]**
Federal Warranty Services Corporation
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

**Old Address [Notice Party(ies)]**
American Bankers Insurance Company of Florida
Attn Senior Vice President
11222 Quail Roost Dr
Miami, FL 33157

American Bankers Insurance Insurance Company of Florida
General Counsel
11222 Quail Roost Dr
Miami, FL 33157

**New Address [Notice Party(ies)]**
Federal Warranty Services Corporation
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Jorden Burt LLP
Frank Burt
1025 Thomas Jefferson St NW Ste 400 East
Washington, DC 20007-0805

Sureway Inc
Attn CEO
11222 Quail Roost Dr
Miami, FL 33157

United Service Protection Inc
Attn CEO
400 Carillon Pkwy Ste 300
St Petersburg, FL 33716

Dated: 8/28/13

Joe Erdeman
CEO
770.763.1428

Debra Busbee

NOTARY PUBLIC COBB COUNTY GEORGIA
MY COMMISSION EXPIRES DECEMBER 3, 2013