UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> **CIRCUIT CITY STORES, INC. et al.** <br><br> Debtors. | Case No.: 08-35653 (KRH) <br><br> Jointly Administered <br><br> Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that WORKING MACHINES CORPORATION, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery, XII, LP, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim #1350, filed 12/19/2008), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
WORKING MACHINES CORPORATION
2170 DWIGHT WAY
BERKELEY, CA 94704

NEW ADDRESS
WORKING MACHINES CORPORATION
c/o United States Debt Recovery XII, LP
5575 Kietzke Lane, Suite A
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct.

WORKING MACHINES CORPORATION

Print Name: Bruce Hoffman    Title: CEO

Signature: *[signature]*    Date: August 29, 2013