# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**  
Name of Transferee

**VESTAR QCM, L.L.C.**  
Name of Transferor

Name and Address where notices to transferee should be sent

Name and Current Address of Transferor

CONTRARIAN FUNDS, LLC  
411 WEST PUTNAM AVE., STE. 425  
GREENWICH, CT 06830  
ATTN: ALISA MUMOLA  
PHONE 203-862-8211

VESTAR QCM, L.L.C.  
C/O WILLIAM NOVOTNY  
MARSICAL WEEKS MCINTYE & FRIEDLANDER PA  
2901 NORTH CENTRAL AVENUE, STE. 200  
PHOENIX, AZ 85012

**Claim No. 8227**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____September 18, 2013_____  
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

**Vestar QCM, L.L.C.**, an Arizona limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 12, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 8227 (the "Claim"), in the agreed current principal amount listed of $1,711,374.85, against Circuit City Stores, Inc., et al., the Debtors in the bankruptcy proceedings in the United States Bankruptcy Court for the Easter District of Virginia, case no. 08-35653 (KRH) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12 day of September 2013.

(Assignor)
VESTAR QCM, L.L.C.,
an Arizona limited liability company

    By: VESTAR ARIZONA LX, L.L.C.,
        an Arizona limited liability company
    Its: Managing Member

By: _____
Name: R. Patrick McGinley
Title: Manager
Telephone: 602 866 0510

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: COO/CFO
Telephone: _____

- 5 -

84705366_2