UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re
    CIRCUIT CITY STORES, INC. et al.

        Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Vestar QCM, L.L.C., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 8227 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Vestar QCM, L.L.C.
c/o William Novotny
Marsical Weeks McIntye & Friedlander PA
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012

New Address
Vestar QCM, L.L.C.
c/o Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2013

**VESTAR QCM, L.L.C.,**
an Arizona limited liability company

By: VESTAR ARIZONA LX, L.L.C.,
    an Arizona limited liability
Its: Managing Member

By: _____
Name: _____R. Patrick McGinley___
Title: _____Manager_____