210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 09/18/2013 (date).

**Name and Address of Alleged Transferor:**

Claim No. : VESTAR QCM, L.L.C., C/O WILLIAM NOVOTNY,
MARSICAL WEEKS MCINTYE & FRIEDLANDER PA, 2901 NORTH
CENTRAL AVENUE, STE. 200, PHOENIX, AZ 85012

**Name and Address of Transferee:**

Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/20/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2013.
11991459      +VESTAR QCM, L.L.C.,   C/O WILLIAM NOVOTNY,   MARSICAL WEEKS MCINTYE & FRIEDLANDER PA,
               2901 NORTH CENTRAL AVENUE, STE. 200,   PHOENIX, AZ 85012-2797

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2013 at the address(es) listed below:
         Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
         Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
         Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com.
         Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
         Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
         Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
          ajackins@seyfarth.com
         Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
          ajackins@seyfarth.com
         Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
         Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
         Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
         Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
         Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com

District/off: 0422-7          User: luedecket          Page 2 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com

District/off: 0422-7          User: luedecket          Page 3 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          aepps@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
          Partnership aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,   avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
              aepps@cblaw.com,   avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
              avaughn@cblaw.com
              Belkys  Escobar   on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
              Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Belkys  Escobar   on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
              Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
              Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
              backerly@hunton.com,   cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
              backerly@hunton.com,   cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
              backerly@hunton.com,   cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
              backerly@hunton.com,   cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              backerly@hunton.com,   cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
              cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
              Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              bgodshall@pszjlaw.com
              Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
              rodom@wtplaw.com
              Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
              benglander@wtplaw.com,   rodom@wtplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net,    lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
          Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
          bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
          gideon.korrell@snrdenton.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: luedecket          Page 7 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor    Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com/dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
          rodom@wtplaw.com/dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com/dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
          cajones@wtplaw.com,  rodom@wtplaw.com/dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
          rodom@wtplaw.com/dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
          nferenbach@kaplanfrank.com
          Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
          Tech christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
          dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 58              Date Rcvd: Sep 18, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc., dba The Arizona
          Republic christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
          TV christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
          Star christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
           Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
           and/or Tucson Citizen christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
          Craig Benson Young    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
          Partnership craig.young@kutakrock.com,
          lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig Benson Young    on behalf of Defendant    World Richman Manufacturing Corporation
          craig.young@kutakrock.com,
          lynda.wood@kutakrock.com;whitney.corbett@kutakrock.com;neo.tran@kutakrock.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;pparson@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com
          Curtis Gilbert Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

District/off: 0422-7          User: luedecket          Page 12 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata   on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
           ksears@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com,
           cscott@stinson.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David H. Dickieson    on behalf of Defendant    SYNNEX Corporation, a/k/a New Age Electronics, a
           division of SYNNEX Corporation ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: luedecket          Page 13 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
               dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
               dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
               dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
               Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
               RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com
              David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
               and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
               rmcburney@hf-law.com
              David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com
              David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
              David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
               druby@t-mlaw.com,    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
               tleonard@gfrlaw.com
              David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
              David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
               dlannetti@vanblk.com,    drichards@vanblk.com;mdowns@vanblk.com
              David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
              Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
               Pittsburgh, PA dkessler@bakerlaw.com
              Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
               Revenue Services denise.mondell@ct.gov
              Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov
              Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
               dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com

District/off: 0422-7          User: luedecket          Page 14 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse   Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse   Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse   Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse   Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse   Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee    CPH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7          User: luedecket          Page 15 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
             dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
             dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
             dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
             dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
             dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
             Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
             Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
             dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
             dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
             rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    King Broadcasting Company, doing business as KING-TV
             and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
             dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Dylan G. Trache   on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
                 rours@wileyrein.com;khertz@wileyrein.com
           Dylan G. Trache   on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
                 rours@wileyrein.com;khertz@wileyrein.com
           Dylan G. Trache   on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
                 rours@wileyrein.com;khertz@wileyrein.com
           Edward L. Rothberg   on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
                 mayle@hooverslovacek.com
           Elizabeth A. Elam   on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
                 wenditaylort@toase.com;lnares@toase.com
           Elizabeth L. Gunn   on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
                 Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Elizabeth L. Gunn   on behalf of Defendant    Longacre Opportunity Fund, L.P.
                 egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
           Ellen A. Friedman   on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
                 ramona.neal@hp.com;ken.higman@hp.com
           Emily M. Charley   on behalf of Creditor    IGate Global Solutions, Limited
                 echarley@hansonbridgett.com
           Eric C. Cotton   on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
           Eric Christopher Rusnak   on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
                 klgatesbankruptcy@klgates.com
           Eric J. Snyder   on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
           Erika L. Morabito   on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
           Erika L. Morabito   on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
                 emorabito@pattonboggs.com
           Erin Elizabeth Kessel   on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Defendant    Mitek Corporation (MTX) ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                 ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    South Carolina Electric & Gas Company and Public
                 Service of North Carolina ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Cleveland Construction, Inc.
                 ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
           Erin Elizabeth Kessel   on behalf of Creditor James  Lubary ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;echildress@spottsfain.com
          F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
              ffm@bostonbusinesslaw.com
          Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
              fpepler@peplermastromonaco.com
          Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
              fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
              rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
              mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
              ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
              glaymon@mglspc.com, ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
              glaymon@mglspc.com, ameador@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
              ameador@mglspc.com
          Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com,   mdicocco@wbmllp.com
          Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com,   mdicocco@wbmllp.com
          Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
          Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
              gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
          German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
              alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
              notices@becket-lee.com
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
              Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
          Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
              Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
              agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
              gfornario@nixonpeabody.com,   khall@nixonpeabody.com;mdillon@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
              christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
              ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
              Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
              Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
              Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
              Group, Inc. hbroberts@live.com,   droberts1949@live.com

District/off: 0422-7          User: luedecket          Page 18 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
          Partnership hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
          hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@mckennalong.com,
          sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
          dfolds@mckennalong.com, sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
          sparson@mckennalong.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
          jackson.toof@arentfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
          jackson.toof@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
          bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
          ell@spottsfain.com;tmoore@spottsfain.com;echildress@spottsfain.com

```
District/off: 0422-7          User: luedecket          Page 19 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          James R. Schroll   on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
          James R. Schroll   on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor    AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,  acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke   on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@orrick.com
          James Winston Burke   on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke   on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@orrick.com
          James Winston Burke   on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant    MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
              kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.   on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor    Ricmac Equities Corporation
              admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
              ecf@krcl.com
          Jason B. Binford   on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
              ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour   on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour   on behalf of Creditor    Public Company Accounting Oversight Board
              jharbour@hunton.com
          Jeffrey Scharf   on behalf of Creditor    County of Spokane jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
          Jeffrey Scharf   on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
              tacspc@gmail.com;amanda@taxva.com
          Jeffrey Scharf   on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier   on behalf of Creditor    Missouri Attorney General's Office
              Jeff.Klusmeier@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
              Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corporation
              jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
    jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey S. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
    emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
    Creditors jpomerantz@pszjlaw.com
Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
    pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
    dennisj@ballardspahr.com,   pollack@ballardspahr.com
Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
    jwest@spottsfain.com,
    rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
    msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
    rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
    msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
    rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
    msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
    rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
    msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com

District/off: 0422-7         User: luedecket          Page 21 of 58            Date Rcvd: Sep 18, 2013
                            Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com;echildress@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: luedecket          Page 22 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
            Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
            Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
            Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
            Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
            Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
            avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore     on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
           Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cedar Development Ltd., a Florida Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;mkarnes@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore     on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party    Lexington Herald-Leader
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;mkarnes@cblaw.com

District/off: 0422-7        User: luedecket          Page 27 of 58          Date Rcvd: Sep 18, 2013
                           Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer V. Doran  on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
            calirm@haslaw.com
          Jeremy Brian Root  on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
            egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman  on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor  on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg  on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg  on behalf of Creditor   Toshiba America Information Systems, Inc.
            jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg  on behalf of Creditor   Washington Green TIC jeremy.friedberg@llff.com,
            ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams  on behalf of Creditor   Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor   Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Defendant   SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor   The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams  on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy W. Martin  on behalf of Creditor   Escambia County Tax Collector
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin  on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
          Jeremy W. Martin  on behalf of Interested Party   McCandlish Holton, PC
            jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan  on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan  on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall  on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi  on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi  on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes  on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party   Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party   Eatontown Commons Shopping  Center
            jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes  on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson  on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson  on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
            jsaronson@ridberglaw.com
          Joel T. Marker  on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker  on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery  on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
            jraftery@offitkurman.com
          John C. Smith  on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith  on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith  on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith  on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero  on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
          John D. McIntyre  on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com
          John D. McIntyre  on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com
          John D. McIntyre  on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com
          John D. McIntyre  on behalf of Creditor   Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com
          John D. McIntyre  on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com
          John D. McIntyre  on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/trobinson@wmlawgroup.com

```
District/off: 0422-7          User: luedecket          Page 28 of 58          Date Rcvd: Sep 18, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
          pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@mckennalong.com,    sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company
          jlamoureux@carltonfields.com,    delliott@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
          johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
          johncraigg@aol.com,    russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,    russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
            jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   inVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
            Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
             harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
             harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
             Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
             cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
             cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
             cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
             cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
             Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
             Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
             kmiller@wileyrein.com,  rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
             kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
             Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
             County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
             District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
             klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
             Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
             Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
             District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
             District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
             bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin M. Newman    on behalf of Creditor     Sangertown Square, L.L.C. knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor     EklecCo NewCo, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor     Landover (Landover Crossing), LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor     Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor     Fingerlakes Crossing, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
               wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
               krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Creditor     New World Communications of Detroit, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     NW Communications of Phoenix, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     NW Communications of Texas, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     New World Communications of Atlanta, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor     Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     New World Communications of Tampa, Inc.
               khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant     KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor   Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor   Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
               Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers    on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin  Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
          Kristin  Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura  Otenti    on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
               eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
               Margaret@rlglegal.com
          Leon Y. Tuan    on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com

District/off: 0422-7        User: luedecket        Page 32 of 58        Date Rcvd: Sep 18, 2013
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
             gadams@Starr-Law.com
            Leonidas  Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
             lkouts@magruderpc.com,  mcook@magruderpc.com
            Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
             lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
            Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
             regenhardtl@gmail.com
            Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
            Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
            Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
             nkatzen@reedsmith.com
            Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
             nkatzen@reedsmith.com
            Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
             Partnership lkim@siwpc.com,   lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
             of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
             lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
            Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
             lhamiel@siwpc.com

District/off: 0422-7          User: luedecket          Page 33 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
                lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
                loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
                LDOLAN@nixonpeabody.com,
                was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
                chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
                ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                com;vstreet@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
      slonon@gustlaw.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
      mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
      mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
      mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
      sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
      kjaros@busmanandbusman.com
    Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
      kjaros@busmanandbusman.com
    Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
    Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
    Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
    Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
      mconlan@gibbonslaw.com
    Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
      mconlan@gibbonslaw.com
    Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
      of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
      holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
      PARTNERSHIP mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
      mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
    Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
      mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
              Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
              Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
              mark.sherrill@sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
              Interactive, Inc. mdtaylor@kilpatricktownsend.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC
              mdtaylor@kilpatricktownsend.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
              State of Texas, and Greg Abbott, as Attorney General of the State of Texas
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
              Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,  amanda@taxva.com
              Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com
              Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
              mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor    Monterey County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    San Bernardino County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Placer County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Riverside County California romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
              martin.brown@lawokc.com
              Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com,  akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Robert  Gentry matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com

District/off: 0422-7          User: luedecket          Page 36 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman    on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward    on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder    on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder    on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed    on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Sony Electronics, Inc.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   JP Morgan Chase & Co.
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Cole Capital Partners, LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor   Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley    on behalf of Creditor   White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor   Whitestone Development Partners, L.P.
          mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com, avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
              mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
              Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
              America mmueller@cblaw.com,  avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
              avaughn@cblaw.com
              Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7              User: luedecket              Page 38 of 58              Date Rcvd: Sep 18, 2013
                                 Form ID: trc                 Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
   mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
   avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
   mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
   avaughn@cblaw.com
Michael E. Hastings   on behalf of Creditor   Eastern Security Corp.
   michael.hastings@leclairryan.com
Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
   mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
   Mall mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
   dba Howland Commons mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
   mkogan@koganlawfirm.com
Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
   Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
   Continental Property Management Corp., and Inland Commerc mpark@cblh.com
Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
   swatson@jackscamp.com;iluaces@jackscamp.com
Mona M. Murphy   on behalf of Transferee   ON Corp. USA, Inc. and ON Corp.
   mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
Mona M. Murphy   on behalf of Creditor   Thomas, Inc. mona.murphy@akerman.com,
   crystal.gaymon@akerman.com;janet.scruggs@akerman.com
Mona M. Murphy   on behalf of Creditor   Thomson, Inc. mona.murphy@akerman.com,
   crystal.gaymon@akerman.com;janet.scruggs@akerman.com

```
District/off: 0422-7          User: luedecket        Page 39 of 58         Date Rcvd: Sep 18, 2013
                              Form ID: trc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
           mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
           mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
           Rutherford LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
           ress@spottsfain.

```
District/off: 0422-7          User: luedecket          Page 40 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
             Engineering nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
             Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
             LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
             ress@spottsfain.

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
            LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
            Denton Gateway, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com;echild
            ress@spottsfain.
Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
            nwhittenburg@millermartin.com, mcsmith@millermartin.com
Nikki Amber Ott    on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
Nikki Amber Ott    on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
            bfears@law.ga.gov, jjacobs@law.ga.gov
P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
            mroberts@poolemahoney.com
Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
            rarnold@rc.com
Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
           Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
             ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
           Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
           Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
             Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
           Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
             pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
           Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
             tchildersn@canfieldbaer.com
           Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
             tchildersn@canfieldbaer.com
           Paul McCourt Curley   on behalf of Creditor Laurie   Lambert-Gaffney pcurley@canfieldbaer.com,
             tchildersn@canfieldbaer.com
           Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Defendant   Export Development Canada
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. and San Jose Mercury-News,
             Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
             Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
             pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
           Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
     East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
     Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
     pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
     pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
     pschrader@fullertonlaw.com
     Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
     pschrader@fullertonlaw.com
     Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
     L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
     pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
     rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
     Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
     pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 44 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,   marbury@bwst-law.com
             Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
             Peter  Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
             Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
              pgreenburg@aol.com
             Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
             Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
              Administration peter.roth@doj.nh.gov
             Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
              pstrniste@rc.com,   kcooper@rc.com
             Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
              pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
              pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
              pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
              pete@zemanianlaw.com
             Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
          pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
          ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
          ppearl@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
          john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
          cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
          rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
          C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
          hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
          Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
          richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard E. Hagerty   on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Attorney    Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Creditor    Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Lear   on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor    Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor    Sharp Electronics Corporation
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant    Sharp Electronics Corporation
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Export Development Canada (EDC)
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture lcornett@hillrainey.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          lcornett@hillrainey.com
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers lcornett@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
          rscully@stites.com,  vshockey@stites.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarinol@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert Ryland Musick   on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
             Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
             Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Creditor     IGate Global Solutions, Limited bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
             Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    Northeast Ohio Marketing Network, LLC
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
             Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
             Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    International Business Machines Corporation
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    The Herald Publishing Company, LLC
             bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
             karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Creditor     Panasonic Corporation of North America
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Old Republic Insurance Company
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Counter-Claimant    Eastman Kodak Company
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     National A-1, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Galleria Plaza, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Cyber Power Systems (USA), Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Vector Security, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Towne Square Plaza rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    COMSYS Information Technology Services, Inc. and
             COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Klaussner Furniture Industries, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    The CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Pop's Cosmic Counters, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party    Marblegate Asset Management
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Cameron Group Associates LLP
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     Taubman Auburn Hills Associates Limited
             Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor     TXU Engergy Retail Company LLC
             rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
             rwestermann@hf-law.com,  rmcburney@hf-law.com

District/off: 0422-7              User: luedecket          Page 49 of 58          Date Rcvd: Sep 18, 2013
                                 Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor   CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald Allen Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
           ryan.day@leclairryan.com,  sarah.kelly@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
          kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
          sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Satchidananda  Mims    smims21@hotmail.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
          scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
          scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
          sfranklin@vanblk.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz   on behalf of Creditor    Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila L. Shadmand   on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert   on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephen A. Metz   on behalf of Creditor    Saul Holdings Limited Partnership
            smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
          Stephen E. Leach   on behalf of Creditor    Children's Discovery Centers of America, Inc.
            sleach@ltblaw.com,  msarata@ltblaw.com;ksears@ltblaw.com
          Stephen G. Murphy   on behalf of Creditor    Massachusetts Department of Revenue
            Murphys@dor.state.ma.us
          Stephen K. Gallagher   on behalf of Creditor    CWCapital Asset Management LLC
            sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt   on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld   on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    Red Rose Commons Associates, L.P.
            steveng@cohenbaldinger.com,  cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
            steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
            Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
            brown@wolriv.com
          Steven L. Brown   on behalf of Defendant   Construct, Inc. brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   Construct, Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown   on behalf of Creditor   The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
            tannweiler@greerherz.com
          Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
            thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor   Robert E. Greenberg   Gateway Woodside, Inc.
            tmurphy@dclawfirm.com,
            rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
            dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
            Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
            thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
            thomas.mcintosh@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
            hallc@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
            tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
            tjamerson@hunton.com, tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor   Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor   John P. Raleigh trepczynski@offitkurman.com,
            lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Loren  Stocker trepczynski@offitkurman.com,
            lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
            trepczynski@offitkurman.com, lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
            trepczynski@offitkurman.com, lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
            trepczynski@offitkurman.com, lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
            bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
            croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
            tmackey@stinson.com
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
            tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
            nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
            nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
            nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
            nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
            nferenbach@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
               tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
               Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
               Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
               situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
               tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
               nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
               rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
               reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
               victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
               victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
               victoria.garry@ohioattorneygeneral.gov
              Vivienne  Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
               dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
               walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
               LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
               and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
               ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
               jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
               Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
               wroenker@cityofchesapeake.net
              William  Heuer   on behalf of Transferee   Korea Export Insurance Corporation
               wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
               wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
               wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
               Courier aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
               aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 54 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Burnett    on behalf of Interested Party  DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  American National Insurance Company
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Westlake Limited Partnership
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
          TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Tax Collector, Polk County, Florida
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  SouthPeak Interactive LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  SouthPeak Interactive, LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Eon Communications Corporation
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Dick's Sporting Goods, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff  Carmax Auto Superstores, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Dick's Sporting Goods Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Burbank Mall Associates, LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant  Brookfield Global Relocation Services, LLC, f/k/a
          GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor  Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Gray    on behalf of Creditor  Ray Mucci's Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Snell Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  PrattCenter, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Route 146 Millbury LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Station Landing LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Marlton VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Premier Contracting, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant  The Procter & Gamble Company and The Procter & Gamble
          Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Movant  Vornado Realty Trust bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor  Gateway Woodside, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    Intertech Security of Maryland, LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Lee County, Mississippi Tax Collector
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Interstate Augusta Properties LLC
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
            bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
              of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor William E. McCorey, Jr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
              bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
          bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com

```
District/off: 0422-7          User: luedecket         Page 58 of 58          Date Rcvd: Sep 18, 2013
                             Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          William H. Schwarzschild, III    on behalf of Creditor   MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor   Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak Khan    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com,
          George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                            TOTAL: 2213
```