**Change of Address**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al<br>(the "Debtors") | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 15118

**PLEASE TAKE NOTICE** that United States Debt Recovery V L.P., as assignee of Enid Two LLC, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

United States Debt Recovery V L.P.,
as assignee of Enid Two LLC
5575 Kietzke Lane, Suite A
Reno, NV 89511

New Address for Notices and Payments:

United States Debt Recovery V L.P.,
as assignee of Enid Two LLC
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

**Enid Two LLC**

**By: United States Debt Recovery V, L.P., it Power of Attorney**

By: _[signature]_
Name: Nathan E. Jones
Title: Managing Director