Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

– and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**FOURTEENTH ORDER REGARDING LIQUIDATING TRUST'S
TWENTIETH OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS,
RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS,
DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE
OF CERTAIN LATE-FILED CLAIMS, DISALLOWANCE OF CERTAIN
DUPLICATE CLAIMS AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, Disallowance of Certain Duplicate Claims and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit H attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a further status conference on October 24, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

arising from or relating to this Order.


Dated: Richmond, Virginia
_____, 2013


                HONORABLE KEVIN R. HUENNEKENS
                UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC


*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
            - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
            - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
Liquidating Trust's Twentieth Omnibus Objection to Landlord Claims
**EXHIBIT A**
**OBJECTIONS ADJOURNED TO OCTOBER 24, 2013**

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Basser Kaufman 222 LLC<br>Attn James S Carr Esq Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 8678 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14703 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Basser Kaufman 312 LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>101 Park Ave<br>New York, NY 10178 | 12509 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Basser Kaufman<br>Attn Marc Kemp<br>335 Central Ave<br>Lawrence, NY 11559 | 14416 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CC Investors 1996 14<br>William A Broscious Esquire<br>Kepley Broscious & Biggs PLC<br>2211 Pump Rd<br>Richmond, VA 23233-3507 | 11572 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CC Investors 1996 9<br>Attn Kelly Serenko Dir Lease Adm<br>Kamin Realty Company<br>PO Box 10234<br>Pittsburgh, PA 15232-0234 | 11829 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD<br>Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12541 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Cencor Realty Services Inc Agent for SWQ 35 Forum LTD<br>Located in San Antonio TX<br>c o David L Pollack Esq<br>Ballard Sparh Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12544 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12583 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Centro Properties Group ta Baybrook Gateway Webster TX<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12616 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| CK Richmond Business Services No 2 Limited Liability Company<br>c/o Niclas A Ferland Esq<br>LeClairRyan A Professional Corporation<br>555 Long Wharf Dr 8th Fl<br>New Haven, CT 06511 | 8151 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12468 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Colonial Square Associates<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 13449 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc and Melville Realty Company Inc<br>Mark Minuti<br>Saul Ewing LLP<br>222 Delaware Ave Ste 1200<br>PO Box 1266<br>Wilmington, DE 19899 | 14362 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| CVS Pharmacy Inc<br>Attn Edith K Altice Esq<br>Saul Ewing LLP<br>500 E Pratt St 8th Fl<br>Baltimore, MD 21202 | 7492 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Donahue Schriber Realty Group, LP<br>c/o Trainor Fairbrook,<br>Attn: Nancy Hotchkiss<br>980 Fulton Avenue<br>Sacramento, CA 95825 | 12863 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12086 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |

12304-003\DOCS_LA:236615v1

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Federal Realty Investment Trust ta Troy Hills Shopping Center Parsippany NJ<br>c/o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 | 12085 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 8782 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 11990 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Marlton VF LLC<br>c/o Vornado Realty Trust<br>210 Route 4 East<br>Paramus, New Jersey 07652<br>Attn.: Mei Cheng | 13971 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Park National Bank as assignee of rents under Henrico County Virginia Deed of Lease with CK Richmond Business Services No 2<br>Attn Richard C Maxwell<br>Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 9009 | EXHIBIT G<br>AMENDED CLAIMS TO BE EXPUNGED |
| Parkdale Mall Associates LP<br>c o Scott M Shaw Esq<br>Husch Blackwell Sanders LP<br>2030 Hamilton Pl Blvd Ste 150<br>Chattanooga, TN 37421 | 12201 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 12855 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Starpoint Properties LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14343 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC<br>attn: Richard C. Maxwell, Esq.<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 14798 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Weingarten Miller Sheridan LLC<br>c/o Weingarten Realty Investors<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, Texas 77008<br>Attn: Jenny J. Hyun, Esq. | 11158 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 12416 | EXHIBIT C<br>REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS |
| Wells Fargo Bank Northwest NA<br>Attn Richard C Maxwell<br>c o Woods Rogers PLC<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12023 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12004 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12011 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12012 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12013 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 13079 | EXHIBIT F<br>LATE FILED CLAIMS TO BE EXPUNGED |
| Wells Fargo Bank Northwest NA<br>Attn Krystal Bagshaw<br>299 S Main St 12th Fl<br>Salt Lake City, UT 86111 | 13079 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 12014 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |

| Name & Address | Claim Number | Exhibit |
|---|---|---|
| Wells Fargo Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>Roanoke, VA 24011 | 14315 | EXHIBIT E<br>INVALID CLAIMS TO BE EXPUNGED |