Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| | : | Jointly Administered |

**SEVENTH ORDER REGARDING LIQUIDATING TRUST'S FORTY-SECOND
OMNIBUS OBJECTION TO LANDLORD CLAIMS
(REDUCTION OF CERTAIN INVALID CLAIMS-MITIGATION)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Forty-Second Omnibus Objection to Landlord Claims (Reduction of Certain Invalid Claims-Mitigation), (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference on October 24, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2013

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

/s/ *Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lynn L. Tavenner
Lynn L. Tavenner

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 13445 | 700 Jefferson Road II LLC<br>Attn James S Carr<br>Robert L LeHane<br>Kelley Dyre & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12465 | Benderson Properties Inc and Donald E Robinson<br>Attn James S Carr Robert L LeHane<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 |
| 12089 | Berkshire Management Corp Agent for Berkshire Amherst LLC ta Amherst Crossing Amherst NH<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103-7599 |
| 13462 | DDR MDT Fairfax Town Center LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12840 | DDR Norte LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 11782 | Shoppes At River Crossing LLC<br>c o Stephen Warsh<br>General Growth<br>Properties Inc 110 N<br>Wacker Dr BSC 1 26<br>Chicago, IL 60606 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 12770 | Shoppes of Beavercreek Ltd<br>Attn Kimberly A<br>Pierro Esq Kutak Rock LLP<br>1111 E Main St Ste 800<br>Richmond, VA 23219 |
| 12193 | SOUTHAVEN TOWNE CENTER II LLC<br>C O SCOTT M SHAW ESQ<br>HUSCH BLACKWELL SANDERS LLP 2030<br>HAMILTON PL BLVD STE 150<br>CHATTANOOGA, TN 37421 |
| 5559 | Southwinds Ltd<br>Aaron Gafni Esq<br>Greenberg Glusker Fields Claman & Macht 1900 Avenue of the Stars Ste 2100<br>Los Angeles, CA 90067 |
| 12855 | Starpoint Properties LLC<br>c o LNR Partners LLC<br>2005 C1 Shoopes of Plantation Acres LLC 1601 Washington Ave Ste 700<br>Miami Beach, FL 33139 |
| 2901 | Station Landing LLC<br>John C La Liberte<br>Esq Sherin and Lodgen LLP 101 Federal St<br>Boston, MA 02110 |
| 12684 | SVSC II LP c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |

2

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 8939 | TEAM RETAIL WESTBANK LTD ATTN WORTH R WILLIAMS 9362 HOLLOW WAY RD DALLAS, TX 75220 |
| 11000 | The City Portfolio LLC, et al. Red Mountain as Successor in Interest to T c/o Contrarian Capital Management, L.L.C. 411 West Putnam Ave Ste 425 Greenwich, CT 06830 |
| 1897 | The Hutensky Group LLC agent for HRI Lutherville Station LLC ta Lutherville Station Lutherville MD c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |
| 7024 | The Marvin L Oates Trust c o Trainor Fairbrook Attn Nancy Hotchkiss 980 Fulton Ave Sacramento, CA 95825 |
| 12472 | The Randall Benderson 1993 1 Trust and WR 1 Associates LTD Attn James S Carr Esq Robert L LeHane Kelley Dyre & Warren LLP 101 Park Ave New York, NY 10178 |
| 14476 | The Village at Rivergate Limited Partnership c o Scott M Shaw Esq Husch Blackwell Sanders LLP 2030 Hamilton Pl Blvd Ste 150 Chattanooga, TN 37421 |

3

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 12699 | TOWSON VF LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY<br>TRUST 210 RTE 4 E<br>PARAMUS, NJ 07652 |
| 9643 | Tutwiler Properties Ltd<br>c o Heather A Lee<br>Burr & Forman LLP<br>420 N 20th St Ste 3400<br>Birmingham, AL 35203 |
| 9537 | Tysons Corner Holdings LLC<br>Macerich Tysons Corner Superstore<br>Thomas J Leanse Esq<br>c o Katten Muchin Rosenman LLP 2029 Century Pk E 26th Fl<br>Los Angeles, CA 310-788-4400 |
| 8107 | UBS Realty Investors LLC<br>Agent for Happy Valley Town Center Phoenix AZ<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |
| 1898 | UBS Realty Investors LLC<br>agent for Wayside Commons Investors LLC ta Wayside Commons Burlington MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl<br>Philadelphia, PA 19103 |

4

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 5809 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12735 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 14519 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12819 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12588 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 12589 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 8614 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 14520 | United States Debt Recovery V LP<br>940 Southwood Bl Ste 101<br>Incline Village, NV 89451 |
| 15116 | United States Debt Recovery<br>V LP Assignee of CC<br>Properties LLC<br>United States Debt Recovery<br>V LP 940 Southwood Blvd<br>Ste 101<br>Incline Village, NV 89451 |
| 15115 | United States Debt Recovery<br>V LP Assignee of CC<br>Properties LLC<br>United States Debt Recovery<br>V LP 940 Southwood Blvd<br>Ste 101<br>Incline Village, NV 89451 |
| 15117 | United States Debt Recovery<br>V LP Assignee of CC<br>Properties LLC<br>United States Debt Recovery<br>V LP 940 Southwood Blvd<br>Ste 101<br>Incline Village, NV 89451 |
| 15113 | United States Debt Recovery<br>V LP Assignee of CC<br>Properties LLC<br>United States Debt Recovery<br>V LP 940 Southwood Blvd<br>Ste 101<br>Incline Village, NV 89451 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 15112 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15110 | United States Debt Recovery V LP Assignee of CC Properties LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15118 | United States Debt Recovery V LP Assignee of Enid Two LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15111 | United States Debt Recovery V LP Assignee of FRO LLC IX United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 15099 | United States Debt Recovery V LP Assignee of Johnstown Shopping Center LLC United States Debt Recovery V LP 940 Southwood Blvd Ste 101 Incline Village, NV 89451 |
| 12992 | Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partners t a Fort Evans Plaza II Leesburg c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 |

7

Case 08-35653-KRH    Doc 13127    Filed 09/26/13    Entered 09/26/13 12:28:34    Desc
Main Document    Page 12 of 20

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
| --- | --- |
| 14798 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14796 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14802 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 14797 | US Bank National Association as Purchaser of Assets of Park National Bank Attn Richard C Maxwell Esq c o Woods Rogers PLC 10 S Jefferson St Ste 1400 Roanoke, VA 24011 |
| 9633 | UTC I LLC Amy Pritchard Williams Esq K&L Gates LLP Hearst Tower 47th Fl 214 N Tryon St Charlotte, NC 28202 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 9746 | Ventura in Manhattan Inc<br>Attn Pamela Griffin Esq<br>3424 Peachtree Rd NE 9th Fl<br>Atlanta, GA 30326 |
| 9953 | Victoria Estates LTD<br>Magpond LLC Magpond A LLC and Magpond B LLC<br>Attn James S Carr<br>Esq Robert L<br>LeHane Esq Kelley<br>Drye & Warren 101<br>Park Ave<br>New York, NY 10178 |
| 12705 | VNO MUNDY STREET LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY<br>TRUST 210 RTE 4 E<br>PARMUS, NJ 07652 |
| 12629 | VNO TRU DALE MABRY LLC<br>C/O VORNADO REALTY<br>TRUST 210 ROUTE 4<br>EAST<br>PARAMUS, NJ 07652 |
| 8496 | VORNADO GUN HILL ROAD LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY<br>TRUST 210 RTE 4 E<br>PARAMUS, NJ 07652 |
| 8489 | Vornado North Bergen Tonnelle Plaza LLC<br>Attn Mei Cheng<br>c o Vornado Realty<br>Trust 210 Rte 4 E<br>Paramus, NJ 07652 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
| --- | --- |
| 12665 | Walton Hanover Investors V LLC<br>Attn James S Carr Esq<br>Robert L LeHane Esq<br>Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 12703 | Wayne VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty<br>Trust 210 Rte 4 E<br>Paramus, NJ 07652-0910 |
| 13480 | WCC Properties LLC<br>ADI Properties<br>1660 Union St Ste 400<br>San Diego, CA 92101 |
| 15261 | WCC Properties, LLC<br>Douglas A. Scott, PLC<br>1805 Monument Avenue, Suite 311<br>Richmond, VA 23220 |
| 12911 | WEC 96 D Appleton 2 Investment Trust<br>Attn Jason Blumberg<br>Esq Loeb & Loeb<br>LLP 345 Park Ave<br>New York, NY 10154 |
| 9647 | WEC 96D Niles Investment Trust<br>Neil D Goldman Esq<br>Young Goldman & Van<br>Beek PC 510 King St Ste 416<br>Alexandria, VA 22314 |

10

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
| --- | --- |
| 12572 | WEC 96D Springfield 1 Investment Trust<br>Attn Jason Blumberg<br>Esq Loeb & Loeb<br>LLP 345 Park Ave<br>New York, NY 10154 |
| 12685 | WEC 99A 1 LLC c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 12851 | WEC 99A 3 LLC c o Midland Loan Services Inc a Delaware Corporation<br>Midland Loan Services Inc<br>c o JP Morgan Chase Lockbox 974754<br>PNC Bank Lockbox<br>14800 Frye Rd TX1 0006<br>Fort Worth, TX 76155 |
| 11158 | Weingarten Miller Sheridan LLC<br>Attn Jenny J Hyun Esq<br>co Weingarten Realty<br>Investors 2600 Citadel<br>Plaza Dr Ste 125<br>Houston, TX 77008 |
| 12635 | Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty<br>Investors 2600 Citadel Plz<br>Dr Ste 125<br>Houston, TX 77008 |

11

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 12632 | Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty<br>Investors 2600 Citadel Plz<br>Dr Ste 125<br>Houston, TX 77008 |
| 9452 | Well Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA formerly known as Norwest Bank<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 2310 | Wells Fargo Bank NA<br>c o Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP 200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 |
| 9438 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |
| 9441 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as<br>Peyton Inge<br>c o Capmark Finance Inc 700 N Pearl St<br>Ste 2200<br>Dallas, TX 75201 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
| --- | --- |
| 9444 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 9450 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 9741 | Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 10034 | Wells Fargo Bank NA Sucessor By Merger To Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA As Peyton Inge c o Capmark Finance Inc 700 N Pearl St Ste 2200 Dallas, TX 75201 |
| 12023 | Wells Fargo Bank Northwest NA Krystal Bagshaw VP Wells Fargo Bank Northwest NA 299 S Main St MAC U1228 120 Salt Lake City, UT 84111 |

13

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 12416 | Wells Fargo Bank Northwest NA<br>Attn Krystal<br>Bagshaw 299 S<br>Main St 12th Fl<br>Salt Lake City, UT 86111 |
| 12004 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12009 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers<br>PLC Attn Richard C<br>Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>24038 Roanoke,<br>VA 24011 |
| 12011 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers<br>PLC Attn Richard C<br>Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>24038 Roanoke,<br>VA 24011 |
| 12012 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 12013 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013

| Claim Number | Name Address |
|---|---|
| 12014 | Wells Fargo Bank Northwest NA<br>Krystal Bagshaw VP<br>Wells Fargo Bank Northwest NA<br>299 S Main St<br>MAC U1228 120<br>Salt Lake City, UT 84111 |
| 13079 | Wells Fargo Bank Northwest NA<br>c o Woods Rogers<br>PLC Attn Richard C<br>Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125<br>24038 Roanoke,<br>VA 24011 |
| 12096 | William A Broscious Esq<br>Attn Kelly Serenko Dir<br>Lease Adm Kamin Realty<br>Company PO Box 10234<br>Pittsburgh, PA 15232 |
| 11526 | Woodmont Sherman LP<br>Attn James S Carr Esq Robert L<br>LeHane E Kelley Drye & Warren<br>LLP 101 Park Ave<br>New York, NY 10178 |
| 13438 | WR I Associates LTD<br>Attn James S Carr<br>Esq Robert L<br>LeHane Esq Kelley<br>Drye & Warren 101<br>Park Ave<br>New York, NY 10178 |
| 9372 | WRI Lakeside Marketplace LLC<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty<br>Investors 2600 Citadel<br>Plaza Dr Ste 125<br>Houston, TX 77008 |

In re Circuit City Stores, et. al., Case No. 08-35653 (KRH)
LIQUIDATING TRUST'S FORTY-SECOND OMNIBUS OBJECTION – EXHIBIT A
OBJECTIONS ADJOURNED TO OCTOBER 24, 2013