Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------x
In re:                                    : Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,        : Case No. 08-35653 (KRH)
                                          :
        Debtors.                          :
                                          : Jointly Administered
------------------------------x

**FOURTEENTH ORDER REGARDING LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS, RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS, DISALLOWANCE OF CERTAIN INVALID CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's First Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Reclassification of Certain Misclassified Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit G attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a status conference on October 24, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2013

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

/s/ *Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
        - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
        - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner

In re *Circuit City Stores*, et al.
Case No. 08-35653 (KRH)
**Exhibit A to Fourteenth Order Regarding Liquidating Trust's First Omnibus Objection to Landlord Claims**
**Alphabetical Listing of Claims for Which Status Conference Will Take Place on October 24, 2013 at 2:00 p.m.**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Bank of America National Association Successor by Merger to LaSalle Bank National Association Attn Diane Schapiro c o Berkadia Commercial Mortgage LLC 700 N Pearl St Ste 2200 Dallas, TX 75201 | 12663 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Capmark Finance Inc Keith M Aurzada & John C Leininger Bryan Cave LLP 2200 Ross Ave Ste 3300 | 14363 | Exhibit E Invalid Claims to be Expunged |
| Carolina Pavilion Company c o Amy Pritchard Williams Esq K&L Gates LLP 214 N Tryon St Hearst Tower 47th Fl Charlotte, NC 28202 | 12915 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Carolina Pavilion Company c o Amy Pritchard Williams Esq K&L Gates LLP 214 N Tryon St Hearst Tower 47th Fl Charlotte, NC 28202 | 14137 | Exhibit E Invalid Claims to be Expunged |
| Centro Properties Group ta Memphis Commons Memphis TN c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | 12560 | Exhibit C Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Memphis Commons Memphis TN c o David L Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St 51st Fl Philadelphia, PA 19103 | 12559 | Exhibit E Invalid Claims to be Expunged |
| Centro Properties Group ta Pensacola Square Pensacola FL c/o David L. Pollack Ballard Spahr Andrews & Ingersoll LLP 1735 Market St. 51st Fl. Philadelphia, PA 19103 | 12633 | Exhibit E Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Centro Properties Group ta Pensacola Square<br>Pensacola FL<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st Fl.<br>Philadelphia, PA 19103 | 12625 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8488 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Sharpstown Plaza Houston Tx<br>c/o David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St. 51st. Fl.<br>Philadelphia, PA 19103 | 8491 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| CHK LLC<br>Augustus C Epps Jr Esq<br>Christian & Barton LLP<br>909 E Main St Ste 1200<br>Richmond, VA 23219 | 14346 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |
| Circuit Investors #2 Ltd. A Texas Partnership<br>c/o Niclas A. Ferland, Esq.<br>LeClairRyan, A Professional Corporation<br>555 Long Wharf Drive, 8th Floor<br>New Haven, CT 06511 | 9037 | Exhibit G<br>Amended Claims to be Expunged |
| Drexel Delaware Trust c o Midland Loan Services Inc a Delaware Corporation<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12647 | Exhibit E<br>Invalid Claims to be Expunged |
| Drexel Delaware Trust c/o Midland Loan Services Inc., a Delaware corporation<br>c/o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St. Ste 1500<br>Dallas, Tx 75201 | 14347 | Exhibit E<br>Invalid Claims to be Expunged |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GECMC 2005 C2 South Lindbergh LLC (Transferee)<br>c/o Mindy A. Mora, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd. Ste 2500<br>Miami, FL 33131 | 14420 | Exhibit F<br>Late Filed Claims to be Expunged |
| Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12258 | Exhibit E<br>Invalid Claims to be Expunged |
| Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 | 11749 | Exhibit G<br>Amended Claims to be Expunged |
| U.S. Bank National Association, as purchaser of assets of Park National Bank<br>c/o Woods Rogers PLC, Attn: Richard C. Maxwell<br>10 S. Jefferson Street<br>Suite 1400<br>Roanoke, VA 24011 | 14797 | Exhibit C<br>Reduction of Certain Partially Invalid Claims |