Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and --

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC., et al.,  :   Case No. 08-35653 (KRH)
                              :
Debtors.                      :
                              :   Jointly Administered
------------------------------x

**TENTH ORDER REGARDING LIQUIDATING TRUST'S TWENTY-EIGHTH
OMNIBUS OBJECTION TO LANDLORD CLAIMS (REDUCTION OF CERTAIN
PARTIALLY INVALID CLAIMS, DISALLOWANCE OF CERTAIN INVALID
CLAIMS, DISALLOWANCE OF CERTAIN LATE-FILED CLAIMS, AND
DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court[1] on the Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims (Reduction of Certain Partially Invalid Claims, Disallowance of Certain Invalid Claims, Disallowance of Certain of Late Filed Claims, and Disallowance of Certain Amended Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C through Exhibit F attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Court will conduct a further status conference on October 24, 2013 at 2:00 p.m. for all Claims identified on Exhibit A attached hereto.

2. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

3. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2013

Sep 27 2013

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Entered on Docket: 9/27/13

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Lynn L. Tavenner*
Lynn L. Tavenner

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)
Liquidating Trust's Twenty-Eighth Omnibus Objection to Landlord Claims
**EXHIBIT A**
**OBJECTIONS ADJOURNED TO OCTOBER 24, 2013**

| Claim Holder | Claim | Exhibit |
|---|---|---|
| Alexanders Rego Shopping Center Inc<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652 | 12695 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Anna Schwartz Zoltan Schwartz Deborah Landman Eli Landman<br>Attn Mencahem O Zelmanovitz<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178-0060 | 11937 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bank of America National Association As Sucsessor By Merger to LaSalle Bank National Association fka LaSalle National Bank As<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9051 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bank of America National Association Successor By Merger to LaSalle Bank National Association fka LaSalle National Bank<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9454 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Berkshire Management Corp Agent for Berkshire Hyannis LLC Premises Located at 624 640 Iyanough Road Barnstable MA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103-0000 | 10814 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Bond CC IV DBT<br>Attn David Vanaskey Corporate Trust Administration<br>c o Wilmington Trust Company<br>1100 N Market St<br>Wilmington, DE 19890 | 8710 | Exhibit D: Invalid Claims to be Expunged |
| Bond Circuit IV Delaware Trust<br>Mark B Conlan Esq<br>Gibbons PC<br>One Gateway Ctr<br>Newark, NJ 07102-5310 | 15019 | Exhibit D: Invalid Claims to be Expunged |
| CAPITAL CENTRE LLC<br>C O BERT BITTOURNA ESQ<br>INLAND REAL ESTATE GROUP<br>2901 BUTTERFIELD RD 3RD FL<br>OAK BROOK, IL 60523 | 12743 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| CC 223 Andover Park East Tukwila LLC<br>Attn David J LaSota<br>c o Chapman and Cutler LLP<br>111 W Monroe St<br>Chicago, IL 60603 | 12706 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Springbrook Plaza Clanton OH<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12618 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Centro Properties Group ta Westminster City Center Westminster CO<br>c o David L Pollack Esq<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12542 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| Name/Address | Claim # | Exhibit |
|---|---|---|
| CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br>Overland Park, KS 66210 | 15245 | Exhibit D: Invalid Claims to be Expunged |
| CLF Trust<br>Joshua Azinger<br>c o Midland Loan Services<br>10851 Mastin Ste 3000<br>Overland Park, KS 66210 | 15243 | Exhibit D: Invalid Claims to be Expunged |
| CTL Trust<br>Kristin Bonczyski<br>c o Midland Loan Services<br>10851 Mastin Ste 300<br>Overland Park, KS 66210 | 15244 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| CWCapital Asset Management LLC as Special Servicer for Bank of America N A<br>Demetrios Morakis Capmark Finance Inc<br>7501 Wisconsin Ave Ste 500W<br>Bethesda, MD 20814 | 12846 | Exhibit D: Invalid Claims to be Expunged |
| DECATUR PLAZA I LLC<br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br>MIAMI BEACH, FL 33139 | 12777 | Exhibit D: Invalid Claims to be Expunged |
| DECATUR PLAZA I LLC<br>C O LNR PARTNERS LLC<br>1601 WASHINGTON AVE STE 700<br>MIAMI BEACH, FL 33139 | 12777 | Exhibit E: Late Filed Claims to be Expunged |
| Generation H One and Two Limited Partnership<br>3509 S Mason St<br>Fort Collins, CO 80525-2685 | 12537 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| GREECE RIDGE LLC<br>c o THOMAS W DANIELS ESQ<br>WILMORITE MANAGEMENT GROUP LLC<br>1265 SCOTTSVILLE RD<br>ROCHESTER, NY 14624 | 12622 | Exhibit E: Late Filed Claims to be Expunged |
| GREEN ACRES MALL LLC<br>ATTN MEI CHENG<br>C O VORNADO REALTY TRUST<br>210 ROUTE 4 E<br>PARAMUS, NJ 07652 | 12701 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Columbia Clifty LLC<br>c o Bert Bittourna Esq<br>Inland US Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12642 | Exhibit D: Invalid Claims to be Expunged |
| Inland Western Lewisville Lakepointe Limited Partnership<br>c o Bert Bittourna Esq<br>Inland Southwest Management LLC<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12645 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Phillipsburg Greenwich LLC<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12742 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western Richmond Maryland LLC<br>c o Bert Bittourna Esq<br>The Inland Real Estate Group Inc<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 13083 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Inland Western West Mifflin Century III LP<br>c o Bert Bittourna Esq<br>Inland US Management LLC Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 12640 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| International Speedway Square<br>Attn Mark A Bogdanowicz<br>c o Ice Miller LLP<br>One American Sq Ste 2900<br>Indianapolis, IN 46282-0200 | 12760 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| KSK SCOTTSDALE MALL LP<br>ATTN LEGAL DEPT<br>1800 MOLER RD<br>COLUMBUS, OH 43207 | 9245 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| Name/Address | Claim # | Exhibit |
|---|---|---|
| MB Fabyan Randall Plaza Batavia<br>c o Bert Bittourna Esq<br>Inland Real Estate Group<br>2901 Butterfield Rd 3rd Fl<br>Oak Brook, IL 60523 | 10023 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Midland Loan Services Inc<br>c o Katharine Battaia<br>Thompson and Knight LLP<br>1722 Routh St Ste 1500<br>Dallas, TX 75201 | 12311 | Exhibit D: Invalid Claims to be Expunged |
| National Western Life Insurance Company<br>Frederick Black & Tara B Annweiler<br>One Moody Plz 18th Fl<br>Galveston, TX 77550 | 7951 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| National Western Life Insurance Company<br>Frederick Black & Tara B Annweiler<br>One Moody Plz 18th Fl<br>Galveston, TX 77550 | 8136 | Exhibit D: Invalid Claims to be Expunged |
| Palm Springs Mile Associates Ltd<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12667 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Park Side Realty LP<br>c o Jeffrey Kurtzman Esq<br>Klehr Harrison Harvey Branzburg & Ellers LLC<br>260 S Broad St<br>Philadelphia, PA 19102 | 1862 | Exhibit D: Invalid Claims to be Expunged |
| Potomac Run LLC<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11956 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Rivergate Station Shopping Center LP<br>Attn Neil E Herman Esq<br>c o Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 902 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 12510 | Exhibit F: Amended Claims to be Expunged |
| Saugus Plaza Associates<br>Attn James S Carr Esq & Robert L LeHane Esq<br>Kelley Drye & Warren LLP<br>101 Park Ave<br>New York, NY 10178 | 14704 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Uniwest Management Services Inc Owner or Agent for Battlefield FE Limited Partners t a Fort Evans Plaza II Leesburg VA<br>c o David L Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103 | 12992 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| VNO TRU DALE MABRY LLC<br>C/O VORNADO REALTY TRUST<br>210 ROUTE 4 EAST<br>PARAMUS, NJ 07652 | 12629 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wayne VF LLC<br>Attn Mei Cheng<br>c o Vornado Realty Trust<br>210 Rte 4 E<br>Paramus, NJ 07652-0910 | 12703 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Weingarten Nostat Inc<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12635 | Exhibit D: Invalid Claims to be Expunged |
| Well Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA formerly known as Norwest Bank Minnesota NA<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9452 | Exhibit C: Reduction of Certain Partially Invalid Claims |

| Name/Address | Claim # | Exhibit |
|---|---|---|
| Wells Fargo Bank NA successor by merger to Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA as Trustee<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 9438 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wells Fargo Bank NA Sucessor By Merger To Wells Fargo Bank Minnesota NA fka Norwest Bank Minnesota NA As Trustee For The Regi<br>Peyton Inge<br>c o Capmark Finance Inc<br>700 N Pearl St Ste 2200<br>Dallas, TX 75201 | 10034 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| Wells Fargo Bank Northwest NA<br>c o Woods Rogers PLC<br>Attn Richard C Maxwell<br>10 S Jefferson St Ste 1400<br>PO Box 14125 24038<br>Roanoke, VA 24011 | 12009 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| WRI Lakeside Marketplace LLC<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plaza Dr Ste 125<br>Houston, TX 77008 | 9372 | Exhibit C: Reduction of Certain Partially Invalid Claims |
| WRI Pembroke Ltd<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12807 | Exhibit D: Invalid Claims to be Expunged |
| WRI Pembroke Ltd<br>Attn Jenny J Hyun Esq<br>c o Weingarten Realty Investors<br>2600 Citadel Plz Dr Ste 125<br>Houston, TX 77008 | 12807 | Exhibit E: Late Filed Claims to be Expunged |