UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

---

In re:                                              :
                                                    :    Chapter 11
Circuit City Stores, Inc., et al.                   :
                                                    :    Case No. 08-35653
                                                    :
                    Debtors.                        :    (Jointly Administered)

---

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Klipsch Group, Inc., successor in interest to Klipsch Audio Technologies LLC ("Claimant"), a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim number 9068 (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof. Claimant hereby instructs the Debtors that no further Changes of Address or instruction of any kind with respect to the claims or any distribution or payment thereon shall be accepted by the Debtor without the express written consent of Liquidity Solutions, Inc.

Former Address

Klipsch Audio Technologies LLC
Attn Jill Sawchak
3502 Woodview Trace
Indianapolis, IN 46268

New Address

Klipsch Audio Technologies LLC
c/o Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare that the foregoing is true and correct.

By: _Frederick L. Farrar_
Its: _EVP/CFO_
Date: _10/1/2013_