IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, TMW Weltfonds Rolling Acres Plaza, LP, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
TMW Weltfonds Rolling Acres Plaza, LP
c/o Heather D. Dawson Esq
Kitchens Kelley Gaynes PC
Eleven Piedmont Ctr Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

**New Address [Creditor]**
TMW Weltfonds Rolling Acres Plaza, LP
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party(ies)]**
TMW Weltfonds Rolling Acres Plaza, LP
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

TMW Weltfonds Rolling Acres Plaza, L.P., a Delaware limited partnership
By: Rolling Acres Plaza, LLC, a Delaware limited liability company, its general partner

Signature: *Jessica Ziegler*
Name: Jessica Ziegler
Title: Vice President
Date: 10/3/2013

Signature: *Gregory Killeen*
Name: Gregory Killeen
Title: Vice President
Date: 10/3/2013