IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, **TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC and Pintar Investment Properties TX, LLC,** creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC and Pintar Investment Properties TX, LLC
Bracewell & Giuliani, LLP
c/o William A. (Trey) Wood, III
711 Louisiana St., Suite 2300
Houston, TX 77002

Old Address [Notice Party(ies)]
CVM Law Group, LLP
Fredric Albert
20411 S.W. Birch Street, Suite 200
Newport Beach, CA 92660

New Address [Creditor]
TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC and Pintar Investment Properties TX, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

New Address [Notice Party(ies)]
TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC and Pintar Investment Properties TX, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: September 18, 2013

                                        Respectfully submitted,

By: Panattoni Development Company

Signature: *[signature]*

Print Name: John M. Lynass

Title: Portfolio Manager