210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 10/17/2013 (date).

**Name and Address of Alleged Transferor:**

Claim No. : Simon Property Group, Inc., Attn:  Ronald M. Tucker, 225 W. Washington St., Indianapolis, IN  46204

**Name and Address of Transferee:**

U.S. Bank National Association, as Trustee
Bilzin Surnberg Baena Price LLP
Atbr: Jeffey Snyder, Esq
1450 Brickell Avenue, 23 Floor
Miami, Florida 33131

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/19/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2013.
8578297       +Simon Property Group, Inc.,   Attn:  Ronald M. Tucker,   225 W. Washington St.,
               Indianapolis, IN 46204-3438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2013                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2013 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
            ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
            mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
            ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
            ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
            ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
            ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
            ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
            atoepp@reedsmith.com,
            dlynch@reedsmith.com;dflippen@reedsmith.com;aneary@reedsmith.com;docketingecf@reedsmith.com

District/off: 0422-7          User: luedecket          Page 2 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison   on behalf of Creditor   Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. aabreu@formanlaw.com
          Anita D. Goodman Royster   on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
             acichello@kb-law.com
             Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
             Companies, Ltd. acichello@kb-law.com
             Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
             Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
             Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
             ecffilings@hangley.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
             managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
             Trustee aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
             Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
             Trustee aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
             Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
             aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
             avaughn@cblaw.com
             Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
             aepps@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,    avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
        aepps@cblaw.com,   avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
        aepps@cblaw.com,   avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
        aepps@cblaw.com,   avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
        aepps@cblaw.com,   avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Attorney    Augustus C. Epps, Jr. aepps@cblaw.com,
        avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
        aepps@cblaw.com,   avaughn@cblaw.com
        Augustus C. Epps, Jr.    on behalf of Professional    Augustus C. Epps, Jr. aepps@cblaw.com,
        avaughn@cblaw.com
        Belkys Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
        Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Belkys Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
        Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
        Benjamin C. Ackerly    on behalf of Creditor    Panasonic Corporation of North America
        backerly@hunton.com,   cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
        cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
        cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
        cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
        backerly@hunton.com,   cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
        backerly@hunton.com,   cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
        backerly@hunton.com,   cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
        backerly@hunton.com,   cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
        cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
        cloving@hunton.com
        Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
        cloving@hunton.com
        Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
        Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdoewlllaw.com
        Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
        bgodshall@pszjlaw.com
        Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
        rodom@wtplaw.com
        Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
        benglander@wtplaw.com,   rodom@wtplaw.com
        Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com

District/off: 0422-7          User: luedecket          Page 6 of 58          Date Rcvd: Oct 17, 2013
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
           bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
           brian.huben@kattenlaw.com,
           carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
           enlaw.com
          Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
          Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
           bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
           gideon.korrell@snrdenton.com
          Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
          cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
          nferenbach@kaplanfrank.com
          Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
          Tech christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
          dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
          Republic christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
          TV christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
          Star christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
          d/b/a Jack of All Games christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
          Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
          Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
          Two Interactive christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 10 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
           Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
           and/or Tucson Citizen christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
            ristj@foster.com
            Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
            cbelmonte@ssbb.com,  asnow@ssbb.com;pbosswick@ssbb.com
            Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
            City of Newport News, Virginia    jdurant@nngov.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
            cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
            Craig Benson Young    on behalf of Defendant    World Richman Manufacturing Corporation
            craig.young@kutakrock.com,  lynda.wood@kutakrock.com;neo.tran@kutakrock.com
            Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
            Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
            Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
            Craig M. Palik    on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
            Curtis Gilbert Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
            Curtis Gilbert Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

District/off: 0422-7          User: luedecket          Page 12 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc.
             cmanchester@reedsmith.com,
             shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
            D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
             ksears@ltblaw.com
            Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
             individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
             ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
             Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
             ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
             Statesman ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
             Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
             Statesman ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
             Post ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
             Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
            Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
             individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
            Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Mayland MN, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
            Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
            Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
            Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
             dpress@chung-press.com,  pressdm@gmail.com
            Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
             pressdm@gmail.com
            Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
             dsbushnaq@venable.com
            Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
            Darrell William Clark   on behalf of Defendant   Targus, Inc. dclark@stinson.com,
             cscott@stinson.com
            Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
             cscott@stinson.com
            Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
            David McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
             bankruptcy@ntexas-attorneys.com
            David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
             ecf@davidgreerlaw.com
            David A. Greer   on behalf of Creditor   Century plaza development corporation
             dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
            David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
             Service of North Carolina davidwheeler@mvalaw.com
            David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
             scilino@chlhf.com
            David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
            David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
             pdyson@jackscamp.com
            David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
             pdyson@jackscamp.com
            David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
             Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
            David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
             division of SYNNEX Corporation ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
            David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
               dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
               dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
               dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
               Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
               RC CA Santa Barbara, LLC dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com
              David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
               and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com
              David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
               rmcburney@hf-law.com
              David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com
              David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
              David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
               druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
               tleonard@gfrlaw.com
              David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
              David Wayne Lannetti   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               dlannetti@vanblk.com,   drichards@vanblk.com;mdowns@vanblk.com
              David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
              Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
               Pittsburgh, PA dkessler@bakerlaw.com
              Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
              Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
               Revenue Services denise.mondell@ct.gov
              Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
               denise.mondell@ct.gov
              Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
             dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
             America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
             dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
             dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
           Dennis T. Lewandowski    on behalf of Creditor    iProspect.com Inc. dtlewand@kaufcan.com
           Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
           Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
             dsabagh@duanemorris.com
           Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
           Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
           Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
           Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
             caaustin@comcast.net
           Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
             dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
           Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
           Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
           Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
             dludman@brownconnery.com
           Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
             Inc. BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
             BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Transferee    CPH Investments III, LLC BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc
             BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
             BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
             BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
             BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
           Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
             California, Inc. BankruptcyCounsel@gmail.com
           Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
             dkappler@rdwlawcorp.com
           Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
           Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
           Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
           Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
           Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
             lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7          User: luedecket          Page 15 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
            Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
            Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
            Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
            dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
            dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
            rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
            and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
            Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
            dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com

District/off: 0422-7          User: luedecket          Page 16 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
                rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
                rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
                rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
                mayle@hooverslovacek.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
                wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Defendant    Hewlett Packard Company egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
                Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
                egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
                ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley    on behalf of Creditor    IGate Global Solutions, Limited
                echarley@hansonbridgett.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
                klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
                emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Mitek Corporation (MTX) ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
                Service of North Carolina ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
                ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor James  Lubary ekessel@spottsfain.com,
                kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn   on behalf of Creditor   Iron Mountain Information Management, Inc.
    ffm@bostonbusinesslaw.com
Frank T. Pepler   on behalf of Creditor   Morgan Hill Retail Venture, LP
    fpepler@peplermastromonaco.com
Franklin R. Cragle, III   on behalf of Creditor   Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
    fcragle@hf-law.com
Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
    rudzikf@dor.state.fl.us
Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
    glaymon@mglspc.com, jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
    glaymon@mglspc.com, jcoffman@mglspc.com
Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
    jcoffman@mglspc.com
Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com,   mdicocco@wbmllp.com
Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com,   mdicocco@wbmllp.com
Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
    gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
    jschmeltz@sblsg.com;jrapp@sblsg.com
German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
    alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
    notices@becket-lee.com
Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
    Corp Card notices@becket-lee.com
Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
    gbrown@pszjlaw.com
Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
    Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
    agbankcal@ag.tn.gov
Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
    gfornario@nixonpeabody.com,   khall@nixonpeabody.com;mvenezia@nixonpeabody.com
Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
    christine@virginia-lawyers.net
Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
    ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
    Heather.Anderson@dol.lps.state.nj.us
Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
    Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
    Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
    Group, Inc. hbroberts@live.com,   droberts1949@live.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Henry Buswell Roberts, Jr   on behalf of Creditor    Suemar hbroberts@live.com,
              droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
              Corporation hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
              ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
              droberts1949@live.com
              Henry P. Baer   on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
              csommer@fdh.com
              Henry Pollard Long, III   on behalf of Defendant    Panasonic Corporation of North America
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Parker Central Plaza Ltd
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Panasonic Corporation of North America
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Food Lion LLC hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
              Henry Pollard Long, III   on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              hlong@hunton.com
              Henry Pollard Long, III   on behalf of Interested Party    Federal Warranty Service Corporation
              hlong@hunton.com
              Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
              howard.j.grossman@chase.com
              Ian S. Landsberg   on behalf of Creditor    Torrance Towne Center Associates, LLC
              ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg   on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
              sparson@mckennalong.com
              J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
              dfolds@mckennalong.com,  sparson@mckennalong.com
              J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
              dfolds@mckennalong.com,  sparson@mckennalong.com
              J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
              dfolds@mckennalong.com,  sparson@mckennalong.com
              J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
              sparson@mckennalong.com
              Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
              jackson.toof@arentfox.com
              Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com
              James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
              James Edward Bowman, II   on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
              bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
              James H. Rollins   on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
              ell@spottsfain.com;tmoore@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      James R. Schroll   on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
        ncoton@beankinney.com,

      James R. Schroll   on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
        ncoton@beankinney.com,

      James V. Lombardi   on behalf of Creditor    AmREIT, a Texas real estate investment trust
        jlombardi@rossbanks.com, acole@rossbanks.com

      James W. Reynolds   on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
        of Leggett & Platt, Inc. jim.reynolds@ofplaw.com

      James Winston Burke   on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com

      James Winston Burke   on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
        Inc. jburke@orrick.com

      James Winston Burke   on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com

      James Winston Burke   on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
        jburke@orrick.com

      James Winston Burke   on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com

      James Winston Burke   on behalf of Defendant    MiTAC Digital Corporation, individually and
        including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com

      James Winston Burke   on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com

      Jamie N. Konn   on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
        kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

      Jamie M. Konn   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
        jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

      Janet M. Meiburger, Esq.   on behalf of Creditor    Tribune Company admin@meiburgerlaw.com

      Janet M. Meiburger, Esq.   on behalf of Creditor    Ricmac Equities Corporation
        admin@meiburgerlaw.com

      Jason B. Binford   on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
        ecf@krcl.com

      Jason B. Binford   on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
        ecf@krcl.com

      Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com

      Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com

      Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com

      Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
        a30156@yahoo.com;tcarper@krumbeinlaw.com

      Jason William Harbour   on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com

      Jason William Harbour   on behalf of Creditor    Public Company Accounting Oversight Board
        jharbour@hunton.com

      Jeffrey Scharf   on behalf of Creditor    County of Spokane jeff@taxva.com,
        tacspc@gmail.com;amanda@taxva.com

      Jeffrey Scharf   on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
        tacspc@gmail.com;amanda@taxva.com

      Jeffrey Scharf   on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
        jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com

      Jeffrey E. Klusmeier   on behalf of Creditor    Missouri Attorney General's Office
        Jeff.Klusmeier@ago.mo.gov

      Jeffrey I. Snyder   on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
        eservice@bilzin.com;lflores@bilzin.com

      Jeffrey I. Snyder   on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
        eservice@bilzin.com;lflores@bilzin.com

      Jeffrey I. Snyder   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
        Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

      Jeffrey J. Graham   on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
        dwineinger@taftlaw.com;ecfclerk@taftlaw.com

      Jeffrey J. Graham   on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
        dwineinger@taftlaw.com;ecfclerk@taftlaw.com

      Jeffrey L. Tarkenton   on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corporation
        jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    The Insurance Company of the State of
        Pennsylvania jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

      Jeffrey L. Tarkenton   on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
        kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corp.
               jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
               kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey S. Sherman   on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
               emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee    Official Committee of Unsecured
               Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor    Federal Realty Investment Trust
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Sweetwater Associates, L.P.
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    GMS Golden Valley Ranch, LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    The Morris Companies Affiliates
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Laguna Gateway Phase 2, LP
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Prudential Insurance Company of America
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Foursquare Properties Inc.
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Point West Plaza II Investors
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Bear Valley Road Partners LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Torrance Towne Center Associates, LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Cousins Properties Incorporated
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Eagleridge Associates, LLC
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Portland Investment Company of America
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    KNP dennisj@ballardspahr.com,
               pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor    Manteca Stadium Park, L.P.
               dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor    Coca-Cola Bottling Company Consolidated
               jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
               rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
               msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 21 of 58          Date Rcvd: Oct 17, 2013
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor   Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
             Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
             for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
             Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
             Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
             Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
             Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
             Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
             Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
             avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
             Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 23 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           Jennifer McLain McLemore     on behalf of Defendant   Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
           Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    City and County of San Francisco
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Defendant   The Miami Herald Media Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Crossroads Associates, Ltd.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
           News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Inland Western Southlake Corners Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Defendant   Industriaplex, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
           Center) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Carousel Center Company, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
           Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Rolling Acres Plaza Shopping Center
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Interested Party   Jeff Leopold jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
           Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    The Leben Family Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Generation H One and Two Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Defendant   Hamilton Beach Brands, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
           Jennifer McLain McLemore     on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
           Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jennifer McLain McLemore    on behalf of Interested Party   Lexington Herald-Leader
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Transferor   Manufacturers and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
            nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
            acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
            Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Interested Party   Manufacturers & Traders Trust Company,
            as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
            Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
            calirm@haslaw.com,

District/off: 0422-7          User: luedecket          Page 27 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
           jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@llff.com,
           ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
           jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,  patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor   Marc Realty jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@mckennalong.com,   sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor   FT Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor   427 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor   Amore Construction Company
          jlamoureux@carltonfields.com,   delliott@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor   Duke Energy Kentucky, Inc. johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Duke Energy Ohio, Inc. johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Dominion Hope johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Southwest Gas Corporation johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   New York State Electric and Gas Corporation
          johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Michigan Consolidated Gas Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Boston Gas Company johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Connecticut Light and Power Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Chalek Company LLC johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Dominion Peoples johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Piedmont Natural Gas Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Toledo Edison Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Southern Connecticut Gas Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Duke Energy Indiana, Inc. johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Southern California Edison Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Yankee Gas Services Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Orange and Rockland Utilities johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   The Detroit Edison Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   KeySpan Gas East Corporation johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Connecticut Natural Gas Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Duke Energy Carolinas, LLC johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   Public Service Company of New Hampshire
          johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraig@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor   Narragansett Electric Company johncraig@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraig@aol.com,   russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
                johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
                johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
                johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
                johncraigg@aol.com,  russj4478@aol.com
              John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
                russj4478@aol.com
              John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
                Refrigeration jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
                jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
              John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
                rours@wileyrein.com
              John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
                rours@wileyrein.com
              John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
              Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
                jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
                jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
                jonathan.hauser@troutmansanders.com
              Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
                jstorper@hansonbridgett.com
              Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
                kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
                jtcain@mintz.com,  kcraun@mintz.com
              Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
              Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
                Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
              Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
               quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
               quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
               harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
               harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
               quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
               Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
               quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
               cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
               cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
               cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
               cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
               Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
               Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com,  rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
               kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen   Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
               County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
               District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
               klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
               Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
               Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
               District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
               District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
               bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
               kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
               kmnbk@menterlaw.com

District/off: 0422-7        User: luedecket        Page 31 of 58        Date Rcvd: Oct 17, 2013
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
             kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
             wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
             khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
             khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
             khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
             khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
             khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
             sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
             kimberly.pierro@kutakrock.com,
             sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
             @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
             kimberly.pierro@kutakrock.com,
             sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
             @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
             LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
             for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
             kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
             for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
             kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
             for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
             kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
             kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
             LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
             1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
             Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
             eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
             Margaret@rlglegal.com
          Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Leonard E. Starr, III    on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas  Koutsouftikis    on behalf of Creditor   Washington Real Estate Investment Trust
           lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant   Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party   American Computer Development, Inc.
           regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Reverend Dwayne Funches lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   NPP Development LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   UTC I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Towson VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
                  lhamiel@siwpc.com
              Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
              Loc  Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
              Loc  Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
                  loc.pfeiffer@kutakrock.com
              Louis E. Dolan, Jr.    on behalf of Creditor    Greystone Data Systems, Inc.
                  LDOLAN@nixonpeabody.com,
                  was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.    on behalf of Plaintiff    Greystone Data Systems, Inc.
                  LDOLAN@nixonpeabody.com,
                  was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.    on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
                  was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.    on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
                  was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Louis E. Dolan, Jr.    on behalf of Creditor    California Self-Insurers' Security Fund
                  LDOLAN@nixonpeabody.com,
                  was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
              Lucy L. Thomson    lthomson2@csc.com
              Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
                  chps.ecfnotices@gmail.com
              Lynn L. Tavenner    on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                  ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                  ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                  Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com
              Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
                  com;vstreet@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
            slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
            mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
            mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
            of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
            holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
            PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
            mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
              Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
              Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
              mark.sherrill@sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
              mark.sherrill@sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
              Interactive, Inc. mdtaylor@kilpatricktownsend.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC
              mdtaylor@kilpatricktownsend.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
              State of Texas, and Greg Abbott, as Attorney General of the State of Texas
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
              bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
              Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
              mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              mark@taxva.com,  amanda@taxva.com
              Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
              amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
              dian.gwinnup@haynesboone.com
              Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
              mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
              martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
              erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Romero    on behalf of Creditor    Monterey County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    San Bernardino County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Placer County romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    Riverside County California romero@mromerolawfirm.com
              Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
              martin.brown@lawokc.com
              Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com,  akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Robert  Gentry matt@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
           mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
           mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
           mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
           mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
           Inc. mmueller@cblaw.com, avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 37 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
            III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
            mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
            Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
            America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
            mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7        User: luedecket        Page 38 of 58        Date Rcvd: Oct 17, 2013
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
           mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
           mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor    Eastern Security Corp.
           michael.hastings@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady   on behalf of Creditor    Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory   on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
           Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Standard Electric Supply Co., Inc.
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
           dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
           mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan   on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
           mkogan@koganlawfirm.com
          Min  Park   on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
           Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
           Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora   on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn   on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
           swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy   on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
           mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
           crystal.gaymon@akerman.com;janet.scruggs@akerman.com

```
District/off: 0422-7          User: luedecket        Page 39 of 58          Date Rcvd: Oct 17, 2013
                              Form ID: trc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery III, L.P.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    iGoDigital, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Corporate Facilities Group, Inc. d/b/a Facilities
              Engineering nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
              Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
              LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Dudley Mitchell Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Bagby Electric of Virginia, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Panattoni Construction Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
              LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Techcraft Manufacturing, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    South Carolina Electric & Gas Company
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Biloxi Sun Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Charlotte Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
                 jaturner@kaufcan.com
             Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
                 jaturner@kaufcan.com
             Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
                 jaturner@kaufcan.com
             Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
                 pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
             Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
                 tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
                 tchilders@canfieldbaer.com
             Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
                 tchilders@canfieldbaer.com
             Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    Bay Area News Group East Bay, LLC
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Bay Area News Group East Bay, LLC
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    San Jose Mercury-News, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Export Development Canada
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    MediaNews Group, Inc. and San Jose Mercury-News,
                 Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
                 Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Caribbean Display & Construction, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
                 East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
                 Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    Alameda Newspaper Group, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Defendant    Alameda Newspapers, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    Alameda Newspapers, Inc.
                 pschrader@fullertonlaw.com
             Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
                 pschrader@fullertonlaw.com
             Paul S. Bliley, Jr.   on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
                 L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Bay County Florida tax collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Palm Beach County Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Westlake Limited Partnership
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Orange County Florida Tax Collector
                 pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.   on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
                 rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
                  pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
                  hall@bwst-law.com, marbury@bwst-law.com
              Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                  pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                  Inc. Liquidating Trust pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
                  pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
                  dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
                  om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
                  lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Peter  Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg  on behalf of Defendant   Premier Resources International LLC
             pgreenburg@aol.com
          Peter A. Greenburg  on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth  on behalf of Creditor   State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
             pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
             pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl  on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl  on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl  on behalf of Defendant   Koch Entertainment Distribution LLC
             ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl  on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
             scormany@spilmanlaw.com
          Peter M. Pearl  on behalf of Creditor   Valley Corners Shopping Center, LLC
             ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa  on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Defendant   The Insurance Company of the State of Pennsylvania
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa  on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 45 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
             cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor    Bond C.C. I Delaware Business Trust
             rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
             C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@fulbright.com
          Rhett E. Petcher   on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
             hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party    Wells Fargo Bank Northwest, National
             Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant    Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott   on behalf of Defendant    Newmen Technology Co., Ltd.
             richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Southroads, L.L.C.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Northcliff Residual Parcel 4 LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    SAP Retail Inc. and Business Objects
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Craig-Clarksville Tennessee LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Plantation Point Development, LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Wal-Mart Stores, Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m
          Richard E. Hagerty   on behalf of Creditor    Certain Benefit Restoration Plan Claimants
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
             m

```
District/off: 0422-7          User: luedecket          Page 46 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard E. Hagerty   on behalf of Attorney    Troutman Sanders LLP
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor    Triangle Equities Junction LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor    Cosmo-Eastgate, ltd
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Lear   on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor    Internal Revenue Service
            richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor    Sharp Electronics Corporation
            rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant    Sharp Electronics Corporation
            rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
            mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Caribbean Display & Construction, Inc.
            rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
            mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    Export Development Canada (EDC)
            rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
            mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Creditor Laurie Lambert-Gaffney bcanfield@canfieldbaer.com,
            jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor    Columbia Plaza Joint Venture lcornett@hillrainey.com
          Robert B. Hill   on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
            lcornett@hillrainey.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers lcornett@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, ll
            Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor    Office of Attorney General, Pennsylvania Department
            of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor    Universal Display and Fixtures Company
            robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor    Treasurer of Douglas County, Colorado
            rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
            L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor    T.D. Farrell Construction, Inc.
            rscully@stites.com, vshockey@stites.com
          Robert Field Moorman   on behalf of Defendant    Forsythe Solutions Group, Inc.
            rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor    CB Richard Ellis / Louisville, LLC
            Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
            USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
            rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,   rmmarino1@aol.com
            Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,   rmmarino1@aol.com
            Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
            DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
            Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
            dhowes@ltblaw.com
            Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com
            Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com
            Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
            Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
            Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
            bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
            karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
            karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
            Times-Picayune bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
            bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
            Oregonian Publishing Co. bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
            karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
            bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
            bmusick@t-mlaw.com,   karnett@t-mlaw.com
            Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
            karnett@t-mlaw.com
            Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
            rwestermann@hf-law.com,   rmcburney@hf-law.com
            Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
            rwestermann@hf-law.com,   rmcburney@hf-law.com
            Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
            rwestermann@hf-law.com,   rmcburney@hf-law.com
            Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
            rmcburney@hf-law.com
            Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com
            Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
            rmcburney@hf-law.com

District/off: 0422-7          User: luedecket          Page 48 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
             COMSYS Services, LLC rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
             Partnership rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   TXU Energy Retail Company LLC
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
             rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor   CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
             abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
             Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
             rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
             Management Group, Ltd. rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
             rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
             rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
             rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
                 rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
              Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
                 rpage@ecf.inforuptcy.com
              Ronald Allen Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
                 rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
              Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
                 cmartin@simon.com,bankruptcy@simon.com,antimn@simon.com
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
                 sarah.kelly@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
                 ryan.day@leclairryan.com,  sarah.kelly@leclairryan.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
                 Company sgill@vanblk.com
              Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
                 efile@pbgc.gov
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
                 sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
                 sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
                 sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
                 kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
                 sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Satchidananda  Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
                 scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
                 scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
                 sfranklin@vanblk.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
 Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
  partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
  Mall sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
  sdelacruz@hf-law.com,  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
  slawson@hf-law.com
 Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
 Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
 Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
 Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
  stan.salus@akerman.com,
  crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
 Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
  Industrial Division smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
  Company smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
  smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
 Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: luedecket          Page 51 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
          smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
          sleach@ltblaw.com,    msarata@ltblaw.com;ksears@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
          sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com,    cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com,    cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
          brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
          tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com,    pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
          hallc@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,    hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com

District/off: 0422-7          User: luedecket          Page 52 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch   on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
          lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor    Graphic Communications, Inc.
          trepczynski@offitkurman.com,  lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor    Tutwiler Properties, LTD
          trepczynski@offitkurman.com,  lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant    Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com,  lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant    Targus, Inc. tohm@stinson.com,  tmackey@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor    Waste Management, Inc. tohm@stinson.com,
          tmackey@stinson.com
          Travis Aaron Sabalewski   on behalf of Creditor    IKON Office Solutions, Inc.
          tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Infogain Corporation vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Envision Peripherals, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Lexar Media, Inc. vmorrison@wileyrein.com,
          rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor    State of Michigan, Department of Treasury
          reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Taxation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Bureau of Workers' Compensation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Commerce
          victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky   on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
          dwright@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Movant    Vornado Realty Trust
          walter.williams@wilsonelser.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Walter Laurence Williams    on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
          LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
          and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Bay Area News Group East Bay, LLC
          ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
          jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
          Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges    on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker    on behalf of Creditor Treasurer    City of Chesapeake
          wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
          wheuer@duanemorris.com
          William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
          wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
          wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
          Courier aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
          TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on  behalf of Plaintiff    Carmax Auto Superstores, Inc.
          aburnett@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 54 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
                aburnett@williamsmullen.com
             William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
                aburnett@williamsmullen.com
             William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
                GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
             William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
             William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
                bgray@sandsanderson.com,    rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
                Distribution Company, LLC bgray@sandsanderson.com,    rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant    Intertech Security of Maryland, LLC
                bgray@sandsanderson.com,    rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
                rarrington@sandsanderson.com
             William A. Gray    on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
                rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 55 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray    on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Lang Construction, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Lee County, Mississippi Tax Collector
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     UTC I, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Attorney     Sands Anderson PC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     CSI Construction Company bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     BevCon I, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Chatham County Tax Commissioner bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Lee County Tax Collector bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Interstate Augusta Properties LLC
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     McAlister Square Partners, Ltd. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Hillson Electric Incorporated bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Mansfield SEQ 287 and Debbie, Ltd.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Mid-American Insulation, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     NPP Development LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Metra Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     DeSoto County, Mississippi bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    Universal Display and Fixtures Company
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     BBP-Muncy LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     BPP-OH LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Towson VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     Colorado Structures, Inc. dba CSI Construction Co.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     North Plainfield VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     McCorkendale Construction bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
              of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray    on behalf of Creditor     VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
            trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
            bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
            deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
            aford@mglspc.com

District/off: 0422-7          User: luedecket          Page 58 of 58          Date Rcvd: Oct 17, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak  Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com,
           George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                         TOTAL: 2210