UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CREDITOR'S NAME AND ADDRESS CHANGE

PLEASE TAKE NOTICE that on or about April 30, 2009 and March 31, 2010, respectively, creditor Inland Southwest Management, LLC ("ISM"), as managing agent for Inland Western Austin Southpark Meadows II Limited Partnership, filed (i) an amended proof of claim that has been designated as claim number 12830 (the "Unsecured Claim") with respect to nonresidential real property located at Southpark Meadows, 9500 S IH-35, Building J, Suite 100, Austin, Texas (the "Property"), and (ii) an *Amended Request of Inland Southwest Management, LLC for Allowance and Payment of Administrative Expense Claims Against Circuit City Stores, Inc.* that has been designated as claim number 14936 (the "Administrative Claim"[1] and, together with the Unsecured Claim, hereinafter referred to as the "Claims") with respect to the Property. All notices, pleadings and payments regarding the Claims were to be sent to the attention of ISM

---

[1] The Administrative Claim also includes claims related to various other nonresidential real property originally managed by ISM as managing agent, but not currently owned by RioCan (as defined herein).

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254) | Karen C. Bifferato, Esquire (DE Bar No. 3279) |
| Michael D. Mueller, Esquire (VSB No. 38216) | Kelly M. Conlan, Esquire (DE Bar No. 4786) |
| Jennifer M. McLemore, Esquire (VSB No. 47164) | CONNOLLY GALLAGHER LLP |
| CHRISTIAN & BARTON, LLP | The Brandywine Building |
| 909 East Main Street, Suite 1200 | 1000 West Street, 14th Floor |
| Richmond, Virginia 23219 | Wilmington, Delaware 19801 |
| Telephone: (804) 697-4100 | Telephone: (302) 757-7300 |
| Facsimile: (804) 697-4112 | Facsimile: (302) 757-7299 |
| | |
| Counsel for RioCan Austin Southpark Meadows II Limited Partnership | Counsel for Counsel to RioCan Austin Southpark Meadows II Limited Partnership |

c/o Bert Bittourna, Esq., The Inland Real Estate Group, Inc., Law Department, 2901 Butterfield Road, Oak Brook, IL 60523 and/or undersigned counsel.

PLEASE TAKE FURTHER NOTICE that in 2012, certain entities, properties, and claims were spun off from the Inland group and its affiliates in order to form Real Estate Properties of America, Inc. ("RPAI") and certain related companies. Accordingly, as of 2012, RPAI owned the Property and any and all claims related thereto.

PLEASE TAKE FURTHER NOTICE that in 2013, certain entities, properties, and claims, including the Property, were purchased from RPAI by RioCan Austin Southpark Meadows II Limited Partnership ("RioCan"). Attached hereto as Exhibit A is a copy of RioCan's W-9.

PLEASE TAKE FURTHER NOTICE that all notices, pleadings and payments related to the Unsecured Claim and the Administrative Claim, to the extent they relate to the Property, should hereafter be sent to the attention of RioCan, c/o Linda Madway, Vice President and General Counsel, RioCan America Management, Inc., 307 Fellowship Road, Suite 116, Mt. Laurel, NJ 08054. Should you have any questions regarding this Notice, please contact the undersigned counsel to RioCan.

Dated: October 24, 2013                    **CHRISTIAN & BARTON, LLP**

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

**-and-**

Karen C. Bifferato, Esquire (DE Bar No. 3279)
Kelly M. Conlan, Esquire (DE Bar No. 4786)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, Delaware 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

Counsel for RioCan Austin Southpark Meadows II Limited Partnership

**CERTIFICATE OF SERVICE**

I, Jennifer M. McLemore, hereby certify that on the 24th day of October 2013, a true and correct copy of the foregoing pleading has been served electronically using the ECF system on all registered users of the CM/ECF system who have filed notices of appearance in this matter and mailed with an unredacted Exhibit A to the following:

| | |
|---|---|
| Circuit City Claims Processing<br>c/o Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, California 90245 | Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219 |
| Andrew W. Caine, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100 | |

/s/ Jennifer M. McLemore
Jennifer M. McLemore

1498961v2

3

# EXHIBIT A

| Form **W-9** (Rev. August 2013) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

**Name (as shown on your income tax return)**
RioCan Austin Southpark Meadows II Limited Partnership

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☑ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

**Address (number, street, and apt. or suite no.)**
307 Fellowship Road, Suite 116

**City, state, and ZIP code**
Mount Laurel, NJ 08054

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**
___ - ___ - ___

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Employer identification number**
2 0 - 8 5 7 ▬ ▬ ▬

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ [signature]   Date ▶ 10/23/13

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)