**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF REQUEST FOR NOTICE OF REMOVAL
FROM THE COURT'S ELECTRONIC FILING NOTIFICTIONS**

I, Craig B. Young, hereby request to be removed from the Court's Electronic Filing Notifications, regarding the above referenced case.

Dated: 10/25/2013                           **KUTAK ROCK LLP**


　　　　　　　　　　　　　　　　　　　　 /s/Craig B. Young
　　　　　　　　　　　　　　　　　　　Craig B. Young, Esquire, (VSB No. 22633)
　　　　　　　　　　　　　　　　　　　1101 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Telephone: (202) 828-2328
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 828-2488

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2013, I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia using the CM/ECF system.

/s/Craig B. Young