# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** | **TERRANOMICS CROSSROADS ASSOCIATES** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | TERRANOMICS CROSSROADS ASSOCIATES<br>C/O ANDREW RAPP<br>WOLFSTONE PLANCHOT & BLOCH PS INC<br>1111 3RD AVE, STE 1800<br>SEATTLE, WA 98101<br><br>TERRANOMICS CROSSROADS ASSOCIATES<br>10500 NE 8TH STREET, STE 850<br>BELLEVUE, WA 98004-4352 |

**Claim No. 12429**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____November 8, 2013_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TERRANOMICS CROSSROADS ASSOCIATES, a ~~LP~~ CALIFORNIA ~~corporation~~ LIMITED PARTNERSHIP, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated OCTOBER 29, 2013, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 12429 (the "Claim"), in the agreed current principal amount listed of $1,562,356.37, against Circuit City Stores, Inc., et al., the Debtors in the bankruptcy proceedings in the United States Bankruptcy Court for the Easter District of Virginia, case no. 08-35653 (KRH) or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 29th day of OCTOBER 2013.

(Assignor)
TERRANOMICS CROSSROADS
ASSOCIATES, LP

By: _____
Name: MICHAEL B. HAINES
Title: CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

- 5 -

84705366_2