UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                    Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                         Case No. 08-35653
            Debtors.                                     (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Terranomics Crossroads Associates, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 12429 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Terranomics Crossroads Associates, LP
c/o Andrew Rapp
Wolfstone Panchot & Bloch PS Inc.
1111 3rd Avenue, Suite 1800
Seattle, WA 98101
-and-
10500 NE 8th Street, Suite 850
Bellevue, WA 98004-4352

New Address
Terranomics Crossroads Associates, LP
c/o Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 29, 2013                TERRANOMICS CROSSROADS ASSOCIATES, LP

                                      By: _____
                                      Name: MICHAEL B. HAINES
                                      Title: CFO