| | |
|---|---|
| Iain A.W. Nasatir, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| (*pro hac vice pending*) | Paula S. Beran, Esq. (VA Bar No. 34679) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy:  (310) 201-0760 | Telecopy:  (804) 783-0178 |
| | |
| *Counsel to the Circuit City Stores, Inc.* | *Counsel to the Circuit City Stores, Inc.* |
| *Liquidating Trust* | *Liquidating Trust* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - -     x
In re:                           :   Chapter 11
                                 :
CIRCUIT CITY STORES, INC., et al.,:  Case No. 08-35653 (KRH)
                                 :
          Debtors.               :
- - - - - - - - - - - - - -     :   Jointly Administered
                                 x
```

## MOTION FOR ADMISSION
## PRO HAC VICE OF IAIN A.W. NASATIR

Lynn L. Tavenner and Paula S. Beran ("Movants") hereby move the Court, pursuant to Local Bankruptcy Rule 2009-1(E), to enter an order authorizing Iain A.W. Nasatir ("Mr. Nasatir"), a partner with the law firm of Pachulski Stang Ziehl & Jones LLP, to appear pro hac vice in the referenced proceeding before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") to represent the Circuit City Stores, Inc. Liquidating Trust, and in support of this Motion, the Movants state as follows:

1. Movants are members in good standing of the Bar of the Commonwealth of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Nasatir is a member of good standing of the State Bars of California and New York and is an attorney admitted to practice before the United States District Court for the Central, Northern and Southern Districts of California, the United States District Court for the Southern District of New York, Eastern District of New York, Northern District of New York, the United States Ninth Circuit Court of Appeals and the United States Supreme Court. There are no disciplinary proceedings pending against Ms. Cho in any jurisdiction in which she is admitted to practice.

3. Movants request that this Court authorize Mr. Nasatir to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

4. Movants and their law firm shall serve as co-counsel with Mr. Nasatir in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, and (b) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

6. The Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rules 2090-1(E) is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Movants respectfully request that this Court enter an Order authorizing Iain A.W. Nasatir to appear <u>pro hac vice</u> in the Bankruptcy Case in substantially the same form as <u>Exhibit B</u> attached hereto and grant such other and further relief as just.

Dated: November 12, 2013                                              Respectfully submitted,


                                                                      /s/ Paula S. Beran _____
                                                                      Movant

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## CERTIFICATION OF SERVICE

I hereby certify that on the 12th day of November, 2013, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Iain A.W. Nasatir was served on all persons receiving electronic notice in these cases, including:

<u>Assistant United States Trustee</u>
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4303
Richmond, VA 23219

/s/ Paula S. Beran
Movant

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653 (KRH)    ,* Case Name CIRCUIT CITY STORES, INC., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Iain Nasatir
Bar Identification Number 148977    State CA
Firm Name PACHULSKI STANG ZIEHL & JONES LLP
Firm Phone # (310) 277-6910    Direct Dial # 2365    FAX # (310) 201-0760
E-Mail Address inasatir@pszjlaw.com
Office **Mailing** Address 10100 Santamonica Boulevard, Los Angeles, California 90067-4100
Name(s) of federal court(s) in which I have been admitted SDNY, EDNY, NDNY, CDCA, NDCA, EDCA, 9th Cir. and USSCt.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/s/ Iain A.W. Nasatir
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Paula S. Beran    November 12, 2013
(Signature)    (Date)

Paula S. Beran, Esquire
(Typed or Printed Name)

_____
*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____

_____    _____
(Judge's Signature)    (Date)

Ver. 11/05/09 [effective 12/01/09]

**EXHIBIT B**

| | |
|---|---|
| Iain A.W. Nasatir, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| (*pro hac vice pending*) | Paula S. Beran, Esq. (VA Bar No. 34679) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy: (310) 201-0760 | Telecopy: (804) 783-0178 |
| | |
| *Counsel to the Circuit City Stores, Inc.* | *Counsel to the Circuit City Stores, Inc.* |
| *Liquidating Trust* | *Liquidating Trust* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - -   x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC., et al., :   Case No. 08-35653 (KRH)
                              :
         Debtors.             :
- - - - - - - - - - - - - -   :   Jointly Administered
                              x
```

### ORDER GRANTING MOTION FOR ADMISSION
### PRO HAC VICE OF IAIN A.W. NASATIR

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Iain A.W. Nasatir (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission pro hac vice for Iain A.W. Nasatir of the law firm of Pachulski Stang Ziehl & Jones LLP, in the above-referenced bankruptcy case (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further

notice is necessary or required, and it is appropriate that Iain A.W. Nasatir be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Iain A.W. Nasatir of the law firm of Pachulski Stang Ziehl & Jones LLP is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

Dated:

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

## RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*