210B (12/09)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____     was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 11/08/2013 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : TERRANOMICS CROSSROADS ASSOCIATES, C/O ANDREW RAPP, WOLFSTONE PLANCHOT & BLOCH PS INC, 1111 3RD AVE, STE 1800, SEATTLE, WA 98101 | Contrarian Funds, LLC<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/14/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
12078260      +TERRANOMICS CROSSROADS ASSOCIATES,    C/O ANDREW RAPP,    WOLFSTONE PLANCHOT & BLOCH PS INC,
               1111 3RD AVE, STE 1800,    SEATTLE, WA 98101-3217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
               ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
               mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
              Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
              Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com,   tsable@honigman.com
              Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
               A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
               dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
               atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
              Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
               Star abiggs@bakerlaw.com

District/off: 0422-7          User: ramirez-l          Page 2 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
            Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
              FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
            Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
              Pittsburgh, PA abiggs@bakerlaw.com
            Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
              Inc. abiggs@bakerlaw.com
            Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
              amy.williams@klgates.com,   hailey.andresen@klgates.com
            Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
              hailey.andresen@klgates.com
            Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
              hailey.andresen@klgates.com
            Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
              hailey.andresen@klgates.com
            Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
              hailey.andresen@klgates.com
            Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
              amy.williams@klgates.com, hailey.andresen@klgates.com
            Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
            Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
              ADavison@beankinney.com
            Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
              Learning Channel ADavison@beankinney.com
            Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
              Ltd. ADavison@beankinney.com
            Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
            Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
              ADavison@beankinney.com
            Andrew  Rapp   on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
            Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
            Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
            Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
            Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
              akrudiger@kaufcan.com
            Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
            Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
              dbonilla@shutts-law.com
            Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
            Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
            Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
              anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
              raina.stewart@nelsonmullins.com;terri.gardner@nelsonmullins.com
            Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
            Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
            Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
            Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
            Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
              Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
            Anne C. Murphy    on behalf of Creditor    Office of the State Treasurer
              murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
            Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
              Management Services, LLC abraucher@mcmillanmetro.com
            Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
            Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
              Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
              1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
            Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
              abraucher@mcmillanmetro.com
            Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
              drichards@vanblk.com;pfaggert@vanblk.com
            Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
              drichards@vanblk.com;pfaggert@vanblk.com
            Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
              drichards@vanblk.com;pfaggert@vanblk.com
            Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
              annemarie.mcgavin@bipc.com,   joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
            Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
              Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
              joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
            Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              acichello@kb-law.com
            Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
              Companies, Ltd. acichello@kb-law.com

District/off: 0422-7          User: ramirez-l          Page 3 of 57          Date Rcvd: Nov 12, 2013
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
            Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
            Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
            Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
            Trustee aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
            Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
            aepps@cblaw.com,  avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
            avaughn@cblaw.com

District/off: 0422-7              User: ramirez-l              Page 4 of 57              Date Rcvd: Nov 12, 2013
                                 Form ID: trc                 Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
              St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
              Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
              aepps@cblaw.com,  avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
              avaughn@cblaw.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
              avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 5 of 57          Date Rcvd: Nov 12, 2013
                              Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.   on behalf of Creditor    Inland American Retail Management LLC
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Union County Construction Group, Inc.
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    The West Campus Square Company, LLC
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Pacific Property Services LLC
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
            avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
            aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
            avaughn@cblaw.com
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
            Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor    Panasonic Corporation of North America
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
            cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
            cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
            cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Federal Warranty Service Corporation
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
            cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
            cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
            cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
            rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
            benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
            bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
            lsansbury@mrrlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
    Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
    Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
    Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
    Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
    Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
    Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
    Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
    Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
      bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
    Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
    Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
    Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
    Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
    C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
    C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
    Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
    Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
      Limited Liability Company ccreely@akingump.com
    Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
      ccreely@akingump.com
    Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
    Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
    Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
      gideon.korrell@snrdenton.com
    Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
      cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
      cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
      cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
      cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
    Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
                cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    Melvin Walton Hone cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
                aconway@taubman.com;Pollack@ballardspahr.com
               Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
                Christian.Vogel@leclairryan.com,
                kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
               Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
                Christian.Vogel@leclairryan.com,
                kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
               Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
                clynch@goulstonstorrs.com
               Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
               Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
                clynch@goulstonstorrs.com
               Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
               Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
                clynch@goulstonstorrs.com
               Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
               Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
               Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
                similarly situated cford@mdpcelaw.com
               Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
                rodom@wtplaw.com;dgaffey@wtplaw.com
               Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
                rodom@wtplaw.com;dgaffey@wtplaw.com
               Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
                rodom@wtplaw.com;dgaffey@wtplaw.com
               Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
                cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
               Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
                rodom@wtplaw.com;dgaffey@wtplaw.com
               Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
                nferenbach@kaplanfrank.com
               Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
               Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
                Tech christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
               Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
                dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
               Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
               Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com
               Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
                christopher.perkins@leclairryan.com,
                sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
                orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
              Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
              and/or Tucson Citizen christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
              Greenville News christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Balogh Companies
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   eReplacements, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com,
            ristj@foster.com
          Christopher M. Desiderio   on behalf of Plaintiff   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation
            cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby   on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
            cgp@ballardspahr.com, summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
            cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Curtis Gilbert Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.Inc;ecfdocketing@reedsmith.com
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
            individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
            ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
              Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
              ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
              Statesman ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
              Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
              Statesman ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
              Post ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
              Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
              individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC dblanks@mcguirewoods.com
              Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,    pressdm@gmail.com
              Daniel M. Press    on behalf of Debtor    Bensussen Deutsch & Associates, Inc.
              dpress@chung-press.com,    pressdm@gmail.com
              Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
              pressdm@gmail.com
              Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
              dsbushnaq@venable.com
              Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark    on behalf of Defendant    Targus, Inc. dclark@stinson.com,
              cscott@stinson.com
              Darrell William Clark    on behalf of Creditor    Waste Management, Inc. dclark@stinson.com,
              cscott@stinson.com
              Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
              David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
              David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
              David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
              David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
              David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
              ecf@davidgreerlaw.com
              David A. Greer    on behalf of Creditor    Century plaza development corporation
              dgreer@davidgreerlaw.com,    ecf@davidgreerlaw.com
              David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
              scilino@chlhf.com
              David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
              David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
              pdyson@jackscamp.com
              David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
              pdyson@jackscamp.com
              David H. Dickieson    on behalf of Defendant    New Age Electronics, Inc., also known as New Age,
              Inc. ddickieson@schertlerlaw.com,    pfrye@schertlerlaw.com
              David H. Dickieson    on behalf of Creditor    SYNNEX Corporation, a/k/a New Age Electronics, a
              division of SYNNEX Corporation ddickieson@schertlerlaw.com,    pfrye@schertlerlaw.com
              David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com,  drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com

District/off: 0422-7          User: ramirez-l          Page 14 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
              dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
              caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
              Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
              dludman@brownconnery.com
              Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
              Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Transferee   CPH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
              Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
              Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
               dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
               dfoley@mcguirewoods.com,
               lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
             Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
             Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
             Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
               dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
               dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Television Stations, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
               and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
               dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
               rours@wileyrein.com;khertz@wileyrein.com
             Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
             Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com
             Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com

District/off: 0422-7          User: ramirez-l          Page 16 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikel  Salovaara egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
          ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley   on behalf of Defendant    IGate Global Solutions, Limited
          echarley@hansonbridgett.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
          klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
          emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Mitek Corporation (MTX) ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor James  Lubary ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          F. Marion Hughes   on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn   on behalf of Creditor    Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
          fpepler@peplermastromonaco.com
          Franklin R. Cragle, III   on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III   on behalf of Creditor    United States Debt Recovery, LLC
          fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
    rudzikf@dor.state.fl.us
Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
    mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
    jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
    glaymon@mglspc.com, jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
    glaymon@mglspc.com, jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
    jcoffman@mglspc.com
Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
    gfulghum@sblsg.com, jschmeltz@sblsg.com; jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
    jschmeltz@sblsg.com; jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
    jschmeltz@sblsg.com; jrapp@sblsg.com
German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
    alison.moreno@pcao.pima.gov
Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
    notices@becket-lee.com
Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
    Corp Card notices@becket-lee.com
Gilbert D. Sigala    on behalf of Creditor John    Batioff sigalawl@aol.com
Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
    gbrown@pszjlaw.com
Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
    Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
    agbankcal@ag.tn.gov
Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
    gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
    christine@virginia-lawyers.net
Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
    ggrant@shulmanrogers.com, lsmith@shulmanrogers.com
H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com, jwest@kkgpc.com
Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
    Heather.Anderson@dol.lps.state.nj.us
Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
    Heather.Anderson@dol.lps.state.nj.us
Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
    Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
    Group, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
    droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
    Corporation hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
    ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
    droberts1949@live.com
Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
    csommer@fdh.com
Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
    hlong@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
              hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
              hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
              hlong@hunton.com
            Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
              howard.j.grossman@chase.com
            Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
              ilandsberg@landsberg-law.com
            Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
            Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
            Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
            J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
              chefiling@lw.com;robert.klyman@lw.com
            J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
            J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
              sparson@mckennalong.com
            J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
              dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
              dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
              dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
              sparson@mckennalong.com
            Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
              jackson.toof@arentfox.com
            Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
              jackson.toof@arentfox.com
            Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com
            James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
            James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
            James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
            James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
            James Edward Bowman, II    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
              bethf@jebowman.com=ecf@jebowman.com;ecf2@jebowman.com
            James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
            James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
            James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
            James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
            James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
              ell@spottsfain.com;tmoore@spottsfain.com
            James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
            James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
            James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com, acole@rossbanks.com
            James W. Reynolds    on behalf of Creditor    Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
            James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
            James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@orrick.com
            James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
    jburke@orrick.com
James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
    including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
    kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
    jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
    admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
    ecf@krcl.com
Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
    ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
    jharbour@hunton.com
Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
    tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
    tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
    jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
    Jeff.Klusmeier@ago.mo.gov
Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
    Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
    dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
    dwineinger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
    jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
    Pennsylvania jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
    jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Creditor    The New York Times Company jtarkenton@wcsr.com,
    kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
    emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
    Creditors jpomerantz@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer  Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com:kligon@spottsfain.com:tmoore@spottsfain.com:eanderson@spottsfain.com;jol
          msted@spottsfain.com:ekessel@spottsfain.com:jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
              Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
              jkneeland@linowes-law.com,
              klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
              Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
              jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 22 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Starpoint Property Management, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Columbia Equities Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   De Rito Partners Development, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com   GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southwest Management LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Washington Commons Associates
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 23 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 24 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
           News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
           Center) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
           Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
           Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
           Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 25 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
             for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
             Trustee jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
             Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
             Partnership jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
             Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
             Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
             acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
             LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
             1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
             avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
             Trustee jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
             jmclemore@cblaw.com,  avaughn@cblaw.com/klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
              nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
              acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
              Obispo County Tribune jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
              as Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
              Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
              calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
              egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
              jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
              jeremy.friedberg@llff.com,    ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
              ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
              jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe   Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle   Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
            jsaronson@ridberglaw.com
          Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
            jraftery@offitkurman.com
          John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
          John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
          John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@mckennalong.com,   sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company
          jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
          russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 29 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
              russj4478@aol.com
            John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
              johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
              russj4478@aol.com
            John P. Van Beek    on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
              Refrigeration jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor   WEC 96D Niles Investment Trust
              jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John P. Van Beek    on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
              awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
              vanbeek.com
            John T. Farnum    on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
              rours@wileyrein.com
            John T. Farnum    on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
              rours@wileyrein.com
            John T. Husk    on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
            Jonathan L. Hauser    on behalf of Defendant   Klipsch Audio Technologies LLC
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant   Velocity Micro, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant   Stampede Presentation Products, Inc.
              jonathan.hauser@troutmansanders.com
            Jonathan S. Storper    on behalf of Creditor   IGate Global Solutions, Limited
              jstorper@hansonbridgett.com
            Jonathan T. Cain    on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
              kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
              jtcain@mintz.com,  kcraun@mintz.com
            Jorge A. Ortiz    on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
            Joseph M. DuRant    on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
            Joseph T. Moldovan    on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
              Blue Cross Blue Shield bankruptcy@morrisoncohen.com
            Judy A. Robbins, 11    USTPRegion04.RH.ECF@usdoj.gov
            Judy Bamberger Calton    on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
            Julie Ann Quagliano    on behalf of Creditor   AT&T Capital Services, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
              quagliano@seeger-law.com,  harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
              harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Creditor   AT&T quagliano@seeger-law.com,
              harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Defendant   Paris Business Products, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com

District/off: 0422-7          User: ramirez-l          Page 30 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com,  harvell@seeger-law.com
Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
          cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
          cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
          cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
          cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
          Inc. jpaget@hunton.com,  cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
          Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
          kmiller@wileyrein.com,  rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
          kmiller@wileyrein.com,  rours@wileyrein.com
Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com
Ken  Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
          County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
          District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
          klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
          Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
          Co., Rockwall Co., Roundrock ISD, Smith Co., South Island klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com

District/off: 0422-7          User: ramirez-l          Page 31 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
            krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
            sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
            LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
            for Cl Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
            Carla@KDBLawFirm.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
            eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
            Margaret@rlglegal.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard E. Starr, III   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
            gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
            lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
            lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
            regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com

District/off: 0422-7          User: ramirez-l          Page 32 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com

District/off: 0422-7          User: ramirez-l          Page 33 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort 1 LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
            slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
               mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
               mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
               kjaros@busmanandbusman.com
              Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
               kjaros@busmanandbusman.com
              Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Unknown    Sutherland Asbill & Brennan LLP
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
               of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
               holders of Merill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
               PARTNERSHIP mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
               mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
          mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
          mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          mark@taxva.com, amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

District/off: 0422-7          User: ramirez-l          Page 36 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
            myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
            othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
            Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
            mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
            mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
            Inc. mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
            mmueller@cblaw.com, avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 37 of 57          Date Rcvd: Nov 12, 2013
                              Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Sennheisser Electronic Corp. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
       III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
       Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
       America mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
       avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
       mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@cblaw.com,
       avaughn@cblaw.com
Michael E. Hastings   on behalf of Creditor   Eastern Security Corp.
       michael.hastings@leclairryan.com
Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com

District/off: 0422-7          User: ramirez-l          Page 38 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
          mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
          crystal.gaymon@akerman.com;janet.scruggs@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
          lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com

District/off: 0422-7          User: ramirez-l          Page 39 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nathan  Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
           Rutherford LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Neil E. McCullagh    on behalf of Defendant    iGoDigital, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
              Engineering nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
              Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
              LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
              LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
              msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 41 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott    on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott    on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
            Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
            Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Export Development Canada
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
            Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
              pschrader@fullertonlaw.com
            Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
            rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Williams Mullen Clark and Dobbins
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
            pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
            hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran    on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran    on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
            om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Peter Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
                lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
                pgreenburg@aol.com
              Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
                Administration peter.roth@doj.nh.gov
              Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
                pstrniste@rc.com, kcooper@rc.com
              Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Carney   on behalf of Creditor c/o William S. Coats   Pinnacle Systems, Inc.
                pcarney@whitecase.com, hletourneau@whitecase.com
              Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
                ppearl@sandsanderson.com, scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
                ppearl@spilmanlaw.com, scormany@spilmanlaw.com
              Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
                pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
                pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com, rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
                john.leininger@bryancave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            cingle@pringlaw.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
            C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
            hhale@woodsrogers.com
          Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
            Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard D. Scott    on behalf of Defendant    Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott    on behalf of Defendant    Newmen Technology Co., Ltd.
            richard@rscottlawoffice.com
          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
              richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
              rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
              rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
              rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
              rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture lcornett@hillrainey.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
              lcornett@hillrainey.com
              Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers lcornett@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, ll
              Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com, pcoover@sabt.com
              Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
              rscully@stites.com, vshockey@stites.com
              Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com, robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@jefferies.com, mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
           rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
           Robert M. Marino   on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com, rmmarinol@aol.com
           Robert M. Marino   on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com, rmmarinol@aol.com
           Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnson1@usa.doj.gov
           Robert R. Vieth   on behalf of Creditor    D&H Distributing Co. rvieth@ltblaw.com,
           dhowes@ltblaw.com
           Robert R. Vieth   on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
           Robert R. Vieth   on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
           Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
           Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
           Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
           bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
           karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
           karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
           Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
           bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
           Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
           Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
           karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
           bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
           bmusick@t-mlaw.com, karnett@t-mlaw.com
           Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
           karnett@t-mlaw.com
           Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
           rwestermann@hf-law.com, rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
           rwestermann@hf-law.com, rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
           rwestermann@hf-law.com, rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com
           Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
            COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Starlight Marketing, Ltd. rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
            Partnership rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
            rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
            rwestermann@hf-law.com,   rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
            abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
            Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
            rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
            Management Group, Ltd. rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
            rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
            rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
            rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
            rpage@ecf.inforuptcy.com
          Ronald Allen Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
            rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
          Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
            cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com

District/off: 0422-7          User: ramirez-l          Page 49 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
               ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Satchidananda Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com

District/off: 0422-7          User: ramirez-l          Page 50 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
          slawson@hf-law.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
              smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
              sleach@ltblaw.com,  msarata@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
              sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com,  cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com,  cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com,
              cblawbethesda@gmail.com
              Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskyorins.com
              Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
              tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
              hallc@gtlaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
              Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
              tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              lschock@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
           trepczynski@offitkurman.com, lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
           trepczynski@offitkurman.com, lschock@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com, lschock@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com, bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
           tmackey@stinson.com
          Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
           tsabalewski@reedsmith.com, shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com, nferenbach@kv-legal.com
          Troy Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Vivienne Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG News ecfcases@borgeslawllc.com
          Wanda Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com

```
District/off: 0422-7            User: ramirez-l          Page 53 of 57           Date Rcvd: Nov 12, 2013
                               Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
            Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
            jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
            Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
            wroenker@cityofchesapeake.net
            William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
            wheuer@duanemorris.com
            William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
            wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
            wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
            Courier aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   American National Insurance Company
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
            TV aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Eon Communications Corporation
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
            aburnett@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
            GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
            William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
             Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
             bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
             rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 55 of 57          Date Rcvd: Nov 12, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Fourstar International Trading Company
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw    on behalf of Creditor    Prince George's Station Retail, LLC
          bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William D. Bayliss    on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant    International Business Machines Corporation
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak   Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com,
          George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                                       TOTAL: 2210