IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, CK Richmond Business Services No 2 Limited Liability Company, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
CK Richmond Business Services No 2 Limited
Liability Company
c o Niclas A Ferland Esq
LeClairRyan A Professional Corporation
545 Long Wharf Dr 9th Fl
New Haven, CT 06511

**New Address [Creditor]**
CK Richmond Business Services No 2 Limited
Liability Company
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party(ies)]**
CK Richmond Business Services No 2 Limited
Liability Company
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 11-13-2013

Respectfully submitted,

By: *Childress Klein Properties Inc, its manager*
Signature: *Deborah B Dunlec*
Print Name: Deborah B. Dunlec
Title: Vice President