IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, CK Richmond Business Services No 2 Limited Liability Company, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
CK Richmond Business Services No 2 Limited
Liability Company
c o Niclas A Ferland Esq
LeClairRyan A Professional Corporation
545 Long Wharf Dr 9th Fl
New Haven, CT 06511

**New Address [Creditor]**
CK Richmond Business Services No 2 Limited
Liability Company
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

**New Address [Notice Party(ies)]**
CK Richmond Business Services No 2 Limited
Liability Company
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL  60055- 9554

Dated: 11-13-2013

Respectfully submitted,

By: Childress Klein Properties Inc, its manager
Signature: Deborah B Dunlec
Print Name: Deborah B. Dunlec
Title: Vice President