# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **BAKER NATICK PROMENADE LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | BAKER NATICK PROMENADE LLC<br>C/O JOHN C. LA LIBERTE, ESQ.<br>SHERIN AND LODGEN LLP<br>101 FEDERAL STREET<br>BOSTON, MA 02110 |

**Claim No. 12513**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____    Date: _____November 19, 2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**BAKER NATICK PROMENADE LLC**, a limited liability company, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated November 13, 2013, upon receipt of the Purchase Price set forth therein, shall have absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") all rights, title and interest in and to the general unsecured claim assigned claim no. 12513 (the "Claim"), in the agreed current principal amount listed of $1,997,705.93, against Circuit City Stores, Inc., et al., the Debtors in the bankruptcy proceedings in the United States Bankruptcy Court for the Easter District of Virginia, case no. 08-35653 (KRH) or any other court with jurisdiction.

Subject only to receipt of the Purchase Price, Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Assigned Rights.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 19th day of November 2013.

(Assignor)
BAKER NATICK PROMNADE

By: *William Baker*
Name: William Baker
Title: Manager

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
its Manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER