UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re                                                          Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                                               Case No. 08-35653

          Debtors.                                             (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Baker Natick Promenade LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number 12513 be sent to the new address set forth below, effective as of the date hereof.

Former Address
Baker Natick Promenade LLC
c/o John C. La Liberte, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

New Address
Baker Natick Promenade LLC
c/o Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 19, 2013                    **BAKER NATICK PROMENADE LLC**

                                           By: _William Baker_
                                           Name: William Baker
                                           Title: Manager