**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

In Case No.: 08-35653-KRH        ,* Case Name Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) Clement Farley
Bar Identification Number 016991994         State New Jersey
Firm Name McCarter & English, LLP
Firm Phone # (973) 622-4444        Direct Dial # (973) 639-2064        FAX # (973) 297-3869
E-Mail Address  cfarley@mccarter.com
Office Mailing Address  Four Gateway Center, 100 Mulberry St., Newark, NJ 07102
Name(s) of federal court(s) in which I have been admitted U.S. District Court, District of New Jersey and
    U.S. District Courts, Southern and Eastern Districts of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice*
admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness
as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the
Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the
applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this
Court; that I have examined the applicant's personal statement.  I affirm that his/her personal and professional character
and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                 11/20/13 (Date)

Neil McCullagh
(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.