| | |
|---|---|
| Iain A.W. Nasatir, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| (*pro hac vice pending*) | Paula S. Beran, Esq. (VA Bar No. 34679) |
| PACHULSKI STANG ZIEHL & JONES LLP | TAVENNER & BERAN, PLC |
| 10100 Santa Monica Boulevard | 20 North Eighth Street, 2nd Floor |
| Los Angeles, California 90067-4100 | Richmond, Virginia 23219 |
| Telephone: (310) 277-6910 | Telephone: (804) 783-8300 |
| Telecopy:  (310) 201-0760 | Telecopy:  (804) 783-0178 |
| | |
| *Counsel to the Circuit City Stores, Inc.* | *Counsel to the Circuit City Stores, Inc.* |
| *Liquidating Trust* | *Liquidating Trust* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF IAIN A.W. NASATIR**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Iain A.W. Nasatir (the "Motion") filed by Lynn L. Tavenner and Paula S. Beran, seeking admission pro hac vice for Iain A.W. Nasatir of the law firm of Pachulski Stang Ziehl & Jones LLP, in the above-referenced bankruptcy case (the "Bankruptcy Case") pursuant to Local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice

is necessary or required, and it is appropriate that Iain A.W. Nasatir be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion is hereby Granted.

2. Iain A.W. Nasatir of the law firm of Pachulski Stang Ziehl & Jones LLP is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of the Circuit City Stores, Inc. Liquidating Trust.

Dated: Nov 20 2013

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Nov 21 2013

I ASK FOR THIS:

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*

**RULE 9022-1 CERTIFICATION**

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

/s/ Paula S. Beran
*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*