| | |
|---|---|
| **KUTAK ROCK LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| Michael A. Condyles (VSB No. 27807) | Gary T. Holtzer |
| Jeremy S. Williams (VSB No. 77469) | 767 Fifth Avenue |
| 1111 East Main Street, Suite 800 | New York, New York 10153-0119 |
| Richmond, Virginia 23219 | Telephone: (212) 310-8000 |
| (804) 644-1700 | Facsimile: (212) 310-8007 |
| *Counsel for Chase Bank USA, National Association* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,                    Case No. 08-35653-KRH
                                                       Chapter 11
    Debtors.

Alfred H. Siegel, Trustee,

    Objector,

v.                                                     Contested Matter

Chase Bank USA, National Association
(Claim No. 14787),

    Claimant.

**ORDER SCHEDULING HEARING ON EXPEDITED BASIS**

  THIS MATTER comes before the Court upon the *Motion for Expedited Hearing* (the "Motion") filed by Chase Bank USA, National Association ("Chase") by counsel, to schedule an expedited hearing for *Chase Bank USA, National Association's Motion for Protective Order and to Direct the Application of F.R.C.P. 12(c) to this Contested Matter and Memorandum in Support Thereof* (the "Motion for Protective Order"); it further appearing that good cause exists as set forth in the Motion, it is **ORDERED, ADJUDGED AND DECREED** that:

  1. The Motion is hereby granted.

  2. The Motion for Protective Order shall be heard on an expedited basis on December 4, 2013 at 3:00 p.m.; and

  3. Objections to the Motion for Protective Order shall be filed on or before December 3, 2013 at 5:00 p.m.

ENTERED:_____          _____
                 UNITED STATES BANKRUPTCY COURT JUDGE

Order submitted by:

/s/_____
**KUTAK ROCK LLP**
Michael A. Condyles, Esq. (Va. Bar No. 27807)
Jeremy S. Williams, Esq. (Va. Bar No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia  23219
(804) 644-1700

-and-

**WEIL, GOTSHAL & MANGES LLP**
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Chase Bank USA, National Association*