| | |
|---|---|
| **KUTAK ROCK LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| Michael A. Condyles (VSB No. 27807) | Gary T. Holtzer |
| Jeremy S. Williams (VSB No. 77469) | 767 Fifth Avenue |
| 1111 East Main Street, Suite 800 | New York, New York 10153-0119 |
| Richmond, Virginia 23219 | Telephone: (212) 310-8000 |
| (804) 644-1700 | Facsimile: (212) 310-8007 |
| *Counsel for Chase Bank USA, National Association* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,                    Case No. 08-35653-KRH
                                                      Chapter 11
           Debtors.
_____

Alfred H. Siegel, Trustee,

           Objector,

v.                                                    Contested Matter

Chase Bank USA, National Association
(Claim No. 14787),

           Claimant.
_____

**NOTICE OF MOTION AND NOTICE OF REQUEST FOR EXPEDITED HEARING ON
CHASE BANK USA, NATIONAL ASSOCIATION'S MOTION FOR PROTECTIVE
ORDER AND TO DIRECT THE APPLICATION OF F.R.C.P. 12(C) TO THIS
<u>CONTESTED MATTER AND MEMORANDUM IN SUPPORT</u>**

Please take notice that Chase Bank USA, National Association (the "<u>Movant</u>"), by counsel, has filed *Chase Bank USA, National Association's Motion for Protective Order and to Direct the Application of F.R.C.P. 12(c) to this Contested Matter and Memorandum in Support Thereof* (the "Motion") in the above-captioned case. An expedited hearing has been requested on the Motion.

***Your rights may be affected***. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in the Motion, you must do the following:

4814-8080-4631.1

1. File with the Court, at the address shown below, a written response by **December 3, 2013 at 5:00 p.m.** pursuant to Local Bankruptcy Rule 9013-1. Your mailing should be directed to:

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, Virginia 23219

2. You must also mail a copy to:

> Michael A. Condyles, Esq.
> Kutak Rock LLP
> 1111 East Main Street, Suite 800
> Richmond, VA 23219

3. In connection with this motion, a hearing has been requested on an expedited basis to be held on **December 4, 2013 at 3:00 p.m.** at 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219. If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested.

Dated: November 21, 2013

By: /s/ Michael A. Condyles
Michael A. Condyles, Esq. (Va. Bar No. 27807)
Jeremy S. Williams, Esq. (Va. Bar No. 77469)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Chase Bank USA, National Association*

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 21, 2013, a true and exact copy of the foregoing was served via CM/ECF or first class mail, postage prepaid, as follows:

Jeremy V. Richards, Esq.
Ellen M. Bender, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/    Michael A. Condyles
Counsel