| | |
|---|---|
| **KUTAK ROCK LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| Michael A. Condyles (VSB No. 27807) | Gary T. Holtzer |
| Jeremy S. Williams (VSB No. 77469) | 767 Fifth Avenue |
| 1111 East Main Street, Suite 800 | New York, New York 10153-0119 |
| Richmond, Virginia 23219 | Telephone:  (212) 310-8000 |
| (804) 644-1700 | Facsimile:  (212) 310-8007 |
| *Counsel for Chase Bank USA,* | |
| *National Association* | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,        Case No. 08-35653-KRH
                                          Chapter 11
             Debtors.

---

Alfred H. Siegel, Trustee,

             Objector,

v.                                        Contested Matter

Chase Bank USA, National Association
(Claim No. 14787),

             Claimant.

---

**AMENDED NOTICE OF MOTION FOR EXPEDITED HEARING**

Please take notice that Chase Bank USA, National Association (the "Movant"), by counsel, has filed a *Motion for Expedited Hearing* in the above-captioned case.

***Your rights may be affected***.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the court to grant the relief sought in the Motion, you must do the following:

1.     File with the Court, at the address shown below, a written response by **December 3, 2013 at 5:00 p.m.** pursuant to Local Bankruptcy Rule 9013-1.  Your mailing should be directed to:

4849-0637-1351.1

Clerk of the Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

2. You must also mail a copy to:

Michael A. Condyles, Esq.
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA  23219

3. If an objection is filed to this Motion, you must also attend the hearing in addition to filing a written response, which hearing will be held on **December 4, 2013 at 3:00 p.m.** at 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219. If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested.

Dated:  November 21, 2013

By: /s/ Michael A. Condyles
Michael A. Condyles, Esq. (Va. Bar No. 27807)
Jeremy S. Williams, Esq. (Va. Bar No. 77469)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia  23219
(804) 644-1700

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Chase Bank USA, National Association*

4849-0637-1351.1

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 21, 2013, a true and exact copy of the foregoing was served via CM/ECF or first class mail, postage prepaid, as follows:

Jeremy V. Richards, Esq.
Ellen M. Bender, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

/s/    Michael A. Condyles
Counsel

4849-0637-1351.1