210B (12/09)

# United States Bankruptcy Court

### Eastern District of Virginia
### Case No. 08-35653-KRH
### Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____    was filed or deemed filed under 11 U.S.C. § 1111(a) in this
case by the alleged transferor.  As evidence of the transfer of that claim, the transferee
filed a Transfer of Claim in the clerk's office of this court on 11/19/2013 (date).

**Name and Address of Alleged Transferor:**

Claim No. : BAKER NATICK PROMENADE LLC, C/O JOHN C. LA
LIBERTE, ESQ., SHERIN AND LODGEN LLP, 101 FEDERAL
STREET, BOSTON, MA 02110

**Name and Address of Transferee:**

Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with
the court within twenty-one (21) days of the mailing of this notice.  If no objection is
timely received by the court, the transferee will be substituted as the original claimant
without further order of the court.

Date:   11/22/13

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l        Page 1 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
12092711     +BAKER NATICK PROMENADE LLC,   C/O JOHN C. LA LIBERTE, ESQ.,   SHERIN AND LODGEN LLP,
              101 FEDERAL STREET,   BOSTON, MA 02110-2109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
           ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
           mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
           akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping  Center
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
           ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
           ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   Northern Indianna Public Service Company
           atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Sony Computer Entertainment America Inc.,
           A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
           dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Energizer Battery, Inc.
           atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC
           atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Kingston Technology Co., Inc.
           atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
           Star abiggs@bakerlaw.com

District/off: 0422-7          User: ramirez-l              Page 2 of 57               Date Rcvd: Nov 20, 2013
                             Form ID: trc                 Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Ambika Joline Biggs   on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
           Ambika Joline Biggs   on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
            FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
           Ambika Joline Biggs   on behalf of Defendant    The National Union Fire Insurance Company of
            Pittsburgh, PA abiggs@bakerlaw.com
           Ambika Joline Biggs   on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
            Inc. abiggs@bakerlaw.com
           Amy Pritchard Williams   on behalf of Creditor   Cobb Corners II, Limited Partnership
            amy.williams@klgates.com, hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor   DIM Vastgoed, N.V. amy.williams@klgates.com,
            hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor   Encinitas PFA, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor   PrattCenter, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor   UTC I, LLC amy.williams@klgates.com,
            hailey.andresen@klgates.com
           Amy Pritchard Williams   on behalf of Creditor   Valley Corners Shopping Center, LLC
            amy.williams@klgates.com, hailey.andresen@klgates.com
           Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
            ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
            Learning Channel ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
            Ltd. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
           Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
            ADavison@beankinney.com
           Andrew  Rapp   on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
           Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
           Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
           Andrew H. Herrick   on behalf of Creditor    County of Albemarle aherrick@albemarle.org
           Andrew Kelly Rudiger   on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
            akrudiger@kaufcan.com
           Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@fandpnet.com
           Andrew M. Brumby   on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
            dbonilla@shutts-law.com
           Andrew S. Conway   on behalf of Creditor    Taubman Landlords aconway@taubman.com
           Angela Sheffler Abreu   on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
           Anitra D. Goodman Royster   on behalf of Creditor    Connexion Technologies
            anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
            raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
           Ann E. Schmitt   on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
           Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
           Ann E. Schmitt   on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
           Anne C. Lahren   on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
           Anne C. Lahren   on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
            Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
           Anne C. Murphy   on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
            murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
           Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
            Management Services, LLC abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
            Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
            1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
            abraucher@mcmillanmetro.com
           Anne G. Bibeau   on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
            drichards@vanblk.com;pfaggert@vanblk.com
           Anne G. Bibeau   on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
            drichards@vanblk.com;pfaggert@vanblk.com
           Anne G. Bibeau   on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
            drichards@vanblk.com;pfaggert@vanblk.com
           Annemarie G. McGavin   on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    Dick's Sporting Goods, Inc.
            annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin   on behalf of Creditor    General Instrument Corporation d/b/a Home &
            Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
            acichello@kb-law.com
           Anthony J. Cichello   on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
    ecffilings@hangley.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
    managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
    Trustee aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
    Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
    Trustee aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
    Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
    aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
    avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
    avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.   on behalf of Creditor    Starpoint Property Management, LLC
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Prudential Insurance Company of America
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Commercial Property Management,  Inc.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Thoroughbred Village Tennessee, GP
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Continental Property Management Corp.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Commercial Property Management, Inc.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Catellus Operating Limited Partnership
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Interested Party  Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Donahue Schriber Realty Group, L.P.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Whitestone Development Partners, L.P.
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    N.P. Huntsville Limited Liability Company
                aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
                avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
                avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland American Retail Management LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union County Construction Group, Inc.
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The West Campus Square Company, LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Pacific Property Services LLC
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
               avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership
               aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
               avaughn@cblaw.com
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor    Panasonic Corporation of North America
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
               cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
               cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
               rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
               benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
               bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    The Macerich Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    KNP brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    Watt Management Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    RREEF Management Company brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
          brian.huben@kattenlaw.com,
          carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
          enlaw.com
         Brian F. Kenney    on behalf of Creditor    Black & Decker (US), Inc. bkenney@milesstockbridge.com
         Brian F. Kenney    on behalf of Defendant    JLG Industries, Inc. bkenney@milesstockbridge.com
         Brian F. Kenney    on behalf of Creditor    44 North Properties, LLC bkenney@milesstockbridge.com
         Brian F. Kenney    on behalf of Creditor    JLG Industries, Inc. bkenney@milesstockbridge.com
         Brian F. Kenney    on behalf of Creditor    Maryland Acquisitions, LLC bkenney@milesstockbridge.com
         Brian F. Kenney    on behalf of Defendant    Black & Decker (US), Inc. bkenney@milesstockbridge.com
         Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
         Bruce H. Matson    on behalf of Creditor    Bank of America, N.A., as Agent
          bruce.matson@leclairryan.com,  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
         Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
         Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
         Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
         Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
         C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
         C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
         Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
         Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
         Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
         Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
         Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
         Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
          gideon.korrell@snrdenton.com
         Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
         Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
           Christian.Vogel@leclairryan.com,
           kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com,
           kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

District/off: 0422-7            User: ramirez-l            Page 8 of 57            Date Rcvd: Nov 20, 2013
                               Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven    Ivester
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 9 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 10 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated and Gannett Co.,
            Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
            and/or Tucson Citizen christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Eastern Security Corp.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Movant Nina   Winston christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Counter-Claimant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins   on behalf of Defendant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Balogh Companies
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   eReplacements, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher M. Alston   on behalf of Creditor   507 Northgate LLC alstc@foster.com,
            ristj@foster.com
          Christopher M. Desiderio   on behalf of Plaintiff   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation
            cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby   on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
            cgp@ballardspahr.com,   summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
            cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Craig M. Palik   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
            awyers.com
          Curtis Gilbert Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester   on behalf of Defendant   Energizer Battery, Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
            ndysart@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
            individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
            ddprichard@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
               ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
               Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
               Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
               Post ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
               Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
               individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
              Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
              Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
               dpress@chung-press.com, pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
               pressdm@gmail.com
              Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
               dsbushnaq@venable.com
              Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
              Darrell William Clark   on behalf of Defendant   Targus, Inc. dclark@stinson.com,
               cscott@stinson.com
              Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
               cscott@stinson.com
              Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
              David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
               bankruptcy@ntexas-attorneys.com
              David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
               ecf@davidgreerlaw.com
              David A. Greer   on behalf of Creditor   Century plaza development corporation
               dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
              David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
               Service of North Carolina davidwheeler@mvalaw.com
              David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
               scilino@chlhf.com
              David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
              David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
               pdyson@jackscamp.com
              David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
               Inc. ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
              David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
               division of SYNNEX Corporation ddickieson@schertlerlaw.com,  pfrye@schertlerlaw.com
              David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
               dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
               dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: ramirez-l          Page 13 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
          dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com,   drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com

District/off: 0422-7          User: ramirez-l          Page 14 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis T. Lewandowski    on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Transferee   Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor   Pasadena Independent School District
            caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor   Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan   Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor   SAP Retail Inc. and Business Objects
            dludman@brownconnery.com
          Douglas Scott    on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
            Inc. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor   Pasadena Independent School District
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Interactive Toy Concepts, Inc
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Russellville Steel Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
            BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
            California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
            dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant   Circuit City Stores, Inc.
            dfoley@mcguirewoods.com,
            lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7          User: ramirez-l          Page 15 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley    on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor   Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
              ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley    on behalf of Creditor    IGate Global Solutions, Limited
              echarley@hansonbridgett.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Mitek Corporation (MTX) ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor James  Lubary ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
              ffm@bostonbusinesslaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
              fpepler@peplermastromonaco.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com

District/off: 0422-7          User: ramirez-l          Page 17 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
           fcragle@hf-law.com
          Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
           glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
           glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
           jcoffman@mglspc.com
          Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
          Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
           gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
           Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
          Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
           Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,  khall@nixonpeabody.com, self.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Henry P. Baer   on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
            Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
               hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
               hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
               hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
               Partnership hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
            Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               hlong@hunton.com
            Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
               hlong@hunton.com
            Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
               howard.j.grossman@chase.com
            Ian S. Landsberg   on behalf of Creditor    Torrance Towne Center Associates, LLC
               ilandsberg@landsberg-law.com
            Ian S. Landsberg   on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
            Ian S. Landsberg   on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
            Ian S. Landsberg   on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
            J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
               chefiling@lw.com;robert.klyman@lw.com
            J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
               chefiling@lw.com;robert.klyman@lw.com
            J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
               sparson@mckennalong.com
            J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
               dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
               dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
               dfolds@mckennalong.com, sparson@mckennalong.com
            J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
               sparson@mckennalong.com
            Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
               jackson.toof@arentfox.com
            Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
               jackson.toof@arentfox.com
            Jaime Sue Dibble   on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
               lbigus@stinson.com
            James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
               James.Newbold@illinois.gov
            James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
               through Brian Hamer, its Director James.Newbold@illinois.gov
            James E. Clarke   on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
               vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
            James E. Clarke   on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
               rbailey@atlanticlawgrp.com
            James Edward Bowman, II    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
               bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
            James H. Rollins   on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
               avis.francis@hklaw.com
            James J. Briody   on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
            James J. Briody   on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
               kim.smith@sablaw.com
            James J. Briody   on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
               kim.smith@sablaw.com
            James K. Donaldson   on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
               eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
               ell@spottsfain.com;tmoore@spottsfain.com
            James R. Schroll   on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
               ncoton@beankinney.com
            James R. Schroll   on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
               ncoton@beankinney.com
            James V. Lombardi   on behalf of Creditor    AmREIT, a Texas real estate investment trust
               jlombardi@rossbanks.com, acole@rossbanks.com
            James W. Reynolds   on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
               of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
            James Winston Burke   on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
           Inc. jburke@orrick.com
          James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
           jburke@orrick.com
          James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
           including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
           kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
           jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
           Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
           emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
             Creditors jpomerantz@pszjlaw.com
           Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
             pollack@ballardspahr.com
           Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
             dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jennifer  Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
           Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
             jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
             rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
             msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 21 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore     on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    1030 W. North Ave. Bldg. LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    LaSalle Bank national Association, as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
          Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Obsrver Publishing Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Starpoint Property Management, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Sparkleberry Two Notch, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Columbia Equities Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 23 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
            Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
            Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
            No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
            jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
            d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
            Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
            American Retail Management LLC,  Inland US Management LLC, Inland Pacific Property Services LLC,
            Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 25 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
            Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
            Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
            Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
            acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
            avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
            jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com

District/off: 0422-7          User: ramirez-l          Page 27 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
           jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
           jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com
          Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
           jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
           jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
          Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
          Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,    swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,    swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Parker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@wmlawgroup.com,
           wedwards@wmlawgroup.com/ccotter@wmlawgroup.com/dpower@wmlawgroup.com/paralegal@wmlawgroup.com
          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
           jmcjunkin@mckennalong.com,    sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
           sparson@mckennalong.com

District/off: 0422-7          User: ramirez-l          Page 28 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company
          jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 29 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
             russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
             Refrigeration jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
             jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
             awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
             vanbeek.com
          John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
             rours@wileyrein.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
             rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
             jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
             jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
             jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
             jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
             kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
             jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
             Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
             quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
             harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
             harvell@seeger-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com
             Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
              Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
              quagliano@seeger-law.com,  harvell@seeger-law.com
             Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
              cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
              cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
              cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
              cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@hunton.com,  cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
             Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
             Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com,  rours@wileyrein.com
             Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
              kmiller@wileyrein.com,  rours@wileyrein.com
             Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
             Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
             Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
             Ken  Coleman   on behalf of Interested Party  Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
             Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
             Kenneth R. Rhoad   on behalf of Defendant   ActionLink, LLC krhoa@gebsmith.com
             Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
              klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
             Kevin J. Funk   on behalf of Creditor   Joanne  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
             Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
             Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
             Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
             Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
             Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
          Carla@KDBLawFirm.com
          Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
          Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
          eappelstein@ltblaw.com
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
          Margaret@rlglegal.com
          Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com

District/off: 0422-7          User: ramirez-l          Page 32 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Dianne Regenhardt    on behalf of Creditor     D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor     Vornado Caguas LP lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     CSI Construction Company lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Wayne VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Lang Construction, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BevCon I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     VNO Mundy Street, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     McAlister Square Partners, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     North Plainfield VF LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     East Brunswick VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Vornado Finance, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Encinitas PFA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Cardinal Court, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Ray Mucci's Inc. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     VNO TRU Dale Mabry, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BBP-Muncy LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Chatham County, GA Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     PrattCenter, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Amherst VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     John Rohrer Contracting Company, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Chatham County Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Monument Consulting, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Route 146 Millbury LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     NPP Development LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Hillson Electric Incorporated lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     T. J. Maxx of CA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Interstate Augusta Properties LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     DEV Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     UTC I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     A.D.D. Holdings, L.P. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP-OH LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP-SC LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Alexander's Rego Park Center, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP-NY LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP-VA LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Towson VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     E&A Northeast Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Baker Natick Promenade LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     BPP-Redding LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Star Universal, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     Vornado Gun Hill Road, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor     North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
           lhamiel@siwpc.com

```
District/off: 0422-7          User: ramirez-l          Page 33 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Lisa Hudson Kim   on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
           slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
```

District/off: 0422-7          User: ramirez-l          Page 34 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
           mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
           mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
           kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
           kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
           mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
           of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
           holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
           PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
           Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
           Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
           mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
                     mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
                     mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
                     mark.sherrill@sutherland.com
              Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
                     Interactive, Inc. mdtaylor@kilpatricktownsend.com
              Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
                     mdtaylor@kilpatricktownsend.com
              Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
              Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
                     State of Texas, and Greg Abbott, as Attorney General of the State of Texas
                     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
                     bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
                     Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
                     mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
                     mark@taxva.com, amanda@taxva.com
              Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
                     amanda@taxva.com
              Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
                     dian.mullin@haynesboone.com
              Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
                     mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
              Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
                     martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
                     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
                     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
                     martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
                     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
                     martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
                     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
                     martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
                     erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
              Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
              Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
                     martin.brown@lawokc.com
              Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
                     molden@mhalaw.com, akauba@mhalaw.com
              Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
                     lexbankruptcy@wyattfirm.com
              Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
              Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
              Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
              Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
                     mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
                     lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
  myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
Michael Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
Michael Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
  othercourts@mvbalaw.com
Michael Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
  Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
  michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
  mcrowley@asm-law.com
Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
  mcrowley@asm-law.com
Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
  mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
  mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
  Inc. mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
  mmueller@cblaw.com,  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
  avaughn@cblaw.com
Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
  avaughn@cblaw.com
Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
  mmueller@cblaw.com,  avaughn@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| Michael D. Mueller | on behalf of Creditor | Inland Commercial Property Management, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Plaintiff | CC-Investors 1995-6 mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Warner Home Video mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | James H. Wimmer, Jr., personally mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Sennheisser Electronic Corp. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Robyn N. Davis mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Lawrence W. Fay mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | Mad Catz, Inc. dba Saitek Industries Ltd. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | North American Roofing Services, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Team Retail Westbank, Ltd. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Jeffrey R. Leopold mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Inland Southwest Management LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Giant Eagle, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Inland US Management LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Concar Enterprises, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | SEA Properties I, LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Inland American Retail Management LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Cermak Plaza Associates, LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Bruce H. Besanko mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Inland Pacific Property Services LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Kimco Realty Corporation mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Union Square Retail Trust mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | Honeywell International Inc. dba ADI mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | La Habra Imperial, LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | P/A Acadia Pelham Manor, LLC mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | Warner Home Video, a division of Warner Bros. Home Entertainment, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | Texas Instruments Incorporated mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Savitri Cohen mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Teachers Insurance and Annuity Association of America mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Market Heights, Ltd mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Defendant | U.S. Luggage Co. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | RD Bloomfield Associates Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Ergotron, Inc. f/k/a OmniMount Systems, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Acadia Realty Limited Partnership mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Bagby & Russell Electric Company, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael D. Mueller | on behalf of Creditor | Mad Catz, Inc. mmueller@cblaw.com, avaughn@cblaw.com |
| Michael E. Hastings | on behalf of Creditor | Eastern Security Corp. michael.hastings@leclairryan.com |
| Michael F. Ruggio | on behalf of Creditor | MD-GSI Associates mruggio@ralaw.com |
| Michael J. Sage | on behalf of Creditor | Pan Am Equities msage@omm.com, kzeldman@omm.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
             Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
             Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
             Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
             Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
             Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
             Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
              dba Howland Commons mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
              mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
             Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
             Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
              mkogan@koganlawfirm.com
             Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
              Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc mpark@cblh.com
             Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
             Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
             Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
             Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
             Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
             Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
              swatson@jackscamp.com;iluaces@jackscamp.com
             Mona M. Murphy   on behalf of Transferee   ON Corp. USA, Inc. and ON Corp.
              mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Mona M. Murphy   on behalf of Creditor   Thomas, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Mona M. Murphy   on behalf of Creditor   Thomson, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
              mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
              mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
              crystal.gaymon@akerman.com;janet.scruggs@akerman.com
             Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
             Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
              lginsberg@lolawfirm.com
             Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
             Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Nathan  Jones     on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh  on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   United States Debt Recovery IV LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Interested Party   Marblegate Asset Management
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   United States Debt Recovery, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
            Rutherford LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Dentici Family Limited Partnership
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Pintar Investment Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   United States Debt Recovery III, L.P.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   iGoDigital, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 41 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh    on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito    on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg    on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott    on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott    on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts    on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts    on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney    on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi    on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
                  tchilders@canfieldbaer.com
              Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
                  tchilders@canfieldbaer.com
              Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Export Development Canada
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
                  Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
                  Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Contra Costa Times pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
                  East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
                  Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
                  pschrader@fullertonlaw.com
              Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
                  pschrader@fullertonlaw.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
                  L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
                  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
                  pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
           om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
           lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 44 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Peter  Barrett    on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett    on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter  Barrett    on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
        Peter A. Greenburg    on behalf of Defendant    Premier Resources International LLC
             pgreenburg@aol.com
        Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
        Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
        Peter E. Strniste, Jr.    on behalf of Creditor    Schimenti Construction Company LLC
             pstrniste@rc.com,  kcooper@rc.com
        Peter G. Zemanian    on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Buena Vista Home Entertainment, Inc.
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Staples Contract & Commercial, Inc.
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Argo Partners pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Corporate Express Office Products, Inc.
             pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
        Peter G. Zemanian    on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
        Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
             pcarney@whitecase.com,  hletourneau@whitecase.com
        Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
        Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
        Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
             ppearl@sandsanderson.com,  scormany@spilmanlaw.com
        Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
             scormany@spilmanlaw.com
        Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
             ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
        Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
        Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
        Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
        Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
             john.leininger@bryancave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
            C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
            hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
            Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
            richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
            m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
          m
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant   Sharp Electronics Corporation
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant   Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Export Development Canada (EDC)
          rhutson@weinstocklegal.com, mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   US Signs, Inc. rhutson@weinstocklegal.com,
          mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornelia Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture lcornett@hillrainey.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
          lcornett@hillrainey.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers lcornett@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, ll
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com, pcoover@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
          rscully@stites.com, vshockey@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com, robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com, mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
                  Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
                  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
                  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
                  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
                  rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
                  rmmarino@rpb-law.com, rmmarinol@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
                  rmmarino@rpb-law.com, rmmarinol@aol.com
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
                  DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
              Robert R. Vieth    on behalf of Creditor    D&H Distributing Co. rvieth@ltblaw.com,
                  dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
                  Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
                  Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
                  Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
                  bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
                  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
                  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
                  Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
                  bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
                  Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
                  Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
                  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
                  Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
                  bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
                  bmusick@t-mlaw.com, karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
                  karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
                  rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
                  rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
                  rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
                  rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
                  rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
                  rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
                  rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
                  rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
                  rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
                  rmcburney@hf-law.com

District/off: 0422-7          User: ramirez-l          Page 48 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Robert S. Westermann   on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
          rwestermann@hf-law.com,   rmcburney@hf-law.com
         Robin S. Abramowitz   on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
         Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
         Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
         Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
         Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com,   dclayton@stites.com
         Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com
         Ronald Allen Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,   rpage@ecf.inforuptcy.com
         Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
         Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com,
               sarah.kelly@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC
               ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara B. Eagle   on behalf of Creditor   Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
               efile@pbgc.gov
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Satchidananda Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
               slawson@hf-law.com

```
District/off: 0422-7          User: ramirez-l          Page 50 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
            partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
            Mall sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
          Sheila L. Shadmann    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmann    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmann    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7         User: ramirez-l          Page 51 of 57          Date Rcvd: Nov 20, 2013
                            Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
          nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
          smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
          sleach@ltblaw.com,  msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
          sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com,  cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com,  cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com,
          cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
          brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
          tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com, pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg    Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
          hallc@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          lschock@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor Loren    Stocker trepczynski@offitkurman.com,
          lschock@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas W. Repczynski   on behalf of Creditor    Graphic Communications, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor    Tutwiler Properties, LTD
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,  lschock@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant    Targus, Inc. tohm@stinson.com,  tmackey@stinson.com
              Tracey Michelle Ohm   on behalf of Creditor    Waste Management, Inc. tohm@stinson.com,
              tmackey@stinson.com
              Travis Aaron Sabalewski   on behalf of Creditor    IKON Office Solutions, Inc.
              tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy  Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant    Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor    Infogain Corporation vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor    Envision Peripherals, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor    Lexar Media, Inc. vmorrison@wileyrein.com,
              rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor    State of Michigan, Department of Treasury
              reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor    Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
              Vivienne  Rakowsky   on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
              dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              Walter Laurence Williams   on behalf of Movant    Vornado Realty Trust
              walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant    Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com

District/off: 0422-7        User: ramirez-l        Page 53 of 57        Date Rcvd: Nov 20, 2013
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
             Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
             Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
             Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
             Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
             Wendy Michele Roenker   on behalf of Creditor Treasurer  City of Chesapeake
              wroenker@cityofchesapeake.net
             William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
              wheuer@duanemorris.com
             William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
             William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
             William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
             William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   American National Insurance Company
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
              TV aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Eon Communications Corporation
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
              aburnett@williamsmullen.com
             William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
              GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
             William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
             William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
                 Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
              William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 55 of 57          Date Rcvd: Nov 20, 2013
                             Form ID: trc             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   OmniMount Systems, Inc. bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Fourstar International Trading Company
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
      rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
      bgray@sandsanderson.com,   rarrington@sandsanderson.com
      William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
      rarrington@sandsanderson.com

District/off: 0422-7        User: ramirez-l        Page 57 of 57        Date Rcvd: Nov 20, 2013
                           Form ID: trc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
          bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
          deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
          wprince@t-mlaw.com,   jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak   Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com,
          George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                              TOTAL: 2210