IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                    )
                                          )    Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.         )    Jointly Administered
                                          )    Chapter 11
Debtors.                                  )    Hon. Kevin R. Huennekens
                                          )

## ORDER

In consideration of the Motion of Neil E. McCullagh to allow Eduardo Glas to appear and

practice before this Court *pro hac vice* in the above-styled cause and the Court having determined

that the representations contained in such Motion are true, and Neil E. McCullagh having entered

his appearance as counsel in this cause and this application being authorized by the Rules of this

Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Eduardo Glas, who is a member of the Bar of the State

of New York, be admitted to appear and practice before this Court *pro hac vice* only in the

captioned bankruptcy cases and any related adversary litigation on behalf of PNY Technologies,

Inc.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as

to matters arising during or pertaining to the above-styled cause, Eduardo Glas will be subject to

and submit himself to the full disciplinary powers of this Court to the same extent as if he were

fully admitted to practice in this Court and the Bar of Virginia.

Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB # 47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel:  (804) 697-2000  Fax:  (804) 697-2100
Counsel for PNY Technologies, Inc.

ENTER: Nov 26 2013

## /s/ Kevin R. Huennekens

United States Bankruptcy Judge

Entered on Docket: Nov 26 2013

I ASK FOR THIS:


  /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for PNY Technologies, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 20th day of November 2013 to the following constituting all necessary parties:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Andrew W. Caine, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219


/s/ Neil E. McCullagh                            

3

**PARTIES TO RECEIVE COPIES**

Eduardo J. Glas, Esquire
McCarter & English, LLP
245 Park Ave., 27th Floor
New York, NY 10167

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2013.
          +Eduardo Glas,   McCarter & English,   245 Park Ave, 27th Flr,   New York, NY 10167-2801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Nov 27 2013 02:33:58     UST smg Richmond,
          Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2013 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com>mbrandess@sugarfgh.com>joconnor@sugarfgh.com>bkdocket@sugarfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,  dlynch@reedsmith.com>dflippen@reedsmith.com>docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com>dflippen@reedsmith.com>docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com>dflippen@reedsmith.com>docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com,  dlynch@reedsmith.com>dflippen@reedsmith.com>docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com>dflippen@reedsmith.com>docketingecf@reedsmith.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: ramirez-l          Page 2 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
          hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
          amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
          ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
          Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney    Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gusholtkse@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor    Robert E. Greenberg  Gateway Woodside, Inc.
          acichello@kb-law.com

District/off: 0422-7        User: ramirez-l        Page 3 of 58        Date Rcvd: Nov 26, 2013
                           Form ID: pdford9        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
              Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
              ecffilings@hangley.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Signature Home Furnishings Co. Inc.
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
              avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
              aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
              avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 4 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Whitestone Development Partners, L.P.
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,   avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Kite Coral Springs, LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 5 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional   Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

District/off: 0422-7          User: ramirez-l          Page 6 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
      lsansbury@mrrlaw.net
     Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
      brian.huben@kattenlaw.com,
      carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
      enlaw.com
     Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
     Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
     Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
     Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
     Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
     Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
     Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
     Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
      bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
     Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
     Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
     Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
     Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
      tmelendez@ecjlaw.com
     C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
     C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
     Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
     Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
      Limited Liability Company ccreely@akingump.com
     Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
      ccreely@akingump.com
     Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
     Chang Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
     Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
      gideon.korrell@snrdenton.com
     Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
      cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
      cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
      cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
      aconway@taubman.com;Pollack@ballardspahr.com
     Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
      cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: ramirez-l          Page 7 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
           Christian.Vogel@leclairryan.com,
           kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
           Christian.Vogel@leclairryan.com,
           kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
           clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
           similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
           cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
           rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kaplanfrank.com,
           nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
           Tech christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
           dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
    Republic christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
    TV christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
    Star christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com
    Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
    christopher.perkins@leclairryan.com,
    sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
    orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
          d/b/a Jack of All Games christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
          Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
          Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
          Two Interactive christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 10 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated and Gannett Co.,
            Inc., jointly and/or individually doing business as Tucson Newspapers, Arizona Daily Star,
            and/or Tucson Citizen christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
          ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,    asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,    summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,    mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
          awyers.com
          Craig M. Palik    on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
          cpalik@mhlawyers.com,
          cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;cmorris@mhl
          awyers.com
          Curtis Gilbert Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc.
          cmanchester@reedsmith.com,
          shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
       ndysart@ltblaw.com,
       Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
       individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
       ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
       Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
       ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
       Statesman ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
       Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
       Statesman ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
       Post ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
       Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
       Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
       individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
       Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
       Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
       Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
       Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
       dpress@chung-press.com,   pressdm@gmail.com
       Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
       pressdm@gmail.com
       Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
       dsbushnaq@venable.com
       Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
       Darrell William Clark   on behalf of Defendant   Targus, Inc. dclark@stinson.com,
       cscott@stinson.com
       Darrell William Clark   on behalf of Creditor   Waste Management, Inc. dclark@stinson.com,
       cscott@stinson.com
       Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
       David McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
       bankruptcy@ntexas-attorneys.com
       David McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
       bankruptcy@ntexas-attorneys.com
       David McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
       bankruptcy@ntexas-attorneys.com
       David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
       bankruptcy@ntexas-attorneys.com
       David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
       ecf@davidgreerlaw.com
       David A. Greer   on behalf of Creditor   Century plaza development corporation
       dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
       David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
       Service of North Carolina davidwheeler@mvalaw.com
       David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
       scilino@chlhf.com
       David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
       David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
       pdyson@jackscamp.com
       David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
       pdyson@jackscamp.com
       David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
       Inc. ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
       David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
       division of SYNNEX Corporation ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
       David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com
       David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
       dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
       David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
       KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: ramirez-l          Page 13 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
             dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
             Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
             RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
             KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
             and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com
          David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
             rmcburney@hf-law.com
          David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
             rmcburney@hf-law.com
          David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
             druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
             bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
             tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Belkin International Inc. dlannetti@vanblk.com,
             drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
             dlannetti@vanblk.com,  drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
             drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler   on behalf of Defendant   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Defendant   The National Union Fire Insurance Company of
             Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler   on behalf of Creditor   Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
             Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
             denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
             dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
             dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
             America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis T. Lewandowski    on behalf of Defendant     Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant     I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant     Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant     Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor     Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor     Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant     iProspect.com Inc. dtlewand@kaufcan.com
          Denyse  Sabagh   on behalf of Creditor     Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Transferee     Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor     City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor     Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor     Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor     Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor     Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant     Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor     Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald L. Ludman    on behalf of Creditor     SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott    on behalf of Creditor     Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor     Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor     PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor     Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee     CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor     WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant     Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor     Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor     Mayland MN, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     XSStuff, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     Ventoux International, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     Courchevel, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     CC Aviation, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor     Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7          User: ramirez-l          Page 15 of 58          Date Rcvd: Nov 26, 2013
                              Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,
          lneilson@mcguirewoods.com;jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
          dtrache@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
              rours@wileyrein.com;khertz@wileyrein.com
              Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
              mayle@hooverslovacek.com
              Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
              wenditaylor@toase.com
              Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
              Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1 egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Elizabeth L. Gunn   on behalf of Defendant   Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
              Ellen A. Friedman   on behalf of Creditor   Hewlett Packard Company efriedman@friedumspring.com,
              ramona.neal@hp.com;ken.higman@hp.com
              Emily M. Charley   on behalf of Creditor   IGate Global Solutions, Limited
              echarley@hansonbridgett.com
              Eric C. Cotton   on behalf of Creditor   Developers Diversified Realty Corporation hsmith@ddr.com
              Eric Christopher Rusnak   on behalf of Creditor   Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
              Eric J. Snyder   on behalf of Creditor   Condan Enterprises LLC esnyder@sillerwilk.com
              Erika L. Morabito   on behalf of Defendant   COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito   on behalf of Defendant   Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com
              Erin Elizabeth Kessel   on behalf of Creditor   PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Defendant   Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Defendant   Mitek Corporation (MTX) ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Louisiana, LLC ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Arkansas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   South Carolina Electric & Gas Company and Public
              Service of North Carolina ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Cleveland Construction, Inc.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Mississippi, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor   Entergy Texas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Creditor James  Lubary ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              Erin Elizabeth Kessel   on behalf of Defendant   PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
              F. Marion Hughes   on behalf of Creditor   CAP Brunswick, LLC marion.hughes@smithmoorelaw.com

District/off: 0422-7          User: ramirez-l          Page 17 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
               fpepler@peplermastromonaco.com
              Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
              Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
               fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
               glaymon@mglspc.com,   jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
               glaymon@mglspc.com,   jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
               jcoffman@mglspc.com
              Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com, mdicocco@wbmllp.com
              Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com,   mdicocco@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,   calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
               gfulghum@sblsg.com,   jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               Corp Card notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John    Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
               Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. of Revenue agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
              Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,   jwest@kkgpc.com
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
               Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
               Group, Inc. hbroberts@live.com,   droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
               droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
               Corporation hbroberts@live.com,   droberts1949@live.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
droberts1949@live.com
Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
csommer@fdh.com
Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
Partnership hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
hlong@hunton.com
Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
hlong@hunton.com
Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
howard.j.grossman@chase.com
Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
chefiling@lw.com;robert.klyman@lw.com
J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
chefiling@lw.com;robert.klyman@lw.com
J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@mckennalong.com,
sparson@mckennalong.com
J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
dfolds@mckennalong.com,  sparson@mckennalong.com
J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
dfolds@mckennalong.com,  sparson@mckennalong.com
J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
dfolds@mckennalong.com,  sparson@mckennalong.com
J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
sparson@mckennalong.com
Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
jackson.toof@arentfox.com
Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
jackson.toof@arentfox.com
Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
lbigus@stinson.com
James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
James.Newbold@illinois.gov
James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
rbailey@atlanticlawgrp.com
James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
avis.francis@hklaw.com
James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
kim.smith@sablaw.com
James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
ell@spottsfain.com;tmoore@spottsfain.com
James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
ncoton@beankinney.com
James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
ncoton@beankinney.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
  jlombardi@rossbanks.com,  acole@rossbanks.com
James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
  of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
  Inc. jburke@orrick.com
James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
  jburke@orrickb.com
James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
  including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
  jamie.konn@dlapiper.com,  kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
  admin@meiburgerlaw.com
Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
  ecf@krcl.com
Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
  ecf@krcl.com
Jason M. Krumbein    on behalf of Creditor    Card jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Robert    Gentry jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Joseph    Skaf jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason M. Krumbein    on behalf of Creditor Jack    Hernandez jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com;tcarper@krumbeinlaw.com
Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
  jharbour@hunton.com
Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
  tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
  tacspc@gmail.com;amanda@taxva.com
Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
  jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
  Jeff.Klusmeier@ago.mo.gov
Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
  eservice@bilzin.com;lflores@bilzin.com
Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
  Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
  dwieninger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
  dwieninger@taftlaw.com;ecfclerk@taftlaw.com
Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
  jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
  Pennsylvania jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
  jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com

District/off: 0422-7          User: ramirez-l           Page 20 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
          kradtke@wcsr.com;toross@wcsr.com;MDesgrosseilliers@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
          emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
          Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
          dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
          pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,
          klevie@linowes-law.com;gduvall@linowes-law.com;jwright@linowes-law.com;akornilova@linowes-law.com
          Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 22 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
          Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 23 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
      American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
      Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
      Cameron Bayonne, LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
      News, aka The Sun News jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
      Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
      Center) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
      Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
      LaSalle National Bank jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
      Center jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
      Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
      Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
      Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

      Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 25 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
  for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
  Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
  Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
  Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
  Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
  Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
  acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
  LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
  1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
  jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com

District/off: 0422-7          User: ramirez-l          Page 27 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
              jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
              Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy.friedberg@llff.com,
              ecf@llff.com;gordon.young@lf-pc.com
              Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
              jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
              Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
              jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
              jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
              Corp. jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
              Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
              jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
              jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
              Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
              Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
              John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
              John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
              John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
              John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
              John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
              pjf@carmodymacdonald.com
              John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
              John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
              lucian@blankrome.com
              John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@mckennalong.com,
              sparson@mckennalong.com
              John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
              jmcjunkin@mckennalong.com,   sparson@mckennalong.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux    on behalf of Creditor    Amore Construction Company
          jlamoureux@carltonfields.com, delliott@carltonfields.com;tpaecf@cfdom.net
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Defendant    Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 29 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            John M. Craig    on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Granite State Electric johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Consolidated Edison Company of New York, Inc.
                johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    American Electric Power johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
                russj4478@aol.com
            John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
                johncraigg@aol.com,  russj4478@aol.com
            John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
                russj4478@aol.com
            John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
                Refrigeration jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
            John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
            John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
                jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
            John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
                vanbeek.com
            John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
                rours@wileyrein.com
            John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
                rours@wileyrein.com
            John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,  nre98@aol.com
            Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
                jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    CENVEO, Inc. jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
                jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
            Jonathan L. Hauser    on behalf of Defendant    Stampede Presentation Products, Inc.
                jonathan.hauser@troutmansanders.com
            Jonathan S. Storper    on behalf of Creditor    IGate Global Solutions, Limited
                jstorper@hansonbridgett.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
                kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
            Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
                jtcain@mintz.com,  kcraun@mintz.com
            Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
            Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
            Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
                Blue Cross Blue Shield bankruptcy@morrisoncohen.com
            Judy A. Robbins, ll    USTPRegion04.RH.ECF@usdoj.gov
            Judy Bamberger Calton    on behalf of Defendant    DIRECTV, Inc. jcalton@honigman.com
            Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
                quagliano@seeger-law.com,  harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
                quagliano@seeger-law.com,  harvell@seeger-law.com
            Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
                harvell@seeger-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
          quagliano@seeger-law.com, harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com, harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
          cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
          Inc. jpaget@hunton.com, cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@hunton.com, cloving@hunton.com
          Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
          Liberate Your Brand jpaget@hunton.com, cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
          kmiller@wileyrein.com, rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
          kmiller@wileyrein.com, rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
          County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
          District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
          klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
          Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
          Co., Rockwall Co., Roundrock ISD, Smith Co., South Co. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
    kmnbk@menterlaw.com
Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
    kmnbk@menterlaw.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
    wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
    krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
    khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
    khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
    khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
    khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    New World Communications of Tampa, Inc.
    khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
Khang V. Tran    on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
    sprescott@idalaw.com
Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
    kimberly.pierro@kutakrock.com,
    sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
    @kutakrock.com
Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
    kimberly.pierro@kutakrock.com,
    sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
    @kutakrock.com
Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
    LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
    for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
    kimsullywalker@aol.com
Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
    for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
    kimsullywalker@aol.com
Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
    for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
    kimsullywalker@aol.com
Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
    kimsullywalker@aol.com
Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
    Carla@KDBLawFirm.com
Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
    KDWBankruptcyDepartment@kelleydrye.com
Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
    eappelstein@ltblaw.com
Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
    Margaret@rlglegal.com
Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
Leonard E. Starr, III    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
    gadams@Starr-Law.com
Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
    lkouts@magruderpc.com,  mcook@magruderpc.com
Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
    lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com

District/off: 0422-7          User: ramirez-l          Page 32 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,    lhamiel@siwpc.com

District/off: 0422-7          User: ramirez-l          Page 33 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,    lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa P. Sumner    on behalf of Creditor    Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer    on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer    on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.  on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.  on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton    on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason    on behalf of Defendant    Cypress/Spanish Fort I LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner    on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Madeleine C. Wanslee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
            slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
               mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
               mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
               mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
               sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman   on behalf of Plaintiff Marlon   Mondragon mbusman@busmanandbusman.com,
               kjaros@busmanandbusman.com
              Marc A. Busman   on behalf of Creditor Marlon   Mondragon mbusman@busmanandbusman.com,
               kjaros@busmanandbusman.com
              Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor   Bond-Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor   Bond Circuit IV Delaware Business Trust
               mconlan@gibbonslaw.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE   ROAD , LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
               of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
               holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
               PARTNERSHIP mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
               mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
               mark.sherrill@sutherland.com

District/off: 0422-7          User: ramirez-l          Page 35 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
          Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
          mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
          mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
          Interactive, Inc. mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
          mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
          State of Texas, and Greg Abbott, as Attorney General of the State of Texas
          bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
          Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
          mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
          mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
          amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
          dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
          mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
          martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
          martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
          erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
          martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
          lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com

District/off: 0422-7          User: ramirez-l          Page 36 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
               lltaylor@duanemorris.com;lstopol@levystopol.com
             Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
             Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
             Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
             Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
             Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
               myoder@parkerpollard.com,
               sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
             Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
               sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
             Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
             Michael Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
             Michael Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
               othercourts@mvbalaw.com
             Michael Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
             Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Shopping, Inc. michael.condyles@kutakrock.com,
               lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
               lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Interested Party    Epson America, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Cole CC Kennesaw GA, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Schottenstein Property Group, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Cole CC Mesquite TX, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Defendant    CBL & Associates Management, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Cole CC Aurora CO, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
               lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Jubilee-Springdale, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
               lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Sony Electronics, Inc.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    JP Morgan Chase & Co.
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
               Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    The Landing at Arbor Place II, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Cole Capital Partners, LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    KSK Scottsdale Mall LP
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael A. Condyles    on behalf of Creditor    Hickory Ridge Pavilion LLC
               michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
             Michael Callahan Crowley    on behalf of Defendant    White-Spunner Construction Inc.
               mcrowley@asm-law.com
             Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
               mcrowley@asm-law.com
             Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
               mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
               mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
               Inc. mmueller@cblaw.com,  avaughn@cblaw.com
             Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
               avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
               avaughn@cblaw.com
             Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
               mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 37 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
          III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
          America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
          avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com

District/off: 0422-7           User: ramirez-l          Page 38 of 58          Date Rcvd: Nov 26, 2013
                               Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
           Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
             michael.hastings@leclairryan.com
           Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
           Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
           Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
             mjogrady@fbtlaw.com,  lbaker@fbtlaw.com;jbwells@fbtlaw.com
           Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
           Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
           Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
           Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
             Mall mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Martiniair, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
             dba Howland Commons mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
             mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
           Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
           Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
           Min Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
           Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
           Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
           Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
           Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
           Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
           Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com
           Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
             mona.murphy@akerman.com,  crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
             crystal.gaymon@akerman.com;janet.scruggs@akerman.com
           Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov

District/off: 0422-7          User: ramirez-l          Page 39 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
           lginsberg@lolawfirm.com
          Nathan Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery IV, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
           Rutherford LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
           msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 40 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX)  nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
            Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
            Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
             Denton Gateway, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
             msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
            Nicholas B Malito   on behalf of Creditor    Dollar Tree Stores, Inc. nmalito@hgg.com
            Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
             nwhittenburg@millermartin.com,  mcsmith@millermartin.com
            Nikki Amber Ott   on behalf of Creditor    Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
            Nikki Amber Ott   on behalf of Creditor    Capmark Finance, Inc. nikki.ott@bryancave.com
            Oscar Baldwin Fears, III    on behalf of Creditor    Georgia Department of Revenue
             bfears@law.ga.gov,  jjacobs@law.ga.gov
            P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL mroberts@poolemahoney.com
            P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
             mroberts@poolemahoney.com
            Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
             rarnold@rc.com
            Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Biloxi Sun Herald ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
             ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
            Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
            Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
             Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
             pkcampsen@kaufcan.com,  jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
             jaturner@kaufcan.com
            Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
             jaturner@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
              pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
           Paul McCourt Curley    on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
           Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
           Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
              tchilders@canfieldbaer.com
           Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Export Development Canada
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    Contra Costa Times pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com
           Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
              pschrader@fullertonlaw.com
           Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
           Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul S. Bliley, Jr.   on behalf of Creditor    Pinnellas County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
               pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
               hall@bwst-law.com,  marbury@bwst-law.com
              Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
               Inc. Liquidating Trust pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
               dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
               om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
              Peter  Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
              Peter  Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 44 of 58          Date Rcvd: Nov 26, 2013
                              Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter  Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
          peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
          lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
          pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
          Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
          pstrniste@rc.com, kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
          pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
          pcarney@whitecase.com, hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
          ppearl@sandsanderson.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
          scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
          ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
          rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 45 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
              john.leininger@bryancave.com
          Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
              john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
              cingle@pringlaw.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
              rsaitta@wileyrein.com,  rours@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
              C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
              hhale@woodsrogers.com
          Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
              Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
          Richard D. Scott    on behalf of Defendant    Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott    on behalf of Defendant    Newmen Technology Co., Ltd.
              richard@rscottlawoffice.com
          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;chelsea.sherman@troutmansanders.co
              m
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
              richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation
              rhutson@weinstocklegal.com,  mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
              rhutson@weinstocklegal.com,  mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
              rhutson@weinstocklegal.com,  mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
              rhutson@weinstocklegal.com,  mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
              mjerscheid@weinstocklegal.com;mes@weinstocklegal.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture lcornett@hillrainey.com
              Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
              lcornett@hillrainey.com
              Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers lcornett@hillrainey.com
              Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
              Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com,  kim.morak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
              Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com,  pcoover@sabt.com
              Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
              rscully@stites.com,  vshockey@stites.com
              Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
              rmoorman@moormanlaw.com,  robmoorman@comcast.net
              Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
              rminkoff@jefferies.com,  mrichards@jefferies.com
              Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com

District/off: 0422-7        User: ramirez-l       Page 47 of 58          Date Rcvd: Nov 26, 2013
                           Form ID: pdford9       Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
           KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
           rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
           rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
           DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth   on behalf of Creditor   D&H Distributing Co. rvieth@ltblaw.com,
           dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,  dhowes@ltblaw.com
          Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
           Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
           Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
           bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Creditor   IGate Global Solutions, Limited bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
           Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
           bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
           Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
           Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
           Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
           bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
           bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
           karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Creditor   Panasonic Corporation of North America
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Old Republic Insurance Company
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
           rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Atlantic Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          rpage@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ronald Allen Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com,  rpage@ecf.inforuptcy.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC
           ryan.day@leclairryan.com,  sarah.kelly@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov
          Sara L. Chenetz   on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores West Coast, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com,
           kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Purchasing Company, LLC
           sboehm@mcguirewoods.com,  kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
          Satchidananda  Mims    smims21@hotmail.com
          Scott A. Stengel   on behalf of Defendant    Nintendo Services USA, Inc. scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant    Nintendo Software Technology Corporation
           scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant    Nintendo Hardware scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant    Nintendo Technology Development, Inc.
           scott.stengel@umb.com
          Scott A. Stengel   on behalf of Defendant    The Nintendo Source Corporation scott.stengel@umb.com
          Scott D. Fink   on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
           sfranklin@vanblk.com
          Sheila G. de la Cruz   on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
           slawson@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
           slawson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
            partnership dba Howland Commons sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
            Mall sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            slawson@hf-law.com
            Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
            Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
            Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
            Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Creditor    THF St. Clairesville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
            Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: ramirez-l          Page 51 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
            nwalsh@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
            smetz@shulmanrogers.com,  nanderson@shulmanrogers.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
            sleach@ltblaw.com,  msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
            Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
            sgallagher@venable.com,  lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
            steveng@cohenbaldinger.com,  cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
            steveng@cohenbaldinger.com,  cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com,
            cbglawbethesda@gmail.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
            Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
            brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
            tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
            thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
            tmurphy@dclawfirm.com,
            rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
            dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
            Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
            thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
            thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
            hallc@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
            tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
            tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com

District/off: 0422-7         User: ramirez-l          Page 52 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
                 lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
                 lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
                 trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
                 trepczynski@offitkurman.com,  lschock@offitkurman.com
              Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
                 trepczynski@offitkurman.com,  lschock@offitkurman.com
              Tiffany Strelow Cobb   on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
                 bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
                 bjtobin@vorys.com
              Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
                 croyes@vanblk.com
              Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tohm@stinson.com, tmackey@stinson.com
              Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tohm@stinson.com,
                 tmackey@stinson.com
              Travis Aaron Sabalewski   on behalf of Creditor   IKON Office Solutions, Inc.
                 tsabalewski@reedsmith.com,  shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
                 tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
                 Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
                 Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
                 nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
                 situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
                 tsavenko@kv-legal.com,  nferenbach@kv-legal.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
                 rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
                 rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
                 rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
                 rours@wileyrein.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
                 rours@wileyrein.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
                 reardonv@michigan.gov,  jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
                 victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
                 victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
                 victoria.garry@ohioattorneygeneral.gov
              Vivienne  Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
                 dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
                 walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Wanda  Borges    on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
            Wanda  Borges    on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
              wroenker@cityofchesapeake.net
            William  Heuer    on behalf of Transferee   Korea Export Insurance Corporation
              wheuer@duanemorris.com
            William A. Broscious    on behalf of Creditor   Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett    on behalf of Creditor   Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   National Western Life Insurance Company
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   American National Insurance Company
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Westlake Limited Partnership
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
              TV aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   SouthPeak Interactive LLC
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   SouthPeak Interactive, LLC
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
            William A. Burnett    on behalf of Defendant   Eon Communications Corporation
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Plaintiff   Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com
            William A. Burnett    on behalf of Creditor   Burbank Mall Associates, LLC
              aburnett@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
               GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
              William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
               Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Universal Display and Fixtures Company
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant    Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com

```
District/off: 0422-7              User: ramirez-l              Page 56 of 58              Date Rcvd: Nov 26, 2013
                                  Form ID: pdford9             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com

District/off: 0422-7          User: ramirez-l          Page 57 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
           bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           rarrington@sandsanderson.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw   on behalf of Creditor   Prince George's Station Retail, LLC
           bill.crenshaw@bryancave.com,  deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Creditor   Gould Livermore LLC bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William C. Crenshaw   on behalf of Professional   Akerman Senterfitt bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
          William D. Bayliss   on behalf of Creditor Richard   Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
           Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Interested Party   Advance Publications, Inc.
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
           jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
           dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
           Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
           aford@mglspc.com
          Zmarak Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           zmarak.khan@dlapiper.com,
           George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

District/off: 0422-7          User: ramirez-l          Page 58 of 58          Date Rcvd: Nov 26, 2013
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

TOTAL: 2210