

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com



November 19, 2013

BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA 20171-3514

Re: Circuit City Stores, Inc., Debtor // To: Circuit City Stores, Inc.

Case No. 0835653KRH

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Circuit City Stores, Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,


The Corporation Trust Company

Log# 523910670

Sent By Regular Mail

cc: Eastern District of Virginia - U.S. Bankruptcy Court - Richmond Division
    701 East Broad Street,
    Richmond, VA 23219


(Returned To)

BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA 20171-3514