Jeremy V. Richards Esq. (CA Bar No. 102300; admitted *pro hac vice*)
Ellen M. Bender Esq. (CA Bar No. 116987; admitted *pro hac vice*)
Shirley S. Cho Esq. (CA Bar No. 192616; admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>       Debtors. | Case No. 08-35653-KRH<br>Chapter 11 |
| Alfred H. Siegel, Trustee,<br><br>       Objector,<br><br>v.<br><br>Chase Bank USA, National Association (Claim No. 14787),<br><br>       Claimant. | Contested Matter |

**CONSENSUAL ORDER GRANTING MOTION FOR EXPEDITED HEARING**

By consent of Alfred H. Siegel, as trustee of the Circuit City Stores, Inc. Liquidating Trust, the Motion for Expedited Hearing [Dkt. No. 13177] (the "Motion") filed by Chase Bank USA, National Association ("Chase") is granted, the Court making no determinations on the merits

DOCS_LA:273726.1 12304/003

thereof, and a hearing on Chase's Motion for Protective Order (as defined in the Motion) [Dkt. No. 13176] is hereby set for December 4, 2013 at 3:00 p.m. The requirement that this order be served after entry on any party is hereby waived.

Dated: Richmond, Virginia
       December ____, 2013

Dec 12 2013

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Entered on Docket: 12/12/13

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

       - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

       - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

DOCS_LA:273726.1 12304/003    2

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

             */s/ Lynn L. Tavenner*
             Lynn L. Tavenner