Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

- and –

Robert J. Feinstein, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

*Counsel to the Liquidating Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**FOURTH ORDER SUSTAINING LIQUIDATING TRUST'S FORTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS: REDUCTION OF CERTAIN PARTIALLY
INVALID CLAIMS, FIXING OF CERTAIN UNLIQUIDATED CLAIMS, OR
DISALLOWANCE OF CERTAIN INVALID CLAIMS
(MULTIPLE HR PROGRAMS CLAIMED)**

THIS MATTER having come before the Court[1] on the *Liquidating Trust's Forty-*

*Seventh Omnibus Objection to Claims: Reduction of Certain Partially Invalid Claims, Fixing of*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Certain Unliquidated Claims, or Disallowance of Certain Invalid Claims (Multiple HR Programs Claimed)* (the "Objection"), which requested, among other things, that the claims specifically identified on **Exhibit B** attached to the Objection be reduced, fixed or disallowed, as applicable, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Liquidating Trust, the Debtors' estates and creditors and other parties-in-interest; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on **Exhibit A** as attached hereto and incorporated herein are forever reclassified and fixed for all purposes in these bankruptcy cases in the manner stated in **Exhibit A**.

3. The Court will conduct a status conference on December 17, 2013 at 2:00 p.m. for all Claims identified on **Exhibit B** attached hereto.

4. The Liquidating Trust's rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5. The Liquidating Trust shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2013

Dec 12 2013

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 12/12/13

WE ASK FOR THIS:

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
     - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910
     - and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Lynn L. Tavenner*
Lynn L. Tavenner

# EXHIBIT A

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT A  
FIXED CLAIMS

| Claim Number | Date Filed | Name & Address | Docketed Claim Amount | Docketed Claim Class | New Claim Amount | New Claim Class | Debtor(s) |
|---|---|---|---|---|---|---|---|
| 6503 | 1/27/2009 | SUBETTO, ROBERT GLEN 1063 MOSSER RD APT N205 BREINIGSVILLE, PA 18031 | UNLIQUIDATED | P | $40,476.25 | U | CIRCUIT CITY STORES, INC. |

# EXHIBIT B

In re Circuit City Stores, Inc., et al.  
Case No. 08-35653

EXHIBIT B  
CONTINUED CLAIMS

| Claim Number | Date Filed | Name & Address | Docketed Claim Amount | Docketed Claim Class | Proposed Modified Claim Amount | Debtor(s) | Objection Exhibit |
|---|---|---|---|---|---|---|---|
| 8646 | 1/29/2009 | BURGESS, JAMES E<br>232 CROSS RDS CHURCH RD<br>EASLEY, SC 29640 | $0.00 | U | $325.74 | CIRCUIT CITY STORES, INC. | E |