IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, CHASE HOME THEATER SOLUTIONS, a creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
CHASE HOME THEATER SOLUTIONS
15362 BODMAN ROAD
MT ORAB, OH 45154

**New Address [Creditor]**
CHASE HOME THEATER SOLUTIONS
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

**New Address [Notice Party(ies)]**
CHASE HOME THEATER SOLUTIONS
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 12-09-2013

Respectfully submitted,

By: Chase Home Theater Solutions

Signature: *[signature]*

Print Name: Lisa Kristine Freese - Chase

Title: Owner