**EXHIBIT A**

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 10024 9722 10020 | 4106 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Glenn Cordell Duncan | 2722 2725 | 4755 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Gary R. Lowe | 5144 | 4810 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 3548 | 4811 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Eisner, Roy | 3025 | 4821 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Brad C. King | 3634 | 4842 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 7065 | 4899 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the December 17, 2013 hearing.

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 31 | Antor Media Corporation | 6347 | 4926 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 6555 | 4975 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 11213 13834 | 5065 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 13294 | 5098 12443 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 37 | Los Angeles County | 13628 | 5113 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 37 | Monterey County | 14131 | 5113 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |
| 60 | Mark Stewart | 9295 | 6082 | The status hearing on this response is adjourned to February 20, 2014 at 2:00 p.m. |

| Omnibus Objection | Respondent | Claim Number | Docket Number | Status[1] |
|---|---|---|---|---|
| 76 | Lei, Yu-Liang | 13307 | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation.  No such documentation was received before the Effective Date.  The claimant is now deceased.  The estate must be probated prior to anyone having authority to sign the settlement agreement.  Accordingly, the status hearing on this response is adjourned to February 20, 2014  at 2:00 p.m. |
| 79 | Eisner, Joanne | 3852 | 8003 | The status hearing on this response is adjourned to February 20, 2014  at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 3995 | 8034 | The status hearing on this response is adjourned to February 20, 2014  at 2:00 p.m. |
| 79 | Rollins, James | 14825 | 8054 | The status hearing on this response is adjourned to February 20, 2014  at 2:00 p.m. |
| 79 | Tinsley, Clementine | 4272 | 8055 | The status hearing on this response is adjourned to February 20, 2014  at 2:00 p.m. |