IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Northglenn Retail, LLC, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Northglenn Retail, LLC
Bracewell & Giuliani, LLP
c/o William A. (Trey) Wood, III
711 Louisiana St., Suite 2300
Houston, TX 77002

**Old Address [Notice Party(ies)]**
CVM Law Group, LLP
Fredric Albert
20411 S.W. Birch Street, Suite 200
Newport Beach, CA 92660

**New Address [Creditor]**
Northglenn Retail, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Northglenn Retail, LLC
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: December 12, 2013

Respectfully submitted,

By: Northglenn Retail, LLC, by Panattoni Development Company, Inc.

Signature: _/s/_

Print Name: John M. Lynass

Title:    Portfolio Manager

{00160606.DOC; 1 / 08584 / LITPLEAD }