IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Utopian Software Concepts dba ALTERthought, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Utopian Software Concepts dba
ALTERthought
C/o Kris Keeney Esq
ALTERthought
4510 Cox Rd. Ste 109
Rowe Plz
Glen Allen, VA 23060

**OLD Address [Notice Party(ies)]**
ALTERTHOUGHT
3126 W CARY ST NO 419
RICHMOND, VA 23221

**New Address [Creditor]**
Utopian Software Concepts dba
ALTERthought
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Utopian Software Concepts dba
ALTERthought
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 12/17/13

Respectfully submitted,

By: SUNJAY PANDEY
Signature: _____
Print Name: SUNJAY PANDEY
Title: PRESIDENT