**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **CHAPTER 11** |
| **CIRCUIT CITY STORES, INC.,** ) | |
| **et. al.,** ) | **08-35653 (KRH)** |
| ) | |
| **Debtors** ) | |
| _____) | |

**NOTICE OF WITHDRAWAL OF**
**APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that as of December 30, 2013, Paul M. Black of Spilman Thomas & Battle, PLLC is withdrawing his appearance as counsel for Sony Pictures Home Entertainment, Inc. in the above-captioned case, and Mr. Black hereby requests that the Clerk's Office remove his designation as counsel for Sony Pictures Home Entertainment, Inc. Sara L. Chenetz will continue to receive notice on behalf of Sony Pictures Home Entertainment, Inc.

DATED:    December 31, 2013

                                                                              /s/Paul M. Black

Paul M. Black  (VSB # 24861)
Spilman Thomas & Battle, PLLC
P.O. Box 90
310 First Street, Suite 1100
Roanoke, Virginia 24002-0090
Telephone:    (540) 512-1800
Facsimile:    (540) 342-4480
Email: pblack@spilmanlaw.com

Paul M. Black, Esq. (VSB #24861)
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002
Telephone: (540) 512-1800
Telecopier: (540) 342-4480
pblack@spilmanlaw.com

## \ CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2013, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

                                                /s/ Paul M. Black

5622145