**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,　　　　　　　　　Case No. 08-35653-KRH
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　Debtors.
_____

Alfred H. Siegel, Trustee,

　　　　　　Objector,

v.　　　　　　　　　　　　　　　　　　　　　　　　Contested Matter

Chase Bank USA, National Association
(Claim No. 14787),

　　　　　　Claimant.
_____

**ORDER ALLOWING CLAIM NO. 14787
OF CHASE BANK USA, NATIONAL ASSOCIATION**

　　　　This matter comes before the Court pursuant to the amended proof of claim [Claim No. 14787] (the "Claim") filed by Chase Bank USA, National Association ("Chase") and the *Objection of the Circuit City Stores, Inc. Liquidating Trust to Claim No. 14787* [Dkt. No. 11868] (the "Objection") filed by Alfred H. Siegel (the "Trustee"), as Trustee of the Circuit City Stores, Inc. Liquidating Trust. It appearing that Chase and the Trustee have agreed to settle any and all disputes or claims related to the Claim and/or the Objection by deeming the Claim allowed as set forth herein and deeming all matters related to the Claim resolved in their entirety; it further appearing that no further notice or hearing with respect to the Claim is necessary and sufficient cause appearing therefore, it is accordingly ADJUDGED, ORDERED, and DECREED that:

　　　　1.　　Any and all disputes or claims related to the Claim and/or the Objection shall be, and hereby are, settled and resolved and the Claim shall be, and hereby is, deemed an allowed

4821-2872-8343.2

general unsecured claim only in the amount of $250,000.00, with all rights inherent therein as provided for under the relevant provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Court and all applicable orders previously entered by this Court.

2. The Court retains jurisdiction, and the parties consent to this retention of jurisdiction, to resolve any disputes or controversies arising from or related to this Order.

3. No further service of this Order is required as all necessary parties shall receive notice via CM/ECF.

DATE: Dec 31 2013

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

Entered on Docket:12/31/13

/s/ Michael A. Condyles
KUTAK ROCK, LLP
Michael A. Condyles, Esq. (Va. Bar No. 27807)
Jeremy S. Williams, Esq. (Va. Bar No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Chase Bank USA, National Association*

2

4821-2872-8343.2

Seen and agreed:

/s/ Lynn L. Tavenner
TAVENNER & BERAN, PLC
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

and

PACHULSKI STANG ZIEHL & JONES LLP
Jeremy V. Richard, Esq. (admitted pro hac vice)
Ellen M. Bender, Esq. (admitted pro hac vice)
Shirley S. Cho, Esq. (admitted pro hac vice)
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## CERTIFICATION

The undersigned certifies that the foregoing Order has been endorsed by all necessary parties as required by Local Bankruptcy Rule 9022(C)(1).

/s/ Michael A. Condyles