BADGER LAW OFFICE -- Leo A. Badger
5055 Canyon Crest Drive
Riverside, CA 92507
(951) 684-6911
State Bar No. 157212

Attorney for Creditor/Claimant

RICHMOND DIVISION
FILED DEC 31 2013
CLERK
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

IN RE: CIRCUIT CITY STORES, INC.          ]   NO. 08-35653-KRH
                                          ]
                                          ]   REQUEST FOR SPECIAL
                                          ]   NOTICE OR CHANGE OF
                                          ]   ADDRESS
                                          ]
                                          ]

The undersigned creditor requests of the clerk of this court, and the debtor-in-possession or Trustee, that all notices to creditors or to committees of creditors be sent to this creditor addressed as follows:

> THE PRESS-ENTERPRISE COMPANY
> c/o BADGER LAW OFFICE
> 5055 Canyon Crest Drive
> Riverside, CA 92507

DATED: December 26, 2013

_____
Leo A. Badger, attorney for
Creditor/Claimant

BADGER LAW OFFICE
5055 CANYON CREST DR
RIVERSIDE CA 92507
951-684-6911

*PROOF OF SERVICE BY MAIL*
CASE NO. 08-35653-KRH

I, Carolyn Badger, say:

I am a resident of or employed in the County of Riverside, over the age of eighteen years and not a party to the within action or proceeding; that my business address is 5055 Canyon Crest Drive, Riverside, California.

That on December 26, 2013, I served REQUEST FOR SPECIAL NOTICE OR CHANGE OF ADDRESS to defendant(s) by depositing a copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Postal Service mail box at the City of Riverside, California, addressed as follows:

DANIEL F BLANKS
MCGUIRE WOODS LLP
9000 WORLD TRADE CENTER 101 W MAIN
NORFOLK VA 23510

PAULA S BERAN
TAVENNER & BERAN PLC
20 N EIGHTH ST SECOND FLOOR
RICHMOND VA 23219

ROBERT B VAN ARSDALE
OFFICE OF THE U.S. TRUSTEE
701 E BROAD ST STE 4304
RICHMOND VA 23219

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2013, at Riverside, California.

*Carolyn Badger*
Carolyn Badger

BADGER
LAW OFFICE
5055 CANYON CREST DR
RIVERSIDE CA 92507
951-684-6911