UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et. al.,** ) | |
| ) | Case No. 08-35653 (KRH) |
| ) | |
| **Debtors** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 9010, Sony Pictures Home Entertainment, Inc. ("Sony Pictures") is a party in interest, hereby appears in this case, and requests that it be added to the mailing matrix.

Further, pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices and papers specified by the Bankruptcy Rules or Code and that all other notices given or required to be given in this case and all other papers served or required to be served in this case upon the Debtors be served upon:

Peter M. Pearl, Esq.
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002
Telephone: (540) 512-1800
Telecopier: (540) 342-4480
ppearl@spilmanlaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether

Peter M. Pearl, Esq. (VSB #22344)
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002
Telephone:       (540) 512-1800
Facsimile:         (540) 342-4480
ppearl@spilmanlaw.com
Counsel for Sony Pictures Home Entertainment, Inc.

written or oral, and whether transmitted or conveyed by mail, commercial delivery, telephone, or by other means.

SONY PICTURES HOME ENTERTAINMENT, INC.

By:     /s/ Peter M. Pearl
Of Counsel

Peter M. Pearl, Esq. (VSB #22344)
Spilman Thomas & Battle, PLLC
Post Office Box 90
Roanoke, Virginia 24002
Telephone:    (540) 512-1800
Facsimile:    (540) 342-4480
ppearl@spilmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, January 03, 2014, the foregoing was filed and served electronically using the Bankruptcy Court's ECF System.

/s/ Peter M. Pearl

5622485