## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Case No.08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that as of January 3, 2014, William D. Prince, IV of *Thompson*McMullan, P.C. is withdrawing his appearance as counsel for R. G. Brinkmann Company, d/b/a Brinkmann Constructors in the above-captioned case. Accordingly, Mr. Prince hereby requests that the Clerk's Office remove his designation as counsel for R. G. Brinkmann Company, d/b/a Brinkmann Constructors.

Respectfully submitted,

*THOMPSON*MCMULLAN, P.C.

By: ___/s/ William D. Prince, IV___
Counsel

William D. Prince, IV, Esq. (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 698-6254
Facsimile: (804) 780-1813
Email: wprince@t-mlaw.com

William D. Prince, IV, Esq. (VSB #77209)
*Thompson*McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Telephone: (804) 698-6254
Facsimile: (804) 780-1813
Email: wprince@t-mlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2014, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

     /s/ William D. Prince, IV