## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | Case No. 08-35653-KRH |
| ) | |
| CIRCUIT CITY STORES, INC., et al, ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that as of January 3, 2014, Bhavik D. Patel of MacDowell & Associates, P.C. is withdrawing his appearance for MCM Electronics, Inc. in the above-captioned case. Accordingly, Mr. Patel hereby requests that the Clerk's Office remove his designation as counsel for MCM Electronics, Inc.

Respectfully submitted,

By: /s/ Bhavik D. Patel
Counsel

Bhavik D. Patel, VSB # 48645
MacDowell & Associates, P.C.
10500 Sager Avenue, Suite F
Fairfax, Virginia 22030
Tel: (703) 591-1336
Fax: (703) 591-2253
bdp@macdowelllaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2014, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

/s/ Bhavik D. Patel
Bhavik D. Patel