**Wolters Kluwer**
Corporate Legal Services

CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

December 24, 2013



BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA  20171-3514

Re:  Circuit City Stores, Inc., Debtor // To: N/A

Case No.  0835653KRH

Dear Sir/Madam:

The Corporation Trust Company received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended.
Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to
be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

The Corporation Trust Company

Log# 524111325

Sent By Regular Mail

cc:  Eastern District of Virginia - U.S. Bankruptcy Court - Richmond Division
        701 East Broad Street,
        Richmond, VA  23219

**(Returned To)**

BAE Systems
Bankruptcy Noticing Center
2525 Network Place,
3rd Floor,
Herndon, VA  20171-3514