Kenneth Giacone
502 Palm Court
Crystal Lake, IL 60014



Dear US Bankruptcy Court,

I am writing in reference to the claim as debtor by Circuit City,

Kenneth Giacone
 SS # 5070
Christina Haleh Giacone
SS# 4588

502 Palm Court
Crystal Lake, IL 60014
USA
Thank you,

Respectfully,
Kenneth Giacone