**Change of Address**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re  
CIRCUIT CITY STORES, INC., et al  
(the "Debtors")

Chapter 11  
Case No. 08-35653 (KRH)  
Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBERS:
## 15098, 15101.

**PLEASE TAKE NOTICE** that United States Debt Recovery V, L.P., a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

United States Debt Recovery V, L.P.  
5575 Kietzke Ln., Ste. A  
Reno, NV 89511

New Address for Notices and Payments:

United States Debt Recovery V, L.P.  
c/o United States Debt Recovery X, L.P.  
5575 Kietzke Ln., Ste. A  
Reno, NV 89511

I declare under penalty of perjury that the foregoing is true and correct

**United States Debt Recovery V, L.P.**

By: _[signature]_  
Name: Nathan E. Jones  
Title: Managing Director