| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |
| | Counsel to the Circuit City Stores, Inc. |
| - and – | Liquidating Trust |

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Counsel to the Circuit City Stores, Inc.
Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

_____
                                                              x   Case No. 08-35653 (KRH)
In re:                                                        :
                                                              :   Chapter 11
CIRCUIT CITY STORES, INC., et al.,    :
                                                              :   Jointly Administered)
                                    Debtors.         :
                                                              :
_____x

**STIPULATION OF WITHDRAWAL AND WITHDRAWAL OF CLAIMS,
INCLUDING PROOF OF CLAIM NO. 6347**

By Agreement of the Circuit City Stores, Inc. Liquidating Trust (the "Trust") and

claimant Antor Media Corporation, through its duly authorized counsel (the "Claimant"),

Claimant hereby (a) withdraws any and all claims it has or may have against the above-captioned

debtors (collectively, the "Debtors") and (b) stipulates that any claim scheduled by the Debtors

DOCS_LA:274412.1 12304/003                         1

in the name of the Claimant shall be reduced to $00.00.  The foregoing waiver and stipulation shall include, without limitation the waiver of:

1. Claim No. 6347, filed in the amount of $5,674,000.00;

2. Any and all filed claims arising as a matter of law, agreement or otherwise; and

3. Any and all scheduled claims arising as a matter of law, agreement or otherwise.


SUBMITTED:

Dated: January 15, 2014

Lynn L. Tavenner
Paula S. Beran
TAVENNER & BERAN, PLC

And

Robert J. Feinstein
Jeffrey N. Pomerantz
Andrew W. Caine
PACHULSKI STANG ZIEHL & JONES LLP


By /s/ Paula S. Beran
*Counsel to the Circuit City Stores, Inc.*
*Liquidating Trust*


CONSENTED TO:

Thomas A. Lewry
BROOKS KUSHMAN, P.C.


By /s/ Thomas A. Lewry
*Counsel to Antor Media Corporation*