UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADDRESS CHANGE**
**(FOR PAYMENT PURPOSES ONLY)**

**PLEASE TAKE NOTICE** that **Circuit Investors #2 Ltd., A Texas Partnership** and **Circuit Investors #3, Ltd., A Virginia Partnership**, (collectively, "<u>**Circuit Investors**</u>") by and through its undersigned counsel, hereby directs the Debtors and/or liquidating trustee and any representative thereof (including the claims and distribution agents appointed in these cases), to change their addresses as set forth herein to be used hereafter in the above-captioned case for the

Christopher L. Perkins (Va. Bar No. 41783)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Circuit Investors #2 Ltd., A Texas Partnership and*
*Circuit Investors #3, Ltd., A Virginia Partnership*

purposes of the payment of all future distributions in this case, including, without limitation, all future distributions on **Claim Nos. 9036, 9037, 9038, 8587, 12164,12165 and 13618**.

The current address on file for Circuit Investors is as follows:

> c/o Niclas A. Ferland, Esq.
> LeClairRyan, A Professional Corporation
> 545 Long Wharf Drive, Eighth Floor
> New Haven, Connecticut 06511

For payment purposes only, the **new** address for Circuit Investors shall be as follows:

> Circuit Investors #2 Ltd., A Texas Partnership
> Circuit Investors #3, Ltd., A Virginia Partnership
> C/O THE BALOGH COMPANIES
> 777 Arthur Godfrey Road, Suite 400
> Miami Beach, Florida 33140
> ATTN: Orli Teitelbaum, COO
> Phone (305)532-4355, Ext. 103
> Fax (305)538-0670
> OTeitelbaum@TheBaloghCompany.com

For notice purposes only, the **current** address on file for Circuit Investors is and shall remain as follows:

> c/o Niclas A. Ferland, Esq.
> LeClairRyan, A Professional Corporation
> 545 Long Wharf Drive, Eighth Floor
> New Haven, Connecticut 06511

<table>
<tr><td>Dated: Richmond, Virginia<br>January 16, 2014</td><td>CIRCUIT INVESTORS #2 LTD., A TEXAS PARTNERSHIP and CIRCUIT INVESTORS #3, LTD., A VIRGINIA PARTNERSHIP</td></tr>
</table>

/s/ Christian K. Vogel
Christopher L. Perkins (Va. Bar No. 41783)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-7550

and

Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
(203) 672-3211

*Counsel for Circuit Investors #2 Ltd., A Texas Partnership and Circuit Investors #3, Ltd., A Virginia Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2014, I served the forgoing Notice of Address Change upon all parties receiving notification through the Court's ECF system.

/s/ Christian K. Vogel
Counsel

3