IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, **Charles, David Lee**, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Charles, David Lee
3957 E El Sendero Rd.
Cave Creek, AZ 85331

**New Address [Creditor]**
Charles, David Lee
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**Old Address [Notice Party(ies)]**
Charles, David Lee
3957 E El Sendero Rd.
Cave Creek, AZ 85331

**New Address [Notice Party(ies)]**
Charles, David Lee
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 1/13/2014

Respectfully submitted,

By: David Lee Charles
Signature: David Lee Charles
Print Name: David Lee Charles
Title: RVP/TuC