IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ESTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   CIRCUIT CITY STORES, INC.,

                     Debtor.

Case No. 08-35653-KRH
Chapter 11

**NOTICE TO WITHDRAW APPEARANCE**

Kindly withdraw the appearance of Craig B. Young on behalf of creditor Cedar Development Ltd. in the above captioned matter.

Dated:  January 21, 2013                  KUTKAK ROCK, LLP

By:  */s/ Craig B. Young*

**KUTAK ROCK LLP**
Craig B. Young  (VSB No. 22633)
1101 Connecticut Avenue, N.W., Suite 1000
Washington, DC 20036-4374
(202) 828-2368
Craig.young@kutakrock.com

4846-6186-3448.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of January 2014, the foregoing *Notice to Withdraw Appearance* was served via first class mail on all necessary parties, as follows:

Helios AMC, LLC
2 Embarcadero Center, Suite 1360
San Francisco, CA 94111

                                            */s/ Craig B. Young*
                                              Craig B. Young

4846-6186-3448.1