IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Michael Ferdinand, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Ferdinand, Michael
25 Sniffen St.
Norwalk, CT 06851

**New Address [Creditor]**
Ferdinand, Michael
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 1/22/14

Respectfully submitted,

By: Michael Ferdinand
Signature: M. Ferdinand
Print Name: Michael Ferdinand
Title: