Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | |
| Debtors. | **:** | (Jointly Administered) |
| | **:** | |
| | **:** | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 30, 2014 AT 2:00 P.M. (EASTERN)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on January 30, 2014 beginning at 2:00 p.m. Eastern.

1. *Siegel v. Sony Computer Entertainment America Inc.,*
   *A/K/A Sony Computer Entertainment, A/K/A SCEA – 10-03581-KRH*

   Motion to Extend Time *to Complete Mediation and Appointing a Judicial Mediator* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 39)

   Related
   Documents:

   a. Notice of Hearing (Re: related document(s)[39] Motion to Extend Time filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 11/12/2013 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia (Docket No. 40)

   Objections/
   Responses
   Filed:          None

   Status:         The underlying matter has been resolved.  The parties therefore respectfully request that this matter be continued until February 20, 2014 for documentation and consummation of the settlement.

2. *Siegel v. Sony Electronics Inc., A/K/A Sony et al - 10-03600-KRH*

   Motion to Authorize *(Trustee's Motion For Leave to File Second Amended Complaint)* (Re: related document(s)1 Complaint filed by Alfred H. Siegel, 11 Amended Complaint filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 63)

   Related
   Documents:

   a. Exhibit *B to Proposed Second Amended Complaint Attached as Exhibit A to Trustee's Motion For Leave To File Second Amended Complaint* (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 64)

   b. Exhibit *C to Proposed Second Amended Complaint Attached as Exhibit A to Trustee's*

*Motion For Leave To File Second Amended Complaint* (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 65)

c.   Exhibit *D to Proposed Second Amended Complaint Attached as Exhibit A to Trustee's Motion For Leave To File Second Amended Complaint* (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 66)

d.   Exhibit *E to Proposed Second Amended Complaint Attached as Exhibit A to Trustee's Motion For Leave To File Second Amended Complaint* (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 67)

e.   Exhibit *F to Proposed Second Amended Complaint Attached as Exhibit A to Trustee's Motion For Leave To File Second Amended Complaint* (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 68)

f.   Notice of Hearing (Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. Hearing scheduled for 1/30/2014 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Docket No. 69)

g.   Sealed Exhibit(Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel, 65 Exhibit filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 70)

h.   Sealed Exhibit(Re: related document(s)63 Motion to Authorize filed by Alfred H. Siegel, 66 Exhibit filed by Alfred H. Siegel) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel. (Docket No. 71)

Objections/
Responses
Filed:        None

Status:       The parties have tendered a stipulation to the Court that addresses the relief sought.  Upon entry of the stipulation, the matter may be removed from the Court's docket.

Dated: Richmond, Virginia       TAVENNER & BERAN, PLC
      January 28, 2014

                                    _____*/s/ Paula S. Beran*_____
                                      Lynn L. Tavenner (VA Bar No. 30083)
                                      Paula S. Beran (VA Bar No. 34679)
                                      20 North Eighth Street, 2nd Floor
                                      Richmond, Virginia 23219
                                      (804) 783-8300

                                      - and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*