1-21-14

Tammy,

I am sending you this letter to inform you of my change of address in regards to the Circuit City Case Number: 08-35653-KRH.

Old Address:

Keith Allen

489 Mill Wood Blvd.,

Marysville, OH 43040-9647



RICHMOND DIVISION
FILED
JAN 28 2014
CLERK
U.S. BANKRUPTCY COURT

New Address:

Keith Allen

534 Red Quill Nest

San Antonio, TX 78253-5774

(937) 303-2811

Please send all future correspondence to the new address.

Thank You,

Keith Allen