CATHERINE CORTEZ MASTO
Attorney General
VIVIENNE RAKOWSKY
Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3103
F: (702) 486-3416
vrakowsky@ag.nv.gov
Attorneys for the State of Nevada,
on Relation of Its Department of Taxation

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

Vivienne Rakowsky, attorney for the State of Nevada, on Relation of Its Department of Taxation, hereby requests to be removed from the CM/ECF noticing lists and any other service lists in this case.

Respectfully submitted this 30th day of January, 2014.

                    CATHERINE CORTEZ MASTO
                    Attorney General

By:   /s/ Vivienne Rakowsky
        VIVIENNE RAKOWSKY
        Deputy Attorney General
        Nevada Bar No. 009160
        555 E. Washington Ave., Ste. 3900
        Las Vegas, Nevada 89101
        P: (702) 486-3103
        F: (702) 486-3416
        vrakowsky@ag.nv.gov

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101