CATHERINE CORTEZ MASTO
Attorney General
VIVIENNE RAKOWSKY
Deputy Attorney General
Nevada Bar No. 009160
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3103
F: (702) 486-3416
vrakowsky@ag.nv.gov
Attorneys for the State of Nevada,
on Relation of Its Department of Taxation

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that the following document was electronically filed on the date indicated on the attached Notice of Electronic Filing, which is automatically generated by the United States Bankruptcy Court for the Eastern District of Virginia CM/ECF system, and served as further indicated on the attached Notice of Electronic Filing: **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS.**

DATED this 30th day of January, 2014.

_____/ s / Danielle Wright_____
An employee of the Office of the Attorney General

**File a Notice:**

08-35653-KRH Circuit City Stores, Inc.
Type: bk                    Chapter: 11 v              Office: 3 (Richmond)
Assets: y                   Judge: KRH                 Case Flag: JNTADMN

**U.S. Bankruptcy Court**

**Eastern District of Virginia**

Notice of Electronic Filing

The following transaction was received from Vivienne Rakowsky entered on 1/30/2014 at 4:45 PM EST and filed on 1/30/2014
**Case Name:**      Circuit City Stores, Inc.
**Case Number:**    08-35653-KRH
**Document Number:** 13268

**Docket Text:**
Notice of Withdrawal of Appearance *and Request for Removal From Service Lists* filed by Vivienne Rakowsky of State of NV, Office of the Atty General on behalf of Nevada Department of Taxation. (Rakowsky, Vivienne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Withdrawal of Appearance and Request for Removal from Service Lists.pdf
**Electronic document Stamp:**
[STAMP VAEBStamp_ID=875559604 [Date=1/30/2014] [FileNumber=24321841-0]
[1ec176e839c6b3c2e83815ae122f1d0a3e2974ee7b46e92ce393662f85c65330e80b
fa9b57f436433626dee284997a73e88fb50a63e23df910650491f9e744ed]]

**08-35653-KRH Notice will be electronically mailed to:**

Robin S. Abramowitz on behalf of Creditor Bond Circuit VIII Delaware Business Trust
abramowitz@larypc.com

Robin S. Abramowitz on behalf of Creditor CC Colonial Trust
abramowitz@larypc.com

Robin S. Abramowitz on behalf of Creditor CC Joliet Trust
abramowitz@larypc.com

Robin S. Abramowitz on behalf of Creditor CC Merrilville Trust
abramowitz@larypc.com

Angela Sheffler Abreu on behalf of Creditor PNY Technologies, Inc.
aabreu@formanlaw.com

Benjamin C. Ackerly on behalf of Creditor Cypress/CC Marion l, L.P.
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Creditor Galleria Plaza, Ltd.
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Creditor Harvest/HPE LP
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Creditor Panasonic Corporation of North America
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Defendant Nikon, Inc.
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Interested Party Alvarez & Marsal Canada, ULC
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Interested Party CCDC Marion Portfolio, L.P.
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Interested Party Federal Warranty Service Corporation
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Interested Party Food Lion LLC
backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly on behalf of Interested Party Lowe's HIW, Inc.
backerly@hunton.com, cloving@hunton.com

Robert D. Albergotti on behalf of Creditor Universal Display and Fixtures Company
robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com

Christopher M. Alston on behalf of Creditor 507 Northgate LLC
alstc@foster.com, ristj@foster.com

Mark K. Ames on behalf of Creditor Commonwealth of Virginia, Department of Taxation
mark@taxva.com, amanda@taxva.com

Mark K. Ames on behalf of Creditor Louisiana Department of Revenue
mark@taxva.com, amanda@taxva.com

Heather Lynn Anderson on behalf of Creditor State of New Jersey - Dept. of Treasury
Heather.Anderson@dol.lps.state.nj.us

Heather Lynn Anderson on behalf of Creditor State of New Jersey, Division of Taxation
Heather.Anderson@dol.lps.state.nj.us

Margaret M. Anderson on behalf of Creditor Old Republic Insurance Company
panderson@fhslc.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Joel S. Aronson on behalf of Defendant Capital City Press, LLC d/b/a The Advocate
jsaronson@ridberglaw.com

Joel S. Aronson on behalf of Plaintiff Alfred H. Siegel
jsaronson@ridberglaw.com

Henry P. Baer on behalf of Creditor Bell'O International Corp.
CSommer@fdh.com, csommer@fdh.com

Peter Barrett on behalf of Creditor Cole CC Groveland FL, LLC
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Creditor Gelco Corporation d/b/a GE Fleet Services
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Creditor Mayfair MDCC
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Creditor Mayfair ORCC
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Creditor Sharpe Partners, LLC
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Creditor Sony Electronics, Inc.
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Defendant Gelco Corporation, d/b/a GE Fleet Services
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Defendant Sony Electronics Inc., A/K/A Sony
peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Raymond William Battaglia on behalf of Creditor Miner Corporation
rbattaglia@obht.com

Philip C. Baxa on behalf of Counter-Claimant Mitsubishi Electronics America, Inc.
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Dicker-Warmington Properties
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor JWC Loftus LLC
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Mitsubishi Digital Electronics America, Inc.
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Onkyo USA Corporation
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Joanne Eisner
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Renukaben S. Naik
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Creditor Roy Eisner
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Defendant Mitsubishi Electronics America, Inc.
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa on behalf of Defendant The Insurance Company of the State of Pennsylvania
pbaxa@sandsanderson.com, rarrington@sandsanderson.com

William D. Bayliss on behalf of Creditor Richard Kreuger
bbayliss@williamsmullen.com

Brett Christopher Beehler on behalf of Creditor Charles County, Maryland
bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

Brett Christopher Beehler on behalf of Creditor Prince George's County, Maryland
bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

Christopher R. Belmonte on behalf of Creditor International Business Machines Corporation
cbelmonte@ssbb.com, asnow@ssbb.com, pbosswick@ssbb.com

Paula S. Beran on behalf of Creditor Committee Official Committee of Unsecured Creditors
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Plaintiff Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Plaintiff Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Professional Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Trustee Circuit City Stores, Inc. Liquidating Trust
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran on behalf of Trustee Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran (CC-A) on behalf of Plaintiff Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran (CC-B) on behalf of Plaintiff Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Paula S. Beran (CC-C) on behalf of Plaintiff Alfred H. Siegel
pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com

Kirk David Berkhimer on behalf of Defendant A&L Products Limited
Kirk@kdblawfirm.com, Carla@KDBLawFirm.com

Anne G. Bibeau on behalf of Creditor Alameda County Treasurer
ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com

Anne G. Bibeau on behalf of Creditor Orangefair Marketplace, LLC
ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com

Anne G. Bibeau on behalf of Creditor Sonoma County Tax Collector
ABibeau@vanblk.com, drichards@vanblk.com;pfaggert@vanblk.com

Ambika Joline Biggs on behalf of Creditor Buffalo Technology (USA), Inc.
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant Buffalo Technology (USA), Inc.
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant Memphis Publishing Company, dba Commercial Appeal, Inc.
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant Scripps Media, Inc.
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant Scripps Networks, LLC d/b/a HGTV.com, d/b/a FineLiving.com, d/b/a Home & Garden Television
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant The E.W. Scripps Company d/b/a/ Ventura County Star
abiggs@bakerlaw.com

Ambika Joline Biggs on behalf of Defendant The National Union Fire Insurance Company of Pittsburgh, PA
abiggs@bakerlaw.com

Jason B. Binford on behalf of Creditor BB Fonds International 1 USA, L.P.
jbinford@krcl.com, ecf@krcl.com

Jason B. Binford on behalf of Creditor Phoenix Property Company
jbinford@krcl.com, ecf@krcl.com

Ron C. Bingham, II on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Farrell Construction, Inc.
rbingham@stites.com, dclayton@stites.com

Patrick M. Birney on behalf of Creditor Schimenti Construction Company LLC
pbirney@rc.com, rarnold@rc.com

Paul M. Black on behalf of Creditor Sony Pictures Home Entertainment Inc.
pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com

Daniel F. Blanks on behalf of Debtor Abbott Advertising Agency, Inc.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Circuit City Stores, Inc.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Courchevel, LLC
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Kinzer Technology, LLC
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Mayland MN, LLC
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor PRAHS, INC.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Patapsco Designs, Inc.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor Sky Venture Corp.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Debtor XSStuff, LLC
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Defendant Circuit City Stores, Inc.
dblanks@mcguirewoods.com

Daniel F. Blanks on behalf of Plaintiff Circuit City Stores, Inc.
dblanks@mcguirewoods.com

Paul S. Bliley, Jr. on behalf of Creditor 1890 Ranch, Ltd.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Bay County Florida tax collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Brevard County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Burbank Mall Associates, LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor CC Countryside 98, LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor CC-Investors 1997-4
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor CarMax, Inc.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Crown CCI, LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Dollar Tree Stores, Inc.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Hayward 880,LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Hernendo County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Highlands County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Hillsborough County, FL
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Indian River County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Lee County Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Manatee County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Marion County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Miami-Dade County Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Okaloosa County Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Orange County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Osceola County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Osceola County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Palm Beach County Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Pinnellas County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Polk County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Save Mart Supermarkets
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Seminole County Florida Tax Collector
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Stillwater Designs and Audio, Inc.
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Tax Collector, Polk County, Florida
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Torrington Tripletts, LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Westlake Limited Partnership
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Creditor Willaims Mullen Clark and Dobbins
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Defendant Stephen Gould Corporation
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr. on behalf of Interested Party Carmax Business Services, LLC
pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm on behalf of Debtor Abbott Advertising Agency, Inc.

sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor CC Aviation, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor CC Distribution Company of Virginia, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Circuit City Properties, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Circuit City Purchasing Company, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Circuit City Stores PR, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Circuit City Stores West Coast, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Circuit City Stores, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Courchevel, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor InterTAN, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Kinzer Technology, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Mayland MN, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Orbyx Electronics, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor PRAHS, INC.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Patapsco Designs, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Sky Venture Corp.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor Ventoux International, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Debtor XSStuff, LLC
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Defendant Circuit City Stores, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Sarah Beckett Boehm on behalf of Plaintiff Circuit City Stores, Inc.
sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com

Wanda Borges on behalf of Creditor Sharp Electronics Corporation
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant Alameda Newspapers, Inc.
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant Alameda Newspapers, Inc., Bay Area News Group East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba
Alameda Newspaper Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant Bay Area News Group East Bay, LLC
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant MediaNews Group Inc.
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant MediaNews Group, Inc.
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant MediaNews Group, Inc. and San Jose Mercury-News, Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury
News, Inc.; San Jose Mercury-News; The San Jose Mercury New
ecfcases@borgeslawllc.com

Wanda Borges on behalf of Defendant Sharp Electronics Corporation
ecfcases@borgeslawllc.com

James Edward Bowman, II on behalf of Defendant Elite Screens Inc.
Jim@jebowman.com, bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com

Timothy W. Boykin on behalf of Creditor Alameda County Treasurer
tboykin@vanblk.com, croyes@vanblk.com

Anne Elizabeth Braucher on behalf of Creditor DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC
abraucher@mcmillanmetro.com

Anne Elizabeth Braucher on behalf of Creditor InnerWorkings, Inc.
abraucher@mcmillanmetro.com

Anne Elizabeth Braucher on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation
VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured
abraucher@mcmillanmetro.com

Anne Elizabeth Braucher on behalf of Creditor West Marine Products, Inc.
abraucher@mcmillanmetro.com

Jess R. Bressi on behalf of Creditor Engineered Structures, Inc.
jbressi@luce.com

Jess R. Bressi on behalf of Creditor RJ Ventures LLC, K&G Dearborn LLC
jbressi@luce.com

James J. Briody on behalf of Creditor Johnson City Crossing, L.P.
jim.briody@sablaw.com, kim.smith@sablaw.com

James J. Briody on behalf of Creditor LNR Partners, Inc.
jim.briody@sablaw.com, kim.smith@sablaw.com

James J. Briody on behalf of Creditor Ronus Meyerland Plaza L.P.
jim.briody@sablaw.com, kim.smith@sablaw.com

William A. Broscious on behalf of Attorney Kepley Broscious & Biggs, PLC
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor CC-Investors 1996-6
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Circuit Realty NJ LLC
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Daniel G. Kamin Baton Rouge LLC
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Jurupa Bolingbrook LLC
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Kamin Realty Company
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Paramount Home Entertainment Inc
wbroscious@kbbplc.com

William A. Broscious on behalf of Creditor Raymond Silverstein, Trustee
wbroscious@kbbplc.com

Gillian N. Brown on behalf of Creditor Committee Official Committee of Unsecured Creditors
gbrown@pszjlaw.com

Heather D. Brown on behalf of Creditor Westgate Village, LP
hbrown@kkgpc.com, jwest@kkgpc.com

Martin A. Brown on behalf of Creditor Creditor Express Personnel Services, Inc
martin.brown@lawokc.com

Martin A. Brown on behalf of Creditor Express Services, Inc.
martin.brown@lawokc.com

Robert J. Brown on behalf of Creditor CB Richard Ellis / Louisville, LLC
Lexbankruptcy@wyattfirm.com

Steven L. Brown on behalf of Creditor Construct Inc., a Michigan corporation
brown@wolriv.com

Steven L. Brown on behalf of Creditor The Columbus Dispatch
brown@wolriv.com

Eastern District of Virginia LIVE   Case 08-35653-KRH   Doc 13269   Filed 01/30/14   Entered 01/30/14 16:52:30   Desc Page 9 of 47

Main Document          Page 9 of 48

Steven L. Brown on behalf of Creditor Walter E. Hartman & Sally J. Hartman, as Trustee of the Hartman 1995 Ohio Property
brown@wolriv.com

Steven L. Brown on behalf of Defendant Construct, Inc.
brown@wolriv.com

Steven L. Brown on behalf of Defendant The Dispatch Printing Company, d/b/a Columbus Dispatch
brown@wolriv.com

Timothy Francis Brown on behalf of Creditor 13630 Victory Boulevard, LLC
brownt@arentfox.com

Timothy Francis Brown on behalf of Interested Party F.R.O., L.L.C. IX
brownt@arentfox.com

Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Mark E. Browning on behalf of Creditor Texas Comptroller of Public Accounts and Texas Workforce Commission
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Mark E. Browning on behalf of Defendant Susan Combs, as Comptroller of Public Accounts of the State of Texas, and Greg Abbott, as Attorney General of the State of Texas
bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Linda Sharon Broyhill on behalf of Creditor Heritage Plaza, LLC
lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Linda Sharon Broyhill on behalf of Creditor La Frontera Village, L.P.
lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Andrew M. Brumby on behalf of Creditor Cameron Group Associates LLP
abrumby@shutts-law.com, dbonilla@shutts-law.com

Kristen E. Burgers on behalf of Creditor CWCapital Asset Management LLC
kburgers@ltblaw.com

Kristen E. Burgers on behalf of Creditor ORIX Capital Markets, LLC
kburgers@ltblaw.com

James Winston Burke on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc.
jburke@orrick.com

James Winston Burke on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
jburke@orrick.com

James Winston Burke on behalf of Creditor MiTAC Digital Corp. (Magellan)
jburke@orrick.com

James Winston Burke on behalf of Creditor Nintendo of America, Inc.
jburke@orrick.com

James Winston Burke on behalf of Defendant MiTAC Digital Corporation, individually and including in its capacity as successor to Magellan Navigation, Inc.
jburke@orrick.com

James Winston Burke on behalf of Defendant MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
jburke@orrick.com

James Winston Burke on behalf of Defendant Nintendo of America, Inc.
jburke@orrick.com

William A. Burnett on behalf of Creditor Abilene-Ridgemont, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor American National Insurance Company
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Burbank Mall Associates, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor CC Countryside 98 L.L.C.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor CC Countryside 98, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor CC-Investors 1997-4
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor CarMax, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Crown CCI, LLC

aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Cyber Acoustics
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor DIRECTV, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Dick's Sporting Goods Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Dick's Sporting Goods, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Dollar Tree Stores, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Evening Post Publishing Company d/b/a The Post and Courier
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Golf Galaxy, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Hayward 880,LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor ION Audio, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor LumiSource, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor National Western Life Insurance Company
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Nyko Technologies, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Save Mart Supermarkets
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor SouthPeak Interactive, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Stillwater Designs and Audio, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Symantec Corp
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Tax Collector, Polk County, Florida
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Vonage Holdings, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Vonage Marketing Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Creditor Westlake Limited Partnership
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Brookfield Global Relocation Services, LLC, f/k/a GMAC Global Relocation Services, LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Contrarian Funds, L.L.C.
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Eon Communications Corporation
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Intec, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant NYKO Technologies, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV TV
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant SBLM Architects PC
aburnett@williamsmullen.com

William A. Burnett on behalf of Defendant SouthPeak Interactive LLC
aburnett@williamsmullen.com

William A. Burnett on behalf of Interested Party DIRECTV, Inc.
aburnett@williamsmullen.com

William A. Burnett on behalf of Plaintiff Carmax Auto Superstores, Inc.
aburnett@williamsmullen.com

Darek S. Bushnaq on behalf of Defendant ServicePower, Inc., aka ServicePower Inc.
dsbushnaq@venable.com

Marc A. Busman on behalf of Creditor Marlon Mondragon
mbusman@busmanandbusman.com, kjaros@busmanandbusman.com

Marc A. Busman on behalf of Plaintiff Marlon Mondragon
mbusman@busmanandbusman.com, kjaros@busmanandbusman.com

Aaron R. Cahn on behalf of Unknown Reliance Figueroa Associates, L.P.
cahn@clm.com

Jonathan T. Cain on behalf of Defendant InVNT, LLC
jtcain@mintz.com, kcraun@mintz.com

Jonathan T. Cain on behalf of Defendant Zoo Entertainment, Inc.
jtcain@mintz.com, kcraun@mintz.com

Jonathan T. Cain on behalf of Defendant Zoo Games, Inc. f/k/a Destination Software, Inc.
jtcain@mintz.com, kcraun@mintz.com

Judy Bamberger Calton on behalf of Defendant DIRECTV, Inc.
jcalton@honigman.com

Paul K. Campsen on behalf of Creditor CC Grand Junction Investors 1998, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor CC Springs, L.L.C.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Crossways Financial Associates, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Google Inc.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Lea Company, a Virginia general partnership, the Assignee from Newport News Shopping Center, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor MHW Warner Robins, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Newport News Shopping Center, L.L.C.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Ramco West Oaks I, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Site A, LLC
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor TKG Coffee Tree, L.P.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Tritronics, Inc.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Creditor Vance Baldwin, Inc.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Paul K. Campsen on behalf of Defendant Griffin Marketing & Promotions, Inc.
pkcampsen@kaufcan.com, jaturner@kaufcan.com

Robert A. Canfield on behalf of Creditor Cornella Diane Beverly
bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net

Robert A. Canfield on behalf of Creditor Laurie Lambert-Gaffney
bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net

Robert A. Canfield on behalf of Defendant B&L Floorcovering, Inc.
bcanfield@canfieldbaer.com, jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;jeancanfield@comcast.net

Peter J. Carney on behalf of Creditor c/o William S. Coats Pinnacle Systems, Inc.
pcarney@whitecase.com, hletourneau@whitecase.com

William B. Cave on behalf of Creditor P.R. Mechanical, Inc.
wcave@hophabcave.com

Ashley M. Chan on behalf of Creditor City of Philadelphia
achan@hangley.com, ecffilings@hangley.com

Wm. Joseph A. Charboneau on behalf of Creditor McAllen ISD
jcharboneau@mglspc.com, aford@mglspc.com

Wm. Joseph A. Charboneau on behalf of Creditor Placer California
jcharboneau@mglspc.com, aford@mglspc.com

Wm. Joseph A. Charboneau on behalf of Creditor Charles Booth
jcharboneau@mglspc.com, aford@mglspc.com

Wm. Joseph A. Charboneau on behalf of Creditor Nancy Booth
jcharboneau@mglspc.com, aford@mglspc.com

Emily M. Charley on behalf of Creditor IGate Global Solutions, Limited
echarley@hansonbridgett.com

Sara L. Chenetz on behalf of Creditor Sony Pictures Entertainment Inc.
chenetz@blankrome.com

Dominic L. Chiariello on behalf of Creditor Donovan Dunwell
dc@chiariello.com

Charles W. Chotvacs on behalf of Creditor Bear Valley Road Partners LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Cencor Realty
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Centro Properties Group
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Cousins Properties Incorporated
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor FJL-MVP, LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Federal Realty Investment Trust
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor GMS Golden Valley Ranch, LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor KNP
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Laguna Gateway Phase 2, LP
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Manteca Stadium Park, L.P.
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor NMC Stratford, LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor OTR-Clairemont Square
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Portland Investment Company of America
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Prudential Insurance Company of America
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor RREEF Management Company
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Simon Property Group, Inc.
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor The Hutensky Group

cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor The Macerich Company
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor The Morris Companies Affiliates
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor UBS Realty Investors, LLC
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Uniwest Commercial Realty
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Watt Management Company
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs on behalf of Creditor Melvin Walton Hone
cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello on behalf of Creditor Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd.
acichello@kb-law.com

Anthony J. Cichello on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
acichello@kb-law.com

City of Newport News, Virginia
jdurant@nngov.com

Darrell William Clark on behalf of Creditor Waste Management, Inc.
darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com

Darrell William Clark on behalf of Defendant Targus, Inc.
darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com

Robert D. Clark on behalf of Creditor Douglas County, CO
rclark@douglas.co.us

Robert D. Clark on behalf of Creditor Treasurer of Douglas County, Colorado
rclark@douglas.co.us

James E. Clarke on behalf of Interested Party Bond-Circuit IX Delaware Business Trust
vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

James E. Clarke on behalf of Interested Party Brick-70, LLC
vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, bjtobin@vorys.com

Tiffany Strelow Cobb on behalf of Creditor Advertising.com Inc.
tscobb@vorys.com, bjtobin@vorys.com

Tiffany Strelow Cobb on behalf of Creditor Platform-A Inc.
tscobb@vorys.com, bjtobin@vorys.com

Mindy D. Cohn on behalf of Creditor Visiontek Products, LLC
mcohn@winston.com

Christopher S. Colby on behalf of Creditor Alameda County Treasurer
ccolby@vanblk.com

Andrew Lynch Cole on behalf of Interested Party Faber Bros., Inc.
acole@fandpnet.com

Ken Coleman on behalf of Interested Party Alvarez & Marsal Canada, ULC
Ken.Coleman@allenovery.com

Michael A. Condyles on behalf of Creditor Bank One Delaware, National Association n/k/a Chase Bank, USA
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor CBL & Associates Management, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Chase Bank USA, National Association
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Circuit Sports, L.P.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Cole CC Aurora CO, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Cole CC Kennesaw GA, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Cole CC Mesquite TX, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Cole CC Taunton MA, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Cole Capital Partners, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor GE Fleet
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Hickory Ridge Pavilion LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor JP Morgan Chase & Co.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Jubilee-Springdale, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor KSK Scottsdale Mall LP
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Magna Trust Company, Trustee
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Schottenstein Property Group, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Shopping.com, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor Sony Electronics, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor The Landing at Arbor Place II, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Creditor The Shoppes of Beavercreek Ltd.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Defendant Epson America, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Interested Party Epson America, Inc.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Mark B. Conlan on behalf of Creditor Bond Circuit IV Delaware Business Trust
mconlan@gibbonslaw.com

Mark B. Conlan on behalf of Creditor Bond-Circuit IV Delaware Business Trust
mconlan@gibbonslaw.com

Mark B. Conlan on behalf of Creditor CC Hamburg NY Partners, LLC
mconlan@gibbonslaw.com

Mark B. Conlan on behalf of Creditor Chelmsford Realty Associates
mconlan@gibbonslaw.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
aconway@taubman.com

David V. Cooke on behalf of Creditor City and County of Denver
bankruptcy.david@denvergov.org

Eric C. Cotton on behalf of Creditor Developers Diversified Realty Corporation
hsmith@ddr.com

Robert K. Coulter on behalf of Creditor United States of America
robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox on behalf of Creditor 610 & San Felipe, Inc.
dcox@jackscamp.com, pdyson@jackscamp.com

David H. Cox on behalf of Creditor Port Arthur Holdings, III, Ltd.
dcox@jackscamp.com, pdyson@jackscamp.com

Eastern District of Virginia - LIVE

Franklin R. Cragle, III on behalf of Creditor Ubisoft, Inc.
fcragle@hf-law.com

Franklin R. Cragle, III on behalf of Creditor United States Debt Recovery, LLC
fcragle@hf-law.com

John M. Craig on behalf of Counter-Claimant Sun Builders Co.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor American Electric Power
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Boston Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Carolina Power & Light Company d/b/a Progress Energy Carolinas
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Central Georgia Electric Membership Corporation
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Chalek Company LLC
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Commonwealth Edison Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Connecticut Light and Power Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Connecticut Natural Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Consolidated Edison Company of New York, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Dominion East Ohio
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Dominion Hope
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Dominion Peoples
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Duke Energy Carolinas, LLC
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Duke Energy Indiana, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Duke Energy Kentucky, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Duke Energy Ohio, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Florida Power Corporation d/b/a Progress Energy Florida
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Granite State Electric
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Jackson EMC
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Jersey Central Power & Light Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor KeySpan Gas East Corporation
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Long Island Lighting Company d/b/a LIPA
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Massachusetts Electric Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Metropolitan Edison Company

Eastern District of Virginia - LIVE    Case 08-35653-KRH   Doc 13269   Filed 01/30/14   Entered 01/30/14 16:52:30   Desc  Page 16 of 47

Main Document    Page 16 of 48

johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Michigan Consolidated Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Narragansett Electric Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor New York State Electric and Gas Corporation
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Niagara Mohawk Power Corporation
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Orange and Rockland Utilities
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor PECO Energy Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Pennsylvania Electric Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Piedmont Natural Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Public Service Company of New Hampshire
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Public Service Electric And Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Retail Property Group, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Salt River Project
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor SimVest Real Estate II, LLC
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Southern California Edison Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Southern Connecticut Gas Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Southwest Gas Corporation
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor The Brooklyn Union Gas Company d/b/a National Grid NY
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor The Cleveland Electric Illuminating Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor The Detroit Edison Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Toledo Edison Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Virginia Power
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Western Massachusetts Electric Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Yankee Gas Services Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Defendant ASM Capital III, L.P.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Defendant Imagitas, Inc.
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Defendant Pro-Pave Sealcoat Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Defendant Sun Builders Co.
johncraigg@aol.com, russj4478@aol.com

Catherine Elizabeth Creely on behalf of Creditor CIM/Birch St., Inc.
ccreely@akingump.com

Catherine Elizabeth Creely on behalf of Creditor GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited Liability Company
ccreely@akingump.com

Catherine Elizabeth Creely on behalf of Creditor Golfsmith International, L.P.
ccreely@akingump.com

William C. Crenshaw on behalf of Creditor Gould Livermore LLC
bill.crenshaw@bryancave.com, deborah.hensley@akerman.com

William C. Crenshaw on behalf of Creditor Prince George's Station Retail, LLC
bill.crenshaw@bryancave.com, deborah.hensley@akerman.com

William C. Crenshaw on behalf of Professional Akerman Senterfitt
bill.crenshaw@bryancave.com, deborah.hensley@akerman.com

Karen M. Crowley on behalf of Mediator Karen Crowley
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com,tturner@clrbfirm.com

Karen M. Crowley on behalf of Mediator Karen M. Crowley
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com,tturner@clrbfirm.com

Michael Callahan Crowley on behalf of Creditor White-Spunner Construction, Inc.
mcrowley@asm-law.com

Michael Callahan Crowley on behalf of Defendant White-Spunner Construction Inc.
mcrowley@asm-law.com

Paul McCourt Curley on behalf of Creditor Carrollton Arms, LLC
pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Paul McCourt Curley on behalf of Creditor Jon C. Geith
pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Paul McCourt Curley on behalf of Creditor Laurie Lambert-Gaffney
pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Andrea Campbell Davison on behalf of Creditor Discovery Communications, Inc.
ADavison@beankinney.com

Andrea Campbell Davison on behalf of Defendant Animal Planet, L.P.
ADavison@beankinney.com

Andrea Campbell Davison on behalf of Defendant Discovery Communications Inc. a/k/a The Learning Channel
ADavison@beankinney.com

Andrea Campbell Davison on behalf of Defendant Discovery Communications, Inc.
ADavison@beankinney.com

Andrea Campbell Davison on behalf of Defendant Learning Channel, Inc.
ADavison@beankinney.com

Andrea Campbell Davison on behalf of Defendant Wonders Industrial Development (Shenzhen) Co., Ltd.
ADavison@beankinney.com

Ryan C. Day on behalf of Creditor Schimenti Construction Company LLC
ryan.day@leclairryan.com, sarah.kelly@leclairryan.com

Ryan C. Day on behalf of Plaintiff Schimenti Construction Company LLC
ryan.day@leclairryan.com, sarah.kelly@leclairryan.com

Jenelle Marie Dennis on behalf of Creditor Bear Valley Road Partners LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Cencor Realty
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Centro Properties Group
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Cousins Properties Incorporated
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Eagleridge Associates, LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Federal Realty Investment Trust
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Foursquare Properties Inc.
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor GMS Golden Valley Ranch, LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor KNP
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Laguna Gateway Phase 2, LP
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Manteca Stadium Park, L.P.
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor OTR-Clairemont Square
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Point West Plaza II Investors
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Portland Investment Company of America
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Prudential Insurance Company of America
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor RREEF Management Company
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Sweetwater Associates, L.P.
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor The Hutensky Group
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor The Macerich Company
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor The Morris Companies Affiliates
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Torrance Towne Center Associates, LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor UBS Realty Investors, LLC
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Uniwest Commercial Realty
dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis on behalf of Creditor Watt Management Company
dennisj@ballardspahr.com, pollack@ballardspahr.com

Christopher M. Desiderio on behalf of Creditor Greystone Data Systems, Inc.
cdesiderio@nixonpeabody.com

Christopher M. Desiderio on behalf of Creditor TomTom, Inc.
cdesiderio@nixonpeabody.com

Christopher M. Desiderio on behalf of Plaintiff Greystone Data Systems, Inc.
cdesiderio@nixonpeabody.com

Jaime Sue Dibble on behalf of Interested Party Garmin International, Inc.
jdibble@stinson.com, lbigus@stinson.com

David H. Dickieson on behalf of Defendant New Age Electronics, Inc., also known as New Age, Inc.
ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com

David H. Dickieson on behalf of Defendant SYNNEX Corporation, a/k/a New Age Electronics, a division of SYNNEX Corporation
ddickieson@schertlerlaw.com, pfrye@schertlerlaw.com

Louis E. Dolan, Jr. on behalf of Creditor California Self-Insurers' Security Fund
LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

Louis E. Dolan, Jr. on behalf of Creditor Greystone Data Systems, Inc.
LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

Louis E. Dolan, Jr. on behalf of Creditor TomTom, Inc.
LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

Louis E. Dolan, Jr. on behalf of Defendant TomTom, Inc.

LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

Louis E. Dolan, Jr. on behalf of Plaintiff Greystone Data Systems, Inc.
LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com

James K. Donaldson on behalf of Defendant Solutions 2 Go, Inc.
jdonaldson@cblaw.com,
eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com

Jennifer V. Doran on behalf of Creditor DeMatteo Management, Inc.
jdoran@haslaw.com, calirm@haslaw.com

Seth A. Drucker on behalf of Creditor McKinley, Inc.
sdrucker@honigman.com

Seth A. Drucker on behalf of Creditor Ritz Motel Company
sdrucker@honigman.com

Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia
jdurant@nngov.com

Ronald G. Dunn on behalf of Creditor Savitri Cohen
bstasiak@gdwo.net

Sara B. Eagle on behalf of Creditor Pension Benefit Guaranty Corporation
eagle.sara@pbgc.gov, efile@pbgc.gov

David W. Earman on behalf of Defendant Petra Industries, Inc.
davidearman@courtsq.com

Carl A. Eason on behalf of Creditor The Columbus Dispatch
bankruptcy@wolriv.com

Robert C. Edmundson on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue
redmundson@attorneygeneral.gov

Elizabeth A. Elam on behalf of Creditor City of Southlake, Texas
betsyelam@toase.com, wenditaylor@toase.com

Tara L. Elgie on behalf of Creditor Schimenti Construction Company LLC
telgie@hunton.com

Tara L. Elgie on behalf of Defendant Fujikon Industrial Co. Ltd.
telgie@hunton.com

Kristin Elliott on behalf of Counter-Defendant Alfred H. Siegel
kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Kristin Elliott on behalf of Plaintiff Alfred H. Siegel
kelliott@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Matthew J. Ellis on behalf of Creditor Montgomery County Trustee
mellis@batsonnolan.com

Bradford F. Englander on behalf of Creditor Alliance Entertainment Corporation
benglander@wtplaw.com, rodom@wtplaw.com

Bradford F. Englander on behalf of Creditor Source Interlink Media, LLC
benglander@wtplaw.com, rodom@wtplaw.com

Augustus C. Epps, Jr. on behalf of Attorney Christian & Barton, L.L.P.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Attorney Augustus C. Epps, Jr.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor 1030 W. North Ave. Bldg. LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Amargosa Palmdale Investments, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor American Power Conversion Corp.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Argyle Forest Retail I, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Audio Authority Corporation
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Bella Terra Associates, LLC

aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Brighton Commercial, L.L.C.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Buzz Oates, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor CC-Investors 1995-6
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Carousel Center Company, L.P.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Catellus Operating Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Chung Hee Kim (Ridgehaven Plaza Shopping Center)
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Cohab Realty, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Crossroads Associates, Ltd.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Crossroads Shopping Center
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Daniel W. Ramsey
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor De Rito Pavilions 139, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Diamond Square, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Donahue Schriber Realty Group, L.P.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Drexel Delaware Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor EEL McKee LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor EklecCo NewCo, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Fingerlakes Crossing, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor GRI-EQY (Sparkleberry Square) LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Generation H One and Two Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Generation One and Two, LP
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership, as managing Agent for Puente Hills Mall, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Glimcher Properties Limited Partnership, as managing agent for WTM Glimcher LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Greenback Associates
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Hamilton Crossing
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Hamilton Crossing I, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland American Retail Management LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Commercial Property Management, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Commercial Property Management, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Continental Property Management Corp.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Pacific Property Services LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Southwest Management LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Inland US Management LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor International Speedway Square, Ltd.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor KRG Market Street Village, LP
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Kimco Realty Corporation
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Kite Coral Springs, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor La Habra Imperial, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Laurel Plumbing, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Lexmark International, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Macy's Retail Holdings, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Madison Waldorf, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Manufacturers and Traders Trust Company, as Trustee
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Morse-Sembler Villages Partnership #4
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Myrtle Beach Farms
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Myrtle Beach Farms Co., Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor N.P. Huntsville Limited Liability Company
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor NAP Northpoint, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Perimeter Mall
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Portland Investment Company of America
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Prado, llc
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Prudential Insurance Company of America
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor RREEF Management Company
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Rancon Realty Fund IV
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Redtree Properties, L.P.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Rolling Acres Plaza Shopping Center
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Roth Tanglewood LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Sangertown Square, L.L.C.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Starpoint Property Management, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Swanblossom Investments, LP
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Tanglewood Park LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Tanglewood Park, LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor The Macerich Company
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor The Marvin L. Oates Trust
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor The West Campus Square Company, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Thoroughbred Village Tennessee, GP
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor UnCommon, Ltd., a Florida Limited Partnership
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Union County Construction Group, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Union Square Retail Trust
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Westgate Village, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Whitestone Development Partners, L.P.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant American Power Conversion Corp.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant Audio Authority Corporation
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant CDW Direct, LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant Kost Klip Manufacturing, Ltd.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant Lexmark International, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant MediaNews Group, Inc. d/b/a Pioneer Press and St. Paul Pioneer Press
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant Signature Home Furnishings Co. Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Defendant Solutions 2 Go, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Interested Party Manufacturers & Traders Trust Company, as Trustee
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Plaintiff CC-Investors 1995-6
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Professional Augustus C. Epps, Jr.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Transferee 412 South Broadway Realty LLC
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Transferor Manufacturers and Traders Trust Company, as Trustee
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Transferor Manufactures and Traders Trust Company, as Trustee
aepps@cblaw.com, avaughn@cblaw.com

David J. Ervin on behalf of Creditor Ashkenazy Management Corp.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Basser-Kaufman
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Benderson Development Company, LLC
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Continental Properties Company, Inc.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Developers Diversified Realty Corporation
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and RC CA Santa Barbara, LLC
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor General Growth Properties, Inc.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Jones Lang LaSalle Americas, Inc.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Philips International
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Regency Centers, L.P.
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor The MacNaughton Group
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor The Woodmont Company
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor WEC 99A-2LLC
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Creditor Weingarten Realty Investors and Its Affiliates
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin on behalf of Professional Alfred H. Siegel
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar on behalf of Creditor County of Loudoun, VA
Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

Belkys Escobar on behalf of Creditor County of Loudoun, Virginia
Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov

Chang Eugene on behalf of Creditor TKG Coffee Tree, L.P.
echang@steinlubin.com

Michael P. Falzone on behalf of Creditor 502-12 86th Street LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Altamonte Springs Real Estate Associates, LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Basile Limited Liability Company

mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Cameron Group Associates LLP
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Cottonwood Corners-Phase V, LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Dickson Management Associates, LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Fuel Creative, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Gallatin Management Associates, LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Huntington Mall Company
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Kentucky Oaks Mall Company
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor M and M Berman Enterprises
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Martinair, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Modelogic, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor RTS Marketing, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Remount Road Associates Limited Partnership
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Spring Hill Development Partners, GP
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor The Cafaro Northwest Partnership, dba South Hill Mall
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Vertis, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Creditor Woodlawn Trustees Incorporated
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant Amore Construction Company
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant BellO International Corp.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant DG FastChannel, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant Patriot Enterprises of NY, LLC
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant Standard Electric Supply Co., Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant Streater Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Defendant WD Partners, Inc.
mfalzone@hf-law.com

Michael P. Falzone on behalf of Interested Party Systemax, Inc.
mfalzone@hf-law.com

John T. Farnum on behalf of Creditor Bell Microproducts, Inc.
jfarnum@wileyrein.com, rours@wileyrein.com

John T. Farnum on behalf of Defendant Ashley Furniture Industries, Inc.
jfarnum@wileyrein.com, rours@wileyrein.com

Oscar Baldwin Fears, III on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov, jjacobs@law.ga.gov

Robert J. Feinstein on behalf of Creditor Committee Official Committee of Unsecured Creditors
rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero on behalf of Creditor Committee Official Committee of Unsecured Creditors
jfiero@pszjlaw.com

Scott D. Fink on behalf of Creditor The Plain Dealer
Bronationalecf@weltman.com

J. David Folds on behalf of Defendant Fabrik, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

J. David Folds on behalf of Defendant Hitachi Global Storage Technologies, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

J. David Folds on behalf of Defendant Interactive Communications International, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

J. David Folds on behalf of Defendant Simpletech, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

J. David Folds on behalf of Defendant Western Digital Technologies, Inc.
dfolds@mckennalong.com, sparson@mckennalong.com

Douglas M. Foley on behalf of Counter-Defendant Circuit City Stores, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Abbott Advertising Agency, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor CC Aviation, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor CC Distribution Company of Virginia, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Circuit City Properties, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Circuit City Purchasing Company, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Circuit City Stores PR, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Circuit City Stores West Coast, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Circuit City Stores, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Courchevel, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor InterTAN, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Kinzer Technology, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Mayland MN, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Orbyx Electronics, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor PRAHS, INC.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Patapsco Designs, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Sky Venture Corp.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor Ventoux International, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Debtor XSStuff, LLC
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Defendant Circuit City Stores, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Plaintiff Circuit City Stores, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Plaintiff Circuit City Stores, Inc.
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Douglas M. Foley on behalf of Trustee Circuit City Stores, Inc. Liquidating Trust
dfoley@mcguirewoods.com, jclarke@mcguirewoods.com;gcason@mcguirewoods.com

Christine McAteer Ford on behalf of Creditor Ada Alicea, on behalf of herself and all others similarly situated
cford@mdpcelaw.com

Christine McAteer Ford on behalf of Creditor Ada Alicea
cford@mdpcelaw.com

Gina M Fornario on behalf of Creditor California Self-Insurers' Security Fund
gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Shalanda N. Franklin on behalf of Defendant Belkin International Inc.
sfranklin@vanblk.com

Shalanda N. Franklin on behalf of Defendant Belkin Logistics, Inc., aka Belkin, Inc.
sfranklin@vanblk.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Consumer Products, L.L.C.
jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com

Jeremy S. Friedberg on behalf of Creditor Toshiba America Information Systems, Inc.
jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com

Jeremy S. Friedberg on behalf of Creditor Washington Green TIC
jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@lf-pc.com

Ellen A. Friedman on behalf of Creditor Hewlett Packard Company
efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

Mark J. Friedman on behalf of Attorney Mark J. Friedman
mark.friedman@dlapiper.com

Mark J. Friedman on behalf of Creditor InnerWorkings, Inc.
mark.friedman@dlapiper.com

Mark J. Friedman on behalf of Creditor Morgan Hill Retail Venture, LP
mark.friedman@dlapiper.com

Mark J. Friedman on behalf of Creditor West Marine Products, Inc.
mark.friedman@dlapiper.com

Mark J. Friedman on behalf of Defendant Creative Labs, Inc.
mark.friedman@dlapiper.com

Mark J. Friedman on behalf of Defendant InnerWorkings, Inc.
mark.friedman@dlapiper.com

Gary V. Fulghum on behalf of Creditor Hillson Electric Incorporated
gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Gary V. Fulghum on behalf of Creditor John Rohrer Contracting Company, Inc.
gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Gary V. Fulghum on behalf of Creditor Lang Construction, Inc.
gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Mary Louise Fullington on behalf of Creditor Scripps Networks Interactive, Inc.
lexbankruptcy@wyattfirm.com

Kevin J. Funk on behalf of Creditor Dartmouth Marketplace Associates
kfunk@durrettecrump.com, bmcmillen@durrettecrump.com

Kevin J. Funk on behalf of Creditor Joanne Eisner
kfunk@durrettecrump.com, bmcmillen@durrettecrump.com

Kevin J. Funk on behalf of Creditor Roy Eisner
kfunk@durrettecrump.com, bmcmillen@durrettecrump.com

Stephen K. Gallagher on behalf of Creditor CWCapital Asset Management LLC

sgallagher@venable.com, lcwilliams@venable.com;lrheitger@venable.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
victoria.garry@ohioattorneygeneral.gov

Victoria D. Garry on behalf of Creditor Ohio Department of Commerce
victoria.garry@ohioattorneygeneral.gov

Victoria D. Garry on behalf of Creditor Ohio Department of Taxation
victoria.garry@ohioattorneygeneral.gov

Rand L. Gelber on behalf of Creditor Maricopa County Treasurer
RGelberMD@aol.com

Stephanie N. Gilbert on behalf of Creditor Mallview Plaza Company, Ltd.
sgilbert@wilsav.com, nwalsh@wilsav.com

Stephanie N. Gilbert on behalf of Defendant Eleets Logistics, Inc.
sgilbert@wilsav.com, nwalsh@wilsav.com

S. Sadiq Gill on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company
sgill@vanblk.com

Karen L. Gilman on behalf of Creditor Toys R Us - Delaware, Inc.
KGILMAN@WOLFFSAMSON.COM

Lawrence H. Glanzer on behalf of Creditor Citrus Park CC, LLC
glanzer@rlglegal.com, Margaret@rlglegal.com

Brad R. Godshall on behalf of Creditor Committee Official Committee of Unsecured Creditors
bgodshall@pszjlaw.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Douglas R. Gonzales on behalf of Creditor City of Homestead, Florida
dgonzales@wsh-law.com

Douglas R. Gonzales on behalf of Creditor City of Miramar, FL
dgonzales@wsh-law.com

Anitra D. Goodman Royster on behalf of Creditor Connexion Technologies
anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

Kimbell D. Gourley on behalf of Creditor Engineered Structures, Inc.
kgourley@idalaw.com, sprescott@idalaw.com

Jeffrey J. Graham on behalf of Creditor Greenwood Point, LP
jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com

Jeffrey J. Graham on behalf of Creditor Washington Corner, LP
jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com

Gregory D. Grant on behalf of Defendant S.M. Wilson & Co., a/k/a S.M. Wilson & Company
ggrant@shulmanrogers.com, lsmith@shulmanrogers.com

William A. Gray on behalf of Attorney Sands Anderson PC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor A.D.D. Holdings, L.P.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Alexander's Rego Park Center, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Amherst VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BBP-Muncy LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-NY LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-OH LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-Redding LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-SC LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-VA LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BPP-WB LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Baker Natick Promenade LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor BevCon I, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Boston Acoustics, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor CSI Construction Company
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Cardinal Court, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Chatham County Tax Commissioner
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Chatham County, GA Tax Commissioner
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Colorado Structures, Inc. dba CSI Construction Co.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor DEV Limited Partnership
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor DeSoto County, Mississippi
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Denon Electronics
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor E&A Northeast Limited Partnership
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor East Brunswick VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor East BrunswickVF, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Encinitas PFA, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Gateway Woodside, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Green Acres Mall, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Hillson Electric Incorporated
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Interstate Augusta Properties LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor John Rohrer Contracting Company, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Lang Construction, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Lee County Tax Collector
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Lee County, Mississippi Tax Collector
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Mansfield SEQ 287 and Debbie, Ltd.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Marlton VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor McAlister Square Partners, Ltd.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor McCorkendale Construction
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Metra Electronics Corporation
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Mid-American Insulation, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Midwest Block & Brick, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Monument Consulting, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor NPP Development LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor North Bergen Tonnelle Plaza, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor North Plainfield VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor OmniMount Systems, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor PrattCenter, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Premier Contracting, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor RBS Business Capital
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Ray Mucci's Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Route 146 Millbury LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Sensormatic Electronic Corporation
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Snell Acoustics, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Star Universal, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Station Landing LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor T. J. Maxx of CA, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Tamrac, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor The Stop & Shop Supermarket Company LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Towson VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor UTC I, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor VNO Mundy Street, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor VNO TRU Dale Mabry, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Valley Corners Shopping Center, LLC

Eastern District of Virginia - LIVE

bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Vornado Caguas LP
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Vornado Finance, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Vornado Gun Hill Road, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Wayne VF LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Audrey Soltis
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Rebecca Hylton DeCamps
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Reverend Dwayne Funches
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Creditor Richard Grande
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Boston Acoustics, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Coby Electronics Corporation
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Colorado Structures, Inc., dba CSI Construction Co.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Construction Testing and Engineering, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Denon Electronics (USA), LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Fourstar Group Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Fourstar Group USA, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Fourstar International Trading Company
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant InnerWorkings, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Intertech Security of Maryland, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Metra Electronics Corporation
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Monument Consulting, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Tamrac, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant The Insurance Company of the State of Pennsylvania
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant The Oklahoma Publishing Company
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant The Procter & Gamble Company and The Procter & Gamble Distribution Company, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Universal Display and Fixtures Company
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant VTech Communications, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Brian S. Bradley
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Bruce H. Besanko
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant David L. Mathews
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Eric A. Jonas, Jr.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant George D. Clark, Jr.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Irynne V. MacKay
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Jeffrey S. Stone
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant John J. Kelly
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant John T. Harlow
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Kelly E. Breitenbecher
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Marc J. Sieger
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Marshall J. Whaling
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Michael E. Foss
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Peter C. Weedfald
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Philip J. Dunn
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Philip J. Schoonover
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Randall W. Wick
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Reginald D. Hedgebeth
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Ronald G. Cuthbertson
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant Steven P. Pappas
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Defendant William E. McCorey, Jr.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Interested Party Christopher Borglin
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Interested Party Hilton Ellis Epps, Sr.
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Interested Party Kelly Breitenbecher
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Interested Party Paul Schaapman
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Interested Party Phyllis M Pearson
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Movant Colonial Heights Holdings, LLC

William A. Gray on behalf of Movant Vornado Realty Trust
bgray@sandsanderson.com, rarrington@sandsanderson.com

William A. Gray on behalf of Movant Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor
bgray@sandsanderson.com, rarrington@sandsanderson.com

Peter A. Greenburg on behalf of Creditor Premier Resources, LLC
pgreenburg@aol.com

Peter A. Greenburg on behalf of Defendant Premier Resources International LLC
pgreenburg@aol.com

Steven H. Greenfeld on behalf of Creditor Becker Trust LLC
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Boulevard North, LP
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Goodmill LLC
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Marple XYZ Associates
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor PR Christiana LLC
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor PREIT SERVICES, LLC
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor PRGL Paxton LP
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Park Side Realty LP
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Pep Boys - Manny, Moe & Jack
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor Red Rose Commons Associates, L.P.
steveng@cohenbaldinger.com

Steven H. Greenfeld on behalf of Creditor THE GOLDENBERG GROUP
steveng@cohenbaldinger.com

David A. Greer on behalf of Creditor Century plaza development corporation
dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

David A. Greer on behalf of Creditor Pan Am Equities
dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Howard J. Grossman on behalf of Creditor J.P. Morgan Chase Bank, N.A.
howard.j.grossman@chase.com

Elizabeth L. Gunn on behalf of Creditor CC-Investors Trust 1995-1
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Creditor Hewlett Packard Company
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Creditor Elizabeth R. Warren
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Creditor Joshua M. Loveall
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Creditor Mikael Salovaara
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Defendant Campbell Construction Co.
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Defendant Cypress/Spanish Fort I LP
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Defendant Longacre Opportunity Fund, L.P.
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Elizabeth L. Gunn on behalf of Defendant PG Publishing Co., Inc. d/b/a Pittsburgh Post Gazette
egunn@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Richard E. Hagerty on behalf of Attorney Troutman Sanders LLP
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Carlyle-Cypress Tuscaloosa, LLC

richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Certain Benefit Restoration Plan Claimants
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Cosmo-Eastgate, ltd
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Craig-Clarksville Tennessee LLC
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Northcliff Residual Parcel 4 LLC
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Plantation Point Development, LLC
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor SAP Retail Inc. and Business Objects
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Southroads, L.L.C.
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Triangle Equities Junction LLC
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Wal-Mart Stores, Inc.
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor James H. Wimmer, Jr.
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Michael T. Chalifoux
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Richard L. Sharp
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Richard S. Birnbaum
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Richard E. Hagerty on behalf of Defendant SAP Industries, Inc. fka SAP Retail Inc.
richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com

Jerry Lane Hall on behalf of Defendant Sanyo Fisher Co., a Division of Sanyo North America Corp.
jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com

Paula A. Hall on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics
hall@bwst-law.com, marbury@bwst-law.com

Aaron L. Hammer on behalf of Creditor National Product Care Company
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Aaron L. Hammer on behalf of Creditor Service Saver, Incorporated
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Aaron L. Hammer on behalf of Creditor ServicePlan of Florida, Inc.
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Aaron L. Hammer on behalf of Creditor ServicePlan, Inc. and all its Affiliates
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Aaron L. Hammer on behalf of Creditor TWG Innovative Solutions, Inc.
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Aaron L. Hammer on behalf of Creditor Virginia Surety Company, Inc.
ahammer@sugarfgh.com, mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com

Gina Baker Hantel on behalf of Creditor Tennessee Department of Treasury-Unclaimed Property
agbankcal@ag.tn.gov

Gina Baker Hantel on behalf of Creditor Tennessee Dept. Of Revenue
agbankcal@ag.tn.gov

Gina Baker Hantel on behalf of Defendant State of Tennessee Department of Revenue,through Richard H. Roberts, Commissioner
agbankcal@ag.tn.gov

Jason William Harbour on behalf of Creditor Public Company Accounting Oversight Board
jharbour@hunton.com

Jason William Harbour on behalf of Defendant Virgin Mobile USA, L.P.
jharbour@hunton.com

Michael E. Hastings on behalf of Creditor Eastern Security Corp.
michael.hastings@leclairryan.com

Jonathan L. Hauser on behalf of Creditor ThomsonWest
jonathan.hauser@troutmansanders.com

Jonathan L. Hauser on behalf of Defendant CENVEO, Inc.
jonathan.hauser@troutmansanders.com

Jonathan L. Hauser on behalf of Defendant Klipsch Audio Technologies LLC
jonathan.hauser@troutmansanders.com

Jonathan L. Hauser on behalf of Defendant Stampede Presentation Products, Inc.
jonathan.hauser@troutmansanders.com

Jonathan L. Hauser on behalf of Defendant Velocity Micro, Inc.
jonathan.hauser@troutmansanders.com

David Emmett Hawkins on behalf of Creditor Archon Group, L.P.
dhawkins@velaw.com

Dion W. Hayes on behalf of Debtor Abbott Advertising Agency, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor CC Aviation, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor CC Distribution Company of Virginia, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Circuit City Properties, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Circuit City Purchasing Company, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Circuit City Stores PR, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Circuit City Stores West Coast, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Circuit City Stores, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Courchevel, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor InterTAN, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Kinzer Technology, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Mayland MN, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Orbyx Electronics, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor PRAHS, INC.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Patapsco Designs, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Sky Venture Corp.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor Ventoux International, Inc.
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Debtor XSStuff, LLC
dhayes@mcguirewoods.com

Dion W. Hayes on behalf of Defendant Circuit City Stores, Inc.
dhayes@mcguirewoods.com

Melissa S. Hayward on behalf of Creditor Home Depot USA, Inc.
mhayward@lockelord.com

Melissa S. Hayward on behalf of Creditor Parago, Inc.
mhayward@lockelord.com

Andrew H. Herrick on behalf of Creditor County of Albemarle
aherrick@albemarle.org

William Heuer on behalf of Transferee Korea Export Insurance Corporation
wheuer@duanemorris.com

Robert B. Hill on behalf of Creditor Columbia Plaza Joint Venture
bsmith@hillrainey.com

Robert B. Hill on behalf of Creditor Columbia Plaza Shopping Ceter Venture
bsmith@hillrainey.com

Robert B. Hill on behalf of Creditor Decarla Taylor-Conyers
bsmith@hillrainey.com

John E. Hilton on behalf of Creditor Thirty & 141, L.P.
jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

Christopher Julian Hoctor on behalf of Defendant Moran Brown PC
choctor@kaplanfrank.com, nferenbach@kaplanfrank.com

Matthew E. Hoffman on behalf of Creditor Audiovox Corporation
mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

Matthew E. Hoffman on behalf of Creditor Principal Life Insurance Company
mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com

David D. Hopper on behalf of Creditor Rio Associates Limited Partnership
ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben on behalf of Creditor Cousins Properties Incorporated
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor Foursquare Properties, Inc.
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor KNP
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor Portland Investment Company of America
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor Prudential Insurance Company of America
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor RREEF Management Company
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor The Macerich Company
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

Brian D. Huben on behalf of Creditor Watt Management Company
brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@kattenlaw.com

F. Marion Hughes on behalf of Creditor CAP Brunswick, LLC
marion.hughes@smithmoorelaw.com

Jessica Regan Hughes on behalf of Interested Party AmCap Arborland LLC
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Jessica Regan Hughes on behalf of Interested Party AmCap NorthPoint LLC
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Jessica Regan Hughes on behalf of Interested Party Arboretum of South Barrington, LLC
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Jessica Regan Hughes on behalf of Interested Party Eatontown Commons Shopping Center
jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com

Martha E. Hulley on behalf of Creditor Benenson Capital Company
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor Brandywine Grande C, L.P.
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor CC Kingsport 98, LLC
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor CK Richmond Business Services #2, LLC

martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor Cardinal Capital Partners
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor Developers Realty, Inc.
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor Fayetteville Developers, LLC
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor The Balogh Companies
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley on behalf of Creditor Westfield, LLC
martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

John T. Husk on behalf of Defendant Casco Corporation
johnhusk@aol.com, nre98@aol.com

Richard Iain Hutson on behalf of Creditor Caribbean Display & Construction, Inc.
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Creditor Export Development Canada (EDC)
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Creditor Journal Sentinel, Inc.
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Creditor Sharp Electronics Corporation
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Creditor US Signs, Inc.
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Defendant Journal Sentinel, Inc.
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Richard Iain Hutson on behalf of Defendant Sharp Electronics Corporation
rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

Alexander Xavier Jackins on behalf of Creditor Engineered Structures, Inc.
ajackins@seyfarth.com

Alexander Xavier Jackins on behalf of Interested Party AmCap Arborland LLC
ajackins@seyfarth.com

Alexander Xavier Jackins on behalf of Interested Party AmCap NorthPoint LLC
ajackins@seyfarth.com

Alexander Xavier Jackins on behalf of Interested Party Arboretum of South Barrington, LLC
ajackins@seyfarth.com

Alexander Xavier Jackins on behalf of Interested Party Eatontown Commons Shopping Center
ajackins@seyfarth.com

Thomas Neal Jamerson on behalf of Creditor Galleria Plaza, Ltd.
tjamerson@hunton.com, tomjam2003@yahoo.com

Thomas Neal Jamerson on behalf of Interested Party Parker Central Plaza Ltd
tjamerson@hunton.com, tomjam2003@yahoo.com

Russell R. Johnson, III on behalf of Creditor Averatec/Trigem USA
russ4478@aol.com

Russell R. Johnson, III on behalf of Creditor Chalek Company LLC
russ4478@aol.com

Christopher A. Jones on behalf of Creditor Annapolis Plaza LLC
cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com

Christopher A. Jones on behalf of Creditor Moncayo Settlement Class
cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com

Christopher A. Jones on behalf of Creditor TeleDynamics LLP
cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com

Christopher A. Jones on behalf of Creditor Twentieth Century Fox Home Entertainment LLC
cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com

Christopher A. Jones on behalf of Creditor Weidler Settlement Class
cajones@wtplaw.com, rodom@wtplaw.com;dgaffey@wtplaw.com

Nathan Jones on behalf of Creditor US Debt Recovery III, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery IV, LLC
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery V, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery VIII, L.P.
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery X, LLC
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery X, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery XI, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery XII, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor US Debt Recovery, XI, LP
heather@usdrllc.com

Nathan Jones on behalf of Creditor United States Debt Recovery, LLC
heather@usdrllc.com

Nathan Jones on behalf of Creditor Us Debt Recovery VIII, L.P.
heather@usdrllc.com

Nathan Jones on behalf of Creditor Us debt recovery, XII, LP
heather@usdrllc.com

Nathan Jones on behalf of Transferee US Debt Recovery LLC
heather@usdrllc.com

Dexter D. Joyner on behalf of Creditor Pasadena Independent School District
caaustin@comcast.net

Gary M. Kaplan on behalf of Creditor ELL MCKEE LLC
gkaplan@fbm.com, calendar@fbm.com

Douglas D. Kappler on behalf of Creditor Watercress Associates, LP, LLP dba Pearlridge Center
dkappler@rdwlawcorp.com

Lawrence Allen Katz on behalf of Creditor Morgan Hill Retail Venture, LP
lkatz@ltblaw.com, eappelstein@ltblaw.com

Adam K. Keith on behalf of Creditor The Marketplace of Rochester Hills Parcel B, LLC
akeith@honigman.com, tsable@honigman.com

Brian F. Kenney on behalf of Creditor 44 North Properties, LLC
bkenney@milesstockbridge.com

Brian F. Kenney on behalf of Creditor Black & Decker (US), Inc.
bkenney@milesstockbridge.com

Brian F. Kenney on behalf of Creditor JLG Industries, Inc.
bkenney@milesstockbridge.com

Brian F. Kenney on behalf of Creditor Maryland Acquisitions, LLC
bkenney@milesstockbridge.com

Brian F. Kenney on behalf of Defendant Black & Decker (US), Inc.
bkenney@milesstockbridge.com

Brian F. Kenney on behalf of Defendant JLG Industries, Inc.
bkenney@milesstockbridge.com

Erin Elizabeth Kessel on behalf of Creditor Cleveland Construction, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Entergy Arkansas, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Entergy Gulf States Louisiana, L.L.C.

ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Entergy Louisiana, LLC
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Entergy Mississippi, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Entergy Texas, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor PNY Technologies, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor James Lubary
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Creditor Yvette Mack
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Defendant Casio, Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Defendant Mitek Corporation (MTX)
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Erin Elizabeth Kessel on behalf of Defendant PNY Technologies Inc.
ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain

Dena Sloan Kessler on behalf of Creditor Buffalo Technology (USA), Inc.
dkessler@bakerlaw.com

Dena Sloan Kessler on behalf of Defendant Buffalo Technology (USA), Inc.
dkessler@bakerlaw.com

Dena Sloan Kessler on behalf of Defendant The National Union Fire Insurance Company of Pittsburgh, PA
dkessler@bakerlaw.com

Zmarak Khan on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
zmarak.khan@dlapiper.com, George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

Lisa Hudson Kim on behalf of Creditor A.D.D. Holdings, L.P.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Alexander's Rego Park Center, Inc.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Amherst VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BBP-Muncy LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-NY LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-OH LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-Redding LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-SC LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-VA LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BPP-WB LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Baker Natick Promenade LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor BevCon I, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor CSI Construction Company
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Cardinal Court, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Chatham County Tax Commissioner
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Chatham County, GA Tax Commissioner
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor DEV Limited Partnership
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor E&A Northeast Limited Partnership
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor East Brunswick VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Encinitas PFA, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Green Acres Mall, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Hillson Electric Incorporated
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Interstate Augusta Properties LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor John Rohrer Contracting Company, Inc.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Lang Construction, Inc.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Mansfield SEQ 287 and Debbie, Ltd.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Marlton VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor McAlister Square Partners, Ltd.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Monument Consulting, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor NPP Development LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor North Bergen Tonnelle Plaza, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor North Plainfield VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor PrattCenter, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Ray Mucci's Inc.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Route 146 Millbury LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Star Universal, LLC

lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor T. J. Maxx of CA, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor The Stop & Shop Supermarket Company LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Towson VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor UTC 1, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor VNO Mundy Street, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor VNO TRU Dale Mabry, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Valley Corners Shopping Center, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Vornado Caguas LP
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Vornado Finance, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Vornado Gun Hill Road, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Wayne VF LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Rebecca Hylton DeCamps
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Creditor Reverend Dwayne Funches
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Interested Party Christopher Borglin
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Interested Party Hilton Ellis Epps, Sr.
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Interested Party Kelly Breitenbecher
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Interested Party Paul Schaapman
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Interested Party Phyllis M Pearson
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Movant Colonial Heights Holdings, LLC
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Movant Vornado Realty Trust
lkim@siwpc.com, lhamiel@siwpc.com

Lisa Hudson Kim on behalf of Movant Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor
lkim@siwpc.com, lhamiel@siwpc.com

Thomas G. King on behalf of Creditor Southland Acquisitions, LLC
tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

Jeremy C. Kleinman on behalf of Creditor PriceGrabber.com, Inc.
jkleinman@fgllp.com

Jeffrey E. Klusmeier on behalf of Creditor Missouri Attorney General's Office
Jeff.Klusmeier@ago.mo.gov

Jennifer Larkin Kneeland on behalf of Defendant AMC
jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com

Jennifer Larkin Kneeland on behalf of Defendant Newsday Holdings LLC and Newsday LLC
jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com

Jennifer Larkin Kneeland on behalf of Defendant Rainbow Advertising Sales Corporation
jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com

Jennifer Larkin Kneeland on behalf of Defendant Rainbow Media Holdings LLC dba AMC
jkneeland@linowes-law.com, klevie@linowes-law.com;jwright@linowes-law.com

Kurt M. Kobiljak on behalf of Creditor City of Taylor Michigan
kkobi@aol.com

Michael S. Kogan on behalf of Creditor Ditan Distribution LLC
mkogan@koganlawfirm.com, mkogan@koganlawfirm.com

Jamie M. Konn on behalf of Defendant DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

Jamie M. Konn on behalf of Defendant Polk Audio, Inc.
jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com

Charles Gideon Korrell on behalf of Creditor Hoprock Limonite, LLC
gideon.korrell@snrdenton.com

Leonidas Koutsouftikis on behalf of Creditor Washington Real Estate Investment Trust
lkouts@magruderpc.com, mcook@magruderpc.com

Jason M. Krumbein on behalf of Creditor Jack Hernandez
jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com

Jason M. Krumbein on behalf of Creditor Jonathan Card
jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com

Jason M. Krumbein on behalf of Creditor Joseph Skaf
jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com

Jason M. Krumbein on behalf of Creditor Robert Gentry
jkrumbein@krumbeinlaw.com, a30156@yahoo.com;tcarper@krumbeinlaw.com

Darryl S. Laddin on behalf of Creditor Verizon Communications Inc.
bkrfilings@agg.com

Anne C. Lahren on behalf of Defendant KLAS, LLC
alahren@pendercoward.com

Anne C. Lahren on behalf of Defendant Landmark Media Enterprises LLC, f/k/a Landmark Communications, Inc., dba The Virginian-Pilot
alahren@pendercoward.com

Kevin A. Lake on behalf of Creditor Alameda County Treasurer
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Belkin International
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Bell County, County of Denton, Midland Central Appraisal District, County of Brazos, Longview Independent School District, Taylor Central Appraisal District, City of Waco/Waco Ind. School Dist., Count
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco, Grayson Co,, Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces Co., Rockwall Co., Roundrock ISD, Smith Co., South
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Catawba County North Carolina
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Hagan Properties, Inc.
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Harris County
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Madcow International Group Limited
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Old Republic Insurance Company
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Orangefair Marketplace, LLC
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Pierce County
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Pima County
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Shasta County

klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Shelbyville Road Plaza, LLC
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Sonoma County Tax Collector
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor Texas Tax Appraisal Districts of Bell County, Brazos County, Comal County, Denton County, Waco City and Waco ISD, Longview
Independent School District, Midland, Taylor, City of Abilene, Williamson
klake@mcdonaldsutton.com

Kevin A. Lake on behalf of Creditor United Radio, Inc.
klake@mcdonaldsutton.com

Benjamin Joseph Lambiotte on behalf of Defendant InFocus Corporation
blambiotte@gsblaw.com

John J. Lamoureux on behalf of Creditor Amore Construction Company
jlamoureux@cfjblaw.com, delliott@cfjblaw.com;tpaecf@cfdom.net

Ian S. Landsberg on behalf of Creditor Eagleridge Associates, LLC
ilandsberg@landsberg-law.com

Ian S. Landsberg on behalf of Creditor FJL-MVP, LLC
ilandsberg@landsberg-law.com

Ian S. Landsberg on behalf of Creditor NMC Stratford, LLC
ilandsberg@landsberg-law.com

Ian S. Landsberg on behalf of Creditor Torrance Towne Center Associates, LLC
ilandsberg@landsberg-law.com

Jennifer Langan on behalf of Creditor Pennsylvania State Treasurer
jlangan@patreasury.org

David Wayne Lannetti on behalf of Defendant Belkin International Inc.
dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com

David Wayne Lannetti on behalf of Defendant Belkin Logistics, Inc., aka Belkin, Inc.
dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com

David Wayne Lannetti on behalf of Defendant Parrot, Inc.
dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com

Jennifer Ellis Lattimore on behalf of Creditor Vizio, Inc.
jlattimore@eckertseamans.com

Jennifer Ellis Lattimore on behalf of Defendant Vizio, Inc.
jlattimore@eckertseamans.com

Garren Robert Laymon on behalf of Creditor Arlington ISD
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Arlington ISD, et al.
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Glenmoor Limited Partnership
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Lake County (Florida) Tax Collector
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Los Angeles County Treasurer & Tax Collector
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Monterey County
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Placer County
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor Riverside County California
glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon on behalf of Creditor San Bernardino County
glaymon@mglspc.com, jcoffman@mglspc.com

Robert L. LeHane on behalf of Creditor AAC Management Corp.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Ashkenazy Management Corp.

rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Basser-Kaufman
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Benderson Development Company, LLC
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Continental Properties Company, Inc.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor DDR Corp. f/k/a Developers Diversified Realty Corp.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Developers Diversified Realty Corporation
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor General Growth Properties, Inc.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Jones Lang LaSalle Americas, Inc.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Philips International
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Philips International Holding Corp.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Regency Centers, L.P.
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor The Woodmont Company
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor WEC 99A-2 LLC
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane on behalf of Creditor Weingarten Realty Investors and Its Affiliates
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Stephen E. Leach on behalf of Creditor Children's Discovery Centers of America, Inc.
sleach@ltblaw.com, msarata@ltblaw.com;ndysart@ltblaw.com

Richard E. Lear on behalf of Creditor CapTech Ventures, Inc.
richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Richard E. Lear on behalf of Creditor Plaza Las Americas, Inc.
richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Stephen K. Lehnardt on behalf of Creditor 3725 Airport Boulevard, LP
skleh@lehnardt-law.com

Fredrick J. Levy on behalf of Creditor Bush Industries, Inc.
fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Fredrick J. Levy on behalf of Creditor ON Corp US, Inc. & ON Corp
fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski on behalf of Counter-Claimant JVC Americas Corp. a/k/a JVC Company of America, JVC Mobile Company of America, JVC U.S.A. and JVC Service
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Counter-Claimant Konami Digital Entertainment, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Creditor JVC Americas Corp. and JVC Company of America
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Creditor Tritronics, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Creditor Vance Baldwin, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant Business to Business Solutions, LLC
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant I/O Magic Corporation

dtlewland@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant Maryl Pacific Construction, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant Tritronics, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant Vance Baldwin, Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Defendant iProspect.com Inc.
dtlewand@kaufcan.com

Dennis T. Lewandowski on behalf of Movant Tremor Media, Inc.
dtlewand@kaufcan.com

Nancy F. Loftus on behalf of Creditor Fairfax County, VA
Nancy.Loftus@fairfaxcounty.gov

James V. Lombardi on behalf of Creditor AmREIT, a Texas real estate investment trust
jlombardi@rossbanks.com, acole@rossbanks.com

Henry Pollard Long, III on behalf of Creditor Cypress/CC Marion I, L.P.
hlong@hunton.com

Henry Pollard Long, III on behalf of Creditor Galleria Plaza, Ltd.
hlong@hunton.com

Henry Pollard Long, III on behalf of Creditor H & R REIT (U.S.) Holdings Inc.
hlong@hunton.com

Henry Pollard Long, III on behalf of Creditor Harvest/HPE LP
hlong@hunton.com

Henry Pollard Long, III on behalf of Creditor Panasonic Corporation of North America
hlong@hunton.com

Henry Pollard Long, III on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership
hlong@hunton.com

Henry Pollard Long, III on behalf of Defendant Panasonic Corporation of North America
hlong@hunton.com

Henry Pollard Long, III on behalf of Interested Party Alvarez & Marsal Canada, ULC
hlong@hunton.com

Henry Pollard Long, III on behalf of Interested Party CCDC Marion Portfolio, L.P.
hlong@hunton.com

Henry Pollard Long, III on behalf of Interested Party Federal Warranty Service Corporation
hlong@hunton.com

Henry Pollard Long, III on behalf of Interested Party Food Lion LLC
hlong@hunton.com

Henry Pollard Long, III on behalf of Interested Party Parker Central Plaza Ltd
hlong@hunton.com

John E. Lucian on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless
lucian@blankrome.com

John E. Lucian on behalf of Creditor VIWY, L.P.
lucian@blankrome.com

Donald K. Ludman on behalf of Creditor SAP Retail Inc. and Business Objects
dludman@brownconnery.com

Christine D. Lynch on behalf of Creditor E&A Northeast Limited Partnership
clynch@goulstonstorrs.com

Christine D. Lynch on behalf of Creditor Interstate Augusta Properties LLC
clynch@goulstonstorrs.com

Christine D. Lynch on behalf of Creditor NPP Development LLC
clynch@goulstonstorrs.com

Christine D. Lynch on behalf of Creditor Ray Mucci's Inc.
clynch@goulstonstorrs.com

Christine D. Lynch on behalf of Creditor Route 146 Millbury LLC
clynch@goulstonstorrs.com

Eastern District of Virginia LIVE   Case 08-35653-KRH   Doc 13269   Filed 01/30/14   Entered 01/30/14 16:52:30   Desc Page 46 of 47

Main Document      Page 45 of 48

Christine D. Lynch on behalf of Creditor S.R. Weiner & Associates Inc.
clynch@goulstonstorrs.com

Thomas Ryan Lynch on behalf of Creditor Mibarev Development I, LLC
tlynch@babc.com

Thomas Ryan Lynch on behalf of Defendant Griffin Technology
tlynch@babc.com

Andrew Edward Macfarlane on behalf of Creditor Sherwood America, Inc.
aem@aemlegal.com

Andrew Edward Macfarlane on behalf of Defendant Sherwood America, Inc.
aem@aemlegal.com

Nicholas B Malito on behalf of Creditor Dollar Tree Stores, Inc.
nmalito@hgg.com

Curtis Gilbert Manchester on behalf of Defendant Energizer Battery, Inc.
cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

Curtis Gilbert Manchester on behalf of Defendant Kingston Technology Co., Inc.
cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

Curtis Gilbert Manchester on behalf of Defendant Sony Computer Entertainment America Inc., A/K/A Sony Computer Entertainment, A/K/A SCEA
cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

Robert M. Marino on behalf of Creditor Ryan, Inc. f/k/a Ryan & Company, Inc.
rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino on behalf of Plaintiff Ryan, Inc. f/k/a Ryan & Company, Inc.
rmmarino@rpb-law.com, rmmarino1@aol.com

Joel T. Marker on behalf of Creditor Ammon Properties, LC
joel@mbt-law.com

Joel T. Marker on behalf of Creditor Parker Bullseye, LLC
joel@mbt-law.com

Jeremy W. Martin on behalf of Creditor Escambia County Tax Collector
jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

Jeremy W. Martin on behalf of Creditor Travis County Texas
jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

Jeremy W. Martin on behalf of Interested Party McCandlish Holton, PC
jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

Richard M. Maseles on behalf of Creditor Missouri Department of Revenue
edvaecf@dor.mo.gov

Gary E. Mason on behalf of Creditor Marlon Mondragon
gmason@wbmllp.com, mdicocco@wbmllp.com

Gary E. Mason on behalf of Plaintiff Marlon Mondragon
gmason@wbmllp.com, mdicocco@wbmllp.com

Lyndel A. Mason on behalf of Defendant Cypress/Spanish Fort I LP
LMason@chfirm.com, chps.ecfnotices@gmail.com

Bruce H. Matson on behalf of Creditor Bank of America, N.A., as Agent
bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Richard C. Maxwell on behalf of Interested Party Park National Bank
rmaxwell@woodsrogers.com, hhale@woodsrogers.com

Richard C. Maxwell on behalf of Interested Party Wells Fargo Bank Northwest, National Association
rmaxwell@woodsrogers.com, hhale@woodsrogers.com

David McCall on behalf of Creditor City of Garland Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

David McCall on behalf of Creditor Collin County Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

David McCall on behalf of Creditor Frisco ISD Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

David McCall on behalf of Creditor Garland ISD Tax Assessor/Collector
bankruptcy@ntexas-attorneys.com

Kevin R. McCarthy on behalf of Creditor Entergy Arkansas, Inc.
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

Kevin R. McCarthy on behalf of Creditor Entergy Gulf States Louisiana, L.L.C.
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

Kevin R. McCarthy on behalf of Creditor Entergy Louisiana, LLC
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

Kevin R. McCarthy on behalf of Creditor Entergy Mississippi, Inc.
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

Kevin R. McCarthy on behalf of Creditor Entergy Texas, Inc.
krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com

Michael Keith McCrory on behalf of Creditor Klipsch, LLC
mmcrory@btlaw.com

Neil E. McCullagh on behalf of Creditor Casio, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Chino South Retail PG, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Cleveland Construction, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Cormark, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Dentici Family Limited Partnership
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Dudley Mitchell Properties TX, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Northglenn Retail, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor PNY Technologies, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for EPC Denton Gateway, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Panattoni Development Company, Inc. as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Cha
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Pintar Investment Properties TX, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Raymond & Main Retail, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Scripps Networks Interactive, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Shelby Properties TX, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor South Carolina Electric & Gas Company
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor TI PI Texas, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor US Debt Recovery V, LP
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor United States Debt Recovery, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Dawn W. VonBechmann
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Peter Weedfald
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor Richard T. Miller
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Creditor c/o William A. Wood Panattoni Construction, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Bagby Electric of Virginia, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Casio, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Cleveland Construction, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Corporate Facilities Group, Inc. d/b/a Facilities Engineering
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood & Rutherford LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Mitek Corporation (MTX)
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Newspaper Agency Company LLC d/b/a MediaOne of Utah
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Panattoni Construction Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Parkway Enterprises, LLC d/b/a Parkway Enterprises LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Raymond & Main Retail, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant Techcraft Manufacturing, Inc.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant United States Debt Recovery III, L.P.
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant United States Debt Recovery III, LP

nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant United States Debt Recovery IV LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant United States Debt Recovery LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.co

Neil E. McCullagh on behalf of Defendant iGoDitigal, LLC
nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jolmsted@spottsfain.com;