**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**          **KUTAK ROCK LLP**

Eric Seiler (admission *pro hac vice* pending)
Andrew W. Goldwater (admission *pro hac vice* pending)
Emily L. Chang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com

*Counsel for Sony Electronics Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,

                                               Case No. 08-35653-KRH

                Debtor.                Chapter 11

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE
### 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Peter J. Barrett of Kutak Rock LLP for the admission *pro hac vice* of Andrew W. Goldwater, a partner in the law firm of Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

    1.      The Motion is granted in its entirety.

    2.      Andrew W. Goldwater is authorized to appear and practice *pro hac vice* as counsel for Sony Electronics Inc., in the above-captioned chapter 11 cases and all related adversary proceedings.

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Richmond, Virginia
Dated: __Jan 30 2014__

/s/ Kevin R. Huennekens
United States Bankruptcy Court Judge

We ask for this:

Entered on Docket:1/30/14

/s/ Peter J. Barrett
**KUTAK ROCK LLP**
Peter J. Barrett (VA 46179)
Timothy S. Baird (VA 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
Fax:  (804) 783-6192
peter.barrett@kutakrock.com

tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Eric Seiler (admission *pro hac vice* pending)

Andrew W. Goldwater (admission *pro hac vice* pending)

Emily L. Chang (admission *pro hac vice* pending)

7 Times Square

New York, New York 10036-6516

(212) 833-1100

2

4836-3485-1864.1

eseiler@fklaw.com

agoldwater@fklaw.com

echang@fklaw.com


*Counsel for Sony Electronics Inc.*

4836-3485-1864.1

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
              Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
          +Andrew Goldwater,    7 Times Square,    New York, NY 10036-6524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jan 31 2014 01:18:34      UST smg Richmond,
           Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor   National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com,mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant   Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: luedecket          Page 2 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
           Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
           FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
           Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
           Inc. abiggs@bakerlaw.com
          Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
          Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
           amy.williams@klgates.com, hailey.andresen@klgates.com
          Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
           ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc a/k/a The
           Learning Channel ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
           Ltd. ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
           ADavison@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com
          Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
           akrudiger@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
          Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
           dbonilla@shutts-law.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gusholtksm@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
           abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           acichello@kb-law.com

District/off: 0422-7          User: luedecket          Page 3 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
       Companies, Ltd. acichello@kb-law.com
Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
       ecffilings@hangley.com
Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
       managing agent for WTM Glimcher LLC aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
       Trustee aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
       Gateway III, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
       Trustee aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
       Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
       avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
       aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
       avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
            Trustee aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
            St. Paul Pioneer Press aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
            Trustee aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC, Inland American
            Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
            aepps@cblaw.com,   avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
            avaughn@cblaw.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
            avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor   Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant   MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall    on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor   Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor   Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

District/off: 0422-7         User: luedecket          Page 6 of 57          Date Rcvd: Jan 30, 2014
                            Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
            lsansbury@mrrlaw.net
          Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
            brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
            brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
            brian.huben@kattenlaw.com,
            carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
            enlaw.com
          Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
          Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
          Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
          Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
            bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
          Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
            tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
            tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
            tmelendez@ecjlaw.com
          Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
            tmelendez@ecjlaw.com
          C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
            Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
            ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
            gideon.korrell@snrdenton.com
          Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
          cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
          Christian.Vogel@leclairryan.com,
          kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
          cajones@wtplaw.com,   rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
          rodom@wtplaw.com;dgaffey@wtplaw.com
          Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
          nferenbach@kaplanfrank.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
          Tech christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
          dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

District/off: 0422-7          User: luedecket          Page 8 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc., dba The Arizona
           Republic christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
           TV christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
           Star christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Christopher L. Perkins   on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,
            sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
            orah.dip@leclairryan.com
            Christopher M. Alston   on behalf of Creditor    507 Northgate LLC alstc@foster.com,
            ristj@foster.com
            Christopher M. Desiderio   on behalf of Plaintiff    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher M. Desiderio   on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
            Christopher M. Desiderio   on behalf of Creditor    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
            Christopher R. Belmonte   on behalf of Creditor    International Business Machines Corporation
            cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
            Christopher S. Colby   on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
            City of Newport News, Virginia   jdurant@nngov.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Federal Realty Investment Trust
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Battlefield FE Limited Partners
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Constantinos G. Panagopoulos   on behalf of Creditor    Centro Properties Group
            cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
            Courtney E. Pozmantier   on behalf of Creditor    Paramount Home Entertainment
            cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
            Craig M. Palik   on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
            Craig M. Palik   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
            Craig M. Palik   on behalf of Creditor    Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
            Craig M. Palik   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
            awyers.com
            Curtis Gilbert Manchester   on behalf of Defendant    Sony Computer Entertainment America Inc.,
            A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
            Curtis Gilbert Manchester   on behalf of Defendant    Kingston Technology Co., Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
            Curtis Gilbert Manchester   on behalf of Defendant    Energizer Battery, Inc.
            cmanchester@reedsmith.com,
            shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

District/off: 0422-7          User: luedecket          Page 12 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
           catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
           darrell.clark@stinsonleonard.com,   catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
           Inc. ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
          David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
           division of SYNNEX Corporation ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
           dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7          User: luedecket          Page 13 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
          dlannetti@vanblk.com,    drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
      dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
      dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
    Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
    Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
    Denyse Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
      dsabagh@duanemorris.com
    Denyse Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
    Denyse Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
    Denyse Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
    Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
      caaustin@comcast.net
    Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
      dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
    Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
    Dominic L. Chiariello    on behalf of Creditor Donovan    Dunwell dc@chiariello.com
    Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
      dludman@brownconnery.com
    Douglas Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
    Inc. BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Creditor    Pasadena Independent School District
      BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
      BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
      BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Russellville Steel Company, Inc.
      BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
      BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
    Douglas Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
    California, Inc. BankruptcyCounsel@gmail.com
    Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
      dkappler@rdwlawcorp.com
    Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com
    Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
      jclarke@mcguirewoods.com;gcason@mcguirewoods.com

District/off: 0422-7        User: luedecket        Page 15 of 57        Date Rcvd: Jan 30, 2014
                           Form ID: pdford9        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,   jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,   jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,   jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,   jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,   jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
          dtrache@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com

District/off: 0422-7              User: luedecket          Page 16 of 57              Date Rcvd: Jan 30, 2014
                                 Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
            Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1 egunn@sandsanderson.com,
                 sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
                 egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
            Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedumspring.com,
                 ramona.neal@hp.com;ken.higman@hp.com
            Emily M. Charley    on behalf of Creditor    IGate Global Solutions, Limited
                 echarley@hansonbridgett.com
            Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
            Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
                 klgatesbankruptcy@klgates.com
            Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
            Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
            Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
                 emorabito@pattonboggs.com
            Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Defendant    Mitek Corporation (MTX) ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
                 ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
            Service of North Carolina ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
                 ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor James  Lubary ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
                 kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
                 on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
            F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
            Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
                 ffm@bostonbusinesslaw.com
            Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
                 fpepler@peplermastromonaco.com
            Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com

District/off: 0422-7          User: luedecket          Page 17 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Franklin R. Cragle, III   on behalf of Creditor    United States Debt Recovery, LLC
          fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Placer County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Riverside County California glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    San Bernardino County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Glenmoor Limited Partnership glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Monterey County glaymon@mglspc.com,
          jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Lake County (Florida) Tax Collector
          glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD glaymon@mglspc.com,
          jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
          gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
          jschmeltz@sblsg.com;jrapp@sblsg.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
          alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
          notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
          Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John   Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
          Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
          agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,  khall@nixonpeabody.com, grant.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com

District/off: 0422-7          User: luedecket          Page 18 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
             csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
             hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
             hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
             hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
             hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
             Partnership hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
             hlong@hunton.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
             hlong@hunton.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
             howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
             ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
             chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
             chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@mckennalong.com,
             sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
             dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
             dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
             dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@mckennalong.com,
             sparson@mckennalong.com
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
             jackson.toof@arentfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
             jackson.toof@arentfox.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
             lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
             James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
             through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
             vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
             rbailey@atlanticlawgrp.com
          James Edward Bowman, II   on behalf of Defendant   Elite Screens Inc. Jim@jebowman.com,
             bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
             avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
             kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
             kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
             kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
             eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
             ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
             ncoton@beankinney.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
             ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
             jlombardi@rossbanks.com,   acole@rossbanks.com
          James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
             of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
           Inc. jburke@orrick.com
          James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
           jburke@orrick.com
          James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
           including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn    on behalf of Defendant    Polk Audio, Inc. jamie.konn@dlapiper.com,
           kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com;jodie.buchman@dlapiper.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
           admin@meiburgerlaw.com
          Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
           ecf@krcl.com
          Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
           ecf@krcl.com
          Jason M. Krumbein    on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason M. Krumbein    on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
           a30156@yahoo.com;tcarper@krumbeinlaw.com
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@hunton.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
           jharbour@hunton.com
          Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
           tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
           jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
           Jeff.Klusmeier@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
           eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
           Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
           dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclispe North America jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp. jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
           kradtke@wcsr.com;toross@wcsr.com;vhoptman@wcsr.com;rberberich@wcsr.com;jahicks@wcsr.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
           emoyer@bsgfdlaw.com;jetsikerdanos@lerchearly.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
           Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
            pollack@ballardspahr.com
           Jennifer  Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
           Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
           Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
           Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
            msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
          msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
          jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
          klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
          jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
          jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
          jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7        User: luedecket        Page 22 of 57        Date Rcvd: Jan 30, 2014
                           Form ID: pdford9        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
 Inland Pacific Property Services LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
 for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
 Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc. jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6 jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
 Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
 Carlson Marketing Group, Inc. jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
 Southwest Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
 Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
 Gateway III, LLC as tenants in common jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp. jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
 Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
 Partnership jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
 Capital Management, LP jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Washington Commons Associates
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
 avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
 jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 25 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com
Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,  ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
              jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
             Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
             Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
              jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
             Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
              jeremy.williams@kutakrock.com,    lynda.wood@kutakrock.com
             Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
             Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
              lynda.wood@kutakrock.com
             Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
              jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
             Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
              jmartin@weststarmortgage.com
             Jeremy W. Martin    on behalf of Interested Party  McCandlish Holton, PC
              jeremymartin2007@gmail.com,    jmartin@weststarmortgage.com
             Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
             Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
             Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
              Corp. jerry.hall@pillsburylaw.com,    patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
             Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
             Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
             Jessica Regan Hughes    on behalf of Interested Party  AmCap NorthPoint LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes    on behalf of Interested Party  Arboretum of South Barrington, LLC
              jhughes@seyfarth.com,    swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes    on behalf of Interested Party  Eatontown Commons Shopping  Center
              jhughes@seyfarth.com,    swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes    on behalf of Interested Party  AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
             Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
             Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
             Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
             Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
             John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
             John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,    sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
             John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
             John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@wmlawgroup.com,
              wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
             John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
              pjf@carmodymacdonald.com
             John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
             John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
              lucian@blankrome.com
             John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@mckennalong.com,
              sparson@mckennalong.com
             John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
              jmcjunkin@mckennalong.com,    sparson@mckennalong.com
             John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
              sparson@mckennalong.com
             John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
              sparson@mckennalong.com
             John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
              sparson@mckennalong.com

```
District/off: 0422-7          User: luedecket          Page 28 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
          delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
          russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
   johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
   russj4478@aol.com
John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
   johncraigg@aol.com,  russj4478@aol.com
John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
   russj4478@aol.com
John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
   Refrigeration jvanbeek@goldmanvanbeek.com,
   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
   vanbeek.com
John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
   vanbeek.com
John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
   jvanbeek@goldmanvanbeek.com,
   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
   vanbeek.com
John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
   awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
   vanbeek.com
John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@wileyrein.com,
   rours@wileyrein.com
John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
   rours@wileyrein.com
John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
   jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
   jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
   jonathan.hauser@troutmansanders.com
Jonathan S. Storper   on behalf of Creditor   IGate Global Solutions, Limited
   jstorper@hansonbridgett.com
Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
   kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
   jtcain@mintz.com,  kcraun@mintz.com
Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
   Blue Cross Blue Shield bankruptcy@morrisoncohen.com
Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
   quagliano@seeger-law.com,  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
   quagliano@seeger-law.com,  harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
   harvell@seeger-law.com
Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
   quagliano@seeger-law.com,  harvell@seeger-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
              Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
              quagliano@seeger-law.com,  harvell@seeger-law.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
              cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,  cloving@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand jpaget@hunton.com,  cloving@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com,  rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
              kmiller@wileyrein.com,  rours@wileyrein.com
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;tturner@clrbfirm.com
          Ken  Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
          Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
              klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South Haven klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
              bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
              kmnbk@menterlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Kevin R. McCarthy   on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy   on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy   on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy   on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Khang V. Tran   on behalf of Defendant    New World Communications of Detroit, Inc.
              khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    NW Communications of Phoenix, Inc.
              khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    New World Communications of Atlanta, Inc.
              khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    New World Communications of Tampa, Inc.
              khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    Fox Sports Net, Inc. khang.tran@hoganlovells.com
           Khang V. Tran   on behalf of Defendant    KCOP Television, Inc. khang.tran@hoganlovells.com
           Kimbell D. Gourley   on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
              sprescott@idalaw.com
           Kimberly A. Pierro   on behalf of Creditor    Schottenstein Property Group, Inc.
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
           Kimberly A. Pierro   on behalf of Creditor    Cole CC Groveland FL, LLC
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
           Kimberly Sullivan Walker   on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
           Kimberly Sullivan Walker   on behalf of Creditor    LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
           Kimberly Sullivan Walker   on behalf of Creditor    LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
              kimsullywalker@aol.com
           Kimberly Sullivan Walker   on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
           Kimberly Sullivan Walker   on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
              kimsullywalker@aol.com
           Kimberly Sullivan Walker   on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
           Kirk David Berkhimer   on behalf of Defendant    A&L Products Limited Kirk@kdblawfirm.com,
              Carla@KDBLawfirm.com
           Kristen E. Burgers   on behalf of Creditor    ORIX Capital Markets, LLC kburgers@ltblaw.com
           Kristen E. Burgers   on behalf of Creditor    CWCapital Asset Management LLC kburgers@ltblaw.com
           Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
           Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
           Kurt M. Kobiljak   on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
           Laura Otenti   on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
           Lawrence Allen Katz   on behalf of Creditor    Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
              eappelstein@ltblaw.com
           Lawrence H. Glanzer   on behalf of Creditor    Citrus Park CC, LLC glanzer@rlglegal.com,
              Margaret@rlglegal.com
           Leon Y. Tuan   on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
           Leonard E. Starr, III   on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
              gadams@Starr-Law.com
           Leonidas Koutsouftikis   on behalf of Creditor    Washington Real Estate Investment Trust
              lkouts@magruderpc.com,  mcook@magruderpc.com
           Leslie A. Skiba   on behalf of Defendant    Network Engineering Technologies, Inc.
              lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
           Linda Dianne Regenhardt   on behalf of Interested Party    American Computer Development, Inc.
              regenhardt1@gmail.com
           Linda Dianne Regenhardt   on behalf of Defendant    EVGA.com Corp. regenhardt1@gmail.com
           Linda Dianne Regenhardt   on behalf of Creditor    D-Link Systems, Inc. regenhardt1@gmail.com

District/off: 0422-7          User: luedecket          Page 32 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Sharon Broyhill    on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant   Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor   Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort 1 LP LMason@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
           com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
           slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
            kjaros@busmanandbusman.com
          Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
            mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
            mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Unknown    Sutherland Asbill & Brennan LLP
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
            of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
            holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
            PARTNERSHIP mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
            Partnership mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
            Liability Company mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
            Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
            Certificates, Series 2006-C4 mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
            mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
            mark.sherrill@sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
           mark.sherrill@sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
           mark.sherrill@sutherland.com
          Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
           Interactive, Inc. mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC
           mdtaylor@kilpatricktownsend.com
          Mark D. Taylor   on behalf of Creditor   Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
           State of Texas, and Greg Abbott, as Attorney General of the State of Texas
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
           bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
           Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
           mark.friedman@dlapiper.com
          Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
           mark@taxva.com,  amanda@taxva.com
          Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
           amanda@taxva.com
          Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
           dian.gwinnup@haynesboone.com
          Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
           mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
           martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
           erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero   on behalf of Creditor   Monterey County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Placer County romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   Riverside County California romero@mromerolawfirm.com
          Martha E. Romero   on behalf of Creditor   California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
           martin.brown@lawokc.com
          Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
           lexbankruptcy@wyattfirm.com
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com

District/off: 0422-7          User: luedecket          Page 36 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
            myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
            othercourts@mvbalaw.com
          Michael Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
            Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
            michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
            mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
            mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
            Inc. mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
            mmueller@cblaw.com, avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@cblaw.com,
            avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
            mmueller@cblaw.com, avaughn@cblaw.com

District/off: 0422-7            User: luedecker          Page 37 of 57              Date Rcvd: Jan 30, 2014
                               Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Sennheiser Electronic Corp. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
             III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
             Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
             America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller   on behalf of Creditor   Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael E. Hastings   on behalf of Creditor   Eastern Security Corp.
             michael.hastings@leclairryan.com
          Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
            mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
            Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
            dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
            mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
            mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
            Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com
          Mona M. Murphy    on behalf of Transferee    ON Corp. USA, Inc. and ON Corp.
            mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomas, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Thomson, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
            mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Samsung Electronics America, Inc.
            mona.murphy@akerman.com,   crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Mona M. Murphy    on behalf of Creditor    Bush Industries, Inc. mona.murphy@akerman.com,
            crystal.gaymon@akerman.com;deborah.coleman@akerman.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lolawfirm.com,
            lginsberg@lolawfirm.com
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nathan  Jones    on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh  on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Interested Party   Marblegate Asset Management
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   United States Debt Recovery, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
          Rutherford LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Dentici Family Limited Partnership
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Pintar Investment Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   United States Debt Recovery III, L.P.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh  on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

District/off: 0422-7          User: luedecket          Page 40 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
          Engineering nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
          Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
          LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   South Carolina Electric & Gas Company
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com

District/off: 0422-7          User: luedecket          Page 42 of 57          Date Rcvd: Jan 30, 2014
                              Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC pcurley@canfieldbaer.com,
         tchilders@canfieldbaer.com
Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
         tchilders@canfieldbaer.com
Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Export Development Canada
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
         Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
         Jose Mercury News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
         East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
         Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
         pschrader@fullertonlaw.com
Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
         pschrader@fullertonlaw.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
         L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
         rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
         pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Paul S. Bliley, Jr.  on behalf of Defendant   Stephen Gould Corporation
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Seminole County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Torrington Tripletts, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Brevard County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Burbank Mall Associates, LLC
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Tax Collector, Polk County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Polk County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.  on behalf of Creditor   Indian River County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall  on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran  on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran  on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran  on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran  on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran  on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett  on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett  on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett  on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett  on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett  on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
             lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
             pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
             Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
             pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
             pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
             pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant    Koch Entertainment Distribution LLC
             ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
             ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    Valley Corners Shopping Center, LLC
             ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant    Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com

District/off: 0422-7          User: luedecket          Page 45 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
            cingle@pringlaw.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
            rsaitta@wileyrein.com, rours@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
            C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
            hhale@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
            Association rmaxwell@woodsrogers.com, hhale@woodsrogers.com
          Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
          Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
            richard@rscottlawoffice.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
            richard.hagerty@troutmansanders.com,
            sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
            kimi.odonnell@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
            richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
            rhutson@weinstocklegal.com, lramsey@weinstocklegal.com;mes@weinstocklegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard Iain Hutson   on behalf of Defendant   Sharp Electronics Corporation
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Defendant   Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   Export Development Canada (EDC)
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson   on behalf of Creditor   US Signs, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bsmith@hillrainey.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
          bsmith@hillrainey.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
          rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com, rmmarino1@aol.com
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor    TXU Energy Retail Company LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Venetian Casino Resort, LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Longacre Opportunity Fund, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Denver Newspaper Agency LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald Allen Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,bankruptcy@simon.com,antimm@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com
          Roy M. Terry, Jr.   on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com
          Russell R. Johnson, III   on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC
           ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill   on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara B. Eagle   on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov

District/off: 0422-7          User: luedecket          Page 49 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
              sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
              sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
              kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Satchidananda Mims   smims21@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
              scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
              scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklin@vanblk.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com, rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz   on behalf of Creditor    United States Debt Recovery, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Remount Road Associates Limited Partnership
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    The Denver Newspaper Agency, LLP
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Cottonwood Corners-Phase V, LLC
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Woodlawn Trustees Incorporated
           sdelacruz@hf-law.com,   rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila G. de la Cruz   on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
           rmcburney@hf-law.com
          Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
           stan.salus@akerman.com,
           crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
           Industrial Division smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   The Decal Source Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Universal Remote Control, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Terracon Consultants, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF St. Clairsville Development, L.P.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Chesterfield Two Development, L.L.C.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Bissell Homecare, Inc., aka Bissell Homecare Inc.,
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF Clarksburg Development One, Limited Liability
           Company smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party   THF Harrisonburg Crossing, L.L.C.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   Z-Line Designs, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
           smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
           Distributors, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert   on behalf of Creditor   Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com,
           nwalsh@wilsav.com
          Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership
           smetz@shulmanrogers.com,   nanderson@shulmanrogers.com
          Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
           sleach@ltblaw.com,   msarata@ltblaw.com;ndysart@ltblaw.com
          Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
           sgallagher@venable.com,   lcwilliams@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
          brown@wolriv.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
          tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com,    pwhite@kslaw.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
          hallc@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com, hallc@gtlaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
          tjamerson@hunton.com,   tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
          Thomas Ryan Lynch    on behalf of Creditor    Mibarev Development I, LLC tlynch@babc.com
          Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          lschock@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
          lschock@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
          trepczynski@offitkurman.com,   lschock@offitkurman.com
          Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
          trepczynski@offitkurman.com,   lschock@offitkurman.com
          Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com,   lschock@offitkurman.com
          Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
          Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinsonleonard.com,
          theresa.mackey@stinsonleonard.com
          Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc.
          tracey.ohm@stinsonleonard.com,   theresa.mackey@stinsonleonard.com
          Travis Aaron Sabalewski    on behalf of Creditor    IKON Office Solutions, Inc.
          tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
          Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com,
          nferenbach@kv-legal.com

District/off: 0422-7          User: luedecket          Page 52 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com,
           nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Valerie P. Morrison  on behalf of Creditor   Daly City Partners I, L.P vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison  on behalf of Creditor   Infogain Corporation vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison  on behalf of Creditor   Envision Peripherals, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison  on behalf of Creditor   Daly City Partners I, L.P. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Valerie P. Morrison  on behalf of Creditor   Lexar Media, Inc. vmorrison@wileyrein.com,
           rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Vivienne  Rakowsky   on behalf of Creditor   Nevada Department of Taxation vrakowsky@ag.nv.gov,
           dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
           wroenker@cityofchesapeake.net
          William  Heuer   on behalf of Transferee   Korea Export Insurance Corporation
           wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
           wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com

District/off: 0422-7          User: luedecket          Page 53 of 57          Date Rcvd: Jan 30, 2014
                              Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
          Courier aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
          TV aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
          aburnett@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
          GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com

District/off: 0422-7        User: luedecket         Page 54 of 57         Date Rcvd: Jan 30, 2014
                           Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
            Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Intertech Security of Maryland, LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor Chatham County Tax Commissioner bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Lee County, Mississippi Tax Collector
            bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray    on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
            rarrington@sandsanderson.com
          William A. Gray    on behalf of Creditor   Interstate Augusta Properties LLC
            bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Randall W. Wick bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,   rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Fourstar International Trading Company
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
             bgray@sandsanderson.com,   rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant    Denon Electronics bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
             rarrington@sandsanderson.com
             William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
             Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
             chris.tillmanns@bgllp.com
             William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
             trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
             William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
             chris.tillmanns@bgllp.com
             William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
             William C. Crenshaw   on behalf of Creditor    Prince George's Station Retail, LLC
             bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
             William C. Crenshaw   on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com,
             deborah.hensley@akerman.com
             William C. Crenshaw   on behalf of Professional    Akerman Senterfitt bill.crenshaw@bryancave.com,
             deborah.hensley@akerman.com
             William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
        wprince@t-mlaw.com, jseay@t-mlaw.com
      William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
        Constructors wprince@t-mlaw.com, jseay@t-mlaw.com
      William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
        jseay@t-mlaw.com
      William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
      William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
        dsullivan@butzeltp.com
      William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
        Post and Courier tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
        tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
      William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
      Wm. Joseph A. Charboneau   on behalf of Creditor Nancy Booth jcharboneau@mglspc.com,
        aford@mglspc.com
      Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
        aford@mglspc.com
      Wm. Joseph A. Charboneau   on behalf of Creditor Charles Booth jcharboneau@mglspc.com,
        aford@mglspc.com
      Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
        aford@mglspc.com
      Zmarak Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
        zmarak.khan@dlapiper.com,
        George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com

                                                                        TOTAL: 2211