| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER & ADELMAN LLP**<br>Eric Seiler (admission *pro hac vice* pending)<br>Andrew W. Goldwater (admission *pro hac vice* pending)<br>Emily L. Chang (admission *pro hac vice* pending)<br>7 Times Square<br>New York, New York 10036-6516<br>(212) 833-1100<br>eseiler@fklaw.com<br>agoldwater@fklaw.com<br>echang@fklaw.com | **KUTAK ROCK LLP** |

*Counsel for Sony Electronics Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., | Case No. 08-35653-KRH |
| Debtor. | Chapter 11 |

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Peter J. Barrett of Kutak Rock LLP for the admission *pro hac vice* of Emily L. Chang, an associate in the law firm of Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

1. The Motion is granted in its entirety.

2. Emily L. Chang is authorized to appear and practice *pro hac vice* as counsel for Sony Electronics Inc. in the above-captioned chapter 11 cases and all related adversary proceedings.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Richmond, Virginia  
Dated: Jan 30 2014

/s/ Kevin R. Huennekens  
United States Bankruptcy Court Judge

Entered on Docket: 1/30/14

We ask for this:

/s/ Peter J. Barrett  
**KUTAK ROCK LLP**  
Peter J. Barrett (VA 46179)  
Timothy S. Baird (VA 36315)  
Bank of America Center  
1111 East Main Street, Suite 800  
Richmond, Virginia 23219-3500  
Telephone: (804) 644-1700  
Fax: (804) 783-6192  
peter.barrett@kutakrock.com

tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Eric Seiler (admission *pro hac vice* pending)

Andrew W. Goldwater (admission *pro hac vice* pending)

Emily L. Chang (admission *pro hac vice* pending)

7 Times Square

New York, New York 10036-6516

(212) 833-1100

eseiler@fklaw.com

2

agoldwater@fklaw.com

echang@fklaw.com

*Counsel for Sony Electronics Inc.*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                      Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7           User: luedecket            Page 1 of 1              Date Rcvd: Jan 30, 2014
                Form ID: pdford9          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
        +Emily Chang,    7 Times Square,    New York, NY 10036-6524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jan 31 2014 01:18:34      UST smg Richmond,
          Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0