**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**          **KUTAK ROCK LLP**
Eric Seiler (admission *pro hac vice* pending)
Andrew W. Goldwater (admission *pro hac vice* pending)
Emily L. Chang (admission *pro hac vice* pending)
7 Times Square
New York, New York 10036-6516
(212) 833-1100
eseiler@fklaw.com
agoldwater@fklaw.com
echang@fklaw.com

*Counsel for Sony Electronics Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC.,                    Case No. 08-35653-KRH

                              Debtor.                    Chapter 11

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE
### 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon the motion (the "Motion")[1] of Peter J. Barrett of Kutak Rock LLP for the admission *pro hac vice* of Eric Seiler, a partner in the law firm of Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York 10036-6516; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED

1.      The Motion is granted in its entirety.

2.      Eric Seiler is authorized to appear and practice *pro hac vice* as counsel for Sony Electronics Inc.,  in the above-captioned chapter 11 cases and all related adversary proceedings.

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Richmond, Virginia                          /s/ Kevin R. Huennekens
Dated: _Jan 30 2014_____                    United States Bankruptcy Court Judge

Entered on Docket:1/30/14

We ask for this:

/s/  Peter J. Barrett_____
**KUTAK ROCK LLP**
Peter J. Barrett (VA 46179)
Timothy S. Baird (VA 36315)
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
Fax:  (804) 783-6192
peter.barrett@kutakrock.com

tim.baird@kutakrock.com

and

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Eric Seiler (admission *pro hac vice* pending)

Andrew W. Goldwater (admission *pro hac vice* pending)

Emily L. Chang (admission *pro hac vice* pending)

7 Times Square

New York, New York 10036-6516

(212) 833-1100

eseiler@fklaw.com

agoldwater@fklaw.com

echang@fklaw.com


*Counsel for Sony Electronics Inc.*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 08-35653-KRH
Circuit City Stores, Inc.                                          Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: luedecket          Page 1 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2014.
         +Eric Seiler, Esq,    7 Times Square,    New York, NY 10036-6524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jan 31 2014 01:18:34    UST smg Richmond,
           Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2014                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2014 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@sugarfgh.com,
          mmelickian@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;bkdocket@sugarfgh.com
          Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com,  dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com

District/off: 0422-7          User: luedecket          Page 2 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Ambika Joline Biggs    on behalf of Defendant     The E.W. Scripps Company d/b/a/ Ventura County
           Star abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant     Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant     Scripps Networks, LLC d/b/a HGTV.com, d/b/a
           FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant     The National Union Fire Insurance Company of
           Pittsburgh, PA abiggs@bakerlaw.com
           Ambika Joline Biggs    on behalf of Defendant     Memphis Publishing Company, dba Commercial Appeal,
           Inc. abiggs@bakerlaw.com
           Amy Pritchard Williams    on behalf of Creditor    Cobb Corners II, Limited Partnership
           amy.williams@klgates.com, hailey.andresen@klgates.com
           Amy Pritchard Williams    on behalf of Creditor    DIM Vastgoed, N.V. amy.williams@klgates.com,
           hailey.andresen@klgates.com
           Amy Pritchard Williams    on behalf of Creditor    Encinitas PFA, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
           Amy Pritchard Williams    on behalf of Creditor    PrattCenter, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
           Amy Pritchard Williams    on behalf of Creditor    UTC I, LLC amy.williams@klgates.com,
           hailey.andresen@klgates.com
           Amy Pritchard Williams    on behalf of Creditor    Valley Corners Shopping Center, LLC
           amy.williams@klgates.com, hailey.andresen@klgates.com
           Andrea Campbell Davison    on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com
           Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
           ADavison@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant   Discovery Communications Inc. a/k/a The
           Learning Channel ADavison@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
           Ltd. ADavison@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant   Discovery Communications, Inc.
           ADavison@beankinney.com
           Andrea Campbell Davison    on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com
           Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
           Andrew Edward Macfarlane    on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
           Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
           Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
           Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
           akrudiger@kaufcan.com
           Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@fandpnet.com
           Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
           dbonilla@shutts-law.com
           Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
           Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. aabreu@formanlaw.com
           Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
           anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
           raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
           Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
           Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
           Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
           Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
           Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
           Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
           Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
           murphyac@doj.state.wi.us, gurholtksa@doj.state.wi.us
           Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
           Management Services, LLC abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
           1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
           Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
           abraucher@mcmillanmetro.com
           Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
           drichards@vanblk.com;pfaggert@vanblk.com
           Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
           annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
           Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
           joseph.carita@bipc.com;peter.duhig@bipc.com;anna.gesek@bipc.com
           Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           acichello@kb-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
        Companies, Ltd. acichello@kb-law.com
Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@wtplaw.com
Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
        ecffilings@hangley.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
        aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
        aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
        managing agent for WTM Glimcher LLC aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
        aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
        Trustee aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
        aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
        aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
        aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
        Gateway III, LLC as tenants in common aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
        Trustee aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
        Luckoff Land Company, LLC as tenants in common aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
        aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc. aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@cblaw.com,
        avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
        aepps@cblaw.com,   avaughn@cblaw.com
Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC aepps@cblaw.com,
        avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 4 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
          managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
          Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: luedecket          Page 5 of 57          Date Rcvd: Jan 30, 2014
                              Form ID: pdford9         Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor    Myrtle Beach Farms aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland American Retail Management LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Union County Construction Group, Inc.
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    La Habra Imperial, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    The West Campus Square Company, LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Cohab Realty, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney    Christian & Barton, L.L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    KRG Market Street Village, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Pacific Property Services LLC
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Brighton Commercial, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Bella Terra Associates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Inland Southwest Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    EklecCo NewCo, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Creditor    Glimcher Properties Limited Partnership
          aepps@cblaw.com,  avaughn@cblaw.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
          Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor    Panasonic Corporation of North America
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte   on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel   on behalf of Defendant    MCM Electronics, Inc. bdp@macdowelllaw.com
          Brad R. Godshall   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander   on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Bradford F. Englander   on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery   on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler   on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net

District/off: 0422-7          User: luedecket          Page 6 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
   lsansbury@mrrlaw.net
Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   The Macerich Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   KNP brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   Watt Management Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   RREEF Management Company brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
   brian.huben@kattenlaw.com,
   carole.levine@kattenlaw.com;laura.nefsky@kattenlaw.com;LAX-Docket@kattenlaw.com;donna.carolo@katt
   enlaw.com
Brian F. Kenney   on behalf of Creditor   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   44 North Properties, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   JLG Industries, Inc. bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Creditor   Maryland Acquisitions, LLC bkenney@milesstockbridge.com
Brian F. Kenney   on behalf of Defendant   Black & Decker (US), Inc. bkenney@milesstockbridge.com
Brittany Jane Nelson   on behalf of Creditor Karl   Engelke bnelson@foley.com
Bruce H. Matson   on behalf of Creditor   Bank of America, N.A., as Agent
   bruce.matson@leclairryan.com,   kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
   tmelendez@ecjlaw.com
C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
   Limited Liability Company ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
   ccreely@akingump.com
Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
Chang Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
   gideon.korrell@snrdenton.com
Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
   cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
   cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
   cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
   aconway@taubman.com;Pollack@ballardspahr.com
Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
   cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
              Christian.Vogel@leclairryan.com,
              kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
              Christian.Vogel@leclairryan.com,
              kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
              Christian.Vogel@leclairryan.com,
              kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
              Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
              Christian.Vogel@leclairryan.com,
              kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com;elizabeth.slate@leclairryan.com
              Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
              clynch@goulstonstorrs.com
              Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
              Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
              similarly situated cford@mdpcelaw.com
              Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
              cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
              rodom@wtplaw.com;dgaffey@wtplaw.com
              Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kaplanfrank.com,
              nferenbach@kaplanfrank.com
              Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
              Tech christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
              dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
          Republic christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
          TV christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
          Star christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
          christopher.perkins@leclairryan.com,
          sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
          orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
        d/b/a Jack of All Games christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
        Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
        Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Creditor    The Daniel Group
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
        Two Interactive christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com
      Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
        christopher.perkins@leclairryan.com,
        sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
        orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina    Winston christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com,
              sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
              orah.dip@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
           christopher.perkins@leclairryan.com,
           sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deb
           orah.dip@leclairryan.com
          Christopher M. Alston    on behalf of Creditor    507 Northgate LLC alstc@foster.com,
           ristj@foster.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
           cgp@ballardspahr.com,  summersm@ballardspahr.com;pollack@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
           awyers.com
          Craig M. Palik    on behalf of Creditor    Bond Circuit IV Delaware Business Trust
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
           awyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
           awyers.com
          Craig M. Palik    on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com;btaylan@mhlawyers.com;ejensen@mhl
           awyers.com
          Curtis Gilbert Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc.,
           A/K/A Sony Computer Entertainment, A/K/A SCEA cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com
          Curtis Gilbert Manchester    on behalf of Defendant    Energizer Battery, Inc.
           cmanchester@reedsmith.com,
           shicks@reedsmith.com;dlynch@reedsmith.com;kklein@reedsmith.com;ecfdocketing@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Circuit City Stores, Inc. dblanks@mcguirewoods.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC dblanks@mcguirewoods.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
          catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
          darrell.clark@stinsonleonard.com,   catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
          dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
          scilino@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Dickieson   on behalf of Defendant   New Age Electronics, Inc., also known as New Age,
          Inc. ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
          David H. Dickieson   on behalf of Defendant   SYNNEX Corporation, a/k/a New Age Electronics, a
          division of SYNNEX Corporation ddickieson@schertlerlaw.com,   pfrye@schertlerlaw.com
          David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com

District/off: 0422-7            User: luedecket        Page 13 of 57            Date Rcvd: Jan 30, 2014
                               Form ID: pdford9        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
           dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
           dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
           RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
           rmcburney@hf-law.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
           and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
           rmcburney@hf-law.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
           rmcburney@hf-law.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
           druby@t-mlaw.com,    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
           tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Belkin International Inc. dlannetti@vanblk.com,
           drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
           dlannetti@vanblk.com,    drichards@vanblk.com;mdowns@vanblk.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
           drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Dena Sloan Kessler    on behalf of Defendant    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Defendant    The National Union Fire Insurance Company of
           Pittsburgh, PA dkessler@bakerlaw.com
          Dena Sloan Kessler    on behalf of Creditor    Buffalo Technology (USA), Inc. dkessler@bakerlaw.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
           Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
           dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
           dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse  Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
            caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
            dludman@brownconnery.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
            Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
            California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
            dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
            jclarke@mcguirewoods.com;gcason@mcguirewoods.com

```
District/off: 0422-7          User: luedecket          Page 15 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,    jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,    jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,    jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,    jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
          jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,    jclarke@mcguirewoods.com;gcason@mcguirewoods.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
          and KGW-TV dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
          dtrache@wileyrein.com,    rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dtrache@wileyrein.com,
          rours@wileyrein.com;khertz@wileyrein.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Elizabeth L. Gunn     on behalf of Creditor     Hewlett Packard Company egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Defendant     PG Publishing Co., Inc. d/b/a Pittsburgh Post
              Gazette egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Creditor     Campbell Construction Co. egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Creditor Elizabeth R. Warren egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Creditor Mikael  Salovaara egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Defendant     Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Creditor Joshua M. Loveall egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Creditor     CC-Investors Trust 1995-1 egunn@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Elizabeth L. Gunn     on behalf of Defendant     Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com,  sryan@sandsanderson.com;dbbankruptcy@gmail.com
          Ellen A. Friedman     on behalf of Creditor     Hewlett Packard Company efriedman@friedumspring.com,
              ramona.neal@hp.com;ken.higman@hp.com
          Emily M. Charley     on behalf of Creditor     IGate Global Solutions, Limited
              echarley@hansonbridgett.com
          Eric C. Cotton     on behalf of Creditor     Developers Diversified Realty Corporation hsmith@ddr.com
          Eric Christopher Rusnak     on behalf of Creditor     Microsoft Corporation eric.rusnak@klgates.com,
              klgatesbankruptcy@klgates.com
          Eric J. Snyder     on behalf of Creditor     Condan Enterprises LLC esnyder@sillerwilk.com
          Erika L. Morabito     on behalf of Defendant     COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito     on behalf of Defendant     Navarre Online Fulfillment Services, Inc.
              emorabito@pattonboggs.com
          Erin Elizabeth Kessel     on behalf of Creditor     PNY Technologies, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Defendant     Casio, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Defendant     Mitek Corporation (MTX) ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Entergy Louisiana, LLC ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Entergy Gulf States Louisiana, L.L.C.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Entergy Arkansas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     South Carolina Electric & Gas Company and Public
              Service of North Carolina ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Cleveland Construction, Inc.
              ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Entergy Mississippi, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor     Entergy Texas, Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Creditor James  Lubary ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          Erin Elizabeth Kessel     on behalf of Defendant     PNY Technologies Inc. ekessel@spottsfain.com,
              kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
              on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com
          F. Marion Hughes     on behalf of Creditor     CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn     on behalf of Creditor     Iron Mountain Information Management, Inc.
              ffm@bostonbusinesslaw.com
          Frank T. Pepler     on behalf of Creditor     Morgan Hill Retail Venture, LP
              fpepler@peplermastromonaco.com
          Franklin R. Cragle, III     on behalf of Creditor     Ubisoft, Inc. fcragle@hf-law.com

District/off: 0422-7          User: luedecket          Page 17 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Franklin R. Cragle, III   on behalf of Creditor   United States Debt Recovery, LLC
            fcragle@hf-law.com
            Fred B. Ringel   on behalf of Creditor   F&M Properties, Inc. fbr@robinsonbrog.com
            Frederick Francis Rudzik   on behalf of Defendant   State of Florida, Department of Revenue
            rudzikf@dor.state.fl.us
            Fredrick J. Levy   on behalf of Creditor   ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
            Fredrick J. Levy   on behalf of Creditor   Bush Industries, Inc. fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
            Garren Robert Laymon   on behalf of Creditor   Placer County glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Riverside County California glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   San Bernardino County glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Glenmoor Limited Partnership glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Monterey County glaymon@mglspc.com,
            jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
            glaymon@mglspc.com,   jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Lake County (Florida) Tax Collector
            glaymon@mglspc.com,   jcoffman@mglspc.com
            Garren Robert Laymon   on behalf of Creditor   Arlington ISD glaymon@mglspc.com,
            jcoffman@mglspc.com
            Gary E. Mason   on behalf of Plaintiff Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
            Gary E. Mason   on behalf of Creditor Marlon   Mondragon gmason@wbmllp.com,  mdicocco@wbmllp.com
            Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
            Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
            gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
            Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
            Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
            German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
            alison.moreno@pcao.pima.gov
            Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
            notices@becket-lee.com
            Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
            Corp Card notices@becket-lee.com
            Gilbert D. Sigala   on behalf of Creditor John   Batioff sigalawl@aol.com
            Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            gbrown@pszjlaw.com
            Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
            Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
            Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
            agbankcal@ag.tn.gov
            Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
            Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
            gfornario@nixonpeabody.com,  khall@nixonpeabody.com, claim.management.clerk@nixonpeabody.com
            Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
            christine@virginia-lawyers.net
            Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
            Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
            ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com
            H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
            H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
            Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
            Heather D. Brown   on behalf of Creditor   Westgate Village, LP hbrown@kkgpc.com,  jwest@kkgpc.com
            Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
            Heather.Anderson@dol.lps.state.nj.us
            Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
            Heather.Anderson@dol.lps.state.nj.us
            Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
            Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
            Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
            Group, Inc. hbroberts@live.com,  droberts1949@live.com
            Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
            droberts1949@live.com
            Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
            Corporation hbroberts@live.com,  droberts1949@live.com
            Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
            ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
            Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
            droberts1949@live.com

District/off: 0422-7          User: luedecket          Page 18 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
            csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
            Partnership hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc. hlong@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
            hlong@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
            hlong@hunton.com
          Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
            howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
            ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
            chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
            chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@mckennalong.com,
            sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
            dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
            dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
            dfolds@mckennalong.com,   sparson@mckennalong.com
          J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@mckennalong.com,
            sparson@mckennalong.com
          Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
            jackson.toof@arentfox.com
          Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
            jackson.toof@arentfox.com
          Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
            lbigus@stinson.com
          James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
            James.Newbold@illinois.gov
          James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
            through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
            vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
          James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
            rbailey@atlanticlawgrp.com
          James Edward Bowman, II    on behalf of Defendant    Elite Screens Inc. Jim@jebowman.com,
            bethf@jebowman.com;ecf@jebowman.com;ecf2@jebowman.com
          James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
            avis.francis@hklaw.com
          James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
            kim.smith@sablaw.com
          James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
            eanderson@spottsfain.com;kligon@spottsfain.com;ekessel@spottsfain.com;jwest@spottsfain.com;rchapp
            ell@spottsfain.com;tmoore@spottsfain.com
          James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
            ncoton@beankinney.com
          James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
            ncoton@beankinney.com
          James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
            jlombardi@rossbanks.com,   acole@rossbanks.com
          James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
            of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com

District/off: 0422-7          User: luedecket          Page 19 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
  Inc. jburke@orrick.com
James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
  jburke@orrick.com
James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
  including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
  kevin.kobbe@dlapiper.com; jodie.buchman@dlapiper.com
Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
  jamie.konn@dlapiper.com, kevin.kobbe@dlapiper.com; jodie.buchman@dlapiper.com
Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
  admin@meiburgerlaw.com
Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
  ecf@krcl.com
Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
  ecf@krcl.com
Jason M. Krumbein   on behalf of Creditor Jonathan   Card jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com; tcarper@krumbeinlaw.com
Jason M. Krumbein   on behalf of Creditor Robert   Gentry jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com; tcarper@krumbeinlaw.com
Jason M. Krumbein   on behalf of Creditor Joseph   Skaf jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com; tcarper@krumbeinlaw.com
Jason M. Krumbein   on behalf of Creditor Jack   Hernandez jkrumbein@krumbeinlaw.com,
  a30156@yahoo.com; tcarper@krumbeinlaw.com
Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com
Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
  jharbour@hunton.com
Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
  tacspc@gmail.com; amanda@taxva.com
Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
  tacspc@gmail.com; amanda@taxva.com
Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
  jeff@taxva.com,  tacspc@gmail.com; amanda@taxva.com
Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
  Jeff.Klusmeier@ago.mo.gov
Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
  eservice@bilzin.com; lflores@bilzin.com
Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
  eservice@bilzin.com; lflores@bilzin.com
Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
  Partnership jsnyder@bilzin.com,  eservice@bilzin.com; lflores@bilzin.com
Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
  dwineinger@taftlaw.com; ecfclerk@taftlaw.com
Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
  dwineinger@taftlaw.com; ecfclerk@taftlaw.com
Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclispe North America jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   Acer America Corporation jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corporation
  jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   The Insurance Company of the State of
  Pennsylvania jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   Specific Media LLC jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   MaineToday Media, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   New York Times Distribution Corp.
  jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Creditor   Gateway, Inc. jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Creditor   Acer American Holdings Corp. jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
  kradtke@wcsr.com; toross@wcsr.com; vhoptman@wcsr.com; rberberich@wcsr.com; jahicks@wcsr.com
Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
  emoyer@bsgfdlaw.com; jetsikerdanos@lerchearly.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
              Creditors jpomerantz@pszjlaw.com
             Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jennifer  Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
             Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
             Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc.  jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com

```
District/off: 0422-7              User: luedecket          Page 21 of 57              Date Rcvd: Jan 30, 2014
                                 Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jol
              msted@spottsfain.com;ekessel@spottsfain.com;jdonaldson@spottsfain.com
             Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
              jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
             Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@linowes-law.com,
              klevie@linowes-law.com;jwright@linowes-law.com
             Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
              jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
             Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
              jkneeland@linowes-law.com,    klevie@linowes-law.com;jwright@linowes-law.com
             Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
              Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
              jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
             Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;klombardo@cblaw.com
```

District/off: 0422-7          User: luedecket          Page 22 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
           Inland Pacific Property Services LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
           Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
           Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Alexander H Bobinski, as Trustee under Trust
          No. 1001 jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C. jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P. jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
          jmcmlemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmcmlemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 24 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@cblaw.com,    avaughn@cblaw.com;klombardo@cblaw.com

```
District/off: 0422-7          User: luedecket         Page 25 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
      for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
      Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
      Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
      Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
      Management LLC) jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
      Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
      acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
      LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
      1997-CTL-1 jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C. jmclemore@cblaw.com,
      avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
      Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com
      Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
      jmclemore@cblaw.com,  avaughn@cblaw.com;klombardo@cblaw.com

District/off: 0422-7          User: luedecket          Page 26 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore     on behalf of Creditor     Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Cousins Properties Incorporated
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Inland Continental Property Management Corp.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Inland American Retail Management LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     KRG Market Street Village, LP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Acadia Realty Limited Partnership
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Fishers Station Development Co.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Bella Terra Associates, LLC
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer McLain McLemore     on behalf of Creditor     Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,   avaughn@cblaw.com;klombardo@cblaw.com
          Jennifer V. Doran    on behalf of Creditor     DeMatteo Management, Inc. jdoran@haslaw.com,
          calirm@haslaw.com
          Jeremy Brian Root    on behalf of Defendant     Credit Suisse Loan Funding, LLC jroot@bklawva.com,
          egmurga@bklawva.com;wcasterlinejr@bklawva.com;mhowes@bklawva.com
          Jeremy C. Kleinman    on behalf of Creditor     PriceGrabber.com, Inc. jkleinman@fgllp.com
          Jeremy L. Pryor    on behalf of Defendant     Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg    on behalf of Creditor     Toshiba America Consumer Products, L.L.C.
          jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor     Toshiba America Information Systems, Inc.
          jeremy.friedberg@llff.com,   ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Friedberg    on behalf of Creditor     Washington Green TIC jeremy.friedberg@llff.com,
          ecf@llff.com;gordon.young@lf-pc.com
          Jeremy S. Williams    on behalf of Creditor     Magna Trust Company, Trustee
          jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
         Jeremy S. Williams    on behalf of Creditor Joe   Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
         Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
         Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com
         Jeremy S. Williams    on behalf of Creditor Michelle   Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
         Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com
         Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
         Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
         Jeremy W. Martin    on behalf of Interested Party   McCandlish Holton, PC
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
         Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
         Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
         Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerry.hall@pillsburylaw.com,   patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
         Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
         Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
         Jessica Regan Hughes    on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
         Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
         Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
            jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
         Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
            swells@seyfarth.com;wdcdocketing@seyfarth.com
         Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
         Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
            jsaronson@ridberglaw.com
         Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
         Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
         John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
            jraftery@offitkurman.com
         John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
         John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
            Group-GA jsmith@sandsanderson.com,   sryan@sandsanderson.com;dbbankruptcy@gmail.com
         John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
         John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com
         John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            jfiero@pszjlaw.com
         John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd. jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
            jmcintyre@wmlawgroup.com,
            wedwards@wmlawgroup.com;ccotter@wmlawgroup.com;dpower@wmlawgroup.com;paralegal@wmlawgroup.com
         John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
            pjf@carmodymacdonald.com
         John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
         John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
            lucian@blankrome.com
         John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
         John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@mckennalong.com,   sparson@mckennalong.com
         John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
         John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com
         John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@mckennalong.com,
            sparson@mckennalong.com

District/off: 0422-7          User: luedecket          Page 28 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@mckennalong.com,
          sparson@mckennalong.com
          John J. Lamoureux   on behalf of Creditor   Amore Construction Company jlamoureux@cfjblaw.com,
          delliott@cfjblaw.com;tpaecf@cfdom.net
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;Jmais@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com
          John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
          russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
            vanbeek.com
          John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc. jfarnum@wileyrein.com,
            rours@wileyrein.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor    ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan S. Storper   on behalf of Creditor    IGate Global Solutions, Limited
            jstorper@hansonbridgett.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jortiz@ja-ortizlaw.com
          Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
            Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11       USTPRegion04.RH.ECF@usdoj.gov
          Judy Bamberger Calton   on behalf of Defendant   DIRECTV, Inc. jcalton@honigman.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
            harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
            harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
            quagliano@seeger-law.com,  harvell@seeger-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com,   harvell@seeger-law.com
Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
           cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
           cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
           cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
           cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@hunton.com, cloving@hunton.com
Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,   cloving@hunton.com
Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@hunton.com,   cloving@hunton.com
Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
           kmiller@wileyrein.com,   rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
           kmiller@wileyrein.com,   rours@wileyrein.com
Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com:tturner@clrbfirm.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
           jbrockett@clrbfirm.com:tturner@clrbfirm.com
Ken  Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC krhoa@gebsmith.com
Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC krhoa@gebsmith.com
Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
           County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
           District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
           klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
           Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
           Co., Rockwall Co., Roundrock ISD, Smith Co., South Hood klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
           District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
           District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
           bmcmillen@durrettecrump.com
Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com
Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@menterlaw.com,
           kmnbk@menterlaw.com

District/off: 0422-7          User: luedecket          Page 31 of 57          Date Rcvd: Jan 30, 2014
                              Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@kdblawfirm.com,
          Carla@KDBLawfirm.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@ltblaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@ltblaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@ltblaw.com,
          eappelstein@ltblaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rlglegal.com,
          Margaret@rlglegal.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard E. Starr, III   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardt1@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardt1@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardt1@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
            nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Lisa Hudson Kim   on behalf of Creditor   Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant   Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa P. Sumner   on behalf of Creditor   Compass Group U.S.A. Inc. lsumner@poyners.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eramirez@nixonpeabody.com;dmerritt@nixonpeabody.com
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel A. Mason   on behalf of Defendant   Cypress/Spanish Fort I LP LMason@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.
            com;vstreet@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com,
            slonon@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Accent Energy California LLC
                mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Advance Real Estate Management, LLC
                mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Malcolm M. Mitchell, Jr.   on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
                sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
              Marc A. Busman   on behalf of Plaintiff Marlon  Mondragon mbusman@busmanandbusman.com,
                kjaros@busmanandbusman.com
              Marc A. Busman   on behalf of Creditor Marlon  Mondragon mbusman@busmanandbusman.com,
                kjaros@busmanandbusman.com
              Margaret M. Anderson   on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan   on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond-Circuit IV Delaware Business Trust
                mconlan@gibbonslaw.com
              Mark B. Conlan   on behalf of Creditor    Bond Circuit IV Delaware Business Trust
                mconlan@gibbonslaw.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Unknown    Sutherland Asbill & Brennan LLP
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    LNR Partners, Inc. mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
                of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
                holders of Merill Lynch Mortgage Trust 2004-KEY2, Co mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
                PARTNERSHIP mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    C1 West Mason Street LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
                Partnership mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
                Liability Company mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
                Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
                Certificates, Series 2006-C4 mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
                mark.sherrill@sutherland.com
              Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
                mark.sherrill@sutherland.com

District/off: 0422-7          User: luedecket          Page 35 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
             mark.sherrill@sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
             mark.sherrill@sutherland.com
          Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
             Interactive, Inc. mdtaylor@kilpatricktownsend.com
          Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC
             mdtaylor@kilpatricktownsend.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mdtaylor@kilpatricktownsend.com
          Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
             State of Texas, and Greg Abbott, as Attorney General of the State of Texas
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
             bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
             Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
             mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
             mark@taxva.com,  amanda@taxva.com
          Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
             amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
             dian.gwinnup@haynesboone.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
             mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
             erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
             martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
             erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
             erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
             martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
             erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
             martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
             martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
             erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Romero    on behalf of Creditor    Monterey County romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor    San Bernardino County romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor    Placer County romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor    Riverside County California romero@mromerolawfirm.com
          Martha E. Romero    on behalf of Creditor    California Taxing Authorities romero@mromerolawfirm.com
          Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
             martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
             molden@mhalaw.com,  akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
             lexbankruptcy@wyattfirm.com
          Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Robert  Gentry matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com
          Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com
          Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
          Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
             mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
             lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com

```
District/off: 0422-7          User: luedecket          Page 36 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
          Michael  Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Interested Party    Epson America, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Kennesaw GA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Schottenstein Property Group, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Mesquite TX, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    CBL & Associates Management, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Aurora CO, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Jubilee-Springdale, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Sony Electronics, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    JP Morgan Chase & Co.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
              Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    The Landing at Arbor Place II, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole Capital Partners, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    KSK Scottsdale Mall LP
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Hickory Ridge Pavilion LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael Callahan Crowley    on behalf of Defendant    White-Spunner Construction Inc.
              mcrowley@asm-law.com
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
              mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
              Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
              mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
              avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
              mmueller@cblaw.com,  avaughn@cblaw.com
```

District/off: 0422-7          User: luedecker          Page 37 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,   Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
             III, LLC as tenants in common mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
             Entertainment, Inc. mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
             America mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
             mmueller@cblaw.com,  avaughn@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Mad Catz, Inc. mmueller@cblaw.com,
             avaughn@cblaw.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp.
             michael.hastings@leclairryan.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
               mjogrady@fbtlaw.com,   lbaker@fbtlaw.com;jbwells@fbtlaw.com
              Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
               Mall mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
               dba Howland Commons mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
               mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
              Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
               mkogan@koganlawfirm.com
              Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
               Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
               Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
               eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
              Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com
              Mona M. Murphy   on behalf of Transferee   ON Corp. USA, Inc. and ON Corp.
               mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Thomas, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Thomson, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Imperial Sales Corp. d/b/a Imperial Sales Company
               mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Samsung Electronics America, Inc.
               mona.murphy@akerman.com,  crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Mona M. Murphy   on behalf of Creditor   Bush Industries, Inc. mona.murphy@akerman.com,
               crystal.gaymon@akerman.com;deborah.coleman@akerman.com
              Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nancy R. Schlichting   on behalf of Creditor   Antor Media Corporation nrs@lolawfirm.com,
               lginsberg@lolawfirm.com
              Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com

```
District/off: 0422-7        User: luedecket        Page 39 of 57        Date Rcvd: Jan 30, 2014
                           Form ID: pdford9        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Nathan  Jones     on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
          Nathan  Jones     on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery IV LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party    Marblegate Asset Management
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    United States Debt Recovery, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
            Rutherford LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Dentici Family Limited Partnership
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Pintar Investment Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    United States Debt Recovery III, L.P.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
            msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
```

District/off: 0422-7          User: luedecket          Page 40 of 57          Date Rcvd: Jan 30, 2014
                              Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
      Engineering nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
      Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
      LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
      LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
      Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    South Carolina Electric & Gas Company
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
      Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
      msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;ekessel@spottsfain.com;jol
          msted@spottsfain.com;kligon@spottsfain.com;tmoore@spottsfain.com;jdonaldson@spottsfain.com
          Nicholas B Malito   on behalf of Creditor   Dollar Tree Stores, Inc. nmalito@hgg.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Nikki Amber Ott   on behalf of Creditor   Berkadia Commercial Mortgage LLC nikki.ott@bryancave.com
          Nikki Amber Ott   on behalf of Creditor   Capmark Finance, Inc. nikki.ott@bryancave.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL mroberts@poolemahoney.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          mroberts@poolemahoney.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          rarnold@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com, jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith pcurley@canfieldbaer.com,
          tchilders@canfieldbaer.com

District/off: 0422-7          User: luedecket          Page 42 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC pcurley@canfieldbaer.com,
      tchilders@canfieldbaer.com
Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney pcurley@canfieldbaer.com,
      tchilders@canfieldbaer.com
Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Export Development Canada
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
      Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
      Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
      East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
      Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
      pschrader@fullertonlaw.com
Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
      pschrader@fullertonlaw.com
Paul S. Bliley, Jr.   on  behalf of Creditor   CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
      L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
      rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
      pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: luedecket          Page 43 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.c
              om;sdigiorgio@tb-lawfirm.com;vstreet@tb-lawfirm.com
          Peter Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
              lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter  Barrett   on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter  Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
               lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com
          Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
               pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
               Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
               pstrniste@rc.com, kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
               pcarney@whitecase.com, hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant    Koch Entertainment Distribution LLC
               ppearl@sandsanderson.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
               scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
               ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor    Valley Corners Shopping Center, LLC
               ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com, rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
           john.leininger@bryancave.com
           Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
           R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
           Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
           Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell  rpring@pringlaw.com,
           cingle@pringlaw.com
           Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
           Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com
           Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
           C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
           Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
           Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
           Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
           hhale@woodsrogers.com
           Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
           Association rmaxwell@woodsrogers.com,  hhale@woodsrogers.com
           Richard D. Scott   on behalf of Defendant   Contrarian Funds, LLC richard@rscottlawoffice.com
           Richard D. Scott   on behalf of Defendant   Newmen Technology Co., Ltd.
           richard@rscottlawoffice.com
           Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;abbie.green@troutmansanders.com
           Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
           Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
           kimi.odonnell@hklaw.com
           Richard F. Stein   on behalf of Creditor   Internal Revenue Service
           richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
           Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
           rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Richard Iain Hutson    on behalf of Defendant    Sharp Electronics Corporation
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Defendant    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Caribbean Display & Construction, Inc.
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Journal Sentinel, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    Export Development Canada (EDC)
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard Iain Hutson    on behalf of Creditor    US Signs, Inc. rhutson@weinstocklegal.com,
          lramsey@weinstocklegal.com;mes@weinstocklegal.com
          Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Robert A. Canfield    on behalf of Defendant Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bsmith@hillrainey.com
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          bsmith@hillrainey.com
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bsmith@hillrainey.com
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com,  pcoover@sabt.com
          Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
          rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
          rmoorman@moormanlaw.com,  robmoorman@comcast.net
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@jefferies.com,  mrichards@jefferies.com
          Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
             rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
             Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
             rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
             Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
             rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
             Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
             rmmarino@rpb-law.com, rmmarino1@aol.com
             Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
             rmmarino@rpb-law.com, rmmarino1@aol.com
             Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
             DPrillaman@usa.doj.gov;SJohnston1@usa.doj.gov
             Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
             dhowes@ltblaw.com
             Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
             Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com, dhowes@ltblaw.com
             Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
             Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
             Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
             bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
             karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Creditor    IGate Global Solutions, Limited bmusick@t-mlaw.com,
             karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
             Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
             bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
             Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
             Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
             karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
             Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
             bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
             bmusick@t-mlaw.com, karnett@t-mlaw.com
             Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
             karnett@t-mlaw.com
             Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
             rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
             COMSYS Services, LLC rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
             rwestermann@hf-law.com, rmcburney@hf-law.com
             Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
             rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
           Partnership rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Energy Retail Company LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
           rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
           rwestermann@hf-law.com, rmcburney@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
           abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
           rpage@ecf.inforuptcy.com
          Ronald Allen Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, rpage@ecf.inforuptcy.com
          Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
           cmartin@simon.com,bankruptcy@simon.com,antimn@simon.com
          Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com
          Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com
          Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com,
           sarah.kelly@leclairryan.com
          Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC
           ryan.day@leclairryan.com, sarah.kelly@leclairryan.com
          S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vnablk.com
          Sara B. Eagle    on behalf of Creditor    Pension Benefit Guaranty Corporation eagle.sara@pbgc.gov,
           efile@pbgc.gov

District/off: 0422-7          User: luedecket          Page 49 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com,
               kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com, kcain@mcguirewoods.com,carrie.sroka@kirkland.com,jpawlitz@kirkland.com
              Satchidananda Mims   smims2l@hotmail.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Services USA, Inc. scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Software Technology Corporation
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Hardware scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   Nintendo Technology Development, Inc.
               scott.stengel@umb.com
              Scott A. Stengel   on behalf of Defendant   The Nintendo Source Corporation scott.stengel@umb.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
               partnership dba Howland Commons sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
               sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
               Mall sdelacruz@hf-law.com, rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
               sdelacruz@hf-law.com, rmcburney@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
              sdelacruz@hf-law.com,    rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com
              Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Creditor    Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Creditor    Mallview Plaza Company, Ltd. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com,
              nwalsh@wilsav.com
              Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership
              smetz@shulmanrogers.com,    nanderson@shulmanrogers.com
              Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
              sleach@ltblaw.com,    msarata@ltblaw.com;ndysart@ltblaw.com
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
              sgallagher@venable.com,    lcwilliams@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven H. Greenfeld    on behalf of Creditor     PR Christiana LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     PRGL Paxton LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Marple XYZ Associates steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor     Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman    on behalf of Creditor     502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor     Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown    on behalf of Defendant     The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Steven L. Brown    on behalf of Defendant     Construct, Inc. brown@wolriv.com
              Steven L. Brown    on behalf of Creditor     Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown    on behalf of Creditor     The Columbus Dispatch brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor     American National Insurance Company
              tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Defendant     Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie    on behalf of Creditor     Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor     Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant     Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,   pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor     EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              xgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor     Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant     The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant     WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant     Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com
              Thomas John McIntosh    on behalf of Defendant     NetRatings, LLC thomas.mcintosh@hklaw.com
              Thomas John McKee, Jr.    on behalf of Defendant     Bell Microproducts, Inc. mckeet@gtlaw.com,
              hallc@gtlaw.com
              Thomas John McKee, Jr.    on behalf of Defendant     Avnet, Inc. mckeet@gtlaw.com,   hallc@gtlaw.com
              Thomas Neal Jamerson    on behalf of Creditor     Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
              Thomas Neal Jamerson    on behalf of Interested Party     Parker Central Plaza Ltd
              tjamerson@hunton.com,   tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Defendant     Griffin Technology tlynch@babc.com
              Thomas Ryan Lynch    on behalf of Creditor     Mibarev Development I, LLC tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor     Graphic Communications, Inc.
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor     Tutwiler Properties, LTD
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Thomas W. Repczynski    on behalf of Defendant     Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,   lschock@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor     Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor     AOL LLC tscobb@vorys.com,   bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor     Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Interested Party     F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown    on behalf of Creditor     13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin    on behalf of Creditor     Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm    on behalf of Defendant     Targus, Inc. tracey.ohm@stinsonleonard.com,
              theresa.mackey@stinsonleonard.com
              Tracey Michelle Ohm    on behalf of Creditor     Waste Management, Inc.
              tracey.ohm@stinsonleonard.com,   theresa.mackey@stinsonleonard.com
              Travis Aaron Sabalewski    on behalf of Creditor     IKON Office Solutions, Inc.
              tsabalewski@reedsmith.com,   shicks@reedsmith.com;docketingecf@reedsmith.com;dlynch@reedsmith.com
              Troy Savenko    on behalf of Creditor     Slam Brands, Inc. tsavenko@kv-legal.com,
              nferenbach@kv-legal.com

```
District/off: 0422-7          User: luedecket          Page 52 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy  Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    A.J. Padelford & Son, Inc. tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Publishing Group, LLC dba The Florida Times-Union
             tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    Morris Communications Company, LLC; Morris
             Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
             Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Interested Party    Liquid Asset Partners, LLC tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Defendant    PlumChoice, Inc. tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Safeco Insurance Company of America tsavenko@kv-legal.com,
             nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Ada Alicea, on behalf of herself and all others similarly
             situated tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Troy  Savenko   on behalf of Creditor    AmREIT, a Texas Real Estate Investment Trust
             tsavenko@kv-legal.com,  nferenbach@kv-legal.com
          Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P vmorrison@wileyrein.com,
             rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Infogain Corporation vmorrison@wileyrein.com,
             rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Envision Peripherals, Inc. vmorrison@wileyrein.com,
             rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Daly City Partners I, L.P. vmorrison@wileyrein.com,
             rours@wileyrein.com
          Valerie P. Morrison   on behalf of Creditor    Lexar Media, Inc. vmorrison@wileyrein.com,
             rours@wileyrein.com
          Victoria A. Reardon   on behalf of Creditor    State of Michigan, Department of Treasury
             reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Taxation
             victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Bureau of Workers' Compensation
             victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor    Ohio Department of Commerce
             victoria.garry@ohioattorneygeneral.gov
          Vivienne  Rakowsky   on behalf of Creditor    Nevada Department of Taxation vrakowsky@ag.nv.gov,
             dwright2@ag.nv.gov;tplotnick@ag.nv.gov;ahansen@ag.nv.gov
          Walter Laurence Williams   on behalf of Movant    Vornado Realty Trust
             walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
             LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
             and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Bay Area News Group East Bay, LLC
             ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
             jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
             Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer    City of Chesapeake
             wroenker@cityofchesapeake.net
          William  Heuer   on behalf of Transferee    Korea Export Insurance Corporation
             wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor    Paramount Home Entertainment Inc
             wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
             wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
                 Courier aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   American National Insurance Company
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
                 TV aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Eon Communications Corporation
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
                 aburnett@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
                 GMAC Global Relocation Services, LLC aburnett@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com
          William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
                 bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
                 rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
                 rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 54 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
               Distribution Company, LLC bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor Chatham County Tax Commissioner bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
               bgray@sandsanderson.com,  rarrington@sandsanderson.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
               rarrington@sandsanderson.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
               bgray@sandsanderson.com,  rarrington@sandsanderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Randall W. Wick bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
              of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
              bgray@sandsanderson.com,   rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
              rarrington@sandsanderson.com
              William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
              rarrington@sandsanderson.com

District/off: 0422-7          User: luedecket          Page 56 of 57          Date Rcvd: Jan 30, 2014
                             Form ID: pdford9          Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

           William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
           bgray@sandsanderson.com,   rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant    Denon Electronics bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           rarrington@sandsanderson.com
           William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
           William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
           William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
           William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
           William C. Crenshaw   on behalf of Creditor    Prince George's Station Retail, LLC
           bill.crenshaw@bryancave.com,   deborah.hensley@akerman.com
           William C. Crenshaw   on behalf of Creditor    Gould Livermore LLC bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
           William C. Crenshaw   on behalf of Professional    Akerman Senterfitt bill.crenshaw@bryancave.com,
           deborah.hensley@akerman.com
           William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Daniel Prince, IV  on behalf of Defendant    International Business Machines Corporation
            wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV  on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV  on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak Khan   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com,
            George.South@dlapiper.com;Gabriella.Zborovsky@dlapiper.com;Evelyn.Rodriguez@dlapiper.com
                                                                              TOTAL: 2211