**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that as of February 4, 2014, Mark B. Conlan, Esq. and

Craig M. Palik, Esq, are withdrawing their appearance as counsel of record for Bond-Circuit IV

Delaware Business Trust ("Bond-Circuit IV"), a creditor in the above-referenced case that

was filed on January 8, 2009 [D.I. 1418] and April 30, 2009 [D.I. 3229], respectively:

> **GIBBONS P.C.**
> Mark B. Conlan, Esq.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4545
> Facsimile: (973) 596-0545
> E-mail:   mconlan@gibbonslaw.com
>
> **MCNAMEE, HOSEA, JERNIGAN, KIM,
> GREENAN & LYNCH, P.A.**
> Craig M. Palik (VSB # 45728)
> 6411 Ivy Lane, Suite 200
> Greenbelt, Maryland  20770
> Telephone: (301) 441-2420
> Facsimile: (301) 982-9450
> E-mail: cpalik@mhlawyers.com

AND FURTHER, Mr. Conlan and Mr. Palik request that the Clerk's Office remove both their

names and their firm's names as designated counsel for Bond-Circuit IV and that they be

stricken from any service list maintained by the Clerk of the Court, the Debtors, and other

interested parties.

**GIBBONS P.C.**

By:  */s/ Mark B. Conlan*
      Mark B. Conlan, Esq.
      One Gateway Center
      Newark, New Jersey  07102-5310
      Telephone:  (973) 596-4500
      Facsimile:  (973) 596-0545
      mconlan@gibbonslaw.com

**MCNAMEE, HOSEA, JERNIGAN, KIM,
GREENAN & LYNCH, P.A.**

By:  */s/ Craig M. Palik*
      Craig M. Palik (VSB # 45728)
      6411 Ivy Lane, Suite 200
      Greenbelt, Maryland  20770
      Telephone: (301) 441-2420
      Facsimile: (301) 982-9450
      cpalik@mhlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2014, a true and correct copy of the foregoing was served electronically to all registered users of CM/ECF receiving electronic notice in this case.

By:  */s/ Craig M. Palik*
      Craig M. Palik