IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Colin A Miller, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Colin A Miller
544 South Belfast Ave
Augusta, ME 04330

**New Address [Creditor]**
Colin A Miller
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

**New Address [Notice Party(ies)]**
Colin A Miller
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 1/30/14

Respectfully submitted,

By: Colin Miller
Signature: [signature]
Print Name: Colin A Miller
Title: