IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Barron Scott Horton, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**
Horton, Barron Scott
4383 Candace Ridge Court
Greensboro, NC 27407

**New Address [Creditor]**
Horton, Barron Scott
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055- 9554

Dated: 01/27/2014

Respectfully submitted,

By: scott horton

Signature: *scott horton*

Print Name: scott horton

Title: claim holder