IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Stephen Brian Sturch, creditor in the above-referenced bankruptcy proceeding, has changed his/her/its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

Old Address
Stephen Brian Sturch
4630 Illinois Ave
Fair Oaks, CA
95628-6311

New Address [Creditor]

Stephen Brian Sturch
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

New Address [Notice Party(ies)]
Stephen Brian Sturch
HSBC Bank USA, NA
Dept CH - 19554
Palatine, IL 60055-9554

Dated: 1/30/2014

Respectfully submitted,

By: Stephen Brian Sturch
Signature: [signature]
Print Name: Stephen Brian Sturch
Title: